# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARRIS GROUP, INC., ARRIS ENTERPRISES, INC., ARRIS SOLUTIONS, INC., and GENERAL INSTRUMENT CORPORATION, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CONSTELLATION TECHNOLOGIES LLC, and ROCKSTAR CONSORTIUM US LP, | ) ) ) |
| Defendants. | ) |

C.A. No. _____

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiffs ARRIS Group, Inc. ("ARRIS"), ARRIS Enterprises, Inc. ("ARRIS Enterprises"), ARRIS Solutions, Inc. ("ARRIS Solutions"), and General Instrument Corporation ("General Instrument") for their Complaint, hereby demand a jury trial and allege as follows:

## THE PARTIES

1.    Plaintiff ARRIS is a Delaware corporation with its principal place of business located at 3871 Lakefield Drive, Suwanee, Georgia 30024.

2.    Plaintiff ARRIS Enterprise is a Delaware corporation with its principal place of business located at 3871 Lakefield Drive, Suwanee, Georgia 30024.

3.    Plaintiff ARRIS Solutions is a Delaware corporation with its principal place of business located at 3871 Lakefield Drive, Suwanee, Georgia 30024.

4.    Plaintiff General Instrument is a Delaware corporation with its principal place of business located at 3871 Lakefield Drive, Suwanee, Georgia 30024.

5. Constellation Technologies LLC ("Constellation") is a Delaware limited liability company that represents its principal place of business as being located at Legacy Town Center 1, 7160 North Dallas Parkway, Suite No. 250, Plano, TX 75024.

6. Rockstar Consortium US LP ("Rockstar") is a Delaware limited partnership that represents its principal place of business as being located at Legacy Town Center I, 7160 North Dallas Parkway, Suite 250, Plano, Texas 75024.

7. Constellation is a wholly owned subsidiary of Rockstar.

8. ARRIS Solutions, ARRIS Enterprises, and General Instrument are subsidiaries of ARRIS. ARRIS International, Inc. ("ARRIS International") was a Delaware corporation that was merged into ARRIS.

9. Defendants have accused ARRIS customers of infringing at least U.S. Patent Nos. 5,471,474 ("the '474 patent" attached as Exhibit A), 5,761,197 ("the '197 patent" attached as Exhibit B), 6,128,298 ("the '298 patent" attached as Exhibit C), 6,130,893 ("the '893 patent" attached as Exhibit D), 6,321,253 ("the '253 patent" attached as Exhibit E), 7,154,879 ("the '879 patent" attached as Exhibit F), 6,128,649 ("the '649 patent" attached as Exhibit G), and 8,464,299 ("the '299 patent" attached as Exhibit H) (the "Asserted Patents").

## JURISDICTIONAL STATEMENT

10. This action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201 et seq., and under the patent laws of the United States, 35 U.S.C. § 1 et seq.

11. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), 1367(a), 2201(a), and 2202.

12. This Court has personal jurisdiction over defendant Constellation by virtue of its sufficient minimum contacts with this forum at least as a result of its organization under the law of Delaware.

13. This Court has personal jurisdiction over defendant Rockstar by virtue of its sufficient minimum contacts with this forum at least as a result of its organization under the law of Delaware.

14. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)-(c) at least because Defendants reside and conduct business in this judicial district.

## ARRIS IS SPUN OUT OF NORTEL

15. Until its bankruptcy in 2009, Nortel Networks Corporation ("Nortel") was a multinational manufacturer of communications and data networking equipment.

16. Over two decades, in conjunction with its research and development efforts, Nortel, its various subsidiaries, and acquired entities secured thousands of patents related to telecommunications and data networking.

17. In November of 1995, Products Venture LLC ("Products Venture") was formed as a joint venture pursuant to agreements between Nortel and ANTEC Corp. ("Joint Venture Agreements").

18. The Joint Venture Agreements specified that Products Venture LLC would operate in at least the cable equipment and digital video business markets.

19. The Joint Venture Agreements stated that Product Venture LLC would "develop, manufacture and have manufactured, and distribute . . . digital broadband access networking products and applications for the delivery of narrow band and broadband services over a Hybrid Fiber Coaxial Cable Network . . . and video file server systems delivering advertising insertion services and interactive services providing analog and digital video-on-demand or near video-on-demand for a Hybrid Fiber Coaxial Cable Network."

20. Nortel created and was aware of business plans for Product Venture LLC to develop, manufacture and have manufactured, and distribute digital broadband access

3

networking products and applications for the delivery of narrow band and broadband services over a Hybrid Fiber Coaxial Cable Network and video file server systems delivering advertising insertion services and interactive services providing analog and digital video-on-demand or near video-on-demand for a Hybrid Fiber Coaxial Cable Network.

21.     The Joint Venture Agreements included a license agreement ("1995 License Agreement") whereby Nortel granted Product Venture a license to its patents related to specified products in the hybrid fiber-coax network industry including "such derivatives and modifications as may be made."

22.     Products Venture was renamed ARRIS Interactive, LLC ("ARRIS Interactive").

23.     In 1996 Bay Networks, Inc. ("Bay Networks"), a company in the data networking industry, purchased LANCity Corp. ("LANCity"), a company in the cable equipment industry.

24.     In 1998, Nortel merged with Bay Networks.

25.     In March of 1999, Nortel sold its broadband technology division (including but not limited to technology that Nortel obtained through the acquisition of Bay Networks and Bay Network's assets from its previous acquisition of LANCity) to ARRIS Interactive and granted ARRIS Interactive a license pursuant to an intellectual property agreement ("1999 IP Agreement"), which on information and belief, covered current and future products in the broadband technology industry.

26.     In August of 2001, Nortel executed agreements ("ARRIS Group Agreements") that incorporated ARRIS as a new non-affiliated entity and transferred ownership of ARRIS Interactive to ARRIS.

27.     The ARRIS Group Agreements included an August 3, 2001 Intellectual Property Right Agreement ("2001 IP Agreement").

28.     The 2001 IP Agreement granted ARRIS Interactive a license to Nortel Patents over ARRIS Interactive's then current products and "natural improvements and evolutions thereof."

29.     The 2001 IP Agreement explicitly granted ARRIS a license to U.S. Patent No. 5,471,474.

30.     Due to the material nature of the 2001 IP Agreement to ARRIS's business, the 2001 IP Agreement was published with the SEC.

31.     Nortel's SEC subsequent filings with the SEC identify the 2001 IP Agreement.

32.     Rockstar and Constellation had actual or constructive notice of the 2001 IP Agreement, based at least upon the publication of the documents with the SEC.

33.     ARRIS is licensed to the Asserted Patents pursuant to the terms of the 1995 License Agreement because they relate to "derivatives and modifications" of the products specified in the 1995 License Agreement.

34.     Upon information and belief, ARRIS is licensed to the Asserted Patents pursuant to the terms of the 1999 License Agreement because they relate to current and future products in the broadband technology industry, as specified in the 1999 IP Agreement.

35.     ARRIS is licensed to the Asserted Patents pursuant to the terms of the 2001 License Agreement because they relate to "natural improvements and evolutions" of the products it was selling in 2001.

36.     ARRIS is licensed to the '474 patent pursuant to the terms of the 2001 License Agreement because it was granted an explicit license under the terms of the 2001 License Agreement.

37.     As a result of the 1995 License Agreement, 1999 IP Agreement, and 2001 IP Agreement, ARRIS Interactive is licensed to at least the Asserted Patents, formerly owned by Nortel.

## NORTEL COMMITS TO LICENSE ITS PATENTS ON FAIR, REASONABLE, AND NON-DISCRIMINATORY TERMS

38.     In conjunction with its research and development efforts, Nortel actively participated with standards setting organizations ("SSOs"), including (for example) the Institute of Electrical and Electronics Engineers ("IEEE"), the International Telecommunications Union ("ITU"), the Internet Engineering Task Force ("IETF"), and the 3rd Generation Partnership Project ("3GPP"), to establish standards for "communications technologies"—including Voice over IP, cable, wireline, and wireless, including but not limited to the delivery and routing of voice, data, and video for ultimate delivery to end customers.

39.     Technical specifications and standards for communications technologies are usually developed through the efforts of SSOs, whose membership includes hardware manufacturers and service providers.    New communications technologies are only broadly commercialized after device manufacturers agree on specifications that allow for interconnectivity of the devices.   The standards established by SSOs therefore play a significant role in the development of communications technologies.

40.     For example, standards facilitate adoption of new technologies and the development of interoperable hardware.   Standards also allow consumers to purchase hardware from various manufacturers with confidence in its interoperability.   Technologies incorporated into today's communications networks are based on standards established by recognized SSOs and adopted by key industry participants.

41.     Those pro-competitive benefits justify otherwise potentially anti-competitive agreements between competitors to adopt and standardize a particular technology.  Yet an attendant risk of competitive harm exists if the standards-setting process is abused.

42.     To ensure that market participants are able to adopt and use established standards, SSOs promulgate policies and procedures that control the disclosure and licensing of patents held by participants that may read on adopted standards.  These policies and procedures are set out in each SSO's intellectual property rights policies ("IPR policies").

43.     Most, if not all, IPR policies typically require participants to disclose patents that relate to the standards being considered for adoption by the SSO.  These required disclosures allow the SSO and its members to evaluate technologies with full knowledge of the various intellectual property rights that may affect the industry-wide cost of adopting that technology as part of a new standard.

44.     These disclosure obligations are vital to the standard setting process because they allow SSOs to develop standards without fear that patent owners participating in the standard setting process will aggressively enforce their patent rights against the industry once any potentially infringing standard is adopted.

45.     IPR policies require participants that own standard essential patents to offer to license those patents on fair, reasonable, and non-discriminatory ("FRAND") terms and, when necessary, on royalty-free terms.  IPR policies also require that licenses be made readily available to any member of the public interested in practicing the affected standards.

46.     IPR policies usually state that a participant's commitment to license its patents on FRAND terms is irrevocable and survives until the withdrawal of the standard for which the

commitment was made.  An example of an IPR policy promulgated by the IEEE can be found at: http://standards.ieee.org/develop/policies/bylaws/sect6-7.html#6.

47.     For over two decades, in conjunction with its research and development efforts, Nortel, its various subsidiaries, and acquired entities actively participated with standards setting organizations ("SSOs") to establish standards for "communications technologies"—including Voice over IP, cable, wireline, and wireless, including but not limited to the delivery and routing of voice, data, and video for ultimate delivery to end customers.

48.     For example, over the course of its business, Nortel participated in the development of standards promulgated by various SSOs, including the Institute of Electrical and Electronics Engineers (IEEE), the International Telecommunications Union ("ITU"), the Internet Engineering Task Force ("IETF"), and the 3rd Generation Partnership Project ("3GPP").

49.     During that same time period, Nortel obtained a large number of patents that arguably cover various aspects of communications technologies.  Certain patents issued to Nortel during that period relate to standards developed through the IEEE, ITU, IETF, 3GPP, and other SSOs.

50.     In accordance with the established policies of each SSO with which it participated, Nortel openly and publicly committed itself to license any standard essential patents on FRAND terms.  Nortel undertook these commitments through Letters of Assurance ("LOA") issued to the SSOs or simply by disclosing its patents pursuant to the IPR policies of each SSO.

51.     In many of those LOAs, Nortel assured that, for any patents in its portfolio that read on a particular standard, it would provide licenses on fair, reasonable, and non-discriminatory ("FRAND") terms.  An example of such a letter Nortel sent to the IETF is attached as Exhibit I.  Many of Nortel's LOAs specified the individual patents within Nortel's

portfolio that read on a particular standard. An example of this second type of letter is attached as Exhibit J.

52. Nortel benefitted from having its technologies adopted by SSOs in numerous respects. For example, adoption of Nortel's technologies by SSOs led to wide adoption of those technologies in the communications industry—with the use of those technologies required by all manufacturers and service providers.

53. Nortel also acquired patents from other companies that arguably applied to these technical standards. On information and belief, these other companies also worked with such SSOs during standard setting processes and either executed LOAs or otherwise had a duty to disclose and license patents under FRAND terms.

54. Once Nortel technologies (either developed in-house or by acquisition) were required and widely adopted, Nortel benefitted further by lock in, thereby giving it the power to constrain output and/or raise prices unless it adhered to its FRAND commitments.

55. The LOAs issued by Nortel, and other obligations that it is under by virtue of its participation in SSOs, represent binding commitments to license a segment of the Nortel patent portfolio on FRAND terms.

56. Irrespective of whether Nortel (or the companies that developed patents that Nortel acquired) issued an LOA, active participation with SSOs obligated the participant to offer each standard essential patent on FRAND terms.

## NORTEL LICENSES PATENTS COVERING DOCSIS

57. Cable Television Laboratories, Inc. ("CableLabs") is a non-profit research and development consortium that is dedicated to pursuing new cable communications technologies and helping its cable operator members integrate those technical advancements into their business objectives.

58.     CableLabs entered into agreements with companies in cable industry ("CableLabs Agreements") to create telecommunications standards for providing high-speed data service over cable networks, including DOCSIS (e.g. versions 1.0, 1.1, 2.0, 3.0, and 3.1), PacketCable (e.g. versions 1.0 and 1.5), OpenCable (Tru2Way), and eRouter (collectively the "DOCSIS Standards").

59.     Pursuant to the CableLabs Agreements, a participant in the CableLabs Agreements grants a royalty-free license to CableLabs and all other participants to all patents and other intellectual property owned then or thereafter by it or its affiliates, to the extent that practice of the DOCSIS Standards would infringe or otherwise utilize that property.

60.     ARRIS and LANCity were participants in the CableLabs Agreements.

61.     Upon information and belief, Nortel was a participant in the CableLabs Agreements.

62.     Upon information and belief, because Nortel and/or its affiliates, ARRIS and LANCity, joined the CableLabs Agreements, Nortel thereby granted CableLabs, ARRIS, and the other CableLabs participants a license (with the right to sublicense others) to its patents and other intellectual property practiced through adherence to the DOCSIS Standards.Nortel benefitted from having its patented technology adopted into the DOCSIS Standards in numerous respects. For example, adoption of Nortel's technologies in the DOCSIS Standards led to wide adoption of those technologies in the communications industry—with the use of those technologies required by all manufacturers and service providers.

63.     To the extent necessary to practice the DOCSIS Standards, the '298, '494, and '197 patents were among those as to which CableLabs was granted a royalty-free license with the right to sublicense others.

64.     Pursuant to the CableLabs Agreement, ARRIS has the right to make, have made, use, reproduce, market, import, offer to sell, and sell the inventions claimed in the '298, '494, and '197 patents, to the extent they are required to practice the DOCSIS Standards.

65.     ARRIS's customers purchase hardware and software from ARRIS that complies with the DOCSIS Standards.

66.     Pursuant to the CableLabs Agreements, the ARRIS customers are sublicensed to the inventions claimed in the '298, '494, and '197 patents, to the extent they are required to practice the DOCSIS Standards.

## NORTEL ENTERS BANKRUPTCY AND SELLS ITS PATENTS

67.     On January 14, 2009, Nortel filed for bankruptcy protection in the United States, Canada, and the United Kingdom.

68.     During bankruptcy proceedings, Nortel auctioned various business units and other assets.  The last major asset to be liquidated in the bankruptcy proceedings was Nortel's patent portfolio (the "Nortel Patent Portfolio").

69.     The Nortel Patent Portfolio consisted of approximately 6,000 U.S. patents, foreign patents, and patent applications, and encompassed a wide range of technologies including wireless, wireless 4G, data networking, optical, voice, Internet, and semiconductors.

70.     On April 4, 2011, Google Inc. ("Google") and Ranger Inc. ("Ranger"), a wholly owned subsidiary of Google, made a "stalking horse" bid to purchase the Nortel Patent Portfolio for $900,000,000, subject to higher bids from other parties.  A "stalking horse" bid is a first, favorable bid for assets strategically solicited by the bankrupt company to prevent low-ball offers.

71.     On May 2, 2011, the U.S. and the Canadian bankruptcy courts, via a joint hearing, entered orders approving the $900,000,000 stalking horse bid for the Nortel Patent Portfolio.

Those orders permitted other parties, subject to certain specified Bidding Procedures, to submit higher bids during an auction for the purchase of the Nortel Patent Portfolio.

72.   The auction began on June 27, 2011 at the offices of Cleary Gottlieb Steen & Hamilton LLP in New York, New York.

73.   Five parties were deemed qualified to participate in the Auction:  Apple Inc. ("Apple"), Rockstar Bidco, LP ("Rockstar Bidco"), Intel Corporation, Norpax LLC, and Ranger (collectively the "Qualified Bidders").

74.   Following the fifth round of bidding, Apple partnered with Rockstar Bidco and adopted Rockstar Bidco's transaction structure, including using Rockstar as the purchaser.

75.   On June 30, 2011, Apple (in partnership with Rockstar Bidco and using Rockstar Bidco as the purchaser) won the auction with a bid of $4.5 billion.

76.   Upon information and belief, Rockstar acquired the Asserted Patents, including the '298, '494, and '197 patents, out of the bankruptcy estate created after Nortel filed for bankruptcy protection in Canada and the United States in 2009.

77.   Upon information and belief, when Rockstar acquired its patent portfolio from the Nortel bankruptcy estate, Rockstar expressly agreed to honor Nortel's obligations to the CableLabs Agreement.

## ROCKSTAR ASSERTS THE NORTEL PATENTS

78.   Upon information and belief, after Apple and Rockstar Bidco won the auction, some of the patents from the Nortel Patent Portfolio were transferred to Rockstar and some were transferred to Constellation.

79.   After Rockstar Bidco's successful bid for the Nortel Patent Portfolio, the Antitrust Division of the United States Department of Justice ("DOJ") conducted an investigation

concerning the Rockstar Bidco acquisition, including an analysis of the standard essential patents ("SEPs") that Nortel had committed to license to industry participants.

80. On February 13, 2012, the DOJ announced it had closed its investigation in view of "clear commitments by Apple and Microsoft to license SEPs on fair, reasonable, and non-discriminatory terms, as well as their commitments not to seek injunctions in disputes involving SEPs." In so doing, the DOJ signaled its understanding that the members of Rockstar would retain individual discretion over the circumstances and terms of licenses to the acquired patents in the Nortel Patent Portfolio.

81. In an interview with Wired magazine, published on May 21, 2012, John Veschi, the CEO of Rockstar, stated that Rockstar was a "separate" company from Apple, Microsoft, and its other member companies, and that promises and commitments made by those member companies did "not apply" to Rockstar. The *Wired* article is available at available at http://www.wired.com/wiredenterprise/2012/05/rockstar/.

82. In the same interview, Mr. Veschi stated that "[p]retty much anybody out there is infringing, I would think. It would be hard for me to envision that there are high-tech companies out there that don't use some of the patents in our portfolio."

83. Through a campaign to enforce the Nortel Patent Portfolio, Rockstar and/or Constellation have accused several ARRIS customers in the communications, cable and/or wireline industries of infringing several patents in Rockstar's and/or Constellation's portfolio.

84. Rockstar and/or Constellation have accused at least the following ARRIS customers of patent infringement: Bright House Networks, LCC ("BHN"), Time Warner Cable Inc. ("TWC"), RCN Telecom Services, Inc. ("RCN"), Mediacom Communications Corporation

("Mediacom"), WideOpenWest Finance, LLC a/k/a WOW! Internet, Cable & Phone ("WOW"), and Knology, Inc. ("Knology") (collectively the "Known Accused Customers").

85.     ARRIS provides the Known Accused Customers with products that include cable modem termination system ("CMTS") products, cable modem ("CM") products, embedded multimedia terminal adapter ("EMTA") products, quadrature amplitude modulation ("QAM") products, switched digital video ("SDV") products, video transcoder products, and cable set top box ("STB") products (collectively the "Accused Products") that allow Known Accused Customers to provide services that Rockstar and/or Constellation have accused of infringement.

86.     ARRIS has agreements with each of the Known Accused Customers that specifies conditions under which ARRIS must indemnify its customers against claims of patent infringement for the use of ARRIS products.

87.     On March 13, 2012, Rockstar wrote BHN and alleged that "our analysis reveals that Bright House Networks, LLC is currently offering certain products and services that infringe patents owned by Rockstar."

88.     Rockstar identified BHN's Whole House DVR and MOCA services as allegedly infringing the '879 patent, and BHN's Road Runner High Speed Internet and DOCSIS 3.0 technologies, products, and/or services as allegedly infringing the '474 and '197 patents.

89.     BHN uses one or more ARRIS products, including CMTS products, to provide Whole House DVR, MOCA, Road Runner High Speed Internet, and DOCSIS 3.0 technologies, products, and/or services to its customers.

90.     On July 31, 2012, BHN informed ARRIS, through its subsidiary ARRIS International, that Rockstar's March 13, 2012 letter "appears to implicate products which BHN

purchased from ARRIS International, Inc." and asked ARRIS to indemnify BHN against Rockstar's claims.

91.     On December 11, 2013, Rockstar brought suit against TWC asserting infringement of the '649 and '299 patents for TWC's use of switched digital video technology, and the '879 patent for TWC's use of Ethernet passive optical networks.

92.     TWC uses one or more ARRIS products, including CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products, to provide switched digital video technology and Ethernet passive optical networks.

93.     On January 21, 2014, TWC informed ARRIS, through its subsidiary ARRIS International, that Rockstar's December 11, 2013 complaint may "relate to products purchased by Time Warner Cable from Arris" and asked ARRIS for assistance.

94.     On March, 2012, Rockstar wrote Knology and alleged that "our analysis reveals that Knology is currently offering certain products and services that infringe patents owned by Rockstar."

95.     Rockstar identified Knology High Speed Internet and DOCSIS 3.0 as allegedly infringing the '474 and '197 patents.

96.     Knology use one or more ARRIS products, including CM products and EMTA products to provide products and services that include: Knology High Speed Internet and DOCSIS 3.0.

97.     On October 29, 2012, Rockstar wrote WOW and alleged that "our analysis reveals that WOW! and Knology, are currently offering certain products and services that infringe patents owned by Rockstar."

98.     Rockstar identified WOW! Digital TV, WOW! Ultra TV, WOW! Internet Xcite, Xpress, Xteme, Xtream Turbo, WOW! Essential Phone, and WOW! Advanced Phone as allegedly infringing the '474 and '197 patents; WOW! Essential Phone, WOW! Advanced Phone, and WOW! Business Voice as allegedly infringing the '893 patent; and WOW! Internet Xcite, Xpress, Xteme, Xtream Turbo, WOW! Essential Phone, and WOW! Advanced Phone as allegedly infringing the '253 patent.

99.     WOW and/or Knology use one or more ARRIS products, including CM products and EMTA products, to provide products and services that include: WOW! Digital TV, WOW! Ultra TV, WOW! Internet Xcite, Xpress, Xteme, Xtream Turbo, WOW! Essential Phone, and WOW! Advanced Phone.

100.    On November 19, 2012, WOW informed ARRIS about Rockstar's October 29, 2012 letter and asked ARRIS for assistance.

101.    On March 13, 2013, Rockstar wrote RCN and identified RCN's use or sale of RCN High-Speed Internet, RCN Wideband/Broadband, and DOCSIS 2.0 and 3.0 technologies, products, and/or services as allegedly infringing the '474, and '197 patents.

102.    RCN uses one or more ARRIS products, including CM products and EMTA products, to provide RCN High-Speed Internet Service, RCN Wideband/Broadband Service, and DOCSIS 2.0 and 3.0 technologies, products, and/or services.

103.    On August 2, 2013, RCN wrote ARRIS and stated that Rockstar "continues to assert that RCN's use or sale of various products that RCN purchases from Arris Group, Inc. or its related companies . . . such as modems and eMTAs . . . infringes at least the following five patents . . . 1. U.S. Pat. No. 5,471,474 (Grobicki), 2. U.S Pat. No. 5,761,197 (Takefman), 3. U.S.

16

Pat. No. 6,128,298 (Wootton), 4. U.S. Pat. No. 6,130,893 (Whittaker), 5. U.S. Pat. no. 6,321,253 (McKeen)" and requested that ARRIS indemnify RCN and assist RCN with Rockstar's claims.

104.    Prior to August 8, 2013, Rockstar identified Mediacom's  use of DOCSIS 2.0/3.0, OpenCable, Packet Cable 1.5, and eRouter as implemented in CMTS and EMTA equipment as allegedly infringing the '474, '197, '298, '893, and '253 patents.

105.    ARRIS has sold CMTS and EMTA equipment to Mediacom.

106.    On August 8, 2013, Mediacom informed ARRIS about Rockstar's assertion letter, through its subsidiary General Instrument Corporation, stating that "the equipment and processes identified by Rockstar may be provided by your company" and requesting assistance.

107.    On information and belief, Rockstar and Constellation have asserted their patents against ARRIS customers other than the Known Accused Customers.

108.    Rockstar has used several different subsidiary companies including Bockstar Technologies LLC ("Bockstar"), Constellation, MobileStar Technologies LLC ("MobileStar"), and NetStar Technologies LLC ("NetStar") to assert patents or engage in litigation against accused infringers.

109.    The practice of using several different subsidiary companies has made it difficult for accused infringers to locate information about Rockstar, Constellation, and the other Rockstar subsidiaries.

110.    Upon information and belief, Defendants have refused to identify for accused infringers, including the Known Accused Customers, the full list of patents they are purportedly infringing.  Instead, Rockstar provided only what it deemed "exemplary" patents from the portfolio for evaluation.  That left accused infringers with no way to meaningfully evaluate

Rockstar's infringement allegations, to refute its allegations of infringement, or to determine the actual value of the relevant patents within Rockstar's portfolio.

111. Rockstar has transferred portions of the Nortel Patent Portfolio to wholly-owned subsidiaries, such as Constellation, for the purpose of initiating additional patent infringement suits against ARRIS and its customers, and thereby frustrating Defendants' FRAND and DOCSIS obligations.

112. Defendants' allegations of infringement, threats of litigation, and lawsuits have cast a cloud of uncertainty over ARRIS's businesses requiring the declaratory relief sought in this Complaint.

113. Upon information and belief, Defendants have refused to enter into meaningful negotiations with the Known Accused Customers with respect to Asserted Patents unless they execute non-disclosure agreements.

114. Upon information and belief, Defendants threatened to bring suit against accused infringers that have refused to execute non-disclosure agreements with Defendants.

115. Upon information and belief, Defendants have brought suit against accused infringers that have refused to execute non-disclosure agreements with Defendants.

116. Defendants' strategy of entering into non-disclosure agreements has concealed the scope of Defendants' assertions, has been orchestrated to subvert the FRAND and DOCSIS royalty free obligations, and further casts a cloud of uncertainty over ARRIS's businesses requiring the declaratory relief sought in this Complaint.

117. Since October 2013, Rockstar, Constellation, and Rockstar's other subsidiaries have filed multiple lawsuits in which they accuse various technology companies of infringing

patents within the portfolio.   These recent enforcement activities make the threat of serial litigation immediate and concrete to ARRIS and its customers

118.   These activities by or on behalf of Defendants create an immediate, definite, concrete and substantial dispute regarding the alleged infringement by ARRIS and ARRIS's customers of patents in Rockstar's portfolio.

## FIRST CLAIM FOR RELIEF:  DECLARATORY JUDGMENT OF LICENSE AND EXHAUSTION OF PATENT RIGHTS PURSUANT TO THE LICENSES BETWEEN ARRIS AND NORTEL

119.   ARRIS realleges and incorporates by reference the allegations set forth in the other sections of the complaint.

120.   The Defendants claim to own all rights, title, and interest in the Asserted Patents.

121.   The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to Known Accused Customers.

122.   The 1995 License Agreement, 1999 IP Agreement, and 2001 IP Agreement granted ARRIS Interactive a license to the Asserted Patents.

123.   As a result, the Asserted Patents are expressly or impliedly licensed to ARRIS, licensed to ARRIS's customers, and exhausted with respect to ARRIS's customers.

124.   Absent a declaration that Defendants' rights in the Asserted Patents are expressly or impliedly licensed to the Known Accused Customers and/or exhausted, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

125.   A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the Asserted Patents are expressly or impliedly licensed to ARRIS,

licensed to ARRIS's customers, and exhausted with respect to ARRIS's customers' use of ARRIS's products or services.

126.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that Defendants' rights in at least the Asserted Patents are expressly or impliedly licensed to ARRIS, licensed to ARRIS's customers, and exhausted with respect to ARRIS's customers' use of ARRIS's products or services, including ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products.

**SECOND CLAIM FOR RELIEF:  DECLARATORY JUDGMENT OF OBLIGATION TO LICENSE ON FAIR, REASONABLE, AND NON-DISCRIMINATORY TERMS**

127.    ARRIS realleges and incorporates by reference the allegations set forth in the other sections of the complaint.

128.    Nortel expressly or impliedly entered into contractual commitments with the IEEE, IETF, ITU, 3GPP, and other SSOs to offer to license standard essential patents in a manner consistent with the representations in each LOA and pursuant to the policies promulgated by each SSO.

129.    As subsequent owners to the Nortel patent portfolio,  Defendants are obligated to honor Nortel's express and implied FRAND licensing commitments with respect to at least those patents.

130.    Rockstar, for itself and on behalf of its assignee Constellation, has publicly repudiated its duty to honor Nortel's express and implied FRAND licensing commitments with respect to any and all standard essential patents that were previously part of the Nortel Patent Portfolio.

131.     Rockstar, for itself and on behalf of its assignee Constellation, has refused to offer licenses to ARRIS or its customers on FRAND terms for FRAND-encumbered standard essential patents.

132.     There is a dispute between the parties concerning whether Defendants are obligated to offer licenses for standard-essential patents that were previously part of the Nortel Patent Portfolio on FRAND terms.

133.     The dispute is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

134.     Based on the foregoing, Plaintiffs hereby request a declaratory judgment that Rockstar and Constellation have not offered licenses to ARRIS or its customers on terms consistent with the representations in each LOA submitted by Nortel and pursuant to the policies promulgated by the IEEE, IETF, ITU, 3GPP and other SSOs for any of the patents-in-suit.

135.     Because Rockstar and Constellation have refused to offer licenses to ARRIS and its customers on FRAND terms, ARRIS is further entitled to a declaratory judgment as to which of the patents-in-suit are standards essential and setting forth the FRAND terms for each valid, standard essential, FRAND encumbered patent allegedly practiced by ARRIS and its customers.

136.     Based on the foregoing, Plaintiffs hereby further request a declaratory judgment that if Rockstar and Constellation refuse to offer licenses to the Asserted Patents to ARRIS and/or its customers on FRAND terms, the standard essential patents at issue shall be unenforceable as to ARRIS and its customers.

### THIRD CLAIM FOR RELIEF:  DECLARATORY JUDGMENT OF LICENSE AND EXHAUSTION OF PATENT RIGHTS RELATING TO DOCSIS PURSUANT TO CABLELABS AGREEMENTS

137.     ARRIS realleges and incorporates by reference the allegations set forth in the other sections of the complaint.

138.    The Defendants claim to own all rights, title, and interest in the '298, '494, and '197 patents.

139.    The Defendants have accused the Known Accused Customers of infringing one or more of the '298, '494, and '197 patents by using technology necessary to practice the DOCSIS Standards as implemented in ARRIS's technologies, products, and/or services, including CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products.

140.    Because Nortel and/or Nortel affiliates were participants in the CableLabs Agreements, Nortel granted CableLabs and ARRIS a license to at least the '298, '494, and '197 patents to the extent required to comply with the DOCSIS Standards.

141.    As a result, at least the '298, '494, and '197 patents are expressly or impliedly licensed to ARRIS, licensed to ARRIS's customers, and exhausted with respect to ARRIS's customers' use of ARRIS's products or services necessary to practice the DOCSIS Standards.

142.    Absent a declaration that Defendants' rights in the Asserted Patents are expressly or impliedly licensed to the Known Accused Customers and/or exhausted, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

143.    A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the '298, '494, and '197 patents are expressly or impliedly licensed to ARRIS, licensed to ARRIS's customers, and exhausted with respect to ARRIS's customers' use of ARRIS's products or services necessary to practice the DOCSIS Standards.

144.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that Defendants' rights in at least the Asserted Patents, including the '298, '494, and '197 patents are

expressly or impliedly licensed to ARRIS, licensed to ARRIS's customers, and exhausted with respect to ARRIS's customers' use of ARRIS's products or services necessary to practice the DOCSIS Standards, including: CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products and STB products.

**FOURTH CLAIM FOR RELIEF: UNFAIR COMPETITION UNDER DELAWARE LAW**

145.    ARRIS realleges and incorporates by reference the allegations set forth in the other sections of the complaint.

146.    ARRIS had expectations of entering into licenses to the Asserted Patents to ARRIS and/or its customers on FRAND terms.

147.    ARRIS has a business relationship with its customers that includes selling the Accused Products to the Known Accused Customers.

148.    ARRIS has expectations of entering into business relationships with new customers by selling them Accused Products.

149.    Defendants have engaged in unfair competition and interfered with ARRIS's current and expected business relationships by, among other things, wrongfully accusing ARRIS's customers of infringement, falsely representing that ARRIS's customers are not licensed to the Asserted Patents, pressuring ARRIS's customers to sign NDA agreements to hamper cooperation with ARRIS and to frustrate Defendants' FRAND and DOCSIS royalty commitments, concealing the true owner of patents from the Nortel Patent Portfolio, and concealing the complete list of patents Defendants believe ARRIS's customers are infringing.

150.    As a result of the foregoing unfair competition, ARRIS has been damaged in its business or property and is threatened by imminent loss of profits, loss of customers, and loss of goodwill.

151.     Based on the foregoing, Plaintiffs hereby request a declaration that the Asserted Patents are unenforceable due to Defendants' Unfair Competition.

## FIFTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '474 PATENT

152.     ARRIS realleges and incorporates by reference the allegations set forth in the other sections of this Complaint.

153.     The Defendants claim to own all rights, title, and interest in the Asserted Patents.

154.     The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to Known Accused Customers, including at least ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products, and products that implement DOCSIS Standards.

155.     Absent a declaration that ARRIS's products do not infringe the '474 patent, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

156.     A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the following products infringe the '474 patent: ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products, and products that implement DOCSIS Standards.

157.     Based on the foregoing, Plaintiffs hereby request a declaration from the Court that ARRIS's products do not directly or indirectly infringe any claim of the '474 patent.

## SIXTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '197 PATENT

158.     ARRIS realleges and incorporates by reference the allegations set forth in the other sections of this Complaint.

159.    The Defendants claim to own all rights, title, and interest in the Asserted Patents.

160.    The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to Known Accused Customers, including at least ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products, and products that implement DOCSIS Standards.

161.    Absent a declaration that ARRIS's products do not infringe the '197 patent, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

162.    A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the following products infringe the '197 patent: ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products, and products that implement DOCSIS Standards

163.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that ARRIS's products do not directly or indirectly infringe any claim of the '197 patent.

## SEVENTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '298 PATENT

164.    ARRIS realleges and incorporates by reference the allegations set forth in the other sections of this Complaint.

165.    The Defendants claim to own all rights, title, and interest in the Asserted Patents.

166.    The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to Known Accused Customers, including at least ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products.

167.    Absent a declaration that ARRIS's products do not infringe the '298 patent, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

168.    A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the following products infringe the '298 patent: ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products.

169.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that ARRIS's products do not directly or indirectly infringe any claim of the '298 patent.

## EIGHTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '893 PATENT

170.    ARRIS realleges and incorporates by reference the allegations set forth in the other sections of this Complaint.

171.    The Defendants claim to own all rights, title, and interest in the Asserted Patents.

172.    The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to Known Accused Customers, including at least ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products,

173.    Absent a declaration that ARRIS's products do not infringe the '893 patent, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

174.    A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the following products infringe the '893 patent: ARRIS's CM

products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products.

175.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that ARRIS's products do not directly or indirectly infringe any claim of the '893 patent.

## NINTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '253 PATENT

176.    ARRIS realleges and incorporates by reference the allegations set forth in the other sections of this Complaint.

177.    The Defendants claim to own all rights, title, and interest in the Asserted Patents.

178.    The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to Known Accused Customers, including at least ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products, and products that implement DOCSIS Standards.

179.    Absent a declaration that ARRIS's products do not infringe the '253 patent, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

180.    A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the following products infringe the '253 patent: ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products, and products that implement DOCSIS Standards.

181.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that ARRIS's products do not directly or indirectly infringe any claim of the '253 patent.

## TENTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '879 PATENT

182.    ARRIS realleges and incorporates by reference the allegations set forth in the other sections of this Complaint.

183.    The Defendants claim to own all rights, title, and interest in the Asserted Patents.

184.    The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to Known Accused Customers, including at least ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products.

185.    Absent a declaration that ARRIS's products do not infringe the '869 patent, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

186.    A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the following products infringe the '879 patent: ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products.

187.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that ARRIS's products do not directly or indirectly infringe any claim of the '879 patent.

## ELEVENTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '649 PATENT

188.    ARRIS realleges and incorporates by reference the allegations set forth in the other sections of this Complaint.

189.    The Defendants claim to own all rights, title, and interest in the Asserted Patents.

190.    The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to

Known Accused Customers, including at least ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products STB products.

191.    Absent a declaration that ARRIS's products do not infringe the '649 patent, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

192.    A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether the following products infringe the '649 patent: ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products.

193.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that ARRIS's products do not directly or indirectly infringe any claim of the '649 patent.

### TWELFTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '299 PATENT

194.    ARRIS realleges and incorporates by reference the allegations set forth in the other sections of this Complaint.

195.    The Defendants claim to own all rights, title, and interest in the Asserted Patents.

196.    The Defendants have accused the Known Accused Customers of infringing the Asserted Patents by using technologies, products, and/or services that ARRIS provided to Known Accused Customers, including at least ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products.

197.    Absent a declaration that ARRIS's products do not infringe the '299 patent, Defendants will continue to assert the Asserted Patents against ARRIS and/or its customers and thereby cause ARRIS irreparable harm and injury.

198.    A substantial, immediate, and real controversy therefore exists between ARRIS and Defendants as to whether ARRIS's products infringe the '299 patent, the following products infringe the '299 patent: ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products.

199.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that ARRIS's products do not directly or indirectly infringe any claim of the '299 patent.

## PRAYER FOR RELIEF

WHEREFORE, ARRIS seeks the following relief:

A.    Declaring that Defendants' rights in at least the Asserted Patents are expressly or impliedly licensed to ARRIS, licensed to ARRIS's customers, and exhausted with respect to ARRIS's customers' use of ARRIS's products or services, including ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products;

B.    Declaring which of the patents-in-suit are standards essential, Defendants' licensing obligations with respect to their FRAND encumbered patents, and the corresponding unenforceability of those patents if not offered for license on FRAND terms;

C.    Ordering Defendants to specifically perform its contractual obligations by offering a FRAND license to Plaintiffs to each valid FRAND-encumbered patent in their portfolio that is practiced by Plaintiffs;

D.    Declaring that Defendants' rights in at least the Asserted Patents are expressly or impliedly licensed to ARRIS, licensed to ARRIS's customers, and exhausted with respect to ARRIS's customers' use of ARRIS's products or services necessary to practice the DOCSIS standards, including ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, and STB products;

E.      Declaring that the Asserted Patents are unenforceable due to Defendants' Unfair Competition;

F.      Declaring that ARRIS's products, including ARRIS's CM products, EMTA products, CMTS products, QAM products, SDV products, video transcoder products, STB products, and products that practice the DOCSIS Standards do not infringe any of U.S. Patents Nos. 5,471,474, 5,761,197, 6,128,298, 6,130,893, 6,321,253, 7,154,879, 6,128,649, and 8,464,299;

G.      Declaring that judgment be entered in favor of ARRIS and against Defendants on each of ARRIS's claims;

H.      Finding that this an exceptional case under 35 U.S.C. § 285;

I.      Awarding ARRIS its costs and attorneys' fees in connection with this action; and

J.      Such further and additional relief as the Court deems just and proper.

### <u>JURY DEMAND</u>

ARRIS hereby demands a trial by jury on all issues properly triable before a jury.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

January 30, 2014

7966858.1

31

Case 09-10138-MFW   Doc 14554-1   Filed 10/14/14   Page 33 of 178

# EXHIBIT A

US005471474A

# United States Patent [19]

## Grobicki et al.

[11] **Patent Number:** 5,471,474

[45] **Date of Patent:** Nov. 28, 1995

[54] **COMMUNICATIONS HIGHWAY NETWORK SYSTEM**

[75] Inventors: **Christopher Grobicki**, Andover; **Cynthia Mazza**, Lynn; **Edward O'Connell**, N. Andover; **John Ulm**, Pepperell; **Gerard White**, Tyngsborough, all of Mass.

[73] Assignee: **LANcity Corporation**, Andover, Mass.

[21] Appl. No.: **72,585**

[22] Filed: **Jun. 4, 1993**

[51] Int. Cl.[6] ........................................ **H04J 3/02**
[52] U.S. Cl. ........................................ **370/85.2**; 370/94.1
[58] Field of Search ........................ 370/85.2, 85.3, 370/60, 94.1, 85.6, 85.7, 85.1, 108, 85.9, 85.4, 85.5, 105.1, 100.1, 95.1, 95.3; 340/825.5, 825.51, 825.52, 825.05; 455/6.1, 6.2, 6.3, 13.3, 82; 375/354, 365

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,500,989 | 2/1985 | Dahod | 370/85 |
| 4,757,460 | 7/1988 | Bione | 364/514 |
| 4,774,707 | 9/1988 | Raychaudhari | 370/85.2 |
| 5,115,427 | 5/1992 | Johnson, Jr. et al. | 370/60 |
| 5,237,567 | 8/1993 | Nay et al. | 370/85.2 |
| 5,237,696 | 8/1993 | Best | 370/85.2 |
| 5,251,212 | 10/1993 | Gass | 370/85.2 |

*Primary Examiner*—Douglas W. Olms
*Assistant Examiner*—Dang Ton
*Attorney, Agent, or Firm*—Hale and Dorr

[57] **ABSTRACT**

A communications highway network system for the interactive communication of digital and analog information that incorporates LAN, MAN, and CATV technology to provide an information pathway of metropolitan size that has a spanning tree topology. The system is multiple drop that operates according a network protocol. The network protocol is based on modified TDM techniques, compensation for round trip loop delay, dynamic allocation of time slots on the network bus, and global synchronization. The protocol also permits concatenation of data packets to reduce overhead. Access to the network bus is controlled by a system allocator operating according to the network protocol. The allocator may allocate network bus bandwidth to simultaneously provide three levels of service for the system nodes to access the network bus, namely, isochronous, demand-based dedicated, and contention bandwidth allocation. This allocation method incorporates fairness to give all nodes sufficient bus access opportunities.

**55 Claims, 10 Drawing Sheets**





FIG. 1



## FIG. 2



## FIG. 3



## FIG. 4



FIG. 5



VARIABLE LENGTH DATA

FIG. 6



FIG. 7



**FIG. 8**



**FIG. 9**

Case 1:14-cv-00114-SLR  Document 1554-1  Filed 01/30/14  Page 7 of 345 PageID #: 38
Case 00-10138-MFW   Doc 14554-1   Filed 10/14/14   Page 39 of 178



*FIG. 10*



FIG. 11

FIG. 12

FIG. 13A

| BLOCK SYNCHRONIZATION PACKET | DEDICATED BANDWIDTH REQUEST BLOCK | DELAY 1 | TRANSMIT MAP UPDATE BLOCK | MAINTENANCE BLOCK | SYNCHRONOUS BANDWIDTH BLOCK | DEDICATED BANDWIDTH BLOCK | PUBLIC CONTENTION BANDWIDTH BLOCK | BLOCK SYNCHRONIZATION REQUEST |
|---|---|---|---|---|---|---|---|---|

800 ~

REQUEST GRANT FOR MEMBERSHIP IN DEDICATED BANDWIDTH REQUEST BLOCK TRANSMITTED

**FIG. 13B**

| BLOCK SYNCHRONIZATION PACKET | DEDICATED BANDWIDTH REQUEST BLOCK | DELAY 1 | TRANSMIT MAP UPDATE BLOCK | MAINTENANCE BLOCK | SYNCHRONOUS BANDWIDTH BLOCK | DEDICATED BANDWIDTH BLOCK | PUBLIC CONTENTION BANDWIDTH BLOCK | BLOCK SYNCHRONIZATION PACKET |
|---|---|---|---|---|---|---|---|---|

850 ~

DEDICATED BANDWIDTH REQUEST PACKET TRANSMITTED

**FIG. 13C**

| BLOCK SYNCHRONIZATION PACKET | DEDICATED BANDWIDTH REQUEST BLOCK | DELAY 1 | TRANSMIT MAP UPDATE BLOCK | MAINTENANCE BLOCK | SYNCHRONOUS BANDWIDTH BLOCK | DEDICATED BANDWIDTH BLOCK | PUBLIC CONTENTION BANDWIDTH BLOCK | BLOCK SYNCHRONIZATION PACKET |
|---|---|---|---|---|---|---|---|---|

900 ~

TRANSMIT MAP UPDATE BLOCK TRANSMITTED

**FIG. 13D**

Case 1:14-cv-00114-SLR Document 1-1 Filed 01/30/14 Page 106 of 149 PageID #: 41



FIG. 13E

FIG. 14

Case 1:14-cv-00114-SER Document 1-1 Filed 01/30/14 Page 130 of 149 PageID #: 42



*FIG. 15*



*FIG. 16*

5,471,474

| 1 | 2 |

# COMMUNICATIONS HIGHWAY NETWORK SYSTEM

## FIELD OF THE INVENTION

The present invention relates to systems that are used for the distribution and control of information signals over a multiple drop communications network. More particularly, the present invention relates to systems that are used to distribute and control information signals over a multiple drop communications network that spans an area up to metropolitan distances or greater.

## BACKGROUND OF THE INVENTION

In the ever changing world of data communications, there have been advances in the efficiency and complexity of local area networks (LANs). From networks for the simple exchange of data between a few computers, LANs have become reasonably sophisticated multiple drop systems allowing interactive communications between not only computers but a number of other types of devices that are connected to, and operational on, such LANs.

LANs, however, are private, closed systems. This means that the LAN system architecture is optimized around the assumption that only a small, defined number of authorized users will be serviced. Moreover, a single LAN is only meant to service a small geographic area, which is a few miles at most. This is true for both wired and wireless LANs.

The LAN concept has been expanded to cover larger geographic areas and these systems are referred to as metropolitan area networks (MANs). MANs, like LANs, are multiple drop systems but MANs usually have a much larger number of authorized users. MANs also may be wired or wireless.

LANs, both wired and wireless, support the transmission of voice and data signals. The voice signals may be either analog signals or digital signals representative of the analog signals. The data signals also may be analog or digital signals. MANs support voice and data signals like LANs. It would be desirable, however, to have a data communications system as large or larger than a MAN with the attributes of LANs with respect to ease of operations.

LAN and MAN systems usually support random access to the network bus by the authorized user. Depending on the system configuration and operating protocol, these systems attempt to minimize the number of collisions on the network bus by using an arbitration scheme. This device will prioritize use of the network bus among the authorized users. The arbitration function becomes increasingly difficult as the traffic on the network bus increases. Collisions on the bus result in the inefficient use of network bus bandwidth, thereby significantly increasing the latency in transmitting data from a source to its destination. Moreover, as the number of collisions on the bus increase, the ability of authorized users to gain access to the bus decreases.

LAN and MAN systems have used various protocols to prevent collisions on the bus. These include polling, priority requests, carrier-sensing, carrier-sensing with collision-detection, token-passing, and cyclic time-division.

The listed protocols generally solve the collision problem on heavily loaded network buses by allowing only one node at a time to access the bus. As each node relinquished the bus, the protocol would grant another node access to it. Each subscriber requesting bus access would be granted access in due time according to protocol queuing method.

Certain of the listed protocols permitted nonarbitrated access to the bus when the bus was considered lightly loaded. This was because the likelihood of collisions was small. However, the network conditions can change rapidly, so a lightly loaded bus could suddenly become heavily loaded and there would be a large number of collisions on the bus and a substantial loss of bandwidth. Even when it was feasible to use the non-arbitrated access method, there was still only one node at a time given access to the bus.

As systems expanded from LAN type systems to MAN type systems, significant time delays became associated with the system node accessing the network bus. These delays were loop delay times. A loop delay time is the time it takes a transmitted message to be received back by the transmitting node. The maximum loop delay for the system is the loop delay for the node farthest from the head end. Each node had a different loop delay. If any two or more nodes do have the same delay, it was purely by chance.

With the delays, collisions, and other factors that surface as a system approaches the metropolitan area size, it becomes increasingly difficult to find a protocol that serves the needs of high bandwidth and low bandwidth users. In many cases, the needs of these two user groups are in opposition.

For efficient use of the network bus, it is necessary to know the loop delay time for each node and compensate for it in granting a system node access to the network bus. Since loop delay usually is not determined for each system node, to avoid collisions, the arbitration scheme of prior art systems usually waited the maximum loop delay time before granting another node access to the bus.

Community-antenna television (CATV), often referred to simply as cable TV, uses coaxial cable to distribute standard television signals to customers receiving the service. Generally, CATV systems are accessed by greater numbers of users than access either LAN or MAN systems. CATV systems typically include a head end at which signals that are received from the source of programming material are processed for transmission over the system, a trunk system, which is the main artery carrying the processed signals, a distribution system, which is a bridge from the trunk system lines and carries signals to subscriber areas, and subscriber drops, which are fed from taps on the distribution system to feed subscriber TV receivers.

In order to service the large number of subscribers positioned randomly over the very large geographic area covered by a CATV system, the head end has both wireless and wired connections to distribution systems or remote head ends, which connect to yet further distribution systems. These distribution schemes include the use of satellites.

The primary goal of CATV has been to provide high quality TV signals for subscribers. However, today some CATV systems use optical fiber cable to increase the number of channels that can be carried. These systems also have some interactive communications between the subscribers and the programming source, and between subscribers. As a result, CATV systems can carry many more TV channels than ever before, as well as provide other types of communications services on a limited basis.

CATV systems have a spanning tree topology. In principle, this could be adapted to expand the interactive communications capability now in use in CATV systems. However, CATV systems were not designed for the wideband communications used by LAN and MAN systems. Moreover, CATV systems are not designed or particularly adaptable to accept data communications formatted for

5,471,474

3

communications over LAN and MAN systems.

There is a need for an interactive communications system that covers a large geographic area and has a larger number of system nodes that marries the attributes of CATV, LAN, and MAN technology but has a bus protocol that permits more than one data packet access to the network bus, compensates for the large loop delays associated with each system node, and can adjust to the changing traffic demands on the network bus, yet appear like a LAN to the user.

SUMMARY OF THE INVENTION

The elements of the communications highway network system of the present invention are the distribution system of a CATV infrastructure and a large number of system nodes that connect to the distribution system. Each system node includes a CPU module which is capable of controlling the system of the present invention, an RF modem module for interfacing the system node with the distribution system, and a power supply. The CPU module is a protocol engine for controlling movement of data packets over the communications highway network system of the present invention. The RF modem module is the interface for sending signals to, and receiving signals from, the CATV system. The power supply powers the CPU and RF modem modules. The system also includes a system pacer to provide global synchronization for all system nodes and an allocator for controlling access to the network bus. Due to the system of the present invention employing a distributed protocol, each system node is capable of performing the pacer and allocator functions.

The system of the present invention uses a spanning tree topology of a CATV infrastructure to reach metropolitan distances and greater. The system of the present invention also has significantly greater throughput than prior art systems because of its MAC layer protocol. However, to the user of the system of the present invention, it appears like a LAN.

The communications highway network system uses channels of the CATV system for its transmission to the system nodes. These channels are considered the network bus of the system of the present invention. The network bus includes both wired and wireless portions. All information transmitted on the network bus, whether voice, video, or data information, is a serial-digital stream that has been converted to RF signals compatible for use on the network bus. However, if a different type of network bus is being used, when necessary, the transmitted information will be converted from the serial-digital stream to signals compatible for use on that network bus.

The protocol used by the system of the present invention is based on modified time division multiplexing (TDM) techniques, compensation for system node round trip loop delay, dynamic allocation of slot times on the network bus, and global synchronization. The protocol also considers concatenation of data packets on the network bus under certain circumstances to reduce transmission overhead. The use of this protocol results in an efficient use of the network bandwidth and a high throughput of data for each of the nodes that access the network bus.

This high throughput is accomplished by serving the system nodes with at least three levels of service. These may be fixed (isochronous) access, demand-based (dedicated) access, and random (random) access to the network bus, which is divided into slot times according to modified TDM techniques. The protocol of the system of the present inven-

4

tion permits more than one data packet to be on the network bus at a time, which contributes significantly to the increased throughput. These multiple data packets on the network bus may be from one system node or a plurality of system nodes.

The network protocol relies on each of the nodes being synchronized since the network bus is partitioned into time slots according to TDM techniques. This global synchronization is achieved by use of a single system pacer.

A system allocator implements the protocol to allocate network bandwidth to the system nodes requesting it. The allocator can simultaneously provide the three levels of service in granting system nodes access to the network bus. When any of these levels of service are used, data packets may be concatenated to reduce the overhead necessary for sending the data packets. Moreover, the system protocol allows the allocator to dynamically adjust slot assignments between contention and demand-based dedicated time slots depending on network conditions, i.e., whether the network bus is lightly or heavily loaded. The slot allocation method of the present invention also supports variable size packets that span more than one time slot on the network bus. Accordingly, it is not necessary to fragment packets for transmission nor is it necessary to have sophisticated algorithms to reassemble the fragmented packets. The protocol also permits fairness in allocating network bandwidth and aging out certain uses of the bandwidth which prove to be inefficient.

The present invention will be described in more detail subsequently referring to the drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an exemplary communications network incorporating the communications highway network system of the present invention.

FIG. 2 shows the elements of a system node of the communications highway network system of the present invention.

FIG. 3 shows the relationship between the synchronization interval and the block synchronization interval.

FIG. 4 is an example of a frame format used by the communications highway network system of the present invention.

FIG. 5 is an example of a frame control word format used by the communications highway network system of the present invention.

FIG. 6 is an example of a variable length data field used by the communications highway network system of the present invention.

FIG. 7 is an example of a packet format for an ethernet packet with original CRC in the transparent mode that may be transmitted over the communications highway network system of the present invention.

FIG. 8 is an example of a packet format for an ethernet packet with original CRC in the transparent mode and a generated extended header that may be transmitted over the communications highway network system of the present invention.

FIG. 9 is an example of a packet format of a BLOCK SYNC packet in the non-transparent mode that may be transmitted over the communications highway network system of the present invention.

FIG. 10 is an example of a packet format of two concatenated packets in the non-transparent mode that may be transmitted over the communications highway network sys-

5,471,474

<table>
<tr><td>5</td><td>6</td></tr>
</table>

tem of the present invention.

FIG. 11 is an example of the partitioning of a transmit opportunity table.

FIG. 12 is an example of the relationship between dynamic bandwidth allocation blocks.

FIGS. 13A, 13B, 13C, 13D, and 13E show a method for dynamic allocation of time slots.

FIG. 14 shows the relationship between the assignment and slot tables of the dedicated bandwidth request block.

FIG. 15 is an example of the transmit order for request blocks N, N+1, and N+2 when all nodes are serviced.

FIG. 16 is an example of the transmit order for request blocks N and N+1 when all nodes are not serviced.

## DETAILED DESCRIPTION OF THE DRAWINGS

The present invention is a high performance, high volume communications highway network system that permits the interactive communications of data packets among a plurality of system nodes in a multiple drop environment. The communications highway network system of the present invention may be implemented in an existing CATV system infrastructure or it may be an independent system using a spanning tree topology of a CATV system. All information transmitted over the network bus, whether voice, video, or data information, is a serial-digital stream converted to RF signals that are compatible for use on the network bus. It is understood that if a different type of network bus is being used, the transmitted information will be converted, if necessary, from the serial-digital stream to signals compatible for use on that network bus. Before discussing the communications highway network system of the present invention in detail, the following glossary of certain acronyms, mnemonics, and terms that are used in this specification is provided in Table I:

### TABLE I

| Acronym/Mnemonic/Term | Description |
|---|---|
| BS | Block synchronization. |
| CATV | Community-antenna television. |
| CPU | Central processing unit. |
| CRC | Cyclic redundancy check field. |
| DA | Destination address field. |
| DBB | Dedicated bandwidth block. |
| DBRQB | Dedicated bandwidth request block. |
| DBRQB_ASSIGN_#_HEAD | Dedicated bandwidth request block assignment number header. |
| DBRQB_ASSIGN_# | Dedicated bandwidth request block assignment number. |
| DED | Dedicated field. |
| EHDR | Extended header field. |
| ELEN | Extended header length field. |
| ENET | Ethernet. |
| FC | Frame control field. |
| FLEN | Frame length field. |
| FRAME | A single transmission, IPG to IPG. It may or may not span multiple time slots and it may contain multiple packets. |
| IPG | Interpacket gap field. |
| HCS | Header check sequence field. |
| LAN | Local area network. |
| LEN | Length. |
| MAC | Media access control layer. |
| MAN | Metropolitan area network. |
| MDI | Modem digital interface. |
| NMS | Network management system. |
| PACKET | A group of bits including |

### TABLE I-continued

| Acronym/Mnemonic/Term | Description |
|---|---|
| | address, data, and control elements that are switched and transmitted together. |
| PARAM | Parameter field. |
| PC | Personal Computer. |
| PCx | Frame control field for an individual data packet in a concatenated data packet. |
| PCRC | Cyclic redundancy check field for an individual data packet. |
| PCSx | Checksum field for an individual data packet in a concatenated data packet. |
| PLENx | Frame length field for an individual data packet in a concatenated data packet. |
| PRE | Preamble field. |
| QPSK | Quadrature phase shift keying. |
| RF | Radio frequency. |
| SA | Source address field. |
| SEED | Scrambler seed field. |
| SFD | Start frame delimiter field. |
| TDM | Time division multiplexing. |

### General System Description

Generally at 100, FIG. 1 shows an exemplary communications system that incorporates the communications highway network system of the present invention. According to FIG. 1, the system of the present invention is incorporated in the spanning tree infrastructure of a CATV system. The CATV system includes head end 101, which is the programming source for the CATV system and serves as the central distribution facility. The signal output from head end 101 on line 104 is a wideband signal which normally can support as many as 83 cable channels with each channel having a bandwidth of 6 MHz. However, the use of optical fiber cable can dramatically increase the number of channels that the head end will support, which is being speculated to be as many as 500. Line 104 connects to transceiver 110, which broadcasts the cable signal over air interface 111 to distribution system 112.

Distribution system 112 is representative of one of the many distribution systems that may connect to head end 101. These distribution systems may be indirectly connected to the head end, like distribution system 112, or directly connected to the head end, like the systems at 102 and 103. The systems at 102 and 103 may be optical fiber distribution systems or standard coaxial cable distribution systems.

Distribution system 112 includes transceiver 113 which connects to line 114. Line 114 serves as the distribution system bus. The distribution system bus has system nodes 107, 116, 118, 120, 122, 124, 126, 128, 130, and other system nodes not shown connected to it. If the CATV system is an interactive type system, lines 102, 103, 104, and 114 will actually be two lines to permit full duplex system operations. It is also within the scope of the present invention for a single line with a frequency translator to be used.

Representation system node 107 will now be discussed. System node 107 of the system of the present invention via line 105 may connect to an ethernet interface, via line 106 to an RS-232 interface, via line 109 to an interface to a token ring, and via line 111 to an interface for a PC bus. Similarly, system node 130 via line 132 may connect to a RS-232 interface, via line 134 to T1 trunk interface, and via line 136 to PC bus interface. The buses of the systems that connect to the system nodes form part of the network bus of the communications highway network system of the present

5,471,474

7

invention.

Line 108 is the drop line that connects system node 107 to line 104 of the CATV system. As an example, it is contemplated that the signals from system node 107 will use at least one 6 MHz forward channel and at least a 6 MHz reverse channel of the CATV system. This will permit the ethernet subscribers, and the token ring and PC bus users to interactively communicate with system nodes of various branches and twigs of the network system of the present invention. Accordingly, line 108, the channels of the CATV system that are dedicated to the communications highway network system of the present invention, and the bus or buses of systems connected to the system nodes form the network bus of the system of the present invention. The present invention provides a protocol for accessing the system bus for interactive communications that is efficient and minimizes collisions as will be described in detail subsequently.

Referring to FIG. 2, the modules that make up each system node are shown. For purposes of example only, the system node shown in FIG. 2 will be described referring to system node 107. System node 107 includes CPU module 200, RF modem module 204, and power supply 210. CPU module 200 via line 105 is connected to a triple media ethernet interface, via line 106 is connected to a RS-232 interface, via line 109 is connected to a token ring interface, and via line 111 is connected to a PC bus interface. It is understood that the CPU module may connect to other peripherals and buses and still be within the scope of the present invention. Preferably, CPU module 200 includes a CPU with related memory, bus, and core elements, a MDI for connection to RF modem module 204, a RS-232 interface, a display, and a nonvolatile memory. Moreover, various conductivity systems may be connected to the CPU module, such as an ethernet controller, a PC bus interface, T1 and T3 trunk interfaces, and a token ring interface.

CPU module 200 is a protocol engine for controlling the movement of packet data over the communications highway network system of the present invention. Taking for example an ethernet system that connects to the CPU module via line 105, the CPU module is the primary data link between the ethernet subscribers and the system nodes of the various distribution systems. The CPU module is capable of processing triple media ethernet data, such as 10Base5, the thicknet version, 10Base2, the thinnet version, and 10Base T, the twisted-pair version. Since the system of the present invention may include the ethernet and its subscribers, reference to the system nodes is meant to include the ethernet subscribers or other system users that may form part of the system of the present invention in the same manner as the ethernet subscribers.

The MDI portion of the CPU module provides an interface with the RF modem module. As such, it provides for the transfer of data, control, and status information, as well as power, to RF modem module 204. The CPU module's connection to the RS-232 via line 106 may provide a means for remote, out of band communications for various purposes, some of which may be diagnostic, NMS development, and overall system control. Similarly, the CPU module's connection to other systems expands the communications highway network system of the present invention.

RF modem module 204 will interface with the CATV system via line 108 and provide the modulation and demodulation function for converting between the broadband signals on the CATV system and the baseband signals

8

from the CPU module. Preferably, RF modem module 204 will use QPSK modulation and demodulation techniques so that it will be compatible with the channel allocation technology of the CATV system. On the transmission side, RF modem module 204 will transmit 10 Mbps of data information on the 6 MHz bandwidth forward channel. Similarly, on the receive side, the RF modem module can capture 10 Mbps of data information from the 6 MHz bandwidth reverse channel of the CATV system. However, it is still within the scope of the present invention to use other channel bandwidths as long as they are compatible and for the throughput of the data to vary depending on system design-and-demands.

Power supply 210 connects to CPU module 200 via line 212 and connects to RF modem module 204 via lines 212 and 214. The power supply provides +5 VDC, +12 VDC, and −12 VDC appropriately to the CPU and RF modem modules.

Communications Highway Network System Protocol

The protocol of the communications highway network system of the present invention provides the system nodes access to the network bus based on modified TDM techniques, compensation for round trip loop delay, dynamic allocation of slot times on the network bus, and global synchronization. This protocol also permits concatenation of data packets on the bus under certain circumstances.

Following the network protocol, the network allocator, which will be discussed in detail subsequently, assigns transmit opportunities to the system nodes. These transmit opportunities are time slots of the network bus relative to a synchronization signal. These may be isochronous, demand-based dedicated, or contention opportunities.

Only the system node assigned isochronous or demand-based dedicated transmit opportunities may transmit during such periods. However, one or more nodes may transmit during contention transmit opportunities. It is only in this later period that collision can take place.

Since the round trip for the system node transmissions may be up to metropolitan distances or greater, these transmissions experience large network delays. As such, it is necessary for a node to start its transmission a loop delay earlier than its assigned slot times. This round trip loop delay is the time it takes for a node to send a signal and receive back the echo. According to the protocol of the system of the present invention, each node must know its loop delay before it can access the network bus to transmit data. A system node, however, can always access the system bus to calculate its loop delay.

A system allocator following the network protocol can dynamically change the allocation of slot time assignments for the system nodes between demand-based dedicated slot times and contention slot times. According to the protocol, when the network bus is lightly loaded, the allocator generally assigns all nodes contention slot times. At this level of bus loading, the nodes usually get immediate access to the network bus and there are very few collisions. As bus loading increases and there is congestion on the network bus, the allocator assigns demand-based dedicated slot times to some of the nodes to keep the number of collisions down. When the bus is heavily loaded, the allocator assigns most of the nodes isochronous or demand-based dedicated slot times. This drastically reduces or substantially eliminates the likelihood of collisions on the network bus. To ensure that all of the system nodes gain access to the bus under these conditions, the allocator assigns the demand-based dedicated time slots with fairness.

5,471,474

9

The network pacer provides the timing events for the system nodes to access the network bus that is partitioned into time slots. These timing events provide global synchronization. The timing events that the pacer is responsible for generating are the BLOCK SYNC packets that all of the nodes use to determine when to transmit in assigned time slots of the network bus. The pacer generates the BLOCK SYNC packets at periodic intervals that are designated Block Synchronization Intervals. It is necessary for system nodes to receive the BLOCK SYNC packets according to the BLOCK SYNC Intervals to be able to transmit on the network bus. If any node loses synchronization, it is not permitted to transmit on the network bus until it again acquires synchronization.

A predetermined number of BLOCK SYNC packets and Intervals form a Synchronization Interval. The Synchronization Interval determines the maximum amount of time a system node may go without receiving another BLOCK SYNC packet before it is considered to have lost synchronization. The relationship between the BLOCK SYNC packets and Interval, and the Synchronization Interval is shown in FIG. 3, generally at 300. In that Figure, the Synchronization Interval is shown at 301, the BLOCK SYNC packets ("BS") at 303, and the BLOCK SYNC Interval at 305. The Synchronization Interval and BLOCK SYNC Interval are programmable parameters.

The network robustness level is determined by the number of BLOCK SYNC packets that must be lost before synchronization is lost. Therefore, the robustness level increases as the number of BLOCK SYNC packet increases in the Synchronization Interval. However, higher levels of robustness come at a price, namely, there will be increased overhead because of the increased number of BLOCK SYNC packets.

The pacer is one of the system nodes. The determination of which of the system nodes becomes the pacer takes place after initialization of the nodes on the network. Thus, after each node is initialized, it listens on the network bus for an entire Synchronization Interval to determine if a pacer has been established. If a pacer exists, it will synchronize with the pacer's BLOCK SYNC packets. If the node does not synchronize with a pacer within the Synchronization Interval, it assumes that a pacer does not exist and it will attempt to become the pacer.

The node that successfully transmits its BLOCK SYNC packet and receives the echo back before receiving the BLOCK SYNC packet of another node, meaning that its BLOCK SYNC packet has made a round trip of the network, will become the pacer. All of the other nodes will synchronize to the new pacer. If a node's own BLOCK SYNC packet does not return in a loop delay, it will wait one BLOCK SYNC Interval plus a random backoff time and again attempt to become the pacer. The backoff time is increased with each successive attempt. If, however, the node receives the BLOCK SYNC packet of another before its own returns, it will synchronize to the one that it received and ignore any other BLOCK SYNC packets, even its own. Anytime a node loses synchronization, it will follow the above procedure to again become synchronized or become the pacer. To save time in performing the pacer selection process, only a predetermined number of system nodes will be predisposed to become the pacer.

As stated previously, the network protocol is based on modified TDM techniques, compensation for round trip loop delay, dynamic allocation of slot times on the network bus, and global synchronization through pacing. Pacing has been

10

discussed above. The other factors that determine the network protocol will now be discussed in the context of accessing the network bus.

Because of the size of the communications highway network system of the present invention, the system nodes experience large delays in accessing the network bus. To be able to efficiently transmit data packets over bus, the protocol calls for the nodes to start their respective transmissions a loop delay earlier than the time they are assigned a transmit opportunity in one of the three levels of service. This loop delay is different for each node so each node must know its own loop delay. Without knowledge of its loop delay, a node can not properly transmit its data packets in the assigned time slots of the network bandwidth because it will not be able to properly time when to access the bus.

Each node calculates its loop delay by transmitting a Determine Loop Delay packet to itself. The node times how long it takes to receive the packet back. If this packet does not come back, the node assumes that there was a collision, backs off a predetermined period of time and tries again by sending a second Determine Loop Delay packet. This procedure is repeated until the node determines its loop delay or times out.

Referring to FIG. 3, each BLOCK SYNC Interval following the BLOCK SYNC packet is divided into equal-sized, time slots that are potential transmit opportunities. The slot size is a programmable parameter. Each slot has state information associated with it. This state information is stored in a table at each node. The size of the table equals the BLOCK SYNC Interval divided by the slot time. This state information is set forth in Table II.

TABLE II

| State Information | Meaning |
|---|---|
| Slot Type | Dedicated or Contention. |
| Transmit Control | S = Enabled to start or continue transmission. C = Enabled to continue but not start a transmission. X = Transmits forbidden for this slot. |
| Transmit Size | Places restrictions on the size of packets that may start during the time slot. |
| Global Dedicated and Contention Control | Allows global enables and disables. |
| Transmit Priority | Allows a node or subscriber to prioritize internal transmit queues. |
| P-Persistence Value | Probability a system node will transmit in a particular public contention block. |
| BLOCK SYNC Boundary Indicator | Provides synchronization between the table and transmitter timers. |
| Backoff Indicator | Determines which slots are counted for determining the backoff amount. |

When a node is given access to the network bus, it may transmit its packet in one or more time slots but it can only start the transmission in a time slot with its transmit control set to "S."

5,471,474

11

Although there are three types of transmit opportunities that the allocator may assign to a system node, for the purposes of discussing the protocol here, the isochronous and demand-based dedicated transmit opportunities will be considered generally together as dedicated transmit opportunities. Therefore, the two will hereafter be referred to as dedicated transmit opportunities unless it is necessary to differentiate between them.

If only one system node is granted access to a particular time slot to transmit its data packets, this is a dedicated assignment. Dedicated assignments have the advantage that the packets in such slots will not be subject to collisions on the network bus. Because there is no possibility of collisions for data packets that have been assigned dedicated time slots, a node considers the transmission of a packet complete once it has been sent and does not wait for an echo. As such, once a node has transmitted a first packet, it can transmit the next available packet as long as it has available dedicated bandwidth. This permits the node to transmit multiple packets on the network bus, thereby significantly increasing the node's throughput. Moreover, because there are no possibilities of collisions, retries are not necessary. The only drawback is that if the node does not transmit in the slot, the bandwidth is wasted.

If multiple nodes are allowed to transmit during a given time slot, this is a contention transmit opportunity. During these time slots, the packets of multiple nodes are subject to collisions. As stated, the network protocol uses this type of access control usually when the network bus is lightly loaded because under such circumstances the access time is greatly reduced than if dedicated assignments were used. However, as the traffic on the network bus increases, this method of access becomes increasingly undesirable because of the number of collisions that occur and the time required to correct for such collisions seriously decreases throughput and wastes bandwidth.

To improve network performance in situations in which the network bus is moderately loaded, the allocator, according to the network protocol, assigns the system nodes both dedicated and contention time slots. Because of greater traffic on the network bus, those nodes that have been assigned contention slots may defer transmission of any pending packets if certain conditions exist.

A first basis for deferring transmission is that the node must wait for a start time slot or must wait for a start time slot that is large enough based on the transmit sizefield. This not only applies to contention opportunities but also dedicated ones.

A second basis, which applies only to contention opportunities, is that the node may be deferring transmission due to a previous collision and backoff. A third reason for deferring transmission is that since the protocol only allows one contention data packet from a node to be on the network bus at any one time, if a collision is detected in the collision window, which is one loop delay period, the node will retransmit the data packet involved in the collision without worrying about the other packets in the transmit queue.

P-persistence is a fourth basis for deferring transmission. P-persistence is the probability, P, that a node will transmit in a valid contention transmit opportunity. As the network becomes more heavily loaded, the probability that a node will transmit during an available contention transmit opportunity is reduced which reduces the collisions and increases the throughput for the node even though latency increases.

The fifth general reason is that if a node senses transmissions of the network bus, it will defer its transmissions to avoid collisions. To accomplish this, the node reads the

12

length field at the beginning of any data packets which the node receives over the network bus, and as long as the remaining number of bytes in the passing packet is greater than the loop delay of reading node, it will defer its transmissions. However, a deferring node must transmit if it is assigned a dedicated time slot to prevent bandwidth waste.

In order to increase the throughput in each of the three types of transmit opportunities, the network protocol provides for the concatenation of multiple data packets. Concatenated transmissions reduce the probability of collisions since the concatenated frame experiences only one collision window while ordinarily each packet of the concatenated frame would experience a collision window of its own. Concatenation also reduces the overhead for the transmission. The concatenated frame can be variable in length up to predetermined length size. When the concatenated frame is received at its destination, it is demultiplex into the original, individual data packets.

When concatenated data packets are transmitted in the contention mode, if the first packet is successfully transmitted, the protocol assumes that no collision has occurred and the remainder of the packets are treated as if they are dedicated transmissions. If, however, the first packet experiences a collision, the concatenated packets together back off and retransmission is attempted at a later time.

As stated, when the contention access method is being used, a node assumes that a transmission is successful if the echo of the transmitted packet is received by that node at the appropriate time, which is a loop delay after the transmission. If the node fails to receive the echo, it assumes that the transmission has failed because a collision or some type of error event has occurred. If a collision is detected in the collision window, a predetermined retry count is incremented, the transmission waits a backoff period, and the packet is retransmitted subject to the deferral rules. If the retry count exceeds a predetermined maximum value, it is considered an error condition and the transmission of this packet is aborted. If the error is one that is detected outside the collision window, a bit error is assumed and the packet transmission is not retried and is aborted. The protocol will reset or decrement the backoff period after successful transmission by the node.

FIGS. 4, 5, 6, 7, and 8 show representative formats for transmissions on the bus according to the network bus protocol.

Referring to FIG. 4, a representative frame format for the transmission of data packets on the network bus is shown at 325. A frame is a single transmission that may span multiple time slots and may include multiple packets. The first field in FIG. 4, is the 12 byte IPG field. This field is to allow for the physical layer, the RF modem module, turn off times and to provide delineation between data packets and frames. The second field is the 11 byte PRE field. This field is a repeating hex pattern 11. The Preamble is used by the physical layer, the RF modem module, to synchronize to the incoming data packet or frame, but will be transparent to the higher layers, such as the MAC layer. The next field is the SFD field. This field is 1 byte long and is the hex pattern D1. The SFD field delineates the start of the actual data frame. The SFD field is used with the SEED field as will be described.

The fourth field is the 2 byte SEED field. A 24 bit scrambler, which is used for the transmission of data on the network bus, uses the 16 bit SEED field and the 8 bit SFD field as the starting pattern. All fields following the SEED field are scrambled. The SEED field is incremented after each transmission. The node that receives the data packet descrambles all data after the SEED field.

5,471,474

13

The next field is the 2 byte FC field. The frame format can be one of two types: transparent mode and non-transparent mode. The non-transparent mode is intended for MAC layer generated frame control of the communications highway network system, while the transparent mode is intended for frames containing packets generated by higher level services, such as applications requiring data communications.

Referring to FIG. 5, generally at 350, a representative frame control word format for the 2 byte FC field is shown. The 1 bit MODE field determines the format: 0= Transparent and 1= Non-transparent. The 1 bit DED field is for indicating the type of packet being transmitted in the frame: 0= Contention packet and 1= Dedicated packet. This field is used by the allocator and provides network management statistics. The 2 bit PRIORITY field is used to show the transparent mode priority of the data packet being sent in the frame. The priorities are the following:

00= Normal Priority Field.
01= High Priority—Allocation Packet.
10= High Priority—Reserved.
11= High Priority—Reserved.

The 2 bit FUNCTION field is used to describe the function of the non-transparent packet being transmitted according to the following:

00= BLOCK SYNC packet.
01= Loop Delay packet.
10= Auto-Concatenate Header.
11= Reserved.

The FUNCTION field is interpreted only if the non-transparent mode is enabled and there is no extended header.

The next field of the frame control word format is the 1 bit PACER field. If the node is the pacer, this bit is set to 1 and if it is not, it is set to 0. This bit is set on every packet transmitted by the pacer. Other nodes leave this bit cleared. The 1 bit EHDR field is intended for use when the transparent mode is enabled. This bit is not interpreted if the non-transparent mode is enabled. If this bit is set at 0, there is no extended header and if it is set at 1, there is one.

The 8 bit PARAM field is the next field. The PARAM field has multiple functions. If the transparent mode is enabled and the EHDR field=1, then the PARAM=the length of the extended header, which may be 0–255 bytes. Further, if the non-transparent mode is enabled, EHDR= 0, and FUNCTION=1x, then PARAM= the number of packets of the concatenate. Except for these two situations, the PARAM field is reserved and not interpreted.

Again referring to FIG. 4, the next field of the frame format is the 2 byte FLEN field. This field describes the length of the remainder of the frame following this field, excluding the 2 byte HCS field. The optional extended header field that follows the FLEN field allows MAC layer implementations to support a variable length header without having to interpret the header. This is accomplished by encoding the length in the PARAM field.

The 2 byte HCS field is a cumulative check of the frame control length and the extended header, if present. This is used for early collision detection and additional robustness. This value is calculated as a byte wide sum expressed as a 16 bit result.

The packet data is the next field of the frame format. The contents of this field are shown in detail in FIG. 6, generally at 400. The first field of the variable length data is a 6 byte DA section. This section is the destination address field for the packet being transmitted. The next field is a 6 byte SA section. This is the source address of the packet being sent. The final field is the variable length data section. The section contains the data being sent and may be 0–8175 bytes long.

14

Referring to FIG. 4, the next field of the frame format is the 4 byte CRC field. This field is meant to check the bytes following the HCS field, namely, the DA, SA, and variable length data fields. The final field of the frame format is the POSTAMBLE field. This is inserted as padding after the CRC field to cause the frame to end at a time slot boundary.

Examples of generated packet formats are set forth in FIGS. 7–10. An ethernet packet with its original CRC in the transparent mode is shown at 450 in FIG. 7. An ethernet packet with its original CRC in the transparent mode and with a generated extended header is shown at 500 in FIG. 8. FIG. 9 at 550 shows a packet format for a generated BLOCK SYNC packet in the non-transparent mode.

FIG. 10 at 600 shows a concatenate packet that consists of the packet in FIG. 7 concatenated with the packet in FIG. 8 into a single frame. As is shown in FIG. 10, there is only one IPG, PREAMBLE, SFD, and SEED for the frame. These are followed by the FC field with the FUNCTION bits indicating concatenation. The PARAM portion of the FC field is set to 2 to indicate the number of concatenated packets. The FLEN field is the length of the entire concatenated frame. Specifically, the FLEN field equals the sum of all the individual packet lengths plus the 6 bytes of overhead for each packet. This concatenation header is then followed by each of the individual packets, from the control field to the CRC, as each would appear in a single transparent frame.

The final protocol consideration is the collision detection process. A node assumes a contention transmission is successful if the transmitted packet returns at the appropriate time, which is a loop delay after transmission, and both the HCS and the CRC snapshot are verified correct. If the node fails to detect the return packet at the appropriate time or discards the packet prior to the CRC's programmable offset, it is assumed that the transmission has failed due to a collision or an error event. The packet is then queued for retransmission subject to retry counters which provide a backoff period. If the packet has been discarded after the programmable CRC offset, then the packet is treated like a dedicated packet. Under these circumstances, the transmission is considered completed but the packet was lost due to bit error on the network, not a collision.

Once the contention packet is queued for retransmission, the node must wait the backoff period before retrying. If, however, a dedicated time slot assignment becomes available, the retry is sent unconditionally in that slot.

The transmitting system node takes a CRC snapshot at the beginning of a data packet. The protocol relies on the fact that the allocator has assigned slots such that all collisions must occur at this beginning of the data packet. That is, the protocol attempts to determine as early as possible when a collision event occurs through the use of a CRC snapshot. Some of the methods the protocol uses to do this include detecting no carrier or loss of carrier during reception, an insufficient PREAMBLE, an invalid SFD, or an incorrect HCS. In addition to these, the node may provide additional checks for early collision detection.

Allocator

The allocator is layered on the system of the present invention and its functions are preferably performed by the system node that also is the pacer. The allocator allocates the network bus bandwidth in a dynamic manner based on the protocol.

The bandwidth that is allocated is that which exists between two BLOCK SYNC packets. The allocator may assign any of the three levels of service to a system node, which are preassigned dedicated, isochronous, slots; dynamically assigned, demand-based dedicated slots; and

5,471,474

15

public contention slots. Each node is given a service level during system configuration and this level of service is stored in the nonvolatile memory. These levels, however, may be changed during system operation.

Each node on the network bus has available a transmit opportunity table that controls that node's access to, and transmissions on, the network bus. FIG. 11 at 650 shows a representative partitioning of a transmit opportunity table. It is the node's use of the transmit opportunity table, which is a product of the allocator, that permits the node to transmit on the network bus. Each of the fields of the table will be discussed subsequently.

The allocator has a number of primary functions. A first is that in providing the highest level of service possible under varying network conditions, it provides the network operating parameters for the public contention block. Specifically, it will provide the "P" value for the P-persistence function. This value will be a function of the network traffic patterns. It will also provide the network hysteresis for retransmission backoff after a collision. Moreover, the allocator provides the preprogrammed amount of public contention bandwidth.

A second primary function is that it provides access to the synchronous dedicated bandwidth block, the isochronous block. This block is manually assignable to a system node through a request/acknowledge procedure. In carrying out this function, the allocator assigns bandwidth time slots per BLOCK SYNC period which have a fixed frequency.

A third primary function is to provide a stable, bounded access to the demand-based dedicated bandwidth block (with fairness to all nodes) and error control. This is accomplished through a dedicated slot per requester for high bandwidth users or through contention slots for high numbers of low bandwidth users.

The allocator, as the decision maker, partitions the network bus bandwidth and communicates its decisions to each of the nodes through packets dedicated for this purpose. These packets continually update the separate transmit opportunity table available to each node. Thus, a fourth primary allocator function is to broadcast the necessary information in the transmit map update packet to allow each node to maintain its transmit opportunity table.

The isochronous allocation, as discussed, is done on a request/acknowledge basis and is manually assignable. Moreover, if a node is not assigned either the isochronous or demand-based dedicated level of service, it is assigned the contention level, which is the default level. As such, the allocator's requirements are relatively straightforward with respect to providing isochronous and contention levels of service. The allocator, however, spends considerable time dynamically allocating bandwidth between the demand-based dedicated level of service and the contention level in light of the ever changing network conditions.

The dynamic allocation of bandwidth by the allocator allows the nodes on the network to request and obtain demand-based dedicated bandwidth for the transmission of their packets with no probability of collisions and the wasted bandwidth created by such collisions. The allocator allocates the demand-based dedicated bandwidth on an individual node basis with minimal latency and overhead in accessing the allocated bandwidth. The system nodes request demand-based dedicated bandwidth from the allocator which if allocated is only for the amount of bandwidth requested. The dynamic allocation of demand-based dedicated bandwidth compensates for the increased collision windows on longer networks, increased latencies for long networks, and increased traffic on the network bus.

16

Referring to FIG. 11–16, the dynamic allocation process by the allocator will be discussed. First, FIGS. 11 and 12 will be discussed to provide an overview of the allocation procedure and then FIGS. 13A and 13E will be discussed with regard an example of the allocation process. Next, FIG. 14 will be discussed which shows an example of the contents of the dedicated bandwidth request block, and then FIGS. 15 and 16 will be discussed regarding the fair allocation of bandwidth.

Referring to FIG. 11 at 650 and FIG. 12 at 700, the three blocks of the transmit opportunity table that are important to the allocator in dynamically allocating the dedicated bandwidth are the dedicated bandwidth request block (DBRQB), the transmit map update block (TXMAPUB), and the dedicated bandwidth block (DBB). The relationship of these blocks is shown in FIG. 12.

The spacing between these blocks is based on the MAX_LOOP_DELAY through the network, as well as the processing time for the protocol. The first delay, Delay 1, is based on the network delay, PACER_LOOP_DELAY, in slots of the allocator and the additional overhead necessary for the allocator to process the transmit map update packets, as well as build up and queue the transmit map update packets. The second delay, Delay 2, is based on the maximum network delay, MAX_LOOP_DELAY, for the network topology and the additional overhead necessary for each node to process the transmit map update packets, as well as queue a data packet for transmission on the network bus.

The dedicated bandwidth request block is a block of slots reserved for requesting dedicated bandwidth and may be from 0–255 slots in length depending on the number of nodes active on the network bus and enabled for this function. Each node that has access to this block has a dedicated slot in which to transmit a dedicated bandwidth request. The dedicated bandwidth request block shown in FIG. 11 is divided into 32 byte slots. However, it is understood that the slot width may be increased or the number of slots may be increased and this still will be within the scope of the present invention. Each of the nodes that are properly enabled has access to one dedicated slot for requests.

The allocator maintains two tables that are used by the dedicated bandwidth request block. These are the assignment table and the slot table which are shown in FIG. 14 at 1000 and 1010, respectively. The assignment table contains the members of the dedicated bandwidth request block and preferably is 0–255 entries in length depending on the number of nodes having membership. Here, it also is understood that a greater number of slots may be unavailable and this still will be within the scope of the present invention. DBRQB_ASSIGN_# is the unique number assigned to each node. The allocator will point to the DBRQB_ASSIGN_#, actually the DBRQB_ASSIGN_#_HEAD, which will transmit first in the next dedicated bandwidth block.

The slot table contains the slots that make up the dedicated bandwidth request block. Preferably, this table will have 0–255 entries depending on the number of nodes having access to the block. Each node having membership has a dedicated slot into which it may transmit a dedicated bandwidth request packet. The slots are numbered 1–255. The assignment and slot tables are equal in length and unused entries in these tables are aged out. However, in order not to waste the bandwidth of the dedicated bandwidth request block, low bandwidth users preferably will transmit their demand-based dedicated bandwidth requests through the contention block.

5,471,474

**17**

The transmit map update block is a block of slots reserved for the allocator. The allocator uses this block to transmit map update packets. These packets fit into three 32 byte slots with the number transmitted within the block determined by the robustness level. Some of the important information contained in the packet are the granting of dedicated bandwidth, maintenance of the dedicated bandwidth request block including aging out of unused entries and providing fairness in bus access, error control to prevent unstable network operating conditions, granting membership in the dedicated bandwidth request block for nodes requesting it, and slot number boundaries between the block types.

The allocator processes the requests for dedicated bandwidth. The bandwidth requested by the nodes is in the number of time slots needed and can range from 64 to 8192 byte times per frame. These are converted into octets. Each node can be individually set for the maximum amount of bandwidth it can request, keeping in mind, however, the level of prioritization within the block. Request for access to a dedicated bandwidth block or being granted access to it does not preclude transmitting packets in the public contention block.

Referring to FIGS. 13A–13E, the procedure for requesting and obtaining dedicated bandwidth will be discussed. Membership in the dedicated bandwidth request block is obtained by sending a dedicated membership request packet in the public contention block as shown in FIG. 13A at 750 or in the maintenance channel if the public contention block is not available. In order for a node to do this, it must have been powered up, established block synchronization and its loop delay, and is enabled to request dedicated bandwidth.

The allocator grants the requesting node access to dedicated bandwidth by listening to all of the individual requests and setting aside bandwidth in the form of time slot counts in the dedicated bandwidth block. Preferably, the allocator does not grant bandwidth on an individual basis but on a bulk basis to all of the requesting nodes.

A grant of a request for membership in the dedicated bandwidth request block is transmitted to the requesting node through the transmit map update block, as shown in FIG. 13B at 800. At this point, the node has been assigned a dedicated slot for requesting bandwidth. To keep the slot the node must transmit in this slot regardless of whether it requires dedicated bandwidth or not. If the node does not use the slot, it is aged out and it will lose it.

Referring to FIG. 13C, generally at 850, according to the allocation request process, each node queues the packets to be transmitted onto the network bus and requests dedicated bandwidth in time slot counts in its dedicated bandwidth request packet. The allocator receives the bandwidth request packets from each of the nodes requesting bandwidth in the dedicated bandwidth block. Preferably, the allocator receives the request packets in a designated area of buffer memory. Each node computes the number of bandwidth requests and the amount of bandwidth requested, the total, as well as the amount upstream from it. Among other things, this determines the requests that are earlier and later than those of a node.

Referring to FIG. 13D, at 900, the allocator transmits a transmit map update packet that includes the total number of bandwidth requests, the bandwidth requested, the bandwidth allocated, and additional fields where appropriate. Each node requesting bandwidth must verify its computed values for total bandwidth with that sent by the allocator in the transmit map update packet. It is only after positive verification that these values match that the node is enabled to transmit in the dedicated bandwidth block.

**18**

Each of the nodes that are enabled to transmit in the dedicated bandwidth block does so in the assigned time slots, deferring from the block boundary by the number of time slots requested and granted to its upstream neighbors. This is generally shown in FIG. 13E at 950. The requested bandwidth is only granted for the next dedicated bandwidth block and requests for additional dedicated bandwidth must be made through subsequent dedicated bandwidth request blocks.

Referring to FIG. 14 and Table III below, an example of request procedure will be explained referring to the assignment and slot tables:

TABLE III

| NODE ID | DBRQB ASSIGN # | DBRQB SLOT # | DEDICATED REQUEST | REQUESTED DEDICATED SLOT |
|---|---|---|---|---|
| D | 4 | 1 | y | 50 |
| E | 5 | 2 | y | 100 |
| F | 6 | 3 | n | 0 |
| A | 1 | 4 | y | 75 |
| B | 2 | 5 | n | 0 |
| C | 3 | 6 | n | 0 |

NODE_ID A is transmitting in DBRQB_SLOT_#_=4 and sees NODE_ID F, E, and D upstream with NODE_ID D and E requesting bandwidth and F not requesting any. NODE_IDA will recognize that the two frames, with a total of 150 slots, will be transmitted in the dedicated bandwidth block ahead of it, so it will defer transmission that number of slots. The allocator transmits the transmit map update packet that contains the total number of requests and the total bandwidth requested. The transmit map update packet delineates between isochronous and demand-based dedicated bandwidth. The nodes transmitting in the dedicated bandwidth block must agree with these values. A node may request dedicated bandwidth even if it is in a collision backoff state, thus allowing it to retransmit the collided packet in a dedicated environment.

The remainder of the fields of the transmit opportunity table shown in FIG. 11 are the block synchronization packet, the maintenance block, synchronous bandwidth block, and the public contention bandwidth block. The block synchronization packet, synchronous bandwidth, and public contention bandwidth blocks have been discussed previously. The remaining block, the maintenance block, is accessible by all nodes. It is used for determining the loop delay for the nodes, for the transmittal of a request to gain membership in the dedicated bandwidth request block when the public contention block is not available, and for setting up and breaking down virtual network circuits.

The allocator uses fairness in allocating the dedicated bandwidth block. As such, the ordering of the dedicated requests by the allocator is periodically changed to implement this fairness. More specifically, the allocator provides for round robin sequencing of the order of the transmittal requests in the dedicated bandwidth request block to achieve fairness. To further achieve fairness, the nodes that were unable to transmit due to the unavailability of dedicated bandwidth are given the highest priority in the next dedicated bandwidth request block. An example of how the allocator carries out fairness in dedicated bandwidth allocation will be described referring to FIGS. 15 and 16.

FIG. 15 shows a dedicated bandwidth request block N at 1100, a dedicated bandwidth request block N+1 at 1110, and a dedicated bandwidth request block N+2 at 1120. Fairness in access latency is provided by moving the nodes up in order in the dedicated bandwidth request block as access is

5,471,474

19

granted to the available bandwidth of subsequent dedicated bandwidth blocks.

FIG. 16 shows a dedicated bandwidth request block N at 1150 and a dedicated bandwidth request block N+1 at 1160. FIG. 16 illustrates how the allocator uses fairness when all of the requests for dedicated bandwidth cannot be met for a particular dedicated bandwidth block. This fairness is provided by moving nodes that were unable to gain bandwidth in the dedicated bandwidth block to the top of the order list for the next dedicated bandwidth request block. Thus, each node is guaranteed access to the network bus regardless of the traffic level.

The terms and expressions that are used herein are used as terms of expression and not of limitation. There is no intention in the use of such terms and expressions of excluding the equivalents of the features shown and described, or portions thereof, it being recognized that various modifications are possible in the scope of the present invention.

We claim:

1. A communications network for interactive communications among network users, comprising:

a network bus;

a plurality of system nodes connected to the network bus with each system node having a loop delay associated therewith;

a pacer connected to the network bus for providing timing signals thereon for synchronizing network bus access operations by the plurality of system nodes;

an allocator that is capable of substantially simultaneously allocating the plurality of system nodes access to a network bus bandwidth by a plurality of bus allocation methods according to a network bus protocol that is based on the network bus being segmented in a time domain into repeating periods, compensation by each system node of its loop delay before accessing the network bus to transmit data during a repeating period, dynamically allocating access to the network bus bandwidth according to the plurality of bus allocation methods, and timing signals from the pacer, with at least one of the bus allocation methods being based on system nodes accessing the network bus bandwidth according to this method being given a requested discrete portion of network bus bandwidth for a predetermined number of repeating periods for transmitting data on the network bus.

2. The communications network as recited in claim 1, wherein the network bus further includes buses of systems that connect to the system nodes.

3. The communications network as recited in claim 1, wherein the plurality of bus allocation methods includes isochronous, demand-based dedicated, and contention allocation methods.

4. The communications network as recited in claim 3, wherein the isochronous method of network bus bandwidth allocation is based on system nodes accessing discrete portions of the network bus bandwidth for a predetermined number of repeating periods for the transmission of data.

5. The communications network as recited in claim 3, wherein the allocator in response to requests from a plurality of the system nodes allocates to such system nodes access to the network bus bandwidth according to demand-based dedicated and contention allocation methods.

6. The communications network as recited in claim 5, wherein the allocator allocates system nodes access to discrete portions of the network bus bandwidth according to the demand-based dedicated allocation method for one

20

repeating period.

7. A method for accessing a network bus bandwidth, comprising the steps of:

(A) generating timing signals on the network bus for synchronizing network bus access operations by a plurality of system nodes connected to the network bus;

(B) segmenting the network bus in a time domain into a plurality of repeating time periods;

(C) determining for each system node that system node's loop delay;

(D) each system node that seeks access to the network bus bandwidth according to a first network bus access method transmitting a request to an allocator for assignment of a discrete portion of the network bus bandwidth for a predetermined number of repeating periods in which the requesting system nodes may transmit data packets on the network;

(E) the allocator assigning the system nodes that requested assignment of a discrete portion of the network bandwidth at step (D) a discrete portion of the network bus bandwidth for a predetermined number of repeating periods until a total amount of network bus bandwidth assigned by the allocator equals a predetermined maximum bandwidth, and for any system nodes that the allocator rejects its request for access according to this first network bus access method because the predetermined maximum bandwidth is reached, then step (G);

(F) the system nodes assigned discrete portions of network bus bandwidth at step (E) transmitting data packets onto the network bus at a time up to an amount assigned by the allocator, with each of such system nodes commencing transmission of the data packets one loop delay before a time the allocator assigned for that system node for transmitting data packets on the network bus;

(G) continuously monitoring an amount of data packets on the network bus and a number of collisions of data packets on the network bus;

(H) allowing any of the plurality of system nodes to transmit at least one data packet on the network bus by a second network bus access method, with each of such system nodes using the second network bus access method commencing transmission of the at least one data packet one loop delay before a time block the allocator has assigned for such system nodes to transmit on the network bus and at least one deferral condition is met;

(I) the allocator accepting requests from any of the plurality of system nodes for discrete portions of a next repeating period to transmit at least one data packet on the network bus according to a third network bus access method; and

(J) the allocator assigning a discrete portion of the network bus bandwidth of the next repeating period to each up to a predetermined number of the system nodes requesting access at step (I) to the network bus according to the third network bus access method, with each of such system nodes accessing this network bus according to the third network bus access method commencing transmission of the at least one data packet one loop delay before a time the allocator has assigned for each system node to transmit on the network bus.

8. The method as recited in claim 7, wherein step (A)

5,471,474

21

globally synchronizes operations on the network bus.

9. The method as recited in claim 7, wherein step (C) includes the following substeps:

(1) a system node transmitting at least one data packet to itself on the network bus;

(2) starting a timing means upon a start of the transmission at substep (1) of step (C);

(3) receiving back at the system node the data packet transmitted at substep (1) of step (C);

(4) stopping the timing means upon receiving back the data packet at substep (3) of step (C) and calculating the loop delay based on the start and stop times; and

(5) storing at the system node the loop delay calculated at substep (4) of step (C).

10. The method as recited in claim 7, wherein the allocator is capable of substantially simultaneously assigning the first, second, and third network bus access methods to the plurality of system nodes.

11. The method as recited in claim 7, wherein steps (H), (I), and (J) result in a dynamic assignment of network bus bandwidth according to the second and third network bus access methods based on a load of each of the nodes on the network bus.

12. The method as recited in claim 11, wherein a number of system nodes requesting access to the network bus bandwidth according to the third network bus access method increases as a number of collisions of data packets on the network bus increases.

13. The method as recited in claim 11, wherein a number of system nodes requesting access to the network bus bandwidth according to the third network bus access method increases as the number of data packets on the network bus increases.

14. The method as recited in claim 12, wherein the allocator in assigning a portion of the network bus bandwidth to the system nodes requesting access to the network bus bandwidth according to the third network bus access method will assign a discrete portion of the network bus bandwidth to each requesting system node until a total amount of network bus bandwidth assigned is equal to a predetermined maximum bandwidth and queuing any requests for access to the network bus bandwidth according to the third network bus access method that were rejected because the predetermined maximum bandwidth was reached.

15. The method as recited in claim 14, wherein the queued requests have priority in an assignment of discrete portions of the network bus bandwidth in subsequent repeating periods for access to the network bus according to the third network bus access method.

16. The method as recited in claim 7, wherein transmitting data packets onto the network bus according to the first, second, and third network bus access methods includes transmitting a data frame, with the data frame having a plurality of data packets, the data frame having less at least network bus bandwidth overhead than if the plurality of data packets making up the data frame are transmitted separately.

17. The method as recited in claim 16, wherein transmitting the data frame onto the network bus according to the second network bus access method includes transmitting a first data packet of the data frame according to the second network bus access method and a remainder of the data packets that follow the first data packet according to a dedicated bus access method.

18. A method for accessing a network bus bandwidth, comprising the steps of:

22

(A) generating timing signals on the network bus for synchronizing network bus access operations by a plurality of system nodes connected to the network bus;

(B) determining for each system node that system node's loop delay;

(C) segmenting the network bus in the time domain into repeating periods of predetermined length and dividing each of the repeating periods into a plurality of time slots, with each repeating period including a predetermined number of time slots for transmission of a timing signal generated at step (A), a predetermined number of time slots for system nodes to transmit data packets on the network bus based on the system nodes accessing the network bus according to a first network bus access method, a predetermined number of time slots for system nodes to transmit data packets on the network bus based on the system nodes accessing the network bus according to a second network bus access method, and a predetermined number of time slots for system nodes to transmit data packets on the network bus based on the system nodes accessing the network bus according to a third network bus access method;

(D) each system node seeking access to the network bus bandwidth according to the first network bus access method transmitting a request to an allocator for assignment of a discrete portion of the network bus bandwidth defined by the predetermined time slots set forth in step (C) for system nodes to access the network bus according to the first network bus access method;

(E) the allocator assigning each of the system nodes requesting a portion of the network bus bandwidth at step (D) a discrete portion of the network bus bandwidth until a total amount of network bus bandwidth assigned by the allocator equals the predetermined number of time slots set forth in step (C) for system nodes to access the network bus according to the first network bus access method, and for any system nodes that the allocator rejects its request for a discrete portion of the network bus bandwidth requested at step (D), then step (G);

(F) the system nodes assigned network bus bandwidth at step (E) transmitting data packets onto the network bus at a time up to an amount assigned by the allocator, with each of the system nodes commencing transmission of the data packets one loop delay before the time the allocator assigned for each system node to transmit on the network bus;

(G) continuously monitoring an amount of data packets on the network bus and a number of collisions of data packets on the network bus;

(H) allowing any of the plurality of system nodes to transmit at least one data packet on the network bus by the second network bus access method in the predetermined number of time slots set forth in step (C) for system nodes accessing the network bus according to the second network bus access method, with each of the system nodes using the second network bus access method commencing transmission of the at least one data packet one loop delay before the predetermined number of time slots set forth at step (C) for system nodes accessing the network bus according to the second network bus access method and at least one deferral condition is met;

(I) the allocator accepting requests from any of the plurality of system nodes for discrete portions of a next repeating period of the predetermined number of time

5,471,474

23

slots set forth in step (C) for system nodes accessing the network bus according to the third network bus access method; and

(J) the allocator assigning discrete portions of the next repeating period of the predetermined number of time slots set forth in step (C) for system nodes accessing the network bus according to the third network bus access method according to the requests at step (I), with each of such system nodes using the third network bus access method commencing transmission of at least one data packet one loop delay before a time the allocator has assigned for such system nodes to transmit data packets onto the network bus.

**19.** The method as recited in claim **18**, wherein step (A) globally synchronizes operations on the network bus.

**20.** The method as recited in claim **18**, wherein step (B) includes the following substeps:

(1) a system node transmitting at least one data packet to itself on the network bus;

(2) starting a timing means at a start of the transmission at substep (1) of step (B);

(3) receiving back at the system node the data packet transmitted at substep (1) of step (B);

(4) stopping the timing means upon receiving back the data packet at substep (3) of step (B) and calculating the loop delay based on the start and stop times; and

(5) storing at the system node the loop delay calculated at substep (4) of step (B).

**21.** The method as recited in claim **18**, wherein the allocator is capable of substantially simultaneously assigning the first, second, and third network bus access methods to the plurality of system nodes.

**22.** The method as recited in claim **18**, wherein steps (H), (I), and (J) result in a dynamic assignment of network bus bandwidth according to the second and third network bus access methods based on a load of each of the nodes on the network bus.

**23.** The method as recited in claim **22**, wherein a number of system nodes requesting access to the network bus bandwidth according to the third network bus access method increases as a number of collisions of data packets on the network bus increases.

**24.** The method as recited in claim **22**, wherein a number of system nodes requesting access to the network bus bandwidth according to the third network bus access method increases as a number of data packets on the network bus increases.

**25.** The method as recited in claim **23**, wherein at step (J) the allocator assigns each of the system nodes requesting a portion of the network bus bandwidth a discrete portion of the network bus bandwidth until a total amount of the network bus bandwidth assigned equals the predetermined number of time slots set forth in step (C) for system nodes accessing the network bus according to the third network bus access method, and queuing the requests for discrete portions of the network bus bandwidth that were rejected because the total predetermined number of time slots set forth in step (C) has been reached for system nodes accessing the network bus according to the third access method.

**26.** The method as recited in claim **25**, wherein the allocator assigns for the requests in the queue a discrete number of time slots of subsequent repeating periods having a predetermined number of time slots as set forth in step (C) for system nodes accessing the network bus according to the third network bus access method.

**27.** The method as recited in claim **25**, wherein for

24

subsequent repeating periods the requests in the queue are given priority for the assignment of the predetermined number of time slots set forth in step (C) for system nodes accessing the network bus according to the third network bus access method.

**28.** The method as recited in claim **18**, wherein transmitting data packets onto the network bus according to the first, second, and third network bus access methods includes transmitting a data frame, with the data frame having a plurality of data packets, the data frame having less at least network bus bandwidth overhead than if the plurality of data packets making up the data frame are transmitted separately.

**29.** The method as recited in claim **28**, wherein transmitting the data frame onto the network bus according to the second network bus access method includes transmitting a first data packet of the data frame according to the second network bus bandwidth access method and a remainder of the data packets that follow the first data packet according to the a dedicated bus access method.

**30.** The method as recited in claim **7**, wherein the method further includes increasing a probability of collision detection by ensuring that collisions for a particular data packet occur before a predetermined time after a start of transmission of that data packet.

**31.** The method as recited in claim **18**, wherein the method further includes increasing a probability of collision detection by ensuring that collisions for a particular data packet occur before a predetermined time after a start of transmission of that data packet.

**32.** The method as recited in claim **7**, wherein each data packet to be transmitted includes at least one field for permitting additional information to be carried by that data packet.

**33.** The method as recited in claim **18**, wherein each data packet to be transmitted includes at least one field for permitting additional information to be carried by that data packet.

**34.** The method as recited in claim **7**, wherein each system node is capable of transmitting data packets onto the network bus according to the second network bus access method when a remaining length of a data frame presently on the network bus is less than that system node's loop delay.

**35.** The method as recited in claim **18**, wherein each system node is capable of transmitting data packets onto the network bus according to the second network bus access method when a remaining length of a data frame presently on the network bus is less than that system node's loop delay.

**36.** The method as recited in claim **7**, wherein each system node includes a means that the allocator accesses to provide transmit information for that system node on a per time slot basis.

**37.** The method as recited in claim **36**, wherein the means that the allocator accesses includes a transmit opportunity table.

**38.** The method as recited in claim **18**, wherein each system node includes a means that the allocator accesses to provide transmit information for that system node on a per time slot basis.

**39.** The method as recited in claim **38**, wherein the means that the allocator accesses includes a transmit opportunity table.

**40.** The method as recited in claim **16**, wherein each data packet of the data frame has its own source address and destination address.

**41.** The method as recited in claim **28**, wherein each data

5,471,474

25

packet of the data frame has its own source address and destination address.

42. The communications network as recited in claim 1, wherein one of the plurality of system nodes is the pacer.

43. The communications network as recited in claim 42, wherein the pacer further includes the allocator.

44. The communications network as recited in claim 3, wherein the allocator in response to requests from a plurality of the system nodes allocates to such system nodes access to the network bus bandwidth according to demand-based dedicated and contention allocation methods based on an amount of data being transmitted on the network bus.

45. The communications network as recited in claim 3, wherein the allocator in response to requests from a plurality of the system nodes allocates to such system nodes access to the network bus bandwidth according to demand-based dedicated and contention allocation methods based on a number of collisions of data occurring on the network bus.

46. A method for allocating access to a network bus of a communications network having a plurality of system nodes, comprising the steps of:

segmenting a network bus bandwidth in a time domain into repeating periods;

partitioning each of the repeating periods of the network bus bandwidth into a predetermined amount of network bus bandwidth for each of a plurality of bus allocation methods;

dynamically allocating access by the system nodes to the network bus bandwidth according to the plurality of bus allocation methods, with the allocation of access by the system nodes to the network bus bandwidth according to a first bus allocation method including the steps of,

accepting requests from each system node seeking access to the network bus bandwidth according to the first bus allocation method for discrete portions of the network bus bandwidth, and

assigning to each of the system nodes that requested access to the network bus bandwidth according to the first bus allocation method a discrete portion of the network bus bandwidth until a total amount of the network bus bandwidth assigned equals the predetermined amount of network bus bandwidth partitioned for the first bus allocation method; and

transmitting a transmit map update packet to the plurality of system nodes to control access to the network bus by the plurality of system nodes.

47. The method as recited in claim 46, wherein the first bus allocation method is an isochronous allocation method.

48. The method as recited in claim 46, wherein allocating access by the system nodes to the network bus bandwidth according to a second bus allocation method comprises:

monitoring an amount of data packets on the network bus and a number of collisions of data packets on the network bus; and

allowing any of the plurality of system nodes to transmit at least one data packet on the network bus by a second bus allocation method as long as at least one deferral condition is met.

49. The method as recited in claim 48, wherein the second bus allocation method is a contention allocation method.

50. The method as recited in claim 48, wherein allocating access by the system nodes to the network bus bandwidth according to a third bus allocation method comprises:

accepting requests from any of the plurality of system nodes for discrete portions of a next repeating period of

26

the network bus bandwidth;

assigning discrete portions of the next repeating period of the network bus bandwidth according to the requests for such portions, until a total amount of the network bus bandwidth assigned equals an amount of the network bus bandwidth available; and

queuing any of the requests that were not assigned discrete portions of the next repeating period of the network bus bandwidth.

51. The method as recited in claim 50, wherein the third bus allocation method is a demand-based dedicated allocation method.

52. The method as recited in claim 50, further comprising, for subsequent repeating periods, giving priority for the assignment of the predetermined amount of network bus bandwidth partitioned for the third of the bus allocation methods to the queued requests.

53. A method for accessing a network bus bandwidth, comprising the steps of:

segmenting the network bus in a time domain into a plurality of repeating periods and dividing each of the repeating periods into a plurality of time slots;

allocating a first predetermined number of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to a first network bus allocation method if requested;

allocating a remainder of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to a second network bus allocation method;

assigning discrete portions of the first predetermined number of the plurality of time slots for system nodes to transmit data packets on the network bus according to the first network bus allocation method according to a dedicated bandwidth allocation method; and

permitting system nodes to transmit data packets on the network bus according to the second network bus allocation method according to a contention allocation method.

54. A method for accessing a network bus bandwidth, comprising the steps of:

generating timing signals on the network bus for synchronizing network bus access operations by a plurality of system nodes connected to the network bus;

segmenting the network bus in a time domain into a plurality of repeating time periods and dividing each of the repeating time periods into a plurality of time slots;

allocating a first predetermined number of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to a first network bus allocation method if requested;

allocating a remainder of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to a second network bus allocation method after allocating time slots for the first and a third network bus allocation methods;

allocating a third predetermined number of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to the third network bus allocation method if requested;

assigning discrete portions of the first predetermined number of the plurality of time slots for system nodes requesting access to the network bus to transmit data packets according to the first network bus allocation method;

5,471,474

27

permitting system nodes to transmit data packets on the network bus according to the second network bus allocation method; and

assigning discrete portions of the third predetermined number of the plurality of time slots of the next repeating period for system nodes requesting access to the network bus according to the third network bus allocation method.

28

55. The method as recited in claim 54, wherein the first network bus allocation method is an isochronous allocation method, the second network bus allocation method is a contention allocation method, and the third network bus allocation method is a demand-based dedicated allocation method.

* * * * *

Case 09:10188-MFW Doc 14554-1 Filed 10/14/14 Page 59 of 178

# EXHIBIT B

# United States Patent [19]

## Takefman

[11] **Patent Number:** 5,761,197

[45] **Date of Patent:** Jun. 2, 1998

US005761197A

[54] **COMMUNICATIONS IN A DISTRIBUTION NETWORK**

[75] Inventor: **Michael Lewis Takefman**, Nepean, Canada

[73] Assignee: **Northern Telecom Limited**, Montreal, Canada

[21] Appl. No.: **338,850**

[22] Filed: **Nov. 14, 1994**

[51] **Int. Cl.**[6] ................................ **H04J 3/06; H04B 7/212**

[52] **U.S. Cl.** .......................... **370/337;** 370/395; 370/443; 370/458; 370/510

[58] **Field of Search** .................................... 370/321, 329, 370/336, 337, 347, 422, 443, 458, 503, 510, 395; 455/450, 451, 502, 509, 3.1, 4.1, 4.2; 348/6, 7, 385, 387; 359/135, 136, 140, 167, 118; 340/825.08, 825.14, 825.2

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,742,512 | 5/1988 | Akashi et al. ........................... 370/95.3 |
| 4,949,395 | 8/1990 | Rydbeck .................................... 455/33 |
| 5,008,883 | 4/1991 | Eizenhofer et al. .................... 370/95.1 |
| 5,103,445 | 4/1992 | Ostlund .................................... 370/79 |
| 5,150,247 | 9/1992 | Sharpe et al. ............................ 359/135 |
| 5,166,675 | 11/1992 | Amemiya et al. ................... 340/825.08 |
| 5,239,543 | 8/1993 | Janssens .................................. 370/105.1 |
| 5,303,234 | 4/1994 | Kou ......................................... 370/95.3 |
| 5,307,349 | 4/1994 | Shloss et al. ............................ 370/85.2 |
| 5,315,584 | 5/1994 | Savary et al. ............................. 370/18 |
| 5,343,240 | 8/1994 | Yu ............................................ 348/14 |

| | | |
|---|---|---|
| 5,355,368 | 10/1994 | Dore et al. ............................. 370/105.1 |
| 5,384,777 | 1/1995 | Ahmadi et al. ........................... 370/85.2 |
| 5,398,129 | 3/1995 | Reimann .................................. 359/137 |
| 5,425,027 | 6/1995 | Baran ....................................... 370/69.1 |
| 5,444,710 | 8/1995 | Fisher et al. ............................ 370/95.3 |
| 5,499,047 | 3/1996 | Terry et al. ................................. 348/6 |

### FOREIGN PATENT DOCUMENTS

42 33 581   4/1994   Germany .

*Primary Examiner*—Chi H. Pham
*Assistant Examiner*—Ricky Ngo
*Attorney, Agent, or Firm*—R. John Haley

[57] **ABSTRACT**

A central station of a cable television distribution network transmits TDM frames comprising distribution information and overhead information downstream to customer terminals, and determines corresponding upstream TDMA frames by including an upstream frame identity in the overhead information of each downstream frame. Each terminal buffers asynchronous information for upstream transmission, and stores an upstream frame identity which it is assigned. On detecting this frame identity in the downstream overhead information, the terminal transmit a buffer queue size in an assigned time slot of the corresponding upstream frame. The central station uses the queue sizes from the terminals to allocate time slots in the upstream frames to terminals, by including their terminal addresses in the downstream overhead information, for transmission of the buffered asynchronous information. The central station can also assign time slots to the terminals for transmission of isochronous information.

**21 Claims, 5 Drawing Sheets**







Fig. 4

Fig. 5

Case 1:14-cv-00114-SLR   Document 1-554   Filed 01/30/14   Page 3 of 5   PageID #: 62





Fig. 9



Fig. 10



Fig. 11

Fig. 12

5,761,197

## COMMUNICATIONS IN A DISTRIBUTION NETWORK

This invention relates to communications in a distribution network, and more particularly to bidirectional communications in a distribution network in which a central or distribution station communicates with a plurality of terminals. An example of such a network to which this invention is particularly applicable is a cable network via which television signals are distributed to television terminals, and via which other signals, for example data, voice, and control signals, can be communicated in both directions between terminals and the central station.

### BACKGROUND OF THE INVENTION

Cable television distribution networks are well known. In such networks, analog television signals are carried to customer terminals (television receivers) from a central station or head end via a branched coaxial cable which includes bridger amplifiers, line extenders, and customer taps. Each television signal occupies a 6 MHz channel at a frequency from about 50 MHz to about 450 MHz or more. The upper frequency is limited by the bandwidth of the bridger amplifiers and line extenders and the attenuation of the coaxial cable, which as is well known increases with increasing frequency.

Various ways have been proposed for communicating additional signals via a cable television distribution network, typically involving the supply of such signals via optical fibers to appropriate points in the coaxial cable system with delivery of the signals to the customer premises via the coaxial cable, referred to as the drop cable, which already exists from the customer tap to the customer premises. It is desired also to accommodate signals in the upstream direction from the customer premises to the central station, so that the network can then serve for communicating arbitrary types of signals in both directions; such signals can include for example television program selection and control signals, metering signals, voice signals, and data signals.

In the downstream direction from the central station to the terminals, the cable distribution network constitutes a point-to-multipoint network, on which signal transmission is relatively easy to provide. In the upstream direction from the terminals to the central station, this network is a multipoint-to-point network, on which signal transmission is much more difficult to provide.

One reason for the difficulty is the problem of contention among different terminals simultaneously wishing to transmit signals to the central station. Various collision detection schemes have been proposed generally for multipoint-to-point communications networks; these are not particularly suited to the cable distribution network, especially in view of the large number of terminals which may exist in such a network. Contention among the terminals may be avoided by polling each terminal in turn; however, this results in an undesired loss of downstream bandwidth for polling signals from the central station, variable delays for responses from different terminals due to their varying distances from the central station, and long intervals between successive polls of each station due to these delays and the large number of terminals.

In addition, there can be a wide variation in the bandwidth which is required by each terminal, at any particular time, for transmitting signals in the upstream direction. For example, these signals can be isochronous (constant bit rate) signals, such as voice, metering, and video signals, and/or

asynchronous (variable bit rate) signals, such as computer data signals, keyboard operations, and television push-button control signals. Providing for efficient transmission of these different types of signals from a large number of terminals is difficult.

Furthermore, it is always a consideration to provide the equipment needed in each terminal in a relatively small size and at a relatively low cost.

Accordingly, an object of this invention is to provide an improved method of communicating information between a central station and a plurality of terminals of a distribution network.

### SUMMARY OF THE INVENTION

This invention broadly provides a method of communicating information in TDM (time division multiplex) frames in a downstream direction from a central station of a distribution network to a plurality of terminals of the network and in TDMA (time division multiple access) frames in an upstream direction from the plurality of terminals to the central station, each terminal having a respective terminal identity, comprising the steps of: transmitting in the downstream frames distribution information and overhead information, the overhead information comprising synchronization information for synchronizing the plurality of terminals to the upstream frames and authorization information for authorizing selected terminals each to transmit in an upstream frame; and in each terminal, transmitting information in a respective time slot in an upstream frame in response to the authorization information and information stored in the terminal.

The authorization information in the downstream frames can comprise a frame identity for each upstream frame, the information stored in each terminal comprising an identity of an upstream frame and information identifying a time slot in that frame for transmission of information by the terminal. This is particularly convenient for upstream transmission of polling information and isochronous information from the terminals. For providing different rates of transmission of isochronous information, preferably the information stored in each terminal further comprises a masking field for masking part of a comparison in the terminal of its stored upstream frame identity with each frame identity in the authorization information.

Alternatively, or preferably in addition, the authorization information in the downstream frames can comprise the terminal identity of each terminal authorized to transmit in an upstream frame and an indication identifying a time slot in the upstream frame in which each terminal is authorized to transmit, and the information stored in each terminal comprises the respective terminal identity. This is particularly convenient for upstream transmission of asynchronous information from the terminals. The indication identifying a time slot in the upstream frame in which each terminal is authorized to transmit is conveniently constituted by a relative position of the terminal identity in the downstream frame.

Another aspect of this invention provides a method of communicating information between a central station and a plurality of terminals in a distribution network, comprising the steps of: at the central station, determining downstream TDM frames, for transmission of distribution information and overhead information from the central station to the plurality of terminals, and upstream TDMA frames, for transmission of information in respective time slots from the terminals to the central station, each upstream frame having

5,761,197

**3**

a frame identity which is included in the overhead information of a corresponding downstream frame; in each terminal, buffering asynchronous information for transmission upstream, storing an upstream frame identity and a time slot identity assigned to the terminal, monitoring the overhead information in the downstream frames for the stored upstream frame identity, and, in response to detection of the stored upstream frame identity in the overhead information in a downstream frame, transmitting, in the assigned time slot of the corresponding upstream frame, information comprising an indication of a queue size of the buffered asynchronous information; at the central station, allocating time slots in the upstream frames to terminals in accordance with the queue size indications from the terminals, and including in the overhead information in the corresponding downstream frames an indication of each terminal which is allocated such a time slot and the time slot which it is allocated; and in each terminal having buffered asynchronous information, monitoring the overhead information in the downstream frames for the indication of the terminal and, in response to detection of the indication of the terminal in the overhead information in a downstream frame, transmitting buffered asynchronous information in the allocated time slot of the corresponding upstream frame.

Preferably the downstream and upstream frames have the same frame period, and the method further comprises the step of including synchronization information in the overhead information in the downstream frames for synchronizing the terminals to the upstream frames. The method advantageously further comprises the step of storing in each terminal a marshalling delay, inversely dependent on a distance of the terminal from the central station, for delaying timing of upstream frames at the terminal.

The time slots in the upstream frames allocated for the transmission of the buffered asynchronous information are preferably larger than the time slots assigned to the terminals for the transmission of information comprising the indication of a queue size of the buffered asynchronous information. Conveniently m time slots in the upstream frames allocated for the transmission of the buffered asynchronous information have the same size as n time slots assigned to the terminals for the transmission of information comprising the indication of a queue size of the buffered asynchronous information, where m and n are integers and n>m. For example m may be equal to one.

The method can further comprise the step of transmitting, from at least one of the terminals, isochronous information from the terminal as part of the information comprising an indication of a queue size of the buffered asynchronous information in the assigned time slot of the respective upstream frame. Thus isochronous information from a terminal can be appended to polling information from the terminal in the same time slot.

Alternatively, or in addition, the method can further comprise the steps of, in at least one terminal having isochronous information to be transmitted upstream, storing an upstream frame identity and a time slot identity assigned to the terminal by the central station for transmission of the isochronous information, monitoring the overhead information in the downstream frames for this stored upstream frame identity, and, in response to detection of this stored upstream frame identity in the overhead information in a downstream frame, transmitting the isochronous information in the assigned time slot of the corresponding upstream frame. Thus isochronous information from a terminal can be assigned time slots separate from polling information from the terminal.

**4**

The method preferably further comprises storing in said at least one terminal a masking field for masking part of a detection in the terminal of the stored upstream frame identity for transmission of the isochronous information in the overhead information in the downstream frames. The use of a masking field facilitates providing different isochronous information rates to different terminals.

According to another aspect, this invention provides a method of allocating upstream transmission capacities to terminals in a distribution network in which distribution information and overhead information are transmitted in TDM frames in a downstream direction from a central station to the terminals, comprising the steps of: providing, for transmission from the terminals to the central station, upstream TDMA frames in which there are at least two different sizes of time slots, and identifying each upstream frame by a frame identity in the overhead information in a corresponding downstream frame so that the terminals can determine the time slots for each upstream frame; assigning time slots of a first size to at least some of the terminals for transmitting upstream queue size information for buffered asynchronous information to be transmitted upstream from the terminal, each such terminal storing an identity of an assigned time slot and an upstream frame identity for transmitting the queue size information, monitoring the overhead information in the downstream frames to detect the assigned frame identity, and transmitting the queue size information in the assigned time slot in the corresponding upstream frame; and allocating time slots of a second size to terminals in dependence upon the queue size information by transmitting from the central station in the overhead information in the downstream frames an indication of each terminal which is allocated such a time slot and the time slot which it is allocated, each terminal having buffered asynchronous information to be transmitted monitoring the overhead information in the downstream frames to detect the indication of the terminal and transmitting buffered asynchronous information in the allocated time slot of the corresponding upstream frame.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be further understood from the following description with reference to the accompanying drawings, in which:

FIG. 1 schematically illustrates a cable television distribution network which provides bidirectional communications in accordance with an embodiment of this invention;

FIGS. 2 and 3 illustrate frequency spectra for downstream and upstream signals at different points in the network of FIG. 1;

FIG. 4 illustrates a TDM frame structure for the downstream signals;

FIG. 5 illustrates a header for ATM cells in the downstream signals;

FIGS. 6 to 8 illustrate various TDMA frame structures for the upstream signals;

FIG. 9 is a distance-time diagram illustrating marshalling for the upstream signals;

FIG. 10 illustrates a block diagram of a tap box of the network;

FIG. 11 illustrates a block diagram of a terminal of the network; and

FIG. 12 illustrates an arrangement for masked frame identity comparison in the terminal.

## DETAILED DESCRIPTION

FIG. 1 illustrates parts of a conventional cable television distribution arrangement which is supplemented with an

5,761,197

additional bidirectional transmission capability. Only those parts of the arrangement which are essential for understanding this invention are shown.

As shown in FIG. 1, coaxial cables 10 serve to supply television signals to a customer premises via a bridger amplifier 12, a line extender 14, a customer tap box 16, and a coaxial drop cable 18. Broken lines in FIG. 1 indicate that the arrangement includes multiple elements 14 to 18 for serving a multiplicity of customer premises in known manner.

For providing the additional bidirectional transmission capability, FIG. 1 illustrates that a digital optical fiber termination unit (DFTU) 20 is connected via a bidirectional optical fiber 22 to a central station 24. The DFTU 20 is inserted into the path of a coaxial cable 10 following a bridger amplifier 12 or line extender 14, and serves to supply to the coaxial cable 10 in the downstream direction (from the central station 24 to the customer premises) digital signals at frequencies above those of the analog television signals already carried by the cable 10, as further described below. The DFTU 20 also serves to supply in the upstream direction to the central station 24 digital signals which it receives from terminals (T) 26 in the customer premises via the coaxial cable 10. The terminals 26 in the customer premises are connected to the drop cable 18, and can comprise arbitrary types of terminal devices, such as television receivers, video recording devices, voice and/or data terminals, computer terminals, metering devices, and so on.

FIG. 2 illustrates a spectrum of signals on the coaxial cable 10 between the DFTU 20 and the customer tap box 16. Conventional 6 MHz television channel signals and FM radio signals, supplied to the DFTU 20 via the bridger amplifier 12 and line extender 14, are transmitted in the downstream direction at frequencies from 50 MHz to about 450 MHz. In a frequency range from 550 to 950 MHz, QAM (quadrature amplitude modulated) digital signal channels are carried downstream from the DFTU 20. By way of example, FIG. 2 illustrates eight such channels each having a bandwidth of 50 MHz. Each such channel can be derived by the central station 24 from a respective SONET STS-3 signal at a bit rate of 155.52 Mb/s, and is converted into a signal with a TDM (time division multiplex) frame format as described below for transmission as an optical signal via the fiber 22 to the DFTU 20, as a QAM signal from the DFTU 20 via the coaxial cable 10 to the customer tap box 16, and as a BPSK signal from the customer tap box 16 via the coaxial drop cable 18 to the terminals 26.

FIG. 2 also illustrates for example two BPSK (binary phase shift keyed) digital signal channels for the upstream direction of transmission from the customer tap box 16 to the DFTU 20, at frequencies of 1100–1150 and 1200–1250 MHz. Switching between these channels in the tap box 16 and the DFTU 20 can be performed to select the better channel, only one of these channels being used at any given time.

FIG. 3 illustrates a spectrum of signals on the coaxial cable drop 18. The spectrum up to about 450 MHz is the same as on the coaxial cables 10 as shown in FIG. 2. For the digital signal channels in both the downstream and upstream directions, the bit rate can be less than that required on the coaxial cable 10 downstream from the DFTU 20, but there is a greater need for noise immunity. Accordingly, BPSK signals are provided for both directions of transmission. The downstream digital signal channel is illustrated as a BPSK channel in a frequency range from 550 to 700 MHz, and the upstream digital signal channel is illustrated as a BPSK channel in a frequency range from 800 to 850 MHz.

It should be understood that the spectra illustrated in FIGS. 2 and 3 are given as only one possible example for carrying downstream and upstream signals in accordance with the description below, that numerous other possible arrangements can be provided for carrying these signals, and that the invention is not limited in this respect. Although not described further here, different wavelengths or other forms of multiplexing can conveniently be used for different signals on the optical fiber 22.

FIG. 4 illustrates one example of the TDM frame format of each downstream signal channel from the central station 24 to the terminals 26. As shown in FIG. 4, the frame comprises 2430 bytes each of 8 bits in a frame period of 125 μs, thus providing a bit rate of 155.52 Mb/s which is the same as the SONET STS-3 bit rate. The frame is divided into a payload of 2385 bytes which in this example carries 45 ATM (asynchronous transfer mode) cells (ATM 1 to ATM 45) each of 53 bytes, and overhead information of 45 bytes. The payload accommodates the 44.15 ATM cells which can be carried on average by an STS-3 signal, with the 45-th cell in the frame format being used for only about 1 in 6 frames. In the other frames, this 45-th ATM cell can be used to provide a downstream control and/or signalling channel with a bit rate of 360 kb/s. For example this can be used for allocating frame identities and time slots to the terminals for upstream isochronous traffic as is described below.

The 45 bytes of overhead information in the frame format of FIG. 4 are constituted by a synchronizing word (SYNC) of 4 bytes, a frame indicator F of 1 byte, fifteen asynchronous grants (AG 1 to AG 15) each of 2 bytes, and 10 signalling (SIG.) bytes. Briefly described, the SYNC word is used to synchronize the terminals 26 for transmission in the upstream direction. The frame indicator byte F is used to identify a particular upstream frame or frame type. The AGs are used to identify terminals 26 which are authorized to transmit an upstream ATM cell in the upstream frame, each terminal 26 having a distinct terminal identity or address as described below. The signalling bytes SIG. are used in an enhanced arrangement for modem signalling and control, as described later below.

For addressing purposes, each customer tap box 16 is assigned a respective box identity (BOX ID.) of 10 bits, and one ten-bit address is allocated as an address for broadcasting to all tap boxes. Thus the distribution network can accommodate a total of $2^{10}-1=1023$ tap boxes 16. In addition, each terminal 26 which is connected to any particular tap box 16 is assigned a respective terminal identity (T. ID.) of 6 bits. One six-bit address is allocated as an address for broadcasting to all terminals connected to the relevant tap box 16, and another six-bit address is allocated as an address for the tap box 16 itself, so that each tap box can have up to $2^6-2=62$ terminals connected to it. The distribution network as a whole can therefore accommodate a large number of terminals 26, each identified by an address of 10+6=16 bits or two bytes.

As described above, the payload of the downstream signal frames as shown in FIG. 4 comprises ATM cells each of which is addressed to a particular terminal 26. These ATM cells can comprise compressed digital television signals, voice and/or data signals, control signals, or any arbitrary form of signal which it is desired to transmit downstream. As is known, each ATM cell comprises 53 bytes, consisting of a header of five bytes or octets and a payload of 48 bytes or octets.

FIG. 5 illustrates in conventional manner the contents of the header of each ATM cell ATM 1 to ATM 45 in each frame

5,761,197

as illustrated in FIG. 4. The header comprises a 4-bit generic flow control (GFC) field, a 3-bit payload type identifier (PTI) field, a cell loss priority (P) bit, and an 8-bit header error control (HEC) field which enables the ATM cell header to be identified, all with their known functions and known positions in the header. The remaining 24 bits of the header, which conventionally are constituted by an 8-bit virtual path identifier (VPI) and a 16-bit virtual channel identifier (VCI) of an ATM cell, are replaced as follows:

the 4 bits of octet 1, and 6 bits of octet 2, constitute the 10-bit BOX ID.;

the other 2 bits of octet 2, and 4 bits of octet 3, constitute the 6-bit T. ID.; and

the other 4 bits of octet 3, and 4 bits of octet 4, constitute an 8-bit channel identity (CH. ID.) which enables any of up to 64 logical channels to be identified for any particular terminal.

Transmission of upstream signals from the terminals 26 to the central station 24 is carried out in TDMA frames also having a frame period of 125 μs. Thus there is a one-to-one correlation between downstream frames and upstream frames. In each terminal 26, the timing of the upstream frames is synchronized by the SYNC word in the downstream frames, as is further described below. The bit rate in the upstream direction is less than the downstream bit rate, because generally less information needs to be transmitted upstream (e.g. digital television signals are transmitted downstream, but not generally upstream). More particularly, the upstream bit rate is selected to be 51.84 Mb/s, corresponding to the bit rate of a SONET STS-1 signal. In consequence, there are 810 bytes in each upstream frame.

Each upstream frame can have any one of a number of frame identities, the particular identity of each upstream frame being determined by the frame indicator byte F in the corresponding downstream frame. As the byte F can have any one of 256 values, there can be 256 different upstream frame identities. FIGS. 6, 7, and 8 illustrate three possible frame identities, as further described below.

As discussed in the introduction, the upstream information to be transmitted from the terminals 26 to the central station 24 includes both isochronous and asynchronous signals, which may vary dynamically both from one terminal 26 to another and from one time to another for any particular terminal. There is also a need for polling all of the terminals. Allocating upstream bandwidth to the terminals in a fair and efficient manner, without introducing excessive traffic delays, therefore presents a significant problem. As described here, upstream bandwidth is allocated to the terminals in the form of what are termed short cells and long cells. The short cells are used isochronously by each terminal solely for transmitting polling information upstream to the central station. All other upstream traffic is transmitted in long cells, which may be assigned either statically for isochronous traffic or dynamically for asynchronous traffic. The invention is not, however, limited just to the provision of short and long cells as described here. On the contrary, other sizes of cells, for example one or more intermediate sizes of cells, may also be provided in particular for carrying isochronous upstream traffic such as voice signals. Alternatively, short cells can be lengthened to include upstream isochronous traffic. These and other alternatives will become apparent from the following description.

FIG. 6 illustrates an upstream TDMA frame of a first type which comprises only short cells SC. Each short cell comprises 8 bytes, so that the 810-byte frame accommodates 101 short cells SC 1 to SC 101, with 2 bytes left over at the end of the frame as indicated by a blank space at the right-hand

end of the frame in FIG. 6. As indicated for the cell SC 5, each short cell comprises a preamble of 3 bytes, a terminal address T. AD. of 2 bytes, a queue size byte Q, and a postamble of 2 bytes. The preamble is provided to allow a receiving modem in the DFTU 20 to synchronize to the timing of the short cell, and the terminal address T. AD. comprises the BOX ID. and T. ID. of the terminal 26 transmitting the cell. The byte Q provides a measure of the size of a queue which the terminal maintains for asynchronous traffic to be transmitted upstream; this measure may be zero to indicate that there is no asynchronous traffic. In addition, the byte Q provides an indication of the type of cell. For example, the two most significant bits of the byte Q may indicate the type of cell (enabling four cell types to be identified), and the remaining six bits can indicate the asynchronous traffic queue size. The postamble provides a trailing sequence to reduce noise or interference which could be introduced in the network by an abrupt termination of the short cell transmission, and/or a guard space to accommodate possible inaccuracies in the marshalling process described below.

FIG. 7 illustrates an upstream TDMA frame of a second type which comprises only long cells LC. Each long cell comprises 62 bytes, so that the 810-byte frame accommodates 13 long cells LC 1 to LC 13, with 4 bytes left over at the end of the frame as indicated by a blank space at the right-hand end of the frame in FIG. 7. As indicated for the cell LC 10, each long cell comprises a preamble of 3 bytes, a terminal address T. AD. of 2 bytes, and a queue size byte Q as is the case for a short cell, followed by an ATM cell of 53 bytes and a postamble of 3 bytes. The ATM cell contains the upstream ATM header and a payload comprising up to 48 bytes of upstream isochronous or asynchronous traffic, the latter reducing the asynchronous traffic queue size of the terminal accordingly.

FIG. 8 illustrates an upstream TDMA frame of a third type which comprises both short cells SC and long cells LC. Subdividing the frame between short and long cells is facilitated in the terminal 26 by the fact that 31 short cells occupy the same number of bytes as 4 long cells. Thus in the upstream frame shown in FIG. 8, the first 248 bytes are constituted by 31 short cells SC 1 to SC 31 each of 8 bytes as described above, the next 248 bytes are constituted by 4 long cells LC 1 to LC 4 each of 62 bytes as described above, and the next 310 bytes are constituted by another 5 long cells LC 5 to LC 9, leaving 4 bytes over at the end of the frame.

It can be appreciated that the upstream frame can be subdivided in numerous other ways. For example, the frame of FIG. 8 could be modified by providing short cells following the long cell LC 4, for 248 bytes or the rest of the frame, or following the long cell LC 8. With these and additional cell sizes as mentioned above, numerous other subdivisions of the frame are possible.

Before further describing the allocation of bandwidth for upstream signals to the terminals, marshalling of the upstream signals is described with reference to FIG. 9. Marshalling refers to a method for ensuring that the upstream signals from different terminals 26 are all received in proper order at the DFTU 20.

FIG. 9 is a distance-time diagram illustrating three unrelated terminals 28, 30, and 32 having distances along the cable distribution network from the DFTU 20 represented by D1, D2, and Dm respectively, the distance Dm representing a maximum possible distance of any terminal from the DFTU. A downstream TDM frame is transmitted from the DFTU starting at a time t0, and reaches the terminals 28, 30, and 32 at times t1, t2, and t3 respectively. Each terminal is

5,761,197

9

assigned a marshalling delay equal to twice the difference between the delay from the DFTU to the furthest terminal (i.e. t3–t0 in FIG. 9) and the delay from the DFTU to the particular terminal. For example, for the terminal 28 the marshalling delay is 2{(t3–t0)–(t1–t0)}. which is equal to 2(t3–t1). For the terminal 30 the marshalling delay is 2(t3–t2), and for the terminal 32 at the maximum distance Dm the marshalling delay is zero.

Each terminal adds its marshalling delay to the time at which it receives the start of each downstream TDM frame to determine the start, at that terminal, of the corresponding upstream TDMA frame. Consequently, the terminals 32, 30, and 28 determine start times t3, t5, and t7 respectively for the same upstream frame. For transmission of a cell in successive time slots within the upstream frame, the terminal adds a time slot delay before transmitting the cell. For example, as shown in FIG. 9 it is assumed that the terminal 28 is assigned the first time slot in the upstream frame, so that its time slot delay is zero and it transmits a cell starting at the time t7. The terminal 32 is assigned the second time slot in the upstream frame, so that it transmits a cell starting at a time t4, which is delayed from the time t3 by a time slot delay for one cell. The actual delay depends on the upstream frame identity, and hence on the size of the cells (e.g. short or long cells) in the upstream frame. The terminal 30 is assigned the third time slot in the upstream frame, so that it transmits a cell starting at a time t6, which is delayed from the time t5 by a time slot delay for two cells. In consequence, the cells from the different terminals are received in their proper order at the DFTU starting at a time t8.

It can be seen from the above description that the frame identity byte F, contained in each downstream frame, enables the central station 24 to determine the nature of the corresponding upstream frame, for example so that this has a format as shown in any of FIGS. 6 to 8. In other words, the central station 24 controls the upstream frame formats, and can define superframe structures for the upstream frames as desired. An example of this is further described below.

The central station 24 maintains a polling list which contains, for each terminal in the network according to its terminal address T. AD., an upstream frame identity and time slot number which is assigned to the terminal for transmission of an isochronous short cell as described above, an upstream frame identity and time slot number which may be assigned to the terminal for transmission of any isochronous traffic in a long cell, and a measure of the queue size for any asynchronous traffic to be transmitted by the terminal. Long cell time slots for asynchronous traffic are allocated by the central station 24 by repeatedly scanning the list of queue sizes and allocating long cell time slots to the terminals with the largest (non-zero) queue sizes. The queue sizes in the list are updated from the Q bytes of the terminals contained in the upstream short and long cells, as described above.

The operation of the central station 24 in these respects is best explained by the following example, which is simplified for convenience. In this example, it is assumed for simplicity that the central station 24 defines an upstream superframe format in which 16 upstream frames form a superframe. The 16 frames are assigned frame identity bytes F and frame formats as shown in FIG. 6, 7, or 8 for example as follows:

As this allocation illustrates, the odd-numbered upstream frames in each superframe are identified by frame identity bytes F in the corresponding downstream frames having consecutive values from 16 to 23. These frames all have a frame format as shown in FIG. 7, comprising only long cells, and are used for isochronous and/or asynchronous traffic from the terminals as further described below. Frames 2 and 10 in each superframe are identified by frame identity bytes F in the corresponding downstream frames having values of 32 and 33 respectively. These frames have a frame format as shown in FIG. 6, comprising only short cells, and are used for isochronous polls of the queue sizes of the terminals. The other even-numbered frames in each superframe are identified by frame identity bytes F in the corresponding downstream frames having consecutive values from 48 to 53. These frames all have a frame format as shown in FIG. 8, comprising both short cells, which are used for isochronous polls of the queue sizes of the terminals, and long cells, which it is assumed here are used only for asynchronous traffic from the terminals, but could equally be used for isochronous traffic from the terminals.

The above allocation provides in each upstream superframe a total of $(2 \times 101)+(6 \times 31)=388$ short cells, each of which can be supplied from a respective terminal 26. Thus this simple example provides for 388 terminals in the network. Obviously, larger numbers of terminals can be accommodated with more short cells in each superframe, e.g. by providing longer superframes and a different distribution of frames in the superframe.

Each terminal is assigned by the central station 24, through the 45-th ATM cell in the downstream frames when this is used for control and signalling purposes, and/or through the use of other ATM cells in the downstream frames and similarly addressed to the respective terminals, with a frame identity and short cell time slot number for transmission of a short cell in each upstream superframe. For example, an arbitrary terminal may be assigned the frame identity 33 and the time slot number 19 for its short cells. The terminal stores this information, and monitors the downstream signal frames as shown in FIG. 4. On detecting the SYNC word in the first four bytes of each downstream frame, the terminal checks the next byte F to see whether it matches the assigned value of 33. If it does (as can be seen from above this will occur in the 10-th of every 16 frames), then the terminal transmits a short cell, as shown in FIG. 6, after a delay equal to the sum of the marshalling delay for that terminal (which is also stored in the terminal and is determined as described below) and the time slot delay for the first 18 short cells in the upstream frame, as illustrated in FIG. 9. The short cell transmitted by the terminal is thereby provided to the DFTU 20 as the cell SC 19 in the 10-th frame of each upstream superframe.

It can be appreciated that, rather than being assigned a time slot number as described above, each terminal could be supplied by the central terminal 24 with an actual time slot delay for transmission of its cells.

In a similar manner, all of the terminals in the network are enabled to transmit one short cell in each upstream superframe. This is achieved with relatively little information being required in the downstream direction for polling the

| Frame: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Byte F: | 16 | 32 | 17 | 48 | 18 | 49 | 19 | 50 | 20 | 33 | 21 | 51 | 22 | 52 | 23 | 53 |
| FIG. #: | 7 | 6 | 7 | 8 | 7 | 8 | 7 | 8 | 7 | 6 | 7 | 8 | 7 | 8 | 7 | 8 |

5,761,197

11

terminals, through the provision of assigned short cells and the single frame identity byte F in each downstream frame. It can be appreciated that any terminal can be enabled to transmit short cells more frequently, in a similar manner to that described below for isochronous traffic in long cells, or less frequently through the use of longer superframes or a super-superframe format for the upstream frames.

Isochronous traffic in long cells is accommodated in a similar manner. The above allocation provides for isochronous traffic to be included in the long cells (13 per frame as shown in FIG. 7) of the odd-numbered frames of each upstream superframe. However, different terminals may require different bit rates for isochronous traffic.

One long cell per superframe can be allocated to any terminal for isochronous traffic to provide a payload bit rate up to 192 kb/s (in this example). A longer upstream super-frame enables this bit rate granularity to be reduced; for example a granularity of 64 kb/s can be provided by an upstream superframe of 48 frames. One long cell per super-frame is allocated to a terminal by the central station 24 in the same manner as described above. Thus the terminal is assigned a frame identity value, for example 17, and a time slot number, for example 6, in accordance with which it checks for downstream frames having the frame identity byte F equal to 17 and, on such detection, transmits a long cell after the marshalling delay for the terminal plus the time slot delay for the first 5 long cells of the upstream frame.

For higher bit rate isochronous traffic, the terminal can be assigned multiple long cells in each upstream superframe. This can be done by providing multiple assignments of frame and time slot numbers to any terminal, but this undesirably complicates the design of the terminal. Alternatively, it can be done by providing the same frame identity more than once in each superframe, but this involves the complication that all of the terminals which are enabled by the repeated frame identity will have their isochronous traffic transmission rates similarly increased. Preferably, higher bit rate isochronous traffic is provided for through a masking field which is also supplied by the central station to, and stored in, each terminal along with the frame identity and time slot number.

For example, if a terminal requires an isochronous traffic bit rate of 1.536 Mb/s, which corresponds to a rate of one long cell in every two upstream frames, then it can be assigned a frame identity value equal to any of the values 16 to 23 in accordance with the above allocation, together with a masking field which instructs it to ignore the three least significant bits in its comparison of the frame identity byte F to identify upstream frames in which it can transmit. Thus for example the terminal may be assigned a frame identity value of 00010XXX (where X indicates a "don't care" bit) and a masking field of 00000111, in which a binary 0 indicates a bit to be compared and a binary 1 indicates a bit which is not compared. The terminal then performs a comparison, as described in detail below with reference to FIG. 12, of its assigned value with the frame identity byte F in each downstream frame in conjunction with the masking field, thereby producing (in this example) a match for each odd-numbered upstream frame. The terminal then transmits a long cell in the assigned time slot of each such upstream frame, thereby achieving the desired isochronous traffic bit rate.

A similar procedure can be provided for arbitrary bit rates which are multiples of the granularity (one long cell per superframe) of the network. This procedure can also be applied if desired to the short cell assignments to the terminals, as mentioned above, and equally to any interme-diate sizes of cells which may be provided for isochronous traffic.

12

The remaining long cells in each upstream superframe, i.e. long cells in the odd-numbered frames which are not being used for isochronous traffic, and long cells in the frames having the format shown in FIG. 8, are available for asynchronous traffic. As described above, the central station 24 maintains an asynchronous traffic queue size list and updates this for each terminal in accordance with the infor-mation provided in each byte Q from the terminal, and allocates long cells to the terminals in accordance with this list.

To this end, for each terminal 26 which the central station 24 determines from the asynchronous traffic queue size list is to be allocated an available long cell time slot in an upstream frame, the central station inserts the two-byte address T. AD. of that terminal in the corresponding down-stream frame as one of the fifteen asynchronous grants AG 1 to AG 15 shown in FIG. 4. The number of the particular asynchronous grant which is used by the central station indicates the number of the long cell time slot which is to be used by the terminal for upstream transmission of a long cell. It will be noted that there are at most (as so far described) 13 long cell time slots as shown in FIG. 7 in any upstream frame, so that the first 13 of the 15 asynchronous grants AG in the downstream frame are sufficient to identify any upstream long cell time slot for asynchronous traffic.

For example, if the central station 24 determines that the eighth time slot in the fifth frame of an upstream superframe is available for asynchronous traffic, then in the correspond-ing downstream frame, having the byte F value of 18 in accordance with the above allocation, it inserts the address T. AD. of a terminal 26 to which it wishes to allocate that time slot as the asynchronous grant AG 8. Each terminal having a non-zero asynchronous queue size monitors the asynchronous grants AG in each downstream frame for its own terminal address. On detecting its own address in any of the asynchronous grants, e.g. AG n, the terminal transmits a long cell in the n-th long cell time slot of the corresponding upstream frame, in accordance with its marshalling delay and a time slot delay for the preceding n−1 long cell time slots (and for any preceding short cell time slots in the case of the upstream frame format of FIG. 8).

In this manner, all of the available long cell time slots can be dynamically allocated to the terminals requiring them, as determined by the central station 24 from the asynchronous traffic queue size list which is also dynamically updated.

As described above, each terminal 26 must store its own marshalling delay in order to determine the time at which to send upstream cells. Each terminal must also store its own address T. AD. On initial connection of a terminal to the network, this is achieved in the following manner.

The central station 24 initially sends downstream a broad-cast message which contains a serial number of a terminal to be connected, an address T. AD. allocated to the terminal, and an allocation of a long cell for asynchronous traffic in the middle of a succession of available long cell time slots. The terminal recognizes its serial number, which for example is hard-wired into the terminal on manufacture, stores the allocated terminal address, and responds by trans-mitting a long cell upstream in the allocated time slot. The central station 24 or the DFTU 20 determines the marshal-ling delay required for the terminal from the timing of the long cell as received at the DFTU, and communicates this to the terminal in a downstream ATM cell.

The provision of communications in accordance with the invention as described above provides significant advan-tages. In particular, all of the terminals are enabled to communicate polling signals (the terminal address and asyn-

5,761,197

13

chronous queue size) in a periodic manner with a relatively small demand for downstream bandwidth. Isochronous traffic from the terminals in the upstream frames, at different data rates for different terminals, is easily accommodated, it being observed that any terminal can request long cell time slots for isochronous traffic by means of an asynchronous long cell addressed to the central station. Furthermore, asynchronous traffic can be accommodated to fill substantially all of the upstream bandwidth capacity, without requiring any collision detection scheme for upstream signals from different terminals. This enables a maximum response time for asynchronous upstream signals to be guaranteed by the central station, as is desired for example for responding to customers' television program selection signals.

The central station 24 can be constituted by one or more computers for maintaining the polling and asynchronous queue size lists as described above, and conventional hardware for producing and delivering the downstream TDM frames, for receiving and responding to the upstream TDMA frames as described above, and generally for communicating with the terminals 26. The DFTU 20 can be a simple device for receiving the downstream optical signal and modulating the downstream frames, and for receiving the upstream signal and forwarding this as an optical signal to the central station. It is noted here that some or all of the functions of the central station 24 can alternatively, if desired, be carried out at the DFTU 20.

Each tap box 16 can conveniently have a form as illustrated in FIG. 10. Referring to FIG. 10, the tap box includes a directional coupler 40 and a protection unit 42 via which signals are derived from the coaxial cable 10 in conventional manner, and a power supply unit 44 via which power for the tap box is derived from the coaxial cable 10 in known manner. Upstream signals are also supplied to the cable 10 via the protection unit 42 and the coupler 40.

A diplexing filter 46 separates the downstream 6 MHz television channels onto a path 48 which may optionally include an amplifier 50, shown in broken lines. The downstream QAM signals as described above are supplied from the diplexing filter 46 to a QAM receiver (Rx) unit 52 via a directional coupler 54, and upstream BPSK signals are supplied from a BPSK transmitter (Tx) 56 via the directional coupler 54 to the diplexing filter 46. The transmitter 56 is supplied with upstream cells from the terminals connected to this tap box via the coaxial cable drop 18, a diplexing filter 58, a BPSK receiver unit 60, and a control unit 62 which can also produce its own upstream cells. The control unit 62 also supplies a downstream signal to a BPSK transmitter unit 64, whose output is combined with the downstream 6 MHz television channels from the path 48 in a mixer 66 and supplied to the cable drop 18 via the diplexing filter 58. This downstream signal has the frame format of FIG. 4, but the transmitter unit 64 is controlled by the control unit 62, via control paths represented by a line 68, to supply to the cable drop 18 only those ATM cells received by the QAM receiver unit 52 which are intended for terminals connected to this tap box, other ATM cells being replaced by null cells.

FIG. 11 shows a block diagram of a terminal 26, in which the downstream 6 MHz television channels are separated by a diplexing filter 70, coupled to the coaxial drop cable 18, onto a path 72. The downstream BPSK signals are supplied from the diplexing filter 70 via a directional coupler 74 to a BPSK receiver (Rx) and decoder unit 76, the coupler 74 also coupling upstream BPSK signals to the diplexing filter 70 from a BPSK transmitter (Tx) and encoder unit 78. The unit 76 supplies downstream signals from the ATM cells in the frame format of FIG. 4 to a device (e.g. a digital television

14

receiver or a computer) for which these signals are intended, and supplies the bytes F and AG to a comparison (COMP.) unit 80 for comparison with values stored in a store 82. The unit 78 is supplied with isochronous signals, and asynchronous signals via a buffer 84, for transmission upstream under the control of a control unit 86 which is responsive to the output of the comparison unit 80 and controls all of the units 76 to 84.

More particularly, the control unit 86, in conjunction with the comparison unit 80 and the store 82, operates to detect the SYNC word in each downstream frame; to recognize downstream ATM cells addressed to the terminal and thereby to store in the store 82 allocated information such as the terminal address T. AD., frame identity values, masking fields, and cell numbers for upstream transmission of short cells and long cells for isochronous traffic, and the marshalling delay for the terminal, all as described above; to detect when the byte F of a downstream frame matches a stored frame identity value as masked by the masking field; and to detect when the terminal's address appears in any of the asynchronous grants AG of a downstream frame for upstream transmission of asynchronous traffic. In addition, the control unit 86 controls the timing of the terminal and in particular the unit 78 for upstream transmission, monitors the contents of the buffer 84 which constitutes the asynchronous queue for the terminal, supplies polling information accordingly for short cells to be transmitted upstream via the unit 78, and also generates asynchronous signals for upstream transmission for control of the terminal and other purposes such as television program selection.

FIG. 12 illustrates in greater detail one way in which the comparison unit 80 can be arranged to compare the byte F in each downstream frame with the frame identity and masking field stored in the store 82. As illustrated in FIG. 12, each of the eight bits of the byte F in each downstream frame is supplied to one input of a respective Exclusive-NOR gate 90, to another input of which is supplied the corresponding bit of the frame identity FR. ID. assigned to the terminal and stored in the store 82. The output of each gate 90, which is a binary 1 when the input bits match, is supplied to one input, and the corresponding bit of the masking field MASK is supplied to another input, of a respective OR gate 92. The outputs of the eight OR gates 90 are supplied to inputs of an AND gate 94, whose output is a binary 1 when the FR. ID. and byte F bits match in all bit positions for which the masking field bit is a binary 0.

Although the network communications as described above provides significant advantages, it can be further enhanced. In particular, it can be seen from FIG. 6 that there is a relatively large overhead involved in the transmission of each short cell, for which the cell size is 8 bytes for 3 bytes of information. For a long cell as shown in FIG. 7 the percentage of overhead is much smaller, but the overhead can still be significant. For other cell sizes, between the short and long cell sizes, the overhead may also be significant.

The need for this overhead, in particular the preamble, arises because the upstream signal modulators, which form part of the BPSK Tx. and encoder units 78 in the terminals 26 and part of the BPSK Tx. unit 56 in the tap boxes 16, operate asynchronously, so that the demodulators in the BPSK Rx. units 60 in the tap boxes 16 and in the DFTU 20 must synchronize themselves in frequency and phase to the incoming signal before the transmitted information can be reliably received. Thus the upstream TDMA frames are constituted by time division multiplexed cells from different terminals whose positions within the received frames are not synchronously determined.

5,761,197

**15**

This disadvantage can be avoided by using more sophisticated. and more costly, modem technology, and more particularly by using synchronous modems. In this case the BPSK transmitter and receiver units are all kept in exact phase alignment by signals fed downstream from the DFTU **20**. These signals are carried in the 10 signalling bytes SIG. in each downstream frame as shown in FIG. 4. The phase alignment can be carried out in known manner, and any convenient signalling format can be used to communicate necessary adjustments to synchronize each modem; consequently details in these respects are not necessary here.

Using synchronous modems in this manner can avoid any need for overhead bytes for the upstream transmission of cells. In this case each short cell can consist of only the three bytes for the terminal address T. AD. and the byte Q, so that one upstream frame of 810 bytes can accommodate exactly 270 short cells. Each long cell can consist of 54 bytes. namely the byte Q and the ATM cell of 53 bytes in which the header can be used to carry the terminal address T. AD., so that one upstream frame of 810 bytes can accommodate exactly 15 long cells. (Each long cell can alternatively consist of only the ATM cell of 53 bytes by using the GFC field in the ATM cell header to carry the asynchronous queue size.) It is for this reason that the downstream frame as shown in FIG. 4 includes 15 asynchronous grants AG, to correspond to the maximum number of 15 long cells which can be carried in an upstream frame. It should also be noted that this arrangement maintains a convenient relationship between short and long cells, 18 short cells having the same duration as one long cell, so that combining short and long cells in the same upstream frame, as described above with reference to FIG. 8, is facilitated. Intermediate sizes of cells, for example for carrying voice traffic, could conveniently consist of 6, 9, 18, or 27 bytes each in such an arrangement.

Although particular embodiments of the invention have been described in detail, it should be appreciated that numerous modifications, variations, and adaptations may be made without departing from the scope of the invention as defined in the claims.

For example, as already indicated, the sizes of the short and long cells may be varied to suit particular requirements, and other sizes of cells may be provided to suit particular needs or types of upstream traffic. Alternatively, or in addition, different sizes of short cells may be provided to include one or more appended bytes for upstream isochronous traffic from the terminals, e.g. for an upstream voice signal. In addition, it should be appreciated that short cells which only serve for communicating polling signals (i.e. the byte Q) upstream to the central station **24** can be dispensed with for terminals which are currently allocated cells for transmitting upstream isochronous traffic, to the extent that such cells already include the byte Q containing the asynchronous queue size information for these terminals.

In addition, it should be appreciated that the particular bit rates, RF spectra, modulation methods, and so on described above are given purely by way of example, and the invention is not in any way limited thereto. For example, as described above the communications network provides a one-to-one correlation between downstream and upstream frames, i.e. they both have a frame period of 125 μs and the downstream frames determine the timing of the upstream frames. While this is particularly convenient for providing the frame identity byte F and asynchronous grants AG for each upstream frame as described above, the invention is not limited to this arrangement. Instead, for example, a single downstream frame could serve to identify and provide asynchronous

**16**

grants for a plurality of upstream frames having a period which is a multiple of the downstream frame period.

Likewise, different and unrelated bit rates may be used for upstream and downstream transmission. For example, for downstream transmission, 64-QAM may be used to provide a bit rate of about 28 Mb/s in a 6 MHz channel. The frame periods are also not fixed, but preferably are conveniently related to 125 μs for consistency with telecommunications networks. The downstream frames need not have the same format as shown in FIG. 4, and in particular can carry different payloads with arbitrary contents, such as a mixture of different types of isochronous and asynchronous traffic.

Furthermore, the invention is not limited to the particular form of the network as described above. In particular, all or part of the network as described above may be modified by dividing it into two parts: a first part in which the central station **24** communicates with each of the tap boxes **16** so that the central station treats the tap boxes as terminals, and a second part in which each tap box communicates with and acts as a central station for the terminals **26** connected to it, thereby providing a local area network for the customer's premises. In view of the shorter distances and lower bit rates for signals between the terminals and the tap boxes than between the tap boxes and the central station **24**, this division facilitates the use of the two different modem technologies as described above on the different parts of the network, i.e. synchronous modems requiring little or no overhead in the first part of the network, and asynchronous modems requiring overhead for the upstream cells in the second part of the network.

In addition, it is observed that the subdivision of the ATM cell header into the identities BOX ID., T. ID., and CH. ID. as described above with reference to FIG. 5 is not fixed and can be varied, for example to accommodate different numbers of terminals connected to the same tap box. In particular, one or more masking fields can be allocated, e.g. to each tap box, for masking these identities in a similar manner to that described above for masking of the frame identity byte F, so that the boundaries of these identities can be different for different tap boxes and can be changed for any tap box over time.

It is also observed that, although the communications network as described above is particularly advantageous in providing in the downstream frames both the frame identity byte F, for identifying corresponding upstream frames for polling signals from the terminals, and the asynchronous grants AG, for identifying terminals which are allocated upstream time slots for asynchronous signals, more generally each of these could be provided independently of the other. Thus the frame identity byte F and the asynchronous grants AG constitute different forms of authorization information included in the downstream overhead information for authorizing terminals to transmit in respective time slots in upstream frames. In accordance with this invention, either of these forms of authorization information, or both of them together, can be provided in any particular communications network.

What is claimed is:

1. A method of communicating information in TDM frames in a downstream direction from a central station of a distribution network to a plurality of terminals of the network and in TDMA frames in an upstream direction from the plurality of terminals to the central station, each terminal having a respective terminal identity, comprising the steps of:

    transmitting in the downstream frames distribution information and overhead information, the overhead infor-

5,761,197

17

mation comprising synchronization information for synchronizing the plurality of terminals to the upstream frames and authorization information for authorizing selected terminals each to transmit in an upstream frame, the authorization information comprising the terminal identity of each terminal authorized to transmit in an upstream frame and an indication identifying a time slot in the upstream frame in which each terminal is authorized to transmit, said indication being constituted by a relative position of the terminal identity in the downstream frame; and

in each terminal, storing the respective terminal identity and transmitting information in a respective time slot in an upstream frame in response to the authorization information comprising the respective terminal identity stored in the terminal.

2. A method of communicating information between a central station and a plurality of terminals in a distribution network, comprising the steps of:

at the central station, determining downstream TDM frames, for transmission of distribution information and overhead information from the central station to the plurality of terminals, and upstream TDMA frames, for transmission of information in respective time slots from the terminals to the central station, each upstream frame having a frame identity which is included in the overhead information of a corresponding downstream frame;

in each terminal, buffering asynchronous information for transmission upstream, storing an upstream frame identity and a time slot identity assigned to the terminal, monitoring the overhead information in the downstream frames for the stored upstream frame identity, and, in response to detection of the stored upstream frame identity in the overhead information in a downstream frame, transmitting, in the assigned time slot of the corresponding upstream frame, information comprising an indication of a queue size of the buffered asynchronous information;

at the central station, allocating time slots in the upstream frames to terminals in accordance with the queue size indications from the terminals, and including in the overhead information in the corresponding downstream frames an indication of each terminal which is allocated such a time slot and the time slot which it is allocated; and

in each terminal having buffered asynchronous information, monitoring the overhead information in the downstream frames for the indication of the terminal and, in response to detection of the indication of the terminal in the overhead information in a downstream frame, transmitting buffered asynchronous information in the allocated time slot of the corresponding upstream frame.

3. A method as claimed in claim 2 wherein the downstream and upstream frames have the same frame period, and further comprising the step of including synchronization information in the overhead information in the downstream frames for synchronizing the terminals to the upstream frames.

4. A method as claimed in claim 3 and further comprising the step of storing in each terminal information for delaying timing of upstream frames at the terminal by a delay that is inversely dependent on a distance of the terminal from the central station.

5. A method as claimed in claim 2 wherein the time slots in the upstream frames allocated for the transmission of the

18

buffered asynchronous information are larger than the time slots assigned to the terminals for the transmission of information comprising the indication of a queue size of the buffered asynchronous information.

6. A method as claimed in claim 2 wherein m time slots in the upstream frames allocated for the transmission of the buffered asynchronous information have the same size as n time slots assigned to the terminals for the transmission of information comprising the indication of a queue size of the buffered asynchronous information, where m and n are integers and n>m.

7. A method as claimed in claim 6 wherein m is equal to one.

8. A method as claimed in claim 2 wherein the indication of the time slot which each terminal is allocated for transmission of buffered asynchronous information is constituted by a relative position of the indication of the terminal in the overhead information in the downstream frame.

9. A method as claimed in claim 2 and further comprising the step of transmitting, from at least one of the terminals, isochronous information from the terminal as part of the information comprising an indication of a queue size of the buffered asynchronous information in the assigned time slot of the respective upstream frame.

10. A method as claimed in claim 9 and further comprising storing in said at least one of the terminals a masking field for masking part of a detection in the terminal of the stored upstream frame identity in the overhead information in the downstream frames.

11. A method as claimed in claim 2 and further comprising the steps of, in at least one terminal having isochronous information to be transmitted upstream, storing an upstream frame identity and a time slot identity assigned to the terminal by the central station for transmission of the isochronous information, monitoring the overhead information in the downstream frames for this stored upstream frame identity, and, in response to detection of this stored upstream frame identity in the overhead information in a downstream frame, transmitting the isochronous information in the assigned time slot of the corresponding upstream frame.

12. A method as claimed in claim 11 and further comprising storing in said at least one terminal a masking field for masking part of a detection in the terminal of the stored upstream frame identity for transmission of the isochronous information in the overhead information in the downstream frames.

13. A method of allocating upstream transmission capacities to terminals in a distribution network in which distribution information and overhead information are transmitted in TDM frames in a downstream direction from a central station to the terminals, comprising the steps of:

providing, for transmission from the terminals to the central station, upstream TDMA frames in which there are at least two different sizes of time slots, and identifying each upstream frame by a frame identity in the overhead information in a corresponding downstream frame so that the terminals can determine the time slots for each upstream frame;

assigning time slots of a first size to at least some of the terminals for transmitting upstream queue size information for buffered asynchronous information to be transmitted upstream from the terminal, each such terminal storing an identity of an assigned time slot and an upstream frame identity for transmitting the queue size information, monitoring the overhead information in the downstream frames to detect the assigned frame

5,761,197

identity, and transmitting the queue size information in the assigned time slot in the corresponding upstream frame; and

allocating time slots of a second size to terminals in dependence upon the queue size information by transmitting from the central station in the overhead information in the downstream frames an indication of each terminal which is allocated such a time slot and the time slot which it is allocated, each terminal having buffered asynchronous information to be transmitted monitoring the overhead information in the downstream frames to detect the indication of the terminal and transmitting buffered asynchronous information in the allocated time slot of the corresponding upstream frame.

**14.** A method as claimed in claim **13** wherein the indication of each time slot of the second size which is allocated for transmission of buffered asynchronous information is constituted by a relative position of the indication of the terminal in the overhead information in the downstream frame.

**15.** A terminal for a communications system in which information is communicated in TDM frames in a downstream direction from a central station of a distribution network to a plurality of terminals of the network, and in TDMA frames in an upstream direction from the plurality of terminals to the central station, the downstream frames comprising distribution information and overhead information, the overhead information comprising synchronization information for synchronizing the terminals to the upstream frames and authorization information for authorizing selected terminals each to transmit in an upstream frame, the terminal comprising:

a store arranged to store information allocated to the terminal, said information including an identity of the terminal and allocation information communicated to the terminal by the central station, and delay information inversely dependent upon a distance of the terminal from the central station; and

a control unit arranged to store said allocation information received from the central terminal in the store, the control unit also being responsive to the authorization information in the downstream frames and the stored information allocated to the terminal for selectively communicating information from the terminal to the central station in selected upstream frames at a time dependent upon the synchronization information and the stored delay information.

**16.** A terminal as claimed in claim **15** wherein the authorization information in the downstream frames comprises a frame identity for each upstream frame, the store is arranged to store, as part of said allocation information, an

identity of an upstream frame in which the terminal is authorized to transmit, and the control unit is arranged to compare the stored identity of an upstream frame with the frame identity in the authorization information in the downstream frames to determine upstream frames in which the terminal is authorized to transmit.

**17.** A method of communicating information in TDM frames in a downstream direction from a central station of a distribution network to a plurality of terminals of the network and in TDMA frames in an upstream direction from the plurality of terminals to the central station, each terminal having a respective terminal identity, comprising the steps of:

transmitting in the downstream frames distribution information and overhead information, the overhead information comprising synchronization information for synchronizing the plurality of terminals to the upstream frames and authorization information for authorizing selected terminals each to transmit in an upstream frame, the authorization information comprising a frame identity for each upstream frame; and

in each terminal, storing information identifying an upstream frame and a time slot in that frame for transmission of information by the terminal, and transmitting information in a respective time slot in an upstream frame in response to the authorization information and the information stored in the terminal.

**18.** A method as claimed in claim **17** wherein the information stored in each terminal further comprises the respective terminal identity, and the authorization information further comprises the terminal identity of a terminal authorized to transmit in a time slot in an upstream frame and an indication identifying the time slot in the upstream frame in which said terminal is authorized to transmit.

**19.** A method as claimed in claim **18** wherein the indication identifying the time slot in the upstream frame in which said terminal is authorized to transmit is constituted by a relative position of the terminal identity in the downstream frame.

**20.** A method as claimed in claim **18** wherein the information stored in each terminal further comprises a masking field for masking part of a comparison in the terminal of its stored upstream frame identity with each frame identity in the authorization information.

**21.** A method as claimed in claim **17** wherein the information stored in each terminal further comprises a masking field for masking part of a comparison in the terminal of its stored upstream frame identity with each frame identity in the authorization information.

* * * * *

Case 09-10138-MFW   Doc 14554-1   Filed 10/14/14   Page 76 of 178

# EXHIBIT C

US006128298A

# United States Patent [19]

## Wootton et al.

[11] **Patent Number:** 6,128,298

[45] **Date of Patent:** Oct. 3, 2000

[54] **INTERNET PROTOCOL FILTER**

[75] Inventors: **Bruce Anthony Wootton**, Raleigh, N.C.; **William G. Colvin**, Milton, Canada

[73] Assignee: **Nortel Networks Corporation**, Montreal, Canada

[21] Appl. No.: **08/842,328**

[22] Filed: **Apr. 24, 1997**

### Related U.S. Application Data

[60] Provisional application No. 60/015,945, Apr. 24, 1996.

[51] **Int. Cl.**[7] ....................................... **H04L 12/56**

[52] **U.S. Cl.** .......................... **370/392**; 370/390; 370/401; 713/201

[58] **Field of Search** .................................. 370/351, 352, 370/355, 389, 390, 392, 393, 400, 401, 402, 409; 395/200.6, 200.62, 200.68, 200.72; 713/201

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,309,437 | 5/1994 | Perlman et al. | 370/401 |
| 5,383,179 | 1/1995 | Saini et al. | 370/393 |
| 5,400,334 | 3/1995 | Hayssen | 370/245 |
| 5,606,668 | 2/1997 | Shwed . | |
| 5,623,601 | 4/1997 | Vu . | |
| 5,778,174 | 7/1998 | Cain . | |
| 5,781,550 | 7/1998 | Templin et al. | 370/401 |
| 5,793,763 | 8/1998 | Mayes et al. | 370/389 |
| 5,826,014 | 10/1998 | Coley et al. . | |
| 5,835,726 | 11/1998 | Shwed et al. . | |

#### FOREIGN PATENT DOCUMENTS

0 465 201   1/1992   European Pat. Off. .

#### OTHER PUBLICATIONS

Axner, "Differing Approaches to Virtual LANs", *Business Communications Review,* Dec. 1993, pp. 42–45.

Bryan, "Build a Firewall", *Byte,* Apr. 1995, pp. 91–96.

Bryan, "Firewalls for Sale", *Byte,* Apr. 1995, pp. 99–104.

Carl–Mitchell, et al., "Building Internet Firewalls", *Unix-World,* Feb. 1992, pp. 93–103.

Chapman, "Network (In)Security Through IP Packet Filtering", UNIX Security Symposium III Proceedings, Baltimore, MD, Sep. 14–16, 1992, pp. 63–76.

Cheswick, "The Design of a Secure Internet Gateway", USENIX Summer Conference, Anaheim, CA, Jul. 11–15, 1990, pp. 233–237.

Ho, "Implementation of a Secure Gateway on Hughes Aircraft's Engineering Design Network", 15th Conference on Local Computer Networks, IEEE, Minneapolis, MN., Sep. 30–Oct. 3, 1990, pp. 180–182.

Hoover, "Securing the Enterprise, Firewalls Can Keep You from Getting Burned", *Internet World,* Feb. 1995, pp. 39–47.

Koblas, et al., "SOCKS", UNIX Security Symposium III Proceedings, Baltimore, MD, Sep. 14–16, 1992, pp. 77–83.

Lottor, "TCP Port Service Multiplexer (TCPMUX)", Internet rfc 1078 (1988), pp. 1,2.

Luotonen, et al., "World–Wide Web Proxies", Computer Networks and ISDN Systems 27 (1994), pp. 147–154.

(List continued on next page.)

*Primary Examiner*—Ajit Patel
*Assistant Examiner*—Bob A. Phunkulh
*Attorney, Agent, or Firm*—Foley & Lardner

[57] **ABSTRACT**

The IP filter, embodying the present invention, is a communications device designed to provide public network or Internet access to nodes of private networks, advantageously without requiring the private nodes on such networks to register public Internet addresses. The IP filter presents a single IP address to the Internet and uses a plurality of IP ports to solve the problem of IP address conservation. It initiates sessions by assigning private side IP sessions to a unique port of the IP filter's public address. The IP filter effects a translation between a source port number for the private network and a destination port number for the public network for communication therebetween. Benefits of the IP filter include private node security and conservation of Internet-registered addresses.

**32 Claims, 2 Drawing Sheets-**



**6,128,298**

Page 2

### OTHER PUBLICATIONS

Marotta, et al., "Internetworking Data Services", 16th Conference on Local Computer Networks, IEEE, Minneapolis, MN, Oct. 14–17, 1991, pp. 223–229.

Panzieri, et al., "Interfacing UNIX to Data Communications Networks", *IEEE Transactions on Software Engineering,* vol. SE–11, Oct. 1985, pp. 1016–1032.

Schauer, et al., "An Internet Gatekeeper", UNIX Security Symposium III Proceedings, Baltimore, MD, Sep. 14–16, 1992, pp. 49–61.

Schroeder, et al. "Autonet: A High Speed, Self–Configuring Local Area Network Using Point–to–Point Links", *IEEE Journal on Selected Areas in Communications,* vol. 9, No. 8, Oct. 1991, pp. 1318–1334.

Shapiro, "Structure and Encapsulation in Distribution Systems: The Proxy Principle", The 6th International Conference on Distributed Computing Systems, IEEE, Cambridge, MA, May 19–23, 1986, pp. 198–204.

Snyder, "Choosing the Right Firewall to Defend Your Network" *Network World,* vol. 12, No. 10, Mar. 5, 1995, p. 1.

Stephensen, "A Blueprint for Firewalls", *LAN Magazine,* Feb. 1995, pp. 63–70.

Tam, et al. "CAPNET—An Approach to Ultra High Speed Network", *IEEE International Conference on Communications,* 1990, pp. 323.1.1–323.1.7.

Tolly, "Evaluating Port Switching Hubs—A reality check for virtual workgroups", *Data Communications,* Jun. 1993, pp. 52–62.

Treese, et al., "X Through the Firewall, and Other Application Relays", USENIX Summer 1993 Technical Conference, Cincinnati, OH, Jun. 21–25, 1993, pp. 87–98.

Cheswick and Bellovin, "Firewalls and Internet Security: Repelling the Wily Hacker", Addison–Wesley, 1994, pp. 34–36, 54–75.

Comer, "Internetworking with TCP/IP", Prentice–Hall, Inc., 1988, pp. 120–127, 137–141, 194, 195, 208–214, 346, 347.

McClimans, "Workarounds Ease the IP Address Shortage", *Data Communications,* section Software Views, vol 24, No. 2, Feb. 23, 1995, (p. 33), pp. 3–5.

Kostick, "Building a Linux Firewall", *Linux Journal,* Apr. 1996, pp. 49, 52, 53, 55, 57, 58, 61.

Egevang et al., "Internet Engineering Task Force, USA" XP2040992 pp. 1–8 (1994).

Stallings, "Internet Security Handbook" XP2040993 pp. 27–37 (1995).



FIG. 1



**FIG. 2**

6,128,298

1

# INTERNET PROTOCOL FILTER

This application is based on provisional application 60/015,945 filed Apr. 26, 1996.

## BACKGROUND OF THE INVENTION

The present invention generally relates to internetwork firewalls and, in particular, to an internet protocol (IP) filter whereby a private IP network domain is mapped to a single IP address on the public Internet.

Firewalls are generally known and characterized by computer servers which function to couple nodes within the domain of the private network to nodes in a public network domain, such as the Internet. A deficiency of the known firewall products is the need for a unique public IP address for each concurrent session or interaction between public and private nodes.

A firewall providing conservation of public IP addresses would be desirable.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a new and improved apparatus for communicatively coupling two networks.

The invention, therefore, according to a first exemplary aspect provides a method of interfacing private and public data communications networks, through a filter node in communication with both networks, the filter node having an address known in the public network, comprising the steps of: routing from nodes in the private network, to the filter node, data packets having destination information, which includes a destination address and a destination port, corresponding to nodes in the public network and having source information, which includes a source address and a source port, of the respective private network nodes; for each data packet received from the private network, at the filter node, maintaining the source information taken from the data packet in correlation with a unique value representing a port of the filter node, and replacing in the data packet the source address with the filter node address and the source port with the filter node port value; and routing from the filter node, in the public network, the data packets having the replaced source information, according to the destination information in each, to the corresponding public network nodes.

According to a second exemplary aspect, the invention provides a method of interfacing private and public data communications networks, through a filter node in communication with both networks, comprising the steps of: (a) receiving at the filter node, from the private network, a data packet having an destination address corresponding to a node in the public network and a source address corresponding to a node in the private network; (b) maintaining, by the filter node, the source address taken from the data packet; (c) replacing, in the data packet, the source address with an address of the filter node; (d) routing from the filter node, in the public network, the data packet having the replaced source address, according to the destination address, to the corresponding public network node; (e) waiting for a return packet from the public network, responsive to the data packet having the replaced source information; (f) replacing, in the return packet, the destination address with the maintained source address; and (g) routing from the filter node, in the private network, the return packet having the replaced destination address to the corresponding private network node.

2

According to a third exemplary aspect, the invention provides a method of operating a filter node for interfacing first and second data communications networks, comprising the steps of: receiving from the first network, a data packet having destination information, which includes a destination address and a destination port, corresponding to a node in the second network and having source information, which includes a source address and a source port, corresponding to a node in the first network; maintaining the source information taken from the data packet in correlation with a unique value representing a port of the filter node; replacing in the data packet the source address with an address of the filter node and the source port with the filter node port value; and sending to the second network the data packet having the replaced source information, whereby that packet is routed according to its destination information to the corresponding second network node.

According to a fourth exemplary aspect, the invention provides a filter node for interfacing first and second data communications networks, comprising: means for receiving from the first network, a data packet having destination information, which includes a destination address and a destination port, corresponding to a node in the public network and having source information, which includes a source address and a source port, corresponding to a node in the first network; means for maintaining the source information taken from the data packet in correlation with a unique value representing a port of the filter node; means for replacing in the data packet the source address with an address of the filter node and the source port with the filter node port value; and means for sending to the second network, the data packet having the replaced source information, whereby that packet is routed according to its destination information to the corresponding second network node.

An IP filter, embodying the present invention, is a communications device designed to provide public network or Internet access to nodes of private networks, advantageously without requiring the private nodes on such networks to register public Internet addresses. The IP filter presents a single IP address to the Internet and uses a plurality of IP ports to solve the problem of IP address conservation. It initiates sessions by assigning private side IP sessions to a unique port of the IP filter's public address whereby up to 64,512 (=65,536 total −1,024 well known ports) concurrent sessions may be supported through the single IP address. The IP filter effects a translation between a source port number for the private network and a destination port number for the public network for communication therebetween. Benefits of the IP filter include private node security and conservation of Internet-registered addresses.

In a particular embodiment, the IP filter may support three data transport protocols over the internet protocol: transmission control protocol (TCP), user datagram protocol (UDP) and Internet control message protocol (ICMP). Packets of other protocols may be ignored.

The TCP protocol prepends a TCP header to a data packet. The source port and destination port numbers are contained in this header. The Internet addresses of the source and destination nodes are contained in the IP header. The IP address and port information extracted from each packet will be used to determine where the IP filter should route this packet.

The IP filter maintains a lookup table of information on each TCP connection. This information includes the port from the private node, the private IP address, the assigned

6,128,298

3

port number of the destination node, and the port number of the IP filter in the form of an index. When a packet is received from the private network, the private address and port number are added to the table as a new entry, if an entry corresponding to this packet is not found in the table and if the TCP header indicates that this is a new connection request. Then the source address and port number in the packet header are replaced with the IP filter's IP address and port number, and the packet is transmitted to the Internet.

When the IP filter receives a packet from the Internet, the destination port number is used to index the lookup table. When the corresponding table entry is found, the destination address and port number are replaced with the private network's IP address and port number, and the packet is transmitted to the private network. If the received packet's source port is different from the port recorded in the table, and if the packet header information indicates that this packet is the first response on the connection, then the lookup table is updated with the port number assigned by the Internet node, if needed. When the IP filter detects an end of transmission code in the packet, the lookup table entry is zeroed. If the IP filter receives packets from the Internet that do not have entries in the lookup table corresponding to the IP filter port, it ignores the packets.

The UDP protocol is connectionless, as opposed to TCP, a connection-oriented protocol. The UDP header contains no codes governing initial connection or end of transmission. The data of interest in the UDP header are the source port and destination port. This information, along with the Internet addresses contained in the IP header, are used to determine where the IP filter should route this packet.

The IP filter maintains a lookup table of information on each UDP session. When the IP filter receives a UDP packet from the private network, it records the source address, the source port number, the destination port number, and the assigned IP filter port number as the index to the table. Then the private node address and port number in the packet header are replaced with the address and assigned port number of the IP filter. Then the packet is transmitted to the Internet.

When the IP filter receives a UDP packet from the Internet, it indexes the UDP lookup table and replaces the packet's destination information, namely the IP filter address and assigned port number, with the private address and port number from the lookup table. The lookup table also maintains an interval indication for an expiration timer on datagram packets received as per standard UDP implementations. If the IP filter receives packets from the Internet that do not have entries in the lookup table corresponding to the IP filter port, it ignores the packets.

As ICMP packets do not contain port numbers of either source or destination, any ICMP packets received from the private network are processed one at a time, with buffering of additional ICMP packets. The IP filter reads the private address from the packet header and replaces it with the address of the IP filter. The packet is transmitted to the Internet, and the IP filter waits for the response. When it receives the responding packet, the destination address in the packet header is changed from that of the IP filter to that of the node on the private network. Then the IP filter transmits the packet to the private network.

To successfully deliver packets over an IP protocol network, each node must maintain a table of other hosts' IP addresses and their corresponding Ethernet addresses in an Ethernet based data communications network. The nodes actually use the IP addresses and the Ethernet addresses to

4

address packets. The relationship between the two addresses is dynamic; that is, a node with an IP address may change its Ethernet address. The information in the address table is obtained from the replies to the node's broadcast of ARP packets. The source node broadcasts ARP packets to request the Ethernet address of the destination node, given the destination node's IP address. If the destination node receives the packet, it sends a reply packet with the requested information.

Though it does not maintain a true ARP table, the IP filter passes ARP packets in a manner similar to TCP and UDP packet passing. When the IP filter receives an ARP packet from a node on the private network destined for the public network, it replaces the source address information with the filter's address information. The private node's IP address and the target IP address are placed in a lookup table. When the target node replies with its own Ethernet address, the destination address information is changed from that of the IP filter to that of the private node before transmitting the packet to the private node. The private node address information is obtained from the table. When an ARP packet is destined for the firewall, the ARP packet does not pass through the IP filter but is restricted to communications between the filter and the one side of the network.

Events and errors encountered by the IP filter may be logged, for example, by writing them into a text file.

The IP filter ideally will process packets as fast as the networks present them but when network traffic is too heavy, the IP filter will then buffer the packets in two queues, one for the private network and one for the Internet.

Two source and destination lookup tables may be utilized, one for TCP packets and the other for UDP packets. Each table is directly indexed by the IP filter port number assigned to the communication session. The table entries contain the IP address of the private node, the source port of the private node, and the destination port of the Internet node. If there is no connection on a certain IP filter port, then the corresponding entry in the table may be zeroed. Packets arriving from both the private network and the Internet are processed using the same lookup table. This arrangement assumes that of the available IP filter communications ports some are designated for UDP communication and some for TCP communication.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be better understood from the following description together with reference to the accompanying drawings, in which:

FIG. 1 is a schematic representing an internet protocol filter coupling a private network and a public network; and

FIG. 2 is a block diagram representing internal components of the filter.

DETAILED DESCRIPTION

Referring to FIG. 1, shown for illustration of the present invention is a private network 10 communicatively coupled through an internet protocol (IP) filter 12 to a public network 14 which may form part of a global data network, otherwise referred to as the Internet 16. The private network 10 represents a conventional data communications network, such as a local area network (LAN), having a plurality of nodes 18 each being identified by a unique IP address within the domain of the private network 10. The public network 14 and Internet 16 are representative of public domain data communications networks also having a plurality of nodes 20 with corresponding IP addresses.

6,128,298

The IP filter 12 acts as a gateway through which data packets are exchanged between the private network 10 and the public network 14, thereby providing Internet access to the nodes 18 of the private network 10. The IP filter 12 constitutes one of the private network nodes 18 and is the only such node to have a public IP address that is Internet-registered, whereby the IP filter 12 essentially also constitutes one of the public nodes 20 and its IP address is known in the public domain. The IP addresses of the other private network nodes 18 are reserved for the private network 10, and not known or registered in the public Internet address domain. As is conventional, associated with the IP address of the IP filter 12 are a plurality of IP ports, specifically 65,536 in total of which 64,512 are not reserved for pre-defined protocols and can be used for address translations.

Communications between nodes 18 on the private network 10 are unaffected by the presence of the IP filter 12, but to access the public network 14 and particularly the nodes 20 therein, the private nodes 18 route all communications requests through the IP filter 12. The IP filter 12 manages the communications between private nodes 18 and the Internet nodes 20 by modifying header information of data packets received from the private network 10 before transmitting each to the public network 14. The modifications cause the communications between the private nodes 18 and the public Internet nodes 20 to actually be between the IP filter 12 and the Internet nodes 20, which route all return communications to the IP filter 12 which subsequently routes the return data packets to the private nodes 18.

The IP filter 12 accepts no connection requests from the public network 14. All communications between private nodes 18 and public nodes 20 are initiated by the private nodes 18. The IP filter 12 is designed to support three data transport protocols over the internet protocol: TCP, UDP and ICMP messages; packets of other protocols are rejected or ignored.

A translation table is maintained by the IP filter 12 to map address and ports for packets received from the private network 10 destined to the public network 14 and vise versa. The translation table contains the following for each entry:

| | |
|---|---|
| private IP address | (pIP) |
| private port | (pPort) |
| internet (public) IP address | (iIP) |
| internet (public) Port | (iPort) |
| timer | |
| session type/state | |
| Ethernet address | |

The basic translation substitutes IP addresses and ports from the private network side to the IP filter's IP address and ports, thereby hiding all nodes 18 on the private network 10 from the public network 14.

A packet originating on the private network side specifies a source—destination of

(pIP, pPort—iIP, iPort)

This defines a "socket" in which the endpoints of the connection (source and destination) are defined by the IP addresses in the IP header and the ports in the TCP or UDP header.

The IP filter 12 will translate the above to

(frIP, frPort—iIP, iport)

where frIP is the IP address of the IP filter 12 on the public network 14, and frPort is the index into the translation table plus an offset value, for example, of 1024 to skip using well known ports. The frPort represents an arbitrary port.

The internet node 20 will reply with a packet

(iIP, iPort—frIP, frPort)

which will be received by the IP filter 12 and translated thereby to

(iIP, iport—pIP, pPort)

In general, to translate from the private side, the values (protocol type, pIP, pPort, iIP, iport) must be located in the translation table. This should be done with a hash table lookup.

Translating from the public side can be a direct table lookup since frPort minus 1024 is the index into the table. If (iIP, iport) in the packet does not match the corresponding entries in the table, then an unauthorized access is logged and the packet dropped.

In translating packets, when a port is substituted in the TCP or UDP header, the checksum in both the TCP/UCP and IP header must be recalculated. When an IP address is substituted in the IP header, the IP header checksum must be recalculated.

Following are special considerations for different protocols supported by the IP filter 12.

In respect of TCP, when a SYN packet is received from the private network 10, the IP filter 12 locates an unused entry in the table and fills it in, setting the type to TCP and state to SYN. Then the packet is forwarded by the general scheme above. If no free entries exist in the table, then the packet is dropped and the event is logged.

If a SYN packet is received from the public network 14 interface, it is treated as unauthorized and logged (except for FTP special case described below). However, a SYN+ACK packet is forwarded if the state of the translation table entry is SYN. After forwarding such a packet the state set to OPEN.

If a FIN packet is received by the IP filter 12 and if the state in the translation table is not FIN, the state is set to FIN and the packet forwarded. If the state is FIN, then the packet is forwarded and the translation table entry is deleted by setting it to 0. A FIN must be sent by each side to close a TCP connection.

If a RST packet is received, then the translation table entry is deleted.

Having regard now to the UDP protocol, when any UDP packet is received from the private network 10 side, the IP filter 12 first tries its standard lookup. If a translation table entry is not found, an unused entry is set up and the state set to OPEN. If a free entry is not found in the table, then rather than dropping the packet, a random UDP in the table is overwritten. Since UDP is connectionless and consequently an unreliable transport, if a packet is received from the public network 14 that would have needed the entry that was overwritten, that packet will be dropped and the node 18 on the private side will need to retry.

With regard to FTP, an FTP client establishes a TCP "control" connection with an FTP server on a particular port, for example, port 21. However, when data is to be transmitted, the FTP server will open a TCP connection from its "data" port, for example, which is default 20, to a destination port specified by the client.

6,128,298

7

To support this, packets sent by the private network 10 to port 21 need to be analyzed for an FTP "port" command at the IP filter 12. If detected, then a new entry in the table must be set up with pPort set to the value in the FTP port command. The IP address and port number in the FTP command must be changed to the IP filter's address and port before forwarding the packet. The state is set to FTPDATA.

When a SYN packet is received from the public network 14, if a table entry exists and is in FTPDATA state, then the packet is forwarded and the state set to OPEN.

For the ICMP protocol, if an ICMP packet is received from the private network 10 and if that packet is an echo request (ping), then the IP filter 12 locates a new entry in the translation table. The sequence field of the packet is stored in pPort in the table and the table index is put in the sequence field of the packet. The ICMP checksum is recalculated and the standard IP header substitution is done. The type is set to ICMP and state to PING and the timer set to 1 minute.

If an echo reply (ping) is received from the public network 14 interface, then the sequence field is used as the index into the table. If the state is PING, then pPort in the table is substituted into the sequence field of the packet, the ICMP checksum recalculated and the standard IP header substitution is done. The table entry is then deleted.

If an echo request (ping) is received from the public network 14, then the IP filter 12 will reply. This allows internet access to confirm that the IP filter 12 is reachable and running.

If a Destination Unreachable packet is received from the public network 14, then the header information contained is extracted. If the protocol was TCP or UDP, the (frIP, frPort—iIP, iport) of the originating packet can be determined and the translation table entry located.

If the IP address extracted from the ICMP matches the address in the table, the IP filter 12 forwards the packet to the private network 10 using the standard scheme.

All other ICMP packets received from either side are dropped and logged.

Since most data communications protocols are based on either the UDP or TCP protocols, these other protocols are compatible with the IP filter 12 as long as they do not initiate negotiations like FTP to have the server open a connection back to the client. Examples of other compatible protocols include: Telnet, TFTP (Trivial File Transfer Protocol); DNS (Domain Name Services); and Web browsers.

Whenever a packet is transmitted in either direction, the timer field of the translation table entry is set to the configured timeout value (except ping). Each minute, the timer field of all active entries in the tables are decremented and if they become 0, then the translation table entry is deleted. This will clear out UDP and PING entries which are no longer in use and also TCP entries which have had an abnormal termination and did not send FIN from each side. It could be a security hole to leave an unused entry in the table for too long. A good timeout value to be configured would be just longer than the typical TCP keep alive.

According to a particular embodiment, the private network 10 and the public network 14 are Ethernet based LANs. The IP filter 12 may be implemented by a data processing platform which is equipped with two conventional Ethernet hardware interfaces connected to networks 10 and 14, respectively, and which is provisioned with appropriate software to implement the functionality of the IP filter 12.

Internal components of the IP filter 12 in terms of software executable by the data processing platform are shown in FIG. 2. The internal components include two packet

8

drivers 30 and 32, an address resolution protocol (ARP) table 34, an Ethernet address table 36, an IP handler 38, an address translation 40 and a user interface 42. The packet drivers 30 and 32 control the Ethernet hardware interfaces in order to communicate with, respectively, the private network 10 and the public network 14. The IP handler 38 provides a router functionality for receiving and forwarding messages, and maintains the ARP table 34 and the Ethernet table 36. The address translation 40 effects translation between source port numbers from the private network 10 and the destination port numbers on the public network side 14. The user interface 42 enables an operator, via a keyboard and display terminal attached to the processing platform, to interface with the IP filter 12. Functions keys are provided to configure the IP filter, view or copy log files, display status, etc. The log file will contain the connect time of TCP or UDP sessions, inbound and outbound traffic statistics, and invalid access to the IP filter 12. To prevent the log file from growing too large, this information will be logged to a new file when the date changes.

Routing of packets to and from the IP filter 12 is described in the following in terms of a public interface, from the view of the public network 14, and of a private interface, from the view of the private network 10.

The public interface behaves as a host on the LAN segment. To forward a packet, it checks to see if the destination IP is on the local LAN segment. If it is, it looks up the IP address in its ARP table to find the Ethernet address. If there is no entry in the ARP table, it must put the packet on a queue and send out an ARP request to get the Ethernet address. Standard aging out of ARP table entries needs to be done. If the IP destination is not on the LAN segment, it will forward the packet to the configured default router. ICMP Redirect messages sent by the default router will be ignored.

The private interface effects the functionality of a router, as it needs to be able to forward packets to one or more routers to communicate with the remote client stations. A large remote client network may access multiple router machines. Conventional routing can result in large routing tables because the routing entries become host addresses instead of subnet addresses. That is, if the network is set up so that a client may come in through either Router1 or Router2, then no single router can be the router for the subnet that that client station is on. A conventional router that would get routing tables via RIP from all routers on the private network would end up with a large table of host addresses for each remote client connected. This can affect performance in the search time necessary to find the route, the memory required for large tables and the amount of RIP traffic on the LAN segment between all these routers.

To handle routing in this environment, the IP filter will maintain an Ethernet table. For every packet that is forwarded from the private to public side, if a translation entry exists, use its Ethernet index to compare with the Ethernet source address of the incoming packet. If they match, nothing more needs to be done. Otherwise, the Ethernet table is searched for the source Ethernet address, adding a new Ethernet table entry if not found. The index to the Ethernet table is then saved in the translation table entry. Then when a packet is being translated from the public to private side, the Ethernet address can be retrieved directly from the index in the translation table. Thus packets will be routed to the router which forwarded the packet to the IP filter.

Those skilled in the art will recognize that various modifications and changes could be made to the invention with-

6,128,298

9

out departing from the spirit and scope thereof. It should therefore be understood that the claims are not to be considered as being limited to the precise embodiments set forth above, in the absence of specific limitations directed to each embodiment.

What is claimed is:

1. A method of interfacing private and public data communications networks, through a filter node in communication with both networks, the filter node having an address known in the public network, comprising the steps of:

    routing from nodes in the private network, to the filter node, outgoing data packets having destination information, which includes a destination address and a destination port, corresponding to nodes in the public network and having source information, which includes a source address and a source port, of the respective private network nodes;

    for each outgoing data packet received from the private network, at the filter node, maintaining the source information taken from the outgoing data packet in correlation with a unique value representing a port of the filter node, and replacing in the outgoing data packet the source address with the filter node address and the source port with the filter node port value; and

    routing from the filter node, to nodes in the public network, the outgoing data packets having the replaced source information, according to the destination information in each, to the corresponding public network nodes.

2. A method as claimed in claim 1, comprising the steps of:

    routing from nodes in the public network, to the filter node, incoming data packets each having the address of the filter node as the destination address;

    for each incoming data packet received from the public network, at the filter node, correlating the destination port of the destination information in the incoming data packet to particular source information being maintained and replacing, in the incoming data packet, the destination information with the particular source information;

    routing from the filter node, in the private network, the incoming data packets having the replaced destination information to the corresponding private network nodes.

3. A method as claimed in claim 2, comprising ignoring by the filter node any incoming data packet received from the public network, if the destination port of the destination information in that incoming data packet can not be correlated to the maintained source information.

4. A method as claimed in claim 3, wherein maintaining the source information includes storing the source information from each outgoing data packet as an entry in a lookup table, and the filter node port value correlating to the source information constitutes an index into the table for that entry.

5. A method as claimed in claim 4, wherein the incoming and outgoing data packets include packets in accordance with a transmission control protocol (TCP) over an internet protocol (IP).

6. A method of interfacing private and public data communications networks, through a filter node in communication with both networks, the filter node having an address known in the public network, comprising the steps of:

    routine from nodes in the private network, to the filter node, outgoing data packets having destination information, which includes a destination address and

10

a destination port, corresponding to nodes in the public network and having source information, which includes a source address and a source port, of the respective private network nodes;

    for each outgoing data packet received from the private network, at the filter node, maintaining the source information taken from the outgoing data packet in correlation with a unique value representing a port of the filter node, and replacing in the outgoing data packet the source address with the filter node address and the source port with the filter node port value;

    routing from the filter node, to nodes in the public network, the outgoing data packets having the replaced source information, according to the destination information in each, to the corresponding public network nodes;

    routing from nodes in the public network, to the filter node, incoming data packets each having the address of the filter node as the destination address;

    for each incoming data packet received from the public network, at the filter node, correlating the destination port of the destination information in the incoming data packet to particular source information being maintained and replacing, in the incoming data packet, the destination information with the particular source information;

    routing from the filter node, in the private network, the incoming data packets having the replaced destination information to the corresponding private network nodes;

    ignoring by the filter node any incoming data packet received from the public network, if the destination port of the destination information in that incoming data packet can not be correlated to the maintained source information,

wherein maintaining the source information includes storing the source information from each outgoing data packet as an entry in a lookup table, and the filter node port value correlating to the source information constitutes an index into the table for that entry;

wherein the incoming and outgoing data packets include packets in accordance with a transmission control protocol (TCP) over an internet protocol (IP); and

receiving at the filter node an outgoing TCP packet from the private network; and if an entry corresponding to the outgoing TCP packet is not found in the lookup table and the outgoing TCP packet indicates that this is a connection request, storing the source information together with the destination information from the outgoing TCP packet as a new entry in the lookup table.

7. A method as claimed in claim 6, comprising receiving at the filter node an incoming TCP packet from the public network; and if the source port in the received incoming TCP packet is different from the destination port in a source information entry of the lookup table, indexed by the destination port in the outgoing TCP packet, and if the incoming TCP packet indicates that this packet is a first response to the connection request, then updating by the filter node the destination port in the table entry with the source port from the received incoming TCP packet.

8. A method as claimed in claim 7, comprising receiving at the filter node any incoming TCP packet having an end of transmission code in the packet and zeroing an entry in the lookup table corresponding to that received incoming TCP packet.

9. A method as claimed in claim 4, wherein the data packets include packets in accordance with a user datagram protocol (UDP) over an internet protocol (IP).

6,128,298

11

**10**. A method of interfacing private and public data communications networks, through a filter node in communication with both networks, the filter node having an address known in the public network, comprising the steps of:

routing from nodes in the private network, to the filter node, outgoing data packets having destination information, which includes a destination address and a destination port, corresponding to nodes in the public network and having source information, which includes a source address and a source port, of the respective private network nodes;

for each outgoing data packet received from the private network, at the filter node, maintaining the source information taken from the outgoing data packet in correlation with a unique value representing a port of the filter node, and replacing in the outgoing data packet the source address with the filter node address and the source port with the filter node port value;

routing from the filter node, to nodes in the public network, the outgoing data packets having the replaced source information, according to the destination information in each, to the corresponding public network nodes;

routing from nodes in the public network, to the filter node, incoming data packets each having the address of the filter node as the destination address;

for each incoming data packet received from the public network, at the filter node, correlating the destination port of the destination information in the incoming data packet to particular source information being maintained and replacing, in the incoming data packet, the destination information with the particular source information;

routing from the filter node, in the private network, the incoming data packets having the replaced destination information to the corresponding private network nodes;

ignoring by the filter node any incoming data packet received from the public network, if the destination port of the destination information in that incoming data packet can not be correlated to the maintained source information,

wherein maintaining the source information includes storing the source information from each outgoing data packet as an entry in a lookup table, and the filter node port value correlating to the source information constitutes an index into the table for that entry;

wherein the data packets include packets in accordance with a user datagram protocol (UDP) over an internet protocol (IP); and

receiving at the filter node a UDP data packet from the private network, and adding the source information and the destination information from the UDP packet together with an interval indication for an expiration timer as a new entry in the lookup table.

**11**. A method of interfacing private and public data communications networks, through a filter node in communication with both networks, comprising the steps of:

(a) receiving at the filter node, from the private network, a data packet having a destination address corresponding to a node in the public network and a source address corresponding to a node in the private network;

(b) maintaining, by the filter node, the source address taken from the data packet;

12

(c) replacing, in the data packet, the source address with an address of the filter node, wherein the source address includes a port number of the node in the private network and the address of the filter node includes a port number of the filter node;

(d) routing from the filter node, in the public network, the data packet having the replaced source address, according to the destination address, to the corresponding public node network;

(e) waiting for a return packet from the public network, responsive to the data packet having the replaced source information;

(f) replacing, in the return packet, the destination address with the maintained source address; and

(g) routing from the filter node, in the private network, the return packet having the replaced destination address to the corresponding private network node.

**12**. A method as claimed in claim **11**, comprising buffering, at the filter node, further data packets received from the private network while waiting for the return packet, and repeating steps (b) through (g) on an individual basis for the further packets, if any, that were buffered.

**13**. A method as claimed in claim **12**, wherein the data packets include packets in accordance with an internet control message protocol (ICMP).

**14**. A method of operating a filter node for interfacing first and second data communications networks, comprising the steps of:

receiving from the first network, an outgoing data packet having destination information, which includes a destination address and a destination port, corresponding to a node in the second network and having source information, which includes a source address and a source port, corresponding to a node in the first network;

maintaining the source information taken from the outgoing data packet in correlation with a unique value representing a port of the filter node;

replacing in the outgoing data packet the source address with an address of the filter node and the source port with the filter node port value; and

sending to the second network the outgoing data packet having the replaced source information, whereby the packet is routed according to its destination information to the corresponding second network node.

**15**. A method as claimed in claim **14**, further comprising the steps of:

receiving from the second network, an incoming data packet having the address of the filter node as the destination address;

correlating the destination port of the destination information in the incoming data packet to particular source information being maintained;

replacing, in the incoming data packet, the destination information with the particular source information;

sending to the first network the incoming data packet having the replaced destination information, whereby that packet is routed according to its destination information to the corresponding first network node.

**16**. A method as claimed in claim **15**, comprising ignoring the incoming data packet received from the second network, if the destination port of the destination information in that data packet can not be correlated to the maintained source information.

**17**. A method as claimed in claim **16**, wherein maintaining the source information includes storing the source informa-

6,128,298

13

tion from the outgoing data packet as an entry in a lookup table, and the filter node port value correlating to the source information constitutes an index into the table for that entry.

**18.** A method as claimed in claim **17**, wherein the incoming and outgoing data packets include packets in accordance with a transmission control protocol (TCP) over an internet protocol (IP).

**19.** A method of operating a filter node for interfacing first and second data communications networks comprising the steps of:

receiving from the first network, an outgoing data packet having destination information, which includes a destination address and a destination port, corresponding to a node in the second network and having source information, which includes a source address and a source port, corresponding to a node in the first network:

maintaining the source information taken from the outgoing data packet in correlation with a unique value representing a port of the filter node;

replacing in the outgoing data packet the source address with an address of the filter node and the source port with the filter node port value;

sending to the second network the outgoing data packet having the replaced source information, whereby that packet is routed according to its destination information to the corresponding second network node,

receiving from the second network, an incoming data packet having the address of the filter node as the destination address:

correlating the destination port of the destination information in the incoming data packet to particular source information being maintained;

replacing, in the incoming data packet, the destination information with the particular source information;

sending to the first network the incoming data packet having the replaced destination information whereby that packet is routed according to its destination information to the corresponding first network node;

ignoring the incoming data packet received from the second network, if the destination port of the destination information in that data packet can not be correlated to the maintained source information,

wherein maintaining the source information includes storing the source information from the outgoing data packet as an entry in a lookup table, and the filter node port value correlating to the source information constitutes an index into the table for that entry

wherein the incoming and outgoing data packets include packets in accordance with a transmission control protocol (TCP) over an internet protocol (IP): and

receiving an outgoing TCP packet from the first network; and if an entry corresponding to the outgoing TCP packet is not found in the lookup table and the outgoing TCP packet indicates that this is a connection request, storing the source information together with the destination information from the TCP packet as a new entry in the lookup table.

**20.** A method as claimed in claim **19**, comprising receiving any incoming TCP packet from the second network; and if the source port in that received incoming TCP packet is different from the destination port in a source information entry of the lookup table, indexed by the destination port in the outgoing TCP packet, and if that incoming TCP packet indicates that it is a first response to the connection request,

14

then updating the destination port in the table entry with the source port from that received incoming TCP packet.

**21.** A method as claimed in claim **20**, comprising receiving any incoming TCP packet having an end of transmission code in the packet, and zeroing an entry in the lookup table corresponding to that received incoming TCP packet.

**22.** A method as claimed in claim **17**, wherein the outgoing and incoming data packets include packets in accordance with a user datagram protocol (UDP) over an internet protocol (IP).

**23.** A method of operating a filter node for interfacing first and second data communications networks, comprising the steps of:

receiving from the first network, an outgoing data packet having destination information, which includes a destination address and a destination port, corresponding to a node in the second network and having source information, which includes a source address and a source port, corresponding to a node in the first network:

maintaining the source information taken from the outgoing data packet in correlation with a unique value representing a port of the filter node;

replacing in the outgoing data packet the source address with an address of the filter node and the source port with the filter node port value;

sending to the second network the outgoing data packet having the replaced source information, whereby that packet is routed according to its destination information to the corresponding second network node;

receiving from the second network, an incoming data packet having the address of the filter node as the destination address;

correlating the destination port of the destination information in the incoming data packet to particular source information being maintained;

replacing, in the incoming data packet, the destination information with the particular source information;

sending to the first network the incoming data packet having the replaced destination information, whereby that packet is routed according to its destination information to the corresponding first network node; and

ignoring the incoming data packet received from the second network, if the destination port of the destination information in that data packet can not be correlated to the maintained source information,

wherein maintaining the source information includes storing the source information from the outgoing data packet as an entry in a lookup table, and the filter node port value correlating to the source information constitutes an index into the table for that entry;

wherein the outgoing and incoming data packets include packets in accordance with a user datagram protocol (UDP) over an internet protocol (IP); and

receiving a UDP data packet from the first network, and adding the source information and the destination information from the UDP packet together with an interval indication for an expiration timer as a new entry in the lookup table.

**24.** A method of operating a filter node for interfacing first and second data communications networks, comprising the steps of:

(a) receiving from the first network, a data packet having a destination address corresponding to a node in the second network and a source address corresponding to a node in the first network;

6,128,298

15

(b) maintaining the source address taken from the data packet;

(c) replacing, in the data packet, the source address with an address of the filter node, wherein the source address includes a source port number and the address of the filter node includes a port number of the filter node;

(d) sending to the second network the data packet having the replaced source address, whereby that packet is routed to the corresponding second network node;

(e) receiving a return packet from the second network, responsive to the data packet having the replaced source information;

(f) replacing, in the return packet, the destination address with the maintained source address; and

(g) sending to the first network the return packet having the replaced destination address, whereby that packet is routed to the corresponding first network node.

**25.** A method as claimed in claim **24**, comprising buffering further data packets received from the first network while waiting for the return packet, and repeating steps (b) through (g) on an individual basis for the further packets, if any, that were buffered.

**26.** A method as claimed in claim **25**, wherein the data packets include packets in accordance with an internet control message protocol (ICMP).

**27.** A filter node for interfacing first and second data communications networks, comprising:

means for receiving from the first network, a data packet having destination information, which includes a destination address and a destination port, corresponding to a node in the second network and having source information, which includes a source address and a source port, corresponding to a node in the first network;

means for maintaining the source information taken from the data packet in correlation with a unique value representing a port of the filter node;

means for replacing in the data packet the source address with an address of the filter node and the source port with the filter node port value; and

means for sending to the second network, the data packet having the replaced source information, whereby that packet is routed according to its destination information to the corresponding second network node.

**28.** A filter node as claimed in claim **27**, comprising:

means for receiving from the second network, a data packet having the address of the filter node as the destination address;

means for correlating the destination port of the destination information in the data packet to particular source information being maintained;

16

means for replacing, in the data packet, the destination information with the particular source information; and

means for sending to the first network the data packet having the replaced destination information, whereby that packet is routed according to its destination information to the corresponding first network node.

**29.** A filter node as claimed in claim **28**, comprising means for ignoring a data packet received from the second network, if the destination port of the destination information in that data packet can not be correlated to the maintained source information.

**30.** A filter node as claimed in claim **29**, wherein the means for maintaining the source information includes means for storing the source information from the data packet as an entry in a lookup table, and wherein the filter node port value correlating to the source information constitutes an index into the table for that entry.

**31.** A filter node for interfacing first and second data communications networks, comprising:

(a) means for receiving from the first network, a data packet having a destination address corresponding to a node in the second network;

(b) means for maintaining the source address taken from the data packet;

(c) means for replacing, in the data packet, the source address with an address of the filter node, wherein the source address includes a source port number and the address of the filter node includes a port number of the filter node;

(d) means for sending to the second network the data packet having the replaced source address, whereby that packet is routed to the corresponding second network node;

(e) means for receiving a return packet from the second network, responsive to the data packet having the replaced source information;

(f) means for replacing, in the return packet, the destination address with the maintained source address; and

(g) means for sending to the first network the return packet having the replaced destination address, whereby that packet is routed to the corresponding the first network node.

**32.** A filter node as claimed in claim **31**, comprising means for buffering further data packets received from the first network while waiting for the return packet, and means for controlling means (b) through (g) on an individual basis for processing the further packets, if any, that were buffered.

* * * * *

EXHIBIT D

US006130893A

# United States Patent [19]

## Whittaker et al.

[11] **Patent Number:** 6,130,893

[45] **Date of Patent:** Oct. 10, 2000

[54] **METHOD AND APPARATUS FOR MULTIPLEXING TELEPHONE LINES OVER A COMMON ACCESS NETWORK**

[75] Inventors: **Richard Jonathan Whittaker; Jim Orlando**, both of Ottawa, Canada

[73] Assignee: **Nortel Networks Corporation**, Montreal, Canada

[21] Appl. No.: **08/947,855**

[22] Filed: **Oct. 9, 1997**

[51] **Int. Cl.**[7] ........................... **H04L 12/28; H04M 11/00**

[52] **U.S. Cl.** ......................................... **370/420**; 379/93.01

[58] **Field of Search** .................................... 370/264, 293, 370/420, 463, 465, 522, 524, 419; 379/2, 12, 26, 32, 83.06, 399, 27, 29, 201, 207, 93.07, 93.01, 379, 352

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,216,704 | 6/1993 | Willaim et al. | 370/216 |
| 5,305,312 | 4/1994 | Fornek et al. | 370/463 |
| 5,341,418 | 8/1994 | Yoshida | 370/465 |
| 5,446,730 | 8/1995 | Lee et al. | 370/351 |
| 5,812,786 | 9/1998 | Seazholtz et al. | 395/200.81 |
| 5,815,505 | 9/1998 | Mills | 370/522 |
| 5,848,150 | 12/1998 | Bingel | 379/399 |
| 5,859,895 | 1/1999 | Pomp et al. | 379/29 |
| 5,881,131 | 3/1999 | Farris et al. | 379/27 |
| 5,889,856 | 3/1999 | O'Toole et al. | 379/399 |

### FOREIGN PATENT DOCUMENTS

0 773 696 A2  5/1997  European Pat. Off. .

*Primary Examiner*—Chau Nguyen
*Assistant Examiner*—Chiho Andrew Lee

[57] **ABSTRACT**

The present invention enables multiple analog telephones to communicate over a two-wire line via the Asymmetric Digital Subscriber Line (ADSL) standard. The analog signal from a standard analog telephone appliance is converted in a terminal adapter associated with the telephone to digital data packets and transmitted over the telephone lines to a central office (CO) using the ADSL standard. Plain Old Telephone System (POTS) frequencies are separated from digital data frequencies by a filter and passed to each terminal adapter on a separate line. On a power-off condition, the terminal adapter connects the telephone to this line. The present invention enables the user to add additional lines without additional wiring into the premises.

**12 Claims, 3 Drawing Sheets**



Case 1:14-cv-09114-SCR Document 1-1 Filed 01/30/14 Page 91 of 178 PageID #: 90
Case 1:14-cv-09114-SCR Document 1-1 Filed 10/14/14 Page 58 of 145 PageID #: 90



FIG. 1



FIG. 2



FIG. 3

6,130,893

1

# METHOD AND APPARATUS FOR MULTIPLEXING TELEPHONE LINES OVER A COMMON ACCESS NETWORK

## FIELD OF THE INVENTION

This invention relates generally to telephone and audio transport and telephone subscriber services over a common access network.

## BACKGROUND OF THE INVENTION

It is a well-known phenomenon that the use of telephone services by users, especially those with home-based businesses, has increased dramatically in the recent past.

Typically, when a user requires additional telephone lines, the local telephone company must physically install more telephone wires to the user's premises. As the demand for additional lines in an area increases, the telephone company may be required to dig up the ground to install more telephone cables. This is an expensive and time-consuming process, both for the user and the telephone company.

An object of the present invention is to overcome the difficulties in providing more phone lines to a premises without requiring any additional wiring to the premises.

## SUMMARY OF THE INVENTION

According to the present invention, there is provided a method for voice multiplexing a two wire telephone line, comprising: sending packetised data to a two wire telephone line, with packets representing a plurality of voice channels; for each packet of packetised data, determining a destination analog telephone from amongst a plurality of analog telephone appliances on said two wire telephone line based on address information of said each packet; and converting that data to an analog signal and passing said analog signal to said destination analog telephone.

Another aspect of the invention is A method for voice multiplexing a two wire telephone line, comprising: sending a first data packet to a two wire telephone line addressed to a first analog telephone appliance on the two wire line; converting data of the first data packet to an analog signal and passing the analog signal to the first analog telephone appliance; sending a second data packet to the two wire telephone line addressed to a second analog telephone appliance on the two wire line; and converting data of the second data packet to an analog signal and passing the analog signal to the second analog telephone appliance.

Another aspect of the invention is an apparatus for voice multiplexing a two wire telephone line, comprising: a supply powered decoder and digital to analog converter for connection between a non-POTS line and a POTS port for connection to an analog telephone appliance; and a switch for connection between the POTS line to the POTS port on a supply power off condition.

Another aspect of the invention is a method for adding a telephone line to an existing premise using a digital transmission medium and an analog telephone handset is disclosed. The method comprises, at a terminal adapter, at the premise and upon connection to the digital transmission medium, transmitting a digital request to a central office with an address of the terminal adapter. The terminal adapter receives, in response to the digital request transmitted to The central office, an acknowledgement message which confirms that a new telephone line has been provisioned to the existing premise, without the installation of new cabling. The terminal adapter then receives digital signals transmit-

2

ted by the central office. A determination is made by the terminal adapter as to whether the digital signals are destined for the terminal adapter. If digital signals are destined for the terminal adapter, then the terminal adapter translates the digital signals to an analog signal which is transmitted to the telephone handset

Another aspect of the invention is a terminal adapter for connecting an analog telephone handset to a digital transmission medium which is adapted to create a new telephone line on demand. The terminal adapter comprises: a first input/output port in communication with the digital transmission medium; and a second input/output port in communication with the telephone handset. The terminal adapter also comprises a control means in communication with both of the input/output ports. The control means of the terminal adapter is adapted to transmit to a central office, over the first input/output port, a request for a new telephone line. The control means of the terminal adapted is also adapter to receive a message from die central office in response to the request sent by the control means of the terminal adapter. The control means of the terminal adapter is adapted to receive, at the first input/output port, and identify digital signals transmitted on the digital transmission medium which are destined for the second input/output port. A translator, which is in communication with the control means and the second input/output port, is adapted to convert the digital signals identified by the control means to analog signals and transmit those analog signals to the telephone handset via the second input/output port.

The first input/output port of the terminal adapter may also be in communication with an analog transmission medium. In this instance the terminal adapter further comprises a switch which is adapted to select and receive transmissions from one of the digital and analog transmission media. The terminal adapter may be adapter to operate so that the switch selects the analog transmission medium when the digital transmission medium has failed.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be further understood from the following description with reference to the drawings in which:

FIG. 1 is a schematic diagram of a home-based Local Area Network (LAN) with multiple telephone appliances, incorporating an embodiment of the invention, shown connected to a network,

FIG. 2 is a schematic view detailing the network of FIG. 1, and

FIG. 3 details, in a functional block diagram, a portion of FIG. 1.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The subject invention makes use of the ADSL (Asymmetric Digital Subscriber Lines) standard which was developed in about 1991 in response to the demand for quicker Internet service and to facilitate video applications. The ADSL standard calls for sending data over a twisted-pair (i.e., a two wire telephone line) in the frequency spectrum from 4 kHz to 2.2 MHz, leaving undisturbed the 0 kHz to 4 kHz frequency range for plain old telephone service (POTS). A line operating under the ADSL standard consists of a downstream channel (into the user's premises) of 2 to 8 Mbps, an upstream channel of 0.6 to 2 Mbps and the 64 kbps POTS channel. The upstream and downstream channel

6,130,893

3

bandwidths are dependent upon the distance from the Central Office (CO). The ADSL standard is a broadband access service designed to be used in conjunction with any type of packet-based transmission protocol such as Asynchronous Transfer Mode (ATM).

Referring to FIG. 1, a home-based LAN 10 operating in conjunction with the ADSL standard comprises an Access Loop 12 connecting a POTS Splitter 11 to a network 16. The POTS splitter 11 outputs to an analog loop 15 and to POTS line 25. The POTS splitter 11 is also connected to the ADSL Transmission Unit—Receiver (ATU-R) 24. The ATU-R is in turn connected to the LAN backbone 26. Connected to the LAN backbone are computers 32a, 32b, 32c, a packet-based telephone 31 (which may be an Internet Protocol based telephone), and Terminal Adapters 20a, 20b. The Terminal Adapters 20a, 20b are connected between POTS line 25 and analog telephones 30a, 30b.

As seen in FIG. 2, the network 16 comprises the public switched telephone network (PSTN) 80 to which a number of analog telephone appliances 82 and digital telephone appliances 84 are attached. The PSTN is connected to a voice over ADSL gateway 86. The gateway and a data network 88 are connected to a multiplexer (MUX) 90. Multiplexer 90 and the PSTN are connected to multiplexer (MUX) 92 which is, in turn, connected to access loop 12.

The ATU-R 24 acts as a bridge between the ADSL packet technology and the protocol under which the LAN operates, such as the commercially available ethernet protocol. Once translated from the ADSL protocol to the selected protocol, the data is transmitted to the home-based LAN backbone 26, which in FIG. 1 is configured as a bus topology.

To access data transmitted over the LAN backbone 26 with a POTS appliance 30a, 30b requires the use of a Terminal Adapter 20a, 20b interposed between the LAN backbone 26 and the analog appliance 30a, 30b. A Terminal Adapter is illustrated in FIG. 3.

Referencing FIG. 3, a Terminal Adapter 20 consists of a jack 42 with an output 43 connected to a three-position switch 46 and a jack 47 with an output 45 connected to a Media Access Control Unit (MACU) 52. The MACU outputs to a Packet Decoder 54 and receives an input from a Packet Encoder 66. The Packet Encoder 66 is connected to both the Packet Decoder 54 and a Packet Queue 53. The Packet Encoder receives an input from an Analog to Digital (A/D) Converter 64 and the Packet Decoder outputs to this Converter. The Converter is connected for two-way communication with a Differential Amplifier 58, is input with an Audio Input jack 70 through filter 71 and outputs to an audio output jack 73 through filter 75. The Differential Amplifier is connected for two-way communication with a 2-Way Analog Bridge 60. The 2-Way Analog Bridge 60 is connected for two-way communication with a Line Conditioner 62. The Line Conditioner 62 is connected to a jack 48. Jack 48 is for connection to a POTS appliance. The three-position switch has an open-circuited terminal 46a, a POTS connection terminal 46b extending to jack 48 and a bridging terminal 46c extending to Line Conditioner 62.

A Central Control Unit (CCU) 68 outputs a control signal MCTL (MCAU Control) on line 78 to the MCAU, a control signal LOSEL (Line 0 Select) on line 80 to switch 46 and a control signal SR (Sampling Rate) on line 82 to Converter 56. The CCU is also connected to Packet Queue 53 and to an External User Interface jack 72.

The active components of the terminal adapter (namely the MACU, packet decoder and encoder, packet queue, CCU, Converter, differential amplifier, and line conditioner) are all powered by a power supply (not shown).

4

Referencing FIGS. 1 and 3, each Terminal Adapter 20 is connected to the LAN backbone 26 and the POTS line 25 through jacks 47, 42, respectively and to an Analog Telephone Appliance 30a, 30b through jack 48.

Referencing FIGS. 1 and 2, a call from an analog telephone appliance 82 to the home-based LAN 10 is switched through the PSTN to MUX 92 where the signal passes to line 12. Data packets (on a carrier wave) from the data network 88 addressed to a computer 32a, 32b, or 32c on the LAN pass to line 12 through MUX 90 and MUX 92. Data packets (on a carrier wave) from a digital telephone appliance 84 to a particular telephone appliance on the home-based LAN are switched through the PSTN to the voice over ADSL gateway 86. From the gateway, these packets pass to line 12 through MUX 90 and MUX 92.

Referencing FIGS. 1 and 3, when an incoming signal reaches POTS splitter 11, the Splitter, which is a passive frequency filter, separates the POTS frequency range (0 Khz–4 Khz) from the higher ADSL frequency range. The POTS frequencies are then transmitted to analog loop 15, to which one or more analog telephone appliances 17 (analog fax, telephone receiver/handset, etc.) is attached, and they are also transmitted to each Terminal Adapter 20a, 20b via POTS line 25. The ADSL frequencies are passed through the POTS Splitter 11 to the ATU-R 24.

A user of a given terminal adapter may request a setting for switch 46 of the adapter via the external user interface 72. Absent such a request, the CCU, while it is powered, maintains the switch 46 in its open circuited condition illustrated in FIG. 3 such that the POTS line 25 to the Terminal Adapter is open circuited and, hence, not usable. If the CCU senses an impending loss of power (e.g., if its supply voltage dips below a preset minimum), it sends a control pulse on line 80 causing the switch 46 to couple terminal 46b to the switch input. This establishes a path between the analog telephone appliance plugged into jack 48 and POTS line 25. In view of this, during power off conditions, the telephone appliance is connected to the POTS line whenever it is off-hook. This provides a "lifeline" for the telephone appliance when the digital componentry of the terminal adaptor is not functioning due to the power off condition.

Incoming digital packets on line 26 from the ATU-R 24 reach the MACU. During power on conditions, the CCU updates the MACU with the current address of the terminal adapter (on line 78). The MCAU stores this information and compares it with the destination address in the header of each incoming packet. If there is no match, the packet is discarded. On a match, the packet is temporarily stored in the Packet Queue 53 until the Packet Decoder 54 is free. The Packet Decoder 54 examines the header of the packet for certain parameters such as quality of service parameters (e.g., requested sampling rate; throughput) and the type of ring which should be applied. This information is then passed to the CCU. The CCU may wish to negotiate any of these parameters and, if so, requests the MACU to construct packets in reply. Based on the received, or negotiated, sampling rate, the CCU sends an appropriate signal to Digital to Analog Converter 64 to establish the sampling rate for the Converter. The data portion of the packet is then processed by the Converter 64, where the digital data is converted to an analog signal. The analog signal is then transmitted through Differential Amplifier 58. For incoming digital data packets, the Differential Amplifier 58 acts as an echo canceller to ensure the incoming signal is not reflected back to the far end. The incoming signal then passes through the 2-Way Analog Bridge 60 without modification and is

6,130,893

5

conditioned in the Line Conditioner 62 and then transmitted to the telephone appliance via jack 48.

An outgoing signal transmitted by the user via the telephone appliance enters the line conditioner 62 via jack 48. The signal is conditioned and then passes through the 2-Way Analog Bridge 60 and Differential Amplifier 58 unmodified. The signal is converted to a digital signal by Analog to Digital Converter 64. The output from the Converter 64 is transmitted to Packet Encoder 66 where the appropriate packet headers for the protocol being used by the LAN 26 (FIG. 1) are added. The encoded packet is temporarily stored in the Packet Queue 53 until the MACU 52 is available. The MACU adds a source address to the header and transmits the packet over the LAN 26 via jack 47 at a time dependent upon a flow control parameter passed to the MACU by the CCU.

The CCU may dynamically request a change in any parameters for the call at any time by causing appropriate information to be added to the headers of outgoing packets. Similarly, the headers of incoming packets for the call may request a change in parameters. For example, if the number of calls multiplexed on the ADSL line to the LAN increase, a terminal adapter for an ongoing call may dynamically accept a lower quality of service to accommodate the increased load.

All of the operations of the Terminal Adapter 20 are coordinated and controlled by the Central Control Unit (CCU) 68 during power on conditions. When a power off conditioned is encountered, as aforenoted, the CCU 68 switch switch 46 to terminal 46b.

A user of a telephone appliance connected to jack 48 may utilise POTS line 25 during a power on condition by sending a request through the external user interface 72. This causes the CCU 68 to switch the switch 46 to its terminal 46b. The user may also request that the POTS line 25 be bridged with a data call by an appropriate request through the user interface. This causes the CCU to switch the switch 46 to its terminal 46c. In the result, the POTS line is connected to the line conditioner 62 and 2-Way Analog Bridge. When this occurs, the bridge connects the POTS signal to the analog signal derived from line 26 and connects both to jack 48 so that the telephone appliance plugged into jack 48 is conferenced into the call.

The Audio Input jack 70 allows a user to transmit audio signals from a secondary source (such as a CD-Player or radio) over the LAN 26 by connecting the audio signal source to the Audio Input jack 70. The audio signal is processed in the same manner as the signal received by the Terminal Adapter 20 from a telephone appliance plugged into jack 48. The audio output jack 73 allows a user to couple received audio to a stereo system. Filters 71, 75 are merely to remove sampling artefacts.

The packet-based telephone 31 may be used in placed of an analog appliance 30a, 30b. The packet-based Telephone does not require the use of a Terminal Adapter 20a, 20b, but rather connects directly to the LAN backbone 26 by incorporating into its circuitry the capabilities of the Terminal Adapter. The packet-based Telephone does not offer any POTS service during a power off condition.

While the LAN of FIG. 1 has a bus topology, it could equally be implemented with any other topology such as a star or ring topology. With the LAN implemented as a star topology, the ATU-R, in addition to acting as a bridge between the ADSL packet technology and the LAN protocol, acts as a switch directing the data packets to the particular terminal adapter, packet-based telephone or computer for which the packet was addressed. This embodiment

6

reduces the processing requirements of the Terminal Adapters and centralizes some processing in the ATU-R.

In an alternate embodiment, POTS splitter 11 may be eliminated and a splitter incorporated at each terminal adapter 20. In such case, no signal is passed to an analog loop 15.

The differential amplifier, 2-way analog bridge and filters may be implemented digitally.

A feature of this invention is the ease in which a new telephone line may be added to a premises. Adding a new telephone line involves simply connecting a Terminal Adapter, with a unique address, to the LAN. A newly connected Terminal Adapter sends a request to the CO informing the CO of the Terminal Adapter's address. An acknowledgement of this request is returned to the Terminal Adapter. The user of this new Terminal Adapter would then be able to send and receive telephone calls by connecting an analog telephone to the Terminal Adapter. A similar result can be obtained by connecting a packet-based telephone directly to the LAN.

A feature of the invention is the ability to perform a variety of functions with an analog telephone, including but not limited to, call forwarding, conference calls (with both internal and external telephone subscribers) and telephone intercom. These features are accomplished by directing the terminal adapter to respond to several different packets addresses, or by sending the same packet to multiple addresses.

A further feature of the invention is that the CCU could indicate to the user when the bandwidth necessary for full duplex conversation is not available on either the LAN or the connection to the CO via the ADSL standard.

What is claimed is:

1. A method for adding a telephone line to an existing premise using a digital transmission medium and using an analog telephone handset, comprising:

  upon connection of a terminal adapter to said digital transmission medium, transmitting a digital request from said terminal adapter to a central office with an address of said terminal adapter;

  receiving at said terminal adapter an acknowledgement message from said central office responsive to said digital request confirming provisioning of a new telephone line at said premise;

  at said terminal adapter, after receipt of said acknowledgement message, determining whether said digital signals received from said central office are destined for said terminal adapter;

  if said digital signals are destined for said terminal adapter, translating said digital signals to analog signals at said terminal adapter;

  at said terminal adapter transmitting said analog signals to an analog telephone handset in communication with said terminal adapter.

2. The method of claim 1 further comprising, translating analog signals received by said terminal adapter from said telephone handset to digital signals and transmitting said digital signals translated from analog signals to said central office.

3. The method of claim 2 wherein said terminal adapter is also connected to an analog transmission medium and further comprising:

  at said terminal adapters switching to receive analog signals from said analog transmission medium when said digital transmission medium fails; and

6,130,893

7

at said terminal adapter, transmitting said received analog signals to said analog telephone handset.

4. A terminal adapter for connecting an analog telephone handset to a digital transmission medium and for assisting in creating a new telephone line, comprising:

a first input/output port for connection to said digital transmission medium;

a second input/output port for connection to said telephone handset;

control means in communication with said first and second input/output ports, said control means for:

transmitting, over said first input/output port a request for a new telephone line;

receiving a message at said first input/output port responsive to said request; and

thereafter identifying digital signals received at said first input/output port which are destined for said second input/output port; and

a translator in communication with said second input/output port and with said control means for upon connection of a terminal adapter to said digital transmission medium, translating said identified digital signals to analog signals and transmitting said analog signals to said second input/output port.

5. The terminal adapter of claim 4, wherein said first input/output port is additionally for connection to an analog transmission medium and further comprising:

a switch adapted to select and receive transmissions from one of said digital and analog transmission media.

6. The terminal adapter of claim 5, wherein said switch is adapted to select said analog transmission medium when said digital transmission medium has failed.

7. The terminal adapter of claim 6 wherein said digital signals are digital data packets with a header for identifying said terminal adapter.

8

8. The terminal adapter of claim 7 wherein said translator is adapted to convert analog signals received from said second input/output port to digital signals and transmit said digital signals toward said first input/output port for transmission on said digital medium.

9. The terminal adapter of claim 8, wherein digital signals transmitted by said terminal adapter are digital data packets.

10. The terminal adapter of 9 wherein said control means comprises:

a media control unit adapted to determine from the headers of said digital data packets received at said first input/output port if said digital data packets are destined for said second input/output port;

a packet decoder to decode said digital data packets destined for said second input/output port;

a packet encoder coupled to an output of said translator to packetise digital signals received from said translator;

said media control unit further adapted to transmit digital data packets to said first input/output port after encoding by said packet encoder;

a packet queue to temporarily store digital data packets; and

a central processing unit in communication with, and coordinating the operations of, said media control unit, said packet decoder, said packet encoder and said packet queue.

11. The terminal adapter of claim 10 wherein said packet decoder examines a header of each said digital data packets destined for said second input/output port for characteristics of a transmission encoded in said digital data packets and passes said characteristics to said central processing unit.

12. The terminal adapter of claim 11 wherein said characteristics include quality of service data.

*    *    *    *    *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# **CERTIFICATE OF CORRECTION**

PATENT NO.    : 6,130,893                                    Page 1 of 3
DATED         : October 10, 2000
INVENTOR(S)   : Richard Jonathan Whittaker et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title page, Field [75], replace "Jim" with --James R.--.

In the summary of Invention, Column 1, following line 37, and just prior to Column 2, line 38, delete the text commencing "Another aspect of the invention is A method for voice multiplexing a two wire telephone line..." and ending "...when the digital transmission medium has failed.", and insert the following:

-- In another aspect of the invention, there is provided a method for voice multiplexing a two wire telephone line, comprising: sending packetised data to a two wire telephone line, with packets representing a plurality of voice channels; sending plain old telephone service (POTS) frequencies along with said packetised data; for each packet of packetised data, determining a destination analog telephone from amongst a plurality of analog telephone appliances on said two wire telephone line based on address information of said each packet; converting data to an analog signal and passing said analog signal to said destination analog telephone; and whenever power is lost for the steps of determining a destination analog telephone appliance and converting data to an analog signal, filtering said POTS frequencies out at said two wire telephone line and passing a POTS signal comprising said POTS frequencies to each analog telephone appliance on said two wire telephone line.

In another aspect of the present invention, there is provided an apparatus for voice multiplexing a two wire telephone line, comprising: a supply powered decoder and digital to analog converter normally connecting a non-POTS line and a POTS port for connection to an analog telephone appliance; a switch connecting a POTS line to said POTS port on a supply power off condition; and one or more filters for passing frequencies of incoming signals on said two wire telephone line associated with POTS to said POTS line and frequencies of said incoming signals not associated with POTS to said non-POTS line.

In a still further aspect of the present invention there is provided a method for adding a telephone line to an existing premise using a digital transmission medium and using an analog telephone hanset, comprising: upon connection of a terminal adapter to

# UNITED STATES PATENT AND TRADEMARK OFFICE
# **CERTIFICATE OF CORRECTION**

PATENT NO.   : 6,130,893                            Page 2 of 3
DATED         : October 10, 2000
INVENTOR(S)  : Richard Jonathan Whittaker et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

said digital transmission medium, transmitting a digital request from said terminal adapter to a central office with an address of said terminal adapter; receiving at said terminal adapter an acknowledgement message from said central officee responsive to said digital request confirming provisioning of a new telephone line at said premise; at said terminal adapter, after receipt of said acknowledgement message, determining whether said digitals signals received from said central office are destined for said terminal adapter; if said digital signals are destined for said terminal adapter, translating said digital signals to analog signals at said terminal adapter; at said terminal adapter transmitting said analog to an analog telephone hanset in communication with said adapter.

In a still further aspect of the present invention, there is provided a terminal adapter for connecting an analog telephone hanset to a digital transmission medium and for assisting in creating a new telephone line, comprising: a first input/output port for connection to said digital transmission medium; a second input/output for connection to said telephone hanset; control means in communication with said first and second input/output ports, said control means for: upon connection of a terminal adapter to said digital transmission medium, transmitting, over said first input/output port responsive to said request; thereafter identifying digital signals received at said first input/ouput port which are destined for said second input/output port; and a translator in communication with said second input/output port and with said control means for translating said identified digital signals to analog signals and transmitting said analog signals to said second input/output port.--

Column 6,
Line 64, replace "comprising;" with --comprising:--
Line 65, replace "adapters" with --adapter,--

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.　　: 6,130,893　　　　　　　　　　　　　　　　Page 3 of 3
DATED　　　　　: October 10, 2000
INVENTOR(S)　 : Richard Jonathan Whittaker et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 7,
Lines 11-12, replace "said control means for: transmitting," with --said control means for: upon connection of a terminal adapter to said digital transmission medium, transmitting,--
Line 15, replace "request; and" with --request;--
Lines 20-22, replace "said control means for upon connection of a terminal adapter to said digital transmission medium, translating" with --said control means for translating--

Column 8,
Line 25, replace "coordnating" with --co-ordinating--

Signed and Sealed this

Twenty-sixth Day of June, 2001

*Nicholas P. Godici*

Attest:

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

*Attesting Officer*

# EXHIBIT E

US006321253B1

(12) **United States Patent**                                (10) **Patent No.:**     **US 6,321,253 B1**

McKeen et al.                                                (45) **Date of Patent:**       **Nov. 20, 2001**

(54) **SYSTEMS AND METHODS FOR SIMULTANEOUS NETWORK MANAGEMENT OF VOICE AND DATA SIGNALS**

(75) Inventors: **Wilbert John McKeen**, Ottawa; **Norman Ladouceur**, Iroquois, both of (CA)

(73) Assignee: **Nortel Networks Limited** (CA)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/165,351**

(22) Filed:    **Oct. 2, 1998**

(51) Int. Cl.[7] ....................................... **G06F 13/00**

(52) U.S. Cl. ............................................ **709/204**; 709/245

(58) Field of Search ........................... 709/200, 201, 709/202, 238, 204–205, 227, 245; 370/392, 408, 60.1; 379/89, 88, 22

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,317,628 | * | 5/1994 | Misholi et al. ...................... 379/89 |
| 5,490,140 | * | 2/1996 | Abensour et al. ................. 370/60.1 |
| 5,675,507 | * | 10/1997 | Bobo, II ............................ 709/206 |
| 5,689,553 | * | 11/1997 | Ahuja et al. ....................... 379/202 |
| 5,740,231 | * | 4/1998 | Cohn et al. ...................... 379/88.22 |
| 5,758,070 | * | 5/1998 | Lawrence ........................... 709/220 |
| 5,838,683 | * | 11/1998 | Corley et al. ....................... 370/408 |
| 5,857,072 | * | 1/1999 | Crowle ............................... 709/203 |
| 5,941,951 | * | 8/1999 | Day et al. ......................... 709/233 |
| 5,978,373 | * | 11/1999 | Hoff et al. ......................... 370/392 |
| 5,978,806 | * | 11/1999 | Lund .................................. 707/10 |
| 5,978,835 | * | 11/1999 | Ludwig et al. ..................... 709/204 |
| 5,999,934 | * | 12/1999 | Cohen et al. ...................... 707/100 |
| 5,999,965 | * | 12/1999 | Kelly ................................. 709/202 |
| 6,006,318 | * | 12/1999 | Hansen et al. ....................... 712/28 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 612 174 A2 | 8/1994 | (EP) . |
| 0 669 742 A2 | 8/1995 | (EP) . |
| 5276199 | * 10/1993 | (JP) . |

WO 96 28920    9/1996  (WO) .

9818237   *  4/1998  (WO) ............................. H04L/12/28

OTHER PUBLICATIONS

Journal artical: MCI, Cisco, IBM team up on SNA . Jul. 1998.*

Journal artical: Multimedia dispatching management network system in Northeast Electric Power Network by Zhang Rui. Oct. 1999.*

J. Tao, et al.: "Internet Access Via Baseband and Broadband ISDN Gateways", Institue of Electrical and Electronics Engineers, Proceedings of the Annual International Phoenix Conference on Computers and Communications, Phoenix, Arizona, Apr. 12–15, 1994, No. Conf. 13, pp. 485–490.

T. Doty: "A Firewall Overview", *ConneXions* , vol. 9, No. 7, Jul. 1, 1995, pp. 20–23.

European Patent Office, Standard Search Report dated Jul. 20, 1999, file No. RS 103114 CA.

S. Saunders: "PBXS and Data: The Second Time Around", *Data Communications*, vol. 22, No. 9, Jun. 1, 1993, pp. 69, 70, 72–74.

* cited by examiner

*Primary Examiner*—David Wiley

(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57)            **ABSTRACT**

A system and method for distributing and managing the flow of information between a plurality of networks uses a device that can receive voice and data signals simultaneously through a single communication point from a remote integrated voice/data network and distribute these signals to one or more end terminals connected to a local network. The device has a specific telephone number and an IP address for receiving voice and data signals from the remote network. Upon receiving voice and/or data signals, the device determines which end terminal connected to the local network is to receive the incoming signal and routes the signal to the appropriate terminal. The device can also transmit voice and data signals from the local network to the remote network and serve as a firewall for both incoming and outgoing transmissions.

**19 Claims, 2 Drawing Sheets**





*FIG. 1*

Case 1:14-cv-00114-SLR-MPW   Document 14-554   Filed 10/14/14   Page 104 of 178 PageID #: 103



*FIG. 2*

US 6,321,253 B1

1

# SYSTEMS AND METHODS FOR SIMULTANEOUS NETWORK MANAGEMENT OF VOICE AND DATA SIGNALS

## BACKGROUND OF THE INVENTION

The present invention relates generally to communication networks, and more particularly to systems and methods for distributing and managing the flow of information between a plurality of networks through a device that can receive voice and data signals simultaneously from a remote network through a single communication point and distribute these signals to one or more end terminals connected to a local network.

With the growing popularity of the Internet, the desire to integrate voice and data communication networks to enhance multimedia services at the residential and business level is apparent. For example, many World Wide Web (WWW) users currently rely on their telephone lines to provide Internet access. However, the use of traditional telephone lines to provide Internet access presents a number of problems. First, additional hardware and software is necessary to support an Internet connection, (e.g., a modem and communication software) resulting in significant user costs. Second, each Internet connection typically means one less telephone line, thus requiring the user to choose between a limited number of communication options (e.g., Internet versus telephone).

In addition, the time necessary to connect to the Internet is burdensome. Each time a users wishes to access the Internet, they must logon through an Internet Service Provider (ISP) using Internet access software. This logon time can be significant if a user connects to the Internet many times during the day. Although some ISPs allow unlimited Internet access, they typically terminate a connection if a user is inactive for a specified period of time. Moreover, the speed of data transfer through a modem connected to an existing telephone line is limited. Thus, a user often becomes frustrated at the time it takes to download or upload files. Certainly, these problems limit the expansion of Internet services into a number of households and businesses.

Current solutions implemented by Internet users include relying on a single communication line for Internet and telephone access. A typical system configuration supporting this solution is a connection from a wall jack to a modem and a second connection from the modem to a telephone. This configuration, however, does not permit a user, for example, to talk on the telephone while connected to the WWW. Consequently, many users pay to have additional telephone lines installed at their location to not only support telephone and Internet access, but also support e-mail, facsimile machines, and video functions. This solution can be costly, however, since additional hardware and software is needed to support each additional telephone line and each terminal connected to the telephone line.

There are existing communication solutions that provide a single telephone number for telephone, facsimile machine, and messaging services. These solutions are offered by local telephone companies and digital wireless communication services (i.e., PCS). While these solutions consolidate multiple communication services through a single telephone number, they do not permit the transmission and receipt of voice and data signals simultaneously through a single communication point (i.e., a single unit for managing both voice and data transmissions simultaneously).

Another problem associated with current communication solutions includes having multiple communication service

2

providers for a single residence or business. For example, many residential and business users have telephone service through a local telephone company and Internet service through an ISP. Some local telephone companies offer Internet services, but often not at competitive prices. Thus, users must pay each service provider for each service. This problem will further grow when cable television services are provided over the same communication medium as telephone and Internet services.

A further problem associated with current communication solutions is system maintenance. Many telephone companies provide maintenance services when a residential or business telephone system becomes inoperative. Usually, if the telephone company can not detect the problem remotely, they send a technician to the user location. Other communication companies provide similar maintenance services (e.g., cable TV companies). Nevertheless, the cost of on-site visits by multiple service technicians can be significant to a residential or small business customer.

As voice, Internet Protocol (IP), and wireless networks become integrated, there is a need for a system that can simultaneously support a variety of communication services (e.g., telephone, e-mail, facsimile machine, video/television, Internet, cable TV) in both a residential and business environment through a single communication device. There is also a need for such a system to provide instantaneous access to these communication services at reasonable operation and maintenance costs.

## SUMMARY OF THE INVENTION

Systems and methods consistent with the present invention meet these desires by implementing a device that can receive voice and data signals simultaneously from a remote network through a single communication point and distribute these signals to one or more end terminals connected to a local network.

Specifically, a system for managing the flow of information between a plurality of networks comprises a first network capable of routing voice signals and data signals originating from a plurality of source terminals; a second network capable of routing the voice signals and data signals to a plurality of end terminals; and a communication management means for receiving the voice and data signals simultaneously from the first network through a single communication point and distributing the voice and data signals to at least one of the plurality of end terminals.

A method for managing the flow of information between a plurality of networks comprises receiving voice signals and data signals simultaneously at a communication management device through a single communication point from a first network; determining which one of a plurality of end terminals connected to a second network through the communication management device is to receive the voice signals and data signals; and distributing the voice signals and data signals to the determined end terminal over the second network.

Both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

## BRIEF DESCRIPTIONS OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of the specification, illustrate presently preferred embodiments of the invention and, together with

US 6,321,253 B1

3

the preceding general description and the following detailed description, explain the principles-of the-invention.

In the drawings:

FIG. 1 is a diagram of a communication management system consistent with the present invention; and

FIG. 2 is a flowchart of a method, consistent with the present invention, for managing and distributing the flow of information between a plurality of networks.

## DETAILED DESCRIPTION OF THE INVENTION

Systems and methods consistent with the present invention receive voice and data signals simultaneously from a remote network through a single communication point and distributes these signals to one or more end terminals connected to a local network. The remote network includes an integrated voice/data network that can send voice and data signals over a variety of transmission media (e.g., wireless link, cable TV lines, telephone lines, etc.). A communication management device positioned between the remote network and the local network has a telephone number and an IP address for receiving voice and data signals related to e-mail, telephone, facsimile machine, video/television, and Internet services. Depending on the type of signal received, the device forwards the signal to the appropriate end terminal connected to the local network.

FIG. 1 is a diagram of a communication management system 100 consistent with the present invention. Communication management system 100 includes a remote integrated voice/data network 110 connected to a residential/business location 120 that houses local area network 130 and communication management device 140. One skilled in the art will appreciate that remote integrated voice/data network 110 may connect to any location around the world that is configured to communicate with it through a wireline or wireless connection. For simplicity, only one residence/business location 120 is illustrated in the diagram of FIG. 1.

Remote integrated voice/data network 110 includes a broadband, wide area digital communication network optimized for IP. Specifically, remote integrated voice/data network 110 is supported by several wireless and wireline networks including the Internet, standard telephone lines, and cable TV lines, as well as, new data networks being developed and installed around the globe. An IP optimized communication network sends an electronic signal (similar to a dial tone) over existing communication channels that announces the immediate availability of telephone service, WWW pages, e-mail messages, faxes, video/television signals, home banking information, and other types of digitized information. This type of network signal eliminates the need, for example, to logon to an ISP every time a user accesses the Internet. The digitized information travels over remote integrated voice/data network 110 as multi-path voice packets for voice transmissions and as multi-path data packets for data transmissions. Multi-path voice and data packets can be routed over any type of network, providing an advantage over traditional single-path voice and data packets that must travel over respective dedicated network channels.

Residence/business location 120 illustrates one location from which to access remote integrated voice/data network 110. Residence/business location 120 can be a residence, business, or any other location configured to communicate with remote integrated voice/data network 110 through a wireline or wireless connection. As illustrated in FIG. 1, residence/business location 120 includes a local area net-

4

work 130 which communicates with remote integrated voice/data network 110 via communication management device 140.

Local area network 130 includes a plurality of end terminals that facilitate the transmission and receipt of voice and data signals between remote integrated network 110 and residence/business location 120. In particular, local area network 130 includes a computer 132, a telephone 134, a fax machine 136, and a video/television display 138. One skilled in the art will appreciate that end terminals may be added and removed from local area network 130 as appropriate for the user environment. In addition, local area network 130 may have any configuration consistent with the present invention. Each end terminal allows a user to view and/or hear voice and data signals received from remote integrated voice/data network 110 via communication management device 140.

Communication management device 140 serves as a gateway between remote integrated voice/data network 110 and local area network 130. That is, voice and data signals sent to or received from remote integrated voice/data network 110 pass through communication management device 140, which manages and distributes the voice and data signals. Each residence/business location that communicates with remote integrated voice/data network 110 in a manner consistent with the present invention includes communication management device 140, which consists of a communication port 142, processor 144, disc storage 146, firewall 148, and memory 150. Communication management device 140 may include other components such as wall mounting brackets and a primary/backup power supply. Communication management device 140 can be installed at virtually any communication access point of a building.

Communication port 142 sends and receives digital voice and data packets between communication management device 140 and remote integrated voice/data network 110. Specifically, communication port 142 serves as a single communication point for sending and receiving all types of information (e.g., voice, IP, and video/television) over communication channel 115, which may be a wireline or wireless communication channel. Using a single communication point to send and receive information eliminates the need to install multiple dedicated communication lines for each form of information or service (e.g., telephone and Internet) received at the residence/business location. To facilitate this operation, communication port 142 recognizes an incoming telephone number and IP address associated with communication management device 140.

Processor 144 controls the operation of communication management device 140 including communications with external networks and components (e.g., remote integrated voice/data network 110 and local area network 130). Upon receiving voice and data signals via communication port 142, processor 144 processes this information and sends it to a storage device in communication management device 140 (e.g., software upgrade) or distributes it to one or more components connected to local area network 130. In addition, processor 144 is programmable to facilitate customized communication management device 140 operation.

Disc storage 146 communicates with processor 144 to implement applications stored on disc. Preferably, disc storage 146 is an optical reader system with high speed access capability. One skilled in the art will appreciate, however, that disc storage 146 can be any type of disc storage system (e.g., magnetic). Disc storage 146 allows a user to upgrade communication management device 140 software and reconfigure existing software features.

US 6,321,253 B1

5

Firewall **148** prevents unauthorized access to and from local area network **130**. Firewall **148** may include both hardware and software implementations to protect local area network **130** from eavesdroppers, hackers, and other Internet users with malicious intent. Specifically, firewall **148** analyzes each packet of information entering and leaving communication management device **140** and accepts or rejects it based on user defined rules. One skilled in the art will appreciate that other firewall techniques may be implemented in firewall **148** to protect local area network **130** from unauthorized access. All transmissions entering and leaving communication management device **140** pass through firewall **148**. However, firewall **148** may be deactivated or modified as desired to provide less local area network **130** protection.

Memory **150** is a random access memory that communicates with processor **144** during communication management device **140** operation. Preferably, memory **150** facilitates high speed access to allow immediate processing of incoming and outgoing information (i.e., voice and data signals). To process this information, processor **144** implements system software **152** and communication management software **154** stored in memory **150**.

System software **152** includes executable code that, when implemented by processor **144**, monitors the operation of **140**. Communication management device **140** may be configured by a user to perform customized operations by simply reprogramming system software **152**. This feature allows a residential user, for example, to upgrade the operation of communication management device **140** with, a new software version, or add or remove components from communication management device **140** to comply with a specific user environment (e.g., upgrade firewall, change disc storage).

Communication management software **154** includes executable code that, when implemented, manages and distributes the flow of traffic through communication management device **140**. Specifically, communication management software **154** analyzes incoming information and distributes it to the appropriate device on local area network **130** over communication channel **160**. Communication management software **154** also routes outgoing information to remote integrated voice/data network **110** via communication channel **115**. The specific functions of communication management software **154** are detailed below with respect FIG. 2.

FIG. 2 is a flowchart of a method, consistent with the present invention, for managing and distributing the flow of information between a plurality of networks. The method begins with receiving voice and data information at communication management device **140** through a single communication point from remote integrated voice/data network **110** (step **200**). Since communication management device **140** has both a telephone number and IP address, it can receive and transmit digital voice and data information simultaneously through communication port **142** (i.e., the communication point). Thus, a user can talk on telephone **134** while surfing the WWW on computer **132**. This feature significantly reduces installation costs for residential and business customers while providing a variety of multimedia service options.

Upon receiving voice and data signals, communication management device **140** determines which terminal connected to local area network **130** is to receive the voice and data information (step **240**). Communication management software **154** analyzes the incoming information to detect

6

voice and data information. That is, when voice and data packets are received (either simultaneously or separate), communication management software **154** analyzes each packet to determine its media type. For example, if an incoming multi-path data packet includes information written in hypertext markup language (HTML), communication management software **154** will identify the information as a webpage.

Once the information is identified, communication management software **154** distributes the voice and/or data information to the appropriate end terminal on local area network **130** (step **280**). For example, if communication management software **154** determines that the information is a webpage, it can send the information to computer **132** over communication channel **160**. Communication management software **154** includes the address of each end terminal on local area network **130** for routing purposes.

Communication management device **140** can repeat the foregoing steps as necessary to handle incoming and outgoing communications. For outgoing communications, remote integrated voice/data network **110** provides an electronic signal tone to communication management device **140** which permits immediate Internet access. Thus, a user can make a call from telephone **134** over the Internet and eliminate long distance telephone charges. Moreover, with direct Internet access, a user no longer needs to logon through an ISP, resulting in faster data transfer speeds. That is, communication management device **140** operates as an ISP.

A company providing the electronic signal tone to communication management device **140** may also offer a variety of services to a user. These services may include email, fax, telephone, video/television, WWW, and other communication services (e.g., utility monitoring, home security, telephone answering system). A customer can subscribe to one or more of these services as desired. Since all of these services are provided to the user through communication management device **140**, troubleshooting and maintenance costs can be minimized. For example, the service providing company can proactively monitor communication management device **140** from a remote location by constantly checking the communication link therebetween. If an error is detected, the service providing company can attempt to correct the problem remotely. If the problem must be fixed on-site, maintenance personnel only have to repair or replace communication management device **140**.

Systems and methods consistent with the present-invention provide,a single communication device that can simultaneously support a variety of communication services (e.g., telephone, e-mail, facsimile machine, video/television, WWW, cable TV) in both a residential and business environment. The system further provides instantaneous access to multimedia services for minimal operation and maintenance costs. Moreover, the system can be upgraded to provide additional multimedia services to a customer and reconfigured to support different user environments.

While only some embodiments and methods consistent with the present invention have been described, those skilled in the art will understand that various changes and modifications may be made to these embodiments, and equivalents may be substituted for elements in these embodiments, without departing from the true scope of the invention.

In addition, many modifications may be made to adapt a particular element, technique or implementation to the teachings of the present invention without departing from the central scope of the invention. Therefore, this invention

US 6,321,253 B1

7

should not be limited to the particular embodiments and methods disclosed herein, but should include all embodiments falling within the scope of the appended claims.

What is claimed is:

1. A system for managing the flow of information between a plurality of networks, comprising:

a wide area network providing voice signals and data signals;

a local area network capable of routing voice signals and data signals to a plurality of end terminals; and

communication management means, coupled between the wide area network and the local area network, for simultaneously receiving voice signals and data signals from the wide area network through a single communication point, analyzing the received voice signals and data signals for determining a signal type, and for distributing the voice signals and data signals to the appropriate end terminals based upon the signal type.

2. The system of claim 1 wherein the communication management means includes a processor.

3. The system of claim 1 wherein the communication management means includes a memory.

4. The system of claim 1 wherein the communication management means has a telephone number address and an Internet protocol address.

5. The system of claim 1 wherein the communication management means includes a firewall.

6. The system of claim 1 wherein the communication management means includes a communications port.

7. The system of claim 1 wherein the communication management means includes a disc storage device.

8. A communication management device for managing the flow information between a plurality of networks, comprising:

a memory;

a processor in communication with the memory; and

communication management means for receiving voice signals and data signals simultaneously from a remote network through a single communication point, analyzing the received voice signals and data signals for determining a signal type, and distributing the voice signals and data signals to at least one of a plurality of end terminals connected to a local network based on the signal type.

9. The communication management device of claim 8 wherein the memory is a random access memory.

8

10. The communication management device of claim 8 wherein the remote network is a wide area network.

11. The communication management device of claim 8 wherein the local network is a local area network.

12. The communication management device of claim 8 wherein the communication management means includes a telephone number and an Internet protocol address.

13. A method for managing the flow of information between a plurality of networks, comprising:

receiving voice signals and data signals simultaneously at a communication management device through a single communication point from a first network;

analyzing the received voice signals and data signals for determining a signal type; and

distributing the voice signals and data signals to one of a plurality of end terminals connected to a second network through the communication management device based on the signal type.

14. The method of claim 13 further comprising routing voice information to a telephone number address associated with the communication management device.

15. The method of claim 13 further comprising routing voice information to an Internet protocol address associated with the communication management device.

16. The method of claim 13 wherein determining includes:

determining the format of the voice and data information; and

identifying at least one of the plurality of end terminals capable of outputting the voice and data information in the determined format.

17. The method of claim 16 wherein determining includes determining whether the format of the voice and data information is one of voice, voicemail, electronic mail, video, telephone, and facsimile.

18. The method of claim 13 further comprising:

sending voice and data information from at least one of the plurality of end terminals to the communication management device; and

transmitting the voice and data information through a firewall to the first network.

19. The method of claim 18 wherein transmitting includes determining the format of the voice and data information before transmitting to the first network.

*   *   *   *   *

Case 09:10138-MFW Doc 14554-1 Filed 10/14/14 Page 109 of 178

# EXHIBIT F

(12) **United States Patent**      (10) **Patent No.:**      **US 7,154,879 B1**

Pfeffer et al.                     (45) **Date of Patent:**      Dec. 26, 2006

(54) **POINT TO MULTIPOINT NETWORK**

(75) Inventors: **Robert Pfeffer**, Carlisle, MA (US);
**David mann**, Ottawa (CA); **Brian
Unitt**, Herts (GB)

(73) Assignee: **Nortel Networks Limited**, St. Laurent
(CA)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 854 days.

(21) Appl. No.: **09/867,175**

(22) Filed: **May 29, 2001**

**Related U.S. Application Data**

(60) Provisional application No. 60/207,800, filed on May
30, 2000.

(51) **Int. Cl.**
 *H04L 12/66* (2006.01)
(52) **U.S. Cl.** ...................................................... **370/352**
(58) **Field of Classification Search** ............... 725/114,
725/138, 144; 370/390, 401, 465, 468, 442,
370/487, 489, 490, 436, 395.64
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,696,765 A * 12/1997 Safadi ......................... 370/436
5,699,176 A * 12/1997 Cohen ......................... 398/66
6,430,193 B1 * 8/2002 Raissinia et al. ........... 370/448
6,434,154 B1 * 8/2002 Stacey et al. .......... 370/395.64
6,650,624 B1 * 11/2003 Quigley et al. ............. 370/252
6,834,057 B1 * 12/2004 Rabenko et al. ............ 370/468

FOREIGN PATENT DOCUMENTS

WO      WO 98/44758      * 10/1998

OTHER PUBLICATIONS

Data_Over-Cable Service Interface Specification dated 1999 by
Cable Television Laboratories, pp. 1-2, 11-20, & 47-57.*
Data Over Cable Service Interface Specification dated 1999 by
Cable Television Laboratories, pp. 1-2, 11-20, & 47-57.*

* cited by examiner

*Primary Examiner*—Doris H. To
*Assistant Examiner*—Robert W. Wilson
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg, LLP

(57) **ABSTRACT**

A point-to-multipoint network arrangement, method of
operation and related signals for a network comprising a
head-end station and at least one subscriber station con-
nected to the head-end by means of a shared medium
high-speed point-to-multipoint network (preferably a pas-
sive optical network). The method involves transmitting
data upstream using a packet-switched transport protocol
(e.g. Ethernet) over TDMA. By using high-speed upstream
transmission with relatively long time slots and relatively
short guard bands, the need for complex ranging schemes is
obviated.

**16 Claims, 2 Drawing Sheets**



22
Ethernet Packets

Guard   TDMA Frame   Guard   TDMA Frame   Guard   TDMA Frame
21      20           21      20           21      20



_Fig. 1_



*Fig. 2*

US 7,154,879 B1

**1**

**POINT TO MULTIPOINT NETWORK**

RELATED APPLICATIONS

This application is the full filing of the provisional application 60/207,800 filed May 30, 2000 and entitled "Gigabit Ethernet-Passive Optical Network" from which this application claims priority.

FIELD OF THE INVENTION

The present invention relates to a method and apparatus for providing a high capacity point-to-multipoint network, a system incorporating the same, and signals generated by such a system. This invention is particularly related to, but in no way limited to, point-to-multipoint networks, known as fibre to the user (FTTU).

BACKGROUND TO THE INVENTION

It is known to design point-to-multipoint access networks based on Passive Optical Networks (PONs). In a PON, a single head end is connected to a number of outstations via optical fibres connected in a tree-like arrangement using one or more passive distributive optical couplers to achieve optical fanout at the logical hub of the network. Typically, separate fibres and couplers are provided for downstream and upstream traffic. Alternatively, traffic in both directions can be combined onto a single fibre using separate wavelengths for upstream and downstream traffic, or by sending optical signals in opposite directions using the same nominal wavelength in each direction. Using this technique, use of optical and electronic equipment at the head end is shared amongst many outstations, often enabling a more economic overall network. Because of the shared nature of the network, each outstation can use only a proportion of the traffic capacity in each direction.

PONs have been studied in detail and standards exist for systems using this technology (for example Full Service Access Network (FSAN)). Existing PON systems generally use a medium access layer protocol based on a fixed length frame structure in which short timeslots are allocated to each outstation to carry downstream traffic using time division multiplexing (TDM). Upstream traffic is also sent in short packets, either according to a fixed schedule, or allocated dynamically on a frame by frame basis. The technique is referred to as Time Division Multiple Access (TDMA). Typically, to maximise efficiency, particularly when using short packets, each outstation adjusts its transmission time according to its distance from the head end in order that packets from multiple outstations arrive at the head end consecutively, without overlap but with minimum inter-packet gap. Measuring the time differential arising from different physical distances between the head end and the various outstations is normally performed by control functions at the head end. These control functions then inform individual outstations how to configure the upstream transmission times in order to achieve interleaving. This process is known as 'ranging' or 'marshalling'.

A disadvantage of this approach is that the ranging process involves considerable complexity and custom designed integrated circuits are required at both the head end and the outstations in a practical system.

A further drawback is that because PON systems built according to FSAN principles normally use short packets for information transfer, transmission of data already formatted

**2**

into larger packets requires these larger packets to be segmented for transport over the PON, adding further complexity.

The rapid rise in the use of the internet has increased the requirement to transmit packets carrying Internet Protocol (IP). At the transport layer, these packets already often use Ethernet technology, which allows packet sizes of up to around 1500 bytes. Networks carrying in IP traffic must support packets of up to at least 576 bytes, larger than can be carried unsegmented in an FSAN PON.

OBJECT OF THE INVENTION

The invention seeks to provide an improved method and apparatus for providing high capacity point-to-multipoint communications networks, especially in access networks.

SUMMARY OF THE INVENTION

According to a first aspect of the present invention there is provided a point-to-multipoint network arrangement comprising: a head-end station; at least one subscriber station; a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station; wherein each subscriber station is arranged to transmit data that has previously been segmented into packet-switched transport protocol packets to the head-end station, using a time division multiple access protocol without the need to further segment the packet-switched protocol packets.

Preferably, the packet-switched transport protocol employs packets formatted according to an Ethernet protocol.

Preferably, the packet-switched transport protocol is arranged to carry Internet Protocol data.

Preferably, the packet-switched transport protocol is arranged to be able to carry Ethernet frames of the maximum permitted length in order to avoid the need for segmentation of Ethernet frames generated by customer premises equipment.

Preferably, the TDMA protocol employs frames each arranged to carry multiple packet-switched transport protocol packets.

Preferably, the subscriber stations periodically receive synchronisation signals transmitted from the head end-station.

Preferably, the differential time delays arising from differing path lengths between the head-end station and outstations are absorbed by including guard bands in the TDMA protocol.

Preferably, the point-to-multipoint network is an optical network.

Preferably, the optical network is a passive optical network.

Preferably, the point-to-multipoint network is one of a wireless network and a high-speed copper network.

In one preferred embodiment, each subscriber station is allocated to one of a plurality of groups, each group transmitting on a distinct physical channel (for example wavelength in an optical network, or frequency in a wireless network).

According to a further aspect of the present invention there is provided a head-end station for a point-to-multipoint network comprising at least one subscriber station, and a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station, the head-end station being arranged to receive from

US 7,154,879 B1

3

the at least one subscriber station data previously segmented into packet-switched transport protocol packets and transmitted using a time division multiple access protocol without the packet-switched protocol packets having been further segmented.

The invention also provides for a telecommunications system, and especially an access telecommunications system, which comprises one or more instances of apparatus embodying the present invention, together with other additional apparatus.

In particular, the invention is also directed to a telecommunications access network comprising a point-to-multipoint network arrangement according to any of the foregoing aspects of the present invention.

Preferably, the point-to-multipoint network is an optical network, and ideally a passive optical network.

The invention is also directed to methods by which the described apparatus and systems operate and including method steps for carrying out every function of the apparatus.

In particular, according to a second aspect of the present invention there is provided a method of operating a point-to-multipoint network arrangement comprising a head-end station, at least one subscriber station, and a point-to-multipoint network providing optical connectivity between each subscriber station and the head-end station, comprising the steps of: transmitting upstream using a packet-switched transport protocol over a TDMA protocol configured to obviate segmentation of packet-switched transport protocol packets.

The invention also provides for communication signals generated by the described apparatus, singly and in combination.

In particular, according to a third aspect of the present invention there is provided a communications signal comprising a sequence of TDMA frames each separated by a guard band, and each TDMA frame arranged to carry at least one complete packet-switched transport protocol packet. Note that the term 'TDMA frame' refers to a time segment during which a particular outstation is permitted to impress a signal on the upstream medium and does not necessarily imply the presence of any transmitted bit patterns other than the packet-switched transport protocol packets to be transmitted by the outstation.

Preferably, each TDMA frame is arranged to carry a plurality of packet-switched transport protocol packets.

There is also provided an upstream communications signal in a shared-medium point-to-multipoint access network, the signal comprising a sequence of TDMA frames each separated by a guard band, each TDMA frame being arranged to carry at least one complete packet-switched transport protocol packet.

Advantageously, the invention allows an access network to be built where the head end equipment and much of the fibre infrastructure can be shared between a number of end customers.

Advantageously, it avoids the need for highly specialised integrated circuit development. Because the data-carrying times slots are themselves very long, the guard bands between the data-carrying time slots can themselves can themselves be longer than in previously known systems without adversely affecting efficiency: they still consume only a small proportion of the overall bandwidth. Consequently, the complex ranging and timing mechanisms required to minimise guard bands in lower bit rate networks are obviated.

4

In a preferred embodiment the packet switched protocol is an Internet Protocol.

Advantageously, it allows transport of IP packets without segmentation.

Multiple access networks allow fibre and exchange end equipment to be shared across groups of end customers, resulting in a more cost effective infrastructure.

Alternatively, this invention allows a multiple access network to be built without the need for active electronics in street locations. A network requiring only passive elements in outside locations would be more attractive, particularly to incumbent network operators who traditionally have not used active street equipment.

Advantageously, the possibility of reusing existing technology designed for Gigabit Ethernet offers the opportunity of achieving shorter time to market than developing entirely new technology for the system.

A packet or IP based passive access network based on Gigabit Ethernet, offers a disruptive technology alternative to the FSAN ATM PON.

The invention is also directed to software by which the described apparatus, systems, and methods operate and including steps for carrying out every corresponding function of the invention.

The preferred features may be combined as appropriate, as would be apparent to a skilled person, and may be combined with any of the aspects of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

In order to show how the invention may be carried into effect, embodiments of the invention are now described below by way of example only and with reference to the accompanying figures in which:

FIG. 1 shows a block diagram of an optical point-to-multipoint network in accordance with the present invention;

FIG. 2 shows a schematic diagram of an upstream data stream in accordance with the present invention;

DETAILED DESCRIPTION OF INVENTION

Referring to FIG. 1, there is shown an optical network arrangement comprising a head-end station 10 and, multiple subscriber stations 11–14 connected by a passive optical network 15.

The system is arranged to provide an improved form of multiple access passive optical network, not based on small packets and ranging to achieve efficiency, but rather using variable sized (e.g. Ethernet) packets each able to carry IP traffic directly without segmentation.

The head-end station 10 comprises medium access logic 101 interfacing via a TDMA framing and sychronisation module 102 to optical transmitter 103, optical receiver 104, and hence to a wavelength multiplexer 105 which provides the physical interface to the optical network 15.

Each outstation 11–14 has a corresponding structure comprising medium access logic 111 connected via the TDMA framing and sychronisation module 112 to an optical transmitter 113 and optical receiver 114 and hence to a wavelength multiplexer 115 again providing the physical interface to the network 15.

Referring to FIG. 2, there is shown an example of an upstream signal structure in such a system. The data stream comprises a sequence of TDMA frames 20 each separated by a guard period 21.

US 7,154,879 B1

5

Multiple Ethernet packets **22** are transported within each TDMA frame and for data transport, the Ethernet frames are each preferably sized to be large enough to carry complete Internet protocol packets without requiring segmentation. Ethernet frames of differing sizes may be mixed according to the traffic type carried, so for example voice traffic may be carried within shorter frames to minimise packetisation delay.

In high bit rate communication systems, for example optical networks operating at 1 Gbit/s shared between for example 16 outstations, upstream time slots allocated to each outstation will have high data carrying capacity, even where the time duration of the time slot is relatively small.

Because packet sizes are larger (at least on average), ranging is no longer needed to achieve upstream transmission efficiency as was the case in known lower bit-rate systems. Because guard period between frames represent only a small proportion of the bandwidth available in the high bit-rate system, then unlike existing systems, the relatively long guards required for systems without ranging still represent only a small fraction of the available traffic capacity of the link and so can be tolerated. Furthermore, by reducing the requirement for complex head-end and outstation control systems associated with systems requiring complete ranging schemes, the resulting protocols and equipment are therefore much simpler to implement. Basic synchronisation of the outstations can be achieved using downstream control **102**, **112** frames or other known equivalent mechanisms.

By way of example, suppose a PON constructed according to this invention has 16 outstations, situated at varying distances from the head end amounting to 5 km. The round trip propagation delay for a signal travelling on optical fibre is of the order of 10 microseconds per km. To avoid collisions, the guard band between transmissions from different outstations must therefore be at least 50 microseconds in duration. Suppose further that the active time slot (TDMA frame) during which data packets can be transmitted is 200 microseconds. Then the total time taken to interrogate all outstations on the PON is 4 milliseconds and the loss in upstream transmission efficiency is 20% compared to an ideal lossless system using ranging. If the nominal transmitted bit rate is 1 GBps, then each outstation node is able to support an average data rate of 50 MBps in this example.

If the traffic types to be carried on the system allow for higher latency than 4 milliseconds, further increase in efficiency is possible. In a practical system, there may be other overheads in the upstream transmission which affect the efficiency, including, for example, any preamble patterns preceding the transmission of data frames and intended to achieve clock synchronisation at the head end.

In addition, by avoiding segmentation of Ethernet frames, the overhead associated with addressing each smaller packet is also reduced, thereby increasing available bandwidth.

Furthermore, existing technology (in the form of integrated circuits), which already exists for use in other transport systems for IP traffic, can be reused.

In particular, transmissions could be based on physical layer and medium access layer protocols designed for Gigabit Ethernet (IEEE standard 802.3z) supporting a traffic rate of 1 Gbit/s; in the case of the example optical access network, this capacity is shared between customers connected to the same optical splitter. This approach translates into lower costs (through riding the technology curve for such components and taking advantage of the higher manufactured volumes) and consequently shorter time to market.

6

Available bandwidth can be further increased by use of Wavelength Division Multiplexing (WDM) in the system: distinct groups of subscriber stations may be allocated distinct optical frequencies thereby allowing more subscribers to access the same physical network **15**. Typically it is to be expected that each such group of outstations employing a shared frequency would be substantially collocated, successive groups lying along the backbone of the network at differing distances from the head end.

Whilst the method is most attractive at high bit rates in the upstream direction (e.g. in optical access networks supporting data rates in the order of 1–10 Gbps) the method may also be used, though with lesser specific advantage in lower speed networks (e.g. high speed copper or wireless access networks).

Any range or device value given herein may be extended or altered without losing the effect sought, as will be apparent to the skilled person for an understanding of the teachings herein.

The invention claimed is:

**1**. A point-to-multipoint network arrangement comprising:

a head-end station;

at least one subscriber station;

a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station;

wherein each subscriber station is arranged to transmit data that has previously been segmented into packet-switched transport protocol packets, to the head-end station, using a time division multiple access protocol, the head-end station being arranged to allocate a number of consecutive time slots to each subscriber station, each subscriber station having framing apparatus arranged to frame a packet of at least 576 bytes directly without segmentation of the packet, and synchronisation apparatus arranged to send the frame to the head-end station during an allocation of consecutive time slots and with a guard band determined without using ranging.

**2**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol employs packets formatted according to an Ethernet protocol.

**3**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol is arranged to carry Internet Protocol data.

**4**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol is arranged to carry unsegmented Ethernet frames.

**5**. A point-to-multipoint network arrangement according to claim **1** in which the TDMA protocol employs frames each arranged to carry multiple packet-switched transport protocol packets.

**6**. A point-to-multipoint network arrangement according to claim **1** in which the at least one subscriber station is arranged to periodically receive synchronisation signals transmitted from the head end-station.

**7**. A point-to-multipoint network arrangement according to claim **6** in which differential time delays arising from differing path lengths between the head-end station and outstations are absorbed by including guard bands in the TDMA protocol.

**8**. A point-to-multipoint network arrangement according to claim **1** in which the point-to-multipoint network is an optical network.

**9**. A point-to-multipoint network according to claim **8** in which the optical network is a passive optical network.

US 7,154,879 B1

7

**10**. A point-to-multipoint network arrangement according to claim **1** in which the point-to-multipoint network is one of a wireless network or a high-speed copper network.

**11**. A point-to-multipoint network arrangement according to claim **1** in which each subscriber station is allocated to one of a plurality of groups, each group transmitting on a distinct physical channel.

**12**. A telecommunications access network comprising a point-to-multipoint network arrangement according to claim **1**.

**13**. The telecommunications access network of claim **12**, the point-to-multipoint network arrangement comprising a passive optical network arrangement.

**14**. A head-end station for a point-to-multipoint network comprising at least one subscriber station, and a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station, the head-end station being arranged to allocate a number of consecutive time slots to each subscriber station, sufficient for a frame containing a packet of at least 576 bytes without segmentation of the packet, the head-end station being arranged to receive the frame from the at least one subscriber

8

station, containing a packet-switched transport protocol packet and transmitted using a time division multiple access protocol with a guard band determined without using ranging, the head end station having apparatus arranged to extract the packet from the frame.

**15**. A telecommunications network comprising a head-end station according to claim **14**.

**16**. A method of operating a point-to-multipoint network arrangement comprising a head-end station, at least one subscriber station, and a point-to-multipoint network providing optical connectivity between each subscriber station and the head-end station, comprising the steps of:

transmitting upstream using a packet-switched transport protocol over a TDMA protocol having a number of consecutive time slots allocated to each subscriber station, and having guard bands determined without using ranging, inserting a packet of at least 576 bytes into a frame directly without segmentation of the packet and sending the frame during an allocation of consecutive time slots.

\*    \*    \*    \*    \*

E XHIBIT G

US006128649A

# United States Patent [19]

## Smith et al.

[11] **Patent Number:** 6,128,649

[45] **Date of Patent:** Oct. 3, 2000

[54] **DYNAMIC SELECTION OF MEDIA STREAMS FOR DISPLAY**

[75] Inventors: **Keith M. Smith**; **Russell W. Pretty**, both of Ottawa, Canada

[73] Assignee: **Nortel Networks Limited**, Montreal, Canada

[21] Appl. No.: **08/867,624**

[22] Filed: **Jun. 2, 1997**

[51] **Int. Cl.**[7] ..................................................... **H04N 7/14**

[52] **U.S. Cl.** .............................. **709/217**; 348/15; 348/17

[58] **Field of Search** ................. 348/14–20; 395/200.47, 395/200.34; 379/202; 370/260, 235, 468

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,531,024 | 7/1985 | Colton et al. | 179/2 |
| 5,003,532 | 3/1991 | Ashida et al. | 370/62 |
| 5,374,952 | 12/1994 | Flohr | 348/12 |
| 5,382,972 | 1/1995 | Kannes | 348/15 |
| 5,392,223 | 2/1995 | Caci | 364/514 |
| 5,473,367 | 12/1995 | Bales et al. | 348/13 |
| 5,491,797 | 2/1996 | Thompson et al. | 395/200.34 |
| 5,544,313 | 8/1996 | Schachnai et al. | 395/200.01 |
| 5,574,934 | 11/1996 | Mirashrafi et al. | 395/800 |
| 5,615,338 | 3/1997 | Poole et al. | 395/200.4 |
| 5,657,096 | 8/1997 | Lukacs | 348/15 |
| 5,682,460 | 10/1997 | Hyziak et al. | 395/200.47 |
| 5,737,011 | 4/1998 | Lukacs | 348/15 |
| 5,760,838 | 6/1998 | Adams et al. | 348/460 |
| 5,768,280 | 6/1998 | Way | 370/486 |
| 5,768,527 | 6/1998 | Zhu et al. | 395/200.61 |
| 5,778,187 | 7/1998 | Monteiro et al. | 395/200.61 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 581 101 A1 | 7/1993 | European Pat. Off. | H04N 7/14 |
| 0 724 362 A1 | 1/1995 | European Pat. Off. | H04N 7/15 |
| 0 669 765 A2 | 2/1995 | European Pat. Off. | H04N 7/24 |
| WO 96/14711 | 11/1995 | WIPO | H04N 7/14 |

### OTHER PUBLICATIONS

Database WPI, Section EI, Week 9707, Derwent Publications Ltd., London, GB; Class W01,AN 97–071568,

XP002068243 & JP 08 317 366 A (Nippon Denki Eng KK) Nov. 29, 1996.

Herng–Yow Chen, Ja–Ling Wu, MultiSync: A Synchronization Model for Multimedia Systems, IEEE Journal on Selected Areas in Communications, vol. 14, No. 1, Jan. 1996.

Cosmos Nicolaou, An Architecture for Real–Time Multimedia Communication Systems, IEEE Journal on Selected Areas in Communications, vol. 8, No. 3, Apr. 1990.

Xiaobao Chen, End–to–End Synchronization Control Support for Multiservice Applications, Computer laboratory, University of Cambridge, Nov. 1995.

Ralf Steinmetz, Gerald Blakowski, A Media Synchronization Survey: Reference Model, Specification, and Case Studies, IEEE Journal on Selected Areas in Communications, vol. 14, No. 1, Jan. 1996.

*Primary Examiner*—Andrew I. Faile
*Assistant Examiner*—Reuben Brown
*Attorney, Agent, or Firm*—C. W. Junkin

[57] **ABSTRACT**

One or more streams from a number of real-time video streams available to be transmitted across a communications network, are selected for display on respective terminals of a first, and at least one other user. First, a policy of the first user for making the selection, is determined, the policy containing conditions to be evaluated, selectable by the first user. Then, which streams to select for the first user is determined dynamically by evaluating the current conditions according to the first user's policy. Only the selected streams are passed for display on the terminal of the first user, independently of selections made for passing to the other users. Dynamic selection from multiple streams enables the user to concentrate on the content not the form of presentation. Individual control of what is displayed, independent of what other users see, enables tailoring to video conferences to be handled more easily.

**19 Claims, 28 Drawing Sheets**





PRIOR ART

# FIG. 1



PRIOR ART

# FIG. 2



PRIOR ART

# FIG. 3



**FIG. 4**



**FIG. 5a**



**FIG. 5b**



**FIG. 6**

Case 1:14-cv-00114-SLR   Document 145-4   Filed 10/30/14   Page 336 of 145 PageID #: 124



**FIG. 7**



**FIG. 8**



**FIG. 9**

# FIG. 10



Case 1:14-cv-00114-SLR-MPT   Document 1-54  Filed 01/30/14   Page 9 of 18 PageID #: 128



**FIG. 11**



**FIG. 12**



**FIG. 13**



**FIG. 14**



**FIG. 15**



**FIG. 16**





## FIG. 17a(i)



## FIG. 17a(ii)



## FIG. 17b(i)



## FIG. 17b(ii)

**MONITOR FOR WORKSTATION RESOURCE i**
MONITOR STATE: **WRM_STATE_i** = {SAFE I WARNING I CRITICAL}
MONITOR VARIABLE: **WRM_NUM_SAMPLES_i (WNSi)**
MONITOR VARIABLE: **WRM_DEGREE_i**



## FIG. 17c(i)



## FIG. 17c(ii)



**FIG. 17d(i)**



FIG. 17d(ii)



**FIG. 17d(iii)**



**FIG. 17e**



**FIG. 18a**



**FIG. 18b**



**FIG. 18c**



 LOCAL NETWORK CONGESTION

 WORKSTATION RESOURCES

★ FOREIGN NETWORK CONGESTION

 DESKTOP REAL-ESTATE LIMITS

 NETWORK BW/TARIFF LIMITS

 USER-LOCKED SETTINGS

ALARM REPORT:
FOREIGN NETWORK CONGESTION DETECTED ON VIDEO STREAM ERIC

**LEGEND**

 DISPLAY VIDEO:
OFFERED VIDEO MEDIA
SHOULD BE CONTINUOUSLY
DISPLAYED (LOCKED)

 PLAY AUDIO:
OFFERED AUDIO
MEDIA SHOULD BE
PLAYED(LOCKED)

UNDISPLAY VIDEO:
OFFERED VIDEO MEDIA
SHOULD NEVER BE
DISPLAYED

MUTE AUDIO:
OFFERED AUDIO MEDIA
SHOULD BE MUTED

TRIGGERED VIDEO:
OFFERED VIDEO MEDIA SHOULD
ONLY BE DISPLAYED UPON THE
DETECTION OF AUDIO ACTIVITY

SLIDE PRESENTATION:
SLIDE PRESENTATION
SHOULD BE VIEWED

 SAFE RESOURCE STATE

 CRITICAL RESOURCE
STATE

# FIG. 19



**FIG. 20**



# FIG. 21

6,128,649

**1**

# DYNAMIC SELECTION OF MEDIA STREAMS FOR DISPLAY

## FIELD OF THE INVENTION

The invention relates to methods and apparatus for selecting for display one or more from a number of real-time media streams and to corresponding software, network nodes and terminals.

## BACKGROUND TO THE INVENTION

Today's computing and network architectures readily support the transfer of text and still graphics or images. However, support for real-time media processing and networking has, until very recently, been realised entirely with overlay networks and service specific terminal equipment for displaying such media to the user. Voice telephony for example, is the most pervasive media specific network. Broadcast video and cable TV also use a dedicated transmission and switching infrastructure. In the same vein, high quality video conferencing requires leased lines and expensive dedicated equipment.

The most commercially successful segment of the video conferencing market has been for so-called "Px64" systems based on the ITU's H.320 series standards. Such systems aggregate from 2 to 30 DSO (64 kbps) channels over switched or leased-line Time Division Multiplexing (TDM) networks into a wideband channel (128 kbps–2 Mbps) to transport audio, video, data and control in a point-to-point manner. Multipoint conferencing is achieved through a centralised Multicast Control Unit (MCU) as shown in FIG. 1 which typically mixes audio and multicasts the single current speaker to all sites. An alternative, a distributed switching and mixing arrangement will be described with reference to FIG. 2.

More rapid growth of this market has been hampered by both high equipment costs and high service costs. In addition to the cost of video COder/DECoder (CODEC) hardware, equipment costs are exacerbated in current networks by the need for Inverse Multiplexers (I-MUXs) to aggregate switched DSO circuits due to the absence of wideband channel switching, and MCUs due to the absence of multicast switching. Service costs have been kept high due to bandwidth based tariffs needed to protect revenues from voice telephony and so high bandwidth, high quality video conferencing is still a luxury rarely afforded.

Further limitations exist at the users terminal. Real-time media imposes high processing requirements, particularly if the media stream needs to be decompressed for display. Usually the resolution and size of display monitors is restricted.

FIG. 1 shows in schematic form a known video conferencing arrangement. Using multicast control unit (MCU) for multiplexing or mixing and distributing all video streams transmitted by the network 2 to and from users 3 gives a centralised topology. This is suitable for use with a point to point network such as the telephone network. The expensive dedicated video mixing or selecting equipment need be provided in only one place while making use of the switching capability already provided in the network 2. One of the users 3, a chairman, has facilities to control the MCU, 1.

In operation, each user sends its own video and audio to the MCU. The chairman controls the MCU to select one of the incoming video streams, or add the video streams together in separate windows of the single output video streams. The input audio streams would all be mixed

**2**

together, or the audio streams with most activity could be selected for mixing and outputting. The MCU duplicates its output video and audio streams and sends them to each of the users. Such arrangements may be limited in bandwidth or number of users by the capabilities of the MCU, or by the bandwidth of the telephone network connections.

In another known conferencing arrangement illustrated in FIG. 2, a LAN network 4 with multicast capability connects users 3. This obviates the need for a dedicated MCU. Users 3 can control which other users they see.

FIG. 3 illustrates the information which may pass between a user 10 and a network 11 such as a packet network, connecting other users 3 for video conferencing. Awareness information of which of a users are connected to the network is passed from the network to the user 10. In response to this information, a user can choose manually which other users he wants to see. Video selection request information is then passed from the user to the network. The network has the capability to take the request and switch appropriate video streams from other users 3 to the user 10.

Network restrictions have often precluded sending streams from all users in a video conference to all other users. Accordingly, the centralised switching approach shown in FIG. 1 involves either selecting one of the streams from users 1, 2, 3, for display, or creating a single image stream comprising a composite display of two or more reduced size images or windows.

U.S. Pat. No. 4,531,024 (Colton) describes a way of resolving how to select a single video stream to be transmitted to all other conference locations. The selection is made automatically by centralised detection of either one and only one "talker" or one and only one video graphics transmission request. Manual override is possible at each location, to select manually the video to be viewed.

U.S. Pat. No. 5,003,532 (Ashida) shows a video conference system having a centralised image selector operating according to requests from users or according to speaker detection.

U.S. Pat. No. 5,382,972 (Karres) describes a conferencing system which creates a composite signal with voice sensitive switching means for moving the component streams to different regions on the screen, and different sizes of picture, according to who is talking. A master user has an override control.

A further development is shown in U.S. Pat. No. 5,473,367, in which any conferee can assume the chairing role, and manipulate manually the picture which will be viewed by all. Additionally, each conferee can choose their own picture content, or take the chair view.

U.S. Pat. No. 5,615,338 shows a system in which a central controller controls the transmission from each user terminal directly, and selects two users to transmit to all other users according to user requests and a predetermined priority scheme.

U.S. Pat. No. 5,392,223 shows a communications processor for linking a group of workstations, to a network for video conferencing. A workstation initiates a request for service including type of service and destination. Bandwidth, resolution and transmission rate are adjustable. Artificial intelligence software is used in the processor, which reacts to the instantaneous loadings, and indicates to the user what is possible if the request for service can't be fulfilled.

Another example of a decentralised videoconferencing network is shown in U.S. Pat. No. 5,374,952, using a

6,128,649

3

broadband LAN. Television signals from each user are transmitted simultaneously at different frequencies. Each user's computer monitors the status of channel allocations and generates the channel selecting control signals. Such dedicated LANs have inherent broadcasting capability which implies the ability to multicast, i.e. send to a select group of users.

None of the above systems is scaleable to handle large conferences because of human cognitive limitations in viewing a screen with too many windows displayed simultaneously, or with manually selecting between too many available windows. Additionally, the users terminal may have limited processing power and limited display area, and the network resources may limit how many streams can be sent to him anyway.

## SUMMARY OF THE INVENTION

It is an object of the invention to provide improved method and apparatus.

According to the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of: determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; determining a condition of at least one of the communications network and the terminal; determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and, causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

Dynamic selection from multiple streams enables the user to concentrate on the content not the form of presentation. Individual control of display policy, independent of what other users see, enables tailoring to suit resources and user needs. Taking into account the condition enables better utilisation of limited resources. Together they enable larger conferences to be handled more easily.

Preferably, it is determined if the selection is restricted by the condition, the policy comprising an indication of how to make the selection when the selection is restricted by the condition. This enables optimal presentation of larger numbers of streams by better exploiting limited resources, or enables participation of users with diverse levels of local or network resources.

Advantageously, the indication comprises relative priorities between desired streams. This enables the user to be presented with the more important streams where a choice needs to be made, and leaves user free to concentrate on content rather than continually making choices.

Preferably, the condition comprises a level of availability of network resources. This enables more optimal selection particularly for networks where congestion is likely and is variable. It also enables cost limiting for bandwidth tariffed networks, to ensure optimal use of available network resources.

Advantageously, the condition comprises a level of availability of user terminal resources. This enables better sharing of resources, particularly where different users have terminals with differing limitations. The integrity of a maximum number of media streams can be preserved.

Advantageously, activity on one or more of the media streams is determined, the indication comprising an indica-

4

tion of how to make the selection dependent on the activity. This enables the selection to include the streams most likely to be of interest and to drop streams of less interest.

Preferably, where two or more of the media streams originate from a single source, the indication of how to make the selection dependent on the activity comprises making the selection of one of the co-originating streams dependent on activity on another of the co-originating streams. This enables the user to be presented automatically with streams which are likely to be of interest because they are associated with a stream showing activity.

Advantageously, the step of determining the selected streams is carried out at the first user's terminal. This enables the method to be used with less specialised equipment in the network.

Preferably, the method further comprises the step of indicating to the network which are the selected streams, wherein the step of passing the selected streams comprises transmitting across the network only the selected streams. This enables reduced bandwidth requirements in the network and at the user network interface.

Advantageously, the media streams comprise video streams. As video has high bandwidth, it is more important to utilise and share resources more efficiently, bearing in mind human perception and resource limitations.

Preferably, the network is a multicast capable network. If the network is multicast capable, less specialised equipment is necessary in the network and at the users terminal.

Advantageously, the first user also transmits at least one real-time media stream to take part in a conference between multiple users across the communications network. The dynamic nature of conference type communication makes for heavier burdens on network and computing resources and on human cognitive abilities, and so better management of the selection is more advantageous.

According to another aspect of the invention, there is provided software, stored on computer readable media, for carrying out the method.

According to another aspect of the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of: determining a policy of each of the users for making their respective selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; determining a condition of at least one of the communications network and the terminal; determining dynamically which streams to select for each user according to the condition and according to the respective policy; and, causing only the selected streams to be passed for display on the terminal of each user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising: means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first

6,128,649

5

user's policy; and, means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided a network node for use in passing real-time media streams across a communications network for display on terminals of a first user and other users, the node comprising apparatus for selecting streams for display on the terminal of the first user, the apparatus comprising: means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and, means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided a terminal for displaying real-time media streams available to be transmitted across a communications network for display on the terminal and other terminals coupled to the network, the terminal comprising: means for coupling the terminal to the network to receive the streams from the network, means for determining a policy of a terminal user for making a selection from amongst the streams, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users; and means for displaying the selected streams.

According to another aspect of the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a multicast capable communications network for display on a users terminal, the method comprising the steps of: determining a policy of the user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the user; determining dynamically at the users terminal which streams to select for the first user according to the user's policy; and, sending a request from the users terminal to the network to transmit only the selected streams for display on the users terminal.

Preferred features may be combined as would be apparent to a skilled person, and may be combined with any aspect of the invention.

To show, by way of example, how to put the invention into practice, embodiments will now be described with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 to 3 show in schematic form prior art video conferencing arrangements;

FIG. 4 shows in schematic form an embodiment of the invention;

FIG. 5a shows an architecture overview of a conferencing terminal for use in the arrangement of FIG. 4;

FIG. 5b shows the architecture of FIG. 5a in more detail;

6

FIG. 6 shows the architecture of the elements of FIG. 5b which are concerned with the membership decision module;

FIG. 7 shows in schematic form a GUI event response thread of the MDM;

FIG. 8 shows the thread of FIG. 7 in more detail;

FIG. 9 shows in schematic form the consistency check thread of the MDM;

FIG. 10 shows the consistency check thread in more detail;

FIG. 11 shows the new T_stream activity response thread;

FIG. 12 shows the thread of FIG. 11 in more detail;

FIGS. 13 and 14 show the new T_stream silence thread in schematic form;

FIGS. 15 and 16 show the D_stream close thread in schematic form;

FIGS. 17a(i) and 17a(ii) show in schematic form the operation of the T_stream activity monitor of FIG. 6;

FIGS. 17b(i) and 17b(ii) show the operation of the D_stream integrity monitor of FIG. 6;

FIGS. 17c(i) and 17c(ii) show the operation of the workstation resource monitor of FIG. 6, in schematic form;

FIG. 17d(i) shows in schematic form the operation of the congestion analysis monitor of FIG. 6;

FIGS. 17d(ii) and 17d(iii) show a more detailed example in schematic form of the operation shown in FIG. 17d(i);

FIG. 17e shows in schematic form the operation of the network feedback monitor of FIG. 6;

FIG. 18a shows in schematic form the functions of the conference awareness module of FIG. 5b;

FIGS. 18b and 18c show operation of the transmission and reception processes of the conference awareness module of FIG. 18a;

FIG. 19 shows an embodiment of the graphical user interface of FIG. 5b; and

FIGS. 20 and 21 illustrate in schematic form alternative embodiments of the invention.

DETAILED DESCRIPTION

An overall view will be described first, followed by more detailed descriptions of the functions of particular parts. Then some system considerations for implementing a conferencing system will be given, followed by a discussion of advantages and alternative embodiments.

FIG. 4 shows in schematic form how the information passed between the user 10 and the network 12 is altered by the provision of a dynamic selection controller 13. The user inputs a selection policy including criteria for making the selection. The dynamic selection controller determines the actual selection requests on the basis of the policy and the conditions. The network 12 then passes the selected media streams to the user on the basis of the request made by the dynamic selection controller 13. The selection policy can include desired requests. The dynamic selection controller may issue selection requests in a (best effort) basis, to try to meet the desired selection requests of the selection policy. The selection controller 13 can be located in the users terminal, or in the network.

The network 12 could be a point to point network, in which case one or many MCUs would be required to enable the distribution of the media streams to multiple users. Preferably the network is capable of multicasting. Where each media stream is considered to be a multicast group, to

6,128,649

7

which users wishing to receive the stream can apply for membership of the group, the selection controller 13 dynamically manipulates the membership. This enables a scalable solution to large multi-party video conferences to be achieved. Limitations of human cognitive abilities in controlling and comprehending large numbers of video inputs, and resource limitations in transmitting large numbers of high bandwidth media streams, can be reduced. Thus the dynamic selection controller 13 can be seen as a receiver-based reactive congestion control mechanism.

The network 12 could comprise a local area network alone, or a series of connected local and wide area network-snetworks. For example, a corporate intranet or the internet, or the public telephone network could be used for global coverage.

In operation, a user may select his or her desired view of a conference by selecting a set of conferees he or she desires to view, or by selecting a dynamic viewing policy, e.g. including prioritizing media streams, or a mixture of these. The dynamic selection controller 13 makes a best effort attempt based on users desires,and resource conditions such as losses detected in received media streams, direct feedback from the network and local computing resources. The policy make take into account, media stream activity periods, and the changing conference environment, and may express how to respond to detected resource limitations. The first step of determining the policy may include retrieving a stored indication of the policy, or prompting the user for policy inputs, or calculating the policy from previous preferences, for example.

More details of the structure of an embodiment of a users terminal will now be given with reference to FIGS. 5A and 5B.

FIG. 5A illustrates in schematic form a conferencing terminal architecture overview. A media in portion, 20 includes for example means for carrying out video reception processes, audio reception processes, and network monitoring. A media out portion 21 includes means for carrying out video and audio transmission to the network 24. The media out portion may be dispensed with to give a terminal suitable only for receiving, e.g. for monitoring or entertainment purposes. A command and control portion 22 communicates with the media in portion and the media out portion. There may be some direct connection between the command and control portion 22 and the network 24, e.g. for sending and receiving conference awareness messages relating to each of the users of the conference.

A workstation resource monitor 23 can be provided for feeding information to the command and control portion 22.

FIG. 5B shows more details of the conferencing terminal architecture shown in FIG. 5A. Each of the parts will be described in terms of processes which can be run simultaneously on the users terminal, either by multi-tasking a single central processor, or distributed across multiple processors in the terminal. The hardware configuration is a matter of design choice.

As part of the media in section 20, multiple video reception processors 26 are provided, one for each incoming video stream. Each video reception process 26 includes a display stream (D_stream) integrity monitor 27 for monitoring the integrity of the display stream, e.g. the number or rate of packets or frames which are lost or delayed. Each video reception process also includes a D_stream processing module 28 for decoding the incoming media stream. This may involve building up video frames from the stream of packets, and performing any decompression as required.

8

Each video reception process 26 also includes a network signalling module 29 for carrying out network signalling functions.

An interprocess communication (IPC) function is provided for communicating between processors, e.g. by message passing, or using shared memory.

A network feedback monitor 30 is provided, for monitoring messages received from the network. A congestion analysis monitor 31 is provided for determining network congestion.

A single audio reception process 32 is provided even where there are multiple input audio streams. This is convenient because normally only a single audio output is provided to the user, mixed from all the input audio streams, or the most active of the input audio streams. The audio and reception process 32 includes a trigger stream (T-stream) activity monitor 33, a T_stream processing module 34, and a network signalling module 35. The audio is designated the trigger stream since it is often used for triggering display of the video stream corresponding to the loudest audio input stream.

A command and control process 36 includes a conference awareness module 37, a membership decision module MDM 38, and a graphical user interface, GUI 39. The MDM is at the heart of the dynamic selection control function, and will be described in more detail below.

A video transmission process 40 is provided for the outgoing video to other users of the conference. It comprises a D_stream processing module 41 and a network signaling module 42. An audio transmission process 43 includes a T_stream processing module 44 and a network signaling module 45, for handling the outgoing audio stream from the terminal to the other users. The video transmission and audio transmission processes would not be needed if the terminal were to be used only as a receiver.

A work station resource monitor 46 is provided for monitoring the local resources such as processing power, memory, and display capability.

The operation of the MDM 38, and the processors which are linked with it will now be described with reference to FIG. 6. The MDM 38 receives inputs from the T_stream activity monitor (TAM) 33, the workstation resource monitor (WRM) 46, and from the congestion analysis monitor (CAM) 31. It also receives inputs from the graphical user interface (GUI) 39, and outputs selection requests in the form of connection membership signals to the network. In this way, the MDM can make connection membership requests based on the user's viewing policy and the current conditions, on a best effort basis. The MDM could be arranged to receive inputs from a subset of the inputs according to need. For example, if the workstation resource is always likely to be more limiting than the network resources, the MDM could operate upon inputs from only the GUI and the WRM, without needing local or foreign congestion inputs. Where network congestion may be a problem, it is useful to divide it into local or foreign congestion to enable the MDM to take appropriate action. For example, where there is local congestion, it may be appropriate to request fewer media streams to be transmitted. Where the congestion is foreign, it is more likely to affect only some of the input streams. Thus it may be appropriate not to reduce the number of media streams requested, but simply choose media streams which are not affected by the foreign congestion.

The operation of the MDM 38 will be explained below in terms of five threads of operation, run in parallel. These

6,128,649

9

threads are explained with reference to FIGS. 7 to 16. The operation of each of the monitors shown in FIG. 6 will be explained with reference to FIGS. 17a to 17e. Other elements of the terminal will be described thereafter.

The five threads of the MDM cover the response to GUI events, a periodic consistency check to see if additional streams can be displayed, and responses to new T_stream activity or silence, and the response to a closing of a D-stream by its originator.

MDM Thread 1, GUI Events Response, FIG. 7

FIG. 7 illustrates in schematic form an overview of this thread. On detection of a GUI event, 60, passed to the MDM by the interprocess communication (IPC), the event is determined to relate to a state change, or to locking or unlocking of a stream. In the former case, the state is updated at 61, while in the latter case, the stream is locked or unlocked at 62 and violation of any predetermined constraints is resolved at 63, before the display is updated at 64. Locking a stream means giving it the highest priority, to ensure it is displayed all of the time, regardless of activity on the corresponding audio stream. Obviously, if too many streams are locked, a constraint may be violated, such as a workstation resource constraint, or local or foreign network constraints.

FIG. 8 shows an example of how the thread could be implemented, in more detail. In response to the GUI event 70, locking or unlocking, or setting updating is determined at 71. At 72, violation of constraint 1 is detected. This is concerned with the number of streams which can be displayed simultaneously by the user's terminal. It would be a predetermined number, but could be varied according to user-defined window sizes for example. If the constraint is not violated, a locking flag, F_lock is cleared at 76, and the display is updated by a visual management process 77. If a violation of constraint 1 is detected, at 73, the thread tries to remove display streams corresponding to silent audio channel, until conformance with the constraint is achieved. Then the locking flag is cleared at 76 and the display updated at 77.

If there are insufficient silent streams, at 74, the thread tries to remove the display streams corresponding to the least active audio stream, until conformance with constraint 1 is achieved. If conformance is achieved, the lock flag is cleared at 76, otherwise the flag is set at 75, and the display updated.

Violations of other constraints are more conveniently dealt with by other threads, to enable asynchronous or synchronous response as desired. This can assist in maintaining an optimum trade-off between rapid response to changes in conditions, and yet avoid disturbing oscillatory responses.

The determination of which streams are silent or less active, will be made by the T-stream activity monitor 33 shown in FIGS. 5b and 6, explained in more detail below. The types of settings which can be altered in response to a GUI event, will be explained in more detail with reference to the detailed description of the GUI.

MDM Thread 2 Consistency Check, FIG. 9

FIG. 9 shows an overview of this thread in schematic form. Violations of a series of constraints are detected at 100, and resolved at 101 before the displayed streams are updated at 102. If no violations are detected, an attempt is made at step 102 to display additional streams if resources permit.

An example of how the thread might be implemented is shown in more detail in FIG. 10. This thread is repeated periodically, and the period can be determined according to

10

the speed of response required. It may be appropriate to repeat it every 2 to 10 seconds or so.

After the waiting period at 105, the lock flag is checked at 106. If it is clear, the first constraint to be checked is constraint 3, relating to foreign network congestion. If critical, as determined by the congestion analysis monitor (CAM) 31, at 108, all display streams violating this constraint are removed from the display, and a flag is set indicating foreign network congestion, at 109. After the display is updated at 110, an aging counter for the foreign network congestion flag is updated at 111, so that the flag will clear itself after a period of time, to enable the affected streams to be requested again in case the foreign network congestion was only a temporary condition. The other constraints are not checked until the foreign network congestion constraint is met.

At 112, if the foreign network congestion constraint is met, then the next step is to detect violation of constraint 4, indicating critical local network congestion. An attempt is made to remove from display the D_stream with most silence in its corresponding audio stream among those showing congestion (step 113). If constraint 2 relating to bandwidth and tariff constraints in the network, or constraint 5 relating to computing resources locally, are violated, then at step 113, an attempt is made to remove from display the D_stream with most silence in its corresponding audio stream. If no silent T_streams are found at step 113, then at 114 the stream with the least activity is removed from the display. If no T_streams with activity are found, then it is assumed that too many display streams are locked, to give unconditional display, and at 115, the lock flag is set to reflect this. The thread is cycled again after the foreign congestion flag is aged at 111.

If none of the above-mentioned constraints are violated, then at 118, under utilisation of resources is detected by assessing whether all constraints are in a safe condition, meaning they are not close to a critical condition. In this case, at 119, the most active of the display streams not yet displayed is selected at 119. If there are no active T_streams, then a search is made for a T_stream in the silent state, and the least silent is displayed. Otherwise the thread is repeated.

MDM Thread 3, New T Stream Activity Response

FIG. 11 shows an overview. The thread is triggered by new T_stream activity 140 passed to the MDM by the T_stream activity monitor 33, using the IPC. If there is a constraint violation detected at 141, a test transmission is made without display, to determine if the available resources allow for another stream, at 143. If the test is successful, the new stream is displayed at 142, otherwise it is rejected at 144.

FIG. 12 shows an example of how the thread might be implemented. Following the event at 140, a check is made at 148 to see if the locked flag or the file congestion flag is set. If so, the thread is ended. Otherwise at 149, constraint 1, relating to the display capabilities, is tested. If the constraint is violated, at 150 a search is made for the most silent D_stream to be replaced. If one is found, the new display stream replaces the silent one at 151, and the management of the display is completed at 152. Otherwise, if no silent stream is found, the thread is ended.

If no violation of constraint 1 was found, at 153, under utilization of resources is detected by determining that constraints 2, 4 and 5 are in a safe condition. This enables the new display stream to be displayed straight away at 157. If one or more of the constraints are not safe, the search is made for a silent D_stream to be dropped, at 150 if none is

6,128,649

**11**

found, the thread verifies there are no critical states in constraints **2**, **4** or **5** at **154**, then enters a test mode. This involves an invisible digital view of the new active D__stream to monitor for short term critical violations, at **155**, before committing the stream to be displayed or removing it at **156** if critical violations are found.

**MDM Thread 4, New T Streams Silence**

FIG. 13 shows an overview of this thread. When a new silence event occurs at **200**, the most active undisplayed D__stream is used to replace a silent one at **201**.

FIG. 14 shows an example with more details of how this thread might be implemented. Following the event at **200**, the thread searches for the most active display stream, providing there are sufficient resources, and providing the foreign congestion flag is clear. If none are found, the thread ends. If any are found, at **206**, the silent stream is removed, and the active stream is selected for display, at **206**. The visual management process occurs at **207**.

**MDM Thread 5, D Stream Close**

FIG. 15 shows an overview of this thread. At **240**, the thread starts on a D__stream close event **240**, notified to the MDM by the confidence awareness module **37** or by the D__stream processing module **28** and the network signalling module **29**. At **241** the closed D__stream is replaced with the most active undisplayed D__stream.

An example of how the thread might be implemented is shown in more detail in FIG. **16**. On detecting the D__stream close events **240**, the thread ends if that D__stream is not currently displayed. If it is locked and displayed, then at **241**, the thread sends a communication to the GUI indicating that it should be unlocked. If the relevant D__stream is currently displayed and is not locked, the closed stream is removed from the display at **240**. At **243**, a search is made for the most active D__stream to display, provided there are sufficient resources, and provided its foreign congestion flag is clear. In this case at **244**, the new stream is displayed, and at **245**, the visual management uptake process is carried out. If no active stream is found for display, a search is made for any streams in a silent state, at **246**. The least silent is selected if there are sufficient resources and if there its foreign congestion flag is clear. It is displayed at **244**, otherwise the thread ends.

**The Operation of the Monitors.**

Feeding information to the threads described above, are the various monitors shown in FIG. **6**. These include the T-stream activity monitor (TAM), the D__stream integrity monitor (DIM), the work station resource monitor, (WRM), the congestion analysis monitor (CAM), and the network feedback monitor (NFM). For each of these, a description will follow including details of counters, states, variables and thresholds where appropriate.

**T Stream Activity Monitor (TAM) FIG. 17a**

**Description**

The TAM provides an indication as the state of the T_Stream (either silent or active) as well as a degree of silence or activity. This aids the MDM in arbitrating between two or more candidate streams (for DISPLAY or UNDISPLAY). For every timeslice (which is of fixed duration), if activity exists on the T_Stream, the counter TAM_DEGREE is incremented, otherwise it is decremented if no activity exists. In order for an ACTIVITY event to occur, the TAM_HI_THR threshold must be overrun, similarly a SILENT event occurs when the TAM_LOW_THR is underrun. If an activity is detected, the appropriate event signal is dispatched and the state indicator TAM_STATE is updated.

**12**

**Desirable Properties**

It is desirable to have a relatively quick response to NEW activity. The system should not be overly sensitive however, which relies on properly setting of the various variables. The system should also not begin to oscillate and hence the purpose of the GRACE range.

**Variables**

TAM_MIN=Minimum Value of the counter (zero)

TAM_MAX=Maximum Value of the counter (implications on memory/silent period)

TAM_HI_THR=Threshold that delimits the lower bound of the activity range

TAM_LOW_THR=Threshold that delimits the upper bound of the silence range

TAM_STATE={0=Silent|1=Active}

TAM_DEGREE=RANGE [TAM_MIN, TAM_MAX]

TIMESLICE=Fixed unit of time, common to a media type.

FIG. 17a(i) illustrates the range of values which may be taken by the counter TAM_DEGREE, between minimum and maximum values. A counter may be incremented or decremented each time slice. The counterstate TAM_STATE can be either silent or active, according to the value of the counter. A grace interval is provided to give some hysteresis in the transition between silence and active states.

The operation of the monitor is shown in FIG. 17a(ii). At **250**, instantaneous T_stream activity within the current time slice is detected, and the counter is incremented at **251**. At **252** it is determined whether the counter crosses the transition from the grace region to the active region. If so, at **253**, the new activity event is communicated to the MDM. If the increment does not cause a transition from the grace region to the activity region, indicated by crossing the TAM_HI_THR threshold in FIG. 17a(i), the thread ends. If no activity is detected, the counter is decremented at **254**, and at **255** it is determined whether the decrement of the counter has caused it to cross threshold TAM_LOW_THR, shown in FIG. 17a(i). If so, at **256**, a communication is sent to the MDM to indicate a new silence event.

It can be seen that the thresholds and the TIMESLICE period and the maximum and minimum counter values can be adjusted to achieve a suitably quick response to new activity without flooding the MDM with too many messages caused by inevitable brief silence periods during speech for example.

**The D Stream Integrity Monitor (DIM) FIG. 17b**

**Description**

The DIM provides a short-term indication as to the state of the D_Stream. Either data loss or missed deadlines constitute a Loss of Integrity (LOI) which is indicated by the DIM_STATE variable. The DIM_DEGREE counter is normalized to a percentage figure indicating the degree of integrity exhibited by the stream. The DIM aids the MDM by indicating the nature (either local or foreign) of LOI as well as the correlation that exists between various D_STREAMS experiencing LOI.

For every TIMESLICE (which is of fixed duration), a D_STREAM is monitored for an instantaneous LOI. If detected, DIM_DEGREE is incremented by DIM_LOSS_FACTOR (DLF). The DLF is specific not only to a media type, but also to a particular media stream. It represents the maximum loss rate allowed which would not significantly degrade the perceived media stream presentation. For example, assuming the D_STREAM represents a 20 fps video stream, where a timeslice is equivalent to one video frame duration (0.05 s), one could set the DLF to 10 to indicated that a one-in-ten frame loss rate is acceptable.

If no instantaneous LOI is detected within a timeslice, DIM_DEGREE is decremented. In order for a NEW LOI

6,128,649

13

Event to occur, the DIM_HI_THR threshold must be overrun, similarly a NEW INTEGRITY Event occurs when the DIM_LOW_THR is underrun. If an event is detected, the appropriate event signal is dispatched and the state indicator DIM_STATE is updated.

Desirable Properties

It is desirable to have some tolerance to transient LOI, however any ongoing LOI should be detected an dealt with appropriately. The system should not be overly sensitive however, which relies on properly setting of the various variables. The system should also not begin to oscillate and hence the purpose of the GRACE range.

Variables

DIN_MIN=Minimum Value of the counter DIM_DEGREE (zero)

DIM_MAX=Maximum Value of the counter DIM_DEGREE (implications on memory/silent period)

DIM_HI_THR=Threshold that delimits the lower bound of the LOI range

DIM_LOW_THR=Threshold that delimits the upper bound of the INTEGRITY range

DIM_STATE={INTEGRITY|LOI}

DIM_DEGREE=RANGE [DIM_MIN, DIM_MAX] normalized to a percentage

TIMESLICE=Fixed unit of time, common to a media type

DIM_LOSS_FACTOR (DLF)=Media stream & type specific, loss tolerance figure

DIM_INT=Constant media type multiplying factor of DLF. Allows a margin of tolerance to initial loss.

DIM_GRACE=Constant media type multiplying factor of DLF. Mitigates against oscillations.

DIM_LOI=Constant media type multiplying factor of DLF. Determines degree of "short-term" memory.

FIG. 17b(i) shows the range of the counter DIM_DEGREE, between minimum and maximum values. The counter can show a state of loss of integrity (LOI), or integrity. A grace interval is provided to give hystereses in the transition between states.

As shown in FIG. 17b(ii), at 260, if some loss of integrity is detected instantaneously in the D_stream to which the thread relates, the counter is incremented by a number of units according to the DLF. By incrementing the counter by more than one unit, yet decrementing it one unit at a time when no loss of integrity is detected, the system can be made sensitive to differing acceptable frame loss rates.

At 262, it is determine whether threshold DIM_HI_THR is overrun. If so, at 263, the MDM is alerted. Otherwise, the thread ends. If known loss of integrity is detected, the counter is decremented at 264, and at 265 it is determined whether the counter passes through the transition to the integrity state, by comparison with threshold DIM_LOW_THR shown in FIG. 17b(i). If so, an indication of a new integrity event is sent to the MDM.

The Workstation Resource Monitor, WRM, FIG. 17c

Description

The WRM provides a short-term indication of the state of various workstation resources such as CPU, Memory, and Network Bandwidth usage. For each resource, a monitor is created which can be in one of three possible states, namely SAFE, WARNING, or CRITICAL. The WRM_WARN and WRM_CRIT variables can be set to determine the utilization figures which will trigger these events. When the monitor changes state, a signal is send to alert the MDM.

The variable WRM_NUM_SAMPLES_i is used to determine the number of past samples which should be incorporated into the averaging calculation. This provides

14

some defense against transients, however causes the monitor to react slower to the over-utilization of resources. WRM_NUM_SAMPLES_i should be sized based on the granularity of the TIMESLICE and the desired sensitivity of the monitor.

The variable WRM_DEGREE_i is used to maintain absolute quantity resource figures. It may be polled periodically by the MDM. An example could be the instantaneous network bandwidth usage at a particular instance, which may be required to monitor user-imposed tariff limits.

Variables

WRM_STATE_i={SAFE|WARNING|CRITICAL} State of resources monitor i.

WRM_NUM_SAMPLES_i (WNSi)=Number of previous samples to include in averaging process.

WRM_DEGREE_i=Resource specific absolute quantity

TIMESLICE=Fixed unit of time used for periodic polling of resources.

WRM_WARN=Determines the boundary between the SAFE and WARNING Event states.

WRM_CRIT=Determines the boundary between the WARNING and CRITICAL Event states.

FIG. 17c(i) illustrates the range of values for WRM_DEGREE-I, expressed as a percentage of its maximum value. The thresholds WRM_WARN, and WRM_CRIT, separate the range of possible values into safe, warning and critical states.

As shown in FIG. 17c(ii), a sample of the resource utilization is taken at 270, averaged at 271, and the state is updated at 272. If the state has changed, the MDM is alerted at 273.

The Congestion Analysis Monitor (CAM) FIG. 17d

Description

The Congestion Analysis Monitor (CAM) accepts input signals from the D_Stream Integrity Monitor(s) (DIMs) and the Network Feedback Monitor (NFM) informing about any LOI or congestion experienced by incoming D_Streams. It processes these inputs in such a fashion that it may present as output to the Membership Decision Module (MDM), an indication as to which streams are experiencing LOCAL versus FOREIGN network congestion. The output information is presented in the form of two pairs of {Set, State} variables indicating the particular D_Stream ids experiencing either local or foreign congestion, as well as a state indicating the severity of the congestion. The process used to build these two pairs of variables is shown in FIG. 17d(i), in overview. The NFM is considered the chief indicator of foreign congestion and so these indications are immediately used to create the foreign congestion set CAM_F_SET at 300. If the DIM reports that a majority (CAM_CRIT_PER) of received D_Streams are experiencing some form of LOI, a CRITICAL LOCAL LOI is assumed at 301 (implying massive local congestion in the network) and is communicated to the MDM. Otherwise, a two step process is implemented to determine whether any sort of correlation exists between the degrees of LOI experienced by congested D_Streams. The first step at 302 attempts to identify whether there exists a subset of congested D_Streams (at least CAM_MAJ_PER %) that have DIM_DEGREEs within a standard deviation figure (CAM_MAJ_STD) of the complete set's MEAN ($\mu$). This first step tests for a very tightly correlated majority of D_Streams and would therefore indicate a CRITICAL congestion state which would be communicated to the MDM. If this situation is not found, the same is attempted again, however with looser constraints (CAM_MINOR_PER, CAM_MINOR_STD) at 303. This situation would simply raise a WARNING flag to the MDM.

6,128,649

15

If either of the above two conditions are found to exist, the stream ids conforming to these conditions are added to the CAM_L_SET and the CAM_L_STATE flag is set appropriately. After this point, any congested D_Streams remaining are deemed at **304** to be caused by foreign network congestion and are added to the set CAM_F_SET. CAM_F_STATE is updated appropriately. These results are then communicated to the MDM at **305**.

Acronyms

CAM: Congestion Analysis Monitor, DIM: D_Stream Integrity Monitor, NFM: Network Feedback Monitor, MDM: Membership Decision Module

Variables

CAM_LOI_SET={set of stream ids}: an initially empty set, populated with all the stream ids indicated by the DIM as experiencing some LOI (DIM_STATE=LOI).

CAM_F_SET={set of stream ids}: an initially empty set, populated from the CAM_LOI_SET with the ids of streams deemed by the CAM to be suffering from a form of FOREIGN congestion.

CAM_F_STATE={SAFE|CRITICAL}: Indicates FOREIGN network congestion is suspected.

CAM_L_SET={set of stream ids}: an initially empty set, populated from the CAM_LOI_SET with the ids of streams deemed by the CAM to be suffering from a form of LOCAL congestion.

CAM_L_STATE={SAFE|WARNING|CRITICAL}: Indicates the level of LOCAL network congestion that is suspected MEAN ($\mu$): The statistical average of the DIM_DEGREEs of all streams in the set CAM_LOI_SET.

CAM_CRIT_PER: The minimum percentage of all streams that must show LOI for CRITICAL LOCAL CONGESTION to exist (typically about 90%).

CAM_MAJ_STD: A standard deviation figure.

CAM_MAJ_PER: The minimum percentage of all streams in the set CAM_LOI_SET that must show a DIM_DEGREE within a range of CAM_MAJ_STD about the MEAN($\mu$) (typically about 75%).

CAM_MINOR_STD: A standard deviation figure.

CAM_MINOR_PER: The minimum percentage of all streams in the set CAM_LOI_SET that must show a DIM_DEGREE within a range of CAM_MINOR_STD about the MEAN($\mu$) (typically about 50%).

TIMESLICE=Fixed unit of time used for periodic state calculations.

FIGS. 17$d$(ii) and 17$d$(iii) show the operation of the CAM in more detail. At **310**, the CAM_LOI_SET is built showing all the monitored streams which have a loss of integrity. At **311**, the CAM_F_SET is built by referring to the NFM for information on which of the streams in the CAM_LOI_SET show foreign congestion. If the CAM_F_SET is not empty an indication of the sets and states is passed to the MDM at **313**. Otherwise, at **314**, the critical local congestion is detected by reference to variable CAM_CRIT_PER. If there is critical local congestion, at **315**, the CAM_L_SET is built by moving all streams from the CAM_LOI_SET, to the CAM_L_SET, even if there is a small percentage of streams which do not show loss of integrity. There is assumed to be a high risk that they will lose integrity.

If critical local congestion is not detected at **314**, then as shown in FIG. 17$d$(iii), at **316**, the preliminary step of calculating the mean degree of loss of integrity of all of the streams in the set CAM_LOI_SET is made.

At **317**, it is determined if there is a large percentage of the streams in CAM_LOI_SET, having a degree of loss of integrity similar to the average, using a standard deviation

16

figure. If so, the CAM_L_SET is built at **318**, the remainder of the streams are assumed to have foreign congestion as the cause of the loss of integrity at **321**, and the new state and sets are communicated to the MDM at **322**.

At **319**, if there is no major correlation, minor correlation is determined using CAM_MINOR_PER to see if a smaller percentage of streams have a degree of loss of integrity close to the average. If so, the CAM_L_SET is built at **320**, the level of local network congestion is set to the warning state, and remaining loss of integrity is assumed to be caused by foreign network congestion at **321**. As before, the new sets and states are communicated to the MDM at **322**.

The Network Feedback Monitor (NFM) FIG. 17$e$

Description

The Network Feedback Monitor (NFM) provides the Congestion Analysis Monitor (CAM) with a congestion state indication for all incoming D_Streams based on specific network feedback. These indications primarily enable the NFM to determine whether any observed LOI is due to local network impairments, or whether they are occurring at a foreign location within the network. The network feedback would be generated either by network components detecting corruption, or other receivers providing their own personal view of the network.

As shown in FIG. 17$e$, the NFM detects at **331** any LOI in the received network feedback messages processed at **330**, relating to a given D_Stream. If it exceeds a particular threshold NFM_THR_i, it will attempt to determine the approximate location of the corruption. If the network feedback indicates that at least NFM_CRIT_PER_i % of all other users receiving this stream are experiencing similar LOI (step **332**), then the corruption will be assumed to be in the network near the source of the stream. Thus it is labeled as FOREIGN (step **335**), otherwise it will be labeled as LOCAL (step **333**). In any case, the NFM attempts to make an informed decision about the origins of the LOI. The variable NFM_STATE_i is used to record the current source of corruption if any exists. In the case that the NFM_STATE_i changes, a signal is dispatched at step **334** informing the CAM of this new event.

An example of a possible form of network feedback is Real-Time Control Protocol (RTCP) packets which form part of the IETF's Real-Time Protocol (RTP). In this scenario, participants broadcast status messages informing others about the particulars of the media streams they are transmitting and receiving. Not only does this inform participants regarding what they should be receiving, but also provides an indication as to the quality being received by others.

Variables

NFM_STATE_i={NONE|LOCAL|FOREIGN} LOI source for D_Stream i

NFM_CRIT_PER_i (NCPi)=Minimum required percentage of receivers exhibiting LOI to constitute a FOREIGN LOI event

NFM_THR_i=Loss threshold that must be exceeded in order for a LOI event to exist

TIMESLICE=Fixed unit of time used for periodic state calculations.

The Conference Awareness Module, FIG. 18$a$

Description:

The Conference Awareness Module serves to provide the local user/conferee with a consistent view of the conference environment. This involves knowing who is participating in the conference as well as what media streams they are offering for reception. Three messages are defined below which serve to keep all conferees' views of the conference environment up-to-date.

6,128,649

17

The Conference Awareness Module maintains a Conference User State Database (351). This database is used to maintain all of the collected information about other conferees, the media streams they are offering and additionally, the local user's GUI settings for media stream receipt. It is therefore also accessible by the Graphical User Interface, as well as the Membership Decision Module for updating.

As shown in FIG. 18a, the functions of the conference awareness module can be divided into receive function 350 and transmit function 352. The receive functions include listening for periodic KEEP_ALIVE_MSG messages, requesting and receiving INFORM_MSG messages (see below), and updating the user state database.

The transmit functions include sending initial INFORM_MSG messages to all conferees, sending periodic KEEP_ALIVE_MSG messages to all conferees, resending KEEP_ALIVE_MSG messages if GUI settings change, responding to INFORM_MSG message requests, and sending a LEAVE_MSG message to all conferees when terminating. Messages:

INFORM_MSG: This message is broadcast initially when a user joins a conference and then subsequently in a point-to-point fashion upon individual request. It provides personal information about a conferee such as name, still picture of user, mailing address, telephone numbers etc., however is not required in order to receive media streams. The format of this message is:

{Owner IP & Port Address, Name, Alias, Picture, Mailing Address, Telephone, E-Mail}

KEEP_ALIVE_MSG: Broadcast periodically (or whenever local settings change) to keep others aware of the local conferee's media stream offerings. This message also acts as a "heartbeat" to inform others of a conferee's existence. The format of this message is:

{Owner IP & Port Address, Media [Type, ID, Name, Multicast IP & Port Address], . . . , Media[. . . ]}

Owner IP & Port simply identify the owner of the media stream(s) as well as provide a "callback address" in the case an INFORM_MSG is required. A Media-tuple is required for each media stream being offered by the owner. It consists of a pre-assigned "type" identifier (such as CD-AUDIO), an "ID" to uniquely identify this media within a machine, a "Name" to be used within the graphical user interface, and a media stream Multicast IP and Port address on which to receive this stream. A conferee will be assumed to have left the conference environment if KEEP_ALIVE_MSG messages are not received after a timeout period. This is equivalent to a conferee having sent a LEAVE_MSG message.

LEAVE_MSG: This message is used to inform others of a conferee's intent to leave the conference environment. Once broadcast, this message will cause all others to remove any database information relating to the sender from their Conference User State Database. The format of this message is:

{Owner IP & Port Address, Close Indication}

Transmission And Reception Processes

FIG. 18b shows the overall transmission process. An initial INFORM_MSG message is broadcast at 360. At 361 the process waits for a time out interval or a change in GUI settings, before broadcasting a KEEP_ALIVE_MSG message at 362. At 363, a loop back is made to the start of step 361, unless a terminate signal has been received, in which case a LEAVE_MSG message is broadcast at 364. In parallel, at step 365, the process responds to an INFORM_MSG request, and sends in point to point fashion its own INFORM_MSG message on request.

18

FIG. 18c shows the reception process for the conference awareness module. At 370, the process waits for the arrival of broadcast KEEP_ALIVE_MSG messages or INFORM_MSG messages 370. At 371, if there is a need to request an INFORM_MSG message to obtain information about another user, the INFORM_MSG request is sent at 374, and a response awaited at 375. If necessary, the conference user state database is updated at 372, and the GUI and MDM are alerted of the update at 373, and the loop is continued by returning to step 370.

Other parts of the terminal shown in FIG. 5b will now be described.

Graphical User Interface FIG. 19

The Graphical User Interface (GUI) has four primary functions which enable a user to interact with and control a conferencing environment:

1. Offer an accurate view of the conference environment: The GUI provides a detailed view of all conferees participating in the conference environment via a small still picture of the user, personal information (such as name and mailing address) as well as small icons representing the media streams they are offering (e.g. audio, video or slides). As users join and leave the conference environment, or change the media streams they are offering, the GUI will update its view automatically.

2. Enable a user to specify a customized viewing policy: Not only are offered media streams represented visually via icons, but these may be manipulated by the local user to operate in several modes. The video icon which is represented by a small camera is a three state toggle. By clicking on it with a mouse, the user is able to toggle between MUTE, LOCKED and TRIGGERED modes. The MUTE mode indicates that the user never wishes to see this video stream. The LOCKED mode indicates that the user wishes to always view this video stream independent of available resources. The TRIGGERED mode indicates that the user wishes only to see this video stream when the associated audio stream is active and resources allow. Other media types may be operated in a similar fashion. A default automated stream viewing policy is offered, which may optionally be overridden by the user.

3. Enable a user to control the extent of resource limitations: A variety of resource may be monitored by the system in order to provide the optimal conference view of TRIGGERED streams. These include networking resources, computing resources, explicit tariff limitations and physical desktop resources. The user is free to configure these resource settings as strictly or loosely as desired in order to satisfy their own requirements.

4. Provide visual feedback about resource utilization: The GUI also provides an indication to the user as to the resource(s) that are imposing restrictions on the selected viewing policy. The visual alarm display allows the user to ascertain which resources are at a critical level of utilization and hence are deteriorating the resulting display. Users may by default choose to allow the MDM to continue limiting the display according to resource availability or alternately, override the resource limits feature thus reducing the resulting quality and fidelity of the media presentation. The alarm report provides a verbose report relating to the observed alarms.

As shown in FIG. 19, there may be one panel for video conference control including small still pictures of users. Other windows (not shown) on the same display can show the selected video streams from other users. According to the capabilities of the terminal, these windows may be moved and sized as appropriate, wider control of the user, or

6,128,649

19            20

according to a users controlled policy, e.g. to highlight chosen conferees.

Policy Examples for Dynamic Multicast Group Membership

The control of the multiparty video conferencing environment, also termed "switched presence control" is achieved through dynamic membership within various multicast groups. A conferee selects a desired virtual view of the conference environment, which implies a policy dictating what views will trigger joins and leaves from network-based multicast groups. Many policies may be defined based on the nature of the conference such as a lecture, group meeting, or hosted tour. As an example, assume that a join event is triggered by audio activity (regular dialog) lasting more than $T_J$ seconds and a leave event is triggered by a silent period lasting in excess of $T_L$ seconds. In most cases where video conferences consist of natural dialogue between participants, the silence period threshold ($T_L$) will be much greater than the activity threshold ($T_J$). Typical values for $T_L$ would be in the order of tens or hundreds of seconds, whereas $T_J$ would typically be less than ten seconds. The following policies could be implemented:

a) See video of j most recent speakers

In this policy, the audio streams of all conferees are monitored to determine the j most recent speakers, based on join events. The video streams associated with each of these audio streams are displayed locally which entails network signaling on the user's part to initiate membership within multicast groups. Audio streams are continually monitored to detect leave events which would also entail network signaling to request removal from a multicast group. This is a dynamic and on-going process which guarantees that not more than j video windows will be displayed at any one time. This policy is particularly useful for large group meetings where many conferees participate in an uncoordinated fashion.

b) See video of a set of k speakers, and additionally the j most recent speakers

This policy operates in a similar fashion to the one above, however the user chooses a static set of k conferees who are always to be viewed, in addition to the j most recent speakers. This option is particularly useful for large lecture scenarios or panel discussions where there is a primary set of conferees contributing throughout the length of the conference, and additionally an arbitrary set of conferees who may contribute periodically (e.g. to ask questions).

c) Slide/Whiteboard activity priority

This policy places a high priority on the display of any activity taking place on a slide display or whiteboard. Its triggering event is based on any sort of activity such as a new slide being transferred, pointer motion on a slide, or any detected changes on the whiteboard. Any of these events would cause the slide/whiteboard to be displayed in the foreground of the computer display, thus potentially occluding some or all video windows. Though multicast group membership for slide/whiteboard data would be static, it could have implications on video multicast group membership based on the duration of activity. It may be worthwhile to close video windows (remove multicast group membership) during these periods of slide/whiteboard activity.

d) Chairperson control

It is feasible that a particular conferee be designated as the chairperson in order to provide a unified view of the conference to all conferees. The chairperson would implement any combination of the above mentioned or alternate policies and then would use an out-of-band communication link to control each conferee's view. This would be somewhat

reminiscent of the centralized approach to video conferencing, however could be appropriate in some situations.

The above policies are merely examples, however they demonstrate the advantages of implementing multicast groups for transporting individual media streams. Many other policies could be implemented such as stream priorities and/or stream preemption, based on particular needs.

Other parts of the terminal shown in FIG. 5b will now be described.

D/T Stream (Reception) Processing Modules 28, 34

The D or T_Stream (Reception) Processing Modules have the generic function of receiving a stream from a network connection, and performing all of the necessary steps required for the proper presentation of the stream to the user. These will be specific to the type of media that constitutes the stream, however there are some common characteristics as follows:

1. Network Reception: This step involves the reception of data blocks, de-fragmentation of these blocks to produce protocol data units (PDUs) and the subsequent processing of these PDUs to retrieve the actual payload data that constitutes the stream.

2. Decoding: This second step is concerned with media specific decoding and/or decompression algorithms required to restore the transmitted data to its original form. In the case of motion video for example, algorithms such as ISO/IEC's Motion-JPEG or MPEG are used for compression in order to reduce the required transmission bandwidth.

3. Pre-processing: The third step is also media specific and involves pre-processing to transform the media in some fashion, or provide inter-stream or intra-stream synchronization. Again using motion video as an example, this could involve a conversion of the resolution or color space of the original stream before presentation, or alternately synchronization may be required with an audio stream.

4. Presentation: This final step involves the display of the resulting stream to a presentation output device. In the case of motion video, this is obviously some form of video display such as a computer monitor or television.

The D/T_Stream (Reception) Processing Module's implementation is obviously media specific and a matter of design choice. Depending on the media type being processed, it even may become a major part of a complex terminal but well established principles can be followed by one skilled in the art, to implement this part.

D/T Stream (Transmission) Processing Modules 41, 44

The D or T_Stream (Transmission) Processing Modules have the generic function of performing all of the necessary steps of capturing a live analog signal, converting it to a digital form and subsequently transmitting it over a network connection. This is somewhat specific to the type of media that constitutes the stream, however there are some common characteristics as follows:

1. Capture Process: The capture process involves the use of an analog input device to record a live signal, digitize it and then present it to the local computing environment for consumption. A very simple example is that of an NTSC video camera and accompanying digital video capture card, with which computers are typically equipped today.

2. Coding Process: Upon digitization of the live signal, a coding process is typically required. This usually takes the form of pre-processing and compression functions. Digital video for example is quite bulky and therefore requires compression. A pre-processing function may be required

6,128,649

21

for audio for example, to alter volume levels or mix various audio signals together before compression occurs.

3. Stream Creation: Once the digital media has been coded, a stream must be created. This is usually achieved by interleaving media units with media-specific headers. Media headers usually incorporate absolute or relative timestamps, sequence numbers and media encoding identifiers. These headers serve to identify the nature of the media within the stream, enable synchronization at the receiver and provide a common stream structure that may be recognized at the receiver(s).

4. Network Transmission: The final step in the process involves the transmission of the newly formed stream on a network connection. An obvious requirement before the transmission process may begin is network signaling. Network-specific signaling messages must be exchanged to inform the network and receiving party(s) of the data type to be transmitted, as well as the connection topology desired. Once a connection path is successfully established, the media stream may be transmitted.

The D/T_Stream (Transmission) Processing Module's implementation is obviously media specific and a matter of design choice. According to the media type being processed, well established principles can be followed by one skilled in the art to implement these parts.

Network Signaling Modules 29, 35, 42, 45

The Network Signaling Module has various functions within the Audio/Video Reception/Transmission Processes. Its chief function is to respond to requests made by the Command & Control Process to either become a member of a particular network connection (add-request), or to remove its membership (drop-request) from a particular network connection. The complexity arises in the mapping that is required between simple add/drop requests, to the more complex network specific signaling protocols that exist today. As an example, Internet Protocol (IP) based networks utilize a whole family of protocols produced by the Internet Engineering Task Force (IETF), of which the Internet Group Management Protocol (IGMP), Real-Time Control Protocol (RTCP) and Resource ReSerVation Protocol (RSVP) belong. IGMP is used to enable a host to become a member of an IP multicast connection, whereas RSVP is used to reserve network resources for network connection(s). Thus a Command & Control add-request would necessitate that the Network Signaling Module issue an IGMP_REPORT signaling message as well as the appropriate RSVP_RESERVATION signaling messages. Throughout the life of the connection, the network signaling module would also be responsible for transmitting/receiving the appropriate RTCP messages and responding in an appropriate fashion. In addition, this module would be responsible for dealing with any exception conditions that may arise, according to the network environment in which it operates.

Other system considerations will now discussed.

Media Stream Synchronization

The single most important element of any real-time multimedia communication system is the synchronization mechanism which must be employed in order to guarantee timely and sensory-appealing playback of multimedia streams to a user. One synchronization philosophy is based loosely on concepts expressed in [ref1], [ref2] and [ref3] (below). The philosophy can be generalized as master/slave synchronization with a delay/drop policy and dictates the following: Given n real-time media streams which are to be received at a workstation and subsequently synchronized and displayed, one of these streams is classified as the master and the remaining n-1 are classified as slave streams.

22

The master stream is usually chosen as the one which requires the most stringent QoS (usually audio due to its extreme sensitivity to jitter) and hence receives the highest priority of service within the end-system. All slave streams are synchronized using the master stream as a reference. Since the master stream is processed with the highest priority, we assume that all of its presentation deadlines are met in an end-to-end fashion. The slave streams are then processed and displayed using the master as a time reference, and at a lower priority. Assuming a resource (such as the network or end-system) is not able to process a slave stream in a timely enough fashion, the delay/drop policy is implemented. Essentially, if a slave stream's data unit arrives late and misses its deadline, it will simply be thrown out. Otherwise, if it happens to arrive early before its scheduled display time, it will be delayed for later display.

The above philosophy may prove useful for the following reasons. There is a general assumption that all the components (network and end-system) in the system are performant, largely error free and bound in terms of the delay and jitter they inject into a media stream. Therefore, for the most part there will be little need to interrupt the natural flow of the media stream. Thus a lightweight synchronization scheme is desirable. Additionally, since we are dealing with live media streams, a minimum end-to-end delay is also desirable to enable conferees to converse in a natural fashion. End-to-end performance is favored over absolute stream continuity, which supports the need for a simple, lightweight synchronization protocol. Ultimately, the increased bandwidth offered by newer networks based on ATM or IP implies a reduction in processing demands due to the reduced degree of media compression required. Coupled with the reduced processing overhead associated with ATM's simplistic protocol stack, for example, overall this reduces end-to-end latencies and hence the necessity for complex, compute intensive synchronization protocols. This overall decrease in end-system processing requirements is the fundamental advantage of adopting a network transport facility such as IP or ATM.

Platform:

The process described above could advantageously be implemented using the C programming language because of its large installed base, versatility and speed. Motif/XWindows could be used to produce the GUI and a POSIX.4 compliant library along with Solaris Threads be employed to support real-time functions. Suitable hardware could be:

Sun SPARC 20 workstation running Solaris 2.4 OS: This workstation configuration lends well to the development of real-time multimedia applications. The Sun SPARC's SBus is supported by many third party hardware vendors. Additionally, the SPARC workstation sports some impressive processing and bus bandwidth figures which are inherently required in any multimedia application. Solaris 2.4 has fairly complete support of IEEE's POSIX.4 real-time programming standard. Additionally, it has support for multithreading facilities which provide the equivalent of the POSIX.4a standard. Solaris 2.4 also defines a real-time processing class which enable processes to obtain real-time service and scheduling in an otherwise non-deterministic scheduling environment.

Native Sun Audio CODEC: Because Sun's native audio device is bundled with the computer and is fully-featured, it is essentially a "shoe-in". The CODEC possesses both D/A and A/D converters which are able to operate at a multitude of encoding rates and formats ranging from basic $\mu$-law up to CD quality audio. The device contains microphone and line-level inputs as well as headphone and line-level outputs.

6,128,649

23

Parallax PowerVideo Card: Parallax's PowerVideo Card is suitable because of its on-board Motion JPEG CODEC. It has a video development environment including a complete set of X/Motif API widget libraries which allow for full control of the CODEC hardware thus off-loading any compression/decompression functions from the main CPU. The video hardware is capable of providing the encoding and decoding of a Motion JPEG video stream of 640×480 pixels, 24 bit color at frame rates in excess of 25 fps in real-time. As video resolution is decreased, additional video streams may be processed in real-time.

Although IP may be preferred to ATM, owing to wider usage, if ATM is used, a suitable network interface card would be: FORE SBA-200 ATM NIC: Useful features are offered by the ATM Forum's well known UNI v4.0 standard. These include the negotiation of QoS parameters on a per-connection basis as well as the dynamic establishment of point-to-multipoint ATM connections using SVCs. The advantage of employing FORE Systems ATM NIC was that it offered an API library interface to much of this functionality via its proprietary SPANS signaling protocol. This signaling functionality may be instrumental.

Designing for Performance and Recovery

The design of a real-time multimedia application requires a certain awareness of issues which must be considered when dealing with real-time deadlines. Also, the multimedia aspect of such an application immediately implies potentially high bandwidth data transfers coupled with the need for media synchronization techniques. Ultimately, a certain level of robustness and recoverability from violated time deadlines is a necessity. Some of these issues and the methods adopted to address them are highlighted as follows:

Exploit Available Soft Real-time Facilities

The bane of current workstations are their Time Sharing Operating Systems (TS-OSs). Ironically, most workstations have audio/visual facilities, however no support for hard real-time processing. Hard real-time differs from soft real-time in that the workstation hardware and software has been engineered specifically to enable processes to negotiate a QoS contract which the processing subsystem honors. Soft real-time takes the form of software based facilities which attempt to offer some real-time processing characteristics to executing processes. This may take the form of a preemptive operating system, a scheduler which supports a real-time class or programming libraries which allow for lightweight processes or threads. All these soft solutions tend to aid the designer in achieving real-time performance and should therefore be exploited, however these aren't nearly as effective as a hard Real-Time Operating System (RT-OS).

Recovery From Media Stream Discontinuity

Loss of media stream continuity is usually caused by the network transport more so than by the local end-system. If ATM is being used for transport, losses are possible since ATM only provides statistical guarantees for error-free data delivery. Even though error rates should be quite low within an ATM network, the application should be aware that losses are possible and should deal with such situations in a fashion which disrupts the perceived quality of the media presentation as little as possible. Such mechanisms are achieved using complex synchronization algorithms which deal with media stream discontinuity.

Inter-media and Intra-media Synchronization

Any multimedia system inherently requires both inter-stream and intra-media synchronization which is dependent upon the media streams being presented. For example, if related audio and video streams are being presented, studies indicate that the maximum inter-stream skew should be

24

limited to 80 milliseconds and that the one way delay from sender to receiver should be limited to 150 milliseconds [ref4]. For the multimedia application to be perceived as performing correctly, these real-time constraints must be respected.

Proper Use of Buffers

Buffers are commonly used within multimedia applications in order to absorb jitter, remove skews and delay media stream presentation. Though they can be quite useful, the designer must carefully size buffers so that they do not have a negative impact on overall performance. Small buffers are attractive since they tend to reduce end-to-end delays, however these tend to incur high processing overheads within the operating system which can degrade performance. Conversely, large buffers tend to be much more efficient from an OS perspective, however they force a coarser grained control of media units and increase transmission latency which is not ideal for continuous media.

Exploit Hardware for Performance Gains

The designer must be aware of the options available in the form of hardware modules. In the majority of cases, a hardware vs. software implementation of some functionality is more performant and usually significantly more so. A hardware based Motion JPEG CODEC, audio digitizer, and AAL5 SAR implementation are preferred. All of these hardware implementations off-load processing from the main end-system CPU thus making the system much more performant.

Lightweight Software Modules

A key to designing software modules is to keep them as simple and as lightweight as possible. Certain functions such as mixing and synchronization algorithms can be CPU intensive. However, an efficient design which removes any redundancy or extraneous functionality can make a significant improvement. A synchronization algorithm such as the one discussed above acknowledges the need for a multilevel synchronization scheme. A very tight (CPU intensive) synchronization mode is only required when synchronization is lost which is infrequent, and so a three level synchronization scheme can be adopted. Coding style can be a major factor in reducing the CPU load of a particular software module. Various code tuning and optimization pointers can be found in the many available coding performance and tuning references.

Respect QoS Constraints for Media Streams

Multimedia processing implies that media streams must receive a certain quality of service in an end-to-end fashion. If the network transport is a high bandwidth, low latency medium such as ATM, and the end-systems possess less than adequate processing power, the system will never function well enough to meet the QoS demands placed by the media streams. Consequently, a complex synchronization algorithm running on the end-systems will be of little use, and will serve to be more of a detriment to the overall performance of the system.

Design for Scalability and Robustness

The multimedia system must be designed such that it is scaleable and robust in an end-to-end fashion. In a video conference application, it is quite feasible to have six or eight conferees participating in a video conference. The prototype should be designed in such a fashion that it is capable of processing the audio and video streams of six conferees as a minimum. If the Motion JPEG CODEC is unable to process more than three video streams for example, this reduces much of the functionality and strength.

6,128,649

25

26

References

[1] Herng-Yow Chen, Ja-Ling Wu, MultiSync: A Synchronization Model for Multimedia Systems, IEEE Journal on Selected Areas in Communications, Vol. 14, No. 1, January 1996

[2] Cosmos Nicolaou, An Architecture for Real-Time Multimedia Communication Systems, IEEE Journal on Selected Areas in Communications, Vol. 8, No. 3, April 1990

[3] Xiaobao Chen, End-to-End Synchronization Control Support for Multiservice Applications, Computer laboratory, University of Cambridge, November 1995

[4] Ralf Steinmetz, Gerold Blakowski, A Media Synchronization Survey: Reference Model, Specification, and Case Studies, IEEE Journal on Selected Areas in Communications, Vol. 14, No. 1, January 1996

Invention Advantages

There are several advantages that promote the use of multicast capable networks such as IP based packet networks, or ATM multicast SVCs to realize a switched presence multiparty video conferencing environment. These are aided by advancements in computer processing and networking bandwidth available to common desktop personal computer users. Some of the advantages are highlighted as follows:

a) Conferees may construct their own unique view of the conference environment

In contrast to the centralized "P×64" based approach to video conferencing, a distributed approach using multicast groups enables conferees to arbitrarily select particular audio and video streams to receive (Switched Presence Control). Each conferee is therefore able to tailor his/her view of the conference environment to their own specific liking. A distributed approach also offers an additional level of robustness due to the lack of any central point of failure.

b) Processing and networking resources do not become limitations

In reality, not all conferees will possess the most performant hardware (such as video CODECs) or necessary network bandwidth required to process large amounts of digital media. The switched presence approach enables each conferee to alter their conference view to suit their technical resource limitations.

c) Solves the human cognitive scalability problem

Switched presence addresses the issues of scalability which accompany large multiparty video conferences. Human cognitive scalability issues are addressed by controlling the number of media streams that are simultaneously presented to the user at any point in time. This is a dynamic process which recognizes the fact that the primary speaker (s) within a group communication may be constantly changing.

d) Application layer, receiver-based, reactive congestion avoidance technique

The switched presence approach is an extremely powerful mechanism for dealing with transient network congestion, especially occurring close to the receiver. The receiver can monitor the integrity of media streams at the application level for loss or corruption. In the case that on-going errors are detected in a correlated fashion between a majority of received streams (indicating local congestion), measures can be taken to reduce this congestion by aborting the reception of lower priority (based on application context) stream(s). This reactive congestion avoidance technique would be most appropriate for network environments such as IP which lack a QoS mechanism or are based on soft-QoS (e.g. Resource Reservation Protocol (RSVP)). Obviously, on-going errors identified in an individual stream would indicate possible congestion within the network closer to the sender, however it may still be desirable to abort this stream if the perceived quality degrades significantly.

Different forms of network-based feedback could prove useful in identifying the source of congestion more precisely. Many mechanisms have been proposed such as Resource Management (RM) cells in ATM, RSVP path/reservation messages, and Real Time Control Protocol (RTCP) packets in Real Time Protocol (RTP). None of these approaches have been fully proven as effective feedback mechanisms that will be functional on a large scale and at the same time widely implemented by vendors, however all hold much promise.

e) Cost effective solution for bandwidth tariffed networks

In the case where network tariffs are based on bandwidth usage, switched presence allows a unique means of reducing bandwidth costs while maintaining a satisfying and appealing conferencing experience.

f) Can exploit scaleable video encoding algorithms In some multiparty video conferences, conferees may wish to transmit at very high quality video resolution using a scaleable encoding algorithm such as High Definition Television (HDTV). These scaleable encoding algorithms enable lower quality receiver decoding at less than maximum resolution. The encoding process is performed in multiple layers, where each layer builds progressively on the previous one to produce the maximum resolution. Assuming that each layer is transmitted to a different multicast group, each conferee may choose a subset of multicast groups from which to receive based on the resolution that it can support, without compromising the original video quality for others. This is a unique advantage of using a switched presence topology based on multicast groups.

Many currently standardized video conferencing architectures adopt a frame-based versus packet-based approach to digital media transmission. In the frame based approach, media streams are interleaved at the source and so these streams maintain specific relational and positional significance within the frame. Upon reception of an ITU H.320 frame for example, the receiver knows the exact contents of the frame (e.g. media stream types), their location within the frame, as well as their temporal relation. This eases the chore of intrastream and interstream synchronization at the receiver, however it forces all receivers to receive the exact same quality and quantity of media streams, namely everything. As networks become less connection oriented (e.g. POTS, ISDN) and more packet-based (e.g. legacy LANs and even ATM!), a packet-oriented approach becomes more desirable. A packet approach enables media stream separation, thus allowing receivers to arbitrarily choose individual streams, while benefiting from such networking facilities as QoS and dynamic multicast connectivity which can be tailored to the individual media stream being transmitted. While they are not in the majority, packet based video conferencing architectures are being developed. ITU's H.323 is a packet oriented conferencing standard which enables stream separation at the network level.

The problem when deploying conference environments on a large scale will be scalability. Technology and the human perception are two limiting factors to the number of participants able to attend a single conference. The switched presence approach discussed above deals with both these factors.

Digital media stream separation is used within a multicast-capable network to allow conferees to "tap" into

6,128,649

27

desired media streams. This not only deals with the scalability problem, but also offers additional advantages such as cost effective use of bandwidth and the ability to exploit scaleable video encoding algorithms.

Though the rapidly advancing pace of technology commonly discounts technical scalability arguments as irrelevant, human cognitive abilities will likely not scale with time. This promotes switched presence as a key solution to such problems.

Alternative Embodiments

FIG. 20 shows an alternative arrangement in which the dynamic selection controller 13 has been implemented in part of the network 12, rather than in the users terminal. It could be located remotely from the users terminal, and be fed information relating to network and user terminal conditions (not shown), and user selection policy, using the network. In addition, or as an alternative, the formation of the composite video stream for the user, could take place remotely from the user, e.g. at a local switch in the network. This would have the disadvantage of requiring specialised equipment in the switch, e.g. in the linecard, if the network is the telephone network, but would have the advantage of reducing the bandwidth needed in the last link, the subscriber line to the users terminal, which could be a critical path. It might also simplify the equipment needed in the subscriber end, by obviating the need for display processing capability to create the composite image from multiple received video streams, and thus encourage rapid take-up by consumers, and make maintenance and upgrading easier, for the equipment centralised in the local switch.

FIG. 21 shows another alternative embodiment in which the media streams are delivered by a separate media network 14 to the network 12 used for passing overhead such as awareness information and selection requests. This media network may be a higher bandwidth network such as a cable network capable of delivering multiple video streams to the user. It may link users directly to each other and thus in a conferencing arrangement, be used directly by each user for received and transmitted media streams. However, since only one video stream need be transmitted, while multiple streams may need to be received, it may be advantageous to use the higher bandwidth network 14 for receiving multiple streams, and the lower bandwidth network 12, for transmitting the single stream. The higher bandwidth network, (e.g. an existing cable network which may be substantially unidirectional or asymmetric anyway) would connect each user to the lower bandwidth network (e.g. the telephone network), e.g. by a data multiplexer at a local cable hub or distribution control point, linked to multiple telephone lines of the telephone network. Another reason for using a separate media network to deliver the multiple streams would be to offer higher levels of quality, e.g. latency, and reliability aswell as bandwidth. Users may be willing to pay for such benefits if they are not available from networks such as the internet.

Other variations can be envisaged within the scope of the invention.

What is claimed is:

1. A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of:

determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

28

determining a condition of at least one of the communications network and the terminal;

determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

2. The method of claim 1, further comprising the step of:

determining if the selection is restricted by the condition, the policy comprising an indication of how to make the selection when the selection is restricted by the condition.

3. The method of claim 1 wherein the indication comprises relative priorities between desired streams.

4. The method of claim 1 wherein the condition comprises a level of availability of network resources.

5. The method of claim 1 wherein the condition comprises a level of availability of user terminal resources.

6. The method of claim 1, further comprising the step of:

determining activity on one or more of the media streams, the indication comprising an indication of how to make the selection dependent on the activity.

7. The method of claim 6 wherein two or more of the media streams originate from a single source, and the indication of how to make the selection dependent on the activity comprises making the selection of one of the co-originating streams dependent on activity on another of the co-originating streams.

8. The method of claim 1 wherein the step of determining the selected streams is carried out at the first user's terminal.

9. The method of claim 6 further comprising the step of indicating to the network which are the selected streams wherein the step of passing the selected streams comprises transmitting across the network only the selected streams.

10. The method of claim 1 wherein the media streams comprise video streams.

11. The method of claim 1 wherein the network is a multicast capable network.

12. The method of claim 1 wherein the first user also transmits at least one real-time media stream to take part in a conference between multiple users across the communications network.

13. Software, stored on computer readable media, for carrying out the method of claim 1.

14. A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of:

determining a policy of each of the users for making their respective selection, the policy comprising an indication of how the selection is to be made, the policy being selectable by the first user;

determining a condition of at least one of the communications network and the terminal;

determining dynamically which streams to select for each user according to the condition and according to the respective policy; and,

causing only the selected streams to be passed for display on the terminal of each user, independently of selections made for passing to the other users.

15. Apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising:

6,128,649

**29**

means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

**16**. A network node for use in passing real-time media streams across a communications network for display on terminals of a first user and other users, the node comprising apparatus for selecting streams for display on the terminal of the first user, the apparatus comprising:

means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

**17**. A terminal for displaying real-time media streams available to be transmitted across a communications network for display on the terminal and other terminals coupled to the network, the terminal comprising:

means for coupling the terminal to the network to receive the streams from the network,

means for determining a policy of a terminal user for making a selection from amongst the streams, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

**30**

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy;

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users; and

means for displaying the selected streams.

**18**. A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a multicast capable communications network for display on a users terminal, the method comprising the steps of:

determining a policy of the user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the user;

determining dynamically at the users terminal which streams to select for the first user according to the user's policy; and,

sending a request from the users terminal to the network to transmit only the selected streams for display on the users terminal.

**19**. Apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising:

circuitry for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

circuitry for determining a condition of at least one of the communications network and the terminal;

circuitry for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

circuitry for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

\* \* \* \* \*

Case 09-10138-MFW Doc 14554-1 Filed 10/14/14 Page 162 of 178

# EXHIBIT H

(12) **United States Patent**　　　　　(10) **Patent No.:**　**US 8,464,299 B1**
　　　Meier et al.　　　　　　　　　　　(45) **Date of Patent:**　　**Jun. 11, 2013**

(54) **RESOURCE CONSERVATION FOR PACKET TELEVISION SERVICES**

(75) Inventors: **Rolf G. Meier**, Carp (CA); **Tim J. Rahrer**, Ottawa (CA)

(73) Assignee: **Rockstar Consortium US LP**, Plano, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2212 days.

(21) Appl. No.: **11/280,615**

(22) Filed: **Nov. 16, 2005**

**Related U.S. Application Data**

(60) Provisional application No. 60/628,577, filed on Nov. 17, 2004, provisional application No. 60/628,625, filed on Nov. 17, 2004.

(51) **Int. Cl.**
　　**G06F 15/16**　　　(2006.01)
(52) **U.S. Cl.**
　　USPC ............................................. **725/95**; 725/96
(58) **Field of Classification Search**
　　USPC ............................... 725/58, 124, 125, 86–104
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2002/0174437 | A1* | 11/2002 | Mano et al. | 725/95 |
| 2003/0097659 | A1* | 5/2003 | Goldman | 725/89 |
| 2003/0206719 | A1* | 11/2003 | Bumgardner et al. | 386/83 |
| 2006/0064729 | A1* | 3/2006 | Steading | 725/95 |

* cited by examiner

*Primary Examiner* — Sam Bhattacharya
(74) *Attorney, Agent, or Firm* — Withrow & Terranova, PLLC

(57)　　　　　　**ABSTRACT**

The present invention controls delivery of television content to conserve network resources based on whether the television content is being viewed on a television monitor. A television gateway may monitor a viewer's interactions with the television content to determine whether the television content is being viewed at the associated television monitor, or detect whether the television monitor is on or off. Upon determining that the viewer is not viewing the television content, various actions can be taken to conserve network resources.

**22 Claims, 5 Drawing Sheets**





FIG. 1

Case 1:14-cv-00114-SLR-MPT   Document 14554-1   Filed 01/30/14   Page 165 of 178 PageID #: 164



FIG. 2A



FIG. 2B



FIG. 3

Case 1:14-cv-00114-SLR-MPW Document 14554-1 Filed 01/30/14 Page 168 of 178 PageID #: 167



FIG. 4

US 8,464,299 B1

## RESOURCE CONSERVATION FOR PACKET TELEVISION SERVICES

This application claims the benefit of U.S. provisional patent application Ser. No. 60/628,577 filed Nov. 17, 2004 and U.S. provisional patent application Ser. No. 60/628,625 filed Nov. 17, 2004, the disclosures of which are hereby incorporated by reference in their entireties.

### FIELD OF THE INVENTION

The present invention relates to delivery of television content, and in particular to controlling delivery of television content to conserve network resources based on whether the television content is being viewed.

### BACKGROUND OF THE INVENTION

The increasing bandwidth and reliability of packet networks has reached levels where streaming high quality television content is now possible. For packet-based television services, content providers will likely not send streaming television content for all available channels to all subscribers at the same time. Instead, only the television content for the selected channel will be streamed to the subscriber. As such, the amount of network resources required to service a given number of subscribers is greatly reduced from a scenario where subscribers are simultaneously receiving television content for many channels.

Even though network capacity is increasing, the number of potential subscribers is very large and the television content is growing more data intensive. Subscribers demand high quality television content, which corresponds to lower compression rates and greater bandwidth requirements. Further, the bandwidth required to support high-definition television content is many times that necessary for standard definition television content. Accordingly, there remains a need to conserve the network resources required to provide packet-based television services.

A significant waste of network resources occurs when television content is delivered to a television monitor that is not being viewed. Many subscribers leave their televisions on for long periods of time when no one is home or watching the television. It is also commonplace for subscribers to leave their set top boxes on, even when the television monitor is off. In either case, the television content is being delivered over the packet network to the set top box, thus wasting network resources. When thousands of subscribers are wasting network resources, such waste becomes significant and the packet network must be over built to accommodate the waste. In addition, video content will typically have very high priority in the network so video streams that are not being actively recorded or viewed will preclude or diminish the performance of other services vying for the network bandwidth. As such, there is a need for a technique to control delivery of the television content to conserve network resources when the television content is not being viewed.

### SUMMARY OF THE INVENTION

The present invention controls delivery of television content to conserve network resources based on whether the television content is being viewed on a television monitor, where the term television monitor includes but is not limited to a television, a video processor with separate display panel, a video projector, or a portable or handheld device that is able to display a video stream. A television gateway may monitor

a viewer's interactions with the television gateway to determine whether the television content is being viewed at the associated television monitor or detect whether the television monitor is on or off. Upon determining that the viewer is not viewing the television content, various actions can be taken to conserve network resources. Conservation actions may be avoided if the content is being recorded. These actions may include providing instructions to the content provider to halt delivery of all or a portion of the television content or provide the television content at a reduced quality level to reduce the bandwidth needed for transporting the television content. If delivery of the television content is halted, the television gateway may provide a blank screen or locally stored television content to the television monitor for display. When a conservation action is taken, an alert may be provided for display on the television monitor before, during, or after initiating the action to alert the viewer of the action.

Those skilled in the art will appreciate the scope of the present invention and realize additional aspects thereof after reading the following detailed description of the preferred embodiments in association with the accompanying drawing figures.

### BRIEF DESCRIPTION OF THE DRAWING FIGURES

The accompanying drawing figures incorporated in and forming a part of this specification illustrate several aspects of the invention, and together with the description serve to explain the principles of the invention.

FIG. 1 is a block representation of a packet-based television environment according to one embodiment of the present invention.

FIGS. 2A and 2B provide a flow diagram illustrating operation of a television gateway according to one embodiment of the present invention.

FIG. 3 is a flow diagram illustrating a learning technique according to one embodiment of the present invention.

FIG. 4 is a block representation of a television gateway according to one embodiment of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The embodiments set forth below represent the necessary information to enable those skilled in the art to practice the invention and illustrate the best mode of practicing the invention. Upon reading the following description in light of the accompanying drawing figures, those skilled in the art will understand the concepts of the invention and will recognize applications of these concepts not particularly addressed herein. It should be understood that these concepts and applications fall within the scope of the disclosure and the accompanying claims.

The present invention controls delivery of television content to conserve network resources based on whether the television content is being viewed on a television monitor. In one embodiment, a television gateway, such as a set top box or residential gateway, monitors a viewer's interactions with the television gateway to determine whether the television content is being viewed at the associated television monitor. If the viewer is not viewing the television content, various actions can be taken to conserve network resources. These actions may include providing instructions to a content provider to halt delivery of the television content or provide the television content at a reduced quality level to reduce the bandwidth needed for transporting the television content. If delivery of

US 8,464,299 B1

**3**

the television content is halted, the television gateway may provide a blank screen or locally stored television content to the television monitor for display. In another embodiment, the television gateway monitors the power or current consumption of the television monitor to determine whether the television content is being viewed.

With reference to FIG. **1**, a packet-based television environment **10** is illustrated wherein content servers **12** are able to stream packet-based television content to a television monitor **14** via a television gateway **16**, which may represent a set top box or like device. The content servers **12** may reside on a core transport network **18**, wherein an access network **20** is used to facilitate a connection between the television gateway **16** and the core transport network **18**. The streamed television content may be delivered using any number of appropriate packet-based communication protocols, including the Internet Protocol (IP).

In operation, the television gateway **16** and the content servers **12** are able to exchange control messages to effectively control the delivery of the television content from the content servers **12** to the television gateway **16**, which will process the received television content as necessary and then deliver the television content to the television monitor **14** in an appropriate format for display. The television gateway **16** and content servers **12** can cooperate to allow the television gateway **16** to receive software and firmware updates, exchange billing information for various services, report viewer activity, and the like. Middleware may be provided on the content servers **12**, a standalone network element, or a combination thereof to assist in providing an electronic programming guide and user profiles. The middleware may also be able to monitor user actions and viewing behaviors.

Viewers will have various mechanisms with which to control the television monitor **14** and the television gateway **16**. For example, a television monitor remote control **22** may be provided for controlling only the television monitor **14**. Alternatively, a multi-function remote control **24** may be used to control aspects of the television gateway **16** as well as the television monitor **14**. Other input devices may include a mouse **26**, keyboard **28**, or joystick **30**. In one embodiment of the present invention, these input devices are used to detect viewer activity, which is indicative of the viewer actually viewing the television content that is being received by the television gateway **16** and delivered to the television monitor **14** for viewing. The television gateway **16** can make a determination as to whether the television content is being viewed. If a determination is made that the television content is not being viewed, the television gateway **16** can take appropriate action to conserve network resources. These actions may include but are not limited to instructing the content server **12** to stop delivering the television content, instructing the content server **12** to reduce the quality of the television content in an effort to reduce the data rate or bandwidth associated with delivering the television content, or the like. Other examples will be described further below.

Turning now to FIGS. **2A** and **2B**, a flow diagram illustrates operation of the television gateway **16** according to one embodiment of the present invention. Assume that the television gateway **16** has reacted to viewer input and instructed a content server **12** to deliver selected television content for viewing. Accordingly, the television gateway **16** will receive the television content from the appropriate content server **12** (step **100**) and deliver the television content to the television monitor **14** for display (step **102**).

Upon receiving the television content, or at some point while the television content is being delivered, the television gateway **16** will determine whether to activate a resource

**4**

saving process, which is a process used to determine if and when a resource saving action should be taken (step **104**). Virtually any criteria may be used to determine if and when to activate the resource saving process. In this embodiment, the resource saving process is initiated based on either default or user preferences, which are stored by the television gateway **16** or made accessible to the television gateway **16**. The default or user preferences help to define the criteria used to activate the resource saving process and may be based on the current time, date, timer expiration, the television content, the type of television content (service type), whether the television monitor is on or off, and the like. The criteria may also be based on bandwidth or other resources required by other applications or services. Information bearing on the requirements of other applications or services may come from various network entities, as well as the television gateway **16**.

For example, the preferences for activating the resource saving process may dictate that activation occur after two hours of viewing a given channel, during daytime hours, and only if television content is not pay-per-view content. Notably, activation of the resource saving process does not trigger a resource saving action, but simply activates a process to determine whether a resource saving action should be taken. If the resource saving process should not be activated (step **106**), delivery of the television content will continue (step **108**), wherein another determination whether to activate the resource saving process may take place at a future time or on a periodic or systematic basis (step **104**).

If the resource saving process should be activated (step **106**), the television gateway **16** will begin monitoring viewing indicia, which may be virtually any type of information indicative of the television monitor **14** being watched, in light of resource saving criteria (step **110**). The viewing indicia may relate to user activity involving the television gateway **16** and indicative of a viewer being present to view the television content provided to the television monitor **14**. User activity could involve the viewer changing channels, changing volume, pausing, rewinding, fast forwarding, or otherwise providing input to control the television gateway **16**. Viewing indicia relating to the television state may relate to whether the television monitor **14** is on or off. If the television monitor **14** is off, the television gateway **16** can readily determine that the television monitor **14** is not being viewed. As will be described further below, the television gateway **16** may be able to monitor power or current consumption of the television monitor **14** to determine whether the television monitor **14** is on or off. The resource saving criteria are essentially the rules or guidelines to which the viewing indicia is applied to allow the television gateway **16** to determine whether the television monitor **14** is being watched.

If the television gateway **16** determines that the television monitor **14** is being watched (step **112**), the television gateway **16** will continue monitoring the viewing indicia according to the resource saving process (step **110**). If the television monitor **14** is not being watched (step **112**), the television gateway **16** may determine a resource saving action to take based on the default or user preferences, if multiple resource saving actions are available (step **114**). The television gateway **16** will then initiate a resource saving action (step **116**). In the illustrated example, the television gateway **16** can initiate one of three resource saving actions: halting delivery of the television content, reducing the quality of the television content, and providing local content, which is locally stored on the television gateway **16** or associated device, for display instead of the television content from the content server **12**.

If the resource saving action to halt delivery of the content is selected (step **118**), the television gateway **16** will instruct

**5**

the content server **12** to stop delivery of the television content (step **120**), provide an alert for the viewer to display on the television monitor **14** (step **122**), and provide a blank screen signal to the television monitor **14** (step **124**). At this point, the television gateway **16** may wait for additional user input before taking additional action (step **126**).

If the resource saving action was to reduce the quality of the television content to effectively reduce the data rate associated with delivering the television content and thus the required bandwidth associated with delivering the television content (step **128**), the television gateway **16** will instruct the content server **12** to provide a lower quality version of the television content (step **130**). As such, the content server **12** may employ more intense compression algorithms and/or reduce the content resolution to minimize the data rates necessary to deliver the television content to the television gateway **16**. During this process, the television gateway **16** may provide an alert to the viewer for display on the television monitor **14** (step **132**). The alert may indicate that a lower quality television signal is being provided, as well as provide the viewer with an option to go back to viewing the higher quality television signal. The television gateway **16** will then continue to deliver the television content to the television monitor **14** (step **134**) and wait for additional user input prior to taking further action (step **126**).

If the resource saving action is to provide local content for display on the television monitor **14** (step **136**), the television gateway **16** may instruct the content server **12** to stop delivery of the television content (step **138**), provide an alert to the viewer for display on the television monitor **14** indicating that local content is being displayed (step **140**), and then initiate delivery of the local content to the television monitor (step **142**). The local content may be recorded at the television gateway **16** or may be provided by another media device. The actual content may be a stored television program, slideshow, or desired screen saver. Again, the television gateway **16** may wait for additional user input before taking additional action (step **126**).

As those skilled in the art will appreciate, the television gateway **16** may erroneously determine that a viewer is not watching the television content being provided to the television monitor **14**, even if the television monitor **14** is being viewed by the viewer. As such, customer satisfaction demands that the resource saving criteria be configured to react to the viewing indicia in an accurate manner. This is important in order to ensure that the television gateway **16** does not errantly initiate a resource saving action when the television monitor **14** is being viewed. As a corollary, there is a desire to minimize wasted network resources, and therefore, have the television gateway **16** determine when the television monitor **14** is not being viewed as quickly as possible. To maximize the efficiency of the resource saving process, the resource saving criteria may have many variables, including various viewing indicia.

Further, a learning process may be employed wherein the television gateway **16** will analyze the viewer's habits over time in light of various viewing indicia to create customized resource saving criteria, which are based on the habits of the viewer or viewers associated with a given television gateway **16**. For example, if a user never views content late at night, the stream is still active late at night, and the recording device is not active, then it is likely that no one is viewing the television content. As such, the television gateway **16** may employ the resource saving action. These statistics can be pulled from the middleware that tracks user requests for content and viewing patterns. An exemplary learning process is provided in the flow diagram of FIG. **3**. Initially, the television gateway **16**

**6**

will monitor viewing indicia over time (step **200**) and generate customized resource saving criteria based on the monitoring of the viewing indicia (step **202**). The television gateway **16** will then apply the resource saving criteria to control the resource saving process described above (step **204**).

Those skilled in the art will recognize that there are numerous ways to modify the present invention as well as additional or optional actions that may be taken in association with implementing the present invention. For example, the television gateway **16** may be configured to turn off the power to the television monitor **14** when the television content is not being viewed. Further, since most of the bandwidth associated with the television content is allocated to the video content, the television gateway **16** could instruct the content server **12** to continue delivery of the audio content and halt the video content. As indicated, different types of programming, such as video-on-demand or pay-per-view content, which may involve less user interaction or require a fee for viewing, may warrant not using the resource saving process or changing the resource saving process to be less invasive or restrictive. Many of the actions may be provided in sequence. For example, once it is determined that the television content is not being viewed, the first action may operate to reduce the quality of the television content. If user input is not received within a certain amount of time after a reduction in the quality of the television content, a second action could be taken to halt the delivery of the television content and provide a screen saver or locally recorded content to the television monitor **14**.

As an alternative to the above-illustrated embodiment, an alert could be provided prior to initiating the resource saving action and give the viewer time to cancel the resource saving action before the action is initiated. If the television gateway **16** can operate as a digital video recorder (DVR), the resource saving process may be deactivated when television content is being recorded. The resource saving process may also be tied to the relative length of the programming, wherein for a two-hour program, the resource saving process will not be initiated for at least two hours. Programming length can be obtained from the middleware or electronic programming guide. Alternatively, the resource saving process may be initiated at the end of a program or at the beginning of another program, as well as at different times throughout the program, depending on the desires of the user and the presets provided by the content providers.

With reference to FIG. **4**, a block representation of a television gateway **16** is provided. The television gateway **16** will include a network interface **32** adapted to connect directly or indirectly to the access network **20** and an audio/video interface **34** adapted to provide content to the television monitor **14**. The content will definitely include the television content, and may include audio content as well. The audio content may also be provided to an optional stereo receiver or like audio processor. The audio/video interface **34** may provide analog or digital audio and video signals, or a combination thereof, depending on the desired connectors and formats. The television content received via the network interface **32** will be processed in traditional fashion by a signal processor **36** and forwarded through the audio/video interface **34** for delivery to the television monitor **14**. In addition to processing the television content, the signal processor **36** may be involved in providing signaling to the content servers **12** via the network interface **32**, as well as to the television monitor **14** via the audio/video interface **34**.

The functionality afforded by the television gateway **16** is predominantly controlled by a control system **38**, which cooperates with the signal processor **36** to provide the functionality described above. In particular, the control system **38**

US 8,464,299 B1

7

will have the requisite memory and data to implement a
resource saving function **40**, which effectively implements
the resource saving process. The control system **38** is also
associated with a user interface **42**, which is configured to
receive user input directly through an associated keypad or
any of the other input devices illustrated in FIG. **1**. The user
interface **42** may also provide a display directly on the tele-
vision gateway **16**. Accordingly, the viewing indicia relating
to viewer activity is received via the user interface **42** and
processed by the control system **38** in light of the resource
saving criteria.

When the viewing indicia relates to the power or current
consumption of the television monitor **14**, the television gate-
way **16** may include additional circuitry to monitor the power
or current supplied to the television monitor **14**. In particular,
the television gateway **16** will generally have a power supply
**44**, which supplies power to the various electronics in the
television gateway **16** from an AC power source. The AC
power source may also provide AC power to a power outlet **46**
into which the power cord for the television monitor **14** can be
plugged. Thus, the television monitor **14** will derive its power
from the television gateway **16**. If a power or current sense
circuit **48** is used to monitor the power or current provided to
the television monitor **14**, power or current provided to the
television monitor **14** can be determined at any given time,
and provided to the control system **38** as viewing indicia.
Accordingly, when the television monitor **14** is on, a higher
power and current are provided to the television monitor **14**.
When the television monitor **14** is off, a lower power or
current level is provided to the television monitor **14**. As such,
the control system **38** will have a clear indication as to
whether the television monitor **14** is on or off.

Notably, different television monitors **14** will require dif-
ferent power or current levels for operation. As such, the
control system **38** may cooperate with the power or current
sense circuitry **48** to monitor the power or current provided to
the television monitor **14** over a given period of time, and
effectively learn the respective levels for the on and off states.
Once the learning is complete, the control system **38** will be
ready to process the viewing indicia received from the power
or current sense circuitry **48** in an effective manner. If a
learning process is not desirable, default power or current
levels may be defined for on or off states.

The television gateway **16** may also include an infrared or
radio frequency (RF) interface **50** capable of transmitting
wireless signals to recording devices and the television moni-
tor **14**. For the present invention, the television gateway **16**
may turn the television monitor **14** off by transmitting an
appropriate signal via the infrared or RF interface **50** when
content delivery is stopped as part of a resource saving action.
The power sensing function can be used to confirm that the
television monitor **14** is off. Those skilled in the art will
recognize other types of wired or wireless interfaces through
which the television monitor **14** may be controlled.

Accordingly, the present invention provides an efficient
and effective technique for conserving network resources
based on whether the television content being delivered for
viewing is actually being viewed. A determination as to
whether the television content is actually being viewed may
be based on user activity indicative of the content being
viewed, whether the television monitor **14** is in an on or off
state based on power or current consumption monitoring, or a
combination thereof. If a determination is made that the tele-
vision content is not being viewed, various actions may be
taken to stop the delivery of the television content or change

8

aspects of the television content to minimize the network
resources necessary for transporting the television content for
viewing.

Those skilled in the art will recognize improvements and
modifications to the preferred embodiments of the present
invention. All such improvements and modifications are con-
sidered within the scope of the concepts disclosed herein and
the claims that follow.

What is claimed is:

**1**. A method for conserving resources associated with
packet television services comprising:

    receiving television content from a content provider over a
        packet network;

    providing the television content to a television monitor for
        display to a viewer;

    determining if a resource conserving process should be
        activated, wherein the resource conserving process
        determines if an action to conserve resources associated
        with transporting the television content over the packet
        network should be performed;

    if the resource conserving process should be activated:

        determining whether the viewer is watching the televi-
           sion monitor; and

        initiating the action to conserve resources associated
           with transporting the television content over the
           packet network upon determining that the viewer is
           not watching the television monitor;

    if the resource conserving process should not be activated:

        continue providing the television content.

**2**. The method of claim **1** further comprising monitoring
viewing indicia bearing on the television monitor being
watched and applying the viewing indicia to resource saving
criteria to determine whether the viewer is watching the tele-
vision monitor.

**3**. The method of claim **2** further comprising receiving
viewer input and wherein the viewing indicia comprise
viewer input.

**4**. The method of claim **3** further comprising:

    monitoring the viewer input over time;

    determining viewer behavior based on the viewer input
        over time; and

    generating the resource saving criteria based on the viewer
        behavior, wherein the viewer input over time is used to
        learn the viewer behavior from which the resource sav-
        ing criteria is generated.

**5**. The method of claim **2** wherein the resource saving
criteria is based at least in part on preferences defined by the
viewer.

**6**. The method of claim **2** wherein the viewing indicia bears
on whether the television monitor is on or off.

**7**. The method of claim **1** wherein determining whether the
viewer is watching the television monitor comprises deter-
mining whether the television is on or off, and initiating the
action to conserve resources after detecting that the television
monitor is off.

**8**. The method of claim **7** further comprising:

    providing power to the television monitor;

    monitoring at least one of the power and associated current
        being provided to the television monitor; and

    detecting that the television monitor is off when the at least
        one of the power and the associated current being pro-
        vided to the television is indicative of the television
        monitor being off.

**9**. The method of claim **1** further comprising providing an
alert for display on the television monitor in association with
initiating the action to conserve resources.

US 8,464,299 B1

| 9 | 10 |

**10**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to stop delivery of the television content, wherein delivery of the television content is stopped.

**11**. The method of claim **1** wherein initiating the action to conserve resources further comprises providing locally stored content to the television monitor for display to the viewer.

**12**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to reduce a relative quality of the television content, wherein delivery of the television content after reducing the relative quality requires fewer network resources than delivery of the television content prior to reducing the relative quality.

**13**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to halt delivery of a video portion of the television content, wherein the television content delivered after sending the instructions does not comprise the video portion.

**14**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on a programming type for a program delivered via the television content.

**15**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on whether the television content is being recorded.

**16**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on viewer preferences.

**17**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on at least one of a time, date, and length of a program delivered via the television content.

**18**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on a program being delivered via the television content.

**19**. An apparatus for conserving resources associated with packet television services comprising:

a first interface adapted to receive television content from a content provider over a packet network;

a second interface adapted to provide the television content to a television monitor for display to a viewer; and

a control system associated with the first and second interfaces and adapted to:

determine if a resource conserving process should be activated, wherein the resource conserving process determines if an action to conserve resources associated with transporting the television content over the packet network should be performed;

if the resource conserving process should be activated:
  determine whether the viewer is watching the television monitor; and
  initiate the action to conserve resources associated with transporting the television content over the packet network upon determining that the viewer is not watching the television monitor;

if the resource conserving process should not be activated:
  allow for continued providing of the television content.

**20**. The apparatus of claim **19** further comprising a user interface associated with the control system, which is adapted to determine whether the viewer is watching the television monitor based on viewer activity detected at the user interface.

**21**. The apparatus of claim **19** wherein to determine whether the viewer is watching the television monitor, the control system is further adapted to determine whether the television is on or off, and initiate the action to conserve resources after detecting that the television monitor is off.

**22**. The apparatus of claim **19** further comprising:

an outlet adapted to provide power to the television monitor; and

sensing circuitry adapted to monitor at least one of the power and associated current being provided to the television monitor via the outlet and provide a sensing signal to the control system, wherein the control system is adapted to detect that the television monitor is off when the at least one of the power and the associated current being provided to the television is indicative of the television monitor being off.

\* \* \* \* \*

Case 09-10138-MFW Doc 14554-1 Filed 10/14/14 Page 174 of 178

# EXHIBIT I

Received May 12, 2000
From: Roy Mills <rjmills@nortelnetworks.com>
Update Received from "Kevin-LAW Smith"<kevinsmi@nortelnetworks.com>
=====

This letter affirms Nortel Networks Limited (Nortel Networks) position with
respect to patents that are necessary to IETF standards or specifications.
Individuals employed by Nortel Networks are involved in various working
groups of the IETF.  As a backdrop to any and all such activities, and in
accordance with RFC 2026, Nortel Networks provides the following general
statement:

Nortel Networks may seek patent rights on technology described in a document
which Nortel Networks contributes for use in IETF standards discussions or
standards track specifications.  If such patented technology is essential
for the implementation, use, and distribution, of an IETF standard, Nortel
Networks is willing to make available nonexclusive licenses on fair,
reasonable, and non-discriminatory terms and conditions, to such patent
rights it owns, solely to the extent such technology is essential to comply
with such IETF standard.

Also, to the extent that an essential patent(s) is subsequently identified,
Nortel Networks is willing to make available a nonexclusive license under
such patents, on fair, reasonable, and non-discriminatory terms and
conditions.  Similarly, when and if patent applications are subsequently
issued, and determined essential to the practice of an IETF standard, Nortel
Networks is willing to make available nonexclusive licenses under such
patents, on fair, reasonable, and non-discriminatory terms and conditions.
The terms apply to those patents for which Nortel Networks has the right to
grant licenses.

Parties with questions related to this statement, or inquiries in a license,
should write to:


Kevin L. Smith
Senior Patent Counsel
Nortel Networks Limited - Standards
2221 Lakeside Blvd
M/S 991/14/B50
Richardson, Texas 75082
email:   kevinsmi@nortelnetworks.com

or to:

Stuart Wilkinson
Vice President, IP Licensing & Transactions
8200 Dixie Road, Suite 100
GMS 036/NO/151
Brampton, Ontario L6T 5P6
CANADA
e-mail:   stuartw@nortelnetworks.com

Case 09-10138-MFW Doc 14554-1 Filed 10/14/14 Page 140 of 145 PageID #: 175

# EXHIBIT J



Nortel Networks Corporation
Intellectual Property Licensing & Transactions
8200 Dixie Road Suite 100
GMS 036/NC/151
Brampton ON  L6T 5P6   Canada
Tel   905.863.1146
Fax  905.863.8431
Email stuartw@nortelnetworks.com

www.nortelnetworks.com

**Stuart Wilkinson**
Vice President,
IP Licensing & Transactions

January 12, 2000

Ms. Denise Pribula
PatCom Coordinator
IEEE Standards Dept.
445 Hoes Lane, P.O. Box 1331
Piscataway, New Jersey  08855-1331
U.S.A.

Dear Ms. Pribula:

**RE:  IEEE Standards 802.3ac and 802.1Q**

Nortel Networks Corporation ("Nortel Networks") is the owner of United States Patent 5,959,990 which may be technically essential for complying with IEEE Standards 802.3ac and 802.1Q, CDMA/CD standards for Frame Extension for Virtual Bridged Local Area Network (VLAN) Tagging on 802.3 Networks (the Standards).

In the event that the Standards are adopted and cannot be practiced without the use of the cited patent, Nortel Networks agrees upon written request to grant a non-exclusive license under such patent on a non-discriminatory basis and on reasonable terms and conditions.

This letter does not grant any right with respect to Nortel Networks' copyrights or other intellectual property rights that may relate to the Standards.  Any party interested in the license described above may write to the Vice President, Intellectual Property Licensing and Transactions at the address set out above.

Yours very truly,

Stuart Wilkinson

cc:  Geoff Thompson
     Chair, IEEE 802.3

     Bill Lidinski  (via e-mail lidinsky@hep.net)
     Chair, IEEE 802.1

*How the world shares ideas.*

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ARRIS GROUP, INC.; ARRIS ENTERPRISES, INC., ARRIS
SOLUTIONS, INC.; and GENERAL INSTRUMENT CORPORATION

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jack B. Blumenfeld          302-658-9200
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347; Wilmington, DE  19899

## DEFENDANTS

CONSTELLATION TECHNOLOGIES LLC and ROCKSTAR
CONSORTIUM US LP

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. § 1 et seq.
Brief description of cause:
Patent - Declaratory Judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE  Robinson      DOCKET NUMBER  14-055

DATE
01/30/2014

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE