IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Re: Dkt. Nos. 14476, 14478<br>Hearing Date: November 7, 2014 at 4:00 p.m. |

**STATEMENT OF THE MONITOR AND THE CANADIAN DEBTORS IN RESPECT OF DEBTORS' MOTIONS (I) TO ENFORCE THE AUTOMATIC STAY AND (II) FOR AN ORDER REQUIRING COST SHARING RELATED TO CERTAIN THIRD-PARTY DISCOVERY REQUESTS**

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**")[2] of Nortel Networks Corporation, Nortel Networks Limited ("**NNL**"), and certain of their direct and indirect subsidiaries (collectively, the "**Canadian Debtors**," and together with the Monitor, the "**Canadian Interests**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**"), pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), submit this statement with respect to (i) *Debtors' Motion for (a) an Order Enforcing and/or Extending the Automatic Stay, (b) an Order Enforcing the Court's Prior Orders, (c) a Protective Order, and (d) Related Relief Under Section 105(a)* (the "**Third-Party Discovery Motion**") [Dkt. No. 14476] and (ii) *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 for*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**U.S. Debtors**").

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Costs Motion.

*Entry of an Order Approving the Sharing of Costs Related to Third-Party Discovery* (the "**Costs Motion**") [Dkt. No. 14478], and respectfully state as follows:

## STATEMENT

1. The Canadian Interests do not oppose the relief sought by the U.S. Debtors in the Third-Party Discovery Motion and take no position on the requests sought in that motion. The Canadian Interests submit this statement to update the Court on the status of the related Costs Motion, which was originally filed by the U.S. Debtors simultaneously with Third-Party Discovery Motion, and to clarify the Canadian Interests' position with respect to the Costs Motion.

2. The U.S. Debtors filed the Costs Motion on Friday, September 26, 2014. On Monday, September 29, 2014, the Canadian Interests contacted the U.S. Debtors through counsel and communicated the Canadian Interests' position that the requests sought by the U.S. Debtors in the Costs Motion were filed in violation of the stay of proceedings contained in the Canadian Court's *Fifth Amended and Restated Initial Order* dated January 14, 2009 (the "**Initial Order**"), as well as in violation of this Court's *Order Granting Recognition and Related Relief*, dated February 27, 2009, entered in the Canadian Debtors' pending chapter 15 cases [Case No. 09-10164; Dkt. No. 40], which order, *inter alia*, enforced and gave full force and effect to the Initial Order in the United States.

3. On October 8, 2014, Canadian counsel to the U.S. Debtors informed the Canadian Interests that in light of the concerns raised by the Canadian Interests, the Costs Motion would not be heard on November 4, 2014, as previously scheduled, and that the existing October 14, 2014, objection deadline would be adjourned. The U.S. Debtors further indicated that they

would proceed with the Costs Motion on a date to be determined and on a coordinated basis with the Canadian Court.

4.  In light of the U.S. Debtors confirmation that objections to the Costs Motion need not be filed by the previously noticed deadline, the Canadian Interests are not filing a formal opposition to the Costs Motion with the Court at this time.  However, the Canadian Interests maintain their position that the Costs Motion as filed violates both the Initial Order and the Recognition Order and reserve the right to oppose the Costs Motion based on additional considerations as well at the appropriate time.  Further, any questions concerning the obligations of NNL, or any other Canadian Debtor, to pay costs associated with the Third Party Discovery Requests (and in particular any motion to mandate the payment of such costs) are subject to the jurisdiction of the Canadian Court.

5.  The Canadian Interests otherwise reserve all rights and arguments with respect to the Costs Motion.

[*Intentionally left blank*]

Dated: October 14, 2014
Wilmington, Delaware

                      **BUCHANAN INGERSOLL & ROONEY PC**

                      /s/   Kathleen A. Murphy
                      Mary F. Caloway (No. 3059)
                      Kathleen A. Murphy (No. 5215)
                      919 North Market Street, Suite 1500
                      Wilmington, Delaware 19801
                      (302) 552-4200 (telephone)
                      (302) 552-4295 (facsimile)]
                      mary.caloway@bipc.com
                      kathleen.murphy@bipc.com

                      -and-

                      **ALLEN & OVERY LLP**

                      Ken Coleman
                      Daniel Guyder
                      Jacob S. Pultman
                      1221 Avenue of the Americas
                      New York, New York 10020
                      (212) 610-6300 (telephone)
                      (212) 610-6399 (facsimile)
                      ken.coleman@allenovery.com
                      daniel.guyder@allenovery.com
                      jacob.pultman@allenovery.com

                      *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*