IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
*In re*                                                          :   Chapter 11
                                                                 :
Nortel Networks Inc., *et al.*,                                  :   Case No. 09-10138(KG)
                                                                 :   Jointly Administered
                                                                 :
                            Debtors.                             :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

## DECLARATION OF DUSTIN F. GUZIOR IN SUPPORT OF
## THE OBJECTIONS TO NORTEL'S MOTION FOR RELIEF UNDER SECTION 105(a)
## BY CISCO SYSTEMS, INC.

I, Dustin F. Guzior, state and declare as follows:

1. I am an attorney at Desmarais LLP, 230 Park Avenue, New York, NewYork 10169. I am a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York.

2. Attached as Exhibit 1 is a true and correct copy of the complaint that was filed in *Bockstar Technologies LLC v. Cisco Sys., Inc.*, 13-cv-02020 (D. Del.) [D.I. 1].

3. Attached as Exhibit 2 is a true and correct copy of Cisco's Amended Answer and Counterclaims in *Bockstar Technologies LLC v. Cisco Sys., Inc.*, 13-cv-02020 (D. Del.) [D.I. 37].

4. Attached as Exhibit 3 is a true and correct copy of the Order denying counterclaim-defendants' motions to dismiss and identifying the issues that will proceed to litigation first in *Bockstar Technologies LLC v. Cisco Sys., Inc.*, 13-cv-02020 (D. Del.) [D.I. 94].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Signed this 13th day of October, 2014.

_____
Dustin F. Guzior, Esq.