IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
                                                              :
*In re*                                                       :    Chapter 11
                                                              :
Nortel Networks Inc., *et al.*,                               :    Case No. 09-10138(KG)
                                                              :    Jointly Administered
                                                              :
                         Debtors.                             :
                                                              :
                                                              :
------------------------------------------------------------- x

### DECLARATION OF DUSTIN F. GUZIOR IN SUPPORT OF
### THE OBJECTIONS TO NORTEL'S MOTION FOR RELIEF UNDER SECTION 105(a)
### BY THE MSO DECLARATORY JUDGMENT PLAINTIFFS

I, Dustin F. Guzior, state and declare as follows:

1. I am an attorney at Desmarais LLP, 230 Park Avenue, New York, NewYork 10169. I am a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York.

2. Attached as Exhibit 1 is a true and correct copy of the Complaint that was filed in *Charter Communications, Inc., et al. v. Rockstar Consortium US LP et al.*, C.A. No. 14-055 (SLR) [D.I. 1].

3. Attached as Exhibit 2 is a true and correct copy of the Amended Complaint that was filed in *Charter Communications, Inc., et al. v. Rockstar Consortium US LP et al.*, C.A. No. 14-055 (SLR) [D.I. 53].

4. Attached as Exhibit 3 is a true and correct copy of the Order denying defendants' motions to dismiss and identifying the issues that will proceed to litigation first in *Charter*

*Communications, Inc., et al. v. Rockstar Consortium US LP et al.*, C.A. No. 14-055 (SLR) [D.I. 82].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Signed this 13th day of October, 2014.

_____
Dustin F. Guzior, Esq.