# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., | ) |
| WIDEOPENWEST FINANCE LLC a/k/a | ) |
| WOW! INTERNET, CABLE & PHONE, | ) |
| KNOLOGY, INC., | ) |
| CEQUEL COMMUNICATIONS, LLC, d/b/a | ) |
| SUDDENLINK COMMUNICATIONS, | ) |
| and CABLE ONE, INC., | ) |
| | ) |
| | ) Civil Action No._____ |
| Plaintiffs, | ) |
| | ) |
| v. | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| ROCKSTAR CONSORTIUM US LP, | ) |
| BOCKSTAR TECHNOLOGIES LLC, | ) |
| CONSTELLATION TECHNOLOGIES LLC, | ) |
| and SPHERIX INCORPORATED, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiffs, Charter Communications, Inc., ("Charter"), WideOpenWest Finance, LLC a/k/a WOW! Internet, Cable & Phone ("WideOpenWest"), Knology, Inc. ("Knology" and, together with WideOpenWest, "WOW"), Cequel Communications, LLC d/b/a Suddenlink Communications ("Suddenlink"), and Cable One, Inc. ("Cable One") (collectively "Plaintiffs") allege as follows for their Complaint against Rockstar Consortium US LP ("Rockstar"), Bockstar Technologies LLC ("Bockstar"), Constellation Technologies LLC ("Constellation") and Spherix Incorporated ("Spherix") (collectively "Defendants"):

## Nature of the Action

1.     Rockstar is a patent assertion entity whose business includes the assertion of patents it acquires from third parties. Rockstar claims to own and/or control over 4,000 patents, virtually all of which, upon information and belief, Rockstar acquired from the

bankruptcy estate created when Nortel Networks Corporation, Nortel Networks Inc., and various of their subsidiaries (collectively, "Nortel") filed for bankruptcy protection in Canada and the United States in 2009.

2.      Through a campaign to enforce this recently-acquired portfolio, Rockstar has accused Plaintiffs—which are in the communications, cable and/or wireline industries—of infringing large swaths of the portfolio, based on Plaintiffs' adoption of various communication and networking technologies related to those industries.

3.      Through Bockstar and Constellation, Rockstar has also initiated litigation against members of the communications, cable and/or wireline industries to enforce various communications technology patents within the portfolio.

4.      These public allegations of infringement, threats of litigation, and lawsuits by Rockstar, for itself and on behalf of Bockstar, Constellation, and Spherix, have cast a cloud of uncertainty over Plaintiffs' businesses requiring the declaratory relief sought in this Complaint.

5.      Rockstar contends that it is able to levy these allegations against Plaintiffs because many of the patents obtained from Nortel are patents that allegedly apply to well-established, technical standards that have become ubiquitous in the communications industry.

6.      In many instances such technical standards are designed into the equipment Plaintiffs purchase from vendors, and must be implemented to interoperate with other communications providers and their end user customers.

7.      Notwithstanding Rockstar's threats to enforce these patents, Rockstar, and on information and belief, Bockstar, Constellation, and Spherix, are under an obligation to license the patents in this portfolio that are essential to these standards on fair, reasonable and non-discriminatory ("FRAND" or "RAND") terms.

8.    Rockstar, for itself and on behalf of Bockstar, Constellation, and Spherix, has nevertheless refused to enter into negotiations with Plaintiffs or their vendors with respect to such patents unless Plaintiffs execute non-disclosure agreements that are designed to defeat Defendants' obligations to license these patents on fair, reasonable and non-discriminatory terms.

9.    Defendants' obligation to license standard-essential patents on fair, reasonable and non-discriminatory terms further necessitates that Rockstar identify those patents within the portfolio that are subject to such obligations.  Nevertheless, Rockstar has refused to provide such information to Plaintiffs.

10.    Certain of the patents asserted by Rockstar are burdened with royalty-free licenses previously granted by Rockstar's predecessors-in-interest as part of agreements entered into with one or more Standard Setting Organizations ("SSOs").  Plaintiffs are implied licensees and third-party beneficiaries to such license(s).  Moreover, Rockstar's right to sue Plaintiffs for infringement of these patents was exhausted once Plaintiffs purchased equipment and software embodying and/or used to practice the alleged inventions claimed in these patents by licensed vendors.  Notwithstanding these facts, Rockstar, for itself and on behalf of Bockstar, Constellation, and Spherix, has wrongfully claimed Plaintiffs are practicing these patents without authority and Rockstar has improperly demanded that Plaintiffs negotiate a royalty-bearing license to these patents.

11.    Through its communications and various enforcement activities, Rockstar has alleged that Plaintiffs and others in the communications, cable and/or wireline industries infringe a number of communications patents including U.S. Patents Nos. 5,471,474 (the "'474 patent"), 5,583,862 (the "'862 patent"), 5,761,197 (the "'197 patent"), 5,959,990 (the "'990

patent"), 6,128,649 (the "'649 patent"), 6,130,893 (the "'893 patent"), 6,192,397 (the "'397 patent"), 6,321,253 (the "'253 patent"), 6,845,389 (the "'389 patent"), 6,901,048 (the "'048 patent"), 7,154,879 (the "'879 patent"), 8,134,917 (the "'917 patent"), 8,464,299 (the "'299 patent"), and RE40,999 (the "'999 patent") and unspecified patents relating to communications and networking from among the more than 4,000 patents that form the portfolio (collectively, "the Rockstar Asserted Patents"). The Rockstar Asserted Patents are attached hereto as Exhibits A through N.

12.    These activities by or on behalf of Defendants create an immediate, definite, concrete and substantial dispute regarding Plaintiffs' alleged infringement of patents in Rockstar's portfolio, including, but not limited to, those patents specifically identified above.

13.    Rockstar has misused and attempted to obtain exorbitant royalties from licensing the patents it purchased from Nortel by:  (a) refusing to identify to potential licensees the patents it seeks to enforce and instead broadly accusing companies of infringing the portfolio as a whole; (b) requiring all potential licensees to sign non-disclosure agreements as a precondition to negotiating licensing agreements for the purpose of obtaining royalties in excess of its FRAND obligations; (c) refusing to identify patents already licensed to vendors in an attempt to avoid exhaustion and extort multiple royalties; and (d) once requests are made to license standard essential patents, transferring those patents to third parties in an attempt to obtain increased royalties and avoid its FRAND licensing obligations.

14.    In order to clear the cloud created by these threats, Plaintiffs bring this action for breach of contract as a result of Defendants' refusal to honor its FRAND licensing obligations, for various declaratory judgments by the Court, and for tortious interference and civil conspiracy.

## Parties

15.     Charter is a Delaware corporation with its principal place of business at 400 Atlantic Street, 10th Floor, Stamford, Connecticut 06901.  Charter is a provider of cable services in the United States, offering a variety of entertainment, information, and communications solutions to residential and commercial customers.

16.     WideOpenWest and Knology are Delaware corporations each having a principal place of business at 7887 E Belleview Ave., Suite 1000 Englewood, Colorado 80237. WideOpenWest and Knology provide cable services in the United States, offering a variety of entertainment, information, and communications solutions to residential and commercial customers.

17.     Suddenlink is a Delaware limited liability company with its principal place of business at 520 Maryville Centre Drive, Suite 300, St. Louis, Missouri 63141.  Suddenlink provides cable services in the United States, offering a variety of entertainment, information, and communications solutions to residential and commercial customers.

18.     Cable One is a Delaware corporation with a principal place of business at 210 E. Earll Drive, Phoenix, Arizona 85012.  Cable One provides cable services in the United States, offering a variety of entertainment, information, and communications solutions to residential and commercial customers.

19.     Rockstar is a Delaware limited partnership.  On information and belief, Rockstar purports to have a principal place of business at 7160 North Dallas Parkway, Suite No. 250, Plano, Texas 75024.  Rockstar identifies itself as a "patent licensing company" that exists for the sole purpose of enforcing various patents in its portfolio.

20.     Constellation is a Delaware limited liability company that purports to have its principal place of business at Legacy Town Center 1, 7160 North Dallas Parkway, Suite No. 250, Plano, Texas 75024. Constellation is a wholly owned subsidiary of Rockstar, and a patent assertion entity.

21.     Bockstar is a Delaware limited liability company that purports to have its principal place of business at Legacy Town Center 1, 7160 North Dallas Parkway Suite 250, Plano, Texas 75024. Bockstar is a wholly owned subsidiary of Rockstar, and a patent assertion entity.

22.     Spherix is a Delaware company with its principal place of business located at 7927 Jones Branch Drive Suite 3125, Tysons Corner, Virginia 22102. Spherix is, among other things, a patent assertion entity.

## Jurisdiction and Venue

23.     This action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201, and the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

24.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a), 1367, and 2201(a).

25.     This Court has personal jurisdiction over Defendants because each is a limited partnership, limited liability company or company residing in this District.

26.     Venue is proper in this District under 28 U.S.C. § 1391 because, among other reasons, Defendants reside and conduct business in this judicial district.

## Allegations Common to All Counts

### Technical Standards and the Process of Standard Adoption

27.     New communications technologies are only broadly commercialized after device manufacturers agree on specifications that allow for interconnectivity of the devices.  For cable, wireline, wireless, VoIP and other communications technologies alike (including but not limited to the delivery and routing of voice, data and video between providers for ultimate delivery to end user customers (hereinafter "communications technologies")), these technical specifications are usually developed through the efforts of Standard Setting Organizations ("SSOs") whose membership includes hardware manufacturers and service providers.

28.     The standards established by SSOs play a significant role in the development of communications technologies.  Standards facilitate adoption of new technologies and the development of interoperable hardware.  Standards allow consumers to purchase hardware from various manufacturers with confidence in its interoperability.

29.     Technologies incorporated into today's communications networks are based on standards established by recognized SSOs and adopted by key industry participants.

30.     To ensure that market participants are able to adopt and use established standards, SSOs promulgate policies and procedures that control the disclosure and licensing of patents held by participants that may read on adopted standards.  These policies and procedures are set out in each SSO's intellectual property rights policies ("IPR policies").

31.     Most, if not all, IPR policies typically require participants to disclose patents that relate to the standards being considered for adoption by the SSO.  These required disclosures allow the SSO and its members to evaluate technologies with full knowledge of the

various intellectual property rights that may affect the industry-wide cost of adopting that technology as part of a new standard.

32.     These disclosure obligations are vital to the standard setting process because they allow SSOs to develop standards without fear that patent owners participating in the standard setting process will aggressively enforce their patent rights against the industry once an infringing standard is adopted.

33.     IPR policies require participants that own standard essential patents to offer to license those patents on FRAND terms and, when necessary, on royalty-free terms.  IPR policies also require that licenses be made readily available to any member of the public interested in practicing the affected standards.

34.     IPR policies usually state that a participant's commitment to license its patents on FRAND terms is irrevocable and survives until the withdrawal of the standard for which the commitment was made.

35.     An example of an IPR policy promulgated by the IEEE can be found at: http://standards.ieee.org/develop/policies/bylaws/sect6-7.html#6

<u>Nortel's Participation in Standard Setting</u>

36.     Until its bankruptcy in 2009, Nortel Networks Corporation was a multinational communications and data networking equipment manufacturer.

37.     For over two decades, in conjunction with its research and development efforts, Nortel, its various subsidiaries, and acquired entities (collectively "Nortel") actively participated with SSOs to establish standards for communications technologies.

38.     Over the course of its business, Nortel participated in the development of standards promulgated by various SSOs including the Institute of Electrical and Electronics

Engineers ("IEEE"), the International Telecommunications Union ("ITU"), the Internet Engineering Task Force ("IETF"), and the 3rd Generation Partnership Project ("3GPP").

39.     During this same time period, Nortel obtained a large number of patents that cover various aspects of communications technologies.

40.     Certain patents issued to Nortel during this period arguably read on the standards developed through the IEEE, ITU, IETF, 3GPP and other SSOs.

41.     In accordance with the established policies of each SSO it participated with, Nortel openly and publicly committed itself to license any standard essential patents on FRAND terms.  Nortel undertook these commitments through Letters of Assurance ("LOA") issued to the SSOs or simply by disclosing its patents pursuant to the IPR policies of each SSO.

42.     Many of the LOAs Nortel issued broadly stated that Nortel would provide FRAND licenses to any patents in its portfolio that read on a particular standard.  An example of such a letter Nortel sent to the IETF is attached as Exhibit O.

43.     Other LOAs Nortel issued specified the individual patents within Nortel's portfolio that read on a particular standard.  An example of this second type of letter is attached as Exhibit P.

44.     Nortel benefitted from having its technologies adopted by SSOs because they then would be included as core technologies in the communications industry and their use required by all manufacture and service providers.

45.     Nortel also acquired patents from other companies that arguably applied to these technical standards.  On information and belief, these other companies also worked with such SSOs during standard setting processes and either executed LOAs or had a duty to disclose patents.

46.     These and other LOAs issued by Nortel represent binding commitments to license a segment of the Nortel patent portfolio on FRAND terms.

47.     Irrespective of whether Nortel (or the companies that developed patents Nortel acquired) issued an LOA, active participation with SSOs obligated the participant to offer each standard essential patent on FRAND terms.

<u>Nortel's Prior Royalty-Free License</u>

48.     Data Over Cable Service Interface Specification ("DOCSIS") is a telecommunications standard created by Cable Television Laboratories, Inc. ("CableLabs") for providing high-speed data service over cable networks.  CableLabs is a non-profit research and development consortium that is dedicated to pursuing new cable communications technologies and helping its cable operator members integrate those technical advancements into their business objectives.

49.     In 1998, CableLabs created a royalty-free cross-licensing patent pool for intellectual property rights essential to the DOCSIS specifications.

50.     Upon information and belief, when a company joins the DOCSIS patent pool, it grants a royalty-free license to CableLabs to all patents and other intellectual property owned then or thereafter by it or its affiliates, to the extent that practice of any CableLabs' specifications would infringe or otherwise utilize that property.  The rights granted to CableLabs include the right under which CableLabs may sublicense its rights under those patents and other intellectual property.

51.     Upon information and belief, Nortel and/or its affiliates and predecessors joined the CableLabs DOCSIS patent pool and granted CableLabs a license (with the right to

sublicense others) to their patents and other intellectual property practiced through adherence to various the DOCSIS standards.

52.     To the extent necessary to practice the DOCSIS standards, the '474, '197, '999 and '990 patents were among those as to which CableLabs was granted a royalty-free license with the right to sublicense others.

53.     Upon information and belief, Rockstar acquired its patent portfolio, including the '474, '197, '999 and '990 patents, out of the bankruptcy estate created after Nortel filed for bankruptcy protection in Canada and the United States in 2009.

54.     Upon information and belief, when Rockstar acquired its patent portfolio from the Nortel bankruptcy estate, Rockstar expressly agreed to honor Nortel's obligations to the DOCSIS patent pool.

55.     Plaintiffs purchase DOCSIS capable hardware and software from various vendors.

56.     Upon information and belief, CableLabs granted each of these vendors a sublicense to make, use, and sell the inventions claimed in the '474, '197, '999 and '990 patents, to the extent necessary to practice the DOCSIS standards.

57.     Plaintiffs have purchased and use in providing their services licensed equipment sold to them by these vendors.

### Rockstar's Purchase of the Nortel Portfolio

58.     On January 14, 2009, Nortel filed a petition for bankruptcy protection and, thereafter, put its extensive patent portfolio up for auction.

59.     A consortium consisting of Apple, Microsoft, Research in Motion, Sony and Ericsson formed a company named "Rockstar Bidco" to bid on the Nortel patent portfolio.

Rockstar Bidco ultimately prevailed at auction, purchasing Nortel's patent portfolio for approximately $4.5 Billion.

60.     Many of the patents that Rockstar Bidco obtained from Nortel have since been transferred to a second company named Rockstar Consortium US LP—one of the named defendants in this lawsuit.

61.     Rockstar Consortium has recently transferred some of these patents, including purportedly standard essential patents, to Bockstar, Constellation and Spherix and threatens to transfer more.

62.     On December 11, 2013, Constellation filed a patent infringement lawsuit against Time Warner Cable Inc. ("TWC") in the Eastern District of Texas, Case No. 2:13-cv-1079 (the "Texas Case").

63.     TWC is a cable provider in the United States that offers communications services similar to those that Plaintiffs offer to their customers.

64.     In the Texas Case, Constellation asserts that TWC infringes the '649, '389, '048, '879, '917, and '299 patents.

65.     In its meetings and correspondence with one or more Plaintiffs, Rockstar, for itself and on behalf of its wholly owned subsidiary Constellation, has specifically asserted that Plaintiffs are infringing the '879 patent.  Rockstar has also asserted to Plaintiffs that they are infringing numerous other unidentified patents in the portfolio relating to communications technologies.

66.     The technologies accused of infringement in the TWC lawsuit can be characterized as being directed to communications technologies similar to those employed in Plaintiffs' businesses.

67.     Constellation's enforcement activities against TWC reflect a manifest intent, on the part of Constellation, to enforce its patent rights against the very communications technologies that are employed in Plaintiffs' businesses.

68.     For these reasons, in addition to others alleged within this Complaint, Plaintiffs have a sufficient reasonable apprehension that they will face suit on these additional patents by Defendant(s) to support jurisdiction for the declaratory judgments sought in this Complaint with respect to those patents.

<u>Rockstar's Patent Enforcement Campaign Against Plaintiffs</u>

69.     Shortly after Rockstar took possession of the Nortel patent portfolio, Rockstar began a patent enforcement campaign by notifying Plaintiffs and others that they infringed large swaths of the patent portfolio now owned by Rockstar.  Copies of the letters Rockstar sent to Plaintiffs are attached as Exhibits Q - U.

70.     Rockstar asserted that its allegations of infringement were based on each Plaintiff's implementation of hardware and software that practices fundamental communications standards.

71.     Rockstar stated in these letters that it "owns thousands of patents and patent applications in several different technology areas, most notably in communications and networking" and that each Plaintiff "currently offer[s] certain products and services that infringe patents owned by Rockstar."

72.     While Rockstar's letters did accuse Plaintiffs of infringing specific patents within its portfolio, Rockstar was quick to explain that those named patents were provided by way of example, and that each Plaintiff should "*keep in mind that the [named] patents are part of a much larger portfolio.*"

73. Rockstar's letter writing campaign did not merely accuse each Plaintiff of infringing a handful of identified patents but, rather, accused each Plaintiff of infringing whole swaths of Rockstar's substantial patent portfolio.

74. After receiving Rockstar's letter, certain of the Plaintiffs opened a dialogue with Rockstar in an attempt to learn more about Rockstar's portfolio and, if necessary, to negotiate a license to aspects of Rockstar's portfolio.

75. Rockstar refused these overtures and demanded that each Plaintiff execute a non-disclosure agreement as a condition precedent to receiving information concerning the patents or discussing the terms of a license.

76. Restrictions demanded by Rockstar required that Plaintiffs agree to restrict disclosure of discussions with Rockstar. In certain instances, Rockstar demanded that one or more Plaintffs refrain from disclosing the substance of Rockstar's licensing negotiations to any third party for any purpose.

77. These restrictive non-disclosure agreements discouraged, and in some instances prohibited, Plaintiffs from discussing the terms of their licensing negotiations with other accused infringers or from notifying hardware suppliers of Rockstar's allegations for purposes of obtaining indemnification or to allow vendors to negotiate licenses directly.

78. In an effort to give due consideration to Rockstar's threats of patent litigation—or worse, serial enforcement of Rockstar's substantial portfolio—WOW, Suddenlink, Cable One and others executed Rockstar's mandatory non-disclosure agreement and entered into negotiations with Rockstar.

79.     Other accused infringers, including Charter, declined to execute Rockstar's proposed agreement and were excluded from meaningful licensing negotiations. Charter was left with no other option but to sue or be sued.

80.     For accused infringers that signed non-disclosure agreements it quickly became apparent that Rockstar had no intention of honoring its FRAND licensing obligations or negotiating a license to its portfolio in good faith.

81.     During these negotiations, Rockstar used the size of its newly-acquired portfolio, coupled with the threat of serial litigation, to demand exorbitant licensing fees—fees that do not comport with the FRAND terms under which Rockstar was obligated to license the standard essential patents in its portfolio.

82.     In addition to demanding exorbitant licensing fees, Rockstar also used the sheer size of its portfolio to preclude accused infringers from substantively evaluating the merits of Rockstar's infringement allegations.

83.     Rockstar accomplished this by refusing to identify for accused infringers the full list of patents they were purportedly infringing.  Instead, Rockstar provided only what it deemed "exemplary" patents from its portfolio for evaluation.  This left accused infringers with no way to meaningfully evaluate Rockstar's infringement allegations, to refute its allegations of infringement, or to determine the actual value of the relevant patents within Rockstar's portfolio.

84.     Relying on the substantial breadth of its portfolio, Rockstar also intimidated accused infringers by suggesting that failure to take a license to Rockstar's entire portfolio would place a cloud of uncertainty over their business and would, ultimately, result in those parties being subjected to an endless cycle of patent enforcement through serial litigation.

Rockstar's recent assignments of patents to Constellation and Bockstar, and sale of patents to Spherix with threats to sell more patents constitute actions in furtherance of these threats.

85.     Following up on its threats, since October 2013, Defendants have filed multiple lawsuits in which they accuse various technology companies of infringing patents within the portfolio. These recent enforcement activities by Defendants make the threat of serial litigation all the more concerning for Plaintiffs.

86.     Rockstar also used its non-disclosure agreements to preclude Plaintiffs from notifying their device manufacturers of the details of Rockstar's allegations of infringement—a necessary prerequisite to obtaining indemnification. This strategy interfered with Plaintiffs' contractual rights and increased Plaintiffs' potential liability. Rockstar used this strategy in an effort to coerce Plaintiffs, and others, to take a license to Rockstar's entire portfolio, including to patents not relevant to those parties' products and/or services, as well as to patents that were already licensed by Plaintiffs' vendor(s).

87.     By extinguishing communications between device manufacturers and service providers, Rockstar sought to increase its already exorbitant licensing fees—allowing it to sign up device manufacturers and service providers for separate licenses.

88.     Rockstar also used these restrictive non-disclosure agreements to extinguish communications between various participants in the communications industries. Rockstar's actions were intended to prevent Plaintiffs from ensuring that any license negotiated would be on fair, reasonable, and nondiscriminatory terms, facilitating Rockstar's efforts to extract fees in excess of those it was entitled to pursuant to its FRAND licensing obligations.

89.     Based on the foregoing, Rockstar required parties to execute non-disclosure agreements, not in a good-faith attempt to protect both parties during negotiation, but

rather, to erect an artifice that would allow Rockstar to conduct its improper licensing campaign in an environment that carried less risk of exposure to liability for violating its FRAND obligations.

90.     Using its inappropriate licensing strategy, Rockstar has refused to engage in good faith negotiation as required pursuant to its obligations to license its patents on FRAND terms.

<u>Ownership of Rockstar Asserted Patents</u>

91.     During the discussions set forth above, Rockstar represented that it was the owner and/or had the authority to negotiate licenses in connection with all of the patents in its portfolio.  Rockstar, to this day, continues to communicate with one or more of Plaintiffs in an effort to license the entire portfolio of patents.

92.     Bockstar and Constellation allege in recent pleadings filed in separate actions that they are now assignees of one or more of the patents that were originally included in the Rockstar portfolio.

93.     In a recent press release, Spherix also claims to be the assignee of a substantial number of patents that were originally part of the Rockstar portfolio.

94.     By engaging in negotiations to license not only its own patents but also those it has apparently assigned to other Defendants, Rockstar representatives were purporting to act not only on behalf of itself, but also on behalf of Constellation, Bockstar and Spherix.

95.     Upon information and belief, Rockstar currently owns all right, title, and interest in the '474, '862, '197, '990, '893, '397, '253, and '999 patents, and Constellation currently owns all right, title, and interest in the '649, '389, '048, '879, '917, and '299 patents.

## COUNT I – BREACH OF CONTRACT

96.     Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

97.     Nortel entered into express or implied contractual commitments with various SSOs, including but not limited to, the IEEE to offer standard essential patents on FRAND terms.

98.     Nortel was contractually obligated to offer a license to its standard essential patents in a manner consistent with the representations contained in each LOA submitted to each SSO and in accordance with the IPR policies promulgated by each SSO. This included an obligation to license standard essential patents on FRAND terms to members of the public, including the Plaintiffs' vendors, that would potentially implement the standards established by that SSO.

99.     Each SSO's IPR policy, as amended over time, constitutes a contractual commitment to offer standard essential patents in accordance with the terms of those policies. By participating with these SSOs, Nortel and other entities whose patents Nortel acquired promised to adhere to the policies and to offer standard essential patents on FRAND terms.

100.    As members of the public that would potentially implement the standards established by the IEEE, ITU, IETF, 3GPP and other SSOs, Plaintiffs and their vendors are intended third-party beneficiaries of Nortel's and other entities contractual commitments to those SSOs.

101.    As subsequent owners of the Nortel patent portfolio, Defendants are obligated to honor Nortel's express and implied FRAND licensing commitments with respect to the Nortel standard essential patents in their respective portfolios.

102.    To the extent patents are standard essential, Rockstar and the remaining Defendants acting by or through Rockstar breached their express and implied FRAND licensing commitments—including its duty to satisfy its FRAND licensing commitments consistent with the covenant of good faith and fair dealing—by engaging in at least the following acts:

a.      Making or having made public statements to the effect that Nortel's FRAND licensing commitments would not be honored;

b.      Refusing to offer to license standard essential patents to Plaintiffs or their vendors on FRAND terms;

c.      Refusing to enter into licensing negotiations with Plaintiffs or their vendors in the absence of highly-restrictive non-disclosure agreements;

d.      Requiring Plaintiffs and third-parties, including Plaintiffs' vendors, to execute non-disclosure agreements intended to achieve licenses having non-uniform terms and obligations;

e.      Refusing to enter into licensing negotiations in the absence of non-disclosure agreements that precluded Plaintiffs from communicating with device manufacturers regarding their allegations of infringement;

f.      Using the protections afforded it under non-disclosure agreements to conduct its campaign to extort industry participants, including Plaintiffs, that have adopted well-established digital telecommunication standards; and

g.      Refusing to make the terms of existing license agreements and commitments publicly available or to offer such arrangements to all industry participants on nondiscriminatory terms and conditions.

103. Through the foregoing acts, Defendants breached the express and implied FRAND licensing commitments Nortel and other entities made to each SSO.

104. As a result of the foregoing breaches, Plaintiffs have been injured in their business or property, and are threatened by imminent loss of profits, loss of customers, and loss of goodwill.

## COUNT II – DECLARATORY JUDGMENT OF OBLIGATION TO LICENSE ON FRAND TERMS

105. Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

106. Nortel expressly or impliedly entered into contractual commitments with the IEEE, IETF, ITU, 3GPP, and other SSOs to offer to license standard essential patents in a manner consistent with the representations in each LOA and pursuant to the policies promulgated by each SSO.

107. As subsequent owners to the Nortel patent portfolio, Defendants are obligated to honor Nortel's express and implied FRAND licensing commitments with respect to at least those patents.

108. Rockstar, for itself and on behalf of its assignees Constellation, Bockstar and Spherix, has publicly repudiated its duty to honor Nortel's express and implied FRAND licensing commitments with respect to any and all standard essential patents that were previously part of the Nortel patent portfolio.

109. Rockstar, for itself and on behalf of its assignees Constellation, Bockstar and Spherix, has refused to offer licenses to Plaintiffs or their vendors on FRAND terms for FRAND-encumbered standard essential patents.

110.     There is a dispute between the parties concerning whether Defendants are obligated to offer to license to Plaintiffs or their vendors on FRAND terms standard essential patents that were previously part of the Nortel patent portfolio.

111.     The dispute is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

112.     Plaintiffs are entitled to a declaratory judgment that Defendants have not offered licenses to Plaintiffs or their vendors on terms consistent with the representations in each LOA submitted by Nortel and pursuant to the policies promulgated by the IEEE, IETF, ITU, 3GPP and other SSOs.

113.     Because Defendants have refused to offer licenses to Plaintiffs or their vendors on FRAND terms, Plaintiffs are further entitled to a declaratory judgment setting forth the FRAND terms for each valid, standard essential, FRAND encumbered patent practiced by Plaintiffs and not already licensed by Plaintiffs' vendors.

114.     Plaintiffs are further entitled to a declaratory judgment that if Defendants refuse to offer licenses to the foregoing patents to Plaintiffs or their vendors on FRAND terms, the standard essential patents at issue shall be unenforceable as to Plaintiffs.

### COUNT III – DECLARATORY JUDGMENT OF PARTIES' RESPECTIVE RIGHTS REGARDING ASSERTED COMMUNICATIONS TECHNOLOGY PORTFOLIO

115.     Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

116.     Rockstar, for itself and on behalf of its assignees Constellation, Bockstar and Spherix, has accused Plaintiffs of infringing the communications technology patents in the portfolio.

117.    Despite these public allegations of infringement, Rockstar, for itself and for its assignees, has refused to identify the entire list of patents within its portfolio that it accuses Plaintiffs of infringing.

118.    Rockstar's refusal to identify the entire list of patents that form the basis for the infringement allegations leave Plaintiffs with no way to meaningfully assess the merits of Rockstar's allegations.

119.    The pall Rockstar's allegations place over Plaintiffs' businesses leave Plaintiffs in the untenable position of incurring a growing potential liability for patent infringement or placing their business enterprise at risk.

120.    At least because of Rockstar's allegations of infringement, and in light of its related patent enforcement behavior as described above, a substantial, immediate, and real controversy exists between Rockstar and Plaintiffs regarding whether any Plaintiff infringes the communications technology patents in Rockstar's patent portfolio.

121.    For the reasons stated above, a judicial declaration is necessary to determine the parties' respective rights regarding Rockstar's allegations that Plaintiffs infringe Rockstar's portfolio of communications patents.

## COUNT IV – DECLARATORY JUDGMENT OF
## LICENSE AND EXHAUSTION OF PATENT RIGHTS

122.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

123.    An actual controversy exists between Plaintiffs and Rockstar as to whether Plaintiffs are beneficiaries of a royalty-free license under at least the '474, '197, '999 and '990 patents, among potentially other Rockstar Asserted Patents.

124.    The issue of whether Plaintiffs are beneficiaries of a royalty-free license under at least the '474, '197, '999, and '990 patents is ripe for adjudication because Rockstar has insisted that Plaintiffs infringe the '474, '197, '999 and '990 patents by practicing one or more DOCSIS standards published by CableLabs, and has demanded that Plaintiffs pay a royalty for a license to the '474, '197, '990 and '999 patents.

125.    A judicial declaration is necessary and appropriate to decide whether Plaintiffs are beneficiaries of a royalty-free license under at least the '474, '197, '999 and '990 patents.

126.    To the extent Rockstar's allegations of infringement are predicated on the alleged making, use, sale, offer for sale, or importation of vendor products, such allegations against Plaintiffs are barred pursuant to the licenses that its vendors hold to at least the '474, '197, '999 and '990 patents based on an express or implied license and/or the doctrine of patent exhaustion.

127.    In light of Rockstar's allegations of infringement, an actual and justiciable controversy exists between Plaintiffs and Rockstar with respect to whether Rockstar's patent rights in the '474, '197, '999 and '990 patents are expressly or impliedly licensed to Plaintiffs and/or exhausted.

128.    Absent a declaration that Rockstar's rights in the '474, '197, '999 and '990 patents are expressly or impliedly licensed to Plaintiffs and/or exhausted, Rockstar will continue to wrongfully assert the '474, '197, '999 and '990 patents against Plaintiffs and thereby cause Plaintiffs irreparable harm and injury.

129.    Based on the foregoing, Plaintiffs hereby request a declaration from the Court that Rockstar's rights in at least the '474, '197, '999 and '990 patents are expressly or

impliedly licensed to Plaintiffs and/or exhausted with respect to Plaintiffs' use of vendor products or services.

## COUNT V – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '474 PATENT

130.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

131.    At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '474 patent.

132.    The issue of whether Plaintiffs infringe any claims of the '474 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '474 patent, has insisted that Plaintiffs infringe the '474 patent and has demanded that each pay for a license to the '474 patent.

133.    The issue of whether Plaintiffs infringe any claims of the '474 patent is also ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '474 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '474 patent.

134.    In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '474 patent.

135.    Alternatively, Plaintiffs do not infringe the '474 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '474 patent.

136.     Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '474 patent.

## COUNT VI – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '862 PATENT

137.     Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

138.     At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '862 patent.

139.     The issue of whether Plaintiffs infringe any claims of the '862 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '862 patent, has insisted that Charter infringes the '862 patent and has demanded that they pay for a license to the '862 patent.

140.     The issue of whether Plaintiffs infringe any claims of the '862 patent is also ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '862 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '862 patent.

141.     In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '862 patent.

142.     Alternatively, Plaintiffs do not infringe the '862 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '862 patent.

143.    Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '862 patent.

## COUNT VII – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '197 PATENT

144.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

145.    At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '197 patent.

146.    The issue of whether Plaintiffs infringe any claims of the '197 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '197 patent, has insisted that Plaintiffs infringe the '197 patent and has demanded that each pay for a license to the '197 patent.

147.    The issue of whether Plaintiffs infringe any claims of the '197 patent is also ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '197 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '197 patent.

148.    In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '197 patent.

149.    Alternatively, Plaintiffs do not infringe the '197 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '197 patent.

150.    Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '197 patent.

## COUNT VIII – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '649 PATENT

151.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

152.    At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '649 patent.

153.    The issue of whether Plaintiffs infringe any claims of the '649 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '649 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '649 patent.

154.    In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '649 patent.

155.    Alternatively, Plaintiffs do not infringe the '649 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '649 patent.

156.    Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '649 patent.

## COUNT IX – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '893 PATENT

157.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

158.    At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '893 patent.

159.    The issue of whether Plaintiffs infringe any claims of the '893 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '893 patent, has insisted that Charter and WOW infringe the '893 patent and has demanded that each pay for a license to the '893 patent.

160.    The issue of whether Plaintiffs infringe any claims of the '893 patent is also ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '893 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '893 patent.

161.    In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '893 patent.

162.    Alternatively, Plaintiffs do not infringe the '893 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '893 patent.

163.    Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '893 patent.

## COUNT X – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '397 PATENT

164.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

165.    At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '397 patent.

166.    The issue of whether Plaintiffs infringe any claims of the '397 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '397 patent, has insisted that Charter infringes the '397 patent and has demanded that it pay for a license to the '397 patent.

167.    The issue of whether Plaintiffs infringe any claims of the '397 patent is also ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '397 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '397 patent.

168.    In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '397 patent.

169.    Alternatively, Plaintiffs do not infringe the '397 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '397 patent.

170.    Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '397 patent.

## COUNT XI – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '253 PATENT

171.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

172.    At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '253 patent.

173.    The issue of whether Plaintiffs infringe any claims of the '253 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '253 patent, has insisted that Charter and WOW infringe the '253 patent and has demanded that each pay for a license to the '253 patent.

174.    The issue of whether Plaintiffs infringe any claims of the '253 patent is also ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '253 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '253 patent.

175.    In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '253 patent.

176.    Alternatively, Plaintiffs do not infringe the '253 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '253 patent.

177.    Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '253 patent.

## COUNT XII – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '389 PATENT

178. Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

179. At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '389 patent.

180. The issue of whether Plaintiffs infringe any claims of the '389 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '389 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '389 patent.

181. In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '389 patent.

182. Alternatively, Plaintiffs do not infringe the '389 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '389 patent.

183. Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '389 patent.

## COUNT XIII – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '048 PATENT

184. Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

185. At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '048 patent.

186. The issue of whether Plaintiffs infringe any claims of the '048 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '048 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '048 patent.

187. In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '048 patent.

188. Alternatively, Plaintiffs do not infringe the '048 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '048 patent.

189. Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '048 patent.

## COUNT XIV – DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '879 PATENT

190. Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

191. At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '879 patent.

192.     The issue of whether Plaintiffs infringe any claims of the '879 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '879 patent, has insisted that Charter infringes the '879 patent and has demanded that it pay for a license to the '879 patent.

193.     The issue of whether Plaintiffs infringe any claims of the '879 patent is also ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '879 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '879 patent.

194.     In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '879 patent.

195.     Alternatively, Plaintiffs do not infringe the '879 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '879 patent.

196.     Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '879 patent.

### COUNT XV – DECLARATORY JUDGMENT OF <u>NON-INFRINGEMENT OF THE '917 PATENT</u>

197.     Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

198.     At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '917 patent.

199.    The issue of whether Plaintiffs infringe any claims of the '917 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '917 patent, has generally asserted that Plaintiffs infringe upon communications patents within the portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '917 patent.

200.    In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '917 patent.

201.    Alternatively, Plaintiffs do not infringe the '917 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '917 patent.

202.    Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '917 patent.

## COUNT XVI – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '299 PATENT

203.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

204.    At least because of Rockstar's patent enforcement behavior described above, a substantial, immediate, and real controversy exists regarding whether Plaintiffs infringe the '299 patent.

205.    The issue of whether Plaintiffs infringe any claims of the '299 patent is ripe for adjudication because Rockstar, on behalf of itself or any subsequent owner of the '299 patent, has generally asserted that Plaintiffs infringe upon communications patents within the

portfolio and have taken steps that give rise to a reasonable apprehension that Plaintiffs will be sued for infringement of the '299 patent.

206.    In light of the foregoing, a judicial declaration is necessary and appropriate so that Plaintiffs may ascertain their rights as to whether they infringe the '299 patent.

207.    Alternatively, Plaintiffs do not infringe the '299 patent directly, contributorily, or by inducement because Plaintiffs do not practice any of the claims of the '299 patent.

208.    Plaintiffs request that the Court enter a declaratory judgment that Plaintiffs have not and do not infringe any claim of the '299 patent.

## COUNT XVII – CIVIL CONSPIRACY
### (Against All Defendants)

209.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

210.    On information and belief, Defendants Rockstar, Constellation, Bockstar and Spherix have entered into agreements in which they sought to avoid Rockstar's legal obligation to make available licenses to the patents in the portfolio on fair, reasonable and non-discriminatory terms.

211.    In furtherance of this agreement, despite an obligation to make licenses available to Plaintiffs on fair, reasonable and non-discriminatory terms, Rockstar instead purportedly assigned to Constellation through written agreement its interest to U.S. Patent Nos. 6,128,649 (the "'649 Patent"), 6,845,389 (the "'389 Patent"), 6,901,048 (the "'048 Patent"), 7,154,879 (the "'879 Patent"), 8,134,917 (the "'917 Patent") and 8,464,299 (the "'299 Patent").

All of these patents were previously owned by Nortel and acquired by Rockstar as part of the bankruptcy liquidation.

212.    In furtherance of this agreement, despite an obligation to make licenses available to Plaintiffs on fair, reasonable and non-discriminatory terms, Rockstar instead purportedly assigned to Bockstar through written agreement its interest to U.S. Patent Nos. 6,233,245 (the "'245 patent"), 6,684,241 (the "'241 patent"), 6,069,895 (the "'895 patent"), 5,732,080 (the "'080 patent"), 6,636,508 (the "'508 patent"), and 6,778,653 (the "'653 patent"). All of these patents were previously owned by Nortel and acquired by Rockstar as part of the bankruptcy liquidation.

213.    On information and belief, Rockstar previously accused at least one Plaintiff of infringing some of the patents it assigned to these subsidiaries.  In addition, Rockstar has accused other communications providers of infringing some of these patents.

214.    On information and belief, Rockstar transferred these patents to Bockstar and Constellation in an effort to avoid Rockstar's FRAND obligations.  As such, Bockstar, Constellation and Rockstar are all acting outside of the scope of their normal course of business and for personal gain to which they are not entitled.

215.    On information and belief, Rockstar is obligated to license these patents on FRAND terms.

216.    According to press reports, Rockstar is also actively working with Spherix "to assist in the effective commercialization of the over 4,000 patents owned by Rockstar."

217.    According to those reports, Rockstar plans to sell a large portion of its patent portfolio and to "*hold on to a few of the key patents, specifically the ones involved in lawsuits against Google and other companies.*"  These same press reports explain that Rockstar

has already sold several patents "*to Spherix Inc. as part of a deal that would include Rockstar sharing in any future financial profits based on the patents*" and that "*Rockstar is also sharing usage information with Spherix for the transferred patents, and will assist Spherix in working with the patents' inventors, to assist Spherix's commercialization efforts.*"

218.     In furtherance of this alleged agreement, despite an obligation to make licenses available to Plaintiffs on fair, reasonable and non-discriminatory terms, Rockstar instead purportedly sold U.S. Patent Nos. 5,581,599; 5,752,195; 5,892,814; 6,614,899; and 6,965,614, among others, to Spherix.

219.     On information and belief, Rockstar is obligated to license some or all of the patents it transferred to Spherix on FRAND terms.

220.     On information and belief, Rockstar's sale of these patents to Spherix is subject to a written agreement.

221.     The plan to sell off purportedly standard essential patents to other entities with an active plan to maintain a portion of the revenue stream—whether through a subsidiary or through written agreement—constitutes an active agreement to seek royalty rates in excess of FRAND in violation of law.  Likewise, a plan to sell standard essential patents to other entities with an active plan for them to seek royalty rates above FRAND rates also constitutes an active agreement to seek royalty rates in excess of FRAND in violation of law.

222.     These agreements tortiously interfere with Rockstar's contractual obligations and caused Rockstar to breach its contract to provide standard essential patents on FRAND terms.

223.     These agreements also further Rockstar's scheme to distort the competitive marketplace through unfair competition.

224.    The mere fact that the patents have been assigned or sold constitutes an unlawful act in furtherance of the unlawful agreement.

225.    Bockstar and Constellation have also filed lawsuits in furtherance of the conspiracy.

226.    To the extent Rockstar follows through on its threats to sell off additional standard essential patents to other entities, such sales will be additional acts in furtherance of the conspiracy with yet to be named co-conspirators and in furtherance of Bockstar, Constellation and Spherix's tortious interference with contracts to which Plaintiffs are third-party beneficiaries.

227.    As a direct, proximate, and foreseeable result of the Defendants' conspiracy, Plaintiffs have suffered and face the threat of economic injury, including as a result of their inability to obtain licenses to purportedly standard essential patents on FRAND terms, the uncertainty in their business operations associated with the Defendants' allegations of infringement of standard essential patents, the corresponding diminished value of their business operations, increased costs, lower quality or innovation in communications technology, loss of profits, loss of customers and potential customers, loss of goodwill, and uncertainty among customers and potential customers.

228.    As a direct, proximate, and foreseeable result of Defendants' conspiracy, competition has been injured in the market for products and services purportedly covered by Defendants' communications patents, causing and threatening to cause injury to consumers, including decreases in innovation and quality competition for products and services purportedly covered by Defendants' communications standard essential patents as well as the inevitable passing on to consumers of improper royalties demanded by Rockstar.

## COUNT XVIII – TORTIOUS INTERFERENCE WITH CONTRACT
(Against Constellation, Bockstar and Spherix)

229.    Plaintiffs reallege and incorporate by reference the allegations set forth in the other sections of this Complaint.

230.    As more fully alleged above, Rockstar, as a successor-in-interest to the Nortel patent portfolio, is obligated to offer to license FRAND-encumbered standard essential patents consistent with Nortel's express or implied contractual commitments with various SSOs. This includes an obligation to license standard essential patents on FRAND terms to members of the public, including Plaintiffs and Plaintiffs' vendors, that would potentially implement the standards established by the various SSOs—making Plaintiffs and Plaintiffs' vendors intended third-party beneficiaries of Nortel's and other entities' contractual commitments to those SSOs.

231.    On information and belief, Constellation, Bockstar and Spherix knew at all relevant times of Rockstar's contractual obligation to offer to license these standard essential patents on FRAND terms.

232.    Constellation entered into written agreements with Rockstar to obtain by assignment purportedly standard essential patents that Rockstar was obligated to offer to license to Plaintiffs and their vendors on FRAND terms including, to the extent essential to the practice of any such standard, the '649 Patent, the '389 Patent, the '048 Patent, the '879 Patent, the '917 Patent, and the '299 Patent.

233.    Bockstar entered into written agreements with Rockstar to obtain by assignment purportedly standard essential patents that Rockstar was obligated to offer to license to Plaintiffs and their vendors on FRAND terms including, to the extent essential to the practice of any such standard, the '245 patent, the '241 patent, the '895 patent, the '080 patent, the '508 patent, and the '653 patent.

234. Spherix entered into written agreements with Rockstar to obtain by assignment purportedly standard essential patents that Rockstar was obligated to offer to license to Plaintiffs and their vendors on FRAND terms including, to the extent essential to the practice of any such standard, U.S. Patent Nos. 5,581,599; 5,752,195; 5,892,814; 6,614,899; and 6,965,614.

235. Spherix has also entered into written agreements with Rockstar to obtain by assignment over one hundred additional patents from the Rockstar portfolio, many of which, on information and belief, are standard essential patents.

236. Press releases from Spherix and Rockstar regarding this sale indicated that the patents Rockstar transferred to Spherix "cover the way traffic, video and voice are carried over public and private networks" and include "industry standard patents."

237. Constellation and Bockstar intentionally entered into these written agreements with Rockstar.

238. On information and belief, there are additional parties to which Rockstar has assigned FRAND-encumbered purportedly standard essential patents that were previously part of the Nortel patent portfolio and to which Plaintiffs and their vendors are entitled to obtain a license on FRAND terms.

239. Constellation's, Bockstar's, and Spherix's conduct in entering into these written agreements were significant factors in causing Rockstar to breach its contractual obligation to license any such standard essential patents to Plaintiffs and/or their vendors on FRAND terms.

240. On information and belief, Constellation, Bockstar and Spherix took these assignments in bad faith to assist Rockstar in avoiding its FRAND licensing obligations to

Plaintiffs and their vendors in violation of the law.  Further, on information and belief, Constellation, Bockstar and Spherix took these assignments not in pursuit of any good faith, legitimate profit-seeking activity, but instead in order to enable themselves to seek royalty rates for these patents in excess of FRAND in violation of law.  As such, Constellation, Bockstar and Spherix lacked justification for entering into these agreements with Rockstar.

241.   As a direct, proximate, and foreseeable result of these actions by Constellation and Bockstar, Plaintiffs have suffered and face the threat of economic injury, including as a result of their inability to obtain licenses to standard essential patents on FRAND terms, the uncertainty in their business operations associated with Defendants' allegations of infringement of purportedly standard essential patents, the corresponding diminished value of their business operations, increased costs, lower quality or innovation in communications technology, loss of profits, loss of customers and potential customers, loss of goodwill, and uncertainty among customers and potential customers.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request the Court to enter judgment for them and against Rockstar as follows:

A.     Finding that Rockstar is liable to Plaintiffs for breach of contract;

B.     Declaring Rockstar's licensing obligations with respect to its FRAND-encumbered communications patents and the corresponding unenforceability of those patents if not offered for license on FRAND terms;

C.     Ordering Rockstar to specifically perform its contractual obligations by offering a FRAND license to Plaintiffs and/or their vendors to each valid FRAND-encumbered patent in its portfolio that is practiced by Plaintiffs;

D.      Declaring that Plaintiffs do not infringe the communications patents for which Rockstar has alleged infringement but which Rockstar has refused to specifically identify;

E.      Declaring that Rockstar's allegations of infringement of the '474, '197, '990 and '999 patents through the use, sale or offer to sell vendor products and services practicing DOCSIS are barred by license and/or patent exhaustion;

F.      Declaring that Plaintiffs do not directly or indirectly infringe the '474 patent;

G.      Declaring that Plaintiffs do not directly or indirectly infringe the '862 patent;

H.      Declaring that Plaintiffs do not directly or indirectly infringe the '197 patent;

I.      Declaring that Plaintiffs do not directly or indirectly infringe the '649 patent;

J.      Declaring that Plaintiffs do not directly or indirectly infringe the '893 patent;

K.      Declaring that Plaintiffs do not directly or indirectly infringe the '397 patent;

L.      Declaring that Plaintiffs do not directly or indirectly infringe the '253 patent;

M.      Declaring that Plaintiffs do not directly or indirectly infringe the '389 patent;

N.      Declaring that Plaintiffs do not directly or indirectly infringe the '048 patent;

Case 09-10138-MFW Doc 14559-1 Filed 10/14/14 Page 44 of 156

O. Declaring that Plaintiffs do not directly or indirectly infringe the ’879 patent;

P. Declaring that Plaintiffs do not directly or indirectly infringe the ‘917 patent;

Q. Declaring that Plaintiffs do not directly or indirectly infringe the ‘299 patent;

R. Finding that Rockstar, Bockstar, Constellation and Spherix have misused their patents and have waived and are estopped from enforcing them in the marketplace.

S. Finding that Rockstar, Bockstar, Constellation and Spherix are liable to Plaintiffs for entering into an illegal conspiracy, and assessing corresponding damages;

T. Finding Bockstar and Constellation liable to Plaintiffs for tortiously interfering with one or more contracts to which Plaintiffs are third-party beneficiaries;

U. Awarding Plaintiffs direct and consequential damages caused by Rockstar’s breach of contract, including attorneys’ fees, in an amount to be proven at trial;

V. Awarding Plaintiffs their costs and attorneys’ fees pursuant to Rule 54(d) of the Federal Rules of Civil Procedure or other applicable authority; and

W. Awarding Plaintiffs such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Under Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury for all claims so triable.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
jtigan@mnat.com

OF COUNSEL:

Thomas L. Duston
Kevin D. Hogg
John R. Labbé
MARSHALL, GERSTEIN BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL  60606-6357
(312) 474-6300
*Attorneys for Charter Communications, Inc.*

William Ray Price, Jr.
Jennifer E. Hoekel
Richard L. Brophy
Mark L. Thomas
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO  63105
(314) 621-5070
*Attorneys for WideOpenWest Finance LLC*
*a/k/a WOW! Internet, Cable & Phone,*
*Knology, Inc. and Cequel Communications,*
*LLC d/b/a Suddenlink Communications*

Charles W. Steese
IJay Palansky
STEESE, EVANS & FRANKEL, P.C.
6400 South Fiddlers Green Circle, Suite 1820
Denver, CO  8011
(720) 200-0676
*Attorneys for WideOpenWest Finance LLC*
*a/k/a WOW! Internet, Cable & Phone and*
*Knology, Inc.*

*Attorneys for Plaintiffs*

January 16, 2014
7930447.1

Case 09-10138-MFW Doc 14559-1 Filed 10/14/14 Page 46 of 156

# EXHIBIT A

US005471474A

## United States Patent [19]

### Grobicki et al.

[11] **Patent Number:** 5,471,474

[45] **Date of Patent:** Nov. 28, 1995

[54] **COMMUNICATIONS HIGHWAY NETWORK SYSTEM**

[75] Inventors: **Christopher Grobicki**, Andover; **Cynthia Mazza**, Lynn; **Edward O'Connell**, N. Andover; **John Ulm**, Pepperell; **Gerard White**, Tyngsborough, all of Mass.

[73] Assignee: **LANcity Corporation**, Andover, Mass.

[21] Appl. No.: **72,585**

[22] Filed: **Jun. 4, 1993**

[51] Int. Cl.[6] ............................................ **H04J 3/02**
[52] U.S. Cl. ........................................ **370/85.2; 370/94.1**
[58] Field of Search .............................. 370/85.2, 85.3, 370/60, 94.1, 85.6, 85.7, 85.1, 108, 85.9, 85.4, 85.5, 105.1, 100.1, 95.1, 95.3; 340/825.5, 825.51, 825.52, 825.05; 455/6.1, 6.2, 6.3, 13.3, 82; 375/354, 365

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,500,989 | 2/1985 | Dahod | 370/85 |
| 4,757,460 | 7/1988 | Bione | 364/514 |
| 4,774,707 | 9/1988 | Raychaudhari | 370/85.2 |
| 5,115,427 | 5/1992 | Johnson, Jr. et al. | 370/60 |
| 5,237,567 | 8/1993 | Nay et al. | 370/85.2 |
| 5,237,696 | 8/1993 | Best | 370/85.2 |
| 5,251,212 | 10/1993 | Gass | 370/85.2 |

*Primary Examiner*—Douglas W. Olms
*Assistant Examiner*—Dang Ton
*Attorney, Agent, or Firm*—Hale and Dorr

[57] **ABSTRACT**

A communications highway network system for the interactive communication of digital and analog information that incorporates LAN, MAN, and CATV technology to provide an information pathway of metropolitan size that has a spanning tree topology. The system is multiple drop that operates according a network protocol. The network protocol is based on modified TDM techniques, compensation for round trip loop delay, dynamic allocation of time slots on the network bus, and global synchronization. The protocol also permits concatenation of data packets to reduce overhead. Access to the network bus is controlled by a system allocator operating according to the network protocol. The allocator may allocate network bus bandwidth to simultaneously provide three levels of service for the system nodes to access the network bus, namely, isochronous, demand-based dedicated, and contention bandwidth allocation. This allocation method incorporates fairness to give all nodes sufficient bus access opportunities.

**55 Claims, 10 Drawing Sheets**



U.S. Patent

Nov. 28, 1995

Sheet 1 of 10

5,471,474

TO OTHER
DISTRIBUTION
SYSTEMS    102

103

TO ETHERNET
INTERFACE    105

106

TO
RS-232

TO TOKEN
RING    109

TO
PC BUS    111

*100*

*101*
HEAD END
CATV SYSTEM

*104*

*108*

*107*
SYSTEM
NODE

*111*

*110*

*113*

*112*

*114*

*118*
SYSTEM
NODE

*116*
SYSTEM
NODE

*120*
SYSTEM
NODE

*114*

*124*
SYSTEM
NODE

*122*
SYSTEM
NODE

*126*
SYSTEM
NODE

*114*

*128*
SYSTEM
NODE

*130*
SYSTEM
NODE

*134*  *132*
TO RS-232
TO TI LINE
TO PC BUS

*136*

TO OTHER
SYSTEM NODES

## FIG. 1
















































































FIG. 2



FIG. 3



FIG. 4



## FIG. 5



## FIG. 6



## FIG. 7



**FIG. 8**



**FIG. 9**

*FIG. 10*

U.S. Patent

Nov. 28, 1995

Sheet 6 of 10

5,471,474



650 ⌐

| BLOCK SYNCHRONIZATION PACKET | DEDICATED BANDWIDTH REQUEST BLOCK | DELAY 1 | TRANSMIT MAP UPDATE BLOCK | SYNCHRONOUS BLOCK | SYNCHRONOUS BANDWIDTH BLOCK | DEDICATED BANDWIDTH BLOCK | PUBLIC CONTENTION BANDWIDTH BLOCK | BLOCK SYNCHRONIZATION PACKET |

◄─────────────── BLOCK  SYNCHRONIZATION  INTERVAL ───────────────►
(FIXED)

*FIG. 11*

700 ⌐

| DEDICATED BANDWIDTH REQUEST | → *DELAY 1* → | TRANSMIT MAP UPDATE BLOCK | → *DELAY 2* → | DEDICATED BANDWIDTH BLOCK |

*FIG. 12*

750 ⌐

| BLOCK SYNCHRONIZATION PACKET | DEDICATED BANDWIDTH REQUEST BLOCK | DELAY 1 | TRANSMIT MAP UPDATE BLOCK | MAINTENANCE BLOCK | SYNCHRONOUS BANDWIDTH BLOCK | DEDICATED BANDWIDTH BLOCK | PUBLIC CONTENTION BANDWIDTH BLOCK | BLOCK SYNCHRONIZATION PACKET |

REQUEST FOR MEMBERSHIP
IN DEDICATED BANDWIDTH
REQUEST BLOCK TRANSMITTED

*FIG. 13A*

U.S. Patent

| BLOCK SYNCHRONIZATION PACKET | DEDICATED BANDWIDTH REQUEST BLOCK | DELAY 1 | TRANSMIT MAP UPDATE BLOCK | MAINTENANCE BLOCK | SYNCHRONOUS BANDWIDTH BLOCK | DEDICATED BANDWIDTH BLOCK | PUBLIC CONTENTION BANDWIDTH BLOCK | BLOCK SYNCHRONIZATION REQUEST |
|---|---|---|---|---|---|---|---|---|

800 —

REQUEST GRANT FOR MEMBERSHIP
IN DEDICATED BANDWIDTH REQUEST
BLOCK TRANSMITTED

## FIG. 13B

| BLOCK SYNCHRONIZATION PACKET | DEDICATED BANDWIDTH REQUEST BLOCK | DELAY 1 | TRANSMIT MAP UPDATE BLOCK | MAINTENANCE BLOCK | SYNCHRONOUS BANDWIDTH BLOCK | DEDICATED BANDWIDTH BLOCK | PUBLIC CONTENTION BANDWIDTH BLOCK | BLOCK SYNCHRONIZATION PACKET |
|---|---|---|---|---|---|---|---|---|

850 —

DEDICATED BANDWIDTH REQUEST
PACKET TRANSMITTED

## FIG. 13C

| BLOCK SYNCHRONIZATION PACKET | DEDICATED BANDWIDTH REQUEST BLOCK | DELAY 1 | TRANSMIT MAP UPDATE BLOCK | MAINTENANCE BLOCK | SYNCHRONOUS BANDWIDTH BLOCK | DEDICATED BANDWIDTH BLOCK | PUBLIC CONTENTION BANDWIDTH BLOCK | BLOCK SYNCHRONIZATION PACKET |
|---|---|---|---|---|---|---|---|---|

900 —

TRANSMIT MAP UPDATE BLOCK
TRANSMITTED

## FIG. 13D

Nov. 28, 1995    Sheet 7 of 10    5,471,474

U.S. Patent

Nov. 28, 1995

Sheet 8 of 10

5,471,474



*FIG. 13E*

*FIG. 14*

Case 1:14-cv-00059-SER-MRV Document 1-5 59 Filed 10/14/14 Page 56 of 156 PageID #: 55



FIG. 15



*FIG. 16*

5,471,474

## 1
### COMMUNICATIONS HIGHWAY NETWORK SYSTEM

#### FIELD OF THE INVENTION

The present invention relates to systems that are used for the distribution and control of information signals over a multiple drop communications network. More specifically, the present invention relates to systems that are used to distribute and control information signals over a multiple drop communications network that spans an area up to metropolitan distances or greater.

#### BACKGROUND OF THE INVENTION

In the ever changing world of data communications, there have been advances in the efficiency and complexity of local area networks (LANs). From networks for the simple exchange of data between a few computers, LANs have become reasonably sophisticated multiple drop systems allowing interactive communications between not only computers but a number of other types of devices that are connected to, and operational on, such LANs.

LANs, however, are private, closed systems. This means that the LAN system architecture is optimized around the assumption that only a small, defined number of authorized users will be serviced. Moreover, a single LAN is only meant to service a small geographic area, which is a few miles at most. This is true for both wired and wireless LANs.

The LAN concept has been expanded to cover larger geographic areas and these systems are referred to as metropolitan area networks (MANs). MANs, like LANs, are multiple drop systems but MANs usually have a much larger number of authorized users. MANs also may be wired or wireless.

LANs, both wired and wireless, support the transmission of voice and data signals. The voice signals may be either analog signals or digital signals representative of the analog signals. The data signals also may be analog or digital signals. MANs support voice and data signals like LANs. It would be desirable, however, to have a data communications system as large or larger than a MAN with the attributes of LANs with respect to ease of operations.

LAN and MAN systems usually support random access to the network bus by the authorized user. Depending on the system configuration and operating protocol, these systems attempt to minimize the number of collisions on the network bus by using an arbitration scheme. This device will prioritize use of the network bus among the authorized users. The arbitration function becomes increasingly difficult as the traffic on the network bus increases. Collisions on the bus result in the inefficient use of network bus bandwidth, thereby significantly increasing the latency in transmitting data from a source to its destination. Moreover, as the number of collisions on the bus increase, the ability of authorized users to gain access to the bus decreases.

LAN and MAN systems have used various protocols to prevent collisions on the bus. These include polling, priority requests, carrier-sensing, carrier-sensing with collision-detection, token-passing, and cyclic time-division.

The listed protocols generally solve the collision problem on heavily loaded network buses by allowing only one node at a time to access the bus. As each node relinquished the bus, the protocol would grant another node access to it. Each subscriber requesting bus access would be granted access in due time according to protocol queuing method.

## 2
Certain of the listed protocols permitted nonarbitrated access to the bus when the bus was considered lightly loaded. This was because the likelihood of collisions was small. However, the network conditions can change rapidly, so a lightly loaded bus could suddenly become heavily loaded and there would be a large number of collisions on the bus and a substantial loss of bandwidth. Even when it was feasible to use the non-arbitrated access method, there was still only one node at a time given access to the bus.

As systems expanded from LAN type systems to MAN type systems, significant time delays became associated with the system node accessing the network bus. These delays were loop delay times. A loop delay time is the time it takes a transmitted message to be received back by the transmitting node. The maximum loop delay for the system is the loop delay for the node farthest from the head end. Each node had a different loop delay. If any two or more nodes do have the same delay, it was purely by chance.

With the delays, collisions, and other factors that surface as a system approaches the metropolitan area size, it becomes increasingly difficult to find a protocol that serves the needs of high bandwidth and low bandwidth users. In many cases, the needs of these two user groups are in opposition.

For efficient use of the network bus, it is necessary to know the loop delay time for each node and compensate for it in granting a system node access to the network bus. Since loop delay usually is not determined for each system node, to avoid collisions, the arbitration scheme of prior art systems usually waited the maximum loop delay time before granting another node access to the bus.

Community-antenna television (CATV), often referred to simply as cable TV, uses coaxial cable to distribute standard television signals to customers receiving the service. Generally, CATV systems are accessed by greater numbers of users than access either LAN or MAN systems. CATV systems typically include a head end at which signals that are received from the source of programming material are processed for transmission over the system, a trunk system, which is the main artery carrying the processed signals, a distribution system, which is a bridge from the trunk system lines and carries signals to subscriber areas, and subscriber drops, which are fed from taps on the distribution system to feed subscriber TV receivers.

In order to service the large number of subscribers positioned randomly over the very large geographic area covered by a CATV system, the head end has both wireless and wired connections to distribution systems or remote head ends, which connect to yet further distribution systems. These distribution schemes include the use of satellites.

The primary goal of CATV has been to provide high quality TV signals for subscribers. However, today some CATV systems use optical fiber cable to increase the number of channels that can be carried. These systems also have some interactive communications between the subscribers and the programming source, and between subscribers. As a result, CATV systems can carry many more TV channels than ever before, as well as provide other types of communications services on a limited basis.

CATV systems have a spanning tree topology. In principle, this could be adapted to expand the interactive communications capability that now exists in CATV systems. However, CATV systems were not designed for the wideband communications used by LAN and MAN systems. Moreover, CATV systems are not designed or particularly adaptable to accept data communications formatted for

5,471,474

3                                                          4

communications over LAN and MAN systems.

There is a need for an interactive communications system that covers a large geographic area and has a larger number of system nodes that marries the attributes of CATV, LAN, and MAN technology but has a bus protocol that permits more than one data packet access to the network bus, compensates for the large loop delays associated with each system node, and can adjust to the changing traffic demands on the network bus, yet appear like a LAN to the user.

## SUMMARY OF THE INVENTION

The elements of the communications highway network system of the present invention are the distribution system of a CATV infrastructure and a large number of system nodes that connect to the distribution system. Each system node includes a CPU module which is capable of controlling the system of the present invention, an RF modem module for interfacing the system node with the distribution system, and a power supply. The CPU module is a protocol engine for controlling movement of data packets over the communications highway network system of the present invention. The RF modem module is the interface for sending signals to, and receiving signals from, the CATV system. The power supply powers the CPU and RF modem modules. The system also includes a system pacer to provide global synchronization for all system nodes and an allocator for controlling access to the network bus. Due to the system of the present invention employing a distributed protocol, each system node is capable of performing the pacer and allocator functions.

The system of the present invention uses a spanning tree topology of a CATV infrastructure to reach metropolitan distances and greater. The system of the present invention also has significantly greater throughput than prior art systems because of its MAC layer protocol. However, to the user of the system of the present invention, it appears like a LAN.

The communications highway network system uses channels of the CATV system for its transmission to the system nodes. These channels are considered the network bus of the system of the present invention. The network bus includes both wired and wireless portions. All information transmitted on the network bus, whether voice, video, or data information, is a serial-digital stream that has been converted to RF signals compatible for use on the network bus. However, if a different type of network bus is being used, when necessary, the transmitted information will be converted from the serial-digital stream to signals compatible for use on that network bus.

The protocol used by the system of the present invention is based on modified time division multiplexing (TDM) techniques, compensation for system node round trip loop delay, dynamic allocation of slot times on the network bus, and global synchronization. The protocol also considers concatenation of data packets on the network bus under certain circumstances to reduce transmission overhead. The use of this protocol results in an efficient use of the network bandwidth and a high throughput of data for each of the nodes that access the network bus.

This high throughput is accomplished by serving the system nodes with at least three levels of service. These may be fixed (isochronous) access, demand-based (dedicated) access, and random (contention) access to the network bus, which is divided into slot times according to modified TDM techniques. The protocol of the system of the present invention permits more than one data packet to be on the network bus at a time, which contributes significantly to the increased throughput. These multiple data packets on the network bus may be from one system node or a plurality of system nodes.

The network protocol relies on each of the nodes being synchronized since the network bus is partitioned into time slots according to TDM techniques. This global synchronization is achieved by use of a single system pacer.

A system allocator implements the protocol to allocate network bandwidth to the system nodes requesting it. The allocator can simultaneously provide the three levels of service in granting system nodes access to the network bus. When any of these levels of service are used, data packets may be concatenated to reduce the overhead necessary for sending the data packets. Moreover, the system protocol allows the allocator to dynamically adjust slot assignments between contention and demand-based dedicated time slots depending on network conditions, i.e., whether the network bus is lightly or heavily loaded. The slot allocation method of the present invention also supports variable size packets that span more than one time slot on the network bus. Accordingly, it is not necessary to fragment packets for transmission nor is it necessary to have sophisticated algorithms to reassemble the fragmented packets. The protocol also permits fairness in allocating network bandwidth and aging out certain uses of the bandwidth which prove to be inefficient.

The present invention will be described in more detail subsequently referring to the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an exemplary communications network incorporating the communications highway network system of the present invention.

FIG. 2 shows the elements of a system node of the communications highway network system of the present invention.

FIG. 3 shows the relationship between the synchronization interval and the block synchronization interval.

FIG. 4 is an example of a frame format used by the communications highway network system of the present invention.

FIG. 5 is an example of a frame control word format used by the communications highway network system of the present invention.

FIG. 6 is an example of a variable length data field used by the communications highway network system of the present invention.

FIG. 7 is an example of a packet format for an ethernet packet with original CRC in the transparent mode that may be transmitted over the communications highway network system of the present invention.

FIG. 8 is an example of a packet format for an ethernet packet with original CRC in the transparent mode and a generated extended header that may be transmitted over the communications highway network system of the present invention.

FIG. 9 is an example of a packet format of a BLOCK SYNC packet in the non-transparent mode that may be transmitted over the communications highway network system of the present invention.

FIG. 10 is an example of a packet format of two concatenated packets in the non-transparent mode that may be transmitted over the communications highway network sys-

5,471,474

**5**

tem of the present invention.

FIG. **11** is an example of the partitioning of a transmit opportunity table.

FIG. **12** is an example of the relationship between dynamic bandwidth allocation blocks.

FIGS. **13A**, **13B**, **13C**, **13D**, and **13E** show a method for dynamic allocation of time slots.

FIG. **14** shows the relationship between the assignment and slot tables of the dedicated bandwidth request block.

FIG. **15** is an example of the transmit order for request blocks N, N+1, and N+2 when all nodes are serviced.

FIG. **16** is an example of the transmit order for request blocks N and N+1 when all nodes are not serviced.

## DETAILED DESCRIPTION OF THE DRAWINGS

The present invention is a high performance, high volume communications highway network system that permits the interactive communications of data packets among a plurality of system nodes in a multiple drop environment. The communications highway network system of the present invention may be implemented in an existing CATV system infrastructure or it may be an independent system using a spanning tree topology of a CATV system. All information transmitted over the network bus, whether voice, video, or data information, is a serial-digital stream converted to RF signals that are compatible for use on the network bus. It is understood that if a different type of network bus is being used, the transmitted information will be converted, if necessary, from the serial-digital stream to signals compatible for use on that network bus. Before discussing the communications highway network system of the present invention in detail, the following glossary of certain acronyms, mnemonics, and terms that are used in this specification is provided in Table I:

TABLE I

| Acronym/Mnemonic/Term | Description |
|---|---|
| BS | Block synchronization. |
| CATV | Community-antenna television. |
| CPU | Central processing unit. |
| CRC | Cyclic redundancy check field. |
| DA | Destination address field. |
| DBB | Dedicated bandwidth block. |
| DBRQB | Dedicated bandwidth request block. |
| DBRQB__ASSIGN_#_HEAD | Dedicated bandwidth request block assignment number header. |
| DBRQB__ASSIGN_# | Dedicated bandwidth request block assignment number. |
| DED | Dedicated field. |
| EHDR | Extended header field. |
| ELEN | Extended header length field. |
| ENET | Ethernet. |
| FC | Frame control field. |
| FLEN | Frame length field. |
| FRAME | A single transmission, IPG to IPG. It may or may not span multiple time slots and it may contain multiple packets. |
| IPG | Interpacket gap field. |
| HCS | Header check sequence field. |
| LAN | Local area network. |
| LEN | Length. |
| MAC | Media access control layer. |
| MAN | Metropolitan area network. |
| MDI | Modem digital interface. |
| NMS | Network management system. |
| PACKET | A group of bits including |

**6**

TABLE I-continued

| Acronym/Mnemonic/Term | Description |
|---|---|
| | address, data, and control elements that are switched and transmitted together. |
| PARAM | Parameter field. |
| PC | Personal Computer. |
| PCx | Frame control field for an individual data packet in a concatenated data packet. |
| PCRC | Cyclic redundancy check field for an individual data packet. |
| PCSx | Checksum field for an individual data packet in a concatenated data packet. |
| PLENx | Frame length field for an individual data packet in a concatenated data packet. |
| PRE | Preamble field. |
| QPSK | Quadrature phase shift keying. |
| RF | Radio frequency. |
| SA | Source address field. |
| SEED | Scrambler seed field. |
| SFD | Start frame delimiter field. |
| TDM | Time division multiplexing. |

### General System Description

Generally at **100**, FIG. 1 shows an exemplary communications system that incorporates the communications highway network system of the present invention. According to FIG. 1, the system of the present invention is incorporated in the spanning tree infrastructure of a CATV system. The CATV system includes head end **101**, which is the programming source for the CATV system and serves as the central distribution facility. The signal output from head end **101** on line **104** is a wideband signal which normally can support as many as **83** cable channels with each channel having a bandwidth of 6 MHz. However, the use of optical fiber cable can dramatically increase the number of channels that the head end will support, which is being speculated to be as many as **500**. Line **104** connects to transceiver **110**, which broadcasts the cable signal over air interface **111** to distribution system **112**.

Distribution system **112** is representative of one of the many distribution systems that may connect to head end **101**. These distribution systems may be indirectly connected to the head end, like distribution system **112**, or directly connected to the head end, like the systems at **102** and **103**. The systems at **102** and **103** may be optical fiber distribution systems or standard coaxial cable distribution systems.

Distribution system **112** includes transceiver **113** which connects to line **114**. Line **114** serves as the distribution system bus. The distribution system bus has system nodes **107**, **116**, **118**, **120**, **122**, **124**, **126**, **128**, **130**, and other system nodes not shown connected to it. If the CATV system is an interactive type system, lines **102**, **103**, **104**, and **114** will actually be two lines to permit full duplex system operations. It is also within the scope of the present invention for a single line with a frequency translator to be used.

Representation system node **107** will now be discussed. System node **107** of the system of the present invention via line **105** may connect to an ethernet interface, via line **106** to an RS-232 interface, via line **109** to an interface to a token ring, and via line **111** to an interface for a PC bus. Similarly, system node **130** via line **132** may connect to a RS-232 interface, via line **134** to T1 trunk interface, and via line **136** to PC bus interface. The buses of the systems that connect to the system nodes form part of the network bus of the communications highway network system of the present

5,471,474

**7**

invention.

Line 108 is the drop line that connects system node 107 to line 104 of the CATV system. As an example, it is contemplated that the signals from system node 107 will use at least one 6 MHz forward channel and at least a 6 MHz reverse channel of the CATV system. This will permit the ethernet subscribers, and the token ring and PC bus users to interactively communicate with system nodes of various branches and twigs of the network system of the present invention. Accordingly, line 108, the channels of the CATV system that are dedicated to the communications highway network system of the present invention, and the bus or buses of systems connected to the system nodes form the network bus of the system of the present invention. The present invention provides a protocol for accessing the system bus for interactive communications that is efficient and minimizes collisions as will be described in detail subsequently.

Referring to FIG. 2, the modules that make up each system node are shown. For purposes of example only, the system node shown in FIG. 2 will be described referring to system node 107. System node 107 includes CPU module 200, RF modem module 204, and power supply 210. CPU module 200 via line 105 is connected to a triple media ethernet interface, via line 106 is connected to a RS-232 interface, via line 109 is connected to a token ring interface, and via line 111 is connected to a PC bus interface. It is understood that the CPU module may connect to other peripherals and buses and still be within the scope of the present invention. Preferably, CPU module 200 includes a CPU with related memory, bus, and core elements, a MDI for connection to RF modem module 204, a RS-232 interface, a display, and a nonvolatile memory. Moreover, various conductivity systems may be connected to the CPU module, such as an ethernet controller, a PC bus interface, T1 and T3 trunk interfaces, and a token ring interface.

CPU module 200 is a protocol engine for controlling the movement of packet data over the communications highway network system of the present invention. Taking for example an ethernet system that connects to the CPU module via line 105, the CPU module is the primary data link between the ethernet subscribers and the system nodes of the various distribution systems. The CPU module is capable of processing triple media ethernet data, such as 10Base5, the thicknet version, 10Base2, the thinnet version, and 10Base T, the twisted-pair version. Since the system of the present invention may include the ethernet and its subscribers, reference to the system nodes is meant to include the ethernet subscribers or other system users that may form part of the system of the present invention in the same manner as the ethernet subscribers.

The MDI portion of the CPU module provides an interface to the RF modem module. As such, it provides for the transfer of data, control, and status information, as well as power, to RF modem module 204. The CPU module's connection to the RS-232 via line 106 may provide a means for remote, out of band communications for various purposes, some of which may be diagnostic, NMS development, and overall system control. Similarly, the CPU module's connection to other systems expands the communications highway network system of the present invention.

RF modem module 204 will interface with the CATV system via line 108 and provide the modulation and demodulation function for converting between the broadband signals on the CATV system and the baseband signals

**8**

from the CPU module. Preferably, RF modem module 204 will use QPSK modulation and demodulation techniques so that it will be compatible with the channel allocation technology of the CATV system. On the transmission side, RF modem module 204 will transmit 10 Mbps of data information on the 6 MHz bandwidth forward channel. Similarly, on the receive side, the RF modem module can capture 10 Mbps of data information from the 6 MHz bandwidth reverse channel of the CATV system. However, it is still within the scope of the present invention to use other channel bandwidths as long as they are compatible and for the throughput of the data to vary depending on system design and demands.

Power supply 210 connects to CPU module 200 via line 212 and connects to RF modem module 204 via lines 212 and 214. The power supply provides +5 VDC, +12 VDC, and −12 VDC appropriately to the CPU and RF modem modules.

Communications Highway Network System Protocol

The protocol of the communications highway network system of the present invention provides the system nodes access to the network bus based on modified TDM techniques, compensation for round trip loop delay, dynamic allocation of slot times on the network bus, and global synchronization. This protocol also permits concatenation of data packets on the bus under certain circumstances.

Following the network protocol, the network allocator, which will be discussed in detail subsequently, assigns transmit opportunities to the system nodes. These transmit opportunities are time slots of the network bus relative to a synchronization signal. These may be isochronous, demand-based dedicated, or contention opportunities.

Only the system node assigned isochronous or demand-based dedicated transmit opportunities may transmit during such periods. However, one or more nodes may transmit during contention transmit opportunities. It is only in this later period that collision can take place.

Since the round trip for the system node transmissions may be up to metropolitan distances or greater, these transmissions experience large network delays. As such, it is necessary for a node to start its transmission a loop delay earlier than its assigned slot times. This round trip loop delay is the time it takes for a node to send a signal and receive back the echo. According to the protocol of the system of the present invention, each node must know its loop delay before it can access the network bus to transmit data. A system node, however, can always access the system bus to calculate its loop delay.

A system allocator following the network protocol can dynamically change the allocation of slot time assignments for the system nodes between demand-based dedicated slot times and contention slot times. According to the protocol, when the network bus is lightly loaded, the allocator generally assigns all nodes contention slot times. At this level of bus loading, the nodes usually get immediate access to the network bus and there are very few collisions. As bus loading increases and there is congestion on the network bus, the allocator assigns demand-based dedicated slot times to some of the nodes to keep the number of collisions down. When the bus is heavily loaded, the allocator assigns most of the nodes isochronous or demand-based dedicated slot times. This drastically reduces or substantially eliminates the likelihood of collisions on the network bus. To ensure that all of the system nodes gain access to the bus under these conditions, the allocator assigns the demand-based dedicated time slots with fairness.

5,471,474

9

The network pacer provides the timing events for the system nodes to access the network bus that is partitioned into time slots. These timing events provide global synchronization. The timing events that the pacer is responsible for generating are the BLOCK SYNC packets that all of the nodes use to determine when to transmit in assigned time slots of the network bus. The pacer generates the BLOCK SYNC packets at periodic intervals that are designated Block Synchronization Intervals. It is necessary for system nodes to receive the BLOCK SYNC packets according to the BLOCK SYNC Intervals to be able to transmit on the network bus. If any node loses synchronization, it is not permitted to transmit on the network bus until it again acquires synchronization.

A predetermined number of BLOCK SYNC packets and Intervals form a Synchronization Interval. The Synchronization Interval determines the maximum amount of time a system node may go without receiving another BLOCK SYNC packet before it is considered to have lost synchronization. The relationship between the BLOCK SYNC packets and Interval, and the Synchronization Interval is shown in FIG. 3, generally at 300. In that Figure, the Synchronization Interval is shown at 301, the BLOCK SYNC packets ("BS") at 303, and the BLOCK SYNC Interval at 305. The Synchronization Interval and BLOCK SYNC Interval are programmable parameters.

The network robustness level is determined by the number of BLOCK SYNC packets that must be lost before synchronization is lost. Therefore, the robustness level increases as the number of BLOCK SYNC packet increases in the Synchronization Interval. However, higher levels of robustness come at a price, namely, there will be increased overhead because of the increased number of BLOCK SYNC packets.

The pacer is one of the system nodes. The determination of which of the system nodes becomes the pacer takes place after initialization of the nodes on the network. Thus, after each node is initialized, it listens on the network bus for an entire Synchronization Interval to determine if a pacer has been established. If a pacer exists, it will synchronize with the pacer's BLOCK SYNC packets. If the node does not synchronize with a pacer within the Synchronization Interval, it assumes that a pacer does not exist and it will attempt to become the pacer.

The node that successfully transmits its BLOCK SYNC packet and receives the echo back before receiving the BLOCK SYNC packet of another node, meaning that its BLOCK SYNC packet has made a round trip of the network, will become the pacer. All of the other nodes will synchronize to the new pacer. If a node's own BLOCK SYNC packet does not return in a loop delay, it will wait one BLOCK SYNC Interval plus a random backoff time and again attempt to become the pacer. The backoff time is increased with each successive attempt. If, however, the node receives the BLOCK SYNC packet of another before its own returns, it will synchronize to the one that it received and ignore any other BLOCK SYNC packets, even its own. Anytime a node loses synchronization, it will follow the above procedure to again become synchronized or become the pacer. To save time in performing the pacer selection process, only a predetermined number of system nodes will be predisposed to become the pacer.

As stated previously, the network protocol is based on modified TDM techniques, compensation for round trip loop delay, dynamic allocation of slot times on the network bus, and global synchronization through pacing. Pacing has been

10

discussed above. The other factors that determine the network protocol will now be discussed in the context of accessing the network bus.

Because of the size of the communications highway network system of the present invention, the system nodes experience large delays in accessing the network bus. To be able to efficiently transmit data packets over bus, the protocol calls for the nodes to start their respective transmissions a loop delay earlier than the time they are assigned a transmit opportunity in one of the three levels of service. This loop delay is different for each node so each node must know its own loop delay. Without knowledge of its loop delay, a node can not properly transmit its data packets in the assigned time slots of the network bandwidth because it will not be able to properly time when to access the bus.

Each node calculates its loop delay by transmitting a Determine Loop Delay packet to itself. The node times how long it takes to receive the packet back. If this packet does not come back, the node assumes that there was a collision, backs off a predetermined period of time and tries again by sending a second Determine Loop Delay packet. This procedure is repeated until the node determines its loop delay or times out.

Referring to FIG. 3, each BLOCK SYNC Interval following the BLOCK SYNC packet is divided into equal-sized, time slots that are potential transmit opportunities. The slot size is a programmable parameter. Each slot has state information associated with it. This state information is stored in a table at each node. The size of the table equals the BLOCK SYNC Interval divided by the slot time. This state information is set forth in Table II.

TABLE II

| State Information | Meaning |
|---|---|
| Slot Type | Dedicated or Contention. |
| Transmit Control | S = Enabled to start or continue transmission. C = Enabled to continue but not start a transmission. X = Transmits forbidden for this slot. |
| Transmit Size | Places restrictions on the size of packets that may start during the time slot. |
| Global Dedicated and Contention Control | Allows global enables and disables. |
| Transmit Priority | Allows a node or subscriber to prioritize internal transmit queues. |
| P-Persistence Value | Probability a system node will transmit in a particular public contention block. |
| BLOCK SYNC Boundary Indicator | Provides synchronization between the table and transmitter timers. |
| Backoff Indicator | Determines which slots are counted for determining the backoff amount. |

When a node is given access to the network bus, it may transmit its packet in one or more time slots but it can only start the transmission in a time slot with its transmit control set to "S."

5,471,474

11

Although there are three types of transmit opportunities that the allocator may assign to a system node, for the purposes of discussing the protocol here, the isochronous and demand-based dedicated transmit opportunities will be considered generally together as dedicated transmit opportunities. Therefore, the two will hereafter be referred to as dedicated transmit opportunities unless it is necessary to differentiate between them.

If only one system node is granted access to a particular time slot to transmit its data packets, this is a dedicated assignment. Dedicated assignments have the advantage that the packets in such slots will not be subject to collisions on the network bus. Because there is no possibility of collisions for data packets that have been assigned dedicated time slots, a node considers the transmission of a packet complete once it has been sent and does not wait for an echo. As such, once a node has transmitted a first packet, it can transmit the next available packet as long as it has available dedicated bandwidth. This permits the node to transmit multiple packets on the network bus, thereby significantly increasing the node's throughput. Moreover, because there are no possibilities of collisions, retries are not necessary. The only drawback is that if the node does not transmit in the slot, the bandwidth is wasted.

If multiple nodes are allowed to transmit during a given time slot, this is a contention transmit opportunity. During these time slots, the packets of multiple nodes are subject to collisions. As stated, the network protocol uses this type of access control usually when the network bus is lightly loaded because under such circumstances the access time is greatly reduced than if dedicated assignments were used. However, as the traffic on the network bus increases, this method of access becomes increasingly undesirable because of the number of collisions that occur and the time required to correct for such collisions seriously decreases throughput and wastes bandwidth.

To improve network performance in situations in which the network bus is moderately loaded, the allocator, according to the network protocol, assigns the system nodes both dedicated and contention time slots. Because of greater traffic on the network bus, those nodes that have been assigned contention slots may defer transmission of any pending packets if certain conditions exist.

A first basis for deferring transmission is that the node must wait for a start time slot or must wait for a start time slot that is large enough based on the transmit sizefield. This not only applies to contention opportunities but also dedicated ones.

A second basis, which applies only to contention opportunities, is that the node may be deferring transmission due to a previous collision and backoff. A third reason for deferring transmission is that since the protocol only allows one contention data packet from a node to be on the network bus at any one time, if a collision is detected in the collision window, the node will retransmit the data packet involved in the collision without worrying about the other packets in the transmit queue.

P-persistence is a fourth basis for deferring transmission. P-persistence is the probability, P, that a node will transmit in a valid contention transmit opportunity. As the network becomes more heavily loaded, the probability that a node will transmit during an available contention transmit opportunity is reduced which reduces the collisions and increases the throughput for the node even though latency increases.

The fifth deferral reason is that if a node senses transmissions of the network bus, it will defer its transmissions to avoid collisions. To accomplish this, the node reads the

12

length field at the beginning of any data packets which the node receives over the network bus, and as long as the remaining number of bytes in the passing packet is greater than the loop delay of reading node, it will defer its transmissions. However, a deferring node must transmit if it is assigned a dedicated time slot to prevent bandwidth waste.

In order to increase the throughput in each of the three types of transmit opportunities, the network protocol provides for the concatenation of multiple data packets. Concatenated transmissions reduce the probability of collisions since the concatenated frame experiences only one collision window while ordinarily each packet of the concatenated frame would experience a collision window of its own. Concatenation also reduces the overhead for the transmission. The concatenated frame can be variable in length up to predetermined length size. When the concatenated frame is received at its destination, it is demultiplex into the original, individual data packets.

When concatenated data packets are transmitted in the contention mode, if the first packet is successfully transmitted, the protocol assumes that no collision has occurred and the remainder of the packets are treated as if they are dedicated transmissions. If, however, the first packet experiences a collision, the concatenated packets together back off and retransmission is attempted at a later time.

As stated, when the contention access method is being used, a node assumes that a transmission is successful if the echo of the transmitted packet is received by that node at the appropriate time, which is a loop delay after the transmission. If the node fails to receive the echo, it assumes that the transmission has failed because a collision or some type of error event has occurred. If a collision is detected in the collision window, a predetermined retry count is incremented, the transmission waits a backoff period, and the packet is retransmitted subject to the deferral rules. If the retry count exceeds a predetermined maximum value, it is considered an error condition and the transmission of this packet is aborted. If the error is one that is detected outside the collision window, a bit error is assumed and the packet transmission is not retried and is aborted. The protocol will reset or decrement the backoff period after successful transmission by the node.

FIGS. 4, 5, 6, 7, and 8 show representative formats for transmissions on the bus according to the network bus protocol.

Referring to FIG. 4, a representative frame format for the transmission of data packets on the network bus is shown at 325. A frame is a single transmission that may span multiple time slots and may include multiple packets. The first field in FIG. 4, is the 12 byte IPG field. This field is to allow for the physical layer, the RF modem module, turn off times and to provide delineation between data packets and frames. The second field is the 11 byte PRE field. This field is a repeating hex pattern 11. The Preamble is used by the physical layer, the RF modem module, to synchronize to the incoming data packet or frame, but will be transparent to the higher layers, such as the MAC layer. The next field is the SFD field. This field is 1 byte long and is the hex pattern D1. The SFD field delineates the start of the actual data frame. The SFD field is used with the SEED field as will be described.

The fourth field is the 2 byte SEED field. A 24 bit scrambler, which is used for the transmission of data on the network bus, uses the 16 bit SEED field and the 8 bit SFD field as the starting pattern. All fields following the SEED field are scrambled. The SEED field is incremented after each transmission. The node that receives the data packet descrambles all data after the SEED field.

5,471,474

13

The next field is the 2 byte FC field. The frame format can be one of two types: transparent mode and non-transparent mode. The non-transparent mode is intended for MAC layer generated frame control of the communications highway network system, while the transparent mode is intended for frames containing packets generated by higher level services, such as applications requiring data communications.

Referring to FIG. 5, generally at 350, a representative frame control word format for the 2 byte FC field is shown. The 1 bit MODE field determines the format: 0= Transparent and 1= Non-transparent. The 1 bit DED field is for indicating the type of packet being transmitted in the frame: 0= Contention packet and 1= Dedicated packet. This field is used by the allocator and provides network management statistics. The 2 bit PRIORITY field is used to show the transparent mode priority of the data packet being sent in the frame. The priorities are the following:

00= Normal Priority Field.
01= High Priority—Allocation Packet.
10= High Priority—Reserved.
11= High Priority—Reserved.

The 2 bit FUNCTION field is used to describe the function of the non-transparent packet being transmitted according to the following:

00= BLOCK SYNC packet.
01= Loop Delay packet.
10= Auto-Concatenate Header.
11= Reserved.

The FUNCTION field is interpreted only if the non-transparent mode is enabled and there is no extended header.

The next field of the frame control word format is the 1 bit PACER field. If the node is the pacer, this bit is set to 1 and if it is not, it is set to 0. This bit is set on every packet transmitted by the pacer. Other nodes leave this bit cleared. The 1 bit EHDR field is intended for use when the transparent mode is enabled. This bit is not interpreted if the non-transparent mode is enabled. If this bit is set at 0, there is no extended header and if it is set at 1, there is one.

The 8 bit PARAM field is the next field. This field has multiple functions. If the transparent mode is enabled and the EHDR field=1, then the PARAM=the length of the extended header, which may be 0–255 bytes. Further, if the non-transparent mode is enabled, EHDR= 0, and FUNC-TION=1x, then PARAM= the number of packets of the concatenate. Except for these two situations, the PARAM field is reserved and not interpreted.

Again referring to FIG. 4, the next field of the frame format is the 2 byte FLEN field. This field describes the length of the remainder of the frame following this field, excluding the 2 byte HCS field. The optional extended header field that follows the FLEN field allows MAC layer implementations to support a variable length header without having to interpret the header. This is accomplished by encoding the length in the PARAM field.

The 2 byte HCS field is a cumulative check of the frame control length and the extended header, if present. This is used for early collision detection and additional robustness. This value is calculated as a byte wide sum expressed as a 16 bit result.

The packet data is the next field of the frame format. The contents of this field are shown in detail in FIG. 6, generally at 400. The first field of the variable length data is a 6 byte DA section. This section is the destination address field for the packet being transmitted. The next field is a 6 byte SA section. This is the source address of the packet being sent. The final field is the variable length data section. The section contains the data being sent and may be 0–8175 bytes long.

14

Referring to FIG. 4, the next field of the frame format is the 4 byte CRC field. This field is meant to check the bytes following the HCS field, namely, the DA, SA, and variable length data fields. The final field of the frame format is the POSTAMBLE field. This is inserted as padding after the CRC field to cause the frame to end at a time slot boundary.

Examples of generated packet formats are set forth in FIGS. 7–10. An ethernet packet with its original CRC in the transparent mode is shown at 450 in FIG. 7. An ethernet packet with its original CRC in the transparent mode and with a generated extended header is shown at 500 in FIG. 8. FIG. 9 at 550 shows a packet format for a generated BLOCK SYNC packet in the non-transparent mode.

FIG. 10 at 600 shows a concatenate packet that consists of the packet in FIG. 7 concatenated with the packet in FIG. 8 into a single frame. As is shown in FIG. 10, there is only one IPG, PREAMBLE, SFD, and SEED for the frame. These are followed by the FC field with the FUNCTION bits indicating concatenation. The PARAM portion of the FC field is set to 2 to indicate the number of concatenated packets. The FLEN field is the length of the entire concatenated frame. Specifically, the FLEN field equals the sum of all the individual packet lengths plus the 6 bytes of overhead for each packet. This concatenation header is then followed by each of the individual packets, from the control field to the CRC, as each would appear in a single transparent frame.

The final protocol consideration is the collision detection process. A node assumes a contention transmission is successful if the transmitted packet returns at the appropriate time, which is a loop delay after transmission, and both the HCS and the CRC snapshot are verified correct. If the node fails to detect the return packet at the appropriate time or discards the packet prior to the CRC's programmable offset, it is assumed that the transmission has failed due to a collision or an error event. The packet is then queued for retransmission subject to retry counters which provide a backoff period. If the packet has been discarded after the programmable CRC offset, then the packet is treated like a dedicated packet. Under these circumstances, the transmission is considered completed but the packet was lost due to bit error on the network, not a collision.

Once the contention packet is queued for retransmission, the node must wait the backoff period before retrying. If, however, a dedicated time slot assignment becomes available, the retry is sent unconditionally in that slot.

The transmitting system node takes a CRC snapshot at the beginning of a data packet. The protocol relies on the fact that the allocator has assigned slots such that all collisions must occur at this beginning of the data packet. That is, the protocol attempts to determine as early as possible when a collision event occurs through the use of a CRC snapshot. Some of the methods the protocol uses to do this include detecting no carrier or loss of carrier during reception, an insufficient PREAMBLE, an invalid SFD, or an incorrect HCS. In addition to these, the node may provide additional checks for early collision detection.

Allocator

The allocator is layered on the system of the present invention and its functions are preferably performed by the system node that also is the pacer. The allocator allocates the network bus bandwidth in a dynamic manner based on the protocol.

The bandwidth that is allocated is that which exists between two BLOCK SYNC packets. The allocator may assign any of the three levels of service to a system node, which are preassigned dedicated, isochronous, slots; dynamically assigned, demand-based dedicated slots; and

5,471,474

## 15

public contention slots. Each node is given a service level during system configuration and this level of service is stored in the nonvolatile memory. These levels, however, may be changed during system operation.

Each node on the network bus has available a transmit opportunity table that controls that node's access to, and transmissions on, the network bus. FIG. 11 at 650 shows a representative partitioning of a transmit opportunity table. It is the node's use of the transmit opportunity table, which is a product of the allocator, that permits the node to transmit on the network bus. Each of the fields of the table will be discussed subsequently.

The allocator has a number of primary functions. A first is that in providing the highest level of service possible under varying network conditions, it provides the network operating parameters for the public contention block. Specifically, it will provide the "P" value for the P-persistence function. This value will be a function of the network traffic patterns. It will also provide the network hysteresis for retransmission backoff after a collision. Moreover, the allocator provides the preprogrammed amount of public contention bandwidth.

A second primary function is that it provides access to the synchronous dedicated bandwidth block, the isochronous block. This block is manually assignable to a system node through a request/acknowledge procedure. In carrying out this function, the allocator assigns bandwidth time slots per BLOCK SYNC period which have a fixed frequency.

A third primary function is to provide a stable, bounded access to the demand-based dedicated bandwidth block 30 (with fairness to all nodes) and error control. This is accomplished through a dedicated slot per requester for high bandwidth users or through contention slots for high numbers of low bandwidth users.

The allocator, as the decision maker, partitions the network bus bandwidth and communicates its decisions to each of the nodes through packets dedicated for this purpose. These packets continually update the separate transmit opportunity table available to each node. Thus, a fourth primary allocator function is to broadcast the necessary information in the transmit map update packet to allow each node to maintain its transmit opportunity table.

The isochronous allocation, as discussed, is done on a request/acknowledge basis and is manually assignable. Moreover, if a node is not assigned either the isochronous or demand-based dedicated level of service, it is assigned the contention level, which is the default level. As such, the allocator's requirements are relatively straightforward with respect to providing isochronous and contention levels of service. The allocator, however, spends considerable time dynamically allocating bandwidth between the demand-based dedicated level of service and the contention level in light of the ever changing network conditions.

The dynamic allocation of bandwidth by the allocator allows the nodes on the network to request and obtain demand-based dedicated bandwidth for the transmission of their packets with no probability of collisions and the wasted bandwidth created by such collisions. The allocator allocates the demand-based dedicated bandwidth on an individual node basis with minimal latency and overhead in accessing the allocated bandwidth. The system nodes request demand-based dedicated bandwidth from the allocator which if allocated is only for the amount of bandwidth requested. The dynamic allocation of demand-based dedicated bandwidth compensates for the increased collision windows on longer networks, increased latencies for long networks, and increased traffic on the network bus.

## 16

Referring to FIG. 11–16, the dynamic allocation process by the allocator will be discussed. First, FIGS. 11 and 12 will be discussed to provide an overview of the allocation procedure and then FIGS. 13A and 13E will be discussed with regard an example of the allocation process. Next, FIG. 14 will be discussed which shows an example of the contents of the dedicated bandwidth request block, and then FIGS. 15 and 16 will be discussed regarding the fair allocation of bandwidth.

Referring to FIG. 11 at 650 and FIG. 12 at 700, the three blocks of the transmit opportunity table that are important to the allocator in dynamically allocating the dedicated bandwidth are the dedicated bandwidth request block (DBRQB), the transmit map update block (TXMAPUB), and the dedicated bandwidth block (DBB). The relationship of these blocks is shown in FIG. 12.

The spacing between these blocks is based on the MAX_ LOOP_DELAY through the network, as well as the processing time for the protocol. The first delay, Delay 1, is based on the network delay, PACER_LOOP_DELAY, in slots of the allocator and the additional overhead necessary for the allocator to process the transmit map update packets, as well as build up and queue the transmit map update packets. The second delay, Delay 2, is based on the maximum network delay, MAX_LOOP_DELAY, for the network topology and the additional overhead necessary for each node to process the transmit map update packets, as well as queue a data packet for transmission on the network bus.

The dedicated bandwidth request block is a block of slots reserved for requesting dedicated bandwidth and may be from 0–255 slots in length depending on the number of nodes active on the network bus and enabled for this function. Each node that has access to this block has a dedicated slot in which to transmit a dedicated bandwidth request. The dedicated bandwidth request block shown in FIG. 11 is divided into 32 byte slots. However, it is understood that the slot width may be increased or the number of slots may be increased and this still will be within the scope of the present invention. Each of the nodes that are properly enabled has access to one dedicated slot for requests.

The allocator maintains two tables that are used by the dedicated bandwidth request block. These are the assignment table and the slot table which are shown in FIG. 14 at 1000 and 1010, respectively. The assignment table contains the members of the dedicated bandwidth request block and preferably is 0–255 entries in length depending on the number of nodes having membership. Here, it also is understood that a greater number of slots may be unavailable and this still will be within the scope of the present invention. DBRQB_ASSIGN_# is the unique number assigned to each node. The allocator will point to the DBRQB_ASSIGN_#, actually the DBRQB_ASSIGN_#_HEAD, which will transmit first in the next dedicated bandwidth block.

The slot table contains the slots that make up the dedicated bandwidth request block. Preferably, this table will have 0–255 entries depending on the number of nodes having access to the block. Each node having membership has a dedicated slot into which it may transmit a dedicated bandwidth request packet. The slots are numbered 1–255. The assignment and slot tables are equal in length and unused entries in these tables are aged out. However, in order not to waste the bandwidth of the dedicated bandwidth request block, low bandwidth users preferably will transmit their demand-based dedicated bandwidth requests through the contention block.

5,471,474

**17**

The transmit map update block is a block of slots reserved for the allocator. The allocator uses this block to transmit map update packets. These packets fit into three 32 byte slots with the number transmitted within the block determined by the robustness level. Some of the important information contained in the packet are the granting of dedicated bandwidth, maintenance of the dedicated bandwidth request block including aging out of unused entries and providing fairness in bus access, error control to prevent unstable network operating conditions, granting membership in the dedicated bandwidth request block for nodes requesting it, and slot number boundaries between the block types.

The allocator processes the requests for dedicated bandwidth. The bandwidth requested by the nodes is in the number of time slots needed and can range from 64 to 8192 byte times per frame. These are converted into octets. Each node can be individually set for the maximum amount of bandwidth it can request, keeping in mind, however, the level of prioritization within the block. Request for access to a dedicated bandwidth block or being granted access to it does not preclude transmitting packets in the public contention block.

Referring to FIGS. 13A–13E, the procedure for requesting and obtaining dedicated bandwidth will be discussed. Membership in the dedicated bandwidth request block is obtained by sending a dedicated membership request packet in the public contention block as shown in FIG. 13A at 750 or in the maintenance channel if the public contention block is not available. In order for a node to do this, it must have been powered up, established block synchronization and its loop delay, and is enabled to request dedicated bandwidth.

The allocator grants the requesting node access to dedicated bandwidth by listening to all of the individual requests and setting aside bandwidth in the form of time slot counts in the dedicated bandwidth block. Preferably, the allocator does not grant bandwidth on an individual basis but on a bulk basis to all of the requesting nodes.

A grant of a request for membership in the dedicated bandwidth request block is transmitted to the requesting node through the transmit map update block, as shown in FIG. 13B at 800. At this point, the node has been assigned a dedicated slot for requesting bandwidth. To keep the slot the node must transmit in this slot regardless of whether it requires dedicated bandwidth or not. If the node does not use the slot, it is aged out and it will lose it.

Referring to FIG. 13C, generally at 850, according to the allocation request process, each node queues the packets to be transmitted onto the network bus and requests dedicated bandwidth in time slot counts in its dedicated bandwidth request packet. The allocator receives the bandwidth request packets from each of the nodes requesting bandwidth in the dedicated bandwidth request block. Preferably, the allocator receives the request packets in a designated area of buffer memory. Each node computes the number of bandwidth requests and the amount of bandwidth requested, the total, as well as the amount upstream from it. Among other things, this determines the requests that are earlier and later than those of a node.

Referring to FIG. 13D at 900, the allocator transmits a transmit map update packet that includes the total number of bandwidth requests, the bandwidth requested, the bandwidth allocated, and additional fields where appropriate. Each node requesting bandwidth must verify its computed values for total bandwidth with that sent by the allocator in the transmit map update packet. It is only after positive verification that these values match that the node is enabled to transmit in the dedicated bandwidth block.

**18**

Each of the nodes that are enabled to transmit in the dedicated bandwidth block does so in the assigned time slots, deferring from the block boundary by the number of time slots requested and granted to its upstream neighbors. This is generally shown in FIG. 13E at 950. The requested bandwidth is only granted for the next dedicated bandwidth block and requests for additional dedicated bandwidth must be made through subsequent dedicated bandwidth request blocks.

Referring to FIG. 14 and Table III below, an example of request procedure will be explained referring to the assignment and slot tables:

TABLE III

| NODE ID | DBRQB ASSIGN # | DBRQB SLOT # | DEDICATED REQUEST | REQUESTED DEDICATED SLOT |
|---------|----------------|--------------|-------------------|--------------------------|
| D | 4 | 1 | y | 50 |
| E | 5 | 2 | y | 100 |
| F | 6 | 3 | n | 0 |
| A | 1 | 4 | y | 75 |
| B | 2 | 5 | n | 0 |
| C | 3 | 6 | n | 0 |

NODE_ID A is transmitting in DBRQB_SLOT_#_=4 and sees NODE_ID F, E, and D upstream with NODE_ID D and E requesting bandwidth and F not requesting any. NODE_IDA will recognize that the two frames, with a total of 150 slots, will be transmitted in the dedicated bandwidth block ahead of it, so it will defer transmission that number of slots. The allocator transmits the transmit map update packet that contains the total number of requests and the total bandwidth requested. The transmit map update packet delineates between isochronous and demand-based dedicated bandwidth. The nodes transmitting in the dedicated bandwidth block must agree with these values. A node may request dedicated bandwidth even if it is in a collision backoff state, thus allowing it to retransmit the collided packet in a dedicated environment.

The remainder of the fields of the transmit opportunity table shown in FIG. 11 are the block synchronization packet, the maintenance block, synchronous bandwidth block, and the public contention bandwidth block. The block synchronization packet, synchronous bandwidth, and public contention bandwidth blocks have been discussed previously. The remaining block, the maintenance block, is accessible by all nodes. It is used for determining the loop delay for the nodes, for the transmittal of a request to gain membership in the dedicated bandwidth request block when the public contention block is not available, and for setting up and breaking down virtual network circuits.

The allocator uses fairness in allocating the dedicated bandwidth block. As such, the ordering of the dedicated requests by the allocator is periodically changed to implement this fairness. More specifically, the allocator provides for round robin sequencing of the order of the transmittal requests in the dedicated bandwidth request block to achieve fairness. To further achieve fairness, the nodes that were unable to transmit due to the unavailability of dedicated bandwidth are given the highest priority in the next dedicated bandwidth request block. An example of how the allocator carries out fairness in dedicated bandwidth allocation will be described referring to FIGS. 15 and 16.

FIG. 15 shows a dedicated bandwidth request block N at 1100, a dedicated bandwidth request block N+1 at 1110, and a dedicated bandwidth request block N+2 at 1120. Fairness in access latency is provided by moving the nodes up in order in the dedicated bandwidth request block as access is

5,471,474

**19**

granted to the available bandwidth of subsequent dedicated bandwidth blocks.

FIG. 16 shows a dedicated bandwidth request block N at **1150** and a dedicated bandwidth request block N+1 at **1160**. FIG. 16 illustrates how the allocator uses fairness when all of the requests for dedicated bandwidth cannot be met for a particular dedicated bandwidth block. This fairness is provided by moving nodes that were unable to gain bandwidth in the dedicated bandwidth block to the top of the order list for the next dedicated bandwidth request block. Thus, each node is guaranteed access to the network bus regardless of the traffic level.

The terms and expressions that are used herein are used as terms of expression and not of limitation. There is no intention in the use of such terms and expressions of excluding the equivalents of the features shown and described, or portions thereof, it being recognized that various modifications are possible in the scope of the present invention.

We claim:

**1.** A communications network for interactive communications among network users, comprising:

a network bus;

a plurality of system nodes connected to the network bus with each system node having a loop delay associated therewith;

a pacer connected to the network bus for providing timing signals thereon for synchronizing network bus access operations by the plurality of system nodes;

an allocator that is capable of substantially simultaneously allocating the plurality of system nodes access to a network bus bandwidth by a plurality of bus allocation methods according to a network bus protocol that is based on the network bus being segmented in a time domain into repeating periods, compensation by each system node of its loop delay before accessing the network bus to transmit data during a repeating period, dynamically allocating access to the network bus bandwidth according to the plurality of bus allocation methods, and timing signals from the pacer, with at least one of the bus allocation methods being based on system nodes accessing the network bus bandwidth according to this method being given a requested discrete portion of network bus bandwidth for a predetermined number of repeating periods for transmitting data on the network bus.

**2.** The communications network as recited in claim **1**, wherein the network bus further includes buses of systems that connect to the system nodes.

**3.** The communications network as recited in claim **1**, wherein the plurality of bus allocation methods includes isochronous, demand-based dedicated, and contention allocation methods.

**4.** The communications network as recited in claim **3**, wherein the isochronous method of network bus bandwidth allocation is based on system nodes accessing discrete portions of the network bus bandwidth for a predetermined number of repeating periods for the transmission of data.

**5.** The communications network as recited in claim **3**, wherein the allocator in response to requests from a plurality of the system nodes allocates to such system nodes access to the network bus bandwidth according to demand-based dedicated and contention allocation methods.

**6.** The communications network as recited in claim **5**, wherein the allocator allocates system nodes access to discrete portions of the network bus bandwidth according to the demand-based dedicated allocation method for one

**20**

repeating period.

**7.** A method for accessing a network bus bandwidth, comprising the steps of:

(A) generating timing signals on the network bus for synchronizing network bus access operations by a plurality of system nodes connected to the network bus;

(B) segmenting the network bus in a time domain into a plurality of repeating time periods;

(C) determining for each system node that system node's loop delay;

(D) each system node that seeks access to the network bus bandwidth according to a first network bus access method transmitting a request to an allocator for assignment of a discrete portion of the network bus bandwidth for a predetermined number of repeating periods in which the requesting system nodes may transmit data packets on the network;

(E) the allocator assigning the system nodes that requested assignment of a discrete portion of the network bandwidth at step (D) a discrete portion of the network bus bandwidth for a predetermined number of repeating periods until a total amount of network bus bandwidth assigned by the allocator equals a predetermined maximum bandwidth, and for any system nodes that the allocator rejects its request for access according to this first network bus access method because the predetermined maximum bandwidth is reached, then step (G);

(F) the system nodes assigned discrete portions of network bus bandwidth at step (E) transmitting data packets onto the network bus at a time up to an amount assigned by the allocator, with each of such system nodes commencing transmission of the data packets one loop delay before a time the allocator assigned for that system node for transmitting data packets on the network bus;

(G) continuously monitoring an amount of data packets on the network bus and a number of collisions of data packets on the network bus;

(H) allowing any of the plurality of system nodes to transmit at least one data packet on the network bus by a second network bus access method, with each of such system nodes using the second network bus access method commencing transmission of the at least one data packet one loop delay before a time block the allocator has assigned for such system nodes to transmit on the network bus and at least one deferral condition is met;

(I) the allocator accepting requests from any of the plurality of system nodes for discrete portions of a next repeating period to transmit at least one data packet on the network bus according to a third network bus access method; and

(J) the allocator assigning a discrete portion of the network bus bandwidth of the next repeating period to each up to a predetermined number of the system nodes requesting access at step (I) to the network bus according to the third network bus access method, with each of such system nodes accessing this network bus according to the third network bus access method commencing transmission of the at least one data packet one loop delay before a time the allocator has assigned for each system node to transmit on the network bus.

**8.** The method as recited in claim **7**, wherein step (A)

5,471,474

21

globally synchronizes operations on the network bus.

9. The method as recited in claim 7, wherein step (C) includes the following substeps:

(1) a system node transmitting at least one data packet to itself on the network bus;

(2) starting a timing means upon a start of the transmission at substep (1) of step (C);

(3) receiving back at the system node the data packet transmitted at substep (1) of step (C);

(4) stopping the timing means upon receiving back the data packet at substep (3) of step (C) and calculating the loop delay based on the start and stop times; and

(5) storing at the system node the loop delay calculated at substep (4) of step (C).

10. The method as recited in claim 7, wherein the allocator is capable of substantially simultaneously assigning the first, second, and third network bus access methods to the plurality of system nodes.

11. The method as recited in claim 7, wherein steps (H), (I), and (J) result in a dynamic assignment of network bus bandwidth according to the second and third network bus access methods based on a load of each of the nodes on the network bus.

12. The method as recited in claim 11, wherein a number of system nodes requesting access to the network bus bandwidth according to the third network bus access method increases as a number of collisions of data packets on the network bus increases.

13. The method as recited in claim 11, wherein a number of system nodes requesting access to the network bus bandwidth according to the third network bus access method increases as the number of data packets on the network bus increases.

14. The method as recited in claim 12, wherein the allocator in assigning a portion of the network bus bandwidth to the system nodes requesting access to the network bus bandwidth according to the third network bus access method will assign a discrete portion of the network bus bandwidth to each requesting system node until a total amount of network bus bandwidth assigned is equal to a predetermined maximum bandwidth and queuing any requests for access to the network bus bandwidth according to the third network bus access method that were rejected because the predetermined maximum bandwidth was reached.

15. The method as recited in claim 14, wherein the queued requests have priority in an assignment of discrete portions of the network bus bandwidth in subsequent repeating periods for access to the network bus according to the third network bus access method.

16. The method as recited in claim 7, wherein transmitting data packets onto the network bus according to the first, second, and third network bus access methods includes transmitting a data frame, with the data frame having a plurality of data packets, the data frame having less at least network bus bandwidth overhead than if the plurality of data packets making up the data frame are transmitted separately.

17. The method as recited in claim 16, wherein transmitting the data frame onto the network bus according to the second network bus access method includes transmitting a first data packet of the data frame according to the second network bus access method and a remainder of the data packets that follow the first data packet according to a dedicated bus access method.

18. A method for accessing a network bus bandwidth, comprising the steps of:

22

(A) generating timing signals on the network bus for synchronizing network bus access operations by a plurality of system nodes connected to the network bus;

(B) determining for each system node that system node's loop delay;

(C) segmenting the network bus in the time domain into repeating periods of predetermined length and dividing each of the repeating periods into a plurality of time slots, with each repeating period including a predetermined number of time slots for transmission of a timing signal generated at step (A), a predetermined number of time slots for system nodes to transmit data packets on the network bus based on the system nodes accessing the network bus according to a first network bus access method, a predetermined number of time slots for system nodes to transmit data packets on the network bus based on the system nodes accessing the network bus according to a second network bus access method, and a predetermined number of time slots for system nodes to transmit data packets on the network bus based on the system nodes accessing the network bus according to a third network bus access method;

(D) each system node seeking access to the network bus bandwidth according to the first network bus access method transmitting a request to an allocator for assignment of a discrete portion of the network bus bandwidth defined by the predetermined time slots set forth in step (C) for system nodes to access the network bus according to the first network bus access method;

(E) the allocator assigning each of the system nodes requesting a portion of the network bus bandwidth at step (D) a discrete portion of the network bus bandwidth until a total amount of network bus bandwidth assigned by the allocator equals the predetermined number of time slots set forth in step (C) for system nodes to access the network bus according to the first network bus access method, and for any system nodes that the allocator rejects its request for a discrete portion of the network bus bandwidth requested at step (D), then step (G);

(F) the system nodes assigned network bus bandwidth at step (E) transmitting data packets onto the network bus at a time up to an amount assigned by the allocator, with each of the system nodes commencing transmission of the data packets one loop delay before the time the allocator assigned for each system node to transmit on the network bus;

(G) continuously monitoring an amount of data packets on the network bus and a number of collisions of data packets on the network bus;

(H) allowing any of the plurality of system nodes to transmit at least one data packet on the network bus by the second network bus access method in the predetermined number of time slots set forth in step (C) for system nodes accessing the network bus according to the second network bus access method, with each of the system nodes using the second network bus access method commencing transmission of the at least one data packet one loop delay before the predetermined number of time slots set forth at step (C) for system nodes accessing the network bus according to the second network bus access method and at least one deferral condition is met;

(I) the allocator accepting requests from any of the plurality of system nodes for discrete portions of a next repeating period of the predetermined number of time

5,471,474

23

slots set forth in step (C) for system nodes accessing the network bus according to the third network bus access method; and

(J) the allocator assigning discrete portions of the next repeating period of the predetermined number of time slots set forth in step (C) for system nodes accessing the network bus according to the third network bus access method according to the requests at step (I), with each of such system nodes using the third network bus access method commencing transmission of at least one data packet one loop delay before a time the allocator has assigned for such system nodes to transmit data packets onto the network bus.

**19.** The method as recited in claim **18**, wherein step (A) globally synchronizes operations on the network bus.

**20.** The method as recited in claim **18**, wherein step (B) includes the following substeps:

(1) a system node transmitting at least one data packet to itself on the network bus;

(2) starting a timing means at a start of the transmission at substep (1) of step (B);

(3) receiving back at the system node the data packet transmitted at substep (1) of step (B);

(4) stopping the timing means upon receiving back the data packet at substep (3) of step (B) and calculating the loop delay based on the start and stop times; and

(5) storing at the system node the loop delay calculated at substep (4) of step (B).

**21.** The method as recited in claim **18**, wherein the allocator is capable of substantially simultaneously assigning the first, second, and third network bus access methods to the plurality of system nodes.

**22.** The method as recited in claim **18**, wherein steps (H), (I), and (J) result in a dynamic assignment of network bus bandwidth according to the second and third network bus access methods based on a load of each of the nodes on the network bus.

**23.** The method as recited in claim **22**, wherein a number of system nodes requesting access to the network bus bandwidth according to the third network bus access method increases as a number of collisions of data packets on the network bus increases.

**24.** The method as recited in claim **22**, wherein a number of system nodes requesting access to the network bus bandwidth according to the third network bus access method increases as a number of data packets on the network bus increases.

**25.** The method as recited in claim **23**, wherein at step (J) the allocator assigns each of the system nodes requesting a portion of the network bus bandwidth a discrete portion of the network bus bandwidth until a total amount of the network bus bandwidth assigned equals the predetermined number of time slots set forth in step (C) for system nodes accessing the network bus according to the third network bus access method, and queuing the requests for discrete portions of the network bus bandwidth that were rejected because the total predetermined number of time slots set forth in step (C) has been reached for system nodes accessing the network bus according to the third access method.

**26.** The method as recited in claim **25**, wherein the allocator assigns for the requests in the queue a discrete number of time slots of subsequent repeating periods having a predetermined number of time slots as set forth in step (C) for system nodes accessing the network bus according to the third network bus access method.

**27.** The method as recited in claim **25**, wherein for

24

subsequent repeating periods the requests in the queue are given priority for the assignment of the predetermined number of time slots set forth in step (C) for system nodes accessing the network bus according to the third network bus access method.

**28.** The method as recited in claim **18**, wherein transmitting data packets onto the network bus according to the first, second, and third network bus access methods includes transmitting a data frame, with the data frame having a plurality of data packets, the data frame having less at least network bus bandwidth overhead than if the plurality of data packets making up the data frame are transmitted separately.

**29.** The method as recited in claim **28**, wherein transmitting the data frame onto the network bus according to the second network bus access method includes transmitting a first data packet of the data frame according to the second network bus bandwidth access method and a remainder of the data packets that follow the first data packet according to the a dedicated bus access method.

**30.** The method as recited in claim **7**, wherein the method further includes increasing a probability of collision detection by ensuring that collisions for a particular data packet occur before a predetermined time after a start of transmission of that data packet.

**31.** The method as recited in claim **18**, wherein the method further includes increasing a probability of collision detection by ensuring that collisions for a particular data packet occur before a predetermined time after a start of transmission of that data packet.

**32.** The method as recited in claim **7**, wherein each data packet to be transmitted includes at least one field for permitting additional information to be carried by that data packet.

**33.** The method as recited in claim **18**, wherein each data packet to be transmitted includes at least one field for permitting additional information to be carried by that data packet.

**34.** The method as recited in claim **7**, wherein each system node is capable of transmitting data packets onto the network bus according to the second network bus access method when a remaining length of a data frame presently on the network bus is less than that system node's loop delay.

**35.** The method as recited in claim **18**, wherein each system node is capable of transmitting data packets onto the network bus according to the second network bus access method when a remaining length of a data frame presently on the network bus is less than that system node's loop delay.

**36.** The method as recited in claim **7**, wherein each system node includes a means that the allocator accesses to provide transmit information for that system node on a per time slot basis.

**37.** The method as recited in claim **36**, wherein the means that the allocator accesses includes a transmit opportunity table.

**38.** The method as recited in claim **18**, wherein each system node includes a means that the allocator accesses to provide transmit information for that system node on a per time slot basis.

**39.** The method as recited in claim **38**, wherein the means that the allocator accesses includes a transmit opportunity table.

**40.** The method as recited in claim **16**, wherein each data packet of the data frame has its own source address and destination address.

**41.** The method as recited in claim **28**, wherein each data

5,471,474

25             26

packet of the data frame has its own source address and destination address.

**42.** The communications network as recited in claim **1,** wherein one of the plurality of system nodes is the pacer.

**43.** The communications network as recited in claim **42,** wherein the pacer further includes the allocator.

**44.** The communications network as recited in claim **3,** wherein the allocator in response to requests from a plurality of the system nodes allocates to such system nodes access to the network bus bandwidth according to demand-based dedicated and contention allocation methods based on an amount of data being transmitted on the network bus.

**45.** The communications network as recited in claim **3,** wherein the allocator in response to requests from a plurality of the system nodes allocates to such system nodes access to the network bus bandwidth according to demand-based dedicated and contention allocation methods based on a number of collisions of data occurring on the network bus.

**46.** A method for allocating access to a network bus of a communications network having a plurality of system nodes, comprising the steps of:

segmenting a network bus bandwidth in a time domain into repeating periods;

partitioning each of the repeating periods of the network bus bandwidth into a predetermined amount of network bus bandwidth for each of a plurality of bus allocation methods;

dynamically allocating access by the system nodes to the network bus bandwidth according to the plurality of bus allocation methods, with the allocation of access by the system nodes to the network bus bandwidth according to a first bus allocation method including the steps of,

accepting requests from each system node seeking access to the network bus bandwidth according to the first bus allocation method for discrete portions of the network bus bandwidth, and

assigning to each of the system nodes that requested access to the network bus bandwidth according to the first bus allocation method a discrete portion of the network bus bandwidth until a total amount of the network bus bandwidth assigned equals the predetermined amount of network bus bandwidth partitioned for the first bus allocation method; and

transmitting a transmit map update packet to the plurality of system nodes to control access to the network bus by the plurality of system nodes.

**47.** The method as recited in claim **46,** wherein the first bus allocation method is an isochronous allocation method.

**48.** The method as recited in claim **46,** wherein allocating access by the system nodes to the network bus bandwidth according to a second bus allocation method comprises:

monitoring an amount of data packets on the network bus and a number of collisions of data packets on the network bus; and

allowing any of the plurality of system nodes to transmit at least one data packet on the network bus by a second bus allocation method as long as at least one deferral condition is met.

**49.** The method as recited in claim **48,** wherein the second bus allocation method is a contention allocation method.

**50.** The method as recited in claim **48,** wherein allocating access by the system nodes to the network bus bandwidth according to a third bus allocation method comprises:

accepting requests from any of the plurality of system nodes for discrete portions of a next repeating period of

the network bus bandwidth;

assigning discrete portions of the next repeating period of the network bus bandwidth according to the requests for such portions, until a total amount of the network bus bandwidth assigned equals an amount of the network bus bandwidth available; and

queuing any of the requests that were not assigned discrete portions of the next repeating period of the network bus bandwidth.

**51.** The method as recited in claim **50,** wherein the third bus allocation method is a demand-based dedicated allocation method.

**52.** The method as recited in claim **50,** further comprising, for subsequent repeating periods, giving priority for the assignment of the predetermined amount of network bus bandwidth partitioned for the third of the bus allocation methods to the queued requests.

**53.** A method for accessing a network bus bandwidth, comprising the steps of:

segmenting the network bus in a time domain into a plurality of repeating periods and dividing each of the repeating periods into a plurality of time slots;

allocating a first predetermined number of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to a first network bus allocation method if requested;

allocating a remainder of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to a second network bus allocation method;

assigning discrete portions of the first predetermined number of the plurality of time slots for system nodes to transmit data packets on the network bus according to the first network bus allocation method according to a dedicated bandwidth allocation method; and

permitting system nodes to transmit data packets on the network bus according to the second network bus allocation method according to a contention allocation method.

**54.** A method for accessing a network bus bandwidth, comprising the steps of:

generating timing signals on the network bus for synchronizing network bus access operations by a plurality of system nodes connected to the network bus;

segmenting the network bus in a time domain into a plurality of repeating time periods and dividing each of the repeating time periods into a plurality of time slots;

allocating a first predetermined number of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to a first network bus allocation method if requested;

allocating a remainder of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to a second network bus allocation method after allocating time slots for the first and a third network bus allocation methods;

allocating a third predetermined number of the plurality of time slots for use by system nodes to transmit data packets on the network bus according to the third network bus allocation method if requested;

assigning discrete portions of the first predetermined number of the plurality of time slots for system nodes requesting access to the network bus to transmit data packets according to the first network bus allocation method;

5,471,474

permitting system nodes to transmit data packets on the network bus according to the second network bus allocation method; and

assigning discrete portions of the third predetermined number of the plurality of time slots of the next repeating period for system nodes requesting access to the network bus according to the third network bus allocation method.

55. The method as recited in claim 54, wherein the first network bus allocation method is an isochronous allocation method, the second network bus allocation method is a contention allocation method, and the third network bus allocation method is a demand-based dedicated allocation method.

\* \* \* \* \*

Case 09-10138-MFW   Doc 14559-1   Filed 10/14/14   Page 2 of 129

# EXHIBIT B

US005583862A

# United States Patent [19]

## Callon

[11] Patent Number: 5,583,862

[45] Date of Patent: Dec. 10, 1996

[54] **METHOD AND APPARATUS FOR ROUTING FOR VIRTUAL NETWORKS**

[75] Inventor: **Ross W. Callon**, Bedford, Mass.

[73] Assignee: **Bay Networks, Inc.**, Santa Clara, Calif.

[21] Appl. No.: **411,442**

[22] Filed: **Mar. 28, 1995**

[51] Int. Cl.$^6$ ................................................. H04L 12/56
[52] U.S. Cl. .......................................... 370/397; 370/402
[58] Field of Search ........................ 370/60, 60.1, 85.13,
370/85.14, 94.1, 94.2, 94.3, 54; 340/825.52,
825.53, 825.54; 395/200.15

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,823,338 | 4/1989 | Chan et al. | 370/85.1 |
| 5,029,164 | 7/1991 | Goldstein | 370/95.1 |
| 5,128,926 | 7/1992 | Perlman et al. | 370/94.1 |
| 5,200,993 | 4/1993 | Wheeler et al. | 379/96 |
| 5,247,524 | 9/1993 | Callon | 371/53 |
| 5,251,205 | 10/1993 | Callon et al. | 370/60 |
| 5,410,543 | 4/1995 | Seitz et al. | 370/85.13 |
| 5,444,702 | 8/1995 | Burnett et al. | 370/60.1 |

OTHER PUBLICATIONS

Callon, "The Interoperability Report", Aug. 1989, vol. 3, No. 8, pp. 2–6.
Katz, et al, "NBMA Next Hop Resolution Protocol (NHRP)", Aug. 25, 1994, pp. 1–29.

Dykeman, et al. "ATM Forum 94–0471R7 PNNI Draft Specification", pp. 11–110.

*Primary Examiner*—Hassan Kizou
*Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman

[57] **ABSTRACT**

An internetwork routing protocol which supports virtual networks. Routing tables are maintained in routers and gateways which identify whether or not a destination is directly reachable by the router listed in the routing information entry, or whether it is merely part of a virtual network served by the listed destination routers. For directly reachable connections, datagrams may be directly delivered to any router claiming such status with respect to the network with assurance of likely delivery to the destination. Routers in communication with a virtual network must first be queried for the identity of a particular destination router address before packets are delivered to eliminate the need of packet forwarding.

**26 Claims, 4 Drawing Sheets**





Routing Table Entry
Link State Packet Contents

U.S. Patent          Dec. 10, 1996          Sheet 1 of 4          5,583,862



*Figure 1*



*Figure 2*



Routing Table Entry
Link State Packet Contents

*Figure 3*

Dec. 10, 1996    Sheet 3 of 4    **5,583,862**



*Figure 4*



*Figure 5*

5,583,862

**1**

## METHOD AND APPARATUS FOR ROUTING FOR VIRTUAL NETWORKS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to internetwork communications. More particularly, the present invention relates to a method and apparatus for internetwork routing in systems that include virtual networks.

2. Art Background

Computer networks are implemented to exchange information from one location to another. The information may be data exchanged between users of the computer network, or data propagated from one user to a peripheral device such as a printer or remote data storage location. In recent years, networking systems have spread worldwide, increasing the efficiency of user's working habits by increasing the volume of information that can be exchanged almost instantaneously from one location to another. The effect has been revolutionary. Today, even personal communications and document delivery are handled via electronic mail where, in the past, other means of communicating would have been required.

The proliferation of computer networks has necessitated the development of internetworking communications devices. These devices, often referred to as routers or gateways, provide a mechanism for users (or nodes) of one network to communicate with users (or nodes) of another network. U.S. Pat. No. 5,251,205 issued to Ross W. Callon et al. teaches a method for multiple protocol routing wherein data packet formats appropriate for one network are in an inappropriate format for a second network and require a special treatment prior to propagation from the first network to the second network. The role of routers or gateways is to provide a communications path between interconnected networks regardless of the protocols implemented by the various networks.

In order to propagate information from a node on one network to a node or group of nodes on other networks, it is necessary to determine a path through the interconnected series of links and networks for the data to be propagated. Numerous routing protocols have been developed for calculating routes over interconnected networks. "Computer Networks", second edition, Andrew S. Tanenbaum, Prentice-Hall, 1988, pp. 289–309, describes numerous such routing protocols. In popular routing algorithms, such as those described in Tanenbaum, each router determines which end systems are attached to it, what links to other routers are available, the states of those links, and the identities of the routers on the other ends of those links. To initialize an internetwork environment, each router places this information in a control packet known as a Link State Packet (LSP), and transmits this LSP to all of the other routers in the internetwork. Later, when changes in the network occur, one or more routers may generate new LSPs which supersede previously generated LSPs.

As long as the most recent LSPs are propagated reliably to all of the routers, each router will have complete information about the topology of the internetwork environment and can generate a routing database describing routes through the internetwork. In order for user data packets to be delivered to their destinations, each end system on the internetwork environment must have an unambiguous address. There are several independent standards organizations which document and promulgate address allocation

**2**

schemes, as well as control end user data packet formats which may be used for communicating under these schemes. Many networks and internetworks interconnected through current routing technologies have been configured according to these addressing schemes and formats.

Recent advances in networking theory have introduced the concept of "virtual networks" or virtual subnetworks. One reason for the introduction of virtual networks is for the support of mobile end stations. While a mobile end station may have a unique address, its physical location may vary from time to time. It would be inefficient for every other user on an interconnected series of networks to have to update their address tables every time every mobile end station changed physical locations. Thus, it is convenient for mobile stations to maintain a single (virtual) address for which all other end stations or nodes can use to reach it. Additionally, virtual networks are useful for giving a common group of end stations an address which implies a common subnetwork address, even though those end stations may actually be distributed over numerous physical networks. The distributed subnetworks combine to comprise the virtual network. This ability is gaining in commercial importance. Thus, a number of host systems comprising a single subnetwork with an address identifier which identifies that subnetwork may in fact be interconnected through different routers.

A likely typical situation for implementing virtual networks concerns the routing of the internetwork protocol (IP) type networking packets over an asynchronous transfer mode (ATM) network. The ATM protocols define the need for coordination of route computation between multiple systems serving the same network using emerging LAN Emulation protocols.

Under existing routing protocols such as the Internetworking Protocol (IP), there is no provision for Link State Packets to be formulated by a router which identifies whether or not a router is connected to all hosts of a given network, or is merely capable of answering queries regarding the hosts of a distributed virtual network. That is, when a virtual network is distributed over several routers, each router can only identify in its LSP that the subnetwork is (eventually) reachable from it. There is no way to identify that the router is not directly in communication with all nodes of the network. Currently, this is no different from information provided by a router which is directly connected to all hosts on a real physical network. Packets forwarded to a router connected to a virtual network, but not to a router physically coupled to the destination host will have to be forwarded to the correct router within the virtual network which is connected to the host. This is inefficient. As an alternative, prior to routing data from one host on one network connected to a router to another network connected to a different router, the sending or originating router may send a query to some or all of the routers which claim a connection to the virtual destination network asking for an actual physical router address to send to which is connected to the desired host. This mechanism, however, is inefficient for those routers which are directly connected to all hosts of a physical destination network. It would be desirable, and is therefore an object of the present invention, to provide a routing mechanism which efficiently handles the case of an interconnected series of networks which may include both distributed virtual networks and discrete physical networks.

### SUMMARY OF THE INVENTION

From the foregoing, it can be appreciated that it would be desirable to provide a routing mechanism which supports an

5,583,862

3

interconnected series of networks wherein some networks comprise subnetworks which are distributed over a virtual network. Further, it is an object of the present invention to support efficient routing in an internetwork environment which includes such virtual networks.

These and other objects of the present invention are provided by a new internetworking routing protocol in which link state packets (LSP) propagated by routers include information which indicates whether a given network is a directly reachable one, or one that is a virtual network only partially connected to the router. The routers implementing this protocol will maintain in their routing tables this virtual network identification information about which networks are "directly reachable" by the other routers in the system in which ones are merely "address served" by the other routers in the internetwork environment.

In one embodiment of the present invention, the specification of the network connection type (physical or virtual) is provided by data included in the routing topology information propagated between routers in the internetwork environment. In an alternative embodiment, the routing protocol may be implemented by having a router identify that it is first providing addresses for one type of network connection and then providing the network addresses for a second type of network. For example, physical network information may be followed by virtual network information.

With routers that implement the internetwork routing protocol of the present invention, data packets or datagrams that need to be sent from one location to another location can be most efficiently directed. For example, if two routers are listed in an originating router's routing tables as being directly reachable with respect to a destination network, the originating router may deliver the packet to either one of those two routers based on conventional routing algorithms with assurance that the datagram will reach its destination node with a high probability. It is unnecessary for the originating router to query the two "directly connected" routers as to which one should receive the datagram for a given host destination. For a situation where two routers are listed as "address served" routers in the originating router's routing tables, the router knows that the destination network is a virtual network. In this case the originating router should query one or both of the routers connected to the destination network for a true physical destination router address to deliver the packet. In this manner, routers connected to virtual networks are queried while routers connected to a physical network may immediately be forwarded packets without the delay of a query.

## BRIEF DESCRIPTION OF THE DRAWINGS

The objects, features and advantages of the present invention will be apparent from the following detailed description in which:

FIG. 1 illustrates a hypothetical internetwork environment which includes both virtual and physical networks.

FIG. 2 illustrates a general block diagram of a router which may incorporate the teachings of the present invention.

FIG. 3 illustrates the data assignment in a link state packet which provides information about the nature of a network connection for a router.

FIG. 4 is a flow diagram in accordance with an alternative embodiment of the present invention for providing network connection type information to interconnected routers of an internetwork environment.

4

FIG. 5 illustrates a flow diagram suitable for use in implementing routing tables which incorporate the network connection type information of the present invention.

## DETAILED DESCRIPTION

The present invention provides a method and apparatus for packet routing over an internetwork environment which include both physical and virtual networks. In the following detailed description, specific details are set forth such as particular routing protocols and specific bit designations in order to provide a thorough understanding of the present invention. It will be appreciated, however, by one skilled in the art that the routing techniques defined in accordance with the present invention may be practiced over numerous internetwork topologies using numerous network protocols. In other instances, well-known control structures and gate level circuits have not been shown in detail in order to avoid obscuring the present invention.

Referring first to FIG. 1, a hypothetical internetwork environment configuration is illustrated in an embodiment in which virtual networks are likely to be utilized. There is shown at the center of the internetwork environment a digital network interface metaphorically referred to as an asynchronous transfer mode (ATM) cloud 100, which systems are becoming well known in the art for providing virtual channels for interconnections between routers connecting various networks.

The use of an internetwork configuration which includes the ATM cloud 100 is a suitable example for implementing the present invention because a likely scenario for the implementation of virtual networks will include the routing of internetwork protocol (IP) packets over an ATM network. This type of network will require coordination between the multiple routers that serve the same distributed virtual network to be handled using developing techniques of LAN Emulation and for Multiplexed Over ATM (MPOA). For purpose of the present invention, it is assumed that the multiple routers servicing an identified virtual network will be able to coordinate amongst themselves for determining which router is in fact physically in communication with a subnetwork of the virtual network coupled to a desired host station.

In the illustrated internetwork configuration of FIG. 1, there are actually illustrated three networks. Host systems 1 and 3 (110, 111) are on Virtual Network 1 and are illustrated geometrically coded as boxes. This implies that, for example, the network layer addresses for Hosts 1 and 3 will be assigned based on their attachment to the "box" network. Hosts 2, 4, and 5 (120, 121 and 122) are on a separate virtual network, Virtual Network 2, illustrated using triangular shaped host systems. Hosts 6, 7, 8 and 9 (130, 131, 132 and 133) are on a real physical network 135 noted as the Physical Network with circular shaped host designations in the figure.

As described in the preceding section, with previous routing protocols, router A 140 and router B 141 would each announce reachability to Virtual Network 1 and Virtual Network 2. Each is connected to a subnetwork of hosts residing on the virtual network. Similarly, router D 142 and router E 143 would each announce to the other routers their reachability to the circular physical network 135.

The deficiency of preceding protocols can best be illustrated with the following examples: suppose that two datagrams (for example, two IP packets) arrive at router C 144 and need to be delivered to their respective destinations. The first packet is addressed to Host 5 (122) on the triangular

5,583,862

5

virtual network. The second packet is addressed to Host 9 (133) on the physical network 135. In both of these cases, there are two routers which are announcing reachability to the desired destination network. However, in this case traditional routing protocols do not provide for router C 144 to know which reachability information announced through the routing protocol is for the virtual networks such as the triangular and square virtual networks, and which identifies reachability to a real physical network.

With traditional routing protocols, inefficient operation is likely in one or both of the above cases. There are two approaches which could be used: (i) use routes to any router announcing reachability to the associated network, and rely on the router to forward the packet if necessary. An example of how this may be suboptimal is that the packet from router C 144 for host 5 (122) may be sent first to router A 140 which will then have to forward the packet to router B 141 before delivery to Host 5 (122); (ii) before sending the packet, send a query to one of the routers announcing reachability to the associated network, and wait for a response before forwarding to the packet. This would allow the routers serving the network to coordinate amongst themselves and determine which router should receive the packet for delivery to the destination host. In the above example, this is not an optimal approach because the packet that is destined for host 9 (133) will not be forwarded until after the response to the query is received, even though router D 142 and router E 143 which are both announcing reachability to the network containing Host 9 (133) can in fact both reach the entire physical network directly. This query approach is currently being considered for implementation with existing protocols in order to provide compatibility. It has been called the Next Hop Resolution Protocol (NHRP) which at least provides compatibility with the existing IP protocol.

The present invention proposes a solution such that the two packets described in the above example may both optimally be delivered to the destination hosts with no unnecessary delay.

FIG. 2 illustrates a general block diagram of a router 200. At its simplest reduction, the router 200 comprises a routing engine 201 which controls sending data packets and the above described link state packets to the other routers in the network through the routing transmit control block 202. Incoming data packets and link state packets are received from the other routers in the network through routing receive control block 203 for processing by the routing engine 201. The router 200 maintains in a memory device or other storage mechanism routing tables 205 derived in response to the link state packets and other control packets received by the router 200.

The present invention involves maintaining information concerning the direct reachability for directly connected physical networks and for the ability to answer queries for virtual networks while using the same packet routing protocol. Accordingly, when link state packets are exchanged between the routers of FIG. 1, routers A 140 and B 141 will each announce that they can answer queries related to the triangular and square virtual networks 1 and 2 to which they are both only partially connected. Routers D 142 and E 143 announce that they have direct reachability to the entire physical network noted by the circularly drawn hosts. In accordance with one embodiment of the present invention, this information is provided by including virtual network identification information in the link state packet as illustrated in FIG. 3 wherein for each connection advertised in the link state packet at least one bit is designated for

6

indicating whether the sending router for the connection has a "directly reachable" connection to the entire physical network or whether it is merely an "address served" router for a portion of the virtual network which may have nodes connected to other routers. This same information is maintained in the routing table entries by the routers receiving this packet.

FIG. 4 illustrates a flow diagram of a method for an alternative embodiment of the present invention which would not require changing current packet designations of bit assignments for the link state packets but does require a different handshaking protocol between the routers when providing the link state packets between them. The Propagate Routing Table Information routine 400 is a periodic routine which at decision box 401 determines if it is yet time to send the next set of link state information to the other routers in the internetwork environment. In accordance with this embodiment of the present invention, a router will divide the information it sends out into two parts. First, at step 402, it will propagate a message over the network identifying that the following packets are going to be the class of link state packets identifying "directly reachable" connections. This is followed at step 403 by sending the routing table information for those entries which correspond to directly reachable physical networks. Following that, at step 404, an indication is sent out from the router that the next set packets to follow contain addresses identifying connections for which the router is merely in the "address served" state suggesting that the network is virtual and may in fact have nodes which are connected to a different router. This is followed at step 405 by sending the routing table entries for the "address served" connections.

An internetwork environment implementing the above-described protocol for identifying directly reachable physical networks versus virtual networks allows for simple resolution of the delivery of the two datagrams described in the above example. The packet at router C 144 for delivery to Host 9 (133) can immediately be sent to either router D 142 or router E 143, in accordance with other routing criteria. Both of these routers are entirely connected to the physical destination network so that if the packet is sent from router C to either router D or router E, it will not have to be forwarded to another router but may then be delivered to Host 9 (133). Router C will determine that routers D and E both are directly reachable with respect to Host 9 by reference to the routing tables maintained by router C 144 based on link state packets which have earlier been transmitted by routers D 142 and E 143.

For the packet destined for Host 5, the router C 144 will determine by reference to its routing tables that both router A 140 and router B 141 have designated their connections to the Virtual Network 1 as being in the "address served" state as they are each only partially connected to the virtual network. Thus, the router C will send a query to either or both router A or router B to find out where to physically send the packet before delivering it.

The Packet Delivery routine 500 is illustrated with reference to FIG. 5. At step 501, the router which has a packet to deliver will look up the destination in its routing tables. The originating router will then make a determination at decision box 502 as to whether or not the entry indicates that for the destination, the connection is "directly reachable" or "address served" for the router identified in the routing table entry. If an entry indicates that through a given router the destination is "directly reachable" at decision box 502 then the packet or datagram is delivered at step 503 without the delay of a query/response. If the originating router deter-

5,583,862

7

mines that the entry for the destination indicates that a destination router is an "address served" router for a virtual network, then at step **505** the router will send a query for a correct destination or the next hop for delivery of the packet; it then waits for a reply. Once the router has determined where to send the datagram, at step **506**, it is delivered to the identified destination. The routine then ends at exit block **1000**.

There has thus been described a protocol which may be implemented for both virtual and physical networks in an internetwork environment using a common packet protocol. Although the present invention has been described in terms of an illustrated embodiment, it will be appreciated by those of ordinary skill in the art that the present invention may be widely implemented over many interconnected network technologies. Accordingly, the scope of the present invention should be determined in terms of the claims which follow.

What is claimed is:

1. A router for use in an internetwork environment, the router comprising a routing table that stores link state packets, each link state packet providing information regarding an associated network coupled to an associated router of the internetwork environment and including virtual network identification information that identifies whether the associated network is a physical network directly reachable by the associated router or a virtual network partially connected to the associated router.

2. The router of claim 1 further comprising routing logic for controlling the delivery of a data packet to a destination network, said routing logic delivering said data packet directly to a second router coupled to said destination network if said virtual network identification information for said second router in said routing table memory indicates said destination network is a directly reachable network for said second router.

3. The router of claim 2 wherein said routing logic queries said second router for a delivery address for said data packet if said virtual network identification information for said second router in said routing table memory indicates said destination network is a virtual network only partially connected to said second router.

4. A method for delivering a data packet to a host on a destination network in a communications system including a first router and a second router, the second router being coupled to the destination network, the method comprising the steps of:

in said first router, maintaining a routing table which includes virtual network identification information indicating whether said destination network is directly reachable by said second router, or whether said destination network is only partially connected to said second router;

determining from said routing table if said destination network is directly reachable by said second router; and

delivering said data packet to said second router if said destination network is identified as being directly reachable by said second router.

5. The method of claim 4 further comprising the steps of:

determining from said routing table if said destination network is only partially connected to said second router;

sending a query to said second router if it is only partially connected to said destination network requesting identification of a next router to deliver said data packet to;

waiting for a response to said query; and

8

delivering said data packet to said next router.

6. The method of claim 5 wherein said determining steps are carried out by said first router referring to said routing table.

7. The method of claim 4 further comprising the step of said second router providing said virtual network identification information to said first router.

8. The method of claim 7 wherein said providing said virtual network identification information step comprises the steps of:

said second router determining if said destination network is entirely connected to said second router;

formulating a link state packet identifying said second router's virtual network identification information with respect to said destination network; and

propagating said link state packet to said first router.

9. The method of claim 7 wherein said providing said virtual network identification information step comprises the steps of:

determining if said destination network is entirely connected to said second router;

notifying said first router that a first set of link state packets identify networks which are directly reachable by said second router;

including a link state packet for said destination network in said first set of link state packets if said destination network is entirely connected to said second router;

conveying said first set of link state packets to said first router;

notifying said first router that a second set of link state packets identify networks which are only partially connected to said second router; and

including said link state packet for said destination network in said second set of link state packets if said destination network is only partially connected to said second router;

conveying said second set of link state packets to said first router.

10. A method for routing packets over a communications internetwork that includes both physical and virtual networks, said method comprising:

routers of said communications network exchanging connection information identifying which network connections are physical and which are virtual; and

said routers thereafter routing packets according to the connection information.

11. The method of claim 10 further comprising:

directly delivering packets for a destination network to a router if connection information regarding the router identifies the router as having a physical network connection to said destination network; and

sending a destination query to the router if connection information regarding the router identifies the router as having a virtual network connection to said destination network.

12. A method of delivering a data packet to a host on a destination network in a communications system, said communications system including a first router and a second router, the second router being coupled to the destination network, the method comprising the steps of:

maintaining a routing table, in the first router, which identifies the destination network as being either a physical or a virtual network;

receiving the data packet, for delivery to the host on the destination network, at the first router;

5,583,862

## 9

determining from the routing table whether the destination network is a physical or virtual network; and

delivering the data packet to the second router if the destination network is determined to be a physical network.

**13.** A method of delivering a data packet according to claim **12**, including the step of sending a query to the second router if the destination network is a virtual network to determine whether the host is directly reachable by the second router.

**14.** A method of delivering a data packet according to claim **13** including the steps of:

receiving a response to the query from the second router at the first router;

determining whether the host is directly reachable by the second router from the response; and

delivering the data packet to the second router if the host is determined to be directly reachable.

**15.** A method of maintaining a routing table in a first router in a communication system, the communication system including a second router and a destination network, the destination network being coupled to the second router and including a destination host, the method including the steps of:

determining if the destination network coupled to the second router is a virtual network;

formulating a link state packet for propagation from the second router, the link state packet identifying the destination network as being coupled to the second router;

propagating the link state packet from the second router to the first router;

receiving the link state packet at the first router; and

maintaining the routing table in the first router to indicate that the second router is coupled to the destination network and whether the destination network is a virtual network, wherein the step of maintaining the routing table to indicate whether the destination network is a virtual network is performed in response to an indication by the link state packet that the destination network is a virtual network.

**16.** A method of maintaining a routing table according to claim **15** including the step of including the link state packet in a first set of link state packets propagated to the first router if the destination network is a virtual network, thereby to indicate that the destination network is a virtual network.

**17.** A method of maintaining a routing table according to claim **15** including the step of including the link state packet in a second set of link state packets propagated to the first router if the destination network is a physical network, thereby to indicate that the destination network is a physical network.

**18.** A method of maintaining a routing table according to claim **16** wherein information indicating whether the destination network is a virtual network is included in the link state packet.

**19.** An internetwork system comprising:

a destination network including a destination host;

a first internetwork communication device coupled to the destination network; and

## 10

a second internetwork communication device including:

an input for receiving a link state packet propagated by the first internetwork communication device over the internetwork system; and

a memory device storing routing data indicating whether the destination network is a physical or virtual network, so as to allow the second internetwork communication device to determine whether a data packet, received by the memory device for delivery to the destination host, is for transmission to a physical or a virtual network.

**20.** An internetwork system according to claim **19** wherein the second internetwork communication device includes routing logic circuitry for controlling the delivery of the data packet to the destination host, the routing logic circuitry being adapted to deliver the data packet directly to the first internetwork communication device if the destination network is a physical network.

**21.** An internetwork system according to claim **19** wherein the second internetwork communication device includes routing logic circuitry for controlling the delivery of the data packet to the destination host, the routing logic circuitry being adapted to query the first internetwork communication device for a delivery address for the data packet if the destination network is a virtual network.

**22.** An internetwork system according to claim **19** wherein the first and second internetwork communication devices are routers.

**23.** A source internetwork communication device for use in an internetwork system including a receiving internetwork communication device coupled to a destination network, the source internetwork communication device comprising:

an input for receiving a link state packet propagated by the receiving internetwork communication device over the internetwork system; and

a memory device storing routing data indicating whether the destination network is a physical or virtual network, so as to allow the source internetwork communication device to determine whether a data packet, received by the memory device for delivery to a destination host included in the destination network, is for transmission to a physical or a virtual network.

**24.** A source internetwork communication device according to claim **23** including routing logic circuitry for controlling the delivery of the data packet to the destination host, the routing logic circuitry being adapted to deliver the data packet directly to the receiving internetwork communication device if the destination network is a physical network.

**25.** A source internetwork communication device according to claim **23** including routing logic circuitry for controlling the delivery of the data packet to the destination host, the routing logic circuitry being adapted to query the receiving internetwork communication device for a delivery address for the data packet if the destination network is a virtual network.

**26.** A source internetwork communication device according to claim **23** wherein the source internetwork communication device comprises a router.

* * * * *

Case 09-10138-MFW  Doc 14559-1  Filed 10/14/14  Page 83 of 156

# EXHIBIT C

US005761197A

# United States Patent [19]

**Takefman**

[11] **Patent Number:** 5,761,197

[45] **Date of Patent:** Jun. 2, 1998

[54] **COMMUNICATIONS IN A DISTRIBUTION NETWORK**

[75] Inventor: **Michael Lewis Takefman**, Nepean, Canada

[73] Assignee: **Northern Telecom Limited**, Montreal, Canada

[21] Appl. No.: **338,850**

[22] Filed: **Nov. 14, 1994**

[51] Int. Cl.[6] ................................ **H04J 3/06; H04B 7/212**

[52] U.S. Cl. .......................... **370/337;** 370/395; 370/443; 370/458; 370/510

[58] Field of Search ...................................... 370/321, 329, 370/336, 337, 347, 422, 443, 458, 503, 510, 395; 455/450, 451, 502, 509, 3.1, 4.1, 4.2; 348/6, 7, 385, 387; 359/135, 136, 140, 167, 118; 340/825.08, 825.14, 825.2

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,742,512 | 5/1988 | Akashi et al. | 370/95.3 |
| 4,949,395 | 8/1990 | Rydbeck | 455/33 |
| 5,008,883 | 4/1991 | Eizenhofer et al. | 370/95.1 |
| 5,103,445 | 4/1992 | Ostlund | 370/79 |
| 5,150,247 | 9/1992 | Sharpe et al. | 359/135 |
| 5,166,675 | 11/1992 | Amemiya et al. | 340/825.08 |
| 5,239,543 | 8/1993 | Janssens | 370/105.1 |
| 5,303,234 | 4/1994 | Kou | 370/95.3 |
| 5,307,349 | 4/1994 | Shloss et al. | 370/85.2 |
| 5,315,584 | 5/1994 | Savary et al. | 370/18 |
| 5,343,240 | 8/1994 | Yu | 348/14 |

| | | | |
|---|---|---|---|
| 5,355,368 | 10/1994 | Dore et al. | 370/105.1 |
| 5,384,777 | 1/1995 | Ahmadi et al. | 370/85.2 |
| 5,398,129 | 3/1995 | Reimann | 359/137 |
| 5,425,027 | 6/1995 | Baran | 370/69.1 |
| 5,444,710 | 8/1995 | Fisher et al. | 370/95.3 |
| 5,499,047 | 3/1996 | Terry et al. | 348/6 |

## FOREIGN PATENT DOCUMENTS

42 33 581   4/1994   Germany .

*Primary Examiner*—Chi H. Pham
*Assistant Examiner*—Ricky Ngo
*Attorney, Agent, or Firm*—R. John Haley

[57] **ABSTRACT**

A central station of a cable television distribution network transmits TDM frames comprising distribution information and overhead information downstream to customer terminals, and determines corresponding upstream TDMA frames by including an upstream frame identity in the overhead information of each downstream frame. Each terminal buffers asynchronous information for upstream transmission, and stores an upstream frame identity which it is assigned. On detecting this frame identity in the downstream overhead information, the terminal transmit a buffer queue size in an assigned time slot of the corresponding upstream frame. The central station uses the queue sizes from the terminals to allocate time slots in the upstream frames to terminals, by including their terminal addresses in the downstream overhead information, for transmission of the buffered asynchronous information. The central station can also assign time slots to the terminals for transmission of isochronous information.

**21 Claims, 5 Drawing Sheets**



U.S. Patent

Jun. 2, 1998

Sheet 1 of 5

5,761,197



Fig. 1

Fig. 2

Fig. 3



Fig. 4

Fig. 5

U.S. Patent

Jun. 2, 1998

Sheet 3 of 5

5,761,197





Fig. 9



Fig. 10

**U.S. Patent**          Jun. 2, 1998          Sheet 5 of 5          **5,761,197**



Fig. 11

Fig. 12

5,761,197

## COMMUNICATIONS IN A DISTRIBUTION NETWORK

This invention relates to communications in a distribution network, and more particularly to bidirectional communications in a distribution network in which a central or distribution station communicates with a plurality of terminals. An example of such a network to which this invention is particularly applicable is a cable network via which television signals are distributed to television terminals, and via which other signals, for example data, voice, and control signals, can be communicated in both directions between terminals and the central station.

## BACKGROUND OF THE INVENTION

Cable television distribution networks are well known. In such networks, analog television signals are carried to customer terminals (television receivers) from a central station or head end via a branched coaxial cable which includes bridger amplifiers, line extenders, and customer taps. Each television signal occupies a 6 MHz channel at a frequency from about 50 MHz to about 450 MHz or more. The upper frequency is limited by the bandwidth of the bridger amplifiers and line extenders and the attenuation of the coaxial cable, which as is well known increases with increasing frequency.

Various ways have been proposed for communicating additional signals via a cable television distribution network, typically involving the supply of such signals via optical fibers to appropriate points in the coaxial cable system with delivery of the signals to the customer premises via the coaxial cable, referred to as the drop cable, which already exists from the customer tap to the customer premises. It is desired also to accommodate signals in the upstream direction from the customer premises to the central station, so that the network can then serve for communicating arbitrary types of signals in both directions; such signals can include for example television program selection and control signals, metering signals, voice signals, and data signals.

In the downstream direction from the central station to the terminals, the cable distribution network constitutes a point-to-multipoint network, on which signal transmission is relatively easy to provide. In the upstream direction from the terminals to the central station, this network is a multipoint-to-point network, on which signal transmission is much more difficult to provide.

One reason for the difficulty is the problem of contention among different terminals simultaneously wishing to transmit signals to the central station. Various collision detection schemes have been proposed generally for multipoint-to-point communications networks; these are not particularly suited to the cable distribution network, especially in view of the large number of terminals which may exist in such a network. Contention among the terminals may be avoided by polling each terminal in turn; however, this results in an undesired loss of downstream bandwidth for polling signals from the central station, variable delays for responses from different terminals due to their varying distances from the central station, and long intervals between successive polls of each station due to these delays and the large number of terminals.

In addition, there can be a wide variation in the bandwidth which is required by each terminal, at any particular time, for transmitting signals in the upstream direction. For example, these signals can be isochronous (constant bit rate) signals, such as voice, metering, and video signals, and/or

asynchronous (variable bit rate) signals, such as computer data signals, keyboard operations, and television push-button control signals. Providing for efficient transmission of these different types of signals from a large number of terminals is difficult.

Furthermore, it is always a consideration to provide the equipment needed in each terminal in a relatively small size and at a relatively low cost.

Accordingly, an object of this invention is to provide an improved method of communicating information between a central station and a plurality of terminals of a distribution network.

## SUMMARY OF THE INVENTION

This invention broadly provides a method of communicating information in TDM (time division multiplex) frames in a downstream direction from a central station of a distribution network to a plurality of terminals of the network and in TDMA (time division multiple access) frames in an upstream direction from the plurality of terminals to the central station, each terminal having a respective terminal identity, comprising the steps of: transmitting in the downstream frames distribution information and overhead information, the overhead information comprising synchronization information for synchronizing the plurality of terminals to the upstream frames and authorization information for authorizing selected terminals each to transmit in an upstream frame; and in each terminal, transmitting information in a respective time slot in an upstream frame in response to the authorization information and information stored in the terminal.

The authorization information in the downstream frames can comprise a frame identity for each upstream frame, the information stored in each terminal comprising an identity of an upstream frame and information identifying a time slot in that frame for transmission of information by the terminal. This is particularly convenient for upstream transmission of polling information and isochronous information from the terminals. For providing different rates of transmission of isochronous information, preferably the information stored in each terminal further comprises a masking field for masking part of a comparison in the terminal of its stored upstream frame identity with each frame identity in the authorization information.

Alternatively, or preferably in addition, the authorization information in the downstream frames can comprise the terminal identity of each terminal authorized to transmit in an upstream frame and an indication identifying a time slot in the upstream frame in which each terminal is authorized to transmit, and the information stored in each terminal comprises the respective terminal identity. This is particularly convenient for upstream transmission of asynchronous information from the terminals. The indication identifying a time slot in the upstream frame in which each terminal is authorized to transmit is conveniently constituted by a relative position of the terminal identity in the downstream frame.

Another aspect of this invention provides a method of communicating information between a central station and a plurality of terminals in a distribution network, comprising the steps of: at the central station, determining downstream TDM frames, for transmission of distribution information and overhead information from the central station to the plurality of terminals, and upstream TDMA frames, for transmission of information in respective time slots from the terminals to the central station, each upstream frame having

5,761,197

3

a frame identity which is included in the overhead information of a corresponding downstream frame; in each terminal, buffering asynchronous information for transmission upstream, storing an upstream frame identity and a time slot identity assigned to the terminal, monitoring the overhead information in the downstream frames for the stored upstream frame identity, and, in response to detection of the stored upstream frame identity in the overhead information in a downstream frame, transmitting, in the assigned time slot of the corresponding upstream frame, information comprising an indication of a queue size of the buffered asynchronous information; at the central station, allocating time slots in the upstream frames to terminals in accordance with the queue size indications from the terminals, and including in the overhead information in the corresponding downstream frames an indication of each terminal which is allocated such a time slot and the time slot which it is allocated; and in each terminal having buffered asynchronous information, monitoring the overhead information in the downstream frames for the indication of the terminal and, in response to detection of the indication of the terminal in the overhead information in a downstream frame, transmitting buffered asynchronous information in the allocated time slot of the corresponding upstream frame.

Preferably the downstream and upstream frames have the same frame period, and the method further comprises the step of including synchronization information in the overhead information in the downstream frames for synchronizing the terminals to the upstream frames. The method advantageously further comprises the step of storing in each terminal a marshalling delay, inversely dependent on a distance of the terminal from the central station, for delaying timing of upstream frames at the terminal.

The time slots in the upstream frames allocated for the transmission of the buffered asynchronous information are preferably larger than the time slots assigned to the terminals for the transmission of information comprising the indication of a queue size of the buffered asynchronous information. Conveniently m time slots in the upstream frames allocated for the transmission of the buffered asynchronous information have the same size as n time slots assigned to the terminals for the transmission of information comprising the indication of a queue size of the buffered asynchronous information, where m and n are integers and n>m. For example m may be equal to one.

The method can further comprise the step of transmitting, from at least one of the terminals, isochronous information from the terminal as part of the information comprising an indication of a queue size of the buffered asynchronous information in the assigned time slot of the respective upstream frame. Thus isochronous information from a terminal can be appended to polling information from the terminal in the same time slot.

Alternatively, or in addition, the method can further comprise the steps of, in at least one terminal having isochronous information to be transmitted upstream, storing an upstream frame identity and a time slot identity assigned to the terminal by the central station for transmission of the isochronous information, monitoring the overhead information in the downstream frames for this stored upstream frame identity, and, in response to detection of this stored upstream frame identity in the overhead information in a downstream frame, transmitting the isochronous information in the assigned time slot of the corresponding upstream frame. Thus isochronous information from a terminal can be assigned time slots separate from polling information from the terminal.

4

The method preferably further comprises storing in said at least one terminal a masking field for masking part of a detection in the terminal of the stored upstream frame identity for transmission of the isochronous information in the overhead information in the downstream frames. The use of a masking field facilitates providing different isochronous information rates to different terminals.

According to another aspect, this invention provides a method of allocating upstream transmission capacities to terminals in a distribution network in which distribution information and overhead information are transmitted in TDM frames in a downstream direction from a central station to the terminals, comprising the steps of: providing, for transmission from the terminals to the central station, upstream TDMA frames in which there are at least two different sizes of time slots, and identifying each upstream frame by a frame identity in the overhead information in a corresponding downstream frame so that the terminals can determine the time slots for each upstream frame; assigning time slots of a first size to at least some of the terminals for transmitting upstream queue size information for buffered asynchronous information to be transmitted upstream from the terminal, each such terminal storing an identity of an assigned time slot and an upstream frame identity for transmitting the queue size information, monitoring the overhead information in the downstream frames to detect the assigned frame identity, and transmitting the queue size information in the assigned time slot in the corresponding upstream frame; and allocating time slots of a second size to terminals in dependence upon the queue size information by transmitting from the central station in the overhead information in the downstream frames an indication of each terminal which is allocated such a time slot and the time slot which it is allocated, each terminal having buffered asynchronous information to be transmitted monitoring the overhead information in the downstream frames to detect the indication of the terminal and transmitting buffered asynchronous information in the allocated time slot of the corresponding upstream frame.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be further understood from the following description with reference to the accompanying drawings, in which:

FIG. 1 schematically illustrates a cable television distribution network which provides bidirectional communications in accordance with an embodiment of this invention;

FIGS. 2 and 3 illustrate frequency spectra for downstream and upstream signals at different points in the network of FIG. 1;

FIG. 4 illustrates a TDM frame structure for the downstream signals;

FIG. 5 illustrates a header for ATM cells in the downstream signals;

FIGS. 6 to 8 illustrate various TDMA frame structures for the upstream signals;

FIG. 9 is a distance-time diagram illustrating marshalling for the upstream signals;

FIG. 10 illustrates a block diagram of a tap box of the network;

FIG. 11 illustrates a block diagram of a terminal of the network; and

FIG. 12 illustrates an arrangement for masked frame identity comparison in the terminal.

DETAILED DESCRIPTION

FIG. 1 illustrates parts of a conventional cable television distribution arrangement which is supplemented with an

5,761,197

| 5 | 6 |

additional bidirectional transmission capability. Only those parts of the arrangement which are essential for understanding this invention are shown.

As shown in FIG. 1, coaxial cables 10 serve to supply television signals to a customer premises via a bridger amplifier 12, a line extender 14, a customer tap box 16, and a coaxial drop cable 18. Broken lines in FIG. 1 indicate that the arrangement includes multiple elements 14 to 18 for serving a multiplicity of customer premises in known manner.

For providing the additional bidirectional transmission capability, FIG. 1 illustrates that a digital optical fiber termination unit (DFTU) 20 is connected via a bidirectional optical fiber 22 to a central station 24. The DFTU 20 is inserted into the path of a coaxial cable 10 following a bridger amplifier 12 or line extender 14, and serves to supply to the coaxial cable 10 in the downstream direction (from the central station 24 to the customer premises) digital signals at frequencies above those of the analog television signals already carried by the cable 10, as further described below. The DFTU 20 also serves to supply in the upstream direction to the central station 24 digital signals which it receives from terminals (T) 26 in the customer premises via the coaxial cable 10. The terminals 26 in the customer premises are connected to the drop cable 18, and can comprise arbitrary types of terminal devices, such as television receivers, video recording devices, voice and/or data terminals, computer terminals, metering devices, and so on.

FIG. 2 illustrates a spectrum of signals on the coaxial cable 10 between the DFTU 20 and the customer tap box 16. Conventional 6 MHz television channel signals and FM radio signals, supplied to the DFTU 20 via the bridger amplifier 12 and line extender 14, are transmitted in the downstream direction at frequencies from 50 MHz to about 450 MHz. In a frequency range from 550 to 950 MHz, QAM (quadrature amplitude modulated) digital signal channels are carried downstream from the DFTU 20. By way of example, FIG. 2 illustrates eight such channels each having a bandwidth of 50 MHz. Each such channel can be derived by the central station 24 from a respective SONET STS-3 signal at a bit rate of 155.52 Mb/s, and is converted into a signal with a TDM (time division multiplex) frame format as described below for transmission as an optical signal via the fiber 22 to the DFTU 20, as a QAM signal from the DFTU 20 via the coaxial cable 10 to the customer tap box 16, and as a BPSK signal from the customer tap box 16 via the coaxial drop cable 18 to the terminals 26.

FIG. 2 also illustrates for example two BPSK (binary phase shift keyed) digital signal channels for the upstream direction of transmission from the customer tap box 16 to the DFTU 20, at frequencies of 1100–1150 and 1200–1250 MHz. Switching between these channels in the tap box 16 and the DFTU 20 can be performed to select the better channel, only one of these channels being used at any given time.

FIG. 3 illustrates a spectrum of signals on the coaxial cable drop 18. The spectrum up to about 450 MHz is the same as on the coaxial cables 10 as shown in FIG. 2. For the digital signal channels in both the downstream and upstream directions, the bit rate can be less than that required on the coaxial cable 10 downstream from the DFTU 20, but there is a greater need for noise immunity. Accordingly, BPSK signals are provided for both directions of transmission. The downstream digital signal channel is illustrated as a BPSK channel in a frequency range from 550 to 700 MHz, and the upstream digital signal channel is illustrated as a BPSK channel in a frequency range from 800 to 850 MHz.

It should be understood that the spectra illustrated in FIGS. 2 and 3 are given as only one possible example for carrying downstream and upstream signals in accordance with the description below, that numerous other possible arrangements can be provided for carrying these signals, and that the invention is not limited in this respect. Although not described further here, different wavelengths or other forms of multiplexing can conveniently be used for different signals on the optical fiber 22.

FIG. 4 illustrates one example of the TDM frame format of each downstream signal channel from the central station 24 to the terminals 26. As shown in FIG. 4, the frame comprises 2430 bytes each of 8 bits in a frame period of 125 µs, thus providing a bit rate of 155.52 Mb/s which is the same as the SONET STS-3 bit rate. The frame is divided into a payload of 2385 bytes which in this example carries 45 ATM (asynchronous transfer mode) cells (ATM 1 to ATM 45) each of 53 bytes, and overhead information of 45 bytes. The payload accommodates the 44.15 ATM cells which can be carried on average by an STS-3 signal, with the 45-th cell in the frame format being used for only about 1 in 6 frames. In the other frames, this 45-th ATM cell can be used to provide a downstream control and/or signalling channel with a bit rate of 360 kb/s. For example this can be used for allocating frame identities and time slots to the terminals for upstream isochronous traffic as is described below.

The 45 bytes of overhead information in the frame format of FIG. 4 are constituted by a synchronizing word (SYNC) of 4 bytes, a frame indicator F of 1 byte, fifteen asynchronous grants (AG 1 to AG 15) each of 2 bytes, and 10 signalling (SIG.) bytes. Briefly described, the SYNC word is used to synchronize the terminals 26 for transmission in the upstream direction. The frame indicator byte F is used to identify a particular upstream frame or frame type. The AGs are used to identify terminals 26 which are authorized to transmit an upstream ATM cell in the upstream frame, each terminal 26 having a distinct terminal identity or address as described below. The signalling bytes SIG. are used in an enhanced arrangement for modem signalling and control, as described later below.

For addressing purposes, each customer tap box 16 is assigned a respective box identity (BOX ID.) of 10 bits, and one ten-bit address is allocated as an address for broadcasting to all tap boxes. Thus the distribution network can accommodate a total of $2^{10}-1=1023$ tap boxes 16. In addition, each terminal 26 which is connected to any particular tap box 16 is assigned a respective terminal identity (T. ID.) of 6 bits. One six-bit address is allocated as an address for broadcasting to all terminals connected to the relevant tap box 16, and another six-bit address is allocated as an address for the tap box 16 itself, so that each tap box can have up to $2^6-2=62$ terminals connected to it. The distribution network as a whole can therefore accommodate a large number of terminals 26, each identified by an address of 10+6=16 bits or two bytes.

As described above, the payload of the downstream signal frames as shown in FIG. 4 comprises ATM cells each of which is addressed to a particular terminal 26. These ATM cells can comprise compressed digital television signals, voice and/or data signals, control signals, or any arbitrary form of signal which it is desired to transmit downstream. As is known, each ATM cell comprises 53 bytes, consisting of a header of five bytes or octets and a payload of 48 bytes or octets.

FIG. 5 illustrates in conventional manner the contents of the header of each ATM cell ATM 1 to ATM 45 in each frame

5,761,197

7

as illustrated in FIG. 4. The header comprises a 4-bit generic flow control (GFC) field, a 3-bit payload type identifier (PTI) field, a cell loss priority (P) bit, and an 8-bit header error control (HEC) field which enables the ATM cell header to be identified, all with their known functions and known positions in the header. The remaining 24 bits of the header, which conventionally are constituted by an 8-bit virtual path identifier (VPI) and a 16-bit virtual channel identifier (VCI) of an ATM cell, are replaced as follows:

　4 bits of octet 1, and 6 bits of octet 2, constitute the 10-bit BOX ID.;

　the other 2 bits of octet 2, and 4 bits of octet 3, constitute the 6-bit T. ID.; and

　the other 4 bits of octet 3, and 4 bits of octet 4, constitute an 8-bit channel identity (CH. ID.) which enables any of up to 64 logical channels to be identified for any particular terminal.

Transmission of upstream signals from the terminals 26 to the central station 24 is carried out in TDMA frames also having a frame period of 125 μs. Thus there is a one-to-one correlation between downstream frames and upstream frames. In each terminal 26, the timing of the upstream frames is synchronized by the SYNC word in the downstream frames, as is further described below. The bit rate in the upstream direction is less than the downstream rate, because generally less information needs to be transmitted upstream (e.g. digital television signals are transmitted downstream, but not generally upstream). More particularly, the upstream bit rate is selected to be 51.84 Mb/s, corresponding to the bit rate of a SONET STS-1 signal. In consequence, there are 810 bytes in each upstream frame.

Each upstream frame can have any one of a number of frame identities, the particular identity of each upstream frame being determined by the frame indicator byte F in the corresponding downstream frame. As the byte F can have any one of 256 values, there can be 256 different upstream frame identities. FIGS. 6, 7, and 8 illustrate three possible frame identities, as further described below.

As discussed in the introduction, the upstream information to be transmitted from the terminals 26 to the central station 24 includes both isochronous and asynchronous signals, which may vary dynamically both from one terminal 26 to another and from one time to another for any particular terminal. There is also a need for polling all of the terminals 26 to the central station 24 in an efficient and a fair and efficient manner, without introducing excessive traffic delays, therefore presents a significant problem. As described here, upstream bandwidth is allocated to the terminals in the form of what are termed short cells and long cells. The short cells are used isochronously by each terminal solely for transmitting polling information upstream to the central station. All other upstream traffic is transmitted in long cells, which may be assigned either statically for isochronous traffic or dynamically for asynchronous traffic. The invention is not, however, limited just to the provision of short and long cells as described here. On the contrary, other sizes of cells, for example one or more intermediate sizes of cells, may also be provided in particular for carrying isochronous upstream traffic such as voice signals. Alternatively, short cells can be lengthened to include upstream isochronous traffic. These and other alternatives will become apparent from the following description.

FIG. 6 illustrates an upstream TDMA frame of a first type which comprises only short cells SC. Each short cell comprises 8 bytes, so that the 810-byte frame accommodates 101 short cells SC 1 to SC 101, with 2 bytes left over at the end of the frame as indicated by a blank space at the right-hand

8

end of the frame in FIG. 6. As indicated for the cell SC 5, each short cell comprises a preamble of 3 bytes, a terminal address T. AD. of 2 bytes, a queue size byte Q, and a postamble of 2 bytes. The preamble is provided to allow a receiving modem in the DFTU 20 to synchronize to the timing of the short cell, and the terminal address T. AD. comprises the BOX ID. and T. ID. of the terminal 26 transmitting the cell. The byte Q provides a measure of the size of a queue which the terminal maintains for asynchronous traffic to be transmitted upstream; this measure may be zero to indicate that there is no asynchronous traffic. In addition, the byte Q provides an indication of the type of cell. For example, the two most significant bits of the byte Q may indicate the type of cell (enabling four cell types to be identified), and the remaining six bits can indicate the asynchronous traffic queue size. The postamble provides a trailing sequence to reduce noise or interference which could be introduced in the network by an abrupt termination of the short cell transmission, and/or a guard space to accommodate possible inaccuracies in the marshalling process described below.

FIG. 7 illustrates an upstream TDMA frame of a second type which comprises only long cells LC. Each long cell comprises 62 bytes, so that the 810-byte frame accommodates 13 long cells LC 1 to LC 13, with 4 bytes left over at the end of the frame as indicated by a blank space at the right-hand end of the frame in FIG. 7. As indicated for the cell LC 10, each long cell comprises a preamble of 3 bytes, a terminal address T. AD. of 2 bytes, and a queue size byte Q as is the case for a short cell, followed by an ATM cell of 53 bytes and a postamble of 3 bytes. The ATM cell contains the upstream ATM header and a payload comprising up to 48 bytes of upstream isochronous or asynchronous traffic, the latter reducing the asynchronous traffic queue size of the terminal accordingly.

FIG. 8 illustrates an upstream TDMA frame of a third type which comprises both short cells SC and long cells LC. Subdividing the frame between short and long cells is facilitated in the terminal 26 by the fact that 31 short cells occupy the same number of bytes as 4 long cells. Thus in the upstream frame shown in FIG. 8, the first 248 bytes are constituted by 31 short cells SC 1 to SC 31 each of 8 bytes as described above, the next 248 bytes are constituted by 4 long cells LC 1 to LC 4 each of 62 bytes as described above, and the next 310 bytes are constituted by another 5 long cells LC 5 to LC 9, leaving 4 bytes over at the end of the frame.

It can be appreciated that the upstream frame can be subdivided in numerous other ways. For example, the frame of FIG. 8 could be modified by providing short cells following the long cell LC 4, for 248 bytes or the rest of the frame, or following the long cell LC 8. With these and additional cell sizes as mentioned above, numerous other subdivisions of the frame are possible.

Before further describing the allocation of bandwidth for upstream signals to the terminals, marshalling of the upstream signals is described with reference to FIG. 9. Marshalling refers to a method for ensuring that the upstream signals from different terminals 26 are all received in proper order at the DFTU 20.

FIG. 9 is a distance-time diagram illustrating three unrelated terminals 28, 30, and 32 having distances along the cable distribution network from the DFTU 20 represented by D1, D2, and Dm respectively, the distance Dm representing a maximum possible distance of any terminal from the DFTU. A downstream TDM frame is transmitted from the DFTU starting at a time t0, and reaches the terminals 28, 30, and 32 at times t1, t2, and t3 respectively. Each terminal is

5,761,197

<div style="column-count:2">

9

assigned a marshalling delay equal to twice the difference between the delay from the DFTU to the furthest terminal (i.e. $t3-t0$ in FIG. 9) and the delay from the DFTU to the particular terminal. For example, for the terminal 28 the marshalling delay is $2\{(t3-t0)-(t1-t0)\}$, which is equal to $2(t3-t1)$. For the terminal 30 the marshalling delay is $2(t3-t2)$, and for the terminal 32 at the maximum distance Dm the marshalling delay is zero.

Each terminal adds its marshalling delay to the time at which it receives the start of each downstream TDM frame to determine the start, at that terminal, of the corresponding upstream TDMA frame. Consequently, the terminals 32, 30, and 28 determine start times $t3$, $t5$, and $t7$ respectively for the same upstream frame. For transmission of a cell in successive time slots within the upstream frame, the terminal adds a time slot delay before transmitting the cell. For example, as shown in FIG. 9 it is assumed that the terminal 28 is assigned the first time slot in the upstream frame, so that its time slot delay is zero and it transmits a cell starting at the time $t7$. The terminal 32 is assigned the second time slot in the upstream frame, so that it transmits a cell starting at a time $t4$, which is delayed from the time $t3$ by a time slot delay for one cell. The actual delay depends on the upstream frame identity, and hence on the size of the cells (e.g. short or long cells) in the upstream frame. The terminal 30 is assigned the third time slot in the upstream frame, so that it transmits a cell starting at a time $t6$, which is delayed from the time $t5$ by a time slot delay for two cells. In consequence, the cells from the different terminals are received in their proper order at the DFTU starting at a time $t8$.

It can be seen from the above description that the frame identity byte F, contained in each downstream frame, enables the central station 24 to determine the nature of the corresponding upstream frame, for example so that this has a format as shown in any of FIGS. 6 to 8. In other words, the central station 24 controls the upstream frame formats, and can define superframe structures for the upstream frames as desired. An example of this is further described below.

The central station 24 maintains a polling list which contains, for each terminal in the network according to its terminal address T. AD., an upstream frame identity and time slot number which is assigned to the terminal for transmission of an isochronous short cell as described above, an upstream frame identity and time slot number which may be assigned to the terminal for transmission of any isochronous traffic in a long cell, and a measure of the queue size for any asynchronous traffic to be transmitted by the terminal. Long cell time slots for asynchronous traffic are allocated by the central station 24 by repeatedly scanning the list of queue sizes and allocating long cell time slots to the terminals with the largest (non-zero) queue sizes. The queue sizes in the list are updated from the Q bytes of the terminals contained in the upstream short and long cells, as described above.

The operation of the central station 24 in these respects is best explained by the following example, which is simplified for convenience. In this example, it is assumed for simplicity that the central station 24 defines an upstream superframe format in which 16 upstream frames form a superframe. The 16 frames are assigned frame identity bytes F and frame formats as shown in FIG. 6, 7, or 8 for example as follows:

10

As this allocation illustrates, the odd-numbered upstream frames in each superframe are identified by frame identity bytes F in the corresponding downstream frames having consecutive values from 16 to 23. These frames all have a frame format as shown in FIG. 7, comprising only long cells, and are used for isochronous and/or asynchronous traffic from the terminals as further described below. Frames 2 and 10 in each superframe are identified by frame identity bytes F in the corresponding downstream frames having values of 32 and 33 respectively. These frames have a frame format as shown in FIG. 6, comprising only short cells, and are used for isochronous polls of the queue sizes of the terminals. The other even-numbered frames in each superframe are identified by frame identity bytes F in the corresponding downstream frames having consecutive values from 48 to 53. These frames all have a frame format as shown in FIG. 8, comprising both short cells, which are used for isochronous polls of the queue sizes of the terminals, and long cells, which it is assumed here are used only for asynchronous traffic from the terminals, but could equally be used for isochronous traffic from the terminals.

The above allocation provides in each upstream superframe a total of $(2\times101)+(6\times31)=388$ short cells, each of which can be supplied from a respective terminal 26. Thus this simple example provides for 388 terminals in the network. Obviously, larger numbers of terminals can be accommodated with more short cells in each superframe, e.g. by providing longer superframes and a different distribution of frames in the superframe.

Each terminal is assigned by the central station 24, through the 45-th ATM cell in the downstream frames when this is used for control and signalling purposes, and/or through the use of other ATM cells in the downstream frames and similarly addressed to the respective terminals, with a frame identity and short cell time slot number for transmission of a short cell in each upstream superframe. For example, an arbitrary terminal may be assigned the frame identity 33 and the time slot number 19 for its short cells. The terminal stores this information, and monitors the downstream signal frames as shown in FIG. 4. On detecting the SYNC word in the first four bytes of each downstream frame, the terminal checks the next byte F to see whether it matches the assigned value of 33. If it does (as can be seen from above this will occur in the 10-th of every 16 frames), then the terminal transmits a short cell, as shown in FIG. 6, after a delay equal to the sum of the marshalling delay for that terminal (which is also stored in the terminal and is determined as described below) and the time slot delay for the first 18 short cells in the upstream frame, as illustrated in FIG. 9. The short cell transmitted by the terminal is thereby provided to the DFTU 20 as the cell SC 19 in the 10-th frame of each upstream superframe.

It can be appreciated that, rather than being assigned a time slot number as described above, each terminal could be supplied by the central terminal 24 with an actual time slot delay for transmission of its cells.

In a similar manner, all of the terminals in the network are enabled to transmit one short cell in each upstream superframe. This is achieved with relatively little information being required in the downstream direction for polling the

</div>

| Frame: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Byte F: | 16 | 32 | 17 | 48 | 18 | 49 | 19 | 50 | 20 | 33 | 21 | 51 | 22 | 52 | 23 | 53 |
| FIG. #: | 7 | 6 | 7 | 8 | 7 | 8 | 7 | 8 | 7 | 6 | 7 | 8 | 7 | 8 | 7 | 8 |

5,761,197

11

terminals, through the provision of assigned short cells and
the single frame identity byte F in each downstream frame.
It can be appreciated that any terminal can be enabled to
transmit short cells more frequently, in a similar manner to
that described below for isochronous traffic in long cells, or
less frequently through the use of longer superframes or a
super-superframe format for the upstream frames.

Isochronous traffic in long cells is accommodated in a
similar manner. The above allocation provides for isochro-
nous traffic to be included in the long cells (13 per frame as
shown in FIG. 7) of the odd-numbered frames of each
upstream superframe. However, different terminals may
require different bit rates for isochronous traffic.

One long cell per superframe can be allocated to any
terminal for isochronous traffic to provide a payload bit rate
up to 192 kb/s (in this example). A longer upstream super-
frame enables this bit rate granularity to be reduced; for
example a granularity of 64 kb/s can be provided by an
upstream superframe of 48 frames. One long cell per super-
frame is allocated to a terminal by the central station 24 in
the same manner as described above. Thus the terminal is
assigned a frame identity value, for example 17, and a time
slot number, for example 6, in accordance with which it
checks for downstream frames having the frame identity
byte F equal to 17 and, on such detection, transmits a long
cell after the marshalling delay for the terminal plus the time
slot delay for the first 5 long cells of the upstream frame.

For higher bit rate isochronous traffic, the terminal can be
assigned multiple long cells in each upstream superframe.
This can be done by providing multiple assignments of
frame and time slot numbers to any terminal, but this
undesirably complicates the design of the terminal.
Alternatively, it can be done by providing the same frame
identity more than once in each superframe, but this involves
the complication that all of the terminals which are enabled
by the repeated frame identity will have their isochronous
traffic transmission rates similarly increased. Preferably,
higher bit rate isochronous traffic is provided for through a
masking field which is also supplied by the central station to,
and stored in, each terminal along with the frame identity
and time slot number.

For example, if a terminal requires an isochronous traffic
bit rate of 1.536 Mb/s, which corresponds to a rate of one
long cell in every two upstream frames, then it can be
assigned a frame identity value equal to any of the values 16
to 23 in accordance with the above allocation, together with
a masking field which instructs it to ignore the three least
significant bits in its comparison of the frame identity byte
F to identify upstream frames in which it can transmit. Thus
for example the terminal may be assigned a frame identity
value of 00010XXX (where X indicates a "don't care" bit)
and a masking field of 00000111, in which a binary 0
indicates a bit to be compared and a binary 1 indicates a bit
which is not compared. The terminal then performs a
comparison, as described in detail below with reference to
FIG. 12, of its assigned value with the frame identity byte F
in each downstream frame in conjunction with the masking
field, thereby producing (in this example) a match for each
odd-numbered upstream frame. The terminal then transmits
a long cell in the assigned time slot of each such upstream
frame, thereby achieving the desired isochronous traffic bit
rate.

A similar procedure can be provided for arbitrary bit rates
which are multiples of the granularity (one long cell per
superframe) of the network. This procedure can also be
applied if desired to the short cell assignments to the
terminals, as mentioned above, and equally to any interme-
diate sizes of cells which may be provided for isochronous
traffic.

12

The remaining long cells in each upstream superframe,
i.e. long cells in the odd-numbered frames which are not
being used for isochronous traffic, and long cells in the
frames having the format shown in FIG. 8, are available for
asynchronous traffic. As described above, the central station
24 maintains an asynchronous traffic queue size list and
updates this for each terminal in accordance with the infor-
mation provided in each byte Q from the terminal, and
allocates long cells to the terminals in accordance with this
list.

To this end, for each terminal 26 which the central station
24 determines from the asynchronous traffic queue size list
is to be allocated an available long cell time slot in an
upstream frame, the central station inserts the two-byte
address T. AD. of that terminal in the corresponding down-
stream frame as one of the fifteen asynchronous grants AG
1 to AG 15 shown in FIG. 4. The number of the particular
asynchronous grant which is used by the central station
indicates the number of the long cell time slot which is to be
used by the terminal for upstream transmission of a long
cell. It will be noted that there are at most (as so far
described) 13 long cell time slots as shown in FIG. 7 in any
upstream frame, so that the first 13 of the 15 asynchronous
grants AG in the downstream frame are sufficient to identify
any upstream long cell time slot for asynchronous traffic.

For example, if the central station 24 determines that the
eighth time slot in the fifth frame of an upstream superframe
is available for asynchronous traffic, then in the correspond-
ing downstream frame, having the byte F value of 18 in
accordance with the above allocation, it inserts the address
T. AD. of a terminal 26 to which it wishes to allocate that
time slot as the asynchronous grant AG 8. Each terminal
having a non-zero asynchronous queue size monitors the
asynchronous grants AG in each downstream frame for its
own terminal address. On detecting its own address in any
of the asynchronous grants, e.g. AG n, the terminal transmits
a long cell in the n-th long cell time slot of the corresponding
upstream frame, in accordance with its marshalling delay
and a time slot delay for the preceding n−1 long cell time
slots (and for any preceding short cell time slots in the case
of the upstream frame format of FIG. 8).

In this manner, all of the available long cell time slots can
be dynamically allocated to the terminals requiring them, as
determined by the central station 24 from the asynchronous
traffic queue size list which is also dynamically updated.

As described above, each terminal 26 must store its own
marshalling delay in order to determine the time at which to
send upstream cells. Each terminal must also store its own
address T. AD. On initial connection of a terminal to the
network, this is achieved in the following manner.

The central station 24 initially sends downstream a broad-
cast message which contains a serial number of a terminal to
be connected, an address T. AD. allocated to the terminal,
and an allocation of a long cell for asynchronous traffic in
the middle of a succession of available long cell time slots.
The terminal recognizes its serial number, which for
example is hard-wired into the terminal on manufacture,
stores the allocated terminal address, and responds by trans-
mitting a long cell upstream in the allocated time slot. The
central station 24 or the DFTU 20 determines the marshal-
ling delay required for the terminal from the timing of the
long cell as received at the DFTU, and communicates this to
the terminal in a downstream ATM cell.

The provision of communications in accordance with the
invention as described above provides significant advan-
tages. In particular, all of the terminals are enabled to
communicate polling signals (the terminal address and asyn-

5,761,197

13

chronous queue size) in a periodic manner with a relatively small demand for downstream bandwidth. Isochronous traffic from the terminals in the upstream frames, at different data rates for different terminals, is easily accommodated, it being observed that any terminal can request long cell time slots for isochronous traffic by means of an asynchronous long cell addressed to the central station. Furthermore, asynchronous traffic can be accommodated to fill substantially all of the upstream bandwidth capacity, without requiring any collision detection scheme for upstream signals from different terminals. This enables a maximum response time for asynchronous upstream signals to be guaranteed by the central station, as is desired for example for responding to customers' television program selection signals.

The central station 24 can be constituted by one or more computers for maintaining the polling and asynchronous queue size lists as described above, and conventional hardware for producing and delivering the downstream TDM frames, for receiving and responding to the upstream TDMA frames as described above, and generally for communicating with the terminals 26. The DFTU 20 can be a simple device for receiving the downstream optical signal and modulating the downstream frames, and for receiving the upstream signal and forwarding this as an optical signal to the central station. It is noted here that some or all of the functions of the central station 24 can alternatively, if desired, be carried out at the DFTU 20.

Each tap box 16 can conveniently have a form as illustrated in FIG. 10. Referring to FIG. 10, the tap box includes a directional coupler 40 and a protection unit 42 via which signals are derived from the coaxial cable 10 in conventional manner, and a power supply unit 44 via which power for the tap box is derived from the coaxial cable 10 in known manner. Upstream signals are also supplied to the cable 10 via the protection unit 42 and the coupler 40.

A diplexing filter 46 separates the downstream 6 MHz television channels onto a path 48 which may optionally include an amplifier 50, shown in broken lines. The downstream QAM signals as described above are supplied from the diplexing filter 46 to a QAM receiver (Rx) unit 52 via a directional coupler 54, and upstream BPSK signals are supplied from a BPSK transmitter (Tx) 56 via the directional coupler 54 to the diplexing filter 46. The transmitter 56 is supplied with upstream cells from the terminals connected to this tap box via the coaxial cable drop 18, a diplexing filter 58, a BPSK receiver unit 60, and a control unit 62 which can also produce its own upstream cells. The control unit 62 also supplies a downstream signal to a BPSK transmitter unit 64, whose output is combined with the downstream 6 MHz television channels from the path 48 in a mixer 66 and supplied to the cable drop 18 via the diplexing filter 58. This downstream signal has the frame format of FIG. 4, but the transmitter unit 64 is controlled by the control unit 62, via control paths represented by a line 68, to supply to the cable drop 18 only those ATM cells received by the QAM receiver unit 52 which are intended for terminals connected to this tap box, other ATM cells being replaced by null cells.

FIG. 11 shows a block diagram of a terminal 26, in which the downstream 6 MHz television channels are separated by a diplexing filter 70, coupled to the coaxial drop cable 18, onto a path 72. The downstream BPSK signals are supplied from the diplexing filter 70 via a directional coupler 74 to a BPSK receiver (Rx) and decoder unit 76, the coupler 74 also coupling upstream BPSK signals to the diplexing filter 70 from a BPSK transmitter (Tx) and encoder unit 78. The unit 76 supplies downstream signals from the ATM cells in the frame format of FIG. 4 to a device (e.g. a digital television

14

receiver or a computer) for which these signals are intended, and supplies the bytes F and AG to a comparison (COMP.) unit 80 for comparison with values stored in a store 82. The unit 78 is supplied with isochronous signals, and asynchronous signals via a buffer 84, for transmission upstream under the control of a control unit 86 which is responsive to the output of the comparison unit 80 and controls all of the units 76 to 84.

More particularly, the control unit 86, in conjunction with the comparison unit 80 and the store 82, operates to detect the SYNC word in each downstream frame; to recognize downstream ATM cells addressed to the terminal and thereby to store in the store 82 allocated information such as the terminal address T. AD., frame identity values, masking fields, and cell numbers for upstream transmission of short cells and long cells for isochronous traffic, and the marshalling delay for the terminal, all as described above; to detect when the byte F of a downstream frame matches a stored frame identity value as masked by the masking field; and to detect when the terminal's address appears in any of the asynchronous grants AG of a downstream frame for upstream transmission of asynchronous traffic. In addition, the control unit 86 controls the timing of the terminal and in particular the unit 78 for upstream transmission, monitors the contents of the buffer 84 which constitutes the asynchronous queue for the terminal, supplies polling information accordingly for short cells to be transmitted upstream via the unit 78, and also generates asynchronous signals for upstream transmission for control of the terminal and other purposes such as television program selection.

FIG. 12 illustrates in greater detail one way in which the comparison unit 80 can be arranged to compare the byte F in each downstream frame with the frame identity and masking field stored in the store 82. As illustrated in FIG. 12, each of the eight bits of the byte F in each downstream frame is supplied to one input of a respective Exclusive-NOR gate 90, to another input of which is supplied the corresponding bit of the frame identity FR. ID. assigned to the terminal and stored in the store 82. The output of each gate 90, which is a binary 1 when the input bits match, is supplied to one input, and the corresponding bit of the masking field MASK is supplied to another input, of a respective OR gate 92. The outputs of the eight OR gates 90 are supplied to inputs of an AND gate 94, whose output is a binary 1 when the FR. ID. and byte F bits match in all bit positions for which the masking field bit is a binary 0.

Although the network communications as described above provides significant advantages, it can be further enhanced. In particular, it can be seen from FIG. 6 that there is a relatively large overhead involved in the transmission of each short cell, for which the cell size is 8 bytes for 3 bytes of information. For a long cell as shown in FIG. 7 the percentage of overhead is much smaller, but the overhead can still be significant. For other cell sizes, between the short and long cell sizes, the overhead may also be significant.

The need for this overhead, in particular the preamble, arises because the upstream signal modulators, which form part of the BPSK Tx. and encoder units 78 in the terminals 26 and part of the BPSK Tx. unit 56 in the tap boxes 16, operate asynchronously, so that the demodulators in the BPSK Rx. units 60 in the tap boxes 16 and in the DFTU 20 must synchronize themselves in frequency and phase to the incoming signal before the transmitted information can be reliably received. Thus the upstream TDMA frames are constituted by time division multiplexed cells from different terminals whose positions within the received frames are not synchronously determined.

5,761,197

## 15

This disadvantage can be avoided by using more sophisticated, and more costly, modem technology, and more particularly by using synchronous modems. In this case the BPSK transmitter and receiver units are all kept in exact phase alignment by signals fed downstream from the DFTU 20. These signals are carried in the 10 signalling bytes SIG. in each downstream frame as shown in FIG. 4. The phase alignment can be carried out in known manner, and any convenient signalling format can be used to communicate necessary adjustments to synchronize each modem; consequently details in these respects are not necessary here.

Using synchronous modems in this manner can avoid any need for overhead bytes for the upstream transmission of cells. In this case each short cell can consist of only the three bytes for the terminal address T. AD. and the byte Q, so that one upstream frame of 810 bytes can accommodate exactly 270 short cells. Each long cell can consist of 54 bytes, namely the byte Q and the ATM cell of 53 bytes in which the header can be used to carry the terminal address T. AD., so that one upstream frame of 810 bytes can accommodate exactly 15 long cells. (Each long cell can alternatively consist of only the ATM cell of 53 bytes by using the GFC field in the ATM cell header to carry the asynchronous queue size.) It is for this reason that the downstream frame as shown in FIG. 4 includes 15 asynchronous grants AG, to correspond to the maximum number of 15 long cells which can be carried in an upstream frame. It should also be noted that this arrangement maintains a convenient relationship between short and long cells, 18 short cells having the same duration as one long cell, so that combining short and long cells in the same upstream frame, as described above with reference to FIG. 8, is facilitated. Intermediate sizes of cells, for example for carrying voice traffic, could conveniently consist of 6, 9, 18, or 27 bytes each in such an arrangement.

Although particular embodiments of the invention have been described in detail, it should be appreciated that numerous modifications, variations, and adaptations may be made without departing from the scope of the invention as defined in the claims.

For example, as already indicated, the sizes of the short and long cells may be varied to suit particular requirements, and other sizes of cells may be provided to suit particular needs or types of upstream traffic. Alternatively, or in addition, different sizes of short cells may be provided to include one or more appended bytes for upstream isochronous traffic from the terminals, e.g. for an upstream voice signal. In addition, it should be appreciated that short cells which only serve for communicating polling signals (i.e. the byte Q) upstream to the central station 24 can be dispensed with for terminals which are currently allocated cells for transmitting upstream isochronous traffic, to the extent that such cells already include the byte Q containing the asynchronous queue size information for these terminals.

In addition, it should be appreciated that the particular bit rates, RF spectra, modulation methods, and so on described above are given purely by way of example, and the invention is not in any way limited thereto. For example, as described above the communications network provides a one-to-one correlation between downstream and upstream frames, i.e. they both have a frame period of 125 μs and the downstream frames determine the timing of the upstream frames. While this is particularly convenient for providing the frame identity byte F and asynchronous grants AG for each upstream frame as described above, the invention is not limited to this arrangement. Instead, for example, a single downstream frame could serve to identify and provide asynchronous

## 16

grants for a plurality of upstream frames having a period which is a multiple of the downstream frame period.

Likewise, different and unrelated bit rates may be used for upstream and downstream transmission. For example, for downstream transmission, 64-QAM may be used to provide a bit rate of about 28 Mb/s in a 6 MHz channel. The frame periods are also not fixed, but preferably are conveniently related to 125 μs for consistency with telecommunications networks. The downstream frames need not have the same format as shown in FIG. 4, and in particular can carry different payloads with arbitrary contents, such as a mixture of different types of isochronous and asynchronous traffic.

Furthermore, the invention is not limited to the physical form of the network as described above. In particular, all or part of the network as described above may be modified by dividing it into two parts: a first part in which the central station 24 communicates with each of the tap boxes 16 so that the central station treats the tap boxes as terminals, and a second part in which each tap box communicates with and acts as a central station for the terminals 26 connected to it, thereby providing a local area network for the customer's premises. In view of the shorter distances and lower bit rates for signals between the terminals and the tap boxes than between the tap boxes and the central station 24, this division facilitates the use of the two different modem technologies as described above on the different parts of the network, i.e. synchronous modems requiring little or no overhead in the first part of the network, and asynchronous modems requiring overhead for the upstream cells in the second part of the network.

In addition, it is observed that the subdivision of the ATM cell header into the identities BOX ID., T. ID., and CH. ID. as described above with reference to FIG. 5 is not fixed and can be varied, for example to accommodate different numbers of terminals connected to the same tap box. In particular, one or more masking fields can be allocated, e.g. to each tap box, for masking these identities in a similar manner to that described above for masking of the frame identity byte F, so that the boundaries of these identities can be different for different tap boxes and can be changed for any tap box over time.

It is also observed that, although the communications network as described above is particularly advantageous in providing in the downstream frames both the frame identity byte F, for identifying corresponding upstream frames for polling signals from the terminals, and the asynchronous grants AG, for identifying terminals which are allocated upstream time slots for asynchronous signals, more generally each of these could be provided independently of the other. Thus the frame identity byte F and the asynchronous grants AG constitute different forms of authorization information included in the downstream overhead information for authorizing terminals to transmit in respective time slots in upstream frames. In accordance with this invention, either of these forms of authorization information, or both of them together, can be provided in any particular communications network.

What is claimed is:

1. A method of communicating information in TDM frames in a downstream direction from a central station of a distribution network to a plurality of terminals of the network and in TDMA frames in an upstream direction from the plurality of terminals to the central station, each terminal having a respective terminal identity, comprising the steps of:

  transmitting in the downstream frames distribution information and overhead information, the overhead infor-

5,761,197

**17**

mation comprising synchronization information for synchronizing the plurality of terminals to the upstream frames and authorization information for authorizing selected terminals each to transmit in an upstream frame, the authorization information comprising the terminal identity of each terminal authorized to transmit in an upstream frame and an indication identifying a time slot in the upstream frame in which each terminal is authorized to transmit, said indication being constituted by a relative position of the terminal identity in the downstream frame; and

in each terminal, storing the respective terminal identity and transmitting information in a respective time slot in an upstream frame in response to the authorization information comprising the respective terminal identity stored in the terminal.

2. A method of communicating information between a central station and a plurality of terminals in a distribution network, comprising the steps of:

at the central station, determining downstream TDM frames, for transmission of distribution information and overhead information from the central station to the plurality of terminals, and upstream TDMA frames, for transmission of information in respective time slots from the terminals to the central station, each upstream frame having a frame identity which is included in the overhead information of a corresponding downstream frame;

in each terminal, buffering asynchronous information for transmission upstream, storing an upstream frame identity and a time slot identity assigned to the terminal, monitoring the overhead information in the downstream frames for the stored upstream frame identity, and, in response to detection of the stored upstream frame identity in the overhead information in a downstream frame, transmitting, in the assigned time slot of the corresponding upstream frame, information comprising an indication of a queue size of the buffered asynchronous information;

at the central station, allocating time slots in the upstream frames to terminals in accordance with the queue size indications from the terminals, and including in the overhead information in the corresponding downstream frames an indication of each terminal which is allocated such a time slot and the time slot which it is allocated; and

in each terminal having buffered asynchronous information, monitoring the overhead information in the downstream frames for the indication of the terminal and, in response to detection of the indication of the terminal in the overhead information in a downstream frame, transmitting buffered asynchronous information in the allocated time slot of the corresponding upstream frame.

3. A method as claimed in claim 2 wherein the downstream and upstream frames have the same frame period, and further comprising the step of including synchronization information in the overhead information in the downstream frames for synchronizing the terminals to the upstream frames.

4. A method as claimed in claim 3 and further comprising the step of storing in each terminal information for delaying timing of upstream frames at the terminal by a delay that is inversely dependent on a distance of the terminal from the central station.

5. A method as claimed in claim 2 wherein the time slots in the upstream frames allocated for the transmission of the

**18**

buffered asynchronous information are larger than the time slots assigned to the terminals for the transmission of information comprising the indication of a queue size of the buffered asynchronous information.

6. A method as claimed in claim 2 wherein m time slots in the upstream frames allocated for the transmission of the buffered asynchronous information have the same size as n time slots assigned to the terminals for the transmission of information comprising the indication of a queue size of the buffered asynchronous information, where m and n are integers and n>m.

7. A method as claimed in claim 6 wherein m is equal to one.

8. A method as claimed in claim 2 wherein the indication of the time slot which each terminal is allocated for transmission of buffered asynchronous information is constituted by a relative position of the indication of the terminal in the overhead information in the downstream frame.

9. A method as claimed in claim 2 and further comprising the step of transmitting, from at least one of the terminals, isochronous information from the terminal as part of the information comprising an indication of a queue size of the buffered asynchronous information in the assigned time slot of the respective upstream frame.

10. A method as claimed in claim 9 and further comprising storing in said at least one of the terminals a masking field for masking part of a detection in the terminal of the stored upstream frame identity in the overhead information in the downstream frames.

11. A method as claimed in claim 2 and further comprising the steps of, in at least one terminal having isochronous information to be transmitted upstream, storing an upstream frame identity and a time slot identity assigned to the terminal by the central station for transmission of the isochronous information, monitoring the overhead information in the downstream frames for this stored upstream frame identity, and, in response to detection of this stored upstream frame identity in the overhead information in a downstream frame, transmitting the isochronous information in the assigned time slot of the corresponding upstream frame.

12. A method as claimed in claim 11 and further comprising storing in said at least one terminal a masking field for masking part of a detection in the terminal of the stored upstream frame identity for transmission of the isochronous information in the overhead information in the downstream frames.

13. A method of allocating upstream transmission capacities to terminals in a distribution network in which distribution information and overhead information are transmitted in TDM frames in a downstream direction from a central station to the terminals, comprising the steps of:

providing, for transmission from the terminals to the central station, upstream TDMA frames in which there are at least two different sizes of time slots, and identifying each upstream frame by a frame identity in the overhead information in a corresponding downstream frame so that the terminals can determine the time slots for each upstream frame;

assigning time slots of a first size to at least some of the terminals for transmitting upstream queue size information for buffered asynchronous information to be transmitted upstream from the terminal, each such terminal storing an identity of an assigned time slot and an upstream frame identity for transmitting the queue size information, monitoring the overhead information in the downstream frames to detect the assigned frame

5,761,197

19

identity, and transmitting the queue size information in the assigned time slot in the corresponding upstream frame; and

allocating time slots of a second size to terminals in dependence upon the queue size information by transmitting from the central station in the overhead information in the downstream frames an indication of each terminal which is allocated such a time slot and the time slot which it is allocated, each terminal having buffered asynchronous information to be transmitted monitoring the overhead information in the downstream frames to detect the indication of the terminal and transmitting buffered asynchronous information in the allocated time slot of the corresponding upstream frame.

14. A method as claimed in claim 13 wherein the indication of each time slot of the second size which is allocated for transmission of buffered asynchronous information is constituted by a relative position of the indication of the terminal in the overhead information in the downstream frame.

15. A terminal for a communications system in which information is communicated in TDM frames in a downstream direction from a central station of a distribution network to a plurality of terminals of the network, and in TDMA frames in an upstream direction from the plurality of terminals to the central station, the downstream frames comprising distribution information and overhead information, the overhead information comprising synchronization information for synchronizing the terminals to the upstream frames and authorization information for authorizing selected terminals each to transmit in an upstream frame, the terminal comprising:

a store arranged to store information allocated to the terminal, said information including an identity of the terminal and allocation information communicated to the terminal by the central station, and delay information inversely dependent upon a distance of the terminal from the central station; and

a control unit arranged to store said allocation information received from the central terminal in the store, the control unit also being responsive to the authorization information in the downstream frames and the stored information allocated to the terminal for selectively communicating information from the terminal to the central station in selected upstream frames at a time dependent upon the synchronization information and the stored delay information.

16. A terminal as claimed in claim 15 wherein the authorization information in the downstream frames comprises a frame identity for each upstream frame, the store is arranged to store, as part of said allocation information, an

20

identity of an upstream frame in which the terminal is authorized to transmit, and the control unit is arranged to compare the stored identity of an upstream frame with the frame identity in the authorization information in the downstream frames to determine upstream frames in which the terminal is authorized to transmit.

17. A method of communicating information in TDM frames in a downstream direction from a central station of a distribution network to a plurality of terminals of the network and in TDMA frames in an upstream direction from the plurality of terminal to the central station, each terminal having a respective terminal identity, comprising the steps of:

transmitting in the downstream frames distribution information and overhead information, the overhead information comprising synchronization information for synchronizing the plurality of terminals to the upstream frames and authorization information for authorizing selected terminals each to transmit in an upstream frame, the authorization information comprising a frame identity for each upstream frame; and

in each terminal, storing information identifying an upstream frame and a time slot in that frame for transmission of information by the terminal, and transmitting information in a respective time slot in an upstream frame in response to the authorization information and the information stored in the terminal.

18. A method as claimed in claim 17 wherein the information stored in each terminal further comprises the respective terminal identity, and the authorization information further comprises the terminal identity of a terminal authorized to transmit in a time slot in an upstream frame and an indication identifying the time slot in the upstream frame in which said terminal is authorized to transmit.

19. A method as claimed in claim 18 wherein the indication identifying the time slot in the upstream frame in which said terminal is authorized to transmit is constituted by a relative position of the terminal identity in the downstream frame.

20. A method as claimed in claim 18 wherein the information stored in each terminal further comprises a masking field for masking part of a comparison in the terminal of its stored upstream frame identity with each frame identity in the authorization information.

21. A method as claimed in claim 17 wherein the information stored in each terminal further comprises a masking field for masking part of a comparison in the terminal of its stored upstream frame identity with each frame identity in the authorization information.

* * * * *

Case 09-10138-MFW   Doc 14559-1   Filed 10/14/14   Page 100 of 156

# EXHIBIT D

US005959990A

# United States Patent [19]

## Frantz et al.

[11] Patent Number: **5,959,990**

[45] Date of Patent: **Sep. 28, 1999**

[54] **VLAN FRAME FORMAT**

[75] Inventors: **Paul James Frantz**, Sunnyvale; **Geoffrey O. Thompson**, Palo Alto, both of Calif.

[73] Assignee: **Bay Networks, Inc.**, Santa Clara, Calif.

[21] Appl. No.: **08/613,726**

[22] Filed: **Mar. 12, 1996**

[51] Int. Cl.$^6$ ..................................... **H04L 12/28**

[52] U.S. Cl. ........................................ **370/392**; 370/401

[58] Field of Search ............................ 370/392, 393, 370/401, 466, 471, 474, 338, 397, 402; 395/200.01, 800

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,220,564 | 6/1993 | Tuch et al. | 370/338 |
| 5,394,402 | 2/1995 | Ross | 370/94.1 |
| 5,560,038 | 9/1996 | Haddock | 395/800 |
| 5,583,862 | 12/1996 | Callon | 370/397 |
| 5,617,421 | 4/1997 | Chin et al. | 370/402 |

### OTHER PUBLICATIONS

*"Media Access Control (MAC) Bridging of Ethernet V2.0 In 802 Local Area Network"*, IEEE 1994, pp. 1–22, pp. i–iii.

Primary Examiner—Alpus H. Hsu
Assistant Examiner—William Luther
Attorney, Agent, or Firm—Blakely Sokoloff Taylor & Zafman, LLP

[57] **ABSTRACT**

In a network device such as a network switch having a port coupled to a communications medium dedicated to a single virtual local area network and another port coupled to a communications medium shared among multiple virtual local area networks for transmitting data frames between the dedicated communications medium and the shared communications medium, a method of identifying the virtual network associated with each data frame received by the network switch when transmitting the data frames over the shared communications medium. The method comprises receiving data frames from the dedicated communications medium coupled to one port, and, with respect to each data frame so received, inserting a type or length field and a virtual network identifier field either between or before the Ethernet type field (of an Ethernet data frame) or the length field (of an IEEE 802-based data frame) and the data field, placing the contents of the Ethernet type or length field in the inserted type or length field, changing the contents of the Ethernet type or length field to indicate the data frame comprises a new type field and a virtual network identifier field, placing a value in said virtual network identifier field identifying the virtual network associated with the data frame, and, transmitting the data frame over the shared communications medium. Upon receipt of the data frames from over the shared communications medium, another network device can discern from the virtual network identifier field in each data frame the virtual network from which the data frames were received and determine whether to forward the data frames accordingly.

**33 Claims, 5 Drawing Sheets**



## Fig. 1
*(PRIOR ART)*



## Fig. 2A
*(PRIOR ART)*



Fig. 2B
*(PRIOR ART)*



U.S. Patent

Sep. 28, 1999

Sheet 3 of 5

5,959,990



Fig. 3
(PRIOR ART)

VLAN 220    VLAN 210    VLAN 220

Fig. 4
(PRIOR ART)

| PREAMBLE | DA | SA | LENGTH | SDE DESIGNATOR | SAID | MDF | 802.2 LLC • • • |

U.S. Patent

Sep. 28, 1999

Sheet 4 of 5

5,959,990

## Fig. 5A
*(PRIOR ART)*



BYTES:    6      6      2      46-1500      4

500 →  | DA | SA | ETYPE | DATA | FCS |

501   502   503   504   505

## Fig. 5B



BYTES:    6      6      2      ⌐514      46-1500      4

510 →  | DA | SA | VTYPE | VLAN HEADER | DATA | FCS |

511   512   513   515   516

             2            1           1        {4|8|12•••}

514 →  | ETYPE/LENGTH | VLAN ID TYPE | VLAN LEN | VLAN ID |

520   521   522   523

Case 1:14-cv-00059-SLR Document 14-5 Filed 01/14/14 Page 106 of 156 PageID #: 105



Fig. 5C

5,959,990

**1**

**VLAN FRAME FORMAT**

**COPYRIGHT NOTICE**

Contained herein is material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction of the patent disclosure by any person as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all rights to the copyright whatsoever.

**BACKGROUND OF THE INVENTION**

1. Field of the Invention

The present invention relates to the field of data communications. More specifically, the present invention relates to a method and frame format for preserving in a data frame the virtual local area network (VLAN) associated with the data frame as determined by a network device from which the data frame was received when transmitting the data frame over a communications medium shared among multiple VLANs. The method and frame format are equally applicable when the network device uses criteria in addition to or instead of the ingress port to associate a VLAN with the data frame.

2. Description of the Related Art

A small baseband local area network (LAN) typically connects a number of nodes, e.g., a server and workstations, to a shared communications medium wherein all nodes compete for available bandwidth on the shared communications medium. In an Ethernet or Institute of Electrical and Electronics Engineers (IEEE) 802.3 standard local area network, when a node transmits a unicast data frame on the network, every node coupled to the shared medium receives and processes the data frame to determine if it is the node to which the data frame is destined. Moreover, when a station transmits a broadcast data frame on the network, all nodes see the data frame and must process it to determine whether they should respond to the broadcasting node. As the number of nodes coupled to the medium increase, data traffic can become congested, resulting in an undesirable level of collisions and network related delays in transmitting data frames, which in turn results in network and node performance degradation.

A common prior art method of reducing congestion is to separate a LAN into multiple LAN segments by way of a network device, such as a bridge or network switch, operating at the Media Access Control (MAC) sublayer of the Data Link layer (layer 2) of the International Standards Organization (ISO) Open Systems Interconnection (OSI) reference model. While all nodes in the data network may still belong to the same broadcast domain, that is, each node still transmits and receives broadcast data frames to/from all nodes on all LAN segments in the network, nodes sharing the same LAN segment see only unicast data frames generated by or destined to a node on the same LAN segment. Given that the bulk of data traffic on a LAN is unicast in nature, segmentation may somewhat reduce collisions and traffic related performance problems.

However, as the number of LAN segments and nodes per segment increases in the same broadcast domain, the nodes can become overburdened processing broadcast data frames. It may be desirable under such circumstances to separate the growing data network into multiple broadcast domains. One possible approach to creating multiple broadcast domains is to separate one or more LAN segments using a network device such as a router, operating at the Network layer (layer

**2**

3) of the OSI reference model. With reference to FIG. 1, a data network 10 is illustrated wherein a number of internetworking devices are installed to reduce traffic levels on each LAN segment. A router 100 separates LAN segments 103, 110 and 120 into one broadcast domain 11, and LAN segments 105, 130 and 140 into another broadcast domain 12.

For example, router 100 only forwards a unicast data frame from a node on LAN segments 103, 110 or 120 that is specifically addressed (at layer 3 of the OSI model) to a node on LAN segments 105, 130 or 140, and vise versa. Network devices 101 and 102 may be, for example, network switches. Network switch 101 separates LAN segments 103, 110 and 120 to reduce unicast traffic on each segment while the segments still remain in the same broadcast domain 11. Network switch 102 functions in a similar manner with respect to LAN segments 105, 130 and 140.

LAN segments 110, 120, 130 and 140 may have multiple nodes attached. For example, LAN segment 110 has nodes 111 and 112 coupled to it, and functions, therefore, as a shared communications medium, wherein the nodes share the available bandwidth (e.g., 10 million bits per second in a traditional Ethernet carrier sense, multiple access data bus with collision detection [CSMA/CD]). LAN segments 103 and 105, on the other hand, are dedicated LAN segments, therefore, nodes 104 and 106 have all available bandwidth to themselves. For example, nodes 104 and 106 may be servers requiring greater bandwidth. Dedicated LAN segments 103 and 105 may be any technology supporting delivery of Ethernet or IEEE 802 LLC data frames including CSMA/CD or Fiber Distributed Data Interface (FDDI) segments operating at 100 million bits per second, or Asynchronous Transfer Mode LAN emulation service running over segments operating at 155 million bits per second.

The router 100 has the further advantage of allowing for the implementation of policy restrictions among network administrator-defined groups in the network. For example, it may be desirable to prohibit nodes in broadcast domain 12 from communicating with nodes in broadcast domain 11 using any protocol except those specifically allowed by the network administrator.

However, as can be seen in FIG. 1, data network 10 involves significant hardware and software expenses associated with two network switches, a router, and the multiple communication lines required to achieve multiple broadcast domains. Moreover, a significant amount of administrative overhead is required to maintain the configuration and operation of the internetworking devices as required, for example, when a node is moved from one segment to another segment in the same or different broadcast domain. Thus, it is desirable to implement the data network 10 of FIG. 1 using a single network switch and virtual local area networks (VLANs).

FIG. 2A illustrates data network 10 using a single network switch 200 and virtual local area networks (VLANs) to create multiple broadcast domains 11 and 12. A VLAN is a logical local area network comprised of a plurality of physical local area networks as determined by some network administrator defined criteria, e.g., grouping local area networks based on geographical topology of the data network, or business units/functions of a company, such as finance or engineering departments. Such VLANs are generally configured based on the points where the physical LANs enter a switched network. For example, network switch 200 is configured such that ports 201 through 203 and 207 belong to VLAN 210, and ports 204–206 belong to VLAN 220.

5,959,990

**3**

LAN segments **103**, **110** and **120** coupled to ports **201–203**, respectively, belong to VLAN **210**. LAN segments **130**, **140** and **105** coupled to ports **204**, **207**, and **205**, respectively, belong to VLAN **220**. The configuration of data network **10** in FIG. 2A is relatively less expensive than the configuration of data network **10** in FIG. 1 in that only one switch is required. Moreover, since VLANs are configured at network switch **200**, a network administrator can maintain configuration and operation of the network without concern for moving a node from one LAN segment to another LAN segment in the same VLAN.

When the system grows beyond the capacity of a single switch or when geographical constraints create a need for switching capacity at more than one site, additional switches are added to the network. FIG. 2B shows the addition of switch **300** to the network shown in FIG. 2A. LAN segment **190** is used to link switch **300** to switch **200**. Switch **300** supports segments **150** and **160** in VLAN **210** and segments **170** and **180** in VLAN **220**.

In the prior art, when switch **200** receives a broadcast packet from VLAN **210**, station **104**, it forwards the packet out all of its other VLAN **210** ports (**202**, **203** and **207**) and also forwards it from port **208** to switch **300**. Switch **300** examines the MAC source address (i.e., the ISO layer 2 source address) and based on a prior exchange of information with switch **200** is able to determine the proper VLAN to use for frames from that source address, in this case, VLAN **210**. Based on this determination, switch **300** forwards the frame to all of its VLAN **210** ports (e.g., ports **302** and **303**).

The success of this approach depends on prohibiting frames having the same MAC source address from appearing on multiple VLANs. However, the prohibition makes this approach unusable in some networks. To work around this problem, some prior art implementations use additional fields within the packet, such as the ISO layer 3 source address, to resolve ambiguities. However, even this approach does not work in all cases, as there are many types of frames which do not contain sufficient information to make a reliable VLAN determination. Examples of such frames include Internet Protocol (IP) BOOTP requests, IPX Get Nearest Server requests and frames from non-routable protocols.

All messages (in the form of a data frame) transferred between nodes of the same VLAN are transmitted at the MAC sublayer of the Data Link layer of the OSI reference model, based on each node's MAC layer address. However, there is no connectivity between nodes of different VLANs within network switch **200** or **300**.

For example, with reference to FIG. 2A, even though all physical LAN segments **103**, **105**, **120**, **130**, and **140** are connected to ports on network switch **200**, the VLAN configuration of switch **200** is such that nodes in one VLAN cannot communicate with nodes in the other VLAN via network switch **200**. For example, node **104** can communicate with node **122** but cannot communicate with node **142** by way of switch **200**. Rather, router **100** connects VLAN **210** to VLAN **220** via communications mediums **101** and **102** respectively, so that node **104** can communicate with node **142**. Messages transferred between nodes of different VLANs are most often transmitted at the Network layer of the OSI reference model, based on the Network layer address of each node, e.g., an Internet Protocol (IP) address. Router **100** also allows a network administrator to configure appropriate policy restrictions and security rules to reduce unnecessary or unwanted traffic in data network **10**.

**4**

Using a routing function to transfer data frames between VLAN **210** and VLAN **220** as illustrated in FIG. 2B is inappropriate, however, for data frames of protocol suites that do not support a network layer protocol, e.g., DEC LAT or NetBIOS. To deal with this problem, routers commonly provide a capability for bridging frames of non-routable protocols. For example, assume node **106** in VLAN **220** uses the DEC LAT protocol in an attempt to transmit a data frame to a node in VLAN **210**. Switch **200** receives the data frame from node **106** over dedicated communications medium **105** and transfers it to router **100** via communications medium **102**. Router **100**, not being able to route DEC LAT traffic, may bridge the data frame back to switch **200** via communications medium **101**. Switch **200** receives the data frame and, because the data frame is bridged instead of routed, the source MAC address is unchanged. Switch **200** has now received on both ports **205** (in VLAN **220**) and **207** (in VLAN **210**) a data frame having the MAC address for node **106**, and cannot, therefore, unambiguously determine over which port node **106** is connected, or which VLAN should be associated with node **106**. Therefore, switch **200** is unable to inform switch **300** of which VLAN should be associated with the MAC address of node **106**.

Another circumstance which creates difficulties in establishing a MAC address to VLAN mapping is when a routing protocol, e.g., the DecNet routing protocol, transmits data frames using the same source MAC address on both communications mediums **101** and **102**.

Yet another drawback of the configuration of data network **10** as illustrated in FIG. 2A is that a communications link is needed between network switch **200** and router **100** for each virtual local area network (VLAN). As the number of physical LAN segments and VLAN segments increase, and as the distance between LANs increase necessitating utilization of metropolitan and wide-area communications mediums/facilities, the monetary and administrative expense required to maintain data network **10** also increases. As illustrated in FIG. 3, one means of reducing this expense is to combine multiple communications links into a single shared communications medium **300** between switch **200** and router **100**. The same problems which prevented switch **300** in FIG. 2B from reliably determining the proper VLAN for frames received over segment **190** also prevent switch **200** in FIG. 3 from reliably associating VLANs with data frames received over segment **300**. Thus, a means is needed to identify the virtual local area network (VLAN) from which a frame originated when transferring the frame over a communications medium shared among multiple VLANs.

One such prior art method identifying the VLAN associated with a MAC address of a node involves creating and maintaining a lookup table on each network device in the data network. The lookup table contains entries associating the MAC address of a node with the port on the network device over which the node is reachable. The node may be coupled to a shared or dedicated communications medium which is further coupled to the port. Each entry also contains a VLAN identifier identifying the virtual local area network (VLAN) assigned to the port. If multiple network devices exist in the data network, as illustrated in FIG. 3, they may utilize a protocol to exchange lookup tables so that each device knows which VLAN is assigned to each port on each device and what nodes (identified by their respective MAC addresses) are reachable via each port as well as which nodes belong to the same VLAN and are allowed, therefore, to communicate with each other.

A prior art method of reliably identifying the VLAN from which a data frame originated utilizes a management defined

5,959,990

5

field (MDF) of an IEEE standard 802.10 Secure Data Exchange (SDE) Protocol Data Unit (PDU). The MDF allows the transfer of proprietary information that may facilitate the processing of a data frame. The prior art method uses the MDF to store a VLAN identifier as the data frame is transferred from a network device over a communications medium shared among multiple VLANs so that when another network device receives a data frame from the shared communications medium, it can determine the VLAN associated with the data frame and determine whether to forward the frame accordingly, depending on the VLANs configured for each port on the network device.

FIG. 4 illustrates the frame format for an IEEE 802.3 MAC/802.10 SDE data frame utilizing the MDF to identify the VLAN associated with the data frame. Portion **401** of data frame **400** is the IEEE 802.3 media access control (MAC) header, comprising a 6 byte destination MAC address field, and 6 byte source MAC address field, and a 2 byte length field. Portion **402** indicates the IEEE 802.10 secure data exchange (SDE) clear header, comprising the SDE designator field **404** containing a special destination service access point (DSAP), source service access point (SSAP), and control field for SDE frames, a security association identifier (SAID) field **405**, and the management defined field (MDF) **406**. The remainder of the original data frame, comprising its IEEE 802.2 LLC header followed by the user data, is included in field **403**.

A VLAN identifier representing the VLAN associated with the data frame received by the network device is placed in the MDF **406** by the MAC layer and other relevant hardware and software in the network device. When the frame is subsequently transmitted across a shared communications medium, such as when switch **300** of FIG. 2B forwards over shared communications medium **190** a data frame destined for a node coupled to a port associated with a different VLAN on switch **200**, switch **200** is able to determine the VLAN from which the data frame was received by switch **300** and forward it accordingly to router **100** (if, indeed, inter-VLAN communication is required). Router **100** then routes the data frame back to switch **200**, where switch **200** then determines whether to forward the frame to the appropriate port based on the VLAN identifier in the MDF and destination MAC address in the destination MAC address field.

However, the frame format illustrated in FIG. 4 supports only the IEEE 802.X media access control standards. An Ethernet-based data frame is considered nonstandard by the IEEE, and, therefore, cannot utilize the IEEE 802.10 header, or any other IEEE based header to preserve the VLAN, except through the use of an additional layer of encapsulation. IEEE Draft Recommendation Practice 802.1h is one way of performing this additional encapsulation. This extra layer of encapsulation reduces the efficiency of bandwidth utilization and adds complexity to the implementation. Thus, a method and frame format for identifying the VLAN associated with a data frame received at a network switch from either an Ethernet LAN or an IEEE 802 LAN is needed to support the existing infrastructure of Ethernet networks in a data network transmitting data frames from multiple VLANs across a shared communications medium. This will allow compatibility with Ethernet-based nodes on the same shared media with nodes supporting VLAN identification.

## SUMMARY OF THE DISCLOSURE

The present invention relates to a method and frame format for preserving in a data frame as the data frame is

6

transmitted across a communications medium shared among a plurality of virtual local area networks (VLANs), the VLAN which was associated with the data frame at the point where it entered the network. The method supports existing Ethernet based data network infrastructures.

The frame format extends the traditional Ethernet frame format to accommodate a VLAN header. In one embodiment, a unique Ethernet type field value is used to identify the data frame as having a VLAN header inserted between the Ethernet type field and the user data field. In another embodiment, the unique Ethernet type field value is used to identify the data frame as having a VLAN header inserted prior to the Ethernet type field.

The VLAN header comprises a field that contains the original value replaced in the Ethernet type field of an Ethernet data frame or the length field of an IEEE 802.3 data frame so that the original Ethernet type or IEEE 802.3 length is preserved when the data frame is transferred from a shared communications medium to a dedicated communications medium, as when happens when a network switch receives the data frame over shared communications medium coupling the network switch to another network switch, and transmits the data frame over a dedicated communications medium coupling the network switch to a node.

The VLAN header also comprises a VLAN identifier field that identifies the VLAN associated with the frame at the point at which the data frame was received by a network switch. The VLAN header is further comprised of a VLAN identifier type and VLAN identifier length field, both of which precede the VLAN identifier field and specify a format and length of the subsequent VLAN identifier field.

Thus it is an object of the present invention to provide a method and frame format for identifying the VLAN associated with a data frame received at a network switch from an Ethernet or IEEE 802.3 LAN. This is needed to support the existing infrastructure of Ethernet networks in a data network transmitting data frames from multiple VLANs across a shared communications medium. This will allow compatibility with both IEEE 802.3-based and traditional Ethernet-based nodes on the same shared media with nodes supporting VLAN identification as well.

It is another object of the present invention to provide a data frame format that allows for inclusion of a VLAN identifier field that does not extend the MAC frame so far as to require fragmentation to avoid ambiguity between Ethernet and IEEE 802.3 frame types.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and not limitation in the following figures. Like references indicate similar elements, in which:

FIG. 1 illustrates a prior art data network topology.

FIG. 2A illustrates a prior art data network topology utilizing virtual local area networks.

FIG. 2B illustrates a prior art data network topology utilizing virtual local area networks and shared communications media between network devices.

FIG. 3 further illustrates a prior art data network topology utilizing virtual local area networks and shared communications media between network devices.

FIG. 4 illustrates the IEEE 802.3 MAC/802.1 SDE frame format as may be utilized in the prior art.

FIG. 5(*a*) illustrates an Ethernet frame format.

FIG. 5(*b*) illustrates a modified Ethernet frame format as may be utilized by the present invention.

5,959,990

7

FIG. 5(c) illustrates a modified Ethernet frame format as may be utilized by the present invention.

## DETAILED DESCRIPTION OF THE EMBODIMENTS OF THE INVENTION

Described herein is a method and frame format for preserving in a data frame the virtual local area network (VLAN) associated with the data frame when transmitting the data frame over a communications medium shared among multiple VLANs. In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one of ordinary skill in the art that present invention may be practiced without these specific details. In other instances, well-known standards, frame format details, and techniques have not been shown in order not to unnecessarily obscure the present invention.

As network switching becomes more prevalent in data networks, and in particular, local area networks, it is desirable to segment data traffic into groups of virtual local area networks (VLANs), as discussed above. Generally, the MAC address of each node, as determined by the contents of the source MAC address field of a data frame transmitted by the node, is mapped to, or associated with, a VLAN assigned to the port of a network device (e.g., a network switch) at which the data frame enters the switched network. The method by which the network device forwards the data frame varies depending on whether the target node (as determined by the MAC address in the destination MAC address field of the data frame) resides on the same or different VLAN as the source node. It may be desirable to use a standard shared communications medium such as IEEE standard 10BASE-F or 100BASE-T for a backbone transmission fabric between network devices in a switched network. However, unless separate cables are use for each VLAN, the VLAN association of each data frame cannot be determined when the data frame is transmitted over the shared communications medium. A means for identifying, or preserving, the VLAN associated with each data frame when transmitting the data frames over a shared communications medium is needed.

The method described herein provides for a shared communications medium for transferring data frames from multiple virtual local area networks (VLANS) while preserving the VLAN associated with each frame, regardless of whether the data network supports the interconnection of Ethernet or IEEE standard 802.3 nodes.

FIG. 5(a) illustrates the data frame format for an Ethernet network. Like the IEEE standard 802.3 frame format, the Ethernet frame format begins with a 6 byte destination MAC address field followed by a 6 byte source MAC address field. However, unlike the IEEE standard 802.3 frame format, a 2 byte Ethernet type (ETYPE) field 503 follows the source MAC address field. The ETYPE field indicates the protocol type of the next upper layer protocol header which begins immediately following the ETYPE field (e.g., 0800(h) indicates the IP network layer protocol). The data field 504 comprises any upper layer protocol information and user data, all of which is considered data from the perspective of the MAC sublayer. Finally, a frame check sequence (FCS) field 505, comprising a 32-bit cyclical redundancy check (CRC) of the contents of fields 501, 502, 503 and 504, completes the data frame.

An IEEE 802.3 frame format also begins with a 6 byte destination MAC address field followed by a 6 byte source MAC address field. As is well known to those of skill in the

8

art, a 2 byte LENGTH field follows the source MAC address field. It should be noted that the present invention, although based on a modification of the Ethernet frame format described above, applies equally well when the original frame is an IEEE 802.3 format (e.g., IEEE 802.3). In such a case, the field following the MAC source address contains not the protocol type of an upper layer protocol, but a value indicating the length of the data field, as discussed above. The present invention preserves the value in that field in a new extended Ethernet frame format, but makes no other use of it, and is, therefore, not sensitive to whether the field contains protocol type or length information.

FIG. 5(b) illustrates the data frame format that may be utilized by one embodiment of the present invention. The frame format extends the Ethernet frame format illustrated in FIG. 5(a) to accommodate a virtual local area network (VLAN) header 514. In addition, a virtual type (VTYPE) field 513 replaces the ETYPE field 503 of an Ethernet data frame or the length field of an IEEE 802-based data frame to identify the frame as an extended Ethernet frame comprising a VLAN header 514 inserted, for example, before the data field 504 shown in FIG. 5(a).

The value in the ETYPE field 503 in FIG. 5(a), or the length field of an IEEE 802-based data frame, is not discarded. Rather, it is preserved at location 520 within the VLAN header 514 to be inserted back at location 503 when the data frame is transferred from a shared communications medium used to transmit data frames for multiple VLANs to a dedicated communications medium used to transmit data frames for a single VLAN.

A VLAN identifier type (VLAN ID TYPE) field and VLAN identifier length (VLAN LEN) field are present at locations 521 and 522, respectively. These two fields are used in combination to specify the format of the VLAN identifier (VLAN ID) field 523. Although this embodiment of the present invention utilizes only one type and length of VLAN ID field, is it foreseeable that multiple types of VLAN identifiers may be utilized, and that such identifiers may be of varying lengths, depending on the information conveyed by such identifiers, in which case, a network device receiving the data frame should check the VLAN ID TYPE and VLAN LEN fields and determine whether to accept or reject the data frame. In the event multiple VLAN ID TYPEs are utilized, it is envisioned that the VLAN ID TYPE values will be dispensed by an administrative authority.

The VLAN identifier length (VLAN LEN) field specifies the length of the VLAN identifier field in bytes. In this embodiment, the VLAN identifier field is 4 bytes in length. It is envisioned that the length of the VLAN identifier field will be a multiple of 4 bytes to maintain word alignment of fields in the data frame.

The VLAN identifier (VLAN ID) field 523 identifies the VLAN associated with the data frame. A network administrator or similar network wide authority is required to dispense values on a dynamic basis when configuring the virtual networks of the data network.

A new FCS 516 is calculated and replaces the prior FCS 505. FCS 516 performs a CRC on the destination and source MAC address fields, VTYPE field, VLAN header, and data field.

The extended Ethernet frame format illustrated in FIG. 5(b) may be utilized in the following manner. A network device (e.g., a network switch) has been configured so that a virtual local area network identifier representing a virtual local area network is assigned to each port on the network

5,959,990

**9**

device. A data frame utilizing the Ethernet frame format (see FIG. 5(*a*)) or IEEE 802-based frame format may be transmitted by a node over a dedicated communications medium to the network switch. The network switch receives the data frame at a port coupled to the dedicated communications medium. At that time, or prior to transmitting the data frame over a shared communications medium to another network device, the network switch inserts a VLAN header between the ETYPE field or length field (depending on the frame format) and data field of the data frame. The value originally in the ETYPE field **503** (or length field in the case of an IEEE 802-based frame format) is moved to ETYPE/Length field **520** in the VLAN header. The ETYPE field **503** or length field is then modified to contain a value identifying the frame as containing VLAN identifier information (VTYPE **513**). If utilized, a VLAN identifier type and VLAN identifier length field is inserted in VLAN header **514** at **521** and **522**. Finally, the VLAN identifier associated with the data frame is placed in the VLAN identifier field **523**. The data frame now having an extended Ethernet frame format is then transmitted over a shared communications medium.

Upon receiving the data frame, a network device processes the data frame. It determines the MAC address of a target node based on the contents of the destination MAC address field **511**. The device then detects the presence of a VLAN header based on the contents of the VTYPE field, and determines the VLAN identifier associated with the data frame based on the contents of the VLAN identifier field. If a port on the network device which is eligible to receive the frame based on the destination MAC address is assigned the same VLAN identifier as the data frame, the network device then removes the VLAN header from the data frame, calculates a new FCS for the data frame, and transmits the data frame out the port over a dedicated communications medium to the target node.

FIG. 5(*c*) illustrates the data frame format that may be utilized by an alternative embodiment of the present invention. The frame format also extends the Ethernet frame format illustrated in FIG. 5(*a*), as did the frame format in FIG. 5(*b*), to accommodate a virtual local area network (VLAN) header **514**. As in the previous embodiment, a virtual type field **513** replaces the ETYPE field **503** of an Ethernet data frame or the length field of IEEE 802-based data frame to identify the frame as an extended Ethernet frame. However, unlike the previous embodiment, the VLAN header **514** is inserted before the VTYPE field **513** rather than after the VTYPE field.

As with the previous embodiment described above, the ETYPE field **503** in FIG. 5(*a*), or the length field of an IEEE 802-based data frame, is not discarded. It is also preserved at location **520** within the VLAN header **514**. The VLAN header **514** is identical to the VLAN header **514** described above with respect to FIG. 5(*b*).

The extended Ethernet frame format illustrated in FIG. 5(*c*) is utilized in a similar manner as the extended Ethernet frame format illustrated in FIG. 5(*b*). For example, when a network switch receives the data frame at a port coupled to the dedicated communications medium, at that time, or prior to transmitting the data frame over a shared communications medium to another network device, the network switch inserts a VLAN header between the source address field **512** and the ETYPE or length field (depending on the frame format). The data frame now having a extended Ethernet frame format is then transmitted over a shared communications medium.

Upon receiving the data frame, a network device processes the data frame. It determines the MAC address of a

**10**

target node based on the contents of the destination MAC address field **511**, and the MAC address of a source node based on the contents of the source MAC address field **512**. The device then detects the presence of the VLAN header **514**, and determines the VLAN identifier associated with the data frame based on the contents of the VLAN identifier field **523**. Subsequent to processing the VLAN header **514**, the device then processes the VTYPE field **513**.

There are, of course, alternatives to the described embodiments which are within the understanding of one of ordinary skill in the relevant art. For example, the type of network switch which has a single VLAN identifier associated with each port and assumes that a data frame received on a port is destined for the VLAN associated with that port is just one type of network switch. Network switches may present more sophisticated methods of handling VLANs. In the general case, when a data frame is received from an end station on a network switch port, the switch will apply a set of rules to determine the VLAN to which that data frame should be forwarded. The rules can include such things as the port number at which a data frame is received, the data frame's ISO layer three protocol type, the data frame's MAC or network layer source address, time of day, etc. More importantly, the first network switch to receive the data frame should apply its rules and assign the data frame to a VLAN. Thus, the present invention is intended to be limited only by the claims presented below.

Thus, what has been described is a method and frame format for preserving in a data frame the virtual local area network (VLAN) associated with a port on a network device from which the data frame was received when transmitting the data frame over a shared communications medium.

We claim:

1. In a network device, a method of transmitting, on a shared communications medium coupled to said network device, a data frame associated with a virtual network, comprising the steps of:

    a) transmitting a data frame having a first whose contents indicate said data frame comprises a virtual network identifier field; and,

    b) transmitting said virtual network identifier field whose contents indicate said virtual network associated with said data frame.

2. In a network device, a method of transmitting a virtual network identifier in a data frame transmitted on a shared communications medium, coupled to said network device, comprising the steps of:

    a) transmitting a preamble field;

    b) transmitting a destination and source media access control address field;

    c) transmitting a type field whose contents indicate said virtual network identifier follows;

    d) transmitting a virtual network identifier field containing said virtual network identifier;

    e) transmitting a data field; and,

    f) transmitting a frame check sequence.

3. The method of claim **2** wherein said virtual network identifier field is 4 bytes.

4. In a network device having a first port coupled to a local area network (hereafter LAN) segment and a second port coupled to a shared communications medium, a method of associating a virtual network with a data frame received from said LAN segment and transmitted to said shared communications medium, comprising the steps of:

    a) receiving said data frame at said first port, said data frame comprising a type field and a data field;

5,959,990

11

b) replacing a first value in said type field representing a protocol type with a second value indicating said data frame comprises a virtual network identifier field;

c) inserting said virtual network identifier field in said data frame between said type field and said data field;

d) assigning a value representing said virtual network to said virtual network identifier field; and,

e) transmitting said data frame from said second port.

5. The method of claim 4 further comprising, following step d), the steps of:

a) inserting a new type field between said type field and said virtual network identifier field; and,

b) assigning said first value representing said protocol type to said new type field to preserve said protocol type.

6. The method of claim 5 wherein said virtual network identifier field is 4 bytes.

7. The method of claim 5 wherein said virtual network identifier field is a multiple of 4 bytes.

8. In a network device having a first port coupled to a local area network (hereafter LAN) segment and a second port coupled to a shared communications medium, a method of associating a virtual network to a data frame received from said LAN segment and transmitted to said shared communications medium, comprising the steps of:

a) receiving said data frame at said first port, said data frame comprising a length field and a data field;

b) replacing a first value in said length field with a second value indicating said data frame comprises a virtual network identifier field;

c) inserting said virtual network identifier field in said data frame between said length field and said data field;

d) assigning a value representing said virtual network to said virtual network identifier field; and,

e) transmitting said data frame from said second port.

9. The method of claim 8 further comprising, following step d), the steps of:

a) inserting a new length field between said length field and said virtual network identifier field; and,

b) assigning said first value to said new length field.

10. The method of claim 9 wherein said virtual network identifier field is 4 bytes.

11. The method of claim 9 wherein said virtual network identifier field is a multiple of 4 bytes.

12. In a network device having a first port coupled to a communications medium and second port coupled to a shared communications medium for transmitting data frames between said communications medium and said shared communications medium, a method of identifying a virtual network associated with said data frame when transmitting said data frame between said communications medium and said shared communications medium, comprising the steps of:

a) receiving said data frame from said communications medium at said first port, said data frame comprising, in order, a first type field and a data field;

b) inserting a second type field and a virtual network identifier field, hereafter referred to as VNIF, between said first type field and said data field;

c) placing the contents of said first type field in said second type field;

d) changing the contents of said first type field to indicate said data frame comprises said second type field and said VNIF;

12

e) placing a value in said VNIF indicating said virtual network associated with said data frame; and,

f) transmitting said data frame over said shared communications medium.

13. The method of claim 12 wherein said VNIF is 4 bytes.

14. The method of claim 12, wherein step b) is further comprised of the steps of:

1) inserting between said second type field and said VNIF a virtual network identifier type field and a virtual network identifier length field, and, step e) is followed by the steps of:

2) placing a value in said virtual network identifier type field indicating a type of said VNIF; and,

3) placing a value in said virtual network identifier length field indicating a length of said VNIF.

15. The method of claim 14 wherein said VNIF is a multiple of 4 bytes.

16. In a network device having a first port coupled to a communications medium and a second port coupled to a shared communications medium for transmitting data frames between said communications medium and said shared communications medium, a method of identifying a virtual network associated with said data frame when transmitting said data frame between said communications medium and said shared communications medium, comprising the steps of:

a) receiving said data frame from said communications medium at said first port, said data frame comprising, in order, a first length field and a data field;

b) inserting a second length field and a virtual network identifier field, hereafter referred to as VNIF, between said first length field and said data field;

c) placing the contents of said first length field in said second length field;

d) changing the contents of said first length field to indicate said data frame comprises said second length field and said VNIF;

e) placing a value in said VNIF indicating said virtual network associated with said data frame; and,

f) transmitting said data frame over said shared communications medium.

17. The method of claim 16 wherein said VNIF is 4 bytes.

18. The method of claim 16, wherein:

step b) is further comprised of the step of:

1) inserting between said second length field and said VNIF a virtual network identifier type field and a virtual network identifier length field, and,

step e) is followed by the steps of:

2) placing a value in said virtual network identifier type field indicating a type of said VNIF; and,

3) placing a value in said virtual network identifier length field indicating a length of said VNIF.

19. The method of claim 18 wherein said VNIF is a multiple of 4 bytes.

20. In a network device, a method of transmitting a virtual network identifier in a data frame transmitted on a shared communications medium, coupled to said network device, comprising the steps of:

a) transmitting a preamble field;

b) transmitting a destination and source media access control address field;

c) transmitting a virtual network identifier field containing said virtual network identifier;

d) transmitting a type field whose contents indicate said virtual network identifier is present in the preceding said virtual network identifier field;

5,959,990

**13**

e) transmitting a data field; and,

f) transmitting a frame check sequence.

**21.** The method of claim **20** wherein said virtual network identifier field is 4 bytes.

**22.** In a network device having a first port coupled to a local area network (hereafter LAN) segment and a second port coupled to a shared communications medium, a method of associating a virtual network with a data frame received from said LAN segment and transmitted to said shared communications medium, comprising the steps of:

   a) receiving said data frame at said first port, said data frame comprising a type field and a data field;

   b) replacing a first value in said type field representing a protocol type with a second value indicating said data frame comprises a virtual network identifier field;

   c) inserting said virtual network identifier field in said data frame before said type field and said data field;

   d) assigning a value representing said virtual network to said virtual network identifier field; and,

   e) transmitting said data frame from said second port.

**23.** The method of claim **22** further comprising, following step d), the steps of:

   a) inserting a new type field between said virtual network identifier field and said data field; and,

   b) assigning said first value representing said protocol type to said new type field to preserve said protocol type.

**24.** The method of claim **23** wherein said virtual network identifier field is 4 bytes.

**25.** The method of claim **23** wherein said virtual network identifier field is a multiple of 4 bytes.

**26.** In a network device having a first port coupled to a communications medium and a second port coupled to a shared communications medium for transmitting data frames between said communications medium and said shared communications medium, a method of identifying a virtual network associated with said data frame when transmitting said data frame between said communications medium and said shared communications medium, comprising the steps of:

   a) receiving said data frame from said communications medium at said first port, said data frame comprising, in order, a first type field and a data field;

   b) inserting a second type field and a virtual network identifier field, hereafter referred to as VNIF, before said first type field and said data field;

   c) placing the contents of said first type field in said second type field;

   d) changing the contents of said first type field to indicate said data frame comprises said second type field and said VNIF;

   e) placing a value in said VNIF indicating said virtual network associated with said data frame; and,

**14**

   f) transmitting said data frame over said shared communications medium.

**27.** The method of claim **26** wherein said VNIF is 4 bytes.

**28.** The method of claim **26** wherein step b) is further comprised of the steps of:

   1) inserting between said second type field and said VNIF a virtual network identifier type field and a virtual network identifier length field, and, step e) is followed by the steps of:

   2) placing a value in said virtual network identifier type field indicating a type of said VNIF; and,

   3) placing a value in said virtual network identifier length field indicating a length of said VNIF.

**29.** The method of claim **28** wherein said VNIF is a multiple of 4 bytes.

**30.** In a network device having a first port coupled to a communications medium and a second port coupled to a shared communications medium for transmitting data frames between said communications medium and said shared communications medium, a method of identifying a virtual network associated with said data frame when transmitting said data frame between said communications medium and said shared communications medium, comprising the steps of:

   a) receiving said data frame from said communications medium at said first port, said data frame comprising, in order, a first length field and a data field;

   b) inserting a second length field and a virtual network identifier field, hereafter referred to as VNIF, before said first length field and said data field;

   c) placing the contents of said first length field in said second length field;

   d) changing the contents of said first length field to indicate said data frame comprises said second length field and said VNIF;

   e) placing a value in said VNIF indicating said virtual network associated with said data frame; and,

   f) transmitting said data frame over said shared communications medium.

**31.** The method of claim **30** wherein said VNIF is 4 bytes.

**32.** The method of claim **30**, wherein:

step b) is further comprised of the step of:

   1) inserting between said second length field and said VNIF a virtual network identifier type field and a virtual network identifier length field, and,

step e) is followed by the steps of:

   2) placing a value in said virtual network identifier type field indicating a type of said VNIF; and,

   3) placing a value in said virtual network identifier length field indicating a length of said VNIF.

**33.** The method of claim **32** wherein said VNIF is a multiple of 4 bytes.

*     *     *     *     *

Case 09-10138-MFW Doc 14559-1 Filed 10/14/14 Page 114 of 156

# EXHIBIT E

US006128649A

# United States Patent [19]

## Smith et al.

[11] Patent Number: 6,128,649

[45] Date of Patent: Oct. 3, 2000

[54] **DYNAMIC SELECTION OF MEDIA STREAMS FOR DISPLAY**

[75] Inventors: **Keith M. Smith**; **Russell W. Pretty**, both of Ottawa, Canada

[73] Assignee: **Nortel Networks Limited**, Montreal, Canada

[21] Appl. No.: **08/867,624**

[22] Filed: **Jun. 2, 1997**

[51] Int. Cl.[7] .................................................. **H04N 7/14**

[52] U.S. Cl. ................................. **709/217**; 348/15; 348/17

[58] Field of Search ................ 348/14–20; 395/200.47, 395/200.34; 379/202; 370/260, 235, 468

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,531,024 | 7/1985 | Colton et al. | 179/2 |
| 5,003,532 | 3/1991 | Ashida et al. | 370/62 |
| 5,374,952 | 12/1994 | Flohr | 348/12 |
| 5,382,972 | 1/1995 | Kannes | 348/15 |
| 5,392,223 | 2/1995 | Caci | 364/514 |
| 5,473,367 | 12/1995 | Bales et al. | 348/13 |
| 5,491,797 | 2/1996 | Thompson et al. | 395/200.34 |
| 5,544,313 | 8/1996 | Schachnai et al. | 395/200.01 |
| 5,574,934 | 11/1996 | Mirashrafi et al. | 395/800 |
| 5,615,338 | 3/1997 | Poole et al. | 395/200.4 |
| 5,657,096 | 8/1997 | Lukacs | 348/15 |
| 5,682,460 | 10/1997 | Hyziak et al. | 395/200.47 |
| 5,737,011 | 4/1998 | Lukacs | 348/15 |
| 5,760,838 | 6/1998 | Adams et al. | 348/460 |
| 5,768,280 | 6/1998 | Way | 370/486 |
| 5,768,527 | 6/1998 | Zhu et al. | 395/200.61 |
| 5,778,187 | 7/1998 | Monteiro et al. | 395/200.61 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 581 101 A1 | 7/1993 | European Pat. Off. | H04N 7/14 |
| 0 724 362 A1 | 1/1995 | European Pat. Off. | H04N 7/15 |
| 0 669 765 A2 | 8/1995 | European Pat. Off. | H04N 7/24 |
| WO 96/14711 | 11/1995 | WIPO | H04N 7/14 |

### OTHER PUBLICATIONS

Database WPI, Section EI, Week 9707, Derwent Publications Ltd., London, GB; Class WO1,AN 97–071568,

XP002068243 & JP 08 317 366 A (Nippon Denki Eng KK) Nov. 29, 1996.

Herng–Yow Chen, Ja–Ling Wu, MultiSync: A Synchronization Model for Multimedia Systems, IEEE Journal on Selected Areas in Communications, vol. 14, No. 1, Jan. 1996.

Cosmos Nicolaou, An Architecture for Real–Time Multimedia Communication Systems, IEEE Journal on Selected Areas in Communications, vol. 8, No. 3, Apr. 1990.

Xiaobao Chen, End–to–End Synchronization Control Support for Multiservice Applications, Computer laboratory, University of Cambridge, Nov. 1995.

Ralf Steinmetz, Gerald Blakowski, A Media Synchronization Survey: Reference Model, Specification, and Case Studies, IEEE Journal on Selected Areas in Communications, vol. 14, No. 1, Jan. 1996.

*Primary Examiner*—Andrew I. Faile
*Assistant Examiner*—Reuben Brown
*Attorney, Agent, or Firm*—C. W. Junkin

[57] **ABSTRACT**

One or more streams from a number of real-time video streams available to be transmitted across a communications network, are selected for display on respective terminals of a first, and at least one other user. First, a policy of the first user for making the selection, is determined, the policy containing conditions to be evaluated, selectable by the first user. Then, which streams to select for the first user is determined dynamically by evaluating the current conditions according to the first user's policy. Only the selected streams are passed for display on the terminal of the first user, independently of selections made for passing to the other users. Dynamic selection from multiple streams enables the user to concentrate on the content not the form of presentation. Individual control of what is displayed, independent of what other users see, enables tailoring to video conferences to be handled more easily.

**19 Claims, 28 Drawing Sheets**





PRIOR ART

# FIG. 1



PRIOR ART

# FIG. 2



PRIOR ART

# FIG. 3



## FIG. 4



**FIG. 5a**



**FIG. 5b**



**FIG. 6**



# FIG. 7



**FIG. 8**



**FIG. 9**



FIG. 10



**FIG. 11**



**FIG. 12**



**U.S. Patent**      Oct. 3, 2000      Sheet 13 of 28      **6,128,649**



**FIG. 13**



**FIG. 14**



**FIG. 15**



**FIG. 16**



COUNTER NAME: **TAM_DEGREE** = {TAM_MIN, TAM_MAX}
COUNTER STATE: **TAM_STATE** = {SILENT I ACTIVE}

## FIG. 17a(i)



## FIG. 17a(ii)

COUNTER NAME: **DIM_DEGREE** = {DIM_MIN, DIM_MAX}
COUNTER STATE: **DIM_STATE** = {INTEGRITY I LOI}
COUNTER VARIABLE: **DIM_LOSS_FACTOR** (DLF)



# FIG. 17b(i)



# FIG. 17b(ii)



**MONITOR FOR WORKSTATION RESOURCE i**

MONITOR STATE: **WRM_STATE_i** = {SAFE I WARNING I CRITICAL}
MONITOR VARIABLE: **WRM_NUM_SAMPLES_i (WNSi)**
MONITOR VARIABLE: **WRM_DEGREE_i**

# FIG. 17c(i)



# FIG. 17c(ii)



**FIG. 17d(i)**



**FIG. 17d(ii)**



**FIG. 17d(iii)**



**FIG. 17e**



**FIG. 18a**



**FIG. 18b**



**FIG. 18c**



**LEGEND**


DISPLAY VIDEO:
OFFERED VIDEO MEDIA
SHOULD BE CONTINUOUSLY
DISPLAYED (LOCKED)


PLAY AUDIO:
OFFERED AUDIO
MEDIA SHOULD BE
PLAYED(LOCKED)


UNDISPLAY VIDEO:
OFFERED VIDEO MEDIA
SHOULD NEVER BE
DISPLAYED


MUTE AUDIO:
OFFERED AUDIO MEDIA
SHOULD BE MUTED


TRIGGERED VIDEO:
OFFERED VIDEO MEDIA SHOULD
ONLY BE DISPLAYED UPON THE
DETECTION OF AUDIO ACTIVITY


SLIDE PRESENTATION:
SLIDE PRESENTATION
SHOULD BE VIEWED

 SAFE RESOURCE STATE


CRITICAL RESOURCE
STATE

**FIG. 19**



**FIG. 20**



**FIG. 21**

6,128,649

1

# DYNAMIC SELECTION OF MEDIA STREAMS FOR DISPLAY

## FIELD OF THE INVENTION

The invention relates to methods and apparatus for selecting for display one or more from a number of real-time media streams and to corresponding software, network nodes and terminals.

## BACKGROUND TO THE INVENTION

Today's computing and network architectures readily support the transfer of text and still graphics or images. However, support for real-time media processing and networking has, until very recently, been realised entirely with overlay networks and service specific terminal equipment for displaying such media to the user. Voice telephony for example, is the most pervasive media specific network. Broadcast video and cable TV also use a dedicated transmission and switching infrastructure. In the same vein, high quality video conferencing requires leased lines and expensive dedicated equipment.

The most commercially successful segment of the video conferencing market has been for so-called "Px64" systems based on the ITU's H.320 series standards. Such systems aggregate from 2 to 30 DSO (64 kbps) channels over switched or leased-line Time Division Multiplexing (TDM) networks into a wideband channel (128 kbps–2 Mbps) to transport audio, video, data and control in a point-to-point manner. Multipoint conferencing is achieved through a centralised Multicast Control Unit (MCU) as shown in FIG. 1 which typically mixes audio and multicasts the single current speaker to all sites. An alternative, a distributed switching and mixing arrangement will be described with reference to FIG. 2.

More rapid growth of this market has been hampered by both high equipment costs and high service costs. In addition to the cost of video COder/DECoder (CODEC) hardware, equipment costs are exacerbated in current networks by the need for Inverse Multiplexers (I-MUXs) to aggregate switched DSO circuits due to the absence of wideband channel switching, and MCUs due to the absence of multicast switching. Service costs have been kept high due to bandwidth based tariffs needed to protect revenues from voice telephony and so high bandwidth, high quality video conferencing is still a luxury rarely afforded.

Further limitations exist at the users terminal. Real-time media imposes high processing requirements, particularly if the media stream needs to be decompressed for display. Usually the resolution and size of display monitors is restricted.

FIG. 1 shows in schematic form a known video conferencing arrangement. Using multicast control unit (MCU) for multiplexing or mixing and distributing all video streams transmitted by the network 2 to and from users 3 gives a centralised topology. This is suitable for use with a point to point network such as the telephone network. The expensive dedicated video mixing or selecting equipment need be provided in only one place while making use of the switching capability already provided in the network 2. One of the users 3, a chairman, has facilities to control the MCU, 1.

In operation, each user sends its own video and audio to the MCU. The chairman controls the MCU to select one of the incoming video streams, or add the video streams together in separate windows of the single output video streams. The input audio streams would all be mixed

2

together, or the audio streams with most activity could be selected for mixing and outputting. The MCU duplicates its output video and audio streams and sends them to each of the users. Such arrangements may be limited in bandwidth or number of users by the capabilities of the MCU, or by the bandwidth of the telephone network connections.

In another known conferencing arrangement illustrated in FIG. 2, a LAN network 4 with multicast capability connects users 3. This obviates the need for a dedicated MCU. Users 3 can control which other users they see.

FIG. 3 illustrates the information which may pass between a user 10 and a network 11 such as a packet network, connecting other users 3 for video conferencing. Awareness information of which of a users are connected to the network is passed from the network to the user 10. In response to this information, a user can choose manually which other users he wants to see. Video selection request information is then passed from the user to the network. The network has the capability to take the request and switch appropriate video streams from other users 3 to the user 10.

Network restrictions have often precluded sending streams from all users in a video conference to all other users. Accordingly, the centralised switching approach shown in FIG. 1 involves either selecting one of the streams from users 1, 2, 3, for display, or creating a single image stream comprising a composite display of two or more reduced size images or windows.

U.S. Pat. No. 4,531,024 (Colton) describes a way of resolving how to select a single video stream to be transmitted to all other conference locations. The selection is made automatically by centralised detection of either one and only one "talker" or one and only one video graphics transmission request. Manual override is possible at each location, to select manually the video to be viewed.

U.S. Pat. No. 5,003,532 (Ashida) shows a video conference system having a centralised image selector operating according to requests from users or according to speaker detection.

U.S. Pat. No. 5,382,972 (Karres) describes a conferencing system which creates a composite signal with voice sensitive switching means for moving the component streams to different regions on the screen, and different sizes of picture, according to who is talking. A master user has an override control.

A further development is shown in U.S. Pat. No. 5,473,367, in which any conferee can assume the chairing role, and manipulate manually the picture which will be viewed by all. Additionally, each conferee can choose their own picture content, or take the chair view.

U.S. Pat. No. 5,615,338 shows a system in which a central controller controls the transmission from each user terminal directly, and selects two users to transmit to all other users according to user requests and a predetermined priority scheme.

U.S. Pat. No. 5,392,223 shows a communications processor for linking a group of workstations, to a network for video conferencing. A workstation initiates a request for service including type of service and destination. Bandwidth, resolution and transmission rate are adjustable. Artificial intelligence software is used in the processor, which reacts to the instantaneous loadings, and indicates to the user what is possible if the request for service can't be fulfilled.

Another example of a decentralised videoconferencing network is shown in U.S. Pat. No. 5,374,952, using a

6,128,649

**3**

broadband LAN. Television signals from each user are transmitted simultaneously at different frequencies. Each user's computer monitors the status of channel allocations and generates the channel selecting control signals. Such dedicated LANs have inherent broadcasting capability which implies the ability to multicast, i.e. send to a select group of users.

None of the above systems is scaleable to handle large conferences because of human cognitive limitations in viewing a screen with too many windows displayed simultaneously, or with manually selecting between too many available windows. Additionally, the users terminal may have limited processing power and limited display area, and the network resources may limit how many streams can be sent to him anyway.

SUMMARY OF THE INVENTION

It is an object of the invention to provide improved method and apparatus.

According to the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of: determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; determining a condition of at least one of the communications network and the terminal; determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and, causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

Dynamic selection from multiple streams enables the user to concentrate on the content not the form of presentation. Individual control of display policy, independent of what other users see, enables tailoring to suit resources and user needs. Taking into account the condition enables better utilisation of limited resources. Together they enable larger conferences to be handled more easily.

Preferably, it is determined if the selection is restricted by the condition, the policy comprising an indication of how to make the selection when the selection is restricted by the condition. This enables optimal presentation of larger numbers of streams by better exploiting limited resources, or enables participation of users with diverse levels of local or network resources.

Advantageously, the indication comprises relative priorities between desired streams. This enables the user to be presented with the more important streams where a choice needs to be made, and leaves user free to concentrate on content rather than continually making choices.

Preferably, the condition comprises a level of availability of network resources. This enables more optimal selection particularly for networks where congestion is likely and is variable. It also enables cost limiting for bandwidth tariffed networks, to ensure optimal use of available network resources.

Advantageously, the condition comprises a level of availability of user terminal resources. This enables better sharing of resources, particularly where different users have terminals with differing limitations. The integrity of a maximum number of media streams can be preserved.

Advantageously, activity on one or more of the media streams is determined, the indication comprising an indica-

**4**

tion of how to make the selection dependent on the activity. This enables the selection to include the streams most likely to be of interest and to drop streams of less interest.

Preferably, where two or more of the media streams originate from a single source, the indication of how to make the selection dependent on the activity comprises making the selection of one of the co-originating streams dependent on activity on another of the co-originating streams. This enables the user to be presented automatically with streams which are likely to be of interest because they are associated with a stream showing activity.

Advantageously, the step of determining the selected streams is carried out at the first user's terminal. This enables the method to be used with less specialised equipment in the network.

Preferably, the method further comprises the step of indicating to the network which are the selected streams, wherein the step of passing the selected streams comprises transmitting across the network only the selected streams. This enables reduced bandwidth requirements in the network and at the user network interface.

Advantageously, the media streams comprise video streams. As video has high bandwidth, it is more important to utilise and share resources more efficiently, bearing in mind human perception and resource limitations.

Preferably, the network is a multicast capable network. If the network is multicast capable, less specialised equipment is necessary in the network and at the users terminal.

Advantageously, the first user also transmits at least one real-time media stream to take part in a conference between multiple users across the communications network. The dynamic nature of conference type communication makes for heavier burdens on network and computing resources and on human cognitive abilities, and so better management of the selection is more advantageous.

According to another aspect of the invention, there is provided software, stored on computer readable media, for carrying out the method.

According to another aspect of the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of: determining a policy of each of the users for making their respective selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; determining a condition of at least one of the communications network and the terminal; determining dynamically which streams to select for each user according to the condition and according to the respective policy; and, causing only the selected streams to be passed for display on the terminal of each user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising: means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first

5

user's policy; and, means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided a network node for use in passing real-time media streams across a communications network for display on terminals of a first user and other users, the node comprising apparatus for selecting streams for display on the terminal of the first user, the apparatus comprising: means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and, means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided a terminal for displaying real-time media streams available to be transmitted across a communications network for display on the terminal and other terminals coupled to the network, the terminal comprising: means for coupling the terminal to the network to receive the streams from the network, means for determining a policy of a terminal user for making a selection from amongst the streams, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users; and means for displaying the selected streams.

According to another aspect of the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a multicast capable communications network for display on a users terminal, the method comprising the steps of: determining a policy of the user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the user; determining dynamically at the users terminal which streams to select for the first user according to the user's policy; and, sending a request from the users terminal to the network to transmit only the selected streams for display on the users terminal.

Preferred features may be combined as would be apparent to a skilled person, and may be combined with any aspect of the invention.

To show, by way of example, how to put the invention into practice, embodiments will now be described with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 to 3 show in schematic form prior art video conferencing arrangements;

FIG. 4 shows in schematic form an embodiment of the invention;

FIG. 5a shows an architecture overview of a conferencing terminal for use in the arrangement of FIG. 4;

FIG. 5b shows the architecture of FIG. 5a in more detail;

6

FIG. 6 shows the architecture of the elements of FIG. 5b which are concerned with the membership decision module;

FIG. 7 shows in schematic form a GUI event response thread of the MDM;

FIG. 8 shows the thread of FIG. 7 in more detail;

FIG. 9 shows in schematic form the consistency check thread of the MDM;

FIG. 10 shows the consistency check thread in more detail;

FIG. 11 shows the new T_stream activity response thread;

FIG. 12 shows the thread of FIG. 11 in more detail;

FIGS. 13 and 14 show the new T_stream silence thread in schematic form;

FIGS. 15 and 16 show the D_stream close thread in schematic form;

FIGS. 17a(i) and 17a(ii) show in schematic form the operation of the T_stream activity monitor of FIG. 6;

FIGS. 17b(i) and 17b(ii) show the operation of the D_stream integrity monitor of FIG. 6;

FIGS. 17c(i) and 17c(ii) show the operation of the workstation resource monitor of FIG. 6, in schematic form;

FIG. 17d(i) shows in schematic form the operation of the congestion analysis monitor of FIG. 6;

FIGS. 17d(ii) and 17d(iii) show a more detailed example in schematic form of the operation shown in FIG. 17d(i);

FIG. 17e shows in schematic form the operation of the network feedback monitor of FIG. 6;

FIG. 18a shows in schematic form the functions of the conference awareness module of FIG. 5b;

FIGS. 18b and 18c show operation of the transmission and reception processes of the conference awareness module of FIG. 18a;

FIG. 19 shows an embodiment of the graphical user interface of FIG. 5b; and

FIGS. 20 and 21 illustrate in schematic form alternative embodiments of the invention.

DETAILED DESCRIPTION

An overall view will be described first, followed by more detailed descriptions of the functions of particular parts. Then some system considerations for implementing a conferencing system will be given, followed by a discussion of advantages and alternative embodiments.

FIG. 4 shows in schematic form how the information passed between the user 10 and the network 12 is altered by the provision of a dynamic selection controller 13. The user inputs a selection policy including criteria for making the selection. The dynamic selection controller determines the actual selection requests on the basis of the policy and the conditions. The network 12 then passes the selected media streams to the user on the basis of the request made by the dynamic selection controller 13. The selection policy can include desired requests. The dynamic selection controller may issue selection requests in a (best effort) basis, to try to meet the desired selection requests of the selection policy. The selection controller 13 can be located in the users terminal, or in the network.

The network 12 could be a point to point network, in which case one or many MCUs would be required to enable the distribution of the media streams to multiple users. Preferably the network is capable of multicasting. Where each media stream is considered to be a multicast group, to

6,128,649

7

which users wishing to receive the stream can apply for membership of the group, the selection controller **13** dynamically manipulates the membership. This enables a scalable solution to large multi-party video conferences to be achieved. Limitations of human cognitive abilities in controlling and comprehending large numbers of video inputs, and resource limitations in transmitting large numbers of high bandwidth media streams, can be reduced. Thus the dynamic selection controller **13** can be seen as a receiver-based reactive congestion control mechanism.

The network **12** could comprise a local area network alone, or a series of connected local and wide area network-snetworks. For example, a corporate intranet or the internet, or the public telephone network could be used for global coverage.

In operation, a user may select his or her desired view of a conference by selecting a set of conferees he or she desires to view, or by selecting a dynamic viewing policy, e.g. including prioritizing media streams, or a mixture of these. The dynamic selection controller **13** makes a best effort attempt based on users desires,and resource conditions such as losses detected in received media streams, direct feedback from the network and local computing resources. The policy make take into account, media stream activity periods, and the changing conference environment, and may express how to respond to detected resource limitations. The first step of determining the policy may include retrieving a stored indication of the policy, or prompting the user for policy inputs, or calculating the policy from previous preferences, for example.

More details of the structure of an embodiment of a users terminal will now be given with reference to FIGS. 5A and 5B.

FIG. 5A illustrates in schematic form a conferencing terminal architecture overview. A media in portion, **20** includes for example means for carrying out video reception processes, audio reception processes, and network monitoring. A media out portion **21** includes means for carrying out video and audio transmission to the network **24**. The media out portion may be dispensed with to give a terminal suitable only for receiving, e.g. for monitoring or entertainment purposes. A command and control portion **22** communicates with the media in portion and the media out portion. There may be some direct connection between the command and control portion **22** and the network **24**, e.g. for sending and receiving conference awareness messages relating to each of the users of the conference.

A work station resource monitor **23** can be provided for feeding information to the command and control portion **22**.

FIG. 5B shows more details of the conferencing terminal architecture shown in FIG. 5A. Each of the parts will be described in terms of processes which can be run simultaneously on the users terminal, either by multi-tasking a single central processor, or distributed across multiple processors in the terminal. The hardware configuration is a matter of design choice.

As part of the media in section **20**, multiple video reception processors **26** are provided, one for each incoming video stream. Each video reception process **26** includes a display stream (D_stream) integrity monitor **27** for monitoring the integrity of the display stream, e.g. the number or rate of packets or frames which are lost or delayed. Each video reception process also includes a D_stream processing module **28** for decoding the incoming media stream. This may involve building up video frames from the stream of packets, and performing any decompression as required.

8

Each video reception process **26** also includes a network signalling module **29** for carrying out network signalling functions.

An interprocess communication (IPC) function is provided for communicating between processors, e.g. by message passing, or using shared memory.

A network feedback monitor **30** is provided, for monitoring messages received from the network. A congestion analysis monitor **31** is provided for determining network congestion.

A single audio reception process **32** is provided even where there are multiple input audio streams. This is convenient because normally only a single audio output is provided to the user, mixed from all the input audio streams, or the most active of the input audio streams. The audio and reception process **32** includes a trigger stream (T-stream) activity monitor **33**, a T_stream processing module **34**, and a network signalling module **35**. The audio is designated the trigger stream since it is often used for triggering display of the video stream corresponding to the loudest audio input stream.

A command and control process **36** includes a conference awareness module **37**, a membership decision module MDM **38**, and a graphical user interface, GUI **39**. The MDM is at the heart of the dynamic selection control function, and will be described in more detail below.

A video transmission process **40** is provided for the outgoing video to other users of the conference. It comprises a D_stream processing module **41** and a network signaling module **42**. An audio transmission process **43** includes a T_stream processing module **44** and a network signaling module **45**, for handling the outgoing audio stream from the terminal to the other users. The video transmission and audio transmission processes would not be needed if the terminal were to be used only as a receiver.

A work station resource monitor **46** is provided for monitoring the local resources such as processing power, memory, and display capability.

The operation of the MDM **38**, and the processors which are linked with it will now be described with reference to FIG. 6. The MDM **38** receives inputs from the T_stream activity monitor (TAM) **33**, the workstation resource monitor (WRM) **46**, and from the congestion analysis monitor (CAM) **31**. It also receives inputs from the graphical user interface (GUI) **39**, and outputs selection requests in the form of connection membership signals to the network. In this way, the MDM can make connection membership requests based on the user's viewing policy and the current conditions, on a best effort basis. The MDM could be arranged to receive inputs from a subset of the inputs according to need. For example, if the workstation resource is always likely to be more limiting than the network resources, the MDM could operate upon inputs from only the GUI and the WRM, without needing local or foreign congestion inputs. Where network congestion may be a problem, it is useful to divide it into local or foreign congestion to enable the MDM to take appropriate action. For example, where there is local congestion, it may be appropriate to request fewer media streams to be transmitted. Where the congestion is foreign, it is more likely to affect only some of the input streams. Thus it may be appropriate not to reduce the number of media streams requested, but simply choose media streams which are not affected by the foreign congestion.

The operation of the MDM **38** will be explained below in terms of five threads of operation, run in parallel. These

6,128,649

9                                                          10

threads are explained with reference to FIGS. 7 to 16. The operation of each of the monitors shown in FIG. 6 will be explained with reference to FIGS. 17a to 17e. Other elements of the terminal will be described thereafter.

The five threads of the MDM cover the response to GUI events, a periodic consistency check to see if additional streams can be displayed, and responses to new T_stream activity or silence, and responses to a closing of a D-stream by its originator.

**MDM Thread 1, GUI Events Response, FIG. 7**

FIG. 7 illustrates in schematic form an overview of this thread. On detection of a GUI event, 60, passed to the MDM by the interprocess communication (IPC), the event is determined to relate to a state change, or to locking or unlocking of a stream. In the former case, the state is updated at 61, while in the latter case, the stream is locked or unlocked at 62 and violation of any predetermined constraints is resolved at 63, before the display is updated at 64. Locking a stream means giving it the highest priority, to ensure it is displayed all of the time, regardless of activity on the corresponding audio stream. Obviously, if too many streams are locked, a constraint may be violated, such as a workstation resource constraint, or local or foreign network constraints.

FIG. 8 shows an example of how the thread could be implemented, in more detail. In response to the GUI event 70, locking or unlocking, or setting updating is determined at 71. At 72, violation of constraint 1 is detected. This is concerned with the number of streams which can be displayed simultaneously at the user's terminal. It would be a predetermined number, but could be varied according to user-defined window sizes for example. If the constraint is not violated, a locking flag, F_lock is cleared at 76, and the display is updated by a visual management process 77. If a violation of constraint 1 is detected, at 73, the thread tries to remove display streams corresponding to silent audio channel, until conformance with the constraint is achieved. Then the locking flag is cleared at 76 and the display updated at 77.

If there are insufficient silent streams, at 74, the thread tries to remove the display streams corresponding to the least active audio stream, until conformance with constraint 1 is achieved. If conformance is achieved, the lock flag is cleared at 76, otherwise the flag is set at 75, and the display updated.

Violations of other constraints are more conveniently dealt with by other threads, to enable asynchronous or synchronous response as desired. This can assist in maintaining an optimum trade-off between rapid response to changes in conditions, and yet avoid disturbing oscillatory responses.

The determination of which streams are silent or less active, will be made by the T-stream activity monitor 33 shown in FIGS. 5b and 6, explained in more detail below. The types of settings which can be altered in response to a GUI event, will be explained in more detail with reference to the detailed description of the GUI.

**MDM Thread 2 Consistency Check, FIG. 9**

FIG. 9 shows an overview of this thread in schematic form. Violations of a series of constraints are detected at 100, and resolved at 101 before the displayed streams are updated at 103. If no violations are detected, an attempt is made at step 102 to display additional streams if resources permit.

An example of how the thread might be implemented is shown in more detail in FIG. 10. This thread is repeated periodically, and the period can be determined according to

the speed of response required. It may be appropriate to repeat it every 2 to 10 seconds or so.

After the waiting period at 105, the lock flag is checked at 106. If it is clear, the first constraint to be checked is constraint 3, relating to foreign network congestion. If critical, as determined by the congestion analysis monitor (CAM) 31, at 108, all display streams violating this constraint are removed from the display, and a flag is set indicating foreign network congestion, at 109. After the display is updated at 110, an aging counter for the foreign network congestion flag is updated at 111, so that the flag will clear itself after a period of time, to enable the affected streams to be requested again in case the foreign network congestion was only a temporary condition. The other constraints are not checked until the foreign network congestion constraint is met.

At 112, if the foreign network congestion constraint is met, then the next step is to detect violation of constraint 4, indicating critical local network congestion. An attempt is made to remove from display the D_stream with most silence in its corresponding audio stream among those showing congestion (step 113). If constraint 2 relating to bandwidth and tariff constraints in the network, or constraint 5 relating to computing resources locally, are violated, then at step 113, an attempt is made to remove from display the D_stream with most silence in its corresponding audio stream. If no silent T_streams are found at step 113, then at 114 the stream with the least activity is removed from the display. If no T_streams with activity are found, then it is assumed that too many display streams are locked, to give unconditional display, and at 115, the lock flag is set to reflect this. The thread is cycled again after the foreign congestion flag is aged at 111.

If none of the above-mentioned constraints are violated, then at 118, under utilisation of resources is detected by assessing whether all constraints are in a safe condition, meaning they are not close to a critical condition. In this case, at 119, the most active of the display streams not yet displayed is selected at 119. If there are no active T_streams, then a search is made for a T_stream in the silent state, and the least silent is displayed. Otherwise the thread is repeated.

**MDM Thread 3, New T Stream Activity Response**

FIG. 11 shows an overview. The thread is triggered by new T_stream activity 140 passed to the MDM by the T_stream activity monitor 33, using the IPC. If there is a constraint violation detected at 141, a test transmission is made without display, to determine if the available resources allow for another stream, at 143. If the test is successful, the new stream is displayed at 142, otherwise it is rejected at 144.

FIG. 12 shows an example of how the thread might be implemented. Following the event at 140, a check is made at 148 to see if the locked flag or the file congestion flag is set. If so, the thread is ended. Otherwise at 149, constraint 1, relating to the display capabilities, is tested. If the constraint is violated, at 150 a search is made for the most silent D_stream to be replaced. If one is found, the new display stream replaces the silent one at 151, and the management of the display is completed at 152. Otherwise, if no silent stream is found, the thread is ended.

If no violation of constraint 1 was found, at 153, under utilization of resources is detected by determining that constraints 2, 4 and 5 are in a safe condition. This enables the new display stream to be displayed straight away at 157. If one or more of the constraints are not safe, the search is made for a silent D_stream to be dropped, at 150 if none is

found, the thread verifies there are no critical states in constraints **2**, **4** or **5** at **154**, then enters a test mode. This involves an invisible display of the new active D_stream to monitor for short term critical violations, at **155**, before committing the stream to be displayed or removing it at **156** if critical violations are found.

MDM Thread **4**, New T Streams Silence

FIG. **13** shows an overview of this thread. When a new silence event occurs at **200**, the most active undisplayed D_stream is used to replace a silent one at **201**.

FIG. **14** shows an example with more details of how this thread might be implemented. Following the event at **200**, the thread searches for the most active display stream, providing there are sufficient resources, and providing the foreign congestion flag is clear. If none are found, the thread ends. If any are found, at **206**, the silent stream is removed, and the active stream is selected for display, at **206**. The visual management process occurs at **207**.

MDM Thread **5**, D Stream Close

FIG. **15** shows an overview of this thread. At **240**, the thread starts on a D_stream close event **240**, notified to the MDM by the confidence awareness module **37** or by the D_stream processing module **28** and the network signalling module **29**. At **241** the closed D_stream is replaced with the most active undisplayed D_stream.

An example of how the thread might be implemented is shown in more detail in FIG. **16**. On detecting the D_stream close events **240**, the thread ends if that D_stream is not currently displayed. If it is locked and displayed, then at **241**, the thread sends a communication to the GUI indicating that it should be unlocked. If the relevant D_stream is currently displayed and is not locked, the closed stream is removed from the display at **240**. At **243**, a search is made for the most active D_stream to display, provided there are sufficient resources, and provided its foreign congestion flag is clear. In this case at **244**, the new stream is displayed, and at **245**, the visual management uptake process is carried out. If no active stream is found for display, a search is made for any streams in a silent state, at **246**. The least silent is selected if there are sufficient resources and if there its foreign congestion flag is clear. It is displayed at **244**, otherwise the thread ends.

The Operation of the Monitors.

Feeding information to the threads described above, are the various monitors shown in FIG. **6**. These include the T-stream activity monitor (TAM), the D_stream integrity monitor (DIM), the work station resource monitor, (WRM), the congestion analysis monitor (CAM), and the network feedback monitor (NFM). For each of these, a description will follow including details of counters, states, variables and thresholds where appropriate.

T Stream Activity Monitor (TAM) FIG. **17***a*

Description

The TAM provides an indication as the state of the T_Stream (either silent or active) as well as a degree of silence or activity. This aids the MDM in arbitrating between two or more candidate streams (for DISPLAY or UNDISPLAY). For every timeslice (which is of fixed duration), if activity exists on the T_Stream, the counter TAM_DEGREE is incremented, otherwise it is decremented if no activity exists. In order for an ACTIVITY event to occur, the TAM_HI_THR threshold must be overrun, similarly a SILENT event occurs when the TAM_LOW_THR is underrun. If an activity is detected, the appropriate event signal is dispatched and the state indicator TAM_STATE is updated.

Desirable Properties

It is desirable to have a relatively quick response to NEW activity. The system should not be overly sensitive however, which relies on properly setting of the various variables. The system should also not begin to oscillate and hence the purpose of the GRACE range.

Variables

TAM_MIN=Minimum Value of the counter (zero)

TAM_MAX=Maximum Value of the counter (implications on memory/silent period)

TAM_HI_THR=Threshold that delimits the lower bound of the activity range

TAM_LOW_THR=Threshold that delimits the upper bound of the silence range

TAM_STATE={0=Silent|1=Active}

TAM_DEGREE=RANGE [TAM_MIN, TAM_MAX]

TIMESLICE=Fixed unit of time, common to a media type.

FIG. **17***a*(i) illustrates the range of values which may be taken by the counter TAM_DEGREE, between minimum and maximum values. A counter may be incremented or decremented each time slice. The counterstate TAM_STATE can be either silent or active, according to the value of the counter. A grace interval is provided to give some hysteresis in the transition between silence and active states.

The operation of the monitor is shown in FIG. **17***a*(ii). At **250**, instantaneous T_stream activity within the current time slice is detected, and the counter is incremented at **251**. At **252** it is determined whether the counter crosses the transition from the grace region to the active region. If so, at **253**, the new activity event is communicated to the MDM. If the increment does not cause a transition from the grace region to the activity region, indicated by crossing the TAM_HI_THR threshold in FIG. **17***a*(i), the thread ends. If no activity is detected, the counter is decremented at **254**, and at **255** it is determined whether the decrement of the counter has caused it to cross threshold TAM_LOW_THR, shown in FIG. **17***a*(i). If so, at **256**, a communication is sent to the MDM to indicate a new silence event.

It can be seen that the thresholds and the TIMESLICE period and the maximum and minimum counter values can be adjusted to achieve a suitably quick response to new activity without flooding the MDM with too many messages caused by inevitable brief silence periods during speech for example.

The D Stream Integrity Monitor (DIM) FIG. **17***b*

Description

The DIM provides a short-term indication as to the state of the D_Stream. Either data loss or missed deadlines constitute a Loss of Integrity (LOI) which is indicated by the DIM_STATE variable. The DIM_DEGREE counter is normalized to a percentage figure indicating the degree of integrity exhibited by the stream. The DIM aids the MDM by indicating the nature (either local or foreign) of LOI as well as the correlation that exists between various D_STREAMS experiencing LOI.

For every TIMESLICE (which is of fixed duration), a D_STREAM is monitored for an instantaneous LOI. If detected, DIM_DEGREE is incremented by DIM_LOSS_FACTOR (DLF). The DLF is specific not only to a media type, but also to a particular media stream. It represents the maximum loss rate allowed which would not significantly degrade the perceived media stream presentation. For example, assuming the D_STREAM represents a 20 fps video stream, where a timeslice is equivalent to one video frame duration (0.05 s), one could set the DLF to 10 to indicated that a one-in-ten frame loss rate is acceptable.

If no instantaneous LOI is detected within a timeslice, DIM_DEGREE is decremented. In order for a NEW LOI

6,128,649

13

Event to occur, the DIM_HI_THR threshold must be overrun, similarly a NEW INTEGRITY Event occurs when the DIM_LOW_THR is underrun. If an event is detected, the appropriate event signal is dispatched and the state indicator DIM_STATE is updated.

Desirable Properties

It is desirable to have some tolerance to transient LOI, however any ongoing LOI should be detected an dealt with appropriately. The system should not be overly sensitive however, which relies on properly setting of the various variables. The system should also not begin to oscillate and hence the purpose of the GRACE range.

Variables

DIN_MIN=Minimum Value of the counter DIM_DEGREE (zero)

DIM_MAX=Maximum Value of the counter DIM_DEGREE (implications on memory/silent period)

DIM_HI_THR=Threshold that delimits the lower bound of the LOI range

DIM_LOW_THR=Threshold that delimits the upper bound of the INTEGRITY range

DIM_STATE={INTEGRITY|LOI}

DIM_DEGREE=RANGE [DIM_MIN, DIM_MAX] normalized to a percentage

TIMESLICE=Fixed unit of time, common to a media type

DIM_LOSS_FACTOR (DLF)=Media stream & type specific, loss tolerance figure

DIM_INT=Constant media type multiplying factor of DLF. Allows a margin of tolerance to initial loss.

DIM_GRACE=Constant media type multiplying factor of DLF. Mitigates against oscillations.

DIM_LOI=Constant media type multiplying factor of DLF. Determines degree of "short-term" memory.

FIG. 17b(i) shows the range of the counter DIM_DEGREE, between minimum and maximum values. The counter can show a state of loss of integrity (LOI), or integrity. A grace interval is provided to give hystereses in the transition between states.

As shown in FIG. 17b(ii), at 260, if some loss of integrity is detected instantaneously in the D_stream to which the thread relates, the counter is incremented by a number of units according to the DLF. By incrementing the counter by more than one unit, yet decrementing it one unit at a time when no loss of integrity is detected, the system can be made sensitive to differing acceptable frame loss rates.

At 262, it is determine whether threshold DIM_HI_THR is overrun. If so, at 263, the MDM is alerted. Otherwise, the thread ends. If known loss of integrity is detected, the counter is decremented at 264, and at 265 it is determined whether the counter passes through the transition to the integrity state, by comparison with threshold DIM_LOW_THR shown in FIG. 17b(i). If so, an indication of a new integrity event is sent to the MDM.

The Workstation Resource Monitor, WRM, FIG. 17c

Description

The WRM provides a short-term indication of the state of various workstation resources such as CPU, Memory, and Network Bandwidth usage. For each resource, a monitor is created which can be in one of three possible states, namely SAFE, WARNING, or CRITICAL. The WRM_WARN and WRM_CRIT variables can be set to determine the utilization figures which will trigger these events. When the monitor changes state, a signal is send to alert the MDM.

The variable WRM_NUM_SAMPLES_i is used to determine the number of past samples which should be incorporated into the averaging calculation. This provides

14

some defense against transients, however causes the monitor to react slower to the over-utilization of resources. WRM_NUM_SAMPLES_i should be sized based on the granularity of the TIMESLICE and the desired sensitivity of the monitor.

The variable WRM_DEGREE_i is used to maintain absolute quantity resource figures. It may be polled periodically by the MDM. An example could be the instantaneous network bandwidth usage at a particular instance, which may be required to monitor user-imposed tariff limits.

Variables

WRM_STATE_i={SAFE|WARNING|CRITICAL} State of resources monitor i.

WRM_NUM_SAMPLES_i (WNSi)=Number of previous samples to include in averaging process.

WRM_DEGREE_i=Resource specific absolute quantity

TIMESLICE=Fixed unit of time used for periodic polling of resources.

WRM_WARN=Determines the boundary between the SAFE and WARNING Event states.

WRM_CRIT=Determines the boundary between the WARNING and CRITICAL Event states.

FIG. 17c(i) illustrates the range of values for WRM_DEGREE-I, expressed as a percentage of its maximum value. The thresholds WRM_WARN, and WRM_CRIT, separate the range of possible values into safe, warning and critical states.

As shown in FIG. 17c(ii), a sample of the resource utilization is taken at 270, averaged at 271, and the state is updated at 272. If the state has changed, the MDM is alerted at 273.

The Congestion Analysis Monitor (CAM) FIG. 17d

Description

The Congestion Analysis Monitor (CAM) accepts input signals from the D_Stream Integrity Monitor(s) (DIMs) and the Network Feedback Monitor (NFM) informing about any LOI or congestion experienced by incoming D_Streams. It processes these inputs in such a fashion that it may present as output to the Membership Decision Module (MDM), an indication as to which streams are experiencing LOCAL versus FOREIGN network congestion. The output information is presented in the form of two pairs of {Set, State} variables indicating the particular D_Stream ids experiencing either local or foreign congestion, as well as a state indicating the severity of the congestion. The process used to build these two pairs of variables is shown in FIG. 17d(i), in overview. The NFM is considered the chief indicator of foreign congestion and so these indications are immediately used to create the foreign congestion set CAM_F_SET at 300. If the DIM reports that a majority (CAM_CRIT_PER) of received D_Streams are experiencing some form of LOI, a CRITICAL LOCAL LOI is assumed at 301 (implying massive local congestion in the network) and is communicated to the MDM. Otherwise, a two step process is implemented to determine whether any sort of correlation exists between the degrees of LOI experienced by congested D_Streams. The first step at 302 attempts to identify whether there exists a subset of congested D_Streams (at least CAM_MAJ_PER %) that have DIM_DEGREEs within a standard deviation figure (CAM_MAJ_STD) of the complete set's MEAN ($\mu$). This first step tests for a very tightly correlated majority of D_Streams and would therefore indicate a CRITICAL congestion state which would be communicated to the MDM. If this situation is not found, the same is attempted again, however with looser constraints (CAM_MINOR_PER, CAM_MINOR_STD) at 303. This situation would simply raise a WARNING flag to the MDM.

6,128,649

**15**

If either of the above two conditions are found to exist, the stream ids conforming to these conditions are added to the CAM_L_SET and the CAM_L_STATE flag is set appropriately. After this point, any congested D_Streams remaining are deemed at 304 to be caused by foreign network congestion and are added to the set CAM_F_SET. CAM_F_STATE is updated appropriately. These results are then communicated to the MDM at 305.

Acronyms

CAM: Congestion Analysis Monitor, DIM: D_Stream Integrity Monitor, NFM: Network Feedback Monitor, MDM: Membership Decision Module

Variables

CAM_LOI_SET={set of stream ids}: an initially empty set, populated with all the stream ids indicated by the DIM as experiencing some LOI (DIM_STATE=LOI).

CAM_F_SET={set of stream ids}: an initially empty set, populated from the CAM_LOI_SET with the ids of streams deemed by the CAM to be suffering from a form of FOREIGN congestion.

CAM_F_STATE={SAFE|CRITICAL}: Indicates FOREIGN network congestion is suspected.

CAM_L_SET={set of stream ids}: an initially empty set, populated from the CAM_LOI_SET with the ids of streams deemed by the CAM to be suffering from a form of LOCAL congestion.

CAM_L_STATE={SAFE|WARNING|CRITICAL}: Indicates the level of LOCAL network congestion that is suspected MEAN ($\mu$): the statistical average of the DIM_DEGREEs of all streams in the set CAM_LOI_SET.

CAM_CRIT_PER: The minimum percentage of all streams that must show LOI for CRITICAL LOCAL CONGESTION to exist (typically about 90%).

CAM_MAJ_STD: A standard deviation figure.

CAM_MAJ_PER: The minimum percentage of all streams in the set CAM_LOI_SET that must show a DIM_DEGREE within a range of CAM_MAJ_STD about the MEAN($\mu$) (typically about 75%).

CAM_MINOR_STD: A standard deviation figure.

CAM_MINOR_PER: The minimum percentage of all streams in the set CAM_LOI_SET that must show a DIM_DEGREE within a range of CAM_MINOR_STD about the MEAN($\mu$) (typically about 50%).

TIMESLICE=Fixed unit of time used for periodic state calculations.

FIGS. 17d(ii) and 17d(iii) show the operation of the CAM in more detail. At 310, the CAM_LOI_SET is built showing all the monitored streams which have a loss of integrity. At 311, the CAM_F_SET is built by referring to the NFM for information on which of the streams in the CAM_LOI_SET show foreign congestion. If the CAM_F_SET is not empty an indication of the sets and states is passed to the MDM at 313. Otherwise, at 314, the critical local congestion is detected by reference to variable CAM_CRIT_PER. If there is critical local congestion, at 315, the CAM_L_SET is built by moving all streams from the CAM_LOI_SET, to the CAM_L_SET, even if there is a small percentage of streams which do not show loss of integrity. There is assumed to be a high risk that they will lose integrity.

If critical local congestion is not detected at 314, then as shown in FIG. 17d(iii), at 316, the preliminary step of calculating the mean degree of loss of integrity of all of the streams in the set CAM_LOI_SET is made.

At 317, it is determined if there is a large percentage of the streams in CAM_LOI_SET, having a degree of loss of integrity similar to the average, using a standard deviation

**16**

figure. If so, the CAM_L_SET is built at 318, the remainder of the streams are assumed to have foreign congestion as the cause of the loss of integrity, at 321, and the new state and sets are communicated to the MDM at 322.

At 319, if there is no major correlation, minor correlation is determined using CAM_MINOR_PER to see if a smaller percentage of streams have a degree of loss of integrity close to the average. If so, the CAM_L_SET is built at 320, the level of local network congestion is set to the warning state, and remaining loss of integrity is assumed to be caused by foreign network congestion at 321. As before, the new sets and states are communicated to the MDM at 322.

The Network Feedback Monitor (NFM) FIG. 17e

Description

The Network Feedback Monitor (NFM) provides the Congestion Analysis Monitor (CAM) with a congestion state indication for all incoming D_Streams based on specific network feedback. These indications primarily enable the NFM to determine whether any observed LOI is due to local network impairments, or whether they are occurring at a foreign location within the network. The network feedback would be generated either by network components detecting corruption, or other receivers providing their own personal view of the network.

As shown in FIG. 17e, the NFM detects at 331 any LOI in the received network feedback messages processed at 330, relating to a given D_Stream. If it exceeds a particular threshold NFM_THR_i, it will attempt to determine the approximate location of the corruption. If the network feedback indicates that at least NFM_CRIT_PER_i % of all other users receiving this stream are experiencing similar LOI (step 332), then the corruption will be assumed to be in the network near the source of the stream. Thus it is labeled as FOREIGN (step 335), otherwise it will be labeled as LOCAL (step 333). In any case, the NFM attempts to make an informed decision about the origins of the LOI. The variable NFM_STATE_i is used to record the current source of corruption if any exists. In the case that the NFM_STATE_i changes, a signal is dispatched at step 334 informing the CAM of this new event.

An example of a possible form of network feedback is Real-Time Control Protocol (RTCP) packets which form part of the IETF's Real-Time Protocol (RTP). In this scenario, participants broadcast status messages informing others about the particulars of the media streams they are transmitting and receiving. Not only does this inform participants regarding what they should be receiving, but also provides an indication as to the quality being received by others.

Variables

NFM_STATE_i={NONE|LOCAL|FOREIGN} LOI source for D_Stream i

NFM_CRIT_PER_i (NCPi)=Minimum required percentage of receivers exhibiting LOI to constitute a FOREIGN LOI event

NFM_THR_i=Loss threshold that must be exceeded in order for a LOI event to exist

TIMESLICE=Fixed unit of time used for periodic state calculations.

The Conference Awareness Module, FIG. 18a

Description:

The Conference Awareness Module serves to provide the local user/conferee with a consistent view of the conference environment. This involves knowing who is participating in the conference as well as what media streams they are offering for reception. Three messages are defined below which serve to keep all conferees' views of the conference environment up-to-date.

6,128,649

17

The Conference Awareness Module maintains a Conference User State Database (351). This database is used to maintain all of the collected information about other conferees, the media streams they are offering and additionally, the local user's GUI settings for media stream receipt. It is therefore also accessible by the Graphical User Interface, as well as the Membership Decision Module for updating.

As shown in FIG. 18a, the functions of the conference awareness module can be divided into receive function 350 and transmit function 352. The receive functions include listening for periodic KEEP_ALIVE_MSG messages, requesting and receiving INFORM_MSG messages (see below), and updating the user state database.

The transmit functions include sending initial INFORM_MSG messages to all conferees, sending periodic KEEP_ALIVE_MSG messages to all conferees, resending KEEP_ALIVE_MSG messages if GUI settings change, responding to INFORM_MSG message requests, and sending a LEAVE_MSG message to all conferees when terminating. Messages:

INFORM_MSG: This message is broadcast initially when a user joins a conference and then subsequently in a point-to-point fashion upon individual request. It provides personal information about a conferee such as name, still picture of user, mailing address, telephone numbers etc., however is not required in order to receive media streams. The format of this message is:

{Owner IP & Port Address, Name, Alias, Picture, Mailing Address, Telephone, E-Mail}

KEEP_ALIVE_MSG: Broadcast periodically (or whenever local settings change) to keep others aware of the local conferee's media stream offerings. This message also acts as a "heartbeat" to inform others of a conferee's existence. The format of this message is:

{Owner IP & Port Address, Media [Type, ID, Name, Multicast IP & Port Address], . . . , Media[. . . ]}

Owner IP & Port simply identify the owner of the media stream(s) as well as provide a "callback address" in the case an INFORM_MSG is required. A Media-tuple is required for each media stream being offered by the owner. It consists of a pre-assigned "type" identifier (such as CD-AUDIO), an "ID" to uniquely identify this media within a machine, a "Name" to be used within the graphical user interface, and a media stream Multicast IP and Port address on which to receive this stream. A conferee will be assumed to have left the conference environment if KEEP_ALIVE_MSG messages are not received after a timeout period. This is equivalent to a conferee having sent a LEAVE_MSG message.

LEAVE_MSG: This message is used to inform others of a conferee's intent to leave the conference environment. Once broadcast, this message will cause all others to remove any database information relating to the sender from their Conference User State Database. The format of this message is:

{Owner IP & Port Address, Close Indication}

Transmission And Reception Processes

FIG. 18b shows the overall transmission process. An initial INFORM_MSG message is broadcast at 360. At 361 the process waits for a time out interval or a change in GUI settings, before broadcasting a KEEP_ALIVE_MSG message at 362. At 363, a loop back is made to the start of step 361, unless a terminate signal has been received, in which case a LEAVE_MSG message is broadcast at 364. In parallel, at step 365, the process responds to an INFORM_MSG request, and sends in point to point fashion its own INFORM_MSG message on request.

18

FIG. 18c shows the reception process for the conference awareness module. At 370, the process waits for the arrival of broadcast KEEP_ALIVE_MSG messages or INFORM_MSG messages 370. At 371, if there is a need to request an INFORM_MSG message to obtain information about another user, the INFORM_MSG request is sent at 374, and a response awaited at 375. If necessary, the conference user state database is updated at 372, and the GUI and MDM are alerted of the update at 373, and the loop is continued by returning to start 370.

Other parts of the terminal shown in FIG. 5b will now be described.

Graphical User Interface FIG. 19

The Graphical User Interface (GUI) has four primary functions which enable a user to interact with and control a conferencing environment:

1. Offer an accurate view of the conference environment: The GUI provides a detailed view of all conferees participating in the conference environment via a small still picture of the user, personal information (such as name and mailing address) as well as small icons representing the media streams they are offering (e.g. audio, video or slides). As users join and leave the conference environment, or change the media streams they are offering, the GUI will update its view automatically.

2. Enable a user to specify a customized viewing policy: Not only are offered media streams represented visually via icons, but these may be manipulated by the local user to operate in several modes. The video icon which is represented by a small camera is a three state toggle. By clicking on it with a mouse, the user is able to toggle between MUTE, LOCKED and TRIGGERED modes. The MUTE mode indicates that the user never wishes to see this video stream. The LOCKED mode indicates that the user wishes to always view this video stream independent of available resources. The TRIGGERED mode indicates that the user wishes only to see this video stream when the associated audio stream is active and resources allow. Other media types may be operated in a similar fashion. A default automated stream viewing policy is offered, which may optionally be overridden by the user.

3. Enable a user to control the extent of resource limitations: A variety of resource may be monitored by the system in order to provide the optimal conference view of TRIGGERED streams. These include networking resources, computing resources, explicit tariff limitations and physical desktop resources. The user is free to configure these resource settings as strictly or loosely as desired in order to satisfy their own requirements.

4. Provide visual feedback about resource utilization: The GUI also provides an indication to the user as to the resource(s) that are imposing restrictions on the selected viewing policy. The visual alarm display allows the user to ascertain which resources are at a critical level of utilization and hence are deteriorating the resulting display. Users may by default choose to allow the MDM to continue limiting the display according to resource availability or alternately, override the resource limits feature thus reducing the resulting quality and fidelity of the media presentation. The alarm report provides a verbose report relating to the observed alarms.

As shown in FIG. 19, there may be one panel for video conference control including small still pictures of users. Other windows (not shown) on the same display can show the selected video streams from other users. According to the capabilities of the terminal, these windows may be moved and sized as appropriate, wider control of the user, or

6,128,649

19

according to a users controlled policy, e.g. to highlight chosen conferees.

Policy Examples for Dynamic Multicast Group Membership

The control of the multiparty video conferencing environment, also termed "switched presence control" is achieved through dynamic membership within various multicast groups. A conferee selects a desired virtual view of the conference environment, which implies a policy dictating what views will trigger joins and leaves from network-based multicast groups. Many policies may be defined based on the nature of the conference such as a lecture, group meeting, or hosted tour. As an example, assume that a join event is triggered by audio activity (regular dialog) lasting more than $T_J$ seconds and a leave event is triggered by a silent period lasting in excess of $T_L$ seconds. In most cases where video conferences consist of natural dialogue between participants, the silence period threshold ($T_L$) will be much greater than the activity threshold ($T_J$). Typical values for $T_L$ would be in the order of tens or hundreds of seconds, whereas $T_J$ would typically be less than ten seconds. The following policies could be implemented:

a) See video of j most recent speakers

In this policy, the audio streams of all conferees are monitored to determine the j most recent speakers, based on join events. The video streams associated with each of these audio streams are displayed locally which entails network signaling on the user's part to initiate membership within multicast groups. Audio streams are continually monitored to detect leave events which would also entail network signaling to request removal from a multicast group. This is a dynamic and on-going process which guarantees that not more than j video windows will be displayed at any one time. This policy is particularly useful for large group meetings where many conferees participate in an uncoordinated fashion.

b) See video of a set of k speakers, and additionally the j most recent speakers

This policy operates in a similar fashion to the one above, however the user chooses a static set of k conferees who are always to be viewed, in addition to the j most recent speakers. This option is particularly useful for large lecture scenarios or panel discussions where there is a primary set of conferees contributing throughout the length of the conference, and additionally an arbitrary set of conferees who may contribute periodically (e.g. to ask questions).

c) Slide/Whiteboard activity priority

This policy places a high priority on the display of any activity taking place on a slide display or whiteboard. Its triggering event is based on any sort of activity such as a new slide being transferred, pointer motion on a slide, or any detected changes on the whiteboard. Any of these events would cause the slide/whiteboard to be displayed in the foreground of the computer display, thus potentially occluding some or all video windows. Though multicast group membership for slide/whiteboard data would be static, it could have implications on video multicast group membership based on the duration of activity. It may be worthwhile to close video windows (remove multicast group membership) during these periods of slide/whiteboard activity.

d) Chairperson control

It is feasible that a particular conferee be designated as the chairperson in order to provide a unified view of the conference to all conferees. The chairperson would implement any combination of the above mentioned or alternate policies and then would use an out-of-band communication link to control each conferee's view. This would be somewhat

20

reminiscent of the centralized approach to video conferencing, however could be appropriate in some situations.

The above policies are merely examples, however they demonstrate the advantages of implementing multicast groups for transporting individual media streams. Many other policies could be implemented such as stream priorities and/or stream preemption, based on particular needs.

Other parts of the terminal shown in FIG. 5b will now be described.

D/T Stream (Reception) Processing Modules 28, 34

The D or T_Stream (Reception) Processing Modules have the generic function of receiving a stream from a network connection, and performing all of the necessary steps required for the proper presentation of the stream to the user. These will be specific to the type of media that constitutes the stream, however there are some common characteristics as follows:

1. Network Reception: This step involves the reception of data blocks, de-fragmentation of these blocks to produce protocol data units (PDUs) and the subsequent processing of these PDUs to retrieve the actual payload data that constitutes the stream.

2. Decoding: This second step is concerned with media specific decoding and/or decompression algorithms required to restore the transmitted data to its original form. In the case of motion video for example, algorithms such as ISO/IEC's Motion-JPEG or MPEG are used for compression in order to reduce the required transmission bandwidth.

3. Pre-processing: The third step is also media specific and involves pre-processing to transform the media in some fashion, or provide inter-stream or intra-stream synchronization. Again using motion video as an example, this could involve a conversion of the resolution or color space of the original stream before presentation, or alternately synchronization may be required with an audio stream.

4. Presentation: This final step involves the display of the resulting stream to a presentation output device. In the case of motion video, this is obviously some form of video display such as a computer monitor or television.

The D/T_Stream (Reception) Processing Module's implementation is obviously media specific and a matter of design choice. Depending on the media type being processed, it even may become a major part of a complex terminal but well established principles can be followed by one skilled in the art, to implement this part.

D/T Stream (Transmission) Processing Modules 41, 44

The D or T_Stream (Transmission) Processing Modules have the generic function of performing all of the necessary steps of capturing a live analog signal, converting it to a digital form and subsequently transmitting it over a network connection. This is somewhat specific to the type of media that constitutes the stream, however there are some common characteristics as follows:

1. Capture Process: The capture process involves the use of an analog input device to record a live signal, digitize it and then present it to the local computing environment for consumption. A very simple example is that of an NTSC video camera and accompanying digital video capture card, which computers are typically equipped today.

2. Coding Process: Upon digitization of the live signal, a coding process is typically required. This usually takes the form of pre-processing and compression functions. Digital video for example is quite bulky and therefore requires compression. A pre-processing function may be required

6,128,649

for audio for example, to alter volume levels or mix various audio signals together before compression occurs.

3. Stream Creation: Once the digital media has been coded, a stream must be created. This is usually achieved by interleaving media units with media-specific headers. Media headers usually incorporate absolute or relative timestamps, sequence numbers and media encoding identifiers. These headers serve to identify the nature of the media within the stream, enable synchronization at the receiver and provide a common stream structure that may be recognized at the receiver(s).

4. Network Transmission: The final step in the process involves the transmission of the newly formed stream on a network connection. An obvious requirement before the transmission process may begin is network signaling. Network-specific signaling messages must be exchanged to inform the network and receiving party(s) of the data type to be transmitted, as well as the connection topology desired. Once a connection path is successfully established, the media stream may be transmitted.

The D/T_Stream (Transmission) Processing Module's implementation is obviously media specific and a matter of design choice. According to the media type being processed, well established principles can be followed by one skilled in the art to implement these parts.

Network Signaling Modules 29, 35, 42, 45

The Network Signaling Module has various functions within the Audio/Video Reception/Transmission Processes. Its chief function is to respond to requests made by the Command & Control Process to either become a member of a particular network connection (add-request), or to remove its membership (drop-request) from a particular network connection. The complexity arises in the mapping that is required between simple add/drop requests, to the more complex network specific signaling protocols that exist today. As an example, Internet Protocol (IP) based networks utilize a whole family of protocols produced by the Internet Engineering Task Force (IETF), of which the Internet Group Management Protocol (IGMP), Real-Time Control Protocol (RTCP) and Resource ReSerVation Protocol (RSVP) belong. IGMP is used to enable a host to become a member of an IP multicast connection, whereas RSVP is used to reserve network resources for network connection(s). Thus a Command & Control add-request would necessitate that the Network Signaling Module issue an IGMP_REPORT signaling message as well as the appropriate RSVP_RESERVATION signaling messages. Throughout the life of the connection, the network signaling module would also be responsible for transmitting/receiving the appropriate RTCP messages and responding in an appropriate fashion. In addition, this module would be responsible for dealing with any exception conditions that may arise, according to the network environment in which it operates.

Other system considerations will now discussed.

Media Stream Synchronization

The single most important element of any real-time multimedia communication system is the synchronization mechanism which must be employed in order to guarantee timely and sensory-appealing playback of multimedia streams to a user. One synchronization philosophy is based loosely on concepts expressed in [ref1], [ref2] and [ref3] (below). The philosophy can be generalized as master/slave synchronization with a delay/drop policy and dictates the following: Given n real-time media streams which are to be received at a workstation and subsequently synchronized and displayed, one of these streams is classified as the master and the remaining n-1 are classified as slave streams.

The master stream is usually chosen as the one which requires the most stringent QoS (usually audio due to its extreme sensitivity to jitter) and hence receives the highest priority of service within the end-system. All slave streams are synchronized using the master stream as a reference. Since the master stream is processed with the highest priority, we assume that all of its presentation deadlines are met in an end-to-end fashion. The slave streams are then processed and displayed using the master as a time reference, and at a lower priority. Assuming a resource (such as the network or end-system) is not able to process a slave stream in a timely enough fashion, the delay/drop policy is implemented. Essentially, if a slave stream's data unit arrives late and misses its deadline, it will simply be thrown out. Otherwise, if it happens to arrive early before its scheduled display time, it will be delayed for later display.

The above philosophy may prove useful for the following reasons. There is a general assumption that all the components (network and end-system) in the system are performant, largely error free and bound in terms of the delay and jitter they inject into a media stream. Therefore, for the most part there will be little need to interrupt the natural flow of the media stream. Thus a lightweight synchronization scheme is desirable. Additionally, since we are dealing with live media streams, a minimum end-to-end delay is also desirable to enable conferees to converse in a natural fashion. End-to-end performance is favored over absolute stream continuity, which supports the need for a simple, lightweight synchronization protocol. Ultimately, the increased bandwidth offered by newer networks based on ATM or IP implies a reduction in processing demands due to the reduced degree of media compression required. Coupled with the reduced processing overhead associated with ATM's simplistic protocol stack, for example, overall this reduces end-to-end latencies and hence the necessity for complex, compute intensive synchronization protocols. This overall decrease in end-system processing requirements is the fundamental advantage of adopting a network transport facility such as IP or ATM.

Platform:

The process described above could advantageously be implemented using the C programming language because of its large installed base, versatility and speed. Motif/XWindows could be used to produce the GUI and a POSIX.4 compliant library along with Solaris Threads be employed to support real-time functions. Suitable hardware could be:

Sun SPARC 20 workstation running Solaris 2.4 OS: This workstation configuration lends well to the development of real-time multimedia applications. The Sun SPARC's SBus is supported by many third party hardware vendors. Additionally, the SPARC workstation sports some impressive processing and bus bandwidth figures which are inherently required in any multimedia application. Solaris 2.4 has fairly complete support of IEEE's POSIX.4 real-time programming standard. Additionally, it has support for multi-threading facilities which provide the equivalent of the POSIX.4a standard. Solaris 2.4 also defines a real-time processing class which enable processes to obtain real-time service and scheduling in an otherwise non-deterministic scheduling environment.

Native Sun Audio CODEC: Because Sun's native audio device is bundled with the computer and is fully-featured, it is essentially a "shoe-in". The CODEC possesses both D/A and A/D converters which are able to operate at a multitude of encoding rates and formats ranging from basic $\mu$-law up to CD quality audio. The device contains microphone and line-level inputs as well as headphone and line-level outputs.

6,128,649

23

Parallax PowerVideo Card: Parallax's PowerVideo Card is suitable because of its on-board Motion JPEG CODEC. It has a video development environment including a complete set of X/Motif API widget libraries which allow for full control of the CODEC hardware thus off-loading any compression/decompression functions from the main CPU. The video hardware is capable of providing the encoding and decoding of a Motion JPEG video stream of 640×480 pixels, 24 bit color at frame rates in excess of 25 fps in real-time. As video resolution is decreased, additional video streams may be processed in real-time.

Although IP may be preferred to ATM, owing to wider usage, if ATM is used, a suitable network interface card would be: FORE SBA-200 ATM NIC: Useful features are offered by the ATM Forum's well known UNI v4.0 standard. These include the negotiation of QoS parameters on a per-connection basis as well as the dynamic establishment of point-to-multipoint ATM connections using SVCs. The advantage of employing FORE Systems ATM NIC was that it offered an API library interface to much of this functionality via its proprietary SPANS signaling protocol. This signaling functionality may be instrumental.

Designing for Performance and Recovery

The design of a real-time multimedia application requires a certain awareness of issues which must be considered when dealing with real-time deadlines. Also, the multimedia aspect of such an application immediately implies potentially high bandwidth data transfers coupled with the need for media synchronization techniques. Ultimately, a certain level of robustness and recoverability from violated time deadlines is a necessity. Some of these issues and the methods adopted to address them are highlighted as follows:

Exploit Available Soft Real-time Facilities

The bane of current workstations is their Time Sharing Operating Systems (TS-OSs). Ironically, most workstations have audio/visual facilities, however no support for hard real-time processing. Hard real-time differs from soft real-time in that the workstation hardware and software has been engineered specifically to enable processes to negotiate a QoS contract which the processing subsystem honors. Soft real-time takes the form of software based facilities which attempt to offer some real-time processing characteristics to executing processes. This may take the form of a preemptive operating system, a scheduler which supports a real-time class or programming libraries which allow for lightweight processes or threads. All these soft solutions tend to aid the designer in achieving real-time performance and should therefore be exploited, however these aren't nearly as effective as a hard Real-Time Operating System (RT-OS).

Recovery From Media Stream Discontinuity

Loss of media stream continuity is usually caused by the network transport more so than by the local end-system. If ATM is being used for transport, losses are possible since ATM only provides statistical guarantees for error-free data delivery. Even though error rates should be quite low within an ATM network, the application should be aware that losses are possible and should deal with such situations in a fashion which disrupts the perceived quality of the media presentation as little as possible. Such mechanisms are achieved using complex synchronization algorithms which deal with media stream discontinuity.

Inter-media and Intra-media Synchronization

Any multimedia system inherently requires both inter-stream and intra-stream synchronization which is dependent upon the media streams being presented. For example, if related audio and video streams are being presented, studies indicate that the maximum inter-stream skew should be

24

limited to 80 milliseconds and that the one way delay from sender to receiver should be limited to 150 milliseconds [ref4]. For the multimedia application to be perceived as performing correctly, these real-time constraints must be respected.

Proper Use of Buffers

Buffers are commonly used within multimedia applications in order to absorb jitter, remove skews and delay media stream presentation. Though they can be quite useful, the designer must carefully size buffers so that they do not have a negative impact on overall performance. Small buffers are attractive since they tend to reduce end-to-end delays, however these tend to incur high processing overheads within the operating system which can degrade performance. Conversely, large buffers tend to be much more efficient from an OS perspective, however they force a coarser grained control of media units and increase transmission latency which is not ideal for continuous media.

Exploit Hardware for Performance Gains

The designer must be aware of the options available in the form of hardware modules. In the majority of cases, a hardware vs. software implementation of some functionality is more performant and usually significantly more so. A hardware based Motion JPEG CODEC, audio digitizer, and AAL5 SAR implementation are preferred. All of these hardware implementations off-load processing from the main end-system CPU thus making the system much more performant.

Lightweight Software Modules

A key to designing software modules is to keep them as simple and as lightweight as possible. Certain functions such as mixing and synchronization algorithms can be CPU intensive. However, an efficient design which removes any redundancy or extraneous functionality can make a significant improvement. A synchronization algorithm such as the one discussed above acknowledges the need for a multilevel synchronization scheme. A very tight (CPU intensive) synchronization mode is only required when synchronization is lost which is infrequent, and so a three level synchronization scheme can be adopted. Coding style can be a major factor in reducing the CPU load of a particular software module. Various code tuning and optimization pointers can be found in the many available coding performance and tuning references.

Respect QoS Constraints for Media Streams

Multimedia processing implies that media streams must receive a certain quality of service in an end-to-end fashion. If the network transport is a high bandwidth, low latency medium such as ATM, and the end-systems possess less than adequate processing power, the system will never function well enough to meet the QoS demands placed by the media streams. Consequently, a complex synchronization algorithm running on the end-systems will be of little use, and will serve to be more of a detriment to the overall performance of the system.

Design for Scalability and Robustness

The multimedia system must be designed such that it is scaleable and robust in an end-to-end fashion. In a video conference application, it is quite feasible to have six or eight conferees participating in a video conference. The prototype should be designed in such a fashion that it is capable of processing the audio and video streams of six conferees as a minimum. If the Motion JPEG CODEC is unable to process more than three video streams for example, this reduces much of the functionality and strength.

6,128,649

25                                                  26

References

[1] Herng-Yow Chen, Ja-Ling Wu, MultiSync: A Synchronization Model for Multimedia Systems, IEEE Journal on Selected Areas in Communications, Vol. 14, No. 1, January 1996

[2] Cosmos Nicolaou, An Architecture for Real-Time Multimedia Communication Systems, IEEE Journal on Selected Areas in Communications, Vol. 8, No. 3, April 1990

[3] Xiaobao Chen, End-to-End Synchronization Control Support for Multiservice Applications, Computer laboratory, University of Cambridge, November 1995

[4] Ralf Steinmetz, Gerold Blakowski, A Media Synchronization Survey: Reference Model, Specification, and Case Studies, IEEE Journal on Selected Areas in Communications, Vol. 14, No. 1, January 1996

Invention Advantages

There are several advantages that promote the use of multicast capable networks such as IP based packet networks, or ATM multicast SVCs to realize a switched presence multiparty video conferencing environment. These are aided by advancements in computer processing and networking bandwidth available to common desktop personal computer users. Some of the advantages are highlighted as follows:

a) Conferees may construct their own unique view of the conference environment

In contrast to the centralized "P×64" based approach to video conferencing, a distributed approach using multicast groups enables conferees to arbitrarily select particular audio and video streams to receive (Switched Presence Control). Each conferee is therefore able to tailor his/her view of the conference environment to their own specific liking. A distributed approach also offers an additional level of robustness due to the lack of any central point of failure.

b) Processing and networking resources do not become limitations

In reality, not all conferees will possess the most performant hardware (such as video CODECs) or necessary network bandwidth required to process large amounts of digital media. The switched presence approach enables each conferee to alter their conference view to suit their technical resource limitations.

c) Solves the human cognitive scalability problem

Switched presence addresses the issues of scalability which accompany large multiparty video conferences. Human cognitive scalability issues are addressed by controlling the number of media streams that are simultaneously presented to the user at any point in time. This is a dynamic process which recognizes the fact that the primary speaker (s) within a group communication may be constantly changing.

d) Application layer, receiver-based, reactive congestion avoidance technique

The switched presence approach is an extremely powerful mechanism for dealing with transient network congestion, especially occurring close to the receiver. The receiver can monitor the integrity of media streams at the application level for loss or corruption. In the case that on-going errors are detected in a correlated fashion between a majority of received streams (indicating local congestion), measures can be taken to reduce this congestion by aborting the reception of lower priority (based on application context) stream(s). This reactive congestion avoidance technique would be most appropriate for network environments such as IP which lack a QoS mechanism or are based on soft-QoS (e.g. Resource Reservation Protocol (RSVP)). Obviously, on-going errors

identified in an individual stream would indicate possible congestion within the network closer to the sender, however it may still be desirable to abort this stream if the perceived quality degrades significantly.

Different forms of network-based feedback could prove useful in identifying the source of congestion more precisely. Many mechanisms have been proposed such as Resource Management (RM) cells in ATM, RSVP path/reservation messages, and Real Time Control Protocol (RTCP) packets in Real Time Protocol (RTP). None of these approaches have been fully proven as effective feedback mechanisms that will be functional on a large scale and at the same time widely implemented by vendors, however all hold much promise.

e) Cost effective solution for bandwidth tariffed networks

In the case where network tariffs are based on bandwidth usage, switched presence allows a unique means of reducing bandwidth costs while maintaining a satisfying and appealing conferencing experience.

f) Can exploit scaleable video encoding algorithms In some multiparty video conferences, conferees may wish to transmit at very high quality video resolution using a scaleable encoding algorithm such as High Definition Television (HDTV). These scaleable encoding algorithms enable lower quality receiver decoding at less than maximum resolution. The encoding process is performed in multiple layers, where each layer builds progressively on the previous one to produce the maximum resolution. Assuming that each layer is transmitted to a different multicast group, each conferee may choose a subset of multicast groups from which to receive based on the resolution that it can support, without compromising the original video quality for others. This is a unique advantage of using a switched presence topology based on multicast groups.

Many currently standardized video conferencing architectures adopt a frame-based versus packet-based approach to digital media transmission. In the frame based approach, media streams are interleaved at the source and so these streams maintain specific relational and positional significance within the frame. Upon reception of an ITU H.320 frame for example, the receiver knows the exact contents of the frame (e.g. media stream types), their location within the frame, as well as their temporal relation. This eases the chore of intrastream and interstream synchronization at the receiver, however it forces all receivers to receive the exact same quality and quantity of media streams, namely everything. As networks become less connection oriented (e.g. POTS, ISDN) and more packet-based (e.g. legacy LANs and even ATM!), a packet-oriented approach becomes more desirable. A packet approach enables media stream separation, thus allowing receivers to arbitrarily choose individual streams, while benefiting from such networking facilities as QoS and dynamic multicast connectivity which can be tailored to the individual media stream being transmitted. While they are not in the majority, packet based video conferencing architectures are being developed. ITU's H.323 is a packet oriented conferencing standard which enables stream separation at the network level.

The problem when deploying conference environments on a large scale will be scalability. Technology and the human perception are two limiting factors to the number of participants able to attend a single conference. The switched presence approach discussed above deals with both these factors.

Digital media stream separation is used within a multicast-capable network to allow conferees to "tap" into