6,128,649

27

desired media streams. This not only deals with the scalability problem, but also offers additional advantages such as cost effective use of bandwidth and the ability to exploit scaleable video encoding algorithms.

Though the rapidly advancing pace of technology commonly discounts technical scalability arguments as irrelevant, human cognitive abilities will likely not scale with time. This promotes switched presence as a key solution to such problems.

Alternative Embodiments

FIG. 20 shows an alternative arrangement in which the dynamic selection controller 13 has been implemented in part of the network 12, rather than in the users terminal. It could be located remotely from the users terminal, and be fed information relating to network and user terminal conditions (not shown), and user selection policy, using the network. In addition, or as an alternative, the formation of the composite video stream for the user, could take place remotely from the user, e.g. at a local switch in the network. This would have the disadvantage of requiring specialised equipment in the switch, e.g. in the linecard, if the network is the telephone network, but would have the advantage of reducing the bandwidth needed in the last link, the subscriber line to the users terminal, which could be a critical path. It might also simplify the equipment needed in the subscriber end, by obviating the need for display processing capability to create the composite image from multiple received video streams, and thus encourage rapid take-up by consumers, and make maintenance and upgrading easier, for the equipment centralised in the local switch.

FIG. 21 shows another alternative embodiment in which the media streams are delivered by a separate media network 14 to the network 12 used for passing overhead such as awareness information and selection requests. This media network may be a higher bandwidth network such as a cable network capable of delivering multiple video streams to the user. It may link users directly to each other and thus in a conferencing arrangement, be used directly by each user for received and transmitted media streams. However, since only one video stream need be transmitted, while multiple streams may need to be received, it may be advantageous to use the higher bandwidth network 14 for receiving multiple streams, and the lower bandwidth network 12, for transmitting the single stream. The higher bandwidth network, (e.g. an existing cable network which may be substantially unidirectional or asymmetric anyway) would connect each user to the lower bandwidth network (e.g. the telephone network), e.g. by a data multiplexer at a local cable hub or distribution control point, linked to multiple telephone lines of the telephone network. Another reason for using a separate media network to deliver the multiple streams would be to offer higher levels of quality, e.g. latency, and reliability aswell as bandwidth. Users may be willing to pay for such benefits if they are not available from networks such as the internet.

Other variations can be envisaged within the scope of the invention.

What is claimed is:

1. A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of:

determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

28

determining a condition of at least one of the communications network and the terminal;

determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

2. The method of claim 1, further comprising the step of:

determining if the selection is restricted by the condition, the policy comprising an indication of how to make the selection when the selection is restricted by the condition.

3. The method of claim 1 wherein the indication comprises relative priorities between desired streams.

4. The method of claim 1 wherein the condition comprises a level of availability of network resources.

5. The method of claim 1 wherein the condition comprises a level of availability of user terminal resources.

6. The method of claim 1, further comprising the step of:

determining activity on one or more of the media streams, the indication comprising an indication of how to make the selection dependent on the activity.

7. The method of claim 6 wherein two or more of the media streams originate from a single source, and the indication of how to make the selection dependent on the activity comprises making the selection of one of the co-originating streams dependent on activity on another of the co-originating streams.

8. The method of claim 1 wherein the step of determining the selected streams is carried out at the first user's terminal.

9. The method of claim 6 further comprising the step of indicating to the network which are the selected streams wherein the step of passing the selected streams comprises transmitting across the network only the selected streams.

10. The method of claim 1 wherein the media streams comprise video streams.

11. The method of claim 1 wherein the network is a multicast capable network.

12. The method of claim 1 wherein the first user also transmits at least one real-time media stream to take part in a conference between multiple users across the communications network.

13. Software, stored on computer readable media, for carrying out the method of claim 1.

14. A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of:

determining a policy of each of the users for making their respective selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

determining a condition of at least one of the communications network and the terminal;

determining dynamically which streams to select for each user according to the condition and according to the respective policy; and,

causing only the selected streams to be passed for display on the terminal of each user, independently of selections made for passing to the other users.

15. Apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising:

6,128,649

29

means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

16. A network node for use in passing real-time media streams across a communications network for display on terminals of a first user and other users, the node comprising apparatus for selecting streams for display on the terminal of the first user, the apparatus comprising:

means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

17. A terminal for displaying real-time media streams available to be transmitted across a communications network for display on the terminal and other terminals coupled to the network, the terminal comprising:

means for coupling the terminal to the network to receive the streams from the network,

means for determining a policy of a terminal user for making a selection from amongst the streams, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

30

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy;

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users; and

means for displaying the selected streams.

18. A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a multicast capable communications network for display on a users terminal, the method comprising the steps of:

determining a policy of the user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the user;

determining dynamically at the users terminal which streams to select for the first user according to the user's policy; and,

sending a request from the users terminal to the network to transmit only the selected streams for display on the users terminal.

19. Apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising:

circuitry for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

circuitry for determining a condition of at least one of the communications network and the terminal;

circuitry for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

circuitry for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

*    *    *    *    *

E<small>XHIBIT</small> F

US006130893A

# United States Patent [19]

## Whittaker et al.

| [11] | Patent Number: | 6,130,893 |
|---|---|---|
| [45] | Date of Patent: | Oct. 10, 2000 |

[54] **METHOD AND APPARATUS FOR MULTIPLEXING TELEPHONE LINES OVER A COMMON ACCESS NETWORK**

[75] Inventors: **Richard Jonathan Whittaker; Jim Orlando,** both of Ottawa, Canada

[73] Assignee: **Nortel Networks Corporation,** Montreal, Canada

[21] Appl. No.: **08/947,855**

[22] Filed: **Oct. 9, 1997**

[51] **Int. Cl.**[7] ............................ **H04L 12/28; H04M 11/00**

[52] **U.S. Cl.** ........................................ **370/420;** 379/93.01

[58] **Field of Search** ...................................... 370/264, 293, 370/420, 463, 465, 522, 524, 419; 379/2, 12, 26, 32, 83.06, 399, 27, 29, 201, 207, 93.07, 93.01, 379, 352

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,216,704 | 6/1993 | Willaim et al. | 370/216 |
| 5,305,312 | 4/1994 | Fornek et al. | 370/463 |
| 5,341,418 | 8/1994 | Yoshida | 370/465 |
| 5,446,730 | 8/1995 | Lee et al. | 370/351 |
| 5,812,786 | 9/1998 | Seazholtz et al. | 395/200.81 |
| 5,815,505 | 9/1998 | Mills | 370/522 |
| 5,848,150 | 12/1998 | Bingel | 379/399 |
| 5,859,895 | 1/1999 | Pomp et al. | 379/29 |
| 5,881,131 | 3/1999 | Farris et al. | 379/27 |
| 5,889,856 | 3/1999 | O'Toole et al. | 379/399 |

### FOREIGN PATENT DOCUMENTS

0 773 696 A2   5/1997   European Pat. Off. .

*Primary Examiner*—Chau Nguyen
*Assistant Examiner*—Chiho Andrew Lee

[57] **ABSTRACT**

The present invention enables multiple analog telephones to communicate over a two-wire line via the Asymmetric Digital Subscriber Line (ADSL) standard. The analog signal from a standard analog telephone appliance is converted in a terminal adapter associated with the telephone to digital data packets and transmitted over the telephone lines to a central office (CO) using the ADSL standard. Plain Old Telephone System (POTS) frequencies are separated from digital data frequencies by a filter and passed to each terminal adapter on a separate line. On a power-off condition, the terminal adapter connects the telephone to this line. The present invention enables the user to add additional lines without additional wiring into the premises.

**12 Claims, 3 Drawing Sheets**





FIG. 1



FIG. 2

U.S. Patent

Oct. 10, 2000

Sheet 3 of 3

6,130,893



FIG. 3

6,130,893

1

## METHOD AND APPARATUS FOR MULTIPLEXING TELEPHONE LINES OVER A COMMON ACCESS NETWORK

### FIELD OF THE INVENTION

This invention relates generally to telephone and audio transport and telephone subscriber services over a common access network.

### BACKGROUND OF THE INVENTION

It is a well-known phenomenon that the use of telephone services by users, especially those with home-based businesses, has increased dramatically in the recent past.

Typically, when a user requires additional telephone lines, the local telephone company must physically install more telephone wires to the user's premises. As the demand for additional lines in an area increases, the telephone company may be required to dig up the ground to install more telephone cables. This is an expensive and time-consuming process, both for the user and the telephone company.

An object of the present invention is to overcome the difficulties in providing more phone lines to a premises without requiring any additional wiring to the premises.

### SUMMARY OF THE INVENTION

According to the present invention, there is provided a method for voice multiplexing a two wire telephone line, comprising: sending packetised data to a two wire telephone line, with packets representing a plurality of voice channels; for each packet of packetised data, determining a destination analog telephone from amongst a plurality of analog telephone appliances on said two wire telephone line based on address information of said each packet; and converting that data to an analog signal and passing said analog signal to said destination analog telephone.

Another aspect of the invention is A method for voice multiplexing a two wire telephone line, comprising: sending a first data packet to a two wire telephone line addressed to a first analog telephone appliance on the two wire line; converting data of the first data packet to an analog signal and passing the analog signal to the first analog telephone appliance; sending a second data packet to the two wire telephone line addressed to a second analog telephone appliance on the two wire line; and converting data of the second data packet to an analog signal and passing the analog signal to the second analog telephone appliance.

Another aspect of the invention is an apparatus for voice multiplexing a two wire telephone line, comprising: a supply powered decoder and digital to analog converter for connection between a non-POTS line and a POTS port for connection to an analog telephone appliance; and a switch for connection between the POTS line to the POTS port on a supply power off condition.

Another aspect of the invention is a method for adding a telephone line to an existing premise using a digital transmission medium and an analog telephone handset is disclosed. The method comprises, at a terminal adapter, at the premise and upon connection to the digital transmission medium, transmitting a digital request to a central office with an address of the terminal adapter. The terminal adapter receives, in response to the digital request transmitted to The central office, an acknowledgement message which confirms that a new telephone line has been provisioned to the existing premise, without the installation of new cabling. The terminal adapter then receives digital signals transmit-

2

ted by the central office. A determination is made by the terminal adapter as to whether the digital signals are destined for the terminal adapter. If digital signals are destined for the terminal adapter, then the terminal adapter translates the digital signals to an analog signal which is transmitted to the telephone handset

Another aspect of the invention is a terminal adapter for connecting an analog telephone handset to a digital transmission medium which is adapted to create a new telephone line on demand. The terminal adapter comprises: a first input/output port in communication with the digital transmission medium; and a second input/output port in communication with the telephone handset. The terminal adapter also comprises a control means in communication with both of the input/output ports. The control means of the terminal adapter is adapted to transmit to a central office, over the first input/output port, a request for a new telephone line. The control means of the terminal adapted is also adapter to receive a message from die central office in response to the request sent by the control means of the terminal adapter. The control means of the terminal adapter is adapted to receive, at the first input/output port, and identify digital signals transmitted on the digital transmission medium which are destined for the second input/output port. A translator, which is in communication with the control means and the second input/output port, is adapted to convert the digital signals identified by the control means to analog signals and transmit those analog signals to the telephone handset via the second input/output port.

The first input/output port of the terminal adapter may also be in communication with an analog transmission medium. In this instance the terminal adapter further comprises a switch which is adapted to select and receive transmissions from one of the digital and analog transmission media. The terminal adapter may be adapter to operate so that the switch selects the analog transmission medium when the digital transmission medium has failed.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be further understood from the following description with reference to the drawings in which:

FIG. 1 is a schematic diagram of a home-based Local Area Network (LAN) with multiple telephone appliances, incorporating an embodiment of the invention, shown connected to a network,

FIG. 2 is a schematic view detailing the network of FIG. 1, and

FIG. 3 details, in a functional block diagram, a portion of FIG. 1.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The subject invention makes use of the ADSL (Asymmetric Digital Subscriber Lines) standard which was developed in about 1991 in response to the demand for quicker Internet service and to facilitate video applications. The ADSL standard calls for sending data over a twisted-pair (i.e., a two wire telephone line) in the frequency spectrum from 4 kHz to 2.2 MHz, leaving undisturbed the 0 kHz to 4 kHz frequency range for plain old telephone service (POTS). A line operating under the ADSL standard consists of a downstream channel (into the user's premises) of 2 to 8 Mbps, an upstream channel of 0.6 to 2 Mbps and the 64 kbps POTS channel. The upstream and downstream channel

6,130,893

3

bandwidths are dependent upon the distance from the Central Office (CO). The ADSL standard is a broadband access service designed to be used in conjunction with any type of packet-based transmission protocol such as Asynchronous Transfer Mode (ATM).

Referring to FIG. 1, a home-based LAN 10 operating in conjunction with the ADSL standard comprises an Access Loop 12 connecting a POTS Splitter 11 to a network 16. The POTS splitter 11 outputs to an analog loop 15 and to POTS line 25. The POTS splitter 11 is also connected to the ADSL Transmission Unit—Receiver (ATU-R) 24. The ATU-R is in turn connected to the LAN backbone 26. Connected to the LAN backbone are computers 32a, 32b, 32c, a packet-based telephone 31 (which may be an Internet Protocol based telephone), and Terminal Adapters 20a, 20b. The Terminal Adapters 20a, 20b are connected between POTS line 25 and analog telephones 30a, 30b.

As seen in FIG. 2, the network 16 comprises the public switched telephone network (PSTN) 80 to which a number of analog telephone appliances 82 and digital telephone appliances 84 are attached. The PSTN is connected to a voice over ADSL gateway 86. The gateway and a data network 88 are connected to a multiplexer (MUX) 90. Multiplexer 90 and the PSTN are connected to multiplexer (MUX) 92 which is, in turn, connected to access loop 12.

The ATU-R 24 acts as a bridge between the ADSL packet technology and the protocol under which the LAN operates, such as the commercially available ethernet protocol. Once translated from the ADSL protocol to the selected protocol, the data is transmitted to the home-based LAN backbone 26, which in FIG. 1 is configured as a bus topology.

To access data transmitted over the LAN backbone 26 with a POTS appliance 30a, 30b requires the use of a Terminal Adapter 20a, 20b interposed between the LAN backbone 26 and the analog appliance 30a, 30b. A Terminal Adapter is illustrated in FIG. 3.

Referencing FIG. 3, a Terminal Adapter 20 consists of a jack 42 with an output 43 connected to a three-position switch 46 and a jack 47 with an output 45 connected to a Media Access Control Unit (MACU) 52. The MACU outputs to a Packet Decoder 54 and receives an input from a Packet Encoder 66. The Packet Encoder 66 is connected to both the Packet Decoder 54 and a Packet Queue 53. The Packet Encoder receives an input from an Analog to Digital (A/D) Converter 64 and the Packet Decoder outputs to this Converter. The Converter is connected for two-way communication with a Differential Amplifier 58, is input with an Audio Input jack 70 through filter 71 and outputs to an audio output jack 73 through filter 75. The Differential Amplifier is connected for two-way communication with a 2-Way Analog Bridge 60. The 2-Way Analog Bridge 60 is connected for two-way communication with a Line Conditioner 62. The Line Conditioner 62 is connected to a jack 48. Jack 48 is for connection to a POTS appliance. The three-position switch has an open-circuited terminal 46a, a POTS connection terminal 46b extending to jack 48 and a bridging terminal 46c extending to Line Conditioner 62.

A Central Control Unit (CCU) 68 outputs a control signal MCTL (MCAU Control) on line 78 to the MCAU, a control signal LOSEL (Line 0 Select) on line 80 to switch 46 and a control signal SR (Sampling Rate) on line 82 to Converter 56. The CCU is also connected to Packet Queue 53 and to an External User Interface jack 72.

The active components of the terminal adapter (namely the MACU, packet decoder and encoder, packet queue, CCU, Converter, differential amplifier, and line conditioner) are all powered by a power supply (not shown).

4

Referencing FIGS. 1 and 3, each Terminal Adapter 20 is connected to the LAN backbone 26 and the POTS line 25 through jacks 47, 42, respectively and to an Analog Telephone Appliance 30a, 30b through jack 48.

Referencing FIGS. 1 and 2, a call from an analog telephone appliance 82 to the home-based LAN 10 is switched through the PSTN to MUX 92 where the signal passes to line 12. Data packets (on a carrier wave) from the data network 88 addressed to a computer 32a, 32b, or 32c on the LAN pass to line 12 through MUX 90 and MUX 92. Data packets (on a carrier wave) from a digital telephone appliance 84 to a particular telephone appliance on the home-based LAN are switched through the PSTN to the voice over ADSL gateway 86. From the gateway, these packets pass to line 12 through MUX 90 and MUX 92.

Referencing FIGS. 1 and 3, when an incoming signal reaches POTS splitter 11, the Splitter, which is a passive frequency filter, separates the POTS frequency range (0 Khz–4 Khz) from the higher ADSL frequency range. The POTS frequencies are then transmitted to analog loop 15, to which one or more analog telephone appliances 17 (analog fax, telephone receiver/handset, etc.) is attached, and they are also transmitted to each Terminal Adapter 20a, 20b via POTS line 25. The ADSL frequencies are passed through the POTS Splitter 11 to the ATU-R 24.

A user of a given terminal adapter may request a setting for switch 46 of the adapter via the external user interface 72. Absent such a request, the CCU, while it is powered, maintains the switch 46 in its open circuited condition illustrated in FIG. 3 such that the POTS line 25 to the Terminal Adapter is open circuited and, hence, not usable. If the CCU senses an impending loss of power (e.g., if its supply voltage dips below a preset minimum), it sends a control pulse on line 80 causing the switch 46 to couple terminal 46b to the switch input. This establishes a path between the analog telephone appliance plugged into jack 48 and POTS line 25. In view of this, during power off conditions, the telephone appliance is connected to the POTS line whenever it is off-hook. This provides a "lifeline" for the telephone appliance when the digital componentry of the terminal adaptor is not functioning due to the power off condition.

Incoming digital packets on line 26 from the ATU-R 24 reach the MACU. During power on conditions, the CCU updates the MACU with the current address of the terminal adapter (on line 78). The MCAU stores this information and compares it with the destination address in the header of each incoming packet. If there is no match, the packet is discarded. On a match, the packet is temporarily stored in the Packet Queue 53 until the Packet Decoder 54 is free. The Packet Decoder 54 examines the header of the packet for certain parameters such as quality of service parameters (e.g., requested sampling rate; throughput) and the type of ring which should be applied. This information is then passed to the CCU. The CCU may wish to negotiate any of these parameters and, if so, requests the MACU to construct packets in reply. Based on the received, or negotiated, sampling rate, the CCU sends an appropriate signal to Digital to Analog Converter 64 to establish the sampling rate for the Converter. The data portion of the packet is then processed by the Converter 64, where the digital data is converted to an analog signal. The analog signal is then transmitted through Differential Amplifier 58. For incoming digital data packets, the Differential Amplifier 58 acts as an echo canceller to ensure the incoming signal is not reflected back to the far end. The incoming signal then passes through the 2-Way Analog Bridge 60 without modification and is

6,130,893

5

conditioned in the Line Conditioner 62 and then transmitted to the telephone appliance via jack 48.

An outgoing signal transmitted by the user via the telephone appliance enters the line conditioner 62 via jack 48. The signal is conditioned and then passes through the 2-Way Analog Bridge 60 and Differential Amplifier 58 unmodified. The signal is converted to a digital signal by Analog to Digital Converter 64. The output from the Converter 64 is transmitted to Packet Encoder 66 where the appropriate packet headers for the protocol being used by the LAN 26 (FIG. 1) are added. The encoded packet is temporarily stored in the Packet Queue 53 until the MACU 52 is available. The MACU adds a source address to the header and transmits the packet over the LAN 26 via jack 47 at a time dependent upon a flow control parameter passed to the MACU by the CCU.

The CCU may dynamically request a change in any parameters for the call at any time by causing appropriate information to be added to the headers of outgoing packets. Similarly, the headers of incoming packets for the call may request a change in parameters. For example, if the number of calls multiplexed on the ADSL line to the LAN increase, a terminal adapter for an ongoing call may dynamically accept a lower quality of service to accommodate the increased load.

All of the operations of the Terminal Adapter 20 are coordinated and controlled by the Central Control Unit (CCU) 68 during power on conditions. When a power off conditioned is encountered, as aforenoted, the CCU 68 switch switch 46 to terminal 46b.

A user of a telephone appliance connected to jack 48 may utilise POTS line 25 during a power on condition by sending a request through the external user interface 72. This causes the CCU 68 to switch the switch 46 to its terminal 46b. The user may also request that the POTS line 25 be bridged with a data call by an appropriate request through the user interface. This causes the CCU to switch the switch 46 to its terminal 46c. In the result, the POTS line is connected to the line conditioner 62 and 2-Way Analog Bridge. When this occurs, the bridge connects the POTS signal to the analog signal derived from line 26 and connects both to jack 48 so that the telephone appliance plugged into jack 48 is conferenced into the call.

The Audio Input jack 70 allows a user to transmit audio signals from a secondary source (such as a CD-Player or radio) over the LAN 26 by connecting the audio signal source to the Audio Input jack 70. The audio signal is processed in the same manner as the signal received by the Terminal Adapter 20 from a telephone appliance plugged into jack 48. The audio output jack 73 allows a user to couple received audio to a stereo system. Filters 71, 75 are merely to remove sampling artefacts.

The packet-based telephone 31 may be used in placed of an analog appliance 30a, 30b. The packet-based Telephone does not require the use of a Terminal Adapter 20a, 20b, but rather connects directly to the LAN backbone 26 by incorporating into its circuitry the capabilities of the Terminal Adapter. The packet-based Telephone does not offer any POTS service during a power off condition.

While the LAN of FIG. 1 has a bus topology, it could equally be implemented with any other topology such as a star or ring topology. With the LAN implemented as a star topology, the ATU-R, in addition to acting as a bridge between the ADSL packet technology and the LAN protocol, acts as a switch directing the data packets to the particular terminal adapter, packet-based telephone or computer for which the packet was addressed. This embodiment

6

reduces the processing requirements of the Terminal Adapters and centralizes some processing in the ATU-R.

In an alternate embodiment, POTS splitter 11 may be eliminated and a splitter incorporated at each terminal adapter 20. In such case, no signal is passed to an analog loop 15.

The differential amplifier, 2-way analog bridge and filters may be implemented digitally.

A feature of this invention is the ease in which a new telephone line may be added to a premises. Adding a new telephone line involves simply connecting a Terminal Adapter, with a unique address, to the LAN. A newly connected Terminal Adapter sends a request to the CO informing the CO of the Terminal Adapter's address. An acknowledgement of this request is returned to the Terminal Adapter. The user of this new Terminal Adapter would then be able to send and receive telephone calls by connecting an analog telephone to the Terminal Adapter. A similar result can be obtained by connecting a packet-based telephone directly to the LAN.

A feature of the invention is the ability to perform a variety of functions with an analog telephone, including but not limited to, call forwarding, conference calls (with both internal and external telephone subscribers) and telephone intercom. These features are accomplished by directing the terminal adapter to respond to several different packets addresses, or by sending the same packet to multiple addresses.

A further feature of the invention is that the CCU could indicate to the user when the bandwidth necessary for full duplex conversation is not available on either the LAN or the connection to the CO via the ADSL standard.

What is claimed is:

1. A method for adding a telephone line to an existing premise using a digital transmission medium and using an analog telephone handset, comprising:

  upon connection of a terminal adapter to said digital transmission medium, transmitting a digital request from said terminal adapter to a central office with an address of said terminal adapter;

  receiving at said terminal adapter an acknowledgement message from said central office responsive to said digital request confirming provisioning of a new telephone line at said premise;

  at said terminal adapter, after receipt of said acknowledgement message, determining whether said digital signals received from said central office are destined for said terminal adapter;

  if said digital signals are destined for said terminal adapter, translating said digital signals to analog signals at said terminal adapter;

  at said terminal adapter transmitting said analog signals to an analog telephone handset in communication with said terminal adapter.

2. The method of claim 1 further comprising, translating analog signals received by said terminal adapter from said telephone handset to digital signals and transmitting said digital signals translated from analog signals to said central office.

3. The method of claim 2 wherein said terminal adapter is also connected to an analog transmission medium and further comprising;

  at said terminal adapters switching to receive analog signals from said analog transmission medium when said digital transmission medium fails; and

6,130,893

**7**

at said terminal adapter, transmitting said received analog
signals to said analog telephone handset.

4. A terminal adapter for connecting an analog telephone
handset to a digital transmission medium and for assisting in
creating a new telephone line, comprising:

a first input/output port for connection to said digital
transmission medium;

a second input/output port for connection to said tele-
phone handset;

control means in communication with said first and sec-
ond input/output ports, said control means for:

transmitting, over said first input/output port a request
for a new telephone line;

receiving a message at said first input/output port
responsive to said request; and

thereafter identifying digital signals received at said
first input/output port which are destined for said
second input/output port; and

a translator in communication with said second input/
output port and with said control means for upon
connection of a terminal adapter to said digital
transmission medium, translating said identified
digital signals to analog signals and transmitting said
analog signals to said second input/output port.

5. The terminal adapter of claim 4, wherein said first
input/output port is additionally for connection to an analog
transmission medium and further comprising:

a switch adapted to select and receive transmissions from
one of said digital and analog transmission media.

6. The terminal adapter of claim 5, wherein said switch is
adapted to select said analog transmission medium when
said digital transmission medium has failed.

7. The terminal adapter of claim 6 wherein said digital
signals are digital data packets with a header for identifying
said terminal adapter.

**8**

8. The terminal adapter of claim 7 wherein said translator
is adapted to convert analog signals received from said
second input/output port to digital signals and transmit said
digital signals toward said first input/output port for trans-
mission on said digital medium.

9. The terminal adapter of claim 8, wherein digital signals
transmitted by said terminal adapter are digital data packets.

10. The terminal adapter of 9 wherein said control means
comprises:

a media control unit adapted to determine from the
headers of said digital data packets received at said first
input/output port if said digital data packets are des-
tined for said second input/output port;

a packet decoder to decode said digital data packets
destined for said second input/output port;

a packet encoder coupled to an output of said translator to
packetise digital signals received from said translator;

said media control unit further adapted to transmit digital
data packets to said first input/output port after encod-
ing by said packet encoder;

a packet queue to temporarily store digital data packets;
and

a central processing unit in communication with, and
coordinating the operations of, said media control unit,
said packet decoder, said packet encoder and said
packet queue.

11. The terminal adapter of claim 10 wherein said packet
decoder examines a header of each said digital data packets
destined for said second input/output port for characteristics
of a transmission encoded in said digital data packets and
passes said characteristics to said central processing unit.

12. The terminal adapter of claim 11 wherein said char-
acteristics include quality of service data.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,130,893                                                    Page 1 of 3
DATED           : October 10, 2000
INVENTOR(S)  : Richard Jonathan Whittaker et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title page, Field [75], replace "Jim" with --James R.--.

In the summary of Invention, Column 1, following line 37, and just prior to Column 2, line 38, delete the text commencing "Another aspect of the invention is A method for voice multiplexing a two wire telephone line…" and ending "…when the digital transmission medium has failed.", and insert the following:

-- In another aspect of the invention, there is provided a method for voice multiplexing a two wire telephone line, comprising: sending packetised data to a two wire telephone line, with packets representing a plurality of voice channels; sending plain old telephone service (POTS) frequencies along with said packetised data; for each packet of packetised data, determining a destination analog telephone from amongst a plurality of analog telephone appliances on said two wire telephone line based on address information of said each packet; converting data to an analog signal and passing said analog signal to said destination analog telephone; and whenever power is lost for the steps of determining a destination analog telephone appliance and converting data to an analog signal, filtering said POTS frequencies out at said two wire telephone line and passing a POTS signal comprising said POTS frequencies to each analog telephone appliance on said two wire telephone line.

In another aspect of the present invention, there is provided an apparatus for voice multiplexing a two wire telephone line, comprising: a supply powered decoder and digital to analog converter normally connecting a non-POTS line and a POTS port for connection to an analog telephone appliance; a switch connecting a POTS line to said POTS port on a supply power off condition; and one or more filters for passing frequencies of incoming signals on said two wire telephone line associated with POTS to said POTS line and frequencies of said incoming signals not associated with POTS to said non-POTS line.

In a still further aspect of the present invention there is provided a method for adding a telephone line to an existing premise using a digital transmission medium and using an analog telephone hanset, comprising: upon connection of a terminal adapter to

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  : 6,130,893                                         Page 2 of 3
DATED  : October 10, 2000
INVENTOR(S)  : Richard Jonathan Whittaker et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

said digital transmission medium, transmitting a digital request from said terminal adapter to a central office with an address of said terminal adapter; receiving at said terminal adapter an acknowledgement message from said central officee responsive to said digital request confirming provisioning of a new telephone line at said premise; at said terminal adapter, after receipt of said acknowledgement message, determining whether said digitals signals received from said central office are destined for said terminal adapter; if said digital signals are destined for said terminal adapter, translating said digital signals to analog signals at said terminal adapter; at said terminal adapter transmitting said analog to an analog telephone hanset in communication with said adapter.

In a still further aspect of the present invention, there is provided a terminal adapter for connecting an analog telephone hanset to a digital transmission medium and for assisting in creating a new telephone line, comprising: a first input/output port for connection to said digital transmission medium; a second input/output for connection to said telephone hanset; control means in communication with said first and second input/output ports, said control means for: upon connection of a terminal adapter to said digital transmission medium, transmitting, over said first input/output port responsive to said request; thereafter identifying digital signals received at said first input/ouput port which are destined for said second input/output port; and a translator in communication with said second input/output port and with said control means for translating said identified digital signals to analog signals and transmitting said analog signals to said second input/output port.--

Column 6,
Line 64, replace "comprising;" with --comprising:--
Line 65, replace "adapters" with --adapter,--

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.       : 6,130,893                                   Page 3 of 3
DATED            : October 10, 2000
INVENTOR(S)      : Richard Jonathan Whittaker et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 7,
Lines 11-12, replace "said control means for: transmitting," with --said control means for: upon connection of a terminal adapter to said digital transmission medium, transmitting,--
Line 15, replace "request; and" with --request;--
Lines 20-22, replace "said control means for upon connection of a terminal adapter to said digital transmission medium, translating" with --said control means for translating--

Column 8,
Line 25, replace "coordnating" with --co-ordinating--

Signed and Sealed this

Twenty-sixth Day of June, 2001

*Nicholas P. Godici*

Attest:

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

*Attesting Officer*

EXHIBIT G

US006192397B1

(12) **United States Patent** (10) Patent No.: **US 6,192,397 B1**

Thompson (45) Date of Patent: **Feb. 20, 2001**

(54) **METHOD FOR ESTABLISHING A MASTER-SLAVE RELATIONSHIP IN A PEER-TO-PEER NETWORK**

(75) Inventor: **Geoffrey O. Thompson**, Palo Alto, CA (US)

(73) Assignee: **Nortel Networks Limited**, Montreal (CA)

( * ) Notice: Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

(21) Appl. No.: **08/858,776**

(22) Filed: **May 19, 1997**

**Related U.S. Application Data**

(60) Provisional application No. 60/020,106, filed on Jun. 20, 1996.

(51) Int. Cl.[7] .................................................. **G06F 15/16**
(52) U.S. Cl. ........................................... **709/209**; 709/222
(58) Field of Search ........................ 395/200.38, 200.39, 395/200.5, 200.49, 200.4, 200.57, 200.52; 370/461; 364/132

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,488,232 | * 12/1984 | Swaney et al. .................... | 364/200 |
| 4,543,574 | * 9/1985 | Takagi et al. .................... | 340/825.5 |
| 4,630,264 | * 12/1986 | Wah et al. ........................ | 370/85 |
| 5,729,686 | * 3/1998 | Heck et al. ..................... | 395/200.38 |

* cited by examiner

*Primary Examiner*—Dung C. Dinh
(74) *Attorney, Agent, or Firm*—Blakely Sokoloff Taylor & Zafman LLP

(57) **ABSTRACT**

A system is provided for establishing a master-slave relationship at the physical layer between a first device and a second device in a peer-to-peer network. The system generates a first information which is associated with the first device. A second information is generated and associated with the second device. The first information is compared with the second information to generate a comparison result. Based on the comparison result, one device is designated as a master and the other device is designated as a slave.

**20 Claims, 5 Drawing Sheets**



Case 1:14-cv-00059-SER Document 1-2 Filed 10/14/14 Page 17 of 157 PageID #: 172



**Fig. 1**

U.S. Patent

Feb. 20, 2001

Sheet 2 of 5

US 6,192,397 B1



**Fig. 2**

Case 1:14-cv-00059-SER-MFW Document 1-2 Filed 10/14/14 Page 19 of 157 PageID #: 174



**Fig. 3**



**Fig. 4**



Fig. 5

US 6,192,397 B1

1

# METHOD FOR ESTABLISHING A MASTER-SLAVE RELATIONSHIP IN A PEER-TO-PEER NETWORK

This application claims benefit to provisional application 60/020,106 filed Jun. 20, 1996.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the field of data communications. In particular, the present invention provides a system for establishing a master-slave relationship, at the physical layer, on a point-to-point link in a peer-to-peer network.

### 2. Background

Peer-to-Peer networks utilize a communication protocol such as Carrier Sense Multiple Access/Collision Detection (CSMA/CD). The philosophy of this type of network is that every device coupled to the network determines, on an independent basis, when to send information to another device coupled to the network. To summarize this process, when a device has data for transmission to another device on the network, the device checks the medium across which it intends to transmit the data for any existing traffic. If the device senses traffic on the medium, it waits until the medium is free of traffic before initiating transmission of its data. If the device does not sense traffic on the medium, then it attempts to send data across the network to the other device. If the sending device detects a collision during the transmission, it suspends transmission and waits a randomly chosen amount of time before attempting to resend the data by repeating the above process.

As the utilization of a peer-to-peer network increases, the number of collisions on the network increases, thereby reducing the overall throughput of the network. To address this problem, technology has developed various types of hardware capable of higher data transmission rates and has developed more efficient network software. Higher data transmission rates reduce the time period during which the data is on the medium for a given amount of data, thereby reducing the probability of a collision with data from another device.

Network software typically includes several layers of protocol. For example, in an Ethernet local area network, the network interface comprises: the physical layer, the media access control sublayer and the logical link control sublayer. The physical layer's function is to take data packets given to it from the media access control layer and place the packets on the medium to be delivered to a destination device. The carrier sense, collision detection functions to support the arbitration of access to the medium by the attached device.

Each device in a peer-to-peer network is a peer to other devices in the network. Thus, no device is considered to be "superior" to any other device on the network. As such, a master-slave relationship between devices is not typically supported in a peer-to-peer network environment. It is therefore desirable to provide a system capable of establishing a master-slave relationship (when such need arises), at the physical layer, on a point-to-point link in a peer-to-peer network.

## SUMMARY OF THE INVENTION

The present invention provides improved performance in a peer-to-peer network by permitting the establishment of a master-slave relationship between any two devices at each

2

end of a point-to-point link. By establishing a master-slave relationship, the master may provide control signals or other data to the slave for use by the slave.

An embodiment of the present invention provides a system for establishing a master-slave relationship at the physical layer between a first device and a second device in a peer-to-peer network connected by a point-to-point link. The system generates a first information which is associated with the first device. Additionally, a second information is generated which is associated with the second device. The first information is compared with the second information to generate a comparison result. Based on the comparison result, one device is designated as a master and the other device is designated as a slave.

Another feature of the invention provides that the generation of the first information and the second information is performed by the first device and second device, respectively.

A specific aspect of the invention transmits the first information from the first device to the second device and transmits the second information from the second device to the first device. Each device then compares the first information to the second information to determine which device is master and which device is slave. Since each device has the same data and the same criteria, their determination is expected to agree.

An embodiment of the invention assigns a particular value to each device. If the assigned values are unequal, then the assigned values are used to determine which device is master and which device is slave. If the assigned values are equal, then the first device selects a first random number and the second device selects a second random number. The first selected number is compared with the second selected number to generate a comparison result. Based on the comparison result, one device is designated as master and the other device is designated as slave.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example in the following drawings in which like references indicate similar elements. The following drawings disclose various embodiments of the present invention for purposes of illustration only and are not intended to limit the scope of the invention.

FIG. 1 illustrates an exemplary network structure upon which the present invention can be implemented.

FIG. 2 illustrates a comparison of protocol layers between the ISO standard and the IEEE 802.3 standard.

FIG. 3 is a flowchart illustrating a method for designating one device as a master and one device as a slave.

FIG. 4 is a flowchart which more specifically illustrating a method for overriding a device's assigned designation as master or slave.

FIG. 5 illustrates a pair of devices coupled to provide a clock loopback function.

## DETAILED DESCRIPTION

The following detailed description sets forth numerous specific details to provide a thorough understanding of the invention. However, those skilled in the art will appreciate that the invention may be practiced without these specific details. In other instances, well-known methods, procedures, components, and circuits have not been described in detail so as not to obscure the invention. Referring now to the drawings, in which like numerals represent like elements

US 6,192,397 B1

3

throughout the several figures, aspects of the present invention and the preferred operating environment will be described.

The present invention provides a system for establishing a master-slave relationship, at the physical layer, on a point-to-point link in a network. Thus, one device on the point-to-point link is designated a master and the other device is designated a slave. This master-slave relationship may be used to provide control signals, clock signals, or other data from the master to the slave.

In a particular example, the master-slave relationship may be used to provide a clock loopback function on a point-to-point link between the master device and the slave device. The clock loopback function allows higher data transmission rates, thereby reducing the probability of collisions. If one of the devices or ends on the link is designated as a master and the other as a slave at the physical layer, then the master can provide the clocking mechanism for both devices while the slave loops the clock signal back to the master. This configuration allows higher transmission rates on cabling that previously could not transmit data at these rates because of a high noise-to-signal ratio (due to the poor signaling characteristics of the wire). Additional details regarding clock loopback is provided below with reference to FIG. 5.

FIG. 1 depicts an exemplary network in which an embodiment of the present invention may be implemented. The network includes several End Devices 115, 120, 125, 130, and 135 (also referred to End Devices A through E, respectively). The End Devices may be any device capable of being coupled to a network, such as computer workstations. The End Devices 115–135 are connected to Central Device Units 105 and 110 using point-to-point links 145a–145e. Each Central Device Unit 105, 100 may also be coupled to one or more additional Central Device Units, thereby interconnecting all of the devices coupled to the Central Device Units. Although not shown in FIG. 1, End Devices may also be coupled directly to one another.

An example of transmitting data on the network of FIG. 1 is as follows: End Device A has data to transmit to End Device E. To accomplish this transmission, End Device A transmits data along link 145a to Central Device Unit 105. Central Device Unit 105 then transmits the data across link 150 to Central Device Unit 110. Central Device Unit 110 transmits the data along link 145e to the its destination at End Device E.

The present invention permits the establishment of a master-slave relationship between any two devices on a point-to-point link in a network. This includes the link between any of the Central Device Units and an End Device (links 145a–145e), between two End Devices (link not shown) or between two Central Device Units (link 150). A device in the context of this specification will be defined as either an End Device or a Central Device Unit that connects the end devices. Furthermore, although only five End Devices and two Central Device Units are shown, this is only for discussion purposes since any number of End Devices and Central Device Units may be incorporated into the network. In a particular embodiment of the invention, the End Devices and the Central Device Units are part of an Ethernet local area network (not shown).

FIG. 2 depicts a comparison of protocol layers between the International Standards Organization Open Systems Interconnect (ISO OSI) and Institute of Electrical and Electronic Engineers, Inc. (IEEE) 802.3 data communication standards as well as a breakdown of the physical layer in IEEE Std 802.3u—1995. FIG. 2 depicts two of the ISO OSI

4

layers, the physical layer 210 and the Data Link layer 205. These are the two layers that perform the services required within a local area network. FIG. 2 also illustrates the comparable IEEE 802.3 protocol layers, commonly referred to as Ethernet, comprising: the Logical Link Control sublayer 215; the Media Access Control sublayer 220; and the Physical layer 225.

The Ethernet protocol layers are defined by a standard developed by IEEE and promulgated as IEEE 802.3. In IEEE 802.3u, the physical layer is divided into the following sublayers: the Physical Coding sublayer (PCS) 230; the Physical Medium Attachment sublayer (PMA) 235; the Physical Medium Dependent sublayer (PMD) 240; and the Auto-Negotiation sublayer 245. In one embodiment of the invention, the Auto-negotiation sublayer of IEEE 802.3 is utilized to perform the functions described below. This Auto-Negotiation sublayer provides a service within the physical layer for devices to detect the modes of operation supported by a device at the other end of a point-to-point link, determine common abilities and configure joint operation. Using the Auto-Negotiation sublayer, devices may establish services to each other that other devices on the network need not be aware of or even support. For additional information regarding IEEE 802.3 and the Auto-Negotiation sublayer, refer to "Media Access Control (MAC) Parameters, Physical Layer, Medium Attachment Units and Repeater for 100 Mb/s Operation," IEEE Std 802.3u—1995, Clause 28.

A clocking loopback function may be provided at the physical layer to make digital signal processing (DSP) more efficient, thereby allowing higher data transmission rates on cables or wires not previously capable of handling these rates. By looping back the same clock signal, both the master device and the slave device use the same clock signal. This common clock improves the ability of the DSP circuits to remove noise from the signals and, therefore, improve the flow of data. Noise removal is especially important when transmitting signals at high speed across lower quality wires or cabling; i.e., wires or cabling having a higher noise-to-signal ratio.

In a specific example, the present invention may be used in networks having previously installed cables or wires that are otherwise unable to take advantage of higher transmission rates due to the poor, or low quality, signaling characteristics of the cabling or wire. Prior to the present invention, users or administrators of these networks wishing to improve transmission rates may be required to install new cables or wires at considerable expense. In addition to the cost of the new wire or cable itself, the cable may be required to be installed in existing walls or structures. By using the invention described herein, existing cables having a poor transmission quality may be used without requiring the installation of new, higher quality, wires or cables.

FIG. 5 depicts a clock loopback function where a Device 500 ("Device A") is designated as the master and Device 505 ("Device B") is designated as the slave. Device A generates, or receives from an external source, its timing signal (clock signal). Device A uses this clock signal to transmit data using a Transmitter 515 across link segment 530 to Device B. A Receiver 525 in Device B receives Device A's data on link segment 530. Device B then loops back the clock signal received from Device A and uses Device B's Transmitter 520 to transmit it's data to Device A across link segment 535. Device A's Receiver 510 receives data with the clock signal used by Device A's Transmitter 515. Since Device A and Device B have established a master-slave relationship, both devices know which device will be using their own

US 6,192,397 B1

5

clock signal and which device will be looping back the other's clock signal.

Link segments 530 and 535 shown in FIG. 5 illustrate two separate data flows in opposite directions. This arrangement may be accomplished by using a multi-conductor twisted-pair cable or a fiber optic pair. Those skilled in the art will appreciate that various other types of wires and cables may be used as link segments 530 and 535 in FIG. 5.

FIG. 3 illustrates a procedure for designating one device as a master and one as a slave. The method of FIG. 3 starts at step 305 and continues to step 310 where the first device is assigned as a master or a slave. The procedure then continues to step 315 where the second device is assigned as either a master or slave.

In one embodiment of the invention, the assignments in steps 310 and 315 are performed during each device's initialization to the network. For example, as End Device A (FIG. 1) begins an initialization sequence to add itself to the network, End Device A sets itself as a master or a slave based on its default designation. This default designation as master or slave may be based on a preassigned status set within the device. This default designation may be modified by the network administrator. When Central Device Unit 105 is initialized, it sets itself as a master or slave based on its default designation.

Following the assignment as master or slave to both of the devices, the procedure of FIG. 3 continues at step 320 where the first device and the second device pass their assigned values to each other. In essence, each device transmits its default designation to the other device.

At step 325, having passed assigned values, a comparison is performed to determine if there is a conflict (i.e., both devices assigned as slaves or both devices assigned as masters). This comparison may be performed by both devices simultaneously.

If the assignments are not the same at step 325, the procedure stops at step 340 at which time the devices will continue with their network initialization or begin communicating in the standard network environment. Otherwise, the procedure continues to step 330 where one of the devices is selected to change its assignment. Additional details regarding the changing of assignments is provided below with respect to FIG. 4. After selecting the device assignment to override at step 330, step 335 continues by changing the assignment of the selected device such that it is different from the other device's assignment. The procedure of FIG. 3 then stops at step 340, and permits the devices to continue network initialization and begin regular network communication.

FIG. 4 illustrates in greater detail the selection and changing procedure steps (330 and 335) of FIG. 3. The procedure of FIG. 4 starts at 405. At this point there has already been a determination that a conflict exists in the assignment of master and slave status to the two devices. To resolve the conflict, the procedure continues to step 410 where the first device randomly selects (or generates) a number or other information. At step 415, the second device randomly selects (or generates) a number or other information. The first and second random numbers must be independent from one device to another to prevent the two devices from generating the same series of random numbers. Additionally, the random numbers are preferably selected such that it is equally likely that either device will be selected as master. These random number selections may be generated by any process available to the device.

A particular embodiment of the invention is described as generating random numbers to determine which device

6

assignment will be overridden. However, those skilled in the art will appreciate that tokens or other information may be generated by each device and compared to determine which device assignment is overridden. Any token or information may be used, provided that the tokens or information may be distinguished from one another using a comparison mechanism.

The maximum value of the random number (e.g., number of bits) is a design choice recognizing that the larger the number the less probability that both numbers will be the same. Consequently, the larger the number, the more time and resources will be devoted to handling this random function as it will need to be transmitted to the other device. For example, one may not want to choose to design a random number that takes up four bytes of data because this data will need to be transferred to the other device and four bytes will take up more transmission time than a one byte random number. Similarly, one may not want to choose a random number that only takes up one bit because this increases the probability of both devices generate the same random number.

After both devices have selected a random number, the method continues to step 420 where both devices transmit their random number to the other device. At step 425, both devices compare the two random numbers. If the random numbers are equal, then the method repeats steps 410 through 425. If the random numbers are not equal, then, at step 430, both devices determine which device had the higher number. If the first device has a higher number, it's designated as master at step 435, regardless of how it was initially assigned. In this situation, the second device is designated as slave at step 440, regardless of how it was initially assigned.

If, at step 430, the first device was not higher than the second device, then the procedure continues to step 445 where the second device is designated as master and the first device is designated as slave. Again the designations in step 445 and 450 are performed regardless of how the devices were initially assigned.

One embodiment of the present invention includes using the Auto-Negotiation sublayer of the IEEE 802.3u standard. Referring to the network shown in FIG. 1, End Device A is added to the network so that it can communicate with the other network devices. Once the medium 145a is connected, End Device A begins to initialize itself onto the network. As part of the initialization process of IEEE 802.3u to establish the physical link, the Auto-Negotiation sublayer in the End Device A and Central Device Unit 105 will each transmit Fast Link Pulse (FLP) bursts on the link between the two devices. Within these FLP bursts include bits which allow devices to transmit operational modes supported by the devices. In this example, within a FLP burst, a device will set bits signifying whether it can support a master-slave function, whether its default designation is a master or slave and several bits devoted to a random number in case of a conflict arises where both devices' default designations are the same (i.e., both devices are designated as preferring master or preferring slave).

If a master-slave relationship is to be developed between End Device A and Central Device Unit 105, both devices send one or more FLP bursts to the other, carrying the information designated above. Therefore, End Device A and Central Device Unit 105 each have a complete set of information from both devices including whether both devices can support the master-slave function, the other device's default designation, and each other's random num-

US 6,192,397 B1

7

ber. This information is used to resolve any conflicts in the default designation. Therefore, if either device lacks the ability to support a master-slave relationship, then no such relationship is established. If, on the other hand, both End Device A and Central Device Unit **105** have the master-slave function bit set, signifying that each device supports the master-slave function, but the devices have different defaults (i.e., one is a master and the other is a slave) then each device uses its default designation.

However, if both devices support the master-slave relationship and both devices have the same default designation, then they compare their own random number with the random number sent from the other device in the FLP burst, and the device with the highest value becomes the master and the device with the lower value becomes the slave. If the random numbers are the same, another random number is generated by each device and sent to the other in another FLP burst. Another comparison is performed and the procedure continues until the random numbers are not equal and a master and a slave has been established.

From the above description and drawings, it will be understood by those skilled in the art that the particular embodiments shown and described are for purposes of illustration only and are not intended to limit the scope of the invention. Those skilled in the art will recognize that the invention may be embodied in other specific forms without departing from its spirit or essential characteristics. References to details of particular embodiments are not intended to limit the scope of the claims.

What is claimed is:

1. A method comprising the steps of:

(a) generating a first information associated with a first device;

(b) generating a second information associated with a second device;

(c) comparing the first information with the second information by the first device and the second device, the comparison operation generating a comparison result;

(d) designating one device as a master and one device as a slave in response to the comparison result;

(e) receiving by the slave a clock signal from the master; and

(f) returning the clock signal from the slave to the master.

2. The method of claim **1**, wherein the step of generating a first information associated with the first device is performed by the first device.

3. The method of claim **1**, wherein the step of generating a second information associated with the second device is performed by the second device.

4. The method of claim **1**, wherein the step of generating a first information associated with the first device is performed by the first device and the step of generating a second information associated with the second device is performed by the second device.

5. The method of claim **4**, wherein the step of comparing the first information with the second information includes:

transmitting the first information from the first device to the second device;

transmitting the second information from the second device to the first device; and

generating a comparison result in each device by having each device compare the first information and the second information.

6. A method for establishing a master-slave relationship at the physical layer between a first device and a second device in a peer-to-peer network, the method comprising the steps of:

8

(a) generating a first random number associated with the first device;

(b) generating a second random number associated with the second device;

(c) comparing the first random number with the second random number;

(d) repeating steps (a), (b), (c) if the first random number is equal to the second random number;

(e) designating the device with the higher associated random number as a master device; and

(f) designating the device with the lower associated number as a slave device;

(g) receiving by the slave device a clock signal from the master device; and

(h) returning the clock signal from the slave device to the master device.

7. The method of claim **6**, wherein the step of generating a first random number associated with the first device is performed by the first device.

8. The method of claim **6**, wherein the step of generating a second random number associated with the second device is performed by the second device.

9. The method of claim **6**, wherein the step of generating a first random number associated with the first device is performed by the first device and the step of generating a second random number associated with the second device is performed by the second device.

10. The method of claim **9**, wherein the step of comparing the first number with the second number includes:

transmitting the first number from the first device to the second device;

transmitting the second number from the second device to the first device; and

generating a comparison result in each device by having each device compare the first and second numbers.

11. A method for establishing a master-slave relationship at the physical layer between a first device and a second device in a peer-to-peer network, the method comprising the steps of:

(a) assigning a first value associated with the first device;

(b) assigning a second value associated with the second device;

(c) determining whether the first assigned value and the second assigned value are equal;

(d) designating one device as a master device and the other device as a slave device in response to their assigned values if the first assigned value is not equal to the second assigned value;

(e) designating one device as a master device and the other device as a slave device if the first assigned value is not equal to the second assigned value by performing the following steps:

generating a first random number associated with the first device;

generating a second random number associated with the second device;

comparing the first random number with the second random number and generating a comparison result;

designating one device as a master device and one device as a slave device in response to the comparison result;

receiving by the slave device a clock signal from the master device; and

returning the clock signal from the slave device to the master device.

US 6,192,397 B1

9                                                                                      10

**12**. The method of claim **11**, wherein the step of assigning the first assigned value and the step of assigning the second assigned value are performed during an initialization of each device.

**13**. The method of claim **11**, wherein the step of generating a first random number associated with the first device is performed by the first device.

**14**. The method of claim **11**, wherein the step of generating a second random number associated with the second device is performed by the second device.

**15**. The method of claim **11**, wherein the step of generating a first random number associated with the first device is performed by the first device and the step of generating a second random number associated with the second device is performed by the second device.

**16**. The method of claim **15**, wherein the step of comparing the first number with the second number includes:

transmitting the first number from the first device to the second device;

transmitting the second number from the second device to the first device; and

generating a comparison result in each device by having each device compare the first and second numbers.

**17**. The method of claim **1**, wherein the peer-to-peer network is an Ethernet.

**18**. A device comprising:

logic at a physical layer configured to (i) generate information that is retained within the device and transmitted to a remote device, (ii) compare the information to incoming information received from the remote device in order to determine a master-slave relationship between the device and the remote device and (ii) generate secondary information if the information is equal to the incoming information; and

logic of the physical layer configured to (i) transmit a first clock signal to the remote device and (ii) receive the first clock signal returned from the remote device when the device is a master device.

**19**. The device of claim **18**, wherein the information is a first random number, the incoming information is a second random number and the secondary information is a third random number.

**20**. The device of claim **18** further comprising:

logic of the physical layer configured to (i) receive a second clock signal from the remote device and (ii) return the clock signal to the remote device when the device is a slave device.

\*   \*   \*   \*   \*

Case 09-10138-MFW Doc 14559-2 Filed 10/14/14 Page 27 of 157

EXHIBIT H

US006321253B1

(12) **United States Patent**
McKeen et al.

(10) Patent No.: **US 6,321,253 B1**
(45) Date of Patent: **Nov. 20, 2001**

(54) **SYSTEMS AND METHODS FOR SIMULTANEOUS NETWORK MANAGEMENT OF VOICE AND DATA SIGNALS**

(75) Inventors: **Wilbert John McKeen**, Ottawa; **Norman Ladouceur**, Iroquois, both of (CA)

(73) Assignee: **Nortel Networks Limited** (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/165,351**

(22) Filed: **Oct. 2, 1998**

(51) Int. Cl.[7] ............................................ G06F 13/00
(52) U.S. Cl. .......................................... 709/204; 709/245
(58) Field of Search ............................ 709/200, 201,
709/202, 238, 204–205, 227, 245; 370/392,
408, 60.1; 379/89, 88, 22

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,317,628 | * | 5/1994 | Misholi et al. ..................... 379/89 |
| 5,490,140 | * | 2/1996 | Abensour et al. ................. 370/60.1 |
| 5,675,507 | * | 10/1997 | Bobo, II ........................... 709/206 |
| 5,689,553 | * | 11/1997 | Ahuja et al. ....................... 379/202 |
| 5,740,231 | * | 4/1998 | Cohn et al. ....................... 379/88.22 |
| 5,758,070 | * | 5/1998 | Lawrence .......................... 709/220 |
| 5,838,683 | * | 11/1998 | Corley et al. ...................... 370/408 |
| 5,857,072 | * | 1/1999 | Crowle ............................. 709/203 |
| 5,941,951 | * | 8/1999 | Day et al. ......................... 709/233 |
| 5,978,373 | * | 11/1999 | Hoff et al. ........................ 370/392 |
| 5,978,806 | * | 11/1999 | Lund ............................... 707/10 |
| 5,978,835 | * | 11/1999 | Ludwig et al. .................... 709/204 |
| 5,999,934 | * | 12/1999 | Cohen et al. ...................... 707/100 |
| 5,999,965 | * | 12/1999 | Kelly ............................... 709/202 |
| 6,006,318 | * | 12/1999 | Hansen et al. ..................... 712/28 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 612 174 A2 | 8/1994 | (EP) . |
| 0 669 742 A2 | 8/1995 | (EP) . |
| 5276199 | * 10/1993 | (JP) . |

WO 96 28920   9/1996   (WO) .
9818237   * 4/1998   (WO) ........................... H04L/12/28

OTHER PUBLICATIONS

Journal artical: MCI, Cisco, IBM team up on SNA . Jul. 1998.*
Journal artical: Multimedia dispatching management network system in Northeast Electric Power Network by Zhang Rui. Oct. 1999.*
J. Tao, et al.: "Internet Access Via Baseband and Broadband ISDN Gateways", Institue of Electrical and Electronics Engineers, Proceedings of the Annual International Phoenix Conference on Computers and Communications, Phoenix, Arizona, Apr. 12–15, 1994, No. Conf. 13, pp. 485–490.
T. Doty: "A Firewall Overview", *ConneXions* , vol. 9, No. 7, Jul. 1, 1995, pp. 20–23.
European Patent Office, Standard Search Report dated Jul. 20, 1999, file No. RS 103114 CA.
S. Saunders: "PBXS and Data: The Second Time Around", *Data Communications*, vol. 22, No. 9, Jun. 1, 1993, pp. 69, 70, 72–74.

* cited by examiner

*Primary Examiner*—David Wiley
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57) **ABSTRACT**

A system and method for distributing and managing the flow of information between a plurality of networks uses a device that can receive voice and data signals simultaneously through a single communication point from a remote integrated voice/data network and distribute these signals to one or more end terminals connected to a local network. The device has a specific telephone number and an IP address for receiving voice and data signals from the remote network. Upon receiving voice and/or data signals, the device determines which end terminal connected to the local network is to receive the incoming signal and routes the signal to the appropriate terminal. The device can also transmit voice and data signals from the local network to the remote network and serve as a firewall for both incoming and outgoing transmissions.

**19 Claims, 2 Drawing Sheets**



U.S. Patent

Nov. 20, 2001

Sheet 1 of 2

US 6,321,253 B1



**FIG. 1**



START

RECEIVING VOICE AND DATA INFORMATION AT COMMUNICATION MANAGEMENT DEVICE THROUGH A SINGLE COMMUNICATION POINT FROM A FIRST NETWORK — 200

DETERMINING WHICH TERMINAL CONNECTED TO A SECOND NETWORK IS TO RECEIVE THE VOICE AND DATA INFORMATION — 240

DISTRIBUTING THE VOICE AND DATA TO THE DETERMINED TERMINAL OVER THE SECOND NETWORK — 280

END

*FIG. 2*

US 6,321,253 B1

1

# SYSTEMS AND METHODS FOR SIMULTANEOUS NETWORK MANAGEMENT OF VOICE AND DATA SIGNALS

## BACKGROUND OF THE INVENTION

The present invention relates generally to communication networks, and more particularly to systems and methods for distributing and managing the flow of information between a plurality of networks through a device that can receive voice and data signals simultaneously from a remote network through a single communication point and distribute these signals to one or more end terminals connected to a local network.

With the growing popularity of the Internet, the desire to integrate voice and data communication networks to enhance multimedia services at the residential and business level is apparent. For example, many World Wide Web (WWW) users currently rely on their telephone lines to provide Internet access. However, the use of traditional telephone lines to provide Internet access presents a number of problems. First, additional hardware and software is necessary to support an Internet connection, (e.g., a modem and communication software) resulting in significant user costs. Second, each Internet connection typically means one less telephone line, thus requiring the user to choose between a limited number of communication options (e.g., Internet versus telephone).

In addition, the time necessary to connect to the Internet is burdensome. Each time a users wishes to access the Internet, they must logon through an Internet Service Provider (ISP) using Internet access software. This logon time can be significant if a user connects to the Internet many times during the day. Although some ISPs allow unlimited Internet access, they typically terminate a connection if a user is inactive for a specified period of time. Moreover, the speed of data transfer through a modem connected to an existing telephone line is limited. Thus, a user often becomes frustrated at the time it takes to download or upload files. Certainly, these problems limit the expansion of Internet services into a number of households and businesses.

Current solutions implemented by Internet users include relying on a single communication line for Internet and telephone access. A typical system configuration supporting this solution is a connection from a wall jack to a modem and a second connection from the modem to a telephone. This configuration, however, does not permit a user, for example, to talk on the telephone while connected to the WWW. Consequently, many users pay to have additional telephone lines installed at their location to not only support telephone and Internet access, but also support e-mail, facsimile machines, and video functions. This solution can be costly, however, since additional hardware and software is needed to support each additional telephone line and each terminal connected to the telephone line.

There are existing communication solutions that provide a single telephone number for telephone, facsimile machine, and messaging services. These solutions are offered by local telephone companies and digital wireless communication services (i.e., PCS). While these solutions consolidate multiple communication services through a single telephone number, they do not permit the transmission and receipt of voice and data signals simultaneously through a single communication point (i.e., a single unit for managing both voice and data transmissions simultaneously).

Another problem associated with current communication solutions includes having multiple communication service

2

providers for a single residence or business. For example, many residential and business users have telephone service through a local telephone company and Internet service through an ISP. Some local telephone companies offer Internet services, but often not at competitive prices. Thus, users must pay each service provider for each service. This problem will further grow when cable television services are provided over the same communication medium as telephone and Internet services.

A further problem associated with current communication solutions is system maintenance. Many telephone companies provide maintenance services when a residential or business telephone system becomes inoperative. Usually, if the telephone company can not detect the problem remotely, they send a technician to the user location. Other communication companies provide similar maintenance services (e.g., cable TV companies). Nevertheless, the cost of on-site visits by multiple service technicians can be significant to a residential or small business customer.

As voice, Internet Protocol (IP), and wireless networks become integrated, there is a need for a system that can simultaneously support a variety of communication services (e.g., telephone, e-mail, facsimile machine, video/television, Internet, cable TV) in both a residential and business environment through a single communication device. There is also a need for such a system to provide instantaneous access to these communication services at reasonable operation and maintenance costs.

## SUMMARY OF THE INVENTION

Systems and methods consistent with the present invention meet these desires by implementing a device that can receive voice and data signals simultaneously from a remote network through a single communication point and distribute these signals to one or more end terminals connected to a local network.

Specifically, a system for managing the flow of information between a plurality of networks comprises a first network capable of routing voice signals and data signals originating from a plurality of source terminals; a second network capable of routing the voice signals and data signals to a plurality of end terminals; and a communication management means for receiving the voice and data signals simultaneously from the first network through a single communication point and distributing the voice and data signals to at least one of the plurality of end terminals.

A method for managing the flow of information between a plurality of networks comprises receiving voice signals and data signals simultaneously at a communication management device through a single communication point from a first network; determining which one of a plurality of end terminals connected to a second network through the communication management device is to receive the voice signals and data signals; and distributing the voice signals and data signals to the determined end terminal over the second network.

Both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

## BRIEF DESCRIPTIONS OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of the specification, illustrate presently preferred embodiments of the invention and, together with

US 6,321,253 B1

3

the preceding general description and the following detailed description, explain the principles-of the-invention.

In the drawings:

FIG. 1 is a diagram of a communication management system consistent with the present invention; and

FIG. 2 is a flowchart of a method, consistent with the present invention, for managing and distributing the flow of information between a plurality of networks.

DETAILED DESCRIPTION OF THE INVENTION

Systems and methods consistent with the present invention receive voice and data signals simultaneously from a remote network through a single communication point and distributes these signals to one or more end terminals connected to a local network. The remote network includes an integrated voice/data network that can send voice and data signals over a variety of transmission media (e.g., wireless link, cable TV lines, telephone lines, etc.). A communication management device positioned between the remote network and the local network has a telephone number and an IP address for receiving voice and data signals related to e-mail, telephone, facsimile machine, video/television, and Internet services. Depending on the type of signal received, the device forwards the signal to the appropriate end terminal connected to the local network.

FIG. 1 is a diagram of a communication management system 100 consistent with the present invention. Communication management system 100 includes a remote integrated voice/data network 110 connected to a residential/business location 120 that houses local area network 130 and communication management device 140. One skilled in the art will appreciate that remote integrated voice/data network 110 may connect to any location around the world that is configured to communicate with it through a wireline or wireless connection. For simplicity, only one residence/business location 120 is illustrated in the diagram of FIG. 1.

Remote integrated voice/data network 110 includes a broadband, wide area digital communication network optimized for IP. Specifically, remote integrated voice/data network 110 is supported by several wireless and wireline networks including the Internet, standard telephone lines, and cable TV lines, as well as, new data networks being developed and installed around the globe. An IP optimized communication network sends an electronic signal (similar to a dial tone) over existing communication channels that announces the immediate availability of telephone service, WWW pages, e-mail messages, faxes, video/television signals, home banking information, and other types of digitized information. This type of network signal eliminates the need, for example, to logon to an ISP every time a user accesses the Internet. The digitized information travels over remote integrated voice/data network 110 as multi-path voice packets for voice transmissions and as multi-path data packets for data transmissions. Multi-path voice and data packets can be routed over any type of network, providing an advantage over traditional single-path voice and data packets that must travel over respective dedicated network channels.

Residence/business location 120 illustrates one location from which to access remote integrated voice/data network 110. Residence/business location 120 can be a residence, business, or any other location configured to communicate with remote integrated voice/data network 110 through a wireline or wireless connection. As illustrated in FIG. 1, residence/business location 120 includes a local area net-

4

work 130 which communicates with remote integrated voice/data network 110 via communication management device 140.

Local area network 130 includes a plurality of end terminals that facilitate the transmission and receipt of voice and data signals between remote integrated network 110 and residence/business location 120. In particular, local area network 130 includes a computer 132, a telephone 134, a fax machine 136, and a video/television display 138. One skilled in the art will appreciate that end terminals may be added and removed from local area network 130 as appropriate for the user environment. In addition, local area network 130 may have any configuration consistent with the present invention. Each end terminal allows a user to view and/or hear voice and data signals received from remote integrated voice/data network 110 via communication management device 140.

Communication management device 140 serves as a gateway between remote integrated voice/data network 110 and local area network 130. That is, voice and data signals sent to or received from remote integrated voice/data network 110 pass through communication management device 140, which manages and distributes the voice and data signals. Each residence/business location that communicates with remote integrated voice/data network 110 in a manner consistent with the present invention includes communication management device 140, which consists of a communication port 142, processor 144, disc storage 146, firewall 148, and memory 150. Communication management device 140 may include other components such as wall mounting brackets and a primary/backup power supply. Communication management device 140 can be installed at virtually any communication access point of a building.

Communication port 142 sends and receives digital voice and data packets between communication management device 140 and remote integrated voice/data network 110. Specifically, communication port 142 serves as a single communication point for sending and receiving all types of information (e.g., voice, IP, and video/television) over communication channel 115, which may be a wireline or wireless communication channel. Using a single communication point to send and receive information eliminates the need to install multiple dedicated communication lines for each form of information or service (e.g., telephone and Internet) received at the residence/business location. To facilitate this operation, communication port 142 recognizes an incoming telephone number and IP address associated with communication management device 140.

Processor 144 controls the operation of communication management device 140 including communications with external networks and components (e.g., remote integrated voice/data network 110 and local area network 130). Upon receiving voice and data signals via communication port 142, processor 144 processes this information and sends it to a storage device in communication management device 140 (e.g., software upgrade) or distributes it to one or more components connected to local area network 130. In addition, processor 144 is programmable to facilitate customized communication management device 140 operation.

Disc storage 146 communicates with processor 144 to implement applications stored on disc. Preferably, disc storage 146 is an optical reader system with high speed access capability. One skilled in the art will appreciate, however, that disc storage 146 can be any type of disc storage system (e.g., magnetic). Disc storage 146 allows a user to upgrade communication management device 140 software and reconfigure existing software features.

US 6,321,253 B1

5

Firewall **148** prevents unauthorized access to and from local area network **130**. Firewall **148** may include both hardware and software implementations to protect local area network **130** from eavesdroppers, hackers, and other Internet users with malicious intent. Specifically, firewall **148** analyzes each packet of information entering and leaving communication management device **140** and accepts or rejects it based on user defined rules. One skilled in the art will appreciate that other firewall techniques may be implemented in firewall **148** to protect local area network **130** from unauthorized access. All transmissions entering and leaving communication management device **140** pass through firewall **148**. However, firewall **148** may be deactivated or modified as desired to provide less local area network **130** protection.

Memory **150** is a random access memory that communicates with processor **144** during communication management device **140** operation. Preferably, memory **150** facilitates high speed access to allow immediate processing of incoming and outgoing information (i.e., voice and data signals). To process this information, processor **144** implements system software **152** and communication management software **154** stored in memory **150**.

System software **152** includes executable code that, when implemented by processor **144**, monitors the operation of **140**. Communication management device **140** may be configured by a user to perform customized operations by simply reprogramming system software **152**. This feature allows a residential user, for example, to upgrade the operation of communication management device **140** with, a new software version, or add or remove components from communication management device **140** to comply with a specific user environment (e.g., upgrade firewall, change disc storage).

Communication management software **154** includes executable code that, when implemented, manages and distributes the flow of traffic through communication management device **140**. Specifically, communication management software **154** analyzes incoming information and distributes it to the appropriate device on local area network **130** over communication channel **160**. Communication management software **154** also routes outgoing information to remote integrated voice/data network **110** via communication channel **115**. The specific functions of communication management software **154** are detailed below with respect FIG. 2.

FIG. 2 is a flowchart of a method, consistent with the present invention, for managing and distributing the flow of information between a plurality of networks. The method begins with receiving voice and data information at communication management device **140** through a single communication point from remote integrated voice/data network **110** (step **200**). Since communication management device **140** has both a telephone number and IP address, it can receive and transmit digital voice and data information simultaneously through communication port **142** (i.e., the communication point). Thus, a user can talk on telephone **134** while using the WWW on computer **132**. This feature significantly reduces installation costs for residential and business customers while providing a variety of multimedia service options.

Upon receiving voice and data signals, communication management device **140** determines which terminal connected to local area network **130** is to receive the voice and data information (step **240**). Communication management software **154** analyzes the incoming information to detect

6

voice and data information. That is, when voice and data packets are received (either simultaneously or separate), communication management software **154** analyzes each packet to determine its media type. For example, if an incoming multi-path data packet includes information written in hypertext markup language (HTML), communication management software **154** will identify the information as a webpage.

Once the information is identified, communication management software **154** distributes the voice and/or data information to the appropriate end terminal on local area network **130** (step **280**). For example, if communication management software **154** determines that the information is a webpage, it can send the information to computer **132** over communication channel **160**. Communication management software **154** includes the address of each end terminal on local area network **130** for routing purposes.

Communication management device **140** can repeat the foregoing steps as necessary to handle incoming and outgoing communications. For outgoing communications, remote integrated voice/data network **110** provides an electronic signal tone to communication management device **140** which permits immediate Internet access. Thus, a user can make a call from telephone **134** over the Internet and eliminate long distance telephone charges. Moreover, with direct Internet access, a user no longer needs to logon through an ISP, resulting in faster data transfer speeds. That is, communication management device **140** operates as an ISP.

A company providing the electronic signal tone to communication management device **140** may also offer a variety of services to a user. These services may include email, fax, telephone, video/television, WWW, and other communication services (e.g., utility monitoring, home security, telephone answering system). A customer can subscribe to one or more of these services as desired. Since all of these services are provided to the user through communication management device **140**, troubleshooting and maintenance costs can be minimized. For example, the service providing company can proactively monitor communication management device **140** from a remote location by constantly checking the communication link therebetween. If an error is detected, the service providing company can attempt to correct the problem remotely. If the problem must be fixed on-site, maintenance personnel only have to repair or replace communication management device **140**.

Systems and methods consistent with the present-invention provide,a single communication device that can simultaneously support a variety of communication services (e.g., telephone, e-mail, facsimile machine, video/television, WWW, cable TV) in both a residential and business environment. The system further provides instantaneous access to multimedia services for minimal operation and maintenance costs. Moreover, the system can be upgraded to provide additional multimedia services to a customer and reconfigured to support different user environments.

While only some embodiments and methods consistent with the present invention have been described, those skilled in the art will understand that various changes and modifications may be made to these embodiments, and equivalents may be substituted for elements in these embodiments, without departing from the true scope of the invention.

In addition, many modifications may be made to adapt a particular element, technique or implementation to the teachings of the present invention without departing from the central scope of the invention. Therefore, this invention

US 6,321,253 B1

7

should not be limited to the particular embodiments and methods disclosed herein, but should include all embodiments falling within the scope of the appended claims.

What is claimed is:

1. A system for managing the flow of information between a plurality of networks, comprising:

a wide area network providing voice signals and data signals;

a local area network capable of routing voice signals and data signals to a plurality of end terminals; and

communication management means, coupled between the wide area network and the local area network, for simultaneously receiving voice signals and data signals from the wide area network through a single communication point, analyzing the received voice signals and data signals for determining a signal type, and for distributing the voice signals and data signals to the appropriate end terminals based upon the signal type.

2. The system of claim 1 wherein the communication management means includes a processor.

3. The system of claim 1 wherein the communication management means includes a memory.

4. The system of claim 1 wherein the communication management means has a telephone number address and an Internet protocol address.

5. The system of claim 1 wherein the communication management means includes a firewall.

6. The system of claim 1 wherein the communication management means includes a communications port.

7. The system of claim 1 wherein the communication management means includes a disc storage device.

8. A communication management device for managing the flow information between a plurality of networks, comprising:

a memory;

a processor in communication with the memory; and

communication management means for receiving voice signals and data signals simultaneously from a remote network through a single communication point, analyzing the received voice signals and data signals for determining a signal type, and distributing the voice signals and data signals to at least one of a plurality of end terminals connected to a local network based on the signal type.

9. The communication management device of claim 8 wherein the memory is a random access memory.

8

10. The communication management device of claim 8 wherein the remote network is a wide area network.

11. The communication management device of claim 8 wherein the local network is a local area network.

12. The communication management device of claim 8 wherein the communication management means includes a telephone number and an Internet protocol address.

13. A method for managing the flow of information between a plurality of networks, comprising:

receiving voice signals and data signals simultaneously at a communication management device through a single communication point from a first network;

analyzing the received voice signals and data signals for determining a signal type; and

distributing the voice signals and data signals to one of a plurality of end terminals connected to a second network through the communication management device based on the signal type.

14. The method of claim 13 further comprising routing voice information to a telephone number address associated with the communication management device.

15. The method of claim 13 further comprising routing voice information to an Internet protocol address associated with the communication management device.

16. The method of claim 13 wherein determining includes:

determining the format of the voice and data information; and

identifying at least one of the plurality of end terminals capable of outputting the voice and data information in the determined format.

17. The method of claim 16 wherein determining includes determining whether the format of the voice and data information is one of voice, voicemail, electronic mail, video, telephone, and facsimile.

18. The method of claim 13 further comprising:

sending voice and data information from at least one of the plurality of end terminals to the communication management device; and

transmitting the voice and data information through a firewall to the first network.

19. The method of claim 18 wherein transmitting includes determining the format of the voice and data information before transmitting to the first network.

* * * * *

Case 09-10138-MFW   Doc 14559-2   Filed 10/14/14   Page 219 of 336

# EXHIBIT I

US006845389B1

(12) **United States Patent**                    (10) **Patent No.:**     **US 6,845,389 B1**
Sen et al.                                        (45) **Date of Patent:**          **Jan. 18, 2005**

(54) **SYSTEM AND METHOD FOR BROADBAND MULTI-USER COMMUNICATION SESSIONS**

(75) Inventors: **Sanjoy Sen**, Plano, TX (US); **Venson Shaw**, Plano, TX (US); **Hrishikesh Gossain**, Dallas, TX (US); **Thinh Nguyen**, Kanata (CA)

(73) Assignee: **Nortel Networks Limited**, St. Laurent (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 790 days.

(21) Appl. No.: **09/745,746**

(22) Filed: **Dec. 21, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/203,761, filed on May 12, 2000.

(51) **Int. Cl.$^7$** ............................................. **G06F 15/16**
(52) **U.S. Cl.** ........................ **709/204**; 709/204; 709/217
(58) **Field of Search** ................................ 709/204, 217, 709/218, 219, 226, 227, 229

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,018,766 A | * | 1/2000 | Samuel et al. | ............... 709/218 |
| 6,366,577 B1 | * | 4/2002 | Donovan | .................... 370/352 |
| 6,463,078 B1 | * | 10/2002 | Engstrom et al. | ........... 370/466 |

| | | | | |
|---|---|---|---|---|
| 6,523,065 B1 | * | 2/2003 | Combs et al. | .............. 709/226 |
| 6,553,006 B1 | * | 4/2003 | Kalliokulju et al. | ........ 370/310 |
| 6,587,875 B1 | * | 7/2003 | Ogus | ........................... 709/223 |
| 6,680,943 B1 | * | 1/2004 | Gibson et al. | .............. 370/392 |
| 6,681,252 B1 | * | 1/2004 | Schuster et al. | ............ 709/227 |

* cited by examiner

*Primary Examiner*—Frantz B. Jean
*Assistant Examiner*—Yasin Barqadle

(57)               **ABSTRACT**

A system and method of setting up a multi-user communication session over a global computer network are provided. The method includes first sending a session participation request message from a first user to a second user, where the session participation request message includes the first user's QoS requirements for the session. The second user then sends a negotiating message to the first user in response to receiving the session participation request message, where the negotiation message includes the second user's QoS requirements for the session responsive to the first user's QoS requirements. The resource availability in access networks of the first and second users according to the second user's QoS requirements is determined, and resources in the respective access networks of the first and second users are then reserved in response to resources being available to achieve the second user's QoS requirements. The first user thereafter sends an acknowledgement message to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

**41 Claims, 3 Drawing Sheets**





10
E-GAME SESSION
12
START SESSION INITIATION
14
RESOURCE RESERVATION (QoS)
16
COMPLETE SESSION INITIATION
18
SESSION IN PROGRESS
20
SESSION TERMINATION
22
END

*FIG. 1*

E-GAME USER LOGIN
30
ACCESS GAME PORTAL OR WEB SITE
32
USER INDICATES DESIRE TO PLAY GAME
34
GAME SERVER AUTHENTICATES USER SUBSCRIPTION
36
GAME SERVER DISPLAYS LIST OF GAMES
38
USER SELECTS GAME
40
USER ENTERS PARTICIPATION RULES
42
GAME SERVER DISPLAYS GAME WINDOW
44
GAME PLAY BEGINS
46
END
48

*FIG. 2*

U.S. Patent

Jan. 18, 2005

Sheet 2 of 3

US 6,845,389 B1



*FIG. 3*



FIG. 4

US 6,845,389 B1

1

# SYSTEM AND METHOD FOR BROADBAND MULTI-USER COMMUNICATION SESSIONS

## CROSS-REFERENCE TO RELATED APPLICATION

This patent application claims the benefit of Provisional Patent Application Ser. No. 60/203,761, entitled Distributed Broadband Access Network Architecture System and Method, filed on May 12, 2000. This patent application is related to co-pending patent application Ser. No. 09/746, 104, entitled System and Method for Joining a Broadband Multi-User Communication Session, filed on Dec. 21, 2000.

## FIELD OF THE INVENTION

This invention relates to telecommunications equipment and networks, and more particularly, to a system and method for broadband multi-user communication sessions such as e-gaming.

## BACKGROUND OF THE INVENTION

Public groupware and multi-user gaming are popular new Internet applications. However, their functionality and performance are limited and unappealing because the users find the current environment to have jerky interaction, infrequent screen updates, unacceptably slow speed, and lack of realism. These problems are primarily due to the lack of bandwidth over the Internet. Currently, when two or more users participate in the same multi-user session, each user has to be logged in at a central computer server. Therefore, the capacity of the central computer server becomes a constraint on the number of users that can participate simultaneously. The central server becomes a bottleneck and the architecture is not easily scalable to accommodate more users. There is also a lack of quality of service (QoS) support to improve the realism of the gaming session. As a result, although a community of online game players currently participate and play games over the Internet, their numbers have been limited. Since QoS is not guaranteed, the billing model for e-gaming service today is primitive and allows only free gaming or pay-in-advance.

Online gaming is important to broadband emerging service providers (broadband ESP) today because it makes an Internet site "sticky." The metric by which Internet sites are valued today is not only the number of hits per day but also by the average amount of time a user spends at the site (stickiness). Online gaming provides content that not only increases the number of hits, but also makes a user linger at the site. Furthermore, the longer users stay at a site, the more targeted or untargeted advertisement can be shown to the users, which translates to more revenue opportunities. Online gaming also creates the feeling of an online community that allows the broadband ESP to bundle other broadband premium services like video, streaming advertisements, music, etc.

## SUMMARY OF THE INVENTION

It may be seen from the foregoing that it is desirable to support advanced e-gaming services to provide scalability, QoS, and a mechanism for billing to overcome the problems associated with the central server. In particular, the present invention supports QoS provisioning, and avoids the bottleneck of routing gaming communications such as players' moves and other input through a game server.

In accordance with an embodiment of the present invention, a method of setting up a multi-user communica-

2

tion session over a global computer network is provided. The method includes first sending a session participation request message from a first user to a second user, where the session participation request message includes the first user's QoS requirements for the session. The first user receives a negotiating message from the second user in response to the session participation request message, where the negotiation message includes the second user's QoS requirements for the session responsive to the first user's QoS requirements. The resource availability in access networks of the first and second users according to the second user's QoS requirements is determined, and resources in the respective access networks of the first and second users are then reserved in response to resources being available to achieve the second user's QoS requirements. The first user thereafter sends an acknowledgement message to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

In accordance with another embodiment of the present invention, a method of setting up an e-gaming session played over a global computer network is provided.

The first player sends a session participation request message to a second player via a first game server, where the session participation request message includes the first player's QoS requirements for the session. The first player receives a negotiating message from the second player via a second game server in response to the session participation request message, where the negotiation message includes the second player's QoS requirements for the session responsive to the first player's QoS requirements. The resource availability in the second player's access network is determined according to the second player's QoS requirements, and resources in the second player's access network are reserved in response to resources being available to achieve the second player's QoS requirements. The negotiating message is then forwarded from the second game server to the first game server. The resource availability in the first player's access network is determined according to the second player's QoS requirements and resources in the first player's access network are reserved in response to resources being available to achieve the second user's QoS requirements. An acknowledgement message is then sent from the first player directly to the second player in response to receiving the negotiating message to indicate the completion of QoS provisioning.

In accordance with yet another embodiment of the present invention, a multi-user communication system over a global computer network includes a first server onto which a first user is logged, a first policy server in communication with the first server, a second server onto which a second user is logged, and a second policy server in communication with the second server. The first user sends a session participation request message to the second user via the first and second servers, where the session participation request message includes the first user's QoS requirements for the session. The second user then send a negotiating message to the second server user in response to receiving the session participation request message, where the negotiation message includes the second user's QoS requirements for the session responsive to the first user's QoS requirements. The second policy server determines resource availability in the second player's access network according to the second user's QoS requirements and reserves resources in the second user's access network in response to resources being available to achieve the second user's QoS requirements. The negotiating message is then forwarded from the second server to the first server. The first policy server also deter-

3

mines resource availability in the first player's access network according to the second user's QoS requirements and reserves resources in the first player's access network in response to resources being available to achieve the second user's QoS requirements. The negotiating message is forwarded from the first server to the first user. The first user then sends an acknowledgement message directly to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

Other aspects and features of the present invention will become apparent to those ordinarily skilled in the art upon review of the following description of specific embodiments of the invention in conjunction with the accompanying figures.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, the objects and advantages thereof, reference is now made to the following descriptions taken in connection with the accompanying drawings in which:

FIG. 1 is a simplified flowchart of an e-game session according to the teachings of an embodiment of the present invention;

FIG. 2 is a simplified flowchart of an e-game login process according to the teachings of an embodiment of the present invention;

FIG. 3 is a message flow diagram of an e-game session initiation and resource reservation process according to the teachings of an embodiment of the present invention; and

FIG. 4 is a message flow diagram of a player joining an ongoing e-game session process according to the teachings of an embodiment of the present invention.

## DETAILED DESCRIPTION OF THE DRAWINGS

The preferred embodiment of the present invention and its advantages are best understood by referring to FIGS. 1 through 4 of the drawings, like numerals being used for like and corresponding parts of the various drawings.

FIG. 1 is a simplified flowchart of an e-game session 10 according to the teachings of an embodiment of the present invention. The terms "e-game," "on-line game" and "web-based game" are used substantially synonymously herein to refer to a game session in which players' moves as well as the game text, graphics, audio, and video data are relayed over the Internet or a global computer network. At the beginning of an e-game session, the game session is initiated and setup at a game server local to a user. In the distributed e-gaming architecture of the present invention, each administrative domain is served by at least one local game server, and the game servers are operable to communicate with one another in a peer-to-peer fashion. The local game server sets up the e-game session, as shown in block 12, and also reserves resources needed to support the quality of service (QoS) required for the session, as shown in block 14. The local game server may obtain the user name and password, and authenticates the user's authorization to play. This may include verifying the user's subscription to game playing, if applicable, or verifying the user's payment methods. The session initiation is then completed in block 16, and game play proceeds in block 18. Usage records for the session are then generated to facilitate billing. Unlike conventional e-gaming sessions, the players play directly against or with each other without redirecting the gaming data through any game server. In block 20, the e-game session terminates, at which time the local game server may obtain the session

4

usage records and post the records for billing. The session terminates in block 22.

FIG. 2 is a simplified flowchart of an e-game login process 30 according to the teachings of an embodiment of the present invention. A user first enters a URL (uniform resource locator) or Internet address of a game portal or web site and accesses the site stored at a local game server, as shown in block 32. The user then indicates a desire to play a game, as shown in block 34. Typically, the user may click on an icon, button, or a link which initiates a download of a game web page to the player's computer. The player may enter his or her user name, password or other authenticating data so that the game server may verify that the player is a subscription user, or a registered user, as shown in block 36. Alternatively, the game portal may allow unregistered users to play selected games or try out a predetermined number of sessions without registration requirement or payment. In blocks 38 and 40, the local game server displays a list of games available to the player and the player selects a particular game. In response to the player's game selection, the game server displays a form or a series of questions designed to solicit the player's participation rules. The participation rules include the manner in which the player chooses to participate in the game (including, for example, player, strategist or spectator) and the capabilities of the player's computer. Thereafter, the game server displays a game window to the player, as shown in block 44, so that the player may begin to participate in the game, as shown in block 46. The user login process ends in block 48.

Future e-gaming will be a multimedia session in which audio, video, data (chat), game control messages will be exchanged. The ability for a player to join an ongoing session is also desirable. Protocols such as SEP (Session Initiation Protocol), SAP (Session Announcement Protocol) and SDP (Session Description Protocol) provide these features. For example, an SIP INVITE with SDP is used before the e-gaming session begins for capability exchange which includes codes for audio and video UDP ports for voice, video and gaming control messages. SAP is used to announce an ongoing e-gaming session to new players. After the session initiation and capabilities exchange phase, the gaming server initiates the resource reservation phase for packet cable by using QoS. After the resource reservation phase, the players are created and game session setup messages are exchanged.

FIG. 3 is a message flow diagram of an e-game session initiation and resource reservation process according to an embodiment of the teachings of the present invention. A first player 50 (Player 1) sends a session participation request message 52 containing the name or identifier of a second player 62 (Player 2) to a local game server 54. Session participation request message 52 may include bandwidth requirements and the QoS requirements for the gaming session. For example, the QoS requirements may include end-to-end packet delay, maximum tolerable lag, etc. The session descriptor may also contain a description of the user's computer terminal capabilities, such as processing power, memory, modem speed, etc. The session setup protocol can use an extended SIP and SDP message set. The SIP can be extended to support QoS for different classes of games. For example, a class of games (Class 1) may be characterized by turn-based real-time game playing, such as chess, checkers, and cards; a second class of games (Class 2) may be characterized by real-time interactive games that preferably have latency less than 50 milliseconds, for example; a third class of games (Class 3) may be characterized by real-time action/simulation/role playing games

US 6,845,389 B1

5

where latency less than 50 milliseconds is required for optimal game play. Still a fourth class (Class 4) may be characterized by low-demand spectator and strategists in a gaming session which is satisfied by best efforts using available bandwidth.

The required QoS for a communication session may be directly correlated to the cost billed to the participant. The requested level of security may also be considered. The following table shows different billing types for e-gaming that can be accomplished with extended SDP contemplated by the present invention.

| BILLING | ID |
|---|---|
| Pay as You Play (time-based) | 1 |
| Pay Per Session | 2 |
| Subscription | 3 |
| Free Based on a Conditional Criteria | 4 |
| Free | 5 |

An example of an SIP INVITE with extended SDP message of the present invention to carry session information and billing information is shown below:

C->SI: INVITE sip:jerry@can.nortelnetworks.com SIP/2.0

Via: SIP/2.0/UDP rich.us.nortelnetworks.com

From: TOM <sip:tom@us.nortelnetworks.com>

To: JERRY <sip:jerry@can.nortelnetworks.com>

Call-ID: 2892326565@rich.us.nortelnetworks.com

Cseq: 1 INVITE

Subject: Lets Play Diablo game

Content-Type: application/sdp

Content-Length: . . .

V=0

0=tom 2346442901 2346444901 IN IP4 47.177.57.140

s=Online Game

I=A new e-Game called Diablo

U=http://www.games.com/diable.pdf

C=IN P4 games.rich.nortelnetworks.com

T=2312349034 2312623423

*M=application 42012 udp gm

*B=50

*A=qos:mandatory sendrecv 3

*A=security:mandatory sendrecv

*A=billing:mandatory 1

The C field may contain a unicast or multicast address. The fields marked with an "*" are or include extensions according to the present invention. M is used to specify the game format (gm) type; B is used to specify the required bandwidth or the latency requirement of 50 milliseconds; A indicates the QoS requirement of game classification level 3 and the security requirements, the security requirements, and the billing classification. The standard SIP protocol is described in "SIP: Session Initiation Protocol", Request For Comments 2543.

A game server 54 local to Player 1 then seeks out the game server for Player 2, one onto which Player 2 is logged in. Game server 54 searches its directory and proxies the message to that game server 58. If the second game server cannot be located, the INVITE message is forwarded to another server in the global computer network or Internet 57 which may be able to determine the address of the game server for Player 2. The following is an example of a

6

message sent to Player 1 from game server 54 in response to the INVITE message.

S1->C: SIP/2.0 180 Ringing

Via: SIP/2.0/UDP rich.us.nortelnetworks.com

From: TOM <sip:tom@us.nortelnetworks.com>

To: JERRY <sip:jerry@can.nortelnetworks.com>

Call-ID: 2892326565@rich.us.nortelnetworks.com

Cseq: 1 INVITE

Content Length: 0

The INVITE message eventually reaches game server 58 and Player 2 (Paths 56 and 60, respectively). Player 2 may modify the session descriptor to suit his or her needs.

Player 2 then sends a negotiating message such as an SIP OK message with session QoS requirements (possibly modified) and his or her terminal capabilities to game server 58 (path 64), which forwards the message to game server 54 for Player 1 (path 66).

Before forwarding the OK message, game server 58 for Player 2 communicates the QoS requirement information to its policy server 67 (path 69), which invokes the QoS-enabling mechanism in the access network of Player 2.

On receiving the negotiating message (OK message), game server 54 of Player 1 communicates the QoS data to its policy server 70 (path 68). Policy server 70 makes an admission control decision at this point for the session, based on the requested QoS and resource availability. If Players 1 and 2 are successfully admitted, policy server 70 then triggers the access resource reservation phase (not shown) at its access terminator system (ATS) 72. After the access resource reservation is successfully completed, the OK message is forwarded to Player 1 by game server 54 (path 74). Player 1 then sends an "Acknowledgement" or ACK message directly to Player 2, as indicated by path 76. The ACK message can be routed directly without passing through the game servers because both players know each other's HP address through the "Session Participation Request" and the "Negotiating" messages. The receipt of the ACK message by Player 2 completes the capability nego-tiation and QoS provisioning phase session setup phase. The e-gaming session can now begin. ATS 72 and 73 or access concentrators/routers 82 and 84 may start generating usage records for the gaming session to facilitate billing.

In the present example, an assumption was made that resource reservation is required only in access. For cable, DOCSIS 1.1 resource allocation is invoked at a cable modem terminator system to support the QoS for various e-gaming sessions. The policy server also configures the routers in the access network to support the required QoS for the gaming session. If end-to-end resource reservation is needed, layer 3 reservation mechanisms such as Resource reservation Protocol, set forth in Request for Comments 2205, can be used.

After the session setup phase, the exchange of actual gaming messages between players begins. Each move or input of a player is encapsulated in a message and sent to the opponent player(s). In the present invention, the gaming messages can be sent directly between players via the Internet without passing through one or more game servers. In conventional e-gaming sessions these messages are trans-ported over (UDP), an unreliable protocol and unsuitable for e-gaming. The player input and movement messages are not only time-critical, but also require lossless and reliable sequential delivery. A packet delivered out of order becomes meaningless. Lost packets may result in players' moves being lost. The game session is terminated by using the SIP BYE message sent by a user's computer to the local game

US 6,845,389 B1

7

server. This enables the termination of the session with respect to that particular player if more than two players are playing or the entire session if only two players are playing. Billing records are then generated for the terminating player(s).

Protocols such as DOCSIS 1.1 support the simultaneous transmission of multiple traffic flows over the cable medium providing the negotiated QoS guarantees. In the downstream direction the DOCSIS MAC can schedule traffic directly to meet the negotiated QoS. Therefore, special scheduling is not required. The upstream channel is contention-based and various types of polled/request/grant schemes are used to control the resource assignment and hence, the QoS, over the upstream channel. DOCSIS 1.1 allows negotiation of QoS parameters such as bandwidth, traffic priority, latency and jitter. DOCSIS 1.1 supports non-real-time polling, unsolicited grant, real-time polling and unsolicited grant with activity detection upstream scheduling services.

In non-real-time polling, the ATS sends an unicast polling message (REQUEST OPPORTUNITY) to the cable modem, for example. If there is data to send, the cable modem sends a REQUEST message to the ATS and is replied by a GRANT message by the ATS if resource is available. This method is suitable for non-real-time, bursty data applications such as web browsing and file transport protocol (FTP).

In unsolicited grant, periodic grants are sent by the ATS to the cable modem at fixed intervals. This is suitable for constant bit rate traffic like PCM-encoded voice. Strict jitter control is provided.

In real-time polling, ATS always provides periodic unicast polls. Thus any flow is guaranteed to receive periodic REQUEST OPPORTUNITY. This is suitable for bursty video or VoIP with silence suppression.

In unsolicited grant with activity detection, ATS provides unsolicited grant when the flow is activated and provides periodic unicast polls when the flow is inactive. This is suitable for VoIP traffic with comfort noise generation. Activity detection by the cable modem is required.

The data traffic generated by a player during e-gaming can be quite unpredictable and bursty. However, once a message is generated, it needs to be delivered to the other player(s) within the shortest possible time. If unsolicited grant is used with a proper selection of the rate of the grants, optimal access is guaranteed. However, since the message generation can be quite random, much grants and thus resources can be wasted. If the data generated by each move of the player is fixed, the optimal resource usage with guaranteed access delay to a certain degree can be achieved by using the real-time polling scheduling algorithm.

Referring to FIG. 4, a message flow diagram showing the process for a player to join an ongoing e-game session is shown. As described above, SAP may be used to multicast gaming information, which also includes the QoS, security and billing information associated with the gaming session. Sessions are described using SDP. SAP announcer periodically multicasts packets containing the description of the session to a well-known multicast IP address and port. When a player initiates a communication or e-game session, the session information is registered with the local SAP server. A new player can listen to the well known IP address or port to receive the SAP message containing the session information. For example, the SAP message may contain the session title, QoS class and billing information, multicast address, IP address of the game host, etc. The following shows the SAP message header with extended SDP according to the present invention.

8

| 0 | | | | | 8 | | 16 | 32 |
|---|---|---|---|---|---|---|---|---|
| V = 1 | A | R | T | E | C | Auth Length | Msg ID hash |
| Originating Source . . . | | | | | | | | |
| Optional Authentication Data . . . | | | | | | | | |
| Optional Payload Type . . . Application/SDP* | | | | | | | | |
| Extended SDP* | | | | | | | | |

The fields marked with an "*" indicates information added according to an embodiment of the present invention.

Referring to FIG. 4, a new player 90 desires to join an ongoing e-game session 92 involving multiple players 94–96, who are respectively associated with local game servers 98–100. Player 90 sends a session participation request message such as an SIP INVITE message to 104 to his/her local game server 102. The session participation request message includes an ALSO header which contains the multicast address of the game session that the new player wants to join as well as the QoS requirements of the new player. Further, the flag field of the Call-Disposition argument of the INVITE message is set to "REACH FIRST, " which indicates that only one current player needs to acknowledge the receipt of the INVITE message. Local game server 102 then multicasts 106 the SIP INVITE to all participants 94–96 of the game. The INVITE message reaches all the players current in the game, and at least one of the players replies with a 200-class OK message 108. If local game server 102 does not support multicasting, it may return a 600-class response to player 90. Player 90 then sends an INVITE message with an ALSO field containing the address of the host player obtained from the SAP/SDP message. The OK message may include a QoS requirement for the communication session. On receiving the OK message, local game server 102 communicates the QoS information of player 90 to a policy server 112. Policy server 112 makes an admission control decision at this point for the session, based on the requested QoS and resource availability in the access network. If resources can be allocated according to the QoS requirements, then the OK message 114 is forwarded to player 90. On receiving the OK message, player 90 or his/her computer sends an ACK message 116 to local game server 102. Local game server 102 then multicasts the ACK message 118 to all current game participants. The game host server (not shown) adds player 90 to the current state of the game, and player 90 is allowed to join in the ongoing game. All the current players and the new player then continue in the gaming session using multicast messages without any server involvement. The game session may be terminated using a SIP BYE message, which is sent via the local game servers.

Although the present invention has been described primarily in connection with e-gaming, it is equally applicable to a multi-user communication session where interactivity is desired. For example, the present invention may be used to implement a multimedia conference session between multiple users.

While the invention has been particularly shown and described by the foregoing detailed description, it will be understood by those skilled in the art that various changes, alterations, modifications, mutations and derivations in form and detail may be made without departing from the spirit and scope of the invention.

What is claimed is:

1. A method of setting up a multi-user communication session over a global computer network, comprising:

sending a session participation request message from a first user to a second user, the session participation

US 6,845,389 B1

**9**

request message including the first user's QoS requirements for the session;

receiving a negotiating message from the second user by the first user in response to the session participation request message, the negotiation message including the second user's QoS requirements for the session responsive to the first user's QoS requirements;

determining resource availability in access networks of the first and second users according to the second user's QoS requirements;

reserving resources in the respective access networks of the first and second users in response to resources being available to achieve the second user's QoS requirements; and

sending an acknowledgement message from the first user to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

**2**. The method, as set forth in claim **1**, wherein sending the session participation request message comprises sending a SIP INVITE message.

**3**. The method, as set forth in claim **1**, wherein sending the session participation request message comprises sending an SIP INVITE message, with extended SDP specifying QoS requirements and security requirements.

**4**. The method, as set forth in claim **1**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying a latency requirement.

**5**. The method, as set forth in claim **1**, wherein sending a negotiating message from the second user to the first user comprises sending a SIP OK message including a modification of the first user's QoS requirements.

**6**. The method, as set forth in claim **1**, wherein sending a negotiating message from the second user to the first user comprises sending a SIP OK message including the second user's QoS requirements being the same as the first user's QoS requirements.

**7**. The method, as set forth in claim **1**, wherein sending the session participation request message comprises sending an SIP INVITE message, with extended SDP specifying a session classification indicative of QoS requirements for the communication session.

**8**. A method of setting up an e-gaming session played over a global computer network, comprising:

sending a session participation request message from a first player to a second player via a first game server, the session participation request message including the first player's QoS requirements for the session;

receiving a negotiating message from the second player via a second game server by the first player in response to the session participation request message, the negotiation message including the second player's QoS requirements for the session responsive to the first player's QoS requirements;

determining resource availability in the first player's access network according to the second player's QoS requirements and reserving resources in the first player's access network in response to resources being available to achieve the second player's QoS requirements; and

sending an acknowledgement message from the first player directly to the second player in response to receiving the negotiating message to indicate the completion of QoS provisioning.

**10**

**9**. The method, as set forth in claim **8**, further comprising:

determining resource availability in the second player's access network according to the second player's QoS requirements; and

reserving resources in the second player's access network in response to resources being available to achieve the second player's QoS requirements.

**10**. The method, as set forth in claim **8**, wherein sending the session participation request message comprises sending a SIP INVITE message.

**11**. The method, as set forth in claim **8**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**12**. The method, as set forth in claim **8**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying a game format type, a latency requirement, and a game classification.

**13**. The method, as set forth in claim **8**, wherein sending a negotiating message from the second player to the first player comprises sending a SIP OK message including a modification of the first player's QoS requirements.

**14**. The method, as set forth in claim **8**, wherein sending a negotiating message from the second player to the first player comprises sending a SIP OK message including the second player's QoS requirements being the same as the first player's QoS requirements.

**15**. The method, as set forth in claim **8**, wherein sending the session participation request message comprises sending an extended SIP INVITE message specifying a game classification indicative of QoS requirements for the e-gaming session.

**16**. The method, as set forth in claim **8**, further comprising:

determining an address of a second game server which the second user is logged on;

sending the session participation request message from the first player to the second player via the first and second game servers; and

sending the negotiating message from the second player to the first player also via the first and second game servers.

**17**. The method, as set forth in claim **8**, further comprising preparing billing records in response to the reserved resources and QoS requirements for the session.

**18**. A multi-user communication system over a global computer network, comprising:

a first server onto which a first user is logged;

a first policy server in communication with the first server;

a second server onto which a second user is logged;

a second policy server in communication with the second server;

the first user sending a session participation request message to the second user via the first and second servers, the session participation request message including the first user's QoS requirements for the session;

the second user sending a negotiating message to the second server in response to receiving the session participation request message, the negotiation message including the second user's QoS requirements for the session responsive to the first user's QoS requirements;

the second policy server determining resource availability in the second user's access network according to the

11                                                                    12

second user's QoS requirements and reserving resources in the second user's access network in response to resources being available to achieve the second user's QoS requirements;

forwarding the negotiating message from the second server to the first server;

the first policy server determining resource availability in the first user's access network according to the second user's QoS requirements and reserving resources in the first user's access network in response to resources being available to achieve the second user's QoS requirements;

forwarding the negotiating message from the first server to the first user; and

sending an acknowledgement message directly from the first user to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

**19**. The system, as set forth in claim **18**, wherein sending the session participation request message comprises sending a SIP INVITE message.

**20**. The system, as set forth in claim **18**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**21**. The system, as set forth in claim **18**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying a latency requirement.

**22**. The system, as set forth in claim **18**, wherein sending a negotiating message from the second user to the first user comprises sending a SIP OK message including a modification of the first user's QoS requirements.

**23**. The system, as set forth in claim **18**, wherein sending a negotiating message from the second user to the first user comprises sending a SIP OK message including the second user's QoS requirements being the same as the first user's QoS requirements.

**24**. The system, as set forth in claim **18**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying a session classification indicative of QoS requirements for the communication session.

**25**. The system, as set forth in claim **18**, wherein sending the acknowledgement message comprises sending an SIP ACK message.

**26**. A local communication system, comprising:

means for receiving logging in information from a user local to the local communication system;

means for receiving a request for a communication session with a second user from the first user;

means for sending a session participation request message to a second local communication system associated with the second user, the session participation request message including the first user's QoS requirements for the communication session;

means for receiving a negotiation message from the second local communication system, session responsive to the first user's QoS requirements;

means for determining resource availability in access network of the first user according to the second user's QoS requirements and reserving resources in the first user's access network; and

means for sending an acknowledgement message directly from the first user to the second user in response to receiving the negotiation message.

**27**. The system, as set forth in claim **26**, wherein the means for sending the session participation request message comprises means for sending a SIP INVITE message.

**28**. The system, as set forth in claim **26**, wherein the means for sending the session participation request message comprises mans for sending an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**29**. The system, as set forth in claim **26**, wherein the means for sending the session participation request message comprises means for sending an SIP INVITE message with extended SDP specifying a latency requirement.

**30**. The system, as set forth in claim **26**, wherein the means for receiving a negotiating message from the second local communication system comprises means for sending a SIP OK message including a modification of the first user's QoS requirements.

**31**. The system, as set forth in claim **26**, wherein the means for receiving a negotiating message comprises means for sending a SIP OK message including the second user's QoS requirements being the same as the first user's QoS requirements.

**32**. The system, as set forth in claim **26**, wherein the means for sending the session participation request message comprises means for sending an SIP INVITE message with extended SDP specifying a session classification indicative of QoS requirements for the communication session.

**33**. The system, as set forth in claim **26**, wherein means for sending the acknowledgement message comprises means for sending an SIP ACK message.

**34**. A computer-enabled method for a multi-user communication session over a global computer network, comprising:

allowing a first user to log-in at a web site stored at a first local server;

receiving, from the first user, an identification of a second user for the communication session;

sending a first message to the second user via a second local server, the first message including the first user's QoS requirements for the communication session;

receiving a second message from the second user via the second local server in response to the first message, the second message including the second user's QoS requirements for the session responsive to the first user's QoS requirements;

determining resource availability in access networks of the first user according to the second user's QoS requirements;

reserving resources in an access network of the first user in response to resources being available to achieve the second user's QoS requirements; and

sending a third message directly to the second user in response to receiving the second message to indicate the completion of QoS provisioning.

**35**. The method, as set forth in claim **34**, wherein sending the first message comprises sending an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**36**. The method, as set forth in claim **34**, wherein sending the first message comprises sending an SIP INVITE message with extended SDP specifying a latency requirement.

**37**. The method, as set forth in claim **34**, wherein receiving a second message comprises receiving a SIP OK message including a modification of the first user's QoS requirements.

**38**. A computer-enabled method for a multi-user communication session over a global computer network, comprising:

US 6,845,389 B1

**13**

allowing a first user to log-in at a web site stored at a first local server,

receiving a first message from the user via the first local server and a second local server, the first message including the first user's QoS requirements for the communication session;

sending a second message to the first user via the second local server and the first local server in response to the first message, the second message including the second user's QoS requirements for the session responsive to the first user's QoS requirements;

determining resource availability in access networks of the second user according to the first user's QoS requirements;

reserving resources in an access network of the second user in response to resources being available to achieve the second user's QoS requirements; and

**14**

receiving a third message directly from the first user in response to receiving the second message to indicate the completion of QoS provisioning.

**39**. The method, as set forth in claim **38**, wherein receiving the first message comprises receiving an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**40**. The method, as set forth in claim **38**, wherein receiving the first message comprises receiving an SIP INVITE message with extended SDP specifying a latency requirement.

**41**. The method, as set forth in claim **38**, wherein sending a second message comprises sending a SIP OK message including a modification of the first user's QoS requirements.

\* \* \* \* \*

Case 09-10138-MFW   Doc 14559-2   Filed 10/14/14   Page 539 of 116

EXHIBIT J

US006901048B1

(12) **United States Patent** (10) Patent No.: **US 6,901,048 B1**

Wang et al. (45) Date of Patent: **May 31, 2005**

(54) **LINK-LEVEL PROTECTION OF TRAFFIC IN A PACKET-SWITCHED NETWORK**

(75) Inventors: **Guo Qiang Q. Wang**, Nepean (CA);
**Kent E. Felske**, Kanata (CA); **Wenfeng Chen**, Kanata (CA); **Chenjiang Hu**,
Nepean (CA); **Liangyu L. Jia**, Kanata (CA)

(73) Assignee: **Nortel Networks Limited** (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 981 days.

(21) Appl. No.: **09/603,355**

(22) Filed: **Jun. 26, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/378,141, filed on Aug. 20, 1999, now Pat. No. 6,535,481.

(51) Int. Cl.[7] .............................................. **G01R 31/08**
(52) U.S. Cl. ........................ **370/228**; 370/216; 370/220
(58) Field of Search ................................. 370/216–220, 370/222, 223, 225, 227, 228, 242, 244, 247, 248, 250, 251, 226

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,850,505 A    12/1998  Grover et al. ......... 395/182.02

| | | | | |
|---|---|---|---|---|
| 5,870,382 A | * | 2/1999 | Tounai et al. | 370/220 |
| 6,163,525 A | * | 12/2000 | Bentall et al. | 370/227 |
| 6,456,626 B1 | * | 9/2002 | Whiting et al. | 370/409 |
| 6,512,740 B1 | * | 1/2003 | Baniewicz et al. | 370/216 |
| 6,549,513 B1 | * | 4/2003 | Chao et al. | 370/227 |
| 6,643,254 B1 | * | 11/2003 | Kajitani et al. | 370/217 |

* cited by examiner

*Primary Examiner*—Phirin Sam
(74) *Attorney, Agent, or Firm*—Steubing McGuiness & Manoras LLP

(57) **ABSTRACT**

In a packet-switched network having a plurality of nodes interconnected by links, pre-defined protection paths provide protection of a selected plurality of links. Adjacent nodes connected by a protected link are adapted to detect a failure of the protected link, to encapsulate packets within tunnel packets, to differentiate between tunnel packets and non-tunnel packets and to exchange the tunnel packets via a protection path rather than via the failed link. This results in faster automatic protection switching of packet-based traffic. The invention is particularly suited to an Internet Protocol network.

36 Claims, 18 Drawing Sheets





FIG. 1



# FIG. 2A

| SOURCE NODE (210) | DESTINATION NODES (220) | NEXT HOP LINK AS VIEWED BY NODE 1 (201) | NEXT HOP LINK AS VIEWED BY NODE 2 (202) | NEXT HOP LINK AS VIEWED BY NODE 3 (203) | NEXT HOP LINK AS VIEWED BY NODE 4 (204) | NEXT HOP LINK AS VIEWED BY NODE 5 (205) |
|---|---|---|---|---|---|---|
| 1 | 2 | A | PROCESS | D | E | F |
| 1 | 3 | B | D | PROCESS | H | G |
| 1 | 4 | B | E | H | PROCESS | H |
| 1 | 5 | C | F | G | I | PROCESS |
| 2 | 1 | PROCESS | A | G | B | C |
| 2 | 3 | B | D | PROCESS | H | G |
| 2 | 4 | B | E | H | PROCESS | I |
| 2 | 5 | C | F | G | I | PROCESS |
| 3 | 1 | PROCESS | A | G | B | C |
| 3 | 2 | A | PROCESS | D | E | F |
| 3 | 4 | B | E | H | PROCESS | I |
| 3 | 5 | C | F | G | I | PROCESS |
| 4 | 1 | PROCESS | A | G | B | C |
| 4 | 2 | A | PROCESS | D | E | F |
| 4 | 3 | B | D | PROCESS | H | G |
| 4 | 5 | C | F | G | I | PROCESS |
| 5 | 1 | PROCESS | A | G | B | C |
| 5 | 2 | A | PROCESS | D | E | F |
| 5 | 3 | B | D | PROCESS | H | G |
| 5 | 4 | B | E | H | PROCESS | I |

FIG. 2B



FIG. 3

Case 1:14-cv-00055-SLR-MPH Document 14559-2 Filed 01/17/14 Page 53 of 157 PageID #: 208



FIG. 4

Case 1:14-cv-00055-SLR-MPW    Document 14559-2    Filed 01/17/14    Page 54 of 157 PageID #: 209



FIG. 5



FIG. 6



FIG. 7A



FIG. 7B



FIG. 8



FIG. 9

Case 1:14-cv-00055-SLR-MPW Document 145-2 Filed 01/17/14 Page 60 of 157 PageID #: 215



FIG. 10A

U.S. Patent     May 31, 2005     Sheet 13 of 18     US 6,901,048 B1



FIG. 10B



FIG. 10C



FIG. 10D



FIG. 11A



FIG. 11B

Case 1:14-cv-00055-SLR-MFW Document 14559-2 Filed 01/17/14 Page 65 of 157 PageID #: 220



**FIG. 12**



FIG.13

US 6,901,048 B1

1

# LINK-LEVEL PROTECTION OF TRAFFIC IN A PACKET-SWITCHED NETWORK

## CROSS-REFERENCES TO RELATED APPLICATIONS

This is a continuation-in-part of U.S. patent application Ser. No. 09/378,141, filed Aug. 20, 1999, now U.S. Pat. No. 6,535,481, entitled "Network Data Routing Protection Cycles for Automatic Protection Switching", assigned to the assignee of the present invention and incorporated by reference herein in its entirety.

## FIELD OF THE INVENTION

The present invention relates to computer networks, and more specifically to a computer network that provides automatic protection switching to re-route data packets in the event of a network link failure.

## BACKGROUND OF THE INVENTION

In an Internet Protocol (IP) based computer network, data routing algorithms such as Open Shortest Path First (OSPF), Intermediate System-Intermediate System (IS—IS), and Routing Information Protocol (RIP) are used to determine the path that data packets travel through the network. When a link between two network routers fails, the routing algorithms are used to advertise the failure throughout the network.

Most routers can detect a local link failure relatively quickly, but it takes the network as a whole a much longer time to converge. This convergence time is typically on the order of 10–60 seconds depending on the routing algorithm and the size of the network. Eventually, all of the involved routers learn of the link failure and compute new routes for data packets to affected destinations. Once all the routers converge on a new set of routes, data packet forwarding proceeds normally.

Routing algorithms such as OSPF are dependent on the topology of the network, based upon which each node computes the "next hop" routing segment for a packet having a particular source-destination pair. The combined next hop computations of the various nodes in the network result in an end-to-end route being defined for each source-destination pair through multiple nodes. However, traffic considerations within the network are not taken into account by routing algorithms such as OSPF. Thus, although a small number of hops may exist between a particular source node and a particular destination node, the travel time of a packet emitted by the source node will depend strongly on the extent to which the resources of the intermediate links are busy processing traffic.

As a result, packets may experience a long, variable and unpredictable delay as they travel from source to destination. This property is inherent to the dynamic routing characteristics of OSPF and other routing algorithms and is known as "best effort" traffic delivery. The variability and unpredictability of the delay experienced by a packet are even worse following the occurrence of a link failure at some point along the route defined by the next hop information in each intermediate node. In order to recover from the failure, the nodes at either end of the failed link must detect the failure and update their next hop information in order to bypass the failed link.

Typically, some intermediate nodes not located on the original route from source to destination will suddenly become next hops in the alternate route intended to bypass

2

the failed link. This not only forces such new intermediate nodes to spend time computing a set of next hops but also increases the amount of traffic passing through the new intermediate nodes.

The time taken by a node to detect a failure is known as the "detection time" and the time taken by all nodes to converge to an alternate route is known as the "hold-down time". These times will vary according to the routing algorithm used. In the case of the OSPF routing algorithm, the detection time is at least 0.05 seconds and the hold-down time is at least as long as 2 seconds. In general, therefore, it is impossible to recover from failure of a link before at least 2.05 seconds have elapsed. This minimum overall delay does not even take into consideration the additional delay due to congestion at the nodes or links encountered in the alternate path. Thus, the resulting delay will be on the order of seconds, which is intolerable as far as voice, video, medical or other mission-critical communications are concerned.

Furthermore, the choice of an alternate route may affect the reliability, speed and availability of virtual private networks (VPNs) already established by an Internet service provider (ISP) and paid for by its customers. To maintain customer satisfaction, the ISP may have to provide higher capacity equipment in order to handle any potential increase in traffic in the event of a failure. Due to the mesh architecture of the Internet, the ISP cannot pinpoint where a traffic increase is liable to occur and thus it may have to upgrade all the equipment in the region it serves. Clearly, this requires an added investment by the ISP in terms of high-capacity routers and transport equipment.

Moreover, while the network is converging after a link fails, transient loops can occur which consume valuable bandwidth. Loop prevention algorithms have been proposed to eliminate such transient loops. When using these algorithms, routes are pinned until the network has converged and the new routes have been proven to be loop-free. Although loop prevention algorithms have the advantage that data packets flowing on unaffected routes are not disrupted while transient loops are eliminated, their main drawback is that data packets directed out of a failed link get lost, or "black holed," during the convergence process. Loop prevention algorithms also extend the convergence time somewhat while new routes are being verified to be loop-free.

Clearly, the industry is in need of a protection switching mechanism that is sufficiently fast to prevent the loss of high-priority traffic ordinarily travelling through one or more failed links, without unpredictably overloading the remaining operational links during a protection mode.

## SUMMARY OF THE INVENTION

It would therefore be desirable to provide a method and router for routing packets which would result in faster automatic protection switching of traffic which ordinarily travels across a link that has recently been found to have failed. It would also be an advantage to reduce the variability in the delay taken by the protected traffic once automatic protection switching has been initiated.

The present invention allows these features and advantages to be achieved through the use of datagram encapsulation in combination with the concept of protection paths (or protection cycles or "p-cycles") in a packet-switched environment. Each protection path consists of a closed loop passing through nodes and across links in the network. Links which are part of the protection paths or links whose end

US 6,901,048 B1

3

nodes are part of a given protection path are said to be protected by that protection path.

When failure of a protected link is detected by a node adjacent to that protected link, a tunnel is established between the end nodes of the link. That is to say, datagrams which would ordinarily be transmitted across the failed link are encapsulated within the bodies of larger datagrams that are transmitted across the protection path. The various nodes in the network are adapted to distinguish between so-called "tunnel" datagrams and "non-tunnel" datagrams.

Because the protection path can be pre-defined, the main consumption of time is in the detection of the fault and the establishment of a tunnel, both of which can be done at a sufficiently low layer to allow ring-like protection speeds in a mesh network.

Thus, the present invention can be summarized according to a first broad aspect as a method of routing packets intended to be transmitted across a network link protected by a protection path defined by a closed loop of nodes and links through the network. The method includes determining whether the protected link has failed and, if the protected link has not failed, sending the packets across the protected link; otherwise, encapsulating the packets within tunnel packets and sending the tunnel packets along the protection path.

According to a second broad aspect, the invention may be summarized as a method including the steps of determining the destination node associated with a received packet and determining whether the received packet is a tunnel packet encapsulating another packet within its body. There are four possible cases. Firstly, if the destination node associated with the received packet is the current node and if the received packet is not a tunnel packet, the node processes the received packet without further forwarding.

Secondly, if the destination node associated with the received packet is not the current node and if the received packet is not a tunnel packet, the node forwards the received packet based on the destination node associated with the received packet. Thirdly, if the destination node associated with the received packet is the current node and if the received packet is a tunnel packet, the node retrieves the encapsulated packet from the received packet and forwards it based on the destination node associated with the encapsulated packet. Finally, if the destination node associated with the received packet is not the current node and if the received packet is a tunnel packet, the node determines the identity of a protection path along which the tunnel packet was received and forwards the received packet along a next link in that protection path.

The invention may be summarized according to a third broad aspect as a method of switching traffic in a packet-switched network, including the steps of responding to detection of a failure of a link connecting a pair of adjacent nodes by encapsulating packets within the bodies of tunnel packets and forwarding the tunnel packets along a pre-defined protection path which bypasses the failed link.

Also within the scope of the invention are articles of manufacture comprising computer readable media as well as routers designed to implement these methods.

According to another broad aspect, the invention may be summarized as a protection cycle manager that processes data packets in the event of a failure of a link connected to a routing node. The protection cycle manager includes a packet identifier that identifies, as protection cycle packets, data packets having a specific protection cycle format that includes a packet source and a packet destination and an indication that the packet is a protection cycle packet.

4

The protection cycle manager also includes a packet processor that processes each protection cycle packet to determine whether the packet destination corresponds to the routing node, and:

i. if the packet destination corresponds to the routing node, the protection cycle packet is treated by the routing node as a data packet received from the packet source via the failed link; and

ii. if the packet destination does not correspond to the routing node, the protection cycle packet is sent to a protection cycle node associated with the routing node.

BRIEF DESCRIPTION OF THE DRAWINGS

These and other aspects and features of the present invention will now become apparent to those of ordinary skill in the art upon review of the accompanying description of specific embodiments of the invention in conjunction with the accompanying drawings, in which:

FIG. 1 shows a computer network which uses MPLS protection cycles to achieve automatic protection switching, according to an embodiment of the invention;

FIG. 2A shows, in schematic form, a network consisting of a plurality of nodes 1–5 interconnected by links A–I;

FIG. 2B is an example of routing tables used by the nodes in FIG. 2A to route received datagrams and locally generated datagrams;

FIG. 3 shows the network of FIG. 2A which uses an Internet Protocol protection cycle to achieve automatic protection switching, according to an embodiment of the invention;

FIG. 4 is a flowchart showing high-level operation of the network of FIG. 3 in the event of a failure of a protected link, according to an embodiment of the invention;

FIG. 5 is a flowchart showing operation of a node in accordance with an embodiment of the invention;

FIG. 6 shows the network of FIG. 3 during normal operation, wherein a route has been established from node 1 to node 3 via node 4;

FIG. 7A shows a flowchart illustrating operation of nodes 1 and 4 in the scenario of FIG. 6;

FIG. 7B shows a flowchart illustrating operation of node 3 in the scenario of FIG. 6;

FIG. 8 shows the network of FIG. 6 immediately after a fault has occurred on link B but prior to the onset of the protection switching mechanism of the present invention;

FIG. 9 shows the network of FIG. 8 during protection operation, wherein a tunnel is been established from node 1 to node 4 via node 5;

FIG. 10A is a flowchart illustrating operation of node 1 in the scenario of FIG. 9;

FIG. 10B is a flowchart illustrating operation of node 5 in the scenario of FIG. 9;

FIGS. 10C and 10D are flowcharts illustrating operation of node 4 in the scenario of FIG. 9;

FIG. 11A is a schematic representation of an original (non-encapsulated) datagram;

FIG. 11B is a schematic representation of an encapsulated datagram also known as a tunnel datagram;

FIG. 12 shows a network node router which supports protection cycles according to an embodiment of the invention; and

FIG. 13 is a flow chart illustrating the logical steps in a method of providing automatic protection switching according to an embodiment of the invention.

US 6,901,048 B1

5

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

One embodiment of the present invention uses Multi-Protocol Label Switching (MPLS) with explicit routing to establish an MPLS layer protection cycle (p-cycle) that provides automatic protection switching to reroute data packets in the event of a network link failure. Another embodiment of the invention establishes an IP-layer p-cycle through the use of tunneling of Internet Protocol (IP) datagrams with static routing.

In the MPLS embodiment, an MPLS Label Switched Path (LSP) tunnel passes through the end points of the link that will be protected. In the IP embodiment, an IP-in-IP tunnel passes through the end points of the link that will be protected. The tunnel established in either case way forms a p-cycle through which failed-link packets are directed.

A given p-cycle may protect one or multiple links. In either case, the p-cycle may be configured by hand, or automatically established using network link state and topology information derived from a routing algorithm, such as Open Shortest Path First (OSPF). Various algorithms may be used to automatically compute the specific structure of a given p-cycle. An embodiment of the invention uses a network management application for this purpose since the p-cycle will not follow an optimal path. When a p-cycle is bi-directional, a bandwidth protection mechanism may be implemented so that some of the p-cycle traffic goes one way, and the rest the other way.

FIG. 1 is an illustration of a computer network that uses an embodiment of the present invention employing MPLS p-cycle automatic protection switching. In FIG. 1, network nodes P **10** through W **17** are normally linked via the dashed lines to route data packets from node to node. In the network segment shown, the normal network links between P and I, P and U, Q and S, Q and T and W and U are also protected by a p-cycle **18**. The p-cycle **18** forms a loop through the network so that a packet sent through the p-cycle will eventually come back to its origination node if not taken out of the p-cycle by one of the nodes it passes through. In FIG. 1, LSP p-cycle **18** traverses the network segment from node P **10** to Q **11** to R **12** . . . to V **16** to W **17** and back to P **10**.

Only one p-cycle **18** is shown in FIG. 1. In practice, a p-cycle is established for every set of links to be protected. An embodiment of the invention can operate successfully in any arbitrary network topology. It should be noted, however, that to realize full link-level protection, for every two neighbours X and Y connected by link L in the network, another network path between X and Y must exist that does not include L.

Various options may be employed with respect to network-level encapsulation on the original link. For example, in one embodiment, MPLS is used on the original link and thus the labeled packet may be tunneled on the backup link using MPLS label stacking. In another embodiment of the invention described in more detail herein below, IP encapsulation is used. In any vent, multiple independent link failures may be tolerated using multiple layers of tunneling.

With continued reference to FIG. 1, the router for each node monitors its own local links. When a link failure is detected, the router for an affected node quickly routes the data packet traffic over to the p-cycle **18**. Then, the network routing algorithm advertises the link failure so that the network can be re-routed without the failed link, and a loop-prevention mechanism determines that the re-routed network is loop-free. Packet traffic may then be switched to the re-routed network and new p-cycles recalculated as necessary.

6

FIG. 12 is an illustration of a network node router which supports p-cycles according to an embodiment of the invention. Network node router **1220** is a part of a computer network **1222** of routers in mutual communication via a plurality of network node data links **1221**. Router **1220** also serves to connect one or more local area networks (LANs) **1223** having one or more workstations **1231**. Data packets enter and exit the router **1220** as controlled by a data interface driver **1224** which is connected to the network node links **1221**.

FIG. 13 is a flow chart illustration of the logical steps in a corresponding method of providing automatic protection switching according to an embodiment of the invention. A protection cycle manager (PCM) **1225** includes a p-cycle packet identifier **1251** that, in STEP **1301**, identifies as p-cycle packets, data packets that have a p-cycle label stack, which, in a one embodiment, is a standard MPLS label stack. In such an embodiment, the top label in the stack indicates the next node in the p-cycle, the next label on the stack is the identity of the destination node that ultimately receives the packet and the third label in the stack is the identity of the node creating the label stack.

Identified p-cycle packets are processed by p-cycle packet processor **1252** which, in STEP **1302**, pops the topmost label off the label stack and checks the next label to see if the router node's own identity is in the destination node position in the label stack. If not, the label for the next p-cycle node is pushed onto the stack and the packet is sent by the data interface driver **1224** via the node link **1221** to the next node on the p-cycle, STEP **1303**.

If, in STEP **1302**, the router node's own identity is carried in the destination node position in the label stack, the source node label in the label stack is checked to determine which network link the packet normally would have used, STEP **1304**. The p-cycle label stack is then deleted, STEP **1305**, and thereafter, the packet is treated as if it had been received via the normal network link **1221** from the source node, STEP **1306**.

In one embodiment, the network node router also includes a network link monitor **1226** in communication with the data interface driver **1224**. When the link monitor **1226** detects a failed link, STEP **1307**, protection cycle packeter **1253** attaches to affected data packets a p-cycle label stack having appropriate labels for source node, destination node, and p-cycle node, STEP **1308**, and the p-cycle packets are then sent to the p-cycle node for that router, STEP **1303**.

A link failure is also advertised to the network using the routing algorithm, STEP **1309**. A new network route is then established to replace the failed link, STEP **1310**, and a loop prevention algorithm is used to determine that the new network routes have converged and are loop-free, STEP **1311**.

A diffusion-based loop prevention algorithm as is known in the art may be used to detect when the network has converged so that it is safe to switch to the new routes. Such diffusion algorithms are discussed, for example, in Garcia-Lunes-Aceves, J. J., "Loop-Free Routing Using Diffusing Computations," IEEE/ACM Transactions on Networking, vol. 1, no. 1, 1993, pp. 130–141, which is hereby incorporated herein by reference. Using p-cycles with a loop prevention algorithm allows for uninterrupted service in the event of a link failure without black holing of packets on the failed link.

Another embodiment of the invention is now described with reference to FIG. 2A, wherein is shown a network having a plurality of nodes 1, 2, 3, 4, 5 interconnected by

US 6,901,048 B1

7

links A, B, C, D, E, F, G, H, I. Node 1 is connected to node
2 by link A, to node 4 by link B and to node 5 by link C; node
2 is connected to node 3 by link D, to node 4 by link E and
to node 5 by link F; node 3 is connected to node 5 by link
G and to node 4 by link H; and node 4 is connected to node
5 by link I. The links A–I can be physical links (e.g., optical
fibers, coaxial cables, twisted pairs, radio links) or logical
links (e.g., SONET STS paths or ATM virtual channel
connections). The links A–I could be uni-directional or
bi-directional.

The network of FIG. 2A could be an Internet Protocol (IP)
network, in which case the various nodes in the network are
responsible for producing, forwarding and/or processing IP
datagrams. However, the invention is not limited to IP
networks and is applicable to any type of packet-switched
network which involves the transmission of datagrams.

Each node is equipped with a memory as well as circuitry,
control logic or software for routing produced or received
datagrams in accordance with the contents of a routing table.
The routing table used by a particular node can be stored in
the node's memory. The routing table is specific to that node
and indicates the link across which that node should forward
a datagram, for each combination of source and destination
address.

In simple cases, the routing table could be entered into
memory in a manual fashion by an operator. Alternatively,
the routing table associated with a particular node could be
downloaded from a network administration server, which
could be connected to the network and may have its own
address. In still other embodiments, the routing table used at
each node is computed and updated by the node itself. For
example, a distributed routing algorithm may be run by all
nodes in parallel in order to determine the next link over
which a produced or received datagram should be for-
warded.

A suitable routing algorithm is the open shortest path first
(OSPF) algorithm described in J. Moy, "Network Working
Group Request for Comments RFC1583, OSPF Version 2",
March 1994, which can be found on line at http://
www.cis.ohiostate.edu/htbin/rfc/rfc1583.html and which is
incorporated by reference herein. The OSPF algorithm
requires each node to collect and process network topology
information, such as the identity of each node and that of its
direct neighbours. A higher layer protocol may be used for
gathering such information at each node and for distributing
it throughout the network.

With reference now to FIG. 2B, there is shown a master
routing table which could be used by nodes 1, 2, 3, 4, 5 in
order to route datagrams in the network of FIG. 2A. A single
master routing table is illustrated in order to capture routing
information pertaining to all 5 nodes in the network of FIG.
2A. However, the actual routing table stored within a
particular one of the nodes 1–5 might consist of the source
and destination node columns **210, 220** and a single one of
the "next hop" columns **201–205**.

While the contents of the next hop columns **201–205** can
be obtained by inspection, as in this case, those skilled in the
art will appreciate that a similar set of tables could be
obtained by running a routing algorithm at each of the nodes.
Thus, node 1 could be responsible for computing column
**201**, node 2 could compute column **202**, etc.

The entry in a given row in column **201** specifies the link
on which node 1 is to forward a produced or received
datagram having a SOURCE field which matches the cor-
responding entry in column **210** and having a DESTINA-
TION field which matches the corresponding entry in col-

8

umn **220**. An identical rule applies to next hop columns
**202–205** and nodes 2 through 5, respectively. For instance,
if node 4 produces or receives a datagram with node 1 as the
source and node 2 as the destination, then node 4 would
forward this datagram directly to node 2 across link E.

It is noted that some entries in the next hop columns
**201–205** are marked "process". Specifically, a "process"
entry in next hop column 20x (corresponding to node x)
appears whenever the destination node is node x, regardless
of the source node. In other words, a node which receives a
datagram destined for itself must "process" the datagram. As
will be described in further detail herein below, the nature of
the "process" operation depends on whether or not the
received datagram is a so-called "original" datagram (which
does not encapsulate another datagram in its body) or a
so-called "tunnel" datagram (which does encapsulate
another datagram in its body).

An explanation of these two types of datagrams is now
provided with reference to FIGS. 11A and 11B. Firstly, it is
to be understood that both types of datagrams comprise a
header and a body. The body contains data that is to be
transferred from a source node to a destination node. The
header contains information such as the identity of the
source and destination nodes associated with the datagram.
A common way of identifying a node is by means of an IP
address associated with the node. The header also specifies
the length of the body and contains information on the
format of the data carried in the body. For example, the data
carried in the body may be pure user data (an "original"
datagram) or it may consist of another datagram with its own
header and body (a "tunnel" datagram).

FIG. 11A shows an "original" datagram **1110** having a
header **1114** and a body **1115**, where the body **1115** contains
pure user data. The header **1114** has a SOURCE field **1111**
(wherein the source node is specified as being node 1) and
a DESTINATION field **1112** (wherein the destination node
is specified as being node 4). The header **1114** also contains
a DATA_TYPE field **1113** which contains a code (shown as
"ORI") indicative of the fact that the datagram **1110** is a
"original" datagram with pure user data in its body **1115**. In
an IP datagram, this code is referred to as the "protocol type"
which indicates whether the packet in question is a original
packet or a tunnel packet.

FIG. 11B shows a "tunnel" datagram **1120** which also has
a header **1124** and a body **1130** but in this case the body **1130**
encapsulates another complete datagram. The header **1124**
of the datagram **1120** has a SOURCE field **1121** and a
DESTINATION field **1122** which contain the appropriate
information with respect to datagram **1120**. The header **1124**
has a DATA_TYPE field **1123** which is marked "TNL
XYZ", signifying that the body **1130** of the datagram **1120**
contains an encapsulated datagram which is meant to travel
along a logical "tunnel" with an identifier XYZ. The concept
of a tunnel will be described in further detail herein below.

The IP datagram **1130** encapsulated within the body **1130**
of datagram **1120** has its own header **1134** and body **1135**.
The header **1134** has a SOURCE field **1131** and a DESTI-
NATION field **1132**, as well as a DATA_TYPE field **1133**.
The SOURCE field **1131** and the DESTINATION field **1132**
in datagram **1130** are exclusively related to datagram **1130**
and are independent of the SOURCE field **1121** and the
DESTINATION field **1122** in datagram **1120**. In the illus-
trated example, the body **1135** of datagram **1130** contains
pure user data and therefore the DATA_TYPE field **1133**
contains the same code ("ORI") as the DATA_TYPE field
**1113** in datagram **1110**. It is to be understood, however, that

US 6,901,048 B1

9

the body **1135** of the encapsulated datagram **1130** could itself encapsulate another datagram, and so on, in a nested fashion.

The present invention provides a way of protecting traffic that travels along a set of links in a mesh network such as the network of FIG. **2A**. This is enabled by first defining a set of protection cycles (p-cycles) in the network. A p-cycle can be viewed as a closed loop around three or more connected nodes in the network and effectively presents an alternate path for a set of links requiring protection. The set of protected links is defined by the configuration of the p-cycle in the sense that it includes (i) all the links forming the p-cycle itself and (ii) all the links whose end nodes are part of the same p-cycle.

FIG. **3** shows a p-cycle **310** defined for the network of FIG. **2A**. The p-cycle **310** consists of links A, D, H, I and C, as well as nodes 1–5 within that closed path which together form a closed ring. If each link is taken to be bi-directional, as is the case here, the p-cycle **310** effectively provides two alternate routes in the event of a failure on links B, E, F and G, as well as one alternate route in the event of a failure on links A, C, D, H and I. Thus, all links A–I are protected to some degree by the p-cycle **310**.

A particular link is said to be maximally protected when two or more paths can be found along a p-cycle between the end nodes of that link without including the link itself. A link is protected, but not maximally protected, when just one path can be found along some p-cycle between the end nodes of that link without including the link itself. In FIG. **2A**, links B, E, F and G are maximally protected while links A, D, H, I and C are protected but not maximally protected. While maximal protection of all links is desirable, this condition is not required. All that is needed for protection of a link is that there be at least one alternate path along a p-cycle that connects the end nodes of the link.

A network protection scheme designer can make decisions concerning the selection of the links requiring protection, the selection of the protection level of a link (maximal or not maximal), the selection of the number of p-cycles to be defined in a network and the selection of the route taken by each of the p-cycles themselves. With regard to selecting the number of p-cycles and defining their individual paths through the network, some designers may find it beneficial to rely on existing methods of defining p-cycles. One such method is described in U.S. Pat. No. 5,850,505 to W. D. Grover and M. H. MacGregor, entitled "Method for Preconfiguring a Network to Withstand Anticipated Failures" and hereby incorporated by reference herein.

The computation of p-cycles using the method of U.S. Pat. No. 5,850,505 requires inputs such as the network topology as well as the loading of each link. Based on these inputs, a computer or network server or router (the "p-cycle manager"—PCM) computes a set of p-cycles for protecting traffic along a desired set of routes in the event of a link failure. Of course, it is to be understood that the method of U.S. Pat. No. 5,850,505 need not be used and that it is within the scope of the invention to employ other methods of defining a group of one or more p-cycles used to protect a set of links in the network.

Each node connected to a link that is protected by a p-cycle is made aware of the identity of the neighbouring nodes in that p-cycle. For example, referring to FIG. **3**, node 4 is seen to be connected to links B, E, H and I (which are protected by p-cycle **310**) and the nodes which are neighbours to node 4 within the p-cycle **310** are seen to be nodes 3 and 5. Thus, node 4 could receive a setup message **330**

10

from the PCM identifying nodes 3 and 5 as the nodes to be used in case of failure of one of the protected links. The setup message **330** could be part of an IP datagram having a source address specifying the PCM and a destination address specifying node 4. If there is more than one p-cycle in the network, the setup message **330** received from the PCM could identify the relevant p-cycle by an alphanumeric code.

As the network topology evolves and link loading information changes, the PCM occasionally re-computes the path of each p-cycle and updates each node with any new and relevant information regarding the identity of the nodes to be used as neighbours in the event of a failure of a protected link.

Reference is now made to FIG. **4**, which provides an overview of the steps followed by various elements of a mesh network (such as the network in FIG. **3**) when the nodes are equipped with the ability to perform protection switching according to an embodiment of the invention. Firstly, STEP **410** corresponds to normal operation of the protected network, whereby the various nodes follow the routing instructions contained in their respective routing tables. Also, the PCM defines one or more p-cycles with the goal of protecting some or all of the links in the network. Moreover, by virtue of setup messages received from the PCM, each node located at the end of a protected link will know the identity of the nodes with which it must communicate in the event of a failure of the protected link.

At STEP **420**, a failure of the physical layer (e.g., electrical optical) or logical layer (e.g., SONET STS or ATM VPC/VCC) protected link is detected and at STEP **430**, the nodes at either end of the failed but protected link establish a "tunnel" between each other along the p-cycle associated with the failed link. A "tunnel" is a physical, logical or virtual datagram conduit established along the p-cycle and having end points which correspond to the nodes located at either end of the failed link.

For example, if the failed link is link B in FIG. **3**, then a tunnel would be established between nodes 1 and 4 through the p-cycle **310**. It is recalled that link B is maximally protected because there are at least two alternate paths between nodes 1 and 4, due to the links being bi-directional. Thus, the tunnel through the p-cycle **310** could run either along the "north" side via links A-D-H or along the "south" side via links C–I.

The tunnel could be an IP-in-IP tunnel, which involves the encapsulation of an entire original IP datagram within the body of a tunnel IP datagram. The header of the original datagram remains untouched and thus contains the original source and destination addresses, while the header of the tunnel datagram specifies the end nodes of the failed link in its SOURCE and DESTINATION fields.

If the link failure is a permanent one, the result will be a change in the network topology. At STEP **440**, this topological change is advertised to other nodes in the network using a suitable protocol such as OSPF. The updated network topology is used by the various nodes in calculating a new set of routes. The new set of routes will, of course, exclude the failed link. The change in topology caused by the failure of a link may also have an effect on the path of the p-cycles computed by the PCM. Changes to the routes and p-cycles can be relegated to background tasks performed at STEP **450**.

A diffusion-based loop prevention algorithm as is known in the art may be used to detect when the network has converged so that it is safe to switch to the new routes. Such

11

diffusion algorithms are discussed, for example, in Garcia-Lunes-Aceves, J. J., "Loop-Free Routing Using Diffusing Computations," IEEE/ACM Transactions on Networking, vol. 1, no. 1, 1993, pp. 130–141, which is hereby incorporated herein by reference. Using p-cycles with a loop prevention algorithm allows for uninterrupted service in the event of a link failure without black holing of packets on the failed link.

By the time STEP 450 has been completed, the nodes will have finished re-computing the routing tables and, if applicable, the PCM will have finished re-computing the p-cycles. Since the new routing tables do not include the failed link as a next hop link, the tunnel previously established at STEP 430 will no longer be required and can be viewed as having been "removed" by the nodes at either end of the failed link. Thus, the tunnel can be viewed as a temporary measure which protects the failed link until that link no longer appears in any newly generated routing table.

It is seen that the use of p-cycles in a mesh network reduces the delay after which traffic begins to be protected because the time between a link failure and protection of the traffic formerly travelling along that link is governed only by the time required to detect the failure. Advantageously, this detection time may be as short as 50 milliseconds or less. Moreover, by reserving a fixed amount of bandwidth just for the p-cycle, traffic exchanged between the nodes at either end of any link protected by that p-cycle will have a delay that can be predicted ahead of time.

Reference is now made to FIG. 5, which shows the operational flow of an individual node forming part of a p-cycle, such as any of the nodes 1–5 in the network of FIG. 3. As per STEP 410 in FIG. 4, the node is assumed to know its designated neighbours in case of a failure of any protected link to which it is connected.

Step 512:

The node does not react until a datagram is received at the node or is generated by the node. For example, a datagram could be received from an adjacent node or it could be produced as the result of a packetization operation performed by circuitry or sofware within the node which accepts user data from customer premises equipment.

Step 514:

If a datagram is indeed received or generated, then the node determines the destination node associated with the datagram. This can be done by extracting and checking the addresses contained in the SOURCE and DESTINATION fields of the received or generated datagram.

Step 516:

The node verifies whether it is the destination node associated with the received or generated datagram. If so, the node proceeds to STEP 518; otherwise, the node proceeds to STEP 524.

Step 518:

The node then verifies whether the received or generated datagram destined for itself is a tunnel datagram. If not, the node proceeds to STEP 520; otherwise, the node proceeds to STEP 522. It is recalled that the DATA_TYPE field in the header of a datagram contains information as to whether or not that datagram is a tunnel datagram.

Step 520:

Since the received or generated datagram is destined for the node in question and since the datagram is not a tunnel datagram (i.e., does not contain an encapsulated datagram in its body), the node processes the received or generated datagram. This may involve extracting user data from the body of the datagram and forwarding the user data to customer premises equipment connected to the node.

12

Step 522:

However, if the received or generated datagram is destined for the node in question and if the datagram is a tunnel datagram, then the node processes the tunnel datagram by retrieving the datagram encapsulated within its body. At this point, the node returns to STEP 514, where the destination of the encapsulated datagram is checked.

Step 524:

It is recalled that this step is entered when the received or generated datagram is not destined for the present node. A "received" datagram in this sense could be a datagram that is received in its present form from an adjacent node or it could be a datagram that was previously de-encapsulated by the node at STEP 522. The question now becomes whether this received or generated datagram is a tunnel datagram or not. Clearly, if the datagram has just been generated, it cannot yet be a tunnel datagram. On the other hand, if it is a received datagram, then it could possibly be a tunnel datagram. If it is not a tunnel datagram, then the node proceeds to STEP 526; otherwise, the node proceeds to STEP 528.

Step 526:

When the received or generated datagram is not a tunnel datagram, then the node locates the next hop link specified by its routing table. For this purpose, the node consults the row in the routing table which corresponds to the source-destination address pair extracted from the received datagram.

Step 528:

When the received or generated datagram is a tunnel datagram, this means that it has arrived along a p-cycle and that this p-cycle should continue to be used for forwarding the tunnel packet. If there is more than one p-cycle in the network, the appropriate p-cycle can be found by reading the DATA_TYPE field in the header of the tunnel datagram.

Step 530:

The node finds the pair of neighbours corresponding to the p-cycle identified at STEP 528. The node then identifies the neighbour node from which it received the tunnel datagram. In an IP scenario, this can be achieved by using standard route trace options. Based on this information, the node in question locates a neighbour node from which it did not receive the tunnel datagram and chooses the associated link as the next hop link. It can thus be seen that the next hop link chosen in this fashion is the next link in the p-cycle along which the tunnel datagram has arrived.

Step 532:

At this stage, the node has identified the desired link across which it intends to forward a datagram (be it an ordinary datagram or a tunnel datagram). The node now verifies the integrity of the desired link using any suitable technique. For example, a layer 1 or layer 2 fault detection mechanism could be used to monitor each link and to set an associated software flag when the link is failed. The software flag corresponding to the next hop link (identified at STEP 526 or 530) could be read by the node when the algorithm reaches STEP 532.

Step 534:

If the desired link is up running, then the datagram is forwarded along this link without further delay. The node then returns to STEP 512 where it waits for a next datagram to be received or generated.

Step 536:

However, if the desired link is in a failed state, then the node identifies a p-cycle that is capable of protecting the failed link. If the received or generated datagram is already a tunnel datagram arriving along one p-cycle, then a new

US 6,901,048 B1

13

p-cycle must be identified at this stage, resulting in "nested" encapsulation. The node then locates an initial link of the new p-cycle. In the case of a maximally protected link, there are two possibilities from which an initial link of the new p-cycle can be chosen.

The received or generated datagram (which could itself be a tunnel datagram in a nested scenario) is then encapsulated into the body of a tunnel datagram which is forwarded across the initial link of the new p-cycle. The header of the tunnel datagram created in this manner identifies the current node as the source node and the node at the other end of the failed link as the destination node. The header also identifies the datagram created in this manner as a tunnel datagram and specifies the p-cycle along which it is being forwarded.

Reference is now made to FIG. 6, which shows the state of the network of FIG. 3 during normal operation. It is seen that a single p-cycle 310 is defined as before and that links B, E, F and G are maximally protected by the p-cycle 310. In this simple example, node 1 generates a datagram 610 and forwards it to node 4. Node 4 then forwards the datagram 610 to node 3, which then processes the datagram 610. The structure of datagram 610 is based on that of datagram 1110 in FIG. 11A and consists of a header 612 and a body 614. The header 612 is seen to contain a "1" (used to denote the source node of the datagram 610), a "3" (used to denote the final destination node of the datagram 610) and an "ORI" (used to denote the absence of an encapsulated datagram from the body 614).

Operation of Node 1:

With reference to FIG. 7A, there is shown the flow of node 1 upon generation of an original datagram. At STEP 512, node 1 realizes that a datagram has been generated, checks its destination at STEP 514 and, at STEP 516, determines that the destination is node 3. Upon determining, at STEP 524, that the datagram is not a tunnel datagram, node 1 proceeds to STEP 526, where it consults its routing table and finds the next link to which it is supposed to forward the datagram for the specified source-destination pair. Using the routing table of FIG. 2B, column 201 shows that the next hop link for source=1 and destination=3 as viewed by node 1 is link B. Next, at STEP 522, node 1 determines that link B is functional and subsequently forwards the datagram 610 to node 4 along link B.

Operation of Node 4:

Operation of node 4 is identical to that of node 1, except that STEP 512 is exited due to receipt of a datagram. Also, since the routing table is different for each node, the next hop link determined by node 4 when executing STEP 526 will correspond to link H.

Operation of Node 3:

FIG. 7B shows operation of node 3 upon receiving a datagram from node 4 in the scenario of FIG. 6. At STEP 514, node 3 checks the destination of the received datagram and, at STEP 516, realizes that node 3 is itself the destination node specified in the header of the received datagram. Thus, node 3 executes STEP 518, which consists of verifying whether the received datagram is a tunnel datagram. Since the received datagram is not a tunnel datagram, node 3 proceeds to STEP 520 where the received datagram is suitably processed. Examples of processing include extraction of the user data in the body of the datagram and forwarding of the user data to customer premises equipment. Alternatively, the entire datagram could be forwarded to a higher level segmentation and reassembly module.

The above description has dealt with operation of the nodes under normal conditions. Operation of the nodes under failure conditions is now described with reference to

14

FIG. 8, wherein is depicted the occurrence of a failure along link B. It is seen that datagram 610 travelling from node 1 to node 4 along link B will be lost ("black holed") and that no datagram is forwarded by node 4 to node 5 along link H. According to an embodiment of the invention, nodes 1 and 4 respond to the failure by establishing a tunnel through the p-cycle 310.

FIG. 9 shows the establishment of a tunnel involving nodes 1 and 4. Each datagram 910 issued by node 1 is a tunnel datagram and has a header 912 and a body 914. The header 912 specifies node 1 as the source and node 4 as the destination. That is, the source and destination nodes are the nodes at the ends of the failed link which, in this case, is link B. The header 912 also specifies (by the code "TNL") that the datagram 910 is a tunnel datagram. The identity of the p-cycle to be used could also be specified in the header 912. In this case, it is not necessary to explicitly identify a desired p-cycle because only one p-cycle 310 has been defined.

The body 914 of the tunnel datagram 910 encapsulates a complete datagram having its own header 916 and its own body 918. The header 916 of the encapsulated datagram 914 contains the exact same header information as datagram 610. The body 918 of the encapsulated datagram 914 contains user data and therefore its contents will vary from one datagram to the next. Clearly, the tunnel datagram 910 will be bigger than the encapsulated datagram 914 if the latter is encapsulated in its entirety. If desired, the body 918 of the encapsulated datagram 914 could be distributed among more than one tunnel datagram 910.

Operation of Node 1:

FIG. 10A shows operation of node 1 when establishing a tunnel according to an embodiment of the invention. Node 1 generates an original datagram, such as datagram 610, which causes STEP 512 to be exited through the "Y" path, leading to STEP 514. At STEPS 514 and 516, the destination of the generated datagram is found to be node 4, leading to STEP 524. At STEP 524, node 1 is not yet dealing with a tunnel datagram. Thus, node 1 proceeds to STEP 526 where the next hop link is found from the routing table. Column 201 in FIG. 2B indicates that the next hop link is node B. However, at STEP 528, node 1 realizes that link B is down and executes STEP 536.

Specifically, node 1 encapsulates the entire original datagram into the body of a tunnel datagram. The header of the tunnel datagram is given a source node of 1 and a destination node of 4. Also, node 1 determines that p-cycle 310 is to be used and selects one of the two possible directions across the p-cycle 310. In this case, the "south" direction was chosen but it would be equally suitable to select the "north" direction. Node 1 then fills the DATA_TYPE field in the header of the tunnel datagram with a code that identifies the datagram as a tunnel datagram. Node 1 may also add to the DATA_TYPE field a code specifying the identity of the p-cycle used, although this action is not necessary when there is only one p-cycle defined as is the case here. Node 1 then forwards the tunnel datagram created in this way to node 5 along link C.

Operation of Node 5:

FIG. 10B shows operation of node 5 upon receipt of a tunnel datagram from node 1, although node 5 does not know at the outset that it is the recipient of a tunnel datagram. Firstly, receipt of the datagram triggers execution of STEP 514 followed by STEP 516. At STEP 516, node 5 determines that it is not the destination node of the received datagram. Thus, node 5 proceeds to STEP 524, where it reads the header of the received datagram and determines that it has received a tunnel datagram. Receipt of a tunnel

15

datagram signifies usage of a p-cycle. At STEP 528, node 5 identifies the p-cycle associated with the tunnel datagram. In cases where the p-cycle in use is identified in the header of the tunnel datagram, this can be done by extracting the identity of the p-cycle from the header of the tunnel datagram. At STEP 530, node 5 identifies the next hop link in the p-cycle. In this case, node 5 realizes that it has received the tunnel datagram from node 1 and therefore it concludes that the next hop link in the p-cycle 310 must be link I. At STEP 532, node 5 confirms that link I is operational and forwards the received tunnel datagram, unchanged, to node 4 along link I.

Operation of Node 4:

FIGS. 10C and 10D show the operational flow of node 4 upon receipt of a tunnel datagram from node 5. In FIG. 10C, receipt of a datagram triggers the execution of STEPS 514 and 516 in the usual way. At STEP 516, node 4 determines that it is the destination node associated with the received datagram and therefore proceeds to STEP 518, where node 4 determines that the received datagram is a tunnel datagram. This information, coupled with the fact that the received datagram is destined for node 4 itself, means that node 4 should execute STEP 522, where it extracts the datagram encapsulated in the body of the received tunnel datagram. The encapsulated datagram has the original form of datagram 610 previously described with reference to FIG. 7.

Node 4 then returns to STEP 514, where node 4 checks the destination of the encapsulated datagram. Since the encapsulated datagram is actually destined for node 3, the next step is STEP 524, where node 4 further determines that the encapsulated datagram is in original form (i.e., is not a tunnel diagram). Thus, node 4 continues with STEP 524, where it consults its routing table to determine the next hop link associated with the source-destination pair specified in the header of the encapsulated datagram. As seen in column 204 of FIG. 2B, the next hop link associated with source=1 and destination=3 is link H. Thus, node 4 checks the integrity of link H at STEP 526 and, since link H is operable, node 4 forwards the original datagram to node 3 across link H.

Operation of Node 3:

The behaviour of node 3 remains unchanged from that previously described with reference to FIG. 7B. Thus, node 3 checks the destination of the received datagram and realizes that node 3 itself is the destination node as specified in the header. Thus, it verifies whether the received datagram is a tunnel datagram. Since the received datagram is not a tunnel datagram, node 3 processes the received datagram.

The above description has shown how traffic normally destined to travel on link B is protected by establishing a tunnel within the p-cycle 310. Following the occurrence of the failure on link B, the delay with which packets or datagrams are re-routed via the p-cycle 310 is dependent only on the detection time, which is in the millisecond range when performed at the physical or virtual layer. Advantageously, no hold-down time is required, resulting in fast protection switching of mission-critical traffic.

Another feature of the present invention is that if a certain amount of bandwidth on the p-cycle is reserved during normal operation, any traffic having up to and including that amount of bandwidth can be rerouted from one of the links protected by that p-cycle. Consequently, it is possible to guarantee that mission-critical traffic will be supported through the network without having to reserve additional bandwidth on every single link. This has advantages in terms of reducing the required capacity of the network, resulting in reduced equipment costs.

16

A further advantage of the invention stems from the simplicity with which the automatic protection switching algorithm is executed by the nodes. That is to say, only those nodes located at the ends of a failed link establish a tunnel. The nodes along the p-cycle between the two end nodes simply need to identify whether or not a received packet is a tunnel packet prior to making a routing decision. This small amount of overhead should not slow down the usual operation of the nodes in any significant way.

Those skilled in the art should also appreciate that the present invention applies not just to link failures per se, but also to failed ingress or egress ports at an interface card on a node. Nodes can easily be programmed to detect such failures, which have an effect identical to that of a link failure.

Moreover, it is within the scope of the invention to handle multiple link failures. For example, a tunnel may be established through a link belonging to a first p-cycle. If that link fails but is protected by a second p-cycle, then another tunnel is established through the second p-cycle. This situation results in nested encapsulation of a datagram. Any number of encapsulation layers is within the scope of the invention.

In the case of a twice encapsulated datagram, upon its arrival at the end of the tunnel established along the second p-cycle, the datagram extracted from the first layer of encapsulation (at STEP 522 of the algorithm in FIG. 5) would itself be a tunnel datagram. Of course, nothing prevents the node in question from simultaneously being (1) the destination of the received tunnel datagram, (2) the destination of the encapsulated tunnel datagram and (3) the destination of the original datagram itself.

Some embodiments of the invention, or portions thereof, may be implemented in any conventional computer programming language. For example, preferred embodiments may be implemented in a procedural programming language (e.g., "C") or an object oriented programming language (e.g., "C++" or "JAVA"). Alternative embodiments of the invention may be implemented as pre-programmed hardware elements (e.g., application specific integrated circuits), or other related components.

Other embodiments of the invention may be implemented as a computer program product for use with a computer system. Such implementation may include a series of computer instructions fixed either on a tangible medium, such as a computer readable media (e.g., a diskette, CD-ROM, ROM, or fixed disk), or transmittable to a computer system via a modem or other interface device, such as a communications adapter connected to a network over a medium. The medium may be either a tangible medium (e.g., optical or analog communications lines) or a medium implemented with wireless techniques (e.g., microwave, infrared or other transmission techniques). The series of computer instructions may embody all or part of the functionality previously described herein with respect to the system.

Those skilled in the art should appreciate that such computer instructions can be written in a number of programming languages for use with many computer architectures or operating systems. Furthermore, such instructions may be stored in any memory device, such as semiconductor, magnetic, optical or other memory devices, and may be transmitted using any communications technology, such as optical, infrared, microwave, or other transmission technologies. It is expected that such a computer program product may be distributed as a removable medium with accompanying printed or electronic documentation (e.g., shrink wrapped software), preloaded with a

US 6,901,048 B1

17

computer system (e.g., on system ROM or fixed disk), or distributed from a server or electronic bulletin board over the network (e.g., the Internet or World Wide Web).

Although various exemplary embodiments of the invention have been disclosed, it should be apparent to those skilled in the art that various changes and modifications can be made that will achieve some of the advantages of the invention without departing from the true scope of the invention. These and other obvious modifications are intended to be covered by the appended claims.

We claim:

**1**. A method of routing packets intended to be transmitted across a network link protected by a protection path defined by a closed loop of nodes and links through the network, the method comprising the steps of:

determining whether the protected link has failed; and if the protected link has not failed, sending the packets across the protected link; otherwise, encapsulating the packets within tunnel packets and sending the tunnel packets along the protection path; and

wherein each packet comprises a header specifying the identity of a source node and a destination node associated with the packet and the source and destination nodes associated with each tunnel packet correspond to the nodes at either end of the protected link.

**2**. A method as claimed in claim **1**, wherein the header of each packet further specifies the nature of the packet as a tunnel packet or a non-tunnel packet.

**3**. A method as claimed in claim **2**, wherein the header of each tunnel packet specifies the identity of the protection path along which it is sent.

**4**. A method as claimed in claim **3**, wherein each tunnel packet further comprises a body and wherein the packet encapsulated by a tunnel packet is contained in the body of the tunnel packet.

**5**. A method as claimed in claim **4**, wherein the encapsulated packet is itself a tunnel packet.

**6**. A method as claimed in claim **1**, wherein the step of determining whether the protected link has failed is performed at a physical electrical layer.

**7**. A method as claimed in claim **1**, wherein the step of determining whether the protected link has failed is performed at a physical optical layer.

**8**. A method as claimed in claim **1**, wherein the step of determining whether the protected link has failed is perform at a logical layer.

**9**. A method as claimed in claim **8**, wherein the logical layer is a SONET STS path.

**10**. A method as claimed in claim **8**, wherein the logical layer is an ATM VCC or VPC.

**11**. A method as claimed in claim **1**, wherein all packets are Internet protocol (IP) datagrams.

**12**. A method as claimed in claim **1**, wherein the trajectory of the protection path is updated dynamically.

**13**. A method of routing packets received along a network link by a node, each said received packet being associated with a source node and a destination node, the method comprising the steps of:

determining the destination node associated with each received packet;

determining whether the received packet is a tunnel packet encapsulating another packet within its body; and

if the destination node associated with the received packet is the current node and if the received packet is not a tunnel packet, processing the received packet without further forwarding;

18

if the destination node associated with the received packet is not the current node and if the received packet is not a tunnel packet, forwarding the received packet based on the destination node associated with the received packet;

if the destination node associated with the received packet is the current node and if the received packet is a tunnel packet, retrieving the encapsulated packet from the received packet and forwarding it based on the destination node associated with the encapsulated packet;

if the destination node associated with the received packet is not the current node and if the received packet is a tunnel packet, determining the identity of a protection path along which the tunnel packet was received and forwarding the received packet along a next link in that protection path.

**14**. A method as claimed in claim **13**, wherein any step which involves forwarding a packet across a link protected by a protection path comprises:

determining whether the protected link has failed; and if the protected link has not failed, sending the packet across the protected link; otherwise, encapsulating the packet within a tunnel packet and sending the tunnel packet along the protection path.

**15**. A method as claimed in claim **14**, wherein each packet comprises a header specifying the identity of a source node and a destination node associated with the packet.

**16**. A method as claimed in claim **15**, wherein the ource and destination nodes associated with each tunnel packet correspond to the nodes at either end of the protected link.

**17**. A method as claimed in claim **15**, wherein the header of each packet further specifies the nature of the packet as a tunnel packet or a non-tunnel packet.

**18**. A method as claimed in claim **17**, wherein the header of each tunnel packet specifies the identity of the protection path along which it is sent.

**19**. A method as claimed in claim **14**, wherein all packets are Internet protocol (IP) datagrams.

**20**. A method of switching traffic in a packet-switched network having a plurality of nodes interconnected by links, the method comprising the steps of:

upon detection of a failure of a link connected a pair of adjacent nodes, encapsulating packets within the bodies of tunnel packets and forwarding the tunnel packets along a predefined protection path which bypasses the failed link, including upon receipt of a tunnel packet by one of the adjacent nodes along a protection path, the recipient node retrieving the encapsulated packet and routing it as a function of a destination specified in the header of the encapsulated packet.

**21**. A method as claimed in claim **20**, wherein each packet comprises a header specifying the identity of a source node and a destination node associated with the packet.

**22**. A method as claimed in claim **21**, wherein the source and destination nodes associated with each tunnel packet correspond to the nodes at either end of the protected link.

**23**. A method as claimed in claim **21**, wherein the header of each packet further specifies the nature of the packet as a tunnel packet or a non-tunnel packet.

**24**. A method as claimed in claim **23**, wherein the header of each tunnel packet specifies the identity of the protection path along which it is sent.

**25**. A method as claimed in claim **22**, wherein all packets are Internet protocol (IP) datagrams.

**26**. A packet-switched network comprising a plurality of nodes interconnected by links, wherein pre-defined protection paths provide protection of a selected plurality of links

US 6,901,048 B1

19

and wherein adjacent nodes connected by a protected link are adapted to detect a failure of the protected link, to encapsulate packets within tunnel packets, to differentiate between tunnel packets and non-tunnel packets and to exchange the tunnel packets via the protection paths; and wherein each packet comprises a header specifying the identity of a source node and a destination node associated with the packet and wherein the source and destination nodes associated with each tunnel packet correspond to the nodes at either end of the protected link.

**27**. A packet-switched network as claimed in claim **26**, wherein the header of each packet further specifies the nature of the packet as a tunnel packet or a non-tunnel packet.

**28**. A packet-switched network as claimed in claim **27**, wherein the header of each tunnel packet specifies the identity of the protection path along which it is sent.

**29**. A packet-switched network as claimed in claim **26**, wherein all packets are Internet protocol (IP) datagrams.

**30**. A data router for routing packets intended to be transacted across a network link protected by a protection path defined by a closed loop of nodes and links through the network, comprising:

a data interface for packets to enter and exit the router;

a protection cycle packet manager connected to the data interface, for:

  i. determining whether the protected link has failed;

  ii. sending the packets across the protected link if the protected link has not failed; and

  iii. encapsulating the packets within tunnel packets and sending the tunnel packets along the protection path if the protected link has failed; and

a packeter that converts, in response to failure of a link, affected data packets muted over the failed link into protection cycle packets in the specific protection format.

**31**. A data router as claimed in claim **30**, wherein the protection cycle manager further advertises a link failure to the network using a routing protocol.

20

**32**. A data router as claimed in claim **30**, wherein the specific protection cycle format includes a label stack based on Multi-Protocol Label Switching (MPLS).

**33**. A data router as claimed in claim **32**, wherein the label stack includes labels for the packet source and the packet destination.

**34**. A data router as claimed in claim **30**, wherein the specific protection cycle format includes an IP-in-EP tunnel.

**35**. A data router as claimed in claim **30**, wherein the IP-in-IP tunnel includes a header containing the packet source and the packet destination and an indication that the packet is a protection cycle packet.

**36**. A data router as claimed in claim **30**, the protection cycle packet manager being adapted to determine the destination node associated with each received packet, to determine whether the received packet is a tunnel packet encapsulating another packet within its body and to

  i. process the received packet without further forwarding, if the destination node associated with the received packet is the current node and if the received packet is not a tunnel packet;

  ii. forward the received packet based on the destination node associated with the received packet, if the destination node associated with the received packet is not the current node and if the received packet is not a tunnel packet;

  iii. retrieve an encapsulated packet from the received packet and forward it based on the destination node associated with the encapsulated packet, if the destination node associated with the received packet is the current node and if the received packet is a tunnel packet; and

  iv. determine the identity of a protection path along which the received packet was received and forward the received packet along a next link in that protection path, if the destination node associated with the received packet is not the current node and if the received packet is a tunnel packet.

\* \* \* \* \*

Case 09-10138-MFW  Doc 14559-2  Filed 10/14/14  Page 77 of 157

EXHIBIT K

US007154879B1

(12) **United States Patent**     (10) **Patent No.:**     **US 7,154,879 B1**
Pfeffer et al.                     (45) **Date of Patent:**     **Dec. 26, 2006**

(54) **POINT TO MULTIPOINT NETWORK**

(75) Inventors: **Robert Pfeffer**, Carlisle, MA (US);
**David mann**, Ottawa (CA); **Brian
Unitt**, Herts (GB)

(73) Assignee: **Nortel Networks Limited**, St. Laurent
(CA)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 854 days.

(21) Appl. No.: **09/867,175**

(22) Filed: **May 29, 2001**

**Related U.S. Application Data**

(60) Provisional application No. 60/207,800, filed on May
30, 2000.

(51) **Int. Cl.**
**H04L 12/66** (2006.01)

(52) **U.S. Cl.** ...................................................... **370/352**

(58) **Field of Classification Search** ............... 725/114,
725/138, 144; 370/390, 401, 465, 468, 442,
370/487, 489, 490, 436, 395.64
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,696,765 A * 12/1997 Safadi ......................... 370/436
5,699,176 A * 12/1997 Cohen ......................... 398/66

6,430,193 B1 * 8/2002 Raissinia et al. ........... 370/448
6,434,154 B1 * 8/2002 Stacey et al. .......... 370/395.64
6,650,624 B1 * 11/2003 Quigley et al. ............. 370/252
6,834,057 B1 * 12/2004 Rabenko et al. ............ 370/468

FOREIGN PATENT DOCUMENTS

WO     WO 98/44758     * 10/1998

OTHER PUBLICATIONS

Data_Over-Cable Service Interface Specification dated 1999 by
Cable Television Laboratories, pp. 1-2, 11-20, & 47-57.*
Data Over Cable Service Interface Specification dated 1999 by
Cable Television Laboratories, pp. 1-2, 11-20, & 47-57.*

* cited by examiner

*Primary Examiner*—Doris H. To
*Assistant Examiner*—Robert W. Wilson
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg, LLP

(57) **ABSTRACT**

A point-to-multipoint network arrangement, method of
operation and related signals for a network comprising a
head-end station and at least one subscriber station con-
nected to the head-end by means of a shared medium
high-speed point-to-multipoint network (preferably a pas-
sive optical network). The method involves transmitting
data upstream using a packet-switched transport protocol
(e.g. Ethernet) over TDMA. By using high-speed upstream
transmission with relatively long time slots and relatively
short guard bands, the need for complex ranging schemes is
obviated.

**16 Claims, 2 Drawing Sheets**



22
Ethernet Packets

Guard    TDMA Frame    Guard    TDMA Frame    Guard    TDMA Frame
21       20            21       20            21       20



*Fig. 1*

Case 1:14-cv-00055-SLR-MPW Document 14559-2 Filed 01/27/14 Page 80 of 157 PageID #: 235



*Fig. 2*

US 7,154,879 B1

**1**

# POINT TO MULTIPOINT NETWORK

## RELATED APPLICATIONS

This application is the full filing of the provisional application 60/207,800 filed May 30, 2000 and entitled "Gigabit Ethernet-Passive Optical Network" from which this application claims priority.

## FIELD OF THE INVENTION

The present invention relates to a method and apparatus for providing a high capacity point-to-multipoint network, a system incorporating the same, and signals generated by such a system. This invention is particularly related to, but in no way limited to, point-to-multipoint networks, known as fibre to the user (FTTU).

## BACKGROUND TO THE INVENTION

It is known to design point-to-multipoint access networks based on Passive Optical Networks (PONs). In a PON, a single head end is connected to a number of outstations via optical fibres connected in a tree-like arrangement using one or more passive distributive optical couplers to achieve optical fanout at the logical hub of the network. Typically, separate fibres and couplers are provided for downstream and upstream traffic. Alternatively, traffic in both directions can be combined onto a single fibre using separate wavelengths for upstream and downstream traffic, or by sending optical signals in opposite directions using the same nominal wavelength in each direction. Using this technique, use of optical and electronic equipment at the head end is shared amongst many outstations, often enabling a more economic overall network. Because of the shared nature of the network, each outstation can use only a proportion of the traffic capacity in each direction.

PONs have been studied in detail and standards exist for systems using this technology (for example Full Service Access Network (FSAN)). Existing PON systems generally use a medium access layer protocol based on a fixed length frame structure in which short timeslots are allocated to each outstation to carry downstream traffic using time division multiplexing (TDM). Upstream traffic is also sent in short packets, either according to a fixed schedule, or allocated dynamically on a frame by frame basis. The technique is referred to as Time Division Multiple Access (TDMA). Typically, to maximise efficiency, particularly when using short packets, each outstation adjusts its transmission time according to its distance from the head end in order that packets from multiple outstations arrive at the head end consecutively, without overlap but with minimum inter-packet gap. Measuring the time differential arising from different physical distances between the head end and the various outstations is normally performed by control functions at the head end. These control functions then inform individual outstations how to configure the upstream transmission times in order to achieve interleaving. This process is known as 'ranging' or 'marshalling'.

A disadvantage of this approach is that the ranging process involves considerable complexity and custom designed integrated circuits are required at both the head end and the outstations in a practical system.

A further drawback is that because PON systems built according to FSAN principles normally use short packets for information transfer, transmission of data already formatted

**2**

into larger packets requires these larger packets to be segmented for transport over the PON, adding further complexity.

The rapid rise in the use of the internet has increased the requirement to transmit packets carrying Internet Protocol (IP). At the transport layer, these packets already often use Ethernet technology, which allows packet sizes of up to around 1500 bytes. Networks carrying in IP traffic must support packets of up to at least 576 bytes, larger than can be carried unsegmented in an FSAN PON.

## OBJECT OF THE INVENTION

The invention seeks to provide an improved method and apparatus for providing high capacity point-to-multipoint communications networks, especially in access networks.

## SUMMARY OF THE INVENTION

According to a first aspect of the present invention there is provided a point-to-multipoint network arrangement comprising: a head-end station; at least one subscriber station; a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station; wherein each subscriber station is arranged to transmit data that has previously been segmented into packet-switched transport protocol packets to the head-end station, using a time division multiple access protocol without the need to further segment the packet-switched protocol packets.

Preferably, the packet-switched transport protocol employs packets formatted according to an Ethernet protocol.

Preferably, the packet-switched transport protocol is arranged to carry Internet Protocol data.

Preferably, the packet-switched transport protocol is arranged to be able to carry Ethernet frames of the maximum permitted length in order to avoid the need for segmentation of Ethernet frames generated by customer premises equipment.

Preferably, the TDMA protocol employs frames each arranged to carry multiple packet-switched transport protocol packets.

Preferably, the subscriber stations periodically receive synchronisation signals transmitted from the head end-station.

Preferably, the differential time delays arising from differing path lengths between the head-end station and outstations are absorbed by including guard bands in the TDMA protocol.

Preferably, the point-to-multipoint network is an optical network.

Preferably, the optical network is a passive optical network.

Preferably, the point-to-multipoint network is one of a wireless network and a high-speed copper network.

In one preferred embodiment, each subscriber station is allocated to one of a plurality of groups, each group transmitting on a distinct physical channel (for example wavelength in an optical network, or frequency in a wireless network).

According to a further aspect of the present invention there is provided a head-end station for a point-to-multipoint network comprising at least one subscriber station, and a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station, the head-end station being arranged to receive from

US 7,154,879 B1

3

the at least one subscriber station data previously segmented into packet-switched transport protocol packets and transmitted using a time division multiple access protocol without the packet-switched protocol packets having been further segmented.

The invention also provides for a telecommunications system, and especially an access telecommunications system, which comprises one or more instances of apparatus embodying the present invention, together with other additional apparatus.

In particular, the invention is also directed to a telecommunications access network comprising a point-to-multipoint network arrangement according to any of the foregoing aspects of the present invention.

Preferably, the point-to-multipoint network is an optical network, and ideally a passive optical network.

The invention is also directed to methods by which the described apparatus and systems operate and including method steps for carrying out every function of the apparatus.

In particular, according to a second aspect of the present invention there is provided a method of operating a point-to-multipoint network arrangement comprising a head-end station, at least one subscriber station, and a point-to-multipoint network providing optical connectivity between each subscriber station and the head-end station, comprising the steps of: transmitting upstream using a packet-switched transport protocol over a TDMA protocol configured to obviate segmentation of packet-switched transport protocol packets.

The invention also provides for communication signals generated by the described apparatus, singly and in combination.

In particular, according to a third aspect of the present invention there is provided a communications signal comprising a sequence of TDMA frames each separated by a guard band, and each TDMA frame arranged to carry at least one complete packet-switched transport protocol packet. Note that the term 'TDMA frame' refers to a time segment during which a particular outstation is permitted to impress a signal on the upstream medium and does not necessarily imply the presence of any transmitted bit patterns other than the packet-switched transport protocol packets to be transmitted by the outstation.

Preferably, each TDMA frame is arranged to carry a plurality of packet-switched transport protocol packets.

There is also provided an upstream communications signal in a shared-medium point-to-multipoint access network, the signal comprising a sequence of TDMA frames each separated by a guard band, each TDMA frame being arranged to carry at least one complete packet-switched transport protocol packet.

Advantageously, the invention allows an access network to be built where the head end equipment and much of the fibre infrastructure can be shared between a number of end customers.

Advantageously, it avoids the need for highly specialised integrated circuit development. Because the data-carrying times slots are themselves very long, the guard bands between the data-carrying time slots can themselves can themselves be longer than in previously known systems without adversely affecting efficiency: they still consume only a small proportion of the overall bandwidth. Consequently, the complex ranging and timing mechanisms required to minimise guard bands in lower bit rate networks are obviated.

4

In a preferred embodiment the packet switched protocol is an Internet Protocol.

Advantageously, it allows transport of IP packets without segmentation.

Multiple access networks allow fibre and exchange end equipment to be shared across groups of end customers, resulting in a more cost effective infrastructure.

Alternatively, this invention allows a multiple access network to be built without the need for active electronics in street locations. A network requiring only passive elements in outside locations would be more attractive, particularly to incumbent network operators who traditionally have not used active street equipment.

Advantageously, the possibility of reusing existing technology designed for Gigabit Ethernet offers the opportunity of achieving shorter time to market than developing entirely new technology for the system.

A packet or IP based passive access network based on Gigabit Ethernet, offers a disruptive technology alternative to the FSAN ATM PON.

The invention is also directed to software by which the described apparatus, systems, and methods operate and including steps for carrying out every corresponding function of the invention.

The preferred features may be combined as appropriate, as would be apparent to a skilled person, and may be combined with any of the aspects of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

In order to show how the invention may be carried into effect, embodiments of the invention are now described below by way of example only and with reference to the accompanying figures in which:

FIG. 1 shows a block diagram of an optical point-to-multipoint network in accordance with the present invention;

FIG. 2 shows a schematic diagram of an upstream data stream in accordance with the present invention;

DETAILED DESCRIPTION OF INVENTION

Referring to FIG. 1, there is shown an optical network arrangement comprising a head-end station 10 and, multiple subscriber stations 11–14 connected by a passive optical network 15.

The system is arranged to provide an improved form of multiple access passive optical network, not based on small packets and ranging to achieve efficiency, but rather using variable sized (e.g. Ethernet) packets each able to carry IP traffic directly without segmentation.

The head-end station 10 comprises medium access logic 101 interfacing via a TDMA framing and sychronisation module 102 to optical transmitter 103, optical receiver 104, and hence to a wavelength multiplexer 105 which provides the physical interface to the optical network 15.

Each outstation 11–14 has a corresponding structure comprising medium access logic 111 connected via the TDMA framing and sychronisation module 112 to an optical transmitter 113 and optical receiver 114 and hence to a wavelength multiplexer 115 again providing the physical interface to the network 15.

Referring to FIG. 2, there is shown an example of an upstream signal structure in such a system. The data stream comprises a sequence of TDMA frames 20 each separated by a guard period 21.

US 7,154,879 B1

5

Multiple Ethernet packets **22** are transported within each TDMA frame and for data transport, the Ethernet frames are each preferably sized to be large enough to carry complete Internet protocol packets without requiring segmentation. Ethernet frames of differing sizes may be mixed according to the traffic type carried, so for example voice traffic may be carried within shorter frames to minimise packetisation delay.

In high bit rate communication systems, for example optical networks operating at 1 Gbit/s shared between for example 16 outstations, upstream time slots allocated to each outstation will have high data carrying capacity, even where the time duration of the time slot is relatively small.

Because packet sizes are larger (at least on average), ranging is no longer needed to achieve upstream transmission efficiency as was the case in known lower bit-rate systems. Because guard period between frames represent only a small proportion of the bandwidth available in the high bit-rate system, then unlike existing systems, the relatively long guards required for systems without ranging still represent only a small fraction of the available traffic capacity of the link and so can be tolerated. Furthermore, by reducing the requirement for complex head-end and outstation control systems associated with systems requiring complete ranging schemes, the resulting protocols and equipment are therefore much simpler to implement. Basic synchronisation of the outstations can be achieved using downstream control **102**, **112** frames or other known equivalent mechanisms.

By way of example, suppose a PON constructed according to this invention has 16 outstations, situated at varying distances from the head end amounting to 5 km. The round trip propagation delay for a signal travelling on optical fibre is of the order of 10 microseconds per km. To avoid collisions, the guard band between transmissions from different outstations must therefore be at least 50 microseconds in duration. Suppose further that the active time slot (TDMA frame) during which data packets can be transmitted is 200 microseconds. Then the total time taken to interrogate all outstations on the PON is 4 milliseconds and the loss in upstream transmission efficiency is 20% compared to an ideal lossless system using ranging. If the nominal transmitted bit rate is 1 GBps, then each outstation node is able to support an average data rate of 50 MBps in this example.

If the traffic types to be carried on the system allow for higher latency than 4 milliseconds, further increase in efficiency is possible. In a practical system, there may be other overheads in the upstream transmission which affect the efficiency, including, for example, any preamble patterns preceding the transmission of data frames and intended to achieve clock synchronisation at the head end.

In addition, by avoiding segmentation of Ethernet frames, the overhead associated with addressing each smaller packet is also reduced, thereby increasing available bandwidth.

Furthermore, existing technology (in the form of integrated circuits), which already exists for use in other transport systems for IP traffic, can be reused.

In particular, transmissions could be based on physical layer and medium access layer protocols designed for Gigabit Ethernet (IEEE standard 802.3z) supporting a traffic rate of 1 Gbit/s; in the case of the example optical access network, this capacity is shared between customers connected to the same optical splitter. This approach translates into lower costs (through riding the technology curve for such components and taking advantage of the higher manufactured volumes) and consequently shorter time to market.

6

Available bandwidth can be further increased by use of Wavelength Division Multiplexing (WDM) in the system: distinct groups of subscriber stations may be allocated distinct optical frequencies thereby allowing more subscribers to access the same physical network **15**. Typically it is to be expected that each such group of outstations employing a shared frequency would be substantially collocated, successive groups lying along the backbone of the network at differing distances from the head end.

Whilst the method is most attractive at high bit rates in the upstream direction (e.g. in optical access networks supporting data rates in the order of 1–10 Gbps) the method may also be used, though with lesser specific advantage in lower speed networks (e.g. high speed copper or wireless access networks).

Any range or device value given herein may be extended or altered without losing the effect sought, as will be apparent to the skilled person for an understanding of the teachings herein.

The invention claimed is:

**1**. A point-to-multipoint network arrangement comprising:

a head-end station;

at least one subscriber station;

a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station;

wherein each subscriber station is arranged to transmit data that has previously been segmented into packet-switched transport protocol packets, to the head-end station, using a time division multiple access protocol, the head-end station being arranged to allocate a number of consecutive time slots to each subscriber station, each subscriber station having framing apparatus arranged to frame a packet of at least 576 bytes directly without segmentation of the packet, and synchronisation apparatus arranged to send the frame to the head-end station during an allocation of consecutive time slots and with a guard band determined without using ranging.

**2**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol employs packets formatted according to an Ethernet protocol.

**3**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol is arranged to carry Internet Protocol data.

**4**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol is arranged to carry unsegmented Ethernet frames.

**5**. A point-to-multipoint network arrangement according to claim **1** in which the TDMA protocol employs frames each arranged to carry multiple packet-switched transport protocol packets.

**6**. A point-to-multipoint network arrangement according to claim **1** in which the at least one subscriber station is arranged to periodically receive synchronisation signals transmitted from the head end-station.

**7**. A point-to-multipoint network arrangement according to claim **6** in which differential time delays arising from differing path lengths between the head-end station and outstations are absorbed by including guard bands in the TDMA protocol.

**8**. A point-to-multipoint network arrangement according to claim **1** in which the point-to-multipoint network is an optical network.

**9**. A point-to-multipoint network according to claim **8** in which the optical network is a passive optical network.

US 7,154,879 B1

7

**10**. A point-to-multipoint network arrangement according to claim **1** in which the point-to-multipoint network is one of a wireless network or a high-speed copper network.

**11**. A point-to-multipoint network arrangement according to claim **1** in which each subscriber station is allocated to one of a plurality of groups, each group transmitting on a distinct physical channel.

**12**. A telecommunications access network comprising a point-to-multipoint network arrangement according to claim **1**.

**13**. The telecommunications access network of claim **12**, the point-to-multipoint network arrangement comprising a passive optical network arrangement.

**14**. A head-end station for a point-to-multipoint network comprising at least one subscriber station, and a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station, the head-end station being arranged to allocate a number of consecutive time slots to each subscriber station, sufficient for a frame containing a packet of at least 576 bytes without segmentation of the packet, the head-end station being arranged to receive the frame from the at least one subscriber

8

station, containing a packet-switched transport protocol packet and transmitted using a time division multiple access protocol with a guard band determined without using ranging, the head end station having apparatus arranged to extract the packet from the frame.

**15**. A telecommunications network comprising a head-end station according to claim **14**.

**16**. A method of operating a point-to-multipoint network arrangement comprising a head-end station, at least one subscriber station, and a point-to-multipoint network providing optical connectivity between each subscriber station and the head-end station, comprising the steps of:

transmitting upstream using a packet-switched transport protocol over a TDMA protocol having a number of consecutive time slots allocated to each subscriber station, and having guard bands determined without using ranging, inserting a packet of at least 576 bytes into a frame directly without segmentation of the packet and sending the frame during an allocation of consecutive time slots.

\*  \*  \*  \*  \*

EXHIBIT L

US008134917B2

## (12) United States Patent
### Fredette et al.

(10) Patent No.: **US 8,134,917 B2**

(45) Date of Patent: **\*Mar. 13, 2012**

(54) **AUTOMATIC PROTECTION SWITCHING USING LINK-LEVEL REDUNDANCY SUPPORTING MULTI-PROTOCOL LABEL SWITCHING**

(75) Inventors: **Andre N. Fredette**, Groton, MA (US); **Loa Andersson**, Älvsjo (SE); **Naganand Doraswamy**, Arlington, MA (US); **Anoop Ghanwani**, North Billerica, MA (US)

(73) Assignee: **Rockstar Bidco LP**, New York, NY (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 869 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/188,989**

(22) Filed: **Jul. 25, 2005**

(65) **Prior Publication Data**

US 2005/0265228 A1    Dec. 1, 2005

(51) **Int. Cl.**
*H04J 1/16* (2006.01)
*H04L 12/28* (2006.01)

(52) **U.S. Cl.** ...... **370/218**; 370/228; 370/248; 370/395.5

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,999,286 A | \* | 12/1999 | Venkatesan | ........................ 398/5 |
| 6,205,117 B1 | \* | 3/2001 | Doshi et al. | .................. 370/228 |
| 6,501,754 B1 | \* | 12/2002 | Ohba et al. | .................. 370/389 |
| 6,633,544 B1 | \* | 10/2003 | Rexford et al. | .............. 370/238 |
| 6,999,459 B1 | \* | 2/2006 | Callon et al. | .............. 370/400 |
| 7,035,227 B2 | \* | 4/2006 | Garcia-Luna-Aceves et al. | .......................... 370/254 |
| 2002/0188756 A1 | \* | 12/2002 | Weil et al. | .................. 709/240 |

\* cited by examiner

*Primary Examiner* — Melanie Jagannathan
(74) *Attorney, Agent, or Firm* — Anderson Gorecki & Manaras LLP

(57) **ABSTRACT**

A computer network has a plurality of routers that deliver data packets to the network via a plurality of links. At least one router provides automatic protection switching in the event of a link failure. The at least one router includes a plurality of data interfaces for streams of data packets to enter and exit the at least one router; and a backup controller. The backup controller includes a backup path manager, a link monitor, and a backup packet processor. For at least one link of the routing node, the backup path manager identifies a backup routing path for forwarding affected data packets in the event of a failure of the at least one link. The link monitor monitors the plurality of links to determine when a link fails. When a link which has a backup routing path fails, the backup packet processor attaches backup routing path instructions to affected data packets routed over the failed link, and forwards the affected data packets via the backup routing path.

**18 Claims, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

US 8,134,917 B2

1

# AUTOMATIC PROTECTION SWITCHING USING LINK-LEVEL REDUNDANCY SUPPORTING MULTI-PROTOCOL LABEL SWITCHING

This application claims priority under 35 U.S.C. §120 to U.S. patent application Ser. No. 10/771,201, filed Feb. 3, 2004 and to U.S. patent application Ser. No. 09/471,463, filed Dec. 22, 1999.

## TECHNICAL FIELD

The present invention relates to computer networks, and more specifically to a computer network that provides protection switching to reroute data packets in the event of a network link failure.

## BACKGROUND ART

The various links of a computer network are paths between network nodes that communicate streams of data. In an Internet Protocol (IP) based computer network, data routing protocols such as Open Shortest Path First (OSPF), Intermediate System-Intermediate System (IS-IS), and Routing Information Protocol (RIP) are used to determine the path that data packets travel through the network. As a specific example, OSPF is a link-state protocol in the IP suite that enables routers to exchange information regarding topological changes within the network, as the link state database is modified. With this information, each router builds a shortest-path tree with itself as the tree root to identify the shortest path from itself to each destination and to build its routing table.

A router in a label switching network may sometimes explicitly route a particular data packet to another intermediate router that is not the ultimate destination of the packet, even though the two routers are not consecutive on the hop-by-hop path for that packet. For example, the affected data packet may be encapsulated inside a network layer packet whose destination is the intermediate router. This process establishes a "tunnel" between the two routers, and any data packet so handled is referred to as a "tunneled packet." A hop-by-hop tunnel follows the hop-by-hop path between the two routers. A tunneled packet that follows other than the hop-by-hop path is said to use an explicitly routed tunnel.

Occasionally, a link between two network routers may fail. When a link fails, the routing protocols are used to advertise the failure throughout the network. Most routers can detect a local link failure relatively quickly, but it takes the network as a whole a much longer time to converge. This convergence time is typically on the order of 10-60 seconds depending on the routing protocol and the size of the network. Eventually, all of the involved routers learn of the link failure and compute new routes for data packets to affected destinations. Once all the routers converge on a new set of routes, data packet forwarding proceeds normally.

While the network is converging after a link fails, transient loops can occur which consume valuable network bandwidth. A loop occurs when two or more intermediate routers in a given network path fail to update their internal representations of the network topology at the same time, and end up repeatedly passing data traffic between themselves rather than on to the correct destination. Loop prevention algorithms have been proposed to eliminate such transient loops. When using loop prevention algorithms, existing routes are maintained until the network has converged and the new routes have been proven to be loop-free. Loop prevention algorithms have the advantage that data packets flowing on unaffected

2

routes are not disrupted while transient loops are eliminated. One drawback of loop prevention algorithms, however, is that data packets directed out of a failed link get lost, or "black holed," during the convergence. Moreover, since loop prevention algorithms also extend the convergence time somewhat while new routes are being verified to be loop-free, additional data may be lost on the failed link.

## SUMMARY OF THE INVENTION

A representative embodiment includes a backup controller that provides protection switching in the event of a link failure of a routing node that delivers data packets to a computer network via a plurality of links. The computer network may use, for example, a label switching routing protocol. The backup controller has a backup path manager, a link monitor, and a backup packet processor. For at least one link of the routing node, the backup path manager identifies a backup routing path for forwarding affected data packets in the event of a failure of the at least one link. The link monitor monitors the plurality of links to determine when a link fails. When a link which has a backup routing path fails, the backup packet processor attaches backup routing path instructions to affected data packets routed over the failed link, and forwards the affected data packets via the backup routing path.

A further embodiment may include a backup controller as described above in a data router that delivers data packets to a computer network via a plurality of links. The data router provides protection switching in the event of a link failure. The data router also has a data interface for data packets to enter and exit the router, and a backup controller. Such a data router may also have a failed link recalculator that establishes a new network route to replace a failed link. The failed link recalculator may use a loop prevention algorithm, after a link failure, for determining that the network has converged and is loop-free.

In still a further embodiment, a data router as described above may be included in a computer network having a plurality of data packet streams. The network has a plurality of subnetworks, each subnetwork having at least one application that generates a stream of data packets for transmission over the computer network; and a plurality of routers that deliver data packets to the network via a plurality of links, at least one router providing protection switching in the event of a link failure.

A representative embodiment also includes a method of providing protection switching in the event of a link failure of a computer network routing node that delivers data packets to a computer network via a plurality of links. The method includes identifying, for at least one link of the routing node, a backup routing path for forwarding affected data packets in the event of a failure of the at least one link; monitoring the plurality of links to determine when a link fails; when a link which has a backup routing path fails, attaching backup routing path instructions to affected data packets routed over the failed link; and forwarding the affected data packets via the backup routing path. In a further embodiment, a loop prevention algorithm may be used after a link failure to determine that the network has converged and is loop-free.

Another embodiment includes a computer program product for use on a computer system for providing protection switching in the event of a link failure of a computer network routing node that delivers data packets to a computer network via a plurality of links, the computer program product comprising a computer-usable medium having computer-readable program code thereon. The computer readable program code includes program code for identifying, for at least one

US 8,134,917 B2

3

link of the routing node, a backup routing path for forwarding affected data packets in the event of a failure of the at least one link; program code for monitoring the plurality of links to determine when a link fails; program code for, when a link which has a backup routing path fails, attaching backup routing path instructions to affected data packets routed over the failed link; and program code for forwarding the affected data packets via the backup routing path.

In further embodiments of any of the above, the backup controller may further advertise a link failure to the network using a routing protocol. The backup routing path instructions may include a label stack based on Multi-Protocol Label Switching (MPLS), and the label stack may include labels for a packet source and a packet destination. The backup routing path may be a Label Switched Path (LSP), based on, for example, network topology information such as could be derived from a network protocol.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be more readily understood by reference to the following detailed description taken with the accompanying drawings, in which:

FIG. 1 is an illustration of a computer network which provides label switching-based backup path protection switching according to a representative embodiment.

FIG. 2 is an illustration of a network node router which supports backup paths according to a representative embodiment.

FIG. 3 is a flow chart illustration of the logical steps in a method of providing backup path protection switching according to a representative embodiment.

DETAILED DESCRIPTION OF SPECIFIC EMBODIMENTS

Representative embodiments of the present invention use a label switching protocol to establish backup paths with explicit routing for use in the event of a link failure in a computer network. A label is a short, fixed length, physically contiguous, locally significant identifier which is used to identify a given data stream in a label switching network. Multi-Protocol Label Switching (MPLS) is an example of a network layer-based label switching routing protocol that uses a forwarding paradigm based on label swapping to forward data traffic. Data forwarding between two adjacent network nodes using MPLS labels is known as a label switched hop. The concatenation of one or more label switched hops defines a Label Switched Path (LSP) that allows data packets to be forwarded from one MPLS node to another MPLS node by swapping labels. Explicit routing of an LSP is when the LSP is specified by the source of a data stream. The sequence of nodes defined by the LSP are defined by a layered stack of MPLS labels that typically may include a packet source label, a packet destination label, and labels for the nodes in the defined LSP.

In exemplary embodiments, each router establishes a backup path for each protected local link using MPLS-based Label Switched Path (LSP) tunnels. That is, a data packet sent over such a backup path follows an explicitly specified MPLS-LSP. Data packets are automatically rerouted on the backup link in the event that a protected link fails.

FIG. 1 is an illustration of an computer network capable of providing label switching-based protection switching in accordance with illustrative embodiments of the present invention. Network routers R1 101-R5 105 are connected by primary network links 111-116. Thus, in the network shown

4

in FIG. 1, router devices R1 101 and R2 102 are connected by primary network link 111, R1 101 and R3 103 are connected by primary network link 112, R2 102 and R3 103 are connected by primary network link 113, R2 102 and R4 104 are connected by primary network link 114, R3 103 and R5 105 are connected by primary network link 115, and R4 104 and R4 104 are connected by primary network link 116.

For each primary network link, a backup path is established to be used in the event that the primary link fails. For example, if link L 3-5 115 fails, router R3 103 immediately starts to send data packets that would normally go to router R5 105 over link L 3-5 115 on LSP backup path L' 35 121. When router R5 105 receives a packet via the backup path L 3-5 121, it treats the packet just as if the packet had been received on the original failed link L 3-5 115. For clarity, FIG. 1 shows only one such backup path 121, which represents the MPLS-based backup LSP for primary link 115 from router R3 103 to router R5 105. In representative embodiments, there may be a backup path for every primary network link.

FIG. 2 is an illustration of a network router device which supports backup paths according to a representative embodiment. FIG. 3 is a flow chart of illustrative method steps in providing backup path protection with the router device of FIG. 2. Network node router 20 is a part of a computer network 22, which are in mutual communication via a plurality of network node data links 21. Router 20 also serves to connect one or more local area networks (LANs) 23 having one or more workstations 231. Data packets enter and exit the router 20 as controlled by a data interface driver 24 which is connected to the network node links 21. Router 20 also includes a backup controller 25 having a link monitor 26, a backup packet processor 27, and a backup path manager 28.

For each link to be protected, a backup path manager 28 identifies a backup path for forwarding affected data packets in the event that the protected link fails, step 301. Backup paths can be hand configured or "automatically" computed using a link-state routing protocol, e.g., Open Shortest Path First (OSPF). To automatically compute a backup path, the backup path manager 28 removes the primary link to be protected from its topology database, and then recomputes the shortest path to the destination router using a shortest-path algorithm. In typical embodiments, explicitly routed MPLS Label Switched Path (LSP) tunnels are used since the backup path follows a sub-optimal route that does not correspond to the normally routed path. Alternative embodiments may use another label switching protocol other than MPLS.

A link monitor 26 monitors protected links of the router for failure, step 302. A link may fail, for example, if the path between two nodes is physically disrupted, or if a router loses power, disabling the connected links. Various different mechanisms may be used to detect such a link failure. For example, in a 100BASE-TX link integrity test, Fast Ethernet transceiver circuits continually monitor the receive data path for activity as a means of checking that the link is working correctly. The signaling system used for 100BASE-TX segments is based on the ANSI FDDI signaling system, which sends signals continually, even during idle periods of no network traffic. Therefore, activity on the receive data path is sufficient to provide a continual check of link integrity.

When the link monitor 26 initially determines that a protected link has failed, in step 303, backup packet processor 27 attaches backup path instructions from the backup path manager 28—for example, MPLS labels to affected data packets, which are forwarded through the network 22 over the backup for the failed link, step 304. A predetermined period of time after the first detection of a link failure, the failure may be considered to be more than a temporary phenomenon, and the

US 8,134,917 B2

5

link may be considered to have positively failed. The router **20** then advertises the link failure to the network **22**, in step **305**, using a routing protocol, e.g., Open Shortest Path First (OSPF).

New routes are determined to replace the failed link, step **306**. In step **307**, a diffusion-based loop-prevention algorithm determines when the network **22** has converged on new routes and is loop-free. To describe how loop prevention algorithms operate, it is important to first understand that most routing protocols use what are called "shortest-path" algorithms, which may be further sub-classified as being either distance-vector or link-state algorithms. A network node using a distance-vector algorithm, for example, knows the length of the shortest path from each neighboring node to every network destination. Based on this information, the node calculates the shortest path and next node in the path for each destination. Such nodes send to neighboring nodes update messages containing vectors of one or more entries each specifying the distance to a given destination. Receiving an update message may cause a node to generate an update message of its own. As a further example, a network node using a link-state algorithm (also called a topology broadcast algorithm) must know the topology of the entire network (or at least receive such information) in order to compute the shortest path to each network destination. Such nodes broadcast to every other node in the network, update messages containing the state of each of the node's adjacent links.

To avoid transient loops, loop prevention algorithms have been proposed based on diffusing computations, such as described by Garcia-Lunes-Aceves in *Loop-Free Routing Using Diffusing Computations*, IEEE/ACM Transactions on Networking, Vol. 1, No. 1, 1993, which is hereby incorporated herein by reference. To that end, a family of distance vector algorithms are proposed which converge in a finite time after an arbitrary sequence of link cost or topological changes, being loop-free at any given instant, and having advantageous efficiency with respect to combined temporal, message, and storage complexities. Thus, loss of data packets is avoided by using the LSP tunnels to forward the affected data packets while the loop prevention algorithm is running.

Finally, in step **308**, once the new routes are confirmed to be loop-free, the routers revert from the back up path to the new routes, and the backup path manager **28** calculates new backup paths for the newly established routes.

Since representative embodiments use label switching, the present invention can operate successfully in any arbitrary network topology. It should be noted, however, that to realize full link-level protection, the network should have the property that for every two neighbors A and B connected by link L, there exists another path between A and B that does not include L. Various options may be employed with respect to network-level encapsulation on the original link. For example, the original network-layer encapsulation (e.g., IP) may be tunneled in the backup LSP. If MPLS is used on the original link, then the labeled packet may be tunneled on the backup path using MPLS label stacking. Multiple independent link failures may be tolerated using multiple layers of tunneling.

Various embodiments of the invention, or portions thereof (e.g., the link monitor **26**, the backup packet processor **27**, the backup path manager **28**, etc.), may be implemented in any conventional computer programming language. For example, representative embodiments may be implemented in a procedural programming language (e.g., "C") or an object oriented programming language (e.g., "C++" or "JAVA"). Alternative embodiments of the invention may be implemented as pre-

6

programmed hardware elements (e.g., application specific integrated circuits), or other related components.

Alternative embodiments of the invention may be implemented as a computer program product for use with a computer system. Such implementation may include a series of computer instructions fixed either on a tangible medium, such as a computer readable media (e.g., a diskette, CD-ROM, ROM, or fixed disk), or transmittable to a computer system via a modem or other interface device, such as a communications adapter connected to a network over a medium. The medium may be either a tangible medium (e.g., optical or analog communications lines) or a medium implemented with wireless techniques (e.g., microwave, infrared or other transmission techniques). The series of computer instructions preferably embodies all or part of the functionality previously described herein with respect to the system. Those skilled in the art should appreciate that such computer instructions can be written in a number of programming languages for use with many computer architectures or operating systems. Furthermore, such instructions may be stored in any memory device, such as semiconductor, magnetic, optical or other memory devices, and may be transmitted using any communications technology, such as optical, infrared, microwave, or other transmission technologies. It is expected that such a computer program product may be distributed as a removable medium with accompanying printed or electronic documentation (e.g., shrink wrapped software), preloaded with a computer system (e.g., on system ROM or fixed disk), or distributed from a server or electronic bulletin board over the network (e.g., the Internet or World Wide Web).

Although various exemplary embodiments of the invention have been disclosed, it should be apparent to those skilled in the art that various changes and modifications can be made that will achieve some of the advantages of the invention without departing from the true scope of the invention. These and other obvious modifications are intended to be covered by the appended claims.

The invention claimed is:

**1**. Apparatus comprising:
a backup controller that provides protection switching in the event of a link failure associated with an intermediate routing node that delivers explicitly routed data packets from a source to a destination in a computer network via a plurality of links, including a backup path manager that, for at least one link of the routing node, identifies a backup routing path that is used by the routing node for forwarding affected explicitly routed data packets to the destination in the event of a failure of the at least one link, wherein the backup routing path is determined prior to a failure of the at least one link.

**2**. The apparatus according to claim **1**, wherein the backup controller further advertises a link failure to the network using a routing protocol.

**3**. The apparatus according to claim **1**, further comprising a backup packet processor that, when a link which has a backup routing path fails, attaches backup routing path instructions to affected data packets routed over the failed link, and forwards the affected data packets via the backup routing path the backup routing path instructions based on Multi-Protocol Label Switching (MPLS).

**4**. The apparatus according to claim **3**, wherein the label stack includes labels for a packet source and a packet destination.

**5**. The apparatus according to claim **1**, wherein the backup routing path is a Label Switched Path (LSP).

**6**. The apparatus according to claim **5**, wherein the LSP is based on network topology information.

US 8,134,917 B2

7

8

**7**. The apparatus according to claim **6**, wherein the network topology information is derived from a network protocol.

**8**. The apparatus according to claim **1**, wherein the computer network uses a label switching routing protocol.

**9**. A method comprising:

providing protection switching in the event of a link failure associated with an intermediate routing node that delivers explicitly routed data packets from a source to a destination in a computer network, including identifying, for at least one link of the routing node, a backup routing path that is used by the routing node for forwarding affected data packets to the destination in the event of a failure of the at least one link, wherein the backup routing path is identified prior to the failure of the at least one link.

**10**. A method according to claim **9**, further comprising advertising a link failure to the network using a routing protocol.

**11**. A method according to claim **9**, further comprising establishing a new network route to replace a failed link.

**12**. A method according to claim **9**, further comprising using a loop prevention algorithm after a link failure to determine that the network has converged and is loop-free.

**13**. A method according to claim **9**, further comprising the steps of determining when a link fails, and, when a link which has a backup routing path fails, attaching backup routing path instructions to affected data packets routed over the failed link, wherein the backup routing path instructions include a label stack based on Multi-Protocol Label Switching (MPLS).

**14**. A method according to claim **13**, wherein the label stack includes labels for a packet source and a packet destination.

**15**. A method according to claim **9**, wherein the backup routing path is a Label Switched Path (LSP).

**16**. A method according to claim **15**, wherein the LSP is based on network topology information.

**17**. A method according to claim **16**, wherein the network topology information is derived from a network protocol.

**18**. A method according to claim **9**, wherein the computer network uses a label switching routing protocol.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,134,917 B2                                 Page 1 of 1
APPLICATION NO.   : 11/188989
DATED             : March 13, 2012
INVENTOR(S)       : Fredette et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page, after the phrase:

"(65) Prior Publication Data US 2005/0265228 A1 Dec. 1, 2005"

insert

--Related U.S. Application Data

(63) Continuation of application No. 10/771,201, filed on Feb. 3, 2004, now Pat. No. 6,987,727, which is a continuation of application No. 09/471,463, filed on Dec. 22, 1999, now abandoned.--

Signed and Sealed this
Third Day of September, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

Case 09-10138-MFW Doc 14559-2 Filed 10/14/14 Page 95 of 157

EXHIBIT M

US008464299B1

(12) **United States Patent**　　　　(10) **Patent No.:**　　**US 8,464,299 B1**
Meier et al.　　　　　　　　　　　(45) **Date of Patent:**　　　**Jun. 11, 2013**

(54) **RESOURCE CONSERVATION FOR PACKET TELEVISION SERVICES**

(75) Inventors: **Rolf G. Meier**, Carp (CA); **Tim J. Rahrer**, Ottawa (CA)

(73) Assignee: **Rockstar Consortium US LP**, Plano, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2212 days.

(21) Appl. No.: **11/280,615**

(22) Filed: **Nov. 16, 2005**

**Related U.S. Application Data**

(60) Provisional application No. 60/628,577, filed on Nov. 17, 2004, provisional application No. 60/628,625, filed on Nov. 17, 2004.

(51) **Int. Cl.**
*G06F 15/16*　　　(2006.01)
(52) **U.S. Cl.**
USPC ............................................ **725/95**; 725/96
(58) **Field of Classification Search**
USPC ............................. 725/58, 124, 125, 86–104
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2002/0174437 A1* | 11/2002 | Mano et al. | ...................... | 725/95 |
| 2003/0097659 A1* | 5/2003 | Goldman | ........................ | 725/89 |
| 2003/0206719 A1* | 11/2003 | Bumgardner et al. | ......... | 386/83 |
| 2006/0064729 A1* | 3/2006 | Steading | ........................ | 725/95 |

* cited by examiner

*Primary Examiner* — Sam Bhattacharya
(74) *Attorney, Agent, or Firm* — Withrow & Terranova, PLLC

(57)　　　　　　**ABSTRACT**

The present invention controls delivery of television content to conserve network resources based on whether the television content is being viewed on a television monitor. A television gateway may monitor a viewer's interactions with the television gateway to determine whether the television content is being viewed at the associated television monitor, or detect whether the television monitor is on or off. Upon determining that the viewer is not viewing the television content, various actions can be taken to conserve network resources.

**22 Claims, 5 Drawing Sheets**





FIG. 1



100
RECEIVE TELEVISION CONTENT FROM CONTENT SERVER
102
DELIVER TELEVISION CONTENT TO TELEVISION MONITOR
104
DETERMINE WHETHER TO ACTIVATE RESOURCE SAVING PROCESS BASED ON DEFAULT OR USER PREFERENCES (TIME, DATE, TIMER, CONTENT, SERVICE TYPE, TELEVISION STATE, ETC.)
106
ACTIVATE RESOURCE SAVING PROCESS ?
NO
108
CONTINUE DELIVERY OF TELEVISION CONTENT
YES
110
MONITOR VIEWING INDICIA, SUCH AS USER ACTIVITY OR TELEVISION STATE INDICATIVE OF THE TELEVISION MONITOR BEING WATCHED IN LIGHT OF RESOURCE SAVING CRITERIA
112
IS TELEVISION MONITOR BEING WATCHED ?
YES
NO
A

FIG. 2A



A
114
DETERMINE RESOURCE SAVING ACTION TO TAKE BASED ON DEFAULT OR USER PREFERENCES
116
INITIATE RESOURCE SAVING ACTION
118
HALT DELIVERY OF TELEVISION CONTENT
128
REDUCE TELEVISION CONTENT QUALITY
136
PROVIDE LOCAL CONTENT FOR DISPLAY
120
INSTRUCT CONTENT SERVER TO STOP DELIVERY OF TELEVISION CONTENT
130
INSTRUCT CONTENT SERVER TO PROVIDE LOWER QUALITY TELEVISION CONTENT
138
INSTRUCT CONTENT SERVER TO STOP DELIVERY OF TELEVISION CONTENT
122
PROVIDE ALERT FOR DISPLAY
132
PROVIDE ALERT FOR DISPLAY
140
PROVIDE ALERT FOR DISPLAY
124
PROVIDE BLANK SCREEN SIGNAL TO TELEVISION MONITOR
134
CONTINUE DELIVERY OF (LOWER QUALITY) TELEVISION CONTENT TO TELEVISION MONITOR
142
INITIATE DELIVERY OF LOCAL CONTENT TO TELEVISION MONITOR (RECORDED CONTENT, SCREEN SAVER, ETC.)
126
WAIT FOR ADDITIONAL USER INPUT

FIG. 2B



FIG. 3



FIG. 4

US 8,464,299 B1

1

RESOURCE CONSERVATION FOR PACKET
TELEVISION SERVICES

This application claims the benefit of U.S. provisional
patent application Ser. No. 60/628,577 filed Nov. 17, 2004
and U.S. provisional patent application Ser. No. 60/628,625
filed Nov. 17, 2004, the disclosures of which are hereby
incorporated by reference in their entireties.

FIELD OF THE INVENTION

The present invention relates to delivery of television con-
tent, and in particular to controlling delivery of television
content to conserve network resources based on whether the
television content is being viewed.

BACKGROUND OF THE INVENTION

The increasing bandwidth and reliability of packet net-
works has reached levels where streaming high quality tele-
vision content is now possible. For packet-based television
services, content providers will likely not send streaming
television content for all available channels to all subscribers
at the same time. Instead, only the television content for the
selected channel will be streamed to the subscriber. As such,
the amount of network resources required to service a given
number of subscribers is greatly reduced from a scenario
where subscribers are simultaneously receiving television
content for many channels.

Even though network capacity is increasing, the number of
potential subscribers is very large and the television content is
growing more data intensive. Subscribers demand high qual-
ity television content, which corresponds to lower compres-
sion rates and greater bandwidth requirements. Further, the
bandwidth required to support high-definition television con-
tent is many times that necessary for standard definition tele-
vision content. Accordingly, there remains a need to conserve
the network resources required to provide packet-based tele-
vision services.

A significant waste of network resources occurs when tele-
vision content is delivered to a television monitor that is not
being viewed. Many subscribers leave their televisions on for
long periods of time when no one is home or watching the
television. It is also commonplace for subscribers to leave
their set top boxes on, even when the television monitor is off.
In either case, the television content is being delivered over
the packet network to the set top box, thus wasting network
resources. When thousands of subscribers are wasting net-
work resources, such waste becomes significant and the
packet network must be over built to accommodate the waste.
In addition, video content will typically have very high pri-
ority in the network so video streams that are not being
actively recorded or viewed will preclude or diminish the
performance of other services vying for the network band-
width. As such, there is a need for a technique to control
delivery of the television content to conserve network
resources when the television content is not being viewed.

SUMMARY OF THE INVENTION

The present invention controls delivery of television con-
tent to conserve network resources based on whether the
television content is being viewed on a television monitor,
where the term television monitor includes but is not limited
to a television, a video processor with separate display panel,
a video projector, or a portable or handheld device that is able
to display a video stream. A television gateway may monitor

2

a viewer's interactions with the television gateway to deter-
mine whether the television content is being viewed at the
associated television monitor or detect whether the television
monitor is on or off. Upon determining that the viewer is not
viewing the television content, various actions can be taken to
conserve network resources. Conservation actions may be
avoided if the content is being recorded. These actions may
include providing instructions to the content provider to halt
delivery of all or a portion of the television content or provide
the television content at a reduced quality level to reduce the
bandwidth needed for transporting the television content. If
delivery of the television content is halted, the television
gateway may provide a blank screen or locally stored televi-
sion content to the television monitor for display. When a
conservation action is taken, an alert may be provided for
display on the television monitor before, during, or after
initiating the action to alert the viewer of the action.

Those skilled in the art will appreciate the scope of the
present invention and realize additional aspects thereof after
reading the following detailed description of the preferred
embodiments in association with the accompanying drawing
figures.

BRIEF DESCRIPTION OF THE DRAWING
FIGURES

The accompanying drawing figures incorporated in and
forming a part of this specification illustrate several aspects of
the invention, and together with the description serve to
explain the principles of the invention.

FIG. 1 is a block representation of a packet-based televi-
sion environment according to one embodiment of the present
invention.

FIGS. 2A and 2B provide a flow diagram illustrating opera-
tion of a television gateway according to one embodiment of
the present invention.

FIG. 3 is a flow diagram illustrating a learning technique
according to one embodiment of the present invention.

FIG. 4 is a block representation of a television gateway
according to one embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED
EMBODIMENTS

The embodiments set forth below represent the necessary
information to enable those skilled in the art to practice the
invention and illustrate the best mode of practicing the inven-
tion. Upon reading the following description in light of the
accompanying drawing figures, those skilled in the art will
understand the concepts of the invention and will recognize
applications of these concepts not particularly addressed
herein. It should be understood that these concepts and appli-
cations fall within the scope of the disclosure and the accom-
panying claims.

The present invention controls delivery of television con-
tent to conserve network resources based on whether the
television content is being viewed on a television monitor. In
one embodiment, a television gateway, such as a set top box or
residential gateway, monitors a viewer's interactions with the
television gateway to determine whether the television con-
tent is being viewed at the associated television monitor. If the
viewer is not viewing the television content, various actions
can be taken to conserve network resources. These actions
may include providing instructions to a content provider to
halt delivery of the television content or provide the television
content at a reduced quality level to reduce the bandwidth
needed for transporting the television content. If delivery of

US 8,464,299 B1

**3**

the television content is halted, the television gateway may provide a blank screen or locally stored television content to the television monitor for display. In another embodiment, the television gateway monitors the power or current consumption of the television monitor to determine whether the television content is being viewed.

With reference to FIG. **1**, a packet-based television environment **10** is illustrated wherein content servers **12** are able to stream packet-based television content to a television monitor **14** via a television gateway **16**, which may represent a set top box or like device. The content servers **12** may reside on a core transport network **18**, wherein an access network **20** is used to facilitate a connection between the television gateway **16** and the core transport network **18**. The streamed television content may be delivered using any number of appropriate packet-based communication protocols, including the Internet Protocol (IP).

In operation, the television gateway **16** and the content servers **12** are able to exchange control messages to effectively control the delivery of the television content from the content servers **12** to the television gateway **16**, which will process the received television content as necessary and then deliver the television content to the television monitor **14** in an appropriate format for display. The television gateway **16** and content servers **12** can cooperate to allow the television gateway **16** to receive software and firmware updates, exchange billing information for various services, report viewer activity, and the like. Middleware may be provided on the content servers **12**, a standalone network element, or a combination thereof to assist in providing an electronic programming guide and user profiles. The middleware may also be able to monitor user actions and viewing behaviors.

Viewers will have various mechanisms with which to control the television monitor **14** and the television gateway **16**. For example, a television monitor remote control **22** may be provided for controlling only the television monitor **14**. Alternatively, a multi-function remote control **24** may be used to control aspects of the television gateway **16** as well as the television monitor **14**. Other input devices may include a mouse **26**, keyboard **28**, or joystick **30**. In one embodiment of the present invention, these input devices are used to detect viewer activity, which is indicative of the viewer actually viewing the television content that is being received by the television gateway **16** and delivered to the television monitor **14** for viewing. The television gateway **16** can make a determination as to whether the television content is being viewed. If a determination is made that the television content is not being viewed, the television gateway **16** can take appropriate action to conserve network resources. These actions may include but are not limited to instructing the content server **12** to stop delivering the television content, instructing the content server **12** to reduce the quality of the television content in an effort to reduce the data rate or bandwidth associated with delivering the television content, or the like. Other examples will be described further below.

Turning now to FIGS. **2**A and **2**B, a flow diagram illustrates operation of the television gateway **16** according to one embodiment of the present invention. Assume that the television gateway **16** has reacted to viewer input and instructed a content server **12** to deliver selected television content for viewing. Accordingly, the television gateway **16** will receive the television content from the appropriate content server **12** (step **100**) and deliver the television content to the television monitor **14** for display (step **102**).

Upon receiving the television content, or at some point while the television content is being delivered, the television gateway **16** will determine whether to activate a resource

**4**

saving process, which is a process used to determine if and when a resource saving action should be taken (step **104**). Virtually any criteria may be used to determine if and when to activate the resource saving process. In this embodiment, the resource saving process is initiated based on either default or user preferences, which are stored by the television gateway **16** or made accessible to the television gateway **16**. The default or user preferences help to define the criteria used to activate the resource saving process and may be based on the current time, date, timer expiration, the television content, the type of television content (service type), whether the television monitor is on or off, and the like. The criteria may also be based on bandwidth or other resources required by other applications or services. Information bearing on the requirements of other applications or services may come from various network entities, as well as the television gateway **16**.

For example, the preferences for activating the resource saving process may dictate that activation occur after two hours of viewing a given channel, during daytime hours, and only if television content is not pay-per-view content. Notably, activation of the resource saving process does not trigger a resource saving action, but simply activates a process to determine whether a resource saving action should be taken. If the resource saving process should not be activated (step **106**), delivery of the television content will continue (step **108**), wherein another determination whether to activate the resource saving process may take place at a future time or on a periodic or systematic basis (step **104**).

If the resource saving process should be activated (step **106**), the television gateway **16** will begin monitoring viewing indicia, which may be virtually any type of information indicative of the television monitor **14** being watched, in light of resource saving criteria (step **110**). The viewing indicia may relate to user activity involving the television gateway **16** and indicative of a viewer being present to view the television content provided to the television monitor **14**. User activity could involve the viewer changing channels, changing volume, pausing, rewinding, fast forwarding, or otherwise providing input to control the television gateway **16**. Viewing indicia relating to the television state may relate to whether the television monitor **14** is on or off. If the television monitor **14** is off, the television gateway **16** can readily determine that the television monitor **14** is not being viewed. As will be described further below, the television gateway **16** may be able to monitor power or current consumption of the television monitor **14** to determine whether the television monitor **14** is on or off. The resource saving criteria are essentially the rules or guidelines to which the viewing indicia is applied to allow the television gateway **16** to determine whether the television monitor **14** is being watched.

If the television gateway **16** determines that the television monitor **14** is being watched (step **112**), the television gateway **16** will continue monitoring the viewing indicia according to the resource saving process (step **110**). If the television monitor **14** is not being watched (step **112**), the television gateway **16** may determine a resource saving action to take based on the default or user preferences, if multiple resource saving actions are available (step **114**). The television gateway **16** will then initiate a resource saving action (step **116**). In the illustrated example, the television gateway **16** can initiate one of three resource saving actions: halting delivery of the television content, reducing the quality of the television content, and providing local content, which is locally stored on the television gateway **16** or associated device, for display instead of the television content from the content server **12**.

If the resource saving action to halt delivery of the content is selected (step **118**), the television gateway **16** will instruct

US 8,464,299 B1

5

6

the content server **12** to stop delivery of the television content (step **120**), provide an alert for the viewer to display on the television monitor **14** (step **122**), and provide a blank screen signal to the television monitor **14** (step **124**). At this point, the television gateway **16** may wait for additional user input before taking additional action (step **126**).

If the resource saving action was to reduce the quality of the television content to effectively reduce the data rate associated with delivering the television content and thus the required bandwidth associated with delivering the television content (step **128**), the television gateway **16** will instruct the content server **12** to provide a lower quality version of the television content (step **130**). As such, the content server **12** may employ more intense compression algorithms and/or reduce the content resolution to minimize the data rates necessary to deliver the television content to the television gateway **16**. During this process, the television gateway **16** may provide an alert to the viewer for display on the television monitor **14** (step **132**). The alert may indicate that a lower quality television signal is being provided, as well as provide the viewer with an option to go back to viewing the higher quality television signal. The television gateway **16** will then continue to deliver the television content to the television monitor **14** (step **134**) and wait for additional user input prior to taking further action (step **126**).

If the resource saving action is to provide local content for display on the television monitor **14** (step **136**), the television gateway **16** may instruct the content server **12** to stop delivery of the television content (step **138**), provide an alert to the viewer for display on the television monitor **14** indicating that local content is being displayed (step **140**), and then initiate delivery of the local content to the television monitor (step **142**). The local content may be recorded at the television gateway **16** or may be provided by another media device. The actual content may be a stored television program, slideshow, or desired screen saver. Again, the television gateway **16** may wait for additional user input before taking additional action (step **126**).

As those skilled in the art will appreciate, the television gateway **16** may erroneously determine that a viewer is not watching the television content being provided to the television monitor **14**, even if the television monitor **14** is being viewed by the viewer. As such, customer satisfaction demands that the resource saving criteria be configured to react to the viewing indicia in an accurate manner. This is important in order to ensure that the television gateway **16** does not errantly initiate a resource saving action when the television monitor **14** is being viewed. As a corollary, there is a desire to minimize wasted network resources, and therefore, have the television gateway **16** determine when the television monitor **14** is not being viewed as quickly as possible. To maximize the efficiency of the resource saving process, the resource saving criteria may have many variables, including various viewing indicia.

Further, a learning process may be employed wherein the television gateway **16** will analyze the viewer's habits over time in light of various viewing indicia to create customized resource saving criteria, which are based on the habits of the viewer or viewers associated with a given television gateway **16**. For example, if a user never views content late at night, the stream is still active late at night, and the recording device is not active, then it is likely that no one is viewing the television content. As such, the television gateway **16** may employ the resource saving action. These statistics can be pulled from the middleware that tracks user requests for content and viewing patterns. An exemplary learning process is provided in the flow diagram of FIG. **3**. Initially, the television gateway **16**

will monitor viewing indicia over time (step **200**) and generate customized resource saving criteria based on the monitoring of the viewing indicia (step **202**). The television gateway **16** will then apply the resource saving criteria to control the resource saving process described above (step **204**).

Those skilled in the art will recognize that there are numerous ways to modify the present invention as well as additional or optional actions that may be taken in association with implementing the present invention. For example, the television gateway **16** may be configured to turn off the power to the television monitor **14** when the television content is not being viewed. Further, since most of the bandwidth associated with the television content is allocated to the video content, the television gateway **16** could instruct the content server **12** to continue delivery of the audio content and halt the video content. As indicated, different types of programming, such as video-on-demand or pay-per-view content, which may involve less user interaction or require a fee for viewing, may warrant not using the resource saving process or changing the resource saving process to be less invasive or restrictive. Many of the actions may be provided in sequence. For example, once it is determined that the television content is not being viewed, the first action may operate to reduce the quality of the television content. If user input is not received within a certain amount of time after a reduction in the quality of the television content, a second action could be taken to halt the delivery of the television content and provide a screen saver or locally recorded content to the television monitor **14**.

As an alternative to the above-illustrated embodiment, an alert could be provided prior to initiating the resource saving action and give the viewer time to cancel the resource saving action before the action is initiated. If the television gateway **16** can operate as a digital video recorder (DVR), the resource saving process may be deactivated when television content is being recorded. The resource saving process may also be tied to the relative length of the programming, wherein for a two-hour program, the resource saving process will not be initiated for at least two hours. Programming length can be obtained from the middleware or electronic programming guide. Alternatively, the resource saving process may be initiated at the end of a program or at the beginning of another program, as well as at different times throughout the program, depending on the desires of the user and the presets provided by the content providers.

With reference to FIG. **4**, a block representation of a television gateway **16** is provided. The television gateway **16** will include a network interface **32** adapted to connect directly or indirectly to the access network **20** and an audio/video interface **34** adapted to provide content to the television monitor **14**. The content will definitely include the television content, and may include audio content as well. The audio content may also be provided to an optional stereo receiver or like audio processor. The audio/video interface **34** may provide analog or digital audio and video signals, or a combination thereof, depending on the desired connectors and formats. The television content received via the network interface **32** will be processed in traditional fashion by a signal processor **36** and forwarded through the audio/video interface **34** for delivery to the television monitor **14**. In addition to processing the television content, the signal processor **36** may be involved in providing signaling to the content servers **12** via the network interface **32**, as well as to the television monitor **14** via the audio/video interface **34**.

The functionality afforded by the television gateway **16** is predominantly controlled by a control system **38**, which cooperates with the signal processor **36** to provide the functionality described above. In particular, the control system **38**

US 8,464,299 B1

7

will have the requisite memory and data to implement a resource saving function **40**, which effectively implements the resource saving process. The control system **38** is also associated with a user interface **42**, which is configured to receive user input directly through an associated keypad or any of the other input devices illustrated in FIG. **1**. The user interface **42** may also provide a display directly on the television gateway **16**. Accordingly, the viewing indicia relating to viewer activity is received via the user interface **42** and processed by the control system **38** in light of the resource saving criteria.

When the viewing indicia relates to the power or current consumption of the television monitor **14**, the television gateway **16** may include additional circuitry to monitor the power or current supplied to the television monitor **14**. In particular, the television gateway **16** will generally have a power supply **44**, which supplies power to the various electronics in the television gateway **16** from an AC power source. The AC power source may also provide AC power to a power outlet **46** into which the power cord for the television monitor **14** can be plugged. Thus, the television monitor **14** will derive its power from the television gateway **16**. If a power or current sense circuit **48** is used to monitor the power or current provided to the television monitor **14**, power or current provided to the television monitor **14** can be determined at any given time, and provided to the control system **38** as viewing indicia. Accordingly, when the television monitor **14** is on, a higher power and current are provided to the television monitor **14**. When the television monitor **14** is off, a lower power or current level is provided to the television monitor **14**. As such, the control system **38** will have a clear indication as to whether the television monitor **14** is on or off.

Notably, different television monitors **14** will require different power or current levels for operation. As such, the control system **38** may cooperate with the power or current sense circuitry **48** to monitor the power or current provided to the television monitor **14** over a given period of time, and effectively learn the respective levels for the on and off states. Once the learning is complete, the control system **38** will be ready to process the viewing indicia received from the power or current sense circuitry **48** in an effective manner. If a learning process is not desirable, default power or current levels may be defined for on or off states.

The television gateway **16** may also include an infrared or radio frequency (RF) interface **50** capable of transmitting wireless signals to recording devices and the television monitor **14**. For the present invention, the television gateway **16** may turn the television monitor **14** off by transmitting an appropriate signal via the infrared or RF interface **50** when content delivery is stopped as part of a resource saving action. The power sensing function can be used to confirm that the television monitor **14** is off. Those skilled in the art will recognize other types of wired or wireless interfaces through which the television monitor **14** may be controlled.

Accordingly, the present invention provides an efficient and effective technique for conserving network resources based on whether the television content being delivered for viewing is actually being viewed. A determination as to whether the television content is actually being viewed may be based on user activity indicative of the content being viewed, whether the television monitor **14** is in an on or off state based on power or current consumption monitoring, or a combination thereof. If a determination is made that the television content is not being viewed, various actions may be taken to stop the delivery of the television content or change

8

aspects of the television content to minimize the network resources necessary for transporting the television content for viewing.

Those skilled in the art will recognize improvements and modifications to the preferred embodiments of the present invention. All such improvements and modifications are considered within the scope of the concepts disclosed herein and the claims that follow.

What is claimed is:

**1**. A method for conserving resources associated with packet television services comprising:

    receiving television content from a content provider over a packet network;

    providing the television content to a television monitor for display to a viewer;

    determining if a resource conserving process should be activated, wherein the resource conserving process determines if an action to conserve resources associated with transporting the television content over the packet network should be performed;

    if the resource conserving process should be activated:

        determining whether the viewer is watching the television monitor; and

        initiating the action to conserve resources associated with transporting the television content over the packet network upon determining that the viewer is not watching the television monitor;

    if the resource conserving process should not be activated:

        continue providing the television content.

**2**. The method of claim **1** further comprising monitoring viewing indicia bearing on the television monitor being watched and applying the viewing indicia to resource saving criteria to determine whether the viewer is watching the television monitor.

**3**. The method of claim **2** further comprising receiving viewer input and wherein the viewing indicia comprise viewer input.

**4**. The method of claim **3** further comprising:

    monitoring the viewer input over time;

    determining viewer behavior based on the viewer input over time; and

    generating the resource saving criteria based on the viewer behavior, wherein the viewer input over time is used to learn the viewer behavior from which the resource saving criteria is generated.

**5**. The method of claim **2** wherein the resource saving criteria is based at least in part on preferences defined by the viewer.

**6**. The method of claim **2** wherein the viewing indicia bears on whether the television monitor is on or off.

**7**. The method of claim **1** wherein determining whether the viewer is watching the television monitor comprises determining whether the television is on or off, and initiating the action to conserve resources after detecting that the television monitor is off.

**8**. The method of claim **7** further comprising:

    providing power to the television monitor;

    monitoring at least one of the power and associated current being provided to the television monitor; and

    detecting that the television monitor is off when the at least one of the power and the associated current being provided to the television is indicative of the television monitor being off.

**9**. The method of claim **1** further comprising providing an alert for display on the television monitor in association with initiating the action to conserve resources.

US 8,464,299 B1

**9**

**10**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to stop delivery of the television content, wherein delivery of the television content is stopped.

**11**. The method of claim **1** wherein initiating the action to conserve resources further comprises providing locally stored content to the television monitor for display to the viewer.

**12**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to reduce a relative quality of the television content, wherein delivery of the television content after reducing the relative quality requires fewer network resources than delivery of the television content prior to reducing the relative quality.

**13**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to halt delivery of a video portion of the television content, wherein the television content delivered after sending the instructions does not comprise the video portion.

**14**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on a programming type for a program delivered via the television content.

**15**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on whether the television content is being recorded.

**16**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on viewer preferences.

**17**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on at least one of a time, date, and length of a program delivered via the television content.

**18**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on a program being delivered via the television content.

**19**. An apparatus for conserving resources associated with packet television services comprising:

a first interface adapted to receive television content from a content provider over a packet network;

a second interface adapted to provide the television content to a television monitor for display to a viewer; and

a control system associated with the first and second interfaces and adapted to:

determine if a resource conserving process should be activated, wherein the resource conserving process determines if an action to conserve resources associated with transporting the television content over the packet network should be performed;

if the resource conserving process should be activated:

determine whether the viewer is watching the television monitor; and

initiate the action to conserve resources associated with transporting the television content over the packet network upon determining that the viewer is not watching the television monitor;

if the resource conserving process should not be activated:

allow for continued providing of the television content.

**20**. The apparatus of claim **19** further comprising a user interface associated with the control system, which is adapted to determine whether the viewer is watching the television monitor based on viewer activity detected at the user interface.

**21**. The apparatus of claim **19** wherein to determine whether the viewer is watching the television monitor, the control system is further adapted to determine whether the television is on or off, and initiate the action to conserve resources after detecting that the television monitor is off.

**22**. The apparatus of claim **19** further comprising:

an outlet adapted to provide power to the television monitor; and

sensing circuitry adapted to monitor at least one of the power and associated current being provided to the television monitor via the outlet and provide a sensing signal to the control system, wherein the control system is adapted to detect that the television monitor is off when the at least one of the power and the associated current being provided to the television is indicative of the television monitor being off.

*  *  *  *  *

Case 09-10138-MFW   Doc 14559-2   Filed 10/14/14   Page 939 of 116

# EXHIBIT N

US00RE40999E

(19) **United States**

(12) **Reissued Patent**
Frantz et al.

(10) Patent Number: **US RE40,999 E**

(45) Date of Reissued Patent: **Nov. 24, 2009**

(54) **VLAN FRAME FORMAT**

(75) Inventors: **Paul James Frantz**, San Francisco, CA (US); **Geoffrey O. Thompson**, Mountain View, CA (US)

(73) Assignee: **Nortel Networks Limited**, St. Laurent, Quebec (CA)

(21) Appl. No.: **10/225,708**

(22) Filed: **Aug. 22, 2002**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,111,876**
Issued: **Aug. 29, 2000**
Appl. No.: **08/705,631**
Filed: **Aug. 30, 1996**

U.S. Applications:
(63) Continuation-in-part of application No. 08/613,726, filed on Mar. 12, 1996, now Pat. No. 5,959,990.

(51) **Int. Cl.**
*H04L 12/56* (2006.01)
*H04J 3/16* (2006.01)

(52) **U.S. Cl.** .................... 370/395.3; 370/338; 370/392; 370/401; 370/469

(58) **Field of Classification Search** ................. 370/338, 370/389, 392–397, 395.2, 395.3, 400.1, 402, 370/466–474; 709/200–211
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,220,564 | A | * | 6/1993 | Tuch et al. | |
| 5,394,402 | A | * | 2/1995 | Ross | |
| 5,560,038 | A | * | 9/1996 | Haddock | |
| 5,583,862 | A | * | 12/1996 | Callon | |
| 5,617,421 | A | * | 4/1997 | Chin et al. | |
| 5,684,800 | A | * | 11/1997 | Dobbins et al. | 370/401 |
| 5,740,171 | A | * | 4/1998 | Mazzola et al. | 370/392 |
| 5,742,604 | A | * | 4/1998 | Edsall et al. | 370/401 |
| 5,764,636 | A | * | 6/1998 | Edsall | 370/401 |
| 5,946,308 | A | * | 8/1999 | Dobbins et al. | 370/392 |

OTHER PUBLICATIONS

Alantec, Intelligent Switching Hubs, "An Efficient Frame–Tagging Format for VLANs", IEEE 802.1 Meeting: Jan. 24–25, 1996: John Wakerly: Efficient Frame–Tagging for VLANs, 7 pages.

(Continued)

*Primary Examiner*—Afsar M. Quereshi
(74) *Attorney, Agent, or Firm*—Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC

(57) **ABSTRACT**

In a network device such as a network switch having a port coupled to a communications medium dedicated to a single virtual local area network and another port coupled to a communications medium shared among multiple virtual local area networks for transmitting data frames between the dedicated communications medium and the shared communications medium, a method of identifying the virtual network associated with each data frame received by the network switch when transmitting the data frames over the shared communications medium. The method comprises receiving data frames from the dedicated communications medium coupled to one port, and, with respect to each data frame so received, inserting a new type field and a virtual network identifier field. The contents of the new type field indicate the data frame comprises a virtual network identifier field. The method further includes placing a value in the virtual network identifier field identifying the virtual network associated with the data frame and transmitting the data frame over the shared communications medium. Upon receipt of the data frames from over the shared communications medium, another network device can discern from the virtual network identifier field in each data frame the virtual network from which the data frames were received and determine whether to forward the data frames accordingly.

**68 Claims, 7 Drawing Sheets**



## US RE40,999 E

Page 2

### OTHER PUBLICATIONS

Steven E. Horowitz, editor, "Dancing Bears", IEEE 802.1 Virtual LANs, May 28, 1996, 51 pages.

International Standard ISO/IEC 8802–3, ANS/IEEE Std. 802.3, Fourth Edition, 1993, "Information Technology—Local Metropolitan Area Networks", Part 3, pp. 41–43.

The Ethernet Specification, Data Link Layer and Physical Layer, Version 2.0, Nov. 1982, pp. 27–80.

Brief Minutes of 802.1—Maui, Jul. 1995, 41 pages.

Norman W. Finn, "Two Models for VLAN Tagging", Mar. 8, 1996, 5 pages.

Minutes from IEEE 802.1 (unofficial) VLAN meeting, Jan. 24–25, 1996, 2 pages.

Minutes from 802.1 Plenary Meeting, Mar. 11, 1996, LaJolla, CA, & Plenary Meeting, Mar. 13, 1996, 8 pages.

Notes on the 'Short Tag' breakout session Thursday afternoon, Jan. 25, 1996, 2 pages.

Minutes from 802.1 Interim Meeting, Jun. 1996, Wakefield, MA, 4 pages.

Alantec, Intelligent Switching Hubs, "Some VLAN Styles", IEEE 802.1 Meeting: Oct. 11–13, 1995: John Wakerly: Some VLAN Styles.

Alantec, Intelligent Switching Hubs, "Forwarding Methods for VLAN–Tagged Frames in a Bridged LAN", IEEE 802.1 Meeting: Jan. 24–25, 1996: John Wakely: Efficient Frame–Tagging for VLANs.

Notes on the Short Tag breakout session Thursday afternoon Jan. 25, 1996, 3 pages.

Draft Recommended Practice 802.1H, "Media Access Control (MAC) Bridging of Ethernet V2.0 in 802 Local Area Networks," pp. 1–22, Jul. 7, 1994.*

Local and Metropolitan Area Networks 802.10 Supplements, "IEEE Standards—Secure Data Exchange (SDE) Sublayer Management (Subclause 28) and Recommended Practice for SDE on Ethernet V2.0 in IEEE 802 LANS (Annex 2H)," May 19, 1994.*

Local and Metropolitan Area Networks 802.10 Supplements, "Interoperable LAN/MAN Security (SILS)—Currently Contains Secure Data Exchange (SDE) (Clause 2)," Feb. 5, 1993.*

* cited by examiner



**FIG. 1**
(PRIOR ART)



**FIG. 2A**
(PRIOR ART)

U.S. Patent

Nov. 24, 2009

Sheet 3 of 7

US RE40,999 E



**FIG. 2B**
(PRIOR ART)



U.S. Patent

Nov. 24, 2009

Sheet 4 of 7

US RE40,999 E

VLAN 220

VLAN 210

VLAN 220

FIG. 3

(PRIOR ART)

331

330

341

340

342

122

130

131

132

SWITCH
310

SWITCH
200

140

141

105

142

320

300

106

ROUTER
100

10

U.S. Patent

Nov. 24, 2009

Sheet 5 of 7

US RE40,999 E

# FIG. 4

(PRIOR ART)



U.S. Patent

Nov. 24, 2009

Sheet 6 of 7

US RE40,999 E

# FIG. 5(A)



# FIG. 5(B)



U.S. Patent

Nov. 24, 2009

Sheet 7 of 7

US RE40,999 E

# FIG. 5(C)



US RE40,999 E

1

**VLAN FRAME FORMAT**

Matter enclosed in heavy brackets **[ ]** appears in the original patent but forms no part of this reissue specification; matter in italics indicates the additions made by reissue.

This application is a continuation-in-part of United States patent application entitled, "VLAN FRAME FORMAT", Ser. No. 08/613,726, filed on Mar. 12, 1996, now U.S. Pat. No. 5,959,990

*NOTICE: More than one reissue application has been filed for the reissue of U.S. Pat. No. 6,111,876. The reissue applications are application Ser. Nos. 10/225,708 (the present application), and application Ser. No. 12/459,465 that is being concurrently filed with the payment of the issue fee in the above referenced application Ser. No. 10/225,708, all of which are divisional reissues of U.S. Pat. No. 6,111, 876.*

COPYRIGHT NOTICE

Contained herein is material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction of the patent disclosure by any person as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all rights to the copyright whatsoever.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of data communications. More specifically, the present invention relates to a method and frame format for preserving in a data frame the virtual local area network (VLAN) associated with the data frame as determined by a network device from which the data frame was received when transmitting the data frame over a communications medium shared among multiple VLANs. The method and frame format are equally applicable when the network device uses criteria in addition to or instead of the ingress port to associate a VLAN with the data frame.

2. Description of the Related Art

A small baseband local area network (LAN) typically connects a number of nodes, e.g., a server and workstations, to a shared communications medium wherein all nodes compete for available bandwidth on the shared communications medium. In an Ethernet or Institute of Electrical and Electronics Engineers (IEEE) 802.3 standard local area network, when a node transmits a unicast data frame on the network, every node coupled to the shared medium receives and processes the data frame to determine if it is the node to which the data frame is destined. Moreover, when a station transmits a broadcast data frame on the network, all nodes see the data frame and must process it to determine whether they should respond to the broadcasting node. As the number of nodes coupled to the medium increase, data traffic can become congested, resulting in an undesirable level of collisions and network related delays in transmitting data frames, which in turn results in network and node performance degradation.

A common prior art method of reducing congestion is to separate a LAN into multiple LAN segments by way of a network device, such as a bridge or network switch, operating at the Media Access Control (MAC) sublayer of the Data Link layer (layer 2) of the International Standards Organization (ISO) Open Systems Interconnection (OSI) reference model. While all nodes in the data network may still belong

2

to the same broadcast domain, that is, each node still transmits and receives broadcast data frames to/from all nodes on all LAN segments in the network, nodes sharing the same LAN segment see only unicast data frames generated by or destined to a node on the same LAN segment Given that the bulk of data traffic on a LAN is unicast in nature, segmentation may somewhat reduce collisions and traffic related performance problems.

However, as the number of LAN segments and nodes per segment increases in the same broadcast domain, the nodes can become overburdened processing broadcast data frames. It may be desirable under such circumstances to separate the growing data network into multiple broadcast domains. One possible approach to creating multiple broadcast domains is to separate one or more LAN segments using a network device such as a router, operating at the Network layer (layer **3**) of the OSI reference model. With reference to FIG. **1**, a data network **10** is illustrated wherein a number of internetworking devices are installed to reduce traffic levels on each LAN segment. A router **100** separates LAN segments **103**, **110** and **120** into one broadcast domain **11**, and LAN segments **105**, **130** and **140** into another broadcast domain **12**.

For example, router **100** only forwards a unicast data frame from a node on LAN segments **103**, **110** or **120** that is specifically addressed (at layer **3** of the OSI model) to a node on LAN segments **105**, **130** or **140**, and vise versa. Network devices **101** and **102** may be, for example, network switches. Network switch **101** separates LAN segments **103**, **110** and **120** to reduce unicast traffic on each segment while the segments still remain in the same broadcast domain **11**. Network switch **102** functions in a similar manner with respect to LAN segments **105**, **130** and **140**.

LAN segments **110**, **120**, **130** and **140** may have multiple nodes attached. For example, LAN segment **110** has nodes **111** and **112** coupled to it, and functions, therefore, as a shared communications medium, wherein the nodes share the available bandwidth (e.g., 10 million bits per second in a traditional Ethernet carrier sense, multiple access data bus with collision detection [CSMA/CD]). LAN segments **103** and **105**, on the other hand, are dedicated LAN segments, therefore, nodes **104** and **106** have all available bandwidth to themselves. For example, nodes **104** and **106** may be servers requiring greater bandwidth. Dedicated LAN segments **103** and **105** may be any technology supporting delivery of Ethernet or IEEE 802 LLC data frames including CSMA/CD or Fiber Distributed Data Interface (FDDI) segments operating at 100 million bits per second, or Asynchronous Transfer Mode LAN emulation service running over segments operating at 155 million bits per second.

The router **100** has the further advantage of allowing for the implementation of policy restrictions among network administrator-defined groups in the network. For example, it may be desirable to prohibit nodes in broadcast domain **12** from communicating with nodes in broadcast domain **11** using any protocol except those specifically allowed by the network administrator.

However, as can be seen in FIG. **1**, data network **10** involves significant hardware and software expenses associated with two network switches, a router, and the multiple communication lines required to achieve multiple broadcast domains. Moreover, a significant amount of administrative overhead is required to maintain the configuration and operation of the internetworking devices as required, for example, when a node is moved from one segment to another segment in the same or different broadcast domain. Thus, it is desirable to implement the data network **10** of

US RE40,999 E

3

FIG. **1** using a single network switch and virtual local area networks (VLANs).

FIG. **2A** illustrates data network **10** using a single network switch **200** and virtual local area networks (VLANs) to create multiple broadcast domains **11** and **12**. A VLAN is a logical local area network comprised of a plurality of physical local area networks as determined by some network administrator-defined criteria, e.g., grouping local area networks based on geographical topology of the data network, or business units/functions of a company, such as finance or engineering departments. Such VLANs are generally configured based on the points where the physical LANs enter a switched network. For example, network switch **200** is configured such that ports **201** through **203** and **207** belong to VLAN **210**, and ports **204–206** belong to VLAN **220**. LAN segments **103**, **110** and **120** coupled to ports **201–203**, respectively, belong to VLAN **210**. LAN segments **130**, **140** and **105** coupled to ports **204**, **207**, and **205**, respectively, belong to VLAN **220**. The configuration of data network **10** in FIG. **2A** is relatively less expensive than the configuration of data network **10** in FIG. **1** in that only one switch is required. Moreover, since VLANs are configured at network switch **200**, a network administrator can maintain configuration and operation of the network without concern for moving a node from one LAN segment to another LAN segment in the same VLAN.

When the system grows beyond the capacity of a single switch or when geographical constraints create a need for switching capacity at more than one site, additional switches are added to the network. FIG. **2B** shows the addition of switch **300** to the network shown in FIG. **2A**. LAN segment **190** is used to link switch **300** to switch **200**. Switch **300** supports segments **150** and **160** in VLAN **210** and segments **170** and **180** in VLAN **220**.

In the prior art, when switch **200** receives a broadcast packet from VLAN **210**, station **104**, it forwards the packet out all of its other VLAN **210** ports (**202**, **203** and **207**) and also forwards it from port **208** to switch **300**. Switch **300** examines the MAC source address (i.e., the ISO layer **2** source address) and based on a prior exchange of information with switch **200** is able to determine the proper VLAN to use for frames from that source address, in this case, VLAN **210**. Based on this determination, switch **300** forwards the frame to all of its VLAN **210** ports (e.g., ports **302** and **303**).

The success of this approach depends on prohibiting frames having the same MAC source address from appearing on multiple VLANs. However, the prohibition makes this approach unusable in some networks. To work around this problem, some prior art implementations use additional fields within the packet, such as the ISO layer **3** source address, to resolve ambiguities. However, even this approach does not work in all cases, as there are many types of frames which do not contain sufficient information to make a reliable VLAN determination. Examples of such frames include Internet Protocol (IP) BOOTP requests, IPX Get Nearest Server requests and frames from non-routable protocols.

All messages (in the form of a data frame) transferred between nodes of the same VLAN are transmitted at the MAC sublayer of the Data Link layer of the OSI reference model, based on each node's MAC layer address. However, there is no connectivity between nodes of different VLANs within network switch **200** or **300**.

For example, with reference to FIG. **2A**, even though all physical LAN segments **103**, **105**, **120**, **130**, and **140** are connected to ports on LAN switch **200**, the VLAN config-

4

ration of switch **200** is such that nodes in one VLAN cannot communicate with nodes in the other VLAN via network switch **200**. For example, node **104** can communicate with node **122** but cannot communicate with node **142** by way of switch **200**. Rather, router **100** connects VLAN **210** to VLAN **220** via communications mediums **101** and **102** respectively, so that node **104** can communicate with node **142**. Messages transferred between nodes of different VLANs are most often transmitted at the Network layer of the OSI reference model, based on the Network layer address of each node, e.g., an Internet Protocol (IP) address. Router **100** also allows a network administrator to configure appropriate policy restrictions and security rules to reduce unnecessary or unwanted traffic in data network **10**.

Using a routing function to transfer data frames between VLAN **210** and VLAN **220** as illustrated in FIG. **2B** is inappropriate, however, for data frames of protocol suites that do not support a network layer protocol, e.g., DEC LAT or NetBIOS. To deal with this problem, routers commonly provide a capability for bridging frames of non-routable protocols. For example, assume node **106** in VLAN **220** uses the DEC LAT protocol in an attempt to transmit a data frame to a node in VLAN **210**. Switch **200** receives the data frame from node **106** over dedicated communications medium **105** and transfers it to router **100** via communications medium **102**. Router **100**, not being able to route DEC LAT traffic, may bridge the data frame back to switch **200** via communications medium **101**. Switch **200** receives the data frame and, because the data frame is bridged instead of routed, the source MAC address is unchanged. Switch **200** has now received on both ports **205** (in VLAN **220**) and **207** (in VLAN **210**) a data frame having the MAC address for node **106**, and cannot, therefore, unambiguously determine over which port node **106** is connected, or which VLAN should be associated with node **106**. Therefore, switch **200** is unable to inform switch **300** of which VLAN should be associated with the MAC address of node **106**.

Another circumstance which creates difficulties in establishing a MAC address to VLAN mapping is when a routing protocol, e.g., the DecNet routing protocol, transmits data frames using the same source MAC address on both communications mediums **101** and **102**.

Yet another drawback of the configuration of data network **10** as illustrated in FIG. **2A** is that a communications link is needed between network switch **200** and router **100** for each virtual local area network (VLAN). As the number of physical LAN segments and VLAN segments increase, and as the distance between LANs increase necessitating utilization of metropolitan- and wide-area communications mediums/facilities, the monetary and administrative expense required to maintain data network **10** also increases. As illustrated in FIG. **3**, one means of reducing this expense is to combine multiple communications links into a single shared communications medium **300** between switch **200** and router **100**. The same problems which prevented switch **300** in FIG. **2B** from reliably determining the proper VLAN for frames received over segment **190** also prevent switch **200** in FIG. **3** from reliably associating VLANs with data frames received over segment **300**. Thus, a means is needed to identify the virtual local area network (VLAN) from which a frame originated when transferring the frame over a communications medium shared among multiple VLANs.

One such prior art method identifying the VLAN associated with a MAC address of a node involves creating and maintaining a lookup table on each network device in the data network. The lookup table contains entries associating the MAC address of a node with the port on the network

US RE40,999 E

5

device over which the node is reachable. The node may be coupled to a shared or dedicated communications medium which is further coupled to the port. Each entry also contains a VLAN identifier identifying the virtual local area network (VLAN) assigned to the port. If multiple network devices exist in the data network, as illustrated in FIG. **3**, they may utilize a protocol to exchange lookup tables so that each device knows which VLAN is assigned to each port on each device and what nodes (identified by their respective MAC addresses) are reachable via each port as well as which nodes belong to the same VLAN and are allowed, therefore, to communicate with each other.

A prior art method of reliably identifying the VLAN from which a data frame originated utilizes a management defined field (MDF) of an IEEE standard 802.10 Secure Data Exchange (SDE) Protocol Data Unit (PDU). The MDF allows the transfer of proprietary information that may facilitate the processing of a data frame. The prior art method uses the MDF to store a VLAN identifier as the data frame is transferred from a network device over a communications medium shared among multiple VLANs so that when another network device receives a data frame from the shared communications medium, it can determine the VLAN associated with the data frame and determine whether to forward the frame accordingly, depending on the VLANs configured for each port on the network device.

FIG. **4** illustrates the frame format for an IEEE 802.3 MAC/802.10 SDE data frame utilizing the MDF to identify the VLAN associated with the data frame. Portion **401** of data frame **400** is the IEEE 802.3 media access control (MAC) header, comprising a 6 byte destination MAC address field, and 6 byte source MAC address field, and a 2 byte length field. Portion **402** indicates the IEEE 802.10 secure data exchange (SDE) clear header, comprising the SDE designator field **404** containing a special destination service access point (DSAP), source service access point (SSAP), and control field for SDE frames, a security association identifier (SAID) field **405**, and the management defined field (MDF) **406**. The remainder of the original data frame, comprising its IEEE 802.2 LLC header followed by the user data, is included in field **403**.

A VLAN identifier representing the VLAN associated with the data frame received by the network device is placed in the MDF **406** by the MAC layer and other relevant hardware and software in the network device. When the frame is subsequently transmitted across a shared communications medium, such as when switch **300** of FIG. 2B forwards over shared communications medium **190** a data frame destined for a node coupled to a port associated with a different VLAN on switch **200**, switch **200** is able to determine the VLAN from which the data frame was received by switch **300** and forward it accordingly to router **100** (if, indeed, inter-VLAN communication is required). Router **100** then routes the data frame back to switch **200**, where switch **200** then determines whether to forward the frame to the appropriate port based on the VLAN identifier in the MDF and destination MAC address in the destination MAC address field.

However, the frame format illustrated in FIG. **4** supports only the IEEE 802.3 media access control standards. An Ethernet-based data frame is considered nonstandard by the IEEE, and, therefore, cannot utilize the IEEE 802.10 header, or any other IEEE based header to preserve the VLAN, except through the use of an additional layer of encapsulation. IEEE Recommended Practice 802.1H is one way of performing this additional encapsulation. This extra layer of encapsulation reduces the efficiency of bandwidth utilization

6

and adds complexity to the implementation. Thus, a method and frame format for identifying the VLAN associated with a data frame received at a network switch from either an Ethernet LAN or an IEEE 802.3 LAN is needed to support the existing infrastructure of Ethernet networks in a data network transmitting data frames from multiple VLANs across a shared communications medium. This will allow compatibility with Ethernet-based nodes on the same shared media with nodes supporting VLAN identification.

## SUMMARY OF THE DISCLOSURE

The present invention relates to a method and frame format for preserving in a data frame as the data frame is transmitted across a communications medium shared among a plurality of virtual local area networks (VLANs), the VLAN which was associated with the data frame at the point where it entered the network. The method supports existing data network infrastructures, including Ethernet based data network infrastructures.

According to one aspect of the invention, a data frame format extends the traditional Ethernet frame format to accommodate a VLAN header. In one embodiment, a unique Ethernet type field value is used to identify the data frame as having a VLAN header inserted between the Ethernet type field and the user data field. In another embodiment, the unique Ethernet type field value is used to identify the data frame as having a VLAN header inserted prior to the Ethernet type field of the original Ethernet frame.

The original Ethernet type field or the length field of an IEEE 802.3 data frame is preserved when the data frame is transferred from a shared communications medium to a dedicated communications medium, as when happens when a network switch receives the data frame over shared communications medium coupling the network switch to another network switch, and transmits the data frame over a dedicated communications medium coupling the network switch to a node.

The VLAN header comprises a VLAN identifier field that identifies the VLAN associated with the frame at the point at which the data frame was received by a network switch. In one embodiment, the VLAN header is further comprised of a VLAN identifier type and/or a VLAN identifier length field, both of which precede the VLAN identifier field and respectively specify a format and length of the subsequent VLAN identifier field.

Thus it is an object of the present invention to provide a method and frame format for identifying the VLAN associated with a data frame received at a network switch from an Ethernet or IEEE 802.3 LAN. This is needed to support the existing infrastructure of Ethernet networks in a data network transmitting data frames from multiple VLANs across a shared communications medium. This will allow compatibility with both IEEE 802.3-based and traditional Ethernet-based nodes on the same shared media with nodes supporting VLAN identification as well.

It is another object of the present invention to provide a data frame format that allows for inclusion of a VLAN identifier field that does not extend the MAC frame so far as to require fragmentation to avoid ambiguity between Ethernet and IEEE 802.3 frame types.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and not limitation in the following figures. Like references indicate similar elements, in which.

US RE40,999 E

7

FIG. **1** illustrates a prior art data network topology.

FIG. **2A** illustrates a prior art data network topology utilizing virtual local area networks

FIG. **2B** illustrates a prior art data network topology utilizing virtual local area networks and shared communications media between network devices

FIG. **3** further illustrates a prior art data network topology utilizing virtual local area networks and shared communications media between network devices.

FIG. **4** illustrates the IEEE 802 3 MAC/802 1 SDE frame format as may be utilized in the prior art

FIG. **5**(a) illustrates an Ethernet frame format.

FIG. **5**(b) illustrates a modified Ethernet frame format as may be utilized by the present invention.

FIG. **5**(c) illustrates a modified Ethernet frame format as may be utilized by the present invention.

## DETAILED DESCRIPTION OF THE EMBODIMENTS OF THE INVENTION

Described herein is a method and frame format for preserving in a data frame the virtual local area network (VLAN) associated with the data frame when transmitting the data frame over a communications medium shared among multiple VLANs. In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well-known standards, frame format details, and techniques have not been shown in order not to unnecessarily obscure the present invention.

As network switching becomes more prevalent in data networks, and in particular, local area networks, it is desirable to segment data traffic into groups of virtual local area networks (VLANs), as discussed above. Generally, the MAC address of each node, as determined by the contents of the source MAC address field of a data frame transmitted by the node, is mapped to, or associated with, a VLAN assigned to the port of a network device (e.g., a network switch) at which the data frame enters the switched network. The method by which the network device forwards the data frame varies depending on whether the target node (as determined by the MAC address in the destination MAC address field of the data frame) resides on the same or different VLAN as the source node. It may be desirable to use a standard shared communications medium such as IEEE standard 10BASE-F or 100BASE-T for a backbone transmission fabric between network devices in a switched network. However, unless separate cables are use for each VLAN, the VLAN association of each data frame cannot be determined when the data frame is transmitted over the shared communications medium. A means for identifying, or preserving, the VLAN associated with each data frame when transmitting the data frames over a shared communications medium is needed.

The method described herein provides for a shared communications medium for transferring data frames from multiple virtual local area networks (VLANs) while preserving the VLAN associated with each frame, regardless of whether the data network supports the interconnection of Ethernet or IEEE standard 802.3 nodes.

FIG. **5**(a) illustrates the data frame format for an Ethernet network. Like the IEEE standard 802.3 frame format, the Ethernet frame format begins with a 6 byte destination MAC address field followed by a 6 byte source MAC address field.

8

However, unlike the IEEE standard 802.3 frame format, a 2 byte Ethernet type (ETYPE) field **503** follows the source MAC address field. The ETYPE field indicates the protocol type of the next upper layer protocol header which begins immediately following the ETYPE field (e.g., 0800(h) indicates the IP network layer protocol). The data field **504** comprises any upper layer protocol information and user data, all of which is considered data from the perspective of the MAC sublayer. Finally, a frame check sequence (FCS) field **505**, comprising a 32-bit cyclical redundancy check (CRC) of the contents of fields **501**, **502**, **503** and **504**, completes the data frame.

An IEEE 802.3 frame format also begins with a 6 byte destination MAC address field followed by a 6 byte source MAC address field. As is well known to those of skill in the art, a 2 byte LENGTH field follows the source MAC address field. It should be noted that the present invention, although based on a modification of the Ethernet frame format described above, applies equally well when the original frame is an IEEE 802-standard format (e.g., IEEE 802.3). In such a case, the field following the MAC source address contains not the protocol type of an upper layer protocol, but a value indicating the length of the data field, as discussed above. The present invention preserves the value in that field in a new extended Ethernet frame format, but makes no other use of it, and is, therefore, not sensitive to whether the field contains protocol type or length information.

FIG. **5**(b) illustrates a data frame format that may be utilized by one embodiment of the present invention. The frame format extends the Ethernet frame format illustrated in FIG. **5**(a) to accommodate a virtual load area network (VLAN) header **514**, along with its associated VTYPE field **513**. FIG. **5**(b) illustrates a virtual type (VTYPE) field **513**. VTYPE field **513** is inserted after the source MAC address field **512** and before the ETYPE field **520** of an Ethernet data frame or the length field of an IEEE 802.3 data frame. The virtual type (VTYPE) field **513** identifies the remainder of the frame as an extended Ethernet frame comprising a VLAN header **514** inserted, for example, after the Ethernet type field **520** and before the data field **515** shown in FIG. **5**(b).

The contents of the ETYPE field **503** in FIG. **5**(a), or the length field of an IEEE 802.3-based data frame is retained. Location **503** in FIG. **5**(a) becomes location **520** in FIG. **5**(b). The ETYPE field at location **520** returns back to location **503** in FIG. **5**(a) when the data frame is transferred from a shared communications medium used to transmit data frames for multiple VLANs to a dedicated communications medium used to transmit data frames for a single VLAN.

A VLAN identifier type (VLAN ID TYPE) field and VLAN identifier length (VLAN LEN) field are present at locations **521** and **522**, respectively. These two fields are used in combination to specify the format of the VLAN identifier (VLAN ID) field **523**. Although this embodiment of the present invention utilizes only one type and length of VLAN ID field, it is foreseeable that multiple types of VLAN identifiers may be utilized, and that such identifiers may be of varying lengths, depending on the information conveyed by such identifiers, in which case, a network device receiving the data frame should check the VLAN ID TYPE and VLAN LEN fields and determine whether to accept or reject the data frame. In the event multiple VLAN ID TYPEs are utilized, it is envisioned that the VLAN ID TYPE values will be dispensed by an administrative authority.

The VLAN identifier length (VLAN LEN) field specifies the length of the VLAN identifier field in bytes. In this embodiment, the VLAN identifier field is 4 bytes in length. It

US RE40,999 E

9

is envisioned that the length of the VLAN identifier field will be a multiple of 4 bytes to maintain word alignment of fields in the data frame.

The VLAN identifier (VLAN ID) field **523** identifies the VLAN associated with the data frame. A network administrator or similar network wide authority is required to dispense values on a dynamic basis when configuring the virtual networks of the data network.

A new FCS **516** is calculated and replaces the prior FCS **505**. FCS **516** performs a CRC on the destination and source MAC address fields, VTYPE field, ETYPE field, VLAN header, and data field.

While one embodiment has been described wherein the VLAN header **514** comprises the VLAN ID TYPE field, the VLAN identifier length (VLAN LEN) field, and the VLAN identifier (VLAN ID) field, alternative embodiments do not necessarily utilize such a VLAN header. For example, in one embodiment, the ETYPE field **503** in FIG. 5(a), or the length field of an IEEE 802.3-based data frame is contained in the VLAN header. In other words, the VLAN header **514** includes the location VLAN wherein the value in the ETYPE field **503** in FIG. 5(a), or the length field of an IEEE 802.3-based data frame is preserved. In other embodiments, the VLAN header does not contain one or both of the VLAN ID TYPE field and the VLAN identifier length (VLAN LEN) field. Thus, the VLAN header can contain any number of fields in addition to the VLAN identifier (VLAN ID) field. It is appreciated that the format of the VLAN header can be differentiated by assignment of differing values to VTYPE field **513**.

The extended Ethernet frame format illustrated in FIG. 5(b) may be utilized in the following manner. A network device (e.g., a network switch) has been configured so that a virtual local area network identifier representing a virtual local area network is assigned to each port on the network device. A data frame utilizing the Ethernet frame format (see FIG. 5(a)) or IEEE 802.3-based data frame format may be transmitted by a node over a dedicated communications medium to the network switch. The network switch receives the data frame at a port coupled to the dedicated communications medium. At that time, or prior to transmitting the data frame over a shared communications medium to another network device, the network switch inserts a VTYPE field **513** between the source MAC address field **512** and the ETYPE field or length field **520** (depending on the frame format). The network switch then inserts a VLAN header between the ETYPE field or length field and data field of the data frame. The value originally in the ETYPE field **503** (or length field in the case of an IEEE 802.3-based frame format) of FIG. 5(a) is retained in ETYPE/Length field **520** as shown in FIG. 5(b). A value is placed in the VTYPE field **513** identifying the frame as containing VLAN identifier information (VTYPE **513**). If utilized, a VLAN identifier type and VLAN identifier length field is inserted in VLAN header **514** at **521** and **522**. Finally, the VLAN identifier associated with the data frame is placed in the VLAN identifier field **523**. The data frame now having an extended Ethernet frame format is then transmitted over a shared communications medium.

Upon receiving the data frame, a network device processes the data frame. It determines the MAC address of a target node based on the contents of the destination MAC address field **511**. Following the source MAC address field **512**, the device then detects the presence of a VLAN header based on the contents of the VTYPE field, and determines the VLAN identifier associated with the data frame based on

10

the contents of the VLAN identifier field. If a port on the network device which is eligible to receive the frame based on the destination MAC address is assigned the same VLAN identifier as the data frame, the network device then removes the VTYPE field and VLAN header from the data frame, calculates a new FCS for the data frame, and transmits the data frame out the port over a dedicated communications medium to the target node.

FIG. 5(c) illustrates a data frame format that may be utilized by an alternative embodiment of the present invention. The frame format also extends the Ethernet frame format illustrated in FIG. 5(a) or an IEEE 802.3-based frame format, as did the frame format in FIG. 5(b), to accommodate a virtual local area network (VLAN) header **514**. A virtual type (VTYPE) field **513** and VLAN header **514** is inserted between the source MAC address field **512** and ETYPE field **520** of an Ethernet data frame (or the length field of IEEE 802.3-based data frame) to respectively identify the frame as an extended Ethernet frame, and provide the VLAN identifier. Unlike the embodiment described in reference to FIG. 5(b) wherein the ETYPE/Length field **520** follows the VTYPE field **513** and precedes the VLAN header **514** in the data frame, the VLAN header **514** is inserted between the VTYPE field **513** and the ETYPE/Length field **520** such that the ETYPE field **520** follows the VTYPE field **513** and VLAN header **514**.

The extended Ethernet frame format illustrated in FIG. 5(c) may be utilized in a similar manner as the previously described embodiments of the invention. For example, when a network switch receives the data frame at a port coupled to the dedicated communications medium, at that time, or prior to transmitting the data frame over a shared communications medium to another network device, the network switch inserts, at a location following the source address field **512**, the VTYPE field **513**. A value in the VTYPE **513** indicates the presence of a VLAN header. The network switch also inserts the VLAN header **514** following the VTYPE field **513**. The data frame, now having an extended Ethernet frame format, can be transmitted over a shared communications medium.

Upon receiving the data frame, a network device processes the data frame. It determines the MAC address of a target node based on the contents of the destination MAC address field **511**, and the MAC address of a source node based on the contents of the source MAC address field **512**. The device then processes the VTYPE field **513**. In processing the VTYPE field **513**, the device detects the presence of the VLAN header **514**, and determines the format of the VLAN identifier (VLAN ID) field **523** associated with the data frame from the VLAN identifier type (VLAN ID TYPE) field **521** and the VLAN identifier length (VLAN LEN) field **522**. Subsequent to processing the VLAN header **514**, the network device continues processing the data frame as is would process a non-VLAN frame.

While one embodiment has been described wherein a VLAN identifier type field is followed by a VLAN length field in the VLAN header, alternative embodiments of the invention do not necessarily use one or both of these fields, or may specify a VLAN length field followed by a VLAN identifier type field in a VLAN header. Thus, it is appreciated that the embodiment illustrated in FIG. 5(c) can be modified in any number of ways, as long as a VTYPE field is followed, in order, by a VLAN identifier field and an Ethernet type field (or length field for IEEE 802.3-based data frames).

There are, of course, other alternatives to the described embodiments of the invention which are within the under-

**11**

standing of one of ordinary skill in the relevant art. For example, the type of network switch which has a single VLAN identifier associated with each port and assumes that a data frame received on a port is destined for the VLAN associated with that port is just one type of network switch Network switches may present more sophisticated methods of handling VLANs. In the general case, when a data frame is received from an end station on a network switch port, the switch will apply a set of rules to determine the VLAN to which that data frame should be forwarded. The rules can include such things as the port number at which a data frame is received, the data frame's ISO Layer 3 protocol type, the data frame's MAC or network layer source address, time of day, etc. More importantly, the first VLAN aware network switch to receive the data frame should apply its rules and assign the data frame to a VLAN. Thus, the present invention is intended to be limited only by the claims presented below.

Thus, what has been described is a method and frame format for preserving in a data frame the virtual local area network (VLAN) associated with a port on a network device from which the data frame was received when transmitting the data frame over a shared communications medium.

We claim:

**1**. A method of identifying a virtual network associated with a data frame when transmitter said data frame between a communications medium and a shared communications medium, comprising the steps of:

    a) receiving said data frame from said communications medium, said data frame comprising a first type field and a data field;

    b) inserting a second type field at a location within said data frame preceding said first type field, *a value of* said second type field indicating said data frame comprises a virtual network identifier field,

    c) inserting said virtual network identifier field at a location between said second type field and said first type field;

    d) assigning a first value to said virtual network identifier field, said first value corresponding to said virtual network; and

    e) transmitting said data frame over said shared communications medium.

**2**. The method of claim **1**, further comprising the steps of:

    [1] *a*) inserting between said second type field and said virtual network identifier field a virtual network identifier type field; and

    [2] *b*) assigning a second value to said virtual network identifier type field indicating a type of said first value in said virtual network identifier field.

**3**. The method of claim **1**, further comprising the steps of:

    [1] *a*) inserting between said second type field and said virtual network identifier field a virtual network identifier length field; and

    [2] *b*) assigning a second value to said virtual network identifier length field indicating a length of said first value in said virtual network identifier field.

**4**. The method of claim **1** wherein said virtual network identifier field is 4 bytes.

**5**. The method of claim **1** wherein said virtual network identifier field is a multiple of 4 bytes.

**6**. The method of claim **1** wherein *a value of* said first type field indicates a protocol type.

**7**. A method of identifying a virtual network associated with a data frame when transmitting said data frame between a communications medium and a shared communications medium, comprising the steps of:

**12**

    a) receiving said data frame from said communications medium, said data frame comprising a length field and a data field;

    b) inserting a type field at a location within said data frame preceding said length field, *a value of* said type field indicating said data frame comprises a virtual network identifier field;

    c) inserting said virtual network identifier field at a location between said type field and said length field,

    d) assigning a first value to said virtual network identifier field, said first value corresponding to said virtual network; and

    e) transmitting said data frame over said shared communications medium.

**8**. The method of claim **7**, further comprising the steps of:

    [1] *a*) inserting between said type field and said virtual network identifier field a virtual network identifier type field; and

    [2] *b*) assigning a second value to said virtual network identifier type field indicating a type of said first value in said virtual network identifier field.

**9**. The method of claim **7**, further comprising the steps of:

    [1] *a*) inserting between said type field and said virtual network identifier field a virtual network identifier length field; and

    [2] *b*) assigning a second value to said virtual network identifier length field indicating a length of said first value in said virtual network identifier field.

**10**. The method of claim **8** wherein said virtual network identifier field is a multiple of 4 bytes.

**11**. In a network device, a method of transmitting a virtual network identifier in a data frame transmitted on a shared communications medium coupled to said network device, comprising:

    a) transmitting a preamble field,

    b) transmitting a destination and source media access control address field;

    c) transmitting a first type field whose contents indicate said virtual network identifier is present in said data frame;

    d) transmitting a virtual network identifier field containing said virtual network identifier;

    e) transmitting a second type field whose contents indicate a protocol type associated with said data frame; and,

    f) transmitting a data field.

**12**. The method of claim **11** wherein said virtual network identifier field is 4 bytes.

**13**. In a network device having a first port coupled to a local area network (LAN) segment and a second port coupled to a shared communications medium, a method of associating a virtual network with a data frame received from said LAN segment and transmitted to said shared communications medium, comprising:

    a) receiving said data frame at said first port, said data frame comprising a type field and a data field;

    b) replacing a first value in said type field representing a protocol type with a second value indicating said data frame comprises a virtual network identifier field;

    c) inserting said virtual network identifier field in said data frame between said type field containing said second value and said data field;

    d) assigning a value representing virtual network to said virtual network identifier field; and

    e) transmitting said data frame from said second port.

13

14. The method of claim 13 further comprising:
a) inserting a new type field between said virtual network identifier field and said data field, and
b) assigning said first value representing said protocol type to said new type field to preserve said protocol type.
15. The method of claim 13 wherein said virtual network identifier field is 4 bytes.
16. The method of claim 13 wherein said virtual network identifier field is a multiple of 4 bytes.
17. The method of claim 1 wherein said virtual network identifier field is an integer number of bytes long.
18. The method of claim 17 wherein said virtual network identifier field is 4 bytes.
19. The method of claim 8 wherein said virtual network identifier field is an integer number of bytes in length.
20. The method of claim 19 wherein said virtual network identifier field is a multiple of 4 bytes.
21. The method of claim 13 wherein said virtual network identifier field is an integer number of bytes long.
22. The method of claim 21 wherein said virtual network identifier field is 4 bytes.
23. A method of identifying a virtual network associated with a data frame transmitted between a communications medium and a shared communications medium, the method comprising:
a) obtaining a first data frame from the communications medium, the first data frame comprising a data field and either an e-type or a data length field having a corresponding value indicating a protocol type or a length of the data field, respectively; and
b) producing a second data frame using the first data frame, the second data frame comprising a vtype field, a virtual network identifier field, a virtual network identifier type field, the data field, and whichever of the e-type field or data length field that the first data frame contains, a value of the vtype field indicating that the second data frame comprises the virtual network identifier field, and the virtual network identifier field having a virtual network identifier field value corresponding to the virtual network;
wherein the second data frame is configured such that the vtype field will be transmitted before the virtual network identifier type field, the virtual network identifier type field before the virtual network identifier field, and the virtual network identifier field before whichever of the e-type field or the data length field that the second data frame contains.
24. The method of claim 23 further comprising transmitting the second frame via the shared communications medium.
25. The method of claim 23 wherein the virtual network identifier field value is an integer number of bytes in length.
26. The method of claim 25 wherein the virtual network identifier field value is a multiple of four bytes in length.
27. The method of claim 26 wherein the virtual network identifier field value is four bytes in length.
28. The method of claim 23 wherein a value of the virtual network identifier type field indicates a type of the virtual network identifier field value.
29. The method of claim 28 wherein the second data frame further comprises a virtual network identifier length field having a corresponding value indicating a length of the virtual network identifier field value, wherein the second frame is configured such that the virtual network identifier length field will be transmitted after the virtual network identifier type field and before the virtual network identifier field.

14

30. The method of claim 23 wherein producing the second data frame includes determining the virtual network identifier field value in accordance with at least one rule.
31. The method of claim 30 wherein determining the virtual network identifier field value in accordance with the at least one rule uses at least one of a number of a port through which the first data frame is obtained, a protocol type of the first data frame, a MAC address of the first data frame, a network-layer source address of the first data frame, and a time of day when the first data frame is received.
32. The method of claim 23 wherein the second data frame is produced with the e-type field if the first data frame is an Ethernet frame and is produced with the data length field if the first data frame is an LLC frame.
33. A method of identifying a virtual network associated with a data frame transmitted between a communications medium and a shared communications medium, the method comprising:
a) obtaining a first data frame from the communications medium, the first data frame comprising a data field and either an e-type field or a data length field having a corresponding value indicating a protocol type or a length of the data field, respectively; and
b) producing a second data frame using the first data frame, the second data frame comprising a vtype field, a virtual network identifier length field, the data field, and whichever of the e-type field or the data length field that the first data frame contains, a value of the vtype field indicating that the second data frame comprises the virtual network identifier field, and the virtual network identifier field having a virtual network identifier field value corresponding to the virtual network;
wherein the second data frame is configured such that the vtype field will be transmitted before virtual network identifier length field, the virtual network identifier length field before the virtual identifier field, and the virtual network identifier field before whichever of the e-type field or the data length field that the second data frame contains.
34. The method of claim 33 further comprising transmitting the second frame via the shared communications medium.
35. The method of claim 33 wherein the virtual network identifier field value consists of an integer number of bytes.
36. The method of claim 35 wherein the virtual network identifier field value is a multiple of four bytes in length.
37. The method of claim 36 wherein the virtual network identifier field value is four bytes in length.
38. The method of claim 33 wherein a value of the virtual network identifier length field indicates a length of the virtual network identifier field value.
39. The method of claim 38 wherein the second data frame further comprises a virtual network identifier type field having a corresponding value indicating a type of the virtual network identifier field value, wherein the second frame is configured such that the virtual network identifier type field will be transmitted after the type field and before the virtual network identifier length field.
40. The method of claim 33 wherein producing the second data frame includes determining the virtual network identifier field value in accordance with at least one rule.
41. The method of claim 40 wherein determining the virtual network identifier field value in accordance with the at least one rule uses at least one of a number of a port through which the first data frame is obtained, a protocol type of the first data frame, a MAC address of the first data frame, a

US RE40,999 E

15

network-layer source address of the first data frame, and a time of day when the first data frame is received.

42. The method of claim 33 wherein the second data frame is produced with the e-type field if the first data frame is an Ethernet frame and is produced with the data length field if the first data frame is an LLC frame.

43. In a network device comprising a first port coupled to a local area network (LAN) and a second port coupled to a shared communications medium, a method of transmitting a data frame associated with the LAN via the second port, the method comprising:

transmitting destination and source media access control addresses,

transmitting a virtual network type field having a value indicating that a virtual network identifier field will be transmitted;

transmitting at least one of a virtual network identifier type field and a virtual network identifier length field, a value of the virtual network identifier type field indicating a type of the virtual network identifier field, and a value of the virtual network identifier length field indicating a length of the virtual network identifier field; and

transmitting the virtual network identifier field having a value associated with the LAN.

44. The method of claim 43 wherein transmitting at least one of a virtual network identifier type field and a virtual network identifier length field includes transmitting both the virtual network identifier type field and the virtual network identifier length field.

45. The method of claim 44 wherein the transmitting occurs in an order of: destination media access control address, source media access control address, virtual network type field, virtual network identifier type field, virtual network identifier length field, and virtual network identifier field.

46. The method of claim 45 further comprising transmitting a data field.

47. The method of claim 46 wherein transmitting the data field occurs after transmitting the virtual network identifier field.

48. The method of claim 47 further comprising transmitting either an e-type field or a data length field having a corresponding value indicative of a protocol type or a length of the data field, respectively.

49. The method of claim 48 wherein transmitting whichever of the e-type field or the data length field occurs after transmitting the virtual network identifier field and before transmitting the data field.

50. A network device comprising:

a first port configured to be coupled to a local area network (LAN);

a second port configured to be coupled to a shared communications medium;

a processing unit configured to receive a first data frame via the first port, the first data frame including a destination address field, a source address field, either an e-type field or a data length field having a corresponding value indicating a protocol type or a length of a data field, respectively, and the data field, the processing unit being further configured to produce a second data frame and transmit the second data frame via the second port, the second data frame including the destination address field, the source address field, a virtual network type field having a value indicating that the second data frame includes a virtual network identifier

16

field, at least one of a virtual network identifier type field and a virtual network identifier length field, the virtual network identifier field, whichever of the e-type field or the data length field was received, and the data field, the virtual network identifier field having a value indicative of the LAN, the virtual network identifier type field having a value indicating a type of the virtual network identifier field and the virtual network identifier length field having a value indicating a length of the virtual network identifier field.

51. The network device of claim 50 wherein the second data frame includes both the virtual network identifier type field and the virtual network identifier length field.

52. The network device of claim 51 wherein the processing unit is configured to transmit components of the second data frame in an order of: virtual network type field, virtual network identifier type field, virtual network identifier length field, and virtual network identifier field.

53. The network device of claim 51 wherein the control unit is configured to transmit components of the second data frame in an order of: destination address, source address, virtual network type field, virtual network identifier type field, virtual network identifier length field, virtual network identifier field, whichever of the e-type field or the length field that the second data frame contains, and data field.

54. The network device of claim 50 wherein the processing unit is configured to produce the second data frame by determining the virtual network identifier field in accordance with at least one rule.

55. The network device of claim 54 wherein determining the virtual network identifier field in accordance with the at least one rule uses at least one of a number of the first port, a protocol type of the first data frame, a MAC address of the first data frame, a network-layer source address of the first data frame, and a time of day when the first data frame is received.

56. The network device of claim 50 wherein the processing unit is configured to produce the second data frame with the e-type field if the first data frame is a type-encoded frame and to produce the second data frame with the data length field if the first data frame is a length-encoded frame.

57. A method of identifying a virtual network associated with a data frame transmitted between a communications medium and a shared communications medium, the method comprising:

a) obtaining a first data frame from the communications medium, the first data frame comprising a data field and either an e-type field or a data length field having a corresponding value indicating a protocol or a length of the data field, respectively; and

b) producing a second data frame using the first data frame, the second data frame comprising a type field, and a virtual network header including a virtual network identifier field and at least one other field, the type field having a value indicating that the second data frame is associated with the virtual network, and the virtual network identifier field having a virtual network identifier field value corresponding to the virtual network.

58. The method of claim 57 further comprising obtaining the virtual network identifier field value dynamically.

59. The method of claim 58 wherein the virtual network identifier field value is obtained from a network-wide authority.

60. The method of claim 59 wherein the network-wide authority is a network administrator.

61. The method of claim 57 wherein the virtual network identifier field has one of a plurality of formats, and wherein

US RE40,999 E

the type field value further indicates which of the plurality of formats the virtual network identifier field has.

62. The method of claim 57 wherein the at least one other field includes a plurality of other fields.

63. The method of claim 57 wherein producing the second data frame includes determining the virtual network identifier field value in accordance with at least one rule.

64. The method of claim 63 wherein determining the virtual network identifier field value in accordance with the at least one rule uses at least one of a number of a port through which the first data frame is obtained, a protocol type of the first data frame, a MAC address of the first data frame, a network-layer source address of the first data frame, and a time of day when the first data frame is received.

65. A method of identifying a virtual network associated with a data frame transmitted between a communications medium and a shared communications medium, the method comprising:

a) obtaining a first data frame from the communications medium, the first data frame comprising a data field and either an e-type field or a data length field having a corresponding value indicating a protocol or a length of the data field, respectively; and

b) producing a second data frame using the first data frame, the second data frame comprising a type field,

and a virtual network header including a virtual network identifier field, the type field having a value indicating that the second data frame is associated with the virtual network, and the virtual network identifier field having a virtual network identifier field value corresponding to the virtual network;

wherein the virtual network header has an associated format and the type field value further indicates which of a plurality of formats the associated format is.

66. The method of claim 65 wherein the associated format is a format of the virtual network identifier field value.

67. The method of claim 65 wherein producing the second data frame includes determining the virtual network identifier field value in accordance with at least one rule.

68. The method of claim 67 wherein determining the virtual network identifier field value in accordance with the at least one rule uses at least one of a number of a port through which the first data frame is obtained, a protocol type of the first data frame, a MAC address of the first data frame, a network-layer source address of the first data frame, and a time of day when the first data frame is received.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.       : RE40,999 E                                            Page 1 of 1
APPLICATION NO.   : 10/225708
DATED            : November 24, 2009
INVENTOR(S)      : Paul James Frantz et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

      In the Claims:

      Claim 1, Column 11, line 25:      delete "transmitter"
                                                    insert --transmitting--

      Claim 1, Column 11, line 35:      delete ","
                                                    insert --;--

      Claim 7, Column 12, line 9:      delete ","
                                                    insert --;--

Signed and Sealed this
Nineteenth Day of November, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Deputy Director of the United States Patent and Trademark Office*

Case 09-10138-MFW Doc 14559-2 Filed 10/14/14 Page 127 of 157

EXHIBIT O

Received May 12, 2000
From: Roy Mills <rjmills@nortelnetworks.com>
Update Received from "Kevin-LAW Smith"<kevinsmi@nortelnetworks.com>
=====

This letter affirms Nortel Networks Limited (Nortel Networks) position with
respect to patents that are necessary to IETF standards or specifications.
Individuals employed by Nortel Networks are involved in various working
groups of the IETF.  As a backdrop to any and all such activities, and in
accordance with RFC 2026, Nortel Networks provides the following general
statement:

Nortel Networks may seek patent rights on technology described in a document
which Nortel Networks contributes for use in IETF standards discussions or
standards track specifications.  If such patented technology is essential
for the implementation, use, and distribution, of an IETF standard, Nortel
Networks is willing to make available nonexclusive licenses on fair,
reasonable, and non-discriminatory terms and conditions, to such patent
rights it owns, solely to the extent such technology is essential to comply
with such IETF standard.

Also, to the extent that an essential patent(s) is subsequently identified,
Nortel Networks is willing to make available a nonexclusive license under
such patents, on fair, reasonable, and non-discriminatory terms and
conditions.  Similarly, when and if patent applications are subsequently
issued, and determined essential to the practice of an IETF standard, Nortel
Networks is willing to make available nonexclusive licenses under such
patents, on fair, reasonable, and non-discriminatory terms and conditions.
The terms apply to those patents for which Nortel Networks has the right to
grant licenses.

Parties with questions related to this statement, or inquiries in a license,
should write to:


Kevin L. Smith
Senior Patent Counsel
Nortel Networks Limited - Standards
2221 Lakeside Blvd
M/S 991/14/B50
Richardson, Texas 75082
email:   kevinsmi@nortelnetworks.com

or to:

Stuart Wilkinson
Vice President, IP Licensing & Transactions
8200 Dixie Road, Suite 100
GMS 036/NO/151
Brampton, Ontario L6T 5P6
CANADA
e-mail:   stuartw@nortelnetworks.com

Case 00-10133-MFW   Doc 14559-2   Filed 10/14/14   Page 129 of 157

EXHIBIT P



Nortel Networks Corporation
Intellectual Property Licensing & Transactions
8200 Dixie Road Suite 100
GMS 036/NOV/151
Brampton ON L6T 5P6 Canada
Tel 905.863.1146
Fax 905.863.8431
Email stuartw@nortelnetworks.com

www.nortelnetworks.com



Stuart Wilkinson
Vice President,
IP Licensing & Transactions

January 12, 2000

Ms. Denise Pribula
PatCom Coordinator
IEEE Standards Dept.
445 Hoes Lane, P.O. Box 1331
Piscataway, New Jersey 08855-1331
U.S.A.

Dear Ms. Pribula:

**RE: IEEE Standards 802.3ac and 802.1Q**

Nortel Networks Corporation ("Nortel Networks") is the owner of United States Patent 5,959,990 which may be technically essential for complying with IEEE Standards 802.3ac and 802.1Q, CDMA/CD standards for Frame Extension for Virtual Bridged Local Area Network (VLAN) Tagging on 802.3 Networks (the Standards).

In the event that the Standards are adopted and cannot be practiced without the use of the cited patent, Nortel Networks agrees upon written request to grant a non-exclusive license under such patent on a non-discriminatory basis and on reasonable terms and conditions.

This letter does not grant any right with respect to Nortel Networks' copyrights or other intellectual property rights that may relate to the Standards. Any party interested in the license described above may write to the Vice President, Intellectual Property Licensing and Transactions at the address set out above.

Yours very truly,

Stuart Wilkinson

cc: Geoff Thompson
    Chair, IEEE 802.3

    Bill Lidinski (via e-mail lidinsky@hep.net)
    Chair, IEEE 802.1

*How the world shares ideas.*

Exhibit Q

# Rockstar

March 13, 2012

Thomas M. Rutledge
President & Chief Executive Officer
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131

RE:  Request to Commence Licensing Discussions | Notice of Patent Infringement

Dear Mr. Rutledge,

Rockstar Consortium (hereinafter, "Rockstar") is a patent licensing company that currently has offices in Ottawa, Canada and Richardson, Texas.  Rockstar owns thousands of patents and patent applications in several different technology areas, most notably in communications and networking.  This intellectual property was originally created and patented by Nortel Networks Corporation and its subsidiaries.  Rockstar now licenses it to other companies on a royalty-bearing basis. In this regard, please see the attached press release.

I am writing because Rockstar would like to commence patent licensing discussions with Charter Communications, Inc. and to more fully explain the reasons why we believe your company requires a license to our patents.

We are contacting you because our analysis reveals that Charter Communications, Inc. is currently offering certain products and services that infringe patents owned by Rockstar.  The table below provides you with information concerning some exemplary patents that inform our opinion.  Please keep in mind that the patents below are part of a much larger portfolio.

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada

# Rockstar

<u>Exemplary List of Rockstar Patents Infringed By Charter Communications, Inc.</u>

| Rockstar U.S. Patent Number | Title | Technology, Product and/or Service |
|---|---|---|
| US 7,154,879 | Point to multipoint network | • Charter TV Multiroom DVR service<br>• MOCA |
| US RE40,999 | Vlan frame format | • Charter Business Optical Ethernet Service<br>• VLAN |
| US 5,959,990 | VLAN frame format | • Charter Business Optical Ethernet Service<br>• VLAN |
| US 6,192,397 | Method for establishing a master-slave relationship in a peer-to-peer network | • GigE<br>• Charter Business Fiber Internet<br>• 10GigE<br>• Charter Business Fiber Internet |
| US 5,471,474 | Communications highway network system | • Charter Internet Service<br>• DOCSIS 3.0 and 2.0 |
| US 5,761,197 | Communications in a distribution network | • Charter Internet Service<br>• DOCSIS 3.0 and 2.0 |

Charter Communications, Inc. has an affirmative responsibility to ensure that it has secured all necessary patent rights to sell the products and services listed above, as well as others that might be infringing Rockstar's intellectual property. We look forward to having a near-term dialogue with Charter Communications, Inc. with the goal of answering any questions you may have, providing more details concerning the issues raised in this letter, and reaching an agreement on how we can have an amicable dialogue that advances both of our companies' goals.

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada

# Rockstar

To that end, I suggest that we set up a preliminary teleconference to discuss these issues at a high level, execute an NDA, which we can send to you for your consideration, and then follow up with a face-to-face meeting at your offices.

Upon receipt of this letter, please kindly contact me with a proposed date and time for a call.   I can be reached at either svirmani@ip-rockstar.com or +1 610.306.9990. I look forward to your reply, and thank you in advance for your prompt attention to these matters.

Sincerely,

Shival Virmani, Esq.
VP, Patent Licensing

Enclosure

**From:** Mark Wilson [mailto:mwilson@ip-rockstar.com]
**Sent:** Friday, November 08, 2013 11:47 AM
**To:** Abramov, Kirill Y; Long, David
**Cc:** Chad Hilyard; Alfi Guindi; John Garland
**Subject:** Patent Discussion and Second Notice of Infringement

To: Kirill Abramov, VP and Senior Council
Cc: David Long, Kelley Drye LLP

### RE: Patent Infringement – Second Notice

Thank you again for taking time to meet with Chad, Alfi and me this morning. Following up on our discussion, below please find 3 additional Rockstar patents that are used with the indicated Charter services and products:

| | | | |
|---|---|---|---|
| 5,583,862 Callon | Method And Apparatus For Routing For Virtual Networks | ■ | Charter Business Level 3 VPN Serv (BGP/MPLS) |
| 6,130,893 Whittaker | Method And Apparatus For Multiplexing Telephone Lines Over A Common Access Network | ■ | Charter Phone Service Charter supplied MTA's |
| 6,321,253 McKeen | Systems and Methods for Simultaneous Network Management Of Voice and Data Signals | ■ | Charter Phone Services Charter Internet Services (PacketCable 1.5 and E-MTAs) |

We believe that Charter Communications has affirmative responsibility to ensure that it has secured all necessary patent rights to sell its services and products that are infringing Rockstar's intellectual property, including those patents listed above and in the March 13, 2012 letter to Mr. Rutledge.

Please note that the 9 patents on notice to Charter Communications at this time is a sample. Rockstar cannot assure Charter that all patents of interest have been identified due to the size and changing composition of our portfolio.

As we reiterated today, in order for the negotiations to continue the parties have to enter into an NDA.  Charter's repeated refusal to enter into an NDA has prevented both parties from being able to share the information necessary to negotiate and enter into a licensing agreement.  We are pleased that Charter now appears willing to enter into an NDA; however, because Charter has now had our proposed draft for more than six months, we ask that you please return your comments in short order.

Regards,

Mark Wilson

Licensing Executive
Rockstar Consortium



M 408-800-8402
mwilson@ip-rockstar.com

This Communication is Confidential and is being sent in accordance with the terms set out at http://ip-rockstar.iv-design.ca/email_disclaimer/

EXHIBIT R



# Rockstar

October 29, 2012

Colleen Abdoulah,
**Chief Executive Officer and Chairwoman of the Board**
Wide Open West Networks, LLC
7887 E. Belleview Avenue; Suite 1000
Englewood, CO, 80111
TEL: (720) 479-3500
FAX: (720) 479 3585

RE:   Request to Commence Licensing Discussions | Notice of Patent Infringement

Dear  Ms. Abdoulah,

Rockstar Consortium US LP (hereinafter, "Rockstar") is a patent licensing company that currently has offices in Richardson, Texas.  Rockstar owns approximately 4,000 patents and patent applications in several different technology areas, most notably in communications and networking.  This intellectual property was originally created and patented by Nortel Networks Corporation and its subsidiaries.  Rockstar licenses this portfolio to other companies on a royalty-bearing basis.  In this regard, please see the attached press release.

I am writing because Rockstar would like to commence patent licensing discussions with Wide Open West ("WOW!") and to more fully explain the reasons why we believe your company requires a license to our patent estate.

We are contacting you because our analysis reveals that WOW! and Knology, are currently offering certain products and services that infringe patents owned by Rockstar.  The table below provides you with specific information concerning certain of Rockstar's patents and the products and service that infringe those patents.  Please keep in mind that the patents below are part of a much larger portfolio of networking related inventions.



Rockstar Consortium
www.IP-Rockstar.com

2201 Lakeside Boulevard, Suite 1N-110
Richardson, Texas, 75082

Ms. Abdoulah
October 29, 2012
Page 2 of 3

Exemplary List of Rockstar Patents Infringed By Wide Open West.

| US Patent # | Title | Technology | Impacted Service |
|---|---|---|---|
| 5,471,474 | Communications Highway Network System | • DOCSIS 2.0<br>• DOCSIS 3.0 | • WOW! Digital TV<br>• WOW! Ultra TV<br>• WOW! Internet Xcite, Xpress, Xtreme, Xtreme Turbo<br>• WOW! Essential Phone<br>• WOW! Advanced Phone |
| 5,761,197 | Communications In A Distribution Network | • DOCSIS 2.0<br>• DOCSIS 3.0 | • WOW! Digital TV<br>• WOW! Ultra TV<br>• WOW! Internet Xcite, Xpress, Xtreme, Xtreme Turbo<br>• WOW! Essential Phone<br>• WOW! Advanced Phone |
| 6,130,893 | Method And Apparatus For Multiplexing Telephone Lines Over A Common Access Network | • eMTA<br>• Packet Cable 1.5 | • WOW! Essential Phone<br>• WOW! Advanced Phone<br>• WOW! Business Voice |
| 6,321,253 | System And Method For Simultaneous Network Management Of Voice And Data | • eMTA<br>• Packet Cable 1.0 | • WOW! Internet Xcite, Xpress, Xtreme, Xtreme Turbo<br>• WOW! Essential Phone<br>• WOW! Advanced Phone<br>• WOW! Business Voice |

WOW! has an affirmative responsibility to ensure that it has secured all necessary patent rights to sell the products and provide the services listed above that are utilizing Rockstar's intellectual property. We look forward meeting with WOW! and proceeding with an amicable dialogue to put an appropriate patent license in place between our companies.

Case 09-10138-MFW Doc 14559-2 Filed 10/14/14 Page 140 of 157

Ms. Abdoulah
October 29, 2012
Page 3 of 3

Also, we realize that in July, 2012 that WOW! closed on its acquisition of Knology. As you may already know, Rockstar provided a notice of infringement letter to Knology in March, 2012 pertaining to two DOCSIS related inventions. Attached for your reference is the letter we provided to Knology on March 13, 2012.

To that end, I suggest you have the appropriate point person at WOW! contact me in order that we can execute an NDA to cover our licensing discussions and arrange for an initial face-to-face meeting at your offices.

Upon receipt of this letter, please kindly contact me; I can be reached at either jgarland@ip-rockstar.com or 1+908.803.3741 or +1 613.576.1025. I look forward to your working with WOW!, and thank you in advance for your prompt attention to this matter.

Sincerely,

John Garland
VP of Patent Licensing

Enclosure(s)
- Rockstar March, 2012 Press Release
- March 13, 2012 letter to Knology

# EXHIBIT S



March 13, 2012

Rodger L. Johnson
Chairman of the Board and Chief Executive Office
Knology Inc.
1241 O.G. Skinner Drive
West Point, Georgia 31833

RE:   Request to Commence Licensing Discussions | Notice of Patent Infringement

Dear Mr. Kent,

Rockstar Consortium (hereinafter, "Rockstar") is a patent licensing company that currently has offices in Ottawa, Canada and Richardson, Texas.  Rockstar owns thousands of patents and patent applications in several different technology areas, most notably in communications and networking.  This intellectual property was originally created and patented by Nortel Networks Corporation and its subsidiaries.  Rockstar now licenses it to other companies on a royalty-bearing basis. In this regard, please see the attached press release.

I am writing because Rockstar would like to commence patent licensing discussions with Knology Inc. and to more fully explain the reasons why we believe your company requires a license to our patents.

We are contacting you because our analysis reveals that Knology Inc. is currently offering certain products and services that infringe patents owned by Rockstar.  The table below provides you with information concerning some exemplary patents that inform our opinion.  Please keep in mind that the patents below are part of a much larger portfolio.

Case 1:14-cv-00055-SLR Document 155-9 Filed 02/17/14 Page 19 of 26 PageID #: 298

Attn: Mr. Johnson:
Page 2 of 3



Exemplary List of Rockstar Patents Infringed By Knology Inc.

| Rockstar U.S. Patent Number | Title | Technology, Product and/or Service |
|---|---|---|
| US 5,471,474 | Communications highway network system | • Knology High Speed Internet<br>• DOCSIS 3.0 |
| US 5,761,197 | Communications in a distribution network | • Knology High Speed Internet<br>• DOCSIS 3.0 |

Knology Inc. has an affirmative responsibility to ensure that it has secured all necessary patent rights to sell the products and services listed above, as well as others that might be infringing Rockstar's intellectual property.  We look forward to having a near-term dialogue with Knology Inc. with the goal of answering any questions you may have, providing more details concerning the issues raised in this letter, and reaching an agreement on how we can have an amicable dialogue that advances both of our companies' goals.

To that end, I suggest that we set up a preliminary teleconference to discuss these issues at a high level, execute an NDA, which we can send to you for your consideration, and then follow up with a face-to-face meeting at your offices.

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada





Upon receipt of this letter, please kindly contact me with a proposed date and time for a call.  I can be reached at either svirmani@ip-rockstar.com or +1 610.306.9990.  I look forward to your reply, and thank you in advance for your prompt attention to these matters.


Sincerely,

Shival Virmani, Esq.
VP, Patent Licensing


Enclosure

Rockstar Consortium



March 12, 2012 10:02 ET

## Rockstar Consortium Receives Green Light From Department of Justice

**Consortium forges ahead with plans to license intellectual property**

**OTTAWA, ONTARIO--(Marketwire - March 12, 2012) - Rockstar Consortium (Rockstar)** today announced that the US Department of Justice waiting period for review of Rockstar's acquisition of a substantial majority of the former Nortel Networks patent portfolio, has expired and the company is free to consummate the acquisition. The portfolio consists of approximately 4,000 patent assets related to a broad array of networking, communications, and internet technologies.

These patent assets were a substantial component in the record-breaking auction this past summer, when Rockstar Consortium, made up of Apple, Microsoft, RIM, Ericsson and Sony, invested $4.5 billion to acquire Nortel's portfolio from the bankruptcy estate. Nortel, a 100+ year-old telecom and networking pioneer, had developed the portfolio through tens of billions of dollars of R&D investment over the past few decades. Following the expiration of the waiting period, Rockstar is set to implement its plans to pursue licensing agreements with companies that are harnessing its intellectual property.

John Veschi, Chief Executive Officer of Rockstar, and formerly Chief IP Officer of Nortel, stated that, "We are pleased to emerge from this review process, and are looking forward to working with technology related companies to provide them with access to Rockstar's technology. The entire industry has benefitted from Nortel's groundbreaking innovations, and we are eager to work with them to establish licenses enabling the continued use of this technology."

<u>Rockstar</u>

Rockstar Consortium US LP, and Rockstar Consortium Inc. (the Rockstar Companies) are jointly owned by Apple, Microsoft, RIM, Ericsson and Sony, and are chartered with managing the Rockstar portfolio on behalf of these owners.

## Contact Information

- Rockstar Consortium
  Vicki Carver
  Head of Operations
  613-576-1020

Case 09-10138-MFW   Doc 14559-2   Filed 10/14/14   Page 146 of 157

info@ip-rockstar.com
www.ip-rockstar.com



View Release

# EXHIBIT T



March 13, 2012

Jerald L. Kent
Chairman and Chief Executive Officer
Cequel Communications, LLC
12444 Powerscourt Drive, Suite 450
St. Louis, Missouri 63131

RE:   Request to Commence Licensing Discussions | Notice of Patent Infringement

Dear Mr. Kent,

Rockstar Consortium (hereinafter, "Rockstar") is a patent licensing company that currently has
offices in Ottawa, Canada and Richardson, Texas.  Rockstar owns thousands of patents and
patent applications in several different technology areas, most notably in communications and
networking.  This intellectual property was originally created and patented by Nortel Networks
Corporation and its subsidiaries.  Rockstar now licenses it to other companies on a royalty-
bearing basis. In this regard, please see the attached press release.

I am writing because Rockstar would like to commence patent licensing discussions with Cequel
Communications, LLC and to more fully explain the reasons why we believe your company
requires a license to our patents.

We are contacting you because our analysis reveals that Cequel Communications, LLC is
currently offering certain products and services that infringe patents owned by Rockstar.  The
table below provides you with information concerning some exemplary patents that inform our
opinion.  Please keep in mind that the patents below are part of a much larger portfolio.

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada



Exemplary List of Rockstar Patents Infringed By Cequel Communications, LLC

| Rockstar U.S. Patent Number | Title | Technology, Product and/or Service |
|---|---|---|
| US 5,471,474 | Communications highway network system | • Suddenlink High Speed Internet, Suddenlink Business Internet<br>• DOCSIS 3.0 |
| US 5,761,197 | Communications in a distribution network | • Suddenlink High Speed Internet, Suddenlink Business Internet<br>• DOCSIS 3.0 |

Cequel Communications, LLC has an affirmative responsibility to ensure that it has secured all necessary patent rights to sell the products and services listed above, as well as others that might be infringing Rockstar's intellectual property. We look forward to having a near-term dialogue with Cequel Communications, LLC with the goal of answering any questions you may have, providing more details concerning the issues raised in this letter, and reaching an agreement on how we can have an amicable dialogue that advances both of our companies' goals.

To that end, I suggest that we set up a preliminary teleconference to discuss these issues at a high level, execute an NDA, which we can send to you for your consideration, and then follow up with a face-to-face meeting at your offices.

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada

Case 09-10138-MFW Doc 14559-2 Filed 10/14/14 Page 150 of 157

Attn: Mr. Kent:
Page 3 of 3



Upon receipt of this letter, please kindly contact me with a proposed date and time for a call.  I can be reached at either svirmani@ip-rockstar.com or +1 610.306.9990.  I look forward to your reply, and thank you in advance for your prompt attention to these matters.

Sincerely,

Shival Virmani, Esq.
VP, Patent Licensing

Enclosure

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada



**ROCKSTAR CONSORTIUM RECEIVES GREEN LIGHT FROM DEPARTMENT OF JUSTICE**

*Consortium forges ahead with plans to license intellectual property*

**OTTAWA, ONTARIO--(MARCH 12, 2012) –**
**Rockstar Consortium (Rockstar)** today announced that the US Department of Justice waiting period for review of Rockstar's acquisition of a substantial majority of the former Nortel Networks patent portfolio, has expired and the company is free to consummate the acquisition. The portfolio consists of approximately 4,000 patent assets related to a broad array of networking, communications, and internet technologies.

These patent assets were a substantial component in the record-breaking auction this past summer, when Rockstar Consortium, made up of Apple, Microsoft, RIM, Ericsson and Sony, invested $4.5 billion to acquire Nortel's portfolio from the bankruptcy estate. Nortel, a 100+ year-old telecom and networking pioneer, had developed the portfolio through tens of billions of dollars of R&D investment over the past few decades. Following the expiration of the waiting period, Rockstar is set to implement its plans to pursue licensing agreements with companies that are harnessing its intellectual property.

John Veschi, Chief Executive Officer of Rockstar, and formerly Chief IP Officer of Nortel, stated that, "We are pleased to emerge from this review process, and are looking forward to working with technology related companies to provide them with access to Rockstar's technology. The entire industry has benefitted from Nortel's groundbreaking innovations, and we are eager to work with them to establish licenses enabling the continued use of this technology."

For more information regarding the statements included in this release, please contact: Vicki Carver, Head of Operations, at info@ip-rockstar.com

**Rockstar**

Rockstar Consortium US LP, and Rockstar Consortium Inc. (the Rockstar Companies) are jointly owned by Apple, Microsoft, RIM, Ericsson and Sony, and are chartered with managing the Rockstar portfolio on behalf of these owners.

For more information, please visit www.ip-rockstar.com

EXHIBIT U



March 13, 2012

Thomas O. Might
President and Chief Executive Officer
Cable ONE, Inc.
1314 North 3rd Street
Phoenix, AZ 85004

RE: Request to Commence Licensing Discussions | Notice of Patent Infringement

Dear Mr. Might,

Rockstar Consortium (hereinafter, "Rockstar") is a patent licensing company that currently has offices in Ottawa, Canada and Richardson, Texas. Rockstar owns thousands of patents and patent applications in several different technology areas, most notably in communications and networking. This intellectual property was originally created and patented by Nortel Networks Corporation and its subsidiaries. Rockstar now licenses it to other companies on a royalty-bearing basis. In this regard, please see the attached press release.

I am writing because Rockstar would like to commence patent licensing discussions with Cable ONE, Inc. and to more fully explain the reasons why we believe your company requires a license to our patents.

We are contacting you because our analysis reveals that Cable ONE, Inc. is currently offering certain products and services that infringe patents owned by Rockstar. The table below provides you with information concerning some exemplary patents that inform our opinion. Please keep in mind that the patents below are part of a much larger portfolio.

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada



## Rockstar

Exemplary List of Rockstar Patents Infringed By Cable ONE, Inc.

| Rockstar U.S. Patent Number | Title | Technology, Product and/or Service |
|---|---|---|
| US 5,471,474 | Communications highway network system | • Cable One High Speed Internet Service<br>• DOCSIS 2.0<br>• Cable One High Speed Internet with Elite and Preferred services<br>• DOCSIS 3.0 |
| US 5,761,197 | Communications in a distribution network | • Cable One High Speed Internet Service<br>• DOCSIS 2.0<br>• Cable One High Speed Internet with Elite and Preferred services<br>• DOCSIS 3.0 |

Cable ONE, Inc. has an affirmative responsibility to ensure that it has secured all necessary patent rights to sell the products and services listed above, as well as others that might be infringing Rockstar's intellectual property. We look forward to having a near-term dialogue with Cable ONE, Inc. with the goal of answering any questions you may have, providing more details concerning the issues raised in this letter, and reaching an agreement on how we can have an amicable dialogue that advances both of our companies' goals.

To that end, I suggest that we set up a preliminary teleconference to discuss these issues at a high level, execute an NDA, which we can send to you for your consideration, and then follow up with a face-to-face meeting at your offices.

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada



# Rockstar

Upon receipt of this letter, please kindly contact me with a proposed date and time for a call.  I can be reached at either svirmani@ip-rockstar.com or +1 610.306.9990.  I look forward to your reply, and thank you in advance for your prompt attention to these matters.

Sincerely,

Shival Virmani, Esq.
VP, Patent Licensing

Enclosure

Rockstar Consortium Inc.
Rockstar Consortium US LP
300-515 Legget Drive

Kanata, Ontario
K2K 3G4 Canada



## ROCKSTAR CONSORTIUM RECEIVES GREEN LIGHT FROM DEPARTMENT OF JUSTICE

*Consortium forges ahead with plans to license intellectual property*

**OTTAWA, ONTARIO--(MARCH 12, 2012) –**
**Rockstar Consortium (Rockstar)** today announced that the US Department of Justice waiting period for review of Rockstar's acquisition of a substantial majority of the former Nortel Networks patent portfolio, has expired and the company is free to consummate the acquisition. The portfolio consists of approximately 4,000 patent assets related to a broad array of networking, communications, and internet technologies.

These patent assets were a substantial component in the record-breaking auction this past summer, when Rockstar Consortium, made up of Apple, Microsoft, RIM, Ericsson and Sony, invested $4.5 billion to acquire Nortel's portfolio from the bankruptcy estate. Nortel, a 100+ year-old telecom and networking pioneer, had developed the portfolio through tens of billions of dollars of R&D investment over the past few decades. Following the expiration of the waiting period, Rockstar is set to implement its plans to pursue licensing agreements with companies that are harnessing its intellectual property.

John Veschi, Chief Executive Officer of Rockstar, and formerly Chief IP Officer of Nortel, stated that, "We are pleased to emerge from this review process, and are looking forward to working with technology related companies to provide them with access to Rockstar's technology. The entire industry has benefitted from Nortel's groundbreaking innovations, and we are eager to work with them to establish licenses enabling the continued use of this technology."

For more information regarding the statements included in this release, please contact: Vicki Carver, Head of Operations, at info@ip-rockstar.com

**Rockstar**

Rockstar Consortium US LP, and Rockstar Consortium Inc. (the Rockstar Companies) are jointly owned by Apple, Microsoft, RIM, Ericsson and Sony, and are chartered with managing the Rockstar portfolio on behalf of these owners.

For more information, please visit www.ip-rockstar.com

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CHARTER COMMUNICATIONS, INC. and WIDEOPENWEST FINANCE LLC a/k/a WOW! INTERNET, CABLE & PHONE, KNOLOGY, INC., et al.

**DEFENDANTS**
ROCKSTAR CONSORTIUM US LP, BOCKSTAR TECHNOLOGIES LLC, CONSTELLATION TECHNOLOGIES LLC and SPHERIX INCORPORATED

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Rodger D. Smith II, MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347
(302) 658-9200

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
Other:
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 2201 and 35 U.S.C. § 1 et seq.
Brief description of cause:
Declaratory Judgment of Non-Infringement and Unenforceability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Sue L. Robinson
DOCKET NUMBER 13-2020 (SLR)

DATE 01/16/2014
SIGNATURE OF ATTORNEY OF RECORD *(#3778)*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____