**CERTIFICATE OF SERVICE**

        I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estates of Nortel Networks Inc. and Nortel Networks (CALA) Inc. Hold a Substantial or Controlling Interest** was caused to be made on October 14, 2014, in the manner indicated upon the entities identified on the attached service list.

Date: October 14, 2014                      /s/ Ann C. Cordo
                                                                  Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                    **VIA FIRST CLASS MAIL**

Mark Kenney, Esq.                       Fred S. Hodara, Esq.
David Buchbinder, Esq.                 Akin Gump Strauss Hauer & Feld LLP
Office of the U.S. Trustee             One Bryant Park New York, NY 10036
844 King Street                             (Counsel for Official Committee
Suite 2207, Lockbox 35                Of Unsecured Creditors)
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq. Richards
Layton & Finger One Rodney Square
920 N King St Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

8596486.1