# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
          Debtors.  :  Jointly Administered
:  **RE: D.I. 14264**
:
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on August 25, 2014, the Debtors filed the *Proposed Findings of Fact and Conclusions of Law of the US Interests* (the "Findings of Fact").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Findings of Fact without prejudice.

Dated: October 14, 2014
Wilmington, DE

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (admitted pro hac vice)
    Lisa M. Schweitzer (admitted pro hac vice)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    and

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

5765285.9