## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.,*[1] | ) ) | (Jointly Administered) |
|  | ) | Hearing Date: November 4, 2014 at 10:00 a.m. ET |
| Debtors. | ) | **Re: Docket Nos. 14076, 14117, 14173, 14496, 14498** |
|  | ) | **and 14023, 14032, 14054, 14061** |

**JOINDER OF THE CANADIAN CREDITORS COMMITTEE IN THE OBJECTIONS TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENT BY AND AMONG NORTEL NETWORKS INC., THE SUPPORTING BONDHOLDERS, AND THE BANK OF NEW YORK MELLON WITH RESPECT TO NNI POST-PETITION INTEREST DISPUTE AND RELATED ISSUES**

1.    The Canadian Creditors Committee (the "**CCC**"), by and through its undersigned counsel, hereby joins in the objections filed by the Monitor and the Canadian Debtors [D.I. 14117, 14173, 14496] and by Wilmington Trust, National Association [D.I. 14498] (collectively, the "**Objections**") to the Debtors *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues* [D.I. 14076] (the "**9019 Motion**").

2.    The CCC joins in the Objections for the reasons therein and in the Motion and the Reply of the Monitor and the Canadian Debtors respecting the Cross-Over Bonds post-petition interest and other issues, originally returnable July 25, 2014 [D.I. 14023 and 14054] (the

---

[1] The debtors and debtors-in-possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

"**Cross-Over Bonds Motion**") and the original Submission and the Reply of the CCC respecting the Cross-Over Bonds Motion [D.I. 14032 and 14061].

3.  The CCC hereby reserves the right to be heard before this Court with respect to the 9019 Motion and the Objections and to raise such other or further arguments as may be necessary or appropriate at or prior to the hearing thereon.

WHEREFORE, the CCC respectfully request that the Court deny the 9019 Motion and grant such other relief as may be just and proper.

Dated:  October 14, 2014
      Wilmington, Delaware

                                Respectfully submitted,

                                **DLA PIPER LLP (US)**

                                By:  */s/   Selinda A. Melnik*
                                Selinda A. Melnik (DE Bar ID 4032)
                                Timothy Hoeffner (*admitted pro hac vice*)
                                1201 North Market Street, Suite 2100
                                Wilmington, DE 19801
                                Tel: 302-468-5650
                                Email:  selinda.melnik@dlapiper.com
                                                  timothy.hoeffner@dlapiper.com

                                *Counsel for the Canadian Creditors Committee*