# EXHIBIT C

## DISBURSEMENT SUMMARY
## AUGUST 1, 2014 THROUGH AUGUST 31, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,158.62 |
| Conference Calls/Telephone/Web Conference Services | $3,315.24 |
| Courier Service/Postage | $50.87 |
| Deposition Charges | $627.15 |
| Duplicating (billed at $.10 per page) | $1,718.70 |
| Meals/Committee Meeting Expenses | $1,973.64 |
| Travel Expenses – Airfare | $797.23 |
| Travel Expenses – Ground Transportation | $829.81 |
| Travel Expenses – Train Fare | $74.30 |
| **TOTAL** | **$14,545.56** |