# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## AUGUST 1, 2014 THROUGH AUGUST 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 58.70 | $61,635.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 77.80 | $89,470.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 89.40 | $81,801.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 57.20 | $54,340.00 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $810 | 99.50 | $80,595.00 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 24.00 | $18,240.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 52.10 | $37,251.50 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 89.40 | $57,663.00 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 9.50 | $5,367.50 |
| Michael K. Cross | Associate for 5 years; Admitted in 2010; Litigation Department | $595 | 61.30 | $36,473.50 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Don Department | $405 | 60.10 | $24,340.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Matthew C. Fagen | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $500 | 95.70 | $47,850.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 86.40 | $49,680.00 |
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 42.50 | $17,212.50 |
| Rebecca A. Wirakesuma | Associate for 1 year; Admitted in 2014; Financial Restructuring Department | $405 | 91.30 | $36,976.50 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 13.80 | $3,588.00 |
| Francis A. Singer | Legal Assistant for 35 years; Litigation Department | $275 | 4.30 | $1,182.50 |
| Tracy Southwell | Legal Assistant for 21 years; Financial Restructuring Department | $255 | 2.30 | $586.50 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 5.10 | $1,504.50 |
| Leslie W. Lanphear | Librarian for 18 years | $245 | 1.30 | $318.50 |

Total Amount of Fees:     $706,076.00
Total Number of Hours:    1,021.70
Blended Hourly Rate:      $691.08