IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) Case No. 09-10138 (KG) <br> ) (Jointly Administered) |
| NORTEL NETWORKS INC., *et al.*,[1] | ) |
| Debtors. | ) Hearing Date: November 4, 2014 at 10:00 a.m. ET <br> ) **Re: Docket Nos. 14564** |

## CERTIFICATE OF SERVICE

This shall certify that on October 15, 2014, the undersigned caused to be served by first-class mail on the Bankruptcy Rule 2002 service list in the above-captioned proceedings true and correct copies of the "*Joinder of the Canadian Creditors Committee in the Objections to the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to NNI Post-Petition Interest Dispute and Related Issues*" [D.I. 14564].

Dated: October 15, 2014
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

By: /s/ *Selinda A. Melnik*
Selinda A. Melnik (DE Bar ID 4032)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Tel: 302-468-5650
Email: selinda.melnik@dlapiper.com

---

[1] The debtors and debtors-in-possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).