# **<u>EXHIBIT A</u>**

# COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2014 through August 31, 2014

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Fee and Employment Applications | 38.9 | $20,188.00 |
| Litigation | 371.0 | $299,833.50 |
| Analysis of Canadian Law | 193.7 | $120,561.00 |
| **TOTAL** | 603.6 | $440,582.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 12/08/2014 | preparing docket entries re fee application; | 0.5 | 345.00 | 12516325 |
| Gray | William | 01/08/2014 | Work on finalizing fee application (.6); work on revising past entries (1.0) | 1.6 | 1,512.00 | 12508139 |
| Gray | William | 04/08/2014 | Work on fee application | 0.5 | 472.50 | 12508147 |
| Gray | William | 08/08/2014 | Work on quarterly fee application | 0.6 | 567.00 | 12517868 |
| Gray | William | 13/08/2014 | Work on monthly fee application | 0.3 | 283.50 | 12517883 |
| Gray | William | 15/08/2014 | Revise fee application entries for greater detail | 0.4 | 378.00 | 12523458 |
| Gray | William | 18/08/2014 | Work on finalizing fee applications for end of August report | 1.2 | 1,134.00 | 12534188 |
| Gray | William | 19/08/2014 | Work on fee application | 0.8 | 756.00 | 12534193 |
| Gray | William | 20/08/2014 | Work on fee applications | 0.7 | 661.50 | 12534201 |
| Gray | William | 21/08/2014 | Work on fee application | 0.5 | 472.50 | 12534207 |
| Gray | William | 22/08/2014 | Finalize fee application with A. Collins | 0.6 | 567.00 | 12534212 |
| Gray | William | 25/08/2014 | Review quarterly fee application; review monthly fee application | 1.3 | 1,228.50 | 12541562 |
| Gray | William | 26/08/2014 | Work on quarterly and monthly fee application (July) | 0.8 | 756.00 | 12541565 |
| Gray | William | 27/08/2014 | Review fee application | 0.5 | 472.50 | 12541573 |
| Gray | William | 28/08/2014 | Work on finalizing fee application | 0.4 | 378.00 | 12541577 |
| Gray | William | 29/08/2014 | Work on fee application filing | 0.5 | 472.50 | 12541581 |
| Bauer | Alison D. | 01/08/2014 | attention to issues relating to Fee Examiner's report (.2) | 0.2 | 163.00 | 12503028 |
| Bauer | Alison D. | 11/08/2014 | Attention to emails regarding information for fee applications and response to report | 0.2 | 163.00 | 12526493 |
| Bauer | Alison D. | 12/08/2014 | Read email from A. Collins re: Fee extension and attention to fee application issues | 0.1 | 81.50 | 12526509 |
| Bauer | Alison D. | 18/08/2014 | Follow up on information for response to fee examiner's report | 0.2 | 163.00 | 12526288 |
| Bauer | Alison D. | 22/08/2014 | Revising letter to Fee examiner and report to fee examiner | 0.8 | 652.00 | 12534808 |
| Bauer | Alison D. | 25/08/2014 | Reviewing and revising final forms of 39th and 40th monthly fee applications(.7); conversations A. Collins re same (.2); attention to A. Cordo comments (.1) | 1.0 | 815.00 | 12536045 |
| Bauer | Alison D. | 26/08/2014 | attention to filing of and communications regarding 39th, 40th and quarterly fee apps | 0.5 | 407.50 | 12538815 |
| Collins | Allan | 01/08/2014 | attention to Certificate of No Objection relating to Thirty Eighth Fee Application (0.2); attention to June fee application (.4); | 0.6 | 177.00 | 12501818 |
| Collins | Allan | 05/08/2014 | attention to July fee application; | 1.1 | 324.50 | 12505873 |
| Collins | Allan | 06/08/2014 | attention to July fee application (1.6); attention to June fee application (.6); attention to response to fee examiner (.7): | 2.9 | 855.50 | 12507713 |
| Collins | Allan | 11/08/2014 | attention to response to fee examiner; | 0.3 | 88.50 | 12513907 |
| Collins | Allan | 12/08/2014 | attention to July fee application (.4); attention to response to fee examiner (.4); | 0.8 | 236.00 | 12516392 |
| Collins | Allan | 13/08/2014 | attention to email from A. Cordo; calendar September 15, 2014, hearing (0.1); attention to response to fee examiner (.2); | 0.3 | 88.50 | 12518395 |
| Collins | Allan | 18/08/2014 | attention to response to fee examiner (.3); attention to June fee application (.2); attention to July fee application (.5); | 1.0 | 295.00 | 12530188 |
| Collins | Allan | 19/08/2014 | attention to July fee application; | 1.6 | 472.00 | 12530191 |
| Collins | Allan | 21/08/2014 | attention to response to fee examiner (1.6); email with A. Bauer regarding same (.1); | 3.1 | 914.50 | 12531587 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 22/08/2014 | attention to June fee application (.6); attention to July fee application (.8); Attention to response to fee examiner (1.8); email with A. Bauer regarding same (.2); | 6.3 | 1,858.50 | 12534562 |
| Collins | Allan | 25/08/2014 | attention to June fee application (.6); attention to July fee application and confer with W. Gray regarding same (3.7); Attention to June fee application (.8); attention to July fee application (2.4); confer with A. Bauer regarding same (0.2); emails with A. Cordo at MNAT regarding same (0.2) | 3.6 | 1,062.00 | 12536404 |
| Collins | Allan | 26/08/2014 | attention to July fee application (.4); draft and finalize fifteenth quarterly fee application (2.7); | 3.1 | 914.50 | 12538346 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/08/2014 | reviewing and providing comments on post-trial brief of US debtors. | 1.4 | 1,260.00 | 12502648 |
| Bomhof | Scott A. | 06/08/2014 | reviewing order regarding discovery motion on post-petition interest settlement; | 0.2 | 180.00 | 12508179 |
| Bomhof | Scott A. | 07/08/2014 | reviewing Core Party post-trial initial briefs; | 2.8 | 2,520.00 | 12512373 |
| Bomhof | Scott A. | 11/08/2014 | reviewing and analyzing cases cited in Canada Debtors' and Canadian Creditor's Committee post-trial briefs (5.1); discussion with T. DeMarinis regarding trial issues (.4); | 5.5 | 4,950.00 | 12512622 |
| Bomhof | Scott A. | 12/08/2014 | reviewing post-filing initial briefs filed by core parties and prepare notes for reply brief; | 5.9 | 5,310.00 | 12514813 |
| Bomhof | Scott A. | 13/08/2014 | reviewing initial post-trial brief of Canadian creditors committee and reviewing cited law (3.8); confer with S. Block regarding monitor's argument (.2); | 4.0 | 3,600.00 | 12520696 |
| Bomhof | Scott A. | 15/08/2014 | review Core Party's Initial Post-filing Briefs and prepare notes for Reply Brief; | 6.9 | 6,210.00 | 12523297 |
| Bomhof | Scott A. | 18/08/2014 | review Core Party's Initial Briefs and preparation for Reply Brief and exchange emails with S. Block with respect to same; | 1.8 | 1,620.00 | 12525423 |
| Bomhof | Scott A. | 19/08/2014 | review decision of Justice Newbould on post-filing interest and exchange emails with Cleary with respect to same (1.5); confer with S. Block and T. DeMarinis regarding same (.3); telephone conversation with UCC counsel and telephone conversation with Bondholder counsel re: post-filing interest ruling (1.0); confer with A. Slavens and W. Gray regarding Judge Newbould endorsement (.5); | 3.3 | 2,970.00 | 12528936 |
| Bomhof | Scott A. | 21/08/2014 | review Core Party Initial Post-Filing Briefs and review S. Block notes on same (1.3); confer with A. Slavens and T. DeMarinis regarding developments in the proceeding (.6); confer with W. Gray regarding recent decision (.2); | 2.1 | 1,890.00 | 12530790 |
| Bomhof | Scott A. | 22/08/2014 | prepare notes for Reply Brief and confer with W. Gray regarding same; | 1.3 | 1,170.00 | 12532373 |
| Gray | Andrew | 01/08/2014 | drafting post-closing submissions (2.0); meeting regarding submissions with Sheila Block and discussing with Howard Zelbo (0.5); conducting legal research on allocation issues (1.2); | 3.7 | 2,960.00 | 12501404 |
| Gray | Andrew | 02/08/2014 | drafting post-trial submissions (4.5); | 4.5 | 3,600.00 | 12501459 |
| Gray | Andrew | 03/08/2014 | drafting and revising post-trial submissions (2.5); | 2.5 | 2,000.00 | 12501746 |
| Gray | Andrew | 04/08/2014 | revising post-trial submissions (2.0); | 2.0 | 1,600.00 | 12502956 |
| Gray | Andrew | 05/08/2014 | revising post-trial submissions (4.0); internal discussions with Sheila Block and Adam Slavens regarding revisions to post-trial submissions (1.5); | 5.5 | 4,400.00 | 12505302 |
| Gray | Andrew | 06/08/2014 | reviewing and revising post-trial submissions (2.5); drafting correspondence to the court regarding post-trial submissions and discussing same with Sheila Block (0.4); | 2.9 | 2,320.00 | 12507089 |
| Gray | Andrew | 07/08/2014 | finalizing post-trial submissions (1.2); reviewing other parties' post-trial submissions | 2.7 | 2,160.00 | 12508995 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Gray | Andrew | 08/08/2014 | (1.5) reviewing post-trial submissions filed by the other debtor estates and their creditors (2.8); office conferences with Sheila Block regarding same (0.9); conference calls and email regarding settlement approval motion and procedural issues related to that motion (0.4); | 4.1 | 3,280.00 | 12510707 |
| Gray | Andrew | 09/08/2014 | reviewing post-trial submissions and discussing same with S. Block; | 3.0 | 2,400.00 | 12510712 |
| Gray | Andrew | 10/08/2014 | reviewing post-trial submissions (3.5); conducting legal research arising from submissions (0.8); | 4.3 | 3,440.00 | 12510713 |
| Gray | Andrew | 11/08/2014 | reviewing post-closing submissions (2.0); telephone conference with Howard Zelbo regarding reply submissions (0.8); conducting legal research on contract law issues for reply submissions (1.3); | 4.1 | 3,280.00 | 12513346 |
| Gray | Andrew | 12/08/2014 | telephone conference with Howard Zelbo regarding post-trial submissions (0.5); researching and drafting reply submissions (2.5); | 3.0 | 2,400.00 | 12515776 |
| Gray | Andrew | 13/08/2014 | drafting post-trial reply submissions (2.5); conducting legal research (3.0); | 5.5 | 4,400.00 | 12522286 |
| Gray | Andrew | 14/08/2014 | drafting post-trial submissions (4.5); internal discussions with Sheila Block regarding same (0.4); | 4.9 | 3,920.00 | 12522975 |
| Gray | Andrew | 15/08/2014 | drafting post-trial submissions (2.5); office conference with Sheila Block and email correspondence with co-counsel regarding same (0.8); | 3.3 | 2,640.00 | 12522986 |
| Gray | Andrew | 16/08/2014 | drafting post-trial submissions (3.2); | 3.2 | 2,560.00 | 12523644 |
| Gray | Andrew | 17/08/2014 | drafting post-trial submissions (2.5); conducting legal research (1.8); | 4.3 | 3,440.00 | 12523645 |
| Gray | Andrew | 18/08/2014 | drafting post-trial reply submissions (6.3); office conference with S. Block regarding same (.2); | 6.5 | 5,200.00 | 12567544 |
| Gray | Andrew | 20/08/2014 | drafting post-closing allocation submissions; | 3.5 | 2,800.00 | 12550278 |
| McCourt | Conor | 25/08/2014 | legal research related to issue of nature of exclusive license (1.2); | 1.2 | 1,260.00 | 12537458 |
| McCourt | Conor | 26/08/2014 | composing e-mail to Adam Slavens and Tom Yeo regarding legal research relating to the nature of exclusive license; | 3.8 | 3,990.00 | 12537476 |
| McCourt | Conor | 27/08/2014 | considering e-mail from Tom Yeo concerning legal research as related to issue of nature of exclusive license and responding thereto (0.2); | 0.2 | 210.00 | 12539797 |
| Slavens | Adam | 01/08/2014 | preparing Canadian law sections of post-trial brief (6.8); trial preparation, trial logistics and planning (0.5); | 7.3 | 5,037.00 | 12593459 |
| Slavens | Adam | 04/08/2014 | preparing Canadian law sections of post-trial brief; | 2.0 | 1,380.00 | 12503475 |
| Slavens | Adam | 05/08/2014 | preparing Canadian law sections of post-trial brief (7.5); discussing same with A. Gray and S. Block (1.5); | 9.0 | 6,210.00 | 12507397 |
| Slavens | Adam | 06/08/2014 | email correspondence with working group re serving and filing post-trial brief (0.4); preparing Canadian law sections of post-trial | 5.0 | 3,450.00 | 12593460 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Slavens | Adam | 07/08/2014 | brief (4.6); preparing Canadian law sections of post-trial brief (5.9); finalizing, serving and filing post-trial brief (4.0); | 9.9 | 6,831.00 | 12593461 |
| Slavens | Adam | 08/08/2014 | email correspondence with S. Block, S. Bomhof and A. Gray re post-trial briefs of core parties (0.3); reviewing post-trial briefs filed by core parties (3.0); | 3.3 | 2,277.00 | 12593462 |
| Slavens | Adam | 10/08/2014 | reviewing post-trial briefs filed by core parties; | 4.0 | 2,760.00 | 12511163 |
| Slavens | Adam | 11/08/2014 | conducting cite check of core parties' post-filing briefs (3.5); office conferences with P. Shaunessy and K. Armitage re same (.5); | 4.0 | 2,760.00 | 12513744 |
| Slavens | Adam | 11/08/2014 | reviewing trial transcript and trial protocols re status of core parties' objections; | 2.8 | 1,932.00 | 12513750 |
| Slavens | Adam | 12/08/2014 | reviewing trial transcript and trial protocols re status of core parties' objections (.8); preparing reporting email to A. Gray re same (0.5); email correspondence with M. Gianis and M. Parthum re same (0.2); meet with K. Armitage regarding trial briefs of EMEA (.2); conducting cite check of core parties' post-filing briefs (3.0); | 4.7 | 3,243.00 | 12593463 |
| Slavens | Adam | 13/08/2014 | reviewing post-trial briefs filed by core parties (1.8); conducting cite check of core parties' post-filing briefs (1.1); discussing same with K. Armitage (.2); | 3.1 | 2,139.00 | 12593464 |
| Slavens | Adam | 15/08/2014 | conducting cite check of core parties' post-filing briefs (2.0); coordinating service of book of authorities (2.5); | 4.5 | 3,105.00 | 12593466 |
| Slavens | Adam | 17/08/2014 | reviewing post-trial briefs filed by core parties; | 1.9 | 1,311.00 | 12523979 |
| Slavens | Adam | 18/08/2014 | coordinating filing of book of authorities; | 1.5 | 1,035.00 | 12526687 |
| Slavens | Adam | 19/08/2014 | reviewing endorsement of Newbould J. on post-petition interest (0.5); office conference with S. Bomhof re same (0.5); email correspondence with working group re same (0.1); conference call with R. Swan and S. Bomhof re same (0.3); | 1.4 | 966.00 | 12530213 |
| Slavens | Adam | 21/08/2014 | discussion with T. DeMarinis and S. Bomhof regarding development in the proceeding; | 0.6 | 414.00 | 12582876 |
| Slavens | Adam | 27/08/2014 | discussion with T. DeMarinis regarding issue analysis and planning; | 0.7 | 483.00 | 12582877 |
| Slavens | Adam | 28/08/2014 | reviewing evidentiary record, research conducted to date and briefs of core parties re preparation for closing legal arguments (1.9); discussion with T. DeMarinis (.2); confer with A. Bauer regarding fees of various counsel (.2) | 2.3 | 1,587.00 | 12543489 |
| Slavens | Adam | 29/08/2014 | reviewing evidentiary record, research conducted to date and briefs of core parties re preparation for closing legal arguments; | 5.5 | 3,795.00 | 12543907 |
| Armitage | Kevin | 11/08/2014 | reviewing post-trial brief of EMEA for Canadian case law therein (2.1); meeting with A. Slavens and P. Shaunessy re reviewing post | 2.5 | 825.00 | 12593468 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Armitage | Kevin | 12/08/2014 | trial briefs (.4); reviewing post-trial brief of EMEA - reviewing Canadian case law therein (4.9); meeting with A. Slavens re reviewing post trial briefs of EMEA for canadian case law cited therein (.2); | 5.1 | 1,683.00 | 12593469 |
| Armitage | Kevin | 13/08/2014 | reviewing post-trial brief of EMEA - reviewing Canadian case law therein (3.3); meeting with A. Slavens re reviewing post trial brief of monitor for canadian case law cited therein (.2); | 3.5 | 1,155.00 | 12593470 |
| Armitage | Kevin | 14/08/2014 | reviewing post-trial brief of EMEA - reviewing Canadian case law therein; | 1.8 | 594.00 | 12520584 |
| Armitage | Kevin | 15/08/2014 | reviewing post-trial brief of EMEA - reviewing Canadian case law therein; | 0.5 | 165.00 | 12522064 |
| Shaunessy | Patrick | 11/08/2014 | meeting with A. Slavens and K. Armitage to discuss closing brief review criteria (0.5); reviewing closing brief of CCC Interests (2.8); | 3.3 | 1,089.00 | 12585477 |
| Shaunessy | Patrick | 12/08/2014 | reviewing closing briefs of US Interests and Canadian case law therein; | 4.9 | 1,617.00 | 12513717 |
| Shaunessy | Patrick | 13/08/2014 | reviewing closing briefs of US Interests and Canadian case law therein; | 8.1 | 2,673.00 | 12515862 |
| Shaunessy | Patrick | 14/08/2014 | reviewing closing briefs of US Interests and Canadian case law therein (6.1); reviewing closing briefs of US Interests and Canadian case law therein (0.6); reviewing closing briefs of US Interests and Canadian case law therein (0.8); | 7.5 | 2,475.00 | 12593471 |
| Shaunessy | Patrick | 18/08/2014 | organizing back-up documentation for post-trial brief analysis (0.4); reviewing closing briefs of US Interests and Canadian case law therein (1.0); | 1.4 | 462.00 | 12593473 |
| Shaunessy | Patrick | 28/08/2014 | consulting text re unjust enrichment research issue (0.3); researching contract issue (2.8); researching tax issue (1.4); writing memo re tax issue and emailing same (1.0); writing memo re contract issue and sending email re same (1.2); responding to email re tax issue (0.1); responding to email re IP (licence) research memo (0.2); | 7.0 | 2,310.00 | 12593476 |
| Block | Sheila R. | 01/08/2014 | conclusions of law memorandum revisions and office conference with Andrew Gray (0.9); reviewing briefs for closing (1.0); conferences with Andrew Gray and Cleary regarding same (0.9); reviewing fact brief (5.0); reading law and email regarding same (0.4); | 8.2 | 8,610.00 | 12502188 |
| Block | Sheila R. | 02/08/2014 | revisions to closing argument; | 1.0 | 1,050.00 | 12502219 |
| Block | Sheila R. | 04/08/2014 | reviewing post trial briefs (3.5); | 3.5 | 3,675.00 | 12502205 |
| Block | Sheila R. | 05/08/2014 | reviewing brief (1.5); revising finding of fact brief (4.0); discussing same with A. Gray and A. Slavens (1.5); | 7.0 | 7,350.00 | 12504712 |
| Block | Sheila R. | 06/08/2014 | final revisions to closing argument brief and cover letter (4.9): discussing same with A. Gray (.4); | 5.3 | 5,565.00 | 12506161 |
| Block | Sheila R. | 07/08/2014 | reviewing final drafts (.7); letter to court | 4.5 | 4,725.00 | 12508074 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Block | Sheila R. | 08/08/2014 | (.3); preparing for closing (3.5); reviewing closing briefs and discussing same with A. Gray; | 7.3 | 7,665.00 | 12513922 |
| Block | Sheila R. | 09/08/2014 | reading closing briefs and discussing same with A. Gray | 4.0 | 4,200.00 | 12513926 |
| Block | Sheila R. | 11/08/2014 | reviewing closing submissions and notes regarding same; | 1.5 | 1,575.00 | 12516352 |
| Block | Sheila R. | 13/08/2014 | reviewing opposing closing arguments (3.0); office conference with Scott Bomhof regarding Monitor's argument (0.2); outline of oral argument and memoranda regarding reply points (2.2); | 5.4 | 5,670.00 | 12517072 |
| Block | Sheila R. | 14/08/2014 | reviewing comments and internal discussion re legal issues for closing and draft correspondence regarding reply closing brief and enclosing briefing notes regarding same; | 1.0 | 1,050.00 | 12524587 |
| Block | Sheila R. | 15/08/2014 | reviewing notes for reply brief and discussing same with A. Gray; | 3.0 | 3,150.00 | 12524595 |
| Block | Sheila R. | 17/08/2014 | reviewing evidence and law regarding contract interpretation; | 3.0 | 3,150.00 | 12526327 |
| Block | Sheila R. | 18/08/2014 | office conference with the A. Gray regarding arguments in Reply brief and emails and memo to file regarding same (0.6); conference call regarding closing argument and forwarding notes (0.3); preparation for oral argument (0.5); | 1.4 | 1,470.00 | 12527051 |
| Block | Sheila R. | 19/08/2014 | reviewing ruling by J. Newbould and office conference with Scott Bomhof and T. DeMarinis and emails regarding same (0.5); preparation for oral closing (1.8); | 2.3 | 2,415.00 | 12527092 |
| Block | Sheila R. | 20/08/2014 | preparation for oral argument; compiling compendium; | 3.0 | 3,150.00 | 12530231 |
| Block | Sheila R. | 21/08/2014 | preparation for oral closing and compendium; | 2.5 | 2,625.00 | 12530669 |
| Block | Sheila R. | 22/08/2014 | preparation for oral closing; | 6.0 | 6,300.00 | 12535162 |
| Block | Sheila R. | 23/08/2014 | preparation for oral closing; | 3.0 | 3,150.00 | 12535165 |
| Block | Sheila R. | 24/08/2014 | preparation for oral closing; | 2.0 | 2,100.00 | 12535167 |
| Block | Sheila R. | 25/08/2014 | preparation for oral argument; | 7.5 | 7,875.00 | 12535439 |
| Block | Sheila R. | 26/08/2014 | preparation for oral argument; | 1.8 | 1,890.00 | 12539092 |
| Block | Sheila R. | 27/08/2014 | preparation for oral closing; | 2.5 | 2,625.00 | 12543682 |
| DeMarinis | Tony | 11/08/2014 | discussion with Scott Bomhof regarding trial and related issues (0.4); reading documents relating to U.S. bond interest accrual resolution and consideration of legal issues (0.7); | 1.1 | 1,155.00 | 12513825 |
| DeMarinis | Tony | 12/08/2014 | reviewing legal arguments and materials on Canadian note interest dispute; | 1.0 | 1,050.00 | 12516222 |
| DeMarinis | Tony | 14/08/2014 | reading revised post-trial brief of Canadian debtors and monitor (0.4); review amendments for U.S. debtors brief (0.3); review authorities (0.2); | 0.9 | 945.00 | 12523447 |
| DeMarinis | Tony | 15/08/2014 | review U.S. debtors' book of authorities (0.4); read materials on bondholder interest dispute (1.3); | 1.7 | 1,785.00 | 12523451 |
| DeMarinis | Tony | 18/08/2014 | review trial protocol, schedule and related planning considerations; | 0.4 | 420.00 | 12526637 |
| DeMarinis | Tony | 19/08/2014 | review of Newbould J.'s decision regarding | 4.6 | 4,830.00 | 12528603 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 20/08/2014 | post-filing interest entitlement (0.9); discussions with Scott Bomhof and Sheila Block regarding same (0.3); analysis and consideration of today's decision in regards to impact assessment, next steps, and planning (2.0); review and analysis of UKPC's post-trial brief and legal arguments (1.4); receipt and review of UKPC's book of authorities (0.4); read authorities in connection with post-trial briefs (1.0); planning, consideration and analysis in relation to yesterday's decision of Newbould J. on Canadian post-filing interest entitlements (2.0); | 3.4 | 3,570.00 | 12530120 |
| DeMarinis | Tony | 21/08/2014 | discussions with team (Adam Slavens, Scott Bomhof) regarding developments in the proceedings and planning (0.6); analysis of "interest stops" ruling and impact on trial issues (2.0); reading materials filed with the courts in connection with same (1.3); | 3.9 | 4,095.00 | 12530807 |
| DeMarinis | Tony | 22/08/2014 | reading CCC's closing brief and proposed findings of fact and conclusions, and analysis of same (1.6); reading court documents of other core parties in relation to same (1.0); | 2.6 | 2,730.00 | 12539029 |
| DeMarinis | Tony | 25/08/2014 | review of post-trial brief of Canadian monitor and debtors, and related analysis (1.2); review Law Debenture's brief (0.3); review redacted version of U.S. post-trial brief as served (0.4); review EMEA debtors' post-filing submission (0.4); review additional parties' post-trial briefs, and analysis (1.0); | 3.3 | 3,465.00 | 12539042 |
| DeMarinis | Tony | 26/08/2014 | counsel correspondence regarding exhibits, and protocol review for same (0.4); review UKPC's unsealed post-trial brief as served (0.4); litigation planning post-release of bondholder interest decision and pending final submissions (1.0); read accumulated litigation materials (0.8); | 2.6 | 2,730.00 | 12540914 |
| DeMarinis | Tony | 27/08/2014 | discussion with Adam Slavens on issues analysis and planning (0.7); review and analysis of cross-border procedural considerations relating to post-trial process and appellate matters (2.0); | 2.7 | 2,835.00 | 12540949 |
| DeMarinis | Tony | 28/08/2014 | discussion with Adam Slavens (0.2); review and consideration of core party post-trial briefs (1.7); review brief corrections from UKPC and CCC (0.3); | 2.2 | 2,310.00 | 12542028 |
| DeMarinis | Tony | 29/08/2014 | review trial record and correspondence from UKPC counsel (0.5); review and consideration of procedural and substantive appeal matters (1.4); | 1.9 | 1,995.00 | 12544957 |
| Blake | Maureen | 08/08/2014 | review email from S. Block regarding the Frisch report and further email regarding Hamilton Affidavit (.2); search workspace and locate the Frisch Report and the Hamilton affidavit and forward to S. Block (1.8); | 2.0 | 870.00 | 12509288 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Blake | Maureen | 26/08/2014 | review emails regarding the Post-Trial Brief and organize same from the sharefile link into the Torys workspace and emails regarding same (.8); review email from S. Block regarding the 1992 CSA, search workspace and locate what appears to be the 1992 CSA and email to S. Block regarding same (1.5); | 2.3 | 1,000.50 | 12540065 |
| Lombardi | Rose | 21/08/2014 | reviewing US interests post trial briefs (1.0); locating and assembling trial exhibits and excerpts of same requested by Sheila Block (1.6); | 2.6 | 936.00 | 12532618 |
| Mauro | Clare | 26/08/2014 | conducting legal research (J. Jivani); | 1.7 | 663.00 | 12538289 |
| Gray | William | 01/08/2014 | Work on executory contract issues relating to post-trial briefs | 1.3 | 1,228.50 | 12508142 |
| Gray | William | 04/08/2014 | Work on trial brief; work on closing brief arguments | 0.8 | 756.00 | 12508148 |
| Gray | William | 05/08/2014 | Work on closing trial brief | 0.7 | 661.50 | 12508155 |
| Gray | William | 12/08/2014 | Work on response to trial brief | 1.2 | 1,134.00 | 12517877 |
| Gray | William | 14/08/2014 | Work on sur-reply brief re inter phase of US/Canadian law | 0.6 | 567.00 | 12524103 |
| Gray | William | 15/08/2014 | Work on sur-reply briefs on interplay of US/Canadian law | 0.7 | 661.50 | 12523457 |
| Gray | William | 19/08/2014 | Review Newbould decision to settle litigation matters and confer with S. Bomhof regarding the same | 0.8 | 756.00 | 12534194 |
| Gray | William | 20/08/2014 | Review Newbould decision | 0.8 | 756.00 | 12534202 |
| Gray | William | 21/08/2014 | Work on and review Newbould decision and confer with S. Bomhof regarding same | 1.2 | 1,134.00 | 12534208 |
| Gray | William | 22/08/2014 | Review Newbould decision and confer with S. Bomhof regarding impact on remaining issues and case | 0.7 | 661.50 | 12534214 |
| Gray | William | 26/08/2014 | Review impact of Newbould decision | 0.7 | 661.50 | 12541567 |
| Bauer | Alison D. | 28/08/2014 | Attention to emails and conference call with A. Slavens regarding fees of various counsel (.5) reviewed monthly and quarterly fee applications and orders (.4) | 0.9 | 733.50 | 12549843 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/08/2014 | research for post-trial brief related to valuation of intellectual property and use of factual matrix to interpret a contract (1.7); reviewing Canadian debtors' limited objection to post-petition interest settlement (.3); | 2.0 | 1,800.00 | 12502730 |
| Bomhof | Scott A. | 05/08/2014 | research regarding Canadian legal issues related to post-trial brief (valuation, contractual interpretation and patent law issues); | 2.9 | 2,610.00 | 12504961 |
| Bomhof | Scott A. | 06/08/2014 | review of Canadian law for post-filing brief; | 1.6 | 1,440.00 | 12508181 |
| Bomhof | Scott A. | 12/08/2014 | research on Canadian legal issues related to parole evidence and contractual interpretation; | 3.0 | 2,700.00 | 12514814 |
| Bomhof | Scott A. | 13/08/2014 | research regarding Canadian legal issues related to valuation and allocation; | 2.3 | 2,070.00 | 12520695 |
| Bomhof | Scott A. | 18/08/2014 | research for Reply Brief re: contractual interpretation issues; | 3.9 | 3,510.00 | 12525424 |
| Bomhof | Scott A. | 19/08/2014 | research on Canadian caselaw dealing with contractual interpretation; | 3.6 | 3,240.00 | 12528937 |
| Bomhof | Scott A. | 20/08/2014 | research re Canadian case law citation review from Core Party's initial post-trial briefs; | 4.0 | 3,600.00 | 12528938 |
| Yeo | Thomas | 01/08/2014 | e-mails with S. Bomhof re: Canadian case law on patent ownership; | 0.2 | 163.00 | 12505810 |
| Yeo | Thomas | 21/08/2014 | call with A. Slavens re: research on sublicences (0.4); reviewing existing research on sublicences (0.4); | 0.8 | 652.00 | 12531970 |
| Yeo | Thomas | 22/08/2014 | reviewing research on sublicence rights (1.2); meeting with P. Shaunessy re: same (0.3); | 1.5 | 1,222.50 | 12535266 |
| Yeo | Thomas | 26/08/2014 | research re: licences and assignments; | 0.4 | 326.00 | 12539140 |
| Yeo | Thomas | 27/08/2014 | research re: sublicences and assignments; | 0.6 | 489.00 | 12541037 |
| Yeo | Thomas | 28/08/2014 | reviewing memo re: sublicense rights; | 0.3 | 244.50 | 12542699 |
| Gray | Andrew | 11/08/2014 | internal email and meeting with Adam Slavens to discuss research for reply submissions; | 0.4 | 320.00 | 12582875 |
| Slavens | Adam | 01/08/2014 | conducting Canadian legal research of intellectual property ownership issues and contract law issues for case; | 3.0 | 2,070.00 | 12503473 |
| Slavens | Adam | 03/08/2014 | conducting Canadian legal research on substantive consolidation for case; | 2.0 | 1,380.00 | 12506416 |
| Slavens | Adam | 04/08/2014 | conducting Canadian legal research of intellectual property ownership issues and contract law issues for case; | 3.0 | 2,070.00 | 12503477 |
| Slavens | Adam | 05/08/2014 | conducting Canadian legal research of intellectual property ownership issues, contract law issues and substantive consolidation for case; | 4.5 | 3,105.00 | 12507402 |
| Slavens | Adam | 06/08/2014 | conducting Canadian legal research of intellectual property ownership issues, contract law issues and substantive consolidation for case; | 3.7 | 2,553.00 | 12507403 |
| Slavens | Adam | 11/08/2014 | conducting Canadian legal research on contractual law issues for case (1.8); discuss same with A. Gray (.4); | 2.2 | 1,518.00 | 12513748 |
| Slavens | Adam | 12/08/2014 | conducting Canadian legal research on contractual law issues for case; | 4.8 | 3,312.00 | 12516318 |
| Slavens | Adam | 13/08/2014 | conducting Canadian legal research on contractual law issues for case; | 5.5 | 3,795.00 | 12522204 |
| Slavens | Adam | 14/08/2014 | conducting Canadian legal research on | 7.1 | 4,899.00 | 12593465 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 15/08/2014 | timeliness of objections (3.0); telephone call with B. Bozinovski re same (0.2); email correspondence with M. Gianis and M. Parthum re same (0.1); conducting Canadian legal research on contractual law issues for case (3.8); conducting Canadian legal research on timeliness of objections and conferring with P. Shaunessy regarding same (0.6); telephone call with M. Gianis re same (0.3); conducting Canadian legal research on contractual law issues for case (2.3); meet with B. Bozinovski regarding same (.2); | 3.4 | 2,346.00 | 12593467 |
| Slavens | Adam | 18/08/2014 | conducting Canadian legal research on contractual law issues for case; | 8.5 | 5,865.00 | 12526690 |
| Slavens | Adam | 19/08/2014 | conducting Canadian legal research on contractual law issues for case; | 9.0 | 6,210.00 | 12530212 |
| Slavens | Adam | 20/08/2014 | conducting Canadian legal research on contractual law issues for case; | 8.0 | 5,520.00 | 12530220 |
| Slavens | Adam | 21/08/2014 | conducting Canadian legal research on contractual law issues and CCAA issues for case (8.2); call with T. Yeo regarding sublicense (.4); | 8.6 | 5,934.00 | 12532494 |
| Slavens | Adam | 22/08/2014 | conducting Canadian legal research on contractual law issues and CCAA issues for case and discussing same with P. Shaunessy; | 5.7 | 3,933.00 | 12536683 |
| Slavens | Adam | 23/08/2014 | conducting Canadian legal research on contractual law issues and CCAA issues for case; | 2.4 | 1,656.00 | 12536687 |
| Slavens | Adam | 25/08/2014 | conducting Canadian legal research on contractual law issues and CCAA issues for case (5.4); meet with J. Jivani regarding same (.3); discussing research with F. House (.4); | 6.1 | 4,209.00 | 12536695 |
| Slavens | Adam | 26/08/2014 | conducting Canadian legal research on contractual law issues and CCAA issues for case; | 5.4 | 3,726.00 | 12540810 |
| Slavens | Adam | 27/08/2014 | conducting Canadian legal research on contractual law issues and CCAA issues for case; | 5.3 | 3,657.00 | 12540812 |
| Slavens | Adam | 28/08/2014 | conducting Canadian legal research on contractual law issues and CCAA issues for case; | 5.8 | 4,002.00 | 12543488 |
| Slavens | Adam | 29/08/2014 | conducting Canadian legal research on contractual law issues and CCAA issues for case; | 3.8 | 2,622.00 | 12543906 |
| House | Frazer | 05/08/2014 | conducting legal research for corresponding Canadian authority to certain American points of law in the conclusions of law; | 3.3 | 1,188.00 | 12504658 |
| House | Frazer | 25/08/2014 | discussing new research questions with A.Slavens (0.4); conducting legal research related to contractual interpretation principles involving interpretations that would render one clause redundant (1.4); | 1.8 | 648.00 | 12538812 |
| House | Frazer | 26/08/2014 | giving instructions to B.Bozinovski regarding research (0.2); continuing own research regarding redundant interpretations of | 0.7 | 252.00 | 12538814 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| House | Frazer | 27/08/2014 | contracts (0.5); conducting legal research on contractual interpretation and redundancy, reviewing cases provided by B.Bozinovski, and drafting research note re same; | 2.9 | 1,044.00 | 12541143 |
| House | Frazer | 28/08/2014 | reviewing research on use of deposition testimony where witness not called and corresponding re same with A.Slavens (0.5); | 0.5 | 180.00 | 12542610 |
| Bozinovski | Beatrice | 14/08/2014 | received instructions regarding research task re: waiving right to object (0.4); consultation with library regarding research task (0.2); review of research material (1.0) and drafting e-mail containing summary of research (0.7); conducting further research after consultation with Adam Slavens (0.7); | 3.0 | 990.00 | 12534496 |
| Bozinovski | Beatrice | 15/08/2014 | reviewing research on timing of objections (0.4); attending meeting with Adam Slavens to discuss research findings (0.2); drafting summary on research findings (0.6); | 1.2 | 396.00 | 12523564 |
| Bozinovski | Beatrice | 26/08/2014 | receiving instructions on research task from Frazer House (0.2); researching case law relating to contractual interpretation and interpretations that render a clause redundant (3.1); | 3.3 | 1,089.00 | 12538379 |
| Shaunessy | Patrick | 15/08/2014 | reviewing closing briefs of US Interests and Canadian case law therein (0.7); confer with A. Slavens regarding same (0.4); editing analysis of closing briefs of US Interests and Canadian case law therein (1.1); | 2.2 | 726.00 | 12593472 |
| Shaunessy | Patrick | 22/08/2014 | meeting with A. Slavens to discuss research assignments on unjust enrichment and estoppel in Canada (0.4); meeting with T. Yeo to discuss IP (license) related research task (0.3); researching IP (licensing) issue (1.1); researching unjust enrichment issue (1.4); composing and sending email of summarized research findings (0.7); researching estoppel issue (0.6); | 4.5 | 1,485.00 | 12585644 |
| Shaunessy | Patrick | 23/08/2014 | researching estoppel issue; | 2.5 | 825.00 | 12532740 |
| Shaunessy | Patrick | 24/08/2014 | researching IP (sublicense) issue; | 2.3 | 759.00 | 12532741 |
| Shaunessy | Patrick | 25/08/2014 | editing and augmenting draft memo on estoppel (2.3); sending email re revised memo with attached copy (0.3); researching estoppel issue (2.0); editing and augmenting draft estoppel memo(2.2); researching IP (licence) issue (0.7); writing memo on IP (licence) issue (2.9); | 10.4 | 3,432.00 | 12605047 |
| Shaunessy | Patrick | 26/08/2014 | writing memo re IP (licence) issue (3.4); sending email re same (0.3); | 3.7 | 1,221.00 | 12537430 |
| Shaunessy | Patrick | 27/08/2014 | emailing answer to research question re definition of "owner" in Canadian case law; | 1.4 | 462.00 | 12539375 |
| Shaunessy | Patrick | 29/08/2014 | reviewing US research summary of IP (licence) issue (0.7); editing memo re Canadian position on same (1.2); emailing copy of same (0.2); conducting follow-up research on unjust enrichment issue (0.5); sending email re same (0.2); | 2.8 | 924.00 | 12593477 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Jivani | Jamil | 25/08/2014 | Meeting with A. Slavens (0.3); conducting Canadian legal research on evidentiary and procedural matters (4.2) | 4.5 | 1,485.00 | 12543879 |
| Jivani | Jamil | 26/08/2014 | Conducting Canadian legal research on evidentiary and procedural matters | 3.0 | 990.00 | 12543900 |
| DeMarinis | Tony | 20/08/2014 | legal analysis in connection with judgment of Newbould J. on CCAA "interest stops" rule (1.5); review authorities and consider findings (1.0); | 2.5 | 2,625.00 | 12530121 |
| DeMarinis | Tony | 28/08/2014 | review law on allocation issue; | 0.5 | 525.00 | 12542029 |
| Holtz | Nairne | 22/08/2014 | noting up cases and testing search strings for sublicensing right research (P. Shaunessy) ; | 0.5 | 195.00 | 12532461 |
| Mauro | Clare | 26/08/2014 | conducting legal research (B. Bozinovski); | 0.9 | 351.00 | 12538406 |