# **<u>EXHIBIT B</u>**

# EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2014 through August 31, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Process Server Filing | | $96.30 |
| Miscellaneous | | $-3,195.68 |
| Duplicating/Printing | 11,567 pages@ .10 per pg | $1,077.21 |
| Binding Charges/Exhibit Tabs | | $217.36 |
| Computerized Court Searches | Pacer | $18.40 |
| Computer Research | Quicklaw / Westlaw | $4,049.71 |
| Copy Preparation | | $18.34 |
| Telephone | Long Distance | $579.43 |
| Library Costs | | $25.95 |
| **Grand Total Expenses** | | **$2,887.02** |

| | | | | |
|---|---|---|---|---|
| 271 Process Server Filing | | 07/08/2014 | 32.10 | filing affidavit of service and U.S. Interests' post-trial brief and proposed findings of fact and conclusions of law; |
| 271 Process Server Filing | | 25/08/2014 | 32.10 | filing Post-Trial Brief of the US Interests and Proposed Findings of Fact and Conclusions of Law of the US Interests; |
| 271 Process Server Filing | | 26/08/2014 | 32.10 | filing book of authorities; |
| | | | $ 96.30 | |
| 375 Miscellaneous | | 11/08/2014 | 143.80 | Miscellaneous - - VENDOR: Grand & Toy Limited Copy paper |
| 375 Miscellaneous | | 11/08/2014 | 411.15 | Miscellaneous - - VENDOR: Grand & Toy Limited Binders |
| 375 Miscellaneous | | 11/08/2014 | 107.85 | Miscellaneous - - VENDOR: Grand & Toy Limited Copy paper |
| 375 Miscellaneous | | 14/08/2014 | 199.01 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 199.01 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 107.30 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 91.71 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 199.01 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 264.81 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 107.30 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 107.30 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 375.55 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 14/08/2014 | 107.30 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 18/08/2014 | (5,616.78) | Miscellaneous Bernabe, Marivi; Other Toners Cleary Credit for returned toners |
| | | | -$ 3,195.68 | |
| 480 Telephone Charges | | 01/08/2014 | 480.38 | Telephone Charges Bernabe, Marivi; Data Travel Pack Rogers - 7-0986-5646 - Cleary rocket sticks (FINAL BILL) |
| 480 Telephone Charges | | 17/08/2014 | 99.05 | Telephone Charges Gray, Andrew; Data Travel Pack travel data package while on vacation - Nortel related |
| | | | $ 579.43 | |
| 498 Library Costs | | 05/08/2014 $ | 25.95 | Library Costs Houlden & Morawetz Ann. Bankruptcy Act 1 -61 |
| 811 Binding Charges | | 07/08/2014 | 11.01 | Binding Charges Aug-07-14, C Pellegrini, Binding Charges, x4, /TW |
| 811 Binding Charges | | 11/08/2014 | 115.55 | Binding Charges Aug-11-14, C Pellegrini, Binding Charges, x42, /TW/MM |
| 811 Binding Charges | | 11/08/2014 | 16.51 | Binding Charges Aug-11-14, C Pellegrini, Binding Charges, x6, /TW/MM |
| 811 Binding Charges | | 18/08/2014 | 2.75 | Binding Charges Aug-18-14, J Palmateer, Binding Charges, x1, /MM |
| 811 Binding Charges | | 18/08/2014 | 27.51 | Binding Charges |

**Nortel**
**August 2014 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 844 | Exhibit Tabs | 18/08/2014 | 42.65 | Aug-18-14, C Palladino, Binding Charges, x10, EB Exhibit Tabs |
| 844 | Exhibit Tabs | 25/08/2014 | 1.38 | Aug-18-14, C Palladino, Exhibit Tabs, x186, EB Exhibit Tabs |
| | | | | Aug-25-14, J Palmateer, Exhibit Tabs, x6, /MM |
| | | | **$ 217.36** | |
| 885 | On Line Research Charges - Quicklaw | 01/08/2014 | 4.09 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 05/08/2014 | 25.31 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 12/08/2014 | 353.40 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 12/08/2014 | 63.67 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 13/08/2014 | 22.86 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 13/08/2014 | 154.25 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 14/08/2014 | 16.34 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/08/2014 | 4.90 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 22/08/2014 | 61.21 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 25/08/2014 | 40.82 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/08/2014 | 20.41 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/08/2014 | 102.03 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/08/2014 | 232.62 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 28/08/2014 | 20.41 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 01/08/2014 | 152.24 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/08/2014 | 313.65 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 07/08/2014 | 165.08 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/08/2014 | 49.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 12/08/2014 | 115.55 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 12/08/2014 | 33.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 12/08/2014 | 36.68 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 13/08/2014 | 33.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 13/08/2014 | 66.03 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 13/08/2014 | 16.51 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 14/08/2014 | 110.05 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 14/08/2014 | 148.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 15/08/2014 | 43.10 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 18/08/2014 | 25.68 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 18/08/2014 | 66.03 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/08/2014 | 33.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 21/08/2014 | 110.05 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/08/2014 | 33.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/08/2014 | 49.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/08/2014 | 33.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/08/2014 | 16.51 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/08/2014 | 254.95 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/08/2014 | 69.70 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/08/2014 | 49.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/08/2014 | 82.54 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/08/2014 | 205.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/08/2014 | 292.55 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/08/2014 | 104.55 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 28/08/2014 | 168.75 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 29/08/2014 | 16.51 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 29/08/2014 | 33.02 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 4,049.71** | |
| 954 | Copy Preparation | 05/08/2014 | $ 18.34 | Copy Preparation labour; Aug-05-14, T Szydlow, Hand Labour, 30 min., /JS |
| 4147 | Computerized Court Searches | 08/08/2014 | 3.10 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 08/08/2014 | 6.50 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 08/08/2014 | 2.60 | Computerized Court Searches |

**Nortel**
**August 2014 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 4147 | Computerized Court Searches | 08/08/2014 | 0.10 | Pacer Computerized Court Searches |
| 4147 | Computerized Court Searches | 08/08/2014 | 3.80 | Pacer Computerized Court Searches |
| 4147 | Computerized Court Searches | 08/08/2014 | 2.30 | Pacer Computerized Court Searches |
|  |  |  | **$ 18.40** | Pacer |
| 801 | Copies | 05/08/2014 | 0.90 | Copies |
| 801 | Copies | 08/08/2014 | 0.50 | Copies |
| 801 | Copies | 08/08/2014 | 0.60 | Copies |
| 801 | Copies | 13/08/2014 | 1.50 | Copies |
| 801 | Copies | 13/08/2014 | 0.70 | Copies |
| 801 | Copies | 20/08/2014 | 0.80 | Copies |
| 801 | Copies | 25/08/2014 | 2.70 | Copies |
| 801 | Copies | 25/08/2014 | 0.50 | Copies |
| 801 | Copies | 25/08/2014 | 0.20 | Copies |
| 801 | Copies | 26/08/2014 | 9.90 | Copies |
| 808 | Laser Printing | 01/08/2014 | 0.50 | Laser Printing |
| 808 | Laser Printing | 01/08/2014 | 25.10 | Laser Printing |
| 808 | Laser Printing | 02/08/2014 | 42.30 | Laser Printing |
| 808 | Laser Printing | 03/08/2014 | 17.40 | Laser Printing |
| 808 | Laser Printing | 04/08/2014 | 1.00 | Laser Printing |
| 808 | Laser Printing | 05/08/2014 | 42.60 | Laser Printing |
| 808 | Laser Printing | 05/08/2014 | 13.60 | Laser Printing |
| 808 | Laser Printing | 05/08/2014 | 21.10 | Laser Printing |
| 808 | Laser Printing | 06/08/2014 | 0.50 | Laser Printing |
| 808 | Laser Printing | 06/08/2014 | 16.70 | Laser Printing |
| 808 | Laser Printing | 07/08/2014 | 4.40 | Laser Printing |
| 808 | Laser Printing | 07/08/2014 | 2.30 | Laser Printing |
| 808 | Laser Printing | 07/08/2014 | 2.20 | Laser Printing |
| 808 | Laser Printing | 07/08/2014 | 15.30 | Laser Printing |
| 808 | Laser Printing | 07/08/2014 | 110.90 | Laser Printing |
| 808 | Laser Printing | 08/08/2014 | 0.30 | Laser Printing |
| 808 | Laser Printing | 08/08/2014 | 121.40 | Laser Printing |
| 808 | Laser Printing | 08/08/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 11/08/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 11/08/2014 | 1.60 | Laser Printing |
| 808 | Laser Printing | 11/08/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 11/08/2014 | 0.70 | Laser Printing |
| 808 | Laser Printing | 11/08/2014 | 1.20 | Laser Printing |
| 808 | Laser Printing | 11/08/2014 | 0.20 | Laser Printing |
| 808 | Laser Printing | 12/08/2014 | 0.90 | Laser Printing |
| 808 | Laser Printing | 12/08/2014 | 1.80 | Laser Printing |
| 808 | Laser Printing | 12/08/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 13/08/2014 | 1.50 | Laser Printing |
| 808 | Laser Printing | 13/08/2014 | 7.20 | Laser Printing |
| 808 | Laser Printing | 13/08/2014 | 3.90 | Laser Printing |
| 808 | Laser Printing | 13/08/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 14/08/2014 | 3.70 | Laser Printing |
| 808 | Laser Printing | 14/08/2014 | 1.90 | Laser Printing |
| 808 | Laser Printing | 14/08/2014 | 7.10 | Laser Printing |
| 808 | Laser Printing | 14/08/2014 | 23.30 | Laser Printing |
| 808 | Laser Printing | 15/08/2014 | 0.80 | Laser Printing |
| 808 | Laser Printing | 15/08/2014 | 5.60 | Laser Printing |
| 808 | Laser Printing | 16/08/2014 | 7.00 | Laser Printing |
| 808 | Laser Printing | 18/08/2014 | 3.80 | Laser Printing |
| 808 | Laser Printing | 18/08/2014 | 6.00 | Laser Printing |
| 808 | Laser Printing | 18/08/2014 | 10.90 | Laser Printing |
| 808 | Laser Printing | 18/08/2014 | 5.20 | Laser Printing |
| 808 | Laser Printing | 18/08/2014 | 383.00 | Laser Printing |
| 808 | Laser Printing | 19/08/2014 | 0.40 | Laser Printing |

**Nortel**
**August 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 19/08/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 20/08/2014 | 21.50 | Laser Printing |
| 808 Laser Printing | 21/08/2014 | 1.10 | Laser Printing |
| 808 Laser Printing | 22/08/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 22/08/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 22/08/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 23/08/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 25/08/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 25/08/2014 | 6.90 | Laser Printing |
| 808 Laser Printing | 25/08/2014 | 5.60 | Laser Printing |
| 808 Laser Printing | 25/08/2014 | 42.10 | Laser Printing |
| 808 Laser Printing | 26/08/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 26/08/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 26/08/2014 | 4.80 | Laser Printing |
| 808 Laser Printing | 26/08/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 26/08/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 27/08/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 28/08/2014 | 4.90 | Laser Printing |
| 808 Laser Printing | 29/08/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 29/08/2014 | 19.60 | Laser Printing |
| 4808 Laser Printing | 06/08/2014 | 1.40 | Laser Printing |
| 4808 Laser Printing | 06/08/2014 | 1.40 | Laser Printing |
| 4808 Laser Printing | 06/08/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 06/08/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 06/08/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 06/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 06/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 06/08/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 12/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 12/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 21/08/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 22/08/2014 | 1.20 | Laser Printing |
| 4808 Laser Printing | 22/08/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 1.10 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 1.40 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 25/08/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 26/08/2014 | 1.10 | Laser Printing |
| 4808 Laser Printing | 26/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 26/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 26/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 26/08/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 26/08/2014 | 1.10 | Laser Printing |
| 4808 Laser Printing | 26/08/2014 | 1.10 | Laser Printing |
| 5808 Laser Printing | 26/08/2014 | 0.13 | Laser Printing |
| 5808 Laser Printing | 26/08/2014 | 0.39 | Laser Printing |
| 5808 Laser Printing | 26/08/2014 | 2.57 | Laser Printing |
| 5808 Laser Printing | 26/08/2014 | 0.13 | Laser Printing |
| 5808 Laser Printing | 26/08/2014 | 0.39 | Laser Printing |
| | | **$ 1,077.21** | |
| | | **$ 2,887.02** | |