# EXHIBIT D



**NORTEL NETWORKS INC. CREDITORS COMMITTEE**
ATTN: JOHN  DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1561817 |
| Invoice Date | 10/02/14 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/14 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 06/11/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $14.95 |
| 06/16/14 | Meals - Business  Meal at airport on the way to Toronto for trial.; Joseph Sorkin; Biergarten | $22.20 |
| 06/25/14 | Deposition  Representing Live Feed Services for Nortel Trial the week of June 23rd, 2014 VENDOR: NEESON & ASSOCIATES; INVOICE#: 3190; DATE: 6/25/2014 | $627.15 |
| 06/30/14 | Meals (100%)  Dinner ordered into the office while working late.; Nicholas Stabile; Dinner while working late; Seamless | $13.13 |
| 07/02/14 | Travel - Ground Transportation  Taxi home from the office after working late.; Uber | $48.00 |
| 07/03/14 | Travel - Ground Transportation  Taxi home after working late (after midnight on 7/2).; NYC Taxi | $18.00 |
| 07/06/14 | Research  E-Discovery electronic filing.; DropBox | $9.99 |
| 07/07/14 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $9.50 |
| 07/14/14 | Travel - Ground Transportation  Taxi home from the office after working late.; | $10.60 |

| | | |
|---|---|---|
| | NYC Taxi | |
| 07/14/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Lilling Austin - Hill Country Barbecue - 07/14/2014 | $26.42 |
| 07/14/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Weinreb Carly - Canaan Sushi - 07/14/2014 | $19.83 |
| 07/14/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Yecies Jacqueline - Real Kung Fu Little Steamed Buns Ramen 8th Ave) - 07/14/2014 | $30.69 |
| 07/14/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Vira Dan Daniel) - Abitino's Pizza & Italian Kitchen - 07/14/2014 | $22.69 |
| 07/14/14 | Travel - Airfare  Flight from New York to Toronto to attend meeting.; Air Canada; Nortel - Air Canada (economy). | $320.60 |
| 07/14/14 | Travel - Airfare  Ovation Travel service fee re: flight to/from Toronto to attend meeting.; Service Fee; Nortel - Ovation Travel Service Fee | $45.00 |
| 07/14/14 | Travel - Airfare  Flight from Toronto to New York re: attendance at meeting.; WestJet; Nortel - Delta/WestJet (economy). | $346.63 |
| 07/14/14 | Travel - Airfare  Ovation Travel service fee for 3 afterhours helpline service calls ($25.00 each call) re: return flights to New York from meeting in Toronto due to several cancelled flights.; Service Fees; Nortel - Ovation Travel Service Fees | $75.00 |
| 07/14/14 | Travel - Airfare  WestJet fee for seat re: flight to Tornoto to attend meeting.; WestJet; Nortel - WestJet Service Fee | $10.00 |
| 07/14/14 | Travel - Ground Transportation  Taxi from Toronto Airport to Downtown to attend meeting ($72.00, including tip).; Nortel - Airline Limousine | $65.60 |
| 07/14/14 | Meals - Business  Coffee with Abid Qureshi and Mike Katzenstein re: meeting in Toronto.; D. Botter, A. Qureshi, M. Katzenstein; Nortel - Starbucks Coffee Canada | $19.10 |
| 07/14/14 | Meals - Business  Dinner with Abid Qureshi and Mike Katzenstein re: meeting in Toronto.; D. Botter, A. Qureshi, M. Katzenstein; (3 people) Nortel - Sheraton Hotel - Mahogany Bar | $145.30 |
| 07/14/14 | Meals - Business  Breakfast re: meeting in Toronto.; D. Botter; Nortel - Au Bon | $6.61 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1561817

| | | |
|---|---|---|
| | Pain | |
| 07/15/14 | Travel - Ground Transportation  Cab home after working late.; Medallion cab | $27.50 |
| 07/15/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Fagen Matthew - Akdeniz - 07/15/2014 | $27.84 |
| 07/15/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Yecies Jacqueline - Osteria al Doge - 07/15/2014 | $29.81 |
| 07/16/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Wirakesuma Rebecca - Abeca Sushi - 07/16/2014 | $27.49 |
| 07/16/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Yecies Jacqueline - The Red Flame Diner Coffee House - 07/16/2014 | $22.81 |
| 07/17/14 | Meals (100%)  7/17/14 - N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800302; DATE: 7/17/2014 Committee call (8 people) | $172.46 |
| 07/17/14 | Travel - Ground Transportation  Late working taxi home.; NYC Taxi | $32.90 |
| 07/20/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1794403 DATE: 7/20/2014 Wirakesuma Rebecca - Asian Station 52nd Street) - 07/20/2014 | $26.09 |
| 07/20/14 | Travel - Ground Transportation  Weekend working taxi into office.; NYC Taxi | $9.00 |
| 07/21/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1795839 DATE: 7/27/2014 Wirakesuma Rebecca - Blossom Du Jour Midtown West) - 07/21/2014 | $27.29 |
| 07/21/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1795839 DATE: 7/27/2014 Kahn Brad - Akdeniz - 07/21/2014 | $30.40 |
| 07/21/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 715164 DATE: 8/1/2014  Vendor: Executive Royal Voucher #: 445347 Date: 07/21/2014 Name: Rebecca WirakesumallCar Service, Vendor: Executive Royal Voucher #: 445347 Date: 07/21/2014 Name: Rebecca Wirakesuma | $67.73 |
| 07/21/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 715382 | $35.77 |

| | | |
|---|---|---|
| | DATE: 8/8/2014 Vendor: Executive Royal Voucher #: 355811 Date: 07/21/2014 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 355811 Date: 07/21/2014 Name: Brad Kahn | |
| 07/22/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 715164 DATE: 8/1/2014 Vendor: Executive Royal Voucher #: 461010 Date: 07/22/2014 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 461010 Date: 07/22/2014 Name: Brad Kahn | $29.25 |
| 07/22/14 | Travel - Train Fare  Refund fee from Amtrak for canceled train tickets due to Nortel hearing canceled in DE.; Amtrak | $10.30 |
| 07/23/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1795839 DATE: 7/27/2014 Wirakesuma Rebecca - 251 Ginza Sushi E 35th St) - 07/23/2014 | $24.46 |
| 07/23/14 | Travel - Ground Transportation  Car service from office after late night work re: Nortel; Uber Car Service Receipt | $26.36 |
| 07/24/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1186173 DATE: 8/6/2014 Vendor: Dial Car Voucher #: DLA4040850 Date: 07/24/2014 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA4040850 Date: 07/24/2014 Name: David Botter | $131.42 |
| 07/24/14 | Meals (100%)  7/21/14 - N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800303 (Nortel committee call - 9 people); DATE: 7/24/2014 | $176.38 |
| 07/24/14 | Meals (100%)  7/23/14 - R. Wirakesuma - Meeting re PPI hearing prep - 6 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800303; DATE: 7/24/2014 | $95.27 |
| 07/24/14 | Meals (100%)  7/24/14 - A. Gomez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800303; DATE: 7/24/2014. Telephonic hearing (5 people). | $97.55 |
| 07/24/14 | Meals (100%)  7/24/14 - N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800303; DATE: 7/24/2014. Committee call (10 people). | $172.46 |
| 07/24/14 | Travel - Ground Transportation  Taxi home from the office after working late.; NYC Taxi | $11.70 |

| | | |
|---|---|---|
| 07/24/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $12.10 |
| 07/24/14 | Travel - Ground Transportation  Taxi to office while on conference call re Nortel; Uber | $34.06 |
| 07/24/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 81212 DATE: 7/24/2014 NAME: KAHN BRAD MICHAEL TICKET #: 0623470651 DEPARTURE DATE: 07/24/2014 ROUTE: UNKNOWN | $32.00 |
| 07/24/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 81237 DATE: 7/24/2014 NAME: BOTTER DAVID TICKET #: 0623470665 DEPARTURE DATE: 07/24/2014 ROUTE: UNKNOWN | $32.00 |
| 07/26/14 | Travel - Ground Transportation  Weekend working taxi home.; Uber | $15.36 |
| 07/28/14 | Meals - Business  Nortel team working lunch.; Nick Stabile, Annie Evans, Christine Doniak, Jackie Yecies, Sol Kim, Carly Weinreb, Mike Cross (7 people); Parker & Quinn Restaurant | $280.08 |
| 07/28/14 | Travel - Ground Transportation  Cab home after working overtime; Medallion cab | $12.00 |
| 07/29/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1186173 DATE: 8/6/2014  Vendor: Dial Car Voucher #: DLA4107211 Date: 07/29/2014 Name: Peter SproferallCar Service, Vendor: Dial Car Voucher #: DLA4107211 Date: 07/29/2014 Name: Peter Sprofera | $36.90 |
| 07/29/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $15.37 |
| 07/30/14 | Travel - Ground Transportation  Car service from office after late night work re: Nortel; Uber Car Service Receipt | $21.85 |
| 07/30/14 | Travel - Ground Transportation  Taxi home after working late on 7/29 (after midnight).; NYC Taxi | $12.00 |
| 07/31/14 | Computerized Legal Research - Westlaw User: HODARA,FRED S Date: 7/31/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 07/31/14 | Computerized Legal Research - Westlaw User: JOHNSON,ROBERT A Date: 7/31/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $16.22 |
| 08/04/14 | Travel - Ground Transportation  Taxi home from office after working late; Uber Car Service | $44.59 |
| 08/04/14 | Travel - Ground Transportation  Taxi cab from One Bryant Park to 116 W. 14th Street after working late on Nortel case.; | $15.00 |

| | | |
|---|---|---|
| 08/05/14 | Delancey Car Service<br>Audio and Web Conference Services<br>Expenses for the month of July 2014<br>VENDOR: TELCONF LLC; INVOICE#:<br>08001-01001-14; DATE: 8/5/2014 | $3,315.24 |
| 08/05/14 | Travel - Ground Transportation  Taxi<br>home after working late on 8/4 (after<br>midnight).; NYC Taxi | $18.00 |
| 08/06/14 | Computerized Legal Research - Westlaw<br>User: FAGEN,MATTHEW Date:<br>8/6/2014 AcctNumber: 1000193694<br>ConnectTime: 0.0 | $16.22 |
| 08/06/14 | Computerized Legal Research - Lexis<br>Service: LEXIS LEGAL SERVICES;<br>Employee: STABILE  NICHOLAS;<br>Charge Type: SEARCHES; Quantity: 4.0 | $473.40 |
| 08/06/14 | Computerized Legal Research - Lexis<br>Service: LEXIS LEGAL SERVICES;<br>Employee: STABILE  NICHOLAS;<br>Charge Type: SINGLE DOCUMENT<br>RETRIEVAL; Quantity: 6.0 | $108.00 |
| 08/06/14 | Computerized Legal Research - Lexis<br>Service: SHEPARD'S SERVICE;<br>Employee: STABILE  NICHOLAS;<br>Charge Type: LEGAL CITATION<br>SERVICES; Quantity: 2.0 | $13.95 |
| 08/06/14 | Meals (100%)  VENDOR: SEAMLESS<br>NORTH AMERICA LLC INVOICE#:<br>1815561 DATE: 8/10/2014<br>Fagen Matthew - Dig Inn Seasonal<br>Market  275 Madison - 08/06/2014 | $28.87 |
| 08/06/14 | Meals (100%)  VENDOR: SEAMLESS<br>NORTH AMERICA LLC INVOICE#:<br>1815561 DATE: 8/10/2014<br>Wirakesuma Rebecca - Alpha Fusion -<br>08/06/2014 | $24.84 |
| 08/06/14 | Travel - Ground Transportation  Taxi<br>home after working late on 8/5.; NYC<br>Taxi | $17.40 |
| 08/07/14 | Duplication - In House  Photocopy - User<br># 990100, NY, 9878 page(s) | $987.80 |
| 08/07/14 | Duplication - In House  Photocopy - User<br># 990100, NY, 7309 page(s) | $730.90 |
| 08/07/14 | Meals (100%)  VENDOR: SEAMLESS<br>NORTH AMERICA LLC INVOICE#:<br>1815561 DATE: 8/10/2014<br>Catering Akin Gump - Maguro Sushi -<br>08/07/2014.  Committee call (12 people). | $152.31 |
| 08/07/14 | Meals (100%)  VENDOR: SEAMLESS<br>NORTH AMERICA LLC INVOICE#:<br>1815561 DATE: 8/10/2014<br>Fagen Matthew - Kellari Taverna -<br>08/07/2014 | $35.00 |
| 08/07/14 | Meals (100%)  8/6/14 - R. Wirakesuma<br>VENDOR: RESTAURANT<br>ASSOCIATES; INVOICE#:<br>2033800305; DATE: 8/7/2014.  Nortel<br>FR team meeting (7 people). | $93.63 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1561817

| Date | Description | Amount |
|---|---|---|
| 08/07/14 | Meals (100%) 8/7/14 - R. Wirakesuma VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800305; DATE: 8/7/2014. Committee call (12 people). | $93.63 |
| 08/11/14 | Computerized Legal Research - Westlaw User: JOHNSON,ROBERT A Date: 8/11/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 08/11/14 | Computerized Legal Research - Lexis Service: LEXIS PUBLIC RECORDS; Employee: STABILE  NICHOLAS; Charge Type: DOCUMENT PRINTING; Quantity: 9.0 | $121.50 |
| 08/11/14 | Computerized Legal Research - Lexis Service: LEXIS PUBLIC RECORDS; Employee: STABILE  NICHOLAS; Charge Type: SEARCHES; Quantity: 47.0 | $4,187.70 |
| 08/13/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1821383 DATE: 8/17/2014 Yecies Jacqueline - Osteria al Doge - 08/13/2014 | $29.00 |
| 08/13/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1186854 DATE: 8/27/2014  Vendor: Dial Car Voucher #: DLA3610176 Date: 08/13/2014 Name: Peter Sproferal|Car Service, Vendor: Dial Car Voucher #: DLA3610176 Date: 08/13/2014 Name: Peter Sprofera | $36.90 |
| 08/14/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 8/14/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $168.94 |
| 08/18/14 | Courier Service/Messenger Service- Off Site  8/8/14: David Botter from F. Singer VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 2-751-57313; DATE: 8/18/2014 | $50.87 |
| 08/20/14 | Computerized Legal Research - Westlaw User: CROSS,MIKE Date: 8/20/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 08/20/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 8/20/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 08/20/14 | Computerized Legal Research - Westlaw User: HODARA,FRED S Date: 8/20/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |

Current Expenses                                    $14,545.56