IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :     Chapter 11
:
:     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[12]                      :
:     Jointly Administered
Debtors.                                   :
:
---------------------------------------------------------X

**DECLARATION OF RUSSELL ECKENROD IN SUPPORT OF
DEBTORS' MOTION FOR ORDER COMPELLING
THE DEPOSITION OF MURRAY MCDONALD**

I, Russell Eckenrod, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession, in the above-captioned proceedings (the "Debtors"). I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of the Debtors' Motion for Order Compelling the Deposition of Murray McDonald.

---

[12] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. Annexed to this declaration as <u>Exhibit A</u> is a true and correct copy of the letter from my colleague Jeffrey A. Rosenthal, counsel for the Debtors, as sent to Jacob S. Pultman, counsel for the Monitor and Canadian Debtors, on October 8, 2014 via electronic mail.

4. Annexed to this declaration as <u>Exhibit B</u> is a true and correct copy of the letter from Ken Coleman, counsel for the Monitor and Canadian Debtors, as sent to Jeffrey A. Rosenthal, counsel for the Debtors, on October 10, 2014 via electronic mail.

5. Annexed to this declaration as <u>Exhibit C</u> is a true and correct copy of the letter by Jeffrey A. Rosenthal, counsel for the Debtors, as sent to Jacob S. Pultman, counsel for the Monitor and Canadian Debtors, on October 12, 2014 via electronic mail.

6. At approximately 8 p.m. on October 14, 2014, Mr. Rosenthal spoke with Mr. Pultman on the telephone and was advised by him that the Monitor and Canadian Debtors would not produce Mr. McDonald for deposition.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
October 15, 2014

_____
Russell Eckenrod