**<u>Exhibit A</u>**

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

Writer's Direct Dial. +1 212-225-2086
E-Mail. jrosenthal@cgsh.com

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
JONATHAN I BLACKMAN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
CRAIG B BROD
MITCHELL A LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
FILIP MOERMAN
PAUL J SHIM
STEVEN L. WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ

CARMEN A CORRALES
JAMES L BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU

ROGER A COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY, JR
KATHLEEN M EMBERGER
WALLACE L LARSON, JR
JAMES D SMALL
AVRAM E LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
MEYER H FEDIDA
CAROLINE F HAYDAY
JOHN V HARRISON
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

October 8, 2014

**VIA E-MAIL**

Jacob S. Pultman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
jacob.pultman@allenovery.com

Re:   In re Nortel Networks Inc., et al., Case No. 09-10138 (Bankr. D. Del.)

Dear Mr. Pultman:

    I write on behalf of the U.S. Debtors with respect to the production of documents and the presentation of certain individuals for deposition in connection with the *Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and among Nortel Networks, Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post Petition Interest Dispute and Related Issues* [DI 14076] (the "Settlement Motion").

    Pursuant to the *Order Establishing Discovery Schedule and Other Procedures in Connection with the U.S. Debtors' 9019 Motion* [DI 14345] (the "Discovery Order"), it is your clients' obligation to make available for deposition all witnesses identified by you as described in Paragraph 6 of the Discovery Order. Enclosed is a notice for the deposition of Paul Wertheim on October 22, 2014 at 9:00 a.m. Eastern Standard Time at the offices of Cleary Gottlieb Steen and Hamilton LLP, One Liberty Plaza, NY, NY 10006.

    In addition, the *Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition*

*Interest Agreement* [DI 14496] (the "Supplemental Objection") and Exhibit A to the *Notice of Filing of the Expert Report of Paul Wertheim in Support of the Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement* (DI 14499) (the "Expert Report") rely on many factual assertions regarding, among other things, the magnitude of claims against the Canadian Debtors and the Canadian Debtors' assets. Based on the arguments raised by the Monitor and Canadian Debtors in your Supplemental Objection and the documents and information relied upon by Dr. Wertheim in his report, the Debtors require the deposition of Murray McDonald in his capacities as Monitor and as representative of the Canadian Debtors. Enclosed is a notice for the deposition of Mr. McDonald on October 23, 2014 at 9:00 a.m. Eastern Standard Time at the offices of Cleary Gottlieb Steen and Hamilton LLP, One Liberty Plaza, NY, NY 10006.

      Finally, enclosed are requests for production of documents directed to the Canadian Debtors and Monitor in accordance with Paragraph 7 of the Discovery Order.

      Please confirm as soon as possible, and by no later than this Friday, October 10, 2014, that Dr. Wertheim and Mr. McDonald will be produced in accordance with these notices since we will otherwise need to seek prompt judicial relief in order to maintain the present schedule and hearing date. Please also advise us as soon as possible of any objections you may have to the Document Requests. In accordance with Paragraph 8 of the Discovery Order, production of documents in response to the Document Requests is required by October 17, 2014.

      The Debtors reserve the right to seek additional depositions and documents at a later time and reserve any and all other rights to discovery to which the Debtors are entitled.

Sincerely yours,

Jeffrey A. Rosenthal

Enclosures