**<u>Exhibit C</u>**

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
HOWARD S. ZELBO
DAVID E. BRODSKY
MICHAEL R. LAZERWITZ
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
FILIP MOERMAN
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ

CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU

ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
MEYER H. FEDIDA
CAROLINE F. HAYDAY
JOHN V. HARRISON
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

Writer's Direct Dial: +1 212-225-2086
E-Mail: jrosenthal@cgsh.com

October 12, 2014

**VIA E-MAIL**

Jacob S. Pultman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
jacob.pultman@allenovery.com

   Re: In re Nortel Networks Inc., et al., Case No. 09-10138 (Bankr. D. Del.)

Dear Mr. Pultman:

  I write on behalf of the U.S. Debtors in response to the Monitor's letter of October 10, 2014. As the U.S. Debtors indicated in our October 8 letter, both the Supplemental Objection and Dr. Wertheim's expert report filed contemporaneously therewith (the "Expert Report") include assertions of fact that are not supported by the documents cited for those propositions. While we have no intention of previewing our examination of Mr. McDonald, one example is the $3.235 billion in "other" Canadian claims that is central to the Expert Report but not found in any document cited in that report. As the foreign representative of the Canadian Debtors in their Chapter 15 proceedings before the Bankruptcy Court, and signatory of certain of the documents cited in the Expert Report, Mr. McDonald is our preferred witness for deposition.

  Please confirm by no later than noon on October 14, 2014 that Mr. McDonald will be produced as noticed or we intend to seek prompt judicial relief. Given that the Court has mandated depositions of the Canadian Debtors occur on October 22-23 in light of the hearing date, we expect that Mr. McDonald will hold October 23 for his deposition in New York unless and until the Court rules otherwise.

Case 09-10138-MFW    Doc 14571-3    Filed 10/15/14    Page 3 of 3

Jacob S. Pultman, Esq., p. 2

    The Debtors reserve the right to seek additional depositions and documents at a later time and reserve any and all other rights to discovery to which the Debtors are entitled.

Very Truly Yours,

/RE

Jeffrey A. Rosenthal