## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
*In re*                                               :       Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                    :       Case No. 09-10138 (KG)
:
                   Debtors.    :       Jointly Administered
:
:
:       **Re: D.I. 14570 - 14572**
:
-------------------------------------------------------X

### NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on October 15, 2014, copies of the following were served in the manner indicated upon the parties on the attached service list.

1.      Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald (D.I. 14570, Filed 10/15/14);

2.      Declaration of Russell Eckenrod in Support of Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald (D.I. 14571, Filed 10/15/14); and

3.      Debtors' Motion for Entry of an Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald (D.I. 14572, Filed 10/15/14).

*[Remainder of Page Intentionally Left Blank]*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Dated: October 16, 2014          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                   James L. Bromley (admitted *pro hac vice*)
                                 Lisa M. Schweitzer (admitted *pro hac vice*)
                                 One Liberty Plaza
                                 New York, New York 10006
                                 Telephone:  (212) 225-2000
                                 Facsimile:  (212) 225-3999

                                 - and -

                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                 */s/ Ann C. Cordo*
                                 Eric D. Schwartz (No. 3134)
                                 Derek C. Abbott (No. 3376)
                                 Ann C. Cordo (No. 4817)
                                 Tamara K. Minott (No. 5643)
                                 1201 North Market Street, 16th Floor
                                 Wilmington, DE  19899-1347
                                 Telephone:  (302) 658-9200
                                 Facsimile:  (302) 658-3989

                                 *Counsel for the Debtors and Debtors in Possession*

7641850.15

2