# SERVICE LIST

**VIA EMAIL**

Mark Kenney, Esq.
David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
*mark.kenney@usdoj.gov*

Laura Davis Jones
Peter Keane
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
*ljones@pszjlaw.com; pkeane@pszjlaw.com*

Mary F. Caloway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
*mary.caloway@bipc.com*
*kathleen.murphy@bipc.com*

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
*collins@rlf.com; samis@rlf.com*

Selinda A. Melnik
DLA Piper LLP (US)
919 N. Market Street
15th Floor
Wilmington, DE 19801
*selinda.melnik@dlapiper.com*

Charlene D. Davis Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Suite 900
Wilmington, DE 19801
*cdavis@bayardlaw.com*
*jalberto@bayardlaw.com*

Ken Coleman Esq
Lisa J.P. Kraidin Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
*ken.coleman@allenovery.com*
*lisa.kraidin@allenovery.com*

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
*fhodara@akingump.com;*
*dbotter@akingump.com*

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017
*tkreller@milbank.com*

Brian O'Connor
Sameer Advani
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
*boconnor@willkie.com;*
*sadvani@willkie.com*
*ahanrahan@willkie.com*

William E. Chapman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
Chipman Brown Cicero & Cole LLP
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
*chipman@chipmanbrown.com*
*olivere@chipmanbrown.com*
*kashishian@chipmanbrown.com*

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
*craig.barbarosh@kattenlaw.com*
*david.crichlow@kattenlaw.com*
*karen.dine@kattenlaw.com*

7149309.2