# EXHIBIT A

Case 09-10138-MFW    Doc 14580-2    Filed 10/16/14    Page 1 of 5

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**August 1, 2014 - August 31, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Aug 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 8.0 |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 10.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 132.0 |
| 15 | Travel | 23.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **178.0** |

**Summary of Services Rendered by Professional**

| Name | Aug 2014 Hours |
|---|---|
| Michael Kennedy, Member | 124.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 22.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 32.0 |
| James Elish, Analyst | - |
| **TOTAL** | **178.0** |

**Nortel Networks, Inc**
August 1, 2014 - August 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Aug 2014 Hours | Code |
|---|---|---|---|
| 8/1/2014 | Review RM Report | 1.0 | 1 |
| 8/1/2014 | Allocation litigation trial and communications with Cleary and management | 6.0 | 14 |
| 8/2/2014 | Allocation litigation trial and communications with Cleary and management | 2.0 | 14 |
| 8/4/2014 | Allocation litigation trial and communications with Cleary and management | 7.0 | 14 |
| 8/5/2014 | Travel to New York | 4.0 | 15 |
| 8/5/2014 | Calls, communications re: claims litigation | 2.0 | 14 |
| 8/5/2014 | Prepare, review and discuss material re: claims litigation | 4.0 | 14 |
| 8/6/2014 | Meetings and communication w/ Cleary & others re claims | 4.0 | 7 |
| 8/6/2014 | Prepare, review and discuss material re: claims litigation | 2.0 | 14 |
| 8/6/2014 | Travel to Chicago | 4.0 | 15 |
| 8/7/2014 | Allocation litigation trial and communications with Cleary and management | 7.0 | 14 |
| 8/8/2014 | Allocation litigation trial and communications with Cleary and management | 6.0 | 14 |
| 8/10/2014 | Review and communication re claims | 4.0 | 7 |
| 8/11/2014 | Review and communication re claims | 2.0 | 7 |
| 8/11/2014 | Allocation litigation trial and communications with Cleary and management | 6.0 | 14 |
| 8/12/2014 | Travel to New York | 4.0 | 15 |
| 8/12/2014 | Meetings and communication w/ Cleary & others re litigation | 3.0 | 14 |
| 8/13/2014 | Meetings and communication w/ Cleary & others re litigation | 5.0 | 14 |
| 8/14/2014 | Travel to Chicago | 3.0 | 15 |
| 8/15/2014 | Meetings and communication w/ Cleary & others re litigation | 4.0 | 14 |
| 8/18/2014 | Allocation litigation trial and communications with Cleary and management | 7.0 | 14 |
| 8/19/2014 | Allocation litigation trial and communications with Cleary and management | 3.0 | 14 |
| 8/21/2014 | Review Monitor communications | 1.0 | 1 |
| 8/22/2014 | Calls & communication with creditor professionals re: litigation | 5.0 | 14 |
| 8/22/2014 | Prepare, review and discuss material re: asset analysis | 3.0 | 1 |
| 8/22/2014 | Discussion with Cleary re: 4th estate issues | 2.0 | 14 |
| 8/25/2014 | Calls & communication with Cleary & management re: litigation | 2.0 | 14 |
| 8/26/2014 | Allocation & claims litigation trial and communications with Cleary and management | 5.0 | 14 |
| 8/27/2014 | Allocation & claims litigation trial and communications with Cleary and management | 3.0 | 14 |
| 8/28/2014 | Allocation & claims litigation trial and communications with Cleary and management | 6.0 | 14 |
| 8/29/2014 | Calls & communication with Cleary & management re: litigation | 7.0 | 14 |
| **Aug 2014 Total** | | **124.0** | |

**Nortel Networks, Inc**
August 1, 2014 - August 31, 2014 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Aug 2014 Hours | Code |
|---|---|---|---|
| 8/1/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/4/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/5/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/6/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 8/7/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/8/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/11/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 8/12/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 8/13/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/14/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/19/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Aug 2014 Total** | | **22.0** | |

**Nortel Networks, Inc**
August 1, 2014 - August 31, 2014 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Aug 2014 Hours | Code |
|---|---|---|---|
| 8/4/2014 | Review of litigation-related documents | 5.0 | 14 |
| 8/7/2014 | Review of litigation-related documents | 6.0 | 14 |
| 8/11/2014 | Review of litigation-related documents | 2.0 | 14 |
| 8/11/2014 | Travel | 4.0 | 15 |
| 8/12/2014 | Meetings with professionals | 6.0 | 5 |
| 8/13/2014 | Research/reading related to litigation matters | 3.0 | 14 |
| 8/13/2014 | Meetings with professionals | 2.0 | 5 |
| 8/14/2014 | Travel | 4.0 | 15 |
| | **Aug 2014 Total** | **32.0** | |