# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2014 Through August 31, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 8/12/14-8/14/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 8/12/14-8/14/14 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 8/12/14-8/14/14 | Ground Transportation | $ 205.00 |
| Jamie Ellis | 8/11/14-8/14/14 | Flight to New York, NY | $ 997.33 |
| Jamie Ellis | 8/11/14-8/14/14 | Hotel (three nights) | $ 949.66 |
| Jamie Ellis | 8/11/14-8/14/14 | Ground Transportation | $ 154.53 |
| Jamie Ellis | 8/11/14-8/14/14 | Lunch | $ 14.37 |
| Jamie Ellis | 8/11/14-8/14/14 | Dinner | $ 50.00 |
| **Total Expenses** | | | **$ 4,368.22** |

Note:  All airfare is being charged at a coach class rate.