## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 14574** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

      I, Annette F. Dye, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on October 16, 2014. I certify further that a copy of the following document was caused to be served upon the parties identified on the attached list via the manner indicated:

**OBJECTION OF THE MONITOR AND THE CANADIAN DEBTORS TO DEBTORS' MOTION TO SHORTEN NOTICE RELATING TO DEBTORS' MOTION FOR ENTRY OF AN ORDER COMPELLING THE DEPOSITION OF MURRAY MCDONALD**

_____
Annette F. Dye

SWORN TO AND SUBSCRIBED before me this 17th day of October, 2014.

_____
Notary Public

**KATHLEEN A. MURPHY**
ATTORNEY AT LAW

Admitted by the Supreme Court of Delaware
to practice law in Delaware and authorized to perform
notarial acts pursuant to Title 29. Delaware Code. Chapter 43

## SERVICE LIST

### VIA FIRST CLASS MAIL

Howard S. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

### VIA HAND DELIVERY

Derek C. Abbott
Eric D. Schwartz
Ann C. Cardo
1201 N. Market Street
Wilmington, DE 19801

### VIA ELECTRONIC MAIL

Howard S. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Derek C. Abbott
Eric D. Schwartz
Ann C. Cardo
1201 N. Market Street
Wilmington, DE 19801