IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138(KG) |
| | : | |
| Debtors. | : | **Hearing Date: Nov. 7, 2014 at 12:00 p.m.** |
| | : | |
| | : | **Objections Due: October 31, 2014 at 4:00 p.m.** |
| | : | |
---------------------------------------------------------------x

**NOTICE OF MOTION FOR AN ORDER AUTHORIZING TIME WARNER CABLE INC., TIME WARNER CABLE ENTERPRISES LLC, CISCO SYSTEMS, INC., ARRIS GROUP, INC., ARRIS ENTERPRISES, INC., ARRIS SOLUTIONS, INC., GENERAL INSTRUMENT CORPORATION, CHARTER COMMUNICATIONS, INC., WIDEOPEN WEST FINANCE, LLC A/K/A WOW! INTERNET, CABLE & PHONE, KNOLOGY, INC., CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, AND CABLE ONE INC. TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR OBJECTIONS AND DECLARATIONS TO DEBTORS' MOTION FOR (A) AN ORDER ENFORCING AND/OR EXTENDING THE AUTOMATIC STAY, (B) AN ORDER ENFORCING THE COURT'S PRIOR ORDERS, (C) A PROTECTIVE ORDER, AND (D) RELATED RELIEF UNDER SECTION 105(a)**

PLEASE TAKE NOTICE that on October 17, 2014, Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (together, "TWC"), Cisco Systems, Inc. ("Cisco"), ARRIS Group, Inc., ARRIS Enterprises, Inc., ARRIS Solutions, Inc., and General Instrument Corporation (collectively, "ARRIS"), Charter Communications, Inc., WideOpenWest Finance,LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc., Cequel Communications,

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

LLC d/b/a Suddenlink Communications, and Cable One, Inc. (collectively, the "MSOs," and together with TWC, Cisco and Arris, the "Objectors") filed their *Motion for an Order Authorizing Time Warner Cable Inc. and Time Warner Cable Enterprises LLC, Cisco Systems, Inc., ARRIS Group, Inc., ARRIS Enterprises, Inc., ARRIS Solutions, Inc., and General Instrument Corporation, Charter Communications, Inc., WideOpenWest Finance,LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc., Cequel Communications, LLC d/b/a Suddenlink communications, and Cable One, Inc. to File Under Seal Certain Portions of Their Objections and Declarations to Debtors' Motion for Relief Under Rule Under Section 105(a) [Dkt. No. 14476]* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A true and correct copy of the Motion is attached hereto.

THE OBJECTORS HAVE REQUESTED THAT A HEARING ON THE MOTION BE HELD BEFORE THE HONORABLE KEVIN GROSS AT THE BANKRUPTCY COURT, 824 Market Street, 3rd Floor, Wilmington, DE 19801, ON **NOVEMBER 7, 2014 at 12:00 p.m. (EASTERN TIME).**

THE OBJECTORS HAVE REQUESTED THAT ANY RESPONSES OR OBJECTIONS TO THE MOTION BE MADE SO AS TO BE RECEIVED BY THE COURT at 824 Market Street, 3rd Floor, Wilmington, DE 19801, AND THE UNDERSIGNED COUSNEL ON OR BEFORE **OCTOBER 31, 2014 AT 4:00 p.m. (Eastern Time)**.

IF NO OBJECTIONS ARE MADE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

3

Dated: October 17, 2014                              BIFFERATO LLC

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (No. 3273)
J. Zachary Haupt (No. 5344)
800 N. King St., First Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Facsimile: (302) 792-7470

- and -

John M. Desmarais
Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169

*Proposed Counsel to the Time Warner Cable*