# **EXHIBIT A**

# **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138(KG) |
| | : | |
| Debtors. | : | **Re Dkt No. _____** |
| | : | |
| | : | |
| | : | |

---------------------------------------------------------------x

**ORDER AUTHORIZING TIME WARNER CABLE INC., TIME WARNER CABLE ENTERPRISES LLC, CISCO SYSTEMS, INC., ARRIS GROUP, INC., ARRIS ENTERPRISES, INC., ARRIS SOLUTIONS, INC., GENERAL INSTRUMENT CORPORATION, CHARTER COMMUNICATIONS, INC., WIDEOPEN WEST FINANCE, LLC A/K/A WOW! INTERNET, CABLE & PHONE, KNOLOGY, INC., CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, AND CABLE ONE INC. TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR OBJECTIONS AND DECLARATIONS TO DEBTORS' MOTION FOR (A) AN ORDER ENFORCING AND/OR EXTENDING THE AUTOMATIC STAY, (B) AN ORDER ENFORCING THE COURT'S PRIOR ORDERS, (C) A PROTECTIVE ORDER, AND (D) <u>RELATED RELIEF UNDER SECTION 105(a)</u>**

Upon the motion (the "<u>Motion</u>")[2] of Time Warner Cable Inc. and Time Warner Cable

Enterprises LLC (together, "<u>TWC</u>"), Cisco Systems, Inc. ("<u>Cisco</u>"), ARRIS Group, Inc., ARRIS

Enterprises, Inc., ARRIS Solutions, Inc., and General Instrument Corporation (collectively,

"<u>ARRIS</u>"), Charter Communications, Inc., WideOpenWest Finance,LLC a/k/a WOW! Internet,

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not otherwise defined herein shall the meanings ascribed to them in the Motion.

Cable & Phone, Knology, Inc., Cequel Communications, LLC d/b/a Suddenlink communications, and Cable One, Inc. (collectively, the "MSOs," and together with TWC, Cisco and Arris, the "Objectors") pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for entry of an order authorizing Objectors to file under seal certain portions of their objections and declarations (the "Objections") to *Debtors' Motion for (a) an Order Enforcing and/or Extending the Automatic Stay, (b) an Order Enforcing the Court's Prior Orders, (c) a Protective Order, and (d) Related Relief Under Section 105(a)* [Dkt. No. 14476] (the "105 Motion"), and granting Objectors such other and further relief as the Court deems just and necessary; and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, *nunc pro tunc* to Tuesday, October 14, 2014.

2. TWC, Cisco, Arris, and the MSOs are authorized to redact Confidential Information in their objections and declarations that were filed with the Court.

3. TWC, Cisco, Arris, and the MSOs are authorized to file the unredacted Objection and the Non-Public Exhibits under seal.

4. The unredacted Objection and the Non-Public Exhibits shall be filed and maintained under seal pending further order of the Court.

5. The unredacted Objection and the Non-Public Exhibits shall remain under seal and shall not be provided to any entity other than the Court and counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors and counsel for the United States Trustee, upon request.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: _____, 2014
       Wilmington, Delaware

                                                                                                                   _____
                                                                                                  The Honorable Kevin Gross
                                                                                                  United States Bankruptcy Judge