# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 14555** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

      I, Annette F. Dye, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on October 1, 2014. I certify further that a copy of the following document was caused to be served upon the parties identified on the attached list via the manner indicated:

**STATEMENT OF THE MONITOR AND THE CANADIAN DEBTORS IN RESPECT OF DEBTORS' MOTIONS (I) TO ENFORCE THE AUTOMATIC STAY AND (II) FOR AN ORDER REQUIRING COST SHARING RELATED TO CERTAIN THIRD-PARTY DISCOVERY REQUESTS**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**U.S. Debtors**").

_____
Annette F. Dye

SWORN TO AND SUBSCRIBED before me this 17th day of October, 2014.

_____
Notary Public

**KATHLEEN A. MURPHY**
**ATTORNEY AT LAW**

Admitted by the Supreme Court of Delaware
to practice law in Delaware and authorized to perform
notarial acts pursuant to Title 29, Delaware Code, Chapter 43

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Lisa M. Schweitzer
David H. Herrington
Inna Rozenberg
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**VIA HAND DELIVERY**

Anna C. Cordo
Derek C. Abbott
Morris Nichols Arsht & Tunnel LLP
1201 North Market Street
Wilmington, DE 19801

Jennifer R. Hoover
Michael J. Barrie
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

Lisa M. Schweitzer
David H. Herrington
Inna Rozenberg
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Anna C. Cordo
Derek C. Abbott
Morris Nichols Arsht & Tunnel LLP
1201 North Market Street
Wilmington, DE 19801

Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Jennifer R. Hoover
Michael J. Barrie
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801