**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x
In re:                                                    :    Chapter 11

Nortel Networks, Inc., et al.                             :    Case No. 09-10138 (KG)

                                     Debtors.             :    (Jointly Administered)

------------------------------------------------------------------------- x

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on October 17, 2014, a copy of the **Objections and Responses of Wilmington Trust, National Association, as Successor Indenture Trustee to Debtors' Request for Production of Documents** was served in the manner indicated upon the parties identified below:

**<u>Via Hand Delivery and Electronic Mail</u>**
Eric D. Schwartz
Derek C. Abbott
Ann C. Cordo
Tamara K. Minott
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347


**<u>Via Federal Express and Electronic Mail</u>**
James L. Bromley
Lisa M. Schweitzer
Avrum E. Luft
Howard S. Zelbo
Jeffrey A. Rosenthal
Inna Rozenberg
Darryl G. Stein
Marla Decker
Matthew Gurgel
Jodi Erickson
Jacqueline Moessner
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006

Dated: October 17, 2014                    **CHIPMAN BROWN CICERO & COLE, LLP**
         Wilmington, Delaware


                                           _____/s/ William E. Chipman, Jr._____
                                           William E. Chipman, Jr. (No. 3818)
                                           Mark D. Olivere (No. 4291)
                                           Ann M. Kashishian (No. 5622)
                                           1007 North Orange Street, Suite 1110
                                           Wilmington, Delaware 19801
                                           Telephone:    (302) 295-0191
                                           Facsimile:    (302) 295-0199
                                           Email:      chipman@chipmanbrown.com
                                                       olivere@chipmanbrown.com
                                                       kashishian@chipmanbrown.com

                                           – and –

                                           Craig A. Barbarosh
                                           David A. Crichlow
                                           Karen B. Dine
                                           KATTEN MUCHIN ROSENMAN LLP
                                           575 Madison Avenue
                                           New York, New York 10022-2585
                                           Telephone: (212) 940-8800
                                           Facsimile: (212) 940-8776
                                           Email: craig.barbarosh@kattenlaw.com
                                                  david.crichlow@kattenlaw.com
                                                  karen.dine@kattenlaw.com

                                           *Attorneys for Wilmington Trust, National
                                           Association, solely in its capacity as Successor
                                           Indenture Trustee and not in its individual capacity*