IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:  <br><br>Nortel Networks Inc., *et al.*,[1]  <br><br>Debtors. | Chapter 11  <br><br>Case No. 09-10138 (KG)  <br><br>(Jointly Administered)  <br><br>RE: D.I. 14570 |

### DECLARATION OF JACOB S. PULTMAN IN SUPPORT OF MONITOR'S AND CANADIAN DEBTORS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER COMPELLING THE DEPOSITION OF MURRAY MCDONALD

I, Jacob S. Pultman, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with Allen & Overy LLP, co-counsel to Ernst & Young Inc., the monitor and foreign representative of Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect subsidiaries (collectively, the "**Canadian Debtors**," and with the Monitor, the "**Canadian Interests**") in proceedings (the "**Canadian Proceedings**") under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List). I am an attorney at law admitted to practice in the State of New York and before this Court (*pro hac vice*).

2. I respectfully submit this declaration in support of the *Monitor's and Canadian Debtors' Objection to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald* (the "**Objection**"),[2] which is being filed contemporaneously herewith, with

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

respect to the *Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald* (the "**Motion**") [Dkt. No. 14570].

3. To place before the Court certain documents relevant to the Motion and the Objection, annexed to this Declaration are true and correct copies of the following documents:

| | |
|---|---|
| **EXHIBIT A:** | An e-mail from Russell D. Eckenrod to Jacob S. Pultman, with copies to Lisa M. Schweitzer and dabbott@mnat.com, dated September 9, 2014; |
| **EXHIBIT B:** | The Monitor and the Canadian Debtors' Requests for the Production of Documents from the U.S. Debtors in Connection with the 9019 Motion, served on September 22, 2014; |
| **EXHIBIT C:** | The Monitor and the Canadian Debtors' Requests for the Production of Documents from the Supporting Bondholders in Connection with the 9019 Motion served on September 22, 2014; |
| **EXHIBIT D:** | A letter from Jeffrey A. Rosenthal to Jacob S. Pultman, dated October 8, 2014, and the enclosures thereto. |

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 20, 2014
New York, New York

_____
Jacob S. Pultman

2