**EXHIBIT A**

**From:** Eckenrod, Russell D. [mailto:reckenrod@cgsh.com]
**Sent:** Tuesday, September 09, 2014 12:19 PM
**To:** Pultman, Jacob:LT (NY)
**Cc:** Schweitzer, Lisa M.; dabbott@mnat.com
**Subject:** Nortel PPI Settlement -- Ray Deposition

Jay:

Further to our telephone call yesterday, the Debtors are willing to make John Ray available for a three-hour deposition beginning at 1pm on Monday, September 15 at the CGSH offices. In light of the limited scope of the discovery ordered here – and the fact that three hours was roughly the time spent on the record for John Ray's deposition last December as part of the allocation trial, which covered a vastly larger scope – the Debtors believe that three hours is more than sufficient time. This three-hour deposition shall be in full satisfaction of the Settling Parties' obligations as defined in paragraph 3 of the PPI settlement discovery order [DI 14345] (the "Discovery Order"), and John will not be made available for any further deposition in respect of those obligations. You will arrange for a reporter.

Also, we understand that you have not identified which witnesses, if any, you intend to call at a hearing on the Motion. In light of the current schedule, as discussed, while the Debtors reserve our rights with respect to discovery subject to your submissions with respect to the motion, the US Debtors currently anticipate that they will require depositions of Murray McDonald and Brent Beekenkamp. We are notifying you now to ensure their availability consistent with the court schedule, and will follow up with our formal discovery requests after you have identified your affirmative witnesses and documents.

Of course all parties reserve all rights, claims and defenses in respect of the scope of the depositions, any additional depositions or other discovery, if any, to be provided under the Discovery Order, and any other matters relating to the Discovery Order.

Please confirm your agreement to these points so that we can finalize the deposition arrangements for Mr. Ray.

_____

Russell D. Eckenrod
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lpujals@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2706 | f: +1 212 225 3999
www.clearygottlieb.com | reckenrod@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.