**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### THE MONITOR AND THE CANADIAN DEBTORS'
### REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM THE SUPPORTING
### BONDHOLDERS IN CONNECTION WITH THE U.S. DEBTORS' 9019 MOTION

PLEASE TAKE NOTICE that Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and foreign representative of Nortel Networks Corporation ("**NNC**") and certain of its Canadian direct and indirect subsidiaries, including Nortel Networks Limited ("**NNL**") (collectively, the "**Canadian Debtors**"), in proceedings (the "**Canadian Proceedings**") under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended (the "**CCAA**"), pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**," and together with this Court, the "**Courts**"), together with the Canadian Debtors, hereby serve and request that the Supporting Bondholders respond to the following requests for production of documents (the "**Requests for Production of Documents**") in connection with the *Debtors' Motion For Entry Of An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement By And Among Nortel Networks Inc., The Supporting*

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) (collectively, the "**U.S. Debtors**")

*Bondholders, And The Bank Of New York Mellon With Respect To The NNI Post-Petition Interest Dispute And Related Issues*, filed on July 24, 2014 [D.I. 140763] (the "**9019 Motion**"), pursuant to the *Order Establishing Discovery Schedule And Other Procedures In Connection With The U.S. Debtors' 9019 Motion* (the "**Discovery Order**"), entered on September 2, 2014 [D.I. 14345], and in accordance with the Federal Rules of Civil Procedure, made applicable to this contested matter through Rules 7026, 9013, and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 9013-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware. Pursuant to the Discovery Order, the responses are to be provided to Jacob Pultman at Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020 by September 29, 2014 at 5:00pm (prevailing Eastern time).

**DEFINITIONS AND INSTRUCTIONS**

Unless otherwise indicated, the definitions of the terms used in the "Definitions" section and the instructions outlined in the "Instructions" section of the Monitor and Canadian Debtors' *First Set Of Requests For Production*, served on May 22, 2013 [D.I. 10630], are incorporated herein by reference.

The term "Chilmark" means Chilmark Partners LLC, and any of its divisions, affiliates, subsidiaries, parents, departments, principals, owners, agents (including counsel), current or former employees, contractors, agents assignees, successors, trustees, investigators, accountants or other person(s) or entity(s) acting or purporting to act on its behalf.

The term "FTI" means FTI Consulting, Inc., and any of its divisions, affiliates, subsidiaries, parents, departments, principals, owners, agents (including counsel), current or former employees, contractors, agents assignees, successors, trustees, investigators, accountants or other person(s) or entity(s) acting or purporting to act on its behalf.

2

The term "NNI" means Nortel Networks Inc., any of the U.S. Debtors, and any of NNI and the U.S. Debtors' divisions, affiliates, subsidiaries, parents, departments, principals, owners, agents (including counsel), current or former employees, contractors, agents assignees, successors, trustees, investigators, accountants or other person(s) or entity(s) acting or purporting to act on their behalf.

The following terms have the meaning ascribed to them in the 9019 Motion and Exhibit B to that motion, filed on July 24, 2014:

- "PPI Settlement Agreement"
- "Supporting Bondholders"

Unless otherwise indicated, the relevant time period for purposes of these Requests is between June 16, 2014, and the date of your responses to these Requests.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO. 1**

All documents and communications relating to the meeting held at the New York offices of Cleary Gottlieb Steen & Hamilton LLP on July 15, 2014, including, but not limited to, any meeting minutes, summaries, memoranda, reviews or analyses that were created, relied upon, reviewed, discussed or consulted in connection with the meeting.

**DOCUMENT REQUEST NO. 2**

All documents, including, but not limited to, financial data, models, valuations, calculations, projections, analyses, memoranda or summaries, that were shared or discussed between NNI (including Chilmark) and the Supporting Bondholders (including FTI) in connection with the negotiation of the PPI Settlement Agreement.

**DOCUMENT REQUEST NO. 3**

All communications between John J. Ray III and any attorneys from Milbank, Tweed, Hadley & McCloy LLP relating to the PPI Settlement Agreement.

Dated: September 22, 2014
Wilmington, Delaware

                **BUCHANAN INGERSOLL & ROONEY PC**

                */s/ Kathleen A. Murphy*
                Mary F. Caloway (No. 3059)
                Kathleen A. Murphy (No. 5215)
                919 North Market Street, Suite 1500
                Wilmington, Delaware 19801
                (302) 552-4200 (telephone)
                (302) 552-4295 (facsimile)
                mary.caloway@bipc.com
                kathleen.murphy@bipc.com

                -and-

                **ALLEN & OVERY LLP**

                Jacob Pultman
                Paul Keller
                Laura Hall
                1221 Avenue of the Americas
                New York, NY 10020
                (212) 610-6300 (telephone)
                (212) 610-6399 (facsimile)
                jacob.pultman@allenovery.com
                paul.keller@allenovery.com
                laura.hall@allenovery.com

                *Attorneys for Ernst & Young Inc., as Monitor*
                *and the Canadian Debtors*