# EXHIBIT A

**894287**



## BILLABLE PROFORMA

Billing Attorney:  001835/ Matthew Cheney
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000189/ Fee/Employment Application - US

Proforma Generation Date:  10/07/14 09:27:54

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,178.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | $0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,178.00** | | |

Address:   Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $1,608.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $126,382.50 |
| LTD Disb Billed | $362.45 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12625726 | 08/15/14 | Cheney, M | Conference with Mr. Perales re preparing fee application and revisions to pro forma billing statements. | 0.20 | $136.00 |
| 12826351 | 08/20/14 | Cheney, M | Work on supplemental disclosure. | 0.30 | $204.00 |
| 12673775 | 08/25/14 | Cheney, M | Review and revise pro formas for fee statements. | 0.20 | $136.00 |
| 12665834 | 08/27/14 | Perales, O. | Prepare fifty-second interim fee application for February 1, 2014 through July 31, 2014. | 0.60 | $147.00 |
| 12665835 | 08/27/14 | Perales, O. | Prepare twenty-first quarterly application. | 0.30 | $73.50 |
| 12665836 | 08/27/14 | Perales, O. | Prepare order approving fees for February 2014 through July 2014 fee statements. | 0.10 | $24.50 |

DCACTIVE-29349625.1

**894287**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  001835/ Matthew Cheney
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000189/ Fee/Employment Application - US

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12665838 | 08/28/14 | Perales, O. | Draft Excel file for Ms. Scarborough (Fee Examiner). | 0.20 | $49.00 |
| 12673988 | 08/28/14 | Cheney, M | Review and revise fee application. | 0.30 | $204.00 |
| 12673996 | 08/28/14 | Cheney, M | Further revisions to pro forma billing statements for fee application. | 0.30 | $204.00 |
| | | | **Professional Services Total** | **2.50** | **$1,178.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | 680.00 | 1.30 | $884.00 |
| 002444 | Specialist | Perales, O. | 245.00 | 1.20 | $294.00 |
| | | **Fees Value** | | **2.50** | **$1,178.00** |

DCACTIVE-29349625.1

**894286**



## BILLABLE PROFORMA

Billing Attorney: 000302/ James J. Regan
Client: 105185/ Nortel Networks Corp
Matter: 105185.0000121/ Wanland

Proforma Generation Date: 10/07/14 09:27:53

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $262.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | $0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$262.00** | | |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $8,553.50 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $186,280.50 |
| LTD Disb Billed | $2,605.96 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12633527 | 08/01/14 | Welt, M. | Email Ms. Rasche (opposing counsel) to inquire re the status of her edits to the settlement documents and next steps for subpoena efforts. | 0.20 | $131.00 |
| 12633524 | 08/06/14 | Welt, M. | Email with Ms. Rasche (opposing counsel) re status of subpoena efforts and related documents. | 0.10 | $65.50 |
| 12633519 | 08/18/14 | Welt, M. | Email with Ms. Rasche (opposing counsel) re status of subpoena efforts and related documents. | 0.10 | $65.50 |
| | | | **Professional Services Total** | **0.40** | **$262.00** |

DCACTIVE-29349647.1

**894286**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000121/ Wanland

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001800 | Counsel | Welt, M. | 655.00 | .40 | $262.00 |
| | | | **Fees Value** | **0.40** | **$262.00** |

DCACTIVE-29349647.1

**894788**



## BILLABLE PROFORMA

| | |
|---|---|
| Billing Attorney:  000302/ James J. Regan | Fees and Disbursements Through 09/30/14 |
| Client:  105185/ Nortel Networks Corp | Last Date Billed  (Through ) |
| Matter:  105185.0009198/ Litigation - Non-Working Travel | Bill Cycle:  M |
| | Matter Open Date:  Oct 9, 2014 |
| Proforma Generation Date:  10/17/14 09:04:32 | Proforma Joint Group # |

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $622.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | $0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$622.50** | | |
| Address:    Nortel Networks Corp | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12818325 | 08/27/14 | Supko, M. | Time traveling to/from Raleigh when unable to work, including security, rental car pickup/return, and drive to/from airport to Nortel facility. | 1.50 | $622.50 |
| | | | **Professional Services Total** | **1.50** | **$622.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | 415.00 | 1.50 | $622.50 |
| | | | **Fees Value** | **1.50** | **$622.50** |

DCACTIVE-29467639.1

**894288**



## BILLABLE PROFORMA

| | |
|---|---|
| Billing Attorney:  000302/ James J. Regan | Fees and Disbursements Through 08/31/14 |
| Client: 105185/ Nortel Networks Corp | Last Date Billed 09/30/14 (Through 07/31/14) |
| Matter:  105185.0000198/ Litigation | Bill Cycle:  M |
| | Matter Open Date:  Aug 6, 2014 |
| Proforma Generation Date:  10/07/14 09:27:55 | Proforma Joint Group # |

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $154,836.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | $4,890.29 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$159,726.29** | | |
| Address:    Nortel Networks Corp | | YTD Fees Billed | $37,426.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $37,426.50 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $9,185.60 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12818421 | 08/01/14 | Cheney, M | Review correspondence with opposing counsel re timing for response to subpoena. | 0.10 | $68.00 |
| 12612470 | 08/04/14 | Regan, J. | Exchange emails with Mr. Supko re strategy in responding to third-party subpoena (0.4); confer with Mr. Cheney re same (0.4); draft note to Mr. Supko with strategy and thoughts re conference call with opposing counsel (0.7); review information from NNI (1.0); edit draft notice to interested parties (0.5). | 3.00 | $2,925.00 |
| 12607962 | 08/05/14 | Cheney, M | Review and revise emails to interested parties re subpoena served on NNI by third-party. | 0.30 | $204.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12611065 | 08/05/14 | Regan, J. | Confer with Mr. Cheney re third-party subpoena (0.5); attention to client-attorney conflict issues (0.5); review and respond to emails sent to all interested parties of third-party subpoena (0.7); exchange emails with Mr. Supko re third-party subpoena strategy (0.3); review and edit notices to interested parties including Canadian and UK estates (0.4); review and analyze third-party letters and sample motions (0.2); exchange emails with Mr. Supko re meet and confer conference with opposing counsel (0.6). | 3.00 | $2,925.00 |
| 12612388 | 08/06/14 | Regan, J. | Exchange emails with Mr. Supko re third-party subpoena strategy (0.2); review emails with interested parties of third-party subpoena (0.3); confer with Mr. Supko re emails from NNI's Canadian estate and third-party subpoena (0.4); review and analyze opposing counsel's response and additional third-party requests (0.6). | 1.50 | $1,462.50 |
| 12611119 | 08/07/14 | Regan, J. | Review correspondence with opposing counsel re third-party subpoena (0.3); exchange emails with interested parties of third-party subpoena and Cleary (0.5); exchange emails with Mr. Supko re strategy in responding to third-party subpoena (0.2); conference call with NNI counsel for Canadian estate re strategy in responding to third-party subpoena (0.5); follow-on conference with Mr. Supko re former Nortel employee subpoena requests (0.7). | 2.20 | $2,145.00 |
| 12604223 | 08/07/14 | Supko, M. | Prepare for and participate in telephone conference with counsel for Nortel Canadian estate re response to third-party subpoena (0.6); telephone conference with client re NNI document | 3.40 | $2,822.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | repositories (0.7); telephone conference with Ms. Ernst (Quinn Emanuel) re request to inspect NNI paper documents (0.2); consult with Mr. Regan re strategy for responding to third-party subpoena (0.2); continue analyzing documents re third-party confidentiality obligations and allocation litigation (0.7); begin drafting response to third-party subpoena (1.0). | | |
| 12606393 | 08/08/14 | Supko, M. | Correspondence and conversation with Ms. Rozenberg (Cleary) re issues concerning subpoenas to former employees (0.3); attention to third-party subpoenas to former Nortel employees, including strategy for dealing with same (0.2); review subpoenas served on former NNI employees (0.2); correspondence with client re third-party subpoenas sent to former NNI employees, including coordinating telephone conference re same (0.2); continue reviewing background materials re discovery issues involving former Nortel employees (0.3); legal research re privilege and discovery issues related to responding to third-party subpoena (0.7). | 1.90 | $1,577.00 |
| 12608056 | 08/08/14 | Cheney, M | Conference with Mr. Regan re update and strategy re response to third-party subpoena. | 0.20 | $136.00 |
| 12608790 | 08/09/14 | Supko, M. | Legal research re privilege issue. | 0.70 | $581.00 |
| 12608717 | 08/10/14 | Supko, M. | Begin reviewing third party's document requests to subpoenaed individuals and those individuals' objections to same. | 0.70 | $581.00 |
| 12622053 | 08/11/14 | Regan, J. | Exchange emails with Mr. Supko re origination of subpoena matter (0.4); review docket and complaint of third-party litigation (0.8); exchange | 1.50 | $1,462.50 |

DCACTIVE-29349632.1

**894288**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | emails with Mr. Supko re difference in patents between third-party cases (0.3). | | |
| 12613061 | 08/11/14 | Supko, M. | Correspondence with Ms. Bonn (Susman Godfrey) re subpoenaed individuals' responses and objections to third-party document requests and begin reviewing same (0.7); telephone conference with Ms. Rozenberg (Cleary) re third-party subpoenas to former Nortel employees (0.2); correspondence with client re same (0.1); correspondence with Ms. Rozenberg re subpoena served by third parties in district courts and consult with Mr. Regan re same (0.2); begin reviewing third-party subpoena and background of case (0.3); continue analyzing Nortel employee documents in preparation in developing strategy in responding to third-party subpoenas (0.3). | 1.80 | $1,494.00 |
| 12615842 | 08/12/14 | Supko, M. | Correspondence with Ms. Rozenberg (Cleary) re new subpoena from additional third-parties in district court, including research of service issue re same (0.2); correspondence with client re document production issues, including preparation of proposed keyword searches to be run against NNI databases to assess potential burden of searching and production of responsive documents (1.0); attention to subpoenas served on former Nortel attorneys, including review of draft letter objections by subpoenaed individuals (0.3); correspondence with client re same (0.1); initial review of subpoenas issued to NNI in two other litigations (0.4); consult with Mr. Regan re same (0.2); conversation with Mr. Warren (Quinn Emanuel) re subpoena to NNI in a separate action that allegedly was not responded to before | 4.70 | $3,901.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | specified return date, and review/research same (0.5); conversation with Ms. Rozenberg re subpoena in separate action (0.1); correspondence with client re subpoena in district court, including research of service issue (0.2); advise Mr. Regan re subpoena in district court (0.1); consult with Mr. Jackson re assisting with responses to subpoenas (0.1); correspondence and telephone conversation with Ms. Rozenberg re third-party subpoenas to advisors in separate litigation (0.1); attention to third-party subpoena, background of work done by advisors for the Nortel estates, and strategy for responding to subpoena (0.6); continue reviewing third-party's discovery requests to subpoenaed individuals in district court and their responses to same for possible applicability to NNI response (0.3); attention to third-party subpoena and briefly review same (0.3); consult with Mr. Regan re interested party's request for assistance in responding to third-party subpoena (0.1); consult with Mr. Cheney re strategy for responding to third-party subpoenas (0.1). | | |
| 12622060 | 08/12/14 | Regan, J. | Attention to emails re privilege issues involved in responding to third-party subpoena (0.2); review background materials of interested party and litigation (0.3); confer with Mr. Cheney re same (0.3). | 0.80 | $780.00 |
| 12622063 | 08/12/14 | Regan, J. | Review and respond to emails re subpoenaed individual and permission from bankruptcy court (0.4); review additional questions from Mr. Supko re third-party subpoena (0.5). | 0.90 | $877.50 |

DCACTIVE-29349632.1

**894288**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12622220 | 08/13/14 | Regan, J. | Exchange emails with Messrs. Supko and Cheney re developing strategy for responding to third-party subpoenas (0.3); draft email re adverse parties and representation of interested party (0.3); exchange emails with Mr. Supko re third parties' patents (0.3); exchange emails and conference with Mr. Cheney re third-party subpoena (0.6). | 1.50 | $1,462.50 |
| 12622230 | 08/14/14 | Regan, J. | Review and respond to emails from Mr. Supko with client relating to strategy for responding to third-party subpoenas (0.5). | 0.50 | $487.50 |
| 12620256 | 08/14/14 | Supko, M. | Correspondence with client re discovery strategy (0.3); correspondence with client and Ms. Rozenberg (Cleary) re third-party subpoena in district court (0.1); correspondence with Ms. Ernst (Quinn Emanuel) re progress of investigation into document production issues (0.1); attention to strategy for responding to subpoenas of former NNI employees, including review of proposed response to third-party (0.3); correspondence with client re outstanding issues regarding third-party subpoenas (0.2); correspondence with Mr. Warren (Quinn Emanuel) re extension for response to district court subpoena (0.1). | 1.10 | $913.00 |
| 12625677 | 08/14/14 | Cheney, M | Teleconference with Ms. Cordo (MNAT) re third-party subpoena. | 0.10 | $68.00 |
| 12625679 | 08/14/14 | Cheney, M | Analyze options for responding to third-party subpoena and related issues. | 0.30 | $204.00 |
| 12625716 | 08/15/14 | Cheney, M | Teleconference with Ms. Rozenberg (Cleary) re coordinating responses to subpoenas from various parties. | 0.40 | $272.00 |
| 12625718 | 08/15/14 | Cheney, M | Research re options and strategy for responding to | 0.80 | $544.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan                    Fees and Disbursements Through 08/31/14
Client:  105185/ Nortel Networks Corp                        Last Date Billed 09/30/14 (Through 07/31/14)
Matter:  105185.0000198/ Litigation                          Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | third-party subpoenas. | | |
| 12625731 | 08/15/14 | Cheney, M | Review list of subpoenas served out of district court. | 0.30 | $204.00 |
| 12625737 | 08/15/14 | Cheney, M | Conference with Mr. Regan and Mr. Supko re update on diligence re third-party subpoena and strategy for coordinating responses to subpoenas. | 1.30 | $884.00 |
| 12622621 | 08/15/14 | Regan, J. | Review of additional third-party subpoena, summary chart, and discussion of privilege objections. | 0.70 | $682.50 |
| 12622623 | 08/15/14 | Regan, J. | Meeting with Messrs. Supko and Cheney to discuss status of discovery responses and possible response to deposition notices as well as update as to conversation with client and Cleary (0.9); confer with opposing counsel and need for coordination call with Cleary as to global strategy (0.3); draft emails to Mr. Supko re third-party subpoenas (0.3). | 1.50 | $1,462.50 |
| 12622865 | 08/15/14 | Supko, M. | Telephone conference with client re document repositories (0.5); conversation and correspondence with former NNI employee re third-party subpoena and potential representation (0.4); conversation with Ms. Ernst (Quinn Emanuel) re extension of time for subpoenaed individual to respond to discovery request (0.2); correspondence with Ms. Ernst and a former NNI employee re extension (0.2); correspondence with advisor re new subpoena, and begin reviewing new subpoena and correspondence sent by advisor re subpoena (0.4); work on subpoena tracking spreadsheet, including organization and calendaring response deadlines for third-party | 3.60 | $2,988.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan                    Fees and Disbursements Through 08/31/14
Client: 105185/ Nortel Networks Corp                        Last Date Billed 09/30/14 (Through 07/31/14)
Matter: 105185.0000198/ Litigation                          Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | subpoenas (0.5); conversation with Ms. Rozenberg (Cleary) re document production strategy (0.3); office conference with Messrs. Regan and Cheney re status and strategy for responding to various third-party subpoenas (0.9); coordinate preparation of contact list re third-party subpoenas (0.2). | | |
| 12622906 | 08/16/14 | Supko, M. | Research re relationship between third-party action in district court and a consolidated action in a separate district court, including review of selected pleadings and discovery-related orders (0.7); correspondence with Messrs. Regan and Cheney re third-party action (0.1); review correspondence between subpoenaed individuals and Cleary re confidentiality as to documents requested by interested party (0.3); correspondence with Messrs. Regan and Cheney re interested party's confidentiality notice (0.1). | 1.20 | $996.00 |
| 12647671 | 08/16/14 | Regan, J. | Review and exchange email with Mr. Supko re district court cases (0.5); review subpoenaed individual's letter and NNI's response (0.2). | 0.70 | $682.50 |
| 12624410 | 08/17/14 | Supko, M. | Work on response to third-party subpoena, including research re district court and bankruptcy cases (2.5); correspondence with Ms. Rozenberg (Cleary) re CD of deposition transcripts and review same (0.5); consult with paralegals re document production (0.1). | 3.10 | $2,573.00 |
| 12631434 | 08/18/14 | Supko, M. | Correspondence with advisor re subpoena (0.1); correspondence with client re possible representation of former Nortel attorneys and advisor in connection with third-party subpoenas (0.2); consult with Mr. Cheney re third-party | 5.80 | $4,814.00 |

DCACTIVE-29349632.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | representations (0.1); telephone conference with Mr. Cheney and Ms. Rozenberg (Cleary) re proposed third-party representations and discovery issues (0.4); consult with Mr. Jackson re status and response to third-party subpoenas (0.1); consult with Ms. Harris re document production issues (0.2); correspondence with client re logistics for proposed third-party representations (0.1); correspondence with former NNI employee re response to third-party subpoena and proposed representation (0.1); continue working on written response to third-party subpoena (4.5). | | |
| 12632210 | 08/18/14 | Harris, S. | Prepare sample production document for Mr. Supko's review. | 0.20 | $49.00 |
| 12647682 | 08/18/14 | Regan, J. | Review emails with client re representation of former Nortel employees and interested employee (0.2); confer with Mr. Cheney re bankruptcy court approval (0.5); review correspondence from interested party (0.3); confer with Ms. Rozenberg (Cleary) re third-party subpoena (0.5). | 1.50 | $1,462.50 |
| 12651029 | 08/18/14 | Jackson, S | Review subpoenas served on Nortel by third-party in connection with ongoing litigations with interested party. | 0.90 | $526.50 |
| 12645483 | 08/18/14 | Cheney, M | Teleconference with Ms. Rozenberg (Cleary) and Messrs. Regan and Supko re location and access to NNI's documents. | 0.50 | $340.00 |
| 12635964 | 08/19/14 | Supko, M. | Prepare for and participate in telephone conference with advisor and counsel re issues and strategy for responding to third-party subpoenas (0.7); correspondence with Canadian and EMEA estates re third-party subpoenas (0.1); prepare and | 6.20 | $5,146.00 |

DCACTIVE-29349632.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan          Fees and Disbursements Through 08/31/14
Client:  105185/ Nortel Networks Corp              Last Date Billed 09/30/14 (Through 07/31/14)
Matter:  105185.0000198/ Litigation                Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | send notices to counsel for Canadian and EMEA estates re additional third-party subpoenas (0.3); prepare and send notices to counsel for interested parties re additional third-party subpoenas (0.6); conversation and correspondence with former NNI employee re retention and response to subpoena (0.5); prepare retention agreement for former NNI employee (0.5); conversation with Mr. Powers re discovery issues and materials (0.2); correspondence with Mr. Powers re interested party's desire to be informed prior to any production of documents in response to third-party subpoenas (0.1); correspondence with Ms. Ernst (Quinn Emanuel) and Mr. Warren (Quinn Emanuel) re requesting extensions for responding to certain subpoenas (0.2); review and revise subpoena tracking sheet and contact list, including research re status of service for various subpoenas (1.0); continue working on response to third-party subpoena (1.7); conversation with Mr. Powers re subpoenas to former Nortel employees (0.2); correspondence with former NNI employee re third-party subpoena (0.1). | | |
| 12633616 | 08/19/14 | Harris, S. | Prepare depositions and transcripts for production and submit to Mr. Supko for review. | 1.00 | $245.00 |
| 12687668 | 08/20/14 | Regan, J. | Conference call with Ms. Rozenberg (Cleary) re third-party subpoena (0.9); review letter request from interested party (0.1); conference call with Ms. Grandy re additional interested parties (0.1); confer with Mr. Cheney re status (0.1); review emails from interested party (0.1). | 1.30 | $1,267.50 |
| 12638559 | 08/20/14 | Supko, M. | Meet with Mr. Cheney in preparation for strategy | 4.20 | $3,486.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan          Fees and Disbursements Through 08/31/14
Client:  105185/ Nortel Networks Corp             Last Date Billed 09/30/14 (Through 07/31/14)
Matter:  105185.0000198/ Litigation              Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | call with Cleary (0.2); telephone conference with Cleary bankruptcy litigation team re global strategy for dealing with third-party subpoenas, with team (1.1); telephone conference with counsel for Canadian and EMEA estates re status and strategy for responding to third-party subpoenas (0.7); review list of potentially responsive documents sent by former NNI employee (0.2); telephone conference with former NNI employee re strategy and timing for responding to third-party subpoena (0.5); telephone conference with Ms. Ernst (Quinn Emanuel) re request for extension of time for response to subpoena (0.2); correspondence with Ms. Ernst re extension of time for response to subpoena (0.1); correspondence with Ms. Rozenberg (Cleary) re possible subpoenas in a separate litigation (0.1); correspondence with Messes. Rozenberg and McCown (Cleary) re discovery issues and begin reviewing background materials (0.3); correspondence with Mr. Warren (Quinn Emanuel) re extensions of time for NNI response to subpoenas in district court cases (0.1); continue working on response to third-party subpoena in district court case (0.7). | | |
| 12645549 | 08/20/14 | Cheney, M | Conference with Mr. Supko re strategy re response to subpoena. | 0.30 | $204.00 |
| 12645564 | 08/20/14 | Cheney, M | Teleconference with Ms. Schweitzer (Cleary), Ms. Rozenberg (Cleary), and Mr. Herrington (Cleary) re NNI's documents and third-party subpoenas. | 1.00 | $680.00 |
| 12645568 | 08/20/14 | Cheney, M | Teleconference with Ms. Stam (NNI), Mr. Tenai (Norton Rose), Mr. Pultman (NNI), and Ms. | 1.00 | $680.00 |

DCACTIVE-29349632.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan          Fees and Disbursements Through 08/31/14
Client:  105185/ Nortel Networks Corp              Last Date Billed 09/30/14 (Through 07/31/14)
Matter:  105185.0000198/ Litigation                Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | Tabatabai (Hughes Hubbard) re coordinating responses to subpoenas. | | |
| 12645849 | 08/20/14 | Cheney, M | Research re potential options for responses to subpoenas. | 1.70 | $1,156.00 |
| 12645855 | 08/20/14 | Cheney, M | Analyze strategy and options in response to third party subpoenas. | 1.60 | $1,088.00 |
| 12651164 | 08/20/14 | Jackson, S | Review court dockets and select filings of various litigations for context of subpoenas served by third-party on Nortel Networks, in connection with preparing responses to subpoenas. | 1.10 | $643.50 |
| 12651257 | 08/21/14 | Jackson, S | Legal research re third-party subpoenas and discovery issues (5.6); draft email to Mr. Supko summarizing relevant case law re same (0.8). | 6.40 | $3,744.00 |
| 12649512 | 08/21/14 | Plevin, M. | Teleconference with Mr. Cheney re case law concerning third-party subpoenas, possible strategy options re same, and next steps. | 0.70 | $549.50 |
| 12645887 | 08/21/14 | Cheney, M | Teleconference with Mr. Regan and Mr. Supko re status of various subpoenas, options and strategy re responses. | 1.00 | $680.00 |
| 12645890 | 08/21/14 | Cheney, M | Teleconference with Mr. Plevin re background and potential options re relief from third party subpoenas in bankruptcy court. | 0.80 | $544.00 |
| 12640609 | 08/21/14 | Supko, M. | Correspondence with counsel of interested party re subpoenas (0.1); telephone conference with Messrs. Regan and Cheney re status and strategy for responding to third-party subpoenas (0.5); correspondence with a representative of a former NNI employee re third-party subpoena, review same, and discuss same with employee's representative (0.6); prepare and send email to | 7.20 | $5,976.00 |

DCACTIVE-29349632.1

**894288**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | client re proposed representation of former NNI employee (0.1); correspondence with Ms. Rozenberg (Cleary) re objections to document requests (0.2); correspondence with Ms. Rozenberg re possible subpoenas in another litigation (0.1); attention to possible subpoenas in another litigation at request of Ms. Rozenberg (0.5); consult with Mr. Jackson re legal research and strategies for responding to third-party subpoena (0.1); correspondence with advisor and counsel re strategy for responding to subpoenas to advisor (0.2); consult with Ms. Harris re document production logistics (0.1); correspondence with Ms. Rozenberg re production of trial exhibits from other trial (0.1); correspondence with Ms. Rozenberg re another third-party subpoena (0.1); continue working on response to third-party subpoena to NNI in district court (4.5). | | |
| 12687703 | 08/21/14 | Regan, J. | Conference call with Mr. Cheney re strategy for responding to third-party subpoena (0.4); review correspondence with interested parties and separate subpoenas (0.2); confer with Mr. Supko re subpoenaed individuals (0.1). | 0.70 | $682.50 |
| 12651959 | 08/21/14 | Harris, S. | Coordinate preparation of production disks. | 0.30 | $73.50 |
| 12687754 | 08/22/14 | Regan, J. | Review correspondence with client re former employees (0.2); review emails from Ms. Rozenberg (Cleary) re discovery responses (0.3); begin editing draft responses to third-party subpoena (1.0). | 1.50 | $1,462.50 |
| 12643424 | 08/22/14 | Supko, M. | Correspondence with Messes. Rozenberg (Cleary) and Schweitzer (Cleary) re proposed objection to third-party discovery from NNI (0.2); | 8.70 | $7,221.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | correspondence with Ms. Rozenberg re notice to subpoenaed party and proposed document production (0.1); correspondence with Mr. Powers re proposed document production (0.1); correspondence with client re representation of former Nortel employees in responding to third-party subpoenas (0.1); correspondence with counsel for interested party re third-party subpoena (0.1); continue working on response to third-party subpoena in district court (7.5); prepare highlighted version of response to third-party subpoena for client's review (0.4); correspondence with client re review of draft response to third-party subpoena (0.1); correspondence with Messrs. Regan and Cheney re draft response to third-party subpoena (0.1). | | |
| 12645939 | 08/22/14 | Cheney, M | Review email from Ms. Rozenberg (Cleary) re production for separate subpoena. | 0.20 | $136.00 |
| 12645945 | 08/22/14 | Cheney, M | Analyze and develop strategy for global response to third party subpoenas. | 3.70 | $2,516.00 |
| 12645950 | 08/22/14 | Cheney, M | Work on supplemental disclosures. | 0.90 | $612.00 |
| 12651297 | 08/22/14 | Jackson, S | Legal research re third-party subpoena, discovery, and related issues. | 2.50 | $1,462.50 |
| 12643432 | 08/23/14 | Supko, M. | Continue working on response to third-party subpoena to NNI in district court (0.5); update subpoena tracking spreadsheet in view of additional information received from subpoenaed individuals and Cleary (0.3); organize correspondence and background information re responses to third-party subpoenas (0.3); review certain contracts re confidentiality and discovery | 4.60 | $3,818.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | issues (0.5); prepare email to Mr. Powers re discovery issues (0.2); correspondence with client re certain agreements for subpoenaed individuals (0.1); correspondence with representative of former NNI employee re third-party subpoena (0.1); review document request of subpoenaed individual (0.3); prepare written response to third-party subpoena (1.3); prepare privilege log for documents to be withheld by former NNI employee (1.0). | | |
| 12665817 | 08/25/14 | Perales, O. | Office conference with M. Cheney re legal research assignment. | 0.30 | $73.50 |
| 12665828 | 08/25/14 | Perales, O. | Research issues relating to third-party subpoenas. | 2.20 | $539.00 |
| 12650982 | 08/25/14 | Supko, M. | Prepare letter to Messes. Ernst (Quinn Emanuel) and Bonn (Susman Godfrey) re production of deposition designations, and consult with Ms. Harris re same (0.2); correspondence with client re site visit to explore discovery issues (0.2); continue working on response to subpoena in separate litigation (2.5); correspondence with client re same (0.1); telephone conference with Mr. Cheney re response to subpoena in district court and strategy for responding to third-party subpoena (0.2); finalize and serve response to subpoena in district court by email and coordinate mail service (0.3); correspondence with former NNI employee re subpoena (0.1); correspondence with counsel of interested party re strategy for responding to third-party subpoenas (0.1); correspondence with Mr. Powers re discovery issues (0.4); correspondence with Ms. Rozenberg (Cleary) re notice to interested party re document | 5.10 | $4,233.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | request, including review of correspondence between Cleary and interested party re same (0.3); correspondence with counsel for advisor re third-party subpoenas and begin reviewing same (0.3); update subpoena tracking spreadsheet (0.2); consult with Mr. Jackson re preparation of responses to subpoenas in district court cases (0.2). | | |
| 12673413 | 08/25/14 | Cheney, M | Work on potential strategic options re third-party subpoenas. | 1.00 | $680.00 |
| 12673424 | 08/25/14 | Cheney, M | Conference with Mr. Regan re third-party subpoena and strategy. | 0.50 | $340.00 |
| 12673430 | 08/25/14 | Cheney, M | Review and revise response to third-party subpoena. | 0.50 | $340.00 |
| 12673769 | 08/25/14 | Cheney, M | Conference with Mr. Supko re response to third-party subpoena and strategy. | 0.20 | $136.00 |
| 12687819 | 08/25/14 | Regan, J. | Confer with Mr. Cheney re strategy for responding to third-party subpoena (0.5); review and edit response outline (1.0); follow-on conference with Mr. Cheney re third-party subpoena and strategy (0.3); review final discovery response (0.5); emails with Mr. Supko re strategy for responding to third-party subpoena (0.3). | 2.60 | $2,535.00 |
| 12688448 | 08/25/14 | Jackson, S | Begin drafting objections and responses to subpoena served by third-party on Nortel in connection with a separate district court case. | 1.90 | $1,111.50 |
| 12679090 | 08/25/14 | Harris, S. | Prepare document production. | 0.70 | $171.50 |
| 12653082 | 08/26/14 | Perales, O. | Continue legal research and analysis re third-party subpoenas. | 3.90 | $955.50 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan                    Fees and Disbursements Through 08/31/14
Client: 105185/ Nortel Networks Corp                        Last Date Billed 09/30/14 (Through 07/31/14)
Matter: 105185.0000198/ Litigation                          Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| 12653483 | 08/26/14 | Supko, M. | Send copy of response to third-party subpoena in district court to client, Cleary, and counsel for Canadian/EMEA estates (0.1); conference call with Ms. Rozenberg (Cleary) and Mr. Cheney re strategy for dealing with discovery requests to subpoenaed individuals and possible options for re same (1.1); correspondence with counsel for advisor re third-party subpoenas (0.1); review subpoenas to advisor and its former employees (0.3); telephone conference with counsel for advisor re discovery status and strategy (0.4); telephone conference with counsel for interested party re discovery status and strategy (0.3); correspondence with former NNI employee re third-party subpoena, including review of same (0.2); telephone conference with former NNI employee re third-party subpoena and discovery issues (0.6); prepare retention agreement for former NNI employee and send same (0.2); correspondence with other subpoenaed individual re response to third-party subpoena and retention terms (0.2); consult with Mr. Cheney re representation of former Nortel employees (0.1); consult with client re visit to North Carolina re discovery (0.1); prepare for inspection of client's system, including review of document requests and strategy (1.0); contact Ms. Rozenberg re advisor's discovery issue (0.1). | 4.80 | $3,984.00 |
| 12687903 | 08/26/14 | Regan, J. | Emails with Ms. Rozenberg (Cleary) re discovery issues. | 0.20 | $195.00 |
| 12673818 | 08/26/14 | Cheney, M | Research re strategic options re third-party subpoenas. | 1.50 | $1,020.00 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12673823 | 08/26/14 | Cheney, M | Teleconference with Ms. Rozenberg (Cleary) re third-party subpoenas. | 1.10 | $748.00 |
| 12673826 | 08/26/14 | Cheney, M | Conference with Mr. Supko re strategy. | 0.30 | $204.00 |
| 12673855 | 08/27/14 | Cheney, M | Research and analysis of strategic options re third-party subpoenas. | 1.90 | $1,292.00 |
| 12673858 | 08/27/14 | Cheney, M | Conference with Mr. Regan re research and options re third-party subpoenas. | 0.30 | $204.00 |
| 12687951 | 08/27/14 | Regan, J. | Review emails re third-party subpoena and strategic options (0.3); email with Mr. Supko re visit to Nortel and discovery issues (0.5); confer with Mr. Cheney re options for responding to third-party subpoena (0.3); exchange emails with Mr. Cheney re subpoenaed individuals and options for responding to third-party subpoena (0.3). | 1.40 | $1,365.00 |
| 12688554 | 08/27/14 | Jackson, S | Draft objections and responses to subpoena served by third-party on Nortel in connection with another litigation. | 3.60 | $2,106.00 |
| 12657724 | 08/27/14 | Supko, M. | Correspondence with former NNI employee re discovery issues (0.1); continue working on discovery strategy (1.0); research and develop discovery protocols, including meeting with client re document issues (8.0); correspondence with former NNI employee re documents (0.1); conversation with Ms. Rozenberg (Cleary) re document production issues (0.3); consult with Ms. Harris re production of trial exhibits (0.1). | 9.60 | $7,968.00 |
| 12657937 | 08/27/14 | Chapin, Alexis | Conduct bankruptcy-related legal research to appropriately respond to third-party subpoenas. | 2.80 | $1,470.00 |
| 12657383 | 08/27/14 | Perales, O. | Continue performing legal research as well as reviewing and analyzing case law re third-party | 3.10 | $759.50 |

DCACTIVE-29349632.1

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan          Fees and Disbursements Through 08/31/14
Client:  105185/ Nortel Networks Corp              Last Date Billed 09/30/14 (Through 07/31/14)
Matter:  105185.0000198/ Litigation                Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | subpoena. | | |
| 12665369 | 08/28/14 | Plevin, M. | Exchange series of voice-mails with Mr. Cheney re next steps in terms of responding to the various subpoenas. | 0.10 | $78.50 |
| 12661561 | 08/28/14 | Perales, O. | Continue performing legal research as well as reviewing and analyzing case law re third-party subpoena. | 0.40 | $98.00 |
| 12661637 | 08/28/14 | Supko, M. | Review discovery materials sent by client (0.2); correspondence with client re same (0.1); analyze possible response strategy and discovery issues (0.3); review results of legal research re discovery from former attorneys, and consult with Mr. Jackson re same (0.7); conduct follow-up research re discovery issue (0.5); correspondence with advisor re response to third-party subpoena (0.1); review discovery related materials sent by former NNI employee (0.5); review correspondence between Cleary and counsel of interested party re document production dispute (0.2); continue working on privilege log (0.3); correspondence and conversation with former NNI employee re response to third-party subpoena (0.2); correspondence with Mr. Powers re discovery materials (0.3); correspondence with former NNI employee re discovery issues and response to third-party subpoena (0.2); office conference with Messrs. Regan and Cheney re case status and strategy (0.6); correspondence with Ms. Bonn (Susman Godfrey) re subpoenaed individuals' materials (0.1). | 4.30 | $3,569.00 |
| 12688590 | 08/28/14 | Jackson, S | Draft objections and responses to subpoena served by third-party on Nortel in connection with a | 5.80 | $3,393.00 |

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan          Fees and Disbursements Through 08/31/14
Client:  105185/ Nortel Networks Corp               Last Date Billed 09/30/14 (Through 07/31/14)
Matter:  105185.0000198/ Litigation                 Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | separate litigation (4.9); begin drafting objections and responses to subpoena served by third-party on Nortel in connection with another district court case (0.9). | | |
| 12688034 | 08/28/14 | Regan, J. | Review emails and proposed order re response to third-party subpoena (0.4); office conference with Messrs. Supko and Cheney re strategy for responding to third-party subpoena (1.2); review additional discovery exchanges (0.3); edit memo to client re same (0.4). | 2.30 | $2,242.50 |
| 12673939 | 08/28/14 | Cheney, M | Further research and analysis of strategic options re third-party subpoenas. | 4.20 | $2,856.00 |
| 12673944 | 08/28/14 | Cheney, M | Begin drafting memo to client re outline of strategy. | 1.30 | $884.00 |
| 12673947 | 08/28/14 | Cheney, M | Conferences with Mr. Regan and Mr. Supko re open issues and strategy. | 1.20 | $816.00 |
| 12673952 | 08/28/14 | Cheney, M | Teleconference with Ms. Rozenberg (Cleary) re strategy. | 0.50 | $340.00 |
| 12673984 | 08/28/14 | Cheney, M | Draft email to client re potential strategy re third-party subpoenas. | 0.30 | $204.00 |
| 12674075 | 08/29/14 | Cheney, M | Continue research and analysis of strategic options re third-party subpoenas. | 1.50 | $1,020.00 |
| 12674081 | 08/29/14 | Cheney, M | Work on memo to client re outline of strategy. | 3.20 | $2,176.00 |
| 12674084 | 08/29/14 | Cheney, M | Conference with Mr. Plevin re research and memo to client re strategy. | 0.20 | $136.00 |
| 12688059 | 08/29/14 | Regan, J. | Review and edit modified memo to client (0.3); review additional emails with Cleary re third-party subpoena (0.4); confer with Mr. Cheney re case law concerning third-party subpoenas (0.4); | 2.20 | $2,145.00 |

DCACTIVE-29349632.1

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302/ James J. Regan                    Fees and Disbursements Through 08/31/14
Client: 105185/ Nortel Networks Corp                        Last Date Billed 09/30/14 (Through 07/31/14)
Matter: 105185.0000198/ Litigation                          Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | review and analyze same (0.3); exchange emails with Mr. Plevin re strategy and options (0.2); confer with Mr. Supko re discovery issues (0.4); review emails from Cleary re response to third-party subpoena (0.2). | | |
| 12688651 | 08/29/14 | Jackson, S | Finalize draft objections and responses to subpoenas served by third-party on Nortel in connection with several district court cases (2.5); provide drafts of same to Mr. Supko for review (0.1). | 2.60 | $1,521.00 |
| 12665157 | 08/29/14 | Perales, O. | Continue performing legal research as well as reviewing and analyzing case law re third-party subpoena. | 3.20 | $784.00 |
| 12665521 | 08/29/14 | Supko, M. | Prepare email to client re proposed global strategy for third-party discovery, including consultation with Messrs. Regan and Cheney re same (0.2); correspondence and conversation with former NNI employee re response to third-party subpoena (0.5); update former NNI employee re status of privilege log (0.4); correspondence with a subpoenaed individual re response to third-party subpoena (0.1); prepare response to third-party subpoena to subpoenaed individual (0.5); review background information and materials in preparation for call with opposing counsel re discovery issues (0.3); conversation with Ms. Bonn (Susman Godfrey) re discovery strategy (0.2); consult with Mr. Jackson re legal research re third-party discovery and review cases re same (0.5); continue analyzing discovery related materials (0.3); conversation with client re same (0.2); correspondence with Mr. Powers re | 3.70 | $3,071.00 |

DCACTIVE-29349632.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan                    Fees and Disbursements Through 08/31/14
Client:  105185/ Nortel Networks Corp                        Last Date Billed 09/30/14 (Through 07/31/14)
Matter:  105185.0000198/ Litigation                          Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|----------------|
|  |  |  | discovery issues (0.1); review case law re third-party discovery and correspond with Messrs. Cheney and Regan re same (0.3); correspondence with advisor re response to third-party subpoena (0.1). |  |  |
| 12686722 | 08/29/14 | Plevin, M. | Review and analyze case law re third-party discovery (0.5); teleconference with Mr. Cheney re same (0.2); revise draft strategy memo to client re next steps in dealing with the subpoenas (0.6). | 1.30 | $1,020.50 |
| 12665629 | 08/30/14 | Supko, M. | Review and revise draft response to third-party subpoena to advisor (0.7); correspondence with advisor re same (0.1); work on response to third-party subpoena in district court case (1.7); correspondence with Mr. Powers re discovery issues, including investigation of file transfer issues (0.2). | 2.70 | $2,241.00 |
| 12665881 | 08/30/14 | Perales, O. | Continue reviewing and analyzing case law re third-party subpoena. | 1.00 | $245.00 |
| 12674250 | 08/30/14 | Cheney, M | Review comments and revisions from Mr. Plevin to memo to client re strategy. | 0.30 | $204.00 |
| 12674255 | 08/30/14 | Cheney, M | Revise memo to client re strategy. | 0.70 | $476.00 |
| 12674258 | 08/30/14 | Cheney, M | Email to Mr. Regan and Mr. Supko enclosing draft memo to client re strategy. | 0.20 | $136.00 |
| 12665946 | 08/31/14 | Supko, M. | Continue working on response to third-party subpoena in district court (2.0); begin working on response to third-party subpoena in a separate litigation (0.5); correspondence Mr. Powers re discovery issues (0.1); correspondence with advisor re response to third-party subpoena (0.1). | 2.70 | $2,241.00 |
| 12688093 | 08/31/14 | Regan, J. | Review and edit client strategy memo (0.7); | 0.90 | $877.50 |

DCACTIVE-29349632.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 08/31/14
Last Date Billed 09/30/14 (Through 07/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
|       |      |                 | exchange emails with Messrs. Cheney and Supko re same (0.2). | | |
|       |      |                 | **Professional Services Total** | **207.60** | **$154,836.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 002426 | Associate | Chapin, Alexis | 525.00 | 2.80 | $1,470.00 |
| 006634 | Counsel | Jackson, S | 585.00 | 24.80 | $14,508.00 |
| 006316 | Paralegal | Harris, S. | 245.00 | 2.20 | $539.00 |
| 000302 | Partner | Regan, J. | 975.00 | 32.40 | $31,590.00 |
| 001052 | Partner | Plevin, M. | 785.00 | 2.10 | $1,648.50 |
| 001474 | Partner | Supko, M. | 830.00 | 91.80 | $76,194.00 |
| 001835 | Partner | Cheney, M | 680.00 | 37.40 | $25,432.00 |
| 002444 | Specialist | Perales, O. | 245.00 | 14.10 | $3,454.50 |
| | | **Fees Value** | | **207.60** | **$154,836.00** |

DCACTIVE-29349632.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan              Fees and Disbursements Through 08/31/14
Client:  105185/ Nortel Networks Corp              Last Date Billed 09/30/14 (Through 07/31/14)
Matter:  105185.0000198/ Litigation                 Proforma Joint Group #

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 6972317 | 08/11/14 | | 0022 | 2034633 | 001474 | Inhouse Duplicating | $63.40 |
| 6989094 | 08/20/14 | | 0016 | 2046540 | 001835 | Comp. Library Research CHENEY, MATTHEW | $579.69 |
| 6989095 | 08/21/14 | | 0016 | 2046540 | 006634 | Comp. Library Research JACKSON, SEAN | $456.62 |
| 6989096 | 08/22/14 | | 0016 | 2046540 | 006634 | Comp. Library Research JACKSON, SEAN | $430.00 |
| 6980334 | 08/25/14 | | 0022 | 2042383 | 001474 | Inhouse Duplicating | $0.40 |
| 6994880 | 08/25/14 | 384069 | 0006 | 2051313 | 001474 | Express Delivery FEDEX From: Mark Supko To: Amanda Bonn (Susman Godfrey) Tracking Number: 7709283434 16 Invoice Number: 276759411 | $16.85 |
| 6994881 | 08/25/14 | 384069 | 0006 | 2051313 | 001474 | Express Delivery FEDEX From: Mark Supko To: Michelle Ernst (Quinn Emanuel) Tracking Number: 770928 746633 Invoice Number: 276759411 | $11.91 |
| 6988078 | 08/26/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $172.87 |
| 6988079 | 08/26/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $221.20 |
| 6989097 | 08/26/14 | | 0016 | 2046540 | 001835 | Comp. Library Research CHENEY, MATTHEW | $651.07 |
| 6988080 | 08/27/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $132.72 |
| 6989098 | 08/27/14 | | 0016 | 2046540 | 002426 | Comp. Library Research CHAPIN, ALEXIS | $374.69 |
| 6983084 | 08/28/14 | 205416 | 0040 | 2043850 | 001474 | Air fare Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel 08/27/2014 - 08/27/2014 DCA/RDU | $807.20 |
| 6983085 | 08/28/14 | 205416 | 0040 | 2043850 | 001474 | Air fare Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel | $35.00 |
| 6983086 | 08/28/14 | 205416 | 0042 | 2043850 | 001474 | Auto Rental Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel 08/27/2014 - 08/27/2014 | $51.36 |
| 6983087 | 08/28/14 | 205416 | 0008 | 2043850 | 001474 | Local Transportation Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel | $22.00 |
| 6983088 | 08/28/14 | 205416 | 0047 | 2043850 | 001474 | Lunch - Travel Expense - Meals Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel | $6.12 |
| 6983089 | 08/28/14 | 205416 | 0047 | 2043850 | 001474 | Dinner - Travel Expense - Meals     Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel | $35.70 |
| 6984499 | 08/28/14 | | 0022 | 2044043 | 001474 | Inhouse Duplicating | $0.40 |
| 6988081 | 08/28/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $8.73 |
| 6988082 | 08/28/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $11.64 |
| 6989099 | 08/28/14 | | 0016 | 2046540 | 006634 | Comp. Library Research JACKSON, SEAN | $296.91 |
| 6984909 | 08/29/14 | 383971 | 0200 | 2043346 | 001474 | Miscellaneous - - VENDOR: Reimburse for scanning documents to be produced in response to third-party subpoena | $263.76 |
| 6988083 | 08/29/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $66.36 |

DCACTIVE-29349632.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:  000302/ James J. Regan**         **Fees and Disbursements Through 08/31/14**
**Client:  105185/ Nortel Networks Corp**         **Last Date Billed 09/30/14 (Through 07/31/14)**
**Matter:  105185.0000198/ Litigation**         **Proforma Joint Group #**

| 6989100 | 08/29/14 | | 0016 | 2046540 | 001835 | Comp. Library Research CHENEY, MATTHEW | $173.69 |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total Disbursements** | **$4,890.29** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $28.76 |
| 0008 | Local Transportation | $22.00 |
| 0016 | Comp. Library Research | $3,576.19 |
| 0022 | Inhouse Duplicating | $64.20 |
| 0040 | Air fare | $842.20 |
| 0042 | Auto Rental | $51.36 |
| 0047 | Travel Expense - Meals | $41.82 |
| 0200 | Miscellaneous | $263.76 |
| | **Total Disbursements** | **$4,890.29** |

DCACTIVE-29349632.1