# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2014 Through August 31, 2014

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| Duplicating | In-House Duplicating | $64.20 |
| Express Delivery | Federal Express Corporation | $28.76 |
| Local Transportation | Airport Parking | $22.00 |
| Air fare | US Airways | $842.20 |
| Auto Rental | Hertz | $51.36 |
| Travel Expense - Meals | Lunch & Dinner | $41.82 |
| Miscellaneous | Document Scanning | $263.76 |
| Computer Library Research | Computer Library Research | $3,576.19 |
| **TOTAL** | | **$4,890.29** |

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**
**Client: 105185/ Nortel Networks Corp**
**Matter: 105185.0000198/ Litigation**

**Fees and Disbursements Through 08/31/14**
**Last Date Billed 09/30/14 (Through 07/31/14)**
**Proforma Joint Group #**

# Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 6972317 | 08/11/14 | | 0022 | 2034633 | 001474 | Inhouse Duplicating | $63.40 |
| 6989094 | 08/20/14 | | 0016 | 2046540 | 001835 | Comp. Library Research CHENEY, MATTHEW | $579.69 |
| 6989095 | 08/21/14 | | 0016 | 2046540 | 006634 | Comp. Library Research JACKSON, SEAN | $456.62 |
| 6989096 | 08/22/14 | | 0016 | 2046540 | 006634 | Comp. Library Research JACKSON, SEAN | $430.00 |
| 6980334 | 08/25/14 | | 0022 | 2042383 | 001474 | Inhouse Duplicating | $0.40 |
| 6994880 | 08/25/14 | 384069 | 0006 | 2051313 | 001474 | Express Delivery FEDEX From: Mark Supko To: Amanda Bonn (Susman Godfrey) Tracking Number: 7709283434 16 Invoice Number: 276759411 | $16.85 |
| 6994881 | 08/25/14 | 384069 | 0006 | 2051313 | 001474 | Express Delivery FEDEX From: Mark Supko To: Michelle Ernst (Quinn Emanuel) Tracking Number: 770928 746633 Invoice Number: 276759411 | $11.91 |
| 6988078 | 08/26/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $172.87 |
| 6988079 | 08/26/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $221.20 |
| 6989097 | 08/26/14 | | 0016 | 2046540 | 001835 | Comp. Library Research CHENEY, MATTHEW | $651.07 |
| 6988080 | 08/27/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $132.72 |
| 6989098 | 08/27/14 | | 0016 | 2046540 | 002426 | Comp. Library Research CHAPIN, ALEXIS | $374.69 |
| 6983084 | 08/28/14 | 205416 | 0040 | 2043850 | 001474 | Air fare Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel 08/27/2014 - 08/27/2014 DCA/RDU | $807.20 |
| 6983085 | 08/28/14 | 205416 | 0040 | 2043850 | 001474 | Air fare Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel | $35.00 |
| 6983086 | 08/28/14 | 205416 | 0042 | 2043850 | 001474 | Auto Rental Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel 08/27/2014 - 08/27/2014 | $51.36 |
| 6983087 | 08/28/14 | 205416 | 0008 | 2043850 | 001474 | Local Transportation Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel | $22.00 |
| 6983088 | 08/28/14 | 205416 | 0047 | 2043850 | 001474 | Lunch - Travel Expense - Meals Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel | $6.12 |
| 6983089 | 08/28/14 | 205416 | 0047 | 2043850 | 001474 | Dinner - Travel Expense - Meals Supko, Mark M. Travel to Raleigh, NC for document inspection at Nortel | $35.70 |
| 6984499 | 08/28/14 | | 0022 | 2044043 | 001474 | Inhouse Duplicating | $0.40 |
| 6988081 | 08/28/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $8.73 |
| 6988082 | 08/28/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $11.64 |
| 6989099 | 08/28/14 | | 0016 | 2046540 | 006634 | Comp. Library Research JACKSON, SEAN | $296.91 |
| 6984909 | 08/29/14 | 383971 | 0200 | 2043346 | 001474 | Miscellaneous - - VENDOR: Reimburse for scanning documents to be produced in response to third-party subpoena | $263.76 |
| 6988083 | 08/29/14 | | 0016 | 2045802 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $66.36 |

PROFORMA

**894288**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**
**Client: 105185/ Nortel Networks Corp**
**Matter: 105185.0000198/ Litigation**

**Fees and Disbursements Through 08/31/14**
**Last Date Billed 09/30/14 (Through 07/31/14)**
**Proforma Joint Group #**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6989100 | 08/29/14 | 0016 | 2046540 | 001835 | Comp. Library Research CHENEY, MATTHEW | $173.69 |
| | | | | | **Total Disbursements** | **$4,890.29** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $28.76 |
| 0008 | Local Transportation | $22.00 |
| 0016 | Comp. Library Research | $3,576.19 |
| 0022 | Inhouse Duplicating | $64.20 |
| 0040 | Air fare | $842.20 |
| 0042 | Auto Rental | $51.36 |
| 0047 | Travel Expense - Meals | $41.82 |
| 0200 | Miscellaneous | $263.76 |
| | **Total Disbursements** | **$4,890.29** |

PROFORMA



DCACTIVE-29349632.1