IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X   Chapter 11
:
*In re*   :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]   :   Jointly Administered
:
                Debtors.   :
:
---------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON OCTOBER 21, 2014 AT 11:00 A.M. (EASTERN TIME)

**THE HEARING IS NOW TELEPHONIC AND THE TIME HAS CHANGED FROM 10:00 A.M. TO 11:00 A.M.**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald (D.I. 14570, Filed 10/15/14).

    Objection Deadline: October 20, 2014 at 4:00 p.m. (ET).

    Responses Received:

    **(a)   Monitor's and Canadian Debtors' Objection to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald (D.I. 14592, Filed 10/20/14); and**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

(b)  **Declaration of Jacob S. Pultman in Support of Monitor's and Canadian Debtors' Objection to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald (D.I. 14593, Filed 10/20/14).**

Related Pleadings:

(a)  Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14076, Filed 7/24/14);

(b)  Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14117, Filed 7/30/14);

(c)  U.S. Debtors' Objection to the Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14161, Filed 8/4/14);

(d)  Joinder of the Ad Hoc Group of Bondholders to the Objection of the U.S. Debtors to the Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14165, Filed 8/5/14);

(e)  Order Establishing Discovery Schedule and Other Procedures in Connection with the U.S. Debtors' 9019 Motion (D.I. 14345, Entered 9/2/14).

(f)  Monitor's and Canadian Debtors' Supplemental Objection to the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement (D.I. 14496, Filed 10/3/14);

(g)  Notice of Filing of the Expert Report of Paul Wertheim in Support of the Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement (D.I. 14499, Filed 10/3/14);

(h)  Notice of Deposition of Murray McDonald (D.I. 14541, Filed 10/8/14);

(i)  Notice of Deposition of Paul Wertheim (D.I. 14542, Filed 10/8/14);

(j)  Declaration of Russell Eckenrod in Support of Debtors' Motion for Order Compelling the Deposition of Murray McDonald (D.I. 14571, Filed 10/15/14); and

(k)  Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald (D.I. 14581, Entered 10/17/14).

Status: The telephonic hearing will go forward.

| | |
|---|---|
| Dated: October 20, 2014<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>       */s/ Ann C. Cordo*       <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

8605429