# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2014 through September 30, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Travel | | $341.00 |
| Photos/Art/ Spec Duplicating | Out of Office | 2,076.88 |
| Meals | | 160.00 |
| Messenger Services | | 63.00 |
| Courier/Delivery Service | | 2,503.65 |
| Computer Research | Westlaw | 161.88 |
| In-House Duplicating | | 761.66 |
| Postage | | 1.96 |
| Support Staff Overtime | | 1,535.25 |
| Pacer | | 127.90 |
| Conference Calls | | 384.00 |
| Use of Facilities/Equipment | | 3,090.00 |
| **Total Expenses** | | **$11,207.18** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1202398 | 08/12/14 | B | 918.80 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - PRINT B/W FROM PDF, TABS, BINDERS CLEARY GOTTLIEB REQUEST - 8/12/14 | 510 - | 904 | 204805 |
| 1194053 | 09/11/14 | B | 127.50 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, INCLUDES STUFFING AND METERING - 9/11/14 | 510 | 684 | 204219 |
| 1201305 | 09/23/14 | B | 1,030.58 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT - ENVELOPES, POSTAGE, HAND DELIVERIES - 9/23/14 | 510 | 322 | 204589 |
| 1192866 | 09/15/14 | B | 341.00 | Travel - DEREK C. ABBOTT - REIMBURSEMENT OF PARKING AND TRAVEL EXPENSES RELATED TO ATTENDANCE OF RAY DEPOSTION - 9/15/14 | 511 | 322 | 204057 |
| 1194232 | 09/22/14 | B | 80.00 | Meals - URBAN CAFE, LLC - LUNCH FOR 15 PEOPLE 9/22/14 | 512 | 400 | 204246 |
| 1202484 | 09/23/14 | B | 80.00 | Meals - URBAN CAFE, LLC - 20 INDIVIDUAL SOUPS FOR LUNCH - 9/23/14 | 512 | 400 | 204844 |
| 1201595 | 09/04/14 | B | 9.00 | Messenger Service - 9/4/14 | 513S | 000 | |
| 1201628 | 09/06/14 | B | 3.00 | Messenger Service - 9/6/14 | 513S | 000 | |
| 1201678 | 09/10/14 | B | 3.00 | Messenger Service - 9/10/14 | 513S | 000 | |
| 1201694 | 09/11/14 | B | 3.00 | Messenger Service - 9/11/14 | 513S | 000 | |
| 1201699 | 09/11/14 | B | 3.00 | Messenger Service - 9/11/14 | 513S | 000 | |
| 1201712 | 09/12/14 | B | 3.00 | Messenger Service - 9/12/14 | 513S | 000 | |
| 1201769 | 09/17/14 | B | 3.00 | Messenger Service - 9/17/14 | 513S | 000 | |
| 1201771 | 09/18/14 | B | 3.00 | Messenger Service - 9/18/14 | 513S | 000 | |
| 1201779 | 09/18/14 | B | 3.00 | Messenger Service - 9/18/14 | 513S | 000 | |
| 1201798 | 09/19/14 | B | 3.00 | Messenger Service - 9/19/14 | 513S | 000 | |
| 1201819 | 09/22/14 | B | 3.00 | Messenger Service - 9/22/14 | 513S | 000 | |
| 1201847 | 09/22/14 | B | 6.00 | Messenger Service - 9/22/14 | 513S | 000 | |
| 1201857 | 09/24/14 | B | 3.00 | Messenger Service - 9/24/14 | 513S | 000 | |
| 1201858 | 09/24/14 | B | 3.00 | Messenger Service - 9/24/14 | 513S | 000 | |
| 1201862 | 09/24/14 | B | 3.00 | Messenger Service - 9/24/14 | 513S | 000 | |
| 1201863 | 09/24/14 | B | 3.00 | Messenger Service - 9/24/14 | 513S | 000 | |
| 1201930 | 09/30/14 | B | 6.00 | Messenger Service - 9/30/14 | 513S | 000 | |
| 1192106 | 08/27/14 | B | 13.02 | Courier/Delivery Service | 514 | 904 | 204011 |

| Nortel Networks, Inc. 63989-DIP DATE: 10/20/14 16:43:28 | | | | PRO FORMA  360981 | | | AS OF 09/30/14 | INVOICE# ****** |
|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | | CODE | TKPER | VOUCHER |
| 1194256 | 09/04/14 | B | 33.04 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 9/4/14 | | 514 | 000 | 204258 |
| 1192855 | 09/11/14 | B | 12.96 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES - 9/11/14 | | 514 | 000 | 204027 |
| 1192856 | 09/11/14 | B | 34.18 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES - 9/11/14 | | 514 | 000 | 204028 |
| 1194235 | 09/11/14 | B | 116.22 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 9/11/14 | | 514 | 000 | 204257 |
| 1192246 | 09/11/14 | B | 19.11 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192313 | 09/11/14 | B | 19.11 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192314 | 09/11/14 | B | 23.06 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192307 | 09/11/14 | B | 23.22 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192308 | 09/11/14 | B | 27.04 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192309 | 09/11/14 | B | 12.96 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192310 | 09/11/14 | B | 23.06 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192311 | 09/11/14 | B | 23.06 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192312 | 09/11/14 | B | 23.09 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192301 | 09/11/14 | B | 23.22 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192302 | 09/11/14 | B | 19.11 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192303 | 09/11/14 | B | 19.11 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192304 | 09/11/14 | B | 19.11 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192305 | 09/11/14 | B | 25.53 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192306 | 09/11/14 | B | 23.22 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192295 | 09/11/14 | B | 27.04 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192296 | 09/11/14 | B | 25.80 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192297 | 09/11/14 | B | 25.80 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192298 | 09/11/14 | B | 19.11 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192299 | 09/11/14 | B | 12.96 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192300 | 09/11/14 | B | 19.11 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192289 | 09/11/14 | B | 22.81 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192290 | 09/11/14 | B | 25.53 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192291 | 09/11/14 | B | 25.53 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192292 | 09/11/14 | B | 23.06 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192293 | 09/11/14 | B | 19.11 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192294 | 09/11/14 | B | 23.06 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192283 | 09/11/14 | B | 23.22 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192284 | 09/11/14 | B | 24.33 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192285 | 09/11/14 | B | 25.53 | Courier/Delivery Service | | 514 | 322 | 204023 |
| 1192286 | 09/11/14 | B | 25.80 | Courier/Delivery Service | | 514 | 322 | 204023 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 10/20/14 16:43:28  
PRO FORMA 360981  AS OF 09/30/14  
INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1192287 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192288 | 09/11/14 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192277 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192278 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192279 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192280 | 09/11/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192281 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192282 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192271 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192272 | 09/11/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192273 | 09/11/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192274 | 09/11/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192275 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192276 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192265 | 09/11/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192266 | 09/11/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192267 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192268 | 09/11/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192269 | 09/11/14 | B | 16.61 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192270 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192259 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192260 | 09/11/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192261 | 09/11/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192262 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192263 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192264 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192253 | 09/11/14 | B | 21.82 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192254 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192255 | 09/11/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192256 | 09/11/14 | B | 26.92 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192257 | 09/11/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192258 | 09/11/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192247 | 09/11/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192248 | 09/11/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192249 | 09/11/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192250 | 09/11/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192251 | 09/11/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204023 |
| 1192252 | 09/11/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204023 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA  360981     AS OF 09/30/14 | | | INVOICE# ****** |
| DATE: 10/20/14 16:43:28 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1193109 | 09/17/14 | B | 16.61 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES - 9/17/14 | 514 | 000 | 204184 |
| 1200736 | 09/19/14 | B | 24.06 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 204503 |
| 1201147 | 09/21/14 | B | 237.88 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 9/21/14 | 514 | 000 | 204555 |
| 1201148 | 09/22/14 | B | 247.50 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 9/22/14 | 514 | 000 | 204555 |
| 1201149 | 09/23/14 | B | 166.10 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 9/23/14 | 514 | 000 | 204555 |
| 1201150 | 09/24/14 | B | 77.81 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 9/24/14 | 514 | 000 | 204555 |
| 1183131 | 08/26/14 | B | 161.88 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1185382 | 09/03/14 | B | 8.40 | In-House Duplicating | 519 | 971 | |
| 1189842 | 09/10/14 | B | 32.10 | In-House Duplicating | 519 | 605 | |
| 1190247 | 09/11/14 | B | 74.80 | In-House Duplicating | 519 | 670 | |
| 1197089 | 09/18/14 | B | 105.10 | In-House Duplicating | 519 | 684 | |
| 1201409 | 09/24/14 | B | 119.90 | In-House Duplicating - 9/20/14 - 9/24/14 | 519 | 000 | |
| 1189056 | 09/03/14 | B | 1.96 | Postage - 9/3/14 | 520 | 000 | |
| 1201219 | 09/19/14 | B | 80.00 | Support Staff Overtime - 9/19/14 | 525S | 452 | |
| 1201221 | 09/20/14 | B | 128.00 | Support Staff Overtime - 9/20/14 | 525S | 452 | |
| 1201230 | 09/20/14 | B | 211.50 | Support Staff Overtime - 9/20/14 | 525S | 400 | |
| 1201231 | 09/21/14 | B | 423.00 | Support Staff Overtime - 9/21/14 | 525S | 400 | |
| 1201222 | 09/21/14 | B | 42.00 | Support Staff Overtime - 9/21/14 | 525S | 452 | |
| 1201454 | 09/23/14 | B | 42.00 | Support Staff Overtime - 9/23/14 | 525S | 452 | |
| 1201473 | 09/23/14 | B | 82.25 | Support Staff Overtime - 9/23/14 | 525S | 400 | |
| 1201475 | 09/24/14 | B | 94.00 | Support Staff Overtime - 9/24/14 | 525S | 400 | |
| 1201455 | 09/24/14 | B | 73.50 | Support Staff Overtime - 9/24/14 | 525S | 452 | |
| 1201456 | 09/24/14 | B | 73.50 | Support Staff Overtime - 9/24/14 | 525S | 452 | |
| 1201457 | 09/25/14 | B | 63.00 | Support Staff Overtime - 9/24/14 | 525S | 452 | |
| 1201458 | 09/27/14 | B | 105.00 | Support Staff Overtime - 9/27/14 | 525S | 452 | |
| 1201477 | 09/27/14 | B | 117.50 | Support Staff Overtime - 9/27/14 | 525S | 400 | |
| 1194666 | 08/31/14 | B | 127.90 | Pacer charges for the month of August | 529 | 000 | |
| 1201410 | 09/24/14 | B | 138.66 | In-House Duplicating - color - 9/20/14 - 9/24/14 | 534 | 000 | |
| 1201407 | 09/12/14 | B | 1,370.00 | Use of Facilities/Equipment - 16 B - 9/20/14 9/24/14 | 540S | 000 | |
| 1201408 | 09/24/14 | B | 370.00 | Use of Facilities/Equipment - 16 E - 9/20/14 9/24/14 | 540S | 000 | |

Nortel Networks, Inc.                                  PRO FORMA  360981         AS OF 09/30/14                INVOICE# ******
63989-DIP
DATE: 10/20/14 16:43:28

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1207152 | 09/24/14 | B | 305.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16A - 5 DAYS - 9/20/ - 9/24/1 | 540S 4 | 000 | |
| 1207155 | 09/24/14 | B | 395.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16D - 5 DAYS - 9/20 - 9/24/14 | 540S | 000 | |
| 1207156 | 09/24/14 | B | 345.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16D - 5 DAYS - 9/20 - 9/24/14 | 540S | 000 | |
| 1207157 | 09/24/14 | B | 305.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16D - 5 DAYS - 9/20 - 9/24/14 | 540S | 000 | |
| 1185383 | 09/03/14 | B | 4.50 | In-House Printing - black & white Call time: 12:46; to | 541 | 221 | |
| 1185384 | 09/03/14 | B | 2.20 | In-House Printing - black & white Call time: 12:46; to | 541 | 221 | |
| 1185385 | 09/03/14 | B | 4.15 | In-House Printing - black & white Call time: 15:07; to | 541 | 684 | |
| 1185386 | 09/03/14 | B | 0.10 | In-House Printing - black & white Call time: 15:07; to | 541 | 684 | |
| 1185387 | 09/03/14 | B | 2.10 | In-House Printing - black & white Call time: 15:07; to | 541 | 684 | |
| 1185388 | 09/03/14 | B | 2.40 | In-House Printing - black & white Call time: 15:03; to | 541 | 684 | |
| 1185756 | 09/05/14 | B | 1.55 | In-House Printing - black & white Call time: 15:38; to | 541 | 684 | |
| 1189315 | 09/08/14 | B | 3.90 | In-House Printing - black & white Call time: 18:25; to | 541 | 322 | |
| 1189316 | 09/08/14 | B | 0.95 | In-House Printing - black & white Call time: 18:25; to | 541 | 322 | |
| 1189317 | 09/08/14 | B | 1.05 | In-House Printing - black & white Call time: 12:03; to | 541 | 322 | |
| 1189318 | 09/08/14 | B | 2.05 | In-House Printing - black & white Call time: 12:04; to | 541 | 322 | |
| 1189313 | 09/08/14 | B | 10.10 | In-House Printing - black & white Call time: 13:28; to | 541 | 221 | |
| 1189314 | 09/08/14 | B | 0.95 | In-House Printing - black & white Call time: 13:28; to | 541 | 221 | |
| 1189520 | 09/09/14 | B | 2.05 | In-House Printing - black & white Call time: 14:03; to | 541 | 221 | |
| 1189521 | 09/09/14 | B | 1.40 | In-House Printing - black & white Call time: 14:04; to | 541 | 221 | |
| 1189522 | 09/09/14 | B | 0.10 | In-House Printing - black & white Call time: 14:04; to | 541 | 221 | |
| 1189518 | 09/09/14 | B | 3.90 | In-House Printing - black & white Call time: 12:13; to | 541 | 904 | |
| 1189519 | 09/09/14 | B | 0.95 | In-House Printing - black & white Call time: 12:13; to | 541 | 904 | |
| 1189849 | 09/10/14 | B | 0.05 | In-House Printing - black & white Call time: 15:42; to | 541 | 684 | |
| 1189848 | 09/10/14 | B | 5.35 | In-House Printing - black & white Call time: 15:42; to | 541 | 684 | |
| 1189843 | 09/10/14 | B | 2.15 | In-House Printing - black & white Call time: 17:08; to | 541 | 605 | |
| 1189844 | 09/10/14 | B | 5.60 | In-House Printing - black & white Call time: 17:10; to | 541 | 605 | |
| 1189845 | 09/10/14 | B | 0.25 | In-House Printing - black & white Call time: 17:10; to | 541 | 605 | |
| 1189846 | 09/10/14 | B | 5.60 | In-House Printing - black & white Call time: 17:10; to | 541 | 605 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP DATE: 10/20/14 16:43:28 | | | | PROFORMA 360981 | AS OF 09/30/14 | | INVOICE# ****** |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1189847 | 09/10/14 | B | 0.25 | In-House Printing - black & white Call time: 17:10; to | 541 | 605 | |
| 1190248 | 09/11/14 | B | 5.35 | In-House Printing - black & white Call time: 09:23; to | 541 | 684 | |
| 1190249 | 09/11/14 | B | 0.05 | In-House Printing - black & white Call time: 09:23; to | 541 | 684 | |
| 1190250 | 09/11/14 | B | 5.35 | In-House Printing - black & white Call time: 09:23; to | 541 | 684 | |
| 1190251 | 09/11/14 | B | 0.05 | In-House Printing - black & white Call time: 09:23; to | 541 | 684 | |
| 1190252 | 09/11/14 | B | 1.35 | In-House Printing - black & white Call time: 15:23; to | 541 | 684 | |
| 1190253 | 09/11/14 | B | 4.25 | In-House Printing - black & white Call time: 16:45; to | 541 | 684 | |
| 1190254 | 09/11/14 | B | 1.70 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1190255 | 09/11/14 | B | 10.70 | In-House Printing - black & white Call time: 11:17; to | 541 | 684 | |
| 1190256 | 09/11/14 | B | 0.10 | In-House Printing - black & white Call time: 11:17; to | 541 | 684 | |
| 1190257 | 09/11/14 | B | 4.50 | In-House Printing - black & white Call time: 11:52; to | 541 | 684 | |
| 1190258 | 09/11/14 | B | 0.40 | In-House Printing - black & white Call time: 11:52; to | 541 | 684 | |
| 1190259 | 09/11/14 | B | 4.30 | In-House Printing - black & white Call time: 11:40; to | 541 | 684 | |
| 1190260 | 09/11/14 | B | 1.60 | In-House Printing - black & white Call time: 11:42; to | 541 | 684 | |
| 1190261 | 09/11/14 | B | 0.10 | In-House Printing - black & white Call time: 11:42; to | 541 | 684 | |
| 1190262 | 09/11/14 | B | 10.60 | In-House Printing - black & white Call time: 11:48; to | 541 | 684 | |
| 1190263 | 09/11/14 | B | 2.20 | In-House Printing - black & white Call time: 11:48; to | 541 | 684 | |
| 1195446 | 09/15/14 | B | 2.15 | In-House Printing - black & white Call time: 17:20; to | 541 | 904 | |
| 1195447 | 09/15/14 | B | 0.15 | In-House Printing - black & white Call time: 17:20; to | 541 | 904 | |
| 1197090 | 09/18/14 | B | 5.25 | In-House Printing - black & white Call time: 15:50; to | 541 | 684 | |
| 1197091 | 09/18/14 | B | 0.05 | In-House Printing - black & white Call time: 15:50; to | 541 | 684 | |
| 1197092 | 09/18/14 | B | 5.30 | In-House Printing - black & white Call time: 15:50; to | 541 | 684 | |
| 1197093 | 09/18/14 | B | 1.10 | In-House Printing - black & white Call time: 15:50; to | 541 | 684 | |
| 1197094 | 09/18/14 | B | 5.40 | In-House Printing - black & white Call time: 15:49; to | 541 | 684 | |
| 1197095 | 09/18/14 | B | 0.45 | In-House Printing - black & white Call time: 15:49; to | 541 | 684 | |
| 1197532 | 09/19/14 | B | 0.05 | In-House Printing - black & white Call time: 10:17; to | 541 | 684 | |
| 1197533 | 09/19/14 | B | 1.75 | In-House Printing - black & white Call time: 10:17; to | 541 | 684 | |
| 1197534 | 09/19/14 | B | 1.75 | In-House Printing - black & white Call time: 10:17; to | 541 | 684 | |
| 1197553 | 09/19/14 | B | 0.05 | In-House Printing - black & white Call time: 10:24; to | 541 | 684 | |
| 1197554 | 09/19/14 | B | 1.75 | In-House Printing - black & white Call time: 10:24; to | 541 | 684 | |

| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA 360981 | AS OF 09/30/14 | | | INVOICE# ****** |
|---|---|---|---|---|---|---|---|---|
| DATE: 10/20/14 16:43:28 | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1197555 | 09/19/14 | B | 0.05 | In-House Printing - black & white Call time: 10:24; to | 541 | 684 | |
| 1197556 | 09/19/14 | B | 1.75 | In-House Printing - black & white Call time: 10:24; to | 541 | 684 | |
| 1197547 | 09/19/14 | B | 1.70 | In-House Printing - black & white Call time: 10:27; to | 541 | 684 | |
| 1197548 | 09/19/14 | B | 0.05 | In-House Printing - black & white Call time: 10:27; to | 541 | 684 | |
| 1197549 | 09/19/14 | B | 1.70 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1197550 | 09/19/14 | B | 0.05 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1197551 | 09/19/14 | B | 0.05 | In-House Printing - black & white Call time: 10:25; to | 541 | 684 | |
| 1197552 | 09/19/14 | B | 1.70 | In-House Printing - black & white Call time: 10:25; to | 541 | 684 | |
| 1197541 | 09/19/14 | B | 1.05 | In-House Printing - black & white Call time: 10:12; to | 541 | 684 | |
| 1197542 | 09/19/14 | B | 0.10 | In-House Printing - black & white Call time: 10:12; to | 541 | 684 | |
| 1197543 | 09/19/14 | B | 1.10 | In-House Printing - black & white Call time: 10:11; to | 541 | 684 | |
| 1197544 | 09/19/14 | B | 0.10 | In-House Printing - black & white Call time: 10:11; to | 541 | 684 | |
| 1197545 | 09/19/14 | B | 2.10 | In-House Printing - black & white Call time: 10:09; to | 541 | 684 | |
| 1197546 | 09/19/14 | B | 2.30 | In-House Printing - black & white Call time: 10:08; to | 541 | 684 | |
| 1197535 | 09/19/14 | B | 1.75 | In-House Printing - black & white Call time: 10:16; to | 541 | 684 | |
| 1197536 | 09/19/14 | B | 1.10 | In-House Printing - black & white Call time: 10:14; to | 541 | 684 | |
| 1197537 | 09/19/14 | B | 0.05 | In-House Printing - black & white Call time: 10:14; to | 541 | 684 | |
| 1197538 | 09/19/14 | B | 1.45 | In-House Printing - black & white Call time: 10:13; to | 541 | 684 | |
| 1197539 | 09/19/14 | B | 0.10 | In-House Printing - black & white Call time: 10:13; to | 541 | 684 | |
| 1197540 | 09/19/14 | B | 1.15 | In-House Printing - black & white Call time: 10:12; to | 541 | 684 | |
| 1197557 | 09/19/14 | B | 10.20 | In-House Printing - black & white Call time: 12:46; to | 541 | 221 | |
| 1198499 | 09/23/14 | B | 1.30 | In-House Printing - black & white Call time: 15:48; to | 541 | 684 | |
| 1198497 | 09/23/14 | B | 1.10 | In-House Printing - black & white Call time: 15:15; to | 541 | 684 | |
| 1198498 | 09/23/14 | B | 6.50 | In-House Printing - black & white Call time: 15:48; to | 541 | 684 | |
| 1198978 | 09/24/14 | B | 2.35 | In-House Printing - black & white Call time: 10:55; to | 541 | 684 | |
| 1198979 | 09/24/14 | B | 3.15 | In-House Printing - black & white Call time: 11:08; to | 541 | 684 | |
| 1198980 | 09/24/14 | B | 15.75 | In-House Printing - black & white Call time: 11:07; to | 541 | 684 | |
| 1199453 | 09/24/14 | B | 3.60 | In-House Printing - black & white Call time: 21:26; to | 541 | 605 | |
| 1199454 | 09/24/14 | B | 0.15 | In-House Printing - black & white Call time: 21:26; to | 541 | 605 | |
| 1199455 | 09/24/14 | B | 1.20 | In-House Printing - black & white Call time: 21:23; to | 541 | 605 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 10/20/14 16:43:28

PRO FORMA 360981    AS OF 09/30/14    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1199456 | 09/24/14 | B | 0.05 | In-House Printing - black & white Call time: 21:23; to | 541 | 605 | |
| 1199457 | 09/24/14 | B | 1.20 | In-House Printing - black & white Call time: 21:11; to | 541 | 605 | |
| 1199458 | 09/24/14 | B | 0.05 | In-House Printing - black & white Call time: 21:11; to | 541 | 605 | |
| 1195080 | 09/26/14 | B | 2.15 | In-House Printing - black & white Call time: 15:59; to | 541 | 684 | |
| 1195081 | 09/26/14 | B | 0.10 | In-House Printing - black & white Call time: 15:59; to | 541 | 684 | |
| 1200041 | 09/30/14 | B | 7.25 | In-House Printing - black & white Call time: 13:58; to | 541 | 684 | |
| 1200042 | 09/30/14 | B | 37.00 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1189850 | 09/10/14 | B | 28.75 | In-House Printing - color | 542 | 322 | |
| 1194021 | 07/28/14 | B | 180.00 | Conference Calls - AMERICAN EXPRESS - CONFERENCE CALLS - 7/28/14 | 552H | 904 | 204212 |
| 1194029 | 08/13/14 | B | 204.00 | Conference Calls - AMERICAN EXPRESS - 8/13/14 | 552H | 322 | 204212 |
| | | | 11,207.18 | | | | |