IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 14345 |

### NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF THE MONITOR AND THE CANADIAN DEBTORS TO THE DEBTORS' DOCUMENT PRODUCTION REQUESTS

**PLEASE TAKE NOTICE** that on October 17, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) served the *Responses and Objections of the Monitor and the Canadian Debtors to the Debtors' Document Production Requests* in response to the *Debtors' Request for Production of Documents Directed to the Monitors*, dated October 8, 2014, as permitted by the Order Establishing Discovery Schedule and Order Procedures in Connection with the U.S. Debtors' 9019 Motion by electronic mail to the following:

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

Andrew Leblanc
Nick Bassett
Milbank, Tweed, Hadley & McCloy LLP
International Square Building
1850 K Street, N.W. Suite 1100
Washington, D.C. 20006
aleblanc@milbank.com
nbassett@milbank.com

Laura David Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com
pkeane@pszjlaw.com

Howard S. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Benjamin S. Beller
Russell D. Eckenrod
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
hzelbo@cgsh.com
jbromley@cgsh.com
jrosenthal@cgsh.com
bbeller@cgsh.com
reckenrod@cgsh.com

Derek C. Abbott
Annie C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
dabbott@MNAT.com
acordo@MNAT.com

[*intentionally left blank*]

Dated: October 21, 2014
Wilmington, Delaware

                                **BUCHANAN INGERSOLL & ROONEY PC**

                                /s/ Kathleen A. Murphy
                                Mary F. Caloway (No. 3059)
                                Kathleen A. Murphy (No. 5215)
                                919 North Market Street, Suite 1500
                                Wilmington, Delaware 19801
                                (302) 552-4200 (telephone)
                                (302) 552-4295 (facsimile)
                                mary.caloway@bipc.com
                                kathleen.murphy@bipc.com

                                        -and-

                                **ALLEN & OVERY LLP**

                                Ken Coleman
                                Daniel J. Guyder
                                John Kibler
                                Jacob S. Pultman
                                1221 Avenue of the Americas
                                New York, NY 10020
                                (212) 610-6300 (telephone)
                                (212) 610-6399 (facsimile)
                                ken.coleman@allenovery.com
                                daniel.guyder@allenovery.com
                                john.kibler@allenovery.com
                                jacob.pultman@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*