## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **RE: D.I.'s: 14592 & 14593** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

  I, Annette F. Dye, certify that I am, and at all times during the service of process, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matters concerning which service of process was made on October 20, 2014. I certify further that copies of the following documents were caused to be served upon the parties identified on attached list via the manner indicated:

1. **MONITOR'S AND CANADIAN DEBTORS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER COMPELLING THE DEPOSITION OF MURRAY MCDONALD [Docket No. 14592, Filed October 20, 2014] and**

2. **DECLARATION OF JACOB S. PULTMAN IN SUPPORT OF MONITOR'S AND CANADIAN DEBTORS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER COMPELLING THE DEPOSITION OF MURRAY MCDONALD [Docket No. 14593, Filed October 20, 2014].**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) (the "**Debtors**").

Annette F. Dye

SWORN TO AND SUBSCRIBED before me this 21st day of October, 2014.

Notary Public

KATHLEEN A. MURPHY
ATTORNEY AT LAW

Admitted by the Supreme Court of Delaware
to practice law in Delaware and authorized to perform
notarial acts pursuant to Title 29, Delaware Code, Chapter 43

**SERVICE LIST**

**VIA ELECTRONIC MAIL**

Howard s. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
hzelbo@cgsh.com
jbromley@cgsh.com
jrosenthal@cgsh.com
lschweitzer@cgsh.com

Derek C. Abbott
Ann C. Cordo
Morris Nichols Arsht & Tunnel LLP
1201 North Market Street
Wilmington, DE 19801
DAbbott@MNAT.com
acordo@mnat.com