IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 14602 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

    I, Annette F. Dye, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on October 21, 2014. I certify further that a copy of the following document was caused to be served upon the parties identified on the attached list via the manner indicated:

**NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF
THE MONITOR AND THE CANADIAN DEBTORS TO THE
DEBTORS' DOCUMENT PRODUCTION REQUESTS**

_____
Annette F. Dye

SWORN TO AND SUBSCRIBED before me this 21st day of October, 2014.

_____
Notary Public

KATHLEEN A. MURPHY
ATTORNEY AT LAW
Admitted by the Supreme Court of Delaware
to practice law in Delaware and authorized to perform
notarial acts pursuant to Title 29, Delaware Code, Chapter 43

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Andrew Leblanc
Nick Bassett
Milbank, Tweed, Hadley & McCloy LLP
International Square Building
1850 K Street, N.W. Suite 1100
Washington, D.C. 20006

Laura David Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Howard S. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Benjamin S. Beller
Russell D. Eckenrod
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Derek C. Abbott
Annie C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801