# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear on behalf of Google, Inc. ("Google"), pursuant to Section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"):

Charles K. Verhoeven
David Eiseman
David A. Perlson
Sean Pak
Kristin J. Madigan
Matthew D. Cannon
Sam Stake
QUINN, EMANUEL, URQUHART
 & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Robert B. Wilson
Patrick D. Curran
Michelle Ernst
QUINN, EMANUEL, URQUHART
 & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Jeffrey M. Gorris
Christopher M. Foulds
FRIEDLANDER & GORRIS P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

{FG-W0378941.}

Eric Winston
QUINN, EMANUEL, URQUHART
  & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90014

Victoria F. Maroulis
QUINN, EMANUEL, URQUHART
& SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, Google requests that copies of all notices and pleadings given or filed in the above-captioned bankruptcy cases be given to and served upon Google by serving:

Jeffrey M. Gorris
Christopher M. Foulds
FRIEDLANDER & GORRIS P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
jgorris@friedlandergorris.com
cfoulds@friedlandergorris.com

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their Chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of any substantive or procedural rights of Google, including but not limited to, Google's rights (1) to have final orders in non-core matters entered only after de novo review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Google is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 21, 2014              FRIEDLANDER & GORRIS P.A.

/s/ *Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar. No. 5012)
Christopher M. Foulds (Bar. No. 5169)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500

– and –

Charles K. Verhoeven
David Eiseman
David A. Perlson
Sean Pak
Kristin J. Madigan
Matthew D. Cannon
Sam Stak
QUINN, EMANUEL, URQUHART
  & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Robert B. Wilson
Patrick D. Curran
Michelle Ernst
QUINN, EMANUEL, URQUHART
  & SULLIVAN LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010


Eric Winston
QUINN, EMANUEL, URQUHART
 & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90014


Victoria F. Maroulis
QUINN, EMANUEL, URQUHART
& SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

{FG-W0378941.}