IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14501-14505, 14507-14509, 14518-14524, 14537 and 14538** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT   )
                         )  ss.:
COUNTY OF HARTFORD   )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Senior Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT  06095 and I am not a party to the above-captioned action.

2. On October 13, 2013, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), samples of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/Tim Conklin*
Tim Conklin

Sworn to before me this
21st day of October, 2014
*/s/ Amy E. Lewis*
Amy E. Lewis
Notary Public, State of Connecticut
Commission Expires August 31, 2017

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ZHAO, KAI                          ZHAO, KAI
      3912 COMPTON DR                     KAI ZHAO
      RICHARDSON, TX 75082                3912 COMPTON DR
                                          RICHARDSON TX 75082
```

Please note that your claim # 3408 in the above referenced case and in the amount of $34,982.03 has been transferred **(unless previously expunged by court order)** to:

```
      HAIN CAPITAL HOLDINGS, LLC
      TRANSFEROR: ZHAO, KAI
      ATTN: AMANDA RAPOPORT
      301 ROUTE 17, 7TH FLOOR
      RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            DISTRICT OF DELAWARE
            824 NORTH MARKET STREET, 3RD FLOOR
            WILMINGTON, DE 19801
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14501    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                          David D. Bird, Clerk of Court

                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  WALSH, GLORIA                          WALSH, GLORIA
     13580 NW 7TH PLACE                     GLORIA WALSH
     PEMBROKE PINES, FL 33028               13580 NW 7TH PLACE
                                            PEMBROKE PINES FL 33028

Please note that your claim # 5788 in the above referenced case and in the amount of
    $36,854.16 has been transferred **(unless previously expunged by court order)** to:

         HAIN CAPITAL HOLDINGS, LLC
         TRANSFEROR: WALSH, GLORIA
         ATTN: AMANDA RAPOPORT
         301 ROUTE 17, 7TH FLOOR
         RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14502    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                          David D. Bird, Clerk of Court

                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
|               Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:   COBB, KERRI S.
           2721 DUNBAR DRIVE
           MCKINNEY, TX 75070

Please note that your claim # 7541 in the above referenced case and in the amount of
    $43,349.35 allowed at $48,225.06  has been transferred **(unless previously expunged by court order)** to:

           HAIN CAPITAL HOLDINGS, LLC
           TRANSFEROR: COBB, KERRI S.
           ATTN: AMANDA RAPOPORT
           301 ROUTE 17, 7TH FLOOR
           RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14503     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                David D. Bird, Clerk of Court

                    /s/ Tim Conklin
                    ─────────────────────────────
                    By: Epiq Bankruptcy Solutions, LLC
                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: LANGEN, WILLIAM F.
        21 CHERRY ST.
        LEOMINSTER, MA 01453

Please note that your claim # 7271 in the above referenced case and in the amount of
    $25,945.78 allowed at $28,959.01  has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: LANGEN, WILLIAM F.
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14504      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                        David D. Bird, Clerk of Court

                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
_____
                                     |
In re:                               |   Chapter 11
                                     |
NORTEL NETWORKS INC., et al.,        |   Case No. 09-10138 (KG)
                                     |
                 Debtors.            |   Jointly Administered
                                     |
                                     |
                                     |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MORGAN, MELINDA L.
             5716 KING FOREST LANE
             MCKINNEY, TX 75071

Please note that your claim # 737 in the above referenced case and in the amount of
        $26,587.68 allowed at $30,885.47  has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: MORGAN, MELINDA L.
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE
                        824 NORTH MARKET STREET, 3RD FLOOR
                        WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14505       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                        David D. Bird, Clerk of Court


                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re: | Chapter 11

NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG)

Debtors. | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: DIEP, KHANH
>      3088 GREENFIELD DR.
>      RICHARDSON, TX 75082

Please note that your claim # 1307 in the above referenced case and in the amount of
$39,846.15 allowed at $44,002.88  has been transferred **(unless previously expunged by court order)** to:

> HAIN CAPITAL HOLDINGS, LLC
> TRANSFEROR: DIEP, KHANH
> ATTN: AMANDA RAPOPORT
> 301 ROUTE 17, 7TH FLOOR
> RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> DISTRICT OF DELAWARE
> 824 NORTH MARKET STREET, 3RD FLOOR
> WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14507    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                            David D. Bird, Clerk of Court

                                           /s/ Tim Conklin
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:  MITCHELL, RANDOLPH
                 1617 WENDY LANE
                 EFLAND, NC 27243

Please note that your claim # 8324 in the above referenced case and in the amount of
       $54,087.69 allowed at $60,609.40  has been transferred **(unless previously expunged by court order)** to:

            HAIN CAPITAL HOLDINGS, LLC
            TRANSFEROR: MITCHELL, RANDOLPH
            ATTN: AMANDA RAPOPORT
            301 ROUTE 17, 7TH FLOOR
            RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14508     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                      David D. Bird, Clerk of Court

                                      /s/ Tim Conklin
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:                                          | Chapter 11

NORTEL NETWORKS INC., et al.,                   | Case No. 09-10138 (KG)

                         Debtors.               | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  BAUTISTA, MARC
               7813 AQUA VISTA DRIVE
               PLANO, TX 75025

Please note that your claim # 5933 in the above referenced case and in the amount of $15,249.87 allowed at $53,319.19  has been transferred **(unless previously expunged by court order)** to:

          HAIN CAPITAL HOLDINGS, LLC
          TRANSFEROR: BAUTISTA, MARC
          ATTN: AMANDA RAPOPORT
          301 ROUTE 17, 7TH FLOOR
          RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14509      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                          David D. Bird, Clerk of Court

                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HOGAN, BRIAN
             100 YUKON LANE
             CHAPEL HILL, NC 27514

Please note that your claim # 4350 in the above referenced case and in the amount of
        $0.00 Undetermined has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: HOGAN, BRIAN
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14518     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                        David D. Bird, Clerk of Court

                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:                                          | Chapter 11

NORTEL NETWORKS INC., et al.,                   | Case No. 09-10138 (KG)

                         Debtors.               | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  VACA, DANIEL                       VACA, DANIEL
             814 DUMONT DR                       DANIEL VACA
             RICHARDSON, TX 75080                4122 TRAVIS ST UNIT 19
                                                 DALLAS TX 752041865

Please note that your claim # 4822 in the above referenced case and in the amount of
     $41,726.94 allowed at $45,864.31  has been transferred **(unless previously expunged by court order)** to:

            HAIN CAPITAL HOLDINGS, LLC
            TRANSFEROR: VACA, DANIEL
            ATTN: AMANDA RAPOPORT
            301 ROUTE 17, 7TH FLOOR
            RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14519    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                    David D. Bird, Clerk of Court

                                    /s/ Tim Conklin
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:                                              | Chapter 11

NORTEL NETWORKS INC., et al.,                       | Case No. 09-10138 (KG)

                              Debtors.              | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SAVARESE, PATRICK
             2705 VILLAGE DR
             BREWSTER, NY 10509-1326

Please note that your claim # 591 in the above referenced case and in the amount of
        $17,160.75 allowed at $22,494.81  has been transferred **(unless previously expunged by court order)** to:

             HAIN CAPITAL HOLDINGS, LLC
             TRANSFEROR: SAVARESE, PATRICK
             ATTN: AMANDA RAPOPORT
             301 ROUTE 17, 7TH FLOOR
             RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14520    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                         David D. Bird, Clerk of Court

                                         /s/ Tim Conklin
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:                                          | Chapter 11

NORTEL NETWORKS INC., et al.,                   | Case No. 09-10138 (KG)

                    Debtors.                    | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: JANKOWSKY, DEBRA
            11 ROSEWOOD CT.
            EPPING, NH 03042

Please note that your claim # 7893 in the above referenced case and in the amount of
    $16,864.96 allowed at $19,403.98  has been transferred **(unless previously expunged by court order)** to:

            HAIN CAPITAL HOLDINGS, LLC
            TRANSFEROR: JANKOWSKY, DEBRA
            ATTN: AMANDA RAPOPORT
            301 ROUTE 17, 7TH FLOOR
            RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14521     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                        David D. Bird, Clerk of Court

                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:                                          | Chapter 11

NORTEL NETWORKS INC., et al.,                   | Case No. 09-10138 (KG)

                        Debtors.                | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CARRILLO, MARIA
             3244 SAN RIVAS
             SAN JOSE, CA 95148

Please note that your claim # 8691 in the above referenced case and in the amount of
        $13,118.27 allowed at $13,118.27  has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: CARRILLO, MARIA
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14522    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                          David D. Bird, Clerk of Court

                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  EZUKA, ALVIN HIROSHI
           16 GRIFFITH PL
           DURHAM, NC 27703-4353

Please note that your claim # 7280 in the above referenced case and in the amount of
      $37,500.00 allowed at $36,022.24  has been transferred **(unless previously expunged by court order)** to:

          HAIN CAPITAL HOLDINGS, LLC
          TRANSFEROR: EZUKA, ALVIN HIROSHI
          ATTN: AMANDA RAPOPORT
          301 ROUTE 17, 7TH FLOOR
          RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14523     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                         David D. Bird, Clerk of Court

                                         /s/ Tim Conklin
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
_____
In re:                          |   Chapter 11
                                |
NORTEL NETWORKS INC., et al.,   |   Case No. 09-10138 (KG)
                                |
                 Debtors.       |   Jointly Administered
                                |
                                |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   MEEHAN, BRIAN W.
              8841 BRAEBURN LOOP
              YAKIMA, WA 98903
```

Please note that your claim # 2947 in the above referenced case and in the amount of $39,810.92 has been transferred **(unless previously expunged by court order)** to:

```
        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: MEEHAN, BRIAN W.
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON,DE 19801
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14524   in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                        David D. Bird, Clerk of Court


                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AR GRAY & ASSOCIATES
     265 HYMUS BOULEVARD
     POINT CLARE, QC H9R 1G6
     CANADA
```

Please note that your claim # 7572 in the above referenced case and in the amount of $6,850.00 has been transferred **(unless previously expunged by court order)** to:

```
TANNOR PARTNERS CREDIT FUND, LP
TRANSFEROR: AR GRAY & ASSOCIATES
150 GRAND STREET, STE 401
WHITE PLAINS, NY 10601
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14537    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                                     David D. Bird, Clerk of Court

                                                     /s/ Tim Conklin
                                                     _____
                                                     By: Epiq Bankruptcy Solutions, LLC
                                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2014.

**EXHIBIT B**

TIME: 14:24:38
DATE: 10/10/14

PAGE: 1

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| AR GRAY & ASSOCIATES | 265 HYMUS BOULEVARD POINT CLARE QC H9R 1G6 CANADA |
| BAUTISTA, MARC | 7813 AQUA VISTA DRIVE PLANO TX 75025 |
| CARRILLO, MARIA | 3244 SAN RIVAS SAN JOSE CA 95148 |
| COBB, KERRI S. | 2721 DUNBAR DRIVE MCKINNEY TX 75070 |
| DIEP, KHANH | 3088 GREENFIELD DR. RICHARDSON TX 75082 |
| EZUKA, ALVIN HIROSHI | 16 GRIFFITH PL DURHAM NC 27703-4353 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BAUTISTA, MARC ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CARRILLO, MARIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: COBB, KERRI S. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DIEP, KHANH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: EZUKA, ALVIN HIROSHI ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HOGAN, BRIAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JANKOWSKY, DEBRA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LANGEN, WILLIAM F. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MEEHAN, BRIAN W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MITCHELL, RANDOLPH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MORGAN, MELINDA L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SAVARESE, PATRICK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: VACA, DANIEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WALSH, GLORIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ZHAO, KAI ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HOGAN, BRIAN | 100 YUKON LANE CHAPEL HILL NC 27514 |
| HOGAN, BRIAN | BRIAN HOGAN 124-B BIM STREET CARRBORO NC 27510 |
| JANKOWSKY, DEBRA | 11 ROSEWOOD CT. EPPING NH 03042 |
| LANGEN, WILLIAM F. | 21 CHERRY ST. LEOMINSTER MA 01453 |
| MEEHAN, BRIAN W. | 8841 BRAEBURN LOOP YAKIMA WA 98903 |
| MITCHELL, RANDOLPH | 1617 WENDY LANE EFLAND NC 27243 |
| MORGAN, MELINDA L. | 5716 KING FOREST LANE MCKINNEY TX 75071 |
| SAVARESE, PATRICK | 2705 VILLAGE DR BREWSTER NY 10509-1326 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: AR GRAY & ASSOCIATES 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| VACA, DANIEL | DANIEL VACA 4122 TRAVIS ST UNIT 19 DALLAS TX 752041865 |
| VACA, DANIEL | 814 DUMONT DR RICHARDSON TX 75080 |
| WALSH, GLORIA | GLORIA WALSH 13580 NW 7TH PLACE PEMBROKE PINES FL 33028 |
| ZHAO, KAI | KAI ZHAO 3912 COMPTON DR RICHARDSON TX 75082 |

Total Number of Records Printed    34

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006