# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> Nortel Networks Inc., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138(KG) <br> Jointly Administered <br><br> Re: D.I. 14776, 14535 <br> **Hearing Date: Nov. 7, 2014 at 12:00 p.m.** <br> **Objection Deadline: Oct. 21, 2014[1] at 4:00 p.m.** |

## DECLARATION OF MATTHEW D. CANNON IN SUPPORT OF OBJECTIONS OF GOOGLE INC. TO DEBTORS' AMENDED MOTION FOR (A) AN ORDER ENFORCING AND/OR EXTENDING THE AUTOMATIC STAY, (B) AN ORDER ENFORCING THE COURT'S PRIOR ORDERS, (C) A PROTECTIVE ORDER, AND (D) RELATED RELIEF UNDER SECTION 105(a)

---

[1] NNI and Google agreed that Google could timely serve these objections on or before October 21, 2014, notwithstanding NNI's initial notice that objections would be due on October 14, 2014.

01980.00011/6290523.1                    1

I, Matthew D. Cannon, an attorney duly admitted to practice law in the State of California, hereby declare under penalty of perjury of the United States of America that the following is true and correct:

1. I am a member in good standing of the Bar of the State of California and a associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Objections to Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a).

2. I participated in a telephonic conference with counsel for Nortel Networks, Inc. ("NNI") on October 7, 2014. During that call, counsel for NNI stated that NNI did not keep a collection of documents that were transferred to Rockstar, nor did NNI keep a record of what documents it transferred to Rockstar.

3. In connection with the patent litigations against Rockstar, Google has served subpoenas on at least the following Rockstar affiliates and shareholders: Rockstar Bidco GP, LLC; Rockstar Consortium LLC; Apple Inc.; Microsoft Corp.; Ericsson; EMC Corp.; Sony Corp. of America; and Blackberry Ltd.

4. In connection with the patent litigations against Rockstar, Google has served subpoenas on at least the following Nortel affiliates, advisers, and former employees: Global IP Law Group; Lazard Freres & Co. LLC; Christopher J. Cianciolo; David Descoteaux; Art Fisher; Colin Keenan; Raj Krishnan; Justin Lux; and Richard Weiss.

5.      Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Rockstar Consortium U.S. LP and MobileStar Technologies LLC's Answer and Counterclaims to Plaintiff's Complaint for Declaratory Judgment of Non-Infringement, Case No. 4:13-cv-5933-CW (N.D. Cal.), which was filed on May 5, 2014.

6.      Attached hereto as **Exhibit 2** is a true and correct copy of the Complaint for Patent Infringement, Case No. 2:13-cv-00893-JRG-RSP (E.D. Tex.), which was filed on October 31, 2013.

7.      Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs Rockstar Consortium US LP and MobileStar Technologies LLC's (First) Amended Complaint, Case No. 2:13-cv-0900-JRG (E.D. Tex.), which was filed on December 31, 2013.

8.      Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff Rockstar Consortium US LP and MobileStar Technologies LLC's Second Amended Complaint, Case No. 2:13-cv-00900-JRG (E.D. Tex.), which was filed on March 10, 2014.

9.      Attached hereto as **Exhibit 5** is a true and correct copy of an order issued by the United States Court of Appeals for the Federal Circuit in Case No. 2014-147 on October 9, 2014.

10.     Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from a print version of plaintiffs' technology tutorial slides in Case No. 2:13-cv-00893-JRG-RSP.

11. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's First Set of Requests for Production to Rockstar Consortium US LP and MobileStar Technologies LLC, which were served on May 7, 2014.

12. Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's Second Set of Requests for Production to Defendants Rockstar Consortium US LP and MobileStar Technologies LLC, which were served on August 1, 2014.

13. Attached hereto as **Exhibit 9** is a true and correct copy of a subpoena to Rockstar Bidco in Case No. 2:13-cv-00893 (RG) (E.D. Tex.), which was served on July 18, 2014.

14. Attached hereto as **Exhibit 10** is a true and correct copy of a subpoena to Rockstar Bidco, LP in Case No. 13-cv-5933-CW (N.D. Cal.), which was served on July 17, 2014.

15. Attached hereto as **Exhibit 11** is a true and correct copy of a subpoena to Nortel Networks, Inc. in Case No. 13-cv-00893 (RG) (E.D. Tex.), which was served on July 18, 2014.

16. Attached hereto as **Exhibit 12** is a true and correct copy of a subpoena to Nortel Networks, Inc. in case No. 2:13-cv-00894-JRG (E.D. Tex.), which was served on August 8, 2014.

17. Attached hereto as **Exhibit 13** is a true and correct copy of a subpoena to Nortel Networks Inc. in Case No. 13-cv-5933-CW (N.D. Cal.), which was served on July 17, 2014.

18. Attached hereto as **Exhibit 14** is a true and correct copy of the Order on Google's Unopposed Motion for Issuance of Letters Rogatory to Nortel Networks

Corporation, Brian Collie, and Jean-Pierre Fortin in Case No. 2:13-cv-00893-JRG-RSP (E.D. Tex.), which was signed on August 14, 2014.

19. Attached hereto as **Exhibit 15** is a true and correct copy of the Order Granting Motion for Issuance of Letter Rogatory to the Superior Court of Justice of Ontario, Canada in Case No. 4:13-cv-05933-CW (N.D. Cal.), which was signed on October 3, 2014.

20. Attached hereto as **Exhibit 16** is a true and correct copy of an email exchange between counsel for NNI and counsel for Google dated July 30, 2014.

21. Attached hereto as **Exhibit 17** is a true and correct copy of an email exchange between counsel for NNI and counsel for Google dated July 31, 2014.

22. Attached hereto as **Exhibit 18** is a true and correct copy of an email exchange between counsel for NNI and counsel for Google dated August 6, 2014.

23. Attached hereto as **Exhibit 19** is a true and correct copy of correspondence from counsel for Google to counsel for NNI dated September 19, 2014.

24. Attached hereto as **Exhibit 20** is a true and correct copy of correspondence from counsel for Google to counsel for NNI dated October 9, 2014.

25. Attached hereto as **Exhibit 21** is a true and correct copy of an email exchange between counsel for NNI and counsel for Google from October 8, 2014 through October 17, 2014.

26. Attached hereto as **Exhibit 22** is a true and correct copy of Rockstar Consortium US LP and NetStar Technologies LLC's Initial Disclosures Pursuant to Paragraph 1 of the Default Protective Order in Case No. 2:13-cv-893 (E.D. Tex.), which was served on April 28, 2014.


27. Attached hereto as **Exhibit 23** is a true and correct copy of Defendants' Amended Initial Disclosures in Case No. 13-cv-5933 CW (N.D. Cal.), which was served on June 25, 2014.

28. Attached hereto as **Exhibit 24** is a true and correct copy of the Protective Order in Case No. 2:13-cv-893 (E.D. Tex.), which was signed on June 19, 2014.

29. Attached hereto as **Exhibit 25** is a true and correct copy of the Patent Local Rule 2-2 Interim Model Protective Order from the U.S. District Court for the Northern District of California.

30. Attached hereto as **Exhibit 26** is a true and correct copy of an Order in Case No. 2:13-cv-893-JRG-RSP (E.D. Tex.), which was signed on October 15, 2014 and filed on October 16, 2014.

31. Attached hereto as **Exhibit 27** is a true and correct copy of the Supplemental Brief in Further Support of Nortel Networks Corporation, Nortel Networks Limited and Nortel Networks Inc.'s Motions for a Protective Order Under Federal Rules of Civil Procedure 26(c) and 45(d)(3) in Case No. 2:13-cv-00893-JRG (E.D. Tex.), which was filed on October 20, 2014.

32. Attached hereto as **Exhibit 28** is a true and correct copy of correspondence from counsel for Google to counsel for Rockstar dated October 10, 2014.

33. Attached hereto as **Exhibit 29** is a true and correct copy of an email exchange between counsel for Google and counsel for Rockstar from October 10, 2014 through October 16, 2014.

34. Attached hereto as **Exhibit 30** is a true and correct copy of correspondence from counsel for Google to counsel for Rockstar dated October 2, 2014.

Executed on October 21, 2014 at Berkeley, California.

*/s/ Matthew D. Cannon*
Matthew D. Cannon