# EXHIBIT 6



Plaintiff Rockstar Consortium US LP and NetStar Technologies LLC present this tutorial to familiarize the Court with the technology of the patents-in-suit.

1



Plaintiff Rockstar Consortium US LP is a company that owns and manages a portfolio of more than 4,000 patents, including the patents-in-suit. Rockstar is the owner of these patents because its shareholders purchased the patent portfolio of Nortel Networks in a 2011 auction for $4.5 billion. Prior to the auction, Nortel had met with Google about the patents-in-suit. Google and its partners unsuccessfully bid $4.4 billion for the portfolio.

2



Rockstar's shareholders include Blackberry, Ericsson, Apple, Microsoft, and Sony. Co-plaintiff NetStar Technologies LLC is a wholly-owned subsidiary of Rockstar and the exclusive licensee of the patents-in-suit.