# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ROCKSTAR CONSORTIUM US LP    )
AND NETSTAR TECHNOLOGIES LLC,   )
                                 )
        Plaintiffs,          )
                                 )   Civil Action No. 13-cv-00893-RG
     v.                     )
                                 )   **JURY TRIAL DEMANDED**
GOOGLE INC.                   )
                                 )
        Defendant.      )
                                 )
                                 )

**ORDER ON GOOGLE INC.'S UNOPPOSED MOTION FOR ISSUANCE
OF LETTERS ROGATORY TO NORTEL NETWORKS CORPORATION, BRIAN
COLLIE, AND JEAN-PIERRE FORTIN**

Before the Court is Google Inc.'s Unopposed Motion for Issuance of Letters Rogatory to

Nortel Networks Corporation, Brian Collie, and Jean-Pierre Fortin.  Good cause appearing, the

Court GRANTS Google's Motion.

**SIGNED this 14th day of August, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE