# EXHIBIT 16

# Matthew Cannon

| | |
|---|---|
| **From:** | Supko, Mark [MSupko@crowell.com] |
| **Sent:** | Wednesday, July 30, 2014 3:33 PM |
| **To:** | Michelle Ernst |
| **Subject:** | Rockstar v. Google: Subpoena to NNI |

Michelle,

Following up on our conversation yesterday, I understand that Google is willing to grant NNI a 30-day extension of time (i.e., to September 1) to serve a written response to Google's subpoena and begin its document production, with the document production to be completed 15 days later.  Given the number and scope of Google's document requests as written, I do not believe it will be feasible for NNI to complete its production that quickly, but I do not yet have sufficient information regarding the existence, location and accessibility of NNI's potentially responsive documents to determine how long it is likely to take (as I mentioned on the phone, we were retained over the weekend to handle this matter).  Accordingly, we request Google's consent to a 7-day extension of our response date, to August 8, during which time we will (a) continue to investigate with NNI the effort that will be involved in complying with the subpoena, and (b) work with you on narrowing and/or prioritizing Google's document requests in an effort to reduce the burden on NNI while still trying to get you the documents you believe you need in a timely manner.  Our hope is that by the end of next week we can reach some definitive agreement on how to resolve the subpoena issues.  Please confirm at your earliest opportunity that this is agreeable.

Regards,
Mark

Mark M. Supko
msupko@crowell.com
Direct 1.202.624.2734 | Mobile: 1.703.980.4695

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

===========================================================