# EXHIBIT 17

**Matthew Cannon**

**From:** Supko, Mark [MSupko@crowell.com]
**Sent:** Thursday, July 31, 2014 7:56 AM
**To:** Michelle Ernst
**Subject:** Rockstar v. Google: Third-Party Subpoena to NNI

Dear Michelle,

With reference to our telephone conversation a few minutes ago, this will confirm our understanding that Google has agreed to extend NNI's response date by one week, to August 8, 2014. No later than next Thursday morning, after we have had a chance to investigate the issues further, I will contact you to discuss an overall structure and timeline for NNI's response to the subpoena.

Thank you for your cooperation in this matter.

Regards,
Mark

Mark M. Supko
msupko@crowell.com
Direct 1.202.624.2734 | Mobile: 1.703.980.4695

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

==========================================================