# EXHIBIT 18

# Matthew Cannon

| | |
|---|---|
| **From:** | Supko, Mark [MSupko@crowell.com] |
| **Sent:** | Wednesday, August 06, 2014 1:34 PM |
| **To:** | Michelle Ernst |
| **Subject:** | Rockstar v. Google: Subpoena to Nortel Networks, Inc. |

Michelle,

I am writing to confirm that you agreed to extend until August 25 the deadline for service of NNI's written response to Google's subpoena, and in exchange I agreed to produce at the same time copies of the redacted deposition transcripts from the bankruptcy case that NNI produced in response to Time Warner's subpoena in the *Constellation v. Time Warner* case.  In addition, I agreed to further investigate and report back to you by early next week as to: (a) whether NNI retained copies of the data rooms that were provided to bidders in connection with the auction of Nortel patents, and (b) the extent to which NNI's existing electronic document repositories may be keyword searchable for documents responsive to Google's requests.

Regards,
Mark

Mark M. Supko
msupko@crowell.com
Direct 1.202.624.2734 | Mobile: 1.703.980.4695

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

============================================================