# EXHIBIT 23

1   Courtland L. Reichman (SBN 268873)
    creichman@mckoolsmithhennigan.com
2   MCKOOL SMITH HENNIGAN P.C.
    255 Shoreline Drive, Suite 510
3   Redwood Shores, CA 94065
    Telephone: (650) 394-1400
4   Fax: (650) 394-1422

5   ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE
6

7   Attorneys for Defendants Rockstar
    Consortium US LP and MobileStar
    Technologies LLC
8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                       **OAKLAND DIVISION**

12   GOOGLE, INC.                         )
                                          )
13                    Plaintiff,          )
                                          )
14   vs.                                  )        Case No. 13-cv-5933 CW
                                          )
15                                        )
                                          )
16   ROCKSTAR CONSORTIUM U.S. LP AND )            **DEFENDANTS' AMENDED**
     MOBILESTAR TECHNOLOGIES LLC     )            **INITIAL DISCLOSURES**
17                                        )
                                          )
18                    Defendants.         )
                                          )
19                                        )
                                          )
20   _____

21

22

23

24

25

26

27

28

Rockstar Consortium U.S. LP ("Rockstar") and MobileStar Technologies LLC ("MobileStar") submit their Amended Initial Disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure based on information reasonably available to them at this time and without prejudice to its right to amend or supplement these disclosures as discovery continues and to produce, during core discovery or at trial, additional information or documents that are: (i) subsequently discovered; (ii) subsequently determined to be relevant for any purpose; or (iii) subsequently discovered to have been omitted for any reason from these disclosures.

Rockstar and MobileStar's Amended Initial Disclosures are being made based upon the information now reasonably available to them. Rockstar and MobileStar reserves the right to further supplement or amend these Amended Initial Disclosures, consistent with applicable Court rules and orders, as and when additional documents or witnesses come to the attention of Rockstar and MobileStar that contain information upon which Rockstar and MobileStar may rely in presenting their claims or defenses herein. Rockstar and MobileStar do not waive any evidentiary objections to the information disclosed, or any applicable privileges. By making these disclosures, Rockstar and MobileStar expressly reserve all objections relative to the use, for any purpose, of these Initial Disclosures or of any information or document references herein.

## I.    INDIVIDUALS LIKELY TO HAVE KNOWLEDGE

Based on information presently available, Rockstar and MobileStar identify the persons listed below as potentially having discoverable information that the disclosing party may use to support their claims or defenses. Rockstar and MobileStar expressly reserve their right to supplement this list of individuals as the case progresses and as investigations and discovery continues. Rockstar and MobileStar are unaware of contact information for the individuals where no contact information is given. Further, by indicating the general subject matter of information these individuals may

- 1 -

McKool 1001254v1

possess, Rockstar and MobileStar is in no way limiting their right to call any individual listed to testify concerning other subjects.

| Name | Contact Information | Subject(s) of Knowledge |
|---|---|---|
| Kasim Alfalahi | Rockstar Board Member<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Board Member of Rockstar Consortium US LP<br><br>Mr. Alfalahi has knowledge related to Rockstar's history. |
| Afzal Dean | Rockstar Employee<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | President of MobileStar; Vice President, Patent Licensing of Rockstar Consortium Inc.  Mr. Dean has knowledge about Rockstar's licensing policies and practices. |
| Erik Fako | Rockstar Employee<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Senior Patent Counsel, Assertion/Litigation with Rockstar Consortium US LP<br><br>Mr. Fako has knowledge about efforts to license the patents in suit and Rockstar's licensing policies and practices. Mr. Fako was also Patent Prosecution Counsel of U.S. Patent No. 6,128,298.  Mr. Fako may have knowledge about the prosecution of the '298 patent. |
| Art Fisher | Art Fisher<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Former Nortel Vice-President of IP Law.  Mr Fisher may have knowledge about the patents in suit and Nortel efforts (if any) to license or enforce the patents in suit. |
| Mark Hearn | Rockstar Employee<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Licensing Attorney with Rockstar Consortium US LP.  Mr. Hearn may have knowledge about efforts to license the patents in suit. |

- 2 -

| Name | Contact Information | Subject(s) of Knowledge |
|---|---|---|
| Chad Hilyard | Rockstar Employee<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Chief IP Counsel with Rockstar Consortium US LP<br><br>Mr. Hilyard has knowledge about the efforts to license the patents in suit and Rockstar's licensing policies and procedures. |
| Gillian McColgan | Rockstar Employee<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Chief Technology Officer with Rockstar Consortium US LP.  Ms. McColgan may have knowledge valuation of the patents. |
| Randy Mishler | Rockstar Board Member<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Board Member of Rockstar Consortium US LP<br><br>Mr. Mishler has knowledge related to Rockstar's history. |
| Donald Powers | Rockstar Employee<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Litigation Attorney with Rockstar Consortium US LP. Mr. Powers is also a former Nortel employee and has knowledge of Nortel's previous business activities, technologies, patents, acquisitions, and licensing. |

McKool 1001254v1

| Name | Contact Information | Subject(s) of Knowledge |
|------|---------------------|-------------------------|
| John Veschi | Rockstar Employee<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Attorney and Chief Executive Officer of Rockstar Consortium US LP; MobileStar Board Member. Mr. Veschi has knowledge about Rockstar's operations, formation, patent licensing policies and procedures. Mr. Veschi is also a former Nortel employee and has knowledge of Nortel Networks' previous business activities, technologies, patents, acquisitions, and licensing activities. |
| Bernie Tiegerman | Rockstar Employee<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Senior Patent Attorney with Rockstar Consortium US LP<br><br>Patent Prosecution Counsel of U.S. Patent No. 6,463,131. Mr. Tiegerman may have knowledge about the prosecution of the '131 patent |
| Richard Weiss | Richard Weiss<br>NCR<br><br>McKinney, TX | Former Nortel Deputy IP Counsel. Mr. Weiss may have knowledge about the patents in suit and Nortel's efforts to license or enforce the patents in suit. |
| Yee-Ning Chan | Yee-Ning Chan<br>Inphi Corporation<br>Westlake Village, CA 91362 | Named inventor of U.S. Patent No, 5,838,551. Mr. Chan may have knowledge regarding the conception and reduction to practice of the invention claimed in the '551 patent. |
| Jean Pierre Fortin | Jean Pierre Fortin<br>Ericsson Canada Inc.<br>IPR & Licensing<br>349 Terry Fox Dr<br>Kanata, ON  K2K 2V6<br>CANADA 32819<br>613-963-8235 | Patent Prosecution Counsel of U.S. Patent No, 5,838,551. Mr. Fortin may have knowledge about the prosecution of the '551 patent. |

- 4 -

| Name | Contact Information | Subject(s) of Knowledge |
|---|---|---|
| Brian Finlay Benton | Brian Finlay Benton<br>Telus<br>Ottawa, Canada | Named inventor of U.S. Patent Nos. 6,037,937 and 6,333,973.  Mr. Benton may have knowledge regarding the conception and reduction to practice of the inventions claimed in the '937 and '973 patents. |
| Colin Donald Smith | Colin Donald Smith<br>Hutchinson 3G | Named inventor of U.S. Patent Nos. 6,037,937 and 6,333,973.  Mr. Smith may have knowledge regarding the conception and reduction to practice of the inventions claimed in the '937 and '973 patents. |
| Bruce Dale Stalkie | Bruce Dale Stalkie<br>Kanata, Ontario | Named inventor of U.S. Patent No. 6,037,937.  Mr. Stalkie may have knowledge regarding the conception and reduction to practice of the invention claimed in the '937patent. |
| Angela De Wilton | Office of Angela C. De Wilton<br>499 Tillbury Avenue<br>Ottawa, ON  K2A 4G8<br>CANADA 35763<br>613-755-5347<br>dewilton@dewilton.com | Patent Prosecution Counsel of U.S. Patent No. 6,037,937.  Ms. De Wilton may have knowledge about the prosecution of the '937 patent. |
| Bruce Anthony Wooton | Bruce Anthony Wooton<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Named inventor of U.S. Patent No. 6,128,298.  Mr. Wooton may have knowledge regarding the conception and reduction to practice of the invention claimed in the '298 patent. |

- 5 -

| Name | Contact Information | Subject(s) of Knowledge |
|------|---------------------|-------------------------|
| William G. Colvin | William G. Colvin<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Named inventor of U.S. Patent No. 6,128,298. Mr. Colvin may have knowledge regarding the conception and reduction to practice of the invention claimed in the '298 patent. |
| Tom Gigliotti | Thomas A. Gigliotti, Attorney-at-Law, PLLC<br>2520 Pennyshire Lane<br>Raleigh, NC 27606<br>919-345-4076 | Patent Prosecution Counsel of U.S. Patent No. 6,128,298. Mr. Gigiotti may have knowledge about the prosecution of the '298 patent. |
| Marilyn French-St. George | Marilyn French-St. George<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Named inventor of U.S. Patent No. 6,463,131. Ms. French-St. George may have knowledge regarding the conception and reduction to practice of the invention claimed in the '131 patent. |
| Mitch A. Brisebois | Mitch A. Brisebois<br>Dell<br>Kanata, Ontario<br>Canada | Named inventor of U.S. Patent No. 6,463,131. Mr. Brisebois may have knowledge regarding the conception and reduction to practice of the invention claimed in the '131 patent. |
| Laura A. Mahan | Laura A. Mahan<br>Blackberry<br>Ottawa, Canada | Named inventor of U.S. Patent No. 6,463,131. Ms. Mahan may have knowledge regarding the conception and reduction to practice of the invention claimed in the '131 patent. |
| Eric Halber | Eric Halber<br>Apex IP<br>Raleigh-Durham, North Carolina | Patent Prosecution Counsel of U.S. Patent No. 6,463,131. Mr. Halber may have knowledge about the prosecution of the '131 patent. |

| Name | Contact Information | Subject(s) of Knowledge |
|---|---|---|
| Matthew W. Poisson | Matthew W. Poisson<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Named inventor of U.S. Patent No. 6,765,591.  Mr. Poisson may have knowledge regarding the conception and reduction to practice of the invention claimed in the '591 patent. |
| Melissa L. Deroches | Melissa L. Deroches<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Named inventor of U.S. Patent No. 6,765,591.  Ms. Deroches may have knowledge regarding the conception and reduction to practice of the invention claimed in the '591 patent. |
| James M. Milillo | James M. Milillo<br>Newforma<br>New Hampshire | Named inventor of U.S. Patent No. 6,765,591.  Mr. Milillo may have knowledge regarding the conception and reduction to practice of the invention claimed in the '591 patent. |
| Brianna Hinojosa Flores | Brianna Hinojosa Flores<br>BlackBerry<br>5000 Riverside Drive<br>Irving, TX 75039 | Patent Prosecution Counsel of U.S. Patent No. 6,765,591. Ms. Flores may have knowledge about the prosecution of the '591 patent. |
| Jaspreet Harit | Jaspreet Harit<br>Former IP Lead Counsel for Nortel<br><br>Nepean, Ontario, Canada<br>No further information known | Patent Prosecution Counsel of U.S. Patent No. 6,765,591. Mr. Harit may have knowledge about the prosecution of the '591 patent. |
| Brian B. Egan | Brian B. Egan<br><br>c/o McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>214-978-4000 | Named inventor of U.S. Patent No. 6,937,572.  Mr. Egan may have knowledge regarding the conception and reduction to practice of the invention claimed in the '572 patent. |

- 7 -

| Name | Contact Information | Subject(s) of Knowledge |
|---|---|---|
| Kevin Sembrat | Kevin Sembrat Work address: Alcatel-Lucent 600 Mountain Avenue Room 2F-151 Murray Hill, NJ. 7974 908-582-6445<br><br>Last known home address: Califon, NJ | Patent Prosecution Counsel for U.S. Patent No. 6,937,572. Mr. Sembrat may have knowledge about the prosecution of the '572 patent. |
| Milos Vodsedalek | Current address unknown. | Named inventor of U.S. Patent No. 6,937,572. Mr. Vodsedalek may have knowledge regarding the conception and reduction to practice of the invention claimed in the '572 patent. |
| Phil Terrett | Phil Terrett<br><br>c/o McKool Smith, P.C. 300 Crescent Court, Suite 1500 Dallas, Texas 75201 214-978-4000 | Former Nortel Product Manager. Mr. Terrett may have knowledge about the patents in suit and Nortel's efforts to commercialize the patents in suit. |
| Corporate Representative of Rockstar Consortium Inc. | Rockstar Consortium Inc.<br><br>c/o McKool Smith, P.C. 300 Crescent Court, Suite 1500 Dallas, Texas 75201 214-978-4000 | Information related to the assignment history of the Rockstar and MobileStar patents-in-suit and the formation of Rockstar-related entities. |
| Corporate Representative of Rockstar Consortium US LP | Rockstar Consortium US LP<br><br>c/o McKool Smith, P.C. 300 Crescent Court, Suite 1500 Dallas, Texas 75201 214-978-4000 | Information related to the assignment history of the Rockstar and MobileStar patents-in-suit and the formation of Rockstar-related entities. |
| Corporate Representative of Rockstar Consortium LLC | Rockstar Consortium LLC<br><br>c/o  LaBarge Weinstein LLP 800–515 Legget Drive Ottawa, Ontario K2K 3G4 Canada Facsimile: (613) 599-0018 Attention: Michael Dunleavy | Information related to the assignment history of the Rockstar and MobileStar patents-in-suit and the formation of Rockstar-related entities. |

| Name | Contact Information | Subject(s) of Knowledge |
|---|---|---|
| Corporate Representative of Rockstar Bidco, LP | Rockstar Bidco, LP<br><br>c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Attention: Marilyn Sobel<br>Facsimile: +1-212-757-3900 | Information related to the assignment history of the Rockstar and MobileStar patents-in-suit and the formation of Rockstar-related entities. |
| Corporate Representative(s) of ASUS entities | | Knowledge regarding modifications they make to the open-source Android code in the products accused of infringement in the Eastern District of Texas Action, the hardware components used in the products accused of infringement in the Eastern District of Texas Action, number of products accused of infringement in the Eastern District of Texas Action sold in the U.S. and revenues thereon, and/or any other fact or issue within the scope of the complaint. |
| Corporate Representative(s) of LG entities | | Knowledge regarding modifications they make to the open-source Android code in the products accused of infringement in the Eastern District of Texas Action, the hardware components used in the products accused of infringement in the Eastern District of Texas Action, number of products accused of infringement in the Eastern District of Texas Action sold in the U.S. and revenues thereon, and/or any other fact or issue within the scope of the complaint. |

McKool 1001254v1

| Name | Contact Information | Subject(s) of Knowledge |
|---|---|---|
| Corporate Representative(s) of ZTE entities | | Knowledge regarding modifications they make to the open-source Android code in the products accused of infringement in the Eastern District of Texas Action, the hardware components used in the products accused of infringement in the Eastern District of Texas Action, number of products accused of infringement in the Eastern District of Texas Action sold in the U.S. and revenues thereon, and/or any other fact or issue within the scope of the complaint. |
| Corporate Representative(s) of HTC entities | | Knowledge regarding modifications they make to the open-source Android code in the products accused of infringement in the Eastern District of Texas Action, the hardware components used in the products accused of infringement in the Eastern District of Texas Action, number of products accused of infringement in the Eastern District of Texas Action sold in the U.S. and revenues thereon, and/or any other fact or issue within the scope of the complaint. |

McKool 1001254v1

| Name | Contact Information | Subject(s) of Knowledge |
|---|---|---|
| Corporate Representative(s) of Samsung entities | | Knowledge regarding modifications they make to the open-source Android code in the products accused of infringement in the Eastern District of Texas Action, the hardware components used in the products accused of infringement in the Eastern District of Texas Action, number of products accused of infringement in the Eastern District of Texas Action sold in the U.S. and revenues thereon, and/or any other fact or issue within the scope of the complaint. |
| Corporate Representative(s) of Google, Inc. | | Knowledge regarding modifications they make to the open-source Android code in the products accused of infringement in the Eastern District of Texas Action, the hardware components used in the products accused of infringement in the Eastern District of Texas Action, number of products accused of infringement in the Eastern District of Texas Action sold in the U.S. and revenues thereon, and/or any other fact or issue within the scope of the complaint. |

Rockstar and MobileStar also counter-designate those witnesses identified in Google's initial disclosures and subsequent disclosures. In addition, Rockstar and MobileStar identify the document custodians for Google and the individuals identified in Google's Initial Disclosures as persons with knowledge of relevant facts. Rockstar and MobileStar will supplement its disclosures, as

McKool 1001254v1

appropriate, in accordance with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Docket Control Order.

## II.    DOCUMENTS AND TANGIBLE THINGS

Rockstar and MobileStar will produce documents pursuant to Case Management Order, E-Discovery Order and the Local Rules.  By way of example only, Rockstar and MobileStar may rely upon:

      a.      The patents in suit;

      b.      The file history of the patents in suit;

      c.      Documents related to the conception and reduction to practice the patents in suit;

      d.      Documents related to the ownership of the patents in suit;

      e.      Documents related to the validity of the patents in suit; and

      f.      Documents related to Google's infringement of the patents in suit.

## III.    COMPUTATION OF DAMAGES CLAIMED BY ROCKSTAR AND MOBILESTAR

Rockstar and MobileStar have not pled any damages at this point in the litigation. Defendants reserve the right to amend disclosures at the appropriate time once Defendants have filed an answer.

## IV.    INDEMNITY AND INSURING AGREEMENTS

Rockstar and MobileStar are not aware of any indemnity and insuring agreement under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

McKool 1001254v1

1  Dated June 25, 2014.                    Respectfully submitted,

2

3                                          By: */s/ Courtland Reichman* _____
                                               Courtland L. Reichman (SBN 268873)
4                                              McKool Smith Hennigan, P.C.
                                               255 Shoreline Drive Suite 510
5                                              Redwood Shores, CA 94065
                                               (650) 394-1400
6                                              (650) 394-1422 (facsimile)

7
                                               Mike McKool (Admitted Pro Hac Vice)
8                                              mmckool@mckoolsmith.com
                                               Douglas A. Cawley (Admitted Pro Hac Vice)
9                                              dcawley@mckoolsmith.com
                                               Ted Stevenson III (Admitted Pro Hac Vice)
10                                             tstevenson@mckoolsmith.com
                                               David Sochia (Admitted Pro Hac Vice)
11                                             dsochia@mckoolsmith.com
                                               McKool Smith, P.C.
12                                             300 Crescent Court Suite 1500
                                               Dallas, TX 75201
13                                             (214) 978-4000
                                               (214) 978-4044 (facsimile)
14
15                                             **ATTORNEYS FOR DEFENDANTS
                                               ROCKSTAR CONSORTIUM U.S. LP AND
16                                             MOBILESTAR TECHNOLOGIES LLC**

17

18

19

20

21

22

23

24

25

26

27

28

McKool 1001254v1

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on June 25, 2014, I caused the within and foregoing **DEFENDANTS'**

3 **AMENDED INITIAL DISCLOSURES** to be e-emailed to counsel of record for Google, Inc.

4

5                          Signed:      _/s/ Ted Stevenson III_
                                         An Employee of McKool Smith, PC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKool 1001254v1