# EXHIBIT 28

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 | FAX (415) 875-6700

October 10, 2014

VIA ELECTRONIC MAIL

Joshua W. Budwin
McKool Smith, PC
300 W. 6th Street, Suite 1700
Austin, Texas 78701
rockstar_ndca@mckoolsmith.com

Re:    Google Inc. v. Rockstar Consortium US LP, Case No. 13-5933 (N.D. Cal.)

Dear Mr. Budwin:

I write in response to your email of Monday, October 6, regarding my letter of Friday, September 26, 2014 in the above-captioned case. As I explained in my letter, on September 9, 2014, Rockstar Bidco LP, Rockstar Bidco GP LLC, and Rockstar Consortium LLC represented that "Nortel maintained an Electronic Data Room (EDR) of all of the Nortel documents relating to the auctioned Nortel patents" and that this "EDR comprises 26 GBs of data spread across nine (9) individual DVDs." Rockstar Bidco LP, Rockstar Bidco GP LLC, and Rockstar Consortium LLC further represented that at some point in time which remains unclear they "turned the Nortel EDR over to the Rockstar Consortium US LP," "will not be re-producing any responsive documents in the Nortel EDR," and insist that to the extent Google wants any of those documents "it should get them from Rockstar Consortium US LP." Given these circumstances, I asked you to confirm whether Rockstar has produced 100 percent of the "26 GBs of data spread across nine (9) individual DVDs" comprising the Electronic Data Room for the Nortel auction that Rockstar received from Rockstar Bidco LP, Rockstar Bidco GP LLC, and Rockstar Consortium LLC, and identify the corresponding date(s) of production and Bates ranges for those documents.

We did not receive any response until October 6, when you wrote: "Consistent with the provisions of the relevant ESI Order, we believe that the relevant, non-privileged documentation that you have requested has now been produced in both cases." Your carefully-worded response, however, does not answer the questions in my letter of Friday, September 26. Therefore, we

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

Joshua Budwin
October 10, 2014
Page 2

again request that Rockstar confirm whether or not it has produced 100 percent of the "26 GBs of data spread across nine (9) individual DVDs" comprising the Electronic Data Room for the Nortel auction that Rockstar received from Rockstar Bidco LP, Rockstar Bidco GP LLC, and Rockstar Consortium LLC.  If not, please confirm exactly which documents you are withholding and the bases for doing so, including whether you are asserting any claim of privilege over any of the documents.  In addition, to the extent Rockstar has produced any of these materials, please identify the corresponding date(s) and Bates ranges of those productions.

Thank you for your continued time and courtesy in this matter.

Very truly yours,

/s
Kristin J. Madigan