# EXHIBIT 29

# Matthew Cannon

| | |
|---|---|
| **From:** | Josh Budwin [jbudwin@McKoolSmith.com] |
| **Sent:** | Thursday, October 16, 2014 11:22 AM |
| **To:** | Kristin Madigan; Rockstar_NDCA |
| **Cc:** | Quinn-Google-N.D. Cal.-13-05933 |
| **Subject:** | RE: Google Inc. v. Rockstar Consortium US LP, Case No. 13-5933 (N.D. Cal.) |

Kristin –

I've already responded to your prior correspondence on this issue and our position has not changed. We believe and have endeavored to produce these documents. We believe in good faith that they have been produced, but if we become aware of additional documents, we will of course produce them. At this time, we are not aware of any unproduced documents within the scope of your request.

I trust this resolves your concern, but if not, please let me know. Thank you.

---

**From:** Kristin Madigan [mailto:kristinmadigan@quinnemanuel.com]
**Sent:** Thursday, October 16, 2014 11:47 AM
**To:** Rockstar_NDCA
**Cc:** Quinn-Google-N.D. Cal.-13-05933
**Subject:** RE: Google Inc. v. Rockstar Consortium US LP, Case No. 13-5933 (N.D. Cal.)

Josh:

When can we expect a response to my letter of Friday, October 10?

Best Regards,
Kristin

**Kristin Madigan**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6324 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
kristinmadigan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Kristin Madigan
**Sent:** Friday, October 10, 2014 10:00 AM
**To:** 'Rockstar_NDCA'
**Cc:** Quinn-Google-N.D. Cal.-13-05933
**Subject:** Google Inc. v. Rockstar Consortium US LP, Case No. 13-5933 (N.D. Cal.)

Counsel:

Attached please find a letter from me to Joshua Budwin. Please let me know if you do not receive this attachment in

1

good order.

Best Regards,
Kristin

**Kristin Madigan**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6324 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
[kristinmadigan@quinnemanuel.com](kristinmadigan@quinnemanuel.com)
[www.quinnemanuel.com](www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.