Form 210B (12/09)

# United States Bankruptcy Court

_____ District Of __Delaware_____

In re _Nortel Networks, Inc._____,    Case No. _09-10138_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _392_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _2/13/09_ (date).

| Monarch Master Funding Ltd. | Coface North America Insurance Co. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o Monarch Alternative Capital LP | 50 Millstone Road, Bldg. 100, Ste. 360 |
| 535 Madison Avenue, 26th Floor | East Windsor, New Jersey 08520 |
| New York, NY 10022 | Attn: Michael Harasek |
| Attn: Michael Gillin | |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                          **CLERK OF THE COURT**

EVIDENCE OF TRANSFER OF CLAIM

Monarch Master Funding LTD (the ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Coface North America Insurance Company, with a mailing address of 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520, Attn: Michael Harasek, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 392 against Nortel Networks Inc. (the "Claim") in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the ____ day of _____ 2014.

**ASSIGNEE:**

COFACE NORTH AMERICA INSURANCE COMPANY

By: _____
Name: MICHAEL S. HARASEK
Title: VP

**ASSIGNOR:**

MONARCH MASTER FUNDING LTD

By: Monarch Alternative Capital LP
Its: Advisor


By: _____
Name:
Title:

229-2259A

**EVIDENCE OF TRANSFER OF CLAIM**

Monarch Master Funding LTD (the ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Coface North America Insurance Company, with a mailing address of 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520, Attn: Michael Harasek, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 392 against Nortel Networks Inc. (the "Claim") in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the ____ day of _____ 2014.

| ASSIGNEE: | ASSIGNOR: |
|---|---|
| COFACE NORTH AMERICA INSURANCE COMPANY | MONARCH MASTER FUNDING LTD |
| | By: Monarch Alternative Capital LP |
| | Its: Advisor |
| By:_____ | By:_____ |
| Name: | Name: Christopher Santana |
| Title: | Title: Managing Principal |

229-2259A

6