Form 210B (12/09)

# United States Bankruptcy Court

_____ District Of  Delaware_____

In re  Nortel Networks, Inc._____,    Case No.  09-10138_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7076[1] (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on  2/5/10  (date).

| | |
|---|---|
| Monarch Master Funding Ltd. | Coface North America Insurance Co. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o Monarch Alternative Capital LP | 50 Millstone Road, Bldg. 100, Ste. 360 |
| 535 Madison Avenue, 26th Floor | East Windsor, New Jersey 08520 |
| New York, NY 10022 | Attn: Michael Harasek |
| Attn: Michael Gillin | |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                          _____
                                                                              **CLERK OF THE COURT**

---

[1] Claim number 7076 replaces claim number 6820 which was filed against the incorrect debtor.

## EVIDENCE OF TRANSFER OF CLAIM

Monarch Master Funding LTD (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Coface North America Insurance Company, with a mailing address of 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520, Attn: Michael Harasek, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative priority claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 7076[2] against Nortel Networks Inc. (the "Claim") in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 or any other court with jurisdiction.

      Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the ____ day of _____ 2014.

**ASSIGNEE:**

**COFACE NORTH AMERICA INSURANCE COMPANY**

By: _/s/ Michael S. Harasek_
Name: MICHAEL S. HARASEK
Title: VP

**ASSIGNOR:**

**MONARCH MASTER FUNDING LTD**

By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:
Title:

---

[2] Proof of claim number 7076 replaced proof of claim 6820 which was filed against the incorrect debtor in the bankruptcy case.

229-2259A

7

## EVIDENCE OF TRANSFER OF CLAIM

Monarch Master Funding LTD (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Coface North America Insurance Company, with a mailing address of 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520, Attn:  Michael Harasek,  its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative priority claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code)  in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 7076[2] against Nortel Networks Inc. (the "Claim") in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.  All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the ____ day of _____ 2014.

**ASSIGNEE:**

**COFACE NORTH AMERICA INSURANCE COMPANY**

By:_____
Name:
Title:

**ASSIGNOR:**

**MONARCH MASTER FUNDING LTD**

By: Monarch Alternative Capital LP
Its: Advisor

By:_____
Name: Christopher Santana
Title: Managing Principal

---

[2] Proof of claim number 7076 replaced proof of claim 6820 which was filed against the incorrect debtor in the bankruptcy case.

229-2259A

7