# Exhibit B

NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD SEPTEMBER 1, 2014  THROUGH SEPTEMBER 30, 2014

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
|      |             |           |             | -      |