IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14621-14622** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                       ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Kimberly Murray
                                                              Kimberly Murray

Sworn to before me this
23rd day of October, 2014

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20 18

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: MONARCH MASTER FUNDING LTD
C/O MONARCH ALTERNATIVE CAPITAL LP
MICHAEL GILLIN
535 MADISON AVE, 26TH FLOOR
NEW YORK NY 10022

MONARCH MASTER FUNDING LTD
TRANSFEROR: RIVERSIDE CLAIMS LLC
C/O MONARCH ALTERNATIVE CAPITAL LP
535 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 392 in the above referenced case and in the amount of $479,290.00 has been transferred (unless previously expunged by court order) to:

COFACE NORTH AMERICA INSURANCE CO.
TRANSFEROR: MONARCH MASTER FUNDING LTD
ATTN: MICHAEL HARASEK
50 MILLSTONE ROAD, BLDG. 100, STE. 360
EAST WINDSOR, NJ 08520

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14621 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/23/2014

David D. Bird, Clerk of Court

/s/ Kimberly Murray
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 23, 2014.

# EXHIBIT B

```
TIME: 15:35:58                                    NORTEL NETWORKS INC.
DATE: 10/23/14                                     CREDITOR LISTING                                    PAGE:  1

Name                                    Address
COFACE NORTH AMERICA INSURANCE CO.      TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: MICHAEL HARASEK 50 MILLSTONE ROAD, BLDG. 100, STE. 360 EAST WINDSOR NJ 08520
MONARCH MASTER FUNDING LTD              C/O MONARCH ALTERNATIVE CAPITAL LP MICHAEL GILLIN 535 MADISON AVE, 26TH FLOOR NEW YORK NY 10022
MONARCH MASTER FUNDING LTD              TRANSFEROR: RIVERSIDE CLAIMS LLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022

Total Number of Records Printed        3
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006