IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138(KG)
: Jointly Administered
    Debtors. :
:
: Hearing Date: TBD
: Objections Due: Nov. 17, 2014 at 4:00 p.m. (ET)
----------------------------------------------------------------x

## NOTICE OF DEBTORS' AMENDED[2] MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 363 FOR ENTRY OF AN ORDER APPROVING THE SHARING OF COSTS RELATED TO THIRD-PARTY DISCOVERY

PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed the attached **Debtors' Amended Motion Pursuant to 11 U.S.C. §§ 105 and 363 for Entry of an Order Approving the Sharing of Costs Related to Third-Party Discovery** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 17, 2014 at 4:00 PM (ET)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] This amended Motion does not substantively change the initial Motion [D.I. 14478]. It amends the signature block. Debtors will request that the amended Motion be heard jointly before the U.S. and Canadian Courts at a date to be determined.

29484745.1
8332674 v1

   PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON A DATE TO BE DETERMINED BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801 AND BEFORE THE HONOURABLE JUSTICE FRANK J. C. NEWBOULD AT THE ONTARIO SUPERIOR COURT OF JUSTICE, 330 UNIVERSITY AVENUE, TORONTO, ONTARIO M5G 1R7.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.

Dated:  October 23, 2014

        CROWELL & MORING LLP
        Mark D. Plevin (admitted *pro hac vice*)
        Mark S. Supko (admitted *pro hac vice*)
        James J. Regan
        Matthew W. Cheney
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone:  (202) 624-2500
        Facsimile:  (202) 628-5116

          – and –

        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

        */s/ Jennifer R. Hoover*
        Jennifer R. Hoover (No. 5111)
        Michael J. Barrie (No. 4684)
        222 Delaware Ave., Suite 801
        Wilmington, Delaware  19801
        Telephone:  (302) 442-7010
        Facsimile:  (302) 442-7012

        *Counsel for Debtors and Debtors in Possession*