# GROUP EXHIBIT B

**Nortel Networks, Inc.**
**Credit Monetization**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Credit Monetizaton | Cooper,Matthew Scott (US013469100) | Senior Manager | Review of SOL NOL emails . | 7/17/2014 | $565.00 | 0.3 | $170 |
| Credit Monetizaton | Cooper,Matthew Scott (US013469100) | Senior Manager | Begin review of SOL issues and discussion of issues with John Morris and Mark Mesler | 7/21/2014 | $565.00 | 0.4 | $226 |
| Credit Monetizaton | Cooper,Matthew Scott (US013469100) | Senior Manager | Complete review of SOL issues and discussion of issues with John Morris and Mark Mesler | 7/22/2014 | $565.00 | 0.5 | $283 |
| | | | | **Totals** | | **1.2** | **$678** |

**Nortel Networks, Inc.**
**Employment Tax**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Employment Tax | Lowery,Kristie L (US011686190) | Partner | Follow up on plans for reporting for payment | 7/23/2014 | $650.00 | 1.2 | $780 |
| Employment Tax | Lowery,Kristie L (US011686190) | Partner | Discussed with Debbie Spyker (EY) the obligations associated with the plans and different issues dependent on the specifics of the plan(s) and how we needed to follow up to get plan documentation from David Cozart and Tim Ross because of the various employment tax implications | 7/31/2014 | $650.00 | 1.0 | $650 |
| Employment Tax | Fultz,Richard Donald (US013219834) | National Executive Director | Review email traffic regarding closing agreement issue and discuss with Matthew Cooper. | 7/17/2014 | $700.00 | 0.4 | $280 |
| | $1,710 | | | **Totals** | | **2.6** | **$1,710** |

**Nortel Networks, Inc.**
**IRS Ruling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Document open technical positions on DOF raised in call with Cleary and provide document to Richard Lydecker. | 7/18/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Discuss status of related open matters with Tim Ross and Doug Abbott. | 7/18/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Complete a model of potential cross charges to DOF from NNI. | 7/31/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Discuss DOF model of potential cross charges with Jim Scott and Doug Abbott. | 7/31/2014 | $650.00 | 0.2 | $130 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Model of potential net taxable income of DOF | 7/18/2014 | $650.00 | 1.4 | $910 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Review of state tax models relating to assumed deduction timing | 7/18/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference call with Cleary and Mike Kennedy on DOF funding and follow-up. | 7/25/2014 | $650.00 | 1.6 | $1,040 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Part II IRS ruling review | 7/28/2014 | $650.00 | 1.1 | $715 |
|  |  |  |  | Totals | | 315.2 | $203,465 |

**Nortel Networks, Inc.**
**Modeling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Research on income accrual conditions in cases involving unsettled litigation. | 7/11/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review income recognition memorandum and related cites. | 7/11/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review state modeling output and complete variance summary to prior iterations | 7/16/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Andrew Williams on income recognition timing. Includes meeting prep. | 7/22/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Compile various historic documents and transfer to Tim Powell applicable to his research on income recognition timing | 7/22/2014 | $650.00 | 1.1 | $ 715 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Research proceedures related to alternative dispute resolution options and review Rev. proc. 2001-22 in advance of call with Cleary. | 7/28/2014 | $650.00 | 1.8 | $ 1,170 |
| Modeling | Seitz,Jacob Philip (US012816350) | Manager | SALT Modeling for additional scenario for 2014 gain recognition | 7/15/2014 | $465.00 | 1.0 | $ 465 |
| Modeling | Scott,James E (US011119307) | Partner | State tax implications of 2010 bad debt deduction. | 7/8/2014 | $650.00 | 1.1 | $ 715 |
| Modeling | Scott,James E (US011119307) | Partner | (2015) Bad debt considerations CA | 7/10/2014 | $650.00 | 0.3 | $ 195 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | 2010 bad debt state impact discussion with Jim Scott | 7/8/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | 2010 bad debt california impact questions sent to Steve Danowitz | 7/8/2014 | $565.00 | 0.2 | $ 113 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review bad debt calculations | 7/8/2014 | $565.00 | 1.4 | $ 791 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review latest round of modeling numbers sent by Jeff Wood | 7/11/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review revised case 5a | 7/14/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review/update models | 7/15/2014 | $565.00 | 0.4 | $ 226 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Call with Forest Corwin to discuss modeling assistance needs | 7/15/2014 | $565.00 | 0.4 | $ 226 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Discussion with Jim Scott on updated modeling numbers | 7/16/2014 | $565.00 | 0.2 | $ 113 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review model numbers sent by Forest Corwin | 7/16/2014 | $565.00 | 0.8 | $ 452 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Revise model pursuant to Jim Scott's questions | 7/18/2014 | $565.00 | 1.5 | $ 848 |
| Modeling | Corwin,Forest (US013197127) | Staff | Prepared for data retention Detail Interest Reports for 27 states under 3 different scenarios | 7/15/2014 | $200.00 | 0.3 | $ 60 |
| Modeling | Corwin,Forest (US013197127) | Staff | Begin to create Detail Interest Liability Reports for 25 states under the Low Recovery Scenario | 7/15/2014 | $200.00 | 1.3 | $ 260 |
| Modeling | Corwin,Forest (US013197127) | Staff | Begin to create Detail Interest Liability Reports for 25 states under the Medium Recovery Scenario | 7/15/2014 | $200.00 | 1.3 | $ 260 |
| Modeling | Corwin,Forest (US013197127) | Staff | Begin to create Detail Interest Liability Reports for 27 states under the High Recovery Scenario | 7/15/2014 | $200.00 | 1.3 | $ 260 |
| Modeling | Corwin,Forest (US013197127) | Staff | Calculated interest Liability for 25 states under the Low Recovery Scenario | 7/15/2014 | $200.00 | 1.3 | $ 260 |
| Modeling | Corwin,Forest (US013197127) | Staff | Calculated interest Liability for 25 states under the Medium Recovery Scenario | 7/15/2014 | $200.00 | 1.3 | $ 260 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Modeling | Corwin,Forest (US013197127) | Staff | Calculated interest Liability for 27 states under the High Recovery Scenario | 7/15/2014 | $200.00 | 1.3 | $ 260 |
| Modeling | Corwin,Forest (US013197127) | Staff | Meeting with Matt Gentile about Nortel State Liability project | 7/15/2014 | $200.00 | 0.3 | $ 60 |
| Modeling | Corwin,Forest (US013197127) | Staff | Complete Detail Interest Liability Reports for 25 states under the Medium Recovery Scenario | 7/16/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Corwin,Forest (US013197127) | Staff | Complete Detail Interest Liability Reports for 27 states under the High Recovery Scenario | 7/16/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Corwin,Forest (US013197127) | Staff | Complete Detail Interest Liability Reports for 25 states under the Low Recovery Scenario | 7/16/2014 | $200.00 | 0.5 | $ 100 |
| | | | | **Totals** | | **25.6** | **$ 11,414** |

**Nortel Networks, Inc.**
**IRS Ruling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft cost benefit analysis narrative of DOF structure pursuant to request from Richard Lydecker. | 8/4/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Research rate differential to apply against DOF value. | 8/4/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Compute PV of contribution under various recovery ranges and incorporate materials into presentation deck. | 8/4/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft analysis of DOF expense offsets and projected TI and Tax under various recovery ranges, and ncorporate into presentation materials. | 8/4/2014 | $650.00 | 1.7 | $1,105 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Ford Williams, Tim Powell, and George Blaine on DOF and income recognition timing | 8/5/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Doug Abbott, Tim Powell, Ford Williams and Jim Scott on QSF disqualifying contributions and other DOF ruling related matters. Includes follow up correspondence. | 8/5/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Complete presentation on DOF cost / benefit analysis and submit to Richard Lydecker pursuant to deliverable request. | 8/5/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Model DOF expense load through wind-up. | 8/5/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting with David Cozart on elements of calculation | 8/5/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting with Tim Ross and David Cozart on DOF expense modeling | 8/5/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Compile facts on ICFSA in response to questions related to ruling request from Doug Abbott | 8/6/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review and provide comments on draft of income recognition memo drafted by EY National | 8/6/2014 | $650.00 | 1.1 | $715 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review supplemental submission and revised ruling request. | 8/6/2014 | $650.00 | 0.9 | $585 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Compile and review population of NNI claims to confirm compliance with ruling reps. Correspondence on same with Doug Abbott. | 8/6/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Update 2 part ruling request, supplemental submission document and income recognition research memorandum for Doug Abbott's comments and submit to Richard Lydecker. | 8/7/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Develop presentation materials for conference call with Cleary and John Ray. | 8/7/2014 | $650.00 | 2.0 | $1,300 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Finalize draft of DOF materials and submit to Richard Lydecker. in advance of meeting. | 8/7/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Doug Abbott, Ford Williams, and Jim Scott on DOF presentation materials | 8/7/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Revise DOF proposal deck for Richard Lydecker's comments and forward to meeting participants. | 8/8/2014 | $650.00 | 1.1 | $715 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Finalize and distribute DOF meeting materials. | 8/11/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Preparation for conference call with John Ray on DOF structure | 8/12/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Cleary, Chilmark and John Ray on DOF structure. Includes follow-up actions. | 8/12/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Prepare draft outline of materials for creditor presentation on DOF structure | 8/13/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Perform research to locate document forms from non-Nortel bankruptcy cases or other sources, including review of documents secured from Enron case. | 8/13/2014 | $650.00 | 1.8 | $1,170 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Cleary and Chilmark on DOF implementation issues | 8/13/2014 | $650.00 | 1.1 | $715 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft outline for creditor presentations on DOF structure. | 8/14/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Develop decision tree and related exhibits for discussions with Richard Lydecker and EY executive team on DOF implementation steps and creditor communications. | 8/14/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft DOF proposal outline for meetings with Richard Lydecker. | 8/18/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft matrix of DOF structure impact on NNI and DOF including analysis of changes in estimates in subsequent periods | 8/18/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Recalculate DOF TI due to revisions and incorporate results in presentation materials. | 8/18/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Revise calculated contribution values for changes in deduction percentages | 8/18/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Communications with Tim Ross on perjury statement for ruling. Submit same to Glenn Carrington for IRS submission. | 8/20/2014 | $650.00 | 0.3 | $195 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review and update creditor DOF presentation materials. | 8/21/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft narrative portion of DOF creditor presentation materials. | 8/26/2014 | $650.00 | 1.8 | $1,170 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review supplemental DOF documents with Tim Ross and forward executed documents to EY National | 8/29/2014 | $650.00 | 0.6 | $390 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Research related to all events test as it relates to both income recognition and DOF deduction. | 8/4/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Conference call with Jeff Wood, Doug Abbott, Jim Scott and Tim Powell related to DOF ruling request. | 8/5/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Prepare summary of research related to all events test and application to income recognition and DOF. | 8/5/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Review memo prepared by George Blaine and Paul Tippetts. | 8/5/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Prepare for conference calls related to income and DOF and DOF ruling request. | 8/5/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Conference call with Tim Powell and George Blaine to discuss all events test. | 8/5/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Review Paul Tippetts research related to comparison of Open Transaction and All Events Test authorities. | 8/6/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Review draft DOF presentation. | 8/7/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Prepare for conference calls related to DOF funding, DOF presentation, and PLR submission. | 8/7/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Begin work on outline of summarized primary and back up filing positions. | 8/7/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Follow up conference call with Jim Scott, Jeff Wood, and Doug Abbott regarding deduction to DOF and draft presentation material. | 8/7/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Conference call with George Blaine and Tim Powell related to time for deduction of contribution to DOF.  All Events. | 8/7/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Initial conference call with Jim Scott, Doug Abbott, and Jeff Wood to discuss timiing for deduction relate to contribution to DOF and draft presentation. | 8/7/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Follow up conference call with Richard Lydecker, Jeff Wood, and Doug Abbott related to revised presentation deck for DOF. | 8/8/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Conference call with Richard Lydecker, Doug Abbott, Jeff Wood and Andy Beakey related to draft presentation for DOF funding and benefits of DOF. | 8/8/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Review draft presentation material to prepare for conference calls. | 8/8/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Review DOF ruling 2-part redline version, and prepare brief summary of primary and back up filing positions. | 8/8/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Conference call with Jeff Wood, William McRae, and Richard Lydecker related to tax mitigation strategies and DOF implementation timeline. | 8/12/2014 | $650.00 | 1.0 | $650 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Conference call with Richard Lydecker, Jeff Wood, and Doug Abbott to discuss DOF and Nortel tax return review schedule. Follow up on trust questions with Doug Abbott after the conference call. | 8/15/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Conference call with Richard Lydecker, Doug Abbott, Jim Scott, Andy Beakey and Jeff Wood. Discussed items for upcoming meeting in Houston related to Nortel returns, DOF, and planning. | 8/25/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Ruling meeting follow-up call with Jeff Wood | 8/7/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Ruling meeting call with Jeff Wood, Glenn Carrington, Doug Abbott and Ford Williams. | 8/7/2014 | $650.00 | 1.6 | $1,040 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Review DOF open threads document. | 8/4/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Review Tim Powell response. | 8/4/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Review of federal ruling documents | 8/5/2014 | $650.00 | 0.6 | $390 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference call with Doug Abbott, Tim Powell, Ford Williams and Jeff Wood on QSF disqualifying contributions and other DOF ruling related matters. | 8/5/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Prep for and participation in conference call related to DOF Federal 2014 with Jeff Wood, William McRae, Richard Lydecker, Cleary, Chilmark and John Ray. | 8/12/2014 | $650.00 | 2.1 | $1,365 |
| IRS Ruling | Scott,James E (US011119307) | Partner | DOF implementation conference call with Cleary and Chilmark regarding exposure and follow-up call with Jeff Wood. | 8/13/2014 | $650.00 | 1.3 | $845 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Review DOF implementation. | 8/14/2014 | $650.00 | 1.6 | $1,040 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Meeting with Glenn Carrington and Tim Powell to discuss Cleary's comments on two-part | 8/4/2014 | $700.00 | 1.2 | $840 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Draft e-mail response to Doug Abbott's comment on 2 part | 8/4/2014 | $700.00 | 0.8 | $560 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Review and provide comments on edits to 2-part | 8/5/2014 | $700.00 | 1.2 | $840 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Discussions wtih Tim Powell regarding 2-part | 8/5/2014 | $700.00 | 0.4 | $280 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Review draft of supplemental submission and 2-part incorporating most recent comments | 8/8/2014 | $700.00 | 0.6 | $420 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Drafting email responses to question on the 2 part and the supplemental submission | 8/4/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Prepping the supplemental submission | 8/4/2014 | $465.00 | 2.5 | $1,163 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Researching potential QSF implications on DOF ruling | 8/4/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Revising the 2 part | 8/4/2014 | $465.00 | 2.5 | $1,163 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Meeting with Glenn Carrington and Amy Sargent to discuss Cleary's comments on the draft 2-part | 8/4/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Call with Jeff Wood, Doug Abbott and Ford Williams to discuss QSF type liabilities potentially being resolved by Fund and the impact on the DOF ruling | 8/5/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Drafting email to internal EY group discussing QSF findings/implications on ruling | 8/5/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Researching potential QSF implications on DOF ruling (i.e., using the DOF to potentially resolve QSF type liabilities) | 8/5/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Call with George Blaine, Ford Williams and Jeff Wood to discuss income recognition memo | 8/5/2014 | $465.00 | 1.3 | $605 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Drafting email to Jeff Wood with question regarding release of escrows | 8/5/2014 | $465.00 | 0.2 | $93 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Discussing internal EY questions on 2-part with Glenn Carrington and responding to related emails | 8/6/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Income recognition memo research | 8/6/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Drafting Nortel Income recognition memo | 8/6/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Begin revising Nortel Income recognition memo | 8/6/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Time spent revising the 2 part further | 8/7/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Discussion with Ford Williams regarding timing of DOF contribution given income recognition timing | 8/7/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Prepping the supplemental submission | 8/7/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Further revising Nortel Income recognition memo | 8/7/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Responding to 2-part related emails | 8/7/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Additional time spent prepping the supplemental submission | 8/8/2014 | $465.00 | 2.5 | $1,163 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Additional time spent revising the 2 part | 8/8/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | 2 part filing with IRS | 8/11/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Adjusting 2-part and sending it to the IRS per their request | 8/18/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Drafting of the penalties and purgery statement and emails to obtain signature | 8/20/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Call with Glenn Carrington and IRS agents to discuss 2 part | 8/26/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Prep of supplemental submission II and email to group | 8/26/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Email to IRS with final supplemental II and P of P statement | 8/28/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Mesler,Mark S. (US011706071) | Partner | Preparation for and participation in EY status call to discuss IRS update and letter ruling request. | 8/11/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Creech,Catherine Lynn (US012735388) | Partner | Consult with Glenn Carrington regarding character of PBGC premiums. | 8/25/2014 | $650.00 | 0.5 | $325 |

| Category | Name | Title | Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Creech,Catherine Lynn (US012735388) | Partner | Review statutory rules for PBGC premium and payment liabilities; discuss this with Glenn Carrington for call with IRS regarding ruling request. | 8/26/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review of two part and Bill McRae's comments | 8/4/2014 | $700.00 | 4.5 | $3,150 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review and response to Doug Abbott comments on Two part memo | 8/4/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Drafted language for two part for to take into account non qualifying loss | 8/5/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review memo rocognition of Gain | 8/5/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review income recognition research | 8/6/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review memo on income recognition | 8/6/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Two part memo - review of edits | 8/6/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review and research on supplemental submission | 8/6/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Conversation with Cleary on memos and timing | 8/6/2014 | $700.00 | 0.5 | $350 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review of two part and supplemental comments from cleary | 8/7/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review of edits to documents | 8/7/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Call with Jeff Wood, Doug Abbbott, Jim Scott, Bill McRae, and Corey Goodman on supplemental and two part | 8/7/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Final review of Submission to IRS | 8/11/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | IRS and submission of ruling | 8/13/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Final review of Submission to IRS and submission of docs | 8/15/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Finalizing two part memo | 8/18/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with government on issue contained in two part | 8/19/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with government on ruling | 8/20/2014 | $700.00 | 2.0 | $1,400 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Nortel - Finalizing two part memo, calls with GOv't on issue contained in two part | 8/21/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Documentation on Nortel ruling | 8/22/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Redrafting draft memo to distinguish law firm's "open transactions" theory. | 8/4/2014 | $700.00 | 3.8 | $2,660 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Met with Glenn Carrington and Tim Powell to agree on changes to draft memo. | 8/5/2014 | $700.00 | 1.2 | $840 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Revised memo and had Glenn Carrington review. | 8/5/2014 | $700.00 | 4.9 | $3,430 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Call with Practice Team including Ford Williams, Tim Powell and Jeff Wood | 8/5/2014 | $700.00 | 1.2 | $840 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Made changes to memo per Glenn Carrington. | 8/6/2014 | $700.00 | 0.8 | $560 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Made changes in memo suggested by Doug Abbott and Jeff Wood. | 8/6/2014 | $700.00 | 0.3 | $210 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Call with Practice Office including Ford Williams and Tim Powell | 8/7/2014 | $700.00 | 0.9 | $630 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Analyzing whether client can "fund" to DOF before it receives settlement preceeds with Tim Powell | 8/7/2014 | $700.00 | 1.9 | $1,330 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Conference call with Cleary (attorneys) and RLKS to discuss DOF structure and operations after it is setup | 8/13/2014 | $650.00 | 1.4 | $910 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Cconference with Cleary and Chilmark to discuss funding of DOF and tax implications of the funding | 8/14/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research on distinction between 166 and 404 on timing of deductibility for DOF purposes | 8/4/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research application of DOF rules to tort and breach of contract claims | 8/4/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research on application of all events test to income recognition | 8/5/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research on deductibility timing consistent with income recognition on contribution to the DOF | 8/5/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review and comments on all events test memo | 8/6/2014 | $650.00 | 2.0 | $1,300 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review and comments on ruling submission 2 part | 8/6/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review and comments on supplemental submission | 8/6/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of discount mechanics and loss carryforward for DOF income recognition. | 8/7/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review and comments on executive summary for John Ray meeting | 8/7/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research on administrative expense deductibility for DOF | 8/7/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review revised deck and discuss comments with Richard Lydecker | 8/8/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Call with Richard Lydecker to discuss weekly update status | 8/8/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of DOF deck to be used on John Ray Wednesday call | 8/12/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Preparation and participation in John Ray call to discuss DOF deck | 8/13/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research on 404 application to DOF funding timing matter | 8/14/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review on revised deck and decision chat analysis for creditors meeting | 8/15/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research on mechanics of DOF tax conpliance | 8/19/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Update of DOF ruling procedure | 8/21/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Status update call with Richard Lydecker | 8/25/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review revised 2 part for IRS request | 8/27/2014 | $650.00 | 2.0 | $1,300 |
| | | | | **Totals** | | 199.4 | $126,493 |

**Nortel Networks, Inc.**
**Pre-Controversy TP**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Pre-Controversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Review U.S. post trial brief and forward to Miller Williams and Mark Mesler prior to discussions on Sec. 311(b) analysis. | 8/26/2014 | $650.00 | 1.4 | $910 |
| Pre-Controversy TP | Mesler,Mark S. (US011706071) | Partner | Preparation for and participation in EY team status call to report on controversy issues | 8/25/2014 | $650.00 | 1.0 | $650 |
| | $1,560 | | | **Totals** | | **2.4** | **$1,560** |

**Nortel Networks, Inc.**
**Modeling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Young,Suzanne N (US012516259) | Manager | Run 16 new models in BNA | 8/21/2014 | $465.00 | 2.0 | $ 930 |
| Modeling | Young,Suzanne N (US012516259) | Manager | Update Excel summary sheet for 16 new BNA models | 8/21/2014 | $465.00 | 1.0 | $ 465 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Refomat model for changed assumptions. | 8/6/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence on model iteration assumptions. | 8/6/2014 | $650.00 | 1.3 | $ 845 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Model recut for altered assumptions, and incorporate change in variable assumptions into discussion materials | 8/7/2014 | $650.00 | 1.2 | $ 780 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Update tax model for revised tax balance sheet variables and incorporate unwind iterations. | 8/19/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Update tax models for revisions to 2013 return, tax balance sheet profile and other revisions. | 8/20/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Calculate revised TI estimates under 5 separate scenarios. | 8/20/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Finalize modeled tax cases and communicate to Matt Gentile and Suzanne Young. Includes related correspondence. | 8/21/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Update output model files to incorporate revised reserve comps and submit to Matt Gentile. | 8/22/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review federal model output and provide a summary of tax deficiencies and assumptions to Angela Spencer. Subsequent correspondence on same. | 8/22/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review modeling output for federal calculations. Modify output for migration in tax risk adjustment and incorporate revised values into model template. Set up model to calculate adjustments to interest and penalty calculations. | 8/25/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review penalty and interest computations provided by Angela Spencer. | 8/26/2014 | $650.00 | 0.8 | $ 520 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Modify certain case output for changes in application of risk element in case 1a. Input final P&I values into model. | 8/26/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Finalize and inport TI, B/S unwind and cash flow materials into modeling presentation deck. Map case slides to output summary. | 8/26/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Complete state elements of modeling output and incorporate into exhibits | 8/29/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Complete bridge from current model to April 11 presentation. | 8/29/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Update federal computations and incorporate adjustments for model variances. Complete all related presentation documents | 8/29/2014 | $650.00 | 1.8 | $ 1,170 |
| Modeling | Tippetts,Paul Harrison (US013408586) | Senior | Nortel Income Recog | 8/5/2014 | $335.00 | 2.0 | $ 670 |
| Modeling | Tippetts,Paul Harrison (US013408586) | Senior | Case law research | 8/6/2014 | $335.00 | 2.5 | $ 838 |
| Modeling | Tippetts,Paul Harrison (US013408586) | Senior | Applying applicable cases | 8/6/2014 | $335.00 | 2.5 | $ 838 |
| Modeling | Tippetts,Paul Harrison (US013408586) | Senior | Compose summary of findings | 8/7/2014 | $335.00 | 2.0 | $ 670 |
| Modeling | Tippetts,Paul Harrison (US013408586) | Senior | Format findings into Excel | 8/7/2014 | $335.00 | 1.0 | $ 335 |

| Category | Name | Title | Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Modeling | Spencer,Angela K (US011555345) | Senior Manager | Assisted Jeff Wood with penalty comps | 8/25/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Spencer,Angela K (US011555345) | Senior Manager | Assisted Jeff Wood with interest comps | 8/26/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Seitz,Jacob Philip (US012816350) | Manager | SALT modeling - review data received and begin modeling scenarios | 8/22/2014 | $465.00 | 2.5 | $ 1,163 |
| Modeling | Seitz,Jacob Philip (US012816350) | Manager | SALT modeling - run scenarios 1a, 2a, 3a, 1b | 8/26/2014 | $465.00 | 2.0 | $ 930 |
| Modeling | Scott,James E (US011119307) | Partner | DOF implementation mtg. w/Matt Gentile re: CA and case review. | 8/14/2014 | $650.00 | 1.3 | $ 845 |
| Modeling | Scott,James E (US011119307) | Partner | CA treatment of all events for DOF implementation. | 8/25/2014 | $650.00 | 0.8 | $ 520 |
| Modeling | Scott,James E (US011119307) | Partner | Review of state tax calculation for revised scenario and meeting with Matt Gentile. | 8/27/2014 | $650.00 | 1.4 | $ 910 |
| Modeling | Khokhla,Vasyl (US013572185) | Staff | Meeting with Matt Gentile regarding the modeling project and state tax consequences | 8/25/2014 | $200.00 | 1.0 | $ 200 |
| Modeling | Khokhla,Vasyl (US013572185) | Staff | State tax consequences (3 scenarios) modeling - Case 1b | 8/26/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Khokhla,Vasyl (US013572185) | Staff | State tax consequences (3 scenarios) modeling - Case 2b | 8/26/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Follow-up discussion with Jim Scott on latest round of modeling | 8/13/2014 | $565.00 | 0.3 | $ 170 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Discussion with Jim Scott on California issues related to DOF funding | 8/14/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review latest round of modeling | 8/21/2014 | $565.00 | 0.8 | $ 452 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review new numbers sent by Jeff Wood | 8/22/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Send scenario information to Jacob Seitz | 8/22/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review prior models to determine ability to leverage | 8/22/2014 | $565.00 | 1.8 | $ 1,017 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review models sent from Jacob Seitz | 8/25/2014 | $565.00 | 0.2 | $ 113 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review models prepared by Jacob Seitz | 8/25/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Meeting with Antoinyce Eaton and Vasyl Khokhla to discuss modeling numbers | 8/25/2014 | $565.00 | 0.6 | $ 339 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Call with Steve Danowitz to discuss DOF ruling impact on California audit | 8/25/2014 | $565.00 | 0.6 | $ 339 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | review calculations for scenario 1a | 8/25/2014 | $565.00 | 1.1 | $ 622 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review calculations for scenarios 2a and 3a | 8/26/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review calculations for scenarios 1b and 1b | 8/26/2014 | $565.00 | 1.6 | $ 904 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review calculations for scenarios 3 | 8/26/2014 | $565.00 | 0.8 | $ 452 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Discussion with Jim Scott on modeling numbers | 8/27/2014 | $565.00 | 1.2 | $ 678 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Discussion with Jim Scott of cases 2a and 2b from the April modeling numbers | 8/28/2014 | $565.00 | 0.3 | $ 170 |
| Modeling | Ford,Narnina (US012440202) | Manager | Begin review of estimated comps for Angela Spencer | 8/25/2014 | $465.00 | 0.5 | $ 233 |
| Modeling | Ford,Narnina (US012440202) | Manager | Completed the review of the estimated comps and spreadsheet | 8/26/2014 | $465.00 | 1.5 | $ 698 |
| Modeling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Nortel state models - pulling data of state income to determine benefit of required reserve.  Scenario 1a. | 8/25/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Nortel state models - pulling data of state interest to determine benefit of required reserve.  Scenario 1a. | 8/25/2014 | $200.00 | 2.5 | $ 500 |
| Modeling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Nortel state models - Meeting with Matt Gentile and Vasyl Khokhla to discuss Nortel modeling and reserves. | 8/25/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Nortel state models - pulling data of state income to determine benefit of required reserve.  Scenario 3a. | 8/26/2014 | $200.00 | 2.5 | $ 500 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Modeling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Nortel state models - pulling data of state interest to determine benefit of required reserve.  Scenario 3. | 8/26/2014 | $200.00 | 1.0 | $ 200 |
| Modeling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Nortel state models - Combining summary file for all scenarios and models. | 8/26/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Danowitz,Steven M (US011409138) | Partner | Discussion of DOF with Matt Gentile | 8/25/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Clark,Kimberly R (US013556224) | Staff | Worked on case 2a - compiling of the tax numbers into one spreadsheet | 8/25/2014 | $200.00 | 1.0 | $ 200 |
| Modeling | Clark,Kimberly R (US013556224) | Staff | Worked on case 2a - prepared interest calculations based on three difference scenarios. | 8/26/2014 | $200.00 | 2.0 | $ 400 |
| | | | | **Totals** | | 86.4 | $ 41,835 |