**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x
: 
*In re*                                                        :        Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :        Case No. 09-10138(KG)
                                                               :        Jointly Administered
                                  Debtors.    :
                                                               :
                                                               :        **D.I. 14633**
                                                               :
-----------------------------------------------------------------x

**NOTICE OF REQUEST FOR JOINT HEARING PURSUANT TO SECTION 15 OF THE
CROSS-BORDER INSOLVENCY PROTOCOL WITH RESPECT TO THE DEBTORS'
AMENDED MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 363 FOR ENTRY OF AN
ORDER APPROVING THE SHARING OF COSTS RELATED TO
THIRD-PARTY DISCOVERY**

Nortel Networks, Inc. ("NNI") and certain affiliates, as debtors and debtors in possession

(collectively, the "Debtors") hereby file this request for a joint hearing in connection with the

*Debtors' Amended Motion Pursuant To 11 U.S.C. §§ 105 And 363 For Entry Of An Order*

*Approving The Sharing Of Costs Related To Third-Party Discovery* [D.I. 14633] (the "Motion")

The Debtors filed the Motion on October 23, 2014 for hearing on a date to be determined.

The Motion seeks entry of an order directing NNI, Nortel Networks Limited ("NNL") and Nortel

Networks UK Limited ("NNUK") (together the "Nortel Parties") to pay in equal shares all

reasonable and documented past and future costs incurred and/or paid by them in responding to

formal or informal third-party subpoenas or other disclosure and/or discovery requests seeking

---

[1]      Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

production of documents and/or testimony, whether from the Debtors, any other Nortel entity, or any current or former advisors or employees of such entities ("Third-Party Discovery Requests"), relating to the patent portfolio sold by the Debtors and other Nortel entities to Rockstar Bidco, LP ("Rockstar"), including but not limited to reasonable and documented attorneys' costs and fees and other out-of pocket expenses, that the Nortel Parties have incurred or will incur and/or pay associated with responding to or otherwise resulting from the Third-Party Discovery Requests, not including any such costs paid by the party making the Third-Party Discovery Request ("Discovery Costs") and including but not limited to the Debtors' costs in preparing the *Debtors' Motion For (A) An Order Enforcing And/Or Extending The Automatic Stay, (B) An Order Enforcing The Court's Prior Orders, (C) A Protective Order, And (D) Related Relief Under Section 105(A)* (the "Third-Party Subpoenas Motion") [D.I. 14476] and the Debtors' motion for a protective order filed in the Eastern District of Texas in response to a Third-Party Discovery Request.

In light of the relief requested, and pursuant to Section 15 of the Cross-Border Insolvency Protocol [Dkt. No. 990], the Debtors hereby request a joint hearing in connection with the Motion to be held at a date to be determined by this Court and the Ontario Court.

[Intentionally left blank]

Dated:  October 24, 2014
Wilmington, Delaware

CROWELL & MORING LLP
Mark D. Plevin (admitted *pro hac vice*)
Mark S. Supko (admitted *pro hac vice*)
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

– and –

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ Jennifer R. Hoover
Jennifer R. Hoover (No. 5111)
Michael J. Barrie (No.4684)
222 Delaware Ave., Suite 801
Wilmington, Delaware  19801
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012

*Counsel for Debtors and Debtors in Possession*