# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**September 1, 2014 - September 30, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Sep 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 2.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 5.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 250.0 |
| 15 | Travel | 23.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **280.0** |

**Summary of Services Rendered by Professional**

| Name | Sep 2014 Hours |
|---|---|
| Michael Kennedy, Member | 213.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 40.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 27.0 |
| James Elish, Analyst | - |
| **TOTAL** | **280.0** |

**Nortel Networks, Inc**
September 1, 2014 - September 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Sep 2014 Hours | Code |
|---|---|---|---|
| 9/1/2014 | Review RM Report | 1.0 | 1 |
| 9/1/2014 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 9/2/2014 | Prepare, review and discuss material re: allocation litigation | 6.0 | 14 |
| 9/3/2014 | Prepare, review and discuss material re: allocation litigation | 9.0 | 14 |
| 9/4/2014 | Prepare, review and discuss material re: allocation litigation | 10.0 | 14 |
| 9/5/2014 | Prepare, review and discuss material re: allocation litigation | 7.0 | 14 |
| 9/6/2014 | Prepare, review and discuss material re: allocation litigation | 3.0 | 14 |
| 9/7/2014 | Prepare, review and discuss material re: allocation litigation | 2.0 | 14 |
| 9/8/2014 | Prepare, review and discuss material re: allocation litigation | 7.0 | 14 |
| 9/8/2014 | Prepare, review and discuss material re: litigation | 10.0 | 14 |
| 9/9/2014 | Travel to New York | 4.0 | 15 |
| 9/9/2014 | Meetings and communication w/ Cleary & others re litigation and claims | 4.0 | 14 |
| 9/10/2014 | Prepare, review and discuss material re: litigation | 4.0 | 14 |
| 9/10/2014 | Meetings and communication w/ Cleary & others re litigation and claims | 10.0 | 14 |
| 9/11/2014 | Meetings and communication w/ Cleary & others re litigation and claims | 9.0 | 14 |
| 9/11/2014 | Travel to Chicago | 4.0 | 15 |
| 9/12/2014 | Meetings and communication w/ Cleary & others re litigation and claims | 4.0 | 14 |
| 9/15/2014 | Prepare, review and discuss material re: allocation litigation | 8.0 | 14 |
| 9/16/2014 | Travel to New York | 4.0 | 15 |
| 9/16/2014 | Prepare, review and discuss material re: allocation litigation | 7.0 | 14 |
| 9/17/2014 | Prepare, review and discuss material re: claims litigation | 5.0 | 7 |
| 9/17/2014 | Calls & communication with Cleary re: claims litigation | 3.0 | 14 |
| 9/18/2014 | Prepare, review and discuss material re: litigation | 6.0 | 14 |
| 9/18/2014 | Travel to Chicago | 3.0 | 15 |
| 9/19/2014 | Prepare, review and discuss material re: litigation | 7.0 | 14 |
| 9/20/2014 | Prepare, review and discuss material re: litigation | 6.0 | 14 |
| 9/21/2014 | Prepare, review and discuss material re: litigation | 3.0 | 14 |
| 9/21/2014 | Travel to Delaware | 4.0 | 15 |
| 9/22/2014 | Allocation litigation trial and communications with Cleary and management | 10.0 | 14 |
| 9/22/2014 | Prepare, review and discuss material re: litigation | 5.0 | 14 |
| 9/23/2014 | Allocation litigation trial and communications with Cleary and management | 10.0 | 14 |
| 9/23/2014 | Prepare, review and discuss material re: litigation | 3.0 | 14 |
| 9/23/2014 | Travel to Chicago | 4.0 | 15 |
| 9/24/2014 | Allocation litigation trial and communications with Cleary and management | 5.0 | 14 |
| 9/24/2014 | Prepare, review and discuss material re: litigation | 3.0 | 14 |
| 9/25/2014 | Allocation litigation trial and communications with Cleary and management | 3.0 | 14 |
| 9/26/2014 | Prepare, review and discuss material re: claims litigation | 5.0 | 14 |
| 9/29/2014 | Review RM Report | 1.0 | 1 |
| 9/29/2014 | Allocation litigation trial and communications with Cleary and management | 4.0 | 14 |
| 9/30/2014 | Prepare, review and discuss material re: claims litigation | 5.0 | 14 |
| **Sep 2014 Total** | | **213.0** | |

**Nortel Networks, Inc**
September 1, 2014 - September 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Sep 2014 Hours | Code |
|---|---|---:|---:|
| 9/4/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/5/2014 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 9/8/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 9/9/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 9/10/2014 | Calls, analysis and review re: Litigation matters and strategy | 9.0 | 14 |
| 9/11/2014 | Calls, analysis and review re: Litigation matters and strategy | 8.0 | 14 |
| 9/12/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/15/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/16/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/23/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/24/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/25/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/26/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/29/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Sep 2014 Total** | | **40.0** | |

**Nortel Networks, Inc**
September 1, 2014 - September 30, 2014 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Sep 2014 Hours | Code |
|---|---|---:|---:|
| 9/2/2014 | Research/analysis related to litigation matters | 2.0 | 14 |
| 9/8/2014 | Review of litigation-related documents | 3.0 | 14 |
| 9/17/2014 | Research/analysis related to litigation matters | 4.0 | 14 |
| 9/22/2014 | Followed trial proceedings remotely | 7.0 | 14 |
| 9/23/2014 | Followed trial proceedings remotely | 7.0 | 14 |
| 9/24/2014 | Followed trial proceedings remotely | 4.0 | 14 |
| | **Sep 2014 Total** | **27.0** | |