# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2014 Through September 30, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 9/9/14-9/10/14 | Flight to New York, NY | $ 919.77 |
| Mike Kennedy | 9/9/14-9/10/14 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 9/9/14-9/10/14 | Ground Transportation | $ 215.00 |
| Mike Kennedy | 9/9/14-9/10/14 | Breakfast | $ 10.00 |
| Mike Kennedy | 9/9/14-9/10/14 | Dinner | $ 30.95 |
| Mike Kennedy | 9/9/14-9/10/14 | Dinner | $ 25.00 |
| Mike Kennedy | 9/16/14-9/18/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 9/16/14-9/18/15 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 9/16/14-9/18/16 | Ground Transportation | $ 235.00 |
| Mike Kennedy | 9/16/14-9/18/17 | Breakfast | $ 15.00 |
| Mike Kennedy | 9/16/14-9/18/18 | Breakfast | $ 15.00 |
| Mike Kennedy | 9/16/14-9/18/19 | Dinner | $ 50.00 |
| Mike Kennedy | 9/21/14-9/23/14 | Flight to Delaware | $ 902.82 |
| Mike Kennedy | 9/21/14-9/23/15 | Ground Transportation | $ 205.64 |
| Mike Kennedy | 9/21/14-9/23/17 | Dinner | $ 33.23 |
| **Total Expenses** | | | **$ 5,154.74** |

Note:  All airfare is being charged at a coach class rate.