Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/25/14 | LMB | Prepare BFCA monthly fee application for November 2013 through June 2014 | 0.50 |
| 07/29/14 | JRH | Review fee application and coordinate with L. Behra regarding filing | 0.50 |
| 07/29/14 | LMB | Prepare and file BFCA monthly fee application for November 2013 through June 2014 | 0.70 |
| 08/28/14 | JRH | Conference call with L. Behra regarding quarterly fee application | 0.30 |
| 08/28/14 | LMB | Review docket regarding objections to BFCA monthly fee application regarding November 2013 through June 2014 | 0.10 |
| 08/28/14 | LMB | Prepare and file CNO regarding BFCA monthly fee application for November 2013 through June 2014 | 0.20 |
| 08/28/14 | LMB | Prepare BFCA quarterly fee application for November 2013 through January 2014 | 0.50 |
| 08/29/14 | JRH | Review Nortel fee application and coordinate filing | 0.30 |
| 08/29/14 | LMB | File and serve Quarterly Fee Application for November 2013 through June 2014 | 0.30 |
| 09/25/14 | LMB | Review and revise BFCA fees and expenses for August 2014 | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $405.00 | 1.10 | $445.50 |
| | | | 1.10 | $445.50 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 2.40 | $420.00 |
| | | | 2.40 | $420.00 |
| | | TOTAL: | 3.50 | $865.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/29/14 | MJB | Multiple telephone calls and emails regarding subpoena from Google | 0.30 |
| 07/30/14 | MJB | Conference call with co-counsel regarding Google subpoena; follow-up emails regarding same | 0.80 |
| 07/30/14 | JRH | Review emails regarding Google subpoena and emails to/from M. Barrie regarding same | 0.30 |
| 07/31/14 | JRH | Review emails regarding Google subpoena | 0.30 |
| 08/04/14 | JRH | Meeting with M. Barrie regarding Google subpoena issues | 0.50 |
| 09/15/14 | MJB | Email from M. Cheney regarding Motion for Protective Order (0.10); follow up discussion with J. Hoover regarding same (0.10) | 0.20 |
| 09/15/14 | JRH | Email with M. Cheney regarding draft motion and pro hacs | 0.20 |
| 09/18/14 | MJB | Emails to/from M. Cheney and discussion with J. Hoover regarding Motion for Protective order (0.10); follow up emails regarding draft motion for protective order and comments to same (0.10) | 0.20 |
| 09/18/14 | JRH | Prepare pro hacs for Supko and Plevin (0.50); emails to and from counsel regarding same (0.20); coordinate filing (0.10); review motion to enforce stay (0.50); emails with M. Cheney regarding same (0.20) | 1.50 |
| 09/19/14 | JRH | Email with M. Cheney regarding pro hacs filed | 0.20 |
| 09/19/14 | JRH | Emails with A. Cordo and M. Cheney regarding status of matter | 0.10 |
| 09/19/14 | MDR | Prepare Motions for Admission Pro hac Vice of Plevin and Supko for filing (0.70); contact Delaware District Court clerk re receipt number for Supkos pro hac vice payment (0.20); process pro hac vice fee payment for Plevin (0.10); draft certificate of service of the pro hac vices (0.30); convert and file the Motions for Admission Pro hac Vice of Plevin and Supko (0.20); prepare motions for mail and hand delivery (0.50) | 2.00 |
| 09/22/14 | MDR | Review Court Docket for Entry of the Orders admitting Plevin and Supko Pro Hac Vice | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 09/24/14 | MDR | Review Court docket for pro hac vice orders for Supko and Plevin | 0.30 |
| 09/25/14 | MDR | Review Court Docket for entry of the Plevin and Supko Pro Hac Orders | 0.30 |
| 09/26/14 | JRH | Review final draft of motion to enforce stay (0.50); emails with A. Cordo and M. Cheney regarding same (0.20); review cost sharing motion and emails with co-counsel and A. Cordo regarding comments/filing (0.60); review emails related thereto (0.20) | 1.50 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| MICHAEL J. BARRIE | (MJB) | $480.00 | 1.50 | $720.00 |
| JENNIFER R HOOVER | (JRH) | $405.00 | 4.60 | $1,863.00 |
| | | | 6.10 | $2,583.00 |
| **PARALEGAL** | | | | |
| MICHELLE D. RUST | (MDR) | $245.00 | 2.70 | $661.50 |
| | | | 2.70 | $661.50 |
| | | TOTAL: | 8.80 | $3,244.50 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---|
| 07/29/14 | LMB | Document Reproduction 150 copies | 15.00 |
| 09/19/14 | MDR | Document Reproduction 120 copies | 12.00 |
| | | TOTAL: | $27.00 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 07/29/14 | LMB | FedEx 07/29/14 Lisa Behra to Thomas P. Tinker E | 13.58 |
| 07/29/14 | LMB | FedEx 07/29/14 Lisa Behra to Mark D. Collins/Ch | 13.58 |
| 07/29/14 | LMB | FedEx 07/29/14 Lisa Behra to Fred S. Hodara Esq | 13.58 |
| 07/29/14 | LMB | FedEx 07/29/14 Lisa Behra to Derek C. Abbott/Er | 13.58 |
| 08/29/14 | LMB | FedEx 08/29/14 Lisa Behra to Thomas P. Tinker E | 62.14 |
| 08/29/14 | LMB | FedEx 08/29/14 Lisa Behra to Mark Collins/Chris | 62.14 |
| 08/29/14 | LMB | FedEx 08/29/14 Lisa Behra to Fred S. Hodara Esq | 62.14 |
| 08/29/14 | LMB | FedEx 08/29/14 Lisa Behra to Derek Abbott/Eric | 62.14 |
| | | TOTAL: | $302.88 |

Computer Research

| Date | User | Description | Amount |
|---|---|---|---|
| 08/28/14 | XXX | Computer Research - Pacer PACER   AUGUST 2014 38 PAGES | 3.00 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 38 PAGES | 3.00 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 38 PAGES | 3.00 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 2 PAGES | 0.20 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 38 PAGES | 3.00 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 38 PAGES | 3.00 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 21 PAGES | 1.70 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 38 PAGES | 3.00 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 14 PAGES | 1.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 8 PAGES | 0.60 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 15 PAGES | 1.20 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 12 PAGES | 1.00 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 2 PAGES | 0.20 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |

| | | | |
|---|---|---|---|
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 2 PAGES | 0.20 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 2 PAGES | 0.20 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 2 PAGES | 0.20 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 8 PAGES | 0.60 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 2 PAGES | 0.20 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 8 PAGES | 0.60 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |

| | | | |
|---|---|---|---:|
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 4 PAGES | 0.30 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 19 PAGES | 1.50 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/19/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/22/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 14 PAGES | 1.10 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 38 PAGES | 3.00 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 2 PAGES | 0.20 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 2 PAGES | 0.20 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/24/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |
| 09/25/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 14 PAGES | 1.10 |
| 09/25/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 4 PAGES | 0.30 |
| 09/25/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 4 PAGES | 0.30 |
| 09/25/14 | XXX | Computer Research - Pacer PACER SEPTEMBER 2014 1 PAGES | 0.10 |

```
09/25/14   XXX      Computer Research - Pacer PACER                              0.10
                    SEPTEMBER 2014 1 PAGES
                                           TOTAL:                              $36.60
```