# EXHIBIT A

## SUPPORT AGREEMENT

This Agreement (hereinafter the "Agreement") dated as of February 15, 1996 is entered into between Northern Telecom Inc. ("NTI"), a Delaware corporation, and Northern Telecom Capital Corporation (the "Company"), a Delaware corporation.

WHEREAS, the Company is a wholly-owned subsidiary of NTI and has no independent operations other than as acting as a finance company for its affiliates; and

WHEREAS, NTI and the Company desire to provide certain assurances with respect to performance of the Company's obligations in connection with the Company's offer of debt securities consisting of debentures, notes, bonds and/or other evidences of indebtedness (collectively, the "Debt Securities") to be issued under an Indenture dated as of February 15, 1996 among the Company, as issuer, Northern Telecom Limited, as issuer and guarantor, and The Bank of New York, as trustee, and warrants to purchase Debt Securities to be issued under one or more warrant agreements to be entered into between the Company and a bank or trust company, as warrant agent;

NOW THEREFORE, in consideration of the mutual promises herein contained, the parties hereto agree as follows:

1. **Ownership of the Company Stock.** At all times prior to the termination of this Agreement, NTI shall directly or indirectly own and hold, unencumbered, not less than two-thirds of the voting shares of the outstanding capital stock of the Company.

2. **Maintenance of Net Worth.** At all times prior to the termination of this Agreement, NTI shall cause the Company to have and to maintain a net worth of at least $1.00. For purposes hereof, "net worth" shall mean a sum equal to the Company's tangible net worth, as determined in accordance with generally accepted accounting principles.

3. **Not a Guarantee.** This Agreement does not constitute a guarantee by NTI of the payment of any indebtedness, obligation or other liability of any kind or character whatsoever incurred by the Company, nor shall any action taken by NTI or the Company pursuant to the terms of this Agreement be deemed to create or constitute a guarantee by NTI of the payment of any such indebtedness, obligation or other liability.

4. **Successors.** This Agreement will inure to the benefit of and be mutually binding upon the parties hereto and their respective successors and assigns.

5. <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of New York.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed and delivered by their respective duly authorized officers as of the date first written above.

NORTHERN TELECOM INC.

By: *Robert L. Robson*
Robert L. Robson
Vice-President, Finance


NORTHERN TELECOM CAPITAL CORPORATION

By: *Roger A. Schecter*
Roger A. Schecter
Secretary