# EXHIBIT C

## NORTHERN TELECOM INC.

### ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

The undersigned, being all of the Directors of Northern Telecom Inc., a Delaware corporation, acting in accordance with Section 141(f) of the General Corporation Law of Delaware, do hereby adopt the following resolutions:

**RESOLVED**, That the Corporation is hereby authorized to enter into one or more support agreement(s) with Northern Telecom Capital Corporation, for the purpose of maintaining the net worth of the Northern Telecom Capital Corporation, all upon such terms and conditions as may be approved by any one of the President or any Vice-President of the Corporation, acting singly, and in such form as may be approved by the Secretary of the Corporation or his designee;

**FURTHER RESOLVED,** That the Corporation is hereby authorized from time to time to make contributions to the capital of Northern Telecom Capital Corporation in such form and in such amounts as may be approved by any one of the President or any Vice-President of the Corporation, acting singly; and

**FURTHER RESOLVED,** That each of the officers of the Corporation, acting singly, is hereby authorized to take all actions and to execute or cause to be executed by one or more employees of the Corporation to whom the President of the Corporation has delegated appropriate signing authority or one or more employees of the Corporation or Northern Telecom Limited to whom an officer of the Corporation has granted an appropriate power of attorney, all such agreements, instruments and documents as such officer may consider necessary or desirable in order to effect the foregoing resolutions, that the taking of any such action and the execution of any such agreement, instrument and document by any of the persons described in the foregoing resolutions shall conclusively evidence the making of any determinations and the granting of any approvals required under such resolutions and that all actions taken or caused to be taken by any officer of the Corporation prior to the date hereof in order to effect the matters described in the foregoing resolutions are hereby ratified and approved.

EXECUTED as of the 15th day of February, 1996.

_____
**Peter W. Currie**


_____
**Gary R. Donahee**


_____
**Donald J. Schuenke**

## NORTHERN TELECOM INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

The undersigned, being all of the Directors of Northern Telecom Inc., a Delaware corporation, acting in accordance with Section 141(f) of the General Corporation Law of Delaware, do hereby adopt the following resolutions:

**RESOLVED**, That the Corporation is hereby authorized to enter into one or more support agreement(s) with Northern Telecom Capital Corporation, for the purpose of maintaining the net worth of the Northern Telecom Capital Corporation, all upon such terms and conditions as may be approved by any one of the President or any Vice-President of the Corporation, acting singly, and in such form as may be approved by the Secretary of the Corporation or his designee;

**FURTHER RESOLVED**, That the Corporation is hereby authorized from time to time to make contributions to the capital of Northern Telecom Capital Corporation in such form and in such amounts as may be approved by any one of the President or any Vice-President of the Corporation, acting singly; and

**FURTHER RESOLVED**, That each of the officers of the Corporation, acting singly, is hereby authorized to take all actions and to execute or cause to be executed by one or more employees of the Corporation to whom the President of the Corporation has delegated appropriate signing authority or one or more employees of the Corporation or Northern Telecom Limited to whom an officer of the Corporation has granted an appropriate power of attorney, all such agreements, instruments and documents as such officer may consider necessary or desirable in order to effect the foregoing resolutions, that the taking of any such action and the execution of any such agreement, instrument and document by any of the persons described in the foregoing resolutions shall conclusively evidence the making of any determinations and the granting of any approvals required under such resolutions and that all actions taken or caused to be taken by any officer of the Corporation prior to the date hereof in order to effect the matters described in the foregoing resolutions are hereby ratified and approved.

EXECUTED as of the 15th day of February, 1996.

_____
Peter W. Currie

_____
Gary R. Donahee

_____
Donald J. Schuenke

## NORTHERN TELECOM INC.

### ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

The undersigned, being all of the Directors of Northern Telecom Inc., a Delaware corporation, acting in accordance with Section 141(f) of the General Corporation Law of Delaware, do hereby adopt the following resolutions:

**RESOLVED**, That the Corporation is hereby authorized to enter into one or more support agreement(s) with Northern Telecom Capital Corporation, for the purpose of maintaining the net worth of the Northern Telecom Capital Corporation, all upon such terms and conditions as may be approved by any one of the President or any Vice-President of the Corporation, acting singly, and in such form as may be approved by the Secretary of the Corporation or his designee;

**FURTHER RESOLVED,** That the Corporation is hereby authorized from time to time to make contributions to the capital of Northern Telecom Capital Corporation in such form and in such amounts as may be approved by any one of the President or any Vice-President of the Corporation, acting singly; and

**FURTHER RESOLVED,** That each of the officers of the Corporation, acting singly, is hereby authorized to take all actions and to execute or cause to be executed by one or more employees of the Corporation to whom the President of the Corporation has delegated appropriate signing authority or one or more employees of the Corporation or Northern Telecom Limited to whom an officer of the Corporation has granted an appropriate power of attorney, all such agreements, instruments and documents as such officer may consider necessary or desirable in order to effect the foregoing resolutions, that the taking of any such action and the execution of any such agreement, instrument and document by any of the persons described in the foregoing resolutions shall conclusively evidence the making of any determinations and the granting of any approvals required under such resolutions and that all actions taken or caused to be taken by any officer of the Corporation prior to the date hereof in order to effect the matters described in the foregoing resolutions are hereby ratified and approved.

EXECUTED as of the 15th day of February, 1996.

_____
Peter W. Currie

_____
Gary R. Donahee

*[signature]*
_____
Donald J. Schuenke