# EXHIBIT G

# Exh. G1

# Statement of Financial Accounting Concepts No. 6

CON6 Status Page

Elements of Financial Statements

a replacement of FASB Concepts Statement No. 3
(incorporating an amendment of FASB Concepts Statement No. 2)

December 1985



Financial Accounting Standards Board
of the Financial Accounting Foundation
401 MERRITT 7, P.O. BOX 5116, NORWALK, CONNECTICUT 06856-5116

Copyright © 1985 by Financial Accounting Standards Board. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the Financial Accounting Standards Board.

future economic benefits on their holders even though they do not keep others' boats off the river or prevent airplanes from flying overhead.

**Occurrence of a Past Transaction or Event**

190. The definition of assets in paragraph 25 distinguishes between the future economic benefits of present and future assets of an entity. Only present abilities to obtain future economic benefits are assets under the definition, and they become assets of particular entities as a result of transactions or other events or circumstances affecting the entity. For example, the future economic benefits of a particular building can be an asset of a particular entity only after a transaction or other event—such as a purchase or a lease agreement—has occurred that gives it access to and control of those benefits. Similarly, although an oil deposit may have existed in a certain place for millions of years, it can be an asset of a particular entity only after the entity either has discovered it in circumstances that permit the entity to exploit it or has acquired the rights to exploit it from whoever had them.

191. Since the transaction or event giving rise to the entity's right to the future economic benefit must already have occurred, the definition excludes from assets items that may in the future become an entity's assets but have not yet become its assets. An entity has no asset for a particular future economic benefit if the transactions or events that give it access to and control of the benefit are yet in the future. The corollary is that an entity still has an asset if the transactions or events that use up or destroy a particular future economic benefit or remove the entity's access to and control of it are yet in the future. For example, an entity does not acquire an asset merely by budgeting the purchase of a machine and does not lose an asset from fire until a fire destroys or damages some asset.

**Characteristics of Liabilities**

192. Paragraph 35 defines liabilities as "probable future sacrifices of economic benefits arising from present obligations of a particular entity to transfer assets or provide services to other entities in the future as a result of past transactions or events." Paragraphs 36-43 amplify that definition. The following discussion further amplifies that definition and illustrates its meaning under three headings that correspond to the three essential characteristics of liabilities described in paragraph 36: required future sacrifice of assets, obligation of a particular entity, and occurrence of a past transaction or event.

**Required Future Sacrifice of Assets**

193. The essence of a liability is a duty or requirement to sacrifice assets in the future. A liability requires an entity to transfer assets, provide services, or otherwise expend assets to satisfy a responsibility to one or more other entities that it has incurred or that has been imposed on it.

194. The most obvious evidence of liabilities are contracts or other agreements resulting from

Copyright © 1985, Financial Accounting Standards Board                                    Not for redistribution

exchange transactions and laws or governm ental regulations that require expending assets to comply. Although receipt of proceeds is not conclusi ve evidence that a liability has been incurred (paragraph 198), receipt of cash, other assets, or services without an accompanying cash payment is often evidence that a liability has b een incurred. Evidence of liabilities may also be found in declarations of dividends, lawsuits filed or in pr ocess, infractions that m ay bring fines or penalties, and the like. Reductions in prices paid or of fered to acquire an enterprise or a significant part of it to allow for item s that a buyer m ust assume that require fu ture transfers of assets or providing of services also m ay indi cate the kinds of items that qualif y as liabilities. Moreover, liabilities that are not payable on de mand norm ally have specif ied or determ inable maturity dates or specified events whose occur rence requires that they m ust be settled, and absence of a specified maturity date or event may cast doubt that a liability exists.

195. To assess whether a particular item constitute s a liability of a particular entity at a particular time requires at least two considerati ons in addition to the general kinds of evidence just described: (a) whether the entity incurred a responsibility to sacrifice assets in the future and (b) whether all or any of the responsibility remains unsatisfied at the time of assessment.

196. Most liabilities presently included in financ ial statements qualify as liabilities under the definition in paragraph 35 because they require an entity to sacrifice assets in the future. Thus, accounts and notes payable, wages and sala ries payable, long-term debt, interest and dividends payable, and similar requirements to pay cash so obviously qualify as liabilities that they need no further comment. Responsibilities such as those to pay pensions, deferred com pensation, and taxes and to honor warranties and guarantees also create liabilities under the definition. That they may be satisfied by providing goods or servi ces instead of cash, that their am ounts or times of settlement must be estimated, or that the identity of the specific entities to whom an entity is obligated is as yet unknown does not disqualif y them under the definition, although som e may not be recognized because of uncertainty or measurement problems (paragraphs 44-48).

197. Deposits and prepaym ents received for goods or services to be provided—"unearned revenues," such as subscriptions or rent co llected in advance—likewise qualif y as liabilities under the definition because an entity is required to provid e goods or services to those who have paid in advance. They are m entioned separately from other liabilities only because they have commonly been described in the accounting literature and f inancial statem ents as "def erred credits" or "reserves." Com ments on the Discussion Mem orandum and earlier Exposure Drafts have m anifested som e m isunderstanding: som e respondents apparently concluded that all or most "deferred credits" and "reserves" were precluded by the definition of liabilities.

*Liabilities and Proceeds*

198. An entity com monly receives cash, goods, or services by incurring liabilities (paragraph 38), and that which is received is often called proceeds, especially if cash is received. Receipt of proceeds m ay be ev idence that an entity has incurred one or m ore liabilities, but it is not conclusive evidence. Proceeds m ay be received from cash sales of goods or services or other

Copyright © 1985, Financial Accounting Standards Board    Not for redistribution

sales of assets, from cash contributions by donors, or from cash investments by owners, and entities may incur liabilities without receiving proceeds, for example, by imposition of taxes. The essence of a liability is a legal, equitable, or constructive obligation to sacrifice economic benefits in the future rather than whether proceeds were received by incurring it. Although proceeds received may be a useful attribute in measuring a liability incurred, proceeds themselves are not liabilities.

**Obligation of a Particular Entity**

199. Paragraph 35 defines liabilities in relation to specific entities. A required future sacrifice of assets is a liability of the particular entity that must make the sacrifice.

200. To have a liability, an entity must be obligated to sacrifice its assets in the future—that is, it must be bound by a legal, equitable, or constructive duty or responsibility to transfer assets or provide services to one or more other entities. Not all probable future sacrifices of economic benefits (assets) are liabilities of an entity. For example, an entity's need to replace merchandise sold or raw materials or equipment used up, no matter how pressing, does not by itself constitute a liability of the entity because no obligation to another entity is present.

201. Most obligations that underlie liabilities stem from contracts and other agreements that are enforceable by courts or from governmental actions that have the force of law, [63] and the fact of an entity's obligation is so evident that it is often taken for granted. To carry out its operations, an entity routinely makes contracts and agreements that obligate it to repay borrowing, to pay suppliers and employees for goods and services they provide, to provide goods or services to customers, or to repair or replace defective products sold with warranties or guarantees. Governmental units also routinely assess tax obligations against business enterprises and some not-for-profit organizations, and courts may impose obligations for damages or fines.

202. Equitable or constructive obligations may underlie liabilities as well as those that are legally enforceable. Legal obligations are much more common, and their existence may be more readily substantiated, but other kinds of obligations are sometimes liabilities. For example, the question, which has resulted in differences of opinion, of the extent to which future payments under a lease agreement are legally enforceable against lessees is not necessarily significant in determining whether the obligations under lease agreements qualify as liabilities.

203. An entity may incur equitable or constructive obligations by actions to bind itself or by finding itself bound by circumstances rather than by making contracts or participating in exchange transactions. An entity is not obligated to sacrifice assets in the future if it can avoid the future sacrifice at its discretion without significant penalty. The example of an entity that binds itself to pay employees vacation pay or year-end bonuses by paying them every year even though it is not contractually bound to do so and has not announced a policy to do so has already been noted (paragraph 40). It could refuse to pay only by risking substantial employee-relations problems.

Copyright © 1985, Financial Accounting Standards Board         Not for redistribution

204. Most liabilities are obligations of only one entity at a time. Some liabilities are shared—for example, two or more entities may be "jointly and severally liable" for a debt or for the unsatisfied liabilities of a partnership. But most liabilities bind a single entity, and those that bind two or more entities are commonly ranked rather than shared. For example, a primary debtor and a guarantor may both be obligated for a debt, but they do not have the same obligation—the guarantor must pay only if the primary debtor defaults and thus has a contingent or secondary obligation, which ranks lower than that of the primary debtor.

205. Secondary, and perhaps even lower ranked, obligations may qualify as liabilities under the definition in paragraph 35, but recognition considerations are highly significant in deciding whether they should formally be included in financial statements because of the effects of uncertainty (paragraphs 44-48). For example, the probability that a secondary or lower ranked obligation will actually have to be paid must be assessed to apply the definition.

**Occurrence of a Past Transaction or Event**

206. The definition of liabilities in paragraph 35 distinguishes between present and future obligations of an entity. Only present obligations are liabilities under the definition, and they are liabilities of a particular entity as a result of the occurrence of transactions or other events or circumstances affecting the entity.

207. Most liabilities result from exchange transactions in which an entity borrows funds or acquires goods or services and agrees to repay borrowing, usually with interest, or to pay for goods or services received. For example, using employees' services obligates an entity to pay wages or salaries and usually fringe benefits.

208. In contrast, the acts of budgeting the purchase of a machine and budgeting the payments required to obtain it result in neither acquiring an asset nor in incurring a liability. No transaction or event has occurred that gives the entity access to or control of future economic benefit or obligates it to transfer assets or provide services to another entity.

209. Many agreements specify or imply how a resulting obligation is incurred. For example, borrowing agreements specify interest rates, periods involved, and timing of payments; rental agreements specify rentals and periods to which they apply; and royalty agreements may specify payments relating to periods or payments relating to production or sales. The occurrence of the specified event or events results in a liability. For example, interest accrues with the passage of time (that is, providing loaned funds for another hour, day, week, month, or year), while royalties may accrue either with the passage of time or as units are produced or sold, depending on the agreement.

210. Transactions or events that result in liabilities imposed by law or governmental units also are often specified or inherent in the nature of the statute or regulation involved. For example, taxes are commonly assessed for calendar or fiscal years, fines and penalties stem from

# Exh. G2

# WILEY

# GAAP 2013

Interpretation and Application of
GENERALLY ACCEPTED
ACCOUNTING PRINCIPLES

Joanne M. Flood



WILEY

JOHN WILEY & SONS, INC.

Copyright © by the American Institute of Certified Public Accountants, Inc. Several items were quoted or referred to with permission.

Portions of this book have their origin in copyrighted materials from the Financial Accounting Standards Board. These are noted by reference to the specific pronouncement except for the definitions introduced in bold type that appear in a separate section at the beginning of each chapter. Complete copies are available directly from the FASB. Copyright © by the Financial Accounting Standards Board, 401 Merritt 7, PO Box 5116, Norwalk, Connecticut 06856-5116, USA.

This book is printed on acid-free paper. ☉

Copyright © 2013 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, 201-748-6011, fax: 201-748-6008, or online at http:/www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services, please contact our Customer Care Department within the US at 800-762-2974, outside the US at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our website at www.wiley.com.

ISBN 978-1-118-27725-6 (paperback); 978-1-118-41954-0 (ebk); 978-1-118-42128-4 (ebk); 978-1-118-55744-0 (ebk)

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

jurisdiction) within a specified grace period; or maintain the effectiveness of a registration statement for a specified time period, or in perpetuity, and

2. Transfer consideration to the counterparty if the registration statement is not declared effective or if its effectiveness is not maintained. The consideration may be payable in a lump sum or in periodic payments, and the form of consideration may vary (e.g. it could be in the form of cash, equity instruments, or adjustments to the terms of the financial instrument or instruments that are subject to the registration statement, such as an increased interest rate on a debt instrument).

**Revolving credit agreement.** A loan agreement in which a lender promises to lend a customer up to a specified maximum amount during a stipulated period.

**Rights of setoff.** A debtor's legal right, by contract or otherwise, to discharge all or a portions of the debt owed to another party by applying against the debt an amount that the other party owes to the debtor (ASC Master Glossary).

**SEC Filer.** An entity required to file or furnish its financial statements to the SEC or another appropriate agency.

**Subjective acceleration clause.** A provision of a debt agreement that permits the creditor to accelerate the scheduled repayment of the debt under discretionary conditions that are not objectively determinable (e.g., if a "material adverse change" occurs in the financial condition of the debtor).

**Subsequent events.** An event or transaction occurring after the balance sheet date but before financial statements are available to be issued (i.e., when they are complete in form and approved for issuance). The first type of subsequent event provides additional evidence about conditions existing at the balance sheet date. The second type of subsequent event provides evidence about conditions that did not exist at the balance sheet date, but which arose after that date.

## CONCEPTS, RULES, AND EXAMPLES

In general, obligations classified on the statement of financial position as current liabilities are to include debts that management of the reporting entity expects to settle in cash within one year of the statement of financial position date, or within one operating cycle, if that period is longer than one year. Current liabilities can be categorized into several different types, each with certain distinguishing characteristics that will be discussed and illustrated in this chapter.

These obligations can be divided into those where

1. Both the amount and the payee are known;
2. The payee is known but the amount may have to be estimated;
3. The payee is unknown and the amount may have to be estimated; and
4. The liability has been incurred due to a loss contingency.

### Amount and Payee Known

*Accounts payable* are obligations that the reporting entity owes to its vendors and suppliers for the purchase of products and services on credit. Accounts payable that arise from transactions with suppliers in the normal course of business and that are due in customary trade terms not to exceed one year may be stated at their face amount rather than at the present value of the required future cash flows.

*Notes payable* are more formalized obligations, evidenced by an executed promissory agreement between the reporting entity (the borrower or debtor) and a lender, a financial

institution or, in many cases in privately held enterprises, a related party. The proceeds may be used to repay other debts, to provide liquidity, to finance operations, or for other purposes.

*Dividends payable* represent an obligation of the reporting entity to distribute accumulated profits to its stockholders. Cash dividends become a liability of the reporting entity on the declaration date, the date that the board of directors passes a resolution declaring the dividend. The resolution will also include a record date, the date on which an investor must hold shares in order to be eligible to receive the dividend; and a payment date, the date on which the dividends will be paid. Since declared dividends are usually paid within a short period of time after the declaration date, they are classified as current liabilities.

*Unearned revenues (sometimes referred to as "deferred revenue") or advances* result from customer prepayments for either performance of services or delivery of product. They may be required by the seller as a condition of the sale or may be made by the buyer as a means of ensuring that the seller will perform the desired service or deliver the product. Unearned revenues and advances are classified as current liabilities at the statement of financial position date if the services are to be performed or the products are to be delivered within one year or the operating cycle, whichever is longer.

*Refundable deposits (or security deposits)* may be received to cover possible future damage to property. Many utility companies require security deposits. A deposit may be required for the use of a reusable container or a lessor may require a security deposit to protect against any damage to the leased property. Refundable deposits are classified as current liabilities if the firm expects to refund them during the current operating cycle or within one year, whichever is longer.

*Accrued liabilities* have their origin in the end-of-period adjustment process required by accrual accounting. They represent an estimate of services performed or benefits received during the reporting period for which payment will be made in a later reporting period. Commonly accrued liabilities include wages and salaries payable (including incentive bonuses), accrued rents, accrued interest, accrued real estate taxes, and accrued profit sharing contributions. In addition, an employer may have a current obligation for the employer portion of payroll taxes including Social Security and Medicare (FICA), federal unemployment tax (FUTA), and state unemployment tax (SUTA). Payroll taxes are not legal liabilities until the associated payroll is actually paid.

*Agency liabilities* result from the legal obligation of the reporting entity to act as the collection agent for another party to whom the company is responsible for remitting the amounts collected. Examples of agency liabilities include

1. Sales taxes collected from customers and due to state taxing authorities,
2. Federal and state income taxes and employee FICA contributions withheld from employee paychecks, and owed to taxing authorities,
3. Wage assignments or garnishments withheld from an employee's pay pursuant to a court order to pay the employee's back taxes, child support, defaulted student loans, or other monetary judgments assessed,
4. Voluntary contributions withheld from employees' pay to contribute to a qualified 401(k) retirement plan

*Product financing liabilities* originate when an entity sells and agrees to repurchase its inventory with the repurchase price equal to the original sales price plus the carrying and financing costs. The purpose of this transaction is to allow the seller to arrange financing on the original purchase of the inventory. The transaction is accounted for as a borrowing rather than as a sale.