UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------x | | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| | : | (Jointly Administered) |
| **NORTEL NETWORKS, INC., <u>et</u> <u>al</u>.,**[1] | : | |
| | : | <u>Hearing Date</u>: |
| Debtors. | : | December 4, 2014 at 10:00 a.m. |
| | : | <u>Response Deadline</u>: |
| ------------------------------------------------------------x | | November 17, 2014 at 5:00 p.m. |

**NOTICE OF MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP AND MACQUARIE CAPITAL (USA) INC. FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a), 502(c), 521(a), FED. R. BANKR. P. 1009(a) AND L.R. BANKR. P. 1009-2, ESTIMATING NORTEL NETWORKS CAPITAL CORPORATION'S SUPPORT AGREEMENT CLAIM AND DIRECTING NNI TO AMEND ITS SCHEDULES WITH RESPECT TO INTERCOMPANY LOAN CLAIM**

PLEASE TAKE NOTICE that SOLUS ALTERNATIVE ASSET MANAGEMENT LP and MACQUARIE CAPITAL (USA) INC. have filed theIR *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend Its Schedules with Respect to Intercompany Loan Claim* (the "<u>Motion</u>").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file an objection (an "<u>Objection</u>") to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 17, 2014 at 5:00 p.m. (ET)** (the

---

[1] The debtors in the above-captioned chapter 11 cases (the "<u>Bankruptcy Cases</u>"), along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226) ) (collectively, the "<u>Debtors</u>").

"Objection Deadline").  At the same time, you must serve such Objection on undersigned counsel so as to be actually received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion, if necessary, will be held on **December 4, 2014 at 10:00 a.m. (ET)** before The Honorable Kevin Gross, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.  Only parties who have filed a timely Objection will be heard at the hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  Wilmington, Delaware
        October 27, 2014

Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani<br>James C. Tecce<br>Daniel Holzman<br>Kate Scherling<br><br>51 Madison Avenue<br>New York, New York 10010<br>(212) 849-7000 | /s/ Joanne P. Pinckney<br>**PINCKNEY, URBAN, WEIDENGER & JOYCE, LLC**<br>Joanne P. Pinckney, Esq. (DE No. 3344)<br>1220 Market Street, Suite 950<br>Wilmington, DE  19801<br>Telephone: (302) 504-1497<br>Facsimile: (302) 655-5213<br>jpinckney@pwujlaw.com<br><br>*Co-Counsel to Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc.* |