# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of September 1, 2014 through September 30, 2014 | $ 338,404.25 | $ 768.62 | $ 339,172.87 |

Exhibit C                                                                                                    Page 1 of 1