# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 9/12/2014 | William D. Cozart | Prepare August MOR. | 2.00 |
| 9/15/2014 | William D. Cozart | Prepare August MOR Consolidation. | 4.00 |
| 9/16/2014 | William D. Cozart | Prepare August MOR. | 5.00 |
| 9/17/2014 | Elizabeth Smith | Reviewed August 2014 MOR. | 0.50 |
| 9/17/2014 | William D. Cozart | Prepare August MOR. | 1.50 |
| 9/18/2014 | William D. Cozart | Prepare August MOR. | 2.00 |
| 9/19/2014 | Timothy C. Ross | Received, reviewed, and authorized release of Debtors MOR - August 2014. | 1.00 |
| 9/19/2014 | William D. Cozart | Meeting with T. Ross re: Review of August MOR draft. | 0.50 |
| 9/22/2014 | William D. Cozart | Prepare August MOR. | 1.00 |
| 9/23/2014 | Timothy C. Ross | Received, reviewed and responded to Debtors bankruptcy reporting matters - RE: Insurance Coverage for August MOR. | 0.50 |
| **Bankruptcy Reporting Total** | | | **18.00** |
| **Cash Management** | | | |
| 9/2/2014 | Kim Ponder | FCB deposit. | 0.50 |
| 9/2/2014 | Timothy C. Ross | Conference call with CGSH (L. Schweitzer) - RE: Reporting. | 0.50 |
| 9/2/2014 | Timothy C. Ross | Received, researched, and responded to Wilmington Trust compliance query. | 1.00 |
| 9/2/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/3/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account | 2.50 |
| 9/4/2014 | Timothy C. Ross | Received, reviewed, and authorized Debtors disbursements | 2.00 |
| 9/5/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/8/2014 | Kim Ponder | FCB deposit. | 0.50 |
| 9/8/2014 | Kim Ponder | Cash projection for WT call. | 0.50 |
| 9/8/2014 | Timothy C. Ross | Updated Debtors cash flow forecast in preparation for monthly investment conference call with Wilmington Trust | 1.50 |
| 9/8/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/9/2014 | Kim Ponder | VEBA deposit. | 0.50 |
| 9/9/2014 | Timothy C. Ross | Continued and finalized the update of Debtors cash flow forecast in preparation for monthly investment conference call with Wilmington Trust | 1.00 |
| 9/9/2014 | Timothy C. Ross | Conference call with Wilmington Trust (M. Avery, D. D'Eramo, S. Wyant, A. Anderson) | 0.50 |
| 9/10/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank | 2.00 |
| 9/11/2014 | Timothy C. Ross | Conference call with CGSH (K. Haley) and D. Cozart - RE: Account. | 0.50 |
| 9/11/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 2.50 |
| 9/12/2014 | Timothy C. Ross | Reviewed and validated Wilmington Trust executed transactions | 1.00 |
| 9/12/2014 | William D. Cozart | Correspondence with bank re: online reporting. | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/15/2014 | Kim Ponder | FCB deposit. | 0.50 |
| 9/15/2014 | Timothy C. Ross | Reviewed, authorized, and released Foreign Subsidiary disbursements | 0.50 |
| 9/15/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/16/2014 | Kim Ponder | FCB deposit. | 0.50 |
| 9/16/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/16/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results - RE: August 2014 . | 4.00 |
| 9/17/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account | 2.50 |
| 9/18/2014 | Kim Ponder | Reviewed First Citizens Bank activity. | 0.50 |
| 9/18/2014 | Timothy C. Ross | Worked Debtors banking issue | 1.00 |
| 9/18/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 3.00 |
| 9/23/2014 | Timothy C. Ross | Worked Debtors banking issue - RE: claim. | 1.00 |
| 9/23/2014 | Timothy C. Ross | Worked Debtors treasury management matters - Re: US Treasury Maturity | 1.00 |
| 9/24/2014 | Kim Ponder | FCB deposit. | 0.50 |
| 9/24/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/25/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 3.00 |
| 9/26/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements | 0.50 |
| 9/29/2014 | Kim Ponder | FCB deposit and WT transfer. | 0.75 |
| 9/29/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/30/2014 | Timothy C. Ross | Worked Debtors cash management matters - RE: September month end Citibank to Wilmington Trust transfer. | 1.00 |
| **Cash Management Total** | | | **41.75** |

**Claims Administration**

| | | | |
|---|---|---|---|
| 9/2/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims matter | 0.50 |
| 9/2/2014 | Timothy C. Ross | Conference call with Chilmark Partners (M. Kennedy) - RE: Intercompany. | 0.50 |
| 9/3/2014 | Kim Ponder | Reconciled claims database to general ledger. | 6.00 |
| 9/9/2014 | Kim Ponder | Received and responded to request for data from EY (J Heroy). | 0.25 |
| 9/22/2014 | Kim Ponder | Reconciliation of claims database to general ledger. | 3.00 |
| 9/23/2014 | Kim Ponder | Reconciliation of claims database to general ledger and preparation for review session. | 8.00 |
| 9/24/2014 | Kim Ponder | Reviewed claims database reconciliation with D Cozart. | 1.00 |
| 9/24/2014 | Kim Ponder | Revisions to claims reconciliation and preparation for meeting. | 2.00 |
| 9/25/2014 | Kim Ponder | Meeting with T Ross and D Cozart to review preliminary claims database to GL reconciliation. | 1.50 |
| 9/25/2014 | Timothy C. Ross | Meeting with D. Cozart and K. Ponder - RE: Claims reconciliation | 1.50 |
| 9/25/2014 | William D. Cozart | Meeting with T Ross and K Ponder re: Claims reconciliation. | 1.50 |
| 9/25/2014 | William D. Cozart | Prepare claims reconciliation. | 2.00 |
| 9/26/2014 | Kim Ponder | Prepared detailed schedules in connection with claims database reconciliation. | 6.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/26/2014 | William D. Cozart | Prepare claims reconciliation. | 7.00 |
| | 9/29/2014 | Kim Ponder | Update reconciliation of claims database to general ledger. | 7.25 |
| | 9/29/2014 | William D. Cozart | Reconciliation of claims to the GL. | 3.50 |
| | 9/30/2014 | Gary L. Storr | Reviewed former employee claim appeal | 0.50 |
| | 9/30/2014 | Kim Ponder | Update of claims database reconciliation and preparation for meeting. | 3.00 |
| | 9/30/2014 | William D. Cozart | Prepare reconciliation of claims to GL. | 6.00 |
| **Claims Administration Total** | | | | **61.50** |

**Compensation Application**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/4/2014 | Deborah M. Parker | Compensation application preparation - re. update time keeping records. | 0.50 |
| | 9/5/2014 | Allen K. Stout | Compensation application re: time entry. | 0.50 |
| | 9/5/2014 | Elizabeth Smith | Completed compensation application (i.e. time keeping tool). | 0.50 |
| | 9/5/2014 | Gary L. Storr | Compensation application preparation - re. update time keeping records. | 0.50 |
| | 9/5/2014 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 9/5/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 9/9/2014 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: August 2014. | 3.50 |
| | 9/11/2014 | Deborah M. Parker | Compensation application preparation- re: update time keeping records. | 0.50 |
| | 9/12/2014 | Allen K. Stout | Compensation Application re: time entry. | 0.50 |
| | 9/12/2014 | Elizabeth Smith | Prepared compensation application (i.e. timekeeping tool). | 0.50 |
| | 9/12/2014 | Gary L. Storr | Compensation application preparation - re. update time keeping records. | 0.50 |
| | 9/12/2014 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 9/12/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 9/15/2014 | William D. Cozart | Update timekeeping records. | 0.50 |
| | 9/18/2014 | Deborah M. Parker | Compensation application preparation - re. update time keeping records. | 0.50 |
| | 9/19/2014 | Allen K. Stout | Compensation Application re: time entry. | 0.50 |
| | 9/19/2014 | Gary L. Storr | Compensation application preparation - re. update time keeping records. | 0.50 |
| | 9/19/2014 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 9/19/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 9/22/2014 | William D. Cozart | Update timekeeping records. | 0.50 |
| | 9/24/2014 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: August 2014 report. | 2.00 |
| | 9/26/2014 | Allen K. Stout | Compensation application re: time entry. | 0.50 |
| | 9/26/2014 | Gary L. Storr | Compensation application preparation - re. update time keeping records. | 0.50 |
| | 9/26/2014 | Kim Ponder | Compensation application re:  update of timekeeping records. | 0.50 |
| | 9/26/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 9/29/2014 | William D. Cozart | Update timekeeping records. | 0.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | | **Compensation Application Total** | | **17.50** |
| **Discovery** | | | | |
| | 9/2/2014 | Gary L. Storr | Assisted Mark Supko (Crowell) researching litigation issues | 0.75 |
| | 9/3/2014 | Gary L. Storr | Assisted Mark Supko (Crowell) researching litigation issues | 0.75 |
| | 9/3/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE: Subpoena. | 1.00 |
| | 9/4/2014 | Gary L. Storr | Meeting with Mark Supko (Crowell) & Tim Ross regarding litigation issues | 0.75 |
| | 9/4/2014 | Timothy C. Ross | Conference call with Crowell (M. Supko) and T. Ross - RE: litigation issues | 1.00 |
| | 9/4/2014 | Timothy C. Ross | Worked Debtors residual business matters from Crowell (M. Supko) - re Discovery Issue. | 1.00 |
| | 9/4/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Chaney) - RE: Third-Party Subpoenas | 1.00 |
| | 9/4/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko) - RE: Subpoenas | 1.00 |
| | 9/5/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE: Documents. | 1.50 |
| | 9/5/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko) - RE: Subpoena | 1.00 |
| | 9/8/2014 | Gary L. Storr | Correspondence with Mark Supko re litigation. | 0.25 |
| | 9/8/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification(s) | 0.50 |
| | 9/9/2014 | Timothy C. Ross | Worked Debtors litigation matters - RE: invoicing. | 0.50 |
| | 9/9/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE: Discovery Issue. | 2.00 |
| | 9/11/2014 | Gary L. Storr | Met with Mark Supko and estate counsel re Discovery Issue. | 1.00 |
| | 9/11/2014 | Timothy C. Ross | Worked Debtors subpoena with Crowell (M. Supko) | 0.50 |
| | 9/11/2014 | Timothy C. Ross | Conference call with Crowell and Canada/EMEA Counsel - RE: Discovery Issue. | 1.00 |
| | 9/15/2014 | Gary L. Storr | Correspondence with Mark Supko re: Litigation. | 0.25 |
| | 9/15/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors Subpoena matters | 1.50 |
| | 9/16/2014 | Gary L. Storr | Provided detail regarding Draft Declaration in Support of Motion re Third-Party Subpoenas. | 0.50 |
| | 9/16/2014 | Timothy C. Ross | Received, researched, and responded to Crowell information request - RE: NNI Draft Declaration in Support of Motion re Third-Party Subpoenas. | 1.00 |
| | 9/16/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell request - RE: Draft Declaration in Support of Motion re Third-Party Subpoenas. | 1.00 |
| | 9/17/2014 | Timothy C. Ross | Received, reviewed, and authorized Debtors response prepared by Crowell - RE: Subpoena. | 1.50 |
| | 9/18/2014 | Timothy C. Ross | Received, reviewed, and actioned collection call - RE: litigation work. | 0.50 |
| | 9/19/2014 | Timothy C. Ross | Worked Debtors subpoena matters from Crowell - Re: NNI: Draft Motion to Bankruptcy Court re Third-Party Discovery. | 2.00 |
| | 9/20/2014 | Timothy C. Ross | Worked Debtors residual business matters - Re: Bankruptcy Court Motion re Third-Party Discovery. | 2.00 |
| | 9/23/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors residual business matters - RE: Subpoena. | 0.50 |
| | 9/24/2014 | Timothy C. Ross | Worked Debtors discovery matters - RE: subpoena | 1.00 |
| | 9/24/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors Discovery matters from CGSH (I. Rozenberg) - RE: Draft Order | 1.00 |
| | 9/25/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matter - RE: Draft Motion and Order | 0.50 |
| | 9/25/2014 | Timothy C. Ross | Worked Debtors litigation matter | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/26/2014 | Gary L. Storr | Correspondence re: litigation. | 0.25 |
| | 9/26/2014 | Timothy C. Ross | Worked Debtors subpoena matters - | 1.50 |
| | 9/29/2014 | Deborah M. Parker | Worked Debtors discovery matters re: subpoena | 0.75 |
| | 9/30/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matters | 1.00 |
| | 9/30/2014 | Timothy C. Ross | Received, reviewed, and execution Debtors litigation support matters - | 0.50 |
| | 9/30/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko) - RE: Subpoenas | 1.00 |
| **Discovery Total** | | | | **34.25** |

**Electronic Data and Document Preservation**

| | 9/15/2014 | Kim Ponder | Meeting with T Ross, G Storr, and D Parker re: Iron Mountain storage and billing arrangement. | 1.00 |
|---|---|---|---|---|
| | 9/15/2014 | Timothy C. Ross | Meeting with G. Storr, D. Parker, and K. Ponder - RE: Iron Mountain storage. | 1.00 |
| | 9/26/2014 | Allen K. Stout | Sort and box all Nortel materials for storage. | 2.00 |
| **Electronic Data and Document Preservation Total** | | | | **4.00** |

**Entity Liquidation and Wind Down**

| | 9/2/2014 | Allen K. Stout | Review subsidiary documents and emails. | 1.25 |
|---|---|---|---|---|
| | 9/2/2014 | Allen K. Stout | Entity liquidation matters related to various subsidiaries | 1.50 |
| | 9/3/2014 | Allen K. Stout | Entity wind down actions for various subsidiaries | 1.25 |
| | 9/3/2014 | Timothy C. Ross | Worked foreign subsidiary matters | 1.00 |
| | 9/3/2014 | Timothy C. Ross | Worked foreign subsidiary matters | 0.50 |
| | 9/4/2014 | Allen K. Stout | Entity wind down actions for foreign subsidiaries | 0.75 |
| | 9/5/2014 | Allen K. Stout | legal entity wind down actions for various subsidiaries | 0.50 |
| | 9/8/2014 | Allen K. Stout | legal entity wind down actions for various subsidiaries | 0.75 |
| | 9/8/2014 | Timothy C. Ross | Worked Debtors entity liquidation and wind down matter - RE: Account. | 0.50 |
| | 9/9/2014 | Allen K. Stout | Entity wind down actions for subsidiaries | 0.50 |
| | 9/9/2014 | Timothy C. Ross | Meeting with D. Cozart - RE: entity accounting | 0.50 |
| | 9/10/2014 | Allen K. Stout | legal entity wind down actions for various subsidiaries | 1.50 |
| | 9/10/2014 | Timothy C. Ross | Worked foreign subsidiary matters | 0.50 |
| | 9/10/2014 | Timothy C. Ross | Reviewed and executed subsisiary matters | 1.00 |
| | 9/11/2014 | Allen K. Stout | Prepare final transition summary for Tim Ross. | 0.75 |
| | 9/11/2014 | Allen K. Stout | Entity wind down actions for various subsidiaries | 1.50 |
| | 9/12/2014 | Allen K. Stout | Meeting with Tim Ross to discuss final transition for legal entity wind down items. | 0.50 |
| | 9/12/2014 | Timothy C. Ross | Worked Debtors foreign entity liquidation and wind down matters | 3.00 |
| | 9/12/2014 | Timothy C. Ross | Conference call with A. Stout - RE: transition. | 1.00 |
| | 9/15/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/16/2014 | Allen K. Stout | Legal entity wind down actions for various subsidiaries | 0.75 |
| | 9/16/2014 | Allen K. Stout | Compile contact list for Tim Ross. | 0.50 |
| | 9/17/2014 | Allen K. Stout | Subsidiary related matters. | 0.50 |
| | 9/17/2014 | Allen K. Stout | Teleconference With Cleary (K. Hailey, R. Eckenrod), E&Y and local counsel regarding tax issues | 0.75 |
| | 9/17/2014 | Allen K. Stout | Legal entity wind down actions for various subsidiaries | 0.75 |
| | 9/17/2014 | Timothy C. Ross | Worked Debtors entity liquidation & wind down matters - Re: bank accounts. | 1.00 |
| | 9/17/2014 | Timothy C. Ross | Received, reviewed, and responded to foreign subsidiary matters -RE: letter | 1.00 |
| | 9/17/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters - Re: tax issues | 0.50 |
| | 9/17/2014 | Timothy C. Ross | Conference call with CGSH (R. Eckenrod) - RE: tax matter. | 0.50 |
| | 9/18/2014 | Allen K. Stout | Finalize contact list and provide same to T. Ross. | 0.75 |
| | 9/18/2014 | Allen K. Stout | Legal entity wind down actions for various subsidiaries | 0.75 |
| | 9/19/2014 | Allen K. Stout | Prepare for the conference all with T. Ross and Cleary (K. Hailey and R. Eckenrod). Legal entity wind down actions and follow-ups from the conference call. | 1.00 |
| | 9/19/2014 | Allen K. Stout | Conference call with T. Ross and Cleary (K. Hailey and R. Eckenrod) regarding entity wind down status. | 1.25 |
| | 9/19/2014 | Timothy C. Ross | Conference call with CGSH (K. Hailey, R. Eckenrod) and A. Stout - RE: Entity Liquidation and Wind Down (partial participation) | 1.00 |
| | 9/22/2014 | Allen K. Stout | Legal entity wind down work related to various subsidiaries | 0.75 |
| | 9/23/2014 | Allen K. Stout | Legal entity wind down activities for various subsidiaries | 0.50 |
| | 9/23/2014 | Timothy C. Ross | Worked foreign subsidiary wind down matters | 1.00 |
| | 9/23/2014 | Timothy C. Ross | Worked foreign subsidiary matters | 1.00 |
| | 9/23/2014 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| | 9/24/2014 | Allen K. Stout | Entity wind down actions for various subsidiaries | 0.50 |
| | 9/24/2014 | Timothy C. Ross | Worked Debtors foreign subsidiary matter | 1.00 |
| | 9/25/2014 | Allen K. Stout | Legal entity wind down actions | 0.75 |
| | 9/25/2014 | Timothy C. Ross | Worked Debtors staffing matters - RE: A. Stout resignation and various transition matters. | 1.00 |
| | 9/26/2014 | Allen K. Stout | Update foreign expenditure tracker for Tim Ross and Cleary. | 2.50 |
| | 9/26/2014 | Allen K. Stout | Legal entity wind down actions for various subsidiaries | 1.25 |
| | 9/26/2014 | Timothy C. Ross | Received, reviewed, and responded to foreign branch matters | 0.50 |
| | 9/29/2014 | Allen K. Stout | Legal entity wind down actions for various subsidiaries | 1.00 |
| | 9/29/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matters | 0.50 |
| | 9/29/2014 | Timothy C. Ross | Worked Debtors foreign subsidiary wind down matters | 0.50 |
| | 9/30/2014 | Allen K. Stout | Legal entity wind down actions. | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | | **44.50** |

**Finance and General Accounting**

| | 9/2/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/2/2014 | Kim Ponder | Month end close. | 6.00 |
| | 9/2/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis - RE: period 08/18/14 through 08/29/14. | 1.00 |
| | 9/2/2014 | Timothy C. Ross | Worked Debtors finance and general accounting matters - RE: August 2014 financial closing. | 3.00 |
| | 9/2/2014 | William D. Cozart | Prepare intercompany analysis for M. Kennedy. | 2.00 |
| | 9/2/2014 | William D. Cozart | Prepare credit and invoices for Sublease adjustments. | 2.00 |
| | 9/2/2014 | William D. Cozart | Prepare August Bank Reconciliations. | 4.00 |
| | 9/3/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | 0.25 |
| | 9/3/2014 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 1.00 |
| | 9/3/2014 | Timothy C. Ross | Worked Debtors finance and general accounting matters - RE: August 2014 financial closing. | 3.00 |
| | 9/3/2014 | William D. Cozart | Prepare bank account reconciliations for August. | 3.00 |
| | 9/3/2014 | William D. Cozart | Prepare liquidation entries for entitiy | 1.00 |
| | 9/3/2014 | William D. Cozart | Update schedules for G&A Cost Allocation. | 0.50 |
| | 9/3/2014 | William D. Cozart | Reconcile Claims to GL. | 3.50 |
| | 9/4/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | 1.50 |
| | 9/4/2014 | Kim Ponder | Received, researched and responded to request from Datasafe. | 0.50 |
| | 9/4/2014 | Kim Ponder | Normal course payables - initiated payments to vendors. | 1.25 |
| | 9/4/2014 | Kim Ponder | Processed intercompany billing. | 0.25 |
| | 9/4/2014 | Kim Ponder | Month end close. | 6.00 |
| | 9/4/2014 | Timothy C. Ross | Worked Debtors finance and general accounting matters - RE: August 2014 financial closing. | 1.00 |
| | 9/4/2014 | William D. Cozart | Prepare bank account reconciliations for August. | 4.00 |
| | 9/4/2014 | William D. Cozart | Prepare billings for September. | 0.50 |
| | 9/4/2014 | William D. Cozart | Prepare liquidation entries for entity | 3.50 |
| | 9/5/2014 | Kim Ponder | Received, reviewed and responded to inquiry from entity legal firm | 0.50 |
| | 9/5/2014 | Kim Ponder | Month end close. | 7.00 |
| | 9/5/2014 | Timothy C. Ross | Worked Debtors finance and general accounting matters - RE: August 2014 financial closing. | 2.00 |
| | 9/5/2014 | William D. Cozart | Prepare liquidation entries for entity | 6.50 |
| | 9/8/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | 2.50 |
| | 9/8/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 2.00 |
| | 9/8/2014 | Kim Ponder | Month end close. | 5.00 |
| | 9/8/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission | 0.50 |
| | 9/8/2014 | Timothy C. Ross | Worked Debtors finance and general accounting matters - RE: August 2014 financial closing. | 2.00 |
| | 9/8/2014 | William D. Cozart | Reconciliation of bank accounts for August. | 1.50 |
| | 9/8/2014 | William D. Cozart | Preparation and entry of journal entries for August. | 0.50 |
| | 9/9/2014 | Elizabeth Smith | Attended on-line CPE. | 1.00 |
| | 9/9/2014 | Kim Ponder | Received and researched outstanding invoice list from IM. | 5.00 |
| | 9/9/2014 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 2.00 |
| | 9/9/2014 | Kim Ponder | Unclaimed property review and notarization. | 0.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/9/2014 | William D. Cozart | Record daily deposit. | 0.50 |
| | 9/9/2014 | William D. Cozart | Prepare bank reconciliations for August. | 3.00 |
| | 9/9/2014 | William D. Cozart | Meeting with T Ross re:  entity liquidation. | 0.50 |
| | 9/9/2014 | William D. Cozart | Preparation of reconciliations for August. | 4.00 |
| | 9/10/2014 | Kim Ponder | Notarization of legal documents. | 0.25 |
| | 9/10/2014 | Kim Ponder | Correspondence  re:  check. | 0.50 |
| | 9/10/2014 | Kim Ponder | Month end close. | 3.25 |
| | 9/10/2014 | William D. Cozart | Preparation of billings for September. | 0.50 |
| | 9/10/2014 | William D. Cozart | Preparation of reconciliations for August. | 3.50 |
| | 9/11/2014 | Kim Ponder | Review and notarization of unclaimed property requests. | 0.50 |
| | 9/11/2014 | Kim Ponder | Normal course payables - initiated payments to vendors. | 2.00 |
| | 9/11/2014 | Kim Ponder | Month end close. | 4.00 |
| | 9/11/2014 | William D. Cozart | Preparation of reconciliations for August. | 4.00 |
| | 9/11/2014 | William D. Cozart | Meeting with K. Hailey (CGSH) re: banking matters. | 0.50 |
| | 9/11/2014 | William D. Cozart | Preparation of Bank Reconciliations for August. | 3.50 |
| | 9/12/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 2.00 |
| | 9/12/2014 | Kim Ponder | Reconciliation of Iron Mountain invoices to Nortel payments. | 3.00 |
| | 9/12/2014 | Kim Ponder | Account reconciliations. | 2.00 |
| | 9/12/2014 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 1.00 |
| | 9/12/2014 | William D. Cozart | Preparation of August bank reconciliations. | 0.50 |
| | 9/12/2014 | William D. Cozart | Preparation of August G&A Cost allocation. | 2.00 |
| | 9/12/2014 | William D. Cozart | Preparation of reconciliations for August. | 2.50 |
| | 9/15/2014 | Gary L. Storr | Closed financials in QuickBooks and issued reports for month of August 2014. | 2.50 |
| | 9/15/2014 | Kim Ponder | Follow up conference call with Iron Mountain. | 0.50 |
| | 9/15/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis - RE: period 09/01/14 through 09/12/14. | 0.50 |
| | 9/15/2014 | William D. Cozart | Prepare October sublease invoices and related accounting entries. | 3.00 |
| | 9/15/2014 | William D. Cozart | Record daily cash receipts. | 0.50 |
| | 9/16/2014 | Kim Ponder | Emails and conference calls with Manpower re:  Nortel wire transfers and Manpower payment posting. | 1.00 |
| | 9/16/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 3.00 |
| | 9/16/2014 | Kim Ponder | Unclaimed property review and notarization. | 0.50 |
| | 9/16/2014 | William D. Cozart | Prepare account reconciliations for August. | 2.50 |
| | 9/16/2014 | William D. Cozart | Adjust billings for August and prepare documents for change in remit to account. | 0.50 |
| | 9/17/2014 | Kim Ponder | Draft weekly payment proposal and cash summary. | 2.00 |
| | 9/17/2014 | Kim Ponder | Received, researched and responded to CT Corp inquiry. | 0.50 |
| | 9/17/2014 | Kim Ponder | Received, researched and responded to Manpower inquiry. | 0.50 |
| | 9/17/2014 | Kim Ponder | GL reconciliations. | 5.00 |
| | 9/17/2014 | William D. Cozart | Record daily cash receipts. | 0.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/17/2014 | William D. Cozart | Review documentation for disbursements and correspondence with bank. | 1.00 |
| | 9/17/2014 | William D. Cozart | Prepare reconciliations for August. | 5.00 |
| | 9/18/2014 | Kim Ponder | Normal course payables - initiated payments to Professionals and vendors. | 5.50 |
| | 9/18/2014 | Kim Ponder | GL account reconciliations. | 2.00 |
| | 9/18/2014 | William D. Cozart | Prepare August account reconciliations. | 6.00 |
| | 9/19/2014 | Kim Ponder | Document retention. | 2.50 |
| | 9/19/2014 | William D. Cozart | Prepare August Reconciliations. | 7.50 |
| | 9/22/2014 | Kim Ponder | Communications re: credit balance | 0.50 |
| | 9/22/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 4.50 |
| | 9/22/2014 | William D. Cozart | Prepare September billings. | 2.00 |
| | 9/22/2014 | William D. Cozart | Preparation of reconciliations for August. | 4.50 |
| | 9/23/2014 | Elizabeth Smith | Attended on-line CPE training. | 1.00 |
| | 9/23/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission (includes time to resolve expense billing error) | 0.50 |
| | 9/23/2014 | William D. Cozart | Prepare September billings. | 1.00 |
| | 9/23/2014 | William D. Cozart | Prepare reconciliations for August. | 7.00 |
| | 9/24/2014 | Kim Ponder | Normal course payables - drafted weekly payment proposal and cash summary. | 2.00 |
| | 9/24/2014 | Kim Ponder | Processed intercompany billings. | 0.50 |
| | 9/24/2014 | William D. Cozart | Meeting with K. Ponder re: Claims reconciliation. | 1.00 |
| | 9/24/2014 | William D. Cozart | Prepare September invoices. | 1.00 |
| | 9/24/2014 | William D. Cozart | Prepare reconciliations for August. | 6.00 |
| | 9/25/2014 | Kim Ponder | Normal course payables - initiated payments to vendors. | 5.00 |
| | 9/25/2014 | Kim Ponder | Document retention. | 1.25 |
| | 9/25/2014 | William D. Cozart | Record daily cash receipts. | 0.50 |
| | 9/25/2014 | William D. Cozart | Prepare reconciliations for August. | 4.00 |
| | 9/26/2014 | Timothy C. Ross | Reviewed and authorized Debtors Bank and other GL account reconciliations - RE: August 2014. | 5.00 |
| | 9/26/2014 | William D. Cozart | Meeting with K Ponder and S Muthaiah re: cash transactions. | 0.50 |
| | 9/26/2014 | William D. Cozart | Recorded daily cash receipts. | 0.50 |
| | 9/29/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis - RE: period 09/15/14 through 09/26/14. | 1.00 |
| | 9/29/2014 | Timothy C. Ross | Worked Debtors financial close - RE: September accounting month end. | 2.00 |
| | 9/29/2014 | William D. Cozart | Record daily cash receipts. | 1.00 |
| | 9/29/2014 | William D. Cozart | Prepare August reconciliations. | 3.00 |
| | 9/30/2014 | Kim Ponder | Review and notarization of unclaimed property filings. | 0.50 |
| | 9/30/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 2.00 |
| | 9/30/2014 | Kim Ponder | Month end close. | 2.00 |
| | 9/30/2014 | William D. Cozart | Record daily cash receipts. | 1.00 |
| | 9/30/2014 | William D. Cozart | Prepare September billings. | 1.00 |

# Exhibit F

## The Mergis Group
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Finance and General Accounting Total** | | | **246.50** |
| **Human Resources** | | | |
| 9/2/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.00 |
| 9/2/2014 | Deborah M. Parker | Misc. HR activities -(e.g. SSA inquiry, vendor query). | 1.50 |
| 9/2/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: VEBA and LTIP audit. | 4.50 |
| 9/2/2014 | Elizabeth Smith | Prepared LTIP SAR. | 0.50 |
| 9/3/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| 9/3/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit wind down activities, SAR mailing, vendor inquiry, filing, SSA report). | 6.00 |
| 9/3/2014 | Elizabeth Smith | Worked VEBA termination issues. | 1.00 |
| 9/3/2014 | Elizabeth Smith | Prepared LTIP SAR. | 0.50 |
| 9/3/2014 | Elizabeth Smith | Worked LTIP stale-dated check project. | 1.50 |
| 9/3/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 2.75 |
| 9/3/2014 | Timothy C. Ross | Worked Debtors benefit wind down matters | 0.50 |
| 9/4/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.25 |
| 9/4/2014 | Deborah M. Parker | Misc. HR activities -(e.g. HR documentation, filing, vendor query). | 3.00 |
| 9/4/2014 | Elizabeth Smith | Finalized 2013 5500 filings. | 2.50 |
| 9/4/2014 | Elizabeth Smith | Worked on LTIP stale-dated check project. | 1.25 |
| 9/5/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 0.75 |
| 9/5/2014 | Elizabeth Smith | Prepared documentation for transition. | 2.00 |
| 9/8/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.00 |
| 9/8/2014 | Deborah M. Parker | Misc. HR activities -(e.g. IM files, vendor query, benefit wind down activities). | 3.00 |
| 9/8/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 1.00 |
| 9/8/2014 | Elizabeth Smith | Worked LTIP stale-dated check issues. | 1.50 |
| 9/9/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| 9/9/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit wind down activities, vendor query, CGSH correspondence, vendor billing). | 4.50 |
| 9/9/2014 | Elizabeth Smith | Worked LTIP stale-dated check issue. | 1.50 |
| 9/9/2014 | Elizabeth Smith | Prepared documentation for transition. | 3.00 |
| 9/9/2014 | Timothy C. Ross | Reviewed and authorized deposits to the Northern Telecom Health & Welfare Trust. | 0.50 |
| 9/10/2014 | Deborah M. Parker | Meeting with D. Parker, D. Cozart, K. Ponder, and E. Smith - RE: E. Smith transition of duties and benefit wind down update meeting. | 4.00 |

# Exhibit F

## The Mergis Group
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/10/2014 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, PBGC inquiry, WC inquiry, HR documentation). | 3.00 |
| | 9/10/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 9/10/2014 | Elizabeth Smith | Meeting with D. Parker, D. Cozart, K. Ponder, and T. Ross - RE: E. Smith transition of duties and benefit wind down update meeting. | 4.00 |
| | 9/10/2014 | Elizabeth Smith | Prepared items for storage at Iron Mountain. | 1.00 |
| | 9/10/2014 | Elizabeth Smith | Researched 2014 5500 filing requirements. | 1.50 |
| | 9/10/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 0.75 |
| | 9/10/2014 | Kim Ponder | Meeting with T. Ross, D. Parker, D. Cozart, and E. Smith re: E. Smith transition of duties and benefit wind down update meeting. | 4.00 |
| | 9/10/2014 | Timothy C. Ross | Meeting with D. Parker, D. Cozart, K. Ponder, and E. Smith - RE: E. Smith transition of duties and benefit wind down update meeting. | 4.00 |
| | 9/10/2014 | William D. Cozart | Meeting with D. Parker, D. Cozart, K. Ponder, and E. Smith - RE: E. Smith transition of duties and benefit wind down update meeting. | 4.00 |
| | 9/11/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 3.00 |
| | 9/11/2014 | Deborah M. Parker | Misc. HR activities -(e.g. WC query, CGSH correspondence, HR documentation, IM). | 1.50 |
| | 9/11/2014 | Elizabeth Smith | Worked LTIP stale-dated checks. | 2.00 |
| | 9/11/2014 | Elizabeth Smith | Prepared document storage documentation. | 2.00 |
| | 9/11/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 1.50 |
| | 9/12/2014 | Elizabeth Smith | Met with Penchecks re: LTIP stale dated checks. | 0.50 |
| | 9/12/2014 | Elizabeth Smith | Worked on LTIP stale-dated check project. | 1.00 |
| | 9/14/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 2.00 |
| | 9/15/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 3.00 |
| | 9/15/2014 | Deborah M. Parker | Meeting Re: Iron Mountain Inventory & Process. | 1.00 |
| | 9/15/2014 | Deborah M. Parker | Misc. HR activities -(e.g. IM reporting, vendor query). | 2.00 |
| | 9/15/2014 | Elizabeth Smith | Worked LTIP stale-dated check project. | 3.00 |
| | 9/15/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 1.25 |
| | 9/15/2014 | Elizabeth Smith | Prepared VEBA trial balance and audit schedules. | 2.00 |
| | 9/16/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 9/16/2014 | Deborah M. Parker | Misc. HR activities -(e.g. WC, HR documentation, LTIP, vendor query). | 4.00 |
| | 9/16/2014 | Deborah M. Parker | Residual Business - Unclaimed Property research and filing and document execution & signature. | 3.00 |
| | 9/16/2014 | Elizabeth Smith | Worked LTIP stale-dated check issue. | 2.50 |
| | 9/16/2014 | Elizabeth Smith | Prepared VEBA trial balance and audit support. | 2.50 |
| | 9/16/2014 | Elizabeth Smith | Researched LTIP termination issues. | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/17/2014 | Allen K. Stout | PIC and LTIP related emails. | 0.25 |
| | 9/17/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 9/17/2014 | Deborah M. Parker | Misc. HR activities -(e.g. WC, HR documentation, vendor query). | 7.00 |
| | 9/17/2014 | Elizabeth Smith | Performed LTIP administrative duties. | 1.00 |
| | 9/17/2014 | Elizabeth Smith | Worked on LTIP stale-dated check project. | 4.50 |
| | 9/18/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 9/18/2014 | Deborah M. Parker | Conference call with Cigna. | 0.50 |
| | 9/18/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit wind down, vendor query, CGSH correspondence, benefit query, WC). | 6.00 |
| | 9/18/2014 | Elizabeth Smith | Met with Cigna re: benefit plan wind down. | 0.50 |
| | 9/18/2014 | Elizabeth Smith | Worked LTIP stale-dated check project. | 1.00 |
| | 9/18/2014 | Elizabeth Smith | Prepared VEBA financial statements. | 3.50 |
| | 9/19/2014 | Elizabeth Smith | Prepared compensation application (i.e. timekeeping tool). | 0.50 |
| | 9/19/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 2.75 |
| | 9/19/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit plan related matters - RE: 2013 VEBA Financial Statements and 2014 VEBA 5500 Memo. | 1.00 |
| | 9/22/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 9/22/2014 | Deborah M. Parker | Misc. HR activities -(e.g. filing, vendor inquiry). | 1.50 |
| | 9/22/2014 | Elizabeth Smith | Prepared PIC meeting materials. | 1.00 |
| | 9/23/2014 | Allen K. Stout | Review PIC Committee materials and proposals. | 0.50 |
| | 9/23/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.25 |
| | 9/23/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit winddown activities, IM research, HR reporting). | 4.25 |
| | 9/23/2014 | Elizabeth Smith | Prepared PIC meeting materials. | 2.75 |
| | 9/23/2014 | Kim Ponder | Received, researched and responded to PBGC request for address information. | 0.50 |
| | 9/23/2014 | Timothy C. Ross | Received, reviewed and responded to Debtors benefit wind down matters | 1.00 |
| | 9/23/2014 | Timothy C. Ross | Received and reviewed materials, prepared for pension investment committee meeting. | 1.50 |
| | 9/24/2014 | Allen K. Stout | PIC Meeting with T. Ross, P. O'Rourke (Baker Donelson) and E. Smith. | 0.50 |
| | 9/24/2014 | Allen K. Stout | PIC related matters. | 0.25 |
| | 9/24/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 9/24/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit winddown activities). | 2.00 |
| | 9/24/2014 | Elizabeth Smith | Prepared PIC meeting materials. | 1.00 |
| | 9/24/2014 | Elizabeth Smith | Attended PIC meeting with Paul O'Rourke (Baker Donelson), Tim Ross, and Allen Stout. | 0.50 |
| | 9/24/2014 | Elizabeth Smith | Prepared VEBA management representation letter. | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/24/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 1.50 |
| | 9/24/2014 | Elizabeth Smith | Worked LTIP stale-dated check project. | 2.00 |
| | 9/24/2014 | Timothy C. Ross | Attended Debtors Pension Investment Committee Meeting. | 0.50 |
| | 9/24/2014 | Timothy C. Ross | Reviewed and actioned Debtors LTIP / 401K matters | 1.00 |
| | 9/25/2014 | Allen K. Stout | Review Cleary comments re benefit plan statements. | 0.25 |
| | 9/25/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.25 |
| | 9/25/2014 | Deborah M. Parker | Compensation application preparation - re. update time keeping records. | 0.50 |
| | 9/25/2014 | Elizabeth Smith | Prepared VEBA financial statements. | 4.00 |
| | 9/25/2014 | Elizabeth Smith | Prepared transition plan. | 1.00 |
| | 9/25/2014 | Elizabeth Smith | Prepared VEBA management representation letter. | 1.00 |
| | 9/26/2014 | Elizabeth Smith | Prepared VEBA management representation letter. | 2.50 |
| | 9/29/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.25 |
| | 9/29/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit wind down activities, benefit inquiry). | 0.75 |
| | 9/29/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 1.50 |
| | 9/29/2014 | Elizabeth Smith | Prepared VEBA financial statements. | 4.25 |
| | 9/29/2014 | Elizabeth Smith | Worked LTIP stale-dated check project. | 1.00 |
| | 9/29/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit wind down matters - RE: 2013 VEBA Financial Statements need Cleary review. | 0.50 |
| | 9/30/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 9/30/2014 | Deborah M. Parker | Misc. HR activities -(e.g. filing, benefit wind down activities, VEBA). | 5.00 |
| | 9/30/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 1.50 |
| | 9/30/2014 | Elizabeth Smith | Prepared VEBA 5500. | 3.00 |
| | 9/30/2014 | Elizabeth Smith | Worked LTIP stale-dated check project. | 3.50 |
| | 9/30/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit matters | 1.00 |
| **Human Resources Total** | | | | **207.25** |

**Information Technology Operations**

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/2/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/2/2014 | Gary L. Storr | Troubleshooting of employee report output issue. | 1.25 |
| | 9/2/2014 | Gary L. Storr | Meeting with UKA re SAP BW server issue. | 0.75 |
| | 9/2/2014 | Gary L. Storr | Reformat and rebuild hard drive on user PC. | 3.75 |
| | 9/3/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/3/2014 | Gary L. Storr | Wrote new report for employee database system. | 5.00 |


# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/3/2014 | Gary L. Storr | Weekly status meeting with RLKS. | 0.50 |
| | 9/3/2014 | Gary L. Storr | Meeting with UKA re SAP BW server issue. | 0.50 |
| | 9/3/2014 | Gary L. Storr | Set user permissions for NNI Vault access. | 0.25 |
| | 9/3/2014 | Gary L. Storr | Corrected user profile on PC desktop. | 0.50 |
| | 9/4/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/4/2014 | Gary L. Storr | Meeting with UKA re SAP BW server issue. | 0.50 |
| | 9/4/2014 | Gary L. Storr | Wrote new report for employee database system. | 4.25 |
| | 9/8/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/8/2014 | Gary L. Storr | Finalized employee PTO report. | 3.50 |
| | 9/8/2014 | Gary L. Storr | Meeting with UKA re SAP BW server issue. | 0.50 |
| | 9/9/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/9/2014 | Gary L. Storr | Reviewed and processed Verizon bill for payment. | 0.25 |
| | 9/9/2014 | Gary L. Storr | Reviewed employee PTO report with staff. | 1.00 |
| | 9/9/2014 | Gary L. Storr | research value of Baystack switches for potential transition to tenant. | 0.50 |
| | 9/9/2014 | Gary L. Storr | Assisted user with PC access issue. | 0.50 |
| | 9/9/2014 | Gary L. Storr | Meeting with UKA re SAP BW server issue. | 0.50 |
| | 9/9/2014 | Gary L. Storr | Repaired issue with Excel macro generating monthly comp report. | 0.50 |
| | 9/9/2014 | Gary L. Storr | Troubleshooting of EMC array issue. | 4.75 |
| | 9/10/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/10/2014 | Gary L. Storr | Reviewed and processed AT&T bill for payment. | 0.25 |
| | 9/10/2014 | Gary L. Storr | Troubleshoot of VMX array outage. | 7.00 |
| | 9/11/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/11/2014 | Gary L. Storr | Repaired user PC issue. | 0.50 |
| | 9/11/2014 | Gary L. Storr | Troubleshooting of EMC array issue. | 2.75 |
| | 9/11/2014 | Gary L. Storr | Met with EMC Vendor to replace array drive. | 1.00 |
| | 9/11/2014 | Gary L. Storr | Reviewed and processed Akibia billing statement for payment. | 0.50 |
| | 9/11/2014 | Gary L. Storr | Installed SAP GUI on server for Akibia to utilize is troubleshooting efforts. | 1.00 |
| | 9/11/2014 | Gary L. Storr | Executed purchase transaction for Consolidated Reporting Solution. | 0.25 |
| | 9/11/2014 | Gary L. Storr | Set up QuickBooks master data re new bank account for CALA 2002. | 0.25 |
| | 9/15/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/15/2014 | Gary L. Storr | Reset user password. | 0.25 |
| | 9/15/2014 | Gary L. Storr | Reset login access to SAP BW for Akibia. | 0.25 |
| | 9/15/2014 | Gary L. Storr | Locked reporting periods thru September 14th for employee reporting. | 0.25 |
| | 9/15/2014 | Gary L. Storr | Addressed virus issue on user PC. | 2.25 |
| | 9/15/2014 | Gary L. Storr | Met with Frontier communications technician to permit access to RTP facility and troubleshoot circuit issues. | 0.50 |
| | 9/15/2014 | Gary L. Storr | Reset user 8x8 account. | 0.25 |
| | 9/16/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/16/2014 | Gary L. Storr | Addressed virus issue on user PC. | 2.50 |
| | 9/16/2014 | Gary L. Storr | Addressed backup issue on user PC. | 0.50 |
| | 9/16/2014 | Gary L. Storr | Addressed voicemail issue on user 8x8 device. | 0.50 |
| | 9/16/2014 | Gary L. Storr | Met with UKA and Akibia re: SAP BW server issue. | 0.50 |
| | 9/17/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/17/2014 | Gary L. Storr | Installed QuickBooks 14 on test server and began test procedures. | 1.50 |
| | 9/17/2014 | Gary L. Storr | Reviewed and processed CSC billing statement for payment. | 0.25 |
| | 9/17/2014 | Gary L. Storr | Reviewed and processed AT&T billing statement for payment. | 0.25 |
| | 9/17/2014 | Gary L. Storr | Reviewed and processed Recall billing statement for payment. | 0.25 |
| | 9/17/2014 | Gary L. Storr | Reviewed and processed Iron Mountain billing statement for payment. | 0.25 |
| | 9/17/2014 | Gary L. Storr | Tested potential resolution on SAP BW server. | 1.00 |
| | 9/17/2014 | Gary L. Storr | Met with Akibia during replacement of Power Supply and Hard Drive on storage array. | 2.00 |
| | 9/17/2014 | Gary L. Storr | Meeting with RLKS to discuss system status. | 0.50 |
| | 9/18/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/18/2014 | Gary L. Storr | Reinstalled application on user PC. | 0.75 |
| | 9/18/2014 | Gary L. Storr | Reset user password. | 0.25 |
| | 9/18/2014 | Gary L. Storr | Met with UKA and Akibia re: SAP BW server issue. | 0.50 |
| | 9/18/2014 | Gary L. Storr | Restructured employee status report. | 2.50 |
| | 9/18/2014 | Gary L. Storr | Archived former employee hard drive. | 1.00 |
| | 9/18/2014 | Gary L. Storr | Met with Frontier communications technician to permit access to RTP facility and troubleshoot circuit issues. | 0.50 |
| | 9/18/2014 | Gary L. Storr | Tested potential resolution on SAP BW server. | 1.00 |
| | 9/22/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/22/2014 | Gary L. Storr | Reviewed and processed AT&T billing statement for payment. | 0.25 |
| | 9/22/2014 | Gary L. Storr | Met with UKA and Akibia re: SAP BW server issue. | 0.75 |
| | 9/22/2014 | Gary L. Storr | Updated QuickBooks Master Data. | 0.50 |
| | 9/22/2014 | Gary L. Storr | Tested report fixes to SAP BW environment. | 1.25 |
| | 9/22/2014 | Gary L. Storr | Reset user password. | 0.25 |
| | 9/22/2014 | Gary L. Storr | Repaired user email client profile. | 1.75 |
| | 9/22/2014 | Gary L. Storr | Applied patch to QuickBooks 2014 reporting tool. | 0.50 |
| | 9/22/2014 | Gary L. Storr | Prep for QuickBooks 2014 cutover. | 1.50 |
| | 9/23/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/23/2014 | Gary L. Storr | Analyzed user PC issue. | 1.75 |
| | 9/23/2014 | Gary L. Storr | Corrected JAVA issue on user PC. | 0.75 |
| | 9/23/2014 | Gary L. Storr | Ran monthly address change report. | 0.50 |
| | 9/23/2014 | Gary L. Storr | Inventoried EMC hard drives on hand for possible array repair. | 3.50 |
| | 9/24/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/24/2014 | Gary L. Storr | Meeting with RLKS re: system status. | 0.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/24/2014 | Gary L. Storr | Set user permissions for file server access. | 0.25 |
| | 9/24/2014 | Gary L. Storr | Reviewed and processed Frontier billing statement for payment. | 0.25 |
| | 9/24/2014 | Gary L. Storr | Corrected erroneous employee database records. | 0.50 |
| | 9/24/2014 | Gary L. Storr | Performed administrative file server maintenance. | 5.00 |
| | 9/29/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/29/2014 | Gary L. Storr | Reloaded application software to user PC. | 0.75 |
| | 9/29/2014 | Gary L. Storr | Prepared for RLKS visit re: transition of responsibilities. | 4.00 |
| | 9/29/2014 | Gary L. Storr | Corresponded with Akibia re: outstanding invoice. | 0.25 |
| | 9/29/2014 | Gary L. Storr | Corresponded with JCI re: post lease tenant solution. | 0.25 |
| | 9/29/2014 | Gary L. Storr | Reviewed employee records at request of HR re: former employee time tracking. | 0.50 |
| | 9/29/2014 | Gary L. Storr | Repaired disk drive issue in RTP file server. | 0.75 |
| | 9/29/2014 | Gary L. Storr | Conducted offsite backups of QuickBooks data. | 0.50 |
| | 9/30/2014 | Gary L. Storr | Performed Daily Data Center health check. | 1.00 |
| | 9/30/2014 | Gary L. Storr | Meeting with RLKS re: Systems Transition. | 2.00 |
| | 9/30/2014 | Gary L. Storr | Investigated Sonicwall firmware upgrade re Shellshock virus. | 1.00 |
| **Information Technology Operations Total** | | | | **108.75** |

**Insurance & Risk Management**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/15/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors insurance matters | 0.50 |
| | 9/24/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors insurance matters | 0.50 |
| | 9/26/2014 | Timothy C. Ross | Meeting with insurance company - RE: Debtors insurance renewals. | 0.50 |
| | 9/29/2014 | Timothy C. Ross | Worked Debtors insurance and risk management matters | 2.00 |
| **Insurance & Risk Management Total** | | | | **3.50** |

**Professional Fee Applications**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/3/2014 | Kim Ponder | Processed weekly Professional fee applications. | 1.00 |
| | 9/5/2014 | Timothy C. Ross | Received, reviewed, and actioned E&Y fee invoice issue - RE: employment tax matters. | 0.50 |
| | 9/16/2014 | Kim Ponder | Reconciliation and payment preparation in connection with 21st Professional Fee Order. | 4.00 |
| | 9/19/2014 | Kim Ponder | Drafted 22nd Ordinary Course Professional report. | 4.00 |
| | 9/24/2014 | Kim Ponder | Processed weekly Professional Fee applications filed. | 0.50 |
| | 9/25/2014 | Kim Ponder | Reviewed CGSH draft of OCP and provided comments for final report. | 0.75 |
| | 9/30/2014 | Kim Ponder | Processed weekly Professional fee applications. | 0.50 |
| **Professional Fee Applications Total** | | | | **11.25** |

**Real Estate Management**

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/2/2014 | Timothy C. Ross | Meeting with Forse, Inc. (B. Werner) and Johnson Controls, Inc. (A. Lane) - RE: Forse, Inc. excess space. | 0.50 |
| | 9/2/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: Forse, Inc. excess space credit and rebill. | 0.50 |
| | 9/9/2014 | Kim Ponder | Received and responded to request for information from Cushman Wakefield on behalf of Avaya. | 0.25 |
| | 9/10/2014 | Kim Ponder | Received and responded to request from A. Lane re: RTP tenant receivable balance. | 0.50 |
| | 9/11/2014 | Kim Ponder | Received and responded to tenant request for utility data. | 0.50 |
| | 9/11/2014 | Kim Ponder | Received and responded to request from A. Lane re: RTP tenant monthly billing history. | 0.50 |
| | 9/11/2014 | Timothy C. Ross | Reviewed and authorized Debtors property management matters RE: Genband Additional Warehouse Space. | 1.00 |
| | 9/11/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: Genband rent credit analysis. | 1.00 |
| | 9/12/2014 | Timothy C. Ross | Meeting with Johnson Controls (A. Lane) - RE: Debtors property management project review and August 2014 cost review/approval. | 1.00 |
| | 9/15/2014 | Gary L. Storr | Documentation of Iron Mountain Inventory & Process. | 0.75 |
| | 9/15/2014 | Timothy C. Ross | Prepared and submitted Rent roll for RTP and Richardson properties due October 1, 2014. | 1.50 |
| | 9/15/2014 | Timothy C. Ross | Prepared and submitted tenant rental income for invoicing - RE: October 1, 2014 rent. | 2.50 |
| | 9/16/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: JCI Services Scope Matrix Review and Approval. | 1.00 |
| | 9/22/2014 | Kim Ponder | Correspondence received, reviewed and responded to from Daymark Properties re: lease of temporary space | 0.50 |
| | 9/23/2014 | Kim Ponder | Received and responded to JCI inquiry re: subtenant rental payments. | 0.50 |
| | 9/24/2014 | Timothy C. Ross | Meeting with JCI (A. Lane) - RE: Debtors property management review and JCI cost sharing analysis update. | 1.00 |
| | 9/30/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: Nortel 2001-1 Gateway Lender Information Request. | 1.00 |
| | 9/30/2014 | Timothy C. Ross | Prepared Johnson Control facilities management savings sharing analysis - RE: 2014 January through August. | 3.00 |
| **Real Estate Management Total** | | | | **17.50** |

**Residual Business Operations**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 9/2/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | 4.00 |
| | 9/3/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | 1.00 |
| | 9/4/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | 1.25 |
| | 9/4/2014 | Timothy C. Ross | Worked debtors residual business matters - receivables | 1.00 |
| | 9/5/2014 | William D. Cozart | Research regarding residual receivables. | 1.50 |