## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of September 1, 2014 through September 30, 2014

| Expense Category | Expenses |
|---|---:|
| Airfare | 387.70 |
| Lodging | 271.27 |
| Meals | 23.83 |
| Parking | 13.93 |
| Ground Transportation | 71.89 |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of September 1, 2014 through September 30, 2014** | **$ 768.62** |