# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of September 1, 2014 through September 30, 2014

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 09/09/14 | Elizabeth Smith | Travel to Raleigh, NC for Residual Company Meeting | Raleigh, NC |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | Southwest | 387.70 |
| | Lodging | Marriott | 271.27 |
| | Meals | Marriott and Mez | 23.83 |
| | Parking | Executive Travel | 13.93 |
| | Ground Transportation | Enterprise and Personal Car | 71.89 |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ 768.62** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

**For the period of September 1, 2014 through September 30, 2014**    $ 768.62