IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14629** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                          ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 27, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
27th day of October, 2014

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 16

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                     Chapter 11

NORTEL NETWORKS INC., et al.,                              Case No. 09-10138 (KG)

                    Debtors.                               Jointly Administered

           NOTICE:  FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                         BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  ARICENT TECHNOLOGIES HOLDINGS LTD          ARICENT TECHNOLOGIES HOLDINGS LTD
          SIDLEY AUSTIN LLP                           303 TWIN DOLPHIN DR STE 600
          ATTN: JEFFREY E. BJORK                      REDWOOD CITY, CA 94065-1422
          555 WEST FIFTH STREET
          SUITE 400
          LOS ANGELES CA 90013

Please note that your claim # 8200 in the above referenced case and in the amount of
     $50,000.00 allowed at $50,000.00  has been transferred **(unless previously expunged by court order)** to:

                                   TRC MASTER FUND LLC
                                   TRANSFEROR: ARICENT TECHNOLOGIES HOLDING
                                   ATTN: TERREL ROSS
                                   PO BOX 633
                                   WOODMERE, NY 11598

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE
                         824 NORTH MARKET STREET, 3RD FLOOR
                         WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14629    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2014                       David D. Bird, Clerk of Court


                                       /s/ Kimberly Murray
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 27, 2014.

EXHIBIT B

TIME: 16:01:31
DATE: 10/27/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|------|---------|
| ARICENT TECHNOLOGIES HOLDINGS LTD | 303 TWIN DOLPHIN DR STE 600 REDWOOD CITY CA 94065-1422 |
| ARICENT TECHNOLOGIES HOLDINGS LTD | SIDLEY AUSTIN LLP ATTN: JEFFREY E. BJORK 555 WEST FIFTH STREET SUITE 400 LOS ANGELES CA 90013 |
| TRC MASTER FUND LLC | TRANSFEROR: ARICENT TECHNOLOGIES HOLDING ATTN: TERREL ROSS PO BOX 633 WOODMERE NY 11598 |

Total Number of Records Printed    3

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006