IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | |
|---|---|
| *In re* | : Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : Case No. 09-10138(KG) |
| Debtors. | : |

-------------------------------------------------------------x

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Dustin F. Guzior, Esquire, to represent Time Warner Cable in this matter.

Dated: October 29, 2014              BIFFERATO LLC
       Wilmington, DE

                                      */s/ Ian Connor Bifferato*
                                      Ian Connor Bifferato (#3273)
                                      J. Zachary Haupt (#5344)
                                      800 N. King Street, Plaza Level
                                      P.O. Box 2165
                                      Wilmington, Delaware 19899-2165
                                      Telephone: (302) 225-7600
                                      Facsimile: (302) 254-5383

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 29, 2014

                                          */s/ Dustin F. Guzior*
                                          Dustin F. Guzior
                                          DESMARAIS LLP
                                          230 Park Avenue
                                          New York, New York 10169
                                          (212) 808-2944

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____      _____
                                                           United States Bankruptcy Judge