# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 23, 2014
Invoice 467892
Page 3

Client #  732310

Matter #  165839

---

For services through September 30, 2014
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 09/26/14 | Email to L. Morris re: returning room keys for overflow space | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $46.50 |

|  |  |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$46.50** |
| BALANCE BROUGHT FORWARD | $1,553.90 |
| **TOTAL DUE FOR THIS MATTER** | **$1,600.40** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 4  
Client #  732310

Matter # 165839

For services through September 30, 2014  
relating to  Automatic Stay/Adequate Protection

| 09/26/14 | Review motion to extend stay | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.30 hrs. | 465.00 | $604.50 |

| | Total Fees for Professional Services | $604.50 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | $604.50 |
|---|---|

| **TOTAL DUE FOR THIS MATTER** | **$604.50** |
|---|---|

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 5  
Client #  732310  

Matter # 165839

For services through September 30, 2014  
relating to Court Hearings

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/11/14 | Retrieve re: 9/15/14 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: amended 9/15/14 agenda (.1); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 09/12/14 | Email to L. Morris re: cancellation of 9/15/14 hearing | Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 09/15/14 | Emails to J. Yecies and C. Weinreb re: preparation for 9/22/14 hearing | Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 09/17/14 | Review e-mail from M. Fagen re: retrieval of hearing transcripts from 6/29/09, 5/2/11 and 7/11/11 (.1); Search docket and retrieve re: same (.2); E-mail to M. Fagen re: same (.1) | Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 09/17/14 | Call with A. Evans re: closing logistics | Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 09/18/14 | Conferences with L. Morris re: hearing prep | Associate | Amanda R. Steele | 0.20 hrs. | 390.00 | $78.00 |
| 09/19/14 | Email to L. Morris re: hearing prep for allocation hearing (.1); Conference with L. Morris re: same (.1); Calls with L. Morris re: hearing prep for allocation hearing (.4); Call with R. Speaker re: same (.1); Correspondence with C. Samis re: same (.1); Emails to R. Speaker re: same (.1); Email to Parcels re: additional documents needed for hearing prep (.1) | Associate | Amanda R. Steele | 1.00 hrs. | 390.00 | $390.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 6  
Client #  732310

Matter # 165839

| Date | Description | Title/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/14 | Review email from M. Wunder re: telephonic appearances for 9/22 and 9/23 (.1); Telephone call to Courtcall re: same (.1); Email to M. Wunder re: same (.1) | Paralegal — Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 09/19/14 | Emails to F. Hodara re: Nortel closing logistics (.2); Emails to A. Cordo re: Nortel closing logistics (.4); Emails to B. Witters re: Nortel closing logistics (.4); Emails to A. Evans and C. Weinreb re: Nortel closing logistics (.3); Emails to L. Morris re: Nortel closing logistics (.3); Email to B. Kahn re: Nortel closing logistics (.1) | Associate — Christopher M. Samis | 1.70 hrs. | 465.00 | $790.50 |
| 09/21/14 | Prepare for 9/22/14 trial day (2.0); Emails to A. Steele re: preparation for 9/22/14 trial day (.1); Emails to Akin litigation team re: preparation for 9/22/14 trial day (.4) | Associate — Christopher M. Samis | 2.50 hrs. | 465.00 | $1,162.50 |
| 09/21/14 | Technical assistance during hearing prep | Litigation — Daniel D. White | 4.00 hrs. | 235.00 | $940.00 |
| 09/22/14 | Assist with hearing prep (.3); Emails with C. Samis re: telephonic hearing (.1); Call to chambers re: same (.1); Emails with A. Evans re: documents needed for hearing (.2) | Associate — Amanda R. Steele | 0.70 hrs. | 390.00 | $273.00 |
| 09/22/14 | Prepare for 9/22/14 trial day (2.0); Attend 9/22/14 trial day (7.3); Attend lunch meeting with F. Hodara, R. Johnson and others re: closing strategy (1.0); Emails to M. Collins re: outcome of 9/22/14 trial day (.2); Meet with M. Collins re: outcome of 9/22/14 trial day (.2); Emails to B. Kahn re: 9/22/14 trial strategy (.4); Emails to R. Johnson re: 9/22/14 trial strategy (.2); Email to A. Steele re: preparation for 9/22/14 trial day (.1); Emails to L. Morris re: preparation for 9/22/14 trial day (.2); Email to A. Cordo re: 9/22/14 trial strategy (.1) | Associate — Christopher M. Samis | 11.70 hrs. | 465.00 | $5,440.50 |
| 09/22/14 | Technical assistance during hearing | Litigation — Daniel D. White | 1.60 hrs. | 235.00 | $376.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 7

Client #  732310

Matter #  165839

---

| Date | Description | | | |
|---|---|---|---|---|
| 09/22/14 | Meeting with A. Steele re: M. Fagen and C. Kearns dial ins for 9/22/14 hearing (.1); Register M. Fagen and C. Kearns for dial ins for 9/22/14 hearing and email M. Fagen of confirmation of same (.2); Phone call with M. Fagen re: 9/23/14 hearing dial ins (.1); Register M. Fagen and C. Kearns for 9/23/14 hearing dial ins and email M. Fagen confirmation of same (.2) | | | |
| Paralegal | Lindsey A. Edinger | 0.60 hrs. | 235.00 | $141.00 |
| 09/23/14 | Email to C. Weinreb re: closing deck (.1); Assist with hearing prep materials (.3) | | | |
| Associate | Amanda R. Steele | 0.40 hrs. | 390.00 | $156.00 |
| 09/23/14 | Review e-mail from M. Fagen re: 2/26/10 hearing transcript (.1); Search docket and retrieve re: same (.1); E-mail to M. Fagen re: transcript of same (.1); Review e-mail from M. Fagen re: 9/24/14 telephonic appearances for M. Fagen, D. Botter and C. Kearns (.1); Telephone call to Courtcall re: same (.3); E-mail to M. Fagen re: same (.1); Review e-mail from M. Wunder re: 9/24/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 235.00 | $258.50 |
| 09/23/14 | Prepare for 9/23/14 trial day (2.0); Attend 9/23/14 trial day (7.6); Attend lunch meeting with F. Hodara, R. Johnson and others re: closing strategy (1.0); Emails to A. Evans and C. Weinreb re: preparation for 9/23/14 trial day (.2); Emails to A. Steele re: preparation for 9/22/14 trial day (.3); Emails to L. Morris re: preparation for 9/23/14 trial day (.4) | | | |
| Associate | Christopher M. Samis | 11.50 hrs. | 465.00 | $5,347.50 |
| 09/24/14 | Attend 9/24/14 trial day (4.1); Prepare for 9/24/14 trial day (2.2) | | | |
| Associate | Christopher M. Samis | 6.30 hrs. | 465.00 | $2,929.50 |

Total Fees for Professional Services                                                $18,820.50

TOTAL DUE FOR THIS INVOICE                                                          **$18,820.50**

                                                                                    $29,861.40

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 23, 2014
Invoice 467892
Page 8
Client #  732310

Matter #  165839

| | |
|---|---:|
| **TOTAL DUE FOR THIS MATTER** | **$48,681.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 9  

Client #  732310  

Matter #  165839  

For services through September 30, 2014  
relating to  Litigation/Adversary Proceedings  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/14 | Review, revise and finalize US Interests' closing post-allocation trial brief (4.8); Email to A. Cordo re: clearance of US Interests' closing post-allocation trial brief (.1); Emails to A. Steele re: clearance and filing of US Interests' closing post-allocation trial brief (.2); Emails to J. Yecies re: preparation for closing argument (.2) | Associate Christopher M. Samis | 5.30 hrs. | 465.00 | $2,464.50 |
| 09/11/14 | Review CCC closing post-allocation trial brief (2.1); Review Monitor's closing post-allocation trial brief and proposed findings of fact (5.1) | Associate Christopher M. Samis | 7.20 hrs. | 465.00 | $3,348.00 |
| 09/12/14 | Review WT post-trial allocation brief (.5); Review EMEA post-trial allocation brief (3.5); Review Law Debenture post-trial allocation brief (.3); Review UKPC post-trial allocation brief (3.4); Review BoNY post-trial allocation brief (.3) | Associate Christopher M. Samis | 8.00 hrs. | 465.00 | $3,720.00 |
| 09/16/14 | Review documents and materials for upcoming Nortel closing arguments | Associate Christopher M. Samis | 2.30 hrs. | 465.00 | $1,069.50 |
| 09/20/14 | Emails with Parcels re: print jobs for allocation hearing prep (.2); Email to D. Chau re: same (.1) | Associate Amanda R. Steele | 0.30 hrs. | 390.00 | $117.00 |
| 09/25/14 | Attention to reviewing, cataloging and returning closing documentation from allocation trial to retention | Associate Christopher M. Samis | 1.50 hrs. | 465.00 | $697.50 |
| 09/26/14 | Call to P. Keane re: obtaining PPI 9019 discovery requests (.2); Call to A. Cordo re: obtaining PPI 9019 discovery requests (.2) | Associate Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |

| | |
|---|---|
| Nortel Creditors Committee | October 23, 2014 |
| c/o Fred S. Hodara, Esq. | Invoice 467892 |
| Akin Gump Strauss Hauer Feld LLP | Page 10 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |
| | |
| | Matter #  165839 |

| | |
|---|---:|
| Total Fees for Professional Services | $11,602.50 |
| | |
| TOTAL DUE FOR THIS INVOICE | **$11,602.50** |
| | $29,988.90 |
| **TOTAL DUE FOR THIS MATTER** | **$41,591.40** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 11  
Client #  732310

Matter #  165839

For services through September 30, 2014  
relating to  RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/08/14 | Review e-mail from B. Kahn re: RLF estimated fees and expenses for August (.1); E-mail to L. Stevenson re: same (.1); E-mail to B. Kahn re: numbers of same (.1) | | | | |
| | Paralegal   Barbara J. Witters | | 0.30 hrs. | 235.00 | $70.50 |
| 09/18/14 | Prepare cno re: RLF July fee application (.2); E-mail to A. Steele re: same (.1); Finalize and file cno re: same (.2) | | | | |
| | Paralegal   Barbara J. Witters | | 0.50 hrs. | 235.00 | $117.50 |
| 09/21/14 | Review RLF August bill memos and meal charge | | | | |
| | Paralegal   Barbara J. Witters | | 0.30 hrs. | 235.00 | $70.50 |
| 09/24/14 | Review and revise RLF August fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal   Barbara J. Witters | | 1.00 hrs. | 235.00 | $235.00 |

Total Fees for Professional Services                                    $493.50

TOTAL DUE FOR THIS INVOICE                                    **$493.50**

$1,769.10

**TOTAL DUE FOR THIS MATTER**                                    **$2,262.60**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 23, 2014  
Invoice 467892  
Page 12  
Client #  732310  

Matter # 165839  

For services through September 30, 2014  
relating to  Fee Applications of Others

| Date | Description | Role | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/02/14 | Email to M. Fagen re: submission of confidential expert billing for August 2014 | Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 09/03/14 | Email to M. Fagen re: confidential litigation expert bills (.1); Email to A. Cordo re: confidential litigation expert bills (.1) | Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 09/04/14 | Prepare cno re: Capstone June fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 09/04/14 | Review, revise and finalize cno for Capstone monthly fee application | Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 09/05/14 | Review and revise exhibit B re: 21st interim fee order (2.5); E-mail to fee professionals re: same (.1); Review e-mails re: comments to exhibit B (.2); Revise exhibit B re: same (.3) | Paralegal | Barbara J. Witters | 3.10 hrs. | 235.00 | $728.50 |
| 09/08/14 | Review and revise exhibit B re 21st interim fee order (.8); E-mail to J. Hyland re: same (.1); E-mail to and L. Roberts re: same (.2); E-mail to M. Maddox re: order of same (.1) | Paralegal | Barbara J. Witters | 1.20 hrs. | 235.00 | $282.00 |
| 09/09/14 | Prepare cno re: Cassels Brock May fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 09/10/14 | Email to M. Linder re: cno (.1); Call with C. Samis re: same (.1); Conference with B. Witters re: same (.1) | Associate | Amanda R. Steele | 0.30 hrs. | 390.00 | $117.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 23, 2014  
Invoice 467892  
Page 13  

Client #  732310  

Matter # 165839  

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/14 | Prepare cno re: request of Jefferies LLC payment adm claim (.2); Prepare order re: same (.2); Discussion with A. Steele re: signature page (.2); E-mail to A. Steele re: same (.1); Finalize and file aos re: request of Jefferies LLC payment adm. claim (.1); Review e-mail from A. Steele re: cno comments (.1); Revise cno re: same (.1); Finalize and file re: cno re: same (.2); Coordinate to Judge Gross re: request, cno and order of same (.2) | Paralegal — Barbara J. Witters | 1.40 hrs. | 235.00 | $329.00 |
| 09/10/14 | Finalize and file aos re: Cassels Brock June fee application | Paralegal — Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |
| 09/10/14 | Email to B. Witters re: cno for Jefferies indemnification application (.1); Email to M. Linder re: cno for Jefferies indemnification application (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 09/17/14 | Coordinate service re: order request of Jefferies payment adm. claim (.2); Prepare aos re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 09/17/14 | Prepare cno re: Akin Gump June fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 09/18/14 | Review cno for Akin fee app | Associate — Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |
| 09/18/14 | Prepare cno re: Cassels Brock June fee application (.2); Email to A. Steele re: same (.1); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.50 hrs. | 235.00 | $117.50 |
| 09/19/14 | Review CNO re: Capstone fee application | Associate — Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | October 23, 2014<br>Invoice 467892<br>Page 14<br>Client #  732310<br><br>Matter #  165839 |

---

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/14 | Prepare cno re: Akin Gump July fee application (.2); Prepare cno re: Capstone July fee application (.2); E-mail to A. Steele re: same (.1); Finalize and file cno re: Capstone July fee application (.2); Finalize and file cno re: Akin Gump July fee application (.2) | | | | |
| | | Paralegal — Barbara J. Witters | 0.90 hrs. | 235.00 | $211.50 |
| 09/22/14 | Prepare cno re: Ashurst July fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | | Paralegal — Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 09/23/14 | Prepare cno re: Cassels Brock July fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | | Paralegal — Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 09/29/14 | Review e-mail from M. Fagen re: Ashurst August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | | Paralegal — Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 09/29/14 | Email to B. Witters re: A. Steele addressing fee applications | | | | |
| | | Associate — Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

| | |
|---|---|
| Total Fees for Professional Services | $3,058.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,058.00** |
| | $5,507.90 |
| **TOTAL DUE FOR THIS MATTER** | **$8,565.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 15  
Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 3.10 | 390.00 | 1,209.00 |
| Barbara J. Witters | 14.90 | 235.00 | 3,501.50 |
| Christopher M. Samis | 61.20 | 465.00 | 28,458.00 |
| Daniel D. White | 5.60 | 235.00 | 1,316.00 |
| Lindsey A. Edinger | 0.60 | 235.00 | 141.00 |
| TOTAL | 85.40 | $405.45 | 34,625.50 |

**TOTAL DUE FOR THIS INVOICE**             **$49,149.24**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310