# **EXHIBIT B**



RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

October 23, 2014
Invoice 467892

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through September 30, 2014
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $1,319.51 |
| Conference Calling | $775.00 |
| Document Retrieval | $0.30 |
| Long distance telephone charges | $4.17 |
| Messenger and delivery service | $583.62 |
| Overtime | $923.09 |
| Photocopying/Printing - outside vendor | $10,420.65 |
| Photocopying/Printing<br>1,310 @ $.10 pg./ 999 @ $.10/pg. | $230.90 |
| Postage | $266.50 |
| Other Charges | $14,523.74 |

TOTAL DUE FOR THIS INVOICE                $14,523.74
BALANCE BROUGHT FORWARD                    $4,425.90

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 23, 2014
Invoice 467892

Page 2

Client #  732310

Matter # 165839

**TOTAL DUE FOR THIS MATTER**                                               $18,949.64

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 16  
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
Case Administration  
Automatic Stay/Adequate Protection  
Court Hearings  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 05/27/14 | PARCELS, INC.: 517356 - 165839 | | DUPOUT |
| | Amount = | $1,874.70 | |
| 09/03/14 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 17  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = $0.70 | | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/04/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 18  

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/05/14 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 09/08/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/08/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/08/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/08/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/08/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/08/14 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 09/09/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/09/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/09/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/10/14 | 12128728121 Long Distance | | LD |
| | Amount = $2.78 | | |
| 09/10/14 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = $3.10 | | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 23, 2014  
Invoice 467892  
Page 19  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/11/14 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 09/12/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/17/14 | Photocopies | | DUP.10CC |
| | Amount = | $28.40 | |
| 09/17/14 | Richards Layton and Finger/YOUNG CONAWAY Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/17/14 | Richards Layton and Finger/WOMBLE CARLYLE SANDRIDGE & RICE Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/17/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/17/14 | Richards Layton and Finger/ASHBY & GEDDES Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 20  
Client #  732310

| Date | Description | Type |
|---|---|---|
| 09/17/14 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/BAYARD FIRM Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/Bifferato Gentilotti & Biden Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/Buchanan Ingersoll and Rooney Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/CROSS & SIMON Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/COUSINS CHIPMAN & BROWN LLP Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/CONNOLLY GALLAGHER LLP Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/COLE SCHOTZ MEISEL FORMAN & LEONARD Messenger and delivery charges<br>Amount =   $6.45 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 23, 2014  
Invoice 467892  
Page 21  
Client #  732310  

| Date | Description | Type |
|---|---|---|
| 09/17/14 | Richards Layton and Finger/DLA PIPER Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/ELLIOTT GREENLEAF Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/DRINKER BIDDLE & REATH LLP Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/DUANE MORRIS Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/DLA PIPER Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/Klehr Harrison Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/VIVIAN A HOUGHTON Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/Landis Rath & Cobb Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/MCCARTER & ENGLISH Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/MONZACK & MONACO Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/Morris James Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/US Attorney Messenger and delivery charges<br>Amount = $6.45 | MESS |

| | | |
|---|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | | October 23, 2014<br>Invoice 467892<br>Page 22<br>Client # 732310 |

| Date | Description | Code |
|---|---|---|
| 09/17/14 | Richards Layton and Finger/WEIR & PARTNERS Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/WERB & SULLIVAN Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/Morris James Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/US Trustee Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/PACHULSKI STANG Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/PINCKNEY HARRIS & WEIDINGER Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/POLSINELLI SHALTON FLANIGAN SUELTHAUS Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/REED SMITH Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/Sullivan Hazeltine Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 09/17/14 | Richards Layton and Finger/STEVENS & LEE Messenger and delivery charges<br>Amount = $6.45 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 23, 2014  
Invoice 467892  
Page 23  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 09/17/14 | Richards Layton and Finger/SMITH KATZENSTEIN & FURLOW Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/17/14 | Richards Layton and Finger/Swartz Campbell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/17/14 | Postage | | POST |
| | Amount = | $244.38 | |
| 09/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/17/14 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 09/17/14 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 09/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 24  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/19/14 | PARCELS, INC.: 537102 - 165839 | | DUPOUT |
| | Amount = | $8,291.10 | |
| 09/19/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/19/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/19/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/19/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/19/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/19/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/19/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/21/14 | PARCELS, INC.: 537105 - 165839 | | DUPOUT |
| | Amount = | $254.85 | |
| 09/21/14 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 09/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/21/14 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | October 23, 2014 |
| c/o Fred S. Hodara, Esq. | | Invoice 467892 |
| Akin Gump Strauss Hauer Feld LLP | | Page 25 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | Code |
|---|---|---|
| 09/21/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 09/21/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 09/22/14 | CAVANAUGH'S RESTAURANT: Food Service 9/22-9/24 | MEALSCL |
| | Amount = $77.50 | |
| 09/22/14 | RODNEY GRILLE: CXS | MEALSCL |
| | Amount = $96.87 | |
| 09/22/14 | RODNEY GRILLE: DDW | MEALSCL |
| | Amount = $6.74 | |
| 09/22/14 | PARCELS, INC.: 537039 - 165839 | MESS |
| | Amount = $7.50 | |
| 09/22/14 | PARCELS, INC.: 536973 - 165839 | MESS |
| | Amount = $57.50 | |
| 09/22/14 | PARCELS, INC.: 537008 - 165839 | MESS |
| | Amount = $12.50 | |
| 09/22/14 | Amanda R. Steele: Dinner with Aiken Co-Counsel 9/22 - 165839 | MEALSCL |
| | Amount = $708.00 | |
| 09/22/14 | Photocopies | DUP.10CC |
| | Amount = $0.10 | |
| 09/22/14 | Photocopies | DUP.10CC |
| | Amount = $1.70 | |
| 09/22/14 | Printing | DUP.10CC |
| | Amount = $6.50 | |
| 09/22/14 | Printing | DUP.10CC |
| | Amount = $13.50 | |
| 09/22/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 09/22/14 | Printing | DUP.10CC |
| | Amount = $13.00 | |
| 09/22/14 | Printing | DUP.10CC |
| | Amount = $9.00 | |
| 09/22/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 26  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 09/22/14 | Printing | Amount = $0.30 | DUP.10CC |
| 09/23/14 | RODNEY GRILLE: CXS | Amount = $62.40 | MEALSCL |
| 09/23/14 | MANHATTAN BAGEL COMPANY: Food Service 9/23 | Amount = $75.00 | MEALSCL |
| 09/23/14 | Messenger and delivery From Purebread RCS | Amount = $293.00 | MEALSCL |
| 09/23/14 | Messenger and delivery | Amount = $10.15 | MESS |
| 09/23/14 | Printing | Amount = $0.20 | DUP.10CC |
| 09/23/14 | Printing | Amount = $0.40 | DUP.10CC |
| 09/23/14 | Printing | Amount = $0.30 | DUP.10CC |
| 09/23/14 | Printing | Amount = $0.10 | DUP.10CC |
| 09/23/14 | Printing | Amount = $0.30 | DUP.10CC |
| 09/23/14 | Printing | Amount = $0.10 | DUP.10CC |
| 09/23/14 | Printing | Amount = $15.00 | DUP.10CC |
| 09/24/14 | AKIN GUMP - Messenger and delivery | Amount = $15.06 | MESS |
| 09/24/14 | AKIN GUMP - Messenger and delivery | Amount = $13.98 | MESS |
| 09/24/14 | AKIN GUMP - Messenger and delivery | Amount = $18.13 | MESS |
| 09/24/14 | Photocopies | Amount = $73.20 | DUP.10CC |
| 09/24/14 | Messenger and delivery | Amount = $95.50 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 27  

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/24/14 | Messenger and delivery | | MESS |
| | Amount = | $75.95 | |
| 09/24/14 | Postage | | POST |
| | Amount = | $12.32 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/24/14 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 09/25/14 | CourtCall | | CONFCALL |
| | Amount = | $489.00 | |
| 09/26/14 | 12128727425 Long Distance | | LD |
| | Amount = | $1.39 | |
| 09/26/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/29/14 | Photocopies | | DUP.10CC |
| | Amount = | $27.60 | |
| 09/29/14 | PARALEGAL OT THRU 9/30/14 | | OT |
| | Amount = | $0.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 23, 2014  
Invoice 467892  
Page 28  

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/29/14 | LIT SUPPORT OT THRU 9/30/14 | | OT |
| | Amount = | $262.56 | |
| 09/29/14 | SECRETARIAL OT THRU 9/30/14 | | OT |
| | Amount = | $660.53 | |
| 09/29/14 | Postage | | POST |
| | Amount = | $9.80 | |
| 09/29/14 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 09/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/30/14 | CourtCall | | CONFCALL |
| | Amount = | $286.00 | |
| 09/30/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

TOTALS FOR  732310       Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $14,523.74