**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 8/1/2014 through 8/31/2014

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 7.30 | $6,387.50 |
| J. Borow | Executive Director | $875 | 38.20 | $33,425.00 |
| J. Hyland | Executive Director | $660 | 116.80 | $77,088.00 |
| M. Dansky | Executive Director | $625 | 1.90 | $1,187.50 |
| A. Cowie | Managing Director | $600 | 32.30 | $19,380.00 |
| B. Kullberg | Managing Director | $525 | 1.40 | $735.00 |
| J. Emerson | Consultant | $250 | 0.70 | $175.00 |
| J. Blum | Paraprofessional | $120 | 19.00 | $2,280.00 |
| M. Haverkamp | Paraprofessional | $120 | 1.80 | $216.00 |
| **For the Period 8/1/2014 through 8/31/2014** | | | **219.40** | **$140,874.00** |