**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 8/1/2014 through 8/31/2014

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 70.90 | $49,829.00 |
| 05. Professional Retention/Fee Application Preparation | 40.80 | $15,761.00 |
| 08. Interaction/Mtgs w Creditors | 18.10 | $14,955.50 |
| 10. Recovery/SubCon/Lien Analysis | 19.50 | $12,210.00 |
| 11. Claim Analysis/Accounting | 46.30 | $32,513.50 |
| 13. Intercompany Transactions/Bal | 1.50 | $990.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 19.00 | $12,692.50 |
| 33. Intellectual Property | 3.30 | $1,922.50 |
| **For the Period 8/1/2014 through 8/31/2014** | **219.40** | **$140,874.00** |