Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 8/1/2014 through 8/31/2014

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 8/1/2014 | J. Hyland | 0.40 | Reviewed articles re: proceeds allocation and bond interest. |
| 8/1/2014 | C. Kearns | 1.50 | Read draft findings of fact re: allocation trial. |
| 8/1/2014 | A. Cowie | 1.90 | Reviewed closing briefs from the parties. |
| 8/4/2014 | C. Kearns | 0.50 | Began reading draft closing brief. |
| 8/5/2014 | C. Kearns | 0.50 | Continued to read draft closing brief. |
| 8/5/2014 | A. Cowie | 1.80 | Analyzed current court documentation in regard to proceeds allocation litigation. |
| 8/5/2014 | J. Hyland | 2.80 | Reviewed draft post-trial brief from counsel. |
| 8/6/2014 | C. Kearns | 1.30 | Continued to read draft closing brief. |
| 8/6/2014 | J. Hyland | 2.50 | Reviewed proposed conclusions of law for the closing argument. |
| 8/7/2014 | J. Hyland | 2.70 | Continued reviewing proceeds allocation expert opinions relative to closing arguments. |
| 8/7/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation expert opinions relative to closing argument. |
| 8/8/2014 | J. Borow | 1.10 | Reviewed briefs filed relating to post-petition interest issues. |
| 8/8/2014 | J. Hyland | 1.30 | Reviewed EMEA and UKP's post-trial brief re: proceeds allocation. |
| 8/8/2014 | J. Hyland | 1.50 | Reviewed NNL's post-trial brief re: proceeds allocation. |
| 8/8/2014 | J. Hyland | 1.60 | Reviewed NNL's post-trial brief re: proceeds allocation. |
| 8/11/2014 | J. Hyland | 1.80 | Reviewed NNL's post-trial proceeds allocation brief. |
| 8/11/2014 | J. Hyland | 2.00 | Reviewed NNL's post-trial brief proceeds allocation brief. |
| 8/11/2014 | J. Hyland | 2.10 | Reviewed EMEA and UKP's post-trial proceeds allocation brief. |
| 8/12/2014 | J. Borow | 2.30 | Reviewed filed post-trial briefs. |

Capstone Advisory Group, LLC                                                                                         Page 1 of 8
Invoice for the 8/1/2014-8/31/2014 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/13/2014 | J. Borow | 1.10 | Continued review of post-trial reply briefs filed. |
| 8/13/2014 | J. Borow | 2.10 | Reviewed post-trial briefs. |
| 8/14/2014 | J. Hyland | 2.60 | Continued analyzing positions in post-trial proceeds allocation brief. |
| 8/14/2014 | J. Borow | 2.70 | Reviewed filed post-trial briefs. |
| 8/14/2014 | J. Hyland | 2.80 | Analyzed positions in post-trial proceeds allocation brief. |
| 8/15/2014 | C. Kearns | 1.00 | Read Monitor closing brief. |
| 8/15/2014 | J. Hyland | 2.00 | Continued analyzing post-trial proceeds allocation brief positions. |
| 8/15/2014 | J. Hyland | 2.90 | Analyzed post-trial proceeds allocation brief positions. |
| 8/20/2014 | A. Cowie | 2.80 | Analyzed closing briefs on proceeds allocation. |
| 8/21/2014 | J. Hyland | 1.40 | Reviewed documentation related to a current asset sale. |
| 8/21/2014 | J. Hyland | 2.80 | Analyzed historic asset sale transactions. |
| 8/22/2014 | A. Cowie | 2.40 | Reviewed draft closing brief related to proceeds allocation. |
| 8/25/2014 | J. Hyland | 1.50 | Continued analyzing proceeds allocation positions for each major estate. |
| 8/25/2014 | J. Hyland | 2.60 | Continued analyzing proceeds allocation positions for each major estate. |
| 8/25/2014 | J. Hyland | 2.80 | Analyzed proceeds allocation positions for each major estate. |
| 8/26/2014 | J. Borow | 1.20 | Reviewed current sales of assets by Canadian monitor. |
| 8/27/2014 | J. Borow | 1.30 | Reviewed sales of assets by Canadian monitor. |
| 8/28/2014 | J. Hyland | 2.50 | Reviewed the U.S. proceeds allocation positon. |
| Subtotal | | 70.90 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/4/2014 | J. Hyland | 0.20 | Prepared July fee and expense estimates for counsel. |
| 8/4/2014 | J. Hyland | 0.90 | Reviewed June Fee Application narrative. |
| 8/4/2014 | A. Cowie | 1.40 | Reviewed June Fee Application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/5/2014 | J. Blum | 0.50 | Prepared June Fee Application. |
| 8/5/2014 | M. Haverkamp | 0.50 | Prepared June Fee Application. |
| 8/5/2014 | J. Blum | 0.70 | Prepared June Fee Application. |
| 8/5/2014 | J. Blum | 1.60 | Prepared June Fee Application. |
| 8/6/2014 | J. Blum | 0.50 | Prepared June Fee Application. |
| 8/6/2014 | J. Blum | 0.70 | Prepared June Fee Application. |
| 8/6/2014 | J. Hyland | 1.30 | Reviewed complete June 2014 Fee Application. |
| 8/7/2014 | J. Blum | 0.50 | Prepared June Fee Application. |
| 8/7/2014 | A. Cowie | 2.10 | Reviewed May Fee Application. |
| 8/12/2014 | J. Hyland | 1.20 | Reviewed final June Fee Application. |
| 8/12/2014 | J. Blum | 2.00 | Finished preparing June Fee Application. |
| 8/13/2014 | M. Haverkamp | 0.30 | Prepared July Fee Application. |
| 8/13/2014 | J. Blum | 0.70 | Prepared July Fee Application. |
| 8/13/2014 | J. Blum | 2.90 | Prepared July Fee Application. |
| 8/14/2014 | J. Borow | 1.10 | Reviewed Fee Applications and related analyses. |
| 8/19/2014 | J. Hyland | 1.40 | Reviewed the July Fee Application detailed time entries. |
| 8/20/2014 | J. Blum | 1.20 | Prepared July Fee Application. |
| 8/21/2014 | M. Haverkamp | 0.60 | Prepared July Fee Application. |
| 8/21/2014 | J. Hyland | 0.90 | Reviewed July Fee Application narrative. |
| 8/21/2014 | J. Blum | 1.10 | Prepared July Fee Application. |
| 8/22/2014 | M. Haverkamp | 0.30 | Prepared July Fee Application. |
| 8/22/2014 | J. Blum | 1.20 | Prepared July Fee Application. |
| 8/22/2014 | J. Blum | 2.90 | Prepared July Fee Application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/25/2014 | A. Cowie | 1.90 | Reviewed July Fee Application. |
| 8/26/2014 | M. Haverkamp | 0.10 | Prepared interim Fee Application. |
| 8/26/2014 | J. Blum | 0.60 | Prepared the Interim Fee Application for May, June and July. |
| 8/26/2014 | A. Cowie | 0.90 | Reviewed July Fee Application. |
| 8/26/2014 | J. Blum | 1.90 | Prepared July Fee Application. |
| 8/26/2014 | J. Hyland | 2.00 | Reviewed revised detailed time entries for July Fee Application. |
| 8/27/2014 | A. Cowie | 0.50 | Reviewed July Fee Application. |
| 8/27/2014 | J. Borow | 1.10 | Reviewed Fee Application and interim Fee Application. |
| 8/27/2014 | J. Hyland | 1.70 | Reviewed preliminary complete July Fee Application. |
| 8/28/2014 | J. Hyland | 1.40 | Reviewed quarterly interim Fee Application. |
| Subtotal | | 40.80 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/6/2014 | J. Borow | 1.10 | Discussed with various creditors and other parties in interest re: status of matter. |
| 8/6/2014 | J. Borow | 1.20 | Discussed with counsel re: status of various briefs re: claims and allocation. |
| 8/7/2014 | C. Kearns | 0.60 | Participated on portion of weekly call with UCC and UCC professionals. |
| 8/7/2014 | J. Hyland | 0.70 | Participated in weekly UCC call with UCC members and professionals. |
| 8/7/2014 | J. Borow | 0.70 | Attended weekly UCC call including professionals to UCC. |
| 8/7/2014 | J. Borow | 2.50 | Discussed with various creditors and parties in interest re: status of matter. |
| 8/8/2014 | C. Kearns | 0.20 | Emailed with counsel re: results of chambers conference. |
| 8/8/2014 | A. Cowie | 0.70 | Prepared discussion points for weekly UCC call. |
| 8/8/2014 | J. Borow | 1.40 | Discussed with various creditors and parties in interest re: status of matter. |
| 8/12/2014 | J. Borow | 1.10 | Discussed with various creditors and parties in interest re: status of matter. |
| 8/14/2014 | A. Cowie | 0.40 | Prepared discussion points for UCC call. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/14/2014 | C. Kearns | 0.40 | Participated on UCC call. |
| 8/14/2014 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC members and professionals. |
| 8/14/2014 | J. Borow | 0.40 | Participated in meeting with UCC and professionals to UCC. |
| 8/14/2014 | J. Borow | 0.50 | Prepared for weekly meeting with UCC and professionals to UCC. |
| 8/20/2014 | J. Borow | 1.10 | Discussed with various creditors and other parties in interest re: post-petition issues. |
| 8/21/2014 | A. Cowie | 0.70 | Prepared discussion points for weekly UCC call. |
| 8/21/2014 | J. Hyland | 0.70 | Participated in weekly UCC call with UCC members and professionals. |
| 8/21/2014 | J. Borow | 0.70 | Participated in weekly meeting with UCC and advisors to UCC. |
| 8/21/2014 | J. Borow | 1.40 | Discussed with various creditors and other parties in interest re: post-petition issues. |
| 8/27/2014 | J. Borow | 1.20 | Discussed with various creditors and other parties in interest re: status of matter. |
| Subtotal |  | 18.10 |  |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/1/2014 | A. Cowie | 0.80 | Continued to update creditor recovery model. |
| 8/1/2014 | A. Cowie | 2.80 | Updated creditor recovery model. |
| 8/4/2014 | A. Cowie | 1.30 | Continued to analyze detailed creditor recovery model in regard to proceeds allocation assumptions. |
| 8/4/2014 | A. Cowie | 1.90 | Continued to analyze detailed creditor recovery model in regard to proceeds allocation assumptions. |
| 8/4/2014 | A. Cowie | 2.10 | Analyzed detailed creditor recovery model in regard to proceeds allocation assumptions. |
| 8/19/2014 | A. Cowie | 2.10 | Analyzed impact to recoveries from Justice Newbould PPI decision. |
| 8/28/2014 | J. Hyland | 2.80 | Analyzed recoveries based upon various allocation scenarios. |
| 8/29/2014 | J. Hyland | 2.80 | Continued analyzing allocation recoveries from scenarios of proceeds allocation. |
| 8/29/2014 | J. Hyland | 2.90 | Analyzed allocation recoveries from scenarios of proceeds allocation. |
| Subtotal |  | 19.50 |  |

**Capstone Advisory Group, LLC**  
Invoice for the 8/1/2014-8/31/2014 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 8/1/2014 | A. Cowie | 1.10 | Analyzed current estate claims. |
| 8/1/2014 | J. Hyland | 2.70 | Continued analyzing preliminary objection and discovery request of the Monitor for the Canadian Debtors for the 9019 bondholder motion. |
| 8/1/2014 | J. Hyland | 2.80 | Analyzed preliminary objection and discovery request for the Monitor and Canadian Debtors for the 9019 bondholder motion. |
| 8/4/2014 | J. Hyland | 1.00 | Reviewed the U.S. Debtors' objection to the motion of the Monitor for an adjournment of matters related to the 9019 motion re: PPI settlement. |
| 8/4/2014 | J. Hyland | 2.40 | Continued analyzing U.S. and Canadian claims base. |
| 8/4/2014 | J. Hyland | 2.80 | Analyzed U.S. and Canadian claims base. |
| 8/5/2014 | J. Borow | 1.30 | Continued to review briefs re: post-petition interest issues. |
| 8/5/2014 | J. Borow | 2.10 | Reviewed briefs re: post-petition interest issues. |
| 8/5/2014 | J. Hyland | 2.60 | Continued analyzing estates' claims trends with high and low estimates. |
| 8/5/2014 | J. Hyland | 2.90 | Analyzed estates' claims trends with high and low estimates. |
| 8/6/2014 | J. Hyland | 0.20 | Conducted call with E. Yau, E&Y Canada re: NNL claims. |
| 8/6/2014 | J. Hyland | 1.60 | Analyzed and summarized NNL claims. |
| 8/6/2014 | J. Borow | 2.10 | Reviewed post-petition interest issues and related briefs. |
| 8/6/2014 | J. Hyland | 2.10 | Reviewed August 6, 2014 NNL claims detailed reporting. |
| 8/7/2014 | C. Kearns | 0.20 | Emailed with counsel re: thoughts of inclusion in brief in support on 9019 motion. |
| 8/8/2014 | J. Hyland | 0.10 | Reviewed counsel's summary of telephonic hearing on PPI. |
| 8/8/2014 | J. Hyland | 1.00 | Reviewed the UCC's statement in support of PPI. |
| 8/11/2014 | C. Kearns | 0.20 | Emailed with counsel re: PPI settlement. |
| 8/19/2014 | J. Hyland | 0.70 | Reviewed Judge Newbould's decision re: PPI in Canada. |
| 8/19/2014 | J. Borow | 2.10 | Reviewed claims issues and related recovery issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/19/2014 | J. Hyland | 2.80 | Analyzed claims in Canada. |
| 8/20/2014 | C. Kearns | 0.60 | Read Canada court decision in post-petition interest and related emails with counsel. |
| 8/20/2014 | J. Emerson | 0.70 | Pulled Nortel bond trading prices from FINRA's TRACE website. |
| 8/20/2014 | J. Borow | 1.10 | Reviewed issues pertaining to decision by Canadian court re: post-petition interest. |
| 8/20/2014 | J. Hyland | 2.40 | Continued analyzing U.S. claims. |
| 8/20/2014 | J. Hyland | 2.80 | Analyzed U.S. claims. |
| 8/21/2014 | A. Cowie | 1.30 | Analyzed current U.S. Debtor's claims base. |
| 8/25/2014 | J. Hyland | 1.20 | Analyzed PPI settlement and related documents. |
| 8/26/2014 | J. Borow | 1.10 | Reviewed claims analyses and related analyses. |
| 8/27/2014 | C. Kearns | 0.30 | Analyzed status of PPI settlement process. |
| Subtotal |  | 46.30 |  |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/1/2014 | J. Hyland | 1.50 | Analyzed APAC intercompany balances and detail based upon the May Restructuring Manager's report. |
| Subtotal |  | 1.50 |  |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/1/2014 | A. Cowie | 1.40 | Analyzed current estate cash reporting and expense run rates. |
| 8/7/2014 | J. Hyland | 1.90 | Analyzed cash balances and cash forecast for NNI. |
| 8/8/2014 | J. Hyland | 1.30 | Analyzed NNL's cash forecast dated 7/27/14. |
| 8/8/2014 | J. Hyland | 2.40 | Analyzed NNL's end of case cash forecast. |
| 8/11/2014 | J. Hyland | 2.40 | Analyzed end of case cash forecasts for each estate. |
| 8/20/2014 | J. Hyland | 0.30 | Conducted call with M. Kennedy (Chilmark) re: cash forecast. |
| 8/21/2014 | J. Hyland | 2.70 | Analyzed cash and cash forecast. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/22/2014 | J. Hyland | 2.60 | Analyzed end of case cash forecast for NNI. |
| 8/26/2014 | J. Borow | 1.10 | Reviewed cash balances and related projected information. |
| 8/27/2014 | J. Hyland | 2.90 | Analyzed cash forecasts by major estate. |
| Subtotal | | 19.00 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/5/2014 | M. Dansky | 1.90 | Read post-trial draft brief on IP. |
| 8/7/2014 | B. Kullberg | 0.70 | Reviewed a portion of the draft closing brief related to IP on proceeds allocation. |
| 8/21/2014 | B. Kullberg | 0.70 | Reviewed draft closing brief for IP on proceeds allocation. |
| Subtotal | | 3.30 | |
| **Total Hours** | | **219.40** | |