**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 8/1/2014 through 8/31/2014**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Postage/ FedEx | | | |
| 8/5/2014 | CAG Direct | Overnight package expenses for Nortel. | $86.61 |
| **Subtotal - Postage/ FedEx** | | | **$86.61** |
| **For the Period 8/1/2014 through 8/31/2014** | | | **$86.61** |