IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

                              :

*In re*                            :

Nortel Networks Inc., *et al.*,[1]    :

           Debtors.         :

                              :

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**DECLARATION OF BRENT M. TUNIS IN SUPPORT OF REPLY IN FURTHER
SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO
BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENT BY AND
AMONG NORTEL NETWORKS INC., THE SUPPORTING BONDHOLDERS, AND
THE BANK OF NEW YORK MELLON WITH RESPECT TO THE
NNI POST-PETITION INTEREST DISPUTE AND RELATED ISSUES**

I, Brent M. Tunis, do hereby declare as follows pursuant to 28 U.S.C.

§ 1746:

1.      I am associated with the law firm of Cleary Gottlieb Steen & Hamilton

LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and

debtors in possession, in the above-captioned proceedings (the "Debtors"). I am admitted to

practice before this Court *pro hac vice*.

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc.
(9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the
Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.       I respectfully submit this declaration in support of the Reply in Further Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and among Nortel Networks Inc., The Supporting Bondholders, and The Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues.

3.       Annexed to this declaration as Exhibit A is a true and correct copy of the Objection and Responses of Wilmington Trust, National Association, as Successor Indenture Trustee to Debtors' Request for Production of Documents, dated October 17, 2014.

4.       Annexed to this declaration as Exhibit B is a true and correct copy of the Memorandum Of Law Of Wilmington Trust, National Association, As Indenture Trustee, Regarding The Interest On Overdue Interest Dispute, In re Overseas Shipholding Grp., Inc., No. 12-20000-PJW (Bankr. D. Del. August 6, 2014) (D.I. 3758).

5.       Annexed to this declaration as Exhibit C is a true and correct copy of the Order Granting Claimants' Entitlement to Interest on Overdue Interest, In re Overseas Shipholding Grp., Inc., No. 12-20000-PJW (Bankr. D. Del. August 21, 2014) (D.I. 3838).

6.       Annexed to this declaration as Exhibit D is a true and correct copy of the transcript of the deposition of John J. Ray, III, on September 15, 2014, including the errata sheet and acknowledgment.

7.       Annexed to this declaration as Exhibit E is a true and correct copy of the transcript of the deposition of Paul Wertheim, Ph.D., CPA, CMA, CFM, CFE, on October 22, 2014.

8.      Annexed to this declaration as <u>Exhibit F</u> is a true and correct copy of the Responses and Objections of the Monitor and the Canadian Debtors to the Debtors' Document Production Requests, dated October 17, 2014.

9.      Annexed to this declaration as <u>Exhibit G</u> is a true and correct copy of the One Hundred and Eighth Report of the Monitor, dated September 24, 2014, and designated as Wertheim Deposition Exhibit 3.

10.      Annexed to this declaration as <u>Exhibit H</u> is a true and correct copy of the Joint Administrators' Report of NN (Ireland) Limited, dated August 12, 2009, as found on the Joint Administrators' website

http://www.emeanortel.com/collateral/reports/adminprogrpt_ireland_en.pdf.

11.      Annexed to this declaration as <u>Exhibit I</u> is a true and correct copy of the Joint Administrators' Report of Nortel Networks S.A., dated August 13, 2009, as found on the Joint Administrators' website

http://www.emeanortel.com/collateral/reports/adminprogrpt_francesa_en.pdf.

12.      Annexed to this declaration as <u>Exhibit J</u> is a true and correct copy of the Sixty-First Report of the Monitor, dated March 21, 2011, and designated as Wertheim Deposition Exhibit 4.

13.      Annexed to this declaration as <u>Exhibit K</u> is a true and correct copy of the Draft Agreement Settling the US Post-Petition Interest Dispute, dated July 17, 2014, as produced by the Ad Hoc Group of Bondholders to the Monitor and Canadian Debtors with Bates Number BHG-PPI-0000154 and designated by counsel to the Monitor as Ray Deposition Exhibit 3.

14.      Annexed to this declaration as <u>Exhibit L</u> is a true and correct copy of the electronic mail from my colleague Lisa M. Schweitzer, counsel for the Debtors, as sent to Fred

Hodara and David Botter, counsel for the Official Committee of Unsecured Creditors of Nortel

Networks, Inc. et al., on July 19, 2014, and the Draft Agreement Settling the US Post-Petition

Interest Dispute attached to the electronic mail, dated July 18, 2014, as produced by the Debtors

to the Monitor and Canadian Debtors with Bates Number NNI-PPI-00000306.

   15. Annexed to this declaration as <u>Exhibit M</u> is a true and correct copy of the

electronic mail from Thomas R. Kreller, counsel Ad Hoc Group of Bondholders, as sent to my

colleague Lisa M. Schweitzer, counsel for the Debtors, on July 19, 2014, and the Post-Petition

Interest Calculations attached to the electronic mail, as produced by the Debtors to the Monitor

and Canadian Debtors with Bates Number NNI-PPI-00000118 and designated as Wertheim

Deposition Exhibit 9.

    *[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

4

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
       October 30, 2014

_____
Brent M. Tunis

5