# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Overseas Shipholding Group, Inc., *et al.* | ) Case No. 12-20000 (PJW) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) **Related Docket Nos.:** 3683, 3727, 3753, 3756, 3758, 3787, 3829 |

## ORDER GRANTING CLAIMANTS' ENTITLEMENT
## TO INTEREST ON OVERDUE INTEREST

Upon the submissions of the Official Committee of Unsecured Creditors (D.I. 3756)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Overseas Shipholding Group, Inc. (7623); OSG International, Inc. (7117); OSG Bulk Ships, Inc. (2600); 1372 Tanker Corporation (4526); Africa Tanker Corporation (9119); Alcesmar Limited (5306); Alcesmar Limited (5307); Alpha Suezmax Corporation (1684); Alpha Tanker Corporation (6063); Amalia Product Corporation (3808); Ambermar Product Carrier Corporation (8898); Ambermar Tanker Corporation (7100); Andromar Limited (5312); Antigmar Limited (5303); Aqua Tanker Corporation (7408); Aquarius Tanker Corporation (9161); Ariadmar Limited (5301); Aspro Tanker Corporation (4152); Atalmar Limited (5314); Athens Product Tanker Corporation (9565); Atlas Chartering Corporation (8720); Aurora Shipping Corporation (5649); Avila Tanker Corporation (4155); Batangas Tanker Corporation (8208); Beta Aframax Corporation (9893); Brooklyn Product Tanker Corporation (2097); Cabo Hellas Limited (5299); Cabo Sounion Limited (5296); Caribbean Tanker Corporation (6614); Carina Tanker Corporation (9568); Carl Product Corporation (3807); Concept Tanker Corporation (9150); Crown Tanker Corporation (6059); Delphina Tanker Corporation (3859); Delta Aframax Corporation (9892); DHT Ania Aframax Corp. (9134); DHT Ann VLCC Corp. (9120); DHT Cathy Aframax Corp. (9142); DHT Chris VLCC Corp. (9122); DHT Rebecca Aframax Corp. (9143); DHT Regal Unity VLCC Corp. (9127); DHT Sophie Aframax Corp. (9138); Dignity Chartering Corporation (6961); Edindun Shipping Corporation (6412); Eighth Aframax Tanker Corporation (8100); Epsilon Aframax Corporation (9895); First Chemical Carrier Corporation (2955); First LPG Tanker Corporation (9757); First Union Tanker Corporation (4555); Fourth Aframax Tanker Corporation (3887); Front President Inc. (1687); Goldmar Limited (0772); GPC Aframax Corporation (6064); Grace Chartering Corporation (2876); International Seaways, Inc. (5624); Jademar Limited (7939); Joyce Car Carrier Corporation (1737); Juneau Tanker Corporation (2863); Kimolos Tanker Corporation (3005); Kythnos Chartering Corporation (3263); Leo Tanker Corporation (9159); Leyte Product Tanker Corporation (9564); Limar Charter Corporation (9567); Luxmar Product Tanker Corporation (3136); Luxmar Tanker LLC (4675); Majestic Tankers Corporation (6635); Maple Tanker Corporation (5229); Maremar Product Tanker Corporation (3097); Maremar Tanker LLC (4702); Marilyn Vessel Corporation (9927); Maritrans General Partner Inc. (8169); Maritrans Operating Company L.P. (0496); Milos Product Tanker Corporation (9563); Mindanao Tanker Corporation (8192); Mykonos Tanker LLC (8649); Nedimar Charter Corporation (9566); Oak Tanker Corporation (5234); Ocean Bulk Ships, Inc. (6064); Oceania Tanker Corporation (9164); OSG 192 LLC (7638); OSG 209 LLC (7521); OSG 214 LLC (7645); OSG 215 Corporation (7807); OSG 242 LLC (8002); OSG 243 LLC (7647); OSG 244 LLC (3601); OSG 252 LLC (7501); OSG 254 LLC (7495); OSG 300 LLC (3602); OSG 400 LLC (7499); OSG America LLC (2935); OSG America L.P. (2936); OSG America Operating Company LLC (5493); OSG Car Carriers, Inc. (1608); OSG Clean Products International, Inc. (6056); OSG Columbia LLC (7528); OSG Constitution LLC (8003); OSG Courageous LLC (2871); OSG Delaware Bay Lightering LLC (4998); OSG Discovery LLC (8902); OSG Endeavor LLC (5138); OSG Endurance LLC (2876); OSG Enterprise LLC (3604); OSG Financial Corp. (8639); OSG Freedom LLC (3599); OSG Honour LLC (7641); OSG Independence LLC (7296); OSG Intrepid LLC (7294); OSG Liberty LLC (7530); OSG Lightering Acquisition Corporation (N/A); OSG Lightering LLC (0553); OSG Lightering Solutions LLC

#29794443 v1

dated August 5, 2014, The Bank of New York Mellon ("BNY") (D.I. 3753) dated August 5, 2014, and Wilmington Trust, National Association ("Wilmington") (D.I. 3758) dated August 6, 2014 (collectively, the "Interest Briefs"), each filed pursuant to this Court's instructions at the hearing held on July 18, 2014 (the "Confirmation Hearing"), requesting an order finding that Holders[2] of Claims arising from (i) Notes with an aggregate principal amount of $100 million, bearing interest at the rate of 8.750% (the "8.750% Debentures Coupon Rate"), and maturing in 2013 (the "8.750% Debentures") issued pursuant to an indenture dated as of December 1, 1993 (the "8.750% Debentures Indenture") between OSG and The Chase Manhattan Bank, National Association, succeeded by BNY and (ii) Notes with an aggregate principal amount of $150 million, bearing interest at the rate of 7.500% (the "7.500% Notes Coupon Rate", and together with the 8.750% Debentures Coupon Rate, the "Coupon Rates"), and maturing in 2024 (the "7.500% Notes," and together with the 8.750% Debentures, the "Disputed Securities") issued pursuant to an indenture dated as of March 7, 2003 and a supplemental indenture dated as

---

(5698); OSG Mariner LLC (0509); OSG Maritrans Parent LLC (3903); OSG Navigator LLC (7524); OSG New York, Inc. (4493); OSG Product Tankers AVTC, LLC (0001); OSG Product Tankers I, LLC (8236); OSG Product Tankers II, LLC (8114); OSG Product Tankers, LLC (8347); OSG Product Tankers Member LLC (4705); OSG Quest LLC (1964); OSG Seafarer LLC (7498);OSG Ship Management, Inc. (9004); OSG Valour Inc. (7765); Overseas Allegiance Corporation (7820); Overseas Anacortes LLC (5515); Overseas Boston LLC (3665); Overseas Diligence LLC (6681); Overseas Galena Bay LLC (6676); Overseas Houston LLC (3662); Overseas Integrity LLC (6682); Overseas Long Beach LLC (0724); Overseas Los Angeles LLC (5448); Overseas Martinez LLC (0729); Overseas New Orleans LLC (6680); Overseas New York LLC (0728); Overseas Nikiski LLC (5519); Overseas Perseverance Corporation (7817); Overseas Philadelphia LLC (7993); Overseas Puget Sound LLC (7998); Overseas Sea Swift Corporation (2868); Overseas Shipping (GR) Ltd. (5454); Overseas ST Holding LLC (0011); Overseas Tampa LLC (3656); Overseas Texas City LLC (5520); Pearlmar Limited (7140); Petromar Limited (7138); Pisces Tanker Corporation (6060); Polaris Tanker Corporation (6062); Queens Product Tanker Corporation (2093); Reymar Limited (7131); Rich Tanker Corporation (9147); Rimar Chartering Corporation (9346); Rosalyn Tanker Corporation (4557); Rosemar Limited (7974); Rubymar Limited (0767); Sakura Transport Corp. (5625); Samar Product Tanker Corporation (9570); Santorini Tanker LLC (0791); Serifos Tanker Corporation (3004); Seventh Aframax Tanker Corporation (4558); Shirley Tanker SRL (3551); Sifnos Tanker Corporation (3006); Silvermar Limited (0766); Sixth Aframax Tanker Corporation (4523); Skopelos Product Tanker Corporation (9762); Star Chartering Corporation (2877); Suezmax International Agencies, Inc. (4053);Talara Chartering Corporation (3744); Third United Shipping Corporation (5622); Tokyo Transport Corp. (5626); Transbulk Carriers, Inc. (6070); Troy Chartering Corporation (3742); Troy Product Corporation (6969); Urban Tanker Corporation (9153); Vega Tanker Corporation (3860); View Tanker Corporation (9156); Vivian Tankships Corporation (7542); Vulpecula Chartering Corporation (8718); Wind Aframax Tanker Corporation (9562). The mailing address of the Debtors is: 666 3rd Avenue, New York, NY 10017.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' First Amended Joint Plan of Reorganization (D.I. 3663) (the "Plan").

#29794443 v1                                      2

of February 19, 2004 (the "7.500% Notes Indenture" and the "7.500% Notes Supplemental Indenture", and together with the 8.750% Debentures Indenture, the "Disputed Indentures") between OSG and Wilmington are entitled to interest on overdue interest accrued under the Disputed Securities and Disputed Indentures ("Interest on Overdue Interest") as part of such Holders' Claims (the "Relief"); and the Court having subject matter jurisdiction to consider the Interest Briefs and the Relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334; and consideration of the Interest Briefs and the Relief requested therein being a core proceeding as defined in 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Interest Briefs having been provided according to the terms of the Court's instruction; and the Debtors having submitted a memorandum of law (D.I. 3727) dated July 29, 2014, and an omnibus response dated August 12, 2014 (D.I. 3787) to the Interest Briefs (together, the "Debtors' Memoranda"), to the Court in accordance therewith; and it appearing that no other or further notice need be provided; and the Court having considered the Debtors' Memoranda; and the Court having considered the arguments of counsel with respect to the Interest Briefs and the Debtors' Memoranda at a hearing before the Court on August 14, 2014 (the "Interest Hearing"); and upon the record of the Interest Hearing, the Confirmation Hearing and the objections and responses submitted in connection therewith, and all of the proceedings had before the Court; and the Court having found and determined that the Relief granted by this Order is in the best interests of the Debtors, their estates and creditors, and all parties in interest; and that the legal and factual bases set forth in the Interest Briefs and at the Interest Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY FOUND that:

1. Holders of Claims arising from Disputed Securities are entitled to Interest on Overdue Interest under the unambiguous terms of the Disputed Indentures and Disputed

Securities.

IT IS HEREBY ORDERED that:

1. The Relief is GRANTED as set forth herein. The Debtors' Memoranda, to the extent not resolved or withdrawn, are overruled.

2. Holders of Claims arising from the Disputed Securities and Disputed Indentures other than those Holders of 7.500% Notes who elected the 7.500% Notes Alternative Distribution with respect to the Election 2 Notes are entitled to payment of Interest on Overdue Interest, compounded on each interest payment date under the Disputed Securities, at the Coupon Rates, accruing through the date of payment of such Interest on Overdue Interest, provided that, in the case of Holders of Election 1 Notes, such interest shall accrue through August 5, 2014.

3. Unless otherwise agreed by the Debtors and such Holders, the Debtors are required to pay such Interest on Overdue Interest to the Holders of Claims arising from the Disputed Securities and Disputed Indentures as soon as possible in accordance with the Plan.

4. Notwithstanding any Bankruptcy Rule (including, without limitation, Bankruptcy Rule 6004(h)) that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order, and shall not be stayed.

5. The provisions and effect of this Order, any actions taken pursuant to this Order and the respective rights, obligations, remedies and protections provided for herein and therein shall survive the conversion, dismissal or closing of these cases, appointment of a trustee herein (or after conversion of any of these cases to cases under chapter 7 of the Bankruptcy Code) or the substantive consolidation of these cases with any other case or cases, and the terms and

provisions of this Order shall continue in full force and effect notwithstanding the entry of any such order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2014
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

#29794443 v1

5