# Exhibit M

| | |
|---|---|
| **From:** | Kreller, Tom <TKreller@milbank.com> |
| **Sent:** | Saturday, July 19, 2014 2:53 PM |
| **To:** | Schweitzer, Lisa M. <lschweitzer@cgsh.com> |
| **Cc:** | aleblanc@milbank.com; apisa@milbank.com |
| **Subject:** | Nortel interest calculation |
| **Attach:** | PPI Calculations by Issue 07 11 14.pdf |

Lisa:

Per your request, attached is a worksheet showing FTI's calculation of the post-petition interest accruals on the various bonds.

**Thomas R. Kreller | Milbank**
**Partner**
601 South Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213 892 4463 | F: +1 213 892 4763
tkreller@milbank.com | www.milbank.com

======================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


EXHIBIT
Wertheim-9
10/20/14 mG

NNI-PPI-00000118



CONFIDENTIAL

NNI-PPI-00000119



CONFIDENTIAL

NNI-PPI-00000121

Privileged and Confidential
Common Interest Privileged
Prepared at the Request of Counsel
Prepared in Contemplation of Litigation

**NNCC Notes**

| Notes: | 10.75% Sr. Notes due 2016 | | | @ Contract Rate | @ Fed Judgment Rate |
|---|---|---|---|---|---|
| Face amount: | $1,125,000,000 | | | | |
| Pre-petition claim: | $1,185,132,813 | | | | |
| Interest Rate: | 10.750% | | | | |
| Last payment date: | 7/15/2008 | | | | |
| Payment frequency: | Semi-Ann. | | | | |
| PPI Calculation type: | Simple, on face | | | | |
| | | 10.750% | 1/14/2009 | 1/15/2009 | 0.003 | $328,635 | $13,451 |
| | | 10.750% | 1/15/2009 | 7/15/2009 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 7/15/2009 | 1/15/2010 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 1/15/2010 | 7/15/2010 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 7/15/2010 | 1/15/2011 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 1/15/2011 | 7/15/2011 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 7/15/2011 | 1/15/2012 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 1/15/2012 | 7/15/2012 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 7/15/2012 | 1/15/2013 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 1/15/2013 | 7/15/2013 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 7/15/2013 | 1/15/2014 | 0.50 | $60,468,750 | $2,475,000 |
| | | 10.750% | 1/15/2014 | 7/1/2014 | 0.46 | $56,101,563 | $2,296,250 |
| | | 10.750% | 7/1/2014 | 7/1/2014 | 0.00 | $ - | $ - |
| | | 10.750% | 7/1/2014 | 7/1/2014 | 0.00 | $ - | $ - |
| | | 10.750% | 7/1/2014 | 7/1/2014 | 0.00 | $ - | $ - |
| | | Total PPI - 10.75% Sr. Notes due 2016 | | | | $661,117,087 | $27,069,701 |

**NNCC Notes**

| Notes: | 7.875% Notes due 2026 | | | @ Contract Rate | @ Fed Judgment Rate |
|---|---|---|---|---|---|
| Face amount: | $150,000,000 | | | | |
| Pre-petition claim: | $150,986,875 | | | | |
| Interest Rate: | 7.875% | | | | |
| Last payment date: | 12/15/2008 | | | | |
| Payment frequency: | Semi-Ann. | | | | |
| PPI Calculation type: | Simple, on face | | | | |
| | | 7.875% | 1/14/2009 | 6/15/2009 | 0.42 | $4,982,692 | $275,604 |
| | | 7.875% | 6/15/2009 | 12/15/2009 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 12/15/2009 | 6/15/2010 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 6/15/2010 | 12/15/2010 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 12/15/2010 | 6/15/2011 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 6/15/2011 | 12/15/2011 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 12/15/2011 | 6/15/2012 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 6/15/2012 | 12/15/2012 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 12/15/2012 | 6/15/2013 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 6/15/2013 | 12/15/2013 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 12/15/2013 | 6/15/2014 | 0.50 | $5,906,250 | $330,000 |
| | | 7.875% | 6/15/2014 | 7/1/2014 | 0.04 | $516,393 | $28,852 |
| | | 7.875% | 7/1/2014 | 7/1/2014 | 0.00 | $ - | $ - |
| | | 7.875% | 7/1/2014 | 7/1/2014 | 0.00 | $ - | $ - |
| | | 7.875% | 7/1/2014 | 7/1/2014 | 0.00 | $ - | $ - |
| | | Total PPI - 7.875% Notes due 2026 | | | | $64,913,586 | $3,604,457 |
| | | | | | | $1,485,694,904 | $96,825,976 |