Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **30 October 2014**      Our Ref: **GDB/CCN01.00001**      Invoice No.: **377320**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 6,486.50 |
| For the period to 30 September 2014, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 5.82 |
| | 0.00 | | 6,492.32 |
| | | VAT | 0.00 |
| | | Total | 6,492.32 |
| | | **Balance Due** | **6,492.32** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - Account No.: 00404268
Sort Code: 50-00-00 - Swift Code: NWBKGB2L - IBAN Code: GB12NWBK50000000404268
Please quote reference 377320 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and
regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is
open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is
used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the
places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/09/2014
Prebill Number:926027

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Senior Associate | Antonia Croke | 0.30 | 174.00 | (C0003) |
|  |  | 2.60 | 1,508.00 | (C0007) |
|  |  | 3.00 | 1,740.00 | (C0029) |
|  |  | **5.90** | **3,422.00** |  |
| Associate | Lindsey Roberts | 5.00 | 2,275.00 | (C0003) |
|  |  | 0.90 | 409.50 | (C0007) |
|  |  | **5.90** | **2,684.50** |  |
| Trainee | Nicole Lim | 1.90 | 380.00 | (C0003) |
|  |  | **1.90** | **380.00** |  |
|  | **TOTAL** | **13.70** | **6,486.50** |  |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0003**</u>    <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.30 | 580.00 | 174.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 5.00 | 455.00 | 2,275.00 |
| **Trainee** | | | | |
| NLIM | Nicole Lim | 1.90 | 200.00 | 380.00 |
| | | | Total | **2,829.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/09/2014 | Lindsey Roberts | READ | Review of emails from Sophie Law re: changes to billing; review of revised draft re: the same | 0.40 | 455.00 | 182.00 |
| 07/09/2014 | Antonia Croke | LETT | Emails LROBER re fee report | 0.10 | 580.00 | 58.00 |
| 08/09/2014 | Antonia Croke | LETT | Review emails re Ashurst fees in exhibit interim order | 0.10 | 580.00 | 58.00 |
| 08/09/2014 | Lindsey Roberts | DRFT | Review and amendments to the Twentieth exhibit, Interim Order; review of earlier Interim Orders; emails to B Witters re: the same | 0.80 | 455.00 | 364.00 |
| 08/09/2014 | Lindsey Roberts | INTD | Emails to L Spencer re: fee to date; checking the system re: the same and internal discussion with L Spencer re: the same | 0.40 | 455.00 | 182.00 |
| 08/09/2014 | Lindsey Roberts | LETT | Emails to/from B Witters re: revised exhibit interim order | 0.30 | 455.00 | 136.50 |
| 09/09/2014 | Lindsey Roberts | LETT | Email to Brad Kahn re:fee/expenses estimates | 0.10 | 455.00 | 45.50 |
| 09/09/2014 | Lindsey Roberts | LETT | Emails to/from Lisa Spencer re: fee/expenses estimates for August | 0.30 | 455.00 | 136.50 |
| 19/09/2014 | Lindsey Roberts | LETT | Email to L Appleton re billing guides | 0.20 | 455.00 | 91.00 |
| 21/09/2014 | Lindsey Roberts | READ | Review of pre-bill for fee application | 0.10 | 455.00 | 45.50 |
| 22/09/2014 | Antonia Croke | LETT | Emails re Ashurst fees | 0.10 | 580.00 | 58.00 |
| 22/09/2014 | Lindsey Roberts | INTD | Discussion L Appleton re draft invoice | 0.10 | 455.00 | 45.50 |
| 24/09/2014 | Lindsey Roberts | LETT | Preparing fee application. | 1.10 | 455.00 | 500.50 |
| 24/09/2014 | Lindsey Roberts | LETT | Discussion with N. Lim re fee application process. | 0.50 | 455.00 | 227.50 |
| 24/09/2014 | Nicole Lim | LETT | Preparing the monthly US fee application and discussion re the same with LROBER | 0.50 | 200.00 | 100.00 |
| 26/09/2014 | Nicole Lim | REVI | Reviewing Ashurst draft bill in preparation for August fee application | 0.10 | 200.00 | 20.00 |
| 26/09/2014 | Nicole Lim | LETT | Preparing August fee application | 1.30 | 200.00 | 260.00 |
| 29/09/2014 | Lindsey Roberts | LETT | Emails to Giles Boothman re: fee application | 0.10 | 455.00 | 45.50 |
| 29/09/2014 | Lindsey Roberts | DRFT | Final review of fee application; email to B Kahn re: the same | 0.50 | 455.00 | 227.50 |
| 29/09/2014 | Lindsey Roberts | READ | Review of excel spreadsheet | 0.10 | 455.00 | 45.50 |
| | | | | | | **2,829.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0007**</u>      <u>**Creditors Committee Meetings**</u>

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.60 | 580.00 | 1,508.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.90 | 455.00 | 409.50 |
| | | | Total | 1,917.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2014 | Antonia Croke | READ | Review UCC Agenda; confer LROBER re same | 0.10 | 580.00 | 58.00 |
| 04/09/2014 | Lindsey Roberts | PHON | UCC Weekly call | 0.40 | 455.00 | 182.00 |
| 11/09/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 11/09/2014 | Lindsey Roberts | PHON | UCC Weekly call | 0.50 | 455.00 | 227.50 |
| 18/09/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 18/09/2014 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 580.00 | 58.00 |
| 18/09/2014 | Antonia Croke | READ | Review UCC meeting minutes | 0.10 | 580.00 | 58.00 |
| 18/09/2014 | Antonia Croke | ATTD | Attend UCC Call | 1.00 | 580.00 | 580.00 |
| 24/09/2014 | Antonia Croke | LETT | Review emails from Fagen, Matthew Re: Nortel - Tomorrow's Committee Call | 0.10 | 580.00 | 58.00 |
| 25/09/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 25/09/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - 2012 Committee Meeting Minutes | 0.10 | 580.00 | 58.00 |
| 26/09/2014 | Antonia Croke | ATTD | Attend UCC Call | 0.70 | 580.00 | 406.00 |
| 26/09/2014 | Antonia Croke | LETT | Emails LROBER re UCC Call | 0.10 | 580.00 | 58.00 |
| | | | | | | 1,917.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>C0029</u>    <u>**Intercompany Analysis**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.00 | 580.00 | 1,740.00 |
| | | | Total | 1,740.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2014 | Antonia Croke | LETT | Review emails RE: Nortel - trial record | 0.20 | 580.00 | 116.00 |
| 05/09/2014 | Antonia Croke | LETT | Review emails re trial record issues | 0.10 | 580.00 | 58.00 |
| 06/09/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Draft Post-Trial Reply Brief | 0.10 | 580.00 | 58.00 |
| 08/09/2014 | Antonia Croke | LETT | Review TGF letter re BH interest motion | 0.10 | 580.00 | 58.00 |
| 09/09/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Draft Post-Trial Reply Brief | 0.10 | 580.00 | 58.00 |
| 09/09/2014 | Antonia Croke | LETT | Review emails re endorsement of proposed PPI settlement | 0.10 | 580.00 | 58.00 |
| 09/09/2014 | Antonia Croke | LETT | Review email from Amanda McLachlan Re: ad hoc BH's Notice of Motion for Leave to Appeal | 0.10 | 580.00 | 58.00 |
| 10/09/2014 | Antonia Croke | LETT | Review emails re post trial reply briefs | 0.60 | 580.00 | 348.00 |
| 10/09/2014 | Antonia Croke | LETT | Review email re deposition notices | 0.10 | 580.00 | 58.00 |
| 11/09/2014 | Antonia Croke | LETT | Review draft letter to Newbould re PPI endorsement | 0.10 | 580.00 | 58.00 |
| 15/09/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Committee Meeting Minutes | 0.10 | 580.00 | 58.00 |
| 17/09/2014 | Antonia Croke | LETT | Review emails re post trial reply briefs | 0.10 | 580.00 | 58.00 |
| 17/09/2014 | Antonia Croke | LETT | Review email Re: Nortel - Corrected Post-Trial Reply Briefs | 0.10 | 580.00 | 58.00 |
| 17/09/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Corrected EMEA Allocation Post-Hearing Reply Submission | 0.10 | 580.00 | 58.00 |
| 18/09/2014 | Antonia Croke | LETT | Review emails re post reply trial briefs | 0.20 | 580.00 | 116.00 |
| 18/09/2014 | Antonia Croke | LETT | Review emails re closings, settlement and Ct corro | 0.20 | 580.00 | 116.00 |
| 18/09/2014 | Antonia Croke | LETT | Review emails re post trial hearing | 0.10 | 580.00 | 58.00 |
| 19/09/2014 | Antonia Croke | LETT | Review emails re Post Trial Reply Briefs | 0.20 | 580.00 | 116.00 |
| 23/09/2014 | Antonia Croke | LETT | Review emails from Annette Fournier Re: Nortel Trial transcript for 22 September 2014 | 0.10 | 580.00 | 58.00 |
| 24/09/2014 | Antonia Croke | LETT | Review emails re Closing rebuttals and authorities re post trial claims | 0.10 | 580.00 | 58.00 |
| 29/09/2014 | Antonia Croke | LETT | Review email from Kukulowicz, R. Shayne Re: FW: Nortel PPI Motion Amended Endorsement | 0.10 | 580.00 | 58.00 |
| | | | | | | 1,740.00 |