## Exhibit C

## DISBURSEMENT SUMMARY

## SEPTEMBER 01, 2014 THROUGH SEPTEMBER 30, 2014

| Document Production | 5.82 |
|---|---|
| **TOTAL** | **5.82** |