Exhibit D

| Disbursements Detailed Breakdown | Amount (GBP) |
|---|---|
| Document Production - 97 sheets @0.06p | 5.82 |