**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 01, 2014 THROUGH SEPTEMBER 30, 2014**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Antonia Croke | Associate for 7 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £580 | 5.9 | 3,422.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 5.9 | 2,684.50 |
| Nicole Lim | Trainee Solicitor; Dispute Resolution Group, London | £200 | 1.9 | 380.00 |
| **TOTAL** | | | **13.7** | **6,486.50** |

**COMPENSATION BY PROJECT CATEGORY**

**SEPTEMBER 01, 2014 THROUGH SEPTEMBER 30, 2014**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 7.2 | 2,829.00 |
| Creditors Committee Meetings | 3.5 | 1,917.50 |
| Intercompany Analysis | 3.0 | 1,740.00 |
| **TOTAL** | **13.7** | **6,486.50** |