**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION<br>     Debtors. | Chapter 11<br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLIED SYSTEMS HOLDINGS, INC. AND ITS AFFILIATED DEBTORS, ON BEHALF OF ALLIED SYSTEMS HOLDINGS, INC. AND ITS AFFILIATED DEBTORS,<br><br>     Plaintiffs,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., AND SPECTRUM INVESTMENT PARTNERS, L.P.,<br>     Intervenors,<br><br>  – against –<br><br>YUCAIPA AMERICAN ALLIANCE FUND, I, LP YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND, II, LP, YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER AND JOSEPH TOMCZAK,<br><br>     Defendants. | Adv. Proc. No. 13-50530 (CSS) |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE**
**RECORD AND ISSUES TO BE PRESENTED ON APPEAL**

Mark J. Gendregske ("**Mr. Gendregske**") and Brian Cullen ("**Mr. Cullen**") (collectively,

"**Appellants**"), hereby submit, in accordance with Rule 8006 of the Federal Rules of Bankruptcy

Procedure, *Appellants' Designation of Items to Be Included in the Record and Issues to Be*

*Presented on Appeal*.

## I.    Designation of Items to be Included in the Record on Appeal

Appellants hereby submit the following designations of items to be included in the record

on appeal:

| Date | Docket Item | Title |
|---|---|---|
| 2/1/13 | ADI 1 | Official Committee of Unsecured Creditors' Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 2/11/13 | ADI 15 | Certification of Counsel Regarding Joint Scheduling Order |
| 2/14/13 | ADI 19 | Defendant Mark Gendregske's Objection to Proposed Scheduling Order |
| 2/20/13 | ADI 26 | Certification of Counsel Regarding Joint Scheduling Order |
| 2/20/13 | ADI 28 | Scheduling Order |
| 3/7/13 | ADI 64 | Certification of Counsel Regarding Modification of Scheduling Order |
| 3/8/13 | ADI 65 | Order Modifying Scheduling Order |
| 3/14/13 | ADI 76 | The Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Brach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 3/21/13 | ADI 81 | Motion of Defendant Mark J. Gendregske to Dismiss the Claims Asserted Against Him in the Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding And Abetting Breaches of Fiduciary Duties, (VII) Avoidance And Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 3/21/13 | ADI 82 | Opening Brief in Support of Motion of Defendant Mark J. Gendregske to Dismiss the Claims Asserted Against Him in the Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding And Abetting Breaches of Fiduciary Duties, (VII) Avoidance And Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 3/26/13 | ADI 90 | Certification of Counsel Regarding Referral of Matter to Mediation |
| 3/27/13 | ADI 91 | Order Referring Adversary Proceedings to Mediation and Appointing Mediator |

2

| | | |
|---|---|---|
| 3/28/14 | ADI 94 | Memorandum of Law of the Official Committee of Unsecured Creditors and the Petitioning Creditors in Opposition to the Motion of Defendant Mark J. Gendregske to Dismiss the Claims Asserted Against Him in the Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 4/4/13 | ADI 107 | Reply Brief (Redacted) in Support of Motion of Defendant Mark J. Gendregske to Dismiss the Claims Asserted Against Him in the Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 4/5/13 | ADI 109 | Reply Brief (Unredacted) in Support of Motion of Defendant Mark J. Gendregske to Dismiss the Claims Asserted Against Him in the Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 4/9/14 | ADI 115 | Order Denying Motion of Defendant Mark J. Gendregske to Dismiss the Claims Asserted Against Him in the Official Committee of Unsecured Creditors Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 4/15/13 | ADI 119 | Transcript Regarding Hearing Held on 4/9/2013 |
| 4/19/13 | ADI 124 | Answer and Affirmative Defenses of Defendant Mark Gendregske |
| 4/23/13 | ADI 125 | Order Assigning Adversary Proceeding to Mediation |
| 4/24/13 | ADI 128 | Answer and Affirmative Defenses of Defendant Mark Gendregske (Filed Under Seal) |
| 10/7/14 | ADI 325 | Mediation Status Report |

#4585735.3

| 7/26/13 | Main Case DI 1489 | Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee Of Unsecured Creditors, Yucaipa, and the Allied Directors |
|---|---|---|
| 7/26/13 | Main Case DI 1490 | Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening the Time for Notice of the Hearing to Consider Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee Of Unsecured Creditors, Yucaipa, and the Allied Directors |
| 7/29/13 | Main Case DI 1491 | Objection of the Petitioning Creditors to the Joint Motion to Shorten the Time for Notice of the Hearing to Consider the Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee of Unsecured Creditors, Yucaipa, and the Allied Directors |
| 7/30/13 | Main Case DI 1501 | Reply in Support of Motion to Shorten the Time for Notice of the Hearing to Consider the Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee of Unsecured Creditors, Yucaipa, and the Allied Directors |

#4585735.3

| 7/31/13 | Main Case DI 1508 | Order Denying Joint Motion to Shorten the Time for Notice of the Hearing to Consider the Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between The Official Committee Of Unsecured Creditors, Yucaipa, And The Allied Directors |
|---|---|---|
| 8/1/13 | Main Case DI 1519 | Transcript Regarding Hearing Held on 7/30/13 |
| 8/1/13 | Main Case DI 1521 | Re-Notice of Motion Regarding Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee Of Unsecured Creditors, Yucaipa, and the Allied Directors |
| 8/2/13 | Main Case DI 1528 | Amended Notice of Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee Of Unsecured Creditors, Yucaipa, and the Allied Directors |
| 8/25/14 | Main Case DI 2554 | Request for Hearing on Settlement Motion by Mark J. Gendregske and Brian Cullen |
| 9/8/14 | Main Case DI 2576 | Objection of First Lien Agents to Request for Hearing on Settlement Motion by Mark J. Gendregske and Brian Cullen |
| 9/10/14 | Main Case DI 2584 | Objection by Yucaipa to the Request for Hearing on Settlement Motion by Mark J. Gendregske and Brian Cullen |
| 9/10/14 | Main Case DI 2585 | Response to the Request for Hearing on Settlement Motion by Mark J. Gendregske and Brian Cullen |
| 10/1/14 | Main Case DI 2607 | Reply in Support of Request for Hearing on Settlement Motion by Mark J. Gendregske, and Brian Cullen |

#4585735.3

| 10/6/14 | Main Case DI 2621 | Order Denying Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between The Official Committee Of Unsecured Creditors, Yucaipa, And The Allied Directors |
|---------|-------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 10/30/14 | Main Case DI 2666 | Transcript Regarding Hearing Held on 10/6/14 |

## II.    Issue to be Presented on Appeal

Whether the Bankruptcy Court erred by denying the Settlement Motion (Main Case D.I. 1489) where the Bankruptcy Court (a) refused Appellants' request to conduct an evidentiary hearing that would have provided Appellants and other proponents of the Settlement Motion the opportunity to submit evidence demonstrating that the settlement was in the best interests of the Debtors' estates, despite such settlement having been negotiated with the guidance of a sitting Bankruptcy Judge appointed by the Bankruptcy Court to mediate this matter, (b) and erred in its interpretation of the settlement agreement, including an interpretation purportedly permitting one party to unilaterally opt out of the agreement, despite its express obligation to support and abide by the agreement.

#4585735.3

Dated: November 3, 2014          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      Wilmington, Delaware

*/s/    William M. Alleman, Jr.*
Derek C. Abbott (No. 3376)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

- and -

John C. Massaro (admitted *pro hac vice*)
Ian S. Hoffman (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, D.C.  20004-1206
T: 202-942-5000
F: 202-942-5999
john.massaro@aporter.com
ian.hoffman@aporter.com

*Counsel for Mark Gendregske and Brian Cullen*

7

#4585735.3