### **CERTIFICATE OF SERVICE**

       I, William M. Alleman, Jr., certify that I am not less than 18 years of age, and that service of the foregoing **Appellants' Designation of Items to be Included in the Record and Issues to Be Presented on Appeal** was caused to be made on November 3, 2014, in the manner indicated upon the individuals identified on below.

Date:  November 3, 2014                     */s/ William M. Alleman, Jr.*
          Wilmington, Delaware             William M. Alleman, Jr. (No. 5449)

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| William D. Sullivan<br>William A. Hazeltine<br>SULLIVAN HAZELTINE ALLINSON LLC<br>901 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 428-8191<br>Facsimile: (302) 428-8195 | Michal G. Burke<br>Nicholas K. Lagemann<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599 |
| Michael R. Nestor<br>Edmund L. Morton<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 N. King St.<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 | Robert A. Klyman<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Ave.<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000 |
| Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>LANDIS RATH & COBB LLP<br>919 N. Market St.<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 | Adam C. Harris<br>Robert J. Ward<br>David M. Hillman<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Ave.<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955 |
| Mark D. Collins (No. 2981)<br>Christopher M. Samis (No. 4909)<br>Marisa A. Terranova (No. 5396)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King St.<br>Wilmington, DE 9801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701 | Jeffrey W. Kelley<br>Ezra H. Cohen<br>TROUTMAN SANDERS LLP<br>600 Peachtree St.<br>Atlanta, GA 30308<br>Telephone: (404) 885-3000<br>Facsimile: (404) 885-3900 |

David L. Buchbinder
OFFICE OF THE UNITED STATES
TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Telephone: (302) 573-6491
Facsimile:  (302) 573-6497
Email: david.l.buchbinder@usdoj.gov