## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                     :
*In re*                                              :        Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   :        Case No. 09-10138 (KG)
                                                     :
                              Debtors.               :        Jointly Administered
                                                     :
                                                     :        **RE: D.I. 14676**
                                                     :
---------------------------------------------------------X

### NOTICE OF WITHDRAWAL

      **PLEASE TAKE NOTICE** that on November 3, 2014, the *Appellants' Designation of Items to be Included in the Record and Issues to be Presented on Appeal* (D.I. 14676) ("Designation") was erroneously filed in the above-captioned case.

      **PLEASE TAKE FURTHER NOTICE** that the Designation is hereby withdrawn.

Dated: November 3 2014      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      Wilmington, Delaware

      */s/ William M. Alleman, Jr.*
      Derek C. Abbott (No. 3376)
      William M. Alleman, Jr. (No. 5449)
      1201 North Market Street
      Wilmington, Delaware 19801
      Telephone:  (302) 658-9200
      Facsimile: (302) 658-3989

      - and -

      John C. Massaro (admitted *pro hac vice*)
      Ian S. Hoffman (admitted *pro hac vice*)
      ARNOLD & PORTER LLP
      555 Twelfth Street, NW

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Washington, D.C.  20004-1206
T: 202-942-5000
F: 202-942-5999
john.massaro@aporter.com
ian.hoffman@aporter.com

*Counsel for Mark Gendregske and Brian Cullen*

8640124.1