**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| --------------------------------------------------------X | | Chapter 11 |
| | : | |
| *In re* | : | Case No. 09-10138 (KG) |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| --------------------------------------------------------X | | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 4, 2014 AT 9:30 A.M. (EASTERN TIME)**

> **THE HEARING TIME HAS BEEN CHANGED FROM 10:00 A.M. (EASTERN TIME)
> TO 9:30 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED MATTERS**

1.      Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14535, Filed 10/7/14).

         Objection Deadline:  October 14, 2014 at 4:00 p.m. (ET).

         Responses Received:

         (a)      Objections to Nortel's Motion for Relief Under Section 105(a) by Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (D.I. 14551, Filed 10/14/14);

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      **Amended items appear in bold.**

(b)     Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (D.I. 14552, Filed 10/14/14);

(c)     Objections to Nortel's Motion for Relief Under Section 105(a) by Arris Group, Inc., Arris Enterprises, Inc., Arris Solutions, Inc., and General Instrument Corp. (D.I. 14553, Filed 10/14/14);

(d)     Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Arris Group, Inc. (D.I. 14554, Filed 10/14/14);

(e)     Statement of the Monitor and Canadian Debtors in Respect of Debtors' Motions (I) to Enforce the Automatic Stay and (II) for an Order Requiring Cost Sharing Related to Certain Third-Party Discovery Requests (D.I. 14555, Filed 10/14/14);

(f)     Objections to Nortel's Motion for Relief Under Section 105(a) by Circo Systems, Inc. (D.I. 14556, filed 10/14/14);

(g)     Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Cisco Systems, Inc. (D.I. 14557, Filed 10/14/14);

(h)     Objections to Nortel's Motion for Relief Under Section 105(a) by the MSO Declaration Judgment Plaintiffs (D.I. 14558, Filed 10/14/14);

(i)     Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by the MSO Declaratory Judgment Plaintiffs (D.I. 14559, Filed 10/14/14);

(j)     Objections of Google Inc. to Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14614, Filed 10/21/14); and

(k)     Declaration of Matthew D. Cannon in Support of Objections of Google Inc. to Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14615, Filed 10/21/14).

Related Pleading:

(a)     Declaration of Timothy C. Ross in Support of Debtors' Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14477, Filed 9/26/14);

Status: The hearing on this matter has been adjourned to the hearing scheduled for November 7, 2014 at 12:00 p.m. (ET).

2.    Debtors' Amended Motion Pursuant to 11 U.S.C. §§ 105 and 363 for Entry of an Order Approving the Sharing of Costs Related to Third-Party Discovery (D.I. 14633, Filed 10/23/14).

Objection Deadline:  November 17, 2014 at 4:00 p.m. (ET).

Responses Received:

(a)    Statement of the Monitor and the Canadian Debtors in Respect of Debtors' Motions (I) to Enforce the Automatic Stay and (II) for an Order Requiring Cost Sharing Related to Certain Third-Party Discovery Requests (D.I. 14555, Filed 10/14/14).

Related Pleading:

(a)    Notice of Request for Joint Hearing Pursuant to section 15 of the Cross-Border Insolvency Protocol with Respect to the Debtors' Amended Motion Pursuant to 11 U.S.C. §§ 105 and 363 for Entry of an Order Approving the Sharing of Costs Related to Third-Party Discovery (D.I. 14636, Filed 10/24/14).

Status: The hearing has been adjourned to a date to be determined.

**CONTESTED MATTER GOING FORWARD**

3.    Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14076, Filed 7/24/14).

Objection Deadline:  August 11, 2014 at 4:00 p.m. (ET).  Extended to October 3, 2014 at 5:00 p.m. (ET) for the Monitor and the Canadian Debtors.

Responses Received:

(a)    Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14117, Filed 7/30/14);

(b)    Reply in Further Support of the Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14173, Filed 8/7/14);

(c)    Statement of the Official Committee of Unsecured Creditors of Nortel Networks, Inc. et al. in Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon

3

with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14189, Filed 8/8/14);

(d)     Statement of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14340, Filed 8/29/14);

(e)     Monitor's and Canadian Debtors' Supplemental Objection to the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement (D.I. 14496, Filed 10/3/14);

(f)     Declaration of Daniel J. Guyder in Support of Monitor's and Canadian Debtors' Supplemental Objection to the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement (D.I. 14497, Filed 10/3/14);

(g)     Objection of Wilmington Trust, National Association, as Successor Indenture Trustee to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14498, Filed 10/3/14);

(h)     Notice of Filing of the Expert Report of Paul Wertheim in Support of the Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement (D.I. 14499, Filed 10/3/14);

(i)     Joinder of the UK Pension Claimants in Objections to the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-petition Interest Dispute and Related Issues (D.I. 14534, Filed 10/6/14); and

(j)     Joinder of the Canadian Creditors Committee in the Objections to the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-petition Interest Dispute and Related Issues (D.I. 14564, Filed 10/14/14).

Related Pleading:

(a)     U.S. Debtors' Objection to the Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14161, Filed 8/4/14);

(b)     Joinder of the Ad Hoc Group of Bondholders to the Objection of the U.S. Debtors to the Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14165, Filed 8/5/14);

(c)     Order Establishing Discovery Schedule and Other Procedures in Connection with the U.S. Debtors' 9019 Motion (D.I. 14345, Entered 9/2/14);

(d)     Reply in Further Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14652, Filed 10/30/14);

(e)     Reply of the Supporting Bondholders in Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14653, Filed 10/30/14);

(f)     Declaration of Brent M. Tunis in Support of Reply in Further Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14654, Filed 10/30/14); and

(g)     Statement of the Official Committee of Unsecured Creditors in Further Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement with Respect to the NNI Post-Petition Interest Dispute and Related Issues and Joinder to Replies of the Debtors and Ad Hoc Bondholder Group with Respect Thereto (D.I. 14656, Filed 10/30/14).

Status: The hearing on this matter will go forward.

Dated: November 3, 2014          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                   James L. Bromley (admitted *pro hac vice*)
                                 Lisa M. Schweitzer (admitted *pro hac vice*)
                                 One Liberty Plaza
                                 New York, New York 10006
                                 Telephone:  (212) 225-2000
                                 Facsimile:  (212) 225-3999

                                 - and -

6

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Tamara K. Minott_
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

8603407.1