**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 9/1/2014 through 9/30/2014

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive Director | $875 | 33.00 | $28,875.00 |
| J. Borow | Executive Director | $875 | 52.20 | $45,675.00 |
| J. Hyland | Executive Director | $660 | 134.50 | $88,770.00 |
| A. Cowie | Managing Director | $600 | 49.80 | $29,880.00 |
| B. Kullberg | Managing Director | $525 | 1.70 | $892.50 |
| J. Emerson | Consultant | $250 | 9.20 | $2,300.00 |
| J. Blum | Paraprofessional | $120 | 5.70 | $684.00 |
| **For the Period 9/1/2014 through 9/30/2014** | | | **286.10** | **$197,076.50** |