**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 9/1/2014 through 9/30/2014

| Task Code | Hours | Fees |
| --- | --- | --- |
| 01. Asset Acquisition/Disposition | 162.30 | $119,188.50 |
| 05. Professional Retention/Fee Application Preparation | 9.40 | $3,036.00 |
| 08. Interaction/Mtgs w Creditors | 11.40 | $9,007.50 |
| 10. Recovery/SubCon/Lien Analysis | 8.20 | $5,082.00 |
| 11. Claim Analysis/Accounting | 53.60 | $32,250.00 |
| 13. Intercompany Transactions/Bal | 5.20 | $3,811.50 |
| 18. Operating and Other Reports | 10.40 | $7,231.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 12.80 | $8,606.50 |
| 26. Tax Issues | 11.10 | $7,971.00 |
| 33. Intellectual Property | 1.70 | $892.50 |
| **For the Period 9/1/2014 through 9/30/2014** | **286.10** | **$197,076.50** |