## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 9/1/2014 through 9/30/2014

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 9/2/2014 | J. Hyland | 1.40 | Continued reviewing proceeds allocation positions of each party of interest. |
| 9/2/2014 | J. Hyland | 2.70 | Continued reviewing proceeds allocation positions of each party of interest. |
| 9/2/2014 | J. Hyland | 2.90 | Reviewed proceeds allocation positions of each party of interest. |
| 9/3/2014 | C. Kearns | 0.20 | Participated in conference call with F. Hodara, counsel on 9019 motion and post-trial brief status. |
| 9/3/2014 | C. Kearns | 1.00 | Read post-trial brief - EMEA. |
| 9/3/2014 | C. Kearns | 1.30 | Began reading draft post-trial reply brief. |
| 9/3/2014 | J. Hyland | 1.50 | Reviewed IPA UCC report. |
| 9/3/2014 | J. Hyland | 2.00 | Analyzed prior sales of IPA results. |
| 9/3/2014 | J. Hyland | 2.20 | Revised IPA UCC report. |
| 9/3/2014 | J. Borow | 2.20 | Reviewed drafts of post-closing trial briefs. |
| 9/4/2014 | C. Kearns | 0.90 | Reviewed draft reply brief. |
| 9/4/2014 | J. Borow | 2.40 | Reviewed draft post-trial closing briefs. |
| 9/5/2014 | J. Borow | 2.10 | Reviewed post-trial draft briefs. |
| 9/8/2014 | J. Hyland | 1.50 | Reviewed draft NNI closing arguments for proceeds allocation trial. |
| 9/8/2014 | J. Borow | 2.10 | Reviewed post-trial draft briefs. |
| 9/9/2014 | C. Kearns | 0.20 | Participated in conference call with D. Botter (counsel) re: post-trial brief and next steps. |
| 9/9/2014 | J. Hyland | 2.30 | Analyzed portions of the draft NNI closing arguments for proceeds allocation trial. |
| 9/9/2014 | C. Kearns | 2.40 | Read latest draft of post-trial brief. |

Capstone Advisory Group, LLC
Invoice for the 9/1/2014-9/30/2014 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/9/2014 | J. Borow | 2.60 | Reviewed post-trial briefs. |
| 9/10/2014 | C. Kearns | 0.50 | Finished final read of post-reply brief changes. |
| 9/10/2014 | J. Hyland | 2.30 | Reviewed closing allocation trial arguments from the Monitor. |
| 9/10/2014 | J. Borow | 2.40 | Reviewed post-trial briefs. |
| 9/11/2014 | J. Borow | 0.30 | Reviewed various post-trial briefs and other court filings. |
| 9/11/2014 | C. Kearns | 0.50 | Responded to calls from individual creditors with questions about status of PPI 9019 and allocation trial. |
| 9/11/2014 | C. Kearns | 0.80 | Discussed case dynamics and timeline with counsel in light of pending closing arguments and PPI 9019. |
| 9/11/2014 | A. Cowie | 1.00 | Continued to analyze trial brief in regard to asset allocation process. |
| 9/11/2014 | J. Hyland | 2.00 | Reviewed final allocation trial closing arguments from the U.S. Debtors. |
| 9/11/2014 | J. Hyland | 2.80 | Continued reviewing allocation trial closing arguments for proceeds allocation. |
| 9/11/2014 | J. Borow | 2.90 | Reviewed various post-trial briefs and other court filings. |
| 9/11/2014 | J. Hyland | 2.90 | Continued reviewing allocation trial closing arguments re: proceeds allocation trial. |
| 9/11/2014 | A. Cowie | 2.90 | Analyzed trial brief in regard to asset allocation process. |
| 9/12/2014 | J. Borow | 0.40 | Reviewed various post-trial briefs and other court filings. |
| 9/12/2014 | C. Kearns | 0.50 | Began reading Monitor reply brief. |
| 9/12/2014 | J. Borow | 2.90 | Reviewed various post-trial briefs and other court filings. |
| 9/16/2014 | C. Kearns | 0.20 | Participated in conference call with F. Hodara (counsel) re: closing preparations. |
| 9/16/2014 | J. Hyland | 0.90 | Reviewed summary of J. Ray (NNI) deposition on PPI. |
| 9/16/2014 | C. Kearns | 0.90 | Read EMEA reply brief. |
| 9/16/2014 | J. Borow | 1.30 | Reviewed deposition transcripts. |
| 9/16/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation analyses. |
| 9/17/2014 | C. Kearns | 0.50 | Prepared with counsel for meeting with U.K. counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/17/2014 | C. Kearns | 1.00 | Met with counsel and Administrator counsel re: allocation related matters. |
| 9/17/2014 | A. Cowie | 2.70 | Continued to analyze reply briefs in regard to asset allocation trial. |
| 9/17/2014 | A. Cowie | 2.80 | Analyzed trial reply briefs in regard to the asset allocation trial. |
| 9/17/2014 | A. Cowie | 2.90 | Analyzed deposition transcript in regard to post-petition interest trial. |
| 9/19/2014 | C. Kearns | 0.80 | Analyzed draft allocation trial closing arguments. |
| 9/19/2014 | J. Borow | 1.10 | Reviewed trial exhibits for closing arguments hearing. |
| 9/19/2014 | J. Hyland | 1.10 | Continued reviewing closing positions of the proceeds allocation parties. |
| 9/19/2014 | J. Hyland | 2.40 | Continued reviewing closing positions of the proceeds allocation parties. |
| 9/19/2014 | J. Hyland | 2.60 | Continued reviewing closing positions of the proceeds allocation parties. |
| 9/19/2014 | J. Hyland | 2.90 | Reviewed closing positions of the proceeds allocation parties. |
| 9/20/2014 | J. Hyland | 0.30 | Reviewed news article on proceeds allocation. |
| 9/20/2014 | J. Borow | 0.90 | Reviewed trial exhibits for closing arguments hearing. |
| 9/21/2014 | C. Kearns | 1.20 | Reviewed draft presentation deck re: closing arguments. |
| 9/21/2014 | J. Hyland | 1.80 | Reviewed closing presentation decks for the U.S. interests. |
| 9/22/2014 | J. Hyland | 0.40 | Replied to counsel's request for data re: proceeds allocation. |
| 9/22/2014 | C. Kearns | 0.80 | Listened to portion of opening day of closing arguments. |
| 9/22/2014 | J. Borow | 0.80 | Continued to attend allocation trial court hearing. |
| 9/22/2014 | J. Hyland | 0.80 | Continued participating via telephone in proceeds allocation trial closing arguments. |
| 9/22/2014 | J. Hyland | 1.10 | Continued reviewing closing presentation deck from EMEA and Canada. |
| 9/22/2014 | J. Hyland | 1.50 | Participated via telephone in proceeds allocation trial closing arguments. |
| 9/22/2014 | A. Cowie | 1.50 | Continued to review closing presentation deck from EMEA and Canada. |
| 9/22/2014 | J. Borow | 1.50 | Attended allocation trial court hearing. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/22/2014 | C. Kearns | 1.70 | Listened to portion of opening day of closing arguments. |
| 9/22/2014 | C. Kearns | 1.70 | Listened to portion of opening day of closing arguments. |
| 9/22/2014 | A. Cowie | 1.70 | Continued to review closing presentation deck from EMEA and Canada. |
| 9/22/2014 | J. Borow | 1.70 | Continued to attend allocation trial court hearing. |
| 9/22/2014 | J. Borow | 1.70 | Continued to attend allocation trial court hearing. |
| 9/22/2014 | J. Hyland | 1.70 | Continued participating via telephone in proceeds allocation trial closing arguments. |
| 9/22/2014 | J. Hyland | 1.70 | Continued participating via telephone in proceeds allocation trial closing arguments. |
| 9/22/2014 | A. Cowie | 2.50 | Reviewed closing presentation deck from EMEA and Canada. |
| 9/22/2014 | J. Hyland | 2.90 | Reviewed closing presentation deck from EMEA and Canada. |
| 9/23/2014 | J. Hyland | 0.20 | Reviewed articles related to proceeds allocation court proceedings. |
| 9/23/2014 | C. Kearns | 0.80 | Continued to listen to allocation trial closing Day 2. |
| 9/23/2014 | J. Hyland | 1.60 | Participated via telephone in Day 2 of proceeds allocation trial closing arguments. |
| 9/23/2014 | J. Borow | 1.60 | Continued to attend allocation trial closing argument hearings. |
| 9/23/2014 | J. Borow | 1.60 | Continued to attend allocation trial closing argument hearings. |
| 9/23/2014 | J. Hyland | 1.60 | Continued participating via telephone in Day 2 of proceeds allocation trial closing arguments. |
| 9/23/2014 | J. Hyland | 1.60 | Continued participating via telephone in Day 2 of proceeds allocation trial closing arguments. |
| 9/23/2014 | J. Borow | 1.60 | Attended allocation trial closing argument hearings. |
| 9/23/2014 | A. Cowie | 1.90 | Continued to analyze allocation trial supporting exhibits documentation. |
| 9/23/2014 | J. Borow | 2.00 | Continued to attend allocation trial closing argument hearings. |
| 9/23/2014 | J. Hyland | 2.00 | Continued participating via telephone in Day 2 of proceeds allocation trial closing arguments. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/23/2014 | C. Kearns | 2.90 | Listened to allocation trial closing Day 2. |
| 9/23/2014 | C. Kearns | 2.90 | Continued to listen to allocation trial closing Day 2. |
| 9/23/2014 | A. Cowie | 2.90 | Analyzed allocation trial supporting exhibits documentation. |
| 9/24/2014 | A. Cowie | 0.70 | Continued to participate in allocation trial via telephone in support of counsel to UCC regarding asset allocation trial. |
| 9/24/2014 | C. Kearns | 1.50 | Listened to portion of final day of closing arguments. |
| 9/24/2014 | A. Cowie | 1.50 | Analyzed closing argument documentation in regard to asset allocation trial. |
| 9/24/2014 | A. Cowie | 1.60 | Participated in allocation trial via telephone in support of counsel to UCC regarding asset allocation trial. |
| 9/24/2014 | J. Borow | 1.60 | Continued to attend allocation trial closing argument hearings. |
| 9/24/2014 | J. Hyland | 1.60 | Continued participating via telephone in Day 3 of closing arguments on proceeds allocation. |
| 9/24/2014 | J. Hyland | 2.20 | Participated via telephone in Day 3 of closing arguments on proceeds allocation. |
| 9/24/2014 | J. Borow | 2.20 | Attended allocation trial court hearing. |
| 9/24/2014 | J. Hyland | 2.90 | Reviewed cash forecasts and balances. |
| 9/26/2014 | A. Cowie | 2.70 | Continued to analyze closing argument documentation in regard to asset allocation trial. |
| 9/26/2014 | A. Cowie | 2.80 | Analyzed closing argument documentation in regard to asset allocation trial. |
| Subtotal | | 162.30 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/5/2014 | J. Hyland | 0.40 | Reviewed 22nd quarterly interim fee summary from counsel. |
| 9/10/2014 | J. Blum | 2.50 | Prepared August Fee Application. |
| 9/17/2014 | A. Cowie | 0.80 | Reviewed August Fee Application. |
| 9/19/2014 | A. Cowie | 0.70 | Analyzed August Fee Application. |
| 9/21/2014 | J. Hyland | 0.80 | Reviewed detailed time entries in August Fee Application. |
| 9/24/2014 | J. Blum | 0.70 | Prepared August Fee Application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/24/2014 | J. Blum | 1.00 | Prepared August Fee Application. |
| 9/24/2014 | J. Blum | 1.50 | Prepared August Fee Application. |
| 9/25/2014 | J. Hyland | 1.00 | Reviewed August Fee Application and forwarded it to counsel for review. |
| Subtotal | | 9.40 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/4/2014 | J. Hyland | 0.10 | Conducted call with M. Wunder (Cassels) re: UCC discussion. |
| 9/4/2014 | J. Hyland | 0.40 | Participated in UCC call with UCC members and professionals. |
| 9/4/2014 | C. Kearns | 0.40 | Participated in weekly call with UCC to discuss case matters. |
| 9/4/2014 | J. Borow | 0.40 | Participated in meeting with UCC and counsel to UCC. |
| 9/4/2014 | J. Hyland | 1.70 | Prepared for UCC call. |
| 9/5/2014 | J. Borow | 1.10 | Discussed with various creditors and other parties in interest regarding the progress in the matter. |
| 9/8/2014 | J. Borow | 1.20 | Discussed with various creditors and other parties in interest regarding the progress in the matter. |
| 9/11/2014 | J. Hyland | 0.50 | Participated in weekly UCC call with UCC members and professionals. |
| 9/11/2014 | C. Kearns | 0.50 | Participated in UCC call with UCC professionals and UCC members. |
| 9/16/2014 | C. Kearns | 0.50 | Participated in calls from holders re: litigation timeline. |
| 9/18/2014 | J. Hyland | 1.00 | Participated in UCC call with UCC members and professionals. |
| 9/18/2014 | J. Borow | 1.00 | Participated in discussion with UCC and counsel to UCC re: update and status of matter. |
| 9/18/2014 | J. Borow | 1.00 | Discussed with various creditors and other parties in interest re: status of matter. |
| 9/26/2014 | C. Kearns | 0.80 | Participated in weekly UCC call. |
| 9/26/2014 | J. Hyland | 0.80 | Participated in UCC call with UCC professionals and members. |
| Subtotal | | 11.40 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/10/2014 | A. Cowie | 2.60 | Analyzed updated recovery calculations. |
| 9/10/2014 | A. Cowie | 2.90 | Analyzed updated recovery calculations. |
| 9/16/2014 | J. Hyland | 2.70 | Analyzed proceeds allocation recoveries. |
| Subtotal | | 8.20 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/2/2014 | C. Kearns | 0.30 | Emailed with counsel re: PPI 9019 motion. |
| 9/4/2014 | J. Hyland | 0.10 | Conducted call with E. Yau (E&Y) re: Canadian claims. |
| 9/4/2014 | J. Hyland | 2.80 | Continued analyzing Canadian claims. |
| 9/4/2014 | J. Hyland | 2.90 | Analyzed Canadian claims. |
| 9/5/2014 | J. Hyland | 0.30 | Conducted call with T. Ayres and E. Yau (E&Y) re: Canadian claims. |
| 9/5/2014 | J. Hyland | 2.70 | Continued analyzing NNI and NNL claims. |
| 9/5/2014 | J. Hyland | 2.90 | Analyzed claims for NNI and NNL. |
| 9/8/2014 | J. Emerson | 2.10 | Updated the Nortel Bond presentation. |
| 9/8/2014 | J. Hyland | 2.60 | Analyzed Canadian claims base. |
| 9/8/2014 | J. Hyland | 2.80 | Reviewed most recently filed 10k re: claims disclosures. |
| 9/8/2014 | J. Emerson | 2.90 | Updated the Nortel Bond presentation. |
| 9/9/2014 | J. Hyland | 0.10 | Called the Monitor and Cassel's re: Canadian claims. |
| 9/9/2014 | C. Kearns | 0.20 | Reviewed latest status of CCAA claim base. |
| 9/9/2014 | J. Hyland | 0.40 | Conducted call with M. Wunder (Cassels) re: Canadian claims. |
| 9/9/2014 | J. Hyland | 0.90 | Reviewed bond pricing deck for UCC. |
| 9/9/2014 | J. Hyland | 1.10 | Analyzed Canadian claims schedule as of 9/3/2014 and distributed it to counsel and Cassels. |
| 9/9/2014 | J. Hyland | 1.30 | Revised summary claims analysis for counsel. |
| 9/9/2014 | J. Hyland | 2.00 | Summarized claims analysis for counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/10/2014 | J. Hyland | 0.10 | Conducted calls with T. Ayers re: Canadian claims. |
| 9/10/2014 | C. Kearns | 0.30 | Read email traffic with counsel re: bond's PPI appeal in Canada. |
| 9/10/2014 | J. Hyland | 0.80 | Reviewed bond's motion for leave of appeal on PPI. |
| 9/10/2014 | A. Cowie | 0.90 | Analyzed Canadian claims base and calculations. |
| 9/10/2014 | J. Emerson | 1.00 | Updated the Nortel Bond presentation. |
| 9/10/2014 | J. Hyland | 1.50 | Finalized claims analysis for counsel. |
| 9/10/2014 | A. Cowie | 1.60 | Analyzed updated post-petition interest on claims. |
| 9/11/2014 | A. Cowie | 1.60 | Prepared updated claims report for UCC. |
| 9/17/2014 | C. Kearns | 0.20 | Reviewed current bond/ claims trading information. |
| 9/17/2014 | C. Kearns | 0.30 | Reviewed status of claims analysis. |
| 9/17/2014 | J. Emerson | 0.70 | Prepared Nortel Bond presentation for UCC. |
| 9/18/2014 | J. Hyland | 0.30 | Conducted call with T. Ross (NNI) re: NNI claims. |
| 9/18/2014 | J. Emerson | 0.50 | Updated the Nortel Bond presentation. |
| 9/18/2014 | C. Kearns | 0.60 | Read J. Ray (NNI) 9019 motion deposition. |
| 9/18/2014 | J. Hyland | 1.50 | Reviewed J. Ray's (NNI) deposition on PPI. |
| 9/18/2014 | J. Hyland | 1.80 | Reviewed and analyzed bond pricing report. |
| 9/18/2014 | J. Emerson | 2.00 | Prepared Nortel Bond presentation for UCC. |
| 9/25/2014 | J. Hyland | 2.60 | Analyzed U.S. claims balances. |
| 9/26/2014 | A. Cowie | 0.90 | Analyzed the Monitor's request for extension of time for claims. |
| 9/28/2014 | J. Borow | 1.10 | Reviewed bond pricing information and related fluctuations in bond pricing. |
| 9/29/2014 | J. Hyland | 1.60 | Reviewed M. Katzenstein (FTI) deposition re: bond's PPI. |
| 9/29/2014 | J. Hyland | 1.90 | Analyzed claims for counsel. |
| 9/30/2014 | J. Borow | 0.70 | Reviewed bond pricing and analyzed potential drivers. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/30/2014 | C. Kearns | 0.70 | Responded to calls from bond claim holders. |
| Subtotal | | 53.60 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/2/2014 | A. Cowie | 0.80 | Analyzed monthly restructuring manager's report. |
| 9/2/2014 | J. Borow | 2.10 | Reviewed restructuring manager's reports from E&Y. |
| 9/29/2014 | A. Cowie | 0.40 | Analyzed restructuring manager's report. |
| 9/29/2014 | J. Hyland | 1.90 | Reviewed June and July 2014 restructuring manager's reports for APAC. |
| Subtotal | | 5.20 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/3/2014 | J. Borow | 1.20 | Reviewed financial information from Debtor. |
| 9/15/2014 | J. Borow | 1.40 | Reviewed current operating information. |
| 9/23/2014 | J. Hyland | 1.90 | Reviewed latest Monitor's Report. |
| 9/23/2014 | A. Cowie | 2.00 | Reviewed latest Monitor's Report. |
| 9/24/2014 | J. Hyland | 0.10 | Conducted call with M. Wunder (Cassels) re: Monitor's stay extension motion. |
| 9/25/2014 | J. Hyland | 2.60 | Reviewed Monitor's stay extension motion. |
| 9/26/2014 | A. Cowie | 1.20 | Analyzed the Monitor's 108th operating report. |
| Subtotal | | 10.40 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/5/2014 | A. Cowie | 0.70 | Analyzed global cash and escrow reporting. |
| 9/5/2014 | J. Hyland | 1.50 | Reviewed NNL cash forecast. |
| 9/15/2014 | J. Borow | 1.10 | Reviewed current liquidity and cash position. |
| 9/18/2014 | J. Hyland | 0.20 | Sent counsel cash balances analysis. |
| 9/18/2014 | A. Cowie | 0.60 | Analyzed global cash report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/18/2014 | J. Hyland | 1.40 | Analyzed cash balances and activities for NNI. |
| 9/25/2014 | J. Hyland | 2.00 | Analyzed cash forecasts in Monitor's stay motion. |
| 9/30/2014 | J. Hyland | 2.50 | Continued analyzing end of case cash forecasts from estates. |
| 9/30/2014 | J. Hyland | 2.80 | Analyzed end of case cash forecasts from estates. |
| Subtotal | | 12.80 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/4/2014 | C. Kearns | 0.20 | Discussed current status of tax issues with counsel. |
| 9/17/2014 | C. Kearns | 1.00 | Met with and discussed with counsel on tax related matters. |
| 9/17/2014 | C. Kearns | 1.70 | Met with counsel and CGSH re: tax related matters. |
| 9/17/2014 | J. Hyland | 2.20 | Continued analyzing NNI tax issues. |
| 9/17/2014 | J. Hyland | 2.80 | Analyzed NNI tax issues. |
| 9/18/2014 | J. Hyland | 0.30 | Conducted call with K. Rowe (counsel) re: NNI tax issues. |
| 9/18/2014 | J. Hyland | 2.80 | Reviewed tax documents and issues. |
| 9/30/2014 | C. Kearns | 0.10 | Participated in conference call with F. Hodara (counsel) on tax related matters. |
| Subtotal | | 11.10 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/4/2014 | B. Kullberg | 0.20 | Analyzed intellectual property issues in regard to allocation trial. |
| 9/11/2014 | B. Kullberg | 0.80 | Analyzed intellectual property issues in regard to allocation trial. |
| 9/26/2014 | B. Kullberg | 0.70 | Analyzed intellectual property issues in regard to allocation trial. |
| Subtotal | | 1.70 | |
| **Total Hours** | | **286.10** | |