## **CERTIFICATE OF SERVICE**

I, Brian E. Farnan, hereby certify that on November 4, 2014, a copy of Constellation Technologies LLC's and Rockstar Consortium US LP's Response to Time Warner Cable's Request to Enjoin Constellation v. Time Warner Cable Patent Litigation was served on the following as indicated:

<u>Via U.S. Mail</u>
Lisa M. Schweitzer
David H. Herrington
Inna Rozenberg
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006

<u>Via Hand Delivery</u>
Derek C. Abbott
Ann C. Cordo
MORRIS, NICHOLS, ARHST
& TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

<u>Via Hand Delivery</u>
Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

<u>Via U.S. Mail</u>
John Desmarais
DESMARAIS LLP
230 Park Avenue
New York, New York 10169

<u>Via U.S. Mail</u>
Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

<u>Via Hand Delivery</u>
Jennifer R. Hoover
Michael J. Barrie
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
222 Delaware Ave, Suite 801
Wilmington, DE 19801

<u>Via Hand Delivery</u>
Ian Connor Bifferato
J. Zachary Haupt
BIFFERATO LLC
800 N. King Street, Plaza Level
P.O. Box 2165
Wilmington, Delaware 19899-2165

       /s/ Brian E. Farnan
      Brian E. Farnan (Bar No. 4089)