# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> Nortel Networks Inc., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert Wilson to represent Google Inc. in this matter.

Dated: November 4, 2014

FRIEDLANDER & GORRIS, P.A.

*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar No. 5012)
Christopher M. Foulds (Bar No. 5169)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
(302) 573-3500
(302) 573-3501 facsimile
jgorris@friedlandergorris.com
cfoulds@friedlandergorris.com

*Attorneys for Google Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven
    David Eiseman
    David A. Perlson
    Sean Pak
    Kristin J. Madigan
    Matthew D. Cannon
    Sam Stake
quinn-google-n.d.cal.-13-05933@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 facsimile

{FG-W0380070.}

Victoria F. Maroulis
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
(650) 801-5100 facsimile

Robert B. Wilson
Patrick D. Curran
Michelle Ernst
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
(212) 849-7100 facsimile

{FG-W0380070.}

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                    United States Bankruptcy Judge

{FG-W0380070.}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the Southern District of New York, the Eastern District of New York, the Western District of New York, the Court of Appeals for the Federal Circuit, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 03/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 4, 2014

Robert Wilson
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000