# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> Nortel Networks Inc., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Eric Winston to represent Google Inc. in this matter.

Dated: November 4, 2014

FRIEDLANDER & GORRIS, P.A.

*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar No. 5012)
Christopher M. Foulds (Bar No. 5169)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
(302) 573-3500
(302) 573-3501 facsimile
jgorris@friedlandergorris.com
cfoulds@friedlandergorris.com

*Attorneys for Google Inc.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
   Charles K. Verhoeven
   David Eiseman
   David A. Perlson
   Sean Pak
   Kristin J. Madigan
   Matthew D. Cannon
   Sam Stake
quinn-google-n.d.cal.-13-05933@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 facsimile

      Victoria F. Maroulis
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
(650) 801-5100 facsimile

      Robert B. Wilson
      Patrick D. Curran
      Michelle Ernst
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
(212) 849-7100 facsimile

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States Bankruptcy Judge

{FG-W0380071.}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the State of California, the United States Courts of Appeals for the Second, Third, Ninth and Tenth Circuits, and the United States District Courts for the Northern, Southern, Eastern, and Central Districts of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 03/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 4, 2014

_____
Eric Winston
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

{FG-W0380071.}