**EXHIBIT B**



## CASSELS BROCK
L A W Y E R S

Cassels Brock LLP
2100, Scotia Plazza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE # 1946730**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| October 31, 2014 | 46992-00001 | Michael Wunder |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 293,357.50 |
| Disbursements | | 5,526.02 |
| **Total Amount Due** | | **$ 298,883.52** CDN |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No.

_____

Expiry Date: _____  Amount: _____

Cardholder Name:

_____

Signature:

_____

-2-

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1946730

Matter # 46992-00001

**Invoice Detail**

## TO PROFESSIONAL SERVICES RENDERED up to and including 08/31/14

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/1/2014 | GBS | 29 | Research issues for trial closing arguments. | 1.3 |
| 8/1/2014 | SAH | 29 | Research Canadian law issues for post-trial briefs. | 4.5 |
| 8/1/2014 | SAH | 29 | Providing instructions to D. Waldman and M. Sassi regarding Canadian law issues for allocation trial briefs. | 0.3 |
| 8/1/2014 | SAH | 29 | Conducting legal research for allocation trial briefs. | 0.9 |
| 8/1/2014 | MS | 29 | Review of Canadian law for closing briefs for allocation trial. | 0.6 |
| 8/1/2014 | RSK | 29 | Review of comments on findings of fact for U.S. Interests for allocation trial briefs. | 0.6 |
| 8/1/2014 | MWU | 3 | Prepare May 2014 fee application. | 0.4 |
| 8/1/2014 | MWU | 3 | Prepare June 2014 account. | 1 |
| 8/1/2014 | MWU | 29 | Review of findings of fact for closing brief regarding Canadian issues, analyze, provide comments and correspondence with Cassels team regarding comments. | 3.6 |
| 8/1/2014 | MWU | 12 | Review and analyze claims and Canadian estate distribution issues. | 1.4 |
| 8/1/2014 | MWU | 29 | Correspondence with Akin Gump regarding allocation trial closing brief. | 0.2 |
| 8/1/2014 | MWU | 29 | Confer with S. Holland regarding post-trial briefs and Canadian issues. | 0.3 |
| 8/1/2014 | RJA | 29 | Review and comment on U.S. Interests findings of fact brief. | 3.4 |
| 8/1/2014 | RJA | 29 | Consider Canadian authorities for allocation post-trial brief. | 2.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-3-

CASSELS BROCK LLP                                          Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/1/2014 | JDI | 29 | Review of draft finding of facts for allocation trial. | 1.4 |
| 8/2/2014 | SAH | 29 | Review Canadian case law and prepare revised findings of fact and conclusions of law for allocation brief. | 10.6 |
| 8/2/2014 | MS | 31 | Review of Canadian law for closing briefs. | 2.6 |
| 8/2/2014 | MWU | 29 | Continue review of draft allocation litigation U.S. Interests post-trial allocation findings of fact and assess Canadian issues. | 2.2 |
| 8/2/2014 | MWU | 29 | Assist in preparation of overview of post-trial allocation brief for U.S. Interests. | 3.4 |
| 8/2/2014 | MWU | 29 | Email correspondence with Cassels lawyers regarding post-trial brief and Canadian cases and issues. | 0.6 |
| 8/2/2014 | RJA | 29 | Review of U.S. Interests' allocation post-trial brief. | 1.9 |
| 8/2/2014 | RJA | 29 | Email correspondence with Cassels team regarding comments on U.S. Interests' post-trial brief. | 0.6 |
| 8/2/2014 | RJA | 29 | Analysis of Canadian case authority for U.S. Interests' conclusions of law. | 3.1 |
| 8/2/2014 | JDI | 29 | Review of allocation post-trial brief and provide comments. | 1.2 |
| 8/2/2014 | JDI | 29 | Review of allocation brief conclusions of law and provide comments. | 0.7 |
| 8/3/2014 | GBS | 29 | Review and revise closing arguments. | 1.5 |
| 8/3/2014 | SAH | 29 | Cassels Brock team conference call to discuss allocation brief. | 0.6 |
| 8/3/2014 | SAH | 29 | Review Canadian case law and prepare revised post-trial materials for submission to court. | 9.2 |
| 8/3/2014 | MS | 31 | Review of Canadian law for conclusions of law portion of allocation brief. | 6.9 |
| 8/3/2014 | RSK | 29 | Review of further revised post-trial pleadings. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-4-

CASSELS BROCK LLP                                                    Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                     Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/3/2014 | RSK | 29 | Conference call with Cassels team regarding post-trial brief. | 0.6 |
| 8/3/2014 | RSK | 29 | Review of revised post-trial brief and conclusions of law and proposed comments. | 1.4 |
| 8/3/2014 | MWU | 31 | Review Canadian cases in connection with preparation of post-trial brief for U.S. Interests. | 1.2 |
| 8/3/2014 | MWU | 29 | Review and provide comments on conclusions of law for U.S. Interests' pre-trial brief. | 3.3 |
| 8/3/2014 | MWU | 29 | Conference call with Cassels lawyers to discuss Canadian comments and case law for post-trial brief. | 0.6 |
| 8/3/2014 | RJA | 29 | Review and comments on draft of U.S. Interests' conclusions of law. | 2.4 |
| 8/3/2014 | RJA | 29 | Participate in conference call with Cassels team regarding comments on draft of U.S. Interests' conclusions of law. | 0.6 |
| 8/3/2014 | RJA | 29 | Review further revised versions draft U.S. Interests findings of fact and post-trial brief. | 2.6 |
| 8/3/2014 | JDI | 29 | Attend conference call regarding comments on allocation trial briefs. | 0.6 |
| 8/3/2014 | JDI | 29 | Review of Canadian case law to regarding allocation brief conclusions of law. | 0.4 |
| 8/3/2014 | JDI | 29 | Email correspondence with M. Sassi regarding Canadian case law. | 0.1 |
| 8/3/2014 | NLE | 29 | Research Canadian case law in preparation for allocation trial closing arguments. | 5.2 |
| 8/4/2014 | SAH | 29 | Continued preparation of post trial briefs and review Canadian case law in connection with same. | 8.2 |
| 8/4/2014 | SAH | 29 | Providing instructions to M. Sassi regarding closing briefs. | 0.9 |
| 8/4/2014 | MS | 31 | Review of Canadian law for closing briefs. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-5-

CASSELS BROCK LLP                                            Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/4/2014 | RSK | 12 | Review of U.S. debtors objection to motion of Monitor and Canadian debtors to adjourn claims settlement approval motion. | 0.4 |
| 8/4/2014 | MWU | 29 | Review and comment on pre-trial brief material including Canadian conclusions of law. | 3.7 |
| 8/4/2014 | MWU | 29 | Calls and email correspondence with Cassels lawyers regarding post-trial brief revisions and Canadian cases. | 0.8 |
| 8/4/2014 | RJA | 29 | Review and comment on revised drafts of U.S. Interests' post-trial brief, findings of fact and conclusions of law. | 3.2 |
| 8/4/2014 | RJA | 29 | Email correspondence with Akin Gump and Cassels teams regarding Canadian comments and revisions to U.S. Interests' post-trial brief, findings of fact and conclusions of law. | 0.4 |
| 8/4/2014 | RJA | 29 | Analysis of Canadian case authority for U.S. Interests conclusions of law. | 1.9 |
| 8/4/2014 | RJA | 12 | Review U.S. debtors objection to Monitor's preliminary opposition to PPI settlement. | 0.8 |
| 8/4/2014 | JDI | 29 | Review of comments on post-trial brief and conclusions of law. | 0.4 |
| 8/5/2014 | SAH | 29 | Conducting Canadian legal research for allocation trial briefs. | 5.9 |
| 8/5/2014 | DRW | 29 | Correspondence with S. Holland regarding post trial briefs. | 0.1 |
| 8/5/2014 | MS | 31 | Canadian research for conclusions of law for allocation trial. | 2.4 |
| 8/5/2014 | SKE | 29 | Reviewing conclusions of fact and legal argument documents regarding Canadian IP issues. | 5.5 |
| 8/5/2014 | SKE | 29 | Discuss conclusions of fact and law documents with M. Wunder. | 0.3 |
| 8/5/2014 | RSK | 12 | Review of Bondholder's joinder to U.S. Debtors objection regarding Monitor/Canadian Debtors request for adjournment of U.S. interest | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-6-

CASSELS BROCK LLP                                      Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| | | | settlement motion. | |
| 8/5/2014 | RSK | 29 | Review of revised post-trial brief. | 1.2 |
| 8/5/2014 | RSK | 29 | Review of additional case law for closing brief. | 0.4 |
| 8/5/2014 | MWU | 3 | Prepare May 2014 fee application. | 1.3 |
| 8/5/2014 | MWU | 12 | Review U.S. debtors' objection to Monitor's motion for adjournment and discovery regarding U.S. debtors claims settlement. | 0.8 |
| 8/5/2014 | MWU | 12 | Review bondholder group joinder to U.S. debtors' objection to Monitor's motion. | 0.2 |
| 8/5/2014 | MWU | 29 | Review and analyze draft post-trial brief and Canadian case law. | 3.6 |
| 8/5/2014 | RJA | 29 | Work on and finalize Canadian comments on draft U.S. Interests post trial brief, conclusions of law and findings of fact. | 1.4 |
| 8/5/2014 | RJA | 29 | Email correspondence and telephone calls with M. Sassi regarding Canadian comments on draft U.S. Interests post trial brief, conclusions of law and findings of fact. | 0.4 |
| 8/5/2014 | RJA | 29 | Review and analyze Canadian case authorities for inclusion in post trial brief and conclusions of law. | 2.7 |
| 8/5/2014 | RJA | 12 | Review Ad Hoc Bond Group objection to Monitor preliminary opposition to PPI settlement. | 0.3 |
| 8/6/2014 | SAH | 29 | Conducting Canadian legal research for allocation trial submissions. | 5.8 |
| 8/6/2014 | MS | 31 | Correspondence with M. Wunder regarding post-trial brief. | 0.1 |
| 8/6/2014 | RSK | 29 | Review of revised conclusions of law for post-trial brief. | 0.6 |
| 8/6/2014 | MWU | 29 | Continue review and analysis of post-trial brief documents and related Canadian issues. | 4.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-7-

CASSELS BROCK LLP                                                 Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                  Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/6/2014 | MWU | 12 | Review correspondence and court orders regarding court hearing for Monitor's motion for adjournment of claims settlement approval hearing. | 0.3 |
| 8/6/2014 | MWU | 12 | Review and consider briefs filed regarding post-filing interest on claims. | 1.4 |
| 8/6/2014 | RJA | 29 | Continue detailed analysis of Canadian case authorities for post trial brief. | 2.3 |
| 8/6/2014 | RJA | 29 | Review emails from Monitor's counsel regarding PPI settlement hearing on objections. | 0.3 |
| 8/6/2014 | RJA | 29 | Review latest drafts of U.S. Interests post trial brief, conclusions of law and findings of fact. | 2.9 |
| 8/7/2014 | MS | 7 | Committee call. | 0.7 |
| 8/7/2014 | RSK | 29 | Review of post-trial briefs of EMEA and UKPC. | 1.7 |
| 8/7/2014 | RSK | 29 | Review of post-trial briefs of U.S. interests. | 1.1 |
| 8/7/2014 | RSK | 7 | Participated in Committee call. | 0.7 |
| 8/7/2014 | MWU | 29 | Continue review and analysis of U.S. Interests' draft post-trial brief documents and Canadian case law for brief. | 2.6 |
| 8/7/2014 | MWU | 7 | Attend on UCC status call with UCC advisors. | 0.7 |
| 8/7/2014 | MWU | 29 | Review and analyze post-allocation trial briefs from core parties. | 2.9 |
| 8/7/2014 | RJA | 29 | Review of Core Party post-trial briefs and related materials. | 5.1 |
| 8/8/2014 | SAH | 29 | Conference call regarding post-trial issues. | 1 |
| 8/8/2014 | MS | 8 | Attend to U.S. court hearing by phone for U.S. claims settlement. | 1.3 |
| 8/8/2014 | RSK | 29 | Review of post-trial briefs of Canadian parties. | 2.2 |
| 8/8/2014 | RSK | 29 | Review of update from Akin Gump regarding court conference on U.S. PPI settlement. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-8-

CASSELS BROCK LLP                                      Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/8/2014 | MWU | 29 | Continue review and analysis of post-trial brief documents and related Canadian issues. | 1.2 |
| 8/8/2014 | MWU | 8 | Attend on court call to U.S. court for hearing for Monitor's adjournment request for discovery regarding U.S. claims settlement. | 1.3 |
| 8/8/2014 | MWU | 29 | Review and consider post-allocation trial briefs filed by core parties, and email correspondence with Cassels lawyers regarding same. | 3.8 |
| 8/8/2014 | RJA | 29 | Detailed review and analysis of core party post-trial briefs and related materials. | 3.7 |
| 8/9/2014 | RJA | 29 | Continue review and analysis of core party post-trial briefs and related materials. | 2.6 |
| 8/11/2014 | SAH | 29 | Review allocation briefs and assess Canadian issues for reply. | 2.3 |
| 8/11/2014 | RSK | 29 | Review of article regarding Canadian creditors reaction to U.S. interest settlement. | 0.1 |
| 8/11/2014 | MWU | 3 | Prepare May 2014 fee account. | 1.4 |
| 8/11/2014 | MWU | 29 | Review post-allocation legal briefs filed by core allocation parties, and analyze Canadian law and related issues for inclusion in US Interests reply brief. | 2.8 |
| 8/11/2014 | MWU | 12 | Review press reports regarding claims settlement, and circulate to UCC advisors. | 0.1 |
| 8/11/2014 | RJA | 29 | Continue analysis of core party post-trial briefs. | 2.3 |
| 8/11/2014 | RJA | 29 | Detailed review and consideration of Canadian case authority relied on by Canadian parties in post-trial briefs. | 2.6 |
| 8/12/2014 | SAH | 29 | Meeting with and instructions to Cassels lawyers regarding post-trial brief Canadian law issues. | 1.4 |
| 8/12/2014 | MS | 29 | Meeting with S. Holland to discuss post-trial issues and reply briefs. | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-9-

CASSELS BROCK LLP                                                    Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                     Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/12/2014 | HFE | 29 | Meet with S. Holland and M. Sassi for briefing regarding Nortel allocation matters. | 0.7 |
| 8/12/2014 | MSU | 29 | Meeting with S. Holland and M. Sassi to discuss allocation post trial work. | 0.7 |
| 8/12/2014 | MWU | 29 | Review and analyze post-trial closing briefs for Canadian legal issues, and review and analyze same and consider reply brief issues. | 3.2 |
| 8/12/2014 | MWU | 3 | Prepare June 2014 fee application. | 1.3 |
| 8/12/2014 | RJA | 29 | Continue review and analysis of Canadian case authorities in post trial briefs. | 2.4 |
| 8/13/2014 | SAH | 29 | Review post-trial briefs and consider Canadian case law. | 2.1 |
| 8/13/2014 | MWU | 12 | Review and analyze cross-border claims status, and Canadian estate claims distribution issues. | 2.6 |
| 8/13/2014 | MWU | 3 | Prepare June 2014 fee account and application. | 1.1 |
| 8/13/2014 | RJA | 29 | Work on post allocation trial reply briefing issues. | 3.7 |
| 8/14/2014 | RSK | 29 | Review of email correspondence from Akin Gump regarding arguments in allocation briefs from core parties. | 0.2 |
| 8/14/2014 | RSK | 29 | Review of corrections to post-trial briefs from Monitor/Canadian Debtors and U.S. Debtors. | 0.8 |
| 8/14/2014 | RSK | 7 | Participated in Committee call. | 0.5 |
| 8/14/2014 | MWU | 7 | Attend on UCC call. | 0.5 |
| 8/14/2014 | MWU | 29 | Review restated post-trial briefs from U.S. interests and Monitor/Canadian debtors. | 0.6 |
| 8/14/2014 | MWU | 29 | Email correspondence with Akin Gump regarding post-closing briefs and Canadian legal issues for review. | 0.2 |
| 8/14/2014 | MWU | 29 | Review post-closing briefs and memo to Cassels lawyers regarding Canadian case law review and analysis. | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, Interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-10-

CASSELS BROCK LLP                                                    Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/14/2014 | MWU | 29 | Review and analysis of closing briefs' arguments regarding Canadian issues and issues for reply briefs. | 1.7 |
| 8/14/2014 | RJA | 29 | Analysis of Canadian issues raised in Monitor's post trial brief. | 3.8 |
| 8/14/2014 | RJA | 29 | Email correspondence with Akin Gump team regarding analysis of core party post trial allocation issues and case authority. | 0.2 |
| 8/15/2014 | SAH | 29 | Review Canadian case law and prepare memo of allocation issues raised in post trial briefs. | 7.9 |
| 8/15/2014 | DRW | 29 | Review Canadian case law and prepare memo of allocation issues raised in post trial briefs. | 4.3 |
| 8/15/2014 | MS | 31 | Discussion with S. Holland regarding Canadian research issues. | 0.2 |
| 8/15/2014 | RSK | 29 | Review of email correspondence regarding factual matrix analysis. | 0.2 |
| 8/15/2014 | MWU | 3 | Prepare May 2014 fee application. | 0.7 |
| 8/15/2014 | MWU | 29 | Review and analyze Canadian case law issues regarding cited Canadian cases in post-trial briefs, and consider arguments. | 3.2 |
| 8/15/2014 | RJA | 29 | Continued detailed work on memoranda for Akin Gump regarding post trial allocation issues and positions. | 2.8 |
| 8/16/2014 | SAH | 29 | Review Canadian case law and prepare memo of allocation issues raised in post trial briefs. | 6.9 |
| 8/17/2014 | SAH | 29 | Review Canadian case law and prepare memo of allocation issues raised in post trial briefs. | 8.9 |
| 8/17/2014 | DRW | 29 | Review Canadian case law and prepare memo of allocation issues raised in post trial briefs. | 3.3 |
| 8/18/2014 | GBS | 29 | Consider and research response to briefs for U.S. Interests. | 2.8 |
| 8/18/2014 | GBS | 29 | Meet with Cassels team regarding allocation closing submissions. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-11-

CASSELS BROCK LLP                                             Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/18/2014 | GBS | 29 | Review and analyze Canadian legal issues from Monitor's closing brief. | 3.9 |
| 8/18/2014 | SAH | 29 | Review Canadian case law and prepare memo of allocation issues raised in post trial briefs. | 8.8 |
| 8/18/2014 | DRW | 29 | Review Canadian case law and prepare memo of allocation issues raised in post trial briefs. | 6.8 |
| 8/18/2014 | MWU | 29 | Review and analysis of issues for post-trial reply briefs. | 2.8 |
| 8/18/2014 | RJA | 29 | Continue detailed analysis of post trial briefing issues. | 3.3 |
| 8/19/2014 | GBS | 29 | Revise memo regarding closing legal arguments (1.4) and meet with S. Holland and D. Waldman to discuss (0.8). | 2.2 |
| 8/19/2014 | GBS | 29 | Further review research of Canadian law for allocation closing arguments. | 1.4 |
| 8/19/2014 | SAH | 29 | Meeting with G. Shaw and D. Waldman regarding Canadian research for closing submissions. | 0.8 |
| 8/19/2014 | SAH | 29 | Conducting Canadian legal research regarding allocation issues. | 3.9 |
| 8/19/2014 | SAH | 29 | Prepare memo regarding Canadian law for allocation reply briefs. | 5.8 |
| 8/19/2014 | DRW | 29 | Review Canadian law regarding allocation reply briefs (3.8) and meet with G. Shaw and S. Holland to discuss (0.8). | 4.6 |
| 8/19/2014 | RSK | 12 | Discussed PPI decision with Canadian counsel for bondholders. | 0.3 |
| 8/19/2014 | RSK | 29 | Review of Canadian case law regarding allocation issues. | 1.1 |
| 8/19/2014 | RSK | 12 | Exchange email correspondence with Cassels and Akin Gump regarding PPI decision and related issues. | 0.7 |
| 8/19/2014 | RSK | 12 | Review of Canadian PPI decision and circulated same to Akin Gump. | 1.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-12-

CASSELS BROCK LLP                                               Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/19/2014 | RSK | 12 | Telephone attendance with NNI's Canadian counsel regarding Canadian court decision on PPI. | 0.3 |
| 8/19/2014 | MWU | 12 | Review Canadian court decision regarding post-filing interest on bond claims and analyze Canadian estate distribution issues (1.9), and confer with Akin Gump and Cassels teams regarding same (0.9). | 2.8 |
| 8/19/2014 | RJA | 29 | Analysis of Canadian case authority in core parties post trial allocation briefs. | 1.9 |
| 8/19/2014 | RJA | 12 | Review and initial analysis of J. Newbould PPI decision. | 1.6 |
| 8/19/2014 | RJA | 12 | Discussion with Akin Gump and Cassels teams regarding Newbould PPI decision. | 0.4 |
| 8/19/2014 | JDI | 12 | Review of Justice Newbould's decision on post-petition interest. | 0.6 |
| 8/19/2014 | JDI | 12 | Email correspondence with S. Kukulowicz regarding post petition interest issues. | 0.1 |
| 8/20/2014 | GBS | 29 | Confer with Cassels lawyers regarding Canadian law research for closing arguments. | 0.3 |
| 8/20/2014 | SAH | 29 | Assist in preparations of U.S. Interests reply brief including Canadian research and prepare memo for closing argument submissions. | 6.8 |
| 8/20/2014 | SAH | 29 | Conducting Canadian legal research for allocation closing submissions. | 2.3 |
| 8/20/2014 | DRW | 29 | Review and analysis of Canadian law for allocation trial closing submissions. | 3.4 |
| 8/20/2014 | MS | 29 | Assisting with Canadian research for closing arguments. | 0.6 |
| 8/20/2014 | RSK | 12 | Confer with Cassels lawyers regarding other potential impacts of PPI decision. | 1.2 |
| 8/20/2014 | RSK | 29 | Office conference with G. Shaw regarding Canadian issues for closing arguments. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-13-

CASSELS BROCK LLP                                          Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/20/2014 | RSK | 7 | Preparation for Committee call and report on Canadian PPI decision. | 0.8 |
| 8/20/2014 | RSK | 29 | Research and email correspondence to Akin Gump regarding allocation arguments. | 1.8 |
| 8/20/2014 | MWU | 29 | Email correspondence and calls with Akin Gump and Cassels lawyers regarding post-trial closing briefs and Canadian law issues. | 0.4 |
| 8/20/2014 | MWU | 12 | Email with Cassels Brock and Akin Gump lawyers regarding post-petition interest on claims issues and Canadian court decision. | 0.4 |
| 8/20/2014 | MWU | 29 | Review and analyze post-trial briefs and arguments and related Canadian legal issues. | 1.8 |
| 8/20/2014 | MWU | 12 | Continued analysis of Canadian court PPI decision. | 1.2 |
| 8/20/2014 | MWU | 29 | Review documents and Canadian case law in connection with analysis of post-trial issues and preparation of memo of Canadian issues for preparation of post-trial reply brief for US Interests. | 3.7 |
| 8/20/2014 | RJA | 12 | Analysis of J. Newbould PPI decision. | 1.1 |
| 8/20/2014 | RJA | 12 | Discussion with S. Kukulowicz and K. Zych (Bennett Jones) regarding Newbould PPI decision. | 0.5 |
| 8/20/2014 | RJA | 12 | Email correspondence with Akin Gump lawyers regarding preliminary issues on Newbould Canadian PPI decision. | 0.6 |
| 8/20/2014 | RJA | 29 | Work on detailed analysis and memo for Akin Gump team regarding post trial allocation issues. | 4.3 |
| 8/20/2014 | JDI | 12 | Review of email correspondence from S. Kukulowicz regarding recent Canadian court decision and respond to same. | 0.3 |
| 8/21/2014 | GBS | 12 | Analysis of Canadian PPI decision appeal issues. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-14-

CASSELS BROCK LLP                                                    Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/21/2014 | GBS | 29 | Meet with Cassels team regarding allocation trial closing arguments. | 0.4 |
| 8/21/2014 | GBS | 29 | Revise closing arguments memo. | 0.6 |
| 8/21/2014 | SAH | 29 | Conducting Canadian legal research for allocation trial submissions. | 3.9 |
| 8/21/2014 | SAH | 29 | Review Canadian case law and assist to prepare allocation reply brief. | 6.8 |
| 8/21/2014 | DRW | 29 | Review Canadian case law and assist to prepare reply brief. | 5.2 |
| 8/21/2014 | MS | 29 | Research on Canadian law for post-trial allocation reply brief. | 0.7 |
| 8/21/2014 | HFE | 12 | Instructions from M. Sassi regarding case law research regarding Canadian court interest decision. | 0.3 |
| 8/21/2014 | RSK | 24 | Exchange email correspondence with Capstone regarding IP address sale transactions. | 0.3 |
| 8/21/2014 | RSK | 24 | Review of email correspondence and Asset Sale Agreement for IP address sale. | 0.9 |
| 8/21/2014 | RSK | 12 | Further consideration of implications of Canadian PPI decision. | 0.8 |
| 8/21/2014 | RSK | 29 | Review and provide comments on Canadian law memo. | 1.8 |
| 8/21/2014 | RSK | 7 | Participated in Committee call. | 0.8 |
| 8/21/2014 | MWU | 29 | Prepare memo of Canadian issues for preparation of post-trial briefs for US Interests and review Canadian cases, and confer with Cassels lawyers regarding same. | 4.1 |
| 8/21/2014 | MWU | 7 | Attend on UCC call (0.8), and prepare for Canadian court decision presentation (0.6). | 1.4 |
| 8/21/2014 | MWU | 3 | Prepare July 2014 account. | 1.8 |
| 8/21/2014 | RJA | 29 | Finalize detailed memoranda on allocation trial issues including those raised in post trial briefs. | 2.9 |
| 8/21/2014 | RJA | 12 | Email correspondence with Cassels team regarding analysis of Newbould PPI decision and appeal issues. | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-15-

CASSELS BROCK LLP                                                    Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                     Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/21/2014 | RJA | 12 | Analysis of Newbould PPI decision and appeal issues. | 1.9 |
| 8/21/2014 | RJA | 7 | Participate in Committee call. | 0.8 |
| 8/21/2014 | RJA | 31 | Review Monitor's motion record regarding sale of IP addresses. | 0.8 |
| 8/21/2014 | RJA | 31 | Email correspondence with S. Kukulowicz regarding IP address sale motion. | 0.2 |
| 8/22/2014 | DRW | 29 | Research Canadian law for allocation submissions. | 5.7 |
| 8/22/2014 | MS | 31 | Research Canadian law regarding allocation trial issues. | 4.4 |
| 8/22/2014 | HFE | 12 | Review Canadian court PPI decision. | 0.3 |
| 8/22/2014 | HFE | 29 | Research for allocation trial closing submissions. | 1.7 |
| 8/22/2014 | RSK | 29 | Review of Canadian case law for allocation trial closing submissions. | 0.6 |
| 8/22/2014 | RSK | 29 | Review of draft pro rata post-trial allocation brief reply. | 0.8 |
| 8/22/2014 | MWU | 29 | Review revised post-trial briefs from core parties. | 1.2 |
| 8/22/2014 | MWU | 24 | Review draft documents regarding proposed sale of assets by Canadian debtors, and related email correspondence and summary from Capstone. | 1.6 |
| 8/22/2014 | MWU | 29 | Analysis and preparation of facts and conclusions for reply brief of U.S. Interests. | 3.8 |
| 8/24/2014 | DRW | 29 | Work with Akin Gump lawyers to prepare submissions for post-trial submissions. | 5.7 |
| 8/24/2014 | HFE | 12 | Prepare summary of Canadian court PPI decision. | 3.2 |
| 8/25/2014 | GBS | 29 | Discuss allocation trial preparation with Cassels team. | 0.3 |
| 8/25/2014 | DRW | 29 | Analyze Canadian law for allocation trial submissions. | 2.2 |
| 8/25/2014 | MS | 31 | Prepare Canadian case decision summary for Cassels lawyers. | 2.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                            Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                             Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/25/2014 | HFE | 31 | Research Canadian appeal issues regarding Canadian PPI decision. | 1.6 |
| 8/25/2014 | RSK | 31 | Review of memo regarding Canadian appeal process. | 0.3 |
| 8/25/2014 | RSK | 29 | Review of publicly filed briefs of Monitor/Canadian Debtors, CCC, Law Debenture, U.S. Interests, Bondholders, UKPC and Wilmington Trust. | 2.2 |
| 8/25/2014 | MWU | 29 | Post-trial reply brief preparation and review of Canadian case law for same. | 2.8 |
| 8/25/2014 | MWU | 29 | Continue work for memo of Canadian issues for post-trial brief. | 1.1 |
| 8/25/2014 | RJA | 29 | Review core parties post trial briefs. | 2.9 |
| 8/25/2014 | RJA | 12 | Detailed analysis of PPI appeal issues and timing. | 1.3 |
| 8/26/2014 | DRW | 29 | Analyze Canadian law for allocation trial post-trial submissions. | 2.2 |
| 8/26/2014 | MS | 31 | Research of Canadian law for allocation reply brief. | 4.3 |
| 8/26/2014 | RP | 29 | Organize trial documents for use at trial closing submissions. | 2.6 |
| 8/26/2014 | RSK | 29 | Provided comments on revised allocation reply brief. | 0.7 |
| 8/26/2014 | RSK | 12 | Telephone attendance with Bennett Jones regarding Canadian PPI decision appeal timeline and review report to UCC advisors. | 0.6 |
| 8/26/2014 | RSK | 12 | Review of email correspondence from Akin Gump regarding PPI Canadian appeal timeline and discussed same with Cassels lawyers. | 0.4 |
| 8/26/2014 | MWU | 3 | Prepare July 2014 fee account. | 1.3 |
| 8/26/2014 | MWU | 3 | Prepare July 2014 fee application. | 1.2 |
| 8/26/2014 | MWU | 29 | Confer with Cassels lawyers regarding Canadian insert for allocation litigation reply brief, and review and provide comments. | 2.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-17-

CASSELS BROCK LLP                                                          Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                         Matter # 46992-00001

| Date | Timekeeper | TASK | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 8/26/2014 | MWU | 12 | Email correspondence to and from Akin Gump and Cassels regarding Canadian court PPI decision. | 0.8 |
| 8/26/2014 | MWU | 12 | Confer with Cassels lawyers regarding Canadian PPI potential appeal issues. | 0.4 |
| 8/26/2014 | MWU | 12 | Call to Canadian counsel for bondholders regarding Canadian court PPI decision. | 0.4 |
| 8/27/2014 | MS | 29 | Canadian research for allocation trial reply brief. | 1.3 |
| 8/27/2014 | RSK | 12 | Review of email correspondence from core parties regarding costs on PPI motion and post-trial filings. | 0.4 |
| 8/27/2014 | RSK | 12 | Review of summary of Canadian court PPI decision. | 0.3 |
| 8/27/2014 | MWU | 3 | Prepare July 2014 account. | 0.8 |
| 8/27/2014 | MWU | 3 | Prepare quarterly fee application. | 0.5 |
| 8/27/2014 | MWU | 31 | Review summary and analysis of Canadian PPI decision and appeal issues. | 1.2 |
| 8/27/2014 | MWU | 29 | Review and consider allocation litigation reply brief issues. | 2.1 |
| 8/28/2014 | RSK | 12 | Review of UKPC's post trial claims brief. | 0.8 |
| 8/28/2014 | MWU | 29 | Review of allocation trial briefs and analyze issues for preparation of reply briefs. | 2.8 |
| 8/28/2014 | MWU | 12 | Review memo regarding Canadian PPI decision, and analyze Canadian appeal issues. | 1.4 |
| 8/29/2014 | RSK | 12 | Review of Canadian PPI decision and analyze issues. | 0.8 |
| 8/29/2014 | RSK | 12 | Email correspondence regarding Canadian PPI decision and related issues. | 0.4 |
| 8/29/2014 | MWU | 29 | Review core party briefs and analyze Canadian Issues for reply briefs of U.S. interests. | 2.7 |
|  |  |  | **TOTAL** | **473.7** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-18-

CASSELS BROCK LLP                                          Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

## Time Summary

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|-------------|
| Daniel Waldman | Associate | Advocacy | Ontario - 2010 | 43.5 | $420.00 | $18,270.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 15.7 | $945.00 | $14,836.50 |
| Hilary Fender | Student | Students | | 7.8 | $175.00 | $1,365.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 5.8 | $660.00 | $3,828.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 116.5 | $795.00 | $92,617.50 |
| Michelle Sutkiewicz | Student | Students | | 0.7 | $175.00 | $122.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 30.9 | $390.00 | $12,051.00 |
| Noah Leszcz | Student | Students | | 5.2 | $125.00 | $650.00 |
| Rose Plue | Law Clerk | Advocacy | | 2.6 | $320.00 | $832.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 87.9 | $750.00 | $65,925.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 34.8 | $900.00 | $31,320.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 116.5 | $420.00 | $48,930.00 |
| Steven Kennedy | Associate | Intellectual Property | Ontario - 2009 | 5.8 | $450.00 | $2,610.00 |
| TOTAL | | | | 473.7 | CDN. | $293,357.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-19-

CASSELS BROCK LLP                                          Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001


**TOTAL PROFESSIONAL FEES**                               $  293,357.50

**Non-Taxable Disbursements**

| | |
|---|---:|
| Copies | 776.70 |
| Telephone / Long Distance/Conference Calls | 3.71 |
| Binding Books / Documents | 92.50 |
| Library Computer Searches | 4,202.00 |
| Meals / Beverages | 37.20 |
| Travel / Ground Transportation | 413.91 |
| **Total Disbursements** | **5,526.02** |

**Total Disbursements and Tax**                                    5,526.02


**Total Fees, Disbursements & Tax**                       $  298,883.52 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                              Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

### Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 12.8 | 10176.00 |
| 0007 | Creditors Committee Meetings | 6.9 | 5460.00 |
| 0008 | Court Hearings | 2.6 | 1540.50 |
| 0012 | General Claims Analysis/Claims Objections | 37.4 | 27902.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 2.8 | 2352.00 |
| 0029 | Intercompany Analysis | 381.6 | 233242.00 |
| 0031 | Canadian Proceedings/Matters | 29.6 | 12685.00 |
| | **TOTAL** | **473.7** | **$ 293,357.50** |

-21-

CASSELS BROCK LLP                                          Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/6/2014 | MAPLE LEAF TAXI-CAB LIMITED-J. DICK - June 6, 2014 | 1 | 11 |
| 6/16/2014 | MAPLE LEAF TAXI-CAB LIMITED-M. MAHONEY - June 16, 2014 | 1 | 10.75 |
| 6/18/2014 | MAPLE LEAF TAXI-CAB LIMITED-S.CUSIPAG - June 18, 2014 | 1 | 30 |
| 6/19/2014 | MAPLE LEAF TAXI-CAB LIMITED-D.WALDMAN - June 19, 2014 | 1 | 40.25 |
| 6/19/2014 | MAPLE LEAF TAXI-CAB LIMITED-N. LESZCZ - June 19, 2014 | 1 | 12 |
| 6/20/2014 | MAPLE LEAF TAXI-CAB LIMITED-B.MAHONEY - June 20, 2014 | 1 | 11.75 |
| 6/22/2014 | MAPLE LEAF TAXI-CAB LIMITED-M. MAHONEY - June 22, 2014 | 1 | 11 |
| 6/24/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.MAHONEY - June 24, 2014 | 1 | 20.25 |
| 6/24/2014 | MAPLE LEAF TAXI-CAB LIMITED-N. LESZCZ - June 24, 2014 | 1 | 15 |
| 6/24/2014 | MAPLE LEAF TAXI-CAB LIMITED-R. PLUE - June 24, 2014 | 1 | 13.25 |
| 6/30/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.MAHONEY - June 30, 2014 | 1 | 13 |
| 7/7/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.SASSI - July 7, 2014 | 1 | 20 |
| 7/8/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.SASSI - July 8, 2014 | 1 | 10 |
| 7/9/2014 | MAPLE LEAF TAXI-CAB LIMITED-L. GROSSMAN - July 8, 2014 | 1 | 17.25 |
| 7/11/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.WUNDER - Juy 11, 2014 | 1 | 29.70 |
| 7/18/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.WUNDER-DOCUMENT DELIVERY - July 18, 2014 | 1 | 27.5 |
| 7/30/2014 | Long Distance - Phone charge - M. WUNDER - July 30, 2014 | 1 | 3.71 |
| 8/2/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 360 |
| 8/2/2014 | TAXI FOR M. SASSI - August 2, 2014 | 1 | 15.27 |
| 8/3/2014 | Library Computer Searches/Quicklaw done by N. Leszcz | 1 | 1566 |
| 8/3/2014 | TAXI FOR M. SASSI - August 3, 2014 | 1 | 20.13 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-22-

CASSELS BROCK LLP                                    Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/3/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.WUNDER-DOCUMENT DELIVERY - August 3, 2014 | 1 | 30 |
| 8/5/2014 | Copies | 172 | 17.2 |
| 8/5/2014 | Copies | 116 | 11.6 |
| 8/5/2014 | Copies | 5 | 0.5 |
| 8/5/2014 | Copies | 36 | 3.6 |
| 8/5/2014 | Copies | 3 | 0.3 |
| 8/5/2014 | Copies | 8 | 0.8 |
| 8/5/2014 | Copies | 62 | 6.2 |
| 8/5/2014 | Copies | 10 | 1 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Copies | 3 | 0.3 |
| 8/5/2014 | Copies | 23 | 2.3 |
| 8/5/2014 | Copies | 3 | 0.3 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Copies | 70 | 7 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Copies | 203 | 20.3 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 18 |
| 8/6/2014 | Copies | 10 | 1 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 6 | 0.6 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 4 | 0.4 |
| 8/6/2014 | Copies | 4 | 0.4 |
| 8/6/2014 | Copies | 4 | 0.4 |
| 8/7/2014 | Copies | 30 | 3 |
| 8/7/2014 | Copies | 2 | 0.2 |
| 8/7/2014 | Copies | 22 | 2.2 |
| 8/7/2014 | Copies | 3 | 0.3 |
| 8/7/2014 | Copies | 121 | 12.1 |
| 8/7/2014 | Copies | 2 | 0.2 |
| 8/7/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-23-

CASSELS BROCK LLP                                      Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/7/2014 | Copies | 41 | 4.1 |
| 8/7/2014 | Copies | 2 | 0.2 |
| 8/7/2014 | Copies | 402 | 40.2 |
| 8/7/2014 | Copies | 221 | 22.1 |
| 8/7/2014 | Copies | 42 | 4.2 |
| 8/7/2014 | Copies | 274 | 27.4 |
| 8/7/2014 | Copies | 20 | 2 |
| 8/7/2014 | Copies | 222 | 22.2 |
| 8/7/2014 | Binding, Tabs, Disks, etc | 1 | 19.5 |
| 8/7/2014 | Copies | 7 | 0.7 |
| 8/7/2014 | Copies | 3 | 0.3 |
| 8/7/2014 | Copies | 5 | 0.5 |
| 8/7/2014 | Copies | 32 | 3.2 |
| 8/7/2014 | Copies | 30 | 3 |
| 8/7/2014 | Copies | 3 | 0.3 |
| 8/8/2014 | Copies | 274 | 27.4 |
| 8/8/2014 | Copies | 41 | 4.1 |
| 8/8/2014 | Copies | 30 | 3 |
| 8/8/2014 | Copies | 42 | 4.2 |
| 8/8/2014 | Copies | 134 | 13.4 |
| 8/8/2014 | Copies | 163 | 16.3 |
| 8/8/2014 | Copies | 2 | 0.2 |
| 8/8/2014 | Copies | 2 | 0.2 |
| 8/8/2014 | Copies | 163 | 16.3 |
| 8/8/2014 | Copies | 222 | 22.2 |
| 8/8/2014 | Copies | 221 | 22.1 |
| 8/8/2014 | Binding, Tabs, Disks, etc. | 1 | 3.5 |
| 8/8/2014 | Binding, Tabs, Disks, etc. | 1 | 21.5 |
| 8/11/2014 | Copies | 2 | 0.2 |
| 8/11/2014 | Copies | 2 | 0.2 |
| 8/11/2014 | Copies | 5 | 0.5 |
| 8/11/2014 | Copies | 22 | 2.2 |
| 8/12/2014 | Copies | 9 | 0.9 |
| 8/12/2014 | Copies | 9 | 0.9 |
| 8/12/2014 | Copies | 3 | 0.3 |
| 8/12/2014 | Copies | 25 | 2.5 |
| 8/12/2014 | Copies | 3 | 0.3 |
| 8/13/2014 | Copies | 6 | 0.6 |
| 8/13/2014 | Copies | 5 | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

-24-

CASSELS BROCK LLP                                   Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/13/2014 | Copies | 2 | 0.2 |
| 8/13/2014 | Copies | 2 | 0.2 |
| 8/13/2014 | Copies | 2 | 0.2 |
| 8/13/2014 | Copies | 20 | 2 |
| 8/13/2014 | Copies | 7 | 0.7 |
| 8/13/2014 | Copies | 68 | 6.8 |
| 8/13/2014 | Copies | 24 | 2.4 |
| 8/13/2014 | Copies | 3 | 0.3 |
| 8/13/2014 | Copies | 7 | 0.7 |
| 8/14/2014 | Copies | 9 | 0.9 |
| 8/15/2014 | Copies | 274 | 27.4 |
| 8/15/2014 | Copies | 153 | 15.3 |
| 8/15/2014 | Copies | 308 | 30.8 |
| 8/15/2014 | Copies | 306 | 30.6 |
| 8/15/2014 | Copies | 70 | 7 |
| 8/15/2014 | Copies | 9 | 0.9 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 6 | 0.6 |
| 8/15/2014 | Copies | 4 | 0.4 |
| 8/15/2014 | Copies | 548 | 54.8 |
| 8/15/2014 | Copies | 496 | 49.6 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 4 | 0.4 |
| 8/15/2014 | Copies | 2 | 0.2 |
| 8/15/2014 | Copies | 248 | 24.8 |
| 8/15/2014 | Copies | 496 | 49.6 |
| 8/15/2014 | Copies | 2 | 0.2 |
| 8/15/2014 | Copies | 11 | 1.1 |
| 8/15/2014 | Copies | 10 | 1 |
| 8/15/2014 | Copies | 2 | 0.2 |
| 8/15/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 18 |
| 8/15/2014 | Binding, Tabs, Disks, etc | 1 | 10.5 |
| 8/15/2014 | Binding, Tabs, Disks, etc | 1 | 37.5 |
| 8/18/2014 | Copies | 5 | 0.5 |
| 8/18/2014 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-25-

CASSELS BROCK LLP                                          Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/18/2014 | Copies | 4 | 0.4 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | Copies | 10 | 1 |
| 8/18/2014 | Copies | 31 | 3.1 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | MAPLE LEAF TAXI-CAB LIMITED-D.WALDMAN - August 18, 2014 | 1 | 19 |
| 8/19/2014 | Copies | 20 | 2 |
| 8/19/2014 | Copies | 20 | 2 |
| 8/19/2014 | Copies | 7 | 0.7 |
| 8/19/2014 | Copies | 18 | 1.8 |
| 8/19/2014 | Copies | 8 | 0.8 |
| 8/19/2014 | Copies | 8 | 0.8 |
| 8/19/2014 | Copies | 8 | 0.8 |
| 8/19/2014 | Copies | 8 | 0.8 |
| 8/19/2014 | Copies | 10 | 1 |
| 8/20/2014 | Copies | 8 | 0.8 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 12 | 1.2 |
| 8/20/2014 | Copies | 8 | 0.8 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 6 | 0.6 |
| 8/20/2014 | Copies | 42 | 4.2 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 3 | 0.3 |
| 8/20/2014 | Copies | 4 | 0.4 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Library Computer Searches/Westlaw done by D. Waldman | 1 | 54 |
| 8/21/2014 | Meals - DANIEL WALDMAN - Working Dinner - August 26, 2014 | 1 | 12.2 |
| 8/21/2014 | MAPLE LEAF TAXI-CAB LIMITED-D.WALDMAN - August 21, 2014 | 1 | 18.75 |
| 8/21/2014 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-26-

CASSELS BROCK LLP                                    Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/21/2014 | Copies | 5 | 0.5 |
| 8/21/2014 | Copies | 2 | 0.2 |
| 8/21/2014 | Copies | 33 | 3.3 |
| 8/21/2014 | Copies | 8 | 0.8 |
| 8/21/2014 | Copies | 18 | 1.8 |
| 8/21/2014 | Copies | 8 | 0.8 |
| 8/21/2014 | Copies | 13 | 1.3 |
| 8/21/2014 | Library Computer Searches/Westlaw done by D. Waldman | 1 | 1505 |
| 8/22/2014 | Copies | 7 | 0.7 |
| 8/22/2014 | Copies | 22 | 2.2 |
| 8/22/2014 | Copies | 82 | 8.2 |
| 8/22/2014 | Copies | 2 | 0.2 |
| 8/22/2014 | Copies | 7 | 0.7 |
| 8/22/2014 | Copies | 2 | 0.2 |
| 8/22/2014 | Library Computer Searches/Westlaw done by D. Waldman | 1 | 645 |
| 8/22/2014 | TAXI FOR M. SASSI - August 22, 2014 | 1 | 18.06 |
| 8/24/2014 | Library Computer Searches/Westlaw done by D. Waldman | 1 | 36 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 7 | 0.7 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 47 | 4.7 |
| 8/25/2014 | Copies | 24 | 2.4 |
| 8/25/2014 | Copies | 9 | 0.9 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 18 | 1.8 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 20 | 2 |
| 8/25/2014 | Copies | 5 | 0.5 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 9 | 0.9 |
| 8/25/2014 | Copies | 5 | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-27-

CASSELS BROCK LLP                                  Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                   Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/25/2014 | Copies | 45 | 4.5 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 5 | 0.5 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 20 | 2 |
| 8/25/2014 | Copies | 6 | 0.6 |
| 8/25/2014 | Copies | 4 | 0.4 |
| 8/25/2014 | Copies | 3 | 0.3 |
| 8/25/2014 | Copies | 12 | 1.2 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 14 | 1.4 |
| 8/26/2014 | Copies | 8 | 0.8 |
| 8/26/2014 | Copies | 7 | 0.7 |
| 8/26/2014 | Copies | 2 | 0.2 |
| 8/26/2014 | Copies | 7 | 0.7 |
| 8/26/2014 | Copies | 6 | 0.6 |
| 8/26/2014 | Copies | 13 | 1.3 |
| 8/26/2014 | Copies | 7 | 0.7 |
| 8/26/2014 | Copies | 7 | 0.7 |
| 8/26/2014 | Copies | 2 | 0.2 |
| 8/26/2014 | Copies | 5 | 0.5 |
| 8/26/2014 | Copies | 5 | 0.5 |
| 8/26/2014 | Meals - ORDERIT.CA/RESTAURANTS ON THE GO INC. - D. WALDMAN - Working Dinner - August 26, 2014 | 1 | 25 |
| 8/27/2014 | Copies | 24 | 2.4 |
| 8/27/2014 | Copies | 2 | 0.2 |
| 8/27/2014 | Copies | 18 | 1.8 |
| 8/27/2014 | Copies | 2 | 0.2 |
| 8/27/2014 | Copies | 2 | 0.2 |
| 8/27/2014 | Copies | 2 | 0.2 |
| 8/27/2014 | Copies | 3 | 0.3 |
| 8/27/2014 | Copies | 8 | 0.8 |
| 8/28/2014 | Copies | 22 | 2.2 |
| 8/28/2014 | Copies | 12 | 1.2 |
| 8/28/2014 | Copies | 2 | 0.2 |
| 8/28/2014 | Copies | 4 | 0.4 |
| 8/28/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

-28-

CASSELS BROCK LLP                                               Invoice # 1946730
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/28/2014 | Copies | 20 | 2 |
| 8/29/2014 | Copies | 2 | 0.2 |
| 8/29/2014 | Copies | 2 | 0.2 |
| 8/29/2014 | Copies | 2 | 0.2 |
| | **Total** | | **$5,526.02** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.