**EXHIBIT C**

Legal*12880556.3

## DISBURSEMENT SUMMARY
## AUGUST 1 TO AUGUST 31, 2013
## (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $ 776.70 |
| Telephone / Long Distance/Conference Calls | $ 3.71 |
| Binding Books / Documents | $ 92.50 |
| Library Computer Searches | $ 4,202.00 |
| Meals / Beverages | $ 37.20 |
| Travel / Ground Transportation | $ 413.91 |
| Total Non-Taxable Disbursements | $ 5,526.02 CDN. |