# EXHIBIT D

# EXHIBIT D

Legal*12880556.3

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1946730

Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 6/6/2014 | MAPLE LEAF TAXI-CAB LIMITED-J. DICK - June 6, 2014 | 1 | 11 |
| 6/16/2014 | MAPLE LEAF TAXI-CAB LIMITED-M. MAHONEY - June 16, 2014 | 1 | 10.75 |
| 6/18/2014 | MAPLE LEAF TAXI-CAB LIMITED-S.CUSIPAG - June 18, 2014 | 1 | 30 |
| 6/19/2014 | MAPLE LEAF TAXI-CAB LIMITED-D.WALDMAN - June 19, 2014 | 1 | 40.25 |
| 6/19/2014 | MAPLE LEAF TAXI-CAB LIMITED-N. LESZCZ - June 19, 2014 | 1 | 12 |
| 6/20/2014 | MAPLE LEAF TAXI-CAB LIMITED-B.MAHONEY - June 20, 2014 | 1 | 11.75 |
| 6/22/2014 | MAPLE LEAF TAXI-CAB LIMITED-M. MAHONEY - June 22, 2014 | 1 | 11 |
| 6/24/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.MAHONEY - June 24, 2014 | 1 | 20.25 |
| 6/24/2014 | MAPLE LEAF TAXI-CAB LIMITED-N. LESZCZ - June 24, 2014 | 1 | 15 |
| 6/24/2014 | MAPLE LEAF TAXI-CAB LIMITED-R. PLUE - June 24, 2014 | 1 | 13.25 |
| 6/30/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.MAHONEY - June 30, 2014 | 1 | 13 |
| 7/7/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.SASSI - July 7, 2014 | 1 | 20 |
| 7/8/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.SASSI - July 8, 2014 | 1 | 10 |
| 7/9/2014 | MAPLE LEAF TAXI-CAB LIMITED-L. GROSSMAN - July 8, 2014 | 1 | 17.25 |
| 7/11/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.WUNDER - Juy 11, 2014 | 1 | 29.70 |
| 7/18/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.WUNDER- DOCUMENT DELIVERY - July 18, 2014 | 1 | 27.5 |
| 7/30/2014 | Long Distance - Phone charge - M. WUNDER - July 30, 2014 | 1 | 3.71 |
| 8/2/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 360 |
| 8/2/2014 | TAXI FOR M. SASSI - August 2, 2014 | 1 | 15.27 |
| 8/3/2014 | Library Computer Searches/Quicklaw done by N. Leszcz | 1 | 1566 |
| 8/3/2014 | TAXI FOR M. SASSI - August 3, 2014 | 1 | 20.13 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1946730

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/3/2014 | MAPLE LEAF TAXI-CAB LIMITED-M.WUNDER-DOCUMENT DELIVERY - August 3, 2014 | 1 | 30 |
| 8/5/2014 | Copies | 172 | 17.2 |
| 8/5/2014 | Copies | 116 | 11.6 |
| 8/5/2014 | Copies | 5 | 0.5 |
| 8/5/2014 | Copies | 36 | 3.6 |
| 8/5/2014 | Copies | 3 | 0.3 |
| 8/5/2014 | Copies | 8 | 0.8 |
| 8/5/2014 | Copies | 62 | 6.2 |
| 8/5/2014 | Copies | 10 | 1 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Copies | 3 | 0.3 |
| 8/5/2014 | Copies | 23 | 2.3 |
| 8/5/2014 | Copies | 3 | 0.3 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Copies | 70 | 7 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Copies | 203 | 20.3 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Copies | 2 | 0.2 |
| 8/5/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 18 |
| 8/6/2014 | Copies | 10 | 1 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 6 | 0.6 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 2 | 0.2 |
| 8/6/2014 | Copies | 4 | 0.4 |
| 8/6/2014 | Copies | 4 | 0.4 |
| 8/6/2014 | Copies | 4 | 0.4 |
| 8/7/2014 | Copies | 30 | 3 |
| 8/7/2014 | Copies | 2 | 0.2 |
| 8/7/2014 | Copies | 22 | 2.2 |
| 8/7/2014 | Copies | 3 | 0.3 |
| 8/7/2014 | Copies | 121 | 12.1 |
| 8/7/2014 | Copies | 2 | 0.2 |
| 8/7/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1946730

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/7/2014 | Copies | 41 | 4.1 |
| 8/7/2014 | Copies | 2 | 0.2 |
| 8/7/2014 | Copies | 402 | 40.2 |
| 8/7/2014 | Copies | 221 | 22.1 |
| 8/7/2014 | Copies | 42 | 4.2 |
| 8/7/2014 | Copies | 274 | 27.4 |
| 8/7/2014 | Copies | 20 | 2 |
| 8/7/2014 | Copies | 222 | 22.2 |
| 8/7/2014 | Binding, Tabs, Disks, etc | 1 | 19.5 |
| 8/7/2014 | Copies | 7 | 0.7 |
| 8/7/2014 | Copies | 3 | 0.3 |
| 8/7/2014 | Copies | 5 | 0.5 |
| 8/7/2014 | Copies | 32 | 3.2 |
| 8/7/2014 | Copies | 30 | 3 |
| 8/7/2014 | Copies | 3 | 0.3 |
| 8/8/2014 | Copies | 274 | 27.4 |
| 8/8/2014 | Copies | 41 | 4.1 |
| 8/8/2014 | Copies | 30 | 3 |
| 8/8/2014 | Copies | 42 | 4.2 |
| 8/8/2014 | Copies | 134 | 13.4 |
| 8/8/2014 | Copies | 163 | 16.3 |
| 8/8/2014 | Copies | 2 | 0.2 |
| 8/8/2014 | Copies | 2 | 0.2 |
| 8/8/2014 | Copies | 163 | 16.3 |
| 8/8/2014 | Copies | 222 | 22.2 |
| 8/8/2014 | Copies | 221 | 22.1 |
| 8/8/2014 | Binding, Tabs, Disks, etc. | 1 | 3.5 |
| 8/8/2014 | Binding, Tabs, Disks, etc. | 1 | 21.5 |
| 8/11/2014 | Copies | 2 | 0.2 |
| 8/11/2014 | Copies | 2 | 0.2 |
| 8/11/2014 | Copies | 5 | 0.5 |
| 8/11/2014 | Copies | 22 | 2.2 |
| 8/12/2014 | Copies | 9 | 0.9 |
| 8/12/2014 | Copies | 9 | 0.9 |
| 8/12/2014 | Copies | 3 | 0.3 |
| 8/12/2014 | Copies | 25 | 2.5 |
| 8/12/2014 | Copies | 3 | 0.3 |
| 8/13/2014 | Copies | 6 | 0.6 |
| 8/13/2014 | Copies | 5 | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1946730

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/13/2014 | Copies | 2 | 0.2 |
| 8/13/2014 | Copies | 2 | 0.2 |
| 8/13/2014 | Copies | 2 | 0.2 |
| 8/13/2014 | Copies | 20 | 2 |
| 8/13/2014 | Copies | 7 | 0.7 |
| 8/13/2014 | Copies | 68 | 6.8 |
| 8/13/2014 | Copies | 24 | 2.4 |
| 8/13/2014 | Copies | 3 | 0.3 |
| 8/13/2014 | Copies | 7 | 0.7 |
| 8/14/2014 | Copies | 9 | 0.9 |
| 8/15/2014 | Copies | 274 | 27.4 |
| 8/15/2014 | Copies | 153 | 15.3 |
| 8/15/2014 | Copies | 308 | 30.8 |
| 8/15/2014 | Copies | 306 | 30.6 |
| 8/15/2014 | Copies | 70 | 7 |
| 8/15/2014 | Copies | 9 | 0.9 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 6 | 0.6 |
| 8/15/2014 | Copies | 4 | 0.4 |
| 8/15/2014 | Copies | 548 | 54.8 |
| 8/15/2014 | Copies | 496 | 49.6 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 3 | 0.3 |
| 8/15/2014 | Copies | 4 | 0.4 |
| 8/15/2014 | Copies | 2 | 0.2 |
| 8/15/2014 | Copies | 248 | 24.8 |
| 8/15/2014 | Copies | 496 | 49.6 |
| 8/15/2014 | Copies | 2 | 0.2 |
| 8/15/2014 | Copies | 11 | 1.1 |
| 8/15/2014 | Copies | 10 | 1 |
| 8/15/2014 | Copies | 2 | 0.2 |
| 8/15/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 18 |
| 8/15/2014 | Binding, Tabs, Disks, etc | 1 | 10.5 |
| 8/15/2014 | Binding, Tabs, Disks, etc | 1 | 37.5 |
| 8/18/2014 | Copies | 5 | 0.5 |
| 8/18/2014 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-25-

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1946730  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/18/2014 | Copies | 4 | 0.4 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | Copies | 10 | 1 |
| 8/18/2014 | Copies | 31 | 3.1 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | Copies | 6 | 0.6 |
| 8/18/2014 | MAPLE LEAF TAXI-CAB LIMITED-D.WALDMAN - August 18, 2014 | 1 | 19 |
| 8/19/2014 | Copies | 20 | 2 |
| 8/19/2014 | Copies | 20 | 2 |
| 8/19/2014 | Copies | 7 | 0.7 |
| 8/19/2014 | Copies | 18 | 1.8 |
| 8/19/2014 | Copies | 8 | 0.8 |
| 8/19/2014 | Copies | 8 | 0.8 |
| 8/19/2014 | Copies | 8 | 0.8 |
| 8/19/2014 | Copies | 8 | 0.8 |
| 8/19/2014 | Copies | 10 | 1 |
| 8/20/2014 | Copies | 8 | 0.8 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 12 | 1.2 |
| 8/20/2014 | Copies | 8 | 0.8 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 6 | 0.6 |
| 8/20/2014 | Copies | 42 | 4.2 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Copies | 3 | 0.3 |
| 8/20/2014 | Copies | 4 | 0.4 |
| 8/20/2014 | Copies | 2 | 0.2 |
| 8/20/2014 | Library Computer Searches/Westlaw done by D. Waldman | 1 | 54 |
| 8/21/2014 | Meals - DANIEL WALDMAN - Working Dinner - August 26, 2014 | 1 | 12.2 |
| 8/21/2014 | MAPLE LEAF TAXI-CAB LIMITED-D.WALDMAN - August 21, 2014 | 1 | 18.75 |
| 8/21/2014 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1946730

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/21/2014 | Copies | 5 | 0.5 |
| 8/21/2014 | Copies | 2 | 0.2 |
| 8/21/2014 | Copies | 33 | 3.3 |
| 8/21/2014 | Copies | 8 | 0.8 |
| 8/21/2014 | Copies | 18 | 1.8 |
| 8/21/2014 | Copies | 8 | 0.8 |
| 8/21/2014 | Copies | 13 | 1.3 |
| 8/21/2014 | Library Computer Searches/Westlaw done by D. Waldman | 1 | 1505 |
| 8/22/2014 | Copies | 7 | 0.7 |
| 8/22/2014 | Copies | 22 | 2.2 |
| 8/22/2014 | Copies | 82 | 8.2 |
| 8/22/2014 | Copies | 2 | 0.2 |
| 8/22/2014 | Copies | 7 | 0.7 |
| 8/22/2014 | Copies | 2 | 0.2 |
| 8/22/2014 | Library Computer Searches/Westlaw done by D. Waldman | 1 | 645 |
| 8/22/2014 | TAXI FOR M. SASSI - August 22, 2014 | 1 | 18.06 |
| 8/24/2014 | Library Computer Searches/Westlaw done by D. Waldman | 1 | 36 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 7 | 0.7 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 47 | 4.7 |
| 8/25/2014 | Copies | 24 | 2.4 |
| 8/25/2014 | Copies | 9 | 0.9 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 18 | 1.8 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 20 | 2 |
| 8/25/2014 | Copies | 5 | 0.5 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 9 | 0.9 |
| 8/25/2014 | Copies | 5 | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1946730  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/25/2014 | Copies | 45 | 4.5 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 5 | 0.5 |
| 8/25/2014 | Copies | 8 | 0.8 |
| 8/25/2014 | Copies | 20 | 2 |
| 8/25/2014 | Copies | 6 | 0.6 |
| 8/25/2014 | Copies | 4 | 0.4 |
| 8/25/2014 | Copies | 3 | 0.3 |
| 8/25/2014 | Copies | 12 | 1.2 |
| 8/25/2014 | Copies | 2 | 0.2 |
| 8/25/2014 | Copies | 14 | 1.4 |
| 8/26/2014 | Copies | 8 | 0.8 |
| 8/26/2014 | Copies | 7 | 0.7 |
| 8/26/2014 | Copies | 2 | 0.2 |
| 8/26/2014 | Copies | 7 | 0.7 |
| 8/26/2014 | Copies | 6 | 0.6 |
| 8/26/2014 | Copies | 13 | 1.3 |
| 8/26/2014 | Copies | 7 | 0.7 |
| 8/26/2014 | Copies | 7 | 0.7 |
| 8/26/2014 | Copies | 2 | 0.2 |
| 8/26/2014 | Copies | 5 | 0.5 |
| 8/26/2014 | Copies | 5 | 0.5 |
| 8/26/2014 | Meals - ORDERIT.CA/RESTAURANTS ON THE GO INC. - D. WALDMAN - Working Dinner - August 26, 2014 | 1 | 25 |
| 8/27/2014 | Copies | 24 | 2.4 |
| 8/27/2014 | Copies | 2 | 0.2 |
| 8/27/2014 | Copies | 18 | 1.8 |
| 8/27/2014 | Copies | 2 | 0.2 |
| 8/27/2014 | Copies | 2 | 0.2 |
| 8/27/2014 | Copies | 2 | 0.2 |
| 8/27/2014 | Copies | 3 | 0.3 |
| 8/27/2014 | Copies | 8 | 0.8 |
| 8/28/2014 | Copies | 22 | 2.2 |
| 8/28/2014 | Copies | 12 | 1.2 |
| 8/28/2014 | Copies | 2 | 0.2 |
| 8/28/2014 | Copies | 4 | 0.4 |
| 8/28/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1946730

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/28/2014 | Copies | 20 | 2 |
| 8/29/2014 | Copies | 2 | 0.2 |
| 8/29/2014 | Copies | 2 | 0.2 |
| 8/29/2014 | Copies | 2 | 0.2 |
| | **Total** | | **$5,526.02** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.