# EXHIBIT E

Legal*12880556.3

**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**AUGUST 1, 2014 THROUGH AUGUST 31, 2014**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Daniel Waldman | Associate | Advocacy | Ontario - 2010 | 43.5 | $420.00 | $18,270.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 15.7 | $945.00 | $14,836.50 |
| Hilary Fender | Student | Students |  | 7.8 | $175.00 | $1,365.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 5.8 | $660.00 | $3,828.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 116.5 | $795.00 | $92,617.50 |
| Michelle Sutkiewicz | Student | Students |  | 0.7 | $175.00 | $122.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 30.9 | $390.00 | $12,051.00 |
| Noah Leszcz | Student | Students |  | 5.2 | $125.00 | $650.00 |
| Rose Plue | Law Clerk | Advocacy |  | 2.6 | $320.00 | $832.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 87.9 | $750.00 | $65,925.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 34.8 | $900.00 | $31,320.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 116.5 | $420.00 | $48,930.00 |
| Steven Kennedy | Associate | Intellectual Property | Ontario - 2009 | 5.8 | $450.00 | $2,610.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 473.7 | CDN. | $293,357.50 |