# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 04, 2014 09:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### *Matter:*

SETTLEMENT DISPUTE;   OMNIBUS HEARING

**R / M #:**   14,678 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 11/7/14 @ 12:00 pm
#2 - Adjourned to date TBD
#3 - Continued to 11/5/14 @ 8:30 am