# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 11/4/14 & 11/5/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Bromley | Cleary Gottlieb Steen Hamilton | Debtors |
| Lisa Schweitzer | " | " |
| Russell Eckenrod | " | " |
| Margot Granmis | " | " |
| Brent Tunis | " | " |
| Derek Adcott | McCarthy Cassels Haig | " |
| Annie Curde | " | " |
| David Crichlow | Katten Muchin Rosenman | Wilmington Trust |
| James Tecce | Quinn Emanuel Urquhart & Sullivan | Solus Alternative Asset Mgmt / Marconie |
| Michael Riola | Velber Price | The Bank of New York Mellon |
| Dennis Dunne | Milbank Tweed | Ad Hoc Bondholder Group |
| Andrew LeBlanc | " | " |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Joseph Pultowen | Allen & Overy | " |
| Ken Coleman | " | " |
| Brodd Pensyl | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 11/4/14 / 11/5/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeanne Pinckney | Pinckney Weidinger Urban & Joyce | Solus Alt Asset Mgmt/Macquarie |
| Justin Alberto | Bayard | UCPC |
| Brian O'Connor | Willkie Farr | OKPC |
| Nick Bassett | Milbank Tweed | Bank Ad Hoc Bondholder Group |
| Peter Keane | Pachulski Stang Ziehl & Jones | " |
| Charles Hubert | Hughes Hubbard & Reed | EMEA Debtors |
| Jaime Luton Chapman | Young Conaway Stargatt & Taylor | " |
| Daniel Lowenthal | Patterson Belknap | Law Debenture |
| Steve Miller | Morris James | " |
| Fred Hodara | Akin | Creditors' Committee |
| David Botter | " | CC |
| Abid Qureshi | " | CC |
| Annie Evans | " | CC |
| Urs Sajens | Richards Layton | CC |
| Jacob Pultman | Allen & Overy LLP | Canadian Debtors + Monitor |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Amended Calendar 11/04/2014 08:52 AM

Calendar Date: 11/04/2014
Calendar Time: 09:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563776 | Baffour Abedi | (646) 699-3751 | River Birch Capital, LLC | Interested Party, Baffour Abedi / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6512812 | Sameer Advani | (212) 728-3593 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563902 | Manas Babbili | (212) 538-5918 | Credit Suisse | Creditor, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561548 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6564504 | Chetan Bansal | 203-708-5992 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6565314 | Jon R. Berke | (646) 378-3108 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563831 | Eric Bilmes | (212) 588-5115 | HBK Capital Management | Interested Party, HBK Capital Management / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2012

Page 1 of 6

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563735 Josh W. Brant | (212) 723-1584 | CitiGroup | Interested Party, Citigroup Global Markets Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563716 Justin Brass | (212) 843-1246 | Stone Lion Capital Partners | Interested Party, Stone Lion Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6562711 Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561594 Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Trustee, UK Pension Plan / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6557262 Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561427 Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6449377 Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, Davidson Kempner / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6512801 Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Creditor, UK Pension Trust LTD / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563868 James J. Duplessie | (212) 235-0735 | Napier Park Global Capital | Interested Party, Napier Park Global Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6565638 Matthew Ehmer | (203) 542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |

| Representing | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563960 | Matthew Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6564508 | Andrew G. Friedman | (212) 303-9444 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566659 | Jeffrey Friedman | (617) 790-5084 | GMO | Interested Party, GMO / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6565582 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566746 | Margot Gianis | (212) 225-2386 | Cleary Gottlieb Steen & Hamilton LLP | Debtor, Nortel Networks / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566736 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561553 | Daniel Guyder | 212-756-1132 | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561540 | Laura Hall | (212) 610-7300 | Allen & Overy, LLP | Creditor, Ernst & Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6564551 | Arthur Jacques | (416) 214-5213 | Shibley Righton, LLC. | Creditor, Nortel Continuing Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561563 | John Kibler | (212) 756-1169 | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566734 | Kenneth D Kraft | 416-863-4374 | Dentons Canada LLP | Successor/Trustee, Wilmington Trust, National Association / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566754 | Chris Mackey | 914-682-6854 | Cooperstown Capital Management, LL | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563740 | Eric M. Mason | (212) 412-6772 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6559290 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6512819 | D.J. Miller | (416) 304-0559 | Thornton Grout Finnigan LLP | Interested Party, Nortel Networks UK Pension Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561370 | Jack Mui | 203-541-4268 | Kamunting Street Capital | Interested Party, Kamunting Street Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561559 | Mark Nixdorf | (212) 610-6300 | Allen & Overy, LLP | Creditor, Ernst & Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6557966 | Richard Paige | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566653 | Dennis Ruggere | (203) 719-7875 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566660 | William Schatz | (212) 593-1550 | Intermarket Corporation | Interested Party, Intermarket Corporation / LISTEN ONLY |

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566693 | Aadel Shaaban | 212-493-4490 | Candlewood Investment Group | Interested Party, Candlewood Investment Group / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6512829 | Michael S. Shakra | (416) 304-0332 | Thornton Grout Finnigan LLP | Creditor, UK Pension Claimants / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6564292 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6550111 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6551765 | Sandeep Tickoo | (212) 250-6785 | Deutsche Bank Securites, Inc. | Interested Party, Deutsche Bank Securites, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566753 | Brent Tunis | (212) 225-2152 | Cleary Gottlieb Steen & Hamilton LLP | Debtor, Nortel Networks / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6566689 | Barbara Walancik | (416) 542-6288 | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6553301 | Wei Wang | (617) 488-1647 | Regiment Capital Advisors | Creditor, Regiment Capital Advisors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6563997 | John Whiteoak | (302) 571-6710 | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6565110 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Michael J. Wunder / LISTEN ONLY |

| Representing | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6561571 | David You | 212-745-9703 | Brigade Capital Management | Interested Party, Brigade Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6560370 | Matthew A. Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |