## **CERTIFICATE OF SERVICE**

I, Ian Connor Bifferato, do hereby certify that on this 5th day of November, 2014, a copy of the foregoing *SUPPLEMENT TO TIME WARNER CABLE INC. AND TIME WARNER CABLE ENTERPRISES LLC'S OBJECTIONS TO NORTEL'S MOTION FOR RELIEF UNDER SECTION 105(a)* was caused to be served on the following parties as follows in the manner indicated below:

**Via CMECF and U.S. Mail**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lisa M. Schweitzer
David H. Herrington
Inna Rozenberg
One Liberty Plaza
New York, NY 10006

**Via CMECF and U.S. Mail**
CROWELL & MORING LLP
Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

**Via CMECF and Hand Delivery**
MORRIS, NICHOLS, ARHST & TUNNEL LLP
Derek C. Abbott
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

**Via CMECF and Hand Delivery**
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover
Michael J. Barrie
222 Delaware Ave, Suite 801
Wilmington, DE 19801

**Via CMECF and Hand Delivery**
Office of the U.S. Trustee
Mark S. Kenney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (No. 3273)