IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                :

*In re*                                                     :          Chapter 11

Nortel Networks Inc., *et al.*,                :          Case No. 09-10138(KG)
                                                              :          Jointly Administered

                             Debtors.        :

---------------------------------------------------------------x


**DECLARATION OF DUSTIN F. GUZIOR IN SUPPORT OF THE
SUPPLEMENT TO TIME WARNER CABLE INC. AND TIME WARNER CABLE
ENTERPRISES LLC'S OBJECTIONS TO NORTEL'S MOTION FOR RELIEF UNDER
SECTION 105(a)**

I, Dustin F. Guzior, state and declare as follows:

1. I am an attorney at Desmarais LLP, 230 Park Avenue, New York, NewYork 10169. I am a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York.

2. Since June 9, 2014, I have interacted with counsel to Nortel Networks Inc. ("NNI") concerning NNI's response to a subpoena for documents that Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (together, "TWC") served on NNI on June 9, 2014. That subpoena issued from the United States District Court for the Eastern District of Texas in the case of *Constellation Techs. LLC v. Time Warner Cable Inc., et al.*, No. 2:13-cv-01079-RSP (E.D. Tex.) (the "Subpoena").

**EXHIBITS**

3. Attached as Exhibit 1 is a true and correct copy of a letter from Mark Supko to me dated October 27, 2014 that outlines NNI's document production proposal.

4. Attached as Exhibit 2 is a true and correct copy of a letter from me to Mr. Supko dated October 28, 2014 that memorializes an October 28, 2014 meet and confer and responds to Mr. Supko's October 27 letter.

5. Attached as Exhibit 3 is a true and correct copy of the "Google & TWC Common Search Terms For Nortel ESI Data Set" that was transmitted to Mr. Supko on October 29, 2014.

6. Attached as Exhibit 4 is a true and correct copy of the "Case-Specific Search Terms: *Constellation v. Time Warner Cable*" that was transmitted to Mr. Supko on October 31, 2014.

7. Attached as Exhibit 5 is a true and correct copy of an e-mail chain between Mr. Supko and me dated October 31, 2014.

8. Attached as Exhibit 6 is a true and correct copy of an e-mail chain between Mr. Supko and me dated October 31, 2014.

9. Attached as Exhibit 7 is a true and correct copy of an e-mail chain between Mr. Supko and me dated November 1, 2014.

10. Attached as Exhibit 8 is a true and correct copy of an e-mail chain between Mr. Supko and me dated November 4, 2014.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Signed this 4th day of November, 2014.

_____
Dustin F. Guzior, Esq.