# Exhibit 3

**GOOGLE & TWC COMMON SEARCH TERMS FOR NORTEL ESI DATA SET[1]**

1. "Global IP" or *giplg.com
2. *Lazard*
3. Berten
4. Descoteaux
5. Rockstar
6. Iceberg or Iceburg
7. "IPCo" or "IP Co"
8. Harvest or "Litigation Light" or "Litigation Heavy"
9. "IP Steering Committee"
10. "winter catalog" or "winter catalogue" or "road show" or "roadshow"
11. (Microsoft or MSFT or MSN or Apple or EMC or Ericsson or Sony or Blackberry or RIM or "Research in Motion" or Rockstar or Bidco or Norpax or RPX or Intel or Oracle) and (bid or auction or interest or "IP" or "intellectual property" or patent or portfolio or bucket or sale or assign* or notice or infringe* or "claim chart" or litig*)
12. (Veschi or Cianciolo or McColgan or Riedel) and (bid or auction or interest or "IP" or "intellectual property" or patent or portfolio or bucket or "cross-license" or licens* or sale or assign* or notice or infringe* or "claim chart" or litig* or assert*)
13. (valu* or evalu* or analy* or residu* or target* or enforce* or assert* or royalt* or monetize*) and ("IP" or "intellectual property" or patent or portfolio or bucket or sale or assign* or notice or infringe* or "claim chart" or litig*)
14. "licens*" or cross-licens* or "cross licens*" or crosslicens*or sublicens* or "sub-licens*
15. Auction and (patent* or portfolio)
16. "Inequitable conduct" or "prior art"
17. Laches or estoppel or "time bar"
18. IETF or IEEE or ITU or ATIS or ETSI or W3C or TIA or "broadband forum" or CableLabs or "Cable Labs" or PacketCable or "Packet Cable" or "standard-essential" or "standard essential" or SEP or F/RAND or FRAND or RAND or "royalty-free" or "royalty free"
19. Ranger
20. "stalking horse"

---

[1] The Nortel ESI Data Set consists of (1) the approximately 3 million documents in the allocation litigation database and (2) the set of approximately 629,000 documents that NNI collected that are discussed on pages 3 and 4 of Mark Supko's October 27 letter to Dustin Guzior.