# Exhibit 4

## CASE-SPECIFIC SEARCH TERMS: *Constellation v. Time Warner Cable*[1]

Companies

1. "Time Warner" or TWC or *twcable*

2. *Cisco* or *Arris*

Patents

1. 6,845,389 OR 6845389 OR (*389 w/2 patent) OR 6,901,048 OR 6901048 OR (*048 w/2 patent) OR 7,154,879 OR 7154879 OR (*879 w/2 patent) OR 8,134,917 OR 8134917 OR (*917 w/2 patent) OR 8,464,299 OR 8464299 OR (*299 w/2 patent)

2. *867,624 OR *867624 OR *745,746 OR *745746 OR *603,355 OR *603355 OR *378,141 OR *378141 OR *867,175 OR *867175 OR *188,989 OR *188989 OR *280,615 OR *280615 OR *771,201 OR *771201 OR *471,463 OR *471463 OR *203,761 OR *203761 OR *207,800 OR *207800 OR *628,577 OR *628577 OR *628,625 OR *628625

Inventors

1. (*Sanjoy* and *Sen*) or *ssen*

2. *Venon* and *Shaw*or *vshaw* or *shawv*

3. *Robert* and *Pfeffer**pfefferr* or *rpfeffer*

4. *Andre* and *Fredette**afredette* or *fredettea*

5. *Naganand* and *Doraswamy**ndoraswamy* or *doraswamyn*

6. *Anoop* and *Ghanwani**aghanwani* or *ghanwania*

7. *Russel* and *Pretty**rpretty* or *prettyr*

8. *Liangyu* and *Jia**ljia* or *jial*

9. *Keith* and *Smith**ksmith* or *smithk*

10. *Hrishikesh* and *Gossain**hgossain* or *gossainh*

11. *Thinh* and *Nguyen**tnguyen* or *nguyent*

12. *Guo* and *Qiang* and *Wang**gwang* or *wangg* or *gqwang* or *wanggq*

13. *Kent* and *Felske**kfelske* or *felskek*

---

[1] These case-specific search terms should be run against the ESI Data Set, as defined for the Common Search Terms. They should also be run against the LiveLink system and the Iron Mountain online catalogs.

14. *Wenfeng* and *Chen**wchen* or *chenw*

15. *Chenjiang* and *Hu**chu* or *huc* or *chenjiangh* or *hchenjiang*

16. *David* and *Mann**dmann* or *mannd*

17. *Rolf* and *Meier**rmeier* and *meierr*

18. *Tim* and *Rahrer**trahrer* or *rahrert*

19. *Brian* and *Unitt**bunitt* or *unittb*

20. *Loa* and *Andersson**landersson* or *anderssonl*

U.S. Patent Nos. 6,128,649 and 8,464,299

1. "membership decision module"

2. (*stream or workstation or congestion) w/3 "activity monitor"

3. (Video w/3 demand) or "video-on-demand" or VOD or "video on demand" or "video ondemand"

4. (switch* w/3 video) or switched-digital or SDV or SDB or (switch* w/3 broadcast) or switched-broadcast

5. (video or media or stream or channel or content or SD or HD) w/10 (determin* or choos* or select* or indicat* or switch*) w/10 (policy or condition or bandwidth or resources or load or dymanic*)

6. (video or media or stream or channel or content or SD or HD) w/10 (conserve* or reclaim* or regain* or strand* or recover*) w/10 (resource* or bandwidth)

7. "adaptive bitrate*" or "adaptive bit rate*" or "adaptive bit-rate*" or ABR or HLS or HSS or Silverlight or "HTTP live streaming" or "Smooth Streaming" or "rate shaping"

8. "Scientific Atlanta" or Motorola or "Big Band" or "BigBand" or seachange or "digital rapids" or invivo or velocix or ncube or broadbus or arroyo or *concurrent* or *oracle*

9. "set-top box" OR "set top box" or STB or "video server" or QAM or "video groomer" or "settop box"

10. Pegasus or "full service network" or "interactive service*" or interactiveservice*

11. "dynamic ad insertion" or "dynamic ad inserting" or "dynamic ad insert"

U.S. Patent Nos. 6,901,048 and 8,134,917

1. Fast-rerout! or (fast w/2 rerout!) or "FRR"

2. MPLS or "multiprotocol label switching" or "multi-protocol label switching"

3. "Protection path*" or "protection cycle*" or p-cycle* or "p cycle*" or "protection switching"

4. (link* or node* or router* or switch*) w/10 (protect! or fail!)

5. "Tunnel packet*" or (header w/3 packet*) or (encapsulat! w/s packet*) or (label! w/3 packet*)

6. "Label Switched Path*" or "LSP"

7. Rout* /s (backup w/5 path*)

8. "Label Distribution Protocol" or "LDP" or "Resource Reservation Protocol" or "RSVP" or ("Resource Reservation Protocol" w/2 "Traffic Engineering") or "RSVP-TE"

9. (RFC w/2 (4090 or 3209 or 4364)) or ("request for comment*" w/2 (4090 or 3209 or 4364))

10. Extended /s rsvp /s  reroute

11. "Draft-ietf-mpls-rsvp-lsp-tunnel*" or "draft-rsvp-lsp-tunnel*" or "draft-swallow-mpls-rsvp-trafeng*" or "Extensions to RSVP for Traffic Engineering"

12. *juniper* or *alcatel*


U.S. Patent No. 7,154,879

1. Passive Optical Network" or "PON" or "EPON"

2. "IEEE 802.3"

3. ((guard w/2 band) OR gaurdband) and (TDM! or "time division multiple access" or "time division multiplexing")

4. (ethernet w/3 ("first mile" or "last mile")) or (802* and (efm or elm)) or ETTH ("Ethernet to the home") or FTTx or FTTH

5. ethernet w/5 (TDMA or TDM or "time division multiple access" or "time division multiplexing")

6. (IP or "internet protocol" or ethernet) and (TDM! or "time division multiple access" or "time division multiplexing")

7. "optical line terminal" or "optical line terminals" or "OLT" or "OLTs" or "optical network unit" or "optical network units" or "ONU" or "ONUs"

8. PacketCable or "Packet Cable" or CableHome or "Cable Home"  or "Data Over Cable" or "DOCSIS"

U.S. Patent No. 6,845,389

1. "SIP" or "SAP" or "SDP"

2. precondition! w/3 (session* or call* or gam*)

3. (resource! w/3 reserv!) and (session* or call* or gam*)

4. (QoS or "quality of service") w/3 (session* or call* or gam*)

5. "Voice Over IP" or "VoIP"

6. "IP Multimedia" OR "Multimedia Subsystem" OR IMS

7. 3GPP

8. (RFC w/2 (2543 or 2327)) or ("request for comment*" w/2 (2543 or 2327))