# Exhibit 8

# Dustin Guzior

| | |
|---|---|
| **From:** | Dustin Guzior |
| **Sent:** | Tuesday, November 04, 2014 8:30 PM |
| **To:** | 'Supko, Mark' |
| **Cc:** | Plevin, Mark; Cheney, Matthew; Regan, Jim; Jackson, Sean |
| **Subject:** | RE: Nortel/TWC - Bankruptcy Filing |

Mark,

I appreciate that update, and I am glad to hear that we might be back on track soon.

Have a nice evening,

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622

---

**From:** Supko, Mark [mailto:MSupko@crowell.com]
**Sent:** Tuesday, November 04, 2014 8:28 PM
**To:** Dustin Guzior
**Cc:** Plevin, Mark; Cheney, Matthew; Regan, Jim; Jackson, Sean
**Subject:** RE: Nortel/TWC - Bankruptcy Filing

Dustin,

Continuing this email exchange is unlikely to be productive. Characterize the negotiations however you'd like, and we'll correct any misstatements as necessary.

We are still waiting for estimates on certain aspects of the requested searches, but we instructed our ESI vendor to get us the hit counts for the two allocation litigation data stores because those estimates were relatively modest.

Mark

---

**From:** Dustin Guzior [mailto:DGuzior@desmaraisllp.com]
**Sent:** Tuesday, November 04, 2014 8:14 PM
**To:** Supko, Mark
**Cc:** Plevin, Mark; Cheney, Matthew; Regan, Jim
**Subject:** RE: Nortel/TWC - Bankruptcy Filing

Mark,

I don't agree at all. Our negotiations to date are memorialized in our correspondence. We can argue that it is substantial progress and you can argue that it is not, but I don't view this 11th hour litigation posturing as part of any fair record. Moreover, the premise of your argument is simply wrong. TWC has been willing to discuss a reasonable cost

1

sharing proposal with NNI. NNI and TWC agreed to do that after NNI had a search term hit report so that the parties could have a real-world conversation about the scope of the burden and an estimate of costs. The idea that TWC has somehow rejected cost shifting when NNI has not provided the data it agreed to provide before the parties revisit cost shifting is disingenuous.

Once you provide the cost estimate and the search term hit report, I can have a meaningful conversation with my client about the scope of the project and cost sharing. Is NNI now unwilling to do that?

Although I disagree that this pre-hearing posturing has any business in the record, I will include the chain to conserve resources in the hope that NNI will redirect those resources to productive tasks.

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622

---

**From:** Supko, Mark [mailto:MSupko@crowell.com]
**Sent:** Tuesday, November 04, 2014 8:07 PM
**To:** Dustin Guzior
**Cc:** Plevin, Mark; Cheney, Matthew; Regan, Jim
**Subject:** RE: Nortel/TWC - Bankruptcy Filing

In fairness, we believe you should include this latest email exchange in your submission to save us the effort and expense of doing so.

Thanks,
Mark

---

**From:** Dustin Guzior [mailto:DGuzior@desmaraisllp.com]
**Sent:** Tuesday, November 04, 2014 7:59 PM
**To:** Supko, Mark
**Cc:** Plevin, Mark; Cheney, Matthew; Regan, Jim
**Subject:** RE: Nortel/TWC - Bankruptcy Filing


Mark,

Thank you for your response. We intend to convey what the parties have agreed to in terms of the scope of NNI's response based on the underlying correspondence. TWC has told you that it is open to discussing a reasonable cost sharing proposal, although it was reasonably not willing to agree to agree to a whole-sale cost shifting proposal on October 28. The parties agreed to revisit cost sharing once NNI had a search term hit report for the ESI Data Set. We have not received any data from NNI or the cost estimate that you agreed to provide by today.

TWC believes we are significantly closer to an agreement than we were before, and we believe it is fair to represent that to the Court. We also continue to look forward to receiving your cost estimate and the search term hit report so the parties can move forward with labor that is actually productive.

Dustin F. Guzior
**DESMARAIS LLP**

230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622

---

**From:** Supko, Mark [mailto:MSupko@crowell.com]
**Sent:** Tuesday, November 04, 2014 7:47 PM
**To:** Dustin Guzior
**Cc:** Plevin, Mark; Cheney, Matthew; Regan, Jim
**Subject:** RE: Nortel/TWC - Bankruptcy Filing

Dustin,

Thank you for the heads-up on what you plan to submit to the court.  We take no position on the propriety of your doing so after the close of briefing.  However, to the extent you intend to characterize the negotiations, we hope you make it clear that NNI's consistent position has been that any agreement must include a cost-shifting component, and so far TWC has not agreed to cover any of NNI's costs.  Accordingly, while the negotiations have been productive, we are not materially closer to an agreement than we were before.  Also, as we discussed on the phone, even if an agreement can be reached with TWC and Google, there are broader issues raised by our motion that will still need to be resolved by the court.

Regards,
Mark

Mark M. Supko
msupko@crowell.com
Direct 1.202.624.2734 | Mobile: 1.703.980.4695

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

========================================================

---

**From:** Dustin Guzior [mailto:DGuzior@desmaraisllp.com]
**Sent:** Tuesday, November 04, 2014 6:38 PM
**To:** Supko, Mark
**Subject:** RE: Nortel/TWC - Bankruptcy Filing

Attached.  We do not believe the Court – in fairness – should decide this issue on an incomplete record.

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169

O: (212) 808-2944
M: (347) 924-3622

---

**From:** Supko, Mark [mailto:MSupko@crowell.com]
**Sent:** Tuesday, November 04, 2014 6:30 PM
**To:** Dustin Guzior
**Subject:** RE: Nortel/TWC - Bankruptcy Filing

Please send me the collection of correspondence that you plan to file with the court.

Thanks,
Mark

Mark M. Supko
msupko@crowell.com
Direct 1.202.624.2734 | Mobile: 1.703.980.4695

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

=========================================================

---

**From:** Dustin Guzior [mailto:DGuzior@desmaraisllp.com]
**Sent:** Tuesday, November 04, 2014 6:27 PM
**To:** Supko, Mark
**Subject:** RE: Nortel/TWC - Bankruptcy Filing

Mark,

We need to proceed with filing this tonight. We think it is important for the Court to see the correspondence between the parties. Please let me know if you want to discuss but we plan to move forward at this point.

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622

---

**From:** Dustin Guzior
**Sent:** Tuesday, November 04, 2014 5:14 PM
**To:** 'Supko, Mark'
**Subject:** Nortel/TWC - Bankruptcy Filing

4

Mark,

Our local counsel has suggested that we file with the bankruptcy court the correspondence that the parties have exchanged concerning the scope of NNI's document production. They believe it will be helpful for the court to know the status of negotiations going into the hearing, especially in light of Irell & Manella's procedurally improper filing today that does its best to make mischief and obscure the issues.

Please let us know tonight if you have any concerns with us bringing the correspondence to the court's attention through a supplement to our objections.

Thanks,

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.