**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
Nortel Networks Inc., et al.,             :        Case No. 09-10138(KG)
                                          :        Jointly Administered
                                          :
                      Debtors.            :
                                          :        Hearing Date:  Nov. 7, 2014 at 12:00 p.m.
                                          :
                                          x
```

**CERTIFICATE OF NO OBJECTION**
**(RE: DOCKET NO. 14585)**

I hereby certify that as of November 5, 2014,  no objection or response to the Motion for an Order Authorizing Time Warner Cable Inc., Time Warner Cable Enterprises LLC, Cisco Systems, Inc., Arris Group, Inc., Arris Enterprises, Inc., Arris Solutions, Inc., General Instrument Corporation, Charter Communications, Inc., WideOpen West Finance, LLC a/k/a Wow! Internet, Cable & Phone, Knology, Inc., Cequel Communications, LLC d/b/a Suddenlink Communications, and Cable One Inc. to File Under Seal Certain Portions of Their Objections and Declarations to Debtor's Motion for Relief Under Section 105(a) [Docket No. 14585], filed on October 17, 2014, has been docketed with the Court or served on counsel.  The Notice attached to the aforesaid Motion stated that objections or responses to the Motion, if any, were to be made in writing and filed with the Court and served upon counsel so as to be received on or before October 31, 2014 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated  November 5, 2014
        Wilmington, Delaware

BIFFERATO LLC

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (No. 3273)
J. Zachary Haupt (No. 5344)
800 N. King St., First Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Facsimile: (302) 792-7470

- and –

John M. Desmarais
Dustin F. Guzior
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
DGuzior@desmaraisllp.com
*Time Warner Cable Inc. and Time Warner*
*Cable Enterprises LLC*