UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2014 OCT 30  AM 8:27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS, INC., et al.,

Debtors

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF WITHDRAWAL OF APPEARANCE

Now comes, Lauren F. Verni, Esquire, and hereby withdraws her appearance in the above matter on behalf of Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family Trust ("Caffry Trustees"). The Caffry Trustees will continue to be represented by counsel as follows:

**Patricia Antonelli, Esquire**
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI 02903

ANNABELLE W. CAFFRY AND
SUSANNAH C. LUND, TRUSTEES OF
THE JOHN W. CAFFRY FAMILY TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Lauren F. Verni
Lauren F. Verni (R.I. Bar No. 6831)
40 Westminster Street, Suite 1100
Providence, Rhode Island 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 19, 2014

2288365_1