FILED
2014 OCT 30 AM 8:27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2014, a true copy of the within Notice was mailed, by first class mail, postage prepaid, to the following parties:

| | | |
|---|---|---|
| Derek C. Abbott, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | Ronald Abramson, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Nora K. Abularach, Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| David G. Aelvoet, Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Temidayo Aganga-Williams, Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Justin R. Alberto, Esq.<br>Bayard, P.A.<br>222 Delaware Ave., Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| William M. Alleman, Jr., Esq.<br>Morris Nicholas Arsht & Tunnell<br>1201 N. Market St., 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Gayle H. Allen, Esq.<br>Verrill Dana, LLP<br>One Portland, Sq., P.O. Box 586<br>Portland, ME 04112-0586 | Elihu Ezekiel Allinson, III, Esq.<br>Sullivan Hazeltine Allinson LLC<br>901 North Market St., Suite 1300<br>Wilmington, DE 19801 |
| Christopher M. Alston, Esq.<br>Foster Pepper, PLLC<br>111 Third Ave., #3400<br>Seattle, WA 98101 | Jonathan B. Alter, Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 | Daniel K. Astin, Esq.<br>Ciardi, Ciardi & Astin, P.C.<br>1204 N. King Street<br>Wilmington, DE 19801 |
| Edward T. Attanasio, Esq.<br>Sanmina Corporation<br>2700 North First Street<br>San Jose, CA 95134 | Mary E. Augustine, Esq.<br>Bifferato Gentilotti<br>E.A. Delle Donne Corporate Center<br>1013 Centre Road, Suite 102<br>Wilmington, DE 19805 | Allison R Axenrod, Esq.<br>Claims Recevery Group LLC<br>92 Union Avenue<br>Cresskill, NJ 07626 |
| Joseph Badtke-Berkow, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020 | Robin J. Baik, Esq<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Elizabeth Banda Calvo, Esq.<br>Perdue Brandon Fielder Collins & Mott<br>P.O. Box 13430<br>Arlington, TX 76094-0430 |
| Mark I. Bane, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | James P. Barabas, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Craig A. Barbarosh, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| Nicholas A. Bassett, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>1850 K Street, NW, Suite 1100<br>Washington, DC 20006 | Ronald S. Beacher, Esq.<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036 | Thomas O. Bean, Esq.<br>McDermott, Will & Emery LLP<br>28 State Street<br>Boston, MA 02109-1775 |
| Jane A Bee, Esq.<br>Blank Rome LLP<br>1201 Market St., Suite 800<br>Wilmington, DE 19801 | J. Anne Marie Beisler, Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Ronit J. Berkovich, Esq.<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153 |

| | | |
|---|---|---|
| Richard J. Bernard, Esq.<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 | Sanjay Bhatnagar, Esq.<br>Louis L. Redding City/County Building, Law Dept., 9th Floor<br>800 French Street<br>Wilmington, DE 19801 | Ian Connor Bifferato, Esq.<br>Bifferato LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 |
| Elizabeth C. Block, Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Sheila R. Block, Esq.<br>Torys LLP<br>79 Wellington Street West, 30th Fl.<br>Box 270 TD Centre<br>Toronto, ON M5K 1N2, Canada | Noel R. Boeke, Esq.<br>HOLLAND & KNIGHT LLP<br>P.O. Box 1288<br>100 North Tampa St., Suite 4100<br>Tampa, FL 33602 |
| Scott A. Bomhof, Esq.<br>Torys LLP<br>79 Wellington Street West, 30th Fl.<br>Box 270 TD Centre<br>Toronto, ON M5K 1N2, Canada | William Pierce Bowden, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue<br>8th Floor, P.O. Box 1150<br>Wilmington, DE 19899 | Patrick M. Brannigan, Esq.<br>Cross and Simon<br>913 N. Market Steet, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899 |
| Brent Dorian Brehm, Esq.<br>Kantor & Kantor, LLP<br>19839 Nordhoff Street<br>Northridge, CA 91324 | Kay Diebel Brock , Esq.<br>Travis County Attorney's Office<br>314 West 11th Street Suite 420<br>Austin, TX 78701-2112 | James L. Bromley , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| Charles J. Brown , Esq.<br>Gellert Scali Busenkell & Brown<br>913 Market Street, Suite 1001<br>Wilmington, DE 19801 | Scott K. Brown , Esq.<br>Lewis and Roca LLP<br>40 Norht Central Avenue<br>Suite 1900<br>Phoenix, AZ 85004 | Stuart M. Brown , Esq.<br>DLA Piper LLP (US)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801 |
| Theresa Vesper Brown-Edwards<br>Darby / Brown-Edwards LLC<br>I.M. Pei Building<br>1105 N. Market Street, Suite 1600<br>Wilmington, DE 19801 | Mark Browning , Esq.<br>Office of the Attorney General<br>300 West 15th Street, 8th Floor<br>Austin, TX 78701 | William W. Browning , Esq.<br>Browning Law Firm, PLLC<br>120 E. Main Street<br>Durham, NC 27701 |
| Kate R. Buck , Esq.<br>McCarter & English, LLP<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | David D.R. Bullock , Esq.<br>Spectrum Group Management LLC<br>1250 Broadway, Suite 810<br>New York, NY 10001 | William J. Burnett , Esq.<br>Flaster/Greenberg P.C.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 |
| Richard S. Busch , Esq.<br>King & Ballow<br>315 Union Street, Suite 1100<br>Nashville, TN 37201 | Mary Caloway , Esq.<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801-1228 | James S. Carr , Esq.<br>Kelley Drye & Warren<br>101 Park Avenue<br>New York, NY 10178 |
| Schuyler G. Carroll , Esq.<br>Perkins Coie LLP<br>30 Rockefeller Plaza, 25th Floor<br>New York, NY 10112 | Eugene L. Chang , Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | William E. Chipman, Jr. , Esq.<br>Chipman Brown Cicero & Cole<br>The Nemours Building<br>1007 North Orange Street, Ste 1110<br>Wilmington, DE 19801 |
| Nicholas W. Chiuchiolo , Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Amera Z. Chowhan , Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Shawn M. Christianson , Esq.<br>Buchalter Nemer, P.C.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 |

| | | |
|---|---|---|
| Louis John Cisz, III , Esq.<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111 | Tiffany Strelow Cobb , Esq.<br>Vorys, Sater, Seymour and Pease<br>52 East Gay Street<br>Columbus, OH 43215 | Howard A. Cohen DE<br>Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| Kathryn Coleman , Esq.<br>Hughes Hubbard<br>One Battery Park Plaza<br>New York, NY 10004 | Ken Coleman , Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Kevin G. Collins , Esq.<br>Barnes & Thornburg LLP<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801 |
| Ann C. Cordo , Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Patrick M. Costello , Esq.<br>Vectis Law Group<br>2225 E. Bayshore Rd., Suite 246<br>Palo Alto, CA 94303 | Scott D. Cousins , Esq.<br>Chipman Brown Cicero & Cole LLP<br>1007 North Orange Street<br>Suite 1110<br>Wilmington, DE 19801 |
| David N Crapo , Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | Brian C Crawford , Esq.<br>The Williams Law Firm, P.A.<br>One Commerce Center, Suite 600<br>1201 N. Orange Street<br>Wilmington, DE 19801 | David A. Crichlow , Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022 |
| Michael Joseph Custer , Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street, PO BOX 1709<br>Wilmington, DE 19899 | Tobey M. Daluz , Esq.<br>Ballard Spahr LLP<br>919 Market Street, 12th Floor<br>Wilmington, DE 19801 | Kyle A. Dandelet , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| Mark A. Daniele , Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Charlene D. Davis , Esq.<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Mark A. DeFeo , Esq.<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110 |
| Michael David Debaecke , Esq.<br>Blank RomeLLP<br>1201 Market St., Suite 800<br>Wilmington, DE 19899 | Marla Decker , Esq.<br>Clery Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Cindy C. Delano , Esq.<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| John D. Demmy, Esq , Esq.<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | Stephen Kent Dexter , Esq.<br>Lathrop & Gage, L.C.<br>950 17th Street, Suite 2400<br>Denver, CO 80202 | Drew M. Dillworth , Esq.<br>Sterns Weaver Miller Weissler Alhadeff<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130 |
| Karen B. Dine , Esq.<br>Katten Muchin Roseman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 | Christine Doniak , Esq.<br>Akin, Gump, Strauss, Hauer & Feld<br>One Bryant Park,<br>Bank of America Tower<br>New York, NY 10036 | Jennifer V. Doran , Esq.<br>Hickley Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109 |
| John T. Dorsey , Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Amish R. Doshi , Esq.<br>Magnozzi & Kye, LLP<br>23 Green Street, Suite 302<br>Huntington, NY 11743 | Meghan M. Dougherty , Esq.<br>Paul, Weiss, Rifkind, Wharton, Garison<br>500 Delaware Avenue, Suite 200<br>P.O. Box 32<br>Wilmington, DE 19899-0032 |

| | | |
|---|---|---|
| Kristi J. Doughty , Esq.<br>Whittington & Aulgur<br>651 N. Broad Street, Suite 206<br>P.O. Box 1040<br>Middletown, DE 19709-1040 | Thomas F. Driscoll, III , Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Marie-Josee Dube , Esq.<br>1360 Rene-Levesque W., Suite 400<br>Montreal, Qc H3G 2W6 |
| Peter James Duhig , Esq.<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street, Ste. 1500<br>Wilmington, DE 19801-1228 | Justin K. Edelson , Esq.<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Jonathan T. Edwards , Esq.<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
| Devon J. Eggert , Esq.<br>Freeborn & Peters LLP<br>311 South Wacker Drive<br>Chicago, IL 60606 | Weston T. Eguchi , Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Michael E. Emrich , Esq.<br>Reverside Claims LLC<br>P.O. Box 626, Planetarium Station<br>New York, NY 10024 |
| Scott L. Esbin , Esq.<br>Esbin & Alter, LLP<br>497 South Main Street<br>New City, NY 10956 | Nancy G. Everett , Esq.<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601 | Matthew C. Fagen , Esq.<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 |
| Greta A. Fails , Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Justin Cory Falgowski , Esq.<br>Reed Smith LLP<br>1201 North Market Street, Ste 1500<br>Wilmington, DE 19801 | Brett D. Fallon , Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Bonnie Glantz Fatell , Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Mark E. Felger , Esq.<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | Neil P Forrest , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| David M. Fournier , Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709 | Tor Frederick , Esq.<br>Orrick Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 | Mark E. Freedlander , Esq.<br>McGuire Woods LLP<br>625 Liberty Avenue , 23rd Floor<br>Pittsburgh, PA 15222 |
| Susan R. Fuertes, Esq.<br>Aldine Indep. School District<br>Legal Department<br>Houston, TX 77032 | Thomas M. Gaa , Esq.<br>Bialson Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 | Jeff H. Galloway , Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Roman Gambourg , Esq.<br>The Bridge Plaza Building<br>2185 Lemoine Avenue, Suite B4<br>Fort Lee, NJ 07024 | Joseph T. Gauthier , Esq.<br>15535 San Fernando Mission Blvd.<br>UNICOM Plaza, Suite 310<br>Mission Hills, CA 91345 | Jan Meir Geht , Esq.<br>U.S Dep't of Justice, Tax Division<br>P.O. Box 227, Ben Franklin Station<br>Wahington, DC |
| Ronald S. Gellert , Esq.<br>Gellert Scali Busenkell & Brown<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801 | Margot Gianis , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Gabrielle Glemann, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |

| | | |
|---|---|---|
| Matthew A. Gold , Esq.<br>Argo Partners Inc.<br>12 West 37th St. 9th Floor<br>New York, NY 10018 | Marcia L. Goldstein , Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | James Gotowiec DE<br>Torys LLP<br>79 Wellington St. West, 30th Floor<br>Box 270, TD Centre<br>Toronto, ON M5K 1N2, Canada |
| Andrew Gray, Esq.<br>Torys LLP<br>79 Wellington St. West, 30th Floor<br>Box 270, TD Centre<br>Toronto, ON M5K 1N2, Canada | Missty C. Gray , Esq.<br>Ross, Jordan, & Gray, P.C.<br>P.O. Box 210<br>Mobile, AL 36601 | Louis Graziano , Esq.<br>33 Whitehal Street<br>5th Floor<br>New York, NY 10004 |
| Joseph Grey , Esq.<br>Cross & Simon LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801 | Karen M. Grivner , Esq.<br>Clark Hill Thorp Reed<br>824 Market Street, Suite 710<br>Wilmington, DE 19801 | Nathan D. Grow , Esq.<br>Young Conaway Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>Wilmington, DE 19801-0391 |
| Mark S. Grube , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Victoria A. Guilfoyle , Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Brian P. Guiney , Esq.<br>Patterson Belknap Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| Paul R. Gupta , Esq.<br>Orrick Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 | Matthew Gurgel , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>1 Liberty Plaza<br>New York, NY 10006 | Daniel Guyder , Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Kurt F. Gwynne , Esq.<br>Reed Smith LLP<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801 | Matthew W. Hamilton , Esq.<br>Fulcrum Credit Partners LLC<br>111 Congress Avenue<br>Suite 2550<br>Austin, TX 78701 | Aaron L. Hammer, Esq.<br>Sugar, Felsenthal, Grais & Hammer<br>30 N. La Salle Street, Suite 3000<br>Chicago, IL 60602 |
| Tara Hannon , Esq.<br>Mandel, Katz, Manna & Brosnan<br>The Law Building<br>210 Route 303<br>Valley Cottage, NY 10989 | Richard Hans , Esq.<br>DLA Piper LLP<br>1251 Avenue of the Americas<br>27th Floor<br>New York, NY 10020 | Lee Harrington , Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110 |
| Edwin J. Harron e#<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 | Amina Hassan e#<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | William A. Hazeltine e#<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street<br>Suite 1300<br>Wilmington, DE 19801 |
| Leslie C. Heilman e#<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | David H Herrington e#<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Richard Geoffrey Hill<br>4 Stone Buildings<br>Lincoln's Inn<br>London |
| Adam Hiller e#<br>Hiller & Arban, LLC<br>1500 North French Street, 2nd Floor<br>Wilmington, DE 19801 | Timothy E Hoeffner e#<br>DLA Piper LLP<br>One Liberty Place<br>1650 Market Street, Suite 4900<br>Philadelphia, PA 19103 | Daniel K. Hogan , Esq.<br>The Hogan Firm<br>1311 Delaware Ave<br>Wilmington, DE 19806 |

| | | |
|---|---|---|
| Daniel S. Holzman , Esq.<br>Quinn Emanuel Urquhart, et al<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Jennifer R. Hoover , Esq.<br>Benesch Friedlander Coplan &<br>Aronoff LLP<br>222 Delaware Ave., Suite 801<br>Wilmington, DE 19801 | Nathan T. Horst , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| Charles H. Huberty , Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 | Nicole M. Humphrey , Esq.<br>Willie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Joseph H. Huston, Jr. , Esq.<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Aatif Iqbal , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Ryan Jacobs , Esq.<br>Cassels Brock & Blackwell LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2 | Henry Jon Jaffe , Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709 |
| Ericka Fredricks Johnson , Esq.<br>Womble Carlyle Sandridge & Rice<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 | Robert A. Johnson , Esq.<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | Susan P. Johnston , Esq.<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 |
| Andrew Jones, Esq.<br>14580 Baker Creek Road<br>McMinnville, OR 97128 | Laura Davis Jones , Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Nathan Jones<br>US Debt Recovery<br>940 Southwood Blvd. Suite 101<br>Incline Village, NV 89451 |
| Michael Joseph Joyce , Esq.<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801 | Maris J. Kandestin , Esq.<br>Young Conaway Stargatt & Taylor<br>Rodney Square , 1000 No. King St.<br>Wilmington, DE 19801 | Ann M Kashishian , Esq.<br>Chipman Brown Cicero & Cole<br>The Nemours Building<br>1007 North Orange St., Ste. 1100<br>Wilmington, DE 19801 |
| Shanti M. Katona , Esq.<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Kenneth M. Katz , Esq.<br>Hughes Hubbard & Reed LLP<br>One Batter Park Plaza<br>New York, NY 10004 | Shira Kaufman , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| Jordan Daniel Kaye , Esq.<br>Kramer Levin Naftalis & Frankel<br>1177 Avenue of the Americas<br>New York, NY 10036 | Robert J. Keach , Esq.<br>Bernstein, Shur, Sawyer & Nelson<br>100 Middle Street, PO Box 9729<br>Portland, ME 04104-5029 | Peter J. Keane , Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 |
| Mark S. Kenney , Esq.<br>Office of the U.S. Trustee<br>844 King St., Ste. 2207, Lockbox 35<br>Wilmington, DE 19801 | Laena Keyashian , Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Susheel Kirpalani , Esq.<br>Quinn Emanuel Urquhart Oliver<br>Hedges LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| Robert G Kofsky , Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NU 10019 | Angeline L. Koo , Esq.<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>New York, NY 10036-6745 | Steven K. Kortanek , Esq.<br>Womble Carlyle Sandridge & Rice<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| Dan C. Kozusko , Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Lisa Kraidin , Esq.<br>Allen & Overy LLP<br>1221 Avenue of The Americas<br>New York, NY 10020 | Thomas R. Kreller , Esq.<br>Milbank, Tweed, Hadley & McCloy<br>601 South Figueroa Street, Ste.3000<br>Los Angeles, CA 90017 |
| Joyce A. Kuhns , Esq.<br>Saul Ewing LLP<br>Lockwood Place<br>500 E. Pratt Street, Suite 800<br>Baltimore, MD 21202 | Shayne Kukulowicz , Esq.<br>Cassels Brock & Blackwell LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2 | Carl N. Kunz, III , Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Darryl S. Laddin , Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street, Suite 2100<br>Atlanta, GA 30363-1031 | Adam G. Landis , Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Michael R. Lastowski , Esq.<br>Duane Morris LLP<br>1100 North Market St., Ste. 1200<br>Wilmington, DE 19801-1246 |
| Kenneth Thomas Law , Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94061 | Mark G. Ledwin , Esq.<br>Wilson Elser Moskowitz Edelman & Dicker<br>3 Gannett Drive<br>White Plains, NY 10604 | Kun Lee , Esq.<br>Springwell Capital Partners<br>6 Landmark Square, 4th Floor<br>Stamford, CT 06910 |
| David S. Leinwand , Esq.<br>Amroc Invenstments, LLC<br>535 Madison Avenue, 15th Floor<br>New York, NY 10022 | Raymond Howard Lemisch , Esq.<br>Klehr Harrison Harvey Branzburg<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801 | Scott J. Leonhardt , Esq.<br>The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801 |
| Ira M. Levee , Esq.<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Andrews Kurth LLP , Esq.<br>450 Lexington Avenue<br>15th Floor<br>New York, NY 10017 | Michelle A. Levitt , Esq.<br>175 Water Street<br>18th Floor<br>New York, NY 10038 |
| Michael A. Lindsay , Esq.<br>Dorsey & Whitney LLP<br>50 South Sixth St., Suite 1500<br>Minneapolis, MN 55402-1498 | Douglas J. Lipke , Esq.<br>Vedder Price P.C.<br>222 N. LaSalle St., Suite 2600<br>Chicago, IL 60601-1003 | Louis A. Lipner , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| Nancy F. Loftus , Esq.<br>Fairfax County Attorney's Ofc.<br>12000 Government Center Pkwy.<br>Suite 549<br>Fairfax, VA 22035 | Russell S. Long , Esq.<br>Davis & Kuelthau, S.C.<br>111 E. Kilbourn Avenue, Suite 1400<br>Milwaukee, WI 53202-6613 | A. Lowenthal, III , Esq.<br>Patterson Belknap Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| Donald K. Ludman , Esq.<br>Brown & Connery LLP<br>6 North Broad Street<br>Woodbury, NJ 08096 | Avram E. Luft , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Jaime Luton Chapman , Esq.<br>Young Conaway Stargatt & Taylor,<br>1000 West St., 17th Fl.<br>P.O. Box 391<br>Wilmington, DE 19899-0951 |
| Sarah Brynn Lyerly , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Gabriel R. MacConaill , Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19801 | William Maguire , Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |

| | | |
|---|---|---|
| Kathleen P. Makowski , Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 | Robert W. Mallard , Esq.<br>Dorsey & Whitney (Delaware) LLP<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801 | Robert K. Malone , Esq.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 |
| Kevin Scott Mann , Esq.<br>Cross & Simon, LLC<br>1105 N. Market Street, Suite 901<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 | D. Ross Martin , Esq.<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | Douglas K Mayer , Esq.<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 |
| McCaughran QC<br>One Essex Court<br>Temple<br>London | Laura L. McCloud , Esq.<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202 | Samuel C. McCoubrey , Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Alexandra S. McCown , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Scott D. McCoy , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Paul McDonald<br>Bernstein, Shur, Sawyer & Nelson<br>100 Middle Street, P.O. Box 9729<br>Portland, ME 04104 |
| Frank F. McGinn , Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | Matthew B. McGuire , Esq.<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899 | Michelle McMahon , Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| R. Stephen McNeill , Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market St., P.O. Box 651<br>Wilmington, DE 19899 | Robert S. McWhorterE#<br>Nossaman LLP<br>915 L Street, Suite 1000<br>Sacramento, CA 95814 | Selinda A. Melnik , Esq.<br>919 N. Market Street<br>Suite 1500<br>Wilmington, DE 19801 |
| Dennis A. Meloro , Esq.<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange St., Suite 1200<br>Wilmington, DE 19801 | Evelyn J. Meltzer , Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza<br>Suite 5100, 1313 N. Market Street<br>Wilmington, DE 19899 | Kell C. Mercer , Esq.<br>Husch Blackwell LLP<br>111 Congress Ave., Suite 1400<br>Austin, TX 78701 |
| Rachel B. Mersky , Esq.<br>Monzack Mersky McLaughlin &<br>Browder, PA<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 | Merle C. Meyers , Esq.<br>Meyers Law Group, P.C.<br>44 Montgomery Street<br>Suite 1010<br>San Francisco, CA 94104 | Clifford R. Michel , Esq.<br>Orrick Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 |
| Michael P. Migliore , Esq.<br>Smith, Katzenstein & Jenkins LLP<br>800 Delaware Ave., Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899 | Richard K. Milin , Esq.<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Evan T. Miller , Esq.<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Kathleen M. Miller , Esq.<br>Smith, Katzenstein & Jenkins LLP<br>800 Delaware Ave., .O. Box 410<br>Wilmington, DE 19899 | Stephen M. Miller , Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Phillip Mindlin , Esq.<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 |

| | | |
|---|---|---|
| Robert K. Minkoff , Esq.<br>Jefferies<br>One Station Place<br>Stamford, CT | Tamara K. Minott , Esq.<br>Morris, Nichols, Arsht & Tunnel<br>1201 No. Market St., P.O. Box 1347<br>Wilmington, DE 19866 | Kenneth M. Misken , Esq.<br>Miles & Stockbridge, P.C.<br>1750 Pinnacle Drive, Suite 500<br>Tysons Corner, VA 22102-3833 |
| Jacqueline Moessner , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>1 Liberty Plaza<br>New York, NY 10006 | Carol E. Momjian , Esq.<br>PA Office of Attorney General<br>21 South 12 Street, 3rd Floor<br>Philadelphia, PA 19107 | Eric J. Monzo , Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Brian F. Moore , Esq.<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>New York, NY 10119 | Sheryl L. Moreau , Esq.<br>Missouri Department of Revenue<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105 | Edmon L. Morton , Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West St., 17th Fl., P.O. Bx 391<br>Wilmington, DE 19899 |
| Adam Scott Moskowitz , Esq.<br>ASM Capital, LP<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | Kerri K. Mumford , Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Daniel J Murphy , Esq.<br>Bernstein, Shur, Sawyer & Nelson<br>100 Middle Street, P.O. Box 9729<br>Portland, ME 04104 |
| Kathleen A. Murphy , Esq.<br>Buchanan Ingersoll & Rooney PC<br>919 North Market St., Suite 1500<br>Wilmington, DE 19801 | Vicente Matias Murrell , Esq.<br>Pension Benefit Guaranty Corp.<br>Office of the General Counsel<br>1200 K Street NW, Suite 340<br>Washington, DC 20005-4026 | Ramona S. Neal , Esq.<br>Hewlett-Packard<br>11307 Chinden Blvd MS 314<br>Boise, ID 83714 |
| Ann Nee , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Carl D. Neff , Esq.<br>Ciardi Ciardi & Astin<br>919 N. Market Street, Suite 700<br>Wilmington, DE 19801 | Michael S. Neiburg , Esq.<br>Young Conaway Stargatt & Taylor<br>Rodney Sq., 1000 North King Street<br>Wilmington, DE 19801 |
| Lyle R. Nelson , Esq.<br>Nelson and Associates<br>204 North Robinson, Suite 2100<br>Oklahoma City, OK 73102 | James D. Newbold , Esq.<br>Office of the Illinois Attorney General<br>100 W Randolph Street<br>Chicago, IL 60601 | Gordon Z. Novod , Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 |
| Daniel A. O'Brien , Esq.<br>Venable LLP<br>1201 N. Market St., Suite 1400<br>Wilmington, DE 19801 | Edward Patrick O'Brien , Esq.<br>Stempel Bennett Claman & Hochbery, P.C.<br>655 Third Avenue<br>New York, NY 10017 | Mark D. Olivere , Esq.<br>Chipman Brown Cicero & Cole<br>The Nemours Building<br>1007 North Orange St., Suite 1110<br>Wilmington, DE 19801 |
| Jeremy R. Opolsky , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Justin L. Ormand , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Phillip P Owens II , Esq.<br>Owens Law Office, PC<br>825 E. 33rd Street<br>Edmond, OK 73013-5407 |
| Neil J. Oxford , Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Domenic E. Pacitti , Esq.<br>Klehr Harrison Harvey Branzburg<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Ricardo Palacio, Esq<br>Ashby & Geddes, P. A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| Devin Lawton Palmer , Esq.<br>Boylan, Brown, Code Vigdor & Wilson, LLP<br>2400 Chase Square<br>Rochester, NY 14604 | Mona A. Parikh , Esq.<br>Buchanan Ingersoll & Rooney PC<br>1105 North Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228 | Michelle Parthum , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| Lauren L. Peacock , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>1 Liberty Plaza<br>New York, NY 10006 | Gregory E. Pessin , Esq.<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 | Herman G. Petzold, III , Esq.<br>State of Michigan Department of the Attorney General<br>Cadillac Place , Suite 10-200,<br>303 West Grand Boulavard<br>Detroit, MI 48202 |
| Marc J. Phillips , Esq.<br>Manion Gaynor & Manning LLP<br>1007 North Orange St., 10th Floor<br>Wilmington, DE 19801 | Sarah E. Pierce , Esq.<br>Skaddenn, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square, P.O. Box 636<br>Wilmington, DE 19899 | Joanne P. Pinckney , Esq.<br>Pinckney, Weidinger, Urban & Joyce LLC<br>1220 N. Market Street, Suite 950<br>Wilmington, DE 19382 |
| Mark D. Plevin , Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 | Dana S. Plon , Esq.<br>Sirlin Gallogly & Lesser, P.C.<br>123 South Broad St., Suite 2100<br>Philadelphia, PA 19109 | Gregory G. Plotko , Esq.<br>Kramer Levin Naftalis & Frankel<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| John E. Polich , Esq.<br>County Counsel<br>800 South Victoria Avenue<br>Ventura, CA 93009-1830 | David L. Pollack , Esq.<br>Ballard Spahr Andrews & Ingersoll<br>51st Fl.-Mellon Bank Ctr.<br>1735 Market St.<br>Philadelphia, PA 19103 | Amos U. Priester, IV, Esq.<br>Smith, Anderson, Blount, Dorsett, et al.<br>Post Office Box 2611<br>Raleigh, NC 27602-2611 |
| Jacob S. Pultman , Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Daniel D. Queen , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Claire N. Rajan , Esq.<br>Allen & Overy LLP<br>1101 New York Ave., NW 11th Fl.<br>Washington, DC 20005 |
| Mark H. Ralston , Esq.<br>Ciardi Ciardi & Astin, P.C.<br>2603 Oak Lawn Ave., Suite 200<br>Dallas, TX 75219-9109 | Scott Eric Ratner , Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Timothy P. Reiley , Esq.<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Jonathan P. Reisman , Esq.<br>Ropes & Gray, LLP<br>800 Boylston Street<br>Boston, MA 02199-3600 | Andrew R. Remming , Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Molly Reynolds, Esq.<br>Torys LLP<br>79 Wellington St.West , 30th Floor<br>Box 270, TD Centre<br>Toronto, ON M5K 1N2 |
| Michael J Riela , Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Richard W. Riley , Esq.<br>Duane Morris LLP<br>1100 North Market St., Suite 1200<br>Wilmington, DE 19801 | Elizabeth C. Roache , Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| Jeffrey B. Rose , Esq.<br>Tishler & Wald, LTD.<br>200 Wacker Drive, Suite 3000<br>Chicago, IL 60606 | George Rosenberg , Esq.<br>Arapahoe County Attorney<br>5334 S. Prince Street<br>Littleton, CO 80166 | David A. Rosenfeld , Esq.<br>Coughlin Stoia Geller Rudman & Robbins<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |

| | | |
|---|---|---|
| Frederick Brian Rosner , Esq.<br>The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801 | Sommer Leigh Ross , Esq.<br>Duane Morris, LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | Benjamin M. Roth , Esq.<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 |
| Inna Rozenberg , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Samuel H. Rudman , Esq.<br>Coughlin Stoia Geller Rudman &<br>Robbins<br>58 South Service Road, Suite 200<br>Melville, NY 11747 | W. Bradley Russell, Jr. , Esq.<br>US Dept of Justice, Tax Division<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044 |
| Robert J. Ryan , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Christopher M. Samis , Esq<br>Richards, Layton & Finger, P.A.<br>920 N. King St., One Rodney Square<br>Wilmington, DE 19801 | Joseph E. Sarachek , Esq.<br>Triax Capital Advisors<br>10 Rockefeller Plaza, Suite 601<br>New York, NY 10020 |
| John Henry Schanne, II , Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market St., PO Box 1709<br>Wilmington, DE 19899-1709 | Michael Schein , Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Heather Schneider , Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| Eric D. Schwartz , Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N.Market Street<br>P. O. Box 1347<br>Wilmington, DE 19801 | Seth B. Shapiro , Esq.<br>US Dept of Justice, Civil Division<br>Comercial Litigation Branch<br>1100 L Street, NW Rm 10002<br>Washington, DC 20005 | Lara Sheikh , Esq.<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 |
| Jesse D.H. Sherrett , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | John Sherwood , Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Joseph Emil Shickich, Jr. , Esq.<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1192 |
| Carren Shulman , Esq.<br>Sheppard Mullin Richter &<br>Hampton LLP<br>30 Rockefeller Center<br>New York, NY 10112 | Kamal Sidhu , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Ashley E. Siegel , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| William L. Siegel , Esq.<br>Cowles & Thompson, P.C.<br>901 Main Street, Suite 4000<br>Dallas, TX 75202 | Laurie Selber Silverstein , Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market St., Hercules Plaza<br>6th Floor<br>Wilmington, DE 19801 | Christopher Page Simon , Esq.<br>Cross & Simon, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19899 |
| Robert F. Simon , Esq.<br>Vedder Price P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601 | Nicholas E. Skiles , Esq.<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>P.O. Box 330<br>Wilmington, DE 19899 | Karen B. Skomorucha Owens , Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| Adam M. Slavens , Esq.<br>Torys LLP<br>79 Wellington St. West,30th Floor<br>Box 270, TD Centre<br>Toronto, ON M5K 1N2<br>Canada | Drew G. Sloan , Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801 | Mark R. Somerstein , Esq<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |

| | | |
|---|---|---|
| John C. Weitnauer , Esq.<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | Helen Elizabeth Weller , Esq.<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>2777 N. Stemmons Frwy, Ste 1000<br>Dallas, TX 75207 | Duane David Werb , Esq.<br>Werb & Sullivan<br>300 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 |
| Jennifer M. Westerfield , Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | John A. Wetzel , Esq.<br>Swartz Campbell LLC<br>One S. Church Street, Suite 400<br>West Chester, PA 19382 | David Brian Wheeler , Esq.<br>Moore & Van Allen, PLLC<br>P.O. BOX 22828<br>Charleston, SC 29413-2828 |
| Farah Lisa Whitley-Sebti , Esq.<br>DLA Piper LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Joanne Bianco Wills , Esq.<br>Klehr Harrison Harvey Branzburg<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801 | Charmaine M. Wilson , Esq.<br>Primeshares<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 |
| Michael Gregory Wilson , Esq.<br>Michael Wilson PLC<br>12733 Storrow Rd<br>Henrico, VA 23233 | Wilson-Milne<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | David W. Wiltenburg , Esq.<br>HUGHES HUBBARD & REED<br>One Battery Park Plaza<br>New York 10004 |
| Christopher Martin Winter , Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1246 | Robert E. Winter , Esq.<br>Paul, Hastings, Janofsy & Walker<br>875 15th Street, N.W.<br>Washington, DC 20005 | Jeffrey C. Wisler , Esq.<br>Connolly Gallagher<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801 |
| John L. Wood , Esq.<br>Egerton, McAfee, Armistead &<br>Davis, P.C.<br>900 S. Gay Street, Suite 1400<br>Knoxville, TN 37902 | E. Rebecca Workman , Esq.<br>Barnes & Thornburg LLP<br>1000 North West Street, Suite 1200<br>Wilmington, DE 19801 | Karon Y. Wright , Esq.<br>Travis County Attorney's Office<br>314 W. 11th Street, PO Box 1748<br>Austin, TX 78767 |
| Michael Wunder , Esq.<br>Cassels Brock & Blackwell LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2 | Jacqueline Yecies , Esq.<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036 | James S. Yoder , Esq.<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 |
| Steven M. Yoder , Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19801 | Rafael Xavier Zahralddin-Aravena ,<br>Esq.<br>Elliott Greenleaf<br>1105 North Market St., Suite 1700<br>P.O. Box 2327<br>Wilmington, DE 19801 | Kevin M. Baum , Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 |

