**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 7, 2014 AT 12:00 P.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Motion for an Order Authorizing Time Warner Cable Inc., Time Warner Cable Enterprises LLC, Cisco Systems, Inc., Arris Group, Inc., Arris Enterprises, Inc., Arris Solutions, Inc., General Instrument Corporation, Charter Communications, Inc., WideOpen West Finance, LLC a/k/a Wow! Internet, Cable & Phone, Knology, Inc., Cequel Communications, LLC d/b/a Suddenlink Communications, and Cable One Inc. to File Under Seal Certain Portions of Their Objections and Declarations to Debtor's Motion for Relief Under Section 105(a) (D.I. 14585, Filed 10/17/14).

   Objection Deadline: October 31, 2014 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Certificate of No Objection (Re: Docket No. 14585) (D.I. 14703, Filed 11/5/14); and
   (b) Proposed Form of Order.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Status: There have been no objections and a CNO has been filed.

**CONTESTED MATTER GOING FORWARD**

2. Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14535, Filed 10/7/14).

Objection Deadline: October 14, 2014 at 4:00 p.m. (ET).

Responses Received:

(a) Objections to Nortel's Motion for Relief Under Section 105(a) by Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (D.I. 14551, Filed 10/14/14);

(b) Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (D.I. 14552, Filed 10/14/14);

(c) Objections to Nortel's Motion for Relief Under Section 105(a) by Arris Group, Inc., Arris Enterprises, Inc., Arris Solutions, Inc., and General Instrument Corp. (D.I. 14553, Filed 10/14/14);

(d) Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Arris Group, Inc. (D.I. 14554, Filed 10/14/14);

(e) Statement of the Monitor and Canadian Debtors in Respect of Debtors' Motions (I) to Enforce the Automatic Stay and (II) for an Order Requiring Cost Sharing Related to Certain Third-Party Discovery Requests (D.I. 14555, Filed 10/14/14);

(f) Objections to Nortel's Motion for Relief Under Section 105(a) by Circo Systems, Inc. (D.I. 14556, Filed 10/14/14);

(g) Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Cisco Systems, Inc. (D.I. 14557, Filed 10/14/14);

(h) Objections to Nortel's Motion for Relief Under Section 105(a) by the MSO Declaration Judgment Plaintiffs (D.I. 14558, Filed 10/14/14);

(i) Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by the MSO Declaratory Judgment Plaintiffs (D.I. 14559, Filed 10/14/14);

(j) Objections of Google Inc. to Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14614, Filed 10/21/14);

(k)     Declaration of Matthew D. Cannon in Support of Objections of Google Inc. to Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14615, Filed 10/21/14);

(l)     Bockstar Technologies LLC's Response to Cisco's Request to Enjoin Bockstar v. Cisco Patent Litigation (D.I. 14694, Filed 11/4/14);

(m)     Constellation Technologies LLC's and Rockstar Consortium US LP's Response to Time Warner Cable's Request to Enjoin Constellation v. Time Warner Cable Patent Litigation (D.I. 14696, Filed 11/4/14);

(n)     Supplement to Time Warner Cable Inc. and Time Warner Cable Enterprises LLC's Objections to Nortel's Motion for Relief Under Section 105(a) (D.I. 14701, Filed 11/5/14); and

(o)     Declaration of Dustin F. Guzior in Support of the Supplement to Time Warner Cable Inc. and Time Warner Cable Enterprises LLC's Objections to Nortel's Motion for Relief Under Section 105(a) (D.I. 14702, Filed 11/5/14).

Related Pleading:

(a)     Declaration of Timothy C. Ross in Support of Debtors' Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14477, Filed 9/26/14); and

(b)     Debtors' Reply in Support of Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14692, Filed 11/4/14).

Status: The hearing on this matter will go forward.

Dated: November 5, 2014
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

- and -

CROWELL & MORING LLP
Mark D. Plevin (admitted pro hac vice)
Mark S. Supko (admitted pro hac vice)
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

- and -

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Michael J. Barrie (No. 4684)
222 Delaware Ave., Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012

*Counsel for Debtors and Debtors in Possession*