# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | Ref. Docket No. 14678 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK    )

CHRISTINA SIGEUNZA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 3, 2014, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on November 4, 2014 at 9:30 A.M. (Eastern Time)," dated November 3, 2014 [Docket No. 14678], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>.

Christina Sigeunza

Sworn to before me this
5th day of November, 2014

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Amd Agenda Hrg Nov 4_DI 14678_AFF_11-3-14_KH.doc

**EXHIBIT A**

| Name | Contact | Fax |
|------|---------|-----|
| Akin Gump | Fred S. Hodara Esq. & David H. Botter Esq. | 212-872-1002 |
| Allen & Overy LLP | Ken Coleman Esq | 212-610-6399 |
| Bayard P.A. | Charlene D. Davis Esq & Justin R. Alberto | 302-658-6395 |
| Buchanan Ingersoll & Rooney | Mary F. Caloway Esq. & Kathleen Murphy Esq. | 302-552-4295 |
| Chipman Brown Cicero & Cole LLP | William E. Chapman, Jr., Mark D. Olivere & Ann M. Kashishian | 302-295-0199 |
| DLA Piper LLP (US) | Selinda A. Melnik | 302-778-7914 |
| Hughes Hubbard & Reed LLP | Derek Adler, Neil Oxford, Fara Tabatabai  Charles Huberty | 212-422-4726 |
| Katten Muchin Rosenman LLP | Craig A. Barbarosh, David A. Crichlow &  Karen B. Dine | 212-940-8776 |
| Milbank Tweed Hadley & McLoy LLP | Thomas R. Kreller | 213-892-4763 |
| Office of the U.S. Trustee | Mark Kenney, Esq. | 302-573-6497 |
| Pachulski Stang | Laura Davis Jones, Timothy P. Cairns and Peter Keane | 302-652-4400 |
| Richards Layton & Finger | Mark D. Collins Esq. & Christopher M. Samis Esq. | 302-651-7701 |
| Willkie Farr & Gallagher LLP | Brian O'Connor, Sameer Advani & Andrew Hanrahan | 212-728-9587 |
| Young Conaway Stargatt & Taylor LLP | James Patton, John Dorsey, Edwin Harron & Jamie Luton Chapman | 302-571-1253 |