IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14649, 14664-14669 and 14680-14685** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 6, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
01 day of November, 2014

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

                Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ANDERSON, BRYAN A.
             19 FROTHINGHAM ROAD
             BURLINGTON, MA 01803

Please note that your claim # 7992 in the above referenced case and in the amount of $43,461.60 allowed at $48,873.64  has been transferred **(unless previously expunged by court order)** to:

           HAIN CAPITAL HOLDINGS, LLC
           TRANSFEROR: ANDERSON, BRYAN A.
           ATTN: AMANDA RAPOPORT
           301 ROUTE 17, 7TH FLOOR
           RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14667  in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/06/2014               David D. Bird, Clerk of Court

                      /s/ Kimberly Murray
                      By: Epiq Bankruptcy Solutions, LLC
                         as claims agent for the debtor(s).

FOR EBS USE ONLY:   **This notice was** mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 6, 2014.

# EXHIBIT B

TIME: 12:34:24
DATE: 11/06/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ANDERSON, BRYAN A. | 19 FROTHINGHAM ROAD BURLINGTON MA 01803 |
| CARREON, JOHNNY E | 4769 NW 22ND ST COCONUT CREEK FL 33063 |
| COLE, JANIE W. | 3305 AMBASSADOR DRIVE DURHAM NC 27703 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: VALHOLL LTD JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| GRIFFIN, SHAWN M. | 3293 EAST FORD RD SYLVA NC 28779 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: ANDERSON, BRYAN A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: CARREON, JOHNNY E ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: COLE, JANIE W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: GRIFFIN, SHAWN M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: KEARNEY, DEBORAH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: KHAN, ANNA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: MILLER, PATRICK K ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: NATARAJAN, GOVINDARAJAN T ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: RODDA, BENJAMIN H. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROSA M ARRIETA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: SULTAN, KASHIF ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: WARD, ANDREW D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| KEARNEY, DEBORAH | 3769 BELLTOWN RD OXFORD NC 27565 |
| KHAN, ANNA | 2224 MEADOWSTONE DR. CARROLLTON TX 75006 |
| MILLER, PATRICK K | 215 LOWER COUNTRY DR GAITHERSBURG MD 20877 |
| NATARAJAN, GOVINDARAJAN T | 7416 ANGEL FIRE DR PLANO TX 75025 |
| RODDA, BENJAMIN H. | 71 BAILEY WOODS LN APT 104 COLLIERVILLE TN 38017-7001 |
| ROSA M ARRIETA | 2572 JARDIN PLACE WESTON FL 33327 |
| SULTAN, KASHIF | 6814 CREEK VALE WAY APT 3H INDIANAPOLIS IN 46237-9800 |
| VALHOLL LTD | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: ROB SPORN 222 BERKELEY STREET 12TH FLOOR BOSTON MA 02116 |
| WARD, ANDREW D. | 1804 HIGHLAND PARK RD. DENTON TX 76205 |

Total Number of Records Printed        26

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006