**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby wishes to withdraw their appearance (ECF No. 811) in the above captioned bankruptcy proceeding pursuant to Local Bankruptcy Rule 9010-2(b)(ii).

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for the proceedings.

        Respectfully submitted,

        **BRACEWELL & GIULIANI LLP**

  By: */s/ Evan D. Flaschen*
      Evan D. Flaschen
      Evan.Flaschen@bgllp.com
      Katherine L. Lindsay
      Kate.Lindsay@bgllp.com
      CityPlace I, 34th Floor
      185 Asylum Street
      Hartford, CT 06103
      Telephone: (860) 947-9000
      Facsimile: (800) 404-3970

#4737082

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 7, 2014, a true and correct copy of this document was served via the Court's ECF noticing system.

*/s/ Evan D. Flaschen*
Evan D. Flaschen