**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 14692 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                             ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGEUNZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2014, I caused to be served the "Debtors' Reply in Support of Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order and (D) Related Relief Under Section 105(a)," dated November 4, 2014 [Docket No. 14692], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Christina Siguenza

Sworn to before me this
6th day of November, 2014

_____
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Reply Amd Mtn Ext Stay_DI 14692_AFF_11-4-14_KH.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA,DAVID H. BOTTER, ABID QURESHI,ROBERT A. JOHNSON, BRAD M. KAHN,CHRISTINE DONIAK JOEPH SORKIN; JACQUELINE YECIES ONE BRYANT PARK NEW YORK NY 10036 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN,PAUL KELLER DANIEL GUYDER,LAURA HALL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALLEN & OVERY LLP | ATTN: JOSEPH BADTKE-BERKOW JONATHAN CHO,NICOLETTE WARD 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ASHURST LLP | ATTN: ANGELA PEARSON,ANTONIA CROKE BOARDWALK HOUSE 5 APPOLD STREET LONDON UK EC2A 2HA ENGLAND |
| BAYARD P.A. | ATTN: CHARLENE D. DAVIS,JUSTIN ALBERTO 222 DELAWARE AVENUE SUITE 900 WILMINGTON DE 19801 |
| BENNETT JONES LLP | ATTN: KEVIN ZYCH,S. RICHARD ORZY, GAVIN FINLAYSON,RICHARD SWAN,SEAN ZWEIG, JONATHAN BELL; AMANDA MCLACHLAN 3400 ONE FIRST CANADIAN PLACE TORONTO ON M5X 1A4 CANADA |
| BORDEN LADNER GERVAIS LLP | ATTN: EDMOND F. B. LAMEK,JAMES SZUMSKI BARRISTERS AND SOLICITORS 40 KING STREET WEST TORONTO ON M5H 3Y4 CANADA |
| BUCHANAN INGERSOLL & ROONEY | ATTN: KATHLEEN A. MURPHY,MARY F. CALOWAY 1105 N. MARKET STREET STE 1900 WILMINGTON DE 19801 |
| CASSELS BROCK & BLACKWELL LLP | ATTN: R. SHAYNE KUKULOWICZ, MICHAEL J. WUNDER,RYAN JACOBS, 40 KING STREET STE. 2100 TORONTO ON M5H 3C2 CANADA |
| CAW-CANADA | ATTN: BARRY E. WADSWORTH,LEWIS GOTTHEIL LEGAL DEPARTMENT 205 PLACER COURT TORONTO ON M2H 3H9 CANADA |
| CHARLES K. VERHOEVEN, DAVID EISEMAN, | DAVID A. PERLSON, SEAN PAK, KRISTIN J. MADIGAN, MATTHEW D. CANNON & SAM STAKE QUINN EMANUEL URQUHART & SULLIVAN, LLP 50 CALIFORNIA STREET, 22ND FLOOR SAN FRANCISCO CA 94111 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JAMES BROMLEY,LISA SCHWEITZER HOWARD ZELBO,JEFFREY ROSENTHAL, DARRYL STEIN ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: MARLA DECKER,AVI LUFT, JACQUELINE MOESSNER,INNA ROZENBERG, JODI EIRCKSON ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CURTIS J. CROWTHER | YOUNG CONAWAY STARGATT & TAYLOR, LLP RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |
| DAVIES WARD PHILLIPS & VINEBERG LLP | ATTN: ROBIN B. SCHWILL,SEAN CAMPBELL, JAMES DORIS,LOUIS SARABIA 44TH FLOOR 1 FIRST CANADIAN PLACE TORONTO ON M5X 1B1 CANADA |
| DENTONS CANADA LLP | ATTN: JOHN SALMAS; KENNETH KRAFT 77 KING STREET SUITE 400 TORONTO ON M5K 0A1 CANADA |
| DEREK ADLER, NEIL OXFORD | FARA TABATABAI, & CHARLES HUBERTY HUGHES HUBBARD & REED LLP ONE BATTERY PARK NEW YORK NY 10004 |
| DLA PIPER | ATTN: SELINDA A. MELNIK,RICHARD HANS, TIMOTHY HOEFFNER, FARAH LISA WHITLEY-SEBTI 919 N. MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| ELLISEN S. TURNER | IRELL & MANELLA LLP 1800 AVENUE OF THE STARS, SUITE 900 LOS ANGELES CA 90067 |
| ERNST & YOUNG INC. | ATTN: MURRAY MCDONALD,BRENT BEEKENKAMP ERNST & YOUNG TOWER 222 BAY ST. P.O. BOX 251 TORONTO ON M5K 1J7 CANADA |
| FRED S. HODARA ESQ. | DAVID H. BOTTER ESQ. AKIN GUMP ONE BRYANT PARK NEW YORK NY 10036 |
| GOODMANS LLP | ATTN: JAY CARFAGNINI, JOSEPH PASQUARIELLO,BEN ZARNETT ALAN MARK BAY ADELAIDE CENTRE 333 BAY ST. STE 3400 TORONTO ON M5H 2S7 CANADA |
| GOODMANS LLP | ATTN: PETER RUBY,JESSICA KIMMEL, CHRIS ARMSTRONG BAY ADELAIDE CENTRE 333 BAY ST. STE 3400 TORONTO ON M5H 2S7 CANADA |
| GOWLING LAFLEUR HENDERSON LLP | ATTN: DERRICK TAY,JENNIFER STAM SUITE 1600 FIRST CANADIAN PLACE 100 KING STREET WEST TORONTO ON M5X 1G5 CANADA |
| HERBERT SMITH FREEHILLS LLP | ATTN: JAMES NORRIS-JONES EXCHANGE HOUSE PRIMROSE STREET LONDON UK EC2A 2EG ENGLAND |
| HOGAN LOVELLS INTERNATIONAL LLP | ATTN: ANGELA DIMSDALE GILL, JOHN TILLMAN,MATTHEW BULLEN, DAVID GRAVES,KATHERINE TALLETT-WILLIAMS ATLANTIC HOUSE HOLBORN VIADUCT LONDON UK EC1A 2FG ENGLAND |

| Claim Name | Address Information |
|---|---|
| HUGHES HUBBARD & REED | ATTN: DEREK ADLER,NEIL OXFORD, FARA TABATABAI,CHARLES HUBERTY ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| IAN CONNOR BIFFERATO | J. ZACHARY HAUPT BIFFERATO LLC 800 N. KING ST., FIRST FLOOR WILMINGTON DE 19801 |
| JAMES PATTON, EDWIN HARRON | JOHN DORSEY & JAMIE LUTON CHAPMAN YOUNG CONAWAY STARGATT & TAYLOR LLP 1000 N. KING ST. WILMINGTON DE 19801 |
| JEFFREY M. GORRIS | CHRISTOPHER M. FOULDS FRIEDLANDER & GORRIS, P.A. 222 DELAWARE AVE., SUITE 1400 WILMINGTON DE 19801 |
| JOHN M. DESMARAIS | DUSTIN F. GUZIOR DESMARAIS LLP 230 PARK AVENUE NEW YORK NY 10169 |
| JOSEPH J. FARNAN, JR., BRIAN E. FARNAN & | MICHAEL J. FARNAN FARNAN LLP 919 NORTH MARKET STREET 12TH FLOOR WILMINGTON DE 19801 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: CRAIG A. BARBAROSH, DAVID A. CRICHLOW,KAREN B. DINE 575 MADISON AVENUE NEW YORK NY 10022-2585 |
| KEN COLEMAN ESQ | ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| KOSKIE MINSKY | ATTN: MARK ZIGLER,SUSAN PHILPOTT, ARI KAPLAN,BARBARA WALANCIK 20 QUEEN STREET WEST SUITE 900 TORONTO ON M5H 3R3 CANADA |
| LAURA DAVIS JONES | TIMOTHY P. CAIRNS PETER KEANE PACHULSKI STANG 919 N. MARKET STREET; 17TH FLOOR WILMINGTON DE 19899-8705 |
| LAX O'SULLIVAN SCOTT LISUS LLP | ATTN: MATTHEW P. GOTTLIEB, TRACY WYNNE,PAUL MICHELL,JESSICA ZHI SUITE 1920 145 KING STREET WEST TORONTO ON M5H 1J8 CANADA |
| MARK D. COLLINS ESQ. | CHRISTOPHER M. SAMIS ESQ. RICHARDS LAYTON & FINGER ONE RODNEY SQUARE 920 N KING STREET WILMINGTON DE 19801 |
| MARK KENNEY, ESQ. | OFFICE OF THE U.S. TRUSTEE 844 KING STREET SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| MARY F. CALOWAY ESQ. | KATHLEEN MURPHY ESQ. BUCHANAN INGERSOLL & ROONEY 1105 N. MARKET STREET SUITE 1900 WILMINGTON DE 19801-1228 |
| MCCARTHY TETRAULT LLP | ATTN: BARBARA J. BOAKE,JAMES D. GAGE, ELDER C. MARQUES,PAUL STEEP SUITE 5300 TORONTO DOMINION BANK TOWER TORONTO ON M5K 1E6 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: BYRON SHAW,SHARON KOUR, KELLY PETERS SUITE 5300 TORONTO DOMINION BANK TOWER TORONTO ON M5K 1E6 CANADA |
| MCMILLAN LLP | ATTN: SHERYL E. SEIGEL BROOKFIELD PLACE 181 BAY ST SUITE 4400 TORONTO ON M5J 2T3 CANADA |
| MILBANK TWEED HADLEY MCCLOY LLP | ATTN: THOMAS R. KRELLER, JENNIFER P. HARRIS,ALBERT A. PISA, SAMIR VORA,ANDREW M. LEBLANC 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY MCCLOY LLP | ATTN: MICHAEL HIRSCHFELD,ATARA MILLER, TOM MATZ,NICK BASSETT, GABRIELLE RUHA,RACHEL POJUNAS 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| NELLIGAN O'BRIEN PAYNE LLP | ATTN: JANICE B. PAYNE,STEVEN LEVITT, CHRISTOPHER ROOTHAM, BARRISTERS AND SOLICITORS 50 O'CONNOR ST. STE 1500 OTTAWA ON K1P 6L2 CANADA |
| NORTON ROSE FULBRIGHT LLP | ATTN: MICHAEL LANG SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER 200 BAY STREET P.O. BOX 84 TORONTO ON M5J 2Z4 CANADA |
| OSLER HOSKIN AND HARCOURT LLP | ATTN: LYNDON BARNES,EDWARD SELLERS, BETSY PUTNAM,ADAM HIRSH,ALEXANDER COBB 100 KING STREET WEST 1 FIRST CANADIAN PLACE STE 6100 P.O. BOX 50 TORONTO ON M5X 1B8 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: KENNETH T. ROSENBERG, MASSIMO (MAX) STARNINO,LILY HARMER KAREN JONES 35TH FLOOR 155 WELLINGTON STREET WEST TORONTO ON M5V 3H1 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: TINA LIE,MICHELLE JACKSON, JACQUELINE CUMMINS 35TH FLOOR 155 WELLINGTON STREET WEST TORONTO ON M5V 3H1 CANADA |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PHILIP IRWIN | DIANNE COFFINO COVINGTON & BURLING LLP THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018-1405 |
| RICHARDS LAYTON & FINGER P.A. | ATTN: CHRISTOPHER SAMIS 920 NORTH KING STREET WILMINGTON DE 19801 |
| ROBERT B. WILSON, PATRICK D. CURRAN & | MICHELLE ERNST QUINN EMANUEL URQUHART & SULLIVAN, LLP 51 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10010 |

| Claim Name | Address Information |
|---|---|
| SELINDA A. MELNIK | TIMOTHY HOEFFNER DLA PIPER LLP (US) 1201 NORTH MARKET STREET, SUITE 2100 WILMINGTON DE 19801 |
| SHIBLEY RIGHTON LLP | ATTN: ARTHUR O. JACQUES,THOMAS MCRAE BARRISTERS AND SOLICITORS 250 UNIVERSITY AVE STE 700 TORONTO ON M5H 3E5 CANADA |
| THOMAS R. KRELLER | MILBANK TWEED HADLEY & MCLOY LLP 601 SOUTH FIGUEROA ST., SUITE 3000 LOS ANGELES CA 90017 |
| THORNTON GROUT FINNIGAN LLP | ATTN: MICHAEL BARRACK,D.J. MILLER, REBECCA LEWIS,ANDREA MCEWAN, JOHN FINNIGAN,MICHAEL SHAKRA SUITE 3200 100 WELLINGTON STREET WEST P.O. BOX 329 TORONTO-DOMINION CENTRE TORONTO ON M5K 1K7 CANADA |
| TORYS LLP | ATTN: TONY DEMARINIS,SCOTT BOMHOF, SHEILA BLOCK,ANDREW GRAY,ADAM SLAVENS 79 WELLINGTON ST. W. STE 3000 BOX 270 TD CENTRE TORONTO ON M5K 1N2 CANADA |
| VEDDER PRICE | ATTN: MICHAEL J. RIELA 1633 BROADWAY 47TH FLOOR NEW YORK NY 10019 |
| VICTORIA F. MAROULIS | QUINN EMANUEL URQUHART & SULLIVAN, LLP 555 TWIN DOLPHIN DRIVE 5TH FLOOR REDWOOD SHORES CA 94065 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: BRIAN O'CONNOR,SAMEER ADVANI, ANDREW HANRAHAN 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: ED HARRON,JOHN DORSEY, JAMIE LUTON-CHAPMAN RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  63**