# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 07, 2014 12:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matter:*

Trial

**R / M #:**   14,707 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  CERTIFICATION OF NO OBJECTION - ORDER SIGNED
#2 - Judge will issue an order; Judge will come up with some names of mediators;  Date Set - 12/5/14 @ 10 am