# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 11/7/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Philip Irwin | Covington + Burling | Bookshelf Technologies LLC |
| Curtis J. Crowther | Young Conaway Stargatt & Taylor | " |
| Chris Samis | Richards Layton | Creditors' Committee |
| Robert Johnson | Akin | (") |
| Mark Plevin | Crowell & Moring | Devizes |
| Mark Supko | " | " |
| Jennifer Hoover | Bayard Friedlander | |
| Robert Wilson | Quinn Emmuel | Gosh |
| Christopher Foulds | Friedland + Gotts | " |
| Dustin Guzior | Sullivan LLP | TWC, Cisco, Chartwell Hrs |
| Jonas McDavit | ↓ | ↓ |
| Conror Bifferato | Bifferato LLC | " |
| Zach Harpt | UCST | " |
| Jaime Chapman | UCST | EMEA DEBTORS |
| Neil Oxford | Hughes Hubbard | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 11/7/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paul Gunther | Dentons US LLP | Lazard Freres + Co |
| Ellisen Turner | Irell & Manella | Rockstar Constellation |
| Brian Farnan | Farnan | Rockstar Constellation |
| Kathleen Murphy | Buchanan Ingersoll | Minter |
| Joe Boelter-Bertram | Allen & Overy | " |
| DUSTIN GUZIOR | Desimone LLP | TWC, Arris, ASUS, Cisco |
| JONAS McDavit | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
### Courtroom

2nd Revision 11/07/2014 07:16 AM

Calendar Date: 11/07/2014
Calendar Time: 12:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6573945 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6571429 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6572822 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6572451 | Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6568306 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6570664 | Inna Rozenberg | (212) 225-2972 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6547174 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |

Peggy Drasal ext. 802                CourtConfCal2012                Page 1 of 2

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6571287 | Adam M. Slavens | (416) 865-7333 | Tory's LLP | | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6572394 | Andrew M. Thau | (203) 862-6231 | | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6568118 | Ellisen Turner | (310) 203-7974 | | Irell & Manella LLP (All Offices) | Representing, Constellations Technologies LLC; Rockstar Consortium US LP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6575183 | John Whiteoak | (302) 571-6710 | | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |