IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14711-14716 and 14731** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 7, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
7th day of November, 2014

/s/ Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BOLEN, PETER M.
         4316 BLACKBEARD ROAD
         VIRGINIA BEACH, VA 23455

Please note that your claim # 7990 in the above referenced case and in the amount of
    $17,250.00 allowed at $14,534.98  has been transferred (**unless previously expunged by court order**) to:

         HAIN CAPITAL HOLDINGS, LLC
         TRANSFEROR: BOLEN, PETER M.
         ATTN: AMANDA RAPOPORT
         301 ROUTE 17, 7TH FLOOR
         RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14713    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/07/2014                        David D. Bird, Clerk of Court

                                        /s/ Kimberly Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 7, 2014.

# EXHIBIT B

```
TIME: 15:51:47                                          NORTEL NETWORKS INC.                                            PAGE:  1
DATE: 11/07/14                                            CREDITOR LISTING

Name                              Address
BOLEN, PETER M.                   4316 BLACKBEARD ROAD VIRGINIA BEACH VA 23455
BOTTORFF, PAUL A.                 1890 JUNCTION BLVD, APT 1912 ROSEVILLE CA 95747
DESHPANDE, VYENKATESH             VYENKATESH DESHPANDE 3220 FOXBORO PLACE SAN JOSE CA 95135
GARVEY, HOWARD                    5303 103 CREEDMOOR RD RALEIGH NC 27612
GATLA, SRIMANI REDDY              48988 MANNA GRASS TER FREMONT CA 94539-8414
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: BOLEN, PETER M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: BOTTORFF, PAUL A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: DESHPANDE, VYENKATESH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: GARVEY, HOWARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: IVEY, THOMAS JR ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: SHEFFIELD, BEVERLY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
IVEY, THOMAS JR                   3429 MELROSE DR COLUMBUS GA 31906
SHEFFIELD, BEVERLY                3863 LANDSEER DRIVE ARGYLE TX 76226
VONWIN CAPITAL MANAGEMENT, LP     TRANSFEROR: GATLA, SRIMANI REDDY ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016


Total Number of Records Printed    14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006