## Exhibit A

## FIRST DISCOVERY PROTOCOL

Discovery shall proceed at this time pending agreement of the parties or further Order of the Court, as follows:

1. The Debtors are not required to produce any documents that are Patent Related Documentation (as defined in the Asset Sale Agreement). The Requesting Parties must first seek such material from Rockstar.

2. Debtors shall produce the designated portions of the deposition transcripts for the Allocation Litigation taken pursuant to the order approving the Deposition Protocol, for "attorneys' eyes only."

3. Debtors shall produce the Allocation Trial Exhibits, for "attorneys' eyes only."

4. Debtors shall advise the Requesting Parties of the number of "hits" from search terms provided to Debtors.

5. Depositions of inventors and former employees of Debtors who are now employed by Rockstar shall proceed, provided that the party taking the deposition provides Debtors' attorneys with notice both at the time the deposition is first requested and when the deposition is scheduled.