UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| | : | (Jointly Administered) |
| **NORTEL NETWORKS, INC., <u>et</u> <u>al</u>.,**[1] | : | <u>RELATED DI</u>:  14639 |
| | : | <u>Hearing Date</u>: |
| Debtors. | : | January 7, 2015 at 10:00 a.m. |
| | : | <u>Response Deadline</u>: |
| ---------------------------------------------------------------x | | December 5, 2014 at 5:00 p.m. |

**FIRST AMENDED** NOTICE OF MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP AND  MACQUARIE CAPITAL (USA) INC. FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a), 502(c), 521(a), FED. R. BANKR. P. 1009(a) AND L.R. BANKR. P. 1009-2, ESTIMATING NORTEL NETWORKS CAPITAL CORPORATION'S SUPPORT AGREEMENT CLAIM AND DIRECTING NNI TO AMEND ITS SCHEDULES WITH RESPECT TO INTERCOMPANY LOAN CLAIM

PLEASE TAKE NOTICE that SOLUS ALTERNATIVE ASSET MANAGEMENT LP and MACQUARIE CAPITAL (USA) INC. have filed their *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend Its Schedules with Respect to Intercompany Loan Claim*, dated October 27, 2014 (Docket No. 14639) (the "<u>Motion</u>"); and

PLEASE TAKE FURTHER NOTICE that the Motion originally was scheduled for presentment at the hearing on December 4, 2014, with objections due November 17, 2014 (*see* Docket No. 14639-8) (Notice of Motion)); and

---

[1] The debtors in the above-captioned chapter 11 cases (the "<u>Bankruptcy Cases</u>"), along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226) ) (collectively, the "<u>Debtors</u>").

PLEASE TAKE FURTHER NOTICE that the Motion will be presented at the hearing scheduled for January 7, 2015; and

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file an objection (an "Objection") to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 5, 2014 at 5:00 p.m. (ET)** (the "Objection Deadline").  At the same time, you must serve such Objection on undersigned counsel so as to be actually received by the Objection Deadline; and

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion, if necessary, will be held on **January 7, 2015 at 10:00 a.m. (ET)** before The Honorable Kevin Gross, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.  Only parties who have filed a timely Objection will be heard at the hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
November 10, 2014

Respectfully submitted,

 /s/ *Joanne P. Pinckney*
**PINCKNEY, URBAN, WEIDENGER & JOYCE, LLC**
Joanne P. Pinckney, Esq. (DE No. 3344)
1220 Market Street, Suite 950
Wilmington, DE  19801
Telephone: (302) 504-1497
Facsimile: (302) 655-5213
jpinckney@pwujlaw.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Daniel Holzman, Esq.
Kate Scherling, Esq.

2

51 Madison Avenue
New York, New York 10010
(212) 849-7000

*Co-Counsel to Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc.*