## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Monthly Operating Report (Reporting Period July 1, 2014 Through July 31,**

**2014)** was caused to be made on November 10, 2014, in the manner indicated upon the entities

identified below.

Date:  November 10, 2014                    _____/s/ Ann C. Cordo_____
                                                                 Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                 **VIA FIRST CLASS MAIL**

Mark Kenney, Esq.                         Fred S. Hodara, Esq.
Office of the U.S. Trustee                 Akin Gump Strauss Hauer & Feld LLP
844 King Street                            One Bryant Park
Suite 2207, Lockbox 35                     New York, NY  10036
Wilmington, DE  19801-3519                 (Counsel for Official Committee
(Trustee)                                  Of Unsecured Creditors)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)