```
            IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE


IN RE:                     )   Case No. 09-10138(KG)
                           )   (Jointly Administered)
                           )
NORTEL NETWORKS, INC., et al.,)  Chapter 11
                           )
                           )   Courtroom 3
                           )   824 Market Street
           Debtors.        )   Wilmington, Delaware
                           )
                           )   November 4, 2014
                           )   9:30 a.m.



               TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JUDGE KEVIN GROSS
            UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:             Morris Nichols Arsht & Tunnell, LLP
                         BY: DEREK C. ABBOTT, ESQ.
                         BY: ANN C. CORDO, ESQ.
                         1201 North Market St., 18th Floor
                         Wilmington, DE  19899-1347
                         302-351-9200

                         Cleary Gottlieb Steen & Hamilton
                         BY: JAMES BROMLEY, ESQ.
                         BY: LISA M. SCHWEITZER, ESQ.
                         BY: RUSSELL ECKENROD, ESQ.
                         BY: MARGOT A. GIANIS, ESQ.
                         BY: BRENT TUNIS, ESQ.
                         One Liberty Plaza
                         New York, NY  10006
                         212-225-2000

ECRO:                    GINGER MACE

Transcription Service:   DIAZ DATA SERVICES, LLC
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For the Monitor:                    Buchanan Ingersoll & Rooney,PC
                                    BY: KATHLEEN A. MURPHY, ESQ.
                                    1105 N. Market St., Ste. 1900
                                    Wilmington, DE  19801-1054
                                    (302) 552-4214

                                    Allen & Overy
                                    BY: KEN COLEMAN, ESQ.
                                    BY: JACOB PULTMAN, ESQ.
                                    BY: BRADLEY PENSYL, ESQ.
                                    1221 Avenue of the Americas
                                    New York, NY  10020
                                    (212) 610-6300

For Ad Hoc Bondholder
Group:                              Milbank Tweed Hadley & McCloy
                                    BY: DENNIS DUNNE, ESQ.
                                    BY: ANDREW LEBLANC, ESQ.
                                    BY: NICK BASSETT, ESQ.
                                    One Chase Manhattan Plaza
                                    New York, NY  10005
                                    (212) 530-5000

                                    Pachulski Stang Ziehl & Jones
                                    BY: PETER KEANE, ESQ.
                                    919 N. Market St., 17th Floor
                                    Wilmington, DE  19801
                                    (302) 652-4100

For EMEA Debtors:                   Hughes Hubbard & Reed LLP
                                    BY: CHARLES HUBERTY, ESQ.
                                    One Battery Park Plaza
                                    New York, NY  10005
                                    (212) 837-6000

                                    Young Conaway Stargatt &
                                    Taylor
                                    BY: JAIME LUTON CHAPMAN, ESQ.
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, DE  19801
                                    (302) 571-6000

APPEARANCES:
(Continued)

For Wilmington Trust:            Katten Muchin Rosenman, LLP
                                 BY: DAVID CRICHLOW, ESQ.
                                 575 Madison Avenue
                                 New York, NY
                                 (212) 940-8800

For Official Creditor's
Committee:                       Akin Gump Strauss Hauer & Feld
                                 BY: ABID QURESHI, ESQ.
                                 BY: FRED HODARA, ESQ.
                                 BY: DAVID BOTTER, ESQ.
                                 BY: ANNE EVANS, ESQ.
                                 One Bryant Park
                                 Bank of America Tower
                                 New York, NY  10036
                                 212-872-1000

                                 Richards Layton & Finger
                                 BY: CHRIS SAMIS, ESQ.
                                 One Rodney Square
                                 920 North King Street
                                 Wilmington, DE  19801
                                 (302) 651-7700

For Law Debenture:               Patterson Belknap Webb & Tyler
                                 BY: DANIEL A. LOWENTHAL, ESQ.
                                 1133 Avenue of the Americas
                                 New York, NY  10036
                                 212-336-2720

                                 Morris James LLP
                                 BY: STEPHEN M. MILLER, ESQ.
                                 500 Delaware Avenue, Ste. 1500
                                 Wilmington, DE  19801-1494
                                 (302) 888-6853

For The Bank of New York
Mellon:                          Vedder Price
                                 BY: MICHAEL RIELA, ESQ.
                                 1633 Broadway, 47th Floor
                                 New York, NY  10019
                                 (212) 407-7700

APPEARANCES:
(Continued)

For Solus Alternative
Asset Management:                  Quinn Emanuel Urquhart &
                                   Sullivan
                                   BY: JAMES TECCE, ESQ.
                                   51 Madison Avenue, 22nd Floor
                                   New York, NY  10010
                                   (212) 849-7000


                                   Pinckney Weidinger Urban &
                                   Joyce, LLC
                                   BY: JOANNE PINCKNEY, ESQ.
                                   1220 N. Market St., Ste. 950
                                   Wilmington, DE  19801
                                   (302) 504-1497

For UK Pension Claimants:          Bayard, PA
                                   BY: JUSTIN R. ALBERTO, ESQ.
                                   222 Delaware Ave., Ste. 900
                                   Wilmington DE  19899
                                   (302) 429-4226


                                   Willkie Farr & Gallagher, LLP
                                   BY: BRIAN O'CONNOR, ESQ.
                                   787 Seventh Avenue
                                   New York, NY  10019-6099
                                   (212) 728-8000

TELEPHONIC APPEARANCES:

For Nortel Networks UK
Pension Trust:                     Hogan & Lovells US LLP
                                   BY: ANGELA DIMSDALE-GILL, ESQ.
                                   212-728-3135


                                   Thornton Grout Finnigan LLP
                                   BY: D.J. MILLER, ESQ.
                                   416-304-0559


                                   Willkie Farr & Gallagher, LLP
                                   BY: SAMEER ADVANI, ESQ.
                                   (212) 728-3593

For Trustee, UK Pension
Plan:                              Hogan & Lovells US LLP
                                   BY: MATTHEW BULLEN, ESQ.
                                   (212) 728-8881

TELEPHONIC APPEARANCES:
(Continued)

For UK Pension Claimants:        Thornton Grout Finnigan, LLP
                                 BY: MICHAEL S. SHAKRA, ESQ.
                                 (416) 304-0332

For Monitor, Ernst & Young:      Allen & Overy, LLP
                                 BY: JOSEPH BADKE-BERKOW, ESQ.
                                 BY: DANIEL GUYDER, ESQ.
                                 BY: LAURA HALL, ESQ.
                                 BY: JOHN KIBLER, ESQ.
                                 BY: MARK NIXDORF, ESQ.
                                 212-610-6300

For Former Employees of
Nortel (Canada):                 Koskie Minsky, LLP
                                 BY: BARBARA WALANCIK, ESQ.
                                 (416) 542-6288

For Official Committee of
Unsecured Creditors:             Akin Gump Strauss Hauer & Feld
                                 BY: MATTHEW FAGEN, ESQ.
                                 212-872-1000

For Joint Administrators:        Herbert Smith
                                 BY: JOHN WHITEOAK, ESQ.
                                 302-571-6710

For Ad Hoc Committee of
Bondholders:                     Milbank Tweed Hadley & McCloy
                                 BY: THOMAS MATZ, ESQ.
                                 212-530-5000

For Michael J. Wunder:           Cassels Brock & Blackwell, LLP
                                 BY: MICHAEL J. WUNDER, ESQ.
                                 416-860-6484

For Davidson Kempner:            DK Partners
                                 BY: EPHRAIM DIAMOND
                                 (646) 282-5841

For Nortel Continuing
Employees:                       Shibley Righton, LLC
                                 BY: ARTHUR JACQUES
                                 (416) 214-5213

TELEPHONIC APPEARANCES
(Continued)

For Creditor:                   Credit Suisse
                                BY: MANAS BABBILI
                                (212) 538-5918

                                Silver Point Capital
                                BY: MATTHEW EHMER
                                (203) 542-4219

                                Halcyon Asset Management
                                BY: ANDREW G. FRIEDMAN
                                (212) 303-9444

                                Regiment Capital Advisors
                                BY: WEI WANG
                                (617) 488-1647

For Interested Party:           River Birch Capital, LLC
                                BY: BAFFOUR ABEDI
                                (646) 699-3751

                                Jefferies & Company
                                BY: CHETAN BANSAL
                                (203) 708-5992

                                Bank of America
                                BY: ESTHER CHUNG
                                646-855-6705

                                CitiGroup
                                BY: JOSH W. BRANT
                                212-723-1584

                                Stone Lion Capital Partners
                                BY: JUSTIN BRASS
                                212-843-1246

                                Dow Jones & Company
                                BY: PEG A. BRICKLEY, ESQ.
                                215-462-0953

                                Reorg Research, Inc.
                                BY: KENT COLLIER
                                212-257-4383

TELEPHONIC APPEARANCES:
(Continued)

For Interested Party:          Southpaw Asset Management
                               BY: ANDREW M. THAU
                               203-862-6231

                               DebtWire
                               BY: JON R. BERKE
                               (646) 378-3108

                               HBK Capital Management
                               BY: ERIC BILMES
                               (212) 588-5115

                               Napier Park Global Capital
                               BY: JAMES J. DUPLESSIE
                               (212) 235-0735

                               GMO
                               BY: JEFFREY FRIEDMAN
                               (617) 790-50804

                               Contrarian Capital Management
                               BY: KIMBERLY B. GAINES
                               (203) 862-8250

                               Barclays, PLC
                               BY: ERIC M. MASON
                               (212) 412-6772

                               Kamunting Street Capital
                               BY: JACK MUI
                               (203) 541-4268

                               Perry Capital
                               BY: RICHARD PAIGE
                               (212) 583-4000

                               USB Securities, LLC
                               BY: DENNIS RUGGERE
                               (203) 719-7875

                               Intermarket Corporation
                               BY: WILLIAM SCHATZ
                               (212) 593-1550

TELEPHONIC APPEARANCES:
(Continued)

For Interested Party:          Candlewood Investment Group
                               BY: AADEL SHAABAN
                               (212) 491-4490

                               CRT CAPITAL GROUP, LLC
                               BY: KEVIN J. STARKE
                               (203) 569-6421

                               Deutsche Bank Securities, Inc.
                               BY: SANDEEP TICKOO
                               (212) 250-6785

                               Aurelius Capital Management LP
                               BY: MATTHEW ZLOTO
                               (646) 445-6518

For Non-Party:                 Brigade Capital Management
                               BY: DAVID YOU
                               212-745-970

1

1    WILMINGTON, DELAWARE, TUESDAY, NOVEMBER 4, 2014, 9:50 A.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good morning, everyone.  Please be

4    seated.  It remains a pleasure to see you all.  Good

5    morning, Mr. Abbott.

6              MR. ABBOTT:  It seems like so long since we've

7    been together, Your Honor.

8                        (Laughter)

9              THE COURT:  Yes.

10             MR. ABBOTT:  Your Honor, Derek Abbott from Morris

11   Nichols here for the U.S. Debtors.  Your Honor, this is the

12   day the Court set for the 9019 Motion regarding Post-

13   Petition Interests.  The parties have discussed an approach

14   and --

15             THE COURT:  Good.

16             MR. ABBOTT:  -- if it's acceptable to the Court,

17   we would propose after one preliminary matter about

18   exhibits, to simply go right to the first witness and then

19   pickup after all the witnesses with closing at the end --

20             THE COURT:  I think that would be well.

21             MR. ABBOTT:  -- or excuse me, with closing

22   arguments, but --

23             THE COURT:  I hope this will not be a problem,

24   but I have had a matter come up that would need me to have a

25   hard stop at 5:00.

1          MR. ABBOTT:  We're all hoping to be out of here

2    long before that, Your Honor.

3          THE COURT:  All right, all right.  And if not,

4    we'll talk about what we do about it later.

5          MR. ABBOTT:  Yes, Your Honor.  Your Honor, with

6    respect to the exhibits, I'm sure you've seen a large set of

7    binders come your way.

8          THE COURT:  Yes.

9          MR. ABBOTT:  And, Your Honor, with a handful of

10   exceptions, the Monitor's counsel and the U.S. Debtors, and

11   the Bondholder's counsel have agreed that they are authentic

12   and admissible.  They are a handful of exceptions to that,

13   Your Honor.  I'm not sure you need to write this down now,

14   but Items No. 105, 106, and 107 in those binders are

15   deposition transcripts that will be not be evidence.  Items

16   No. 120, 122, 123, 124, 125, and 126 are items that were

17   marked by the Debtors, but the parties are in disagreement

18   about whether those come in.  The same is true with respect

19   to Items 227 and 237.  Those items were marked by the

20   Monitor, Your Honor.  227 was not on Exhibit B to Mr.

21   Wertheim's report.  We, obviously, haven't had a chance to

22   cross examine him about that.  And so, we have an issue with

23   whether that is -- should properly be admitted, Your Honor.

24   The same with -- and 237, similarly, is not a self-

25   authenticating document and we'd ask that that not come in.

1  But I don't know if Your Honor wants to hear any further

2  discussion from Mr. Pultman or just discuss that when they

3  arrive in the course of the hearing, Your Honor.

4           THE COURT:  It's always a little difficult to

5  make a ruling such as this out of context, but Mr. Pultman,

6  yes?

7           MR. PULTMAN:  And we agree completely, Your

8  Honor.  Context is critical for the documents in question.

9  To the extent that the issue comes up, we can have that

10  debate at that time.

11          THE COURT:  All right, very well, let's do that.

12          MR. PULTMAN:  Thank you.

13          THE COURT:  Good morning, Mr. Pultman.  Good to

14  see you, sir.

15          MR. PULTMAN:  Good morning, Your Honor.

16          THE COURT:  All right.  Ms. Schweitzer, good

17  morning.

18          MS. SCHWEITZER:  Good morning.

19          COURT REPORTER:  Your Honor, before we

20  continue --

21          THE COURT:  Oh, yes.

22          COURT REPORTER:  -- can I have just one minute?

23  I forgot to --

24          THE COURT:  Of course.  You bet you can.

25          COURT REPORTER:  -- check one thing here.  Thank

1   you, sir.

2            THE COURT:  Take your time, and thank you.  And I

3   apologize for not reaching out to you last evening, Ms.

4   Marino.

5            MS. SCHWEITZER:  So the U.S. Debtors are going to

6   call as our first witness --

7            COURT REPORTER:  Excuse me, Ms. Schweitzer --

8            MS. SCHWEITZER:  Oh, I'm sorry.

9            COURT REPORTER:  -- let me go on the record.

10  That's okay.

11           MS. SCHWEITZER:  That's fine.  Your Honor, I

12  would use this an opportunity to talk football, but after

13  last night's game, we're not talking football today.

14                        (Laughter)

15           THE COURT:  No, not you New Yorkers are not, but

16  the -- we Philadelphia fans are ready to talk.

17                        (Laughter)

18           MS. SCHWEITZER:  It was a rough day for the

19  Philly quarterback, yeah.

20           THE COURT:  Yes, it is.  But you know, things are

21  tough in New York between the Giants and the Jets.

22           MS. SCHWEITZER:  They are, they are.  You have a

23  whole room of people that will agree with you for the first

24  time in a long time.

25                        (Laughter)

1              THE COURT:  Yes, yes.

2              MS. SCHWEITZER:  Especially after the

3    Yankees/Mets season, you know?  That's been --

4              THE COURT:  Oh, I know.

5              MS. SCHWEITZER:  The Rangers are going to have to

6    pull through for us, so.

7              THE COURT:  Mr. Hodara is ready for that to

8    happen.

9                        (Laughter)

10             COURT REPORTER:  Okay, thank you, Your Honor.

11             THE COURT:  You're all right, Ms. Marino?

12             COURT REPORTER:  Yes, I am.

13             THE COURT:  All right, we're ready to proceed.

14   Thank you, Ms. Schweitzer.

15             MS. SCHWEITZER:  Sure, Your Honor.  Lisa

16   Schweitzer from Cleary Gottlieb for the U.S. Debtors.

17             THE COURT:  Yes.

18             MS. SCHWEITZER:  Your Honor, this morning, we

19   will be calling two witnesses in support of the Debtors'

20   Motion.  the first is Mr. John Ray, the Principal Officer of

21   the U.S. Debtors.  And the second is Mr. Michael Katzenstein

22   who will be examined by the counsel for the Bondholders --

23             THE COURT:  Yes.

24             MS. SCHWEITZER:  -- but we're offering as our

25   witness as well.  So Mr. Ray is on the stand.  I believe he

1    needs to be sworn in.

2            THE COURT:  Yes, Mr. Ray, if you will just stand

3    to be sworn, sir, thank you.

4                JOHN RAY, DEBTORS' WITNESS, SWORN

5            THE COURT:  Thank you, Mr. Ray, good morning to

6    you.

7            MR. RAY:  Good morning, Your Honor.

8                    DIRECT EXAMINATION

9    BY MS. SCHWEITZER:

10   Q    Mr. Ray, to start, can you briefly explain your role

11   and responsibilities in the Debtors' Chapter 11 proceedings?

12   A    Yes.  I'm the Principal Officer of Nortel Networks,

13   the U.S. estate.  My role is broadly to oversee the

14   administration of the Chapter 11 estate of the U.S. Debtor.

15   My responsibilities include overseeing the administration of

16   the cases, all the Chapter 11 responsibilities in terms of

17   reporting and managing the assets, the employees, related to

18   the estate, as well as, reconciling and administering the

19   claims related to the estate.  And I've been directly

20   involved with claim settlements over the period since my

21   appointment in the cases, which was roughly, January of 2010

22   through today.  And I've been involved in all of the, you

23   know, the material settlements of claims involved in the

24   case, including the settlement of the UK claims against the

25   U.S. estate, which I've principally negotiated. I've also --

1  was involved in the negotiation and settlement of other

2  large claims.  I've been involved in both the LTD and the

3  Retiree medical settlements.  For example, the forth estate

4  settlement, and I've been involved in the allocation matter

5  since the original mediation.  I've participated in all of

6  the mediations.  I've participated in numerous discussions,

7  both formal, informal by way of mediation and discussions

8  with various estates over the course of, you know, the

9  roughly five years.  So I'm familiar with all the positions

10 of the parties.  I've reviewed and approved all of the

11 pleadings, and the motions, and the briefs and discussed

12 with counsel all the matters involved in the allocation and

13 the trial.  So a fairly comprehensive role, relative to the

14 administration of the estate.

15 Q    And we'll go through in more detail the history of the

16 post-petition interest settlement, but can you first

17 describe generally, what your role was with respect to the

18 PPI settlement?

19 A    Yes.  I was the principal negotiator of the settlement

20 on behalf of the U.S. estate.  I was involved in negotiating

21 with a counterparty of the Bonds.  I reviewed draft term

22 sheets, you know, commented on those through counsel.  And,

23 you know, ultimately approved the execution of the

24 settlement.

25 Q    And can you generally describe the course of the

1  negotiations that took place with respect to the Settlement

2  Agreement?

3  A    Yes.  The initial involvement occurred through the

4  counsel.  Milbank had reached out to Cleary Gottlieb to

5  broach the topic of a settlement of the PPI dispute in mid-

6  June of this year.  The conversations were ongoing for a few

7  weeks and then ultimately, on or about July 14, things

8  started to sort of heat up in terms of active, vigorous

9  discussions with the Bonds.  And we, ultimately, met on the

10  15th to have an in person negotiation over the PPI number on

11  our behalf.  There was numerous parties that were involved

12  in it.  The meeting took place at Cleary Gottlieb on behalf

13  of the U.S. estate.  We were represented by Morris Nichols

14  and Cleary Gottlieb, Chilmark was also -- was our financial

15  advisor, was there present.  And we met with Milbank, as

16  well as, FTI and had a, you know, several-hour meeting at

17  which we discussed the potential to settle the PPI matter.

18  That was really, sort of the beginning of, you know, a

19  vigorous discussion that we had, you know, over roughly a

20  10-day period, culminating in the ultimate resolution of

21  settlement and execution of the Settlement Agreement on or

22  about July 24 of this year.  The conversations, you know,

23  principally, happened by phone from after the initial

24  meeting.  We had had enough ground work and foundation for

25  the discussions.  And everybody at the table, of course, had

1   been involved in this estate for five years, so people were

2   very familiar with all of the issues.  And so, it moved very

3   fluidly after the initial meeting.  And there was, you know,

4   many, you know, calls that were had.  I didn't participate

5   in all of the calls.  There was calls between, you know,

6   Cleary, and Milbank, and Chilmark, and FTI.  I participated,

7   certainly, in a number of them related to key points related

8   to the settlement.  And there was a give-and-take throughout

9   the course of a 10-day period that I could certainly

10  articulate, if you wish, but that ultimately ended up in the

11  settlement that we reached on July 24.

12  Q     And with respect to the give-and-take, can you go

13  through some of the give-and-take in negotiation that

14  occurred with respect to the economics of the Settlement

15  Agreement?

16  A     Yes.  The understanding, the common premise that we

17  were all working off of was that the interest that had

18  accrued on the bonds, you know, putting aside, you know,

19  contractual rights to make whole, et cetera, as of June of

20  that year was approximately a billion 650, $1.65 billion

21  dollars.  And certainly, you know, pleadings in this case

22  have, you know, recognized -- the Canadian's recognized that

23  the number was that high.  I don't think there was any

24  dispute about what had accrued at that point, but that was

25  the common reference point.  We got a proposal, initially,

1   from the Bonds to take the 70 percent of their contract

2   rate.  In other words, 30 percent less than the billion 650.

3   Our counter to that was a 30 percent number.  Over the

4   course of the day, we traded proposals.  At the conclusion

5   of the negotiation session, we were at a sort of 60 percent,

6   60/40 split, if you will, on the PPI number.  In other

7   words, they would take 60 percent of the billion 650.  We

8   couldn't make any more progress that day and we both, you

9   know, agreed there was still some more work to be done.

10  Q     When you're saying that day, what day are you

11  referring to?

12  A     This is the 15th, I believe, of July.  So we left the

13  in person meeting with a, if you will, an impasse at their

14  number of --

15            COURT REPORTER:  I'm sorry, with a --

16            MR. RAY:  Impasse at their number at 60 percent.

17  Conversations, you know, continued.  We agreed to have

18  continued conversations.  And in the sort of continuum of

19  time between the 15th of July and the 24th, there was a, you

20  know, a further, you know, bid/ask that had reduced the

21  number down to 55 percent.  That number was, you know, quite

22  frankly, you know, a bit higher than we were pushing for,

23  but you know, we continued to try to push to get a lower

24  number.  The one thing that we came back with when we

25  thought we could not get sort of further, you know, further,

1  you know, directionally, a reduced number off the

2  percentage, you know, we insisted that, you know, that the

3  interest, the accrual be capped.  So not just to simply take

4  a discount, we insisted on a cap, a full cap that would be

5  the maximum amount of PPI.  The reaction to that was not

6  positive.  The Bonds wanted continual accrual because over

7  time, obviously, the time value of money, they would get

8  less and less value.  We, ultimately, came up with, I think,

9  a unique solution, which was to allow the continued accrual

10 for a period of to one year at a reduced contractual rate of

11 3.5 percent, which would have, you know, at the full amount

12 of undistributed bonds, would yield approximately $134

13 million of potential continued accrual, but ultimately, the

14 rate would be capped and any make wholes entitlements would,

15 you know, would be within that cap.  So those were sort of

16 key concessions that allowed us to agree to the 55 percent.

17 So that's how we ended up, you know, deriving those numbers.

18 BY MS. SCHWEITZER:

19 Q     And you've just reviewed the economics of the

20 settlement.  Were there give-and-take regarding the draft of

21 the Settlement Agreement?

22 A     There was various drafts that went back and forth.

23 You know, we ultimately converted from a percentage to a

24 stated dollar amount.  People, at least in terms of

25 drafting, we didn't want sort of any dispute or argument

1   about how you, you know, what the, you know, the calculation

2   might yield, so we ended up with a specific dollar amount.

3   We thought that was sort of a safer approach.  At some

4   point, in the timeline, I'd say roughly either the 21st or

5   22nd, there was a development under which the NNCC Bonds

6   decided --

7           COURT REPORTER:  The -- I'm sorry, the NCC Bonds?

8           MR. RAY:  NNCC Bonds decided that they did not

9   want their bonds to be part of the settlement.  I had a

10  conversation with Solus and with Milbank about it.  I talked

11  to Solus who is the holder of a percentage of those bonds.

12  We didn't get into the substance of the settlement, but

13  without knowing its terms, that we'd finally end up, just at

14  sort of a philosophical level.  Solus decided that while

15  they were sort of supportive of any settlement related to

16  PPI generally, they have unique issues related to their

17  bonds.  They did not want to settle their issues in

18  piecemeal and wanted a holistic resolution of their matters.

19  It was a very amicable discussion.  And, quite frankly,

20  understandable, in the context of their unique issues.  So

21  they were removed from the settlement, which then, you know,

22  reduced the face dollar amount of the settlement to the

23  number that now appears in the Settlement Agreement, which I

24  believe is 876.  So ultimately, that was a change that was

25  made.  There was other give-and-takes that were -- that

1  happened, you know, the Indenture Trustees commented on the

2  settlement.  They requested, and we ultimately provided, an

3  indemnity for their costs related to completion of the

4  settlement.  It was capped at $6 million, but it provides

5  for certain cost reimbursement to the Indenture Trustees --

6                    COURT REPORTER:  It provides for?

7                    MR. RAY:  Certain cost reimbursement for the

8  Indenture Trustees.  There was further, you know, there was

9  clarifications and other changes that were made, you know,

10  to the document.  You know, clarifications related to the

11  make whole and other contractual entitlements that were

12  tucked into the cap, so that those entitlements would not be

13  in excess or outside of the cap.  There was other

14  discussions and negotiations that occurred that ultimately

15  resulted in provisions related to the Unsecured Creditors.

16  The Unsecured Creditors, relative to their PPI entitlement,

17  completely reserved their rights related to their

18  entitlement.  That was something that was certainly

19  acceptable to us and we discussed it with -- at some point,

20  with the Committee.  And ultimately, the Committee never

21  objected to that approach.  We also had discussions about,

22  you know, leaving open the -- how the Bonds themselves sort

23  of on a intra-creditor basis would share in the PPI amounts.

24  So those issues were sort of left open intentionally in the

25  Settlement Agreement, but that was -- those are matters for

1  discussion.  And I think that, you know, fills out the sort

2  of the material terms and conditions of the Settlement

3  Agreement that were embodied in the final document.

4  BY MS. SCHWEITZER:

5  Q    And you have on the ledge next to you, a document

6  that's been marked as Exhibit 67, which is the motion, the

7  Notice of Motion and the motions that were filed to prove

8  the PPI settlement.  Do you have that in front of you?

9  A    Yes, I do.

10  Q    And there's a flag on page, what's labeled on the top

11  243.  That's the agreement settling the NNI post-petition

12  interest dispute and related matters, which is Exhibit B to

13  the motion.  Do you see that?

14  A    Yes, I do.

15  Q    And is that the Settlement Agreement that was finally

16  reached?

17  A    Yes, it is.

18  Q    And that contains the terms that you discussed and the

19  concessions that you went through?

20  A    Yes, yes it does.

21  Q    Okay.  And just so it's clear, what was exactly the

22  agreement on the final economics regarding the amount of

23  post-petition interest that could be payable to the Bonds?

24  A    The PPI settlement amount is $876 million plus and

25  additional amount equal to 3.5 percent times whatever

1   outstanding balance of the guaranteed bonds, the guaranteed

2   bonds, you know, defined in the document to exclude the NNCC

3   bonds up to a maximum of $134 million.  And that accrual

4   would continue from July 1, 2014 until the earlier of June

5   30, 2015 or the date of final distribution on the guaranteed

6   bonds.  And just for, you know, for the avoidance of doubt,

7   there was an absolute cap put on the PPI settlement amount

8   of 1.01 billion, as of June 30, 2015, which is effectively

9   aggregating the $876, plus the potential for the $134

10  million.

11  Q    And the $1.01 billion cap on distributions with

12  respect to post-petition interest would apply even if

13  distributions were made later than June of 2015?

14  A    Yes, that's true and correct.  So effectively, it

15  stops, you know, any further accrual, and the bond interest

16  at that point is stagnant.

17  Q    Okay.  Can you briefly explain to the Court, the

18  reasons you concluded that entering into the Settlement

19  Agreement was beneficial to the Debtors?

20  A    Yes.  You know, as I indicated, you know, I've been

21  involved with the estate now for five years.  I'm very

22  familiar with all of the discussions, and filings, and

23  briefings that have occurred in the estate for the last five

24  years.  The Canadian estate had taken the position that PPI

25  was an impediment to progress in these cases relative to

1  settlement.  I had been, you know, extraordinarily

2  frustrated, as many people have, with the progress of our

3  ability to settle the matter.  And so, I welcomed, you know,

4  the notion that we could sit down with the Bonds and

5  potentially settle what was described as sort of the single

6  largest impediment to further progress towards an ultimate

7  resolution of these cases.  So to us, to the U.S. estate, if

8  we could achieve that and end up with a settlement, which,

9  you know, in certainly of the eyes of some, that were the

10  chief impediment to progress, that was the single most

11  valuable matter that I thought that we could achieve.  And,

12  you know, I think every sort of, you know, kind of big

13  victory starts with sort of single step and single piece of

14  progress.  And every time we've gone to settle matters in

15  the cases, there's always a reason or a thing that, you

16  know, that you don't settle because there's some other thing

17  connected to it and people get completely bogged down in

18  ultimate resolutions.  And so I, you know, I quite honestly

19  grabbed, with a lot of zeal, the idea that I could, you

20  know, settle something that the -- not that our side, but

21  that the other side of this equation felt was a major

22  impediment.  And if I could solve that issue and this could

23  be the framework and the ground, you know, the ground for a

24  further resolution here, by God, I was going to get it done.

25  Q    Okay.  And did you see any benefits to the Debtors or

1    their estates to settling the issue rather than letting it

2    be resolved by full and final litigation?

3    A    Well, look, I think the litigation path has been

4    explored in any -- in many ways in this estate.  It's not

5    been beneficial.  It's been costly to all the estates.  It's

6    not been productive, ultimately, to a final resolution.  And

7    so I think the progress that I've seen that has been made in

8    these cases is where, you know, parties can, you know,

9    resolve a single issue.  We made great strides in settling

10   the UK claims.  There was a lot of obstacles that were in

11   front of us when we settled the UK estate claims.  Those

12   were massive claims in the billions of dollars.  And that

13   was extremely valuable to the U.S. estate to get that

14   settlement done.  And it was -- and I -- at the time that I

15   took on the responsibility to get the PPI settled, it was

16   very much in my mind, that the success we had achieved in

17   the settlement of the UK estate.  They're a small team of

18   us, you know, Mr. Bromley and myself, and a person from

19   Chilmark, Mike Kennedy, and Matt Rosenberg at the time,

20   literally flew over to the UK and in a 24-hour period, had a

21   principle resolution of with a similar number of people on

22   the other side.  And within -- it was within a similar

23   period or less, 10 days, we had a settlement and it was a

24   very targeted negotiation with a handful of people.  It was

25   very successful.  And, you know, off of that, you know,

1  relatively recent history and our success there, it just

2  struck me that a similar approach to this matter where we

3  were sort of, you know, biting off a piece of this thing

4  that wasn't more than we could chew, and trying to get a

5  resolution of it with a relatively stealth team of people

6  was kind of the way to go.  And that's approach that we took

7  and why it ultimately led, I think, to a successful approach

8  here.

9  Q    When you're referring to the UK settlements, you're

10 referring to the settlements with NNUK or the EMEA Debtors

11 on the one hand and the UK Pension parties as well?

12 A    Yes, yes, I am.

13 Q    And in the course of the negotiations with the

14 Bondholders, or in deciding to pursue a settlement, did you

15 form a view regarding the Bondholders' legal entitlement to

16 post-petition interest?

17 A    I have formed a view.  I had, of course, you know,

18 read everyone's, you know, papers in this case.  It was

19 extensively briefed.  I mean, the briefs were very vigorous,

20 polar opposite, and very informative of the different

21 parties' positions.  Not only, you know, was the substance

22 important to sort of understand, but it was clear to me at

23 the time, also my state of mind at the time was that parties

24 had so vigorously, you know, pursued those positions that

25 this was, you know, litigation that I could see that people

1   were so far apart on, relative to their briefs, that there

2   seemingly was no common ground.  But I was fully informed

3   about the issues and had read all of the briefs.  In

4   addition, you know, as Your Honor might know, I was at the

5   same time a CRO, Overseas Shipping Group, a case here in

6   this -- not this courtroom, but in front of Judge Walsh.  In

7   that case, we had also encountered the issue of post-

8   petition interest.  In that case, we paid not just post-

9   petition interest, but we paid default interest to

10  creditors, to the Bondholders there.

11          COURT REPORTER:  To the Bondholders?

12          MR. RAY:  In that case, in the OSG case.  We paid

13  default rate interest and at the insistence of Wilmington

14  Trust, actually paid, you know, interest on interest on a

15  bond that didn't specify interest on interest.  It was an

16  ultimate ruling that occurred in front of Judge Walsh.  They

17  were successful in pleading their case for interest on

18  interest effectively, a daily accrual basis, so --

19          COURT REPORTER:  And effectively a?

20          MR. RAY:  Daily accrual basis.

21          COURT REPORTER:  Accrual basis, thanks.

22          MR. RAY:  So I had, you know, lots of experience

23  in terms of the arguments in that case as well.  So very

24  fully informed about and aware of the issues.  I personally

25  am of the view that if you've got a contract, that you

1  should be paid your contractual rate.  Having said that, you

2  know, my job here at the estate is to balance all the

3  creditor interests, all the equity interests, and it wasn't

4  satisfactory to me to concede that contractual rate with the

5  Bonds.  You know, my job was to see if I could, you know,

6  get to a number that was a substantial compromise of that

7  contractual rate.  Because again, my interest is to take

8  into consideration the entire capital structure, which is

9  what I did.  You know, arguments were made strongly on both

10 sides.  And it's the perfect climate environment for a

11 settlement where, frankly, you know, neither party is

12 completely happy with the ultimate results.

13 BY MS. SCHWEITZER:

14 Q    I think you touched on this a little bit earlier, but

15 can you explain the reason that you ultimately negotiated

16 the cap on the post-petition interest accrual in addition to

17 just being an economic point?

18 A    You know, I -- the number was, you know, if you let it

19 accrue, it accrued at $1 million, you know, a day,

20 effectively.  So it's a very, you know, large number.  I

21 wanted absolute certainty in terms of what the dollar amount

22 would be.  And to me, it was important to kind of lock down

23 that number.  And so, you know, getting that certainty was

24 sort of paramount to the overall settlement.

25 Q    And you had mentioned before that there's a series of

1  bonds that you referred to as NNCC bonds or Nortel Networks

2  Capital Corporation bonds that were not included in the

3  settlement.  Do you know the face amount of that bond

4  issuance?

5  A    That's $150 million.

6  Q    And you had mentioned that the NNCC Bondholders asked

7  to not be included in the settlement.  How did you come to

8  the conclusion that it was in the best interest to leave

9  them to the side?

10  A    Well, the overall, you know, bond claims including the

11  NNCC bonds were also set under the settlement, which is

12  another benefit of the settlement.  At that point in time,

13  the actual claim amount had not been set relative to the

14  bonds and so the overall bonds were set at a little over

15  $3.9 billion.  While it would have been a nice goal to get

16  the NNCC bonds tucked into that, I wasn't going to let $150

17  million issue stand in the way of resolving the PPI amount

18  for nearly $4 billion of bonds.  Again, it's another example

19  of one of these, you know, some issue being the thing that

20  stops you from doing the bigger thing and I wasn't going to

21  let that happen.

22  Q    And did the Debtors enter into negotiations regarding

23  the post-petition interest settlement with other groups or

24  parties in interest other than the Bondholders?

25  A    No, we did not.  Again, my experience, which I alluded

1    to related to the UK estate, was that, you know, dozens and

2    in some cases, more than hundreds of people, you know, kill

3    progress.  Nothing in this estate has happened in a large

4    mass.  And everything that I had achieved in the case,

5    whether that was the settlement of the LTD or the UK estate

6    had been done, you know, in a small group setting.  I knew

7    everyone's positions over five years.  I knew what, you

8    know, the UK estate thought, what the Canada estate thought.

9    I knew what everyone's thoughts were.  I didn't have to go

10   out and poll people about what their views were, I could

11   read about them over a five-year period.  I've been to many

12   meetings to hear what they had to say about it.  So there

13   was no news flashes that were going to happen by reaching

14   out to people.  I knew what their positions were.  I fully

15   took those into consideration when I sat there, but I knew I

16   could get a settlement done, if I could sit down with a

17   small group of people and get that settlement down.  I also

18   knew that people would have a notice and opportunity to be

19   heard.  They've had that.  My phone has not been ringing off

20   the hook since we did this settlement, but it's certainly

21   we've been available if people wanted to discuss the

22   settlement.  But including a large group setting and getting

23   people's views; A, I don't think I needed them, and B, it

24   wouldn't have helped and it probably would have killed the

25   deal.

1    Q      Did you do any financial modeling to assist you in

2    reaching your conclusions with respect to the final terms of

3    the settlement or the give-and-take?

4    A      I did not do any, you know, real financial modeling.

5    You know, I'm certainly aware, as in my position as

6    Principal Officer of the estate, what, you know, the

7    various, you know, assets and liability that are reported by

8    the various estates.  I certainly thought through in my

9    mind, you know, where, you know, where PPI might end up, but

10   I didn't do any, you know, formal modeling.  And at some

11   point, kind of in that thought process, I kind of decided

12   that the real issue here, and the real issue that was in

13   dispute was what is the, you know, what is the rate of

14   interest to be paid.  You know, is that federal judgment

15   rate?  Is that the contract rate?  What is that rate?  And

16   that was the issue, really, that I'm settling.  It wasn't,

17   you know, how much of the $200 million in Asia cash is

18   coming back, or whether or not Ireland and France were going

19   to push money up to the UK?  How much the distributions

20   would be on the $2 billion claim.  It wasn't any of that,

21   right?  That's a whole other thing.  That's called the

22   allocation trial.  And I'm trying to sort of solve one

23   issue, which is, you know, somewhere between these

24   goalposts, the federal judgment rate and the contract rate,

25   I need to come up with a settlement which was a compromise

1    of those two positions and that's the thing I was settling.

2    I could have gone through, I'm sure, and hired some expert

3    and spent a lot of money, you know, figuring out all the

4    variables of assets, and liabilities, and circumstances

5    under which money would have flowed into this estate or that

6    estate, and what that would have yielded in terms of PPI

7    amount.  But at the end of the day, there's so many

8    variables, there's so many outcomes, it's a bit futile.  And

9    frankly, it's not the thing we were trying to settle.  And I

10   didn't want to lose sight of what we were actually trying to

11   accomplish there.  And then, you know, kind of lastly, you

12   know, at the end of the day, if people's positions about PPI

13   are such that they don't believe that there's money

14   available for PPI, it's got its own cap, essentially.  So

15   what I was worried about was a scenario where, you know, all

16   of the, you know, the talking heads and pundits couldn't

17   figure out what the PPI was, it turns out to be, you know, a

18   substantial amount of money.  And because, you know, we

19   couldn't model the right number, we never had a cap, and we

20   couldn't go back on a retroactive basis once we ended up

21   getting the rulings and decide, gee, it would have been nice

22   to have a cap here, we could have saved some money for

23   equity.  So, you know, you got to take into consideration

24   the context of what we were doing.  And I wasn't going to

25   figure out the assets and liabilities of all the estate.

1   When all the music stops, we'll know what that is.  That

2   could be, frankly, not just when the allocation ruling

3   happens, it could be years down the road.  You know, Canada

4   is sitting on IP addresses.  What they sell for three years

5   from now, I don't know.  But at the end of the day, we'll

6   know one thing, which is the agreed upon amount that we've

7   settled on for PPI because that's a known certain thing.

8   And in a world where you can't get certainty, that was the

9   one thing I could get certainty down and lock down that

10  thing, amongst a lot of other variables.  And to me, that

11  was the importance of this thing.  The thing we were

12  settling was the rate of interest on these bonds.

13  Everything else was sort of a moving target and a bit of red

14  herring, frankly.

15  Q     And based on all that analysis, you ultimately

16  concluded that the Settlement Agreement provided value to

17  the Debtors, their estates, and all their parties in

18  interest?

19  A     I did.  I think, again, you know, my big focus here is

20  to, you know, is to take this, what was described as this

21  roadblock or impediment to the overall resolution, and you

22  know, to be a little, you know -- I mean, to take to away,

23  you know, people's excuses to settlement.  So we settled

24  that issue.  You know, over time, it will sell, presumably,

25  would have reduced cost for the global estates for people

1  who are spending money on that issue.  But the big thing for

2  me was to get certainty to take away that issue.  And with

3  that certainty, to lay the groundwork for bigger resolutions

4  of the ultimate matters in this case.  So to me, that was

5  the single, you know, greatest benefit to this was the

6  certainty and the taking away, you know, one more impediment

7  or excuse to ultimately, a conclusion related to this

8  estate, so that's really the directive.

9          MS. SCHWEITZER:  I have no further questions at

10  this time.

11          THE COURT:  All right.  Thank you, Ms.

12  Schweitzer.  Mr. Pultman, welcome back, sir.  Good to see

13  you.

14          MR. PULTMAN:  Thank you, Your Honor.  Good

15  morning, Your Honor.  Jacob Pultman of Allen & Overy.  Good

16  morning, Mr. Ray.

17          MR. RAY:  Good morning.

18                    CROSS EXAMINATION

19  BY MR. PULTMAN:

20  Q    Mr. Ray, you testified that you were involved in

21  negotiating the basic terms of the settlement.  Isn't that

22  right?

23  A    Yes, yes, that's right.

24  Q    And you were the person at NNI who had principal

25  responsibility for that negotiation?

1  A      Yes.

2  Q      Prior to July of 2014, it's fair to say that you had

3  no involvement in negotiating with the Bonds, the resolution

4  of the PPI dispute.

5  A      I had discussions with counsel who had been in contact

6  with the Bonds.

7  Q      Okay.

8  A      So, you know, well, not to minimize that, but I did

9  not have face-to-face meetings with the Bonds before July.

10 Q      You didn't have calls with the Bonds about resolving

11 the PPI prior to the middle of July of 2014.  Isn't that

12 fair?

13 A      I don't recall that I -- I think that's fair to say.

14 I don't recall having a call before July 14 or a meeting

15 with the Bonds. I think all the conversations were

16 exclusively through Cleary, and perhaps maybe, Chilmark.

17 Q      And the first, substantive discussion of settlement

18 that you participated in was the meeting on Tuesday, the

19 15th of July at the Offices at Cleary Gottlieb?

20 A      That was the first in-person meeting, yes.

21 Q      And the first substantive discussion of settlement

22 that you were involved in, took place on that day?

23 A      I guess I -- when you say is the first substantive

24 discussion, I had had conversations with counsel, let my

25 sentiments be known to counsel who conveyed that to Milbank

1  and to FTI.  I believe, I may have had a call even before

2  the in-person on the 15th, with Mr. Dunn to convey, you

3  know, my willingness to sit down.  I think, in fact, Mr.

4  Dunn and I, you know, agreed to the logistics of a meeting

5  on that day.  So I wouldn't sort of describe the first

6  substantive meeting on Tuesday.  It was the first time we

7  met in person would be the 15th.

8  Q    Well, let me make sure I understand your answer.  It's

9  fair to say, is it not, that prior to July 2014, you didn't

10  have discussions with anyone at Milbank relating to a

11  potential PPI settlement?  Isn't that fair?

12  A    No, it's not fair.

13  Q    Okay.

14  A    That's not fair.

15        MR. PULTMAN:  Your Honor, may I approach the

16  witness and hand up his deposition transcript?

17        THE COURT:  Any objection?

18        MS. SCHWEITZER:  No, Your Honor.

19        THE COURT:  All right.  You certainly may.  Ms.

20  Murphy, thank you.

21        MR. PULTMAN:  And Ms. Murphy will hand a copy to

22  Your Honor as well.

23        THE COURT:  Oh, thank you, thank you.  Good

24  morning.

25  BY MR. PULTMAN:

1   Q     And I'll turn your attention to Page 17 of your

2   deposition.  Do you have a copy in hand?

3   A     No, I don't.

4   Q     I'll turn you to Page 16 near the bottom of the page.

5   It's Line 19.  Mr. Ray, do you see the testimony there, the

6   question and answer as follows.  Question:  Prior to July

7   2014, did you have any discussions with anyone at Milbank

8   relating to a potential PPI settlement?  Answer:  No.  Do

9   you see that question and that answer?

10  A     Yes.

11  Q     Was your deposition taken on September 15, 2014,

12  relating to this PPI settlement?

13  A     I'm sorry, repeat your question?

14  Q     Yes.  Was your deposition taken on September 15, 2014

15  with respect to this proposed settlement?

16  A     Yes.

17  Q     And was that question posed and was that answer given?

18  A     Yes.

19         MS. SCHWEITZER:  Your Honor, I don't know if

20  there's a lack of clarity or maybe I'm mishearing things.  I

21  thought the question that was presented to the witness

22  before was whether the first conversation happened on July

23  14, meaning the specific day.  Whereas, this question is

24  relating to the month.

25         THE COURT:  The month.

1          MS. SCHWEITZER:  I don't know if there's

2    confusion to anyone else in the courtroom other than me,

3    although I think there is confusion at counsel's table.

4          MR. PULTMAN:  Your Honor, I don't believe that

5    there's any confusion.  And I think a review of the

6    transcript is very clear.  My question to the witness was

7    prior to July 2014, did you have any conversations with

8    anyone at Milbank?  And the answer that was given moments

9    ago was yes, the answer the answer at the deposition was

10   clearly no.

11         THE COURT:  Well, but I think what Ms. Schweitzer

12   is pointing out is that the question at the deposition was

13   prior to July without a date, a specific date.

14         MR. PULTMAN:  And that was the --

15         THE COURT:  And there are 14 days prior to July

16   14 or 13 days when it might have been.

17         MR. PULTMAN:  And, Your Honor, if you go back not

18   just to the three questions ago, but to the second question,

19   I'm sorry we don't have the running transcript to be able to

20   show the Court, but the specific question I put to the

21   witness was whether, in fact, prior to July of 2014, he had

22   had any conversations with Milbank to which he responded he

23   had.

24         THE COURT:  Yes.

25         MR. PULTMAN:  And now his deposition testimony

1    and testimony says he did not.

2              THE COURT:  Okay.

3              MR. PULTMAN:  It's for that particular piece of

4    impeachment, Your Honor.

5              THE COURT:  Ms. Schweitzer?

6              MS. SCHWEITZER:  Well, you have a live witness

7    here.  I don't know if there's any problem with clarity.

8              MR. RAY:  Yeah, I think I'm sufficiently

9    confused.  Let me restate what happened, and you know.  So

10   in the June time period, I had conversations with Cleary who

11   had had conversations with Milbank about a receptiveness to

12   a PPI settlement.

13             MR. PULTMAN:  Fair to say, Mr. Ray that --

14             MR. RAY:  May I finish?

15             MR. PULTMAN:  Oh, sure.

16             MR. RAY:  In July, the first physical meeting we

17   had was July, I guess, a Tuesday, it would be the July 15th,

18   I believe.  And in July, but before the 15th, I had

19   conversations with Dennis Dunn about sitting down to have

20   that and arranging for that meeting.  And then that's

21   actually want happened, so.

22   BY MR. PULTMAN:

23   Q    And just so I'm clear.  Prior to July of 2014, you did

24   not have any conversations with anyone at Milbank about the

25   proposed PPI settlement?

1    A      That's correct.

2    Q      Now let's turn, if I can, to the conversations that

3    you just referred to on July 15, 2014.  That took place at

4    the Offices of Cleary Gottlieb, that meeting?

5    A      Yes.

6    Q      And before that meeting, did you see a draft term

7    sheet?

8    A      You know, my recollection is a bit foggy of when we

9    got drafts, et cetera, but I believe the first term sheet we

10    saw was at that meeting.

11    Q      You mentioned you had some logistical calls about

12    setting up the meeting with the folks at Milbank.  Is that

13    correct?

14    A      Yes.

15    Q      And you had a conversation with a lawyer at Milbank

16    named Dennis Dunn?

17    A      That's what I said, yes.

18    Q      And Mr. Dunn's counsel to the Bonds?

19    A      Yes, he is.

20    Q      And in the conversation you had with him, did you have

21    your counsel on the phone as well?

22    A      No, I did not.

23    Q      And you were perfectly comfortable having the

24    conversation?

25    A      Apparently.

1  Q      You've known Mr. Dunn for some time?

2  A      About the same time I've known your partner, Dan

3  Guyder, about 15 years.

4  Q      Okay.  So it's fair to say, you've known Mr. Dunn for

5  15 years?

6  A      Yes.

7  Q      And you didn't have any conversations with Mr. Guyder

8  about the proposed PPI settlement, did you?

9  A      No, maybe it would have been productive.

10  Q      At the time of the meeting on the 15th, you were aware

11  that Judge Gross was scheduled to hear argument on the PPI

12  issue on the 25th of July.  Isn't that right?

13  A      Yes.

14  Q      And two days after the meeting on the 15th, on the

15  17th of July, you saw a Draft Settlement Agreement provided

16  by Milbank.

17  A      Yes.

18  Q      And you told us that the main discussion at the

19  meeting related to what percentage of PPI could be settled

20  at.  You talked about a 70 percent demand by the Bonds and

21  an offer of 30 percent from you.  Isn't that right?

22  A      Yes.

23  Q      And it's fair to say that within two days of the

24  meeting on the 15th, you had struck a deal on that

25  particular number what percentage would be and it was 55

1   percent.  Isn't that right?

2   A     Yes.

3   Q     Okay.  Now you had signed the agreement the following

4   the week, the week on the 24th of July?

5   A     Yes.

6   Q     And that was the day before the scheduled argument on

7   the PPI issue?

8   A     Yes.

9   Q     Now you've told us that you did not have the potential

10  outcomes model.  That's what you said on direct.

11  A     Yes.

12  Q     And in negotiating the settlement, you considered the

13  possible maximum surplus of cash available to pay for the

14  settlement, didn't you?

15  A     You know, I gave some thought to, you know, to

16  possibilities and, quite honestly, I could never come to a

17  definitive resolution in my own mind because of the

18  variables, but I certainly considered that there could be

19  some outcomes that where the number was higher or lower than

20  the ultimate settlement amount.

21  Q     Okay.  But in doing that, you considered the benefit

22  to the -- of the settlement to the creditor group as a

23  whole?

24  A     Yes, I did.

25  Q     Okay.  But you didn't consider the cost of litigating

1  the PPI dispute, did you?

2  A     Not NNI's cost, no.

3  Q     Did you consider anyone else's cost in litigating the

4  PPI issue?

5  A     Yes, I -- in sort of a general way.  I don't think

6  that was the principal reason for doing the settlement, but

7  the fact that other people were spending time on something

8  that I could solve, because of reduced, you know, cash in

9  other estates effectively impacts us, I gave it, you know,

10 certainly some consideration, but it wasn't the overwhelming

11 weight of why we did this.

12 Q     Okay.  Well, you say you gave it some consideration.

13 Isn't it fair that you didn't consider the cost or the

14 expense of litigating the PPI dispute?

15 A     That's true.

16 Q     And with respect to the considerations that you

17 engaged in, isn't it fair to say you never got any advice

18 from Cleary about the likelihood of the Bonds obtaining more

19 than the $1.01 billion that you agreed to in this proposed

20 settlement?

21 A     Correct.

22 Q     You never got legal advice from anyone else about that

23 issue, did you?

24 A     No, I did not.

25 Q     Now let's talk about the modeling that you did or

1  didn't do.  You talked about the potential expense of

2  bringing in an expert to provide the types of models that

3  we've been talking about.  Isn't that right?

4  A    That's right.

5  Q    And on direct, you told us that you didn't want to

6  expend money on an expert do that type of work.  Isn't that

7  right?

8  A    Well, the reasons for that were not necessarily driven

9  by the actual dollar amounts it would cost to hire the

10  expert, I thought it was somewhat of a futile exercise.

11  Q    It's fair to say that the U.S. estate had already

12  retained Chilmark to provide financial assistance in

13  connection with this Nortel matter?

14  A    Correct.  The financial consultant for the company is,

15  the U.S. estate is Chilmark.

16  Q    And Chilmark's been retained and been on a retainer

17  for a long time.  Isn't that right?

18  A    Yes.

19  Q    And Mr. Kennedy of Chilmark was involved in connection

20  with negotiating of the settlement, wasn't he?

21  A    Yes, that's right.

22  Q    Does Chilmark get paid on an hourly basis or is there

23  some fixed fee?

24  A    It's a fixed monthly fee.

25  Q    So if you'd had Chilmark do additional work, they

1   wouldn't be paid anymore than they were on a monthly basis.

2   Isn't that right?

3   A      That's right.

4   Q      Okay.  So the $250,000 or so that they get paid

5   monthly, would have covered any modeling work you asked them

6   to do?

7   A      Yes.

8   Q      Do you -- you believe that Chilmark is capable, don't

9   you?

10  A      Exceedingly so.

11  Q      No reason that Chilmark couldn't have been doing the

12  same modeling that say, FTI would have been doing?

13  A      No reason they couldn't.

14  Q      Now in direct, you told you told us about your being

15  the Principal Officer of NNI.  Does NNI have a Board of

16  Directors?

17  A      Yes, it does.

18  Q      And that consists of a single Director?

19  A      Yes, it does.

20  Q      And that's a Mr. Luis Guerra?

21  A      Yes, it is.

22  Q      Fair to say then in connection with the PPI

23  settlement, there was no presentation to the board with

24  respect to the settlement?

25  A      No, there was not.

1   Q       And there was no consultation with the board member

2   about the proposed settlement?

3   A       No, there was not.

4   Q       No board resolutions in lieu of a meeting approving

5   the settlement?

6   A       No, there was not.

7   Q       And it's fair to say you had absolutely no

8   conversations whatsoever with the board member about this

9   proposed settlement?

10  A       That's true.

11  Q       Now you understand that the Board of Directors of NNI

12  has fiduciary duties to all stakeholders, including the

13  equity.  Isn't that right?

14  A       Yes, I do.

15  Q       I want to ask you about conversations that you had

16  with other interested parties about the proposed settlement.

17  Fair to say that over the course of the 10-day period

18  between the 15th of July and the 25th of July, you had

19  multiple conversations with counsel for the Bonds?

20  A       Yes.

21  Q       And you had some meetings with counsel for the Bonds?

22  A       I had a meeting with the counsel to the Bonds.

23  Q       Okay.  Fair to say that you spoke to the people at

24  FTI?

25  A       Yes.

1   Q      And during that 10-day period, you even had

2   consultation with counsel for the Official Committee of

3   Unsecured Creditors.  Isn't that right?

4   A      Consultation, I'm not sure that's a word I'd use.  I

5   had a single conversation with Mr. Hodara about a term in

6   the proposed settlement related to the reimbursement of fees

7   and costs related to the Indenture Trustees.

8   Q      Okay.  So let's see if we can fix a time on that.  Was

9   that conversation on the 18th of July?

10  A      That sounds about right.

11             MR. PULTMAN:  Okay.  Your Honor, if it is okay

12  with the Court, I'd like to use a demonstrative, which is

13  essentially, a blow-up of a calendar of the time period in

14  question.  We've provided copies to counsel.

15             THE COURT:  Any objection, Ms. Schweitzer?

16             MS. SCHWEITZER:  Yes, I don't have an objection,

17  I mean, he'll obviously have to lay the foundation that all

18  of the --

19             THE COURT:  Of course.

20             MS. SCHWEITZER:  -- that the information is

21  correct, but we don't have an objection to him using it.

22             THE COURT:  Okay.

23             MR. PULTMAN:  Mr. Ray, are you able to see that

24  demonstrative?  I can hand up a copy, if that's simpler for

25  you.

1             MR. RAY:  No, I think it's large enough.

2             MR. PULTMAN:  Okay.

3                       (Laughter)

4             MR. PULTMAN:  And Mr. Ray, I'm correct that the

5    14th of July, a draft term sheet was circulated.  That's the

6    day before the meeting?

7             MR. RAY:  Yeah, I don't actually recall that, but

8    it -- that's possible, yeah.

9             MR. PULTMAN:  Your Honor, if I may hand the

10   binder of exhibits to the witness?

11            THE COURT:  You may.

12            MR. PULTMAN:  If I can ask you to take a look at

13   Exhibit 214.

14            MR. RAY:  Yes.

15            MR. PULTMAN:  And, Your Honor, for Your Honor's

16   benefit, we provided a binder of those exhibits.  It's in

17   our binder, it's 214.

18            THE COURT:  I don't know that I've got your

19   binders.

20            MR. PULTMAN:  I'm happy to hand up an additional

21   copy for the Court.

22            THE COURT:  Is this an email?

23            MR. PULTMAN:  Your Honor, it's an email and then

24   a three-page document called, Summary of Indicative Terms.

25   BY MR. PULTMAN:

1    Q     Mr. Ray, have you seen the document that's been marked

2    as Exhibit 218 before?

3    A     Yes, I have.

4    Q     And can you tell us is this the term sheet that you

5    saw on or about Monday or Tuesday, the 14th or 15th of July?

6    A     I don't know when I actually looked at this.  I see it

7    came in in the evening on the 14th.  And the other

8    interesting aspect of it is that this is sort of what I call

9    term sheet light, since it didn't have an amount on the PPI

10   settlement amount.  So, yes, but this is the document that

11   was transmitted to Ms. Schweitzer on the evening of July 14.

12   And when I received it and when I looked at it, I don't

13   recall.

14   Q     And let me make sure I understand that.  You say it

15   doesn't have a number on it.  You're referring to it doesn't

16   have a proposed settlement amount.  Is that correct?

17   A     Yes, I'm referring to the defined term, PPI settlement

18   rate on Page 2 of the Summary of Indicative Terms.

19   Q     Okay.  And at the meeting on the 15th, which was

20   Tuesday at Cleary Gottlieb, was an amount proposed by the

21   Bonds?

22   A     Yes.

23   Q     And was that amount 70 percent?

24   A     Yes.

25   Q     Prior to the meeting, did you understand that the

1  Bonds had communicated a demand for 70 percent as their

2  proposed settlement?

3  A    I don't recall what was verbally communicated.

4  Q    Well, prior to the meeting on the 15th of July, can

5  you tell me what settlement communications took place?

6  A    I don't recall specifically what was said before the

7  17th in terms of a specified number.

8  Q    Okay.

9  A    I just -- I'm sorry, I just don't remember that.

10  Q    So prior to the 15th of July, you can't, sitting here

11  today, tell us whether there was any demand, a specific

12  demand made by the Bonds?

13  A    I don't recall if they had, you know, floated a number

14  before the 15th.  All I know is what I'm reading here and

15  there was TBD in the summary.

16  Q    Okay.  And prior to the 15th of July, do you recall

17  whether you had made an offer to the Bonds?

18  A    I did not, no.

19  Q    Okay.  Do you recall whether your counsel at Cleary

20  Gottlieb had communicated any offer?

21  A    No.  They would not have communicated an offer.

22  Q    Now you talked about that there was a meeting or a

23  discussion between counsel for the Bonds and counsel for NNI

24  with respect to the proposed PPI issue.  Did that meeting

25  take place in June?

1   A     There were discussions that I think had started around

2   approximately mid-June.  I don't know, again, I wasn't party

3   to those conversations, so I don't know who placed the call

4   or when they placed it, to whom, and were they there in

5   their chair, all that, I don't know, have all that level of

6   detail, but I heard through counsel in the June time period

7   that the Bondholder counsel had reached out to my counsel at

8   Cleary Gottlieb to discuss the concepts of settling the PPI

9   number.

10  Q     And do you have any information about whether there

11  was an in-person meeting between Mr. Bromley of Cleary and

12  Mr. Leblanc of Milbank?

13  A     I don't recall.  I mean, there may have been, I don't

14  know.

15  Q     Okay.  So sitting here today, you don't recall whether

16  there was an in person meeting?  You don't recall whether

17  there were any offers or demands made at a meeting?  You

18  don't recall whether any numbers were exchanged prior to the

19  15th of July?

20  A     That's correct.

21  Q     Now if there was a demand made by the Bonds, would

22  that be something you would expect be told about?

23  A     It depends how specific it was and how it was

24  described, I suppose.

25  Q     But as Principal Officer who had primary

1    responsibility for negotiating the settlement on behalf of

2    NNI, that would be something you would expect to know about.

3    Isn't that right?

4    A      Not necessarily.  It would depend on what was said,

5    and what was articulated, and how specific it was, if it was

6    a concept, if it was a specific number, I don't -- I can't

7    sit here now not knowing what wasn't said and tell you

8    whether or not it would have been communicated, had it been

9    said.

10   Q      Now let's take you through the week.  The 14th, that

11   draft term sheet was circulated.  You have no reason to

12   believe that term sheet isn't the document that we've just

13   looked at, do you?

14   A      No, I have no reason.

15   Q      Okay.  And the meeting at Cleary Gottlieb, that was

16   the meeting you participated in on the 15th.  Isn't that

17   right?

18   A      Yes.

19   Q      And is it fair to say that on the 17th, you got the

20   first draft of a Settlement Agreement circulated to you from

21   the lawyers at Milbank?

22   A      They were circulated to Cleary Gottlieb.

23   Q      And on the afternoon of Thursday, the 17th of July,

24   fair to say that you participated in a conference call or in

25   a call with Ms. Schweitzer and Mr. Dunn in which you agreed

1  on the 55 percent number?

2  A     I don't specifically recall who was on that call, but

3  I do believe we talked on that Thursday, the 17th, and

4  discussed, you know, the settlement further.

5  Q     Okay.  Well, let me make sure I understand because I

6  don't believe you answered my question.  My question was was

7  there an agreement on the 55 percent number on Thursday, the

8  17th of July, after the Draft Settlement Agreement had been

9  circulated?

10  A     Yeah, I believe that's right.

11  Q     Now, there was still other -- and am I correct that on

12  the 18th, a Draft Settlement Agreement was circulated that

13  included the 55 percent number that you had agreed to the

14  day before?

15  A     Yes.

16  Q     Now there was still other issues you told us needed to

17  be negotiated.  One was whether Solus would be part of the

18  Settlement Agreement?

19  A     No, that's not something that was left to be

20  negotiated.  Sometime around, I believe, the 21st, I learned

21  that Solus was considering not participating.

22  Q     Okay.  Well, let's put Solus to the side then.  On the

23  18th, after the Draft Settlement Agreement was circulated,

24  did you have conversations with counsel for the Committee at

25  Akin Gump about their request for reimbursement of the

1  Indenture Trustees?

2  A    Yes.

3  Q    And that was a conversation with whom?

4  A    Mr. Fred Hodara.

5  Q    And were you in Wilmington that day?

6  A    Yes, I was.

7  Q    And that was for a matter relating to OSG?

8  A    It was -- yes, it was our Confirmation Hearing.

9  Q    And Mr. Hodara was in Wilmington for the same matter?

10  A    I actually believe that I actually had a call with Mr.

11  Hodara.  I don't think we talked face-to-face about that

12  issue.

13  Q    Did you have a conversation with him on the 18th about

14  the --

15  A    I believe that's right.

16  Q    And was that about the --

17  A    I'm just taking issue with whether it was in person or

18  not.

19  Q    Okay.  You had a conversation with Mr. Hodara about

20  the reimbursement of the Indenture Trustee's fees?

21  A    Yes.

22  Q    And costs?

23  A    Yes.

24  Q    To your understanding, did counsel for NNI have

25  further conversations with the lawyers from the Official

1  Committee?

2  A     Yeah, I believe that Ms. Schweitzer had conversations

3  with Akin.  I can't pinpoint the -- when they had them and

4  what they discussed, but I know I wasn't the only one

5  talking to the Committee.

6  Q     Okay.  Now the following week, on the week of the

7  21st, you told us earlier that the agreed percentage, the 55

8  percent was reduced to a specific number.

9  A     Yes.

10 Q     And was that reflected in the Draft Settlement

11 Agreement that was circulated on the 21st of July?  And I

12 can give you an exhibit number, if that would be helpful.

13 A     Is it Exhibit 220?

14 Q     It's Exhibit 220.

15 A     Yes, that's correct, Paragraph 2.3.

16 Q     Now did you have conversations on the 21st with Mr.

17 Dunn about the NNCC Bondholders and whether they would be

18 participating in the proposed settlement?

19 A     Yes, I did.  I had a conversation with Mr. Dunn who

20 indicated that there was some potential that the NNCC Bonds

21 would not participate.  And it was a very brief conversation

22 and I agreed to reach out to Solus to determine what their

23 view was.

24 Q     Okay.  And you had a conversation with a Steven

25 Blauner of Solus?

1    A      Yes, I did.

2    Q      And in the conversation, he told you that Solus was

3    not going to participate in the settlement?

4    A      It wasn't -- he didn't -- it wasn't finality

5    necessarily to his view, it -- he was expressing the idea

6    that he probably wouldn't or he might not participate.  And

7    I pursued why and he indicated that there were -- that there

8    was other issues outstanding related to the bonds and

9    allowing the full amount of the bonds and he would, you

10   know, he would rather have all of the issues resolved

11   related to his bonds, and in the absence of that, while he

12   was supportive of the settlement, he didn't want to

13   participate on that basis.

14   Q      Okay.  Now on the 23rd, were there further

15   conversations about the issue you talked about earlier, the

16   cap and the 3.5 percent accrual?

17   A      Yes.

18   Q      And it's fair to say that you had further

19   conversations with the lawyers at Milbank about that issue?

20   A      I had conversations.  There were some conversations

21   that had happened between FTI and Chilmark that were relayed

22   to me prior to that date, under which the Bonds desired, you

23   know, to continue to accrue.  And we had expressed the view

24   that we want accrual to simply stop.  And around the 23rd,

25   there was discussions around trying to solve for those two,

1  you know, different positions.

2  Q     Fair to say that on the 23rd, you reached agreement on

3  that issue?

4  A     Yes.

5  Q     And that's reflected in the Settlement Agreement that

6  was executed the following day on the 24th?

7  A     Yes.

8  Q     And that's the exhibit that Ms. Schweitzer showed you

9  on direct, the Settlement Agreement?

10  A     Yes.

11  Q     You understand that NNI filed a 9019 Motion on that

12  day, on Thursday, the 24th?

13  A     Yes.

14  Q     And there was a conference call with the Judge that

15  day?

16  A     Yes.

17  Q     And you participated in the conference call or at

18  least you listened in on that hearing?

19  A     Yes.

20  Q     And that was the day before the 25th, the scheduled

21  PPI dispute?

22  A     Yes.

23  Q     Now you talked about on direct, you said that the

24  other side of the equation felt it was an impediment.  I was

25  wondering whether you were referring to the Canadian Monitor

1  and the Canadian Debtors with respect to that testimony?

2  A    Yes, I was.

3  Q    Okay.  Fair to say that you had no consultation with

4  the Canadian Monitor or the Canadian Debtors about the

5  proposed settlement before it was finalized and filed with

6  the Court, did you?

7  A    I did not.

8  Q    And it's also fair to say that you didn't call the

9  Monitor's counsel to check in?

10 A    I had not.  We agreed that -- we did talk to Milbank

11 and Milbank agreed to reach out to the Monitor.

12 Q    And just so that I'm clear, it wasn't your lawyers at

13 Cleary who called the Monitors' counsel.  Isn't that right?

14 A    That's correct.

15 Q    And you also said you were well aware of the PPI

16 dispute and you were well aware of it because you had read

17 the briefing on it.  Isn't that right?

18 A    Yes, that's what I said.

19 Q    At the time of your meeting at Cleary Gottlieb on the

20 15th of July, isn't it correct that the briefing on the PPI

21 issue had not yet been filed?

22 A    Well, the -- I think -- let me go back and review what

23 I said, but I was aware of the debate.  There was a large

24 debate about PPI that actually predated, you know, the

25 briefing.  So I was aware of that, aware of both sides of

1  that position.  And then ultimately, I read the briefs that

2  were filed and based on whatever date they were filed.

3  Q    Okay.  But at the time that you started the meeting,

4  somewhere midday on the 15th of July, the briefing on the

5  PPI dispute had not yet been filed.  Isn't that correct?

6           MS. SCHWEITZER:  Objection, Your Honor.  This

7  dates his testimony and it also is asked and answered.  Mr.

8  Ray just said there was other briefing on PPI issues that we

9  all know happened in June before this.  So you can keep

10 asking the same question again and again, but this is

11 becoming a habit that we'll move quicker if we don't do

12 this.

13           THE COURT:  I think we need a little more

14 specificity about what briefing you're talking about here,

15 Mr. Pultman.

16 BY MR. PULTMAN:

17 Q    Sure.  At 4:00 p.m., on the 15th of July, am I correct

18 that each of the parties filed substantive briefs about

19 their view of whether the PPI issue should be paid at the

20 contract rate or at the federal judgment rate?  Isn't that

21 right?

22 A    You're specifically talking about the briefs that were

23 filed in this courtroom?

24 Q    Exactly.

25 A    Yes, that's true.

1    Q      And I want to ask you about the discussion, the

2    substantive settlement discussion you had on the 15th of

3    July.  You came into the discussion and a demand was made of

4    70 percent.  Isn't that right?

5    A      Yes.

6    Q      And then you opened with an offer of 30 percent of

7    PPI.

8    A      Yes.

9    Q      And that's 30 percent of the $1.65 billion number that

10   you described.

11   A      Yes.

12   Q      So that's something in the order of $480 plus million.

13   A      Yes.

14   Q      You're aware that at that time, in July, the federal

15   judgment rate number would have been a little under $100

16   million?

17   A      I believe that's right, yes.

18   Q      And you opened with an offer that was more than three

19   -- that was more than four times the federal judgment rate?

20   A      Yes.

21   Q      Okay.  And over the course of that meeting, you

22   increased your offer from 30 percent to 40 percent?

23   A      Yes.

24   Q      And that's another, I guess, 10 percent, another $165

25   million.  Is that right?

1   A      Yes.

2   Q      Now you understood that the Monitor was of the view

3   that the federal judgment rate was the appropriate rate to

4   be paying PPI.  Isn't that right?

5   A      Yes.

6   Q      In your mind, there were certain benefits to the

7   settlement that came out of, I believe, you said certainty

8   was the word you used.

9   A      Yes.

10  Q      So before we get to the financial side of the

11  settlement, you concluded, fair to say, that the proposed

12  settlement provided certainty with respect to the issue of

13  PPI?

14  A      Yes.

15  Q      You're aware aren't you, that the NNCC Bonds are still

16  litigating the question of their entitlement to PPI?

17  A      Yes.

18  Q      And you're aware are you not, that one week ago today

19  on the 28th of October, the NNCC Bonds made a filing asking

20  the Court to consider their entitlement to PPI at the

21  contract rate?

22  A      Yes.

23  Q      Okay.  Now you told us a little bit about other

24  creditors and other unsecured creditors and their reserving

25  all rights to continue to argue for an entitlement to PPI.

1   Isn't that right?

2   A     Yes.

3   Q     And that's a provision that was put into the final

4   Settlement Agreement in Section 4.2.  Isn't that right?

5   A     Yes.

6   Q     And that preserves the ability of the other unsecured

7   creditors to argue for a right to PPI at the contract rate.

8   A     Whatever arguments that they'd like to make.

9   Q     Fully reserves their right to make whatever arguments

10  they want to make with respect to what they're entitled to

11  in the way of PPI?

12  A     Yes.

13  Q     Let's turn to the substance of the negotiations.  You

14  came out of the meeting with a number somewhere in the order

15  of 40 percent, you said?

16  A     Yes.

17  Q     And you went from that 40 percent up to another 15

18  percent to end at 55 percent?

19  A     Yes.

20  Q     And each 10 percent is another $165 million?

21  A     Yes.

22  Q     So that's another $230 million that you went up above

23  what you had started with?

24  A     Yes.

25  Q     And I'm sorry, not above what you had started with,

1  above what you ended the meeting on the 15th.

2  A    That's correct.

3  Q    So within 48 hours essentially from the meeting on the

4  15th to the close on the 17th, you were proposing PPI of 55

5  percent of the $1.65 billion?

6  A    Yes.

7  Q    And you told us on direct that you didn't do any --

8  you didn't have your financial expert do any modeling as to

9  whether that would be beneficial for the equity.

10  A    I didn't have any modeling done related to that.

11  Q    And you didn't do any modeling as to whether that

12  would be beneficial for the equity.

13  A    I didn't think any modeling could be done.

14  Q    Well, you did your own thinking about potential

15  outcomes of ultimate resolutions.  Isn't that right?

16  A    Yes.

17  Q    And one of the resolutions allowed that there would be

18  up to $1.3 billion in the estate from which to pay PPI.

19  Isn't that right?

20  A    Yes, I could imagine scenarios where it was at that

21  level, yes.

22  Q    Okay.  But you couldn't imagine a scenario where the

23  amount of cash available in the estate to be at $1.3 billion

24  under any allocation scenario, except for the one that was

25  proposed by the U.S.  Isn't that fair?

1   A     Certainly, the -- I believe our allocation methodology

2   and so my thinking was premised around that allocation.  But

3   I think I've also explained that there's so many variables

4   that, you know, an over-recovery on one issue and under

5   recovery on another could well offset each other.  So, at

6   some point, sort of the regardless of what methodology you

7   use, there was a bit of futility based on the varying

8   assumptions that exist.  But clearly, you know, my state of

9   mind was to premise my thinking off of an allocation that

10  was certainly one that we supported.

11  Q     Okay.  And you didn't premise your thinking where you

12  got to $1.3 billion on Mr. Green's allocation

13  recommendation, did you?

14  A     No, I didn't.

15  Q     And you didn't base it on Mr. Malkowski's allocation

16  recommendation, did you?

17  A     No.

18  Q     And you didn't do it based on Mr. Brickman's

19  allocation period, did you?

20  A     No one else's, no.

21  Q     And you didn't do it on any of the pro-rata theories,

22  did you?

23  A     No.

24  Q     Okay.  And it's fair to say that under those five non-

25  Kinrich allocation analyses, you would never get to $1.3

1    billion in surplus cash.  Isn't that right?

2    A    I -- since I didn't ever think of those, I really

3    can't answer that.

4    Q    Now you -- let's talk briefly about what you did.  Did

5    you ever put pen to paper to come up with the $1.3 billion

6    that you thought might be in the estate?

7    A    No.

8    Q    And you didn't sit down at a computer and type out any

9    notes or any numbers that would show that, did you?

10   A    No.

11   Q    And in coming to your thinking as to the amount of

12   cash that might be available to pay PPI, did you think about

13   the potential tax claim that still exists?

14   A    Yes.

15   Q    And you're aware that there's a tax claim?

16   A    There's a potential for tax liability.

17   Q    Okay.  And that potential for tax liability was

18   described to this Court at opening as being somewhere in the

19   range of $400 million to a billion dollars.  Isn't that

20   right?

21   A    Yes.

22   Q    And you would agree with me, would you not, that if it

23   was a billion dollars, there is no way there would be $1.3

24   that there would be -- excuse me, $1.3 billion in the U.S.

25   estate.  Isn't that fair?

1    A      No, it's not fair.

2    Q      So you think that even if there's a billion dollar tax

3    liability, that it's still possible in some scenario, to

4    have $1.3 billion of surplus cash in the U.S. estate?

5    A      It's a possibility, yes.

6    Q      It's a possibility.  Well, let's talk about what you

7    did to analyze the tax, the potential tax liability.  Fair

8    to say that you haven't done any analysis of the tax claim

9    that's out there, you personally?

10   A      No, I am not a tax expert.

11   Q      Okay.  And to your knowledge, has an analysis ever

12   been done by NNI in connection with the PPI dispute?

13   A      There's been tax analysis done which is a matter of

14   privilege, I can't discuss that, not specifically related to

15   PPI, per se.

16              MS. SCHWEITZER:  Your Honor, I'm just rising --

17              THE COURT:  Ms. Schweitzer?

18              MS. SCHWEITZER:  -- to object to this line of

19   questioning in that one of the premises before this entire

20   hearing was whether claims were relevant and whether

21   everyone was going to look under the hood in terms of

22   claims.  And particularly, the Monitor, chose not to bring

23   any witnesses to put forward issues relating to their claims

24   and how recoveries are based.  And with Mr. Pultman leading

25   the charge saying, claims are not relevant to this

1  proceeding.  So this is one of many claims of the United

2  States.  I don't know how he -- far he intends to go with

3  this line of questioning.  But in the same way that Mr.

4  Pultman made two statements to Your Honor which were claims

5  are not relevant and the claims are very sensitive and

6  shouldn't be forced to be discussed in open Court.  I'm not

7  quite sure why we're pursuing this line of questioning at

8  this time.

9            THE COURT:  Mr. Pultman?

10           MR. PULTMAN:  Your Honor, let me first clarify

11  what it was I said at the hearing last week.  Because when

12  that was pointed out to me, first, it was with respect to

13  the Canadian claims, it wasn't with respect to the tax

14  claims.  I'm sorry, and it was two weeks ago.  And at that

15  hearing, I stepped back from what I think was properly

16  pointed out as being an overstatement by me saying it had

17  absolutely no relevance.  Obviously, it has some relevance

18  to what the value of the estate is and the ability of the

19  estate to make payments of PPI.

20           Second, it's not my intention to go into anything

21  privileged.  It's not my intention to in any way invade

22  that.  And I've been very careful both in deposition and at

23  the hearings here to avoid anything to that effect.  I think

24  the big picture question of what the value is in the estate

25  and what the maximum surplus cash available to make a

1    payment, goes directly to the question of what was in the

2    mind of the U.S. and, in particular, Mr. Ray, at the time

3    that he sat down on the 24th of July and signed a Proposed

4    Settlement Agreement.  Was that Proposed Settlement

5    Agreement reasonable?  Was it a settlement?  And does it

6    give up any value or is it illusory?  All of those factors

7    go into what the Martin Court requires the Court to

8    consider, not just the likelihood of success, but what is it

9    that they're giving up?  Whether it's a fair settlement.

10   All of those issues go to this.  So I don't intend to get

11   deep in the hood and go into, you know, all the details of

12   claims.  And I'm not looking to drag this out for the sake

13   of it.  I believe that a $400 million to $1 billion

14   potential claim, goes right to the heart of whether there

15   was good faith and good judgment exercised here in proposing

16   and approving the Settlement Agreement.

17             THE COURT:  So you're just kicking the tires, I

18   guess, on the claims.  But I suppose what Ms. Schweitzer's

19   concern is, as well as, mine is that we don't go into all of

20   the claims, we're going to have an incomplete picture.  We

21   can't just pick and choose certain claims.

22             MR. PULTMAN:  Well, I certainly understand that

23   and I think --

24             THE COURT:  I don't know if that's --

25             MR. PULTMAN:  I think it's fair to say that we're

1   not intending to go into all the claims, but I do believe

2   that there are some fundamentals that we should establish.

3   If there's a billion dollar claim here or an allocation

4   decision that has a potential impact, what was considered to

5   decide whether this was reasonable?

6           MS. SCHWEITZER:  Your Honor, if I could respond

7   in two different ways.  I think first, going back to the

8   hearing, one thing we were assured is there would be no

9   switcheroo.  The Canadian Debtors would live and die with

10  the evidence in Mr. Wertheim's reports in terms of making

11  Mr. Wertheim's showing.  They're not going to prove beyond

12  that.

13          THE COURT:  Right.

14          MS. SCHWEITZER:  So to the extent that any of

15  this goes to Mr. Wertheim in showing maximum recoveries,

16  that's the Canadian Debtor's arguments.  That's their

17  showings.  That's not our showings.  They should not be, and

18  cannot be using our witnesses to pick and choose claims.

19  Specifically, when Mr. Pultman says, I don't intend to go to

20  all the claims, I just want to talk about the ones that I

21  want to talk about, that's exactly the concerns we had is

22  that they sit there and cherry pick and paint pictures of

23  recoveries, claims, what was in everyone's minds.  Mr. Ray

24  has been on the stand now for an hour and 15 minutes talking

25  about what was in his mind.  Has been subjected to

1  questioning by Mr. Pultman for 45 minutes on these topics.

2  If he wants to ask Mr. Ray what was in his mind with respect

3  to these claims in the settlement, that's a perfectly

4  legitimate question.

5           THE COURT:  Right.

6           MS. SCHWEITZER:  If he goes beyond that and

7  starts probing what could have been in his mind, what should

8  have been in his mind, that's Mr. Pultman's arguments in his

9  own defense.  His record is sealed on that.  He agreed on

10  that call, I live and die by Wertheim Exhibit B.

11           THE COURT:  I think that probably meets your

12  concern, doesn't it, Mr. Pultman?

13           MR. PULTMAN:  It does, Your Honor.  I think it

14  meets my concern square on, and with the last qualification

15  that with respect to the PPI settlement, whether this

16  witness considered the taxes, that will meet my concern head

17  on.

18  BY MR. PULTMAN:

19  Q     So let me ask you that question, Mr. Ray.  Fair to say

20  that in connection with the settlement of the PPI dispute,

21  you didn't consider the tax liability.  Isn't that right?

22  A     Well, I considered, you know, our liabilities like any

23  other claims we might have.  And just generally, that if our

24  claims were lower, it would be -- yield more PPI and if it

25  were -- they were higher, it would yield less, but that was

1  the extent of my analysis.

2  Q    Okay.  And when you say that was the extent of your

3  analysis, you didn't have any modeling done of the tax issue

4  for the purpose of the settlement discussion.

5  A    That's correct.

6  Q    Now you talked about your role at OSG as you had been

7  the Chief Restructuring Officer?

8  A    Yes.

9  Q    Okay.  Fair to say that as Chief Restructuring

10  Officer, you were involved in the proposed plan that was put

11  forward at OSG?

12  A    Yes.

13  Q    And earlier, you told us that there was a hearing on

14  that scheduled for the 18th of July.  Is that right?

15  A    Yes.

16  Q    Fair to say that a plan had been proposed in May in

17  OSG?

18  A    Yes.

19  Q    And that there was a filing made on, I believe, the

20  16th of July of the first amended plan?

21  A    Yes.

22  Q    Okay.  I'm going to show you a document from the OSG.

23           THE COURT:  If anyone needs a break, please don't

24  hesitate to ask.

25           MR. PULTMAN:  And, Your Honor, I'll be done in

1   about five minutes.

2           THE COURT:  All right, fine.  I didn't mean that

3   was directed to you at all, Mr. Pultman, please.

4           MR. PULTMAN:  Mr. Ray, the exhibit is Exhibit

5   224.

6           MR. RAY:  I'm sorry, I don't have anything on

7   hand.

8   BY MR. PULTMAN:

9   Q    It should be in the binder.

10  A    Okay.  Okay.

11  Q    You've seen the document before that's marked First

12  Amended Joint Plan of Reorganization of Overseas Ship

13  Holding Grouping?

14  A    Yes.

15  Q    And you saw it as the Chief Restructuring Officer?

16  A    Yes.

17  Q    And, in fact, you signed this document.  Isn't that

18  right?

19  A    Yes.

20  Q    So this document dated July 16, 2014, you were

21  represented by counsel in connection with that matter?

22  A    Yes.

23  Q    And the counsel was Mr. Bromley of Cleary Gottlieb?

24  A    Yes.

25  Q    And Mr. Abbott of Morris Nichols?

1  A      Yes.

2  Q      Now in this proposed plan, I'd like you to turn to

3  Section 7.2.

4  A      Yes.

5  Q      And Section 7.2(a) provides for the payment of post-

6  petition interest at a contract rate?

7  A      Yes.

8  Q      Now Section 7.2(b) relates to Classes D-1, D-2, D-3,

9  D-4, and D-5.  Isn't that right?

10  A      Yes.

11  Q      And as part of your role as Chief Restructuring

12  Officer, you included a provision there that for those

13  lender classes, to the extent that their claim was found to

14  be impaired, and if that class failed to accept the plan,

15  that there would be certain results, including that they be

16  paid interest at the federal judgment rate.  Isn't that

17  right?

18  A      Yes.

19  Q      Okay.  And you submitted that plan in good faith?

20  A      Yes.

21  Q      And you submitted that plan the very same week that

22  you were negotiating this Settlement Agreement?

23  A      Yes.

24              MR. PULTMAN:  I have no further questions, Your

25  Honor.

1        THE COURT:  All right.  Thank you, Mr. Pultman.

2   Redirect, Ms. Schweitzer?

3        MS. SCHWEITZER:  Yes.  Just checking no one else

4   has questions, so we can get him off the stand soon.

5        THE COURT:  Oh, no, hopefully, not.

6                    REDIRECT EXAMINATION

7   BY MS. SCHWEITZER:

8   Q    Is my guess.  I have very few questions for you, Mr.

9   Ray.  The first question we could start with is the OSG plan

10  that you were handed.

11  A    Right.

12  Q    That there -- Mr. Pultman pointed you to a provision

13  that contemplated that the contract rate of interest, in

14  fact, including default rate of interest would be paid to

15  the various noteholder classes, but if the classes were

16  found to be impaired or rejected the plan, that they would

17  be paid federal judgment rate.  Was there a reason that

18  provision was included?

19  A    Yes.  It was a provision that was included, but there

20  would have to be a bit of context to understand why it was

21  included.  The classes that are referred to, D-1, 2, 3, 4,

22  and 5, include the Credit Agreement claims.  These were

23  lender claims under a Credit Agreement.  That claim was

24  unimpaired, completely paid in full with default rate

25  interest.  D-2 is Noteholder claims.  Noteholder claims were

1  unimpaired and paid with interest, default rate interest,

2  including interest on interest.  D-3 is reinstated

3  Noteholder claims.  These were claims that were -- any

4  arrearages were, you know, paid in full with default rate

5  interest and interest on interest.  And the notes themselves

6  were reinstated fully and again, unimpaired.  The charter

7  rejection claims, similarly were unimpaired and paid in full

8  with interest, as well as other secured claims were paid in

9  full.  So there were no unimpaired classes there in D-1

10 through 5.  7.2(b), you know, was put in solely so that if

11 some, you know, Claimant, perhaps a Claimant with an

12 unsecured claim perhaps, maybe in D-4 or D-5, took some

13 unreasonable position about the fact that they were impaired

14 notwithstanding that they were paid in full with default

15 rate interest, and they determined, in fact, that they were

16 somehow impaired, we reserve the right in effect, not to

17 give them the default rate interest, while at the same time,

18 they're saying, hey, I'm impaired.  So this was a bit of

19 leverage to make sure the people didn't take unreasonable

20 and unpalatable sort of positions, despite the fact that

21 this was a fully paid consensual plan with an equity

22 committee, an equity committee was in this case, and who

23 also was a supporter of the plan.  So this was just really a

24 device in the plan to make sure the people who, in fact,

25 were unimpaired, didn't take advantage of the estate.

1  Q     And I believe Mr. Pultman had pointed out to you the

2  sort of overlapping cast of characters is always the nature

3  in bankruptcy cases, that Cleary Gottlieb was involved in

4  that case and Akin Gump is as well.  Wilmington Trust, the

5  Indenture Trustee to the Canadian Bonds who are not

6  guaranteed by the U.S. and who filed an objection to the

7  proceeding, were they also involved in the OSG case?

8  A     Yes, they were.  And, you know, it's Wilmington, they

9  were the Indenture Trustee for a series of notes.  The --

10 those notes were paid with default rate interest.  They had

11 a series of bonds that we believe, the Debtor believed, did

12 not state a provision which allowed for interest on

13 interest.  Wilmington took issue with that.  So while on the

14 one hand, they received default rate interest, they further

15 argued they were entitled to not only default rate interest,

16 but interest on interest.  So among the more remarkable

17 things about these proceedings is that I find themselves

18 here arguing for something that they didn't bargain for and

19 negotiate and then litigate in front of Judge Walsh here in

20 this courtroom.  So yes, they were involved in both sides of

21 that issue.

22            MR. CRICHLOW:  Your Honor, I'm going to object.

23            THE COURT:  Yes.

24            MR. CRICHLOW:  David Crichlow on behalf of

25 Wilmington Trust.

1           THE COURT:  Of course, Mr. Crichlow.

2           MR. CRICHLOW:  I'm going to object and ask that

3  the answer be moved to be stricken because it's hearsay.

4  It's not relevant to this case and it's being offered for

5  the truth of the matter.  Earlier, he offered that same

6  statement solely reflecting to a state of mind and his

7  experience in doing these types of settlements.  Now it's

8  being offered for the truth of the matter and Wilmington

9  Trust's state of mind, so I would move to strike.

10           MS. SCHWEITZER:  Well, maybe I can ask another

11 question --

12           THE COURT:  All right.

13           MS. SCHWEITZER:  -- and that will be -- I don't

14 agree with that objection, but I can ask a question, which

15 is certainly not hearsay, it's a matter of a public record

16 and decision.

17 BY MS. SCHWEITZER:

18 Q    Was there a ruling in the OSG case regarding the

19 entitlement to post-petition interest and interest on

20 interest in connection with the OSG firm?

21 A    Yes.  There was a ruling by Judge Walsh that that

22 series of bonds under which one, you know, was the Indenture

23 Trustee was entitled to interest on interest at the default

24 rate.

25 Q    And who are the parties that were litigating that

1   dispute in front of Judge Walsh?

2   A     Wilmington on the one hand and OSG represented by

3   Cleary Gottlieb.

4             COURT REPORTER:  Represented by?

5             MR. RAY:  Represented by, I'm sorry, by Morris

6   Nichols and --

7   BY MS. SCHWEITZER:

8   Q     So just to return to some of the questions that you

9   were asked by Mr. Pultman of things that you didn't do or

10  didn't happen.  One of the questions Mr. Pultman asked you

11  is if you discussed settlement of the post-petition interest

12  or the post-interest settlement with the Bondholders prior

13  to July of 2014, and you had said no.  With putting aside

14  this specific post-petition interest settlement, did you

15  have discussions with the Bondholders or other parties in

16  interest in this case, prior to July of 2014, with respect

17  to post-petition interest issues, generally?

18  A     Oh, absolutely.  I mean, this was -- the idea of the

19  -- of PPI and the different parties views about PPI, you

20  know, just didn't, you know, wasn't born on the, you know,

21  July, you know, July 14.  I mean, this has been an open and

22  constant debate amongst the estates, you know, formally and

23  informally, you know, for some period of time and it was,

24  you know, briefed up in Canada and briefed here in the U.S.,

25  so this was not a new issue by any stretch of the

1   imagination.  And so I had had conversations with, you know,

2   with my own counsel, with Akin Gump, with, you know, with

3   Milbank, you know, with Bondholders, generally, who would

4   call inquiring about it.  So this is not by any stretch of

5   the imagination was any new idea that entered our -- the

6   landscape on July 14.

7   Q    You also -- Mr. Pultman had also pointed out that the

8   substantive briefing by the parties on the substantive

9   merits of the entitlement to post-petition interest were

10  filed in July, I believe, the 15th, in the U.S. case.  And

11  you were asked by Mr. Pultman if you had an understanding

12  that the Monitor believed the federal judgment rate was the

13  appropriate rate of interest to be paid on the bonds.  Did

14  you have an understanding of the Monitor's position prior to

15  July 15?

16  A    Yes, I had communicated --

17           COURT REPORTER:  I'm sorry, what was the end of

18  your July 14 --

19           MS. SCHWEITZER:  Separate and apart from that

20  submitting briefing.

21           MR. RAY:  Yes.  I mean, independent of that, I

22  mean, we'd been -- we've had conversations continually over

23  like yeah, the last, certainly, the last couple years

24  related to the Monitor's views about a variety of the

25  topics, including the PPI.

1  BY MS. SCHWEITZER:

2  Q      And hopefully, the last question.  That you were --

3  Mr. Pultman had also asked you a line of questioning

4  pointing out different parties for whom the post-petition

5  interest issue may still be litigated, for example, that

6  NNCC Bondholders or other unsecured creditors in this case.

7  How did you come to the conclusion that this settlement was

8  beneficial to the Debtors and their estates and their

9  creditors, even though it doesn't finally resolve a legal

10 issue for all creditors in this case?

11 A      You know, no settlement that I hoped to get done could

12 solve all the issues.  And I think that apparently the, you

13 know, the way people approach this case is that they'd

14 rather fail at multiple things and succeed at one thing.

15 And I decided that I was going to succeed at one thing and

16 not worry about the other two things I couldn't get done and

17 we'll deal with those later.

18              MS. SCHWEITZER:  No further questions.

19              THE COURT:  Thank you.  Any follow up, Mr.

20 Pultman?

21              MR. PULTMAN:  No follow up, Your Honor.

22              THE COURT:  All right.  You may be dismissed.

23              MR. RAY:  Thank you, Your Honor.

24              THE COURT:  Thank you.  Thank you very much Mr.

25 Ray.  And why don't we take a short break?  I think it's

1  appropriate to do that now given the number of people, 15

2  minutes sharp and we'll be back.  Thank you.

3              (Recess from 11:33 a.m. to 11:47 a.m.)

4              THE CLERK:  Please rise.

5              THE COURT:  Thank you, everyone.  Please be

6  seated.  All right.  Ready, Ms. Marino?

7              COURT REPORTER:  Yes, thank you, sir.

8              THE COURT:  You bet.  All right.  Yes, sir?

9              MR. LEBLANC:  Good morning, Your Honor.

10             THE COURT:  Good morning.

11             MR. LEBLANC:  Andrew Leblanc of Milbank, Tweed,

12 Hadley, McCloy --

13             THE COURT:  Mr. Leblanc.

14             MR. LEBLANC:  -- on behalf of the Ad Hoc

15 Bondholders.  Your Honor, our witness is going to be Mr.

16 Katzenstein.  He's going to be put on my colleague, Nick

17 Bassett, who I don't think the Court has had an opportunity

18 to -- he hasn't had an opportunity to be before Your Honor

19 before, so --

20             THE COURT:  Thank you, Mr. Leblanc.  It's a

21 pleasure to have you here.  Mr. Katzenstein, good morning.

22             MR. BASSETT:  Pleasure to be here, Judge Gross.

23 Again, Nick Bassett from Milbank, Tweed, Hadley, McCloy on

24 behalf of the supporting Bondholders.

25             THE COURT:  And if you'll just stand, we'll have

1    you sworn, Mr. Katzenstein.

2              MR. KATZENSTEIN:    Thank you.

3         MICHAEL KATZENSTEIN, BONDHOLDERS' WITNESS, SWORN

4              THE COURT:    Thank you, sir.    All right.    When

5    you're ready to proceed.

6                        DIRECT EXAMINATION

7    BY MR. BASSETT:

8    Q      Mr. Katzenstein, by whom are you employed?

9    A      I'm employed by FTI Consulting.

10   Q      And what is FTI Consulting?

11   A      It's a global specialty consulting firm.

12   Q      And what is your position there?

13   A      I'm a Senior Managing Director.

14   Q      And is that in a particular division?

15   A      I'm in the Corporate Finance Division at the firm.

16   Q      Okay.    And can you just very briefly describe for the

17   Court, your educational background and employment background

18   prior to taking this position at FTI?

19   A      Certainly.    I graduated in 1981 with a BA from the

20   State University of New York.    I have a Law Degree from the

21   Boston University School of Law, 1985.    Immediately

22   following graduation, I became associated with a firm,

23   Kronish, Lieb, Weiner, and Hellman.    It's now Cooley

24   Godward.    Actually, I think they go by Cooley now.    I was at

25   the firm through becoming a partner in the early '90s until

1    1995 when I left to join a company called OpTel, as their

2    general counsel.  I was at OpTel from 1995 to about 2001

3    with progressive roles.  And for the last years, I was CEO

4    of the company.

5    BY MR. BASSETT:

6    Q    And what happened after your time at OpTel?

7    A    Shortly after leaving OpTel, I founded CXO, which --

8    with another partner.  It was a specialty consulting

9    turnaround management, crisis management firm in the

10    technology, media, and telecom space.  And ran that business

11    continuously until 2008 when it was acquired by FTI.

12    Q    And when OpTel was acquired by FTI in 2008, did you at

13    that time begin serving your current position at FTI?

14    A    Yeah.  Just to correct, it was CXO was acquired by FTI

15    and I did start my role then as Senior Manager Director.

16    Q    And can you tell us what FTI's role in these Chapter

17    11 cases of Nortel is?

18    A    Yes.  We've been financial advisor to the Ad Hoc Group

19    of cross-border bonds.

20    Q    And how long has FTI served in that capacity?

21    A    Since shortly after the filing of these cases in

22    January of 2009.

23    Q    And what has your role at FTI been within the context

24    of that engagement?

25    A    I've led the engagement for FTI since the beginning.

1   Q     Now what role, if any, what involvement, if any, have

2   you had in the negotiation of the Settlement Agreement that

3   is now before the Court for approval?

4   A     I was a lead member of the negotiation team from the

5   beginning until now.

6   Q     And can you briefly tell the Court what aspects of the

7   negotiation you were involved in?

8   A     Certainly.  We were involved in assisting in matters

9   in advance of the meeting in July 2015.  We attended

10  meetings in July and had follow up conversations up with

11  financial advisors to -- financial advisor to the U.S.

12  estate with the U.S. estate's principal officer.  And

13  obviously, interacted extensively with our clients.

14  Q     Now the Court has already heard extensive testimony

15  today from Mr. Ray about the course of negotiations so I'm

16  not going to go over those again in great detail, but I will

17  just ask a couple questions.  The first is when, if you are

18  aware, was the first settlement proposal made by either

19  party in these negotiations?

20  A     To my knowledge, it was immediately following, it may

21  have been the same day as the June 16 chambers conference

22  which we learned that -- at the urging of the Monitor, the

23  Canadian Monitor, that Your Honor would be hearing the issue

24  of post-petition interest in the following month.  And to my

25  knowledge, there was an outreach from counsel to the

1   Bondholders, Mr. Leblanc, to Mr. Bromley, counsel to the

2   U.S. Debtors made in, and I believe they were together in

3   Toronto and if I'm -- to the best of my recollection, at

4   that time, Mr. Leblanc suggested that the Bondholders would

5   be willing to compromise to 70 percent of their post-

6   petition interest allowance, their claim in the cases to

7   settle the post-petition interest issue.

8   Q     Okay.  And now just very briefly describe for the

9   Court from your perspective as a representative of the

10  Bondholder group, how the negotiations unfolded from the

11  point of that initial offer until an agreement was

12  ultimately reached, later on in July 2014.

13  A     I'm not aware of any substantive response by the U.S.

14  Debtors to that initial 70 percent proposal.  In June, I

15  know that there were -- I was aware that there were several

16  phone conversations between counsel to the Bonds and counsel

17  to the U.S. Debtors.  During that period, it was believed

18  the Allocation Trial was still going on and people were

19  working on logistics and there were discussions about how a

20  settlement might be framed and how it might get negotiated.

21  And ultimately, I'm aware that there was a meeting set for

22  July 15.  And that in advance of that meeting, Milbank was

23  to prepare and send over to Cleary, a proposed term sheet.

24  Q     And then what happened from there?  Again, just

25  briefly, I guess, through the July 15 meeting until we get

1  to a final agreement on terms later on in July of 2014?

2  A    Well, at the risk of repeating Mr. Ray's testimony, we

3  had -- we met at Cleary's offices, representatives from FTI,

4  and myself, and my colleague, Melker Sandberg, Mr. Dunn, Mr.

5  Leblanc, Mr. Pisa from Milbank, on behalf of the

6  Bondholders; Lisa Schweitzer, representing the Principal

7  Officer, the Principal Officer himself, John Ray; Mike

8  Kennedy from Chilmark, the financial advisor for the U.S.

9  Debtors met at Cleary's offices.  We were asked to restate

10 our proposal, which we did.  We were -- that proposal was

11 rejected by the U.S. Debtors, who put forth the 30 percent

12 offer that Mr. Ray described.  There were various proposals,

13 counter proposals, all of them rejected by the other

14 parties.  And at the end of the meeting, we left with the

15 understanding that no agreement could be reached that date,

16 but with an understanding we would continue discussions.

17 And Milbank was asked to prepare a form of Settlement

18 Agreement that Cleary could review with their client and so

19 that the flesh that would be associated with a settlement,

20 if one could be reached, would be understood and could be

21 worked on in parallel.  And to my -- to the best of my

22 recollection, that ended the activities on the 15th.

23 Q    And at the end of that meeting as we've heard, the

24 Bondholders had proposed a settlement of 60 percent PPI

25 under the Bonds with continuing accrual.  Is that right?

1  A     Yes.   The bond -- yeah, in short, the Bondholders were

2  at 60 and the U.S. Debtors were at 40, and that's as far as

3  we got at that meeting.

4  Q     And then what was it that happened to allow the

5  Bondholders and the Debtors to eventually come to an

6  agreement, to the agreement that's embodied in the final

7  Settlement Agreement that's before the Court?

8  A     To my recollection, that within a day or two of that

9  meeting, a fairly fully composed Draft Settlement Agreement

10  was sent by Milbank to Cleary.   That agreement contained the

11  60 percent amount, if you would, and proposed continuing

12  accruals at that 60 percent.   We were advised at some point

13  that that amount would not be acceptable to the U.S.

14  Debtors.   I believe that Cleary prepared that, I'm sorry,

15  Milbank prepared the next iteration, which was virtually

16  identical agreement with 55 percent PPI accrual as the

17  number, including continued accruals.   I believe that that

18  proposal was rejected and there were discussions over the

19  weekend that I'm aware of, but wasn't a participant in.   And

20  I believe on Monday, the following Monday, the 21st, Cleary

21  distributed a revised form of agreement which had a fixed

22  amount of allowable PPI, which I think at that time was $907

23  million because it then still included accruals for the NNCC

24  Bonds who we heard, ultimately declined to participate in

25  the settlement.   And I believe there may have been a

1  corrected form of Settlement Agreement or an amended form of

2  Settlement Agreement at the $876 number.  But the Cleary

3  form of agreement did not include continuing accruals, which

4  was a sticking point, to say the least for our clients.  And

5  that agreement and that offer was rejected.  That evening, I

6  had discussion along with my colleague, Melker Shanberg with

7  Mike Kennedy from Chilmark.  And Mike Kennedy advised that

8  he didn't think John Ray was going to agree to anything that

9  had continuing post-petition accruals and we told him that

10  our Bondholders would never get there and that they needed

11  to have continuing accruals in order to get this deal

12  across.  Mike Kennedy promised to speak about the matter

13  later evening with John Ray and asked if we would be

14  available for a call the following morning, which would have

15  been Tuesday, the 22nd, if I haven't botched my dates.  We

16  did have that phone call and to my recollection, John Ray,

17  you know, continued to express his discomfort with

18  continuing accruals and his desire to have a single

19  liquidated number and have that be that.  We said we

20  couldn't.  And then he offered as a, what he styled the best

21  and final, the proposal that interest continue to accrue at

22  the 55 percent rate, but only for one year, only on any then

23  unpaid principal on the bonds.  And that the amount of the

24  continuing accrual, the amount of the PPI settlement as at

25  June, the end of June 2014 at 876.  And then the ultimate

1   potential allowable claim for interest all be liquidated and

2   that ultimate amount would have been 1,010,000,000.  And, I

3   believe, he testified and he told us that he wanted no

4   continuing uncertainty debate, ambiguity, or other potential

5   problems associated with the issue.  And so, there would be

6   no question as to how interest is calculated, and expected

7   that the division of any -- of that post-petition accrual on

8   account of all of those, the bonds covered by the

9   settlement, would be something that would not burden any

10  settlement, any further settlement and distribution, and

11  would not involve the U.S. Debtors.  We ended that phone

12  call with me representing that we would be taking that back

13  to the Bondholders.  Ultimately, that proposal was accepted

14  by our Bondholders and became the basis of the agreement

15  that's in front of the Court now.

16  Q    And Mr. Katzenstein, while you were negotiating the

17  Settlement Agreement, what, if any, view did you have as to

18  the amount of the post-petition interest dispute that was

19  being resolved in the Settlement Agreement?

20  A    Well, we had calculated that at the end of June,

21  interest had accrued to $1,675,000,000.

22  Q    $1,670,000,000 -- was it $1,657,000,000?

23  A    I'm sorry, $1,657,000,000, I apologize.  That included

24  the NNCC Bonds in the calculation.  Without them, it was

25  $1,500,000,000 -- 1.592 billion.

1  Q    Now that was the amount of the dispute as of the end

2  of June 2014?

3  A    Precisely.

4  Q    I'm sure you understand that under the relevant

5  contracts, interest would continue to accrue thereafter.

6  A    Exactly.  Interest continues to accrue under contract

7  at a rate of approximately $25 million a month.

8  Q    And did you perform any calculations to show what the

9  amount of the settlement might be at any given date in the

10  future?  Did you run any models to show that?

11  A    Yes.  We prepared those at the request of counsel and

12  it's pretty simple math, interest continues to accrue until

13  the principal is paid at that rate.

14  Q    And did you also perform calculations to show how much

15  interest would be payable under the terms of the final

16  Settlement Agreement?

17  A    Yes, under the terms of the final Settlement

18  Agreement, interest would have continued to accrue from that

19  end of June point, end of June 2014 point, but only for one

20  year at a rate of approximately $11 million a month for the

21  total of $134 which is specified in the agreement.

22       MR. BASSETT:  At this point, Your Honor, I'd like

23  to show a demonstrative to the witness.  I don't have a

24  fancy chart, unfortunately, but I do have copies for

25  everyone.

1             MR. PULTMAN:  We have no objection for

2   demonstrative --

3             THE COURT:  Thank you, Mr. Pultman.

4             MR. BASSETT:  May I approach?

5             THE COURT:  You sure may.

6             MR. KATZENSTEIN:  Thank you.

7             THE COURT:  Thank you, Mr. Bassett.  Thank you,

8   sir.

9   BY MR. BASSETT:

10  Q    Now Mr. Katzenstein, does this demonstrative that I've

11  given you, does this show the types of calculations that you

12  just discussed that you performed?

13  A    Yes, it does.

14  Q    Now if you could just tell the Court, please, what

15  does the blue line, the top line show as you move from left

16  to right across this chart?

17  A    Sure.  The blue line represents the amount of

18  contractual interest that would accrue.  The starting point

19  is the June 30, 2014 date, the date from which interest

20  begins to be or is shown as compromised in our agreement.

21  And as you can see, the interest continues to grow at a $25

22  million per month rate, through the last date of

23  calculation.

24  Q    Mr. Katzenstein, what does the red line below that

25  show as you move from left to right across the graph?

1  A     The red line shows the interest that would be accrued

2  and allowed under the Settlement Agreement and as you can

3  see, we have our $876 million starting point as that June

4  30, 2014.  Interest continues to grow at that 3.5 percent

5  rate, roughly $11 million a month, until June 30, 2015, when

6  it caps at $1,010,000,000.  And you see, the line just

7  simply flattens and would carry out into perpetuity.

8  Q     And finally, the green line of the bottom of the chart

9  here, what does that represent?

10 A     The green line represents notional interest on the

11 affected bonds calculated at the federal judgment rate which

12 we assumed at .44 percent interest.  And it was held at that

13 rate throughout the calculation period, even though it's

14 conceivable that the federal rate of interest, federal

15 judgment rate would change over that period.

16 Q     Mr. Katzenstein, looking back at the blue and red

17 lines, can you tell us what the difference between those

18 lines shows with respect to the discount that the

19 Bondholders accepted by entering into the Settlement

20 Agreement?

21 A     Well, notionally, you can see that the interest rate

22 is 55 -- the amount of interest due is 55 percent of the

23 amount that would be due under contract, but importantly,

24 that gap would grow materially from the date of the

25 settlement.  And then, obviously, the gap would grow even

1  greater from the period after June 30, 2015, when interest

2  accrual cease.

3  Q    Now Mr. Katzenstein are you aware that the Monitor to

4  the Canadian Debtors has filed an Objection to the

5  Settlement Agreement before the Court?

6  A    I am aware.

7  Q    And are you aware of the assertion made by the Monitor

8  that this settlement is an artifice that was agreed to by

9  likeminded parties and that it's not, in fact, a settlement

10 at all?

11 A    Yes, I'm aware.

12 Q    Okay.  And what is your reaction to that

13 characterization?

14 A    I wholeheartedly disagree.  This is a settlement that

15 was vigorously negotiated by parties who are well

16 represented, understood the issues, understood the

17 variables, had been living with this case for an awful long

18 time, all desirous of effecting a settlement that would

19 avoid, hopefully, years of litigation and endless

20 expenditure of professional fees like we've seen in

21 connection with the allocation trials.  It was negotiated by

22 us with our clients in mind.  And we know from discussions

23 with Mr. Ray and his representatives that they had the

24 interests of the other U.S. GUC's, other General Unsecured

25 Creditors, and ultimately, any other beneficiaries that

1  might take after creditors were paid.  And it wasn't clear

2  at all to me that we would reach agreement on this.  I

3  consider it a success that we had to convince our clients to

4  accept because it is certainly -- gets them less in a

5  settlement than many of them had hoped and much, much less

6  than what they believed they're contractually entitled to.

7  So I think that the statement is wrong.

8              MR. BASSETT:  I have no further questions at this

9  time.  Thank you, Mr. Katzenstein.

10              THE COURT:  Thank you, Mr. Bassett.  Mr. Pultman?

11              MR. PULTMAN:  Good afternoon, Your Honor.

12              THE COURT:  Good afternoon.

13              MR. PULTMAN:  Good afternoon, Mr. Katzenstein.

14  If I can take a moment, we're going to put up a smaller

15  calendar.  And we will provide you a copy of that, so you

16  can follow along.

17              MR. KATZENSTEIN:  Thank you.  Thank you very

18  much.

19                      CROSS EXAMINATION

20  BY MR. PULTMAN:

21  Q    Mr. Katzenstein, I'm going to ask you some questions

22  about that chart, but before I do, I want to just make sure,

23  a couple of bits of your testimony.

24  A    Sure.

25  Q    You said that FTI is the financial advisor for the Ad

1    Hoc Group of crossover bonds?

2    A      Yes.

3    Q      And you're the person who's been leading that

4    engagement?

5    A      Yes, I am.

6    Q      Your first involvement in the settlement negotiations

7    of the PPI dispute, did that take place at the meeting on

8    the 15th of July?

9    A      My first personal involvement with the U.S. Debtors?

10   Q      Yes.

11   A      Yes, it did.

12   Q      Okay.  And it's your understanding that there was a

13   meeting that took place in June between Mr. Bromley and Mr.

14   Leblanc?

15   A      That's correct.

16   Q      And you, I believe, said that you thought that the

17   meeting took place in Toronto?

18   A      Yes, I believe it took place at the bar at the Ritz

19   Hotel.

20   Q      Okay.  At the bar at the Ritz Hotel meeting was there

21   anyone else there besides Mr. Bromley and Mr. Leblanc?

22   A      I'm not aware.

23   Q      And to your knowledge, no one from FTI was present at

24   the meeting?

25   A      No, I'm certain no one was.

1    Q      And was anyone from Chilmark present at that meeting,

2    to your knowledge?

3    A      Not to my knowledge.

4    Q      Were any principals present at that meeting?

5    A      Not to my knowledge.

6    Q      And just so we can place that meeting, did that

7    meeting take place on the evening of June 18, 2014?

8    A      I can't be sure.

9    Q      Okay.  Let me see if I can refresh your recollection.

10   I'm going to ask you to turn in your binder to Exhibit 209.

11   A      Yes, I have that.  I think I have that open.

12   Q      Okay.  And in particular, I'm looking at the second

13   email from the top from Mr. Bromley to Mr. Leblanc on

14   Wednesday, June 18, 2014, at 12:27 p.m.  Do you see that?

15   A      I believe I do.

16   Q      And it indicates, I'll be flying up to Toronto later

17   today, can we meet later in the Ritz bar to discuss?  Do you

18   see that?

19   A      I see.

20   Q      To your knowledge is that the day of the meeting in

21   the Ritz bar with respect to the PPI dispute?

22   A      Yes.

23   Q      Okay.  And, in fact, if you take a look at Exhibit

24   210, that meeting took place somewhere around 11:00 p.m.

25   that evening?  And I'm directing you to the email from Mr.

1   Leblanc asking, you here yet at -- well, at 8:54 and then

2   Mr. Bromley's response at 10:39 saying, heading back now, be

3   there in 15.  Do you see that?

4   A     Yes, I do.

5   Q     So to your knowledge, this meeting at around 11:00

6   p.m. at the Ritz bar in the evening of June 18, do you know

7   whether there was anyone else at that meeting besides Mr.

8   Bromley and Mr. Leblanc?

9   A     Was that the same question you asked me before?

10  Q     It is.

11  A     Yeah, I'm not aware of anybody else.

12  Q     Okay.  And to your knowledge, did Mr. Leblanc give a

13  written proposal of any kind to Mr. Bromley at the meeting?

14  A     To my knowledge, it was an oral proposal.

15  Q     And the sum total of the oral proposal was a 70

16  percent demand?

17  A     Yes.

18  Q     Okay.  Do you know whether at that meeting, Mr.

19  Bromley had -- gave a response to Mr. Leblanc?

20  A     I believe he did not.

21  Q     Okay.  Fair to say that in the four weeks after that

22  June 18 meeting between Mr. Bromley and Mr. Leblanc, it's

23  fair to say that there were no written responses to that

24  proposal.  Isn't that fair to say?

25  A     I'm not aware of any written proposals.

1   Q      Okay.  And you're not aware of any written rejection

2   of the proposed 70 percent?

3   A      I'm not.

4   Q      Are you aware of any written response of any kind to

5   the substance of that proposed amount, prior to the meeting

6   on July 15?

7   A      No, I am not.

8   Q      And you didn't take place in any meetings, or

9   conversations, or any other interactions with the U.S.

10  Debtor between the meeting in the Ritz and the July 15

11  meeting?

12  A      I did not.

13  Q      Now I asked you to take a look at the demonstrative

14  we've got which is the calendar.  And it's the two weeks

15  starting on July 13 and going the following week, the week

16  of July 20.  And I just want to take you through the items

17  on there.  Let's start with the 14th.  Exhibit 214, that's

18  the term sheet that's referenced as the 4:49 p.m.

19  circulation of a draft term sheet to NNI.

20  A      Yes.

21  Q      And on the next day on the 15th, Exhibit 213 is an

22  email confirming that meeting?

23  A      Could you repeat the question?

24  Q      Sure.  Exhibit -- you went to the meeting on the 15th

25  of July at Cleary?

1    A      Yes, I did.

2    Q      And Exhibit 213 is an email confirming the meeting?

3    A      I don't see -- oh, the one that was held in the

4    conference room.  Is that what you're referring to?

5    Q      Yes.

6    A      Yes.

7    Q      Okay.

8    A      I see that.

9    Q      And you testified on direct as to the events of

10   Thursday, the 17th of July, right?  You talked about

11   receiving the first draft of the Settlement Agreement from

12   Milbank?

13   A      Yes, I believe that Milbank distributed that.

14   Q      And I believe you described it as a fairly fully

15   composed Settlement Agreement provided by Milbank?

16   A      Yes.

17   Q      And that was in your view, fairly fully composed,

18   right?

19   A      Yes.

20   Q      That wasn't what Mr. Ray said?

21   A      No, there were remaining issues that were negotiated

22   and resolved after that, but it included a number of the

23   substantive points that would be in the Settlement

24   Agreement.

25   Q      Well let's talk about the most important substantive

1    point.  The percentage of the PPI that was agreed by the

2    parties, that was agreed in a call on the afternoon of

3    Thursday, the 17th.  Isn't that right?

4    A      Yeah, I actually don't think that's correct.

5    Q      I'm going to hand up your deposition so that --

6    A      Sure.

7    Q      -- I can ask you a question about it.  And in

8    particular, I'm going to turn you to Page 61, Lines 10

9    through 17.  Or why don't we go through Line 21.  Do you

10   have that page, Mr. Katzenstein?

11   A      Yes, I do.

12   Q      Okay.  Your deposition was taken in this matter on the

13   16th of September?

14   A      Yes, it was.

15   Q      And sorry, it's the 18th of September your deposition

16   was taken?

17   A      Right.

18   Q      Were the following questions asked and the following

19   answers given?  "Were you aware that the parties were

20   discussing on the 18th, a 55 percent or $907.5 million

21   number?  Yes.  Did you know whether or not the parties had

22   agreed on that number?  To my knowledge, we had an oral

23   agreement at 55 percent.  And do you know who that oral

24   agreement was between?  I believe there discussions between

25   Mr. Dunn, Mr. Ray, and Lisa Schweitzer.  Do you know when

1  those discussions took place?  To the best of my

2  recollection, on that Thursday."  Were those questions asked

3  and those answers given at your deposition?

4  A     Yes.

5  Q     And, in fact, was an oral agreement reached on the 55

6  percent to your knowledge, on the afternoon of Thursday, the

7  17th of September?

8  A     Yes, maybe I can clarify my answer.

9  Q     Please.

10 A     Yeah, so I think we agreed on the 55 percent

11 compromise, if you would, but the issue with respect to

12 continuing accruals was not agreed, apparently.  So that was

13 what I was referring to.

14 Q     Okay.  So it's fair to say that the number, the

15 percentage was agreed, but that there was still remaining

16 discussions that needed to be agreed the following week

17 about what the continuing accrual would be and the cap?

18 A     Absolutely.

19 Q     And there were some other issues, including whether

20 Solus would participate or not?

21 A     Correct.

22 Q     And there was another issue as to whether or not the

23 Official Committee was going to get reimbursement or

24 indemnification for $6 million for costs of the Indenture

25 Trustees?

1    A      The Trustees, yes.

2    Q      And those issues were resolved, the issues that we

3    just talked about were resolved over the course of the

4    following week.  Isn't that right?

5    A      Precisely.

6    Q      But the 55 percent number, that stayed the same.

7    A      It did.

8    Q      It was converted from a percentage to a fixed number

9    on Monday, the 21st in the revised version that you got from

10   Cleary?

11   A      Right.

12   Q      And that was as you described on direct because Mr.

13   Ray wanted certainty as to what the number in question was?

14   A      Exactly.

15   Q      And then there were follow up discussions.  Let's talk

16   about on the -- and that's the document that's reflected on

17   the 21st as the 12:41 NNI revised draft.  Isn't that right?

18   A      It is.

19   Q      And just so we're clear, that's Exhibit 220 in the

20   binder in front of you?

21   A      Yes, appears to be.

22   Q      Okay.  Now on the calendar, you'll see that on the

23   22nd of July, it's an indication that NNCC Bondholders

24   informed FTI that they were opting out of the settlement.

25   That's consistent with your understanding, isn't it?

1    A      It is.

2    Q      And you understand then that there was a separate

3    phone call between Mr. Ray and NNCC in which he discussed

4    their participation or choosing not to participate in the

5    settlement?

6    A      To my knowledge, that's correct, yes.

7    Q      Okay.  The other entry on the 22nd indicates that

8    there was a telephone call between FTI and Chilmark.  You

9    had conversations with Chilmark with respect to the accrual

10   issue that you described earlier.  Isn't that right?

11   A      That is correct.

12   Q      Now earlier, you talked about the number.  Calculation

13   of the $1.657 billion number of the interest under the

14   bonds.

15   A      Yes.

16   Q      I'm correct that that's the number that you

17   calculated?

18   A      Yes.

19   Q      Chilmark asked you to share with them the basis for

20   that calculation.  Isn't that right?

21   A      Yes.

22   Q      And that happened over the weekend of the 19th and

23   20th of July.  Isn't that right?

24   A      That's my recollection.

25   Q      And just so I'm clear, if you look at Exhibit 219 in

1  your binder.

2  A    Yes, that's the calculation we sent to Cleary which

3  was ultimately -- I'm sorry, to Milbank, which was

4  ultimately forwarded to Cleary.

5  Q    Okay.  And to your knowledge, that calculation of the

6  $1.657 billion, includes the NNCC Bonds?

7  A    It does.

8  Q    And that's, in fact, a straightforward calculation

9  under the indentures?

10  A    It is.

11  Q    Okay.  I believe you said on direct, that on the 23rd,

12  the issue of the $876 million with a 3.5 percent accrual

13  over a period of time from July 1, 2014 through June 30,

14  2015 was agreed.  Is that correct?

15  A    Yes, it was.

16  Q    And then it was signed in the formal Settlement

17  Agreement on the 24th and submitted to the Court?

18  A    Precisely.

19  Q    And on the 23rd, the components of the $876 million

20  and the $134 million, which is the 3.5 percent, that

21  provides the total settlement amount as of June 30, 2015 at

22  $1.01 billion.  That's correct?

23  A    That's correct.

24  Q    Now you also said that the NNCC notes ultimately chose

25  not to be part of the Settlement Agreement.  Is that right?

1    A      That is correct.

2    Q      And am I correct that there was language added to the

3    Settlement Agreement in Section 4.2, to cover the situation

4    if there were insufficient funds to pay the allowed PPI?

5    A      Yes, to my recollection, that's correct.

6    Q      Okay.  Now I want to turn to this demonstrative chart

7    which you've testified to, the one that your counsel handed

8    you.  Is it fair to say that this demonstrative chart

9    doesn't show at all what the amount of possible surplus is

10   in the estate to pay the proposed settlement?

11   A      Yes, there is no calculation in the chart.

12   Q      But it's fair to say that FTI has been modeling

13   potential outcomes with respect to the Bondholders' claim

14   for PPI for many years.

15   A      That is true.

16   Q      And it's also true that FTI's prepared financial

17   analyses as to what the Bondholders would likely recover

18   from the NNI estate, if they had a Court Order that

19   permitted them to obtain the contract rate on all PPI.

20   Isn't that right?

21   A      Can you repeat the question, please?

22   Q      Sure.  Fair to say that FTI has prepared financial

23   analyses as to what the Bondholders would likely recover

24   from the NNI estate, if they had a Court Order that

25   permitted them to obtain the contract rate on all PPI?

1  A    We've done a number of calculations covering a number

2  scenarios.  I think I testified to that in deposition.

3  There is no single, one likely analysis that we've done, but

4  we've been asked by counsel to prepare a number of scenarios

5  and analyses in model form for them.

6  Q    Okay.  So you've -- without disclosing the substance

7  of your analysis, you have analyzed and performed financial

8  models on the cash balance that NNI would have available to

9  pay PPI?

10 A    We have.

11 Q    And you've also looked at NNI's outstanding tax claim?

12 A    We have.

13 Q    And you've performed analysis of various specific

14 claims in the NNI estate?

15 A    Yes.

16 Q    In connection with the settlement negotiations, you

17 never shared any of those models with the U.S. estate, did

18 you?

19 A    We did not.

20 Q    Did anyone from Chilmark ever tell you that they had

21 performed comparable analyses on models?

22 A    At what time?

23 Q    Over the course of the middle of June to the end of

24 the settlement period, let's call it the 24th of July?

25 A    No, we didn't ever have those discussions during our

1  negotiations.

2  Q      And during the two weeks in July from the 14th until

3  the signed document on the 24th, no one from Chilmark ever

4  told you that they performed any such analysis, did they?

5  A      No.  Can I just to clarify, just in case it's helpful?

6  Q      Please.

7  A      We were aware that Chilmark has done similar analyses

8  to those that we've done all throughout the case, but none

9  was shared nor discussed during our negotiations.

10  Q      And to your knowledge, Chilmark had access to NNI's

11  financial data.

12  A      Right, that's -- would be a working assumption, yes.

13  Q      And they would -- there's no reason that you can

14  assume, sitting here today, why Chilmark wasn't perfectly

15  capable of doing the same analysis that you were doing?

16  A      No, none.

17           MR. PULTMAN:  I have no further questions of the

18  witness, Your Honor.

19           THE COURT:  Thank you very much, Mr. Pultman.

20  Mr. Bassett, anything further?

21           MR. PULTMAN:  Thank you, Mr. Katzenstein.

22           MR. BASSETT:  We have no redirect, Your Honor.

23           THE COURT:  I just have a couple real quick

24  questions for you because I just want to make sure that I

25  have a sense of the extent of discussions on this issue of

1   pre-petition interest.  Are you aware that there were

2   mediations in this --

3                MR. KATZENSTEIN:  Yes.

4                THE COURT:  -- during the course of the case?

5                MR. KATZENSTEIN:  I was an active participant in

6   all of them.

7                THE COURT:  All right.  And without getting into

8   any substance whatsoever, was the post-petition interest

9   issue discussed as part of those discussions in mediation?

10               MR. KATZENSTEIN:  If I had a dollar for each

11  time, we could pay off the bonds.

12               THE COURT:  Okay.

13                      (Laughter)

14               THE COURT:  All right.  All right.  I appreciate

15  that, Mr. Katzenstein, thank you, sir.  You may step down.

16               MR. KATZENSTEIN:  Thank you, Your Honor.

17               THE COURT:  Thank you.  Mr. Pultman?

18               MR. PULTMAN:  Your Honor, we're at your disposal

19  with respect to the timing as to whether we put Dr. Wertheim

20  up now, whether we take a lunch break now and put Dr.

21  Wertheim up immediately thereafter.

22               THE COURT:  You know, I don't have Justice

23  Newbould to consult --

24                      (Laughter)

25               THE COURT:  -- and he was always very helpful

1   about lunch.

2           MR. PULTMAN:  We are completely at your disposal

3   then, Your Honor.

4                        (Laughter)

5           THE COURT:  Mr. Bromley, any views on your part?

6           MR. BROMLEY:  Well, Your Honor, I think our

7   biggest concern is the timing that we have.  I think things

8   went a little longer than we expected.  So we would

9   encourage the witness to get on the stand and push forward

10  and not delay at this point.

11          THE COURT:  Well, does everyone feel that way or

12  do people need a lunch break?  You know, the concern I've

13  always got is a half an hour's just not enough time for

14  lunch around town, by the time you get it, it's 45 minutes.

15          MR. BROMLEY:  Well, it would be helpful to know

16  from Mr. Pultman what he expects in terms of direct.

17          THE COURT:  Sure.

18          MR. PULTMAN:  I expect we've got about an hour of

19  direct of --

20          THE COURT:  An hour of direct.

21          MR. PULTMAN:  -- Dr. Wertheim.

22          THE COURT:  And that probably will mean about an

23  hour -- at least an hour of cross, if not more, right?  So

24  that's two hours.

25          MR. BROMLEY:  But we don't have a calendar, Your

1  Honor.

2              (Laughter)

3              THE COURT:  Well, why don't we take -- and how do

4  you feel about this, Mr. Pultman?  I --

5              MR. PULTMAN:  Your Honor, if we take a 45 minute

6  break and keep the lunch tight, so that we are back in time

7  and then start at 1:15, we're happy to push forward.

8              THE COURT:  All right.  I don't want people, you

9  know, to be passing out on me here either.  All right.

10  Let's -- I will be back in this courtroom at 1:15 sharp.

11              MR. PULTMAN:  Thank you, Your Honor.

12              THE COURT:  And we will get this done.  Thank

13  you.

14            (Recess from 12:31 p.m. to 1:23 p.m.)

15              THE COURT:  Thank you, everyone.  Please be

16  seated.  Now before we begin, let me just say, it would mean

17  I hope that we can push through now.  If anyone needs a

18  break, including you, Dr. Wertheim, please don't hesitate to

19  just raise your hand and I'll take the --

20              (Laughter)

21              DR. WERTHEIM:  Okay, thank you.

22              THE COURT:  I'll call a break.  But if other

23  parties in the courtroom do need a break and you -- feel

24  free to slip out and I won't take offense whatsoever.  All

25  right, Mr. Pultman.

1        MR. PULTMAN:  Good afternoon, Your Honor.

2        THE COURT:  Good afternoon.

3        MR. PULTMAN:  On behalf of the Monitor and

4  Canadian Debtors, we call Dr. Paul Wertheim to the stand.

5        THE COURT:  Thank you.  Dr. Wertheim, if you

6  won't mind standing, we'll have you sworn, sir.

7  DR.  PAUL WERTHEIM, MONITOR/CANADIAN DEBTORS' WITNESS, SWORN

8        THE COURT:  Thank you, sir.

9                    DIRECT EXAMINATION

10  BY MR. PULTMAN:

11  Q    Dr. Wertheim, good afternoon.

12  A    Good afternoon.

13  Q    Can you walk us through your education as reflected in

14  Slide 2 of your dep?

15  A    Yes.  I have a Bachelors Degree in Accounting from

16  Texas A&M University.  I have an MBA in Business and

17  Accounting from Abilene Christian University.  And then I

18  have both a Master of Science and PhD in Accounting, the PhD

19  being in Accounting and Finance from the University of

20  Kansas.

21  Q    And beyond your education, do you have any

22  certifications?

23  A    Yes.  I'm a Certified Public Accountant, Certified

24  Management Accountant.  I'm Certified in Financial

25  Management, Certified Fraud Examiner.  And I also have a

1    Certificate in International Financial Reporting Standards

2    issued by the AICPA.

3    Q      And how long have you been a CPA?

4    A      Over 30 years.

5    Q      And can you briefly describe for us your work history?

6    A      After graduation, with my Bachelors, I went to work as

7    an accountant and controller for an oil company in Texas for

8    a couple years, number of years.  And then at the same time,

9    finishing courses towards the Master's, I actually taught a

10   couple of courses.  In 1982, I believe, I pursued a PhD then

11   in accounting.  And following completion of the PhD, entered

12   the field of education and taught it, Abilene Christian

13   University, a few other universities, East Carolina

14   University, Pepperdine University, and currently, I'm a

15   Professor of Accounting at Abilene Christian University.

16   Q      And as professor of accounting, can you tell us the

17   coursework that you've taught?

18   A      Between Abilene Christian and other universities, I've

19   taught courses in financial accounting, intermediate

20   accounting, cost accounting, managerial accounting, account

21   information systems, fraud accounting.  I've taught issues

22   and topics in corporate tax.  I've taught auditing, advanced

23   auditing.  I think those are the main areas.

24   Q      Okay.  And in addition to your education, your

25   teaching, do you also provide any consulting or expert

1  services?

2  A    Yes.  For at least the last 10 years, I've also served

3  as a special consultant for first Berenblut Consulting which

4  was then merged into NERA Economic Consulting.  And so I

5  would serve as a special consultant on cases that require

6  certain accounting expertise.

7  Q    And can you tell us, generally, the types of

8  accounting expertise that you've testified to or consulted

9  on?

10  A    Over the years, I've been involved in a number of

11  cases where I've provided GAAP expertise, valuation of

12  financial statements, valuation of solvency and liquidity

13  issues, evaluation of corporate transactions on how they

14  comply with GAAP.  I've been involved in several bankruptcy

15  companies in areas involving evaluation again, of solvency,

16  liquidity, asset valuation, including deferred taxes, cash

17  flow forecasts using cash flow to analyze different types of

18  liquidity and solvency issues.

19  Q    And in your consulting or expert work, have you done

20  any creation of financial analysis?

21  A    Yes, quite a bit.  In fact, many of the bankruptcy

22  cases that I've been involved in have involved some type of

23  analysis and modeling of solvency and/or liquidity.

24  Q    And can you tell us what bankruptcy cases you've been

25  involved in?

1    A    A few of them have been companies, Adelphia, American

2    Home, Fannie Mae, Stamford Financial Group.  I did quite an

3    extensive amount of work on Enron.  And I've done some work

4    on the Nortel case.

5    Q    I'd like to mark an exhibit that's in front of you.

6    We've had it pre-marked as Exhibit 226 and ask that you take

7    a look at it and identify that document for us.

8    A    Sure.

9    Q    Can you tell us whether you've seen that document

10   before and what it is?

11   A    Yes, this is my report, my expert report, which was, I

12   guess, attached to a notice that you filed.

13   Q    And are there any changes, corrections, modifications

14   that you'd like to make to your report?

15   A    I would like to correct the number, one of the numbers

16   in Paragraph 16 of my report just in order to line up the

17   date that I list with the accrual amount of PPI that I list.

18   I'd like to line those up so that they coincide.  I make a

19   statement that the proposed agreement purports to settle the

20   PPI dispute by reducing the PPI that the Bondholders would

21   receive from a total accrual of $1.657 billion as of June

22   30, 2015.  My correction is as of June 30, 2015, the total

23   accrual would be $1.88 billion.

24   Q    Okay.

25   A    And that would reduce it, the total accrual then to a

1   maximum of $1.01 billion or a decrease of $874, instead of

2   the $647 that I show.

3   Q     And any other changes unrelated to that?

4   A     No.

5   Q     And does that change have any impact on the opinions

6   contained within your report?

7   A     No, no effect at all.

8   Q     Is there any other conclusion or part of the report

9   that you'd like to revise?

10  A     No.

11  Q     Can you tell us what your mandate was in this case?

12  A     Sure.  I considered it in two parts.  First, in the

13  event that NNI is found by the U.S. Bankruptcy Court to be

14  solvent, to analyze the range of notional surplus available

15  after distributions on accountable allowed claims that would

16  be available for the payment of PPI to the Bondholders.

17  Q     And did you have a second mandate?

18  A     Yes.  Based on the analysis of that surplus available

19  in the NNI estate, to analyze the value claimed to be given

20  up by the Bondholders pursuant to the proposed agreement.

21  Q     Can you tell us what conclusions you formed?

22  A     Sure.  In regard to the first mandate, based on my

23  analysis, and assuming an outcome of events for NNI that

24  maximizes net assets for distribution, only approximately

25  $971 million of net cash would be -- would exist with which

1   to pay PPI.

2           MR. LEBLANC:  Your Honor?

3           THE COURT:   Yes, Mr. Leblanc?

4           MR. LEBLANC:  I just want to note that we do have

5   -- we raised in our papers, we do have a relevance objection

6   to this entire theory or the analysis that's being done.  I

7   don't need Your Honor to rule on it necessarily at this

8   time, but I do want to say that we preserve that objection,

9   we'll deal with it at argument.

10          THE COURT:  That's fine.  I understand that

11  you're preserving that objection.  Let me just ask, just so

12  that I'm clear.  Have the parties stipulated that Dr.

13  Wertheim is, in fact, an expert?

14          MR. LEBLANC:  We have not, Your Honor.

15          THE COURT:  Okay.  I was not --

16          MR. PULTMAN:  And Your Honor, I can follow, the

17  Nortel practice which has simply been to proceed, or I can

18  follow what has been my practice, which is to after laying

19  out the qualifications --

20          THE COURT:  Qualify --

21          MR. PULTMAN:  -- in the mandate, to move the

22  admission of Dr. Wertheim as an expert.  I'm happy to --

23          THE COURT:  Well, I think in this case, this is

24  not, you know, the Allocation Trial, I would like to know

25  whether there is any objection to the qualifications as an

1  expert.  So I think we ought to proceed in the normal

2  fashion.

3            MR. PULTMAN:  Fine, Your Honor.  We're happy to

4  speak to his qualifications or have him speak to

5  reliability.

6            THE COURT:  Mr. Bromley, unless you wish to be

7  heard on this and --

8            MR. BROMLEY:  No, we simply -- we don't -- we do

9  object to whether or not Mr. Wertheim is qualified as an

10 expert in this particular matter and we would reserve our

11 objection.

12           THE COURT:  Okay.  All right.  Then we ought to

13 get that cleared up, I think.

14           MR. PULTMAN:  And, Your Honor, as immediately

15 after I finish the conclusions, I'm happy to move his

16 qualifications and speak to those issues.

17           THE COURT:  CourtCall has been disconnected.  So

18 I think, would you call back in -- I'm sorry.  Well, I'm

19 sorry, forgive me.  I'm technologically impaired.

20           THE CLERK:  It's not connecting.  It doesn't

21 sound like it's connecting.

22           THE COURT:  Oh, it's not connecting?

23           THE CLERK:  There it is.

24           THE COURT:  Good.

25           RECORDING:  Thank you for making a telephonic

1  Court appearance.  Your CourtCall or Court Conference

2  Operator will be with you momentarily.

3           COURTCALL:  Thank you for standing by.  May I

4  have the name of your Court, please?

5           THE CLERK:  Judge Gross' courtroom.

6           COURTCALL:  Judge Gross?  Okay, one moment, and

7  I'll place you with your operator.

8           THE CLERK:  Hello, Operator?

9           OPERATOR:  Yes, ma'am?

10           THE CLERK:  You can go ahead and connect the

11  parties through.

12           OPERATOR:  And you are connected, thank you.

13           THE CLERK:  Thank you.

14           THE COURT:  I thank you.  All right.  You may

15  proceed, Mr. Pultman.

16  BY MR. PULTMAN:

17  Q    Thank you, Your Honor.  Dr. Wertheim, have you reached

18  any conclusions on the mandates that were in your opinion?

19  A    Yes, I've stated the conclusion on my first mandate.

20  The conclusion on my second part of my mandate was in my

21  opinion, the value of the proposed agreement to the NNI

22  estate is zero, given that the Bondholders did not concede

23  anything of value and they settled for a maximum PPI of

24  $1.01 billion.

25  Q    Before we get to the basis for your conclusions, can

1  you tell us what you reviewed?

2  A     Sure.  In reaching my conclusions, there were a number

3  of steps that I had to go through.  I had to, first off,

4  develop a model that would -- that could be used to evaluate

5  the surplus cash, come up with the inputs for that model.

6  Those inputs involved use of financial information, so I had

7  to evaluate financial information, including the relevant

8  financial information for NNC, and NNL, and also, the

9  financial information for NNI.  That came from various

10 documents including the Form 10-Q, a publically filed

11 document that in itself involved interpretation of

12 accounting numbers, basis for presentation in the financial

13 statements, interpretation of certain GAAP pronouncements

14 that guide the numbers in those financial statements.

15 Q     And are the documents that you reviewed, contained on

16 Appendix B?

17 A     Yes.

18 Q     Did you make any assumptions in coming to your

19 conclusions?

20 A     Yes.  There were -- in order to calculate the surplus

21 cash that would be available, there were certain assumptions

22 that I had to make that were affected by certain outcomes.

23 And so, yes, there were several assumptions that I had to

24 make.

25 Q     Did you employ any professional judgment over the

1   course of your analysis?

2   A    Sure.  In the process of doing those assumptions, for

3   instance, in calculating net assets, part of that involved

4   calculation of a cash burn.  So I had to evaluate historical

5   financial statements, look at cash flows over time, used

6   judgment in developing an estimate of actual cash burn, used

7   judgment in translating that into an estimated future cash

8   burn rate.  Also looked at, again, relevance of accounting

9   standards that guide the amounts that claims are listed at

10  in the financial statements, judgment on how the

11  assumptions, what assumptions needed to be made that

12  affected the surplus cash.

13  Q    Did you do any sensitivity analysis in your review?

14  A    I did after I did the initial calculations for

15  distribution analysis.  I then performed a sensitivity

16  analysis to determine how results would change if certain

17  variables were changed.

18  Q    And in addition to the financial information and the

19  documents contained on Appendix B, did you look at any

20  testimony that is also contained on Appendix B?

21  A    Yes, it's included in Appendix B, but I also used

22  testimony of John Ray.  And I also used statements that were

23  made by U.S. counsel.

24  Q    And can you tell us why you confined yourself, for

25  purposes of your report, to the information you just

1  described?

2  A    Well, I wanted it to be based on publically available

3  information and information that had been filed with the

4  Courts.  My purpose wasn't, and given my mandate, wasn't to

5  try to dig into as I understand, five years of intense

6  history on all different aspects of this trial, but to focus

7  more on the big picture of given reasonable assumptions,

8  given material assumptions, given certain outcomes that

9  would materially affect the surplus cash to try to identify

10  what those main items were, look at what other types of

11  variables might affect the surplus cash, and then to just

12  look at the big picture and reach a conclusion on -- based

13  on what I was asked to do.

14  Q    And based on the work that you did, based on the

15  materials that you reviewed, employing the judgment that you

16  did, did you come to conclusion as reflected on Slide 8?

17  A    Yes.

18  Q    And can you tell us what that conclusion is?

19  A    Oh, yes.  The main conclusion is that in calculating

20  the surplus cash available to NNI, looking at their total

21  cash available for distribution, less the claims to be

22  settled by the distribution, I concluded that the maximum

23  surplus cash would be approximately $971 million.

24        MR. PULTMAN:  Your Honor, we move Dr. Wertheim as

25  an expert based on his qualifications, his reliability and

1  his FIT.  We believe he meets the standard under the Federal

2  Rules of Evidence under the Law of this district.

3              THE COURT:  Thank you, Mr. Pultman.  Mr. Bromley?

4              MR. BROMLEY:  Your Honor, we continue to have a

5  concern about Dr. Wertheim, but we think the proper time to

6  deal with it is in argument at the conclusion because the

7  direct and cross examination may elicit information that

8  allows us to either withdraw any objection we may have or to

9  pursue the objection.

10             THE COURT:  All right.  Thank you, Mr. Bromley.

11 Just one question I have and that is has Dr. Wertheim ever

12 been qualified as an expert in any of the cases in which he

13 was involved?

14             MR. PULTMAN:  Dr. Wertheim, can you tell us about

15 your prior expert -- any experience you've had in which

16 you've been qualified in the Court.

17             DR. WERTHEIM:  Well, do you mean, have I

18 testified as an expert witness or have I had expert reports

19 submitted?

20             MR. PULTMAN:  Well, let's do both.  But I believe

21 the Court's question was, has a Court previously decided

22 that you are an expert?

23             DR. WERTHEIM:  I'm not aware of that.

24             MR. PULTMAN:  Okay.  But you have been retained

25 as an expert previously to submit reports?

1        DR. WERTHEIM:  Yes, I've submitted several expert

2   reports.

3        MR. PULTMAN:  Including in the Nortel case?

4        DR. WERTHEIM:  Yes.

5        THE COURT:  All right, thank you.  Thank you, Mr.

6   Pultman.

7   BY MR. PULTMAN:

8   Q    If I can take you then to the next slide, Slide #9,

9   and ask what major assumptions you made in coming to the

10  conclusions that we've talked about?

11  A    Well, given that the model included developing the

12  assets for NNI that would be available.  The first

13  assumption I had to make was what assets are they going to

14  receive from the allocation?  And so, in order to max -- to

15  calculate the maximum net assets, I had to assume that

16  they'd receive the maximum allocation.  And therefore, I

17  assumed that they'd received 100 percent of their requested

18  allocation of sales proceeds.

19  Q    And what was that based on?

20  A    That was based on the amounts listed in the Kinrich

21  report.

22  Q    And who do you understand Mr. Kinrich to be?

23  A    He, it's my understanding was used to present the case

24  for the U.S. Debtors on their allocation request.

25  Q    Okay.  Let's move on to your next major assumption.

1  Can you tell us what your second assumption was?

2  A     Yes.  I also made an assumption, given that a large

3  portion of the claims are represented by the bonds, I had to

4  make an assumption about who paid those bonds first; whether

5  it was NNL, the Canadian estate, or whether it was the U.S.

6  estate.  And again, in order to maximize the net assets

7  available for NNI, it was to their advantage if NNL made the

8  first payment towards the guaranteed bonds, because that

9  would reduce the amount of bond payments required to be paid

10  by NNI.  It would reduce that on the claim side for NNI.

11  Q     Okay.  Can you tell us about the third major

12  assumption you made?

13  A     Sure.  I had to make an assumption about the tax

14  liability for NNI, the existence of a potential tax

15  liability had been raised both by John Ray and also by U.S.

16  counsel.  It was clear that that tax liability existed.

17  U.S. counsel made statements that an estimate of the amount

18  of the tax liability ranged between $400 million and $1

19  billion.

20  Q     Okay.  And those are statements in opening statements?

21  A     I believe they were, yes.

22  Q     Okay.  And can you tell us what assumption you made?

23  What estimate did you make for that tax liability for your

24  analysis?

25  A     Well, I didn't consider it realistic to assume zero

1    tax liability.  John Ray stated that he included some

2    estimate.  I wanted to include some estimate.  To be

3    conservative, I took an estimate of one-third of the low end

4    of the estimated range or $133 million.  I consider that in

5    my opinion, extremely unlikely that it would be that low,

6    but nevertheless, to sort of initially set these amounts in

7    favor of NNI, I took a realistic -- unrealistically low

8    estimate of that potential tax liability.

9    Q    And if you view that as unlikely, why did you make

10   that assumption?

11   A    To see even if it was that low, would they have enough

12   surplus assets in order to be able to pay the PPI.

13   Q    And why did you believe that the tax liability, that

14   that assumption was unrealistic in light of the other

15   assumptions that you made?

16   A    Well, just first off, common sense about taxes.  And

17   then also, based on statements again, by U.S. counsel in the

18   trial testimony, that the tax liability depended on results

19   of the allocation.  And it's just logical to assume that the

20   tax liability for the U.S. is as of yet, unsettled.  And the

21   reason it is as of yet unsettled, is because the allocation

22   that the U.S. is going to receive is unknown.  And so the

23   higher that allocation that the U.S. receives, the higher

24   that tax liability would be.  And so, I considered one-third

25   of the low end of the range, I considered it unrealistically

1    low because I've taken the position that they're going to

2    receive the full allocation.  And yet, I'm assuming only

3    one-third of the low end of the range of the tax estimate.

4    And if the tax estimated range was $400 million to $1

5    billion, I would assume that that was dependent on the

6    allocation.  So that the higher the allocation, the closer

7    towards the billion it might likely be.

8    Q    So the assumptions you've made are cumulative,

9    essentially?

10   A    Yes.

11   Q    Okay.  Well, let's talk about a series of additional

12   major assumptions that you made.

13   A    Okay.  A few other assumptions.  I assumed that the NN

14   UK pension claims against NNL are soon to be dismissed in

15   their entirety.  I assumed NNI pays only 60 percent of the

16   estimated PPI that may be attributable to the NNCC notes.

17   And I assumed that the NNI pays zero towards the additional

18   updated PBGC filed claims.

19   Q    Given the six major assumptions you've just described,

20   do you have a view as to the likelihood of everyone of the

21   six occurring in the way you've assumed?

22   A    Well, I can answer that sort of yes, sort of no.  I

23   didn't evaluate the legal likelihood, for instance, of the

24   allocation, that's beyond my scope.

25   Q    Sure.

1  A     So to try to assess the likelihood from a legal

2  standpoint of some of these, no.  But yet from a financial

3  standpoint, all of these have been assumed based on

4  reasonable assumptions in favor of NNI, and so given these

5  six assumptions, and there's actually other assumptions that

6  are going to come into play, for instance, I assumed a zero

7  cash burn rate for NNL.  I assumed no increase in claims,

8  other than those that are listed on the NNL and NNI side.

9  And so, if you take all the assumptions together, lined up

10  in favor of the NNI, even though I may not be able to assign

11  I would say a legal probability to some of them, a good

12  analogy might be to think of just what's he likelihood of

13  all of these things lining up?  And an analogy I sometimes

14  use in my class is -- when I'm talking about things like

15  this is the idea of a coin flip.  If you were to flip a coin

16  one time and wanted to get a head, there'd be a 50 percent

17  chance.  But if you wanted to flip a coin 10 times and have

18  heads line up all ten times in a row, so that they all lined

19  up the same, the probability would be less than one in a

20  thousand.

21  Q     And if I could turn you then to Slide 13, which is the

22  calculation surplus cash, a slide we've seen before.  Can

23  you tell us whether this is what view as the expected

24  surplus cash available in NNI?

25  A     No, I don't -- I wouldn't consider that the expected

1  cash.

2  Q      Well, what expected --

3  A      The reason is there might be, given my assumptions

4  that I lined all up in favor of NNI, that are built into

5  this analysis, I consider this the upper limit of what the

6  surplus cash would be, not an exact amount.  In fact, again,

7  going to back to the tax aspect, it's likely that this

8  amount could be considerably less.

9  Q      Well, you've told us about the major assumptions

10 you've made.  Let's look at the first three of them and I'll

11 ask you some questions.  If you reverse, let's take the

12 first assumption that you made on allocation.  Can you tell

13 us what the results would be, keeping all other assumptions

14 constant.

15 A      Sure.  My base case was assuming the Kinrich

16 allocations and so, again, my surplus cash calculation

17 was --

18                THE COURT:  Mr. Bromley?  Yes, sir?

19                MR. BROMLEY:  Your Honor, we have an objection to

20 this particular slide.  The information that is contained on

21 it below the first line of Mr. Kinrich was not provided in

22 either Mr. Wertheim's report or testified to in his

23 deposition.  I think we asked very specific questions as to

24 whether he had run any calculations based on other

25 approaches, other allocation approaches and the answer given

1  in his deposition testimony was no.  So we have an objection

2  to this.  This was not provided beforehand.  This is new

3  opinion testimony, if you will, that is being offered now

4  through Mr. Wertheim.

5          MR. PULTMAN:  I can lay the foundation, if

6  counsel's concerned.

7          MR. BROMLEY:  You can't create a new record.

8          THE COURT:  That's not -- yeah.

9          MR. BROMLEY:  That's the issue.  You can't lay a

10  foundation for something that wasn't in his report that we

11  did not have a chance to cross examine.

12          MR. PULTMAN:  Your Honor, I believe this came

13  straight from the documents on Appendix B.  I don't want to

14  be the one testifying.  I'd prefer if it's Dr. Wertheim who

15  puts in the record.

16          THE COURT:  Yes, Mr. --

17          MR. PULTMAN:  And the basis of it.  And they can

18  certainly cross him to ask whether or not he's come up with

19  this now, whether it's in the documents from time of

20  memorial, or what the impact of it is.  He certainly had to,

21  in taking the assumption that Mr. Kinrich's allocation was

22  the best for purposes of NNI, had to look at the other

23  allocation.

24          THE COURT:  But was there any discovery provided

25  that he had looked at the other allocations, for example?

1          MR. PULTMAN:  Well, certainly there was

2   information contained within Appendix B that went through

3   what he looked at, including the Brickman charts that Your

4   Honor's heard a lot about that provides exactly this kind of

5   waterfall as to what the allocation is.  To the extent that

6   Your Honor is not inclined to hear it from Dr. Wertheim, it

7   comes straight out of the documents that are before the

8   Court.  So we're happy to do it either way to talk about it,

9   but we think it's better coming from the person who actually

10  gave the assumption in favor of NNI to this effect.

11          THE COURT:  Anything further, Mr. Bromley?

12          MR. BROMLEY:  Your Honor, we asked a very

13  specific question of Dr. Wertheim at his deposition and he

14  had a very simple answer which was no.  "Did you do any

15  analysis with respect to any allocation theory other than

16  Mr. Kinrich?  Answer:  No."  We don't see how this can be

17  offered by Dr. Wertheim at this point in time.

18          THE COURT:  I would agree.  I would agree.  I

19  will not permit the testimony where the witness said no to

20  the specific question.

21          MR. PULTMAN:  In that case, Your Honor, if I can

22  turn to the next slide which relates to the order of payment?

23  BY MR. PULTMAN:

24  Q    Dr. Wertheim, did you do an analysis of what the effect

25  was of a change of your assumption on the order of payment?

1  A     Yes.  Again, in my base case, I assume the Canadian

2  Debtors paid first.  That was my surplus cash at 971.

3  Keeping all the other assumptions lined up in favor of NNI,

4  if you change just that assumption where the U.S. Debtors

5  paid first, the surplus cash decreased to 684 million.

6  Q     Okay.  And is that effect contained in your report?

7  A     Yes it is.

8  Q     Now, I'm going to move on to the next demonstrative

9  which relates to the size of the tax claim and the next slide

10  to that effect.  Now, you told us earlier that one major

11  assumption was that you assumed a $133 million tax claim?

12  A     Yes.  I assumed one-third of the low end of the range.

13  Q     If you changed that assumption what impact would that

14  have on your analysis?

15  A     Well, if you still use the low end of the range, 400

16  million, it decreases surplus cash to 704.  If the tax

17  liability was at the upper end of one billion, then it would

18  decrease surplus cash to slightly over 100 million.

19  Q     I'm going to turn you now to your -- to the calculation

20  of the 971 million number which you've described is the

21  maximum number.  Can you tell us what the formula you used to

22  come to that number?

23  A     Sure.  The overalls formula was net assets available

24  for distribution less the claims and so I had to calculate

25  the cash available to NNI for distribution and that was made

1    up of three components; the amounts that they received from

2    the allocation of the sales proceeds, which I based again on

3    the Kinrich allocation.  That was the 5.3 billion.  I also

4    estimated their current cash balance at the estimated date of

5    distribution.  The number I included was 620.9 million and

6    that was calculated using, first off, the cash balance listed

7    for NNI from the cash summary worksheet which was dated -- I

8    believe the cash balances would have been end of August of

9    2014 and then I assumed an estimated cash burn from September

10   through June 30, 2015.

11   Q     And did you do any analysis of what NNI's recovery

12   would be on the two billion plus lab claim?

13   A     Yes.  The final component of their cash available for

14   distribution came from their recovery of the 2.0627 billion

15   claim against NNL and that 285.6 consists of 62.7 million

16   priority claim plus the amount that NNL is able to pay on the

17   remaining 2 million -- or 2 billion of the claim.

18   Q     So let's break those down.  You've got in the second

19   item there the current cash balance.  How did you come to the

20   conclusion as to what the cash balance was?

21   A     Their estimated cash balance from the cash summary

22   worksheet; I can't remember the exact number of what it came

23   out to be.   It was this amount plus 47.5 million in cash

24   burn.  That was their actual cash balance at that point and

25   then I reduced that by an estimated cash burn through June

1    30th.  The way I --

2    Q     And what --

3    A     -- came up --

4    Q     Sorry.  I was going to ask you what you used to get to

5    the cash burn.

6    A     Okay.  The way I came up with the cash burn estimate, I

7    used historical data to calculate the actual cash burn for

8    different periods of time.  I used numbers for NNL as listed

9    on the cash summary worksheet I think for the 10-month period

10   ended in September of 2014.  I also, for comparative

11   purposes, used cash balances that were listed on the monthly

12   operating report for NNI over that period.  In looking at all

13   the cash outflows, regardless of the time period, regardless

14   of what I used, the cash summary worksheet or the monthly

15   operating reports, actual cash burn was a minimum of 10

16   million a month or more and so to be conservative, I used a

17   cash burn analysis of 5 million per month.

18   Q     So why did you make the change from the 10 million on

19   average cash burn to the 5 million cash burn?

20   A     I know some of that in the earlier months particularly

21   was during the allocation trial when expenses might be

22   higher.  Going forward, there's arguments that cash burn is

23   going to be lower.  I do understand that there's still a lot

24   of work to be done on this case.  There's work to be done to

25   estimate the different distribution plans, to come up with

1    the plans, there's potential future litigation work related

2    to ongoing issues, there's future work that might be done on

3    appeals, and so just already, given that the actual cash

4    balance started at the end of July, there's already been cash

5    burn probably at a higher rate than 5 million for August,

6    September, October.  We're into November.  But regardless, I

7    wanted to decrease it because cash burn might decrease going

8    forward.

9    Q    Let's put to one side the cash available.  Let's move

10   to the claims.  Have you considered the totality of the

11   available claims?

12   A    Yes.  The total claims that I calculated for NNI to be

13   settled by distribution totaled 5.238 billion, made up of

14   liabilities not subject to compromise, the contingent

15   liability for NNI's debt guarantee which relates to the bonds

16   of 3.532 million, the contingent liability for their pre-

17   Petition interest which is 103.  I've got some pension

18   obligations of 593 million.  Some other claims, 736, and then

19   I have some other components, some PPI attributable to the

20   NNC notes of 45.8, PPI attributable to the other U.S.

21   creditors of 39.3, and then my post-Petition tax liability,

22   which I already mentioned, at 133 million.

23   Q    And can you tell us what information you looked at to

24   determine whether the assessment you have here is accurate?

25   A    Okay.  A couple of things.  These -- you had the bond

1   numbers and the pre-Petition interests that were already

2   given.  The 3.532 and the 103, those have already taken into

3   account the payment based on my assumption that NNL paid

4   first towards the bonds.  But the liability is not subject to

5   compromise.  The other claims of the 736 million, I pulled

6   those amounts from the most recently filed monthly operating

7   report, which I believe was filed -- the latest one was back

8   in January, most recent information that I had.

9   Q    Okay.  And you've told us that, in certain respects,

10  that numbers depended -- that the calculation of NNI's assets

11  would depend on NNL's assets.

12  A    Yes.

13  Q    And can you tell us how that works?

14  A    Sure.  For NNI, on the cash side, one of the line items

15  for their cash available for distribution came from NNL's

16  distribution to NNI and also on the claims side, the bonds

17  and the pre-Petition interest were both reduced by the amount

18  that NNL was able to pay on those, and what NNL is able to

19  pay on all of those is based on their cash available for

20  distribution and their claims that are required to be settled

21  to come up with a payout ratio.

22  Q    Okay.  Can you tell us what the payout ratio you

23  calculated was?

24  A    Sure.  Using cash available to NNL of 1.039 billion and

25  total claims to be settled of 9.326 billion, I calculated a

1  payout ratio of 11.15 percent.

2  Q     And is this analysis based on your assumption of the

3  Kinrich allocation?

4  A     Yes it is.

5  Q     Now, I'm going to ask you about your next slide, slide

6  number 20.  Can you tell us, based on Mr. Kinrich's analysis,

7  how you got to this distribution for NNL?

8  A     Sure.  I had to calculate the total cash available to

9  NNL, and so, again, three components, I had the allocation

10 from the sales proceeds, the 772.8, that was based directly

11 on Kinrich's proposed allocation.  The current cash balance

12 at distribution that would be available to NNL I listed at

13 329.4.  That is the forecasted cash balance from I believe

14 it's Appendix B of the 108th Monitor's Report, the projected

15 cash balance at April of 2015.  Even though I assumed the

16 later distribution date, I assumed zero cash burn for NNL.

17 Q     And what effect does that assumption have?

18 A     That's probably minimal.  It would reduce their cash

19 available by whatever the burn rate is.

20 Q     So you assumed that there would be no burn?

21 A     I assumed no burn.  And then the third component would

22 reduce cash available and that's the 62.7 million priority

23 payment to NNI.

24 Q     And in deciding to use the Kinrich allocation, did you

25 determine that that allocation would ultimately provide the

1  greatest number to NNI for purposes of this analysis?

2  A     Yes.  Going into these calculations, given that was my

3  assumption, that was the assumption that maximized cash for

4  NNI.

5  Q     I'm going to turn you to slide 21 for the distribution

6  analysis.  Can you tell us if you calculated the claims in

7  addition to having calculated the assets?

8  A     Yes.

9  Q     And what --

10 A     Total claims to be settled by the distribution for NNL

11 I calculated at 9.326 billion.  That consisted of the $2

12 million -- or $2 billion remaining claim that was payable to

13 NNI.  It consists of the 3.975 long-term debt and the pre-

14 Petition interest.  And then also, the other claims that NNI

15 -- or excuse me, that NNL had, I list at 3.235 billion.

16 Q     Well, let me ask you what documents did you use to come

17 to that analysis of the claims?

18 A     Okay.  The $2 billion payable to NNI, that's the

19 remainder from the 2.063.7 billion claim.  That was

20 identified in initially I think in Monitor's Report No. 35.

21 You have the long-term debt, 3.975 million and the pre-

22 Petition interest, and then the other claims is a combination

23 of individual items that are listed on the 10-Q for NNC.  In

24 addition, I used some updated information.  In addition to

25 the claims listed on the 10-Q, there's -- included in that,

1  $125 million payable to a EMEA from the EMEA settlement with

2  NNL.

3  Q    And let me ask you about your use of the 10-Q.  First,

4  what's the date on the 10-Q that you used?

5  A    The 10-Q financial statements are dated June 30, 2012.

6  I think it was filed in August.

7  Q    And can you tell us whether you did anything to confirm

8  the accuracy of the information you found in the 10-Q?

9  A    Yes.  Yes, the 10-Q, again, is from 2012.  I wanted to

10  get a little comfort in my total of the claims to be settled

11  so I compared that to Appendix D of the 108th Monitor's Report

12  which lists the current status of the claims as of the date

13  that that Monitor's Report is filed and I took from that

14  listing the claims for NNL, both claims that are settled and

15  also claims under review, and the total on that document,

16  which I think was dated in September of this year, matched

17  insignificantly different to my 9.3 billion.

18  Q    Okay.  So can we take a look for a moment at Exhibit

19  232, and if you can confirm that that's the 10-Q?

20  A    Yes it is.

21  Q    Did you take account of what entity was described

22  within the 10-Q?

23  A    Well, the 10-Q was filed for the consolidated group or

24  the Nortel Group, NNC and NNL, and so that's a consolidated

25  financial statement.  But again, when I compared the numbers

1  for total claims from that, it matched insignificantly

2  different, the total claims for NNL that were listed on the

3  Monitor's Report.

4  Q      And did you see any independent confirmation for --

5  let's take NNI's claims from -- the amount of NNI's claims

6  when you considered the claims?

7  A      In general, I did.  If you look at my total claims for

8  NNI, it was 5.2 something billion, I believe, but that

9  included a tax claim.  It included some NNCC interest.  And

10  so if you back those out, I actually show total claims for

11  NNI of a little less than 5 billion.  I got a little comfort

12  in my number based on a statement made by U.S. Counsel, and

13  I'd like to quote that.  I don't want to paraphrase.  But it

14  was a statement made by U.S. Counsel, again, at trial where

15  it was stated that in the case of NNI, there's liable to

16  account for claims of over 5 billion, claims that run the

17  gambit of guarantees of loans, of trade accounts, long-term

18  debt, pension and retiree medical, employee obligations, and

19  that's pre-Petition, and then, in addition, the tax

20  liability.  So even without the tax liability, they're making

21  the statement that the total claims for NNI amounted to over

22  5 billion and if you back out the tax liability in my PPI for

23  the NNCC notes, I actually showed claims under 5 billion.  So

24  I got comfort that I wasn't overstating my claims.

25  Q      Thank you, Dr. Wertheim.  Before I conclude, I want to

1  go to the sensitivity analysis that you talked about earlier.

2  Did you do a sensitivity analysis for the assets of NNL?

3  A    I did.

4  Q    And did you do a sensitivity analysis for claims as

5  well?

6  A    Yes I did.

7  Q    So let's take the assets first.  And tell us what you

8  did.

9  A    Sure.  I recalculated, keeping other assumptions the

10  same, what the increase, if the total assets for NNL are

11  increased by 100 million, how would that affect the surplus

12  available to NNI and I found that it would increase the

13  surplus available to NNI by 65.3 million.

14  Q    Okay.  And with respect to claims, did you do a similar

15  sensitivity analysis?

16  A    Yes.  On the claims side, I found if total claims are

17  decreased by 100 million, that the payout ratio would

18  increase to 11.27 percent and the surplus cash to NNI would

19  increase by 7.4 million.

20  Q    And did that give you any comfort in connection with

21  the analysis that you did?

22  A    It did, particularly on the claims side for NNL, given

23  that -- and by the way, on the claims side, I might also

24  point out one of my assumptions was to eliminate the NNUK

25  pension claims.  So for the total claims that NNL had listed,

1  I already reduced those by over 600 million.  But this

2  sensitivity analysis tells me that for every $100 million

3  that the claims are reduced even more, that it's only going

4  to have about a $7 million effect on the surplus cash to NNI.

5  Q     Well, let me ask you about your conclusions.  You

6  indicated that your conclusion was with respect to the

7  sealing of some $971 million in surplus cash.

8  A     Correct.

9  Q     Is your calculation of $971 million intended to be an

10  estimate of the amount of surplus cash that you believe will

11  be available to pay PPI?

12  A     No.  Again, it's taking a look at the major items that

13  are going to affect surplus cash; what cash are they going to

14  have available and from what sources; what claims are they

15  going to have and from what sources, and based on the

16  assumptions that we went through, with those assumptions

17  being set in favor of NNI, if all of those lined up, as I've

18  assumed, that, based on the numbers, it puts the surplus cash

19  in that mid to upper $900 million range.  It's not meant to

20  be an exact amount.  There's still certain little variables

21  here and there that might go one way or the other.  Could

22  some of the claims on either NNL or NNI be decreased further?

23  Possibly.  That would increase the surplus cash.  But could

24  some of those claims be increased?  Yes.  And, in fact, I

25  noted from the 10-Q that there are numerous claims that are,

1  as of yet, either unliquidated or currently listed as a zero

2  amount that might become significantly higher.  One example

3  of that happening is the $125 million settlement with EMEA.

4  That $125 million claim wasn't listed on the 10-Q.  It wasn't

5  listed on the Appendix D of the Monitor's Report.  So that's

6  an example of a claim that came to fruition that had

7  initially not even been accounted for and so there's

8  potential that there's some claims that might actually

9  increase that would reduce surplus cash.  So given the

10  possibility of fluctuations here and there, again, this is

11  based on the assumption that all of the assumptions that went

12  into it are lined up.

13  Q    Are there other variables that you considered that

14  could further reduce the surplus cash?

15  A    There are, and I've listed those in one of my tables.

16  These are some of the main items.

17  Q    Can you tell us what they are?

18  A    Sure.  I list the reduction in cash that would occur if

19  NNI paid first towards the bonds.  That was the 286 million.

20  I listed the potential additional U.S. tax liability if it

21  ended up being -- even at the low end of the range, would be

22  an additional 266 million that I didn't account for in my

23  initial distribution analysis.  And, again, that's only

24  assuming still the low end of the range.  There's an

25  additional updated PBGC claim that I didn't include in my

1  analysis.  I assumed NNI paid zero of that.  If they had to

2  pay that, that would be an additional 115 million reduction

3  in surplus cash.  And then since I assumed only a 60 percent

4  PPI attributable to the NNCC notes, if that was at the full

5  contract rate, that would be an additional 30 million.  And

6  then I had also assumed the NNUK pension claims were

7  dismissed.  If that turns out to not be the case for that 670

8  million, that would result in an additional 45 million

9  reduction.

10  Q    And the total of those variables?

11  A    744 million potential additional reduction in surplus

12  cash.

13  Q    And in your opinion, did the bondholders concede

14  anything of value when they settled for a maximum PPI of

15  $1.01 billion?

16  A    No.  And, again, I didn't base that on just, for

17  instance, the 971 number.  I looked at the total economics of

18  the situation.  You've got some cash that they've got

19  available.  You've got some claims that they have to pay.

20  You've got a lot of -- and even when I lined up my

21  assumptions as we went through it in favor of NNI, that

22  surplus came out to be the 971.  But in addition to that,

23  you've got these additional variables that could further

24  reduce that and so when I look at the total picture, was my

25  analysis -- was it intended to try to include every possible

1  little receivable that might come through?  Was it intended

2  to include every little trust fund that might up-flow?  Was

3  it intended to include every little interest in some entity

4  out there that might, for whatever reason, have an up-flow to

5  NNI or NNL?  There's a lot of little issues out there that,

6  to some extent, are immaterial.  But even if not immaterial,

7  unlikely or impossible to determine.  What I've tried to do

8  is based on the picture and the big assumptions, what are the

9  things that really affect this surplus cash?  It's how much

10 does NNI get from the allocation.  It's who pays those bonds

11 first.  It's what are the amounts of the claims.  And again,

12 I had different documents from different sources where I

13 gathered a lot of comfort in my total claims on both the NNL

14 side and the NNI side.  And so with all the things lined up

15 in NNI's favor and I get a surplus of only 971 and when I

16 look at all the other factors that go into that analysis that

17 could further reduce surplus cash and when I look at just

18 from a logical standpoint the likelihood of all of these

19 things lining up, and not only the assumptions that I made

20 going into this report, but if you then tried to say well,

21 what if they got this particular receivable from this entity

22 or what if they also got this amount from this little trust

23 fund and what if they also got this amount of a dividend as

24 an up-flow from some entity after they paid their creditors,

25 is it mathematically possible that the surplus could come out

1  to be more than a billion?  Yes.  You could develop a

2  scenario like that, but I had to realistically make these --

3  some assumptions that, realistically, all of those things

4  lining up, it's just not -- it's not realistic and so when I

5  look at the realistic value; what did the bondholders really

6  concede, could they, under lining up all the things in NNI's

7  favor, could they have gotten more than a billion?

8  Mathematically, is there a scenario where it's possible?

9  Yes.  But is it likely and is -- even if it was, would it be

10 material?  I concluded no.

11          MR. PULTMAN:  Thank you, Dr. Wertheim.  Those are

12 my questions.

13          THE COURT:  Thank you, Mr. Pultman.  You're okay?

14          THE WITNESS:  I teach classes three hours at a

15 time and that doesn't due to my voice what this is doing.

16          THE COURT:  I hear you.

17          THE WITNESS:  I apologize if I'm starting to sound

18 a little hoarse.

19          THE COURT:  You're doing fine.  Everybody okay?

20 All right.  Whenever you're ready, Mr. Bromley.  Thank you.

21          MR. BROMLEY:  Thank you very much, Your Honor.

22                    CROSS EXAMINATION

23 BY MR. BROMLEY:

24 Q    Dr. Wertheim, my name is Jim Bromley and I'm with the

25 law firm of Clearly Gottlieb, on behalf of the U.S. Debtors,

1  and I'm here to ask you questions.  If at any time you don't

2  understand any question that I've asked, please tell me that

3  and I'll try to rephrase it for you.

4  A    Okay.

5  Q    I'd like to start where Mr. Pultman ended, which is at

6  the conclusions.  So just so I understand and the Court

7  understands, when you're saying that the bondholders get no

8  benefit out of this -- the U.S. Debtors get no benefit out of

9  this settlement with the bondholders, it's premised on the

10 fact that you've concluded that the surplus cash that will be

11 available of 971 is less than the $1.01 billion number, isn't

12 that correct?

13 A    Generally, yes.

14 Q    Okay.  So your conclusion is premised on the fact that

15 971 is less than 1.01 billion?

16 A    Well, it's based on just my overall conclusion, as I

17 stated, that I couldn't realistically develop a set of

18 scenarios where they would get more than 1.01 billion.

19 Q    I'll get to the realistically questions in a minute.

20 But just so we understand, the fact that 971 is less than

21 1.01 billion is really the crux of what you're saying is the

22 reason why this settlement should not be approved, correct?

23 A    Well, it led me to conclude that they would not have

24 gotten the settlement amount anyway.

25 Q    But if your numbers had come out to be 1.3 billion,

1  your conclusion would be different than it is today, correct?

2  A    Well, again, it would depend on the likelihood of

3  coming up with the 1.3 billion.

4  Q    Okay.  Well, let's stop there for a second.  So you're

5  a professor of accounting, correct?

6  A    Correct.

7  Q    And you're here today to talk about how numbers add up

8  and are divided, correct?

9  A    Well, I'm not sure I understand that question.

10 Q    Well, you're not a lawyer are you?

11 A    No.

12 Q    And you've never given any expert testimony about the

13 likelihood of litigation outcome, is that right?

14 A    No.

15 Q    And you've never given any expert testimony about the

16 outcome of tax liability issues have you?

17 A    Well, I've done work that it has evaluated the effect

18 of tax outcomes on transactions.

19 Q    Have you ever given an expert opinion in a Court of Law

20 that went to the issue of what a tax liability should be?

21 A    No.

22 Q    And you, in terms of your mandate, have a mandate here

23 to give an expert opinion with respect to the tax liability

24 of NNI?

25 A    My mandate included evaluating the claims of NNI and

1  the tax -- potential tax liability is, in my opinion,

2  definitely one of the potential claims.

3  Q     So you're saying that you're giving an opinion today as

4  to the tax -- the likely tax liability of NNI?

5  A     I'm taking the amounts that were given by U.S. Counsel

6  as their estimate of that tax liability and using that as the

7  claim.

8  Q     And so -- and that -- those statements about tax

9  liability by U.S. Counsel are from the opening statement that

10 Ms. Block stated it could be between 400 million and a

11 billion dollars?

12 A     Yes.

13 Q     Right.  And you did not review NNI's tax situation, did

14 you?

15 A     Correct.

16 Q     You didn't review any of NNI's tax returns?

17 A     Correct.

18 Q     You didn't review any of NNL's tax returns for that

19 matter?

20 A     Correct.

21 Q     There's not a single tax return on Exhibit B to your

22 report?

23 A     Correct.

24 Q     So the only analysis that you've done with respect to

25 NNI's tax is taking the billion dollar number and the $400

1  million number and saying well, it can't be zero?

2  A    I took that range, made an estimate of what I wanted to

3  include in my analysis, and correct, I did not assume it

4  zero.

5  Q    Right.  And you -- but you also didn't have any

6  understanding one way or the other of what the tax issues

7  were or how they might play out?

8  A    I have enough common sense about business taxes and

9  corporate taxes to understand that the higher the allocation

10  is to the U.S., the higher their taxes are going to be, other

11  things equal.

12  Q    Well, I appreciate that, Dr. Wertheim, but you're not

13  here for your common sense.  You're here for your expert

14  testimony, right?  And so the question is when you're sitting

15  here looking at a number between a billion dollars and 400

16  million, what analysis did you do other than say it's going

17  to be less than zero?

18  A    You said it's going to be less than zero?

19  Q    Less than zero.  You've picked 133.3 as the potential

20  tax liability to insert into your numbers.  What did you do?

21  A    I took those numbers as stated.

22  Q    That number wasn't stated.  The numbers that were

23  stated in the opening were between 400 and a billion.

24  A    Right.  I misunderstood the question.

25  Q    Okay.  So you simply, in putting -- in deriving that

1  number, the only analysis that you did was simply say I'm

2  going to assume it's less than zero and then you picked

3  $133.3 million?

4  A     You're saying I assumed it's less than zero.  I

5  assumed --

6  Q     I mean -- I'm sorry.  More than zero.

7  A     More than zero, yes.

8  Q     I'm sorry.

9  A     And I also looked at the testimony of John Ray.  John

10 Ray admitted that he used the tax number in his analysis.  I

11 believe he said to get to the numbers he came up with, it

12 would have to be less than 100 million.  But assuming he used

13 around 100 million, I don't consider my estimate of 133 to be

14 significantly different, and again, when you combine that

15 with the statements made by U.S. Counsel of the range, again,

16 I consider that 133 to be extremely low.

17 Q     Okay.  And so just sticking on the tax claim for a

18 moment, you never had any conversations with anyone from the

19 Monitor about the tax situation at NNI did you?

20 A     No.

21 Q     Did you have any conversations with anyone from the

22 Monitor about any of the issues raised in your report?

23 A     No.

24 Q     Did you ever talk to the Monitor about any of the

25 claims numbers and whether the claims number that you were

1  using with respect to NNL or NNC were accurate?

2  A    No, I based those on the numbers that were given in the

3  financial statements, including the 10-Q, as well as the

4  monthly operating report for NNI.  Both of those reports, the

5  numbers listed for -- on the claims side are guided by

6  accounting pronouncement ASC 852, which states that the

7  liabilities are to be listed at the amounts expected to be

8  settled, and so not at base amount of the claim, not in an

9  amount could the claim be less, but those amounts that are

10  listed in those documents, which are the amounts that I used

11  in my analysis, as well as updating with more current

12  information, those amounts were, by definition, listed at the

13  amounts that were expected to be settled.

14  Q    And that is a conclusion that you drew from GAAP, is

15  that correct, from a particular rule?

16  A    From the rule that states that that's what the

17  liabilities are to be listed at.

18  Q    And, notwithstanding the fact that you're employed by

19  Counsel to the Monitor and the Monitor prepares all those

20  numbers, you didn't ask the Monitor or ask that anyone from

21  the Monitor confirm or deny any of your assumptions with

22  respect to claims?

23  A    Correct.

24  Q    Now, you talked near the conclusion of your testimony

25  about sensitivity analysis so I just want to focus on that

1   for a moment.

2   A      Okay.

3   Q      Do you recall that testimony?

4   A      Yes.

5   Q      And I believe that in general terms what you were

6   saying is that in the event that the asset base at NNL goes

7   up by $100 million, there would be a benefit to NNI of

8   approximately $65.3 million, is that correct?

9   A      Maximum.

10  Q      Maximum.  But --

11  A      Because again, depending on what the cash distribution

12  was which increased the cash to NNI, there could be further

13  tax consequences on even that, which would reduce it from the

14  65.  But that's assuming, best case scenario, no additional

15  taxes, not costs, no -- just a straight flow-through.  If NNL

16  got 100 million, NNI would have 65 million more.  But again,

17  assuming away other factors that might decrease that further.

18  Q      Fair enough.  An extra $100 million of asset value at

19  NNL, leaving aside those issues that you raised about tax;

20  whether or not they may come to fruition, would yield a

21  benefit to NNI of approximately $65 million?

22  A      Yes.

23  Q      Okay.  Now, there's two reasons for that.  The first is

24  that NNI would recover its claim against NNL, the 67 -- $62.7

25  million and the $2 billion claim.  So a higher percentage of

1  the $2 billion claim, there'd be a higher payout factor, is

2  that correct?

3  A    Correct.  It would increase the payout ratio.

4  Q    The payout ratio would go up as the asset value in

5  Canada goes up, assuming claims remained constant?

6  A    Yes.

7  Q    And there would also be a benefit to the U.S. Debtors

8  if, in that case, because more money would be paid to the

9  bonds in Canada, which would mean that less money has to be

10  paid to the bonds in the United States?

11  A    Correct.

12  Q    Okay.  Good.  And by the same token, with respect to

13  the claims, there's a sensitivity analysis that you ran as

14  well, which said that if the claims base falls in Canada,

15  assuming assets remain the same, there would be a benefit for

16  the same kind of a mechanic, but a lower benefit, about $7

17  million per 100 million?

18  A    Correct.

19  Q    Now, near the end of your testimony, you were saying

20  that when you were looking at these things, your exercise was

21  to focus on the biggest value issues, things like allocation

22  and taxes, and you weren't focusing on things like the

23  seizables and flow-throughs?

24  A    Well, not necessarily.  It wasn't that I wasn't

25  focusing on them.  In fact, I make a statement in my report.

1  I don't get into a lot of detail about it, but I make a

2  statement that on receivables, intercompany receivables, I

3  assumed have a low, if not zero, probability of collection.

4  And on the asset side, given certain assets sales have

5  virtually been completed, I assumed a zero recovery on

6  receivables and other assets.

7  Q    I'll --

8  A    So it's not like I ignored them.

9  Q    I'll get to those.  I have questions about each of

10 those.  The point was that in your conclusion of your

11 testimony, direct testimony, you were saying that those other

12 things were not as important.  You were taking things in the

13 totality of the circumstances.  Do you remember that

14 testimony?

15 A    Yes.  I was taking things in the totality and including

16 something in materiality of something depends not just on the

17 amount of something, but just also the realisticness or

18 likelihood that it's feasible to assume that amount, if you

19 can even come up with an amount.

20 Q    Okay.  So you did mention feasibility.  I think you've

21 mentioned likelihood.  You mentioned that you looked at the

22 total economics of the situation and what I'm trying to

23 understand for these assumptions that you made, the type of

24 work that you did with respect to the likelihood that

25 something would occur.  So I want to go through your

1  assumptions.  Now, the first assumption is the assumption

2  with respect to the Kinrich allocation.  I'm assuming at this

3  point that you simply said that gives the U.S. the most; I'll

4  just make that assumption.

5  A     After looking at the other allocation options that was

6  the one that maximized surplus cash for NNI.

7  Q     And so when you were doing this exercise, your goal was

8  to maximize surplus cash to NNI?

9  A     Using the assumptions that I made.

10 Q     And there were other assumptions that you didn't make

11 that were leading you not to maximum surplus cash of NNI?

12 A     Well, as I stated in my previous testimony, could I

13 have assumed that they received some amount from some little

14 trust fund somewhere; could I have assumed that they got some

15 residual dividend after payment of creditors from some

16 foreign subsidiary; could I have made some of those

17 assumptions that would have been to the benefit of NNI?

18 Mathematically, yes.  But given uncertainty that's involved

19 in some of those, given other factors that may decrease the

20 likelihood of those things even happening, there were certain

21 things that I didn't include.

22 Q     Okay.  So let's just stop there for a second.  Do you

23 have your expert report in front of you?

24 A     Yes.

25 Q     Could you turn to page six, please?

1        MR. BROMLEY:  Do you have that in front of you,

2  Your Honor?

3        THE COURT:  Yes I do.

4        MR. BROMLEY:  Okay.

5  BY MR. BROMLEY:

6  Q    Now, I'd like to focus your attention on paragraph 24.

7  Do you have that in front of you --

8  A    Yes.

9  Q    -- Dr. Wertheim?

10  A    Yes.

11  Q    In paragraph 24, it states "I have been asked to

12  calculate the maximum amount of net assets that would be

13  available to NNI to pay PPI under the best case scenario for

14  NNI with all major assumptions construed in NNI's favor", and

15  then it lists out the basic formula which I think is

16  consistent with your slides.

17  A    Correct.

18  Q    So that was correct when you wrote that, true?

19  A    True.

20  Q    Yes.

21  A    With --

22  Q    Now, can I --

23  A    With all --

24  Q    Can I take your attention to paragraph 19?

25  A    Can I finish?

1          MR. PULTMAN:  I'm sorry, Your Honor, I don't

2    believe Dr. Wertheim has finished his answer.

3          MR. BROMLEY:  Oh, I'm sorry.

4          THE COURT:   I don't think -- yes, you may

5    certainly finish.

6    BY MR. BROMLEY:

7    Q    Do you have something to add, Dr. Wertheim?

8    A    Okay.  Sorry.  Yes.  I stated with all major

9    assumptions construed in NNI's favor and I talk about that,

10   and then if you look just slightly further in paragraph 28,

11   "for purposes of my analysis in order to calculate the

12   maximum amount that would be available to NNI for payment of

13   PPI, I have assumed what I considered the best case scenario

14   for NNI in regards to each of the above assumptions".  So

15   it's in the best case scenario based on each of my

16   assumptions.  It's -- I didn't say in the best case scenario

17   of every possible conceivable lined up outcome that might

18   exist.

19   Q    Okay.  Can I direct your attention to paragraph 19 for

20   a moment?

21   A    Sure.

22   Q    Okay.  And this is right under the 971 million

23   calculation that appears in paragraph 18, which I believe you

24   testified to earlier.

25   A    I'm sorry.  Could you --

1    Q      I'm looking at paragraph 19.

2    A      Okay.

3    Q      I'm sorry.  It's on page five at the top of the page.

4    A      Okay.

5    Q      Can you see that?  It says based on this analysis?

6    A      Yes.

7    Q      Okay.  "Based on this analysis and assuming the best

8    outcome of events for NNI (outcomes that maximize net assets

9    for distribution), only approximately 971 million of net cash

10   would exist with which to pay PPI", and then in bold and

11   italics, the following sentence.  "In other words, even if

12   you stretch the outcome of events in all cases in favor of

13   NNI such that surplus cash is maximized, NNI would still have

14   less than the settlement amount of 1.01 billion with which to

15   pay PPI."  Do you see that?

16   A      Yes.

17   Q      Okay.  And you're saying that that sentence is modified

18   by your assumptions, is that right?

19   A      Well, it's based on my assumption.  It's based on the

20   outcome of events for all of those assumptions being in favor

21   of NNI.

22   Q      So when your report talks about the best outcome of

23   events for NNI, it's the best outcome of events that you have

24   made a qualitative determination that is likely to occur or

25   not?

1  A     I wouldn't say that because I didn't make a

2  determination of whether or not, for instance, the Kinrich

3  allocation was likely to occur.  I didn't make a

4  determination on whether -- on the likelihood of the NNUK

5  pension claims being dismissed.  I assumed all of that in

6  favor of NNI.  So I stretched the outcome of those

7  assumptions in the favor of NNI.

8  Q     Right.  And I understand that, but there's other things

9  that you said you haven't given, in effect, the stretch to

10  for NNI and that's what I want to get into.  Okay?  So when

11  we're reading your report and it says that you're looking at

12  maximum net assets and maximum surplus cash and the best

13  outcome of events and the best case scenario, these phrases

14  appear all over your report.  It is not the best case in all

15  possible worlds; it's the best case in Dr. Wertheim's world.

16  I just want to make sure that we're clear about that.

17  A     Well, I would disagree with that because, as I said

18  earlier, could I conceive of a lined up set of scenarios that

19  would have increased it above the 971?  Mathematically, yes.

20  I could have assumed zero tax liability.  I could have

21  assumed all of the PBGC claims were dismissed.  I could have

22  assumed the bondholders could have come and said well, you

23  know, we'll take half the amount of the bond.  We'll -- you

24  could conceivably stretch certain outcomes to just extreme

25  cases where I could have calculated more than 971, but I had

1  to balance that with -- on certain things, is it even

2  realistic?  I could have assumed a zero cash burn for NNI and

3  that would have increased NNI's cash balance.  I didn't

4  consider it realistic to assume a zero cash burn.  So that

5  wasn't in favor of NNI.  I think a $5 million estimate of

6  cash burn, and I'm just using cash burn as an example, I

7  think that's a reasonable and probably reasonably low

8  estimate, which does make it in the favor of NNI.  But you're

9  asking did I stretch every conceivable outcome in favor of

10 NNI?  For those major assumptions that I've listed, I feel I

11 have.

12 Q    I'm going to get into each of the specifics, all right,

13 so we can go through them one by one, and we will.

14 A    Okay.

15 Q    But I just want to make sure that we all understand

16 that when you talk about best case, maximum this and maximum

17 that, it's a decision that you have made with respect to each

18 of those toggles; that you've made a value-based decision as

19 to what's more likely to occur and less likely to occur and

20 put things into different categories as a result of your

21 value-based analysis.

22 A    That's not entirely true.  I'm not making a value

23 judgment on the likelihood of the allocation.  I'm

24 assuming --

25 Q    I'll give you that.  Don't have to go back.  Fully

1  stipulate you're not making a value judgment on allocation or

2  on taxes.  Okay?  I'm going to get to the specifics of each

3  of them, okay?

4  A    Okay.

5  Q    And we'll go through them one by one, okay?  Now,

6  before we do that, I have one thing I'd like to clarify

7  because when we talk about this 1.01 billion number, you

8  started out with a clarification on paragraph 16 of your

9  report.

10  A    Yes.

11  Q    Okay.  Can we go to paragraph 16 of your report for a

12  moment?  So I just want to make sure that we all understand

13  what was said and now what you're saying it says.  Okay?  So

14  paragraph 16 said the proposed agreement purports to settle

15  the PPI dispute by reducing the PPI that the bondholders

16  would receive from a total accrual, and you had had 1.657

17  billion, as of June 30, 2015 to a maximum of 1.01 billion for

18  a decrease of 647 million as a result of the proposed

19  agreement.  That's what you wrote.

20  A    Yes.

21  Q    Okay.  Now, the 1.657 billion as of June 30, 2015,

22  you've now said no, that's incorrect.  It should be 1.88

23  billion as of June 30, 2015.

24  A    Correct.

25  Q    Okay.  But it's true as well that 1.657 billion as of

1  June 30, 2014 was correct?

2  A    Well, if you include the NNCC interest.

3  Q    With -- okay.  Stipulated that if you include the NNCC

4  interest, a relatively small amount in the scheme of things?

5  A    Right.

6  Q    Okay.

7  A    And that was an amount that was stated earlier in

8  testimony today, 1.657 billion.

9  Q    Right.  So -- and the 1.01 billion number is as of June

10  30, 2015, correct?

11  A    June 30, 2015.

12  Q    2015.

13  A    Yes.

14  Q    But that number would not be 1.01 billion if, for

15  instance, an angel came from the sky and settled this right

16  this minute, which is what we might need?

17  A    My understanding is that's probably what it would take

18  but you're correct, yes.

19                    (Laughter)

20  Q    Right.  So the 1.01 billion is the number that is the

21  cap that bites as of June 30, 2015.  It's a number that's

22  based on the settlement number, which reduces the interest

23  rate, allows it to continue to accrue through June 30, 2015,

24  and then caps out, correct?

25  A    Yes.

1  Q    So that number, 1.01 billion, would be lower if at any

2  time between today and June 30, 2015 we'd have that

3  visitation that we're all praying for?

4  A    Correct.

5  Q    Okay.  And when you're talking about the current number

6  or decrease, assuming we get to June 30, 2015 and we're still

7  where we are, the decrease is 876 million or almost 900

8  million, correct?

9  A    Correct.

10  Q    Okay.

11  A    Now, I might point out that in reading other documents,

12  in fact, although quoted for different purposes, even

13  statements made by U.S. Counsel; for instance, on page 19 in

14  my report, certain statements made by U.S. Counsel indicated

15  this settlement's really a substantial step forward for the

16  U.S. Debtors because of the substantial concession; certainly

17  by the bondholders of over 600 million.  Our clients have

18  conceded more than 600 million.  So the 600 million seemed to

19  have been thrown out by U.S. Counsel as well.  But yes, based

20  on -- and that's why I made the correction in my report, to

21  line up the date of June 30, 2015 with the full accrual at

22  that point, then it purports to settle it at a decrease of,

23  like I said, 874 million is the math.

24  Q    Fair enough.  And if this had settled on or about July

25  1 of 2014, the delta would have been more around $640

1    million, right?

2    A    Well, had it already settled then, we wouldn't be here

3    today, but yes.

4    Q    You never know.  Okay.  I would like to talk to you for

5    a moment about some of the things that you have already

6    mentioned.  Let's talk about cash available for distribution

7    for NNL.  That is on Table 1 of your report which appears on

8    page 10, and on the -- and I believe this was repeated in one

9    of the charts that was put up on the screen today, or one of

10   the slides, one of the line items there in your report is

11   current cash balance of distribution of 329.4 million.  Do

12   you see that?

13   A    Yes.

14   Q    And for this, you rely on the forecast contained in the

15   108th Monitor's Report?

16   A    Yes.

17   Q    Now, are you aware that the Monitor has repeatedly

18   under-forecasted its cash balances?

19   A    I know there have been situations where there has been

20   an understatement, but when I'm using a cash forecast number,

21   just because there had been a previous error in a forecast;

22   and by definition, a forecast is just a forecast.  It's -- it

23   might be a little more; it might be a little less, but just

24   because there's been a previous error or difference; I won't

25   even call it an error; I'll call it a difference between

1  forecast and actual, doesn't give me any basis to assume that

2  there's going to be a difference in future forecasts.  So I

3  -- yes, I used the forecast that was given.

4  Q     Okay.  So let's just stop there for a second.  You did

5  not review any of the prior Monitor Reports and compare the

6  forecast to the actual did you?

7  A     I had seen some of those but I didn't change my

8  assumption because of any of that, no.

9  Q     So you had seen those before?  You had seen how many of

10 these?

11 A     Well, I had access to Monitor -- I had the 35th; I had

12 the 104th; I had the 108th Monitor's Report.

13 Q     And you presumably could have had access to any of the

14 other Monitor Reports?

15 A     Presumably.

16 Q     Now -- and you noticed that there were discrepancies

17 and under-reporting in cash forecasts and you ignored that?

18 A     Well, again, I'm not going to change the use of a

19 future forecast just because a prior forecast had had a

20 difference, and in fact --

21 Q     I'm not -- I'm -- you noticed it, you saw the under-

22 reporting, and you didn't take it into account?

23 A     As I was about to continue, some of the differences in

24 prior forecasts are due to, I'm just going to say, generally

25 circumstances that are slowing down; for example, collection

1  of receivables from intercompany transactions, and so with an

2  assumption that those -- the things that caused those

3  particular differences aren't things that are going to occur

4  again.  In other words, once they've collected a particular

5  receivable from a subsidiary and if that's what caused that

6  difference prior, they're not going to be collecting that

7  same receivable from the same entity again.  And so in other

8  words, the events -- what I'm trying to say is the events

9  that caused those differences are one-time events and so

10  there's no basis for me trying to assume that those one-time

11  events are going to happen again.

12  Q     So you went to the Monitor and asked why those one-time

13  events had occurred and the reasons for them and then you

14  decided that based on the explanation, it wouldn't happen

15  again?  Is that -- that's what you're saying?

16  A     No, I didn't go to the Monitor and ask them.

17  Q     So you never went to the Monitor and you never got an

18  explanation as to the deviations?

19  A     No.

20  Q     So you're assuming why those deviations occurred and

21  you're assuming that they won't occur again?

22  A     Well, I'm not assuming why they occurred.  It's stated

23  in the reports why they occurred.  It says the favorable or

24  unfavorable variance is due to the collection of this

25  intercompany receivable, for example.  And so just to put it

1  brief here, I had no basis on assuming that those past

2  differences are going to continue to occur in the future and

3  so I -- yes, I used the balance that was listed as their

4  forecast.

5  Q    And you didn't take into account that, for instance,

6  there had been under-reporting in the 84th, the 87th, 89th,

7  91st, 94th, 98th, 103rd, 104th, 108th Reports?

8  A    No I didn't.

9  Q    I'd like to move on to something else.  You're not an

10 expert in intellectual property are you?  I hope that's

11 simple.

12 A    Intellectual property?

13 Q    Yes.

14 A    Well, no.

15 Q    Okay.  And you've never sold any intellectual property

16 have you?

17 A    No.

18 Q    You've never valued any intellectual property have you?

19 A    I'm going to say from a sales perspective, no.

20 Q    Okay.  And you know that NNL owns internet addresses?

21 A    Yes.

22 Q    Internet protocol address?

23 A    Yes.

24 Q    You know they own 17 million of them?

25 A    Yes.

1  Q    And you know that they have been selling them over

2  time?

3  A    Well, what I know is that my understanding from reading

4  the financial statements is that they've sold some back in

5  the first quarter and I think second quarter of 2012.  So as

6  far as I know, the most recent sale had been over two and a

7  half years ago.  They haven't sold any since.

8  Q    And you know the U.S. Debtors own internet protocol

9  addresses?

10  A    Yes.

11  Q    And you know the U.S. Debtors sold them?

12  A    Yes.

13  Q    And you have not asked the Monitor whether there are

14  any plans to sell the remaining 17 million addresses that NNL

15  owns?

16  A    I didn't ask the Monitor that.  I know they're still

17  trying to.

18  Q    And you know they're still trying to based on what?

19  A    Based on statements in the 10-Q at that point that they

20  were trying to sell those addresses and based on cash

21  receipts following them, they've been unsuccessful.

22  Q    And this is the statements in the 2012 10-Q?

23  A    Yes.

24  Q    So you're relying on statements in a 10-Q that's over

25  two years old about whether or not they are currently today

1  selling or having plans to sell the internet protocol

2  addresses?

3  A    Well, for one thing, if they had immediate plans on

4  trying to sell those and had had an estimate of what those

5  sales were going to be, my assumption is the Monitor would

6  have included that in the forecasted cash flow and --

7  Q    But you never asked the Monitor that?

8  A    No, because I looked at the forecasted cash flow and

9  didn't see any forecasted receipts of any upcoming sales.

10 Q    And --

11 A    And given that the last sale that's occurred has been

12 two and a half year ago and of the four sales that were

13 discussed in the 10-Q, the total amount for all of what they

14 received from the sale of those internet addresses was only

15 13 million and so based on that, based on the length of time

16 since they've been able to sell any, based on the amount that

17 they got at the time, you know, I can't really speak to the

18 potential obsolescence of those addresses, but I can speak to

19 the fact that, like I said, it's been two and a half years

20 since they have sold any and they haven't and --

21 Q    But you did no investigation with respect to how many

22 addresses are left, how much they might be worth, whether or

23 not they're going to sell them?  You didn't ask a single

24 question of anyone with respect to the internet protocol

25 addresses owned by NNL?  Yes or no.

1  A      No.  I based my analysis on the documents.

2  Q      And you have in the asset side of NNL's balance sheet,

3  if you will, attributed zero value to the internet addresses,

4  correct?

5  A      Yes.

6  Q      So I'd like to move on to intercompany receivables.

7  Now, you already testified that you have valued intercompany

8  receivables as having low or zero probability of recovery

9  and, therefore, on the asset side of both NNI and NNL's

10 balance sheet a zero for any intercompany receivables,

11 correct?

12 A      Right, based on my analysis, I've discounted those

13 receivables to a zero amount.

14 Q      And that analysis did not include reviewing any of the

15 books and records of any of the entities that owe those

16 receivables or tracing them up at all through the system?

17 A      Well, that's not necessarily true.  I did not do -- and

18 you want a -- you're just using entities in general,

19 subsidiaries in general.  I don't know if you -- how you want

20 me to address that issue.

21 Q      Let's focus on the entities in Asia, okay?  Did you

22 look at a single Asian entity with respect to any of the

23 intercompany receivables they might owe either to NNL or to

24 NNI?

25 A      I did not do a detailed solvency analysis of those

1  particular entities.  That was not in the scope of what I was

2  asked to do.

3  Q    Okay.  So you said I didn't do a detailed analysis.

4  You did no analysis, correct?

5  A    I knew those subsidiaries have claims and -- you're

6  talking about the APAC subsidiaries, Asia subsidiaries?

7  Q    Yes.

8  A    I knew those subsidiaries have claims.  Did I do a

9  detailed analysis for each entity myself on what assets

10 they've got available for distribution and what payments they

11 might be able to make?  No, I didn't do that analysis.  I was

12 asked that very same question at deposition, and to get

13 comfort with that, I looked at the documents that I had

14 available, and I noticed the Manager's Restructuring Report,

15 which does that type of analysis, came to the conclusion that

16 the APAC subsidiaries weren't in a position to make any

17 further distributions either because of a net deficit cash

18 balance or because of tax or exchange issues.

19         MR. BROMLEY:  I'd like to hand up an exhibit.

20         THE COURTR:  Yes, please.

21         MR. BROMLEY:  It's Exhibit 120.

22 BY MR. BROMLEY:

23 Q    Now, Mr. Wertheim, you just mentioned the Restructuring

24 Manager's Report.

25 A    Yes.

1   Q      You're aware that that report was produced to the

2   Debtors after your deposition?

3   A      Yes.

4   Q      And you're aware that you did not testify about that

5   report at your deposition?

6   A      Right.  You asked me about it.  It wasn't anything I

7   included in my report.  You asked me about it at my

8   deposition.  You had made requests of Counsel for certain

9   documents related to my deposition.   I believe they provided

10  you the documents you requested and they gave me copies.

11  That was one of them.  So I just -- I looked at what you had

12  access to, to follow up on what you had asked me at

13  deposition.

14  Q      The Restructuring Manager is Ernest & Young in Asia,

15  correct?

16  A      Yes, Singapore.  Ernest & Young Solutions, LLP.

17  Q      LLP?  And you've never had any conversations with

18  Ernest & Young Solutions, LLP, in Singapore about anything in

19  the Restructuring Manager's Report have you?

20  A      No, I haven't.

21  Q      And you haven't had any conversations with anyone from

22  Ernest & Young, Canada, the Monitor, about the Restructuring

23  Manager's Report have you?

24  A      No.

25  Q      And you haven't done any work with respect to

1  repatriation of cash historically since the beginning of this

2  case from Asia or from the Caribbean and Latin America have

3  you?

4  A    Thankfully, no.

5  Q    Okay.  And so when you're saying that you're assuming a

6  zero value for the funds that are located in Asia and Latin

7  America, you're basing that entirely off of this

8  Restructuring Manager's Report which says that there are

9  exchange issues?

10 A    Well, they state more than exchange issues.  They state

11 because of either net deficit balances to begin with or tax

12 issues or exchange issues, that they expect no further

13 subsequent payments from those entities.

14 Q    But when we had your deposition, you didn't have that

15 document and you didn't testify about it and your conclusion

16 was exactly the same.

17 A    Right.  Like I said, I just stated that you had asked

18 me that at deposition so subsequent to that, I did have

19 access to that document so I looked at it for that reason.

20 But no, I didn't bring it up in my report.

21 Q    But when we had the deposition, you didn't have an

22 answer for why you weren't taking any of these numbers into

23 account on the asset side of NNI or NNL's balance sheet.

24 That was the same conclusion you had before you had access to

25 that document, before you had reviewed it.

1   A      Right.

2   Q      And it's not listed in Exhibit B to your report.  So

3   when you don't include any of the intercompany receivables

4   from Asia, the Caribbean, or Latin America, those were

5   conclusions you reached before you had ever seen that

6   document?

7   A      Right.

8   Q      I want to go back in time before you saw that document,

9   before you were asked and answered these questions at your

10  deposition.  At that point in time, you did not do any

11  analysis whatsoever to determine whether any of these

12  dollars, which are in the hundreds of millions of dollars,

13  might flow back into North America either in NNL or NNI?

14  A      Well, it depends on what you mean by did I do any

15  analysis.  Did I do a detailed analysis of the solvency of

16  each of those entities?  No.  But did I know that these

17  entities have claims?  Yes.  Did I know that there's a

18  potential for some potential up-flow depending on what those

19  claims are; and like I said earlier, I acknowledge the

20  possibility and existence of some of these little amounts in

21  different places; whether it's some foreign subsidiary that

22  might have an up-flow; whether it's some trust fund that

23  might have a small amount that goes up, my conclusion isn't

24  based on whether or not PPI payment depends on Singapore

25  having enough excess cash.  If it depended on Singapore

1    having enough excess cash to up-flow, then, you know, that

2    just wasn't the detailed analysis that I was asked to do.  So

3    my conclusion is based on the totality of the assumptions

4    that I made in my report, based on the cash and claims that

5    I've outlined.  It's based on accounting and assuming all of

6    the other factors that could potentially decrease cash flow.

7    And for the Asian specific subsidiaries, given the

8    uncertainty of the amounts of the claims, given the

9    uncertainty about what the cash balance would be, given the

10   difficulty and even if there is excess cash what that up-flow

11   would be.  So given all that uncertainty and having no basis

12   to determine an amount, I discounted that to zero, yes.

13   Q    When you're saying given all that uncertainty, you

14   don't describe any uncertainty, sir?  Right?  There's not a

15   single bit of analysis as to I looked at the issues; I've

16   looked at the balance sheet; I looked at the numbers; I know

17   this is the reason that money can't come back.  That's an

18   analysis.  So can you take a page -- look at page 13.

19   A    Well, can I -- I'm not sure that was a question.  It

20   was more of a statement but can I respond to your statement?

21   Q    You can agree with it.

22   (Laughter)

23   Q    Because I'd like to see if you can disagree.

24   A    Okay.  Did I mention that analysis on an entity-by-

25   entity basis for all of the different APAC subsidiaries and

1    all of the different EMEA subsidiaries and did I -- I did my

2    analysis for this subsidiary and I came to this conclusion

3    and I did my analysis for this subsidiary and I came to this

4    and I decided it's zero and so I'm going to include this line

5    item at zero.  Did I do all of that?  No, for a couple

6    reasons.  One is I'm not going to include a line item in my

7    analysis at zero if it's zero.  I'd have -- that's just not

8    part of what the distribution analysis was meant to be.  But

9    as far as did I mention that I did the analysis, in a general

10   sense, yes, because, again, I refer back to one of my

11   footnotes where I make a statement that based on given the

12   majority of receivables are intercompany, have a low, if not

13   zero, probability of collection, I've assumed zero for those

14   recoveries and so I didn't expand on that and explain why I

15   came to that conclusion but it's not true that I just ignored

16   it.

17   Q     So you came to the conclusion that it should be zero

18   and that's the conclusion you're talking about.  The

19   conclusion I'm talking about is that there's low or no

20   likelihood that it would be recovered, right?  So there's no

21   analysis that you did in that respect?

22   A     On the likelihood?

23   Q     Right, the likelihood.

24   A     No.

25   Q     Okay.  Now, I'd like to show  you -- can you turn to

1  page 13?  It's Bates-stamped 13 of the document that you have

2  in front of you?  It's Exhibit 120.  It's marked in your

3  deposition as Exhibit 5.  It's referenced --

4  A     I'm sorry?

5  Q     It's the only document we've given to you.

6  A     Oh.  Okay.

7  Q     Do you have it in front of you, sir?

8  A     Yes.

9  Q     There are numbers in the lower right-hand corner.

10 There's one that begins with -- that ends with 1-3.  Can you

11 turn to that page?  Do you have that in front of you?

12 A     Okay.  I'm sorry.  Could you explain again what this

13 document is?

14 Q     We had -- there was a lovely discussion in your

15 deposition about this document.  This is the cash report from

16 September.  You said you'd seen it.  You said you seen it in

17 a different form.

18 A     The cash summary worksheet.

19 Q     Yes.

20 A     Yes.

21 Q     The cash summary worksheet.

22 A     Okay, yes.  Yes.

23 Q     And this is the exact document that's attached to your

24 expert report?

25 A     Yes.

1    Q      So this -- you've seen this document before or the

2    information in it?

3    A      Correct.

4    Q      Looking at page 13, do you see the column on the right

5    that says Asia?  You've got four entries and then the number

6    67 and then it has Asia PAC and then a number of entries, a

7    number of 91, Greater China is 67.  Together they add up to

8    158.  Do you see that?

9    A      Yes.

10   Q      You did not take into account that any of that $158

11   million might come back to NNL or NNI, correct?

12   A      Correct, I included zero of that.

13   Q      And you made no analysis of the circumstances for any

14   of those corporate entities that are listed on that, right?

15   A      Well, again, that's not true.  Given that I knew they

16   had claims, again, you had asked me this at deposition.  I

17   looked at the Manager's -- Restructuring Manager's Report

18   and --

19   Q      No, I'm talking about when you wrote your report, sir,

20   you didn't have the Restructuring Manager's Report.  You

21   didn't do any analysis as to whether or not -- as to any of

22   those individual entities?

23               THE COURT:  Mr. Pultman?

24               MR. PULTMAN:  I only object to Counsel not

25   allowing the witness to finish his answer.  I believe he was

1    starting to say something when Mr. Bromley interrupted.

2              THE COURT:  Is that right, Dr. Wertheim?

3              THE WITNESS:  Well, that's fine.

4              THE COURT:  You were trying to say something?

5              THE WITNESS:  I'll just tack it on to the next

6    one.

7              THE COURT:  Okay.  Okay.

8                        (Laughter)

9              MR. BROMLEY:  I didn't mean to inquire as to your

10   instructions during prep.

11             MR. PULTMAN:  I object to comment, Your Honor.

12                        (Laughter)

13             MR. PULTMAN:  It's gratuitous.  It's unnecessary

14   and we really are beyond that.

15             MR. BROMLEY:  Yeah, 100 percent.

16   BY MR. BROMLEY:

17   Q    So focusing on that, again, that 158 number and those

18   entities, at the time you wrote your report and relied on

19   this document and not the Restructuring Manager's Report, you

20   didn't do any analysis with respect to any of those entities?

21   A    Did I do a detailed analysis of the solvency?  No.  I

22   knew they had claims.  I knew just in general difficulties in

23   up-flow that's going to occur.  Did I want to focus on the

24   little aspects and all of these weeds, again, no.  My mandate

25   was a bigger picture and I came back, and like I said, got

1  comfort in my conclusion by looking at the Manager's

2  Restructuring Report which is, in my opinion, one of the jobs

3  of an expert if additional evidence comes to light that could

4  possibly affect their conclusion to incorporate that and I

5  did that.

6  Q    So --

7  A    And it didn't affect my conclusion.  In fact, it

8  confirmed it.

9  Q    So these were -- can you -- the total number here is

10 158 million for the Asia PAC and China companies.  If you

11 look at paragraph 20 of your report.  Do you have that in

12 front of you?

13 A    Paragraph 20?

14 Q    Yes.

15 A    Yes.

16 Q    And there are five items here, dollar amounts?

17 A    Yes.

18 Q    Of those five dollar amounts, you'll agree with me that

19 three of them are less than 158 million and yet you took them

20 into account, correct?

21 A    Yes, because I had reliable numbers and concrete

22 evidence of what those amounts were and what the events were.

23 Q    And based on your value judgment that it was

24 appropriate to include them but not the intercompany

25 receivables?

1  A      I included them and not the intercompany receivables,

2  yes.

3  Q      Now, let's move on to -- you mentioned several times

4  about a trust, trust amounts that might flow up.  You were

5  asked during your deposition about a $35 million Directors

6  and Officers Trust.  Do you recall that?

7  A      Yes.

8  Q      And you did not take into account whether any of the

9  money that's in that account, that D & O trust account, would

10  flow back, and if so, to which entity?

11  A      I included zero in my analysis, in my distribution

12  analysis.  I assumed zero would flow.

13  Q      You assumed zero would flow?

14  A      Yes.

15  Q      And you had no conversations with anyone from the

16  Monitor to determine if that was an appropriate assumption?

17  A      No.  I've seen those types of trusts before in other

18  cases.  It's been my experience, given that I've dealt with

19  several bankruptcy cases and have seen these different types

20  of trust funds; sometimes they come from company proceeds;

21  sometimes they come from insurance allocations for whatever

22  reason, I find it unlikely that the entities; in this case,

23  the D & O's that are the beneficiary of that trust, I find it

24  unlikely that they'd let those funds go by without being

25  used.  And secondly, they're the beneficiaries.  I didn't

1  want to include that little trust as part of NNI or NNL's

2  cash when NNI or NNL aren't even the beneficiaries of that

3  trust.

4  Q    So, Dr. Wertheim, so your testimony today is that you

5  knew about the trust; you knew that $35 million was in it;

6  you looked to your own history about whether or not these

7  types of trusts would be paid out or not or if there would be

8  any residual value, and on that basis you came to the

9  conclusion that the value that should be put into the

10 analysis is zero?

11 A    I knew the trust existed.  I remember seeing the line

12 item on the cash summary worksheet.  I also remember seeing

13 the line item; I believe it's on -- yes, I think it's in the

14 cash summary worksheet.  Did I do a detailed analysis of that

15 trust fund?  No.

16 Q    Dr. Wertheim, we'd like to show you your deposition

17 testimony on this issue.

18 A    Sure.

19 Q    I'd like -- it's Exhibit 107.

20         THE COURT:  Oh, thank you.

21         MR. BROMLEY:  Sorry.

22 BY MR. BROMLEY:

23 Q    I'd like to direct your attention to page 149, line 17.

24 Just let me know when you have that.

25 A    Okay.  Page 149 you said?

1  Q      Page 149, line 17.  It says let's turn to page 21 of

2  the worksheet.  Do you see that?

3  A      Yes.

4  Q      Okay.  Let's turn to --

5              MR. BROMLEY:  I'm sorry; Your Honor.  Do you have

6  that in front of you?

7              THE COURT:  I do, yes.

8              MR. BROMLEY:  Okay.

9              THE COURT:  Thank you, Mr. Bromley.

10  BY MR. BROMLEY:

11  Q    Let's turn to page 21 of the worksheet that you have

12  before you.  "If you look at line 16 there's a reference to

13  the D & O Trust, do you see that?  Your answer:  Yes.  35

14  million.  Have you ever heard of the D & O Trust?  Answer:

15  No.  Okay.  When you saw it on the worksheet, did you make

16  any inquiries as to what the $35 million was?  Answer:  No.

17  Do you know that there was a trust for Directors and Officers

18  that both the U.S. and Canadian Debtors contributed to?

19  Answer:  No.  Are you aware that if no claims continue to be

20  made against that 35 million it gets divided up between the

21  U.S. and Canadian Debtors in a proportion to their ultimate

22  allocations in this litigation?  Answer:  Okay.  You weren't

23  aware of that?  Answer:  No."  Was that testimony correct

24  when it was given?

25  A     Well, I'd have to say that's the testimony I gave, yes.

1    Q      I'd like to turn back to the 10-Q.

2    A      Can I --

3    Q      You can put that aside for now.

4    A      Can I finish what I was going to --

5    Q      Oh, I'm sorry.

6    A      -- add to that?  At the time, yes.  Truthfully, I did

7 not remember that D & O line.  Further recollection of the

8 amounts that that line existed and what the D & O Trust was,

9 yes, and I think at the time, I just came to a pretty quick

10 conclusion to ignore it and that may be why I didn't remember

11 it or recollect it at the time.  That was my testimony.  It

12 wasn't meant to be inaccurate or -- it wasn't meant to be

13 inaccurate.  But to continue to say no, I don't -- didn't

14 know of it, that would be inaccurate because I really did.  I

15 think I passed over it so quickly that when you asked me

16 about it at deposition, I didn't remember it offhand.  But

17 again, you're talking about 35 million, when I'm talking

18 about over 700 million of my additional factors that could

19 decrease the surplus cash for NNI.  And so is this one little

20 toggle going to affect my conclusion and did it affect my

21 conclusion and would it affect my conclusion?  No, because,

22 again, I'm not basing it on those line items.  And again,

23 with the D & O Trust, the reasons for not including it I

24 think are justified for the reasons that I stated.

25            MR. PULTMAN:  And, Your Honor --

1          THE COURT:  Yes, Mr. Pultman?

2          MR. PULTMAN:  -- I don't want to interrupt Mr.

3  Bromley's flow of this -- on this particular issue.  I would

4  say that the witness has been on the stand for more than two

5  hours.  I would ask for a few minute comfort break if it's

6  okay with the Court.

7          THE COURT:  That's perfectly fine.  Let's come

8  back at 20 of, all right?  Give people a stretch.

9              (Recess from 3:26 p.m. to 3:44 p.m.)

10          THE CLERK:  Please rise.

11          THE COURT:  Thank you everyone.  Please be seated.

12  Mr. Bromley?

13          MR. BROMLEY:  Your Honor, we'll try to speed

14  things up.

15  BY MR. BROMLEY:

16  Q     Dr. Wertheim, I'd like to ask you a couple of questions

17  now that relate to the equity interests in Nortel Networks

18  Ireland and Nortel Networks S.A. which is Nortel Networks

19  France.  Now, you reviewed Mr. Kinrich's report in connection

20  with your preparing your own expert report, is that correct?

21  A     Yes.

22  Q     And Mr. Kinrich is the U.S. Debtor's valuation expert

23  for the allocation project, correct?

24  A     That was my understanding.

25  Q     Okay.  Now, and in particular, you use the value

1   relinquished number from Exhibit 33 to his report for

2   purposes of your best case scenario, is that correct?

3   A    Yes.  May I turn to that?

4   Q    Yes, absolutely.  We'll hand you a copy of Mr.

5   Kinrich's report.

6           THE COURT:  And what exhibit is that, Mr. Bromley,

7   if you know, in my book?

8           MR. BROMLEY:  35, Your Honor.

9           THE COURT:  Thank you.

10          MR. BROMLEY:  Sorry.

11          THE COURT:  Thank you.

12          MR. BROMLEY:  It's actually conveniently located

13  on the back cover of the report.

14  BY MR. BROMLEY:

15  Q    Do you see that --

16  A    Yes.

17  Q    -- Dr. Wertheim?  Now, the -- if you notice, there's a

18  -- in the middle of the second group of entities, there's two

19  entities.  The first one is Nortel Networks U.K. Limited.

20  The second one is Nortel Networks Ireland Limited.  There is

21  Nortel Networks S.A.  You were not aware when you prepared

22  your report were you that NNL has an equity stake in Nortel

23  Networks Ireland?

24  A    That's correct.  I didn't know the ownership percentage

25  of each of those entities.

1  Q      So you didn't know the Network -- I mean the equity

2  percentages of any of these entities, is that correct?

3  A      Not particularly, no.

4  Q      Okay.  But focusing specifically on NN Ireland, you did

5  not know that the equity of NN Ireland was owned by NNL?

6  A      No.

7  Q      And you did not know that 91 percent of the equity of

8  Nortel Networks S.A. was owned by NNL?

9  A      91 percent, no, I did -- at the time, did not know

10  that.

11  Q      Okay.  And you're aware of the concept of a dividend

12  aren't you?

13  A      Yes.

14  Q      So that in the event of an entity is solvent, its

15  corporate owners, its shareholders, would receive a dividend

16  of whatever excess value remains?  Is that a familiar concept

17  to you?

18  A      Correct, yes.

19  Q      So it's fair to say that to the extent that there's a

20  solvent entity that Nortel Networks Ireland or Nortel

21  Networks France are solvent as a result of the allocation

22  that there would be an up-streaming of the excess through the

23  equity ownership into NNL?

24  A      Potentially, to the extent that they're solvent after

25  taking into account all potential claims, assets, and so on,

1   yes.

2   Q     And as you didn't know at the time you prepared your

3   report about the equity ownership of those two entities, you

4   didn't give any value of -- to the equity of those entities

5   on the asset side of NNL's balance sheet did you?

6   A     I didn't give value to any of the EMEA entities.  I had

7   no basis to determine what the amount of any potential up-

8   flow might be.  I didn't have a basis to determine the

9   likelihood of an up-flow.  Having dealt with, on a previous

10  portion of this case, some aspects that dealt with the EMEA

11  side, I knew the EMEA Debtors had significant claims and to

12  what extent those claims allowed them to be solvent, I didn't

13  do a detailed analysis of the solvency of each of those

14  entities, but I knew they had significant claims.

15  Q     So -- but the first thing I asked you was that to

16  confirm that at the time you wrote your report, you didn't

17  know that there was any equity ownership interest of NNL in

18  those two entities is that fair?

19  A     Correct.

20  Q     And so to the extent that there was any solvency

21  analysis, you didn't do it because you didn't know if they

22  were solvent that the value would be attributable to its

23  equity owner, NNL, is that fair?

24  A     I didn't do that analysis because it wasn't even part

25  of my mandate to try to do a detailed analysis of those

1  entities to determine if they were solvent, and even if they

2  were solvent, to then determine what would up-flow to any

3  equity holder parent companies.  Again, that was not part of

4  my analysis.  I've stated that.

5  Q    But part of your mandate -- I'm sorry.

6  A    I've stated that, yes.

7  Q    But part of your mandate was to provide a view, which

8  ends up being $971 million in your expert report, as to the

9  maximum surplus cash that NNI might have available to pay

10 PPI.  That was your mandate, right?

11 A    Correct.

12 Q    And the inputs into that would be any value that could

13 flow into NNI, correct?

14 A    Correct.

15 Q    And that would include any value that would flow into

16 NNL and through a distribution out of NNL into NNI?

17 A    After it made that series of up to this and up to that

18 and then down to this, after taking into account the claims

19 and all that, yes.  If you did that type of detailed analysis

20 on each of those entities, that's conceivable.

21 Q    And -- but you didn't do that detailed analysis for NN

22 Ireland or NN France?

23 A    Well, first off, it wasn't, again, part of my analysis.

24 Again, you had asked me that at deposition.  Based on the

25 documents that I had available and looked at, those EMEA

1  entities have significant claims against them, but I'm not in

2  a position to determine after those claims what the exact

3  dollar amount of the up-flow would be.  For instance, being

4  EMEA Debtors, one of their big claims is going to be the NNUK

5  pension claims against those and the NNUK pension claims I

6  know have already been settled with the U.S. Estate.  For

7  purposes of my analysis, I've assumed they've been dismissed

8  for the NNL Estate and so to the extent that those NNUK

9  pension claims are assessed against those entities, which I

10  know they are, based on a reading of the 10-K -- or excuse

11  me, the 10-Q, it mentions that but to be able to determine

12  after those NNUK pension claims, which, if I remember, I

13  totaled the face amount of the claim.  I don't know what the

14  individual claim is on each entity, but the face amount of

15  the claim was over 3 billion.  So I'm not in a position to

16  calculate, after that type of claim, what the solvency of

17  each of those entities would be.

18  Q    But you'd agree with me that if those entities were

19  solvent, and you haven't done that an analysis, after an

20  allocation, that there would be money that would flow up to

21  its equity owner?

22  A    Again, that's a big if, but if they're solvent after

23  those claims have all been paid, then potentially, yes.

24  Q    And you haven't done any analysis of what claims are

25  there, how good those claims are, and whether or not they're

1  solvent?

2  A     That's not true.  I said I've done an analysis.  I know

3  the pension claims are there.  I haven't done an analysis of

4  how that translates into excess equity, excess assets, for

5  each of those entities.

6  Q     You haven't done an analysis of the strength of those

7  claims?

8  A     No.

9  Q     Right.

10 A     No, from a legal --

11 Q     So you know they're there?

12 A     I know they're there.

13 Q     And so your analysis is simply knowing that those

14 claims are there?

15 A     Yes.

16 Q     Okay.  And in reviewing Mr. Kinrich's allocation

17 valuation report, you know that Mr. Kinrich allocates, under

18 his scenario, the same scenario that you used to provide

19 value to the U.S. Debtors, he allocates about 245 million of

20 sale proceeds to NN Ireland?

21 A     Yes.

22 Q     Okay.  And notwithstanding that, you didn't take into

23 account or undertake any further analysis as to where that

24 245 million might go or how it might get up to Canada, if at

25 all?

1  A      Correct, other than knowing, like I said, that the

2  claims exist; that they're large; that NNUK pension claim is

3  a highly material item to the pension administrator, but

4  again, did I do the detailed analysis to calculate what the

5  net assets would be if that claim was paid and how much would

6  remain and how much would up-flow and then down-flow and --

7  did I do that detailed analysis?  No, because I assumed,

8  first off, it wasn't going to -- I had no basis for

9  determining that amount, if any.

10  Q      And you're aware that under Mr. Kinrich's analysis that

11  hundreds of millions of dollars would also be allocated to

12  NNSA, Nortel France, correct?

13  A      Well, again, just -- yes, on the top line that's what

14  the allocation would be if his approach is assumed.

15  Q      And you did no analysis as to whether NNSA might be

16  solvent, and again, you didn't know that there was an equity

17  interest that NNL had in NNSA?

18  A      True.  I knew the claims existed.  I didn't know who

19  the equity parents were necessarily.  It wasn't one of those

20  little aspects in the weeds that I was trying to determine.

21  Q      So --

22  A      As, as I've said before, I'm looking at the big

23  pictures, the big picture that affects the ultimate outcome

24  of the significant events, and to the extent that some of

25  these items exist, I'm comfortable with the idea that because

1  of the nature of those claims and the amount of those claims,

2  that even, as you say, a couple hundred million might be

3  allocated to them, I feel more than comfortable saying I have

4  no basis to determine how much, if any, would ultimately up-

5  flow after payment of those claims, up-flow to NNL, and then

6  based on the smaller percentage even that NNI gets from that,

7  what that ultimately would be.

8  Q     So going back to your conclusion.  The difference that

9  we're talking about is the difference between 971 million and

10 1 billion 10 million, right?  That's the calculus that you

11 did?

12 A     Well, right.  But I explained my 971 wasn't a set-in-

13 stone estimate of what the surplus would be.

14 Q     Right.  No, I understand.  It could be higher; it could

15 be lower?

16 A     My conclusion was it was going to be lower.

17 Q     But you also said it could be higher.

18 A     There are certain --

19 Q     Mathematically.

20 A     There are certain -- yes, mathematically.  If you line

21 up all the things again in NNI's favor and toggle an

22 additional one more in NNI's favor, could it throw it over

23 the 1.01 billion?  I've already said that.  Yes.

24 Q     So --

25 A     But that's not what I based my conclusion on.

1    Q    All right.  Let -- so you have 971 versus 1 billion 10.

2    That's a difference of $39 million is that right?

3    A    Yes.

4    Q    Okay.  So when we're talking about things that are in

5    the weeds, according to your calculus, right, the difference

6    between the benefit that is there for the bondholders versus

7    the benefit that comes to the U.S. Debtors is $29 million --

8    or $39 million.  So when we're talking about in excess of

9    $400 million of allocation proceeds to go to two entities

10    that you -- you think of that as weeds.  It's not worth

11    investigating.

12    A    Is that a question?

13    Q    Yes.

14    A    Well, I said I had no basis for determining -- you're

15    just stating the top line potential dollar effect of that

16    allocation, and I said there's a lot more that goes into it

17    in determining the net effect on NNI.  So would the net

18    effect to NNI be 400 million?  Absolutely not, because in the

19    first case, even if dollar-for-dollar they had zero claims

20    and that 400 million up-flowed to NNL; remember, NNI doesn't

21    get that down-flow dollar-for-dollar.  But again, when you

22    take into account the claims; when you take into account not

23    just the NNUK pension claims but the other claims, I'm not

24    going to -- I'm going to disagree with you trying to imply

25    that NNI is going to benefit by 400 million, and so going

1  back to what I said earlier, the 971 isn't the estimate of

2  what the exact amount is going to be.  It's meant to

3  represent more the upper limit and given those other factors

4  that I had already mentioned, the 700 million potential

5  effect of decrease in NNI's surplus cash, could there be

6  particular situations where NNI gets another "X" number of

7  amounts here or there, yes, I've stated that.  Could their

8  ultimate balance be over 1.01 billion?  And again, that's

9  where I have to come back to my just reasonableness of that

10  happening based on having to line up -- because now you're

11  trying to line up not only all the assumptions that I made,

12  but now you're also trying to line up the assumption on the D

13  & O Trust and the assumption on NN Ireland and the assumption

14  on APAC and given that, as we're talking about those areas,

15  first off, I have trouble reconciling that there's going to

16  be much up-flow from that, but more importantly, my

17  conclusion isn't based on those line-by-line, one-at-a-time

18  toggles.

19  Q     I just want to ask this question.  So you told us the

20  sum of your analysis with respect to why you attributed zero

21  value to the equity interests, including the up-flow and the

22  fact that the U.S. would have the right to some percentage of

23  the benefit by virtue of its claims and the bond that's being

24  paid up there, you give the value of zero with respect to the

25  equity interests in France and Ireland and you've given us

1  the entirety of your analysis as to why that should be zero.

2  A    And I haven't seen any documents produced or any

3  analysis by any other party that said that it should exist.

4  Q    So -- now, when you're talking about the toggles --

5  well, let me do two things first.  So when you focus on the

6  10-Q from 2012; you've testified about that a couple of

7  times, you mentioned in your direct testimony that the

8  numbers are consolidated numbers, correct?

9  A    Correct.

10 Q    And so it's -- the 10-Q is a Form 10-Q filed with the

11 Securities & Exchange Commission, correct?

12 A    Yes.

13 Q    And it's typical, in your experience, to see that in a

14 corporate group, the numbers would be consolidated is that

15 fair?

16 A    Yes.

17 Q    Okay.  And when you're looking at the consolidated

18 numbers, you're not -- you'd recognize that the 10-Q does not

19 break out the claim numbers according to each of the separate

20 corporate entities that are now subject to insolvency

21 proceedings in Canada?

22 A    It doesn't break out the amounts for the individual

23 entities.

24 Q    Right.

25 A    It does state that NNL is the major operating entity

1  and it assumes primary responsibility for those amounts.

2  Q     Right.  And so -- and you didn't do any analysis with

3  respect to the claims base of any of the individual corporate

4  entities that are now currently subject to Justice Newbould's

5  jurisdiction?

6  A     I'm sorry; could you repeat that?

7  Q     You didn't do a separate analysis as to the claims and

8  liabilities of each of the corporate entities in Canada that

9  are the subject of insolvency proceedings?

10  A     No, that's not true.  I -- as I mentioned earlier, to

11  get comfort, I realized that the numbers in the 10-Q are

12  consolidated numbers.  I assumed, for purposes of my

13  analysis, that those claims were attributable to NNL.  Two

14  points on that.  One is I got comfort on that total claim

15  number from the Appendix D of the 108th Monitor's Report,

16  which does break out the claims that have been filed against

17  the individual entities, and so when I looked at the claims

18  from that document that were applied to just NNL, in total,

19  they were insignificantly different from the claim total that

20  I had included, based on the 10-Q.  And secondly, to put this

21  in the context of the consolidated nature of being in favor

22  of NNI, I assumed all of the assets on the asset side,

23  including the assets that I listed were attributable to NNL.

24  So to the extent that any of those assets might be

25  attributable to other of those entities, that would be to the

1   detriment of NNI that I assumed on the asset side, which

2   again, is in favor of NNI, I assumed on the consolidated

3   basis on the asset side that all of the assets were in favor

4   of NNL.

5   Q     And you also assumed that all of the claims would be

6   against NNL as well, correct?

7   A     Yes.

8   Q     Okay.

9   A     And, again, a couple of points on that.  The claims

10  that are listed in the 10-Q, first off, based on the

11  accounting standard that I referenced, are based on the

12  amounts -- and this applies to the amounts in both the 10-Q

13  and the MOR, but those amounts are listed of what the amounts

14  are that are expected to be settled.  But the 10-Q also

15  listed and made a statement that there are numerous claims

16  that are either listed at zero or that are currently

17  unliquidated, and therefore, an amount can't be determined,

18  that are not showing up that could become significantly

19  higher, and I gave an example of one of those already.  And

20  so the claim numbers, given that there could be potentially

21  more claims on the NNL side than what are listed and given my

22  sensitivity analysis, that if for some reason those claims

23  are decreased, $100 million of claims only has a $7 million

24  effect on NNI's surplus cash, and I've already, on those NNL

25  claims, I've already knocked off over 600 million through my

1  assumption of dismissing the NNUK pension claims.  So I feel

2  pretty comfortable that on the claims side on NNL, given that

3  they're listed at the amounts that are expected to be

4  settled, given that there could be some zero and unliquidated

5  claims that aren't even included in there that could increase

6  it, given that it coincides with the amounts listed by the

7  Monitor's Report most recently, given the sensitivity

8  analysis on the small effect that it would have on NNI, given

9  all that, I -- well, I'll just leave it there.

10 Q     Okay.  So -- but the fact is is that you were assuming

11 that all of the claims in Canada will be made against NNL and

12 that all of the assets in Canada will be available to satisfy

13 all of those claims, correct?

14 A     For -- yes, that's my analysis.

15 Q     Right.  And so are you aware of the term substantive

16 consolidation?

17 A     Yes.

18 Q     And are you aware that what you've just said is the

19 effect of substantively consolidating all of the corporate

20 entities in Canada?

21 A     Well, like I said, that -- for one thing, NNL, as the

22 primary operating unit as stated by the 10-Q, is primarily

23 responsible for those claims.  When you look at --

24 Q     All right.  But the answer is do you know that that's

25 substantive consolidation?

1   A      Yes.

2   Q      You do?  Okay.

3   A      And when you look at --

4   Q      And -- and, right, so have you had any conversations

5   with anyone representing the Monitor indicating that there is

6   an intention to substantively consolidate all of the entities

7   in Canada?

8   A      I haven't talked to anyone about that.

9   Q      Okay.  And with respect to the claims in Canada, you

10  are not aware -- you were not aware at the time that you

11  wrote your report that a substantial portion of the employee

12  claims are actually not against NNL, but against another

13  corporate entity?

14  A      I wasn't aware of what percentage exactly applied to

15  which entity.

16  Q      Okay.  Now, with respect to the claims that have been

17  filed in Canada, you were also assuming that all of them will

18  be allowed at their face amount, correct?

19  A      That's an assumption that the 10-Q makes in that

20  they're listed at the amounts expected to be settled.

21  Q      So -- but you're making that assumption in doing your

22  analysis and the basis for that is because of this GAAP rule

23  that you keep citing?

24  A      Well, yes.  I expect that those are listed at the

25  amounts expected to be settled.

1    Q      And you've had no conversation with the Monitor to

2    determine whether or not there's any flexibility in any of

3    those claims numbers?

4    A      No.

5    Q      And you're aware, are you not, that over 80 percent of

6    the claims that have been filed in Canada remain open and

7    subject to objection?

8    A      I, just off the top of my head, would probably disagree

9    with 80 percent.  I'd have to look at the numbers.  Bonds --

10   Q      I don't want to quibble with the --

11   A      The bonds themselves account for a substantial portion

12   of the claim, and so not counting the bonds, it's going to be

13   substantially less than 80 percen,t and so I don't know

14   exactly what the percentage is of what's allowed.  I think

15   your 80 percent is way high.

16   Q      But it's a substantial number?

17   A      Well --

18   Q      You don't have a number in mind but it's --

19   A      -- I don't have the number in mind off the top of my

20   head.

21   Q      -- not de minimis?  Would you agree with me it's not de

22   minimis?

23   A      No, it's --

24   Q      No, you wouldn't?

25   A      -- like I said, but whatever the amount is, that's

1   what's expected to be settled.

2   Q    But you're the expert here today to talk about the

3   Monitor's -- to support the Monitor's Objection and you've

4   testified that the claims base in Canada has a direct impact

5   on the recovery of NNI and the bondholders, and you don't

6   know the percentage of claims in Canada that have been

7   allowed or not allowed?

8   A    I'm sorry.  I think I've counted four questions in

9   there and the first one had to do with whether I'm here to

10  testify about the Monitor's --

11  Q    Okay.

12  A    Could you repeat the --

13  Q    Forget it.  You don't know the amount of claims that

14  have been allowed in Canada as you sit here today?

15  A    I know what -- I can look at Appendix D and give you

16  that amount if you want me to do that.

17  Q    But as you're sitting here today, you don't know?

18  A    I don't remember the exact amount, but in my evaluation

19  of Appendix D, that's how I came to the total --

20  Q    Well, no, but let's --

21  A    -- because there's claims allowed.  There's a column

22  for claims allowed in Appendix D and there's a column for

23  claims still under review and those -- that's where I got

24  comfort.  The total of those is identical; insignificantly

25  different, but substantially identical to the amounts listed

1    on the 10-Q and, yes, I realize some of those are settled and

2    I realize some of those are still under review.  But again,

3    for those that are still under review, my assumption is that

4    those are listed at the amounts settled and I'll go back and

5    point out that I've already knocked off over 600 million from

6    those claims.

7              MR. BROMLEY:  I'd like to hand another exhibit

8    out.  What number is it.

9              UNKNOWN:  177.

10             MR. BROMLEY:  177?

11   BY MR. BROMLEY:

12   Q    Mr. Wertheim, before we look at this document, you --

13   when you talk about knocking off 600 million, you're talking

14   about the UKP claim, the U.K. pension claim?

15   A    The pension claim.

16   Q    You're aware that the Monitor has taken the position

17   and there's been a substantial trial on this matter; that

18   that number should be zero?

19   A    Yes.

20   Q    Okay.  So notwithstanding that, you actually are giving

21   the value of a higher number, right?

22   A    Well, because of purposes of the filing, it being

23   listed at the amount expected to be settled, they may be

24   trying to argue that it should be zero or something less.  I

25   do know that the face amount of the claims had been over 3

1  billion.  So the amount listed at 670 million, am I in a

2  position to determine from a legal standpoint what the

3  likelihood of that is?  No.  It didn't matter for purposes of

4  my analysis because I dismissed it to begin with.

5  Q    So it was irrelevant to you that the Monitor is now

6  arguing in -- and there's a -- I mean it's sitting with the

7  Judge waiting a decision that that number should be zero.

8  A    I assumed it was zero.

9  Q    Okay.  And you didn't use that as a basis to assume it

10  was zero?

11  A    No.

12  Q    Okay.  I'd like to show you Exhibit 177 which is 108th

13  Report of the Monitor.  Look at Exhibit D -- or Appendix D

14  which is on page 41.

15  A    Okay.

16  Q    Okay.  So that -- is that the Appendix D that you were

17  referring to?

18  A    Yes.

19  Q    Okay.  And if we -- you'll see each of the Canadian

20  Debtors listed out here separately.  If you go down to the

21  fourth entry, which is Nortel Networks, Limited, the main

22  operating entity, you see there's filed Proofs of Claims in

23  excess of $13 billion, and this is in Canadian dollars.  Do

24  you see that?

25  A    Yes.

1  Q    And do you see that there's under review 8.5 billion?

2  A    Yes.

3  Q    And accepted or reviewed, 2.8 -- accepted or reviewed

4  and unaudited -- or unadjusted.  I'm sorry.  Do you see that?

5  And you see that of the accepted or reviewed column, the

6  intercompany claim is 2.5 billion of the 2.8 billion?

7  A    Yes.

8  Q    So other than the 2. -- this is in Canadian dollars.

9  That's why it's not a $2 billion claim.  But other than the

10 $2.5 billion U.S. claim, the Canadian Debtors, at this point,

11 for NNL have -- and it's frankly for all of the entities,

12 have only accepted something in the neighborhood of 300

13 million Canadian claims, is that your understanding as well,

14 sir?

15 A    Did you say for all of the entities or just NNL?

16 Q    Well, if you look at NNL, it's 2.837.  If you go down

17 for all of them, it's 2.863 so it's --

18 A    Okay.  Yes, and that does not include the bonds.  To

19 what extent you want to include the bonds is still under

20 review, they're listed under review here.  But, yes, again.

21 Q    And I'm just -- this is the Monitor's Report from

22 September of 2014, right?

23 A    Right.  And the numbers --

24 Q    And of the 13 billion in claims that have been filed --

25 or 36 billion in claims that have been filed, 2.8 billion

1  have been settled.  That's what this document says, right,

2  sir?

3  A    Well, no, that's misleading because that 36 million

4  includes a huge amount of duplicate claims.

5  Q    Oh, does it?  You've done that analysis?

6  A    I can look at the line items and tell that there are

7  duplicate claims and --

8  Q    And you know that they are duplicate and they're not

9  entitled to be paid separately?

10  A    That's not what I said.  You were trying to draw a

11  conclusion comparing the 2.8 million or 2 -- excuse me, 2.8

12  billion to the 36 billion and that's not an adequate

13  comparison because the 36 billion includes duplicate claims.

14  Q    Well, which can only mean, using common sense, that

15  you're saying that that number should be less because

16  duplicate claims should be deducted, is that fair, the $36

17  billion?

18  A    I'm not sure what you're asking, but it includes

19  duplicate claims.

20  Q    Well, you're saying that -- I assume what you're saying

21  is the 36 billion number is too high because of duplicate

22  claims.

23  A    Well --

24  Q    Is that right?

25  A    Yes.

1    Q    Okay.  And my question is so you've done the analysis

2    to determine what duplicate claims there are and how much

3    that should be reduced by?

4    A    I didn't have to.

5    Q    Yes or no?

6    A    I didn't have to because my analysis concentrated on

7    NNL, and in fact, to the extent that I included just NNL's

8    claims, if there are some claims on other entities that

9    weren't attributable to NNL, in essence, I've underestimated

10   the total claims because all I've done was include just the

11   claims that are shown here and on the 10 -- even though the

12   10-Q lists the consolidated claims, when I did my comparison

13   to get comfort in that total, I looked at just the claims for

14   NNL.  So if you -- so the claims that I used and compared

15   with from the 10-Q were just the claims that were listed for

16   NNL.

17   Q    Okay.  So let me understand this.  The 10-Q claims were

18   consolidated so it's all of these entities, notwithstanding

19   this document that has all of these entities, you only looked

20   at the line items for NNL as a check on the 10-Q?

21   A    Yes.

22   Q    Okay.  And the 10-Q is from two years earlier than this

23   document.  The 10-Q is from 2012 and this is from 2014.

24   A    Correct.

25   Q    Okay.

1  A      I talked about that and that's why I used this as a

2  more recent update to get comfort in that number.

3  Q      And you've done no reconciliation to account for any

4  changes in circumstances over that two-year period?

5  A      That's not true either.  I included updated information

6  when it was available; for example, the EMEA claim, the 125

7  million.  I added to the claims that are listed here because

8  it wasn't included on the 10-Q or this Appendix D.  So I've

9  updated it when necessary for additional claims.

10 Q      And you've -- but you've not updated it for any other

11 thing?

12 A      For any other?

13 Q      For any -- the only update that you've made is with

14 respect to the EMEA settlement?

15 A      Correct.

16         MR. BROMLEY:  Okay.  May I just have a moment,

17 Your Honor?

18         THE COURT:  Of course.

19 BY MR. BROMLEY:

20 Q      Now, Mr. -- I mean Dr. Wertheim, you are aware that

21 there was also -- there's also a litigation going on in

22 Canada with respect to post-petition interest, correct?

23 A      Correct.

24 Q      And you didn't take into account in your calculations

25 any result with respect to that litigation exercise in

1  Canada, correct?

2  A      Could you explain that in more detail?  I'm not sure

3  what you're asking.

4  Q      There's a -- you know there's a litigation going on in

5  Canada with respect to post-petition interest?

6  A      Yes, on whether that post-petition interest should

7  actually be a claim.

8  Q      Right, should be included within the claim.

9  A      Yes.

10 Q      Right.  And you haven't taken into account the

11 likelihood of, say, the bonds winning that post-petition

12 interest should be included as part of the claim?

13 A      Say that again?  Have I don't an analysis?

14 Q      So we've talked about the claims base in Canada

15 mattering to recoveries in the United States.

16 A      I understand that.

17 Q      Okay.  And you understand if the bondholders are

18 correct that the claims base in -- correct, the claims base

19 in Canada would be increased by the amount of their claimed

20 post-petition interest?

21 A      Oh, yes, I understand that, and I didn't include any

22 discussion of that in my report.  I ran what the effect of

23 that would be numerically in my distribution analysis and if

24 that PPI is allowed as a claim in Canada, then NNL makes a

25 payment towards that PPI, which reduces the PPI that NNI

1  would then potentially be liable to pay.  But by including

2  that PPI as a claim on the NNL side, it increases the claims;

3  therefore, decreasing the payout ratio, and so it would have

4  the mathematical effect of also reducing what NNI receives

5  both on the asset side from what it receives on the $2

6  billion claim against NNL, and it also reduces what NNL would

7  be able to pay on the bonds in the pre-petition interest,

8  which would increase what NNI would have to pay on those.

9  And so I ran the numbers and the gap is still there.  In

10 other words, the surplus that NNI would have is still less

11 than the remaining PPI that would still exist after that

12 payment.

13 Q     So --

14 A     Does that answer your question?

15 Q     Well, somewhat, right?  I think maybe I need to be more

16 precise in my question, which is that's not in your report?

17 A     That's not in my report, correct.

18 Q     Correct.  Okay.  Now, there's -- excuse me one second.

19 A     You had asked if I had done the analysis.

20 Q     You did the analysis but you didn't put it in your

21 report that's your testimony?

22 A     Correct, because it didn't affect whether surplus cash

23 would be, therefore, above the remaining PPI.

24 Q     So do you still have your deposition transcript in

25 front of you, or do you have -- I think it might be next to

1  you, your deposition transcript?

2  A      Yes.

3  Q      If I can ask you to take a look at that and open to

4  page 270, at the bottom of the page.  Do you have that, sir?

5  A      Yes.

6  Q      So it says, "Question:  So you didn't make any

7  assumptions one way or the other and were not instructed to

8  assume anything one way or the other about the effect of

9  post-petition interest in Canada were you?  Answer:  No."

10  A      I'm sorry; what page and line?

11  Q      I'm sorry.  It's page 70.  It's the last question, line

12  24.

13  A      Page 70?

14  Q      I'm sorry.  It's 270, line 24.

15  A      Okay.

16  Q      "So you didn't make any assumptions one way or the

17  other and weren't instructed to assume anything one way or

18  the other about the effect of post-Petition interest in

19  Canada?  Answer:  No.  And you don't -- you didn't analyze

20  what might happen if the bondholders are successful in their

21  appeal and interest does not accrue on a post -- it does

22  accrue on a post-Petition basis on their claim?  Answer:  No,

23  I've stated that I haven't analyzed it."  But your testimony

24  today is that you have analyzed it?

25  A      But and I said I --

1  Q    And you did this --

2  A    I did this subsequent because you asked me about it at

3  my deposition, and again, as an expert, I want to look at

4  that additional evidence.  I ran the analysis and I just

5  stated earlier today on testimony that I didn't include it in

6  my report, but you had asked if I did the analysis and I did

7  subsequently.

8  Q    I'm -- let's just -- Dr. Wertheim, so when you wrote

9  your report, you didn't do that analysis, and since your

10  deposition, you've gone back and you say you've looked at

11  other information and you've done an analysis?

12  A    Because you asked me that specific question or I was

13  asked.  You didn't ask me, but I was asked that specific

14  question at my deposition, so I went back and I looked at it.

15  Q    So --

16  A    And it had no effect.

17            MR. BROMLEY:  So, Your Honor, certainly with

18  respect to any work done after the creation of the report, we

19  think it should be disregarded --

20            THE COURT:  Of course.

21            MR. BROMLEY:  -- and given the appropriate weight

22  which is none.  At this point in time, I'm going to cede the

23  witness to Mr. -- my friend, Mr. Leblanc.

24            MR. PULTMAN:  And, Your Honor, just on that last

25  point --

1                     THE COURT:  Yes, Mr. Pultman?

2                     MR. PULTMAN:  -- if I can be heard briefly?  We

3    didn't put this to the Court.

4                     THE COURT:  I understand.

5                     MR. PULTMAN:  It was Mr. Bromley.

6                     THE COURT:  All right.  Thank you, Mr. Pultman.

7    Mr. Leblanc?

8                     MR. LEBLANC:  Yes, Your Honor, and I'm mindful of

9    the time.

10                          CROSS EXAMINATION

11   BY MR. LEBLANC

12   Q     I'm going to be very quick but I'm going to ask the

13   witness's cooperation to that end as well because I think,

14   Dr. Wertheim, we met at your deposition, right?

15   A     Yes.

16                     MR. LEBLANC:  And, Your Honor, if my colleague can

17   approach?  We are just going to hand up some binders.

18                     THE COURT:  Oh, yes.

19                     MR. LEBLANC:  Although I think at this point,

20   we're going to use very little of what's in the binders.

21                     THE COURT:  All right.  Thank you.

22   BY MR. LEBLANC:

23   Q     Now, Dr. Wertheim, as I said, we met at your

24   deposition, correct?

25   A     Yes.

1  Q    Okay.  I'm going to ask you, Dr. Wertheim, if you could

2  pay very close attention to the questions that I'm asking.  I

3  don't need to know other variables that could change.  I'm

4  just going to ask about a small number of variables and I

5  want you to try to answer the questions just limited to those

6  variables.  Can you try to do that?

7  A    Ask your questions and I'll try to answer.

8  Q    Now, you testified earlier in response to a question

9  from Mr. Bromley that you understood that there weren't IP

10 address sales in the last two years, is that correct?

11 A    That's my understanding, yes.

12 Q    Okay.  Now, at your deposition --

13 A    On --

14 Q      -- I showed you a document that related to IP address

15 sales, isn't that right?

16 A    On my previous answer, I was about to add, on the side

17 of NNL.

18 Q    Okay.  All right.  Now, if you could turn in your

19 binder to Tab 4, which should be Exhibit 164.  I'm sorry.

20 Sorry.  Tab 6, which is Exhibit 176.

21 A    Tab 6 in the binder you just handed me?

22 Q    Yes.  Is it the 107th Report of the Monitor?

23 A    Yes.

24 Q    Okay.  Do you see that there?

25 A    Yes.

1  Q      All right.  Now, in the bottom right corner, you see it

2  has Wertheim 11?  Do you see that tag in the bottom?

3  A      Yes.

4  Q      Right, because this is a document that I showed you at

5  your deposition, right?

6  A      Correct.

7  Q      All right.  Now -- and I showed you this at your

8  deposition.  Do you recall seeing this at your deposition?

9  A      Yes.

10 Q      And the purpose for which I showed you it was what's

11 contained on -- at paragraph 30 and 31.  Do you recall that?

12 A      I don't recall the paragraph numbers but --

13 Q      Let me see if I can help you.

14 A      Okay.

15 Q      Do you recall I showed you this because in this

16 Monitor's Report, the Monitor reports that the U.S. Estate,

17 NNI, is claiming an interest in the proceeds of IP address

18 sales?  Do you recall that?

19 A      Yes, the grand sum of 13 million that's been sold so

20 far on the NNL side.

21 Q      Well, we're going to get to that.  This is where --

22 this is why I want you to really focus on my question.  You

23 understand that NNI is claiming an interest in the value of

24 IP addresses that have been sold, is that correct?

25 A      Yes.

1  Q     All right.  And that was the purpose for which this

2  document -- you looked at this document at your deposition,

3  correct?

4  A     Correct.

5  Q     All right.  Now, the document itself, the 107th Monitor

6  Report, do you see on the cover it was submitted on September

7  2nd, right?

8  A     Yes.

9  Q     Okay.  And if you look at paragraph 9, which is on page

10  3 of the document, the purpose of this Monitor's Report is to

11  provide the Court with information regarding the Monitor and

12  Canadian Debtor's Motion Seeking (a) Approval of an Asset

13  Sale Agreement Amongst Various Parties as Purchaser in

14  Respect of the Sale of the Seller's Rights and a Certain

15  Number of IP Addresses.  Do you see that?

16  A     Yes.

17  Q     Okay.  So this reports that just two months ago, two

18  months before you submitted your report, the Monitor had

19  asked for approval to consummate a sale of IP addresses.  Do

20  you see that?

21  A     Yes.

22  Q     Okay.  Now, when you said earlier that you were unaware

23  that there had been any sales in the last two years, you were

24  aware of this document weren't you?

25  A     Yes.

1   Q      I showed it to you 13 days ago at your deposition,

2   right?

3   A      Correct.

4   Q      Okay.  Now, let me just try to quantify the IP

5   addresses that the Monitor had available.  You understand

6   that there were 17 million IP addresses, correct?

7   A      Correct.

8   Q      And you understand, do you not, from your deposition,

9   that the U.S. Estate, when they sold their IP addresses,

10  yielded $11.25 per IP address?  Do you know that?

11  A      Well, that's the number you gave me.  I don't know how

12  long ago that was.  I don't know the quantity of that sale.

13  Q      Again, focus on my question.  You understand $11.25 per

14  IP address, right?

15  A      Yes.

16  Q      And if you do the math there, that number comes out to

17  $190 million of IP addresses.  That's the value of those,

18  right?

19  A      17 million times 11.25; I'll accept your math, but I

20  would have trouble valuing that at that amount --

21  Q      Right.  And you'd have --

22  A      -- for any particular reason.

23  Q      Right.  And you didn't do any valuation exercise of

24  this -- of these assets, right?  None.

25  A      I discussed that earlier --

1    Q      Right.  And --

2    A      -- the analysis that I did.

3    Q      Okay.  Now, let me turn to a different topic.  You

4    testified as part of the -- or I'm sorry.  You submitted a

5    report as part of the trial in Canada with respect to the

6    U.K. pension claims, correct?

7    A      Yes.

8    Q      And the topic that you opined on was solvency of

9    certain of the EMEA entities isn't that right?

10   A      I'm not sure what you mean by that, but my report was a

11   rebuttal report to another expert on the EMEA side that had

12   evaluated and come to the conclusion that the entity was in

13   the zone of insolvency.

14   Q      Right.  And you were --

15   A      My task was not to evaluate the solvency, but rather,

16   not to directly evaluate and determine the solvency of the

17   EMEA entities, but to respond to the methodology and

18   conclusions of that report.

19   Q      Okay.  And so you thought yourself qualified in that

20   instance to comment and opine on someone else's solvency

21   analysis, is that right?

22   A      Based on their methodology and conclusions, yes.

23   Q      So you do have the capacity to conduct a solvency

24   analysis, is that right?

25   A      Yes.

1    Q      And you believe you have the expertise, correct?

2    A      Correct.

3    Q      You've never been qualified by a Court to testify as to

4    that or any other topic, but you think you have the expertise

5    to do that, right?

6    A      Yes.

7    Q      Okay.  But in this case, you didn't perform any

8    solvency analysis of the EMEA entities to determine what

9    dollars would flow back up, isn't that right?

10   A      That's correct, and I spent a --

11   Q      Okay.  You've answered the question.  Thank you.

12   A      -- a good amount discussing those issues earlier.

13   Q      Now, at your deposition, you were there for many hours

14   at your deposition, right?

15   A      Yes, almost a day.

16   Q      You didn't mention for a second the U.K. pension claims

17   against NNSA and NN Ireland as a reason why you didn't

18   include any value flowing up from that equity did you?

19   A      I knew about it and -- because of my previous work.

20   But did I mention that in my report that that's the reason?

21   No.

22   Q      I asked you -- at your deposition when you were asked

23   questions about whether or not you included equity value from

24   these entities, you didn't mention it there either did you?

25              MR. PULTMAN:  Your Honor, if there's a question

1  that Counsel believes needs to be put from the deposition

2  because it's somehow inconsistent with the testimony here, he

3  should be putting that question and that answer.  There

4  hasn't been a demonstration that anything that the witness

5  said with respect to this in his deposition is in any way

6  controverted by what he said on the stand here.

7          MR. LEBLANC:  It's proving a negative, Your Honor.

8  If there's no mention of it, I don't know where I would point

9  him to in the deposition.  It's a question -- it's a

10  perfectly appropriate cross-examination question.

11          THE COURT:  I'll overrule the objection by the

12  nature of the question.

13  BY MR. LEBLANC:

14  Q    Did you tell us -- okay.  I'm sorry, Your Honor.  Did

15  you tell us at any time at your deposition that the U.K.

16  pension claim asserted against EMEA -- against the EMEA

17  entities was a reason not to consider equity value?

18  A    I didn't state that, no.

19  Q    Did you even mention the U.K. pension claim against the

20  EMEA entities?

21  A    I can't remember offhand but -- I can't remember, but

22  I'll say no.

23  Q    And for the purposes of your analysis against -- with

24  respect to NNL, you assumed that the FSD claim -- let me

25  actually pause.  Do you know what the FSD claim is?

1    A      The Financial Statement Directive.

2    Q      Okay.

3          UNKNOWN:  I'm sorry; say it again.  The Financial

4    Statement?

5          THE WITNESS:  Well, let him --

6          UNKNOWN:  Statement Directive.

7    BY MR. LEBLANC:

8    Q      Well, no.  My question was do you know what it is and

9    your testimony is it is a Financial Statement Directive?

10   A      Well, not Financial Statement Directive.  It's a

11   directive from the pension administrator that's directed to

12   an entity that sets forth the administrator's right to a

13   claim on those pension funds.

14   Q      Right.  And your analysis -- you assumed that that

15   claim is disallowed as against the Canadian entity, correct?

16   A      Yes, I assumed that.  For purposes of my analysis, I

17   assumed the NNUK pension claims, the 670 million, was

18   dismissed.

19   Q      But you didn't make the same assumption with respect to

20   NNSA's FSD claim?

21   A      Correct.  I told you I didn't get into that detailed

22   analysis of what their ultimate solvency would be.

23   Q      And just to give the Court a broad sense, the amount of

24   dollars allocated to NNSA and NN Ireland by Mr. Kinrich,

25   that's in excess of $500 million isn't it?

1  A      Top line, yes.  But again, I discussed this --

2  Q      You've answered my question.  Thank you.  Now, let me

3  -- if you could pull up your slides.  I don't know if we can

4  get them up on the screen, but even if we can't, let's just

5  look at your slides for a second.  Slide 18, in particular.

6  A      Okay.

7  Q      Do you have slide 18 there?

8  A      Yes.

9  Q      And this is entitled Calculation of Claims to be

10  Settled by the Distribution.  Now, I want to -- I heard

11  something new today about the comfort you drew from a

12  statement by Ms. Block at trial about the $5 billion number.

13  Did I understand that correctly that you took --

14  A      Yes.

15  Q      -- some comfort from that?

16  A      Yes.

17  Q      And the comfort you took was that because she used the

18  $5 billion number and that when you take your 5.238 and

19  subtract out the tax liability and the PPI attributable to

20  the NNCC notes, you get close to 5 billion, is that right?

21  A      Well, yes, but, again, I based these numbers on amounts

22  that were listed in the documents, including --

23  Q      Okay.

24  A      -- the monthly operating report as the amounts that

25  were expected to be settled.

1  Q     We're going to get to that.  I just want to know is

2  that the reference -- the comfort you took from Ms. Block's

3  statement is that the math that I just did gets you to close

4  to 5 billion, is that right?  Is that what you were referring

5  to earlier?

6  A     Yes.

7  Q     Because if you look at your report, and you can look at

8  it if you want to, but in your report, that reference to Ms.

9  Block's statement has nothing to do with the claims pool

10  generally at NNI, but rather, specifically about the tax

11  claim, right?

12  A     Right.  I was using it in relation to the tax claim.  I

13  didn't mention in my report that it also provided comfort

14  about the 5 billion, but it's obvious that it's there.  It's

15  listed right there that she makes that statement so --

16  Q     Okay.  But now this page 18 though, this is not an

17  accurate statement of the claims against the U.S. Estate is

18  it?

19  A     The claims that have been filed?

20  Q     The claims against the U.S. Estate.

21  A     These are the claims that I've included in relation to

22  NNI.

23  Q     Right.  But the reason -- let me focus on one.  You

24  include a number of 3.532 billion for the bond claim because

25  you reduce it for amounts already paid by NNL in your

1   analysis, right?

2   A      Right.

3   Q      So that is a reduction of almost $400 million off of

4   the face amount of that claim, right?

5   A      Right, and that's to --

6   Q      And so --

7   A      That's to the benefit of NNI.

8   Q      Can -- I'm going to ask you to just focus on my

9   question.  It is a reduction of 400 million off of the face

10  amount of that claim, correct?

11  A      Correct.

12  Q      And so do you think that when Ms. Block said there's

13  over $5 billion of claims she was doing the analysis that you

14  have now done to reduce the bond claim by $400 million in the

15  same way you did?

16  A      Well, she said over 5 billion.  So if you bring that up

17  to the -- if you add back that 400, that puts mine at over 5

18  billion, and so, again, I'm in line with what she said and

19  that's why I drew comfort with it.  Did I rely --

20  Q      When you say you're in line with what she said, if I

21  have --

22  A      May I finish --

23         MR. PULTMAN:  I'm sorry.  Your Honor, this is not

24  the first time that Mr. Leblanc has cut off the witness.

25  I've given him a fair amount but he's answering the question.

1            THE COURT:  Well, the witness pauses.

2            MR. PULTMAN:  Well --

3            THE COURT:  It's very difficult to determine --

4            MR. PULTMAN:  It --

5            THE COURT:  -- when the witness -- when Dr.

6    Wertheim has finished his answer.

7            MR. PULTMAN:  I understand that, Your Honor.  I'm

8    from Brooklyn and I talk continuously.

9                        (Laughter)

10           MR. PULTMAN:  Dr. Wertheim, from Texas, is far

11   more obeying and takes his time and I don't think that that

12   should be held against him in answering and completing his

13   answer.

14           THE COURT:  All right.  Let's --

15           MR. LEBLANC:  Your Honor, my only comment would be

16   if Your Honor would like me to take the step of moving to

17   strike non-responsive answers, Your Honor can rule on that

18   and then we can move it that way.  That's fine.  I'm just

19   trying to accommodate the fact that we have very little time

20   and --

21           THE COURT:  I understand, and --

22           MR. LEBLANC:  -- I'm doing the best I can, Your

23   Honor --

24           THE COURT:  I hear you.  And --

25           MR. LEBLANC:  -- in trying to move through this.

1    That's why I've tried to be clear in my questions, Your

2    Honor.

3              THE COURT:  All right.

4              THE WITNESS:  I had said I drew comfort.  I didn't

5    say I drew reliance.

6    BY MR. LEBLANC:

7    Q    Okay.  You drew comfort for it but if you added that

8    $400 million back in, you would have shown in excess of $5.6

9    billion of claims, right?

10   A    Again, if you include the tax and PPI, but if you back

11   those out, it would not be 5.6.

12   Q    It would be 5.4 billion?

13   A    Okay.

14   Q    And in that sense, you drew comfort from that -- from

15   Ms. Block's statement that it's over 4 billion -- or I'm

16   sorry, 5 million?

17   A    Over 5 million.

18              THE COURT:  5 million.

19   BY MR. LEBLANC:

20   Q    Is that what you testified --

21   A    Again, I drew comfort.  I didn't draw reliance.

22   Q    Okay.  Now, let's talk about another one of those

23   claims, the pension obligations.  You show a number of $593

24   million, right?

25   A    Yes.

1  Q      Now, the pension -- the -- let me withdraw that.  For

2  the liabilities not subject to compromise, for the other

3  claims, you drew those numbers from the 60th MOR of Mr. Ray,

4  correct, or of the U.S. Debtors I should say?

5  A      I'm sorry.  The line items again?

6  Q      Liabilities not subject to compromise and the other

7  claims.

8  A      Yes.

9  Q      And you did that, as you said, because that should be,

10 under GAAP, an estimate of what they expect those to settle

11 for, right?

12 A      Yes.

13 Q      Now, the PBGC claim, as listed in the 60th MOR is $437.6

14 million, isn't that right?

15 A      Correct.

16 Q      And if you need to see it, it's in the binder; we can

17 go to it, but I'm just going to again try to do this quickly.

18 So it's $437.6 million is what the U.S. Debtor estimated that

19 it would resolve that claim for, correct?

20 A      Correct, but that's outdated.

21 Q      And it's outdated, in your view, because the PBGC filed

22 an Amended Proof of Claim, correct?

23 A      Correct.

24 Q      And they added $115 million to their Proof of Claim in

25 the amendment, right?

1   A      They updated both the amount of the original claim,

2   which, by the way, the 437.6 was based on the original claim.

3   Part of the PBGC updated claim was to update that original

4   amount plus put an amount to one of the unliquidated claims

5   from the original filing, and in addition, there's still a

6   couple of unliquidated claims that could be further settled

7   for more.

8   Q      All right.  Let's be clear.  Prior to the 60th MOR, PBGC

9   had filed a Proof of Claim in the amount of $593 million and

10  had some other unliquidated amounts, correct?

11  A      Yes.

12  Q      All right.  The U.S. Debtor estimated that the

13  settlement amount for those claims that had been filed prior

14  to January in the face amount of 593 million was $437.6

15  million, correct?

16  A      Correct.

17  Q      That's a $156 million reduction off of the face amount

18  of the claims, correct?

19  A      Mathematically, yes.

20  Q      Okay.  Now, since that time, since the 60th MOR, the

21  PBGC then added or amended their claim to add $115 million,

22  correct?

23  A      Correct.

24  Q      So you, for the purposes of your analysis, went back to

25  the $593 million that the PBGC had originally filed, isn't

1   that right?

2   A      Yes.

3   Q      And that's true, notwithstanding the fact that the GAAP

4   filed MOR still estimated that at $437.6 million, correct?

5   A      But there -- like I said, there were more updated

6   claims.

7   Q      Okay.  Did you have -- did you look at any other

8   information that might have helped you understand what the

9   U.S. Debtors thought of that Amended Proof of Claim?

10  A      I know the testimony of John Ray states that he doesn't

11  feel that it's a valid claim, but he used an amount for the

12  PBGC claim; didn't use an updated amount, the additional 115

13  million.  I used the original amount.  I didn't include the

14  updated 115 million excess.  And so if we're going to try to

15  get into arguing -- you know, the original MOR, which, again,

16  was out of date based on the updated claim, the original --

17            MR. LEBLANC:  Your Honor, can I interrupt and just

18  move to strike everything after --

19            THE COURT:  Yes.

20            MR. LEBLANC:  -- you know what John Ray said?

21            THE COURT:  Yes.

22            MR. LEBLANC:  Thank you, Your Honor.

23            THE COURT:  I think it was non-responsive to the

24  question.

25            MR. LEBLANC:  Thank you.

1  BY MR. LEBLANC:

2  Q      So you know that for the -- in this PPI dispute, during

3  his deposition, Mr. Ray testified that he did not think or he

4  said we, the U.S. Debtors do not think that those amended

5  claims are valid.  You knew that, right?

6  A      Yes.

7  Q      And you have the U.S. Debtor's estimate of that

8  liability at $156 million less than the 593 million in the

9  face amount that had been filed, correct?

10 A      But that was based on the 593.  They've updated the 593

11 and so whether or not if they were to develop a new MOR,

12 whether they would incorporate a new estimate of what was

13 expected to be settled based on the new amount, that 437,

14 again, was based on what they expected to pay on the 593.

15              MR. LEBLANC:  Move to strike as non-responsive.

16              THE COURT:  Mr. Pultman?

17              MR. PULTMAN:  Your Honor, I believe that that is

18 directly responsive to the question that was put.

19 BY MR. LEBLANC:

20 Q      The question was you used $593 million?

21 A      I used 593, yes.

22 Q      Okay.  Just focus on my questions.  We'll get through

23 this.  And the only additional information, because you don't

24 have another MOR, the only additional information you had

25 about the validity of the PBGC claim is the testimony of Mr.

1   Ray that says we don't think it's valid, right?

2   A    In addition to the updated claims themselves.

3   Q    Okay.  Now, the tax claim that you estimate here, the

4   $133 million, now, you agreed with me at your deposition that

5   you didn't have any evidence to support that number, right?

6   A    Evidence to support 133?

7   Q    To support any number on the tax claim.

8   A    I had statements made by U.S. Counsel.

9   Q    Right.  And those statements were made during opening

10  statement, right?

11  A    Correct.

12  Q    Opening statements.  And I even asked you, even though

13  you're not a lawyer, do you understand that opening

14  statements are not evidence and you told me?

15  A    Yes.

16  Q    Right.  And so -- and I asked you do you have any

17  evidence of an estimate of the tax claim and your answer to

18  that was no.

19  A    No.

20  Q    Right.  And so what you took is statements made by Ms.

21  Block and Ms. Schweitzer during opening statement and then

22  you used the lower end of that range and just took a third of

23  it and your testimony at deposition, because it was a round

24  number, right?

25  A    Yes, and I think I also added at deposition that I

1  could have assumed 20 percent; I could assume 25; I could

2  have assumed 33.  I just took a third.

3  Q    And I'm focused on these two -- these particular claims

4  as they relate to NNI because you showed on your slides a

5  sensitivity analysis for movement in assets and claims of

6  NNL.  Do you recall that?

7  A    Yes.

8  Q    The sensitivity to the PPI number for movement in

9  claims and assets at NNI is 100 percent, correct?

10  A    You said sensitivity to PPI.  You mean sensitivity to

11  the surplus cash?

12  Q    Surplus cash, whatever --

13  A    Yes.

14  Q    -- number you want to use.  Okay.  Whatever moniker you

15  want to use.  So in other words, if you instead of using 593

16  had used 437.6 million, then the amount of surplus cash would

17  have gone up by $156 million, correct?

18  A    Mathematically, yes.

19  Q    Thank you.

20  A    But there were reasons why I used the 593.

21  Q    That's not my question.  Mathematically, that's what

22  would have happened, and had you done that, had you used the

23  amount on the MOR, it would have yielded a number that's in

24  excess of 1.1 billion, correct?

25  A    Correct.

1    Q      Okay.

2    A      And as I stated at deposition, that's my -- my

3    conclusions are not based on one line toggling one way or the

4    other.

5    Q      All right.  Now, you previously -- let me just see if

6    you've done any additional work on this -- these questions

7    that were asked at your deposition.  You've previously

8    submitted an expert report in connection with an

9    investigation by the U.S. Attorney's Office, isn't that

10   correct?

11   A      Correct.

12   Q      And you were unaware at the time of your deposition as

13   to whether or not a motion had been made to exclude your

14   expert testimony in that case?

15   A      Correct.

16   Q      You now are aware that a motion was made by the U.S.

17   Attorney's Office to exclude your testimony in that case?

18   A      Yes.

19   Q      And the reason that that motion was made was because

20   your analysis had changed over the course of the case, isn't

21   that right?

22   A      That's not my understanding.

23   Q      You've -- since the time -- let me just step back so

24   the Court understands the context.  At the time of your

25   deposition, you testified you were unaware that that motion

1  had been made, right?

2  A    Right.

3  Q    You knew you didn't testify, right?

4  A    Right.

5  Q    But you were unaware that the motion had even been

6  made, correct?

7  A    Right.

8  Q    Since that time, you have gone back to determine and to

9  understand that the motion, in fact, was made to exclude your

10  testimony?

11  A    Yes, you told me at deposition.

12  Q    Right.  And your testimony was excluded in that case

13  wasn't it?

14  A    Yes.

15  Q    Now, Dr. Wertheim, in this instance, you have incurred

16  a hundred hours of work by now?

17  A    Likely, yes.

18  Q    And you have a staff of people who are under your

19  charge that help you collect and gather information, right?

20  A    No.

21  Q    There are a staff of people at NERA who help you

22  collect and gather information, is that right?

23  A    No.

24  Q    You don't have a staff of anybody?

25  A    No, 100 percent of this was mine.

1  Q      Okay.

2  A      I read the documents.  I gathered the data.  I did the

3  analysis.  I determined the model.  I determined the inputs.

4  I did the assumptions.

5  Q      Did you write the report?

6  A      Yes.

7  Q      So when you write in your report with lower -- that

8  NERA is being paid $750 an hour for your work on this matter

9  with lower rates for staff working under your supervision,

10  that was in error?

11  A     That's a standard line that we put in our reports.  The

12  only other work that anybody at NERA did was the quality

13  control work of reading my report after it was completed.

14  Q     Okay.  So in rough numbers, is it fair to say the

15  Monitor has probably spent $100,000 for the work that you've

16  done in this case?

17  A     Doing the math, if it's 100 hours, yes.

18             MR. LEBLANC:  No further questions, Your Honor.

19             MR. PULTMAN:  If I may briefly, Your Honor?

20             THE COURT:  We have a few minutes left.

21             MR. PULTMAN:  I recognize that.

22             THE COURT:  And 5:00 is a hard stop.

23             MR. PULTMAN:  I appreciate that.

24             THE COURT:  I will make time available tomorrow

25  morning if that would be helpful.

1          MR. PULTMAN:  Your Honor, given that we've got a

2    witness here, I'd like to get the witness off the stand so he

3    can go back to Texas.

4          THE COURT:  All right.

5                    RE-DIRECT EXAMINATION

6    BY MR. PULTMAN:

7    Q     Very briefly.  You were asked questions by Mr. Leblanc

8    about a motion in California.  Did that motion have anything

9    to do with your qualifications?

10   A     No.

11   Q     You were asked about the PBGC.  Can you tell us why you

12   did the estimate at $593 million?

13   A     Again, the 437 was based on the initial original

14   amount.  That amount has been updated.  So I don't know what,

15   if any -- what the amount of the update of that MOR number

16   would be.  They claim 437.  The PBG total claim is now over

17   700 million.  I chose 593.  If you toggle that a little bit

18   one way or the other, it's not going to materially affect the

19   amount.

20   Q     Well, let me talk about the sensitivity analysis

21   because there was a lot of discussion in cross on the claims

22   in Canada.  Given your sensitivity analysis, what would the

23   size of the issue be in order to have a material effect on

24   your conclusions?

25   A     Well, again, my sensitivity analysis showed for every

1   $100, 100 million in claims, it would only have a $7 million

2   effect on the surplus cash and on top of that, by eliminating

3   the pension claim, I had already reduced total claims of over

4   600 million.  So it's 7 percent.

5           MR. PULTMAN:  I have no further questions, Your

6   Honor.

7           THE COURT:  All right.  I have just one general

8   question --

9           THE WITNESS:  Sure.

10          THE COURT:  -- and help me out; if I may, Dr.

11  Wertheim.  My understanding about your analysis is that it

12  was a best case scenario analysis, best case for NNI, is that

13  correct?

14          THE WITNESS:  Using the assumptions that I had to

15  make; for instance, the allocation and who paid the bonds

16  first, to make those assumptions in favor of NNI.  But as I

17  stated --

18          THE COURT:  It's limited to those -- the best case

19  is limited to those assumptions?

20          THE WITNESS:  To some extent --

21          THE COURT:  The reason I'm asking, just so you'll

22  understand, I've heard so much about, for example, the PBGC

23  claim where clearly, you didn't apply a best case scenario

24  for the Debtor.  You -- is that because it was not among the

25  assumptions that you were making?

1          THE WITNESS:  Well, it was because the 437 has --

2    that 437 amount had not been updated, but the claim that that

3    437 was based on, the claim had been updated.  So the 437 was

4    based on an old number.  That claim had been updated.  So I

5    don't know what the 437 would have turned into had they come

6    up with a new estimate of what they thought was expected to

7    be settled.

8          THE COURT:  Okay.

9          THE WITNESS:  And so, again, 437, over 700 million

10   total claim, I took 593.  Just to be objective, I went back

11   to the original claim.

12          THE COURT:  All right.  Mr. Pultman?

13          MR. PULTMAN:  Your Honor, I've got no further

14   questions with respect to Dr. Wertheim.  I did want to spend

15   a moment talking about scheduling.

16          THE COURT:  Yes, that's fine.  Any further

17   questions for the doctor?

18                    (No audible response)

19          THE COURT:  All right.  Thank you, sir.  You may

20   step down.

21          THE WITNESS:  Thank you.

22          MR. PULTMAN:  Your Honor, given the hard stop and

23   then --

24          THE COURT:  Yes, and forgive me but --

25          MR. PULTMAN:  -- the three minutes left.  I don't

1    believe --

2            THE COURT:  -- it's an urgent matter, I assure

3    you.

4            MR. PULTMAN:  I don't believe we can get the

5    argument with respect to this in in that period of time.

6            THE COURT:  I don't think so and I wouldn't ask

7    you to.

8            MR. PULTMAN:  And I'd like -- we're really at Your

9    Honor's preference when it comes to arguing this.  I do think

10   it will take probably a morning to do it, given the arguments

11   that I know that Mr. Coleman and I have with respect to it.

12   I understand that the U.S. and the Bonds will argue

13   separately and I do believe that there will be at least a

14   voice or two heard with respect to Wilmington Trust and/or

15   the UKP and/or the CCC, although --

16           THE COURT:  I don't know that they have standing

17   and I didn't want to get --

18           MR. PULTMAN:  And that, Your Honor, we've agreed

19   to defer that --

20           THE COURT:  Oh.

21           MR. PULTMAN:  -- standing issue to the --

22           THE COURT:  Okay.

23           MR. PULTMAN:  -- argument section so they can

24   certainly argue that as well.

25           THE COURT:  Sure.

1          MR. PULTMAN:  We did -- we had talked to them and

2    they had agreed not to examine witnesses to inject the

3    standing thing and to make that issue a game stopper on the

4    hearing today so.

5          THE COURT:  Understood.  Well, obviously, that is

6    an issue that remains then.  Do you want to come back

7    tomorrow morning or do you want me to schedule something for

8    a later date?  That's the question.  Mr. Pultman?

9          MR. PULTMAN:  And I'm happy to defer to Ms.

10   Schweitzer.  I do think given that we've had a whole day of

11   testimony, it might be helpful to get the transcripts of it,

12   take a couple of days so we can pull those together for

13   argument if Your Honor has time next week.

14         MS. SCHWEITZER:  Your Honor, I think that --

15         THE COURT:  Ms. Schweitzer?

16         MS. SCHWEITZER:  Do you want me to move to a

17   microphone?

18         THE COURT:  Yes.

19         MS. SCHWEITZER:  I guess I have a couple of

20   reactions, none of them completely strong, but points of

21   information which is that Mr. Leblanc has a 2:00 argument in

22   New York.  I have a 2:00 telephonic hearing in New York.

23         THE COURT:  All right.

24         MS. SCHWEITZER:  I don't know that I would strive

25   for a full half-day of closings.  I would assume that people

1  could show restraint, particularly with time to prepare.

2         THE COURT:  Excuse me if I laugh at that.

3                 (Laughter)

4         MS. SCHWEITZER:  But we should aspire to that.  So

5  I would only be concerned with starting in the morning and

6  then winding up having people worried about hearings or

7  creating some things like that.

8         THE COURT:  No, I understand.

9         MS. SCHWEITZER:  That said, the only other thing

10 is that there is an outside date in the settlement for

11 approvals by --

12        THE COURT:  What's the new outside date, Mr.

13 Leblanc?

14        MR. LEBLANC:  It's November 15th, Your Honor.  I

15 think we -- Your Honor had suggested in August that we try to

16 accommodate rough numbers in the same amount of time that we

17 had given the Court or had been the hearing date and the

18 outside date and I think we equaled it.  Before we knew that

19 we had a November 4th hearing, we thought we might have a few

20 more days if we were here last week but that's -- November

21 15th is the outside date as we sit here today, Your Honor.

22        THE COURT:  All right.  Well, we can't argue -- we

23 can't do it tomorrow.

24        MS. SCHWEITZER:  Yes.

25        THE COURT:  So let's see.

1           MS. SCHWEITZER:  Thursday?

2           THE COURT:  Thursday I can't.

3           MS. SCHWEITZER:  Judge, Friday, I know we're in

4  front of you for the other hearing.

5           THE COURT:  Right.

6           MS. SCHWEITZER:  I don't think we can steal from

7  our own time --

8           MR. LEBLANC:  Unless -- that one starts at noon.

9  I don't know if Your Honor has the morning.  I don't want to

10 impose too much.

11          THE COURT:  On Thursday, I have --

12          MR. LEBLANC:  Oh, no.  I meant on Friday, Your

13 Honor.

14          THE COURT:  Friday, I have -- I'm out of the

15 office for kind of a Bar matter, pre-admission ceremony that

16 I speak at every year and I probably won't get here until

17 noon.  How long will the matter take on the -- the 12 p.m.

18 Nortel Motion?

19          MS. SCHWEITZER:  Other Counsel is handling it but

20 my understanding is it's a contested matter with --

21          THE COURT:  Yes.

22          MS. SCHWEITZER:  -- a couple of objections.  So I

23 know that there was a concern that it would be a -- if I told

24 you three hours, that would assume -- you know, that would be

25 six in lawyer time, right?

1          THE COURT:  It's still a problem.  That's right.

2     I have -- let's see.  Listen, I have to tell you that the

3     next time I've got two to three hours is not until the 18th of

4     November.

5          MR. LEBLANC:  Your Honor, if we could start early

6     tomorrow, we can get it done.  I mean if I can get on the 11

7     -- I have a Second Circuit argument that I have to attend for

8     clients.  I'm not arguing.

9          THE COURT:  Oh, okay.  But you still have to be

10    there.

11         MR. LEBLANC:  I have to be there for -- our

12    clients are part of the client group that's arguing but it's

13    at 2:00 so.

14         MS. SCHWEITZER:  I have a 2:00 hearing as well in

15    New York.

16         THE COURT:  Well, could we start at 8:30 and be

17    done by 10:30, 11 at the outside?  Mr. Pultman?  You're all

18    here.

19         MR. PULTMAN:  I think we can, Your Honor.

20         THE COURT:  I mean I know it would be nice to have

21    the transcript, but it's still fresh on our minds at least.

22         MR. LEBLANC:  I think we were all prepared to

23    argue it today --

24         THE COURT:  Well, that's right.

25         MR. LEBLANC:  -- if the witnesses had gone faster

1  and, Your Honor, if we could have a hard stop at about 11:55

2  -- or 10:55 so we can -- I just need to get on that 11:00

3  train to be able to make the 2:00 hearing.

4          THE COURT:  We will have a very hard stop at

5  10:45.  All right?  So that gives us --

6          MS. SCHWEITZER:  An 8:30 start time?

7          MR. LEBLANC:  8:30?

8          MR. PULTMAN:  8:30 tomorrow, Your Honor.

9          THE COURT:  Is that acceptable to people?

10         MS. SCHWEITZER:  Yes.

11         MR. LEBLANC:  Yes.

12         THE COURT:  All right.

13         MS. SCHWEITZER:  I hope you like what we're

14  wearing today.

15                      (Laughter)

16         THE COURT:  Well, I wouldn't be --

17         MR. LEBLANC:  If you want to move the podium back

18  that's fine too.

19         THE COURT:  I'm not going to offer to wear the

20  same suit tomorrow myself so -- but I really appreciate --

21  all right.  That's -- that will work.

22         MR. LEBLANC:  No, thank you, Your Honor, for

23  making that.

24         THE COURT:  We'll make it work, all right?  Dr.

25  Wertheim, you can step down.

1        THE WITNESS:  Thank you, Your Honor.

2        THE COURT:  And you can leave the Courtroom and

3   relax a little bit.  Anything further --

4        MS. SCHWEITZER:  No.

5        THE COURT:  -- before we depart?  Thank you, all.

6        MS. SCHWEITZER:  Thank you, Your Honor.

7        THE COURT:  We'll stand in recess until 8:30.

8

9     (Whereupon, at 5:02 p.m., the hearing was adjourned)

10

11                        CERTIFICATION

12        I certify that the foregoing is a correct

13   transcript from the electronic sound recording of the

14   proceedings in the above-entitled matter.

15

16   _____     November 7, 2014

17   Tammy Kelly, Transcriber                    Date

18   Diaz Data Services, LLC

<u>INDEX</u>

DIRECT CROSS REDIRECT RECROSS

<u>ON BEHALF OF THE DEBTOR</u>:

John Ray                          14      34      74

<u>ON BEHALF OF THE BONDHOLDERS</u>:

Michael Katzenstein               82      94

<u>ON BEHALF OF THE MONITOR/CANADIAN DEBTORS</u>:

Dr. Paul Wertheim                111
     By Mr. Bromley                      145
     By Mr. Leblanc                      213     236

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**10-day**(4) 16:20 17:9 46:17 47:1
**10-month**(1) 133:9
**24-hour**(1) 25:20
**am** (1) 111:16
**a.m.**(4) 1:15 9:1 81:3 81:3
**aadd**(1) 8:5
**abbott**(11) 1:25 9:5 9:6 9:10 9:10 9:16 9:21 10:1 10:5 10:9 72:25
**abedi**(1) 6:21
**abid**(1) 3:12
**abilene**(4) 111:17 112:12 112:15 112:18
**ability**(3) 24:3 62:6 67:18
**able**(12) 38:19 47:23 125:12 127:10 132:16 135:18 135:18 169:16 171:11 190:11 210:7 244:3
**about**(189) 9:17 10:4 10:14 16:22 16:7 16:22 17:24 20:1 20:10 21:21 27:3 27:24 30:10 30:11 30:12 32:12 32:15 35:10 39:11 39:19 39:24 40:11 41:2 41:3 41:8 41:20 43:18 43:22 43:25 44:1 44:3 45:14 46:2 46:8 46:15 46:16 47:5 47:10 49:5 50:22 51:10 51:22 52:2 53:25 54:11 54:13 54:16 54:19 55:17 56:15 56:15 56:19 57:23 58:4 58:24 59:14 59:18 59:22 60:1 61:23 63:14 65:4 65:12 66:6 69:20 69:21 69:25 71:6 72:1 75:13 76:17 78:19 79:4 79:24 80:16 83:2 84:15 85:19 88:12 94:22 99:10 99:25 100:7 101:17 102:3 102:16 103:12 109:1 109:18 109:22 110:4 122:5 122:14 123:10 124:4 124:11 124:13 125:16 126:11 127:14 128:9 130:4 130:8 136:5 138:3 140:1 141:4 141:15 147:7 142:7 145:18 146:8 146:9 148:9 150:19 150:22 150:24 151:25 152:19 153:16 154:1 154:9 157:9 158:22 159:16 160:16 161:7 163:5 163:24 164:5 164:6 165:23 168:25 171:6 172:4 174:22 174:18 177:22 173:15 175:9 176:18 176:19 177:5 178:19 181:4 181:5 182:5 182:6 184:16 184:17 184:18 188:3 191:19 193:9 194:4 194:8 195:14 196:4 196:6 200:8 202:2 202:10 203:13 203:14 208:1 209:14 211:8 211:18 212:2 214:4 214:16 219:19 219:23 222:11 222:12 223:10 223:14 226:22 230:25 236:8 236:11 236:20 237:11 237:22 238:15 241:6 244:1
**above**(6) 62:22 62:25 63:1 157:14 159:19 210:23
**aboventitled** (1) 245:14
**absence**(1) 56:11
**absolute**(3) 27:4 28:21
**absolutely**(6) 46:7 67:17 78:18 101:18 186:4 194:18
**accept**(3) 73:14 94:4 217:9
**acceptable**(4) 9:16 21:19 87:13 244:9
**accepted**(6) 89:13 92:19 205:3 205:3 205:5 205:12
**access**(6) 107:10 165:11 165:13 172:12 173:19 173:24
**accommodate**(2) 225:19 241:16
**accomplish**(1) 4:14
**according**(2) 194:5 196:19
**account**(23) 89:8 112:20 135:3 138:21 139:16 142:22 165:22 167:5 173:23 178:10 180:20 181:8 181:9 181:9 187:25 189:18 191:23 194:22 194:22 201:11 208:3 208:24 209:10
**accountable**(1) 115:15
**accountant**(3) 111:23 111:24 112:7
**accounted**(1) 142:7
**accounting**(20) 111:15 111:17 111:18 111:19 112:11 112:15 112:16 112:19 112:20 112:21 112:22 113:6 113:8 119:12 120:8 147:5 151:6 175:5 175:15
**accounts**(1) 139:17
**accrual**(26) 19:2 19:6 19:9 19:13 23:3 23:15 27:18 27:20 27:21 28:16 56:16 56:24 86:25 87:16 88:24 89:7 93:2 101:17 103:9 104:12 114:17 114:21 114:25 161:16 163:20
**accruals**(8) 87:12 87:17 87:23 88:3 88:9 88:11 88:18 101:12
**accrue**(11) 28:19 56:23 88:21 90:5 90:6 90:12 90:18 91:18 162:23 211:21 211:22
**accrued**(5) 17:18 17:24 28:19 89:21 92:1
**accuracy**(1) 138:8
**accurate**(3) 134:24 151:1 223:17
**achieve**(2) 24:8 24:11
**achieved**(2) 25:16 30:4
**acknowledge**(1) 174:19
**acquired**(3) 83:11 83:12 83:14
**across**(3) 48:12 91:16 91:25
**active**(2) 16:8 108:5
**activities**(1) 66:22
**actual**(9) 29:13 44:9 120:6 132:24 133:7 133:15 134:3 165:1 165:6
**actually**(21) 27:14 32:10 39:21 48:7 49:6 54:10 54:10 58:24 82:24 100:4 122:14 122:25 130:9 139:10 139:23 142:8 186:12 200:12 203:20 209:7 220:25
**add**(7) 147:7 157:7 178:7 184:6 214:16 224:17
**added**(6) 105:2 208:7 226:7 227:24 228:21 231:25
**addition**(11) 27:4 28:16 112:24 120:18 137:7 137:24 137:24 139:19 143:22 228:5 231:2

**additional**(23) 22:25 44:25 48:20 126:11 126:17 142:20 142:22 142:25 143:2 143:5 143:8 143:11 143:23 152:14 180:3 184:18 193:22 208:9 212:4 229:12 230:23 230:24 233:6
**address**(7) 167:22 170:20 214:10 214:14 215:17 217:10 217:14
**addresses**(18) 33:4 167:20 168:9 168:14 168:20 169:2 169:14 169:18 169:22 169:25 170:3 215:24 216:15 216:19 217:5 217:6 217:9 217:17
**adelphia**(1) 114:1
**adequate**(1) 206:12
**adjourned**(1) 245:9
**administered**(1) 1:16
**administering**(1) 14:18
**administration**(3) 14:14 14:15 15:14
**administrator**(2) 192:3 221:11
**administrator's**(1) 221:12
**admissible**(1) 10:12
**admission**(1) 116:22
**admitted**(2) 10:23 150:10
**advance**(2) 84:9 85:22
**advanced**(1) 112:22
**advani**(1) 4:43
**advantage**(2) 75:25 124:7
**advice**(2) 43:17 43:22
**advised**(2) 87:12 88:7
**advisor**(5) 16:15 83:18 84:11 86:8 94:25
**advisors**(2) 6:16 84:11
**affect**(12) 129:12 121:11 140:11 141:13 144:9 180:4 180:7 184:20 184:20 184:21 210:22 236:18
**affected**(3) 92:11 119:22 120:12
**affects**(1) 192:12
**after**(38) 9:17 9:19 12:12 13:2 16:23 17:3 41:14 53:8 53:23 83:6 83:7 83:21 93:1 94:1 97:21 99:22 112:6 115:15 116:18 117:15 120:14 144:24 155:5 155:15 172:2 187:24 189:17 189:18 190:2 190:12 190:16 190:19 190:22 193:3 210:11 212:18 229:18 235:13
**afternoon**(10) 52:23 94:11 94:12 94:13 100:2 101:6 111:1 111:2 111:11 111:12
**again**(78) 28:7 29:18 29:25 33:19 51:2 59:10 59:10 75:6 81:23 84:16 85:24 113:15 120:8 124:6 125:17 128:6 128:16 131:1 132:2 136:9 138:9 138:25 139:14 141:12 142:10 142:23 143:14 146:4 146:7 146:11 150:15 152:11 152:16 165:18 166:4 166:7 166:11 166:15 166:21 176:10 177:12 178:15 178:16 179:17 179:24 184:17 184:22 184:22 189:23 189:24 192:6 198:16 198:19 202:25 205:20 209:1 212:3 217:13 221:2 222:1 222:21 224:18 226:10 226:21 227:5 227:17 229:15 230:14 236:13 236:25 236:9
**against**(23) 14:24 126:14 132:15 152:24 183:20 190:1 190:5 190:9 197:16 198:6 199:11 200:12 200:12 223:17 223:20 225:12
**aggregating**(1) 23:9
**ago**(9) 38:9 38:18 61:18 67:14 168:7 169:12 216:17 217:1 217:12
**agree**(12) 11:7 12:23 19:16 65:22 77:14 88:8 130:18 130:18 130:21 180:18 190:18 201:21
**agreed**(25) 10:11 18:9 18:17 33:6 36:4 43:19 52:25 53:13 55:7 55:22 58:10 58:11 70:9 93:8 100:1 100:2 100:22 101:10 101:12 101:15 101:16 104:14 231:4 239:18 240:2
**agreement**(73) 16:2 16:21 17:15 19:10 20:23 21:25 22:3 22:11 22:15 22:22 23:19 33:16 41:15 42:3 52:20 53:7 53:8 53:12 53:18 53:23 55:11 57:25 57:9 62:4 68:4 68:5 68:16 73:22 74:22 74:23 84:2 85:11 86:1 86:15 86:18 87:6 87:6 87:7 87:9 87:10 87:16 87:16 87:21 88:1 88:4 89:17 89:19 90:16 90:18 90:21 91:20 92:2 92:20 93:5 94:2 99:1 99:15 99:24 100:23 100:24 101:5 104:17 104:25 105:3 114:19 115:20 118:21 161:14 161:19 216:13
**ahead**(1) 118:10
**aicpa**(1) 112:2
**akin**(3) 11:5 22:5 32:5 53:25 55:3 76:4 79:2
**al.**(1) 1:8
**alberto**(1) 4:20

**all**(170) 9:4 9:19 10:1 10:3 10:3 11:11 11:16 13:11 13:13 14:16 14:12 15:5 15:9 15:10 15:12 17:2 17:5 17:17 23:22 25:5 27:3 28:2 28:3 32:3 32:5 32:25 33:3 33:15 33:17 34:11 35:15 36:19 46:12 47:17 50:14 51:5 51:5 56:10 59:9 61:25 68:6 68:10 68:11 68:19 69:1 69:20 72:2 72:3 74:1 77:12 80:10 80:12 80:22 81:6 83:4 82:6 86:13 89:1 89:8 93:10 93:18 94:2 105:9 105:19 105:25 107:8 108:6 108:7 108:14 108:14 108:8 110:9 110:24 115:7 117:12 118:14 121:6 122:10 123:5 127:3 127:9 127:13 127:18 128:4 128:13 131:3 133:12 135:19 141:17 142:11 144:14 144:16 144:18 145:3 145:6 145:20 151:19 156:14 156:23 157:8 158:12 158:20 159:5 159:14 159:14 159:21 160:12 160:15 161:12 163:3 169:13 170:16 175:5 175:11 175:25 176:1 176:5 179:24 185:8 187:25 189:19 190:23 193:21 194:15 192:3 194:1 194:19 194:21 197:22 198:5 199:9 199:11 199:22 199:24 200:17 205:11 205:15 205:17 207:10 207:18 207:19 213:6 213:21 214:18 215:1 215:7 216:1 216:25 216:23 226:3 228:8 228:12 233:5 236:4 237:7 238:12 238:19 240:23 241:22 243:22 244:12 244:21 244:24 245:5
**allen**(3) 2:10 5:8 34:15
**allocated**(3) 191:17 193:3 221:24
**allocates**(2) 191:17 191:19
**allocation**(57) 15:4 15:12 31:22 33:2 63:24 64:1 64:2 64:9 64:12 64:15 64:19 64:25 69:3 85:18 93:21 116:24 123:14 123:16 123:18 123:24 125:19 125:21 125:23 126:2 126:6 126:24 128:12 128:25 129:21 129:23 130:5 130:15 132:2 132:3 133:21 136:3 136:9 136:11 136:24 136:25 144:10 149:9 152:21 155:2 155:15 159:9 160:23 161:1 185:23 187:21 190:20 191:16 194:9 194:16 237:15
**allocations**(4) 128:16 129:25 181:21 183:22
**allow**(2) 19:9 87:4
**allowable**(2) 87:22 89:1
**allowance**(1) 85:6
**allowed**(15) 19:16 63:17 76:12 92:2 105:4 115:15 188:12 200:18 201:14 202:7 202:14 202:21 202:22 209:24
**allowing**(2) 56:9 178:25
**allows**(2) 12:18 162:23
**alluded**(1) 29:25
**almost**(3) 163:7 219:15 224:3
**along**(2) 88:6 94:16
**already**(20) 44:11 84:14 134:3 134:4 134:22 135:1 135:2 141:1 164:2 164:5 170:7 190:6 193:23 195:4 198:19 198:24 198:25 203:5 223:25 237:3
**also**(57) 14:25 16:14 21:21 26:23 27:7 29:11 30:17 58:8 58:15 59:7 64:3 75:23 76:7 79:7 79:7 80:3 90:14 104:24 105:16 106:11 111:25 112:25 113:2 119:8 120:8 120:20 120:21 120:22 124:2 124:15 125:17 132:13 133:10 133:16 137:14 138:15 140:20 143:6 144:22 144:23 149:5 150:9 153:7 154:17 182:12 192:11 193:17 195:12 198:8 198:14 200:17 208:21 208:21 210:4 210:6 223:13 231:25
**alternative**(1) 4:4
**although**(4) 38:3 163:12 213:19 239:15
**always**(5) 11:4 24:15 76:2 108:25 109:13
**ambiguity**(1) 89:4
**amended**(7) 71:20 72:12 88:1 227:22 228:21 229:9 230:4
**amendment**(1) 227:25
**america**(6) 3:17 6:28 173:2 173:7 174:4 174:13
**american**(1) 114:4
**americas**(2) 2:14 3:30
**amicable**(1) 20:19
**among**(2) 76:16 237:24
**amongst**(3) 83:10 78:22 216:13
**amount**(124) 19:5 19:11 19:24 20:2 20:22 22:22 22:24 23:25 23:17 26:21 29:3 29:13 29:17 32:7 32:18 33:6 42:20 49:9 49:10 49:21 49:23 56:9 63:23 65:11 87:11 87:13 87:22 88:23 88:24 89:23 89:24 90:9 90:12 90:9 90:17 92:22 92:25 92:25 93:1 93:5 94:1 93:14 114:17 124:9 124:17 128:6 128:18 132:16 132:23 135:17 139:5 141:10 141:20 142:22 144:22 144:23 145:2 146:24 149:5 150:10 151:1 151:15 156:12 157:12 158:14 159:4 162:14 162:7 169:16 170:13 174:23 176:13 181:3 181:25 182:7 190:14 190:13 191:11 192:11 192:19 193:1 193:3 193:24 193:25 194:22 195:2 194:3 202:20 203:2 204:1 206:4 209:19 211:23 212:19 213:25 214:22 215:1 216:3 216:22 222:9 224:10 224:25 228:3 228:6 228:8 228:9 228:13 228:18 229:11 229:12 229:12 229:23 232:13 232:16 232:25 236:14 236:16 236:19 238:2 241:16
**amounted**(1) 139:21
**amounts**(38) 21:23 44:9 129:3 123:20 125:6 132:1 135:6 144:11 148:5 151:7 151:9 151:10 151:12 151:13 174:20 175:8 180:16 180:18 180:22 182:1 184:8 195:7 196:22 197:1 198:18 198:21 198:25 199:6 200:20 200:25 203:4 222:21 222:24 223:25 228:10
**analogy**(2) 127:12 127:13

**analyses**(6) 64:25 105:17 105:23 106:5 106:21 107:7
**analysis**(145) 33:15 66:8 66:11 66:13 71:1 71:3 106:3 106:7 106:13 107:4 107:15 113:20 113:23 115:18 115:23 116:6 120:11 120:13 120:15 120:16 124:24 128:5 130:15 130:24 131:14 131:2 133:17 136:2 136:6 137:1 137:6 137:17 140:1 140:2 140:4 140:15 140:21 141:12 142:23 143:1 143:25 144:16 148:24 149:3 149:16 150:10 151:11 151:25 153:13 157:11 158:5 158:7 160:10 170:1 170:12 170:15 171:13 171:14 171:19 171:11 171:15 174:11 174:15 175:16 176:12 176:16 176:17 176:24 176:25 178:2 179:9 179:10 179:19 182:1 182:2 183:1 183:15 183:17 183:2 184:2 184:6 184:16 184:18 185:23 211:1 211:19
**analyze**(5) 66:7 113:17 115:14 115:19 211:19
**analyzed**(1) 211:24
**and**(301) 62:20 62:25 63:7 63:11 63:17 64:2 64:4 64:11 64:15 64:18 64:21 64:24 65:8 65:8 65:11 65:15 65:17 65:22 66:11 66:20 66:22 66:24 66:24 67:5 67:5 67:14 67:14 67:18 67:22 67:22 67:25 68:2 68:8 68:5 68:11 68:13 68:15 68:16 68:21 68:23 69:9 69:17 69:18 69:22 69:24 70:6 70:10 70:14 70:23 70:24 71:2 71:13 71:15 71:25 72:15 72:17 72:23 72:25 73:5 73:9 73:11 73:14 73:19 73:21 73:22 74:22 75:1 75:5 75:6 76:7 76:17 76:18 76:19 77:2 77:4 77:6 77:8 77:13 77:16 77:19 77:25 78:2 78:8 78:19 78:21 78:24 79:1 79:10 79:19 79:20 80:8 80:8 80:12 80:14 80:15 80:16 80:25 81:2 81:25 82:10 82:12 82:14 82:16 82:17 82:23 83:3 83:6 83:10 83:10 83:12 83:15 83:16 83:20 83:23 84:6 84:10 84:12 84:24 85:2 85:3 85:8 85:16 85:19 85:20 86:16 86:17 86:19 86:20 86:21 86:23 86:24 87:4 87:11 87:17 87:19 87:25 88:4 88:6 88:8 88:11 88:11 88:21 88:25 89:15 89:18 89:21 89:22 92:6 92:7 92:9 92:18 93:23 93:25 94:1 94:5 94:15 95:2 95:12 95:13 95:16 95:21 95:23 96:1 96:6 96:12 96:18 97:2 97:8 97:15 97:22 98:1 98:8 98:10 98:14 98:18 98:22 99:1 99:2 99:9 99:11 99:12 99:12 99:15 99:17 100:15 100:18 100:21 100:25 101:4 101:6 101:10 103:6 104:8 104:14 104:16 104:17 104:24 105:3 104:24 105:13 106:1 106:6 106:7 106:8 106:16 106:19 106:23 107:10 109:22 110:3 110:6 110:7 110:12 110:19 110:23 110:24 111:3 111:16 111:17 111:18 111:23 111:25 112:5 112:7 112:12 112:14 112:16 113:1 113:6 113:18 113:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| and(301) 113:23 113:24 114:3 114:6 114:7 114:10 114:13 114:25 115:3 115:5 115:17 115:23 116:16 117:7 117:10 117:14 117:16 118:6 118:10 118:12 118:23 119:8 119:8 119:15 119:23 120:18 120:18 120:22 120:24 121:3 121:4 121:11 121:12 121:14 121:18 121:25 122:7 122:11 123:9 123:14 123:16 123:19 123:22 124:6 124:15 124:18 124:20 124:22 125:9 125:13 125:16 125:19 125:20 125:22 125:24 126:2 126:4 126:17 127:4 127:5 127:8 127:9 127:13 127:16 127:17 127:21 128:10 128:16 128:25 129:17 129:17 130:13 131:6 131:9 131:24 131:25 132:5 132:9 132:11 132:15 132:24 133:2 133:16 134:3 134:18 134:21 134:23 135:1 135:14 135:15 135:13 136:3 136:5 136:10 136:13 136:16 136:17 136:21 136:22 136:24 137:9 137:13 137:14 137:21 137:22 138:3 138:7 138:13 138:14 138:15 138:19 138:24 138:24 139:4 139:9 139:12 139:18 139:13 139:19 139:22 140:4 140:9 140:12 140:14 140:18 140:20 140:23 141:14 141:15 141:15 141:21 141:24 142:7 142:10 142:15 142:23 143:3 143:5 143:10 143:13 143:16 144:6 144:7 144:11 144:14 144:14 144:14 144:15 144:18 144:17 144:19 144:23 145:4 145:9 145:15 145:24 146:1 146:3 146:6 147:7 147:8 147:12 147:15 147:22 147:25 148:6 148:8 148:10 148:13 148:25 149:1 149:3 149:5 149:8 149:14 149:15 149:23 150:2 150:9 150:14 150:17 150:25 151:8 151:14 151:18 151:19 152:5 152:25 153:7 153:12 153:22 153:22 153:23 154:4 154:6 154:15 154:22 155:7 155:10 156:14 157:9 157:10 157:22 158:7 158:10 158:10 158:17 159:8 159:10 159:11 159:12 159:12 159:13 159:22 160:2 160:6 160:7 160:13 160:16 160:19 160:19 161:5 161:13 161:16 162:7 162:9 162:15 162:24 162:3 163:5 163:6 163:20 163:24 164:8 164:8 164:14 164:22 165:1 165:5 165:13 165:16 165:17 165:17 165:17 166:1 166:5 166:7 166:9 166:12 166:13 166:13 166:16 166:17 166:20 166:22 167:5 167:15 167:20 168:1 168:5 168:11 168:13 168:18 168:20 168:22 169:4 169:6 169:10 169:11 169:12 169:12 169:15 169:19 169:21 169:20 170:2 170:9 170:9 170:14 170:15 170:17 171:5 171:10 171:12 171:14 172:4 172:10 172:17 172:21 172:25 173:2 173:5 173:6 173:6 | | another(17) 29:12 29:18 60:24 60:24 62:17 62:20 62:22 64:5 77:10 83:8 101:22 195:6 200:12 203:7 218:11 226:22 230:24 answer(36) 36:8 37:6 37:8 37:9 37:17 38:8 38:9 38:9 65:3 77:3 101:8 126:22 128:25 130:14 130:16 157:2 173:22 178:25 183:13 183:14 183:16 183:19 183:22 183:23 199:24 210:14 211:9 211:14 211:22 214:5 214:7 214:16 220:3 225:6 225:13 231:17 answered(5) 53:6 59:7 174:9 219:11 222:2 answering(2) 224:25 225:12 answers(3) 100:19 101:3 225:17 any(191) 11:1 17:23 18:8 19:14 19:25 20:15 23:15 24:25 25:4 31:1 31:4 31:10 31:20 36:17 37:7 38:5 38:7 38:22 39:7 39:24 41:7 43:17 45:4 47:15 50:11 50:20 51:10 51:17 51:18 63:7 63:8 63:10 63:11 63:13 63:24 64:21 65:8 65:9 66:6 66:23 67:21 68:6 69:14 70:22 71:3 75:3 78:25 79:4 79:5 80:19 84:1 84:1 85:13 88:22 89:7 89:9 89:10 89:17 90:8 90:9 90:10 93:25 96:4 97:13 97:25 98:1 98:4 98:4 98:8 98:9 106:17 107:4 108:8 109:5 111:21 112:25 113:20 114:13 115:3 115:5 115:8 116:25 118:18 119:18 119:25 120:13 120:19 122:8 122:12 122:15 128:24 129:24 130:14 130:15 132:11 139:4 140:20 146:1 146:2 147:12 147:15 148:16 148:18 149:5 150:18 150:21 150:22 150:24 151:21 161:1 161:5 165:8 165:13 167:15 167:18 168:7 168:14 169:9 169:9 169:16 169:20 170:10 170:14 170:15 170:22 171:16 172:1 172:7 172:22 173:22 174:3 174:10 174:11 174:14 175:14 178:13 178:23 178:21 179:20 179:20 181:8 182:8 183:16 187:2 188:4 188:6 188:7 188:17 188:20 189:2 189:12 190:18 191:23 191:24 192:22 193:4 196:2 196:3 196:17 197:3 197:24 204:4 201:2 202:1 208:3 208:10 208:12 208:18 208:25 209:21 211:6 211:16 212:18 216:23 217:22 217:23 219:4 219:7 219:18 220:5 220:15 229:7 231:5 231:7 231:16 233:6 236:15 238:16 anybody(3) 97:11 234:24 235:12 anymore(1) 45:11 anyone(21) 36:10 37:7 38:2 38:9 43:3 43:22 71:23 95:21 96:17 106:20 110:17 150:18 150:21 151:20 169:24 172:21 181:15 200:5 200:8 anything(16) 67:20 67:23 70:8 107:20 118:23 130:11 138:7 143:14 172:6 172:18 211:8 211:17 220:4 236:8 245:3 anyway(1) 146:24 apac(4) 171:6 171:16 175:25 195:14 apart(2) 27:3 79:9 apologize(3) 12:3 89:23 145:17 apparently(3) 40:25 80:12 101:12 appeal(1) 211:21 appeals(1) 134:3 appear(1) 159:14 appearance(1) 118:1 appearances(5) 4:31 5:1 6:1 7:1 8:1 appears(4) 31:21 152:21 157:23 164:7 appendix(16) 119:16 120:19 120:20 120:21 129:13 132:24 133:8 141:8 142:5 197:15 202:25 202:19 202:22 204:13 204:16 208:8 applied(2) 197:18 200:14 applies(1) 198:12 apply(2) 23:12 237:23 appointment(1) 118:7 appreciate(4) 108:4 149:12 235:23 244:20 approach(11) 9:13 20:3 21:21 26:2 26:6 26:7 36:15 80:13 91:4 192:14 213:17 approaches(2) 128:25 128:25 appropriate(7) 61:3 79:13 81:1 180:24 181:16 212:21 220:10 approval(3) 84:3 216:12 216:19 approvals(1) 241:11 approved(3) 15:10 15:23 146:22 approving(2) 46:4 68:16 approximately(10) 172:20 19:12 51:2 90:7 90:20 115:24 121:23 152:8 152:21 158:9 april(1) 136:15 | | are(164) 10:11 10:12 10:14 10:16 10:17 12:5 12:15 12:22 13:12 14:13 15:21 16:11 18:10 21:25 31:7 32:13 34:1 38:15 47:23 61:15 61:18 66:24 66:25 67:5 67:5 69:2 74:21 76:5 77:25 82:8 84:17 93:3 93:7 93:15 98:4 108:1 109:2 110:6 112:23 114:13 118:12 119:15 120:9 122:22 123:13 124:3 124:20 126:8 126:14 127:6 127:8 128:4 130:7 135:20 137:23 138:5 138:14 140:10 140:16 141:3 141:13 141:13 141:13 141:14 141:25 142:12 142:13 142:15 142:16 142:17 144:6 144:8 144:11 145:11 147:8 147:10 148:9 149:10 151:5 151:7 151:9 151:10 151:17 163:7 164:17 165:24 165:25 166:3 166:9 166:11 167:2 167:10 168:13 168:25 169:22 173:6 173:8 174:12 174:19 176:12 177:9 178:14 179:14 180:16 180:19 181:23 183:19 184:24 187:21 190:9 190:10 190:24 190:25 191:3 191:14 193:18 193:20 194:4 196:8 196:20 197:4 197:9 197:11 198:10 198:11 198:13 198:14 198:14 198:15 198:16 198:16 198:21 198:22 198:23 199:15 199:18 199:18 200:12 200:24 201:5 203:1 203:2 203:3 203:20 206:6 206:8 207:2 207:8 207:11 208:7 208:14 211:20 213:17 223:21 230:5 231:14 233:3 233:16 234:16 234:21 243:12 areas(3) 112:23 113:15 195:14 aren't(1) 61:15 aren't(4) 166:3 182:12 187:12 199:5 argue(7) 61:25 62:7 203:24 239:12 239:24 241:22 243:23 argued(1) 76:15 arguing(6) 76:18 204:6 229:15 239:9 243:8 243:12 argument(10) 19:25 41:11 42:6 116:9 122:6 239:5 239:23 240:13 240:21 243:7 arguments(9) 9:22 27:23 28:9 62:8 62:9 69:16 70:8 133:22 239:10 around(10) 51:1 53:20 56:24 56:25 64:2 96:24 97:5 109:14 150:13 163:25 arranging(1) 39:20 arrearages(1) 75:4 arrive(1) 11:3 arsht(1) 1:24 arthur(1) 5:45 articulate(1) 17:10 articulated(1) 52:5 artifice(1) 93:8 asc(1) 151:6 asia(10) 31:17 170:21 171:6 172:14 173:2 173:6 174:4 178:5 178:6 180:10 asian(2) 170:22 175:7 aside(4) 17:18 78:13 152:19 184:3 ask(41) 10:25 46:15 48:12 60:1 70:2 70:19 71:24 77:2 77:10 77:14 84:17 94:21 96:10 100:7 114:6 116:11 123:9 128:11 129:18 133:4 136:5 137:16 138:3 141:5 146:1 151:20 151:20 160:14 169:23 185:5 185:16 191:10 192:15 212:13 213:12 214:1 214:4 214:7 224:8 239:6 asked(51) 29:6 45:5 59:7 78:9 78:10 79:11 80:3 86:9 86:17 88:13 97:9 98:13 110:22 120:6 121:3 106:4 121:13 128:23 130:12 146:2 156:11 166:12 168:13 169:7 171:2 171:12 172:6 172:7 172:12 173:17 174:9 175:2 178:16 181:5 184:15 188:15 189:24 210:19 212:2 212:6 212:12 212:13 212:13 216:19 216:25 219:22 231:12 236:13 237:3 236:7 236:11 asking(8) 59:10 61:19 97:1 160:9 206:18 209:3 214:2 237:21 aspect(2) 49:8 128:7 aspects(5) 84:6 121:6 179:24 188:10 190:20 aspire(1) 241:4 asserted(1) 220:16 assertion(1) 93:7 assess(1) 127:1 assessed(1) 190:9 assessment(1) 134:24 asset(1) 73:4 5 61:2 7:4 113:16 152:6 152:18 153:4 154:4 170:2 170:9 173:23 188:5 197:22 198:1 198:3 210:5 216:12 assets(36) 14:17 31:7 32:4 32:25 115:24 120:3 123:12 123:13 123:15 124:6 125:12 131:23 135:10 135:11 137:7 140:2 140:7 140:10 153:15 154:4 154:6 156:12 158:8 159:12 171:9 187:25 191:4 192:5 197:22 197:23 197:24 198:3 199:12 217:24 232:5 232:5 assign(1) 127:10 assist(1) 31:1 assistance(1) 44:10 assisting(1) 84:8 associated(3) 82:22 86:19 89:5 assume(190) 107:14 123:15 124:25 125:19 126:5 131:1 149:3 150:2 154:18 160:4 165:1 166:10 204:9 206:20 211:8 211:17 232:1 240:25 242:24 | | assumed(50) 92:12 123:17 126:13 126:15 126:17 126:21 127:3 127:6 127:7 131:11 131:12 132:9 136:15 136:16 136:20 136:21 136:24 143:3 143:3 143:6 150:4 150:5 154:3 155:4 155:10 155:14 157:13 159:5 159:20 159:21 159:22 160:2 160:12 160:16 181:13 181:14 190:7 192:17 192:14 197:12 197:22 198:1 198:2 198:5 204:8 204:20 221:14 221:16 221:17 232:1 232:2 assumes(1) 197:1 assuming(21) 115:23 126:2 128:15 142:24 150:12 152:14 152:17 153:5 153:15 155:2 158:7 160:24 163:6 166:20 166:21 166:22 167:1 173:5 175:5 199:10 200:17 assumption(40) 107:12 123:13 123:25 124:1 124:2 124:4 124:12 124:13 124:22 125:10 125:14 128:12 129:21 130:10 130:25 131:4 131:11 131:13 135:3 136:2 136:17 137:3 137:13 142:11 155:1 155:3 155:4 158:19 165:8 165:2 166:15 185:10 195:13 195:13 195:13 199:1 200:19 200:21 203:3 221:19 assumptions(54) 64:8 119:18 119:21 119:23 120:2 123:25 124:11 124:14 124:23 125:11 125:15 126:8 126:12 126:13 126:19 127:4 127:5 127:5 127:9 128:3 128:9 128:13 131:3 140:9 140:24 141:16 141:16 142:11 143:21 144:8 144:19 145:3 151:21 154:23 155:1 155:9 155:10 155:15 157:17 160:18 157:20 160:10 175:3 195:11 211:7 211:16 213:16 234:19 237:12 237:19 237:16 237:19 237:25 assumptions"(1) 157:14 assure(1) 239:2 assured(1) 69:8 attached(2) 114:12 177:23 attend(1) 243:7 attended(1) 84:9 attention(6) 37:1 156:6 156:24 157:19 182:23 214:2 attorney's(2) 233:9 233:17 attributable(10) 126:16 134:19 134:20 143:4 188:22 197:13 197:23 197:25 207:9 222:19 attributed(2) 170:3 195:20 audible(1) 238:18 auditing(2) 112:22 112:23 august(4) 132:8 134:5 138:6 241:15 aurelius(1) 8:16 authentic(1) 10:11 authenticating(1) 10:25 available(47) 30:21 32:4 42:13 63:23 65:12 67:25 88:14 106:8 115:14 115:16 115:18 119:21 121:2 121:20 121:21 123:12 124:7 127:24 132:3 132:13 132:13 134:9 134:11 135:15 135:19 135:24 136:8 136:12 136:14 136:22 140:12 140:13 141:11 143:14 143:19 146:11 156:13 157:12 164:6 171:10 171:14 189:9 189:25 190:8 217:5 235:24 ave(1) 4:17 avenue(6) 2:14 3:6 3:30 3:37 4:8 4:27 average(1) 133:19 avoid(2) 67:23 93:19 avoidance(1) 23:6 aware(48) 27:24 31:5 41:10 58:15 58:16 58:23 58:25 58:25 60:14 61:15 61:18 65:15 84:18 83:15 85:21 87:19 93:3 93:6 93:7 97:1 122:23 164:17 172:1 172:4 183:19 183:23 186:21 187:11 192:10 199:15 199:18 200:10 200:10 200:11 200:15 203:16 208:20 216:24 233:16 away(4) 33:22 34:2 34:6 152:17 awful(1) 93:17 babble(1) 6:5 bachelors(2) 111:15 112:6 back(49) 18:24 19:22 31:18 32:20 34:12 38:17 58:22 67:15 69:7 81:2 89:12 92:16 97:2 110:6 110:10 117:18 128:7 135:7 139:10 139:22 160:25 168:4 174:8 174:13 175:17 176:10 178:11 179:25 181:10 184:1 185:8 186:13 193:8 195:1 195:9 203:4 212:10 212:14 219:9 224:17 226:8 226:10 226:18 228:24 234:23 234:8 238:10 244:17 background(2) 82:17 82:17 badke-berkow(1) 5:9 baffour(1) 6:21 balances(25) 23:1 28:2 106:8 132:4 132:6 132:19 132:20 132:21 132:24 134:4 134:16 134:16 135:16 160:1 160:3 161:14 167:3 170:2 170:10 171:18 173:23 175:9 175:16 188:5 195:8 balances(4) 132:8 133:11 164:18 173:11 bank(4) 3:17 3:41 6:28 8:12 bankruptcy(8) 1:1 1:20 76:3 113:14 113:21 113:24 115:13 181:19 bansal(1) 6:25 bar(6) 95:18 95:20 96:17 96:21 97:6 242:15 barbara(1) 5:18 barclays(1) 7:28 bargain(1) 76:18 |
| and(29) 234:12 234:18 234:19 234:22 235:22 237:2 237:10 237:15 238:9 238:22 238:24 239:6 239:8 239:11 239:12 239:13 239:17 239:18 240:1 240:3 240:9 241:5 241:17 241:18 242:16 243:16 244:1 244:25 and/or(3) 113:22 239:14 239:15 andrew(4) 2:21 6:13 7:5 81:11 angel(1) 162:15 angela(1) 4:35 ann(1) 1:26 anne(1) 3:15 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**base**(12) 64:15 128:15 131:1 143:16 151:8 152:6 153:14 197:3 202:4 209:14 209:18 209:18

**based**(71) 33:15 59:2 64:7 64:18 66:24 115:18 115:22 121:2 121:12 121:14 121:14 121:25 123:19 123:20 125:17 127:3 128:24 132:2 135:3 135:19 136:2 136:6 136:10 139:12 141:15 141:18 142:11 144:8 146:16 151:2 157:15 158:5 158:19 158:19 162:22 163:19 166:14 168:18 168:19 168:20 169:15 169:18 169:16 170:12 174:24 175:2 175:4 175:5 176:11 180:23 189:24 190:10 193:6 193:25 195:10 195:17 197:20 198:10 198:11 218:22 222:21 228:2 229:16 230:10 230:13 230:14 233:3 236:13 238:3 238:4

**basic**(5) 34:21 156:15

**basing**(2) 173:7 184:22

**basis**(28) 21:23 27:18 27:20 27:21 32:20 44:22 45:1 56:13 89:14 103:19 118:25 119:12 129:17 165:1 166:10 167:1 175:11 175:25 182:8 188:7 188:8 192:8 193:4 194:14 198:3 200:22 204:9 211:22

**hassett**(14) 2:22 81:17 81:22 83:23 82:7 83:5 90:22 91:4 91:7 91:9 94:8 94:10 107:20 107:22

**bates-stamped**(1) 177:1

**battery**(1) 2:35

**bayard**(1) 4:19

**became**(2) 82:22 89:14

**because**(76) 19:6 24:16 28:7 32:18 33:7 42:17 43:8 53:5 58:16 67:11 77:3 87:23 94:4 102:12 107:24 122:6 124:8 125:21 126:1 134:7 152:11 153:8 159:1 159:17 161:7 163:16 164:21 164:24 165:8 165:19 169:8 171:17 171:18 173:11 175:23 176:10 180:21 184:14 184:21 188:21 188:24 192:7 192:25 194:18 195:10 200:22 202:22 203:23 204:4 206:3 206:15 206:21 207:6 207:10 208:7 210:22 212:2 212:12 213:13 215:4 215:15 219:10 222:2 222:17 223:7 223:24 227:9 227:23 230:21 233:22 234:2 233:19 236:21 237:24 238:1

**become**(2) 142:2 198:18

**becoming**(2) 59:11 82:25

**been**(124) 9:7 13:3 14:19 14:22 15:2 15:4 17:1 22:6 23:20 24:1 25:3 25:5 25:6 25:7 29:13 29:15 30:6 30:11 30:19 30:22 33:5 35:18 36:16 41:9 44:3 44:16 44:16 45:11 45:12 49:1 51:13 52:8 52:8 53:8 58:21 59:5 60:15 66:12 66:13 67:22 69:24 69:25 70:7 70:8 71:6 71:16 78:21 79:22 83:18 83:23 84:21 87:25 88:15 89:2 93:17 95:3 105:12 106:4 112:3 113:10 113:14 113:22 113:24 114:1 116:17 116:18 117:17 121:3 122:12 122:16 122:24 124:15 127:3 132:8 134:4 142:7 154:15 155:17 156:11 163:19 163:25 164:19 164:19 164:21 164:24 167:6 168:1 168:6 168:21 169:11 169:16 169:19 181:18 185:4 190:6 190:7 190:23 197:16 200:16 201:6 202:6 202:14 203:17 203:20 205:24 205:25 206:1 215:19 215:24 216:23 219:3 220:4 222:19 228:13 230:9 233:13 234:1 234:5 236:14 238:2 238:3 238:4 241:17

**before**(50) 1:19 10:2 11:19 28:25 35:9 35:14 36:1 37:22 39:18 40:6 42:6 48:6 49:2 50:6 50:14 53:14 57:20 58:5 59:9 61:20 69:9 72:11 81:18 81:19 84:3 87:7 93:5 94:22 97:9 101:16 114:10 118:25 127:22 130:7 139:25 161:6 165:9 173:24 173:25 174:5 174:8 174:9 178:1 181:17 183:12 192:22 203:12 216:18 241:18 245:5

**beforehand**(1) 129:2

**begin**(4) 83:13 110:16 173:11 204:4

**beginning**(4) 16:18 83:25 84:5 173:1

**begins**(2) 91:20 177:10

**behalf**(10) 15:20 16:11 16:12 52:1 76:24 81:14 81:24 86:5 111:13 145:25

**being**(22) 28:17 29:19 45:14 65:18 67:16 77:4 77:8 89:19 111:19 116:6 129:3 141:17 142:21 158:20 159:5 181:24 189:9 190:3 195:23 197:21 203:22 235:8

**believe**(64) 13:25 18:12 20:24 32:1 36:1 38:4 39:18 40:9 45:8 52:12 53:3 53:6 53:10 54:10 54:15 55:2 60:17 61:7 64:1 68:13 69:1 71:19 76:1 76:11 79:10 85:2 87:14 87:17 87:20 87:25 89:9 95:16 95:18 96:15 97:20 99:13 99:14 100:24 104:11 112:10 122:1 122:20 124:21 125:13 127:3 136:13 139:8 141:10 150:11 152:5 157:2 157:23 164:8 172:9 178:25 182:13 219:1 231:7 239:11 239:13

**believed**(4) 76:11 79:12 85:17 94:6

**believes**(1) 220:1

**belknap**(1) 3:28

**below**(2) 91:24 128:21

**beneficial**(5) 23:19 25:5 63:9 63:12 80:8

**beneficiaries**(3) 93:25 181:25 182:2

**beneficiary**(1) 181:23

**benefit**(17) 23:7 34:5 42:21 48:16 146:8 146:8 146:12 153:13 153:16 155:17 194:6 194:7 194:25 195:23 224:7

**benefits**(2) 24:25 61:6

**berenblut**(1) 113:3

**berke**(1) 7:9

**besides**(2) 95:21 97:7

**best**(25) 29:8 85:3 86:21 88:20 101:1 129:22 152:14 156:13 157:13 157:15 157:16 158:7 158:22 158:23 159:12 159:13 159:14 159:15 160:16 186:2 225:22 237:12 237:12 237:18 237:23

**bet**(2) 11:24 81:8

**better**(1) 130:9

**between**(27) 12:21 17:5 18:19 31:23 46:18 50:23 51:11 56:21 81:16 92:17 95:13 97:22 98:10 100:20 100:24 103:3 103:8 112:18 124:18 148:10 149:15 149:23 163:2 164:25 183:20 193:9 194:6

**beyond**(5) 69:11 70:6 111:21 126:24 179:14

**bid/ask**(1) 18:20

**big**(11) 24:12 33:19 34:1 67:24 121:7 121:12 144:8 190:4 190:22 192:22 192:23

**bigger**(3) 29:20 34:3 179:25

**biggest**(2) 109:7 153:2

**billion**(115) 17:20 17:20 18:2 18:7 23:8 23:11 29:15 29:18 31:20 43:19 60:9 63:5 63:18 63:23 64:12 65:1 65:5 65:19 65:23 65:24 66:2 66:4 68:13 69:3 89:25 103:13 104:6 104:22 114:21 114:23 115:1 118:24 124:19 126:5 126:7 131:17 132:3 132:12 132:14 132:17 133:4 135:24 135:25 137:11 137:12 137:15 137:18 137:19 138:17 138:18 139:14 139:19 139:22 139:23 143:15 145:1 145:7 146:6 146:15 146:18 146:21 146:25 147:3 148:11 148:25 149:25 149:25 150:6 152:2 161:17 161:17 161:17 162:18 162:21 162:22 162:24 163:4 190:15 193:10 193:23 194:1 195:8 204:1 204:23 205:1 205:6 205:6 205:9 205:10 205:24 206:6 222:12 222:18 222:20 223:4 223:14 223:24 224:16 224:18 226:9 226:12 226:15 226:13 224:24

**billions**(1) 25:12

**bilmes**(1) 7:13

**binder**(10) 48:10 48:16 48:17 72:9 96:10 102:20 104:1 214:19 214:21 227:16

**binders**(5) 10:7 10:14 48:19 213:17 213:20

**birch**(1) 6:20

**bit**(13) 18:22 28:14 32:8 33:13 40:8 61:23 64:7 74:20 75:18 113:21 175:15 236:17 245:3

**bites**(1) 162:21

**biting**(1) 53:25

**bits**(1) 94:23

**blackwell**(1) 5:35

**blauner**(1) 55:25

**block**(4) 148:10 222:12 224:12 231:21

**block's**(3) 222:2 222:9 226:15

**blow-up**(1) 47:13

**blue**(3) 91:15 91:17 92:16

**bogged**(1) 24:17

**bold**(1) 158:10

**bond**(11) 23:15 27:15 29:3 29:10 87:1 124:9 134:25 159:23 195:23 223:24 224:14

**bondholder**(3) 2:18 51:7 85:10

**bondholder's**(1) 10:11

**bondholders**(51) 7:37 13:22 26:14 26:15 27:10 27:11 29:6 29:24 55:17 78:12 78:15 79:3 80:6 81:15 81:24 82:3 85:1 85:4 86:6 86:24 87:1 87:5 88:10 89:13 89:14 92:19 102:23 105:13 105:17 105:23 114:20 115:16 115:20 118:22 143:13 145:5 146:7 146:9 159:22 161:15 163:17 194:6 202:5 209:17 211:20

**bonds**(88) 15:21 16:9 17:18 18:1 19:6 19:12 20:5 20:7 20:8 20:9 20:17 21:22 22:23 23:1 23:2 23:3 23:6 24:4 24:8 24:8 29:1 29:1 29:2 29:14 29:16 29:18 33:12 35:3 35:6 35:9 35:10 35:15 40:18 41:20 43:18 43:21 46:19 47:19 49:21 50:1 50:2 50:17 50:23 51:21 55:20 56:8 56:9 56:11 56:22 61:15 61:19 76:5 76:11 77:22 79:13 83:19 83:25 84:2 85:20 87:24 88:23 89:8 89:24 92:11 95:1 103:14 104:6 108:11 124:3 124:14 124:3 135:14 135:16 142:19 144:10 153:9 153:10 201:9 201:10 201:12 201:18 210:7 237:15 239:12

**book**(1) 186:7

**books**(1) 170:15

**born**(1) 78:20

**boston**(1) 82:17

**botched**(1) 88:15

**both**(19) 15:2 15:7 18:8 28:9 58:25 67:22 76:20 111:18 122:20 124:15 135:17 138:14 144:13 151:4 170:9 183:18 198:12 210:5 228:1

**botter**(1) 3:14

**bottom**(5) 37:4 92:8 211:4 215:1 215:2

**bradley**(1) 2:13

**brant**(1) 6:33

**brass**(1) 6:37

**break**(13) 71:23 80:25 108:20 112:2 110:6 110:18 110:22 110:23 132:18 185:5 196:19 196:22 197:16

**brent**(1) 1:36

**brian**(1) 4:26

**brickley**(1) 6:41

**brickman**(1) 130:3

**brickman's**(1) 64:18

**brief**(2) 55:21 160:1

**briefed**(3) 26:19 78:24 78:24

**briefing**(8) 58:17 58:20 58:25 59:4 59:8 59:14 79:12 79:20

**briefings**(1) 23:23

**briefly**(11) 14:10 23:17 65:4 82:16 84:6 85:8 85:25 112:5 213:22 235:19 236:7

**briefs**(7) 15:11 26:19 27:1 27:3 59:1 59:18 59:22

**brigade**(1) 8:20

**bring**(3) 66:22 173:20 224:16

**bringing**(1) 44:2

**broach**(1) 16:5

**broad**(1) 221:23

**broadly**(1) 14:13

**broadway**(1) 3:44

**brock**(1) 5:35

**bromley**(66) 1:32 25:18 51:11 72:23 85:1 95:13 95:21 96:13 97:8 97:13 97:19 97:22 109:5 109:6 109:15 109:25 117:6 117:8 122:3 122:10 128:18 128:19 129:7 129:9 130:11 130:12 145:20 145:21 145:23 145:24 156:1 156:4 156:5 157:3 157:5 171:19 171:21 171:22 179:1 179:9 179:15 179:16 182:21 182:22 183:5 183:8 183:9 183:10 185:12 183:15 185:16 186:6 186:8 186:10 186:16 208:19 212:17 212:21 213:5 214:9

**bromley's**(1) 97:2

**brook's**(1) 185:3

**brooklyn**(1) 225:8

**bryant**(1) 3:16

**buchanan**(1) 2:4

**built**(1) 128:4

**bullen**(1) 4:48

**burden**(1) 89:9

**burn**(25) 120:4 120:6 120:8 127:7 132:9 132:24 132:25 133:5 133:6 133:7 133:15 133:17 133:19 133:19 133:22 134:5 134:7 136:16 136:19 136:20 136:21 160:2 160:6 160:6 160:6

**business**(3) 83:10 111:16 149:8

**but**(228) 9:22 9:24 10:10 11:1 11:5 12:12 12:15 12:20 13:24 15:16 17:10 17:24 18:23 19:13 20:12 21:4 21:25 24:20 26:22 27:6 27:9 28:14 30:15 30:20 30:22 31:9 32:7 33:5 34:1 38:8 38:18 38:20 39:18 40:9 42:18 42:21 43:5 43:6 43:10 47:21 48:7 49:10 51:6 51:25 53:2 55:4 58:23 59:3 59:10 63:22 64:2 64:8 67:3 68:8 68:8 69:1 70:25 74:15 74:19 76:16 77:14 84:16 86:16 87:19 88:2 88:22 90:19 90:24 92:23 94:22 99:22 100:11 101:15 102:6 105:12 106:3 107:8 109:25 110:2 116:8 120:21 121:6 122:5 122:20 122:24 125:6 127:2 127:17 129:24 139:9 139:14 140:1 141:18 141:23 143:22 144:6 144:20 145:2 145:9 146:20 146:25 149:7 149:17 149:20 150:2 150:5 151:2 151:9 152:10 152:12 152:16 153:16 154:1 154:7 154:9 155:18 159:8 159:25 160:8 160:15 161:25 162:4 162:18 163:17 164:2 164:4 166:19 169:14 169:19 183:18 185:5 186:7 186:8 187:6 189:5 189:7 189:21 190:1 190:11 190:14 190:18 190:22 192:3 193:12 193:17 193:25 194:21 194:23 195:12 195:16 198:17 198:18 199:24 200:13 200:22 200:25 202:7 202:18 202:20 205:2 205:9 205:20 206:20 206:24 207:14 208:10 209:6 210:1 210:20 211:24 213:8 216:2 216:18 217:21 218:25 221:2 221:12 221:22 221:24 223:8 223:10 223:14 224:5 224:25 226:7 226:10 227:17 227:20 229:9 229:11 230:5 230:23 232:16 233:6 234:8 234:11 235:22 236:11 237:24 240:2 241:4 243:8 243:23 245:24

**c**(1) 1:76

**cables**(1) 236:8

**cal...**(26) 12:6 35:14 36:1 49:8 51:3 52:24 52:25 53:2 54:10 57:14 57:17 58:8 70:10 79:4 88:14 88:16 89:12 100:2 103:3 103:8 106:24 110:22 111:4 117:18 164:25 164:25

**calculate**(9) 119:20 123:15 131:24 133:7 136:8 156:12 157:11 190:16 192:4

**calculated**(12) 89:6 89:20 92:11 103:17 132:6 134:12 135:23 135:25 137:6 137:7 137:11 159:25

**calculating**(2) 120:3 121:19

**calculation**(18) 20:1 89:24 91:23 92:13 103:12 103:20 104:2 104:5 104:8 105:10 124:7 127:22 128:16 131:19 135:10 141:9 157:23 222:9

**calculations**(8) 90:8 90:14 91:11 106:1 120:14 128:24 137:2 208:24

**calculus**(2) 193:10 194:5

**calendar**(5) 47:13 94:15 98:14 102:22 109:25

**california**(1) 236:8

**called**(4) 31:21 48:24 58:13 83:1

**calling**(1) 13:19

**calls**(5) 17:4 17:5 17:5 35:10 40:11

**came**(26) 18:24 19:8 49:7 60:3 61:7 62:14 119:9 129:12 132:14 132:22 133:3 133:6 135:15 142:6 143:22 150:11 162:15 171:15 176:2 176:3 176:15 176:17 179:25 182:8 184:9 202:19

**can**(123) 11:9 11:22 11:24 14:10 15:16 15:25 17:12 23:17 25:8 28:15 40:2 47:8 47:24 48:12 49:4 50:4 55:12 59:9 74:4 77:10 77:14 82:16 83:16 84:6 91:21 92:2 92:17 92:21 94:14 94:16 96:9 96:7 100:7 101:8 105:21 107:5 107:17 110:5 111:13 112:5 112:16 113:7 113:24 114:9 116:17 118:10 118:25 120:24 121:18 122:14 123:8 124:1 124:11 124:22 124:25 127:22 128:12 128:19 129:17 130:16 130:21 131:21 134:23 135:13 135:22 136:6 137:6 138:7 138:18 139:19 142:17 154:19 156:22 156:24 156:25 160:6 160:9 169:18 170:10 173:25 174:11 175:21 175:23 177:10 177:18 177:21 182:2 182:12 182:14 184:10 211:3 213:2 213:16 214:6 215:13 222:3 223:7 224:25 225:17 225:18 240:12 242:6 243:6 243:6 243:19 244:2 244:4 245:20 246:4

**can't**(10) 33:8 50:10 52:6 55:3 65:3 66:14 68:21 96:8 129:7 129:9

**canada**(31) 5:17 30:8 33:3 78:24 153:5 153:9 153:14 172:22 191:24 196:21 197:8 199:11 199:12 199:20 200:7 200:9 200:17 201:6 202:4 202:6 202:14 208:22 209:1 209:5 209:14 209:19 209:24 211:9 211:19 218:5 236:22

**canadian**(23) 23:24 57:25 58:1 58:4 58:4 67:13 69:9 69:16 76:5 84:23 93:4 111:4 124:5 131:1 183:18 183:21 204:19 204:23 205:8 205:10 205:13 216:12 221:15

**canadian's**(1) 17:22

**candlewood**(1) 8:4

**cannot**(1) 69:18

**can't**(11) 132:22 149:1 169:17 175:17 198:17 220:21 220:22 224:12 241:22 241:23 242:2

**cap**(14) 19:4 19:4 19:15 21:12 21:13 23:7 23:11 28:16 32:14 32:19 32:22 56:16 101:17 162:21

**capable**(2) 45:8 107:15

**capacity**(2) 83:20 218:23

**capital**(14) 6:3 6:20 6:36 6:36 7:12 7:16 7:24 7:32 7:36 8:8 8:16 8:20 28:8 29:2

**capped**(3) 19:3 19:14 21:4

**caps**(2) 92:6 162:24

**careful**(1) 67:22

**caribbean**(2) 173:2 174:4

**carolina**(1) 112:13

**carry**(1) 92:7

**case**(63) 15:8 14:24 17:21 26:18 27:5 27:7 27:8 27:12 27:17 27:23 30:4 34:4 75:22 76:4 76:7 77:4 77:18 78:16 79:10 80:6 80:10 80:13 93:17 107:5 107:8 108:4 114:4 115:11 116:23 123:3 123:23 128:15 130:21 131:1 133:24 139:5 143:7 152:14 153:8 156:13 157:13 157:15 157:16 159:16 159:16 173:2 181:22 188:2 189:7 194:19 219:7 233:14 233:20 234:12 235:16 237:12 237:12 237:18 237:23

**cases**(20) 14:16 14:21 23:25 24:7 24:15 25:8 30:2 76:3 83:17 83:21 85:6 113:5 113:11 132:23 144:3 152:12 158:12 159:25 159:8 181:18 181:19

**cash**(137) 31:17 42:13 43:8 63:23 65:1 65:12 66:4 67:25 106:8 113:16 113:17 115:25 119:5 119:21 120:4 120:5 120:6 120:7 120:12 121:9 121:11 121:20 121:21 121:23 127:7 127:22 127:24 128:1 128:6 128:16 131:2 131:13 131:16 131:25 132:5 132:13 132:17 132:23 132:24 132:25 133:2 133:6 133:15 133:17 133:19 133:22 134:3 134:4 134:7 134:9 134:14 141:7 142:14 142:15 142:18 142:24 143:2 143:12 143:18 144:4 144:9 144:47

**cassels**(1) 5:35

**cast**(1) 76:2

**categories**(1) 160:20

**caused**(3) 166:2 166:5 166:9

**ccc**(1) 239:15

**cease**(1) 93:2

**cell**(1) 212:22

**ceo**(1) 83:3

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| ceremony(1) 242:15 | | claims(226) 14:19 14:23 14:24 15:2 25:10 25:11 25:12 29:10 66:20 66:22 66:23 66:25 67:1 67:4 67:5 67:13 67:14 68:18 68:20 68:21 69:1 69:18 69:20 69:23 70:3 70:23 70:24 74:22 74:23 74:25 74:25 75:3 75:3 75:7 75:8 106:14 115:15 120:9 121:21 124:3 126:14 126:18 127:7 131:24 134:10 134:11 134:12 134:18 135:5 135:16 135:20 135:25 137:6 137:10 137:14 137:17 137:22 137:25 138:10 138:12 138:14 138:14 138:15 139:1 139:2 139:5 139:5 139:6 139:7 139:10 139:16 139:16 139:21 139:23 139:24 140:4 140:14 140:16 140:22 140:23 140:25 140:25 141:3 141:14 141:22 141:24 141:25 142:8 143:6 143:19 144:11 144:13 147:25 148:2 150:25 150:25 151:5 151:22 153:5 153:13 153:14 159:5 159:21 171:5 171:8 174:17 174:19 175:4 175:8 178:16 179:22 183:19 187:25 188:11 188:12 188:14 189:10 190:1 190:2 190:4 190:5 190:5 190:9 190:12 190:23 190:24 190:25 191:3 191:7 191:14 192:2 192:18 193:1 193:1 193:5 194:19 194:22 194:23 194:23 195:23 197:3 197:7 197:13 197:16 197:17 198:5 198:9 198:15 198:21 198:22 198:23 198:25 199:1 199:2 199:5 199:11 199:13 199:23 200:9 200:21 200:16 201:3 201:6 202:4 202:6 202:13 202:21 202:22 202:22 202:23 203:6 203:24 205:13 205:24 205:25 206:4 206:7 206:13 206:16 206:19 206:22 207:2 207:8 207:8 207:10 207:11 207:12 207:13 207:14 207:15 207:17 208:7 208:9 209:14 209:18 210:2 218:6 218:16 221:17 222:9 223:9 223:17 223:19 223:20 223:21 224:13 226:9 226:23 227:3 227:7 228:4 228:6 228:13 228:18 229:6 230:5 231:2 232:3 232:5 232:9 236:21 237:1 237:3 | comparative(1) 133:10 | | consummate(1) 216:19 |
| certain(25) 21:5 21:7 33:7 61:6 68:21 73:15 95:25 113:6 119:13 139:22 120:16 121:8 135:9 141:20 154:4 155:20 159:24 160:1 163:14 172:8 193:18 193:20 216:14 218:9 | | | | compare(1) 165:5 | | contact(1) 35:5 |
| | | | | compared(3) 138:11 138:25 207:14 | | contained(10) 87:10 115:6 119:15 120:19 120:20 128:20 130:2 131:6 164:14 215:11 |
| | | | | company(1) 206:11 | | |
| | | | | comparison(2) 206:13 207:12 | | contains(1) 22:18 |
| certainly(26) 17:7 17:9 17:21 21:18 24:9 30:20 31:5 31:8 36:19 42:18 43:10 64:1 64:10 68:22 77:15 79:23 82:19 84:8 94:4 109:24 129:12 130:1 157:5 163:16 212:17 239:24 | | | | completed(2) 154:5 235:13 | | contemplated(1) 74:13 |
| | | | | completely(7) 11:7 21:17 24:17 28:12 74:24 109:2 240:20 | | contested(1) 242:20 |
| | | | | | | context(8) 11:5 11:8 20:20 32:24 74:20 83:23 197:21 233:24 |
| certainty(1) 28:21 28:23 33:8 33:9 34:2 34:3 34:6 61:7 61:12 102:13 | | | | completing(1) 225:12 | | |
| | | | | completion(2) 21:3 112:11 | | contingent(2) 134:14 134:16 |
| | | clarification(1) 161:18 | | comply(1) 113:14 | | continual(1) 19:6 |
| certificate(1) 112:1 | | clarifications(1) 21:19 21:10 | | component(2) 132:13 136:21 | | continually(1) 79:22 |
| certification(1) 245:11 | | clarify(4) 67:10 101:8 107:5 161:6 | | components(4) 104:19 132:1 134:19 136:9 | | continue(13) 11:20 23:4 56:23 61:25 86:16 88:21 90:5 122:4 162:3 165:23 167:2 183:19 184:13 |
| certifications(1) 111:22 | | clarity(2) 37:20 39:7 | | composed(3) 87:9 99:15 99:17 | | |
| certified(4) 111:23 111:23 111:24 111:25 | | class(2) 73:14 127:14 | | comprehensive(1) 15:13 | | |
| certify(1) 245:12 | | classes(7) 73:8 73:13 74:15 74:15 74:21 75:9 145:14 150:9 190:1 228:8 190:24 190:25 191:3 191:7 | | compromise(8) 28:6 31:25 85:5 101:11 134:14 135:5 227:2 227:6 | | continued(15) 2:2 3:2 4:2 5:2 6:2 7:2 8:2 18:17 18:18 18:23 19:9 19:13 87:17 88:17 90:18 |
| cetera(2) 17:19 40:9 | | clear(11) 32:21 26:22 38:6 39:23 58:12 94:1 102:19 103:25 116:12 124:16 159:16 226:1 228:8 | | | | |
| chair(1) 51:5 | | | | compromised(1) 91:20 | | continues(4) 90:6 90:12 91:21 92:4 |
| chairman(1) 84:21 | | | | computer(1) 65:8 | | continuing(11) 5:43 86:25 87:11 88:3 88:9 88:11 88:18 88:24 89:4 101:12 101:17 |
| chance(3) 10:21 127:17 129:11 | | cleared(1) 117:13 | | conaway(1) 2:39 | | |
| change(10) 20:24 92:15 115:5 120:16 130:25 131:4 133:18 165:7 166:13 208:4 | | clearly(4) 38:10 64:8 145:25 237:23 | | concede(4) 28:4 118:22 143:13 145:6 | | continuously(2) 83:11 225:8 |
| | | cleary(3) 1:31 13:16 16:4 16:12 16:14 17:6 35:16 35:19 39:10 40:4 43:18 49:20 50:19 51:8 51:11 52:15 52:22 58:13 58:19 72:23 76:3 78:3 85:23 86:18 87:10 87:14 87:20 88:2 98:25 102:10 104:2 104:4 | | conceded(1) 163:18 | | continuum(1) 18:18 |
| changed(3) 120:17 131:13 233:20 | | | | conceivable(4) 92:14 157:17 160:9 189:20 | | contract(14) 181 27:25 31:15 31:24 59:20 61:21 62:7 73:6 74:13 90:6 92:23 105:19 105:25 143:5 |
| changes(4) 21:9 114:13 115:3 208:4 | | | | conceivably(1) 159:24 | | |
| chapman(1) 2:41 | | | | conceive(1) 159:18 | | |
| chapter(5) 1:8 14:11 14:14 14:16 83:16 | | | | concentrated(1) 207:6 | | contracts(1) 90:5 |
| characterization(1) 93:13 | | cleary's(2) 86:3 86:9 | | concept(5) 52:6 187:11 187:16 | | contractual(7) 17:19 19:10 21:11 28:1 28:4 28:7 |
| characters(1) 76:2 | | clerk(9) 9:2 81:4 117:20 117:23 118:5 118:8 118:10 118:13 185:10 | | concepts(1) 51:8 | | contractually(1) 94:6 |
| charge(2) 66:25 234:19 | | | | concern(8) 68:19 70:12 70:14 70:16 109:7 109:12 122:5 242:23 | | contrary(1) 7:24 |
| charles(1) 2:34 | | | | | | contributed(1) 183:18 |
| chart(7) 90:24 91:16 92:8 94:22 105:6 105:11 | | client(2) 86:18 243:12 | | | | control(1) 235:13 |
| charter(1) 75:6 | | clients(7) 84:13 88:4 93:22 94:3 163:17 243:8 243:12 | | concerned(2) 129:6 241:5 | | controller(1) 112:7 |
| charts(2) 130:3 164:9 | | climate(1) 28:10 | | concerns(1) 69:21 | | controverted(1) 220:6 |
| chase(1) 2:23 | | close(4) 63:4 214:2 222:20 223:3 | | concession(1) 163:16 | | conveniently(1) 186:12 |
| check(3) 11:25 58:9 207:20 | | closed(1) 219:6 | | concessions(2) 19:16 22:19 | | conversation(3) 20:10 37:22 40:15 40:20 40:24 47:5 47:9 54:3 54:13 54:19 55:19 55:21 55:24 56:2 201:1 |
| checking(1) 74:3 | | closing(2) 9:19 9:21 | | conclude(2) 139:25 146:23 | | |
| cherry(1) 69:22 | | closings(1) 240:25 | | concluded(6) 23:18 33:16 61:11 121:22 145:10 146:10 | | |
| chetan(1) 6:25 | | coin(3) 127:15 127:15 127:17 | | | | conversations(38) 16:6 16:22 18:17 18:18 35:15 35:24 38:7 38:22 39:9 39:11 39:19 39:24 40:2 41:7 46:8 46:15 46:19 51:3 53:24 54:25 55:2 55:16 56:15 56:19 56:20 56:20 79:1 79:22 84:10 85:16 98:9 103:9 150:18 150:21 172:17 172:21 181:15 200:4 |
| chew(1) 26:4 | | coincide(1) 114:18 | | conclusion(4) 18:4 29:8 34:7 80:7 115:8 118:19 118:20 121:12 121:18 121:19 122:6 132:20 141:6 146:14 146:16 147:1 151:14 151:24 154:10 171:15 173:15 173:24 174:23 175:3 176:2 176:15 176:17 176:18 176:19 180:1 180:4 180:7 182:9 184:10 184:20 184:21 184:21 193:8 193:16 193:25 195:17 206:11 218:12 | | |
| chief(5) 24:10 71:7 71:9 72:15 73:11 | | coincides(1) 199:6 | | | | |
| chilmark(23) 16:14 17:6 25:19 35:16 44:12 44:15 44:19 44:22 44:25 45:8 45:11 56:21 86:8 88:7 96:1 103:8 103:9 103:19 106:20 107:3 107:7 107:10 107:14 | | coleman(2) 21:11 239:11 | | | | converted(2) 19:23 102:8 |
| | | colleague(4) 81:16 86:4 88:6 213:16 | | | | convey(1) 36:2 |
| | | collect(2) 234:19 234:22 | | | | conveyed(1) 35:25 |
| | | collected(1) 166:4 | | conclusions(15) 31:2 115:21 117:15 118:18 118:25 119:2 119:19 123:10 141:5 146:6 174:5 218:18 218:22 233:3 236:24 | | convince(1) 94:3 |
| chilmark's(1) 44:16 | | collecting(1) 166:6 | | | | cooley(2) 82:23 82:24 |
| china(2) 178:7 180:10 | | collection(4) 154:3 165:25 166:24 176:13 | | | | cooperation(1) 213:13 |
| chooser(2) 68:21 69:18 | | collier(1) 6:45 | | | | copies(3) 47:14 90:24 172:10 |
| choosing(1) 103:4 | | column(4) 178:4 202:21 202:22 205:5 | | concrete(1) 180:21 | | copy(6) 36:21 37:2 47:24 48:21 94:15 186:4 |
| chose(3) 66:22 104:24 236:17 | | combination(1) 137:22 | | conditions(1) 22:2 | | cordo(1) 1:26 |
| chris(1) 3:22 | | combine(1) 150:14 | | conduct(1) 218:23 | | corcoran(2) 177:9 215:1 |
| circuit(1) 243:7 | | come(34) 9:24 10:7 10:18 10:25 29:7 31:25 42:16 65:5 80:7 87:5 119:5 121:16 127:6 129:18 131:22 145:22 150:20 154:19 159:22 175:17 178:11 181:20 181:21 185:7 195:9 218:12 238:5 240:6 | | conference(5) 52:24 57:14 57:17 84:21 99:4 118:1 | | corporate(12) 82:15 112:22 113:13 149:9 178:14 187:15 196:14 196:20 197:3 197:8 199:19 200:13 |
| circulated(8) 48:5 52:11 52:20 52:22 53:9 53:12 53:23 55:11 | | | | confined(1) 120:24 | | |
| | | | | confirm(4) 138:7 138:19 151:21 188:16 | | |
| circulation(1) 98:19 | | | | confirmed(1) 180:8 | | corporation(2) 7:44 29:2 |
| circumstances(5) 32:4 154:13 165:25 178:13 208:4 | | | | confirming(1) 98:22 99:2 | | correct(139) 23:14 40:1 40:13 43:21 44:14 47:21 48:4 49:16 51:20 53:11 55:15 58:14 58:20 59:5 59:17 63:2 71:5 83:14 95:15 100:6 100:13 103:6 103:11 103:16 104:14 104:22 104:23 105:1 105:2 105:5 114:15 141:8 146:12 146:22 147:1 147:5 147:6 147:8 148:15 148:17 148:20 148:23 149:3 151:15 151:23 152:8 153:2 153:3 153:11 153:18 156:17 156:18 161:24 162:1 162:10 162:18 162:24 163:4 163:8 163:9 170:4 170:11 171:4 172:15 178:3 178:11 178:12 180:20 183:25 185:20 185:23 186:2 186:24 187:2 187:18 188:19 189:11 189:13 189:14 192:1 192:12 196:8 196:9 196:11 198:6 199:13 200:18 207:24 208:15 208:20 208:23 209:1 209:18 209:18 210:17 210:18 210:22 213:24 214:10 215:6 215:24 216:3 216:4 217:3 217:6 217:7 218:6 219:1 219:2 219:10 221:15 221:21 224:10 224:11 227:4 227:15 227:19 227:20 227:22 227:23 228:10 228:15 228:16 228:18 228:22 229:4 230:9 231:11 232:9 232:17 232:24 232:25 233:10 233:11 233:15 234:6 237:13 245:12 |
| citgroup(1) 6:32 | | | | | | |
| citing(1) 200:23 | | | | connect(1) 118:10 | | |
| city(99) 14:20 29:13 31:20 65:13 65:15 66:8 68:14 69:3 73:13 74:23 75:12 85:6 89:1 105:13 106:11 124:10 131:9 131:11 132:12 132:15 132:16 132:17 137:12 137:19 139:9 142:4 142:6 142:25 148:7 150:17 151:8 151:9 152:24 152:25 153:1 190:13 190:14 190:15 190:16 192:2 192:5 196:19 197:14 197:19 198:20 201:12 203:14 203:14 203:15 205:6 205:9 205:10 208:6 209:7 209:8 209:12 209:24 210:2 210:6 211:22 220:16 220:19 220:24 220:25 221:13 221:15 221:20 221:23 221:24 222:3 224:4 224:10 224:14 227:13 227:19 227:22 227:24 228:1 228:2 228:3 228:9 228:12 229:16 230:25 231:3 231:7 231:17 236:16 236:16 237:3 237:23 238:2 238:3 238:10 238:11 | | connected(2) 24:17 118:12 | | |
| | | | | connecting(3) 117:20 117:21 117:22 | | |
| | | | | connection(12) 44:13 44:19 45:22 66:12 70:20 72:21 77:20 93:21 106:16 140:20 185:19 233:8 | | |
| | | | | | | |
| | | | | consensual(1) 75:21 | | |
| | | | | consequences(1) 152:13 | | |
| | | | | conservative(2) 125:3 133:16 | | |
| | | | | consider(15) 42:25 43:3 43:13 61:20 68:8 70:21 94:3 124:25 125:4 127:25 128:5 150:13 150:16 160:4 220:17 | | |
| | | comes(6) 11:9 130:7 180:3 194:7 217:16 239:9 | | | | |
| | | comfort(28) 133:18 139:11 139:24 140:20 144:13 171:13 180:1 185:5 197:11 197:14 202:24 207:13 208:2 222:11 225:17 222:17 223:12 223:13 224:19 226:4 226:7 226:14 226:21 | | considerably(1) 128:8 | | corrected(1) 88:1 |
| claimant(2) 75:11 75:11 | | | | consideration(5) 28:8 30:15 32:23 43:10 43:12 | | correction(2) 114:22 163:20 |
| claimants(2) 4:19 5:4 | | | | considerations(1) 43:16 | | corrections(1) 114:13 |
| claimed(2) 115:19 209:19 | | comfortable(4) 40:23 192:25 193:3 199:2 | | considered(13) 42:12 42:18 44:22 69:4 70:16 70:22 115:12 125:24 125:25 134:10 139:6 142:13 157:13 | | correctly(1) 222:13 |
| claiming(2) 215:17 215:23 | | coming(6) 31:18 65:11 119:18 123:9 130:9 147:3 | | | | cost(9) 21:5 21:7 33:25 42:25 43:2 43:3 43:13 44:9 112:20 |
| | | comment(3) 179:11 218:20 225:15 | | | | |
| | | commented(5) 22:2 21:1 | | considering(1) 53:21 | | |
| | | commission(1) 196:11 | | consisted(1) 137:11 | | costly(1) 25:5 |
| | | committee(12) 3:11 12:1 5:21 5:30 21:20 21:20 47:2 53:24 55:1 55:5 75:22 75:22 101:23 | | consistent(2) 102:25 156:16 | | costs(5) 21:3 47:7 54:22 101:24 152:15 |
| | | | | consists(3) 45:18 132:15 137:13 | | |
| | | common(7) 17:16 17:25 27:2 125:16 149:8 149:13 206:14 | | consolidated(1) 200:6 | | |
| | | | | consolidated(10) 138:23 138:24 196:8 196:14 196:17 197:12 197:21 198:2 207:12 207:18 | | |
| | | | | | | |
| | | | | consolidating(1) 199:19 | | |
| | | | | consolidation(2) 199:14 199:25 | | |
| | | communicated(6) 50:1 50:5 50:20 50:21 52:8 79:16 | | constant(3) 78:22 128:14 153:5 | | |
| | | communications(1) 50:5 | | construed(2) 156:14 157:9 | | |
| | | companies(4) 113:15 114:1 180:10 189:3 | | consult(1) 108:23 | | |
| | | company(7) 6:24 6:40 44:14 83:1 83:4 112:7 181:20 | | consultant(3) 44:14 113:3 113:5 | | |
| | | comparable(1) 106:21 | | consultation(4) 46:1 47:2 47:4 58:3 | | |
| | | | | consulted(1) 113:8 | | |
| | | | | consulting(8) 82:9 82:10 82:11 83:8 112:25 113:3 113:4 113:19 | | |

| Word | Page:Line |
|---|---|
| could(97) | 17:9 18:25 22:23 24:4 24:8 24:11 24:19 24:22 24:22 26:4 26:25 28:5 30:10 30:16 30:16 32:2 32:22 33:2 33:3 33:9 41:19 42:16 42:18 43:3 63:13 63:20 64:5 69:6 70:7 74:9 80:11 86:15 86:18 86:20 86:20 91:14 98:23 108:11 119:4 127:21 128:8 141:21 141:23 142:14 143:23 144:17 144:25 145:1 145:6 145:7 148:10 151:9 152:12 155:12 155:14 155:16 155:25 157:25 159:18 159:20 159:20 159:21 159:22 159:25 160:2 165:13 175:6 177:12 180:3 184:18 189:12 193:14 193:14 193:17 193:22 195:5 195:7 197:6 198:18 198:20 199:4 199:5 202:12 209:2 214:1 214:3 214:18 222:3 228:6 232:1 232:1 241:1 243:5 243:16 244:1 |
| couldn't(9) | 18:8 32:16 32:19 32:20 45:11 45:13 63:22 80:16 88:20 |
| couldn't(1) | 146:17 |
| counsel(55) | 10:10 10:11 13:22 15:12 15:22 16:4 35:5 35:24 35:25 40:18 40:21 46:19 46:21 46:22 47:2 47:14 50:19 50:23 50:23 51:6 51:7 51:7 53:24 54:24 58:9 58:13 72:21 72:23 79:2 83:2 84:25 85:1 85:16 85:16 90:11 105:7 106:4 120:23 124:16 124:17 125:17 139:12 139:14 148:5 148:9 150:15 151:9 163:13 163:14 163:19 171:8 172:8 178:24 220:1 231:8 242:19 |
| counsel's(2) | 38:3 129:6 |
| counted(1) | 202:8 |
| counter(2) | 18:3 86:13 |
| counterparty(1) | 201:12 |
| counting(1) | 201:12 |
| couple(16) | 79:23 84:17 94:23 107:23 112:8 112:10 134:25 176:5 185:16 193:2 196:6 198:9 228:6 240:12 240:19 242:22 |
| course(21) | 11:3 11:24 15:8 15:25 16:25 17:9 18:4 26:13 26:17 46:17 47:19 60:21 77:1 84:15 102:3 106:23 108:4 201:2 208:10 212:20 233:20 |
| courses(3) | 112:9 112:10 112:19 |
| coursework(1) | 112:17 |
| court(256) | 9:9 9:12 9:15 9:16 9:20 9:23 10:3 10:8 11:4 11:11 11:16 11:19 11:21 11:22 11:24 11:25 12:2 12:7 12:9 12:15 12:20 13:1 13:4 13:7 13:10 13:11 13:12 13:13 13:17 13:19 13:21 14:5 14:10 18:15 20:7 21:6 23:17 27:11 27:19 27:21 34:11 36:17 36:19 36:23 37:25 38:11 38:15 38:19 38:24 39:2 39:5 47:12 47:15 47:19 47:22 48:11 48:18 48:22 48:22 58:6 59:13 61:20 65:18 66:17 67:6 67:9 68:7 68:7 68:17 68:24 69:13 70:5 70:11 71:23 72:2 74:1 74:5 76:23 77:1 77:12 78:14 79:11 80:22 80:24 81:5 81:7 81:8 81:10 81:13 81:17 81:20 81:25 82:4 82:17 84:3 84:6 84:14 85:9 85:17 85:19 91:7 91:14 93:5 94:10 94:12 104:7 105:18 105:24 107:19 107:23 108:4 108:7 108:12 108:14 108:17 108:22 108:25 109:5 109:11 109:17 109:20 109:22 110:3 110:8 110:12 110:15 110:21 111:2 111:5 111:8 115:13 116:3 116:10 116:15 116:20 116:23 117:6 117:12 117:17 117:22 117:24 118:1 118:1 118:4 118:14 122:3 122:10 122:16 122:17 123:5 128:18 129:8 129:16 129:24 130:8 130:11 130:18 145:13 145:16 145:19 146:6 147:19 156:3 157:4 178:23 179:2 179:4 179:7 182:20 183:7 183:9 185:6 185:7 185:11 186:6 186:6 186:9 186:11 208:18 212:20 213:1 213:3 213:4 213:6 213:18 213:21 216:1 219:4 220:7 221:8 224:25 224:25 225:5 225:9 225:11 225:24 226:3 226:8 229:21 229:23 235:20 235:22 235:24 236:4 237:7 237:10 237:18 237:21 238:8 238:12 238:16 238:19 238:24 239:2 239:6 239:16 239:20 239:22 239:25 240:5 240:8 240:18 240:23 241:2 241:8 241:12 241:17 241:22 241:25 242:2 242:5 242:11 242:17 243:1 243:9 243:16 243:20 243:24 244:4 244:9 244:12 244:16 244:19 244:24 245:7 245:25 |
| court's(1) | 122:21 |
| courtcall(4) | 117:17 118:1 118:3 118:6 |
| courtri(1) | 171:20 |
| courtroom(9) | 11:10 27:6 38:2 59:23 76:20 110:10 110:23 118:5 245:2 |
| courts(1) | 122:1 |
| cover(3) | 105:3 186:13 216:6 |
| covered(2) | 45:5 89:8 |
| covering(1) | 106:1 |
| cpa(1) | 112:3 |
| create(1) | 129:7 |
| creating(1) | 241:7 |
| creation(2) | 113:20 212:18 |
| credit(3) | 6:4 74:22 74:23 |
| creditor(3) | 6:4 38:3 42:22 |
| creditors(16) | 5:22 21:15 21:16 27:10 47:3 61:24 61:24 62:7 80:6 80:9 80:10 93:25 94:1 134:21 144:24 155:15 |
| creditor's(1) | 3:10 |
| crichlow(6) | 3:5 76:22 76:24 76:24 77:1 77:2 |
| crisis(1) | 83:9 |
| critical(1) | 11:8 |
| cro(1) | 27:5 |

| Word | Page:Line |
|---|---|
| cross(10) | 10:22 34:18 94:19 109:23 122:7 129:11 129:18 145:22 213:10 236:21 |
| cross-border(1) | 83:19 |
| cross-examination(1) | 220:10 |
| crossover(1) | 95:1 |
| crt(1) | 8:8 |
| crux(1) | 146:21 |
| culminating(1) | 16:20 |
| cumulative(1) | 126:8 |
| current(8) | 83:13 132:4 132:19 136:11 138:12 151:11 163:5 164:11 |
| currently(5) | 112:14 142:1 168:25 197:4 198:16 |
| cut(1) | 224:24 |
| cxo(2) | 83:7 83:14 |
| d-1(3) | 73:8 74:21 75:9 |
| d-2(3) | 73:8 74:25 |
| d-3(2) | 73:8 75:12 |
| d-4(2) | 73:9 75:12 |
| d.j(1) | 4:39 |
| daily(2) | 27:18 27:20 |
| dan(1) | 41:2 |
| daniel(2) | 3:9 5:19 |
| data(1) | 1:43 107:11 133:7 235:2 |
| date(25) | 23:5 38:13 38:13 56:22 59:2 86:15 90:9 91:19 91:19 91:22 92:24 114:17 132:4 136:16 138:4 138:12 163:21 226:16 240:8 241:10 241:12 241:17 241:18 241:21 245:17 |
| dated(4) | 72:20 132:7 138:5 138:16 |
| dates(2) | 59:7 88:15 |
| david(4) | 3:5 3:14 8:21 76:24 |
| davidson(1) | 5:39 |
| day(27) | 9:12 12:18 18:4 18:8 18:10 18:10 28:19 28:19 32:7 32:12 33:5 35:22 36:5 37:23 42:6 48:6 53:14 54:5 57:6 57:12 57:15 57:20 84:21 87:8 96:20 98:21 219:15 240:10 |
| days(8) | 25:23 38:15 38:16 41:14 44:23 217:1 240:12 241:20 |
| deal(6) | 30:25 41:24 80:17 88:11 116:9 122:6 |
| dealt(3) | 181:18 188:9 188:10 |
| debate(5) | 11:10 58:23 58:24 78:22 89:4 |
| debenture(1) | 3:28 |
| debt(4) | 134:15 137:13 137:21 139:18 |
| debtors(53) | 1:12 1:24 2:33 9:11 10:10 10:17 12:5 13:16 13:19 13:21 14:11 23:19 24:25 26:10 29:22 33:17 58:1 58:4 69:9 80:5 85:2 85:14 85:17 86:9 86:11 87:2 87:5 87:14 89:11 93:4 95:9 111:4 123:24 131:2 131:4 145:25 148:7 153:7 163:16 168:8 168:11 172:2 183:18 183:21 188:11 190:4 191:19 194:7 204:20 205:10 227:4 229:9 230:4 |
| debtors'(2) | 14:4 111:7 |
| debtor's(3) | 185:22 216:12 230:7 |
| debtwire(1) | 7:8 |
| decide(2) | 32:21 69:5 |
| decided(8) | 20:6 20:8 20:14 31:11 80:15 122:21 241:14 |
| deciding(2) | 26:14 136:24 |
| decision(5) | 69:4 77:16 160:17 160:18 204:7 |
| declined(1) | 87:24 |
| decrease(13) | 115:1 131:18 134:7 134:7 152:17 155:19 161:18 163:6 163:22 175:6 184:19 195:5 |
| decreased(4) | 131:5 140:17 141:22 198:23 |
| decreases(1) | 131:16 |
| decreasing(1) | 210:3 |
| deducted(1) | 206:16 |
| deep(1) | 85:11 |
| default(12) | 27:9 27:13 74:14 74:24 75:1 75:4 75:14 75:17 76:10 76:14 76:15 77:23 |
| defense(1) | 70:9 |
| defer(2) | 239:19 240:9 |
| deferred(1) | 113:16 |
| deficit(2) | 171:17 173:11 |
| defined(2) | 23:2 49:17 |
| definitely(1) | 148:2 |
| definition(25) | 112:12 164:22 |
| definitive(1) | 42:17 |
| degree(2) | 82:20 111:15 |
| delaware(5) | 1:2 1:12 3:37 4:21 9:1 |
| delay(1) | 109:10 |
| delta(1) | 163:25 |
| demand(7) | 41:20 50:1 50:11 50:12 51:21 60:3 97:16 |
| demands(1) | 51:17 |
| demonstration(1) | 220:4 |
| demonstrative(9) | 47:12 47:24 90:23 91:2 91:10 98:13 105:6 105:8 131:8 |
| dennis(4) | 2:20 7:41 39:19 40:16 |
| deny(1) | 151:21 |
| dep(1) | 111:14 |

| Word | Page:Line |
|---|---|
| depart(1) | 245:5 |
| depend(3) | 52:4 135:11 147:2 |
| depended(3) | 125:18 135:10 174:25 |
| dependent(1) | 126:5 |
| depending(2) | 152:11 174:18 |
| depends(4) | 51:23 154:16 174:14 174:24 |
| deposition(64) | 10:15 36:16 37:2 37:14 38:9 38:12 38:25 67:22 100:5 100:12 100:15 101:3 106:2 128:23 129:1 130:13 171:12 172:5 172:8 172:17 172:13 173:14 173:18 174:6 175:8 177:13 177:15 178:16 181:5 182:16 184:16 189:24 210:24 211:1 212:13 212:10 212:14 213:14 213:24 214:12 215:5 215:8 216:22 217:1 217:8 219:13 219:14 219:22 220:1 220:5 220:9 231:21 231:23 233:2 233:7 233:12 233:25 234:11 |
| derek(2) | 1:25 9:10 |
| deriving(2) | 19:17 149:25 |
| describe(7) | 15:17 15:25 36:5 82:16 85:8 112:5 175:14 |
| described(3) | 24:5 33:20 51:24 60:10 65:18 86:12 99:14 102:12 103:10 121:1 126:19 131:20 138:21 |
| desire(1) | 88:18 |
| desired(1) | 56:22 |
| desirous(1) | 93:18 |
| despite(1) | 75:20 |
| detail(5) | 15:15 51:6 84:16 154:1 209:2 |
| detailed(4) | 170:25 171:3 171:9 174:15 175:2 179:21 182:14 188:13 188:25 189:19 189:21 192:4 192:7 221:21 |
| details(1) | 68:11 |
| determination(3) | 158:24 159:2 159:4 |
| determine(23) | 55:22 120:16 134:24 136:25 144:7 174:11 175:12 181:16 188:7 188:8 189:1 189:2 190:2 190:11 192:20 193:4 201:2 204:2 207:2 218:16 219:8 225:3 234:8 |
| determined(4) | 74:15 198:17 235:3 235:3 |
| determining(3) | 192:9 194:14 194:17 |
| detriment(1) | 198:1 |
| deutsche(1) | 8:12 |
| develop(4) | 119:4 145:1 146:17 230:11 |
| developing(2) | 120:6 123:11 |
| development(1) | 20:5 |
| deviations(2) | 166:18 166:20 |
| device(1) | 75:24 |
| diamond(1) | 5:40 |
| diaz(1) | 1:43 |
| did(200) | 20:8 20:17 24:25 26:14 28:9 29:7 29:22 29:25 30:20 31:1 31:4 33:19 35:8 37:7 38:7 39:1 39:23 40:6 40:20 40:22 41:8 42:9 42:24 43:1 43:3 43:11 43:23 43:24 43:23 46:25 50:18 50:24 53:24 54:13 54:25 56:16 55:19 56:1 58:6 58:7 58:10 63:14 64:13 64:16 64:19 64:22 65:4 65:6 65:9 66:25 66:7 76:11 76:14 79:13 80:17 82:15 83:15 86:10 88:3 88:16 89:17 90:8 90:10 90:14 95:7 95:11 96:6 97:12 97:20 98:12 99:1 100:21 102:7 106:17 106:19 106:25 107:4 114:2 115:17 118:22 119:18 119:25 120:13 120:14 120:14 120:19 121:14 121:16 121:16 124:23 125:9 125:13 125:19 129:11 130:24 132:12 133:19 133:18 136:24 137:16 138:7 138:21 139:4 139:7 140:2 140:3 140:4 140:5 140:8 140:14 140:20 140:21 140:22 143:13 145:5 148:13 148:13 149:3 149:16 149:20 150:1 150:19 150:21 150:24 154:24 160:9 165:4 165:6 169:21 170:14 173:18 174:10 174:14 174:15 174:16 174:17 175:24 176:1 176:1 176:3 176:5 176:9 176:9 176:21 176:21 178:10 179:17 179:23 180:5 181:8 182:14 183:15 184:6 184:14 184:20 187:4 187:7 187:9 188:5 189:19 192:4 192:7 192:15 192:17 205:15 207:12 207:20 208:20 214:20 218:2 218:19 219:20 219:24 220:14 220:10 220:22 222:13 223:3 223:25 224:6 224:19 227:9 229:7 229:7 230:13 231:17 235:1 235:4 235:6 236:22 238:14 240:1 |
| didn't(45) | 17:4 19:25 20:12 27:15 30:9 31:10 32:10 35:10 36:9 41:7 42:14 42:25 43:13 44:1 44:5 49:9 56:4 56:12 58:8 63:7 63:8 63:10 63:11 63:13 64:1 64:11 64:14 64:15 64:18 64:21 65:2 65:8 70:21 71:3 72:2 75:19 75:25 76:18 78:9 78:10 78:20 88:8 98:8 106:25 124:25 126:23 |
| didn't(86) | 142:22 142:25 143:16 148:16 148:18 149:5 151:20 155:10 155:21 157:16 159:1 159:3 160:3 165:7 165:22 166:16 167:5 167:8 168:16 169:9 169:23 171:3 171:11 173:14 173:21 173:20 173:21 176:14 178:20 178:21 179:9 179:20 180:7 181:25 184:10 184:13 184:16 186:24 187:1 188:2 188:6 188:8 188:12 188:18 188:21 188:22 189:21 191:22 192:18 193:23 197:14 204:3 204:9 204:20 207:4 207:6 208:24 209:21 210:20 210:22 211:6 211:16 211:19 212:5 212:9 212:13 213:3 213:24 214:21 219:16 219:17 219:24 221:3 221:8 221:21 223:16 226:21 226:21 229:12 229:13 231:5 234:3 237:23 238:14 240:1 |
| die(2) | 69:9 70:10 |
| difference(10) | 92:17 164:24 164:25 165:20 166:6 193:8 193:9 194:2 194:5 |

| Word | Page:Line |
|---|---|
| differences(4) | 165:23 166:3 166:9 167:2 |
| different(25) | 26:20 57:1 69:7 78:19 80:4 113:17 121:6 133:8 133:25 138:17 139:2 144:12 144:12 147:1 150:14 160:20 163:12 174:21 175:25 176:1 177:17 181:19 197:19 202:25 218:3 |
| difficult(1) | 11:4 225:3 |
| difficulties(1) | 179:22 |
| difficulty(1) | 175:10 |
| dimsdale-gill(1) | 4:35 |
| direct(21) | 14:8 42:10 44:5 45:14 57:9 57:23 63:7 82:6 99:9 102:12 104:11 109:16 109:19 109:20 111:9 122:7 154:11 157:19 182:23 196:7 202:4 |
| directed(2) | 72:3 221:11 |
| directing(1) | 96:25 |
| directionally(1) | 19:1 |
| directive(6) | 34:8 221:1 221:6 221:9 221:10 221:11 |
| directly(5) | 14:19 68:1 136:10 218:16 230:18 |
| director(3) | 45:18 82:13 83:15 |
| directors(4) | 45:16 46:11 181:5 183:17 |
| disagree(5) | 93:14 159:17 175:23 194:24 201:8 |
| disagreement(1) | 10:17 |
| disallowed(1) | 221:15 |
| disclosing(1) | 106:6 |
| discomfort(1) | 88:17 |
| disconnected(1) | 117:17 |
| discount(2) | 19:4 92:18 |
| discounted(2) | 170:12 175:12 |
| discovery(1) | 129:24 |
| discrepancies(1) | 165:16 |
| discuss(5) | 11:2 30:21 51:8 66:14 96:17 |
| discussed(16) | 9:13 15:11 16:17 21:19 22:18 53:4 55:4 67:6 78:11 91:12 103:3 107:9 108:9 169:13 217:25 222:1 |
| discussing(2) | 100:20 219:12 |
| discussion(17) | 11:2 16:19 20:19 22:1 35:17 35:21 35:24 41:18 50:23 60:1 60:2 60:3 71:4 88:6 177:14 209:22 236:21 |
| discussions(24) | 15:6 15:7 16:9 16:25 21:14 21:21 23:22 35:5 36:10 37:7 51:1 56:25 58:25 85:19 86:16 87:18 93:22 100:24 101:1 101:16 102:15 106:25 107:25 108:9 |
| dismissed(8) | 80:22 126:14 143:7 159:5 159:21 190:7 204:4 221:18 |
| dismissing(1) | 199:1 |
| disposal(2) | 108:18 109:2 |
| dispute(21) | 16:5 17:24 19:25 22:12 31:13 35:4 43:1 43:14 57:21 58:16 59:5 66:12 70:20 78:1 89:18 90:1 95:7 96:21 114:20 161:15 230:2 |
| disregarded(1) | 212:19 |
| distributed(3) | 87:21 99:13 |
| distribution(31) | 23:5 89:10 115:24 120:15 121:21 121:22 131:24 131:25 132:5 132:14 133:25 134:13 135:15 135:16 135:20 136:12 136:16 137:10 137:10 142:23 152:11 158:9 164:6 164:11 171:10 176:8 181:11 189:16 209:23 222:10 |
| distributions(5) | 23:11 23:13 31:19 115:15 171:17 |
| district(2) | 1:2 122:2 |
| divided(2) | 147:8 183:20 |
| dividend(4) | 144:23 155:15 187:11 187:15 |
| division(3) | 82:14 82:15 89:7 |
| doctor(1) | 238:17 |
| document(43) | 10:25 21:10 22:3 22:25 23:2 48:24 49:1 49:10 52:12 71:22 72:11 72:17 72:20 102:16 107:23 114:7 114:19 119:11 138:15 173:15 173:19 173:25 174:6 174:8 177:1 177:5 177:13 177:15 177:23 178:1 179:19 197:18 203:12 206:1 207:19 207:22 216:10 216:24 |
| documents(19) | 11:8 119:10 119:15 120:19 129:13 129:19 130:7 137:16 144:12 151:10 163:11 170:1 171:13 172:19 172:22 180:25 196:2 222:22 235:2 |
| does(28) | 22:20 44:22 45:15 45:17 45:19 68:5 70:13 91:10 91:11 91:13 91:24 92:24 104:7 109:11 115:5 136:17 144:10 160:8 171:15 196:16 196:25 197:16 205:18 206:5 210:14 211:21 221:21 |
| doesn't(6) | 49:15 49:15 70:12 80:9 105:9 117:20 |
| doesn't(5) | 145:15 165:1 194:20 196:22 229:10 |
| doing(17) | 29:20 32:24 42:21 43:6 45:11 45:12 77:7 107:15 107:15 120:2 145:15 145:19 155:7 200:21 224:13 225:22 235:17 |
| dollar(13) | 19:24 20:2 20:22 28:21 44:9 66:2 69:3 108:10 148:25 180:16 190:3 194:15 |
| dollar-for-dollar(2) | 194:19 194:21 |
| dollars(13) | 17:21 25:12 65:19 65:23 148:11 149:15 174:12 174:12 192:11 204:23 205:8 219:1 221:24 |

| Word | Page:Line |
|---|---|

**don't(63)** 11:1 17:23 24:16 30:23 32:13 33:5 35:13 35:14 37:3 37:19 38:1 38:4 38:19 39:7 43:5 45:8 47:16 47:21 48:7 48:18 49:6 49:12 50:3 50:6 50:9 50:13 51:2 51:3 51:5 51:13 51:15 51:16 51:18 52:6 53:2 53:6 54:11 59:11 67:2 68:10 68:19 68:24 69:19 71:23 72:6 77:13 80:21 81:17 90:23 99:3 100:4 100:9 108:22 109:25 110:3 110:8 110:18 116:7 117:8 127:25 129:13 130:16

**done(46)** 18:9 24:24 25:14 30:6 30:16 63:10 63:13 66:8 66:12 66:13 71:3 71:25 80:11 80:16 106:1 106:3 107:7 107:8 110:12 113:19 114:3 116:6 133:24 134:22 147:17 148:24 172:25 190:19 190:24 191:2 191:3 191:6 206:5 207:1 207:10 208:3 210:19 212:11 212:18 224:14 232:22 233:6 235:16 243:5 243:17

**don't(43)** 139:13 146:1 150:13 154:1 157:1 157:4 160:25 170:19 174:3 175:14 184:13 185:2 190:13 201:10 201:13 201:18 201:19 202:5 202:13 202:17 202:18 209:13 211:19 214:3 215:12 217:11 217:12 220:8 222:3 225:11 230:23 231:1 234:24 236:14 238:5 238:25 239:4 239:6 239:16 240:24 242:6 242:9 242:9

**doubt(1)** 23:6
**dow(1)** 6:40
**down(22)** 10:13 18:21 24:4 24:17 28:22 30:16 30:17 33:3 33:9 36:3 39:19 65:8 68:3 108:15 132:18 165:25 189:18 204:20 205:16 238:20 244:25
**down-flow(2)** 192:6 194:21
**dozens(1)** 30:1
**draft(15)** 15:21 19:20 40:6 41:15 48:5 52:11 52:20 53:8 53:12 53:23 55:10 87:9 98:19 99:11 102:17
**drafting(1)** 19:25
**drafts(2)** 19:22 40:9
**drag(1)** 68:12
**draw(2)** 206:10 226:21
**drew(9)** 151:14 222:11 224:19 226:4 226:5 226:7 226:14 226:21 227:3
**driven(1)** 44:8
**due(5)** 92:22 92:23 145:15 165:24 166:24
**dunn(1)** 36:2 36:4 39:19 40:16 41:1 41:4 52:25 55:17 55:19 86:4 100:25
**dunn's(1)** 40:18
**dunne(1)** 2:20
**duplessie(1)** 7:17
**duplicate(8)** 206:4 206:7 206:8 206:13 206:16 206:19 206:21 207:2
**during(12)** 47:1 85:17 106:25 107:2 107:9 108:4 133:21 179:10 181:5 230:2 231:9 231:21
**duties(1)** 46:12
**each(21)** 59:18 62:20 64:5 108:10 154:9 157:14 157:15 160:12 160:12 160:25 161:2 171:9 174:16 186:25 188:13 189:20 190:14 190:17 191:5 196:19 197:8 204:19
**earlier(24)** 23:4 28:14 55:7 56:15 71:13 77:5 103:10 103:12 131:10 133:20 140:1 157:24 159:18 162:7 174:19 195:1 197:10 207:22 212:5 214:8 216:22 217:25 219:12 223:5
**early(2)** 82:25 243:5
**east(1)** 11:12
**eckenrod(1)** 1:34
**economic(2)** 28:17 113:4
**economics(5)** 114:19 119:22 143:17 154:22
**ecro(1)** 1:41
**education(4)** 111:13 111:21 112:12 112:24
**educational(1)** 82:17
**effecting(1)** 93:18
**effectively(6)** 23:8 23:14 27:18 27:19 28:20 43:9
**ehmer(1)** 6:9
**either(15)** 20:4 84:18 110:9 122:8 128:22 130:8 141:22 142:1 170:23 171:17 173:11 174:13 198:16 208:5 219:24
**elaborate(2)** 1:49 245:13
**elicit(1)** 122:7
**eliminate(1)** 140:24
**eliminating(1)** 237:2
**else(8)** 33:13 38:2 43:22 74:3 95:21 97:7 97:11 167:9
**else's(2)** 43:3 64:20
**else's(1)** 218:20
**email(6)** 48:22 48:23 96:13 96:25 98:22 99:2
**emanuel(1)** 4:5
**embodied(2)** 22:3 87:6
**emea(20)** 2:33 26:10 137:18 138:1 138:1 142:3 176:1 188:6 188:10 188:11 189:25 190:4 208:6 208:14 218:9 218:11 218:17 219:8 220:16 220:20
**employ(1)** 125:9

**employed(3)** 82:8 82:9 151:18
**employee(2)** 139:18 200:11
**employees(3)** 5:16 5:44 14:17
**employing(1)** 121:15
**employment(1)** 82:17
**encountered(1)** 27:7
**encourage(1)** 189:9
**end(30)** 9:19 20:13 24:8 31:9 32:7 32:12 33:5 62:18 79:17 86:14 84:23 88:25 89:20 90:1 90:19 90:19 106:23 125:3 125:25 126:3 131:1 131:12 131:15 131:17 132:8 134:4 142:21 142:24 153:19 213:13 231:22
**endless(1)** 93:19
**ends(2)** 177:10 189:8
**engaged(1)** 43:17
**engagement(3)** 83:24 83:25 95:4
**enough(9)** 16:24 48:1 109:13 125:11 149:8 152:18 163:24 174:25 175:1
**enron(1)** 114:3
**enter(1)** 29:22
**entered(2)** 79:5 112:11
**entering(2)** 23:18 92:19
**entire(3)** 28:8 66:19 116:6
**entirely(2)** 160:22 173:7
**entirety(2)** 125:15 196:1
**entities(48)** 170:15 170:18 170:21 171:1 173:13 174:16 174:17 178:14 178:22 179:18 179:20 181:22 186:18 186:19 186:25 187:2 188:3 188:4 188:6 188:14 188:18 189:1 189:20 190:1 190:9 190:19 191:6 196:23 197:4 197:8 197:17 197:25 199:20 200:6 205:11 205:15 207:8 207:18 207:19 218:17 219:8 219:24 220:17 220:20
**entitled(6)** 62:10 76:15 77:23 94:6 206:9 222:9
**entitlement(8)** 21:16 21:18 26:15 61:16 61:20 61:25 77:19 79:9
**entitlements(3)** 19:14 21:11 21:12
**entity(19)** 130:21 143:3 144:21 144:24 166:7 170:22 171:9 175:25 181:10 187:14 187:20 190:14 196:15 200:13 200:15 204:22 218:12 221:12 221:15
**entity-by(1)** 175:24
**entries(3)** 175:8 178:6
**entry(2)** 103:7 204:21
**environment(1)** 28:10
**ephraim(1)** 5:40
**equal(2)** 22:25 149:11
**equaled(1)** 241:18
**equation(2)** 24:21 57:24
**equity(27)** 28:3 32:23 46:13 63:9 63:12 75:21 75:22 186:22 187:1 187:5 187:17 187:23 188:4 188:17 188:23 189:1 190:21 191:4 192:16 192:19 195:21 195:25 219:18 219:23 220:17
**eric(2)** 7:13 7:29
**ernest(4)** 172:14 172:16 172:18 172:22
**ernst(1)** 5:8
**error(4)** 164:21 164:24 164:25 235:10
**especially(1)** 13:2
**esq(46)** 1:25 1:26 1:32 1:33 1:34 1:35 1:36 2:5 2:11 2:12 2:13 2:20 2:21 2:22 2:28 2:34 2:41 3:5 3:12 3:13 3:14 3:15 3:22 3:29 3:36 3:43 4:7 4:14 4:20 4:26 4:35 4:39 4:43 4:48 5:5 5:9 5:10 5:11 5:12 5:13 5:18 5:23 5:27 5:32 5:36 6:41
**essence(1)** 207:9
**essentially(4)** 32:14 47:13 63:3 126:9
**establish(1)** 69:2
**estate(56)** 14:13 14:14 14:18 14:19 14:25 15:3 15:14 15:20 16:13 17:21 23:23 23:24 24:7 25:4 25:11 25:13 25:17 28:2 30:1 30:5 30:8 30:8 31:6 32:5 32:6 32:25 34:8 44:11 44:15 63:18 63:23 65:6 65:25 66:4 67:18 67:19 67:24 75:23 84:12 105:10 105:18 105:24 106:14 106:17 115:19 118:22 124:5 124:6 190:6 190:8 215:16 217:9 223:17 223:20
**estate's(1)** 84:12
**estates(9)** 15:8 25:1 25:5 31:8 33:17 33:25 43:9 78:22 80:8
**esther(1)** 6:29
**estimate(26)** 120:6 124:17 124:23 125:2 125:2 125:3 125:8 126:3 133:6 133:25 141:10 148:6 149:2 150:13 160:5 160:8 169:4 193:13 195:1 227:10 230:7 231:23 231:17 236:12 238:6
**estimated(12)** 120:7 125:4 126:4 126:16 132:4 132:4 132:9 132:21 132:23 227:18 228:12 229:4
**evaluate(6)** 119:4 119:7 120:4 126:23 218:15 218:16
**evaluated(2)** 147:17 218:12
**evaluating(1)** 147:25
**evaluation(3)** 113:13 113:15 202:18
**evans(1)** 3:15

**even(38)** 23:12 36:1 47:1 54:2 80:9 92:13 92:25 125:11 127:10 136:15 139:20 141:3 142:7 142:21 143:20 144:6 145:9 152:13 154:19 155:20 158:11 160:1 163:12 164:25 175:10 182:2 184:24 189:1 193:2 193:6 194:19 199:5 207:11 220:19 222:4 231:12 231:12 234:5
**evening(8)** 12:3 49:7 49:11 88:5 88:13 96:7 96:25 97:6
**event(3)** 115:13 152:6 187:14
**events(15)** 99:9 115:23 158:8 158:12 158:20 158:23 158:23 159:13 166:8 166:9 166:9 166:11 166:13 180:22 192:24
**eventually(1)** 87:5
**ever(11)** 65:2 65:6 66:11 106:20 106:25 107:3 122:11 147:19 150:24 174:5 183:14 231:1
**every(10)** 24:12 24:14 141:2 143:25 144:2 144:3 157:17 160:9 236:25 242:16
**everybody(2)** 16:25 145:19
**everyone(9)** 3:6 66:21 81:5 90:25 109:11 110:15 126:20 185:11
**everyone's(4)** 26:18 30:7 30:9 69:23
**everything(3)** 30:4 33:13 229:18
**evidence(10)** 10:15 69:10 122:2 180:3 180:22 212:4 231:5 231:6 231:14 231:17
**exact(7)** 128:6 132:22 141:20 177:23 190:2 195:2 202:18
**exactly(9)** 22:21 59:24 69:21 70:6 102:4 130:4 173:16 200:14 201:14
**examination(10)** 14:8 34:18 74:6 82:6 94:19 111:9 122:7 145:22 213:10 236:5
**examine(3)** 10:22 129:11 240:2
**examined(1)** 13:22
**examiner(1)** 111:25
**example(12)** 15:3 29:18 80:5 129:25 142:2 142:6 160:6 165:25 166:18 198:19 208:6 237:22
**exceedingly(1)** 45:10
**except(1)** 63:24
**exceptions(2)** 10:10 10:12
**excess(14)** 21:13 174:25 175:1 175:10 187:16 187:22 191:4 191:14 194:8 204:23 221:25 226:8 229:14 232:24
**exchange(5)** 171:18 173:9 173:10 173:12 196:11
**exchanged(1)** 51:18
**exclude(4)** 23:2 233:13 233:17 234:9
**excluded(1)** 234:12
**exclusively(1)** 35:16
**excuse(9)** 9:21 12:7 34:7 65:24 137:15 190:10 206:11 210:18 241:2
**excuses(1)** 33:23
**executed(1)** 57:6
**execution(2)** 13:25 16:21
**exercise(5)** 44:10 153:20 155:7 208:25 217:23
**exercised(1)** 68:15
**exhibit(37)** 10:20 22:6 22:12 48:13 49:2 55:12 55:13 55:14 57:8 70:10 72:4 72:4 96:10 96:23 98:17 98:21 98:24 99:2 102:10 114:5 114:6 138:18 148:21 171:19 171:21 174:2 177:2 177:3 182:19 186:1 186:6 203:7 204:12 204:13 214:19 214:20
**exhibits(4)** 9:18 10:6 48:10 48:16
**exist(8)** 64:8 115:25 157:18 158:10 192:2 192:25 196:3 210:11
**existed(4)** 124:16 182:11 184:8 192:18
**existence(2)** 124:14 174:20
**exists(1)** 65:13
**expand(1)** 170:14
**expect(6)** 51:22 52:2 109:18 173:12 200:24 227:10
**expected(17)** 89:6 109:8 127:23 127:25 128:2 151:7 151:13 198:14 199:3 200:20 200:25 202:1 203:23 222:25 230:13 230:14 238:6
**expects(1)** 109:16
**expend(1)** 44:6
**expenditure(1)** 93:20
**expense(4)** 32:4 44:11
**expenses(1)** 133:22
**experience(6)** 27:22 29:25 77:7 122:15 181:18 196:13
**expert(38)** 32:2 44:2 44:6 44:10 63:8 66:10 112:25 113:19 114:11 116:13 116:22 117:1 117:10 121:25 122:12 122:15 123:18 124:22 125:23 125:2 147:12 147:15 147:19 147:23 149:13 155:23 167:10 177:24 180:3 185:20 185:22 189:8 202:2 212:3 218:11 233:8 233:14
**expertise(5)** 113:6 113:8 113:11 219:1 219:4
**explain(5)** 14:10 23:17 28:15 176:14 177:12 209:2
**explained(2)** 64:3 193:12

**explanation(2)** 166:14 166:18
**explored(1)** 25:4
**express(1)** 88:17
**expressed(1)** 56:23
**expressing(1)** 56:5
**extensive(2)** 84:14 114:3
**extensively(2)** 26:19 84:13
**extent(18)** 11:9 69:14 71:1 71:2 73:13 107:25 130:5 149:19 187:24 188:12 188:20 190:8 192:24 197:24 205:19 207:7 237:20
**extra(1)** 152:18
**extraordinarily(1)** 24:1
**extreme(1)** 159:24
**extremely(3)** 25:13 125:5 150:16
**eyes(1)** 24:9
**face(11)** 20:22 29:3 190:13 190:14 200:18 203:25 224:4 224:9 228:14 228:17 230:9
**face-to-face(2)** 35:9 54:11
**fact(32)** 36:3 38:21 43:7 72:17 74:14 75:13 75:15 75:20 75:24 93:9 96:23 101:5 104:8 113:21 116:13 128:6 141:24 146:10 146:14 146:20 151:18 153:25 163:12 165:20 169:19 180:7 195:22 199:10 207:7 225:19 229:3 234:9
**factor(1)** 153:1
**factors(7)** 68:6 144:16 152:17 155:19 175:6 184:18 195:3
**fagen(1)** 5:23
**fail(1)** 80:14
**fail(1)** 73:14
**fair(50)** 35:2 35:12 35:13 36:9 36:11 36:12 36:14 39:13 41:4 41:23 43:13 43:17 44:11 45:22 46:7 46:17 46:23 52:19 52:24 56:18 57:2 58:3 58:8 61:11 63:25 64:24 65:1 66:7 68:9 68:25 70:19 71:9 71:16 97:21 97:23 97:24 101:14 105:8 105:12 105:22 152:18 163:24 187:19 188:18 188:23 196:15 206:16 224:25 235:14
**fairly(4)** 15:13 87:9 99:14 99:17
**faith(3)** 68:25 73:19
**falls(1)** 153:14
**familiar(4)** 15:9 17:2 23:22 187:16
**fancy(1)** 90:24
**fannie(1)** 114:2
**fans(1)** 12:16
**far(7)** 27:1 67:2 87:2 168:6 176:9 215:20 225:10
**fashion(1)** 4:25 4:42
**fashion(1)** 117:2
**faster(1)** 243:25
**favor(5)** 125:7 127:4 127:10 128:4 130:10 131:3 141:17 143:21 144:15 145:7 157:9 158:12 158:20 159:6 159:7 160:5 160:8 169:3 193:21 193:22 197:21 198:2 198:3 237:16
**favorable(1)** 166:23
**favor"(1)** 156:14
**feasibility(1)** 154:20
**feasible(1)** 154:18
**federal(13)** 31:14 31:24 59:20 60:14 60:19 61:3 73:16 74:17 79:12 92:11 92:14 92:14 122:1
**fee(2)** 44:23 44:24
**feel(7)** 109:11 110:4 110:23 160:10 193:3 199:7 229:11
**fees(3)** 47:6 54:20 93:20
**feld(2)** 3:11 5:22
**felt(2)** 24:21 57:24
**few(6)** 16:6 74:8 112:13 114:1 126:13 185:5 235:20 241:19
**fiduciary(1)** 46:12
**field(1)** 112:12
**figure(2)** 32:17 32:25
**figuring(1)** 32:3
**filed(35)** 22:7 57:11 58:5 58:21 59:2 59:2 59:5 59:18 59:23 76:6 79:9 93:4 114:12 119:10 121:3 126:18 135:6 135:7 136:8 138:13 138:23 196:10 197:16 200:17 201:6 204:22 205:24 205:25 223:19 227:21 228:9 228:13 228:25 234:22 237:2
**filing(5)** 61:19 71:19 83:21 203:22 228:5
**filings(1)** 23:22
**fills(1)** 22:1
**final(13)** 22:3 22:22 23:5 25:2 25:6 31:2 62:3 86:1 87:6 88:21 90:15 90:17 132:13
**finality(1)** 56:4
**finalized(1)** 58:5
**finally(4)** 20:13 22:15 80:9 92:8
**finance(2)** 82:15 111:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| financial(40) | 16:14 31:1 31:4 44:12 44:14 61:10 63:8 83:18 84:11 84:11 86:8 94:25 105:16 105:22 106:7 107:11 111:24 112:1 112:19 113:12 113:20 114:2 119:6 119:7 119:8 119:9 119:12 119:14 120:5 120:10 120:18 127:2 138:5 138:25 151:3 168:4 221:1 221:3 221:9 221:10 | for(301) | 1:2 1:24 2:4 2:18 2:33 3:4 3:10 3:28 3:41 4:4 4:19 4:33 4:46 5:4 5:8 5:16 5:21 5:26 5:30 5:35 5:39 5:43 6:4 6:20 7:4 8:4 8:20 9:11 9:12 11:8 12:3 12:18 12:23 13:6 13:17 13:16 13:22 15:3 16:6 16:24 17:1 18:22 19:10 21:3 21:5 21:16 21:17 21:25 23:6 23:6 23:9 23:21 23:23 24:23 27:17 28:10 29:18 32:14 32:22 33:4 33:7 33:25 33:25 34:1 34:3 34:25 39:3 39:20 41:1 41:4 42:13 43:6 44:8 44:14 44:17 46:19 46:21 47:2 47:24 48:15 48:21 50:1 50:23 52:1 53:24 53:25 54:7 54:24 56:25 61:25 62:7 63:9 63:12 63:24 65:16 65:17 68:12 69:24 70:1 71:4 71:14 73:5 73:12 74:8 76:9 76:12 76:18 76:18 77:4 77:8 78:23 80:4 80:5 80:10 82:16 83:3 83:25 84:3 85:8 85:21 86:8 87:23 88:4 88:14 88:22 89:1 90:19 90:20 90:24 91:1 93:17 94:25 101:24 101:24 103:19 105:14 105:14 106:5 107:24 108:10 109:13 112:5 112:7 112:17 113:2 113:3 114:7 115:16 115:23 115:24 117:25 118:3 118:23 118:25 119:5 119:8 119:12 120:2 120:14 120:24 121:21 123:12 123:24 124:7 124:10 124:14 124:23 124:23 125:20 126:23 126:27 127:19 129:22 129:25 131:24 132:7 132:13 133:3 133:8 133:9 133:10 133:12 134:5 134:12 134:15 134:16 135:14 135:15 135:19 136:7 136:16 137:1 137:3 137:5 137:10 137:23 138:14 138:18 138:23 139:1 139:2 139:4 139:7 139:20 139:16 139:21 139:22 140:2 140:4 140:10 140:22 140:25 141:2 142:7 142:22 143:7 143:14 143:16 144:4 146:3 147:4 148:18 149:13 149:13 150:17 151:4 151:5 152:1 152:23 153:15 154:23 155:6 155:22 156:13 157:12 157:14 157:19 158:8 158:9 158:20 158:23 159:2 159:10 160:2 160:10 161:11 161:17 162:6 163:3 163:12 163:13 163:15 164:4 164:6 164:7 164:8 164:14 165:25 166:10 166:13 166:25 167:5 169:3 169:11 170:10 171:9 171:10 172:8 173:6 173:19 173:22 174:18 175:7 175:25 176:2 176:3 176:13 178:13 180:10 181:21 183:17 184:3 184:19 184:23 184:24 185:4 185:5 185:23 186:1 189:21 190:3 190:6 190:8 191:4 192:8 194:6 194:14 196:22 197:1 197:12 198:22 199:14 199:21 199:23 200:22 201:11 202:22 203:3 204:3 205:11 205:11 205:15 207:13 207:15 207:20 208:10 208:10 208:12 208:15 210:6 211:11 216:7 216:19 217:22 219:13 219:16 220:23 221:16 222:5 223:24 223:25 226:7 227:1 227:2 227:11 227:19 228:7 228:13 228:24 229:11 230:2 232:5 232:8 235:8 235:9 235:15 236:25 237:12 237:15 237:22 237:24 238:17 240:7 240:12 240:25 241:10 242:24 242:15 243:7 243:11 244:22 | from(159) | 9:10 11:2 13:16 16:23 18:1 19:23 20:21 23:4 25:18 29:20 33:5 41:21 43:18 43:22 52:20 54:25 60:22 62:17 63:3 63:18 67:15 71:22 79:19 81:3 81:23 82:19 82:20 83:2 84:4 84:15 84:25 85:9 85:10 85:24 86:3 86:5 86:8 88:7 90:18 91:15 91:19 91:25 92:24 93:1 93:22 95:23 96:1 96:13 96:13 96:25 99:11 102:9 102:9 104:13 105:18 105:24 106:20 107:2 107:3 109:16 111:17 114:10 114:15 116:22 119:9 123:14 127:1 127:2 129:13 129:19 130:6 130:9 132:1 132:7 132:9 132:12 133:20 133:21 133:18 135:6 135:15 136:10 136:13 137:19 138:1 138:9 139:11 139:5 141:14 141:15 141:15 141:25 144:10 144:12 144:24 144:89 150:18 150:21 151:14 151:15 151:16 151:20 152:12 155:13 155:15 161:16 162:15 166:1 166:5 166:7 167:17 169:18 169:14 172:21 173:2 173:2 173:12 173:13 174:4 177:15 181:15 181:20 181:21 185:9 186:1 191:10 193:6 195:16 196:6 197:5 197:18 197:19 203:5 204:2 205:21 207:15 207:22 207:23 207:23 210:5 214:9 217:8 219:18 219:23 220:1 221:11 222:11 222:15 223:2 225:8 225:10 226:14 226:14 227:3 228:5 242:6 245:13 | given(63) | 37:17 38:8 81:1 90:9 91:11 100:19 101:3 115:19 118:22 121:4 121:7 121:8 121:18 123:11 124:2 126:19 127:4 128:3 128:25 134:3 135:2 137:2 140:22 142:9 142:17 147:12 147:15 147:19 148:5 151:2 154:4 158:18 159:9 159:9 163:3 169:11 175:7 175:8 175:9 175:11 175:13 176:11 177:9 178:15 181:18 183:24 195:3 195:14 195:25 198:20 198:21 199:2 199:4 199:6 199:7 199:8 212:12 221:24 225:2 236:1 236:22 238:22 239:10 240:10 241:17 |
| find(3) | 76:17 181:22 181:23 | | | | | gives(2) | 155:3 244:5 |
| fine(10) | 12:11 72:2 116:10 117:3 145:19 179:3 185:7 225:18 238:16 244:18 | | | | | giving(3) | 68:9 148:3 203:20 |
| | | | | | | global(3) | 7:16 33:25 82:11 |
| finger(1) | 3:21 | | | | | gmo(1) | 7:20 |
| finish(7) | 39:14 117:15 156:25 157:5 178:25 184:4 224:22 | | | | | goal(2) | 29:15 155:7 |
| | | | | | | goalposts(1) | 31:24 |
| finished(2) | 157:2 225:6 | | | | | god(1) | 24:24 |
| finishing(1) | 112:9 | | | | | godward(1) | 82:24 |
| finnigan(2) | 4:38 5:4 | | | | | goes(8) | 68:1 68:14 69:15 70:6 152:6 153:5 174:23 194:16 |
| firm(7) | 77:20 82:11 82:15 82:22 82:25 83:9 145:25 | | | | | |
| first(60) | 9:18 12:6 12:23 13:20 16:16 35:17 35:20 35:21 35:23 36:5 36:6 37:22 39:16 40:9 52:20 67:10 67:12 69:7 71:20 72:11 74:9 84:17 84:18 95:6 95:9 99:11 113:3 115:12 115:22 118:19 119:3 123:12 124:4 124:8 125:16 128:10 128:12 128:21 131:2 131:5 132:6 135:4 138:3 140:7 142:19 144:11 152:23 155:1 168:5 186:19 188:15 189:23 192:8 194:19 205:19 206:15 208:10 220:9 224:24 237:16 | | | | | going(96) | 12:5 13:5 24:24 29:16 29:20 30:13 31:18 32:24 56:3 66:21 68:20 69:7 69:11 71:22 76:22 77:2 80:15 81:15 81:16 84:16 85:18 88:8 94:14 94:21 96:10 98:15 100:5 100:8 101:23 123:13 125:22 126:1 127:6 128:7 131:8 131:19 133:4 133:22 133:23 134:7 136:5 137:23 137:25 141:3 141:13 141:13 141:15 144:20 149:10 149:16 149:18 150:2 160:12 161:2 165:2 165:18 165:24 166:3 166:6 166:11 167:2 167:19 169:5 169:8 173:6 176:6 179:23 184:4 184:20 190:4 192:8 193:8 193:16 194:24 194:25 194:25 195:23 195:15 201:12 208:21 209:4 212:22 213:12 213:12 213:17 213:20 214:1 214:4 215:21 223:1 224:8 227:17 229:14 236:18 244:19 |
| fit(1) | 122:1 | | | | | |
| five(11) | 15:9 17:1 23:21 23:23 30:7 64:24 72:1 121:5 158:3 180:16 180:18 | | | front(19) | 22:8 25:11 27:6 27:16 76:19 78:1 89:15 102:20 114:5 155:3 156:1 156:7 177:2 177:7 177:11 180:12 183:6 210:25 242:4 | |
| five-year(1) | 30:11 | | | frustrated(1) | 41:2 | gone(6) | 24:14 32:2 212:10 232:17 234:8 243:25 |
| fix(1) | 47:8 | | | fsd(3) | 220:24 220:25 221:20 | good(33) | 9:3 9:4 9:15 11:13 11:13 11:15 11:16 11:18 14:5 14:7 34:12 34:14 34:15 34:17 36:23 68:15 68:15 73:19 81:9 81:10 81:21 94:11 94:12 94:13 111:1 111:2 111:11 111:12 117:24 117:21 153:12 190:25 219:12 |
| fixed(4) | 44:23 44:24 87:21 102:8 | | | fti(23) | 16:16 17:6 36:1 45:12 46:24 56:21 82:9 82:10 82:18 83:11 83:12 83:13 83:14 83:20 83:23 83:25 86:3 94:25 95:22 102:24 103:8 105:12 105:22 | |
| flag(1) | 22:10 | | | | | |
| flashes(1) | 30:13 | | | fti's(2) | 83:16 105:16 | gotten(2) | 145:7 146:24 |
| flattens(1) | 92:7 | | | full(13) | 19:4 19:11 25:2 56:9 74:24 75:4 75:7 75:9 134:1 143:4 163:21 240:25 | gottlieb(17) | 1:31 13:16 16:4 16:12 16:14 35:19 40:4 49:20 50:20 51:8 52:15 52:22 58:19 72:23 76:3 78:3 145:25 |
| flesh(1) | 86:19 | | | | | |
| flew(1) | 25:20 | | | fully(10) | 27:2 27:24 30:14 62:9 75:6 75:21 87:9 99:14 99:17 160:25 | grabbed(1) | 24:19 |
| flexibility(1) | 201:2 | | | | | graduated(1) | 82:19 |
| flip(3) | 127:15 127:15 127:17 | | | fund(5) | 144:2 144:23 155:14 174:22 182:15 | graduation(2) | 82:22 112:6 |
| floated(1) | 50:13 | | | fundamentals(1) | 69:2 | grand(1) | 215:19 |
| floor(4) | 1:27 2:29 3:44 4:8 | | | funds(5) | 105:4 173:6 181:20 181:24 221:13 | graph(1) | 91:25 |
| flow(17) | 113:17 113:17 169:6 169:8 174:13 175:6 181:4 181:10 181:12 181:13 185:3 188:8 189:13 189:15 190:20 193:5 219:9 | | | further(38) | 11:1 18:20 18:25 18:25 21:8 23:15 24:6 24:24 34:9 53:4 54:25 56:14 56:18 73:24 76:14 80:18 89:10 94:8 107:17 107:20 130:11 141:22 142:14 143:23 144:17 152:12 152:17 157:10 171:17 173:12 184:7 191:23 228:6 235:18 237:5 238:13 238:16 245:3 | gratuitous(1) | 179:13 |
| | | | | | | great(2) | 25:9 84:16 |
| flow-through(1) | 152:15 | | | | | greater(2) | 93:1 178:7 |
| flow-throughs(1) | 153:23 | | | | | greatest(2) | 34:5 137:1 |
| flowed(1) | 32:5 | | | futile(2) | 32:8 44:10 | green(2) | 92:8 92:10 |
| flowing(1) | 219:18 | | | futility(1) | 44:17 | green's(1) | 64:12 |
| flows(1) | 120:5 | | | future(7) | 90:10 120:7 134:1 134:2 165:2 165:19 229:3 | gross(5) | 1:19 41:11 81:22 118:5 118:6 |
| fluctuations(1) | 142:10 | | | | | ground(4) | 16:24 24:23 24:23 27:2 |
| fluidity(1) | 17:3 | | | gaap(7) | 113:11 113:14 119:13 151:14 200:22 227:10 229:3 | groundwork(1) | 34:3 |
| flying(1) | 96:16 | | | | | group(17) | 2:19 8:4 8:8 27:5 30:6 30:17 30:22 42:22 83:18 85:10 95:1 114:2 138:23 138:24 186:18 196:14 243:12 |
| focus(13) | 33:19 121:6 151:25 153:21 156:6 170:21 179:23 196:5 215:22 217:13 223:23 224:8 230:22 | | | gaines(1) | 7:25 | |
| | | | | gallagher(2) | 4:25 4:42 | |
| focused(1) | 232:3 | | | gambit(1) | 139:17 | grouping(1) | 72:13 |
| focusing(4) | 153:22 153:25 179:17 187:4 | | | game(2) | 12:13 240:3 | groups(1) | 29:23 |
| foggy(1) | 40:12 | | | garage(3) | 92:24 92:25 210:9 | grout(2) | 4:38 5:4 |
| folks(1) | 40:12 | | | gather(2) | 234:19 234:22 | grow(4) | 91:21 92:4 92:24 92:25 |
| follow(8) | 80:19 80:21 84:10 94:16 102:15 116:16 116:18 172:12 | | | gathered(2) | 144:13 235:2 | guarantee(1) | 134:15 |
| | | | | gave(9) | 42:15 43:9 43:12 97:19 130:10 172:10 183:25 198:19 217:11 | guaranteed(5) | 23:1 23:1 23:5 76:6 124:8 |
| following(16) | 42:3 55:6 57:6 82:22 84:20 84:24 87:20 88:14 98:15 100:18 100:18 101:16 102:4 112:11 158:11 168:21 | | | | | guarantees(1) | 139:17 |
| | | | | gee(1) | 32:21 | guc's(1) | 93:24 |
| follows(1) | 37:6 | | | general(10) | 43:5 83:2 93:24 139:7 152:5 170:18 170:19 176:9 179:22 237:7 | guerra(1) | 45:20 |
| football(2) | 12:12 12:13 | | | | | guess(8) | 35:3 39:17 60:24 68:18 74:8 85:25 114:12 240:19 |
| footnotes(1) | 176:11 | | | generally(10) | 15:17 15:25 20:16 70:23 78:17 79:3 113:7 146:13 165:24 223:10 | |
| | | forced(1) | 67:6 | | | guide(2) | 119:14 120:9 |
| | | forecast(11) | 164:14 164:20 164:21 164:22 165:1 165:3 165:6 165:19 165:19 167:4 | get(71) | 18:23 18:25 19:7 20:12 24:17 24:24 25:13 25:15 26:4 28:6 29:15 30:16 30:17 33:8 33:9 34:2 44:22 45:4 61:10 64:25 68:10 74:4 80:11 80:16 80:15 80:25 85:25 88:10 88:11 101:23 109:9 109:14 110:12 117:13 118:25 127:16 133:4 138:10 144:10 144:15 146:7 146:8 146:18 146:19 150:11 154:1 154:9 159:10 160:12 161:2 163:6 171:12 191:24 194:21 197:11 207:13 208:2 215:21 221:21 222:20 223:1 229:15 230:22 236:2 239:4 239:17 240:11 241:6 243:6 244:23 244:9 | guided(1) | 151:5 |
| | | forecasted(4) | 136:13 169:6 169:8 169:9 | | | gump(5) | 3:11 5:22 53:25 76:4 79:2 |
| | | forecasts(4) | 113:17 165:2 165:17 165:24 | | | guyder(3) | 5:10 41:3 41:7 |
| | | foregoing(1) | 245:12 | | | habit(1) | 59:11 |
| | | foreign(2) | 155:16 174:21 | gets(5) | 94:4 183:20 193:6 195:6 223:3 | |
| | | forget(1) | 202:13 | getting(4) | 28:23 30:22 32:21 108:7 | |
| | | forgive(2) | 117:19 238:24 | gianis(1) | 1:35 | |
| | | fork(1) | 11:23 | giants(1) | 121:23 | |
| | | form(10) | 26:15 86:17 87:21 88:1 88:1 88:3 106:5 119:10 177:17 196:10 | ginger(1) | 1:41 | |
| | | | | give(14) | 55:12 68:6 75:17 97:12 140:20 147:23 160:25 165:1 183:8 188:4 188:6 195:24 202:15 221:23 | |
| | | formal(3) | 15:7 31:10 104:16 | | | |
| | | formally(1) | 78:22 | give-and-take(5) | 17:8 17:12 17:13 19:20 31:3 | |
| | | formed(2) | 26:17 115:21 | give-and-takes(1) | 20:25 | |
| | | former(1) | 5:16 | | | |
| | | formula(3) | 131:21 131:23 156:15 | | | |
| | | forth(4) | 15:3 19:22 86:11 221:12 | | | |
| | | forward(7) | 66:23 71:11 109:9 110:7 133:22 134:8 163:15 | | | |
| | | forwarded(1) | 104:4 | | | |
| | | found(6) | 73:13 74:16 115:13 138:8 140:12 140:16 | | | |
| | | foundation(4) | 16:24 47:17 129:5 129:10 | | | |
| | | founded(1) | 83:7 | | | |
| | | four(5) | 60:19 97:21 169:12 178:5 202:8 | | | |
| | | fourth(1) | 204:21 | | | |
| | | framed(1) | 85:20 | | | |
| | | framework(1) | 24:23 | | | |
| | | france(6) | 31:18 185:19 187:21 189:22 192:12 195:23 | | | |
| | | frankly(7) | 18:22 20:19 28:11 32:9 33:2 33:14 205:11 | | | |
| | | fraud(2) | 111:25 112:21 | | | |
| | | fred(2) | 3:13 54:4 | | | |
| | | free(1) | 110:24 | | | |
| | | fresh(1) | 243:21 | | | |
| | | friday(3) | 242:3 242:12 242:14 | | | |
| | | friedman(2) | 6:13 7:21 | | | |
| | | friend(1) | 212:23 | | | |

| Word | Page:Line |
|---|---|
| had(255) 9:24 10:21 16:4 16:16 16:19 16:24 16:24 16:25 17:4 17:17 17:24 18:20 20:9 21:21 23:24 24:1 25:16 25:20 25:23 26:17 26:24 27:3 27:7 27:22 28:25 29:6 29:13 30:4 30:6 30:12 30:19 32:19 34:24 35:2 35:5 35:5 35:24 35:24 36:1 38:1 38:21 38:22 38:23 39:10 39:11 39:11 39:17 39:18 40:11 40:15 40:20 41:24 42:3 44:11 44:25 46:7 46:15 46:18 46:21 46:22 47:1 47:5 50:1 50:13 50:17 50:20 51:1 51:7 51:25 52:8 53:8 53:13 54:10 54:19 55:23 55:25 55:24 56:18 56:20 56:21 56:23 58:3 58:10 58:16 58:21 59:5 60:2 62:23 62:25 67:16 69:21 71:6 71:16 76:1 76:10 78:13 79:1 79:7 79:11 79:16 79:22 80:3 81:17 81:18 84:2 84:10 86:3 86:24 87:21 88:6 88:9 89:20 89:21 93:17 93:23 94:3 94:5 97:19 100:21 100:22 103:9 105:18 105:24 106:20 107:10 108:10 114:6 119:3 119:6 119:22 119:23 120:4 121:3 122:15 122:18 123:13 123:15 124:3 124:13 124:18 124:18 129:20 129:22 129:25 130:14 131:24 134:25 135:8 136:8 136:9 137:15 140:25 142:6 143:1 143:6 144:12 145:2 146:25 150:18 159:25 161:16 161:16 163:24 164:2 164:21 165:7 165:9 165:9 165:11 165:11 165:11 165:12 165:13 165:19 165:16 166:13 167:1 167:6 168:6 169:3 169:4 171:13 172:8 172:11 172:12 172:17 172:21 173:14 173:17 173:21 173:24 173:25 174:5 177:14 178:16 178:16 179:22 180:11 181:15 188:6 188:11 188:14 189:24 189:25 192:8 192:17 194:14 194:19 195:4 197:20 200:4 201:1 202:9 203:25 210:19 210:19 212:6 212:16 216:18 216:23 217:5 218:11 226:4 228:9 228:10 228:13 228:25 230:9 230:24 231:8 232:16 232:22 232:22 233:13 233:20 234:1 234:5 237:3 237:14 238:2 238:3 238:4 238:5 240:1 240:2 240:10 241:15 241:17 241:17 241:19 243:25 |  |
| hadley(4) 2:19 5:31 81:12 81:23 |  |
| halcyon(1) 6:12 |  |
| half(5) 109:13 159:23 168:7 169:12 169:19 |  |
| half-day(1) 240:25 |  |
| hall(1) 5:11 |  |
| hamilton(1) 1:31 |  |
| hand(16) 26:11 36:16 36:21 37:2 47:24 48:9 48:20 72:7 76:14 78:2 80:6 107:16 119:10 171:19 186:4 203:7 213:17 |  |
| handed(3) 74:10 105:7 214:21 |  |
| handful(3) 10:9 10:12 25:24 |  |
| handling(1) 242:19 |  |
| happen(7) 13:8 29:21 30:13 78:10 166:11 166:14 211:20 |  |
| happened(13) 16:23 21:1 30:3 37:22 39:9 39:21 56:21 59:9 83:6 85:24 87:4 103:22 232:22 |  |
| happening(3) 142:3 155:20 195:10 |  |
| happens(1) 33:3 |  |
| happy(8) 28:12 48:20 110:7 116:22 117:3 117:15 130:8 240:9 |  |
| hard(5) 9:25 235:22 238:22 244:1 244:4 |  |
| harrisburg(1) 1:45 |  |
| has(48) 25:3 25:7 30:3 30:19 46:12 66:11 67:17 69:4 69:24 69:25 74:4 78:21 81:17 83:20 83:23 84:14 93:4 105:12 108:20 116:7 116:17 116:18 117:17 122:11 122:21 147:17 153:9 157:2 164:17 164:19 169:11 178:6 185:4 186:22 198:23 202:4 203:16 207:19 215:2 223:9 224:24 225:6 235:15 236:14 242:9 |  |
| hasn't(1) 81:18 |  |
| hasn't(1) 22:1 |  |
| hauer(2) 3:11 5:22 |  |

| Word | Page:Line |
|---|---|
| have(301) 9:13 9:24 10:11 10:22 11:9 11:22 12:22 13:5 16:10 17:22 18:17 19:11 20:16 22:5 22:8 23:23 24:2 26:17 29:15 30:9 30:18 30:24 30:24 32:2 32:5 32:6 32:21 32:22 32:22 33:25 34:9 35:9 35:10 36:1 36:10 37:2 37:7 38:7 38:16 38:19 39:6 39:19 39:24 40:20 41:7 41:9 42:9 45:5 45:11 45:12 45:15 47:16 47:17 47:21 49:1 49:3 49:9 49:15 49:16 50:21 51:5 51:10 51:13 52:8 52:11 52:14 53:24 54:13 54:24 55:16 56:10 60:15 63:8 63:10 66:4 68:20 70:7 70:8 70:23 71:3 72:6 73:24 74:8 74:20 78:15 79:14 81:21 81:25 82:20 84:1 84:21 87:25 88:11 88:14 88:16 88:18 88:19 89:2 89:17 90:18 90:23 90:24 91:1 92:3 94:8 96:11 96:11 100:10 100:7 106:8 106:10 106:12 106:25 107:17 107:22 107:23 107:25 108:22 109:7 109:25 111:6 111:15 111:16 111:18 111:21 111:25 112:3 113:19 113:22 114:1 115:5 115:17 116:4 116:5 116:12 116:14 117:4 118:4 118:17 122:4 122:8 122:11 122:17 122:18 122:24 125:11 126:20 127:3 127:17 128:19 129:1 129:11 131:14 132:8 134:10 134:19 134:24 135:2 136:17 137:21 141:14 141:14 141:15 143:19 144:4 145:8 150:12 150:21 152:16 154:3 154:4 154:9 155:13 155:14 155:16 155:17 156:1 156:7 156:11 157:7 157:13 158:13 158:25 159:19 159:20 159:20 159:21 159:22 159:25 160:2 160:3 160:11 160:17 160:25 161:6 163:2 163:17 163:19 163:25 164:5 164:19 165:15 167:16 167:18 168:1 168:13 169:6 169:20 170:2 170:7 171:5 171:8 172:19 172:23 173:2 173:14 173:18 173:21 174:17 174:22 174:23 176:7 176:12 177:1 177:7 177:11 178:20 179:6 180:11 181:19 182:24 183:5 183:11 183:14 183:23 184:5 188:9 189:9 190:1 190:6 190:23 194:1 195:9 195:15 195:22 197:16 199:8 200:4 200:6 201:6 201:19 201:18 201:19 202:6 202:14 205:11 205:12 205:16 206:1 207:4 207:6 208:16 209:13 210:3 210:8 210:10 210:24 210:25 211:4 211:24 215:24 217:20 217:21 218:23 219:1 219:4 222:7 223:19 224:14 224:21 225:9 226:8 229:7 229:9 230:7 230:24 231:5 231:16 231:1 232:2 232:17 232:22 232:23 |  |
| haven't(3) 10:21 66:8 88:15 |  |
| haven't(14) 159:9 168:7 169:20 172:20 172:21 172:25 190:19 190:24 191:3 191:6 196:2 200:8 209:10 211:23 |  |
| having(12) 28:1 35:14 40:23 137:7 169:1 170:8 174:25 175:1 175:11 188:9 195:10 241:6 |  |
| hbk(1) 7:12 |  |
| he'll(1) 47:17 |  |
| he's(2) 81:16 129:18 |  |
| head(4) 70:16 127:16 201:8 201:20 |  |
| heading(1) 97:2 |  |
| heads(2) 32:16 127:18 |  |
| heap(6) 11:1 30:12 41:1 130:6 145:16 225:24 |  |
| heard(12) 30:19 51:6 84:14 86:23 87:24 117:7 130:4 183:14 213:2 222:10 237:22 239:14 |  |
| hearing(17) 11:3 54:8 57:18 66:20 67:11 67:15 69:8 71:13 84:23 240:4 240:22 241:17 241:19 242:4 243:14 244:3 245:9 |  |
| hearings(2) 67:23 241:6 |  |
| hearsay(2) 77:3 77:15 |  |
| heart(1) 68:14 |  |
| heat(1) 16:8 |  |
| held(3) 92:12 99:3 225:12 |  |
| hellman(1) 82:23 |  |
| hello(1) 118:8 |  |
| help(4) 215:13 234:19 234:21 237:10 |  |
| helped(2) 30:24 229:8 |  |
| helpful(6) 55:12 107:5 108:25 109:15 235:25 240:11 |  |
| herbert(1) 5:26 |  |
| here(58) 9:11 10:1 11:25 24:24 26:8 27:5 28:2 31:12 32:22 33:19 39:7 50:10 50:14 51:15 52:7 59:14 67:23 68:15 69:13 76:18 76:19 78:24 81:21 81:22 92:9 97:1 107:14 110:9 134:24 141:21 142:10 146:1 147:7 147:22 149:13 149:13 149:15 164:2 167:1 180:18 186:6 195:7 202:2 202:9 202:14 202:17 204:20 205:20 207:11 208:7 220:2 220:6 231:3 236:2 241:20 241:21 242:16 243:8 |  |
| herring(1) 33:14 |  |
| hesitate(2) 71:24 110:18 |  |
| hey(1) 75:18 |  |
| he's(1) 224:25 |  |
| high(3) 17:23 201:15 206:21 |  |
| higher(17) 18:22 42:19 70:25 125:23 125:23 126:6 133:22 134:5 142:2 149:9 149:10 152:25 153:1 193:14 193:17 198:19 203:21 |  |
| highly(1) 192:3 |  |
| him(12) 40:22 40:20 47:21 54:13 74:4 88:9 117:4 129:18 220:9 221:5 224:25 225:12 |  |
| himself(1) 86:7 |  |

| Word | Page:Line |
|---|---|
| hire(1) 44:9 |  |
| hired(1) 32:2 |  |
| his(35) 36:16 38:25 56:5 56:11 59:7 69:25 70:2 70:7 70:8 70:8 70:9 77:6 88:17 88:18 93:23 117:4 117:15 121:25 121:25 122:1 128:22 129:1 129:10 130:13 150:10 157:2 178:25 186:1 191:18 192:14 220:5 225:6 225:11 225:12 230:3 |  |
| historical(2) 120:4 133:7 |  |
| historically(1) 173:1 |  |
| history(5) 15:15 26:1 112:5 121:6 182:6 |  |
| hoarse(1) 145:18 |  |
| hoc(5) 2:18 5:30 81:14 83:18 95:1 |  |
| hodara(7) 3:13 13:7 47:5 54:4 54:11 54:19 |  |
| hogan(2) 4:34 4:47 |  |
| holder(2) 20:11 189:3 |  |
| holding(1) 72:13 |  |
| holistic(1) 20:18 |  |
| home(1) 114:2 |  |
| honestly(2) 24:18 42:16 |  |
| honor(122) 9:7 9:10 9:11 10:2 10:5 10:5 10:9 10:13 10:20 10:23 11:1 11:3 11:18 11:15 11:19 12:11 13:10 13:15 13:18 14:7 27:4 34:14 34:15 36:15 36:18 36:22 37:19 38:4 38:17 39:4 47:11 48:9 48:15 48:23 59:6 66:16 67:4 67:10 69:6 70:13 71:25 73:25 76:22 80:21 80:23 81:9 81:15 81:18 84:23 90:22 94:11 107:18 107:22 108:16 108:18 109:3 109:6 110:1 110:5 110:11 111:1 116:2 116:7 116:14 116:16 117:3 117:14 118:17 121:24 122:4 128:19 129:12 130:6 130:12 130:21 145:21 156:2 157:1 159:11 183:5 184:25 185:13 186:8 188:17 212:17 212:24 213:8 213:16 219:25 220:7 220:14 224:23 225:7 225:15 225:16 225:17 225:23 236:1 236:2 236:7 237:6 238:12 238:18 238:25 240:13 240:14 241:14 241:15 241:21 242:9 242:13 243:5 243:19 244:1 244:11 244:15 244:21 244:25 245:1 245:6 |  |
| honor's(2) 48:15 130:4 |  |
| honorable(1) 1:19 |  |
| honor's(1) 239:9 |  |
| hood(2) 66:21 68:11 |  |
| hook(1) 90:3 |  |
| hope(6) 9:23 110:17 167:10 244:13 |  |
| hoped(2) 80:11 94:5 |  |
| hopefully(3) 74:5 80:2 93:19 |  |
| hoping(1) 10:1 |  |
| hotel(2) 95:19 95:20 |  |
| hour(6) 69:24 109:18 109:20 109:23 109:23 235:8 |  |
| hour's(1) 119:13 |  |
| hourly(1) 44:22 |  |
| hours(9) 63:3 109:24 145:14 185:5 219:13 234:16 235:17 242:24 243:3 |  |
| how(6) 19:17 20:1 21:22 29:7 31:17 31:19 51:23 51:23 52:5 66:24 67:2 80:7 83:20 85:10 85:19 85:20 89:6 90:14 110:3 112:3 113:13 120:10 120:16 130:16 132:19 135:13 136:7 140:11 144:9 147:7 149:7 165:9 169:21 169:22 170:19 190:25 191:4 191:24 192:5 192:6 193:4 202:19 207:2 217:11 242:17 |  |
| hubbard(1) 2:33 |  |
| huberty(1) 2:34 |  |
| huge(1) 206:4 |  |
| hughes(1) 3:34 |  |
| hundred(2) 193:2 234:16 |  |
| hundreds(3) 30:2 174:12 192:11 |  |
| i'd(8) 20:4 47:4 47:12 73:2 90:22 114:5 114:18 128:10 |  |
| i'm(75) 10:6 10:13 12:8 14:12 15:9 18:5 20:7 23:21 31:5 31:16 31:22 32:2 37:13 37:20 38:19 39:8 39:23 47:4 48:4 48:20 49:17 50:9 50:14 54:17 58:12 62:25 66:16 67:6 67:14 68:12 71:22 72:6 75:18 76:22 77:2 78:5 79:17 82:9 82:13 82:15 84:15 85:3 85:13 85:21 87:14 87:19 89:23 90:4 93:11 94:21 95:22 95:25 96:10 96:12 96:25 97:11 97:25 98:3 100:5 100:8 103:16 103:25 104:3 111:23 111:24 112:14 116:22 116:22 117:17 117:18 117:18 117:19 122:23 126:2 123:16 123:17 |  |
| i've(31) 14:19 14:22 14:25 14:25 15:2 15:4 15:5 15:6 15:10 23:20 25:7 30:11 41:2 48:18 64:3 67:22 83:25 91:10 109:12 112:10 112:21 112:22 112:13 112:18 113:11 113:14 113:22 116:5 123:1 123:1 126:1 |  |
| idea(6) 24:19 56:5 78:18 79:5 127:15 192:25 |  |
| identical(3) 87:16 202:24 202:25 |  |
| identified(1) 137:20 |  |
| identify(2) 114:17 121:9 |  |
| ignore(1) 184:10 |  |
| ignored(3) 154:8 165:17 176:15 |  |
| illusory(1) 68:6 |  |
| imagination(2) 79:1 79:5 |  |
| imagine(2) 63:20 63:22 |  |
| immaterial(2) 144:6 144:6 |  |
| immediate(1) 169:3 |  |
| immediately(4) 82:21 84:20 108:21 117:14 |  |
| impact(5) 69:4 115:5 119:20 131:13 202:4 |  |

| Word | Page:Line |
|---|---|
| impacts(1) 43:9 |  |
| impaired(6) 73:14 74:16 75:13 75:16 75:18 117:19 |  |
| impasse(2) 18:13 18:16 |  |
| impeachment(1) 39:4 |  |
| impediment(7) 23:25 24:6 24:10 24:22 33:21 34:6 57:24 |  |
| imply(1) 194:24 |  |
| importance(1) 33:11 |  |
| important(4) 26:22 28:22 99:25 154:12 |  |
| importantly(2) 92:23 195:16 |  |
| impose(1) 242:10 |  |
| impossible(1) 144:7 |  |
| in-person(3) 35:20 36:2 51:11 |  |
| inaccurate(3) 184:12 184:13 184:14 |  |
| inc(3) 1:8 6:44 8:12 |  |
| inclined(1) 130:6 |  |
| include(28) 14:15 74:22 88:3 125:2 142:25 143:25 144:2 144:3 149:3 155:21 162:2 162:3 170:14 174:3 176:4 176:6 180:24 182:1 189:15 205:18 205:19 207:10 209:21 212:5 219:18 223:24 226:10 229:13 |  |
| included(32) 29:2 29:7 53:13 73:12 74:18 74:19 74:21 87:23 89:23 99:22 120:21 121:3 121:5 132:5 137:25 139:9 139:9 147:25 169:6 172:7 178:12 181:1 181:11 197:20 199:5 207:7 208:5 208:8 209:8 209:12 219:23 223:21 |  |
| includes(4) 104:6 206:4 206:13 206:18 |  |
| including(23) 14:24 29:10 30:22 46:12 73:15 74:14 75:2 79:25 87:17 107:10 110:18 113:16 119:7 119:10 123:3 130:3 151:3 154:15 184:23 195:21 197:23 210:1 222:22 |  |
| incomplete(1) 68:20 |  |
| inconsistent(1) 220:2 |  |
| incorporate(2) 180:4 230:12 |  |
| incorrect(1) 161:22 |  |
| increase(10) 127:7 140:10 140:12 140:18 140:19 141:23 142:9 153:3 199:5 210:8 |  |
| increased(7) 60:22 140:11 141:24 152:12 159:19 160:3 209:19 |  |
| increases(1) 210:2 |  |
| incurred(1) 234:15 |  |
| indemnification(1) 101:24 |  |
| indemnity(1) 21:3 |  |
| indenture(10) 21:1 21:5 21:8 47:7 54:1 54:20 76:5 76:9 77:22 101:24 |  |
| indentures(1) 104:9 |  |
| independent(2) 79:21 139:4 |  |
| indicated(5) 23:20 55:20 56:7 141:6 163:14 |  |
| indicates(2) 96:16 103:7 |  |
| indicating(1) 200:5 |  |
| indication(1) 102:23 |  |
| indicative(2) 48:24 49:18 |  |
| individual(6) 137:23 178:22 190:14 196:22 197:3 197:17 |  |
| informal(1) 15:7 |  |
| informally(1) 78:23 |  |
| information(29) 47:20 51:10 112:21 119:6 119:7 119:8 119:19 120:18 120:25 121:3 121:3 127:7 128:20 130:2 134:23 135:8 137:24 138:8 151:12 178:2 208:5 212:11 216:11 229:18 230:24 230:24 234:19 234:22 240:21 |  |
| informative(1) 26:20 |  |
| informed(3) 27:2 27:24 102:24 |  |
| ingersoll(1) 2:4 |  |
| initial(8) 16:3 16:23 17:3 85:11 85:14 120:14 142:23 236:13 |  |
| initially(4) 17:25 125:6 137:20 142:7 |  |
| inject(1) 240:2 |  |
| inputs(4) 119:5 119:6 189:12 235:3 |  |
| inquire(1) 179:9 |  |
| inquiries(1) 183:16 |  |
| inquiring(1) 79:4 |  |
| insert(1) 149:20 |  |
| insignificantly(4) 138:17 139:1 197:19 202:24 |  |
| insisted(2) 19:2 19:4 |  |
| insistence(1) 27:13 |  |
| insolvency(3) 196:20 197:9 218:13 |  |
| instance(12) 120:3 126:23 127:6 143:17 159:2 162:15 163:13 167:5 190:3 218:20 234:15 237:15 |  |
| instead(2) 115:1 232:15 |  |
| instructed(2) 211:7 211:17 |  |
| instructions(1) 179:10 |  |
| insufficient(1) 105:4 |  |
| insurance(1) 181:21 |  |
| intellectual(4) 167:10 167:12 167:15 167:18 |  |
| intend(2) 68:10 69:19 |  |
| intended(4) 141:9 143:25 144:1 144:3 |  |
| intending(1) 69:1 |  |
| intends(1) 67:2 |  |
| intense(1) 121:5 |  |

| Word | Page:Line |
|---|---|
| intention(3) 67:20 67:21 200:6 | |
| intentionally(1) 21:24 | |
| interacted(1) 84:13 | |
| interactions(1) 98:9 | |
| intercompany(12) 154:2 166:1 166:25 170:6 170:7 170:10 170:23 176:12 176:12 180:24 181:1 205:6 | |
| interest(109) 15:16 17:17 19:3 22:12 22:23 23:12 23:15 26:16 27:8 27:9 27:13 27:14 27:14 27:15 27:15 27:17 27:18 28:7 28:16 29:8 29:23 29:24 31:14 33:12 33:18 73:6 73:16 74:13 74:14 74:25 75:1 75:1 75:2 75:2 75:5 75:5 75:8 75:15 75:17 76:10 76:12 76:13 76:14 76:25 77:16 77:19 77:19 77:20 77:23 77:23 78:11 78:14 78:16 78:17 79:9 79:13 80:5 84:24 85:6 85:7 88:21 89:1 89:6 89:18 89:21 90:5 90:6 90:12 90:15 90:18 91:18 91:19 91:21 92:1 92:4 92:10 92:12 92:14 92:21 92:22 93:1 103:13 108:1 108:8 134:17 135:17 137:14 137:22 139:9 144:3 162:2 162:4 162:22 188:17 192:17 208:22 209:5 209:20 209:22 209:20 210:7 211:9 211:18 211:21 215:17 215:23 | |
| interested(4) 6:20 7:4 8:4 46:16 | |
| interesting(1) 49:8 | |
| interests(8) 9:13 28:3 28:3 93:24 135:1 185:17 195:21 195:25 | |
| intermarket(1) 7:44 | |
| intermediate(1) 112:19 | |
| international(1) 112:1 | |
| internet(7) 167:20 167:22 168:8 169:1 169:14 169:24 170:3 | |
| interpretation(2) 119:11 119:13 | |
| interrupt(2) 185:2 229:17 | |
| interrupted(1) 179:1 | |
| into(60) 20:12 21:2 23:18 28:8 29:16 29:22 30:15 32:5 32:23 60:3 62:3 67:20 68:7 68:11 68:19 69:1 92:7 92:19 108:7 113:4 120:7 121:5 127:8 128:4 134:6 135:2 137:2 142:12 144:16 144:20 149:20 154:1 159:10 160:12 160:20 165:22 167:5 173:22 174:13 178:10 180:20 183:9 187:23 187:25 189:12 189:13 189:15 189:16 189:18 191:4 191:22 194:16 194:22 194:22 208:24 209:10 221:21 229:15 238:5 | |
| intra-creditor(1) 21:23 | |
| invade(1) 67:21 | |
| investigating(1) 194:11 | |
| investigation(2) 169:21 233:9 | |
| investment(1) 8:4 | |
| involve(1) 89:11 | |
| involved(30) 14:20 14:22 14:23 15:1 15:2 15:4 15:12 15:20 16:11 17:1 23:21 34:20 35:22 44:19 71:10 76:3 76:7 76:20 84:7 84:8 113:10 113:14 113:22 113:22 113:25 119:16 119:11 120:3 122:13 155:18 | |
| involvement(5) 16:3 35:3 84:1 95:6 95:9 | |
| involving(1) 113:10 | |
| ireland(13) 31:18 185:18 186:20 186:23 187:4 187:5 187:20 189:22 191:20 195:13 195:25 219:17 221:24 | |
| irrelevant(1) 204:5 | |
| isn't(45) 34:21 35:11 36:11 41:12 41:21 42:1 43:13 43:17 44:3 44:6 44:17 45:2 46:13 47:3 52:3 52:12 52:16 58:13 58:17 58:20 59:5 59:20 60:4 61:4 62:1 62:4 63:5 63:19 63:25 65:1 65:19 65:25 70:21 72:17 73:9 73:16 97:24 100:3 102:4 102:17 102:25 103:10 103:20 103:23 105:20 | |
| isn't(12) 146:11 174:23 195:1 195:17 214:15 218:9 219:9 221:25 224:25 233:9 233:20 | |
| issuance(1) 29:4 | |
| issue(53) 10:22 11:9 24:22 25:1 25:9 27:7 29:17 29:19 31:12 31:12 31:16 31:23 33:24 34:1 34:22 41:12 42:7 43:4 43:23 50:24 54:12 54:17 56:15 56:19 57:3 58:21 59:19 61:12 64:4 71:3 76:13 76:23 78:25 80:5 80:10 84:23 85:7 89:5 101:11 101:22 103:10 104:12 107:25 108:9 129:9 147:20 170:20 182:17 185:3 236:23 239:21 240:3 240:6 | |
| issued(1) 112:2 | |
| issues(38) 17:22 20:16 20:17 20:20 21:24 27:3 27:24 53:16 56:8 56:10 59:8 66:23 68:10 78:17 80:12 93:16 99:21 101:10 102:2 102:2 112:21 113:13 113:18 117:16 134:2 144:5 147:16 149:6 150:22 152:19 153:21 171:18 173:9 173:10 173:12 175:15 219:12 | |
| it's(72) 9:16 11:4 22:21 25:4 25:5 25:5 28:10 28:20 29:18 30:20 32:8 32:9 34:12 36:3 36:8 36:12 37:5 39:3 41:4 41:23 44:11 44:24 46:7 48:1 48:16 48:17 48:23 55:14 56:18 58:8 64:24 66:1 66:3 66:5 66:6 67:20 67:21 68:9 68:25 76:8 77:3 77:4 77:4 77:7 77:15 80:25 81:20 82:8 84:10 85:12 85:25 86:1 88:8 89:10 98:15 98:16 99:22 99:24 103:13 104:13 106:20 108:24 112:19 125:19 128:19 129:19 130:9 | |
| it."(1) 211:23 | |
| italics(1) 158:11 | |
| item(6) 132:19 176:5 176:6 182:12 182:13 192:3 | |
| items(18) 10:14 10:15 10:16 10:19 10:19 109:16 121:10 135:14 137:23 141:12 142:16 164:10 180:16 184:22 192:25 206:6 207:20 227:5 | |
| iteration(1) 87:15 | |
| its(9) 20:13 32:14 152:24 164:18 187:14 187:15 188:22 190:21 195:23 | |
| itself(2) 119:11 216:5 | |
| it's(97) 136:14 141:3 141:12 141:19 144:9 144:10 144:11 145:4 145:4 145:8 146:9 146:16 149:16 149:18 150:2 150:4 154:8 154:18 157:15 157:16 158:3 158:19 158:19 158:23 159:15 160:17 161:25 162:21 164:22 166:2 166:9 171:21 174:2 174:22 174:22 174:25 174:24 176:7 176:15 177:1 177:2 177:22 177:3 177:5 179:13 179:13 181:18 182:13 182:13 184:18 185:12 185:18 186:12 187:19 194:10 194:11 196:13 201:12 201:16 201:18 201:21 201:23 204:6 205:15 205:11 205:17 205:25 207:20 207:13 207:15 208:16 211:21 211:11 211:14 220:7 220:17 221:14 223:20 225:6 226:15 221:11 221:11 223:14 223:14 223:19 224:6 225:11 227:16 227:19 227:20 227:23 228:2 229:11 231:11 235:17 236:18 237:4 237:18 239:2 241:14 242:10 243:1 243:12 243:21 | |
| i'd(20) 139:13 146:5 156:6 161:6 167:9 170:6 171:19 175:23 176:7 176:25 182:19 182:23 183:25 184:1 185:16 201:9 203:7 204:12 236:2 239:8 | |
| i'll(14) 146:3 146:19 154:7 154:9 155:3 160:25 162:25 179:5 199:9 203:4 214:7 217:19 220:11 220:22 | |
| i'm(88) 131:8 131:19 136:5 137:5 145:17 145:24 146:1 147:9 148:5 150:1 150:6 150:8 154:22 155:2 157:1 157:3 157:25 158:1 158:3 160:5 160:22 160:23 161:2 164:20 165:18 165:21 165:21 165:24 166:8 166:22 167:19 175:19 176:4 176:6 176:19 177:4 177:12 178:19 183:5 184:5 184:17 184:22 189:5 190:1 190:15 192:22 192:25 194:23 194:24 197:6 202:8 207:19 210:21 211:10 211:11 211:14 211:24 214:22 214:24 214:19 218:4 218:10 220:14 221:3 224:8 224:15 224:23 225:7 225:8 226:15 227:7 227:22 227:7 240:9 242:14 243:8 | |
| i've(34) 134:17 141:17 142:15 144:7 146:2 147:17 160:10 170:12 175:5 175:15 176:13 181:17 181:18 189:4 189:6 190:7 191:22 193:23 195:7 198:24 198:25 202:8 203:5 207:9 207:10 208:8 211:23 223:21 224:25 226:1 237:22 238:13 243:18 | |
| jack(1) 7:33 | |
| jacob(2) 2:12 34:15 | |
| jacques(1) 5:45 | |
| jaime(1) 2:41 | |
| james(4) 1:32 3:35 4:7 7:17 | |
| january(4) 14:21 83:22 135:8 228:14 | |
| jefferies(1) 6:24 | |
| jeffrey(1) 7:21 | |
| jets(1) 12:21 | |
| jim(1) 145:24 | |
| joanne(1) 4:14 | |
| job(2) 28:2 28:5 | |
| jobs(1) 180:2 | |
| john(15) 5:12 5:27 13:20 14:4 86:7 88:8 88:13 88:16 120:22 124:15 125:1 150:9 150:9 229:10 229:20 | |
| join(1) 83:1 | |
| joint(2) 5:26 72:12 | |
| jointly(1) 6:18 | |
| jon(1) 7:9 | |
| jones(2) 2:27 6:40 | |
| joseph(1) 5:9 | |
| josh(1) 6:33 | |
| joyce(1) 4:13 | |
| judge(14) 1:19 1:20 27:6 27:16 41:11 57:14 76:19 77:21 78:1 81:22 118:5 118:6 204:7 242:3 | |
| judgment(20) 31:14 31:24 59:20 60:15 60:19 61:3 68:15 73:16 74:17 79:12 92:11 92:15 119:25 120:6 120:7 120:10 121:15 160:23 161:1 180:23 | |
| july(77) 16:7 16:22 17:11 18:12 18:19 23:4 35:2 35:9 35:11 35:14 35:19 36:9 37:6 37:22 38:7 38:13 38:15 38:21 39:16 39:17 39:20 39:23 39:23 40:3 41:12 41:15 42:4 46:12 46:18 47:9 48:5 49:4 49:19 50:4 50:10 50:16 51:19 52:23 53:8 55:11 58:20 59:4 59:17 60:3 60:14 68:3 71:14 72:20 72:25 78:13 78:16 78:21 78:21 79:6 79:10 79:15 79:18 84:9 84:10 85:12 85:24 85:25 86:1 95:8 96:8 98:10 98:15 98:16 98:25 99:10 100:23 103:23 104:13 106:20 107:22 134:4 163:24 | |
| june(16) 16:7 17:19 23:4 23:8 23:13 39:10 50:25 51:6 59:9 84:21 85:4 88:25 89:20 90:2 90:19 90:19 91:20 92:3 93:1 95:13 96:7 96:9 97:6 97:22 104:13 104:21 106:21 114:22 132:10 132:25 138:5 161:17 161:21 161:23 162:1 162:9 162:11 162:12 162:23 163:2 163:6 163:21 | |
| knowing(4) 20:13 52:7 191:13 192:1 | |
| knowledge(16) 66:11 84:20 84:25 95:23 96:2 96:3 96:5 96:20 97:5 97:12 97:14 100:22 101:6 103:6 104:5 107:10 | |
| known(5) 33:7 35:25 41:1 41:2 41:4 | |
| jurisdiction(1) 197:5 | |
| just(145) 11:2 11:22 14:2 19:3 19:19 20:13 22:21 23:6 26:1 27:8 28:17 33:2 38:18 39:23 40:3 50:9 50:9 52:12 54:17 58:12 59:8 66:16 68:8 68:17 68:21 69:20 70:23 74:3 75:23 78:8 78:20 81:25 82:16 83:14 84:17 85:8 85:24 91:12 91:14 92:6 94:22 96:6 98:16 102:3 102:19 103:25 107:5 107:5 107:23 107:24 109:13 110:10 110:16 116:4 116:4 111:6 111:21 121:20 122:11 125:16 125:19 126:19 127:12 131:4 134:3 143:16 144:17 145:4 146:6 146:16 146:20 150:17 151:25 152:5 154:16 154:17 155:7 155:22 157:10 159:16 159:24 160:6 160:15 161:12 164:21 164:22 164:23 165:4 165:16 165:19 166:24 166:25 167:3 170:1 172:11 173:17 175:2 176:7 176:15 179:22 182:24 184:14 184:18 194:15 194:23 195:19 197:18 199:9 199:18 201:8 205:15 205:21 207:7 207:10 207:13 207:15 208:16 212:4 212:8 212:24 213:17 214:4 214:5 214:21 216:17 217:14 221:23 222:4 223:1 223:8 224:8 225:18 227:17 229:17 230:22 231:12 232:8 237:7 237:21 238:10 244:2 | |
| justice(2) 108:22 197:4 | |
| justified(1) 184:24 | |
| justin(2) 4:20 6:37 | |
| kamunting(1) 7:32 | |
| kansas(1) 111:20 | |
| kathleen(1) 5:25 | |
| katten(1) 3:4 | |
| katzenstein(24) 13:21 81:16 81:21 82:1 82:2 82:3 82:8 89:16 91:6 91:10 91:24 92:16 93:3 94:9 94:13 94:17 94:21 100:10 107:21 108:3 108:15 108:16 108:16 | |
| keane(1) 2:28 | |
| keep(3) 59:9 110:6 200:23 | |
| keeping(3) 128:13 131:3 140:9 | |
| kelly(1) 245:17 | |
| kempner(1) 5:39 | |
| ken(1) 2:11 | |
| kennedy(6) 25:19 44:19 86:8 88:7 88:7 88:12 | |
| kent(1) 6:45 | |
| kevin(2) 1:19 8:9 | |
| key(2) 17:7 19:16 | |
| kibler(1) 5:12 | |
| kicking(1) 68:17 | |
| kill(1) 30:2 | |
| killed(1) 30:24 | |
| kimberly(1) 7:25 | |
| kind(11) 24:12 26:6 28:22 31:11 31:11 32:11 97:13 98:4 130:4 135:16 242:15 | |
| king(2) 3:43 3:24 | |
| kinrich(14) 64:25 123:20 122:25 128:15 128:21 130:16 132:3 136:3 136:24 155:2 159:2 185:22 191:17 221:24 | |
| kinrich's(1) 129:21 | |
| kinrich's(6) 136:6 136:11 185:19 186:5 191:16 192:10 | |
| knew(40) 30:6 30:7 30:9 30:14 30:15 30:18 171:5 171:8 178:15 179:22 179:22 182:5 182:5 182:21 188:11 188:14 192:18 219:19 230:5 234:3 241:18 | |
| knocked(2) 198:25 203:5 | |
| knocking(1) 203:13 | |
| know(257) 11:1 12:20 13:3 13:4 13:25 15:18 15:22 16:16 16:18 16:19 16:22 17:3 17:4 17:5 17:18 17:18 17:21 17:22 18:9 18:17 18:20 18:20 18:21 18:22 18:23 18:25 19:1 19:2 19:15 19:15 19:17 19:23 20:1 20:1 20:21 21:1 21:8 21:9 21:10 21:22 22:1 23:2 23:6 23:15 23:20 23:20 24:1 24:3 24:9 24:12 24:13 24:16 24:18 24:24 24:24 24:24 24:25 25:18 25:25 26:12 26:23 26:3 26:17 26:18 26:21 26:24 26:25 27:4 27:4 27:14 27:22 28:2 28:5 28:5 28:9 28:11 28:18 28:18 28:19 28:20 28:23 29:3 29:10 29:19 30:1 30:2 30:6 30:8 31:4 31:5 31:6 31:7 31:9 31:9 31:10 31:13 31:14 31:17 31:23 32:3 32:12 32:15 32:16 32:19 32:23 33:9 33:16 33:25 34:3 34:4 34:4 34:5 34:14 36:2 36:4 36:17 37:19 38:1 38:7 39:9 40:8 42:15 42:15 43:8 43:9 43:16 44:10 44:10 45:3 51:1 51:14 52:2 53:4 55:4 56:10 56:23 57:1 58:24 59:9 64:4 64:8 67:2 68:14 68:24 70:9 72:25 75:10 75:16 76:9 77:22 78:20 78:20 78:22 79:12 79:13 80:1 80:11 80:15 88:17 93:22 97:6 97:18 100:2 100:24 102:19 105:11 106:24 119:25 132:12 109:12 109:15 110:9 116:24 146:24 163:18 164:4 164:19 167:20 167:24 168:1 168:8 168:18 168:18 168:18 169:17 170:19 174:16 174:17 175:1 175:16 182:24 183:17 184:14 186:7 186:24 187:1 187:5 187:7 187:9 188:2 188:21 190:6 189:11 190:14 190:17 191:17 192:16 192:18 203:25 206:8 209:4 214:3 217:10 217:11 217:22 218:20 220:25 221:8 223:21 229:10 229:15 229:20 231:8 229:22 232:3 234:18 239:11 239:16 240:23 230:25 232:2 242:23 242:24 243:20 243:24 | |
| koskie(1) 5:17 | |
| kronish(1) 82:23 | |
| lab(1) 132:12 | |
| labeled(1) 22:10 | |
| lack(1) 37:20 | |
| landscape(1) 79:6 | |
| language(1) 105:2 | |
| large(9) 10:6 15:2 28:20 30:3 30:22 48:1 58:23 124:2 192:2 | |
| largest(1) 24:6 | |
| last(17) 12:3 12:13 23:23 67:11 70:14 79:23 79:23 80:2 83:3 91:22 113:2 169:11 211:11 212:24 214:10 216:23 241:20 | |
| lastly(1) 32:1 | |
| later(10) 10:4 23:13 80:17 85:12 86:1 88:13 96:16 96:17 136:16 240:8 | |
| latest(1) 135:7 | |
| latin(3) 173:2 173:6 174:4 | |
| laugh(1) 241:2 | |
| laughter(19) 9:18 12:14 12:17 12:25 13:9 48:3 108:13 108:24 109:4 110:2 110:20 162:19 175:22 179:8 179:12 225:9 241:3 244:15 | |
| laura(1) 5:11 | |
| law(6) 3:28 82:20 82:21 122:2 145:25 147:19 | |
| lawyer(4) 40:15 147:10 231:13 242:25 | |
| lawyers(4) 52:21 54:25 56:19 58:12 | |
| lay(4) 34:3 47:17 129:5 129:9 | |
| laying(1) 116:18 | |
| layton(1) 3:23 | |
| lead(1) 84:4 | |
| leading(3) 66:24 95:3 155:11 | |
| learned(2) 53:20 84:22 | |
| least(7) 19:24 57:18 88:4 109:23 113:2 239:13 243:21 | |
| leave(3) 29:8 199:9 245:2 | |
| leaving(3) 21:22 83:7 152:19 | |
| leblanc(61) 2:21 51:12 81:9 81:11 81:11 81:13 81:14 81:20 85:1 85:4 86:5 95:14 95:21 96:13 97:1 97:8 97:12 97:19 97:22 116:2 116:3 116:14 116:24 121:23 213:7 213:8 213:11 213:16 213:19 213:22 220:7 220:13 221:17 224:24 225:25 225:22 225:25 236:21 226:19 226:25 229:20 229:22 229:25 230:1 230:15 230:19 235:18 236:7 240:21 241:13 241:14 241:16 242:12 243:5 243:11 243:22 243:25 247:7 244:11 244:17 244:22 | |
| led(3) 26:7 83:25 146:23 | |
| ledge(1) 22:5 | |
| left(10) 18:12 21:24 53:19 83:1 86:14 91:15 91:25 169:22 235:20 238:25 | |
| legal(8) 26:15 43:22 80:9 126:23 127:1 127:11 191:10 204:2 | |
| legitimate(1) 70:4 | |
| lender(2) 73:13 74:23 | |
| length(1) 169:15 | |
| less(32) 18:2 19:8 19:18 25:23 70:25 94:4 94:5 121:21 127:19 128:8 134:21 136:19 146:11 146:15 146:20 149:17 149:18 149:19 150:2 150:4 150:5 151:9 153:9 158:14 160:19 164:23 180:19 201:13 203:24 206:15 210:10 230:8 | |
| let(34) 12:9 28:18 29:16 29:21 35:24 36:8 39:9 49:14 53:5 58:22 67:10 70:19 96:9 110:16 116:11 137:16 138:3 141:5 181:24 182:24 194:1 196:5 207:17 215:13 217:4 218:3 220:24 221:5 222:3 222:23 227:1 233:5 233:23 236:20 | |
| let's(19) 11:11 40:2 43:25 47:8 52:10 53:22 62:13 65:4 66:6 98:17 99:25 102:15 106:24 110:10 122:20 123:25 126:11 128:10 128:11 | |
| letting(23) 12:8 134:9 134:9 139:5 140:7 147:4 155:22 164:6 165:4 170:21 181:3 183:1 183:4 183:11 185:7 202:20 212:22 224:5 225:14 226:22 228:8 241:25 243:2 | |
| level(3) 20:14 51:5 63:21 | |
| leverage(1) 75:19 | |
| liabilities(9) 32:4 52:20 70:22 134:14 151:7 151:17 197:8 227:2 227:6 | |
| liability(37) 31:7 65:16 65:17 66:3 66:7 70:21 124:14 124:15 124:16 124:18 124:22 125:1 125:8 125:13 125:14 125:15 125:19 130:20 139:20 139:22 142:20 147:16 147:20 147:23 148:1 148:4 148:6 148:9 149:20 159:20 222:19 230:8 | |
| liable(2) 139:15 210:1 | |
| liberty(1) 1:37 | |
| lieu(1) 46:4 | |
| light(3) 49:9 125:14 180:3 | |

| Word | Page:Line |
|---|---|
| like(51) 9:6 47:12 62:8 70:22 73:2 79:23 90:22 93:20 114:5 114:14 114:15 114:18 115:9 116:24 117:21 127:14 139:13 145:12 146:5 153:21 153:22 154:8 156:6 161:6 163:23 164:4 167:9 169:19 170:6 171:19 173:17 174:19 175:23 176:25 179:25 182:16 182:19 182:23 184:1 185:16 192:1 199:21 201:25 203:7 204:12 225:16 229:5 236:2 239:21 241:7 244:13 | |
| likelihood(21) 43:18 68:8 126:20 126:23 127:1 127:12 144:18 147:2 147:13 154:18 154:21 154:24 155:20 159:4 160:23 176:20 176:22 176:23 188:9 204:3 209:11 | |
| likely(12) 105:17 105:23 106:3 126:7 128:7 145:9 148:4 158:24 159:3 160:19 160:19 234:17 | |
| likeminded(1) 93:9 | |
| limit(2) 128:5 195:3 | |
| limited(6) 186:19 186:20 204:21 214:5 237:18 237:19 | |
| line(48) 37:5 66:18 67:3 67:7 80:3 91:15 91:15 91:17 91:24 92:1 92:6 92:8 92:10 100:9 114:16 114:18 127:18 128:21 135:14 163:21 164:10 176:4 176:6 182:11 182:13 182:23 183:1 183:12 184:7 184:8 184:22 192:13 193:20 194:15 195:10 195:11 195:12 206:6 207:20 211:10 211:11 211:14 222:1 224:18 224:20 227:5 233:21 235:11 | |
| line-by-line(1) 195:17 | |
| lined(10) 127:9 127:18 128:4 131:3 141:17 142:12 143:20 144:14 157:17 159:18 | |
| lines(12) 92:17 92:18 100:8 | |
| lining(4) 127:13 144:19 145:4 145:6 | |
| lion(1) 6:36 | |
| liquidated(2) 88:19 89:1 | |
| liquidity(4) 113:12 113:16 113:18 113:23 | |
| lisa(4) 1:33 13:15 86:6 100:25 | |
| list(4) 114:17 114:17 137:15 142:18 | |
| listed(46) 130:9 132:20 127:8 132:6 133:8 133:11 136:12 137:23 137:25 139:2 140:25 142:1 142:4 142:5 142:15 144:22 145:5 151:7 151:10 151:12 151:17 160:10 167:3 174:2 178:14 197:23 198:10 198:13 198:15 198:16 198:21 199:3 199:6 200:20 200:24 202:25 204:4 203:23 204:1 204:20 205:20 207:15 208:7 222:22 223:15 227:13 | |
| listen(1) 243:2 | |
| listened(1) 57:18 | |
| listing(1) 138:14 | |
| lists(3) 138:12 156:15 207:12 | |
| literally(1) 25:20 | |
| litigate(1) 76:19 | |
| litigated(1) 80:5 | |
| litigating(5) 42:25 43:3 43:14 61:16 77:25 | |
| litigation(10) 25:2 25:3 26:25 93:19 134:1 147:13 183:22 208:21 208:25 209:4 | |
| little(30) 11:4 28:14 29:14 33:22 59:13 60:15 61:23 109:8 138:10 139:11 139:11 141:20 144:1 144:2 144:3 144:5 144:22 145:15 151:3 164:23 164:23 174:20 179:24 182:1 184:19 192:20 213:20 225:19 236:17 245:3 | |
| live(3) 39:6 69:9 70:10 | |
| living(1) 93:17 | |
| llc(6) 1:43 4:13 5:44 6:20 7:40 8:8 | |
| llp(16) 1:24 3:37 3:33 3:35 4:34 4:38 4:42 4:47 5:8 5:18 5:17 5:35 172:16 172:17 172:18 | |
| loans(1) 139:17 | |
| located(2) 173:6 186:12 | |
| lock(2) 28:22 33:9 | |
| logical(2) 125:19 144:18 | |
| logistical(1) 40:11 | |
| logistics(2) 36:4 85:19 | |
| long(9) 9:6 10:2 12:24 44:17 83:20 93:17 112:3 217:12 242:17 | |
| long-term(3) 137:13 137:21 139:17 | |
| longer(1) 109:8 | |
| look(40) 25:3 48:12 66:21 96:23 98:13 103:25 114:7 120:5 120:19 121:10 122:10 128:10 129:22 138:18 139:7 141:12 143:24 144:16 144:17 145:5 157:10 170:22 175:18 180:11 183:12 199:23 200:3 201:9 202:15 203:12 204:13 205:16 206:6 211:3 212:3 216:9 222:5 223:7 223:7 229:7 | |
| looked(27) 49:6 49:12 52:13 106:11 120:8 129:25 130:3 134:23 143:17 150:9 154:21 169:8 171:13 172:11 173:19 175:15 175:16 175:16 178:17 182:6 189:25 197:17 207:13 207:19 212:10 212:14 216:2 | |
| looking(14) 68:12 92:16 96:12 121:20 133:12 149:15 153:20 155:5 158:1 159:11 178:4 180:1 192:22 196:17 | |
| lose(1) 32:10 | |
| lot(12) 24:19 25:10 32:3 33:10 130:4 133:23 143:20 144:5 144:13 154:1 194:16 236:21 | |
| lots(1) 27:22 | |
| lovells(2) 4:34 4:47 | |
| lovely(1) 177:14 | |

| Word | Page:Line |
|---|---|
| low(17) 125:3 125:5 125:7 125:11 125:25 126:1 126:3 131:12 131:15 142:21 142:24 150:16 154:3 160:7 170:8 176:12 176:19 | |
| lowenthal(1) 3:29 | |
| lower(12) 18:23 42:19 70:24 133:23 153:16 163:1 177:9 193:15 193:16 231:22 235:7 235:9 | |
| ltd(2) 15:2 30:5 | |
| luis(1) 45:20 | |
| lunch(5) 108:20 109:1 109:12 109:14 110:6 | |
| luton(1) 2:41 | |
| ma'am(1) 118:9 | |
| mace(1) 1:41 | |
| made(64) 20:25 21:9 23:13 25:7 25:9 28:9 50:12 50:17 51:17 51:21 60:3 61:19 67:4 71:19 84:18 85:2 93:7 120:11 120:23 123:9 124:2 124:7 124:12 124:17 124:22 125:15 126:8 126:12 128:10 128:12 131:25 134:13 139:12 139:14 144:19 149:2 150:15 154:23 155:9 155:16 158:24 160:17 160:18 163:3 163:14 163:20 172:8 175:4 178:13 183:20 189:17 195:11 198:15 199:11 208:13 231:8 231:9 232:17 236:24 233:16 233:19 234:1 234:6 234:9 | |
| madison(2) 3:6 4:8 | |
| mae(1) 114:2 | |
| main(6) 41:18 112:23 121:10 112:19 142:16 204:21 | |
| major(13) 24:21 123:9 123:25 124:11 126:12 126:19 128:9 131:10 141:12 156:14 157:8 160:10 196:25 | |
| majority(1) 176:12 | |
| make(52) 11:5 17:19 18:8 19:14 21:11 36:8 49:14 53:5 62:8 62:9 62:10 67:19 67:25 75:19 75:24 94:22 107:24 114:14 114:18 119:18 119:22 119:24 123:13 124:4 124:13 124:23 125:9 133:18 145:2 153:25 154:1 155:4 155:10 159:1 159:3 159:16 160:8 160:15 161:12 171:11 171:16 176:11 180:13 196:10 221:19 225:24 237:15 237:16 240:3 244:3 244:24 | |
| makes(3) 200:19 209:24 223:15 | |
| making(8) 69:10 117:25 139:20 160:22 161:1 200:21 237:25 244:23 | |
| malkowski's(1) 64:15 | |
| management(11) 4:5 6:12 7:4 7:12 7:24 8:16 8:20 83:9 83:9 111:24 111:25 | |
| manager(2) 83:15 172:14 | |
| managerial(1) 112:20 | |
| manager's(10) 171:14 171:24 172:19 172:23 173:8 178:17 178:17 178:20 179:19 180:1 | |
| managing(2) 14:17 82:13 | |
| manas(1) 6:5 | |
| mandate(15) 115:11 115:17 115:22 116:21 118:19 118:20 121:14 147:22 147:22 147:25 179:24 188:25 189:5 189:7 189:10 | |
| mandates(1) 118:18 | |
| manhattan(1) 2:23 | |
| many(14) 17:4 24:2 25:4 30:11 32:7 32:8 64:3 67:1 94:5 105:14 113:21 165:9 169:21 219:13 | |
| margot(1) 1:35 | |
| marino(3) 12:4 13:11 81:6 | |
| mark(2) 5:13 114:5 | |
| marked(6) 10:17 10:19 22:6 49:1 72:11 177:2 | |
| market(5) 1:11 1:27 2:6 2:29 4:15 | |
| martin(1) 68:7 | |
| mason(1) 7:29 | |
| mass(1) 30:4 | |
| massey(1) 25:12 | |
| master(1) 111:18 | |
| master's(1) 112:9 | |
| matched(2) 138:16 139:1 | |
| material(6) 143:22 121:8 145:10 192:3 236:23 | |
| materiality(1) 154:16 | |
| materially(3) 92:24 121:9 236:18 | |
| materials(1) 121:15 | |
| math(6) 90:12 163:23 217:16 217:19 223:3 235:17 | |
| mathematical(1) 210:4 | |
| mathematically(9) 144:25 145:8 155:18 159:19 193:19 193:20 228:19 232:18 232:21 | |
| matt(1) 25:19 | |
| matter(27) 9:17 9:24 15:4 16:7 24:3 24:11 26:2 44:13 54:7 54:9 66:13 72:21 77:5 77:8 77:15 88:12 100:12 117:10 149:18 203:17 204:3 235:8 239:2 242:15 242:17 242:20 245:14 | |
| materiality(1) 209:15 | |
| matters(7) 15:12 20:18 21:25 22:12 24:14 34:4 84:8 | |
| matthew(4) 4:48 5:23 6:9 8:17 | |
| matz(1) 5:32 | |
| max(1) 123:14 | |
| maximize(3) 124:6 155:8 158:8 | |
| maximized(3) 137:3 155:6 158:13 | |
| maximizes(1) 115:24 | |

| Word | Page:Line |
|---|---|
| maximum(23) 19:5 23:3 42:13 67:25 69:15 115:1 118:23 121:22 123:15 123:16 131:21 143:14 152:9 152:10 155:11 156:12 157:12 159:12 159:12 160:16 160:16 161:17 189:9 | |
| may(32) 36:1 36:15 36:19 39:14 48:9 48:11 51:13 71:16 80:5 80:22 84:20 87:25 91:4 91:5 108:15 118:3 118:14 122:7 122:8 126:16 127:10 152:20 155:19 157:4 184:10 186:3 203:23 208:16 224:22 235:19 237:10 238:19 | |
| maybe(7) 35:16 37:20 41:9 75:12 77:10 101:8 210:15 | |
| mba(1) 111:16 | |
| mccloy(4) 2:19 5:31 81:12 81:23 | |
| mean(24) 26:19 33:22 47:17 51:13 72:2 78:18 78:21 79:21 79:22 109:22 110:16 122:17 150:6 153:9 174:14 179:9 187:1 204:6 206:14 208:20 218:10 232:10 243:6 243:20 | |
| meaning(1) 37:23 | |
| meant(6) 141:19 176:8 184:12 184:12 195:2 242:12 | |
| mechanic(1) 153:16 | |
| media(1) 83:10 | |
| mediation(3) 15:5 15:7 108:9 | |
| medical(2) 15:3 109:18 | |
| meet(2) 70:16 96:17 | |
| meeting(69) 16:12 16:16 16:24 17:3 18:13 35:14 35:18 35:20 36:4 36:6 39:16 39:20 40:4 40:6 40:10 40:12 41:10 41:14 41:19 41:24 46:4 46:22 48:6 49:19 49:25 50:4 50:22 50:24 51:11 51:16 51:17 52:15 52:16 58:19 59:3 60:21 62:14 63:1 63:3 84:9 85:21 85:22 85:25 86:14 86:23 87:3 87:9 95:7 95:13 95:17 95:20 95:24 96:1 96:4 96:6 96:7 96:20 96:24 97:5 97:7 97:13 97:18 97:22 98:5 98:10 98:11 98:22 98:24 99:2 | |
| meetings(5) 30:12 35:9 46:21 84:10 98:8 | |
| meets(4) 70:11 70:14 122:1 | |
| melker(2) 86:4 88:6 | |
| mellon(1) 3:42 | |
| member(3) 46:1 46:8 84:4 | |
| memorial(1) 129:20 | |
| mention(9) 154:20 175:24 176:9 219:16 219:20 219:24 220:19 223:13 | |
| mentioned(12) 28:25 29:6 40:11 134:22 154:21 154:21 164:6 171:23 181:3 195:4 196:7 197:10 | |
| mentions(1) 190:11 | |
| merged(1) 113:1 | |
| merits(1) 79:9 | |
| met(7) 16:9 16:15 36:7 86:3 86:9 213:14 213:23 | |
| methodology(4) 64:1 64:6 218:7 218:22 | |
| michael(6) 3:43 5:5 5:35 5:36 13:21 82:3 | |
| microphone(1) 240:17 | |
| mid(2) 16:5 141:19 | |
| mid-june(1) 51:2 | |
| midday(1) 59:4 | |
| middle(3) 35:11 106:23 186:18 | |
| might(53) 20:2 27:4 31:9 38:16 56:6 65:6 65:12 70:23 85:20 85:20 90:9 94:1 121:11 126:7 127:12 128:3 133:21 134:2 134:7 140:23 141:21 142:2 142:8 144:1 144:2 144:4 149:7 152:17 157:17 162:16 163:11 164:23 164:23 169:22 170:23 171:11 174:13 174:22 174:23 178:11 181:4 188:8 189:9 191:24 191:24 192:15 193:2 197:24 210:25 211:20 229:8 240:11 241:19 | |
| mike(5) 25:19 86:7 88:7 88:7 88:12 | |
| milbank(33) 2:19 5:31 16:4 16:15 17:6 20:10 35:25 36:10 37:7 38:8 38:22 39:11 39:24 40:12 40:15 41:16 51:12 52:21 56:19 58:10 58:11 79:3 81:11 81:23 85:22 86:5 86:17 87:10 87:15 99:12 99:13 99:15 104:3 | |
| miller(2) 3:36 4:39 | |

| Word | Page:Line |
|---|---|
| million(175) 19:13 21:4 22:24 23:3 23:10 28:19 29:5 29:17 31:17 60:12 60:16 60:25 62:20 62:22 65:19 68:13 87:23 90:7 90:20 91:22 92:3 92:5 100:20 101:24 104:12 104:19 104:20 115:25 121:23 124:18 125:14 126:4 131:5 131:11 131:16 131:18 131:20 132:5 132:15 132:17 132:23 133:14 134:10 134:22 135:5 136:22 137:12 137:21 138:1 140:11 140:13 140:17 140:19 141:1 141:2 141:4 141:7 141:9 141:23 142:4 142:19 142:22 143:2 143:5 143:8 143:8 143:11 148:10 149:1 149:16 150:3 150:12 150:13 152:7 152:8 152:16 152:16 152:21 152:21 153:17 153:17 157:22 158:9 160:5 161:18 163:7 163:8 163:8 163:18 163:23 164:1 164:1 164:11 165:21 165:4 165:13 182:4 182:5 183:4 183:10 183:10 184:17 184:18 184:19 185:21 191:24 192:4 194:7 194:8 194:9 194:18 194:20 194:25 195:4 198:23 198:25 205:5 205:13 206:1 205:13 206:3 208:7 215:19 217:6 217:17 217:19 221:17 221:25 224:3 224:9 224:14 226:8 226:16 226:17 226:18 226:24 227:14 227:18 227:24 228:9 228:14 228:15 228:17 228:21 228:25 229:4 229:13 229:14 230:8 230:8 230:20 231:4 232:16 232:17 236:17 237:1 237:1 237:4 238:9 | |
| millions(2) 174:12 192:11 | |
| mind(17) 25:16 26:23 31:9 42:17 61:6 64:9 68:2 69:25 70:22 70:7 70:8 77:6 77:9 93:22 111:6 201:18 201:19 | |
| mindful(1) 213:8 | |
| minds(2) 69:23 243:21 | |
| mine(3) 61:8 189:19 224:17 234:25 | |
| minimal(1) 136:18 | |
| minimis(2) 201:21 201:22 | |
| minimise(1) 133:18 | |
| minimum(1) 133:15 | |
| minsky(1) 5:17 | |
| minute(5) 112:2 110:5 146:19 162:16 185:5 | |
| minutes(7) 69:24 70:1 72:1 81:2 109:14 235:20 | |
| mishearing(1) 37:20 | |
| misleading(1) 206:3 | |
| misunderstood(1) 149:24 | |
| model(7) 32:19 42:10 106:5 119:4 119:5 123:11 | |
| modeling(13) 31:1 31:4 31:10 43:25 45:5 45:12 63:8 63:10 63:11 63:13 71:3 105:12 113:23 | |
| models(5) 44:2 90:10 106:8 106:17 106:21 | |
| modifications(1) 114:13 | |
| modified(1) 158:17 | |
| moment(10) 94:14 118:6 138:18 150:18 152:1 157:20 161:12 164:5 208:16 238:15 | |
| momentarily(1) 118:2 | |
| moments(1) 38:8 | |
| monday(4) 49:5 87:20 87:20 102:9 | |
| money(14) 19:7 31:19 32:3 32:5 32:13 32:18 32:22 34:1 44:6 153:8 159:3 175:17 181:9 190:20 | |
| moniker(1) 232:14 | |
| monitor(46) 2:4 5:8 10:20 57:25 58:4 58:11 61:2 66:22 79:12 84:22 84:23 93:3 93:7 111:3 150:19 150:22 150:24 151:19 151:19 151:20 151:21 164:17 165:5 165:11 165:14 166:11 166:16 166:17 168:13 168:16 169:5 169:7 172:22 181:16 200:5 201:1 203:16 204:5 204:13 214:22 215:16 216:5 216:11 216:18 217:5 235:15 | |
| monitor's(4) 10:10 58:9 79:14 79:24 | |
| monitor/canadian(1) 111:7 | |
| monitors(1) 58:13 | |
| monitor's(16) 136:14 138:11 138:13 139:3 142:5 164:15 165:12 197:15 199:7 202:3 202:3 202:10 205:21 215:16 216:18 | |
| month(9) 37:24 37:25 84:24 90:7 90:20 91:22 92:5 133:16 133:17 | |
| monthly(8) 44:24 45:1 45:5 133:11 133:14 135:6 151:4 222:24 | |
| months(3) 133:20 216:17 216:18 | |
| mor(11) 198:13 227:3 227:13 228:8 228:20 229:4 229:15 230:11 230:24 232:23 236:15 | |
| more(45) 15:15 18:8 18:9 26:4 30:2 34:6 43:18 59:13 60:18 60:19 70:24 76:16 109:3 121:7 133:16 141:3 145:1 145:7 146:18 150:6 150:7 151:11 152:16 153:8 159:25 160:19 163:18 163:25 164:23 173:10 175:20 185:4 193:3 193:22 194:16 195:3 195:16 198:21 208:2 209:2 210:15 225:11 228:7 229:5 241:20 | |
| morning(22) 9:3 9:5 11:13 11:15 11:17 11:18 13:18 14:5 14:7 34:15 34:16 34:17 36:13 81:9 81:10 81:21 88:14 235:25 239:10 240:7 241:5 242:9 | |
| morris(6) 1:24 3:35 9:10 16:12 72:25 78:5 | |
| most(7) 24:10 99:25 135:6 135:8 155:3 168:6 199:7 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **motion**(16) 9:12 13:20 22:6 22:7 22:13 57:11 216:12 233:13 233:16 233:19 233:25 234:5 234:9 236:8 236:8 242:18 | | **nni**(131) 22:11 34:14 45:15 45:15 46:11 50:23 52:2 54:24 57:11 66:12 98:19 102:17 105:18 105:24 106:8 106:14 115:13 115:19 115:23 118:21 119:9 121:20 123:12 124:7 124:10 124:10 124:14 125:7 126:15 126:17 127:4 127:18 127:10 127:24 128:4 129:22 130:10 131:3 131:25 132:7 133:12 134:12 135:14 135:16 136:23 137:1 137:4 137:13 137:14 137:18 139:8 139:11 139:15 139:21 140:12 140:13 140:18 141:4 141:17 141:22 142:19 143:1 143:21 144:5 144:10 144:14 147:24 147:25 148:4 150:19 151:4 152:7 152:12 152:16 152:21 152:24 155:6 155:8 155:11 155:17 156:13 156:14 157:12 157:14 158:8 158:13 158:13 158:21 158:23 159:6 159:7 159:10 160:2 160:5 160:8 160:10 170:9 170:24 173:23 174:13 178:11 182:1 182:2 184:19 189:13 189:16 193:6 194:17 194:18 194:20 195:6 197:22 198:1 198:2 199:8 202:5 209:25 210:4 210:8 210:10 215:17 215:23 223:10 223:22 224:7 232:4 232:9 237:12 237:16 | | **notes**(10) 75:5 76:9 76:10 104:24 126:16 134:20 139:23 143:4 222:20 | | **officers**(2) 181:6 183:17 | |
| **motions**(2) 15:11 22:7 | | | | **nothing**(2) 30:3 30:19 | | **offices**(4) 35:19 40:4 86:3 86:9 | |
| **move**(19) 59:11 77:9 91:15 91:25 116:21 117:15 121:24 123:25 133:18 134:9 167:9 170:6 181:3 225:18 225:25 229:18 230:15 240:16 244:17 | | | | **notice**(4) 22:7 30:18 114:12 186:17 | | **official**(5) 3:10 5:21 47:2 54:25 101:23 | |
| | | | | **noticed**(3) 165:16 165:21 171:14 | | **offset**(1) 64:5 | |
| **moved**(2) 17:2 77:3 | | | | **notion**(1) 24:4 | | **oil**(1) 112:7 | |
| **movement**(2) 232:5 232:8 | | | | **notional**(2) 92:10 115:14 | | **okay**(204) 12:10 13:10 22:21 23:17 24:25 35:7 36:13 39:2 41:4 42:3 42:21 43:15 44:5 44:23 45:4 46:23 47:8 47:11 47:11 47:22 48:2 49:19 50:8 50:16 50:19 51:15 52:15 53:5 53:22 54:19 55:6 55:24 56:14 58:3 59:3 60:21 61:23 63:22 64:11 64:24 65:17 66:11 71:2 71:9 71:22 72:10 72:10 73:19 82:16 85:8 93:12 95:12 95:20 96:9 96:12 96:23 97:12 97:18 97:21 98:1 99:7 100:12 101:14 102:22 103:7 104:5 104:11 105:6 106:6 108:12 110:21 112:24 114:24 116:15 117:12 118:6 122:24 123:25 124:11 124:20 124:22 126:11 126:13 131:6 133:6 134:24 135:6 159:22 137:18 138:18 140:14 145:13 145:19 146:4 146:14 147:4 149:25 150:17 152:2 152:15 153:12 154:20 155:22 156:4 157:8 157:19 157:22 158:2 158:4 158:7 158:17 159:10 160:14 161:2 161:13 161:15 161:11 161:13 161:21 161:25 162:3 162:6 163:5 163:10 164:4 165:4 167:15 167:20 170:21 171:3 173:5 175:24 176:25 177:6 177:12 177:22 179:7 179:7 182:25 183:4 183:8 183:15 183:22 185:6 185:25 187:4 187:11 191:16 191:22 194:4 196:17 198:8 199:10 200:2 200:16 200:21 203:20 204:9 204:12 204:15 204:16 204:19 205:18 207:1 207:17 207:22 207:25 208:16 209:7 210:11 210:16 214:1 214:12 214:15 214:18 214:24 216:9 216:17 216:22 216:23 217:4 218:3 218:19 219:7 219:11 220:14 221:2 222:6 222:23 223:16 226:12 226:22 228:20 229:7 230:22 231:3 232:14 233:1 235:1 235:14 238:8 239:22 243:9 | |
| **moving**(2) 33:13 225:16 | | | | **notwithstanding**(6) 75:14 151:18 191:22 203:20 207:18 229:3 | | | |
| **much**(19) 25:16 31:17 31:19 80:24 90:4 94:5 94:5 94:18 107:19 144:9 145:21 169:22 192:5 192:6 193:4 195:16 207:2 237:22 242:10 | | | | **november**(7) 1:14 9:1 134:6 241:14 241:19 241:20 243:4 | | | |
| **muchin**(1) 3:4 | | | | | | | |
| **mui**(1) 7:23 | | | | **now**(15) 10:13 20:23 23:21 33:5 38:25 40:2 42:3 42:9 43:25 45:14 46:11 50:22 51:21 52:7 52:10 53:11 53:16 55:6 55:16 56:14 57:23 61:2 61:23 65:4 69:24 71:6 73:2 73:8 77:7 81:1 82:23 82:24 84:1 84:3 84:5 84:14 85:8 89:15 90:1 91:10 91:14 93:3 97:2 98:13 102:22 103:12 104:24 105:6 108:20 108:20 110:16 110:17 129:3 129:19 131:8 131:10 131:19 136:5 151:24 152:23 153:19 155:1 156:6 156:22 161:5 161:13 161:21 162:10 163:11 164:17 165:16 170:7 171:23 176:25 181:3 184:3 185:17 185:9 185:25 186:17 189:9 192:4 194:6 197:1 198:3 200:5 208:20 210:18 213:23 214:8 214:12 214:18 215:1 215:7 216:5 216:22 217:4 218:3 219:13 222:2 222:10 223:16 224:16 226:22 227:1 227:13 228:18 230:5 231:4 233:5 233:16 234:15 234:16 236:16 | | **old**(2) 168:25 238:4 | |
| **multiple**(2) 46:19 80:14 | | | | | | **once**(2) 32:20 166:4 | |
| **murphy**(3) 2:5 36:20 36:21 | | | | | | **one**(99) 1:37 2:35 3:16 3:23 9:17 11:22 11:25 18:24 19:10 26:11 29:19 31:22 33:6 33:9 34:6 53:17 55:4 61:18 63:17 63:24 64:4 64:10 64:20 66:19 67:1 69:8 74:3 76:14 77:22 78:2 78:19 79:22 79:25 80:15 86:20 88:22 90:19 95:23 96:4 99:6 100:7 106:3 107:3 114:15 118:6 122:11 127:16 127:19 129:14 131:10 131:17 134:9 135:7 135:14 140:24 141:21 142:2 142:15 148:2 149:6 155:6 160:13 160:13 161:5 161:5 161:6 164:8 164:9 164:10 169:3 172:11 176:6 176:10 177:10 179:6 180:2 184:9 190:12 190:4 192:19 193:22 197:14 198:19 199:21 202:9 210:18 211:7 211:8 211:16 211:17 222:23 226:22 228:4 233:3 233:3 234:20 237:2 242:8 | |
| **music**(1) 33:1 | | | | | | | |
| **myself**(4) 25:18 86:4 171:9 244:20 | | **nni's**(3) 43:2 106:11 107:10 | | | | | |
| **name**(2) 118:4 145:24 | | **nni's**(17) 132:11 134:15 135:10 139:5 139:5 144:15 145:6 148:13 148:16 148:25 156:14 157:9 160:3 193:21 193:22 195:5 198:24 | | | | | |
| **named**(1) 40:16 | | | | | | | |
| **napier**(1) 7:16 | | | | | | | |
| **nature**(4) 76:2 193:1 197:21 220:12 | | **nnl**(84) 119:8 124:5 124:7 126:14 127:7 127:8 132:15 132:16 133:8 135:13 135:18 135:18 135:24 136:7 136:9 136:12 136:16 137:10 137:15 138:2 138:14 138:24 139:2 140:2 140:10 140:22 140:25 141:22 144:5 144:13 151:1 152:6 152:15 152:19 152:24 164:7 167:10 167:20 167:24 168:4 169:25 170:23 174:13 178:11 182:2 186:22 187:5 187:8 187:22 188:17 188:23 189:16 189:16 194:20 196:25 197:13 197:18 197:23 198:4 198:6 198:21 198:24 199:11 199:21 200:21 201:11 201:15 205:16 207:7 207:9 207:14 207:16 207:20 209:24 210:2 210:6 210:6 214:17 215:20 220:24 223:25 232:6 | | **number**(114) 16:10 17:7 17:23 18:3 18:6 18:14 18:21 18:21 18:24 19:1 20:23 25:21 28:6 28:18 28:20 28:23 32:9 41:25 42:19 49:5 50:7 50:13 51:9 52:6 53:1 53:7 53:13 55:8 55:12 60:9 60:15 62:14 81:1 87:17 88:2 88:19 99:22 100:21 100:22 101:14 102:6 102:8 102:13 103:12 103:13 103:16 106:1 106:1 106:4 112:8 113:10 114:15 119:2 131:20 131:21 131:22 132:1 132:5 132:22 136:6 137:1 139:12 143:17 144:16 144:25 149:1 149:15 149:22 150:1 150:10 150:25 161:7 162:9 162:14 162:20 162:21 162:22 163:1 163:5 164:20 178:6 178:7 178:7 179:7 180:9 186:1 195:6 197:15 201:16 201:18 201:19 203:8 203:18 203:21 204:7 206:15 206:21 208:2 214:4 216:15 217:11 217:16 222:12 222:18 223:24 226:23 231:3 231:7 231:24 232:8 232:23 236:15 238:4 | | **one-at-a-time**(1) 195:17 | |
| **ncc**(1) 20:7 | | | | | | **one-third**(4) 125:3 125:24 126:3 131:12 | |
| **near**(3) 37:4 151:24 153:19 | | | | | | **one-time**(3) 166:9 166:10 166:12 | |
| **nearly**(1) 39:18 | | | | | | **ones**(1) 69:20 | |
| **necessarily**(7) 44:8 52:4 56:5 116:7 153:24 170:17 192:19 | | | | | | **ongoing**(2) 16:6 134:2 | |
| **necessary**(1) 208:9 | | | | | | **only**(33) 26:21 55:4 76:15 88:22 88:22 90:19 115:24 126:2 126:15 141:3 142:23 143:3 144:15 144:19 148:24 150:1 158:9 169:14 177:5 178:24 195:11 198:23 205:12 206:14 207:19 208:13 225:15 237:1 241:5 241:9 | |
| **need**(12) 9:24 10:13 31:25 59:13 109:12 110:23 116:7 162:16 210:15 214:3 227:16 244:2 | | **nnl's**(9) 135:11 135:15 148:18 170:2 170:9 173:23 182:1 188:5 207:7 | | | | | |
| **needed**(5) 30:23 53:16 88:10 101:16 120:11 | | | | | | | |
| **needs**(4) 14:1 71:23 110:17 220:1 | | | | | | | |
| **negative**(1) 220:7 | | **nnsa**(5) 192:12 192:15 192:17 219:17 221:24 | | | | | |
| **negotiate**(1) 76:19 | | **nnsa's**(1) 221:20 | | | | | |
| **negotiated**(8) 14:25 28:15 53:17 53:20 85:20 93:15 93:21 99:21 | | **nnuk**(12) 26:10 140:24 143:6 159:4 190:4 190:5 190:8 190:12 192:2 194:23 199:1 221:17 | | **numbers**(42) 19:17 51:18 65:9 114:15 119:12 119:14 133:8 135:1 135:10 138:25 141:18 146:25 147:7 149:20 149:21 149:22 150:11 150:25 151:2 151:5 151:20 173:22 175:16 177:9 180:21 196:8 196:8 196:14 196:18 196:19 197:10 200:12 200:3 201:3 203:25 220:21 227:7 241:16 | | | |
| **negotiating**(8) 15:20 34:21 35:3 42:12 44:20 52:1 73:22 89:16 | | **no.**"(3) 130:16 183:23 211:9 | | **numerically**(1) 209:23 | | | |
| | | **non**(1) 64:24 | | **numerous**(4) 15:6 16:11 141:25 198:15 | | | |
| **negotiation**(9) 15:1 16:10 17:13 18:5 25:24 34:25 84:2 84:4 84:7 | | **non-party**(1) 8:20 | | **obeying**(1) 225:11 | | **open**(7) 21:22 21:24 67:6 78:21 96:11 201:6 211:3 | |
| | | **non-responsive**(3) 225:17 229:23 230:15 | | **object**(6) 66:18 76:22 77:2 117:9 178:24 179:11 | | **opened**(2) 60:6 60:18 | |
| **negotiations**(12) 16:1 21:14 26:13 29:22 62:13 84:15 84:19 85:10 95:6 106:16 107:1 107:9 | | **none**(5) 107:18 107:16 212:22 217:24 240:20 | | **objection**(21) 36:17 45:2 47:16 47:21 59:6 76:6 77:14 91:1 93:4 116:5 116:8 116:11 116:25 117:11 122:8 122:19 129:1 129:17 201:7 202:2 220:11 | | **opening**(8) 65:18 124:20 148:9 149:23 231:9 231:12 231:13 231:21 | |
| | | **noon**(2) 242:8 242:17 | | | | | |
| **negotiator**(1) 15:19 | | **nor**(1) 107:9 | | | | | |
| **neighborhood**(1) 205:12 | | **normal**(1) 117:1 | | **objections**(1) 242:22 | | **operating**(8) 133:12 133:15 135:6 151:4 196:25 199:22 204:22 222:24 | |
| **neither**(1) 28:11 | | **nortel**(25) 1:8 4:33 5:17 5:43 14:12 29:1 44:13 83:17 114:4 116:17 123:3 138:24 185:17 185:18 185:18 186:19 186:20 186:24 187:8 187:18 187:20 192:12 204:21 242:18 | | **objective**(1) 238:10 | | | |
| **net**(15) 115:24 115:25 120:3 123:15 124:6 131:23 156:12 158:8 158:9 159:12 171:17 173:11 192:5 194:17 194:17 | | | | **obligations**(3) 134:18 139:18 226:23 | | | |
| | | | | **obsolescence**(1) 169:18 | | **opine**(1) 218:20 | |
| | | | | **obstacles**(1) 25:10 | | **opined**(1) 218:8 | |
| **network**(1) 187:1 | | **north**(4) 1:27 2:43 3:24 174:13 | | **obtain**(2) 105:19 105:25 | | **opinion**(10) 118:18 118:21 125:5 129:3 143:13 147:19 147:23 148:1 148:3 180:2 | |
| **networks**(15) 1:8 4:33 14:12 29:1 185:17 185:18 185:18 186:19 186:20 186:21 186:23 187:8 187:18 187:20 187:21 204:21 | | **not**(277) 9:23 10:3 10:13 10:15 10:20 10:24 10:25 12:3 12:13 12:15 12:15 18:25 19:3 19:5 20:8 20:17 21:12 24:20 25:6 24:6 26:21 27:6 27:8 29:2 29:7 29:13 29:25 30:19 31:4 31:18 32:9 33:2 35:8 35:9 36:9 36:12 36:14 38:17 39:1 39:24 40:22 42:9 43:2 43:24 44:8 45:25 46:3 46:6 47:4 50:18 50:21 52:4 52:7 52:8 53:19 53:21 54:3 56:3 56:6 58:7 58:10 58:21 59:5 61:18 62:25 65:22 66:1 66:10 66:14 66:22 66:25 67:5 67:6 67:20 67:21 68:8 68:12 69:1 69:11 69:17 74:5 75:16 76:5 76:12 76:15 77:4 77:15 78:25 79:4 80:16 84:16 85:13 87:13 88:3 89:9 89:11 93:9 95:2 96:3 96:5 97:11 97:20 97:25 98:1 98:3 98:7 98:12 100:21 101:12 103:4 104:25 106:19 109:10 109:23 116:14 116:15 116:24 117:9 117:20 117:22 118:22 122:23 127:10 128:6 128:21 129:2 129:8 129:11 129:20 130:6 130:19 134:14 135:4 135:25 136:9 138:2 139:3 142:17 144:6 144:9 144:19 144:25 146:22 146:23 147:9 147:10 148:13 148:21 149:3 149:12 150:15 151:8 151:25 152:5 153:4 154:8 154:12 154:16 154:17 156:1 156:21 156:22 156:23 157:1 157:21 162:5 167:11 167:9 167:21 170:14 170:21 175:14 175:19 177:10 177:25 177:11 172:4 174:2 174:10 174:24 175:14 175:19 177:20 177:23 179:19 180:24 181:1 181:8 182:17 184:7 184:22 184:23 184:23 186:21 187:5 187:7 187:9 187:22 189:1 190:1 190:15 190:25 191:2 193:25 194:2 194:22 194:23 195:11 196:18 197:10 198:18 200:10 200:14 202:7 203:7 203:10 203:13 203:23 204:9 204:24 208:17 216:2 217:7 217:18 217:23 218:15 218:16 219:23 220:17 221:10 221:18 221:23 222:25 222:5 227:9 227:6 230:3 230:4 230:11 231:13 231:14 232:21 233:4 233:13 233:22 236:18 237:24 238:2 240:2 243:3 243:8 244:19 | | **occur**(10) 142:18 154:25 158:24 159:3 160:19 160:19 166:21 166:21 167:2 179:23 | | **opinions**(1) 115:5 | |
| | | | | | | **opportunity**(4) 12:12 30:18 81:17 81:18 | |
| | | | | | | **opposite**(1) 26:20 | |
| **never**(19) 21:20 32:19 42:16 43:17 43:22 64:25 88:10 106:17 147:12 147:15 150:18 164:4 166:17 166:17 167:15 167:16 167:17 219:3 | | | | **occurred**(10) 16:3 17:14 21:14 23:23 27:16 166:13 166:22 166:23 169:11 | | **optel**(5) 83:1 83:2 83:6 83:7 83:12 | |
| | | | | **occurring**(1) 126:21 | | **opting**(1) 102:24 | |
| **nevertheless**(1) 125:6 | | | | **october**(2) 61:19 134:6 | | **optional**(1) 155:5 | |
| **new**(27) 1:38 2:15 2:24 2:36 3:7 3:18 3:31 3:41 3:45 4:9 4:28 12:15 12:21 78:25 79:5 82:20 129:2 129:7 222:11 230:11 230:12 230:13 238:6 240:22 240:22 241:12 243:15 | | | | **off**(26) 17:17 19:1 25:25 26:3 30:19 64:9 74:4 108:11 119:3 125:16 132:6 173:7 189:23 192:8 184:24 184:25 187:18 187:21 178:2 224:3 224:9 224:24 228:17 236:2 | | **oral**(5) 97:14 97:15 100:22 100:23 101:5 | |
| | | | | | | **order**(14) 60:12 62:14 88:11 105:18 105:24 114:16 119:20 123:14 124:6 125:12 130:22 130:25 157:11 236:23 | |
| **newhould**(1) 108:23 | | | | | | | |
| **newbould's**(1) 197:4 | | | | | | | |
| **news**(1) 30:13 | | | | | | | |
| **next**(13) 25:7 87:15 98:21 123:8 123:25 130:22 131:8 131:9 136:5 179:5 179:5 210:25 240:13 243:3 | | | | | | **original**(10) 15:5 228:1 228:2 228:3 228:5 229:13 229:15 229:16 236:13 238:11 | |
| **nice**(3) 29:15 32:21 243:20 | | | | **offense**(1) 110:24 | | | |
| **nichols**(5) 1:24 9:11 16:13 72:25 78:6 | | | | **offer**(11) 41:21 50:17 50:20 50:21 60:6 60:18 60:22 85:11 86:12 88:5 244:19 | | **originally**(1) 228:25 | |
| **nick**(3) 2:22 81:6 81:23 | | | | **offered**(6) 77:4 77:5 77:8 88:20 129:3 130:17 | | **osg**(11) 21:12 54:7 71:6 71:11 71:17 71:22 74:9 76:7 77:18 77:20 78:2 | |
| **night's**(1) 12:13 | | | | **offering**(1) 13:24 | | | |
| **nixdorf**(1) 5:13 | | | | **offers**(1) 51:17 | | | |
| **ncn**(5) 119:8 134:20 137:23 138:24 151:1 | | | | **offhand**(2) 184:16 220:21 | | | |
| **nnce**(25) 20:5 20:8 23:2 29:1 29:6 29:11 29:16 55:17 55:20 61:15 61:19 80:6 87:23 89:24 102:23 103:3 104:6 104:24 126:16 139:9 139:23 143:4 162:2 162:3 222:20 | | | | **office**(3) 233:17 242:15 | | | |
| | | | | **officer**(12) 13:20 14:12 31:6 45:15 51:25 71:7 71:10 72:15 73:12 84:12 86:7 86:7 | | | |
| | | **note**(1) 116:4 | | | | | |
| | | **noted**(1) 141:15 | | | | | |
| | | **noteholder**(4) 74:15 74:25 74:25 75:3 | | | | | |

| Word | Page:Line |
| --- | --- |

**other**(114) 15:1 18:2 18:6 20:25 21:9 21:11 21:13 24:16 24:21 25:22 29:23 29:24 31:21 33:10 38:2 43:7 43:9 46:16 49:7 53:11 53:16 56:8 57:24 59:8 62:3 62:24 62:6 64:5 70:23 75:8 78:15 80:6 80:16 86:13 89:4 93:24 93:25 98:9 101:19 103:7 110:22 112:13 112:18 115:3 115:8 121:10 125:14 126:13 127:15 127:8 128:13 128:24 128:25 129:22 129:25 130:15 131:3 134:18 134:19 134:20 135:5 137:18 137:22 140:9 141:21 142:13 144:16 149:6 149:10 149:16 152:17 154:6 154:11 155:5 155:10 155:19 158:11 159:8 163:11 165:14 166:4 166:7 175:6 181:17 192:1 194:23 195:3 196:3 197:25 205:8 205:9 207:8 208:10 208:12 210:10 211:7 211:8 211:17 211:18 213:21 214:11 214:3 219:4 227:2 227:6 228:10 229:7 232:15 233:4 235:12 236:18 241:9 242:4 242:19

**ought**(2) 117:1 117:12

**our**(36) 12:6 13:24 16:11 16:14 18:3 24:2 24:20 26:1 48:17 54:8 64:1 69:17 69:18 70:22 70:23 79:5 81:15 84:13 86:10 88:4 88:10 91:6 91:9 92:3 92:22 94:3 106:25 107:9 109:6 116:5 117:10 163:17 235:11 242:7 243:11 243:21

**out**(63) 10:1 11:5 12:3 16:4 22:1 30:10 30:14 32:3 32:17 32:17 32:25 38:12 51:7 55:22 58:11 61:7 62:14 65:8 66:9 67:12 67:16 68:12 76:1 79:7 80:4 92:7 102:24 110:9 102:24 116:19 130:7 132:23 139:10 139:22 140:24 143:7 143:22 144:4 144:5 144:25 146:8 146:18 146:25 149:7 156:15 161:8 162:24 163:11 163:19 182:7 189:16 196:19 196:22 197:16 203:5 203:8 204:20 217:16 222:19 226:11 229:16 237:10 242:14

**outcome**(13) 115:23 147:13 147:16 157:17 158:8 158:12 158:20 158:22 158:23 159:6 159:13 160:9 192:23

**outcomes**(10) 32:8 42:10 42:19 63:15 105:13 119:22 121:8 147:18 158:8 159:24

**outdated**(2) 227:20 227:21
**outflows**(1) 133:13
**outlined**(1) 175:5
**outreach**(1) 84:25
**outside**(6) 21:13 241:10 241:12 241:18 241:21 243:17
**outstanding**(3) 23:1 56:8 106:11
**over**(55) 14:20 15:8 16:10 16:19 18:3 19:6 25:20 29:14 30:7 30:11 33:24 46:17 60:21 79:22 84:16 85:23 87:18 92:15 102:3 103:22 104:13 106:23 112:4 113:10 119:25 120:5 113:18 129:12 139:16 139:21 141:1 159:14 163:17 168:1 168:6 168:24 184:15 184:18 190:15 193:22 195:8 198:25 201:5 203:5 203:25 208:4 224:13 224:16 224:17 226:15 226:17 233:20 236:16 237:3 238:9

**over-recovery**(1) 64:4
**overall**(5) 28:24 29:10 29:14 33:21 146:16
**overalls**(1) 131:23
**overlapping**(1) 76:2
**overrule**(1) 220:11
**overseas**(2) 27:5 72:12
**oversee**(1) 14:13
**overseeing**(1) 14:15
**overstatement**(1) 67:16
**overstating**(1) 139:24
**overwhelming**(1) 43:10
**overy**(3) 2:10 5:8 34:15
**owe**(2) 170:15 170:23
**own**(10) 32:14 42:17 63:14 70:9 79:2 167:24 168:8 182:6 185:20 242:7
**owned**(3) 169:25 187:5 187:8
**owner**(2) 188:23 190:21
**owners**(1) 187:15
**ownership**(4) 186:24 187:23 188:3 188:17
**owns**(2) 167:20 168:15
**o'connor**(1) 4:26
**o's**(1) 181:23
**p.m**(11) 59:17 96:14 96:24 97:6 98:18 110:14 110:14 185:9 185:9 242:17 245:9

**pac**(2) 178:6 180:10
**pachulski**(1) 2:27
**page**(30) 22:10 37:1 37:4 37:4 49:18 100:8 100:10 155:25 158:3 158:3 163:13 164:8 175:18 175:18 177:1 177:11 178:4 182:23 182:25 183:1 183:1 183:11 204:14 211:4 211:4 211:10 211:11 211:13 216:9 223:16

**paid**(42) 27:8 27:9 27:12 27:14 28:1 31:14 44:22 45:1 45:4 59:19 73:16 74:14 74:17 74:24 75:1 75:4 75:7 75:8 75:14 75:21 76:10 79:13 90:13 94:1 124:4 124:9 131:2 133:15 135:3 142:19 143:1 144:24 153:8 153:10 182:7 190:23 192:5 195:24 206:9 223:25 235:8 237:15

**paige**(1) 7:37
**paint**(1) 69:22
**paper**(1) 61:5
**papers**(2) 26:18 116:5

**paragraph**(17) 55:15 114:16 156:6 156:11 156:24 157:10 157:19 157:23 158:1 158:8 161:1 161:14 180:11 180:13 215:11 215:12 216:9

**parallel**(1) 86:21
**paramount**(1) 28:24
**paraphrase**(1) 139:13
**parent**(1) 189:3
**parents**(1) 192:19
**park**(3) 2:35 3:16 7:16
**part**(21) 20:9 53:17 73:11 104:25 108:9 109:5 115:8 118:20 120:3 176:8 182:1 188:24 189:3 189:5 189:7 189:23 209:12 218:8 218:5 228:3 243:12

**participant**(2) 87:19 108:5
**participate**(8) 17:4 55:21 56:3 56:6 56:13 87:24 210:20 103:4
**participated**(7) 15:5 15:6 17:6 35:18 52:16 52:24 57:17

**participating**(2) 53:21 55:18
**participation**(1) 103:4
**particular**(19) 39:3 41:25 68:2 82:14 96:12 100:8 117:10 128:20 144:21 151:15 166:3 166:4 171:1 185:3 185:25 195:6 217:22 222:5 232:3

**particularly**(5) 66:22 133:20 140:22 187:3 241:1
**parties**(27) 9:13 10:17 15:10 16:11 25:8 26:11 26:21 26:23 29:24 33:17 46:16 59:18 77:25 78:15 78:19 79:8 80:4 86:14 93:9 93:15 100:2 100:10 110:23 116:12 118:11 216:13

**partner**(3) 41:2 82:25 83:8
**partners**(2) 5:39 6:36
**parts**(1) 115:12
**party**(7) 6:20 7:4 8:4 28:11 51:2 84:19 196:3
**passed**(1) 184:15
**passing**(1) 110:9
**past**(1) 167:1
**path**(1) 25:3
**patterson**(1) 3:28
**paul**(2) 111:4 111:7
**pause**(1) 220:25
**pawn**(1) 225:1
**pay**(24) 42:13 63:18 65:12 105:4 105:10 106:9 108:11 116:1 125:12 132:16 135:18 135:19 141:11 143:2 143:19 156:13 158:10 158:15 189:9 210:1 210:7 210:8 214:2 230:14

**payable**(5) 22:23 90:15 137:12 137:18 138:1
**paying**(1) 61:4
**payment**(14) 68:1 73:5 115:16 124:8 130:22 130:25 135:3 136:23 155:15 157:12 174:24 193:5 209:25 210:12
**payments**(4) 67:19 124:9 171:10 173:13
**payout**(5) 135:21 135:22 136:1 140:17 153:1 153:2 153:4 210:3
**pays**(3) 126:15 126:17 144:10
**pbg**(1) 236:16
**pbgc**(13) 126:18 142:25 159:21 227:13 227:21 228:3 228:8 228:21 228:25 229:12 230:25 236:11 237:22
**peg**(1) 6:41
**pen**(1) 65:5
**pennsylvania**(1) 1:45
**pension**(32) 4:19 4:34 4:46 5:4 26:11 126:14 134:17 139:18 140:25 143:6 159:5 190:5 190:5 190:9 190:12 191:3 192:2 193:2 194:23 199:1 203:14 203:15 218:6 219:16 220:16 220:19 221:11 221:13 221:17 226:23 227:1 237:3

**pensyl**(1) 2:13
**people**(31) 12:23 17:1 19:24 24:2 24:17 25:21 25:24 26:5 26:25 30:2 30:10 30:14 30:17 30:18 30:21 33:25 43:7 46:23 75:19 75:24 80:13 81:1 85:18 109:12 110:8 185:8 204:9 230:14 234:21 240:25 241:6 244:9
**people's**(3) 30:23 32:12 33:23
**pepperdine**(1) 112:14
**per**(6) 66:15 91:22 133:17 153:17 217:10 217:13
**percen.t**(1) 201:13
**percent**(68) 18:1 18:2 18:3 18:5 18:7 18:16 18:21 20:14 20:15 21:10 41:21 42:1 49:23 50:1 53:1 53:7 53:13 55:8 56:16 60:4 60:6 60:9 60:22 60:22 60:24 62:15 62:17 62:18 62:18 62:20 62:20 63:5 85:14 86:11 86:24 117:2 187:17 187:9 201:5 201:9 201:15 232:1 232:9 234:25 237:4

**percentage**(16) 19:2 19:23 20:11 41:19 41:25 55:7 100:1 101:15 102:8 152:25 186:24 193:6 195:22 200:14 201:14 202:6

**percentages**(1) 187:2
**perfect**(1) 28:10
**perfectly**(5) 40:23 70:3 107:14 185:7 220:10
**perform**(3) 90:8 90:14 219:7

**performed**(6) 91:12 106:7 106:13 106:21 107:4
**perhaps**(3) 35:16 75:11 75:12
**period**(25) 14:20 16:20 17:9 19:10 25:20 25:23 30:11 39:10 46:17 47:1 47:13 51:6 64:19 78:23 85:17 92:13 92:15 93:1 104:13 106:24 133:9 133:12 133:13 208:4 239:5

**periods**(1) 133:8
**permit**(1) 130:19
**permitted**(2) 105:19 105:25
**perpetuity**(1) 92:7
**perry**(1) 7:36
**person**(9) 16:10 18:13 25:18 34:24 36:7 51:16 54:17 95:3 130:9

**personal**(1) 95:9
**personally**(2) 27:24 66:9
**perspective**(2) 85:9 167:19
**peter**(1) 2:28
**petition**(8) 9:13 27:8 27:9 73:6 85:6 134:17 137:14 137:22

**phd**(4) 111:18 111:18 112:10 112:11
**philadelphia**(1) 12:16
**philly**(1) 12:19
**philosophical**(1) 20:14
**phone**(7) 16:23 39:10 40:21 85:16 88:16 89:11 103:3
**phrases**(1) 159:13
**physical**(1) 39:16
**pick**(3) 68:21 69:18 69:22
**picked**(2) 149:19 150:2
**pickup**(1) 9:19
**picture**(8) 67:24 68:20 121:7 121:12 143:24 144:8 179:25 192:23

**pictures**(2) 69:22 192:23
**piece**(3) 24:13 26:3 39:3
**piecemeal**(1) 20:18
**pinckney**(2) 4:12 4:14
**pinpoint**(1) 55:3
**pisa**(1) 86:5
**place**(16) 16:1 16:12 35:22 40:3 50:5 50:25 95:7 95:13 95:17 95:18 96:6 96:7 96:24 98:8 101:1 118:7

**placed**(2) 51:3 51:4
**places**(1) 174:21
**plan**(14) 4:47 71:10 71:16 71:20 72:12 73:2 73:14 73:17 74:9 74:16 75:21 75:23 75:24
**plans**(5) 133:25 134:1 168:14 169:1 169:3
**play**(2) 127:6 149:7
**plaza**(3) 1:37 2:23 2:35
**plc**(1) 7:28
**pleading**(1) 27:17
**pleadings**(2) 15:11 17:21
**please**(18) 9:2 9:3 71:23 72:3 81:4 81:5 91:14 101:9 105:21 107:6 110:15 110:18 118:4 146:2 155:25 171:20 185:10 185:11

**pleasure**(3) 9:4 81:21 81:22
**plus**(7) 22:24 23:9 60:12 132:12 132:16 132:23 228:4
**podium**(1) 244:17
**point**(35) 61:8 17:24 17:25 20:4 21:19 23:16 28:17 29:12 31:11 64:6 85:11 87:12 88:4 90:19 90:19 90:22 91:18 92:3 100:1 109:10 130:17 132:24 140:24 154:10 155:3 163:11 163:22 168:19 174:10 203:5 205:10 212:22 212:25 213:19 220:8

**pointed**(6) 71:12 67:16 74:12 76:1 79:7
**points**(5) 167:9 197:3 197:14 198:9 240:20
**polar**(1) 26:20
**poll**(1) 30:10
**pool**(1) 223:9
**portion**(4) 124:3 188:10 200:11 201:11
**posed**(1) 37:17
**position**(14) 23:24 31:5 59:1 75:13 79:14 82:12 82:18 83:13 126:1 171:16 190:2 190:15 203:16 204:2

**positions**(9) 15:9 26:21 26:24 30:7 30:14 32:1 32:12 57:1 75:20

**positive**(1) 19:6
**possibilities**(1) 42:16
**possible**(6) 66:6 142:10 174:20
**possible**(9) 42:13 48:8 66:3 105:9 143:25 144:25 145:8 157:17 159:15

**possibly**(2) 141:23 180:4
**post-**(2) 91:12 27:7 27:8 73:5 85:5 211:21
**post-interest**(1) 78:12
**post-petition**(26) 15:16 22:11 22:23 23:12 26:16 26:18 26:23 77:19 78:11 78:14 78:17 79:9 80:4 84:24 85:7 88:9 89:7 89:18 108:3 124:21 208:22 209:5 209:6 209:11 209:20 211:9 211:18 211:22

**potential**(34) 16:17 19:13 23:9 36:11 37:8 42:9 44:1 55:20 63:14 65:13 65:16 65:16 65:17 66:7 68:14 69:4 89:1 89:4 105:13 124:14 125:8 134:1 142:8 142:20 143:11 148:1 148:2 149:19 169:18 174:18 174:18 187:25 188:7 194:15 195:4

**potentially**(6) 24:5 175:6 187:24 190:23 198:20 210:1
**ppearances**(4) 1:22 2:1 3:1 4:1
**ppi**(10) 15:18 16:5 16:10 16:17 18:6 19:5 20:16 21:16 21:23 22:8 22:24 23:7 23:24 25:15 29:17 31:9 32:6 32:12 32:14 32:17 33:7 35:4 35:11 36:11 37:8 37:12 39:12 39:25 41:8 41:11 41:19 42:7 43:1 43:4 43:14 45:22 49:9 49:17 50:24 51:8 57:21 58:15 58:20 58:24 59:5 59:8 59:19 60:7 61:4 61:13 61:16 61:20 61:25 62:7 62:11 63:4 63:18 63:21 66:12 66:15 67:19 70:15 70:20 70:24 78:19 78:19 79:25 86:24 87:16 87:22 88:24 95:7 96:21 100:1 105:4 105:14 105:19 105:25 106:9 114:17 114:20 114:22 114:20 115:16 116:1 118:23 125:12 126:16 134:19 134:20 139:22 141:14 141:18 156:13 157:13 161:15 161:15 161:15 174:24 189:4 209:6 209:25 210:2 210:11 210:23 222:19 226:10 230:2 232:8 232:10

**ppi."**(1) 158:15
**ppi"**(1) 158:10
**practice**(2) 116:17 116:18
**praying**(1) 163:3
**pre**(3) 134:16 137:13 137:21
**pre-admission**(1) 242:15
**pre-marked**(1) 114:16
**pre-petition**(5) 108:1 135:1 135:17 139:19 210:7
**precise**(1) 210:16
**precisely**(5) 90:3 102:5 104:18
**predated**(1) 58:24
**prefer**(1) 129:14
**preference**(1) 239:9
**preliminary**(1) 9:17
**premise**(3) 171:16 64:9 64:11
**premised**(5) 64:2 146:9 146:14
**premises**(1) 66:19
**prep**(1) 179:10
**prepare**(4) 85:23 86:17 106:4 241:1
**prepared**(8) 87:14 87:15 90:11 105:16 105:22 186:21 188:2 243:22
**prepares**(1) 151:19
**preparing**(1) 185:20
**present**(5) 16:15 95:23 96:1 96:4 123:23
**presentation**(2) 45:23 119:12
**presented**(1) 37:21
**preserve**(1) 116:8
**preserves**(1) 62:6
**preserving**(1) 116:11
**presumably**(3) 33:24 165:13 165:15
**pretty**(3) 90:12 184:9 199:2
**previous**(6) 155:12 164:21 164:24 188:9 214:16
**previously**(1) 122:21 122:25 233:5 233:7
**price**(1) 3:42
**primarily**(1) 199:22
**primary**(3) 155:21 197:1 199:22
**principal**(13) 13:20 14:12 15:19 31:6 34:24 43:6 45:15 51:25 84:12 86:6 86:7 88:23 90:13
**principally**(2) 14:25 16:23
**principals**(1) 96:4
**principle**(1) 25:21
**prior**(27) 35:2 35:11 36:9 37:6 38:7 38:13 38:15 38:21 39:23 49:25 50:4 50:10 50:16 51:18 56:22 78:12 78:16 79:4 82:9 98:5 122:15 165:5 165:19 165:24 166:6 228:8 228:13
**priority**(2) 132:16 136:22
**privilege**(1) 66:14
**privileged**(1) 67:21
**pro-rata**(1) 64:21
**probability**(5) 127:11 127:19 154:3 170:8 176:13
**probably**(12) 30:24 56:6 70:11 109:22 134:5 136:18 160:7 162:17 201:8 235:15 239:10 242:16
**probing**(1) 70:7
**problem**(3) 9:23 39:7 243:1
**problems**(1) 89:5
**proceed**(5) 13:13 82:5 116:17 117:1 118:15
**proceeding**(2) 67:1 76:7
**proceedings**(7) 1:18 1:49 14:11 76:17 196:21 197:9 245:14
**proceeds**(7) 123:18 132:2 136:10 181:20 191:20 194:9 215:17
**process**(2) 31:1 120:2
**produced**(3) 1:50 172:1 196:2
**productive**(2) 25:6 41:9
**professional**(2) 93:20 119:25
**professor**(3) 112:15 112:16 147:5
**progress**(8) 18:8 23:25 24:2 24:6 24:10 24:14 25:7 30:3

**progressive**(1) 83:3
**project**(1) 185:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| projected(1) 136:14 | | question(69) 11:8 37:6 37:6 37:9 37:13 37:17 37:21 | | receive(7) 114:21 123:14 123:16 125:22 126:2 161:16 187:15 | | repeated(1) 164:8 | |
| promised(1) 88:12 | | 37:23 38:6 38:12 38:18 38:20 47:14 53:6 53:6 59:10 | | | | repeatedly(1) 164:17 | |
| pronouncement(1) 151:6 | | 61:16 67:24 68:1 70:4 70:19 74:9 77:11 77:14 80:2 | | received(6) 49:12 76:14 123:17 132:1 155:13 169:14 | | repeating(1) 86:2 | |
| pronouncements(1) 119:13 | | 89:6 97:9 98:23 100:7 102:13 105:21 122:11 122:21 | | receives(3) 125:23 210:4 210:5 | | rephrase(1) 146:3 | |
| proof(4) 227:22 227:24 228:9 229:9 | | 130:13 130:20 146:2 147:9 149:14 149:24 169:24 | | receiving(1) 99:11 | | report(97) 10:21 114:11 114:11 114:14 114:16 115:6 | |
| proofs(1) 204:22 | | 171:12 175:19 194:12 195:19 207:1 210:14 210:16 | | recent(4) 26:1 135:8 168:6 208:2 | | 115:8 120:25 123:21 128:22 129:10 131:6 133:12 | |
| proper(1) 122:5 | | 211:11 212:12 212:14 214:8 215:22 217:13 219:11 | | recently(2) 135:6 199:7 | | 135:7 136:14 137:20 138:11 138:13 139:3 142:5 | |
| properly(2) 10:23 67:15 | | 219:25 220:3 220:9 220:10 220:12 221:8 222:2 224:9 | | receptiveness(1) 39:11 | | 144:20 148:22 150:22 151:4 153:25 155:23 158:22 | |
| property(4) 167:10 167:12 167:15 167:18 | | 224:25 229:24 230:18 230:20 232:21 237:8 240:8 | | recess(4) 81:3 110:14 185:9 245:7 | | 159:11 159:14 161:9 161:11 163:14 163:20 164:7 | |
| proportion(1) 183:21 | | | | recognize(2) 196:18 235:21 | | 164:10 164:15 165:12 171:14 171:24 172:1 172:5 | |
| proposal(12) 17:25 84:18 85:14 86:10 86:10 87:18 | | questioning(5) 66:19 67:3 67:7 70:1 80:3 | | recognized(2) 17:22 17:22 | | 172:7 172:19 172:23 173:8 173:20 174:2 175:4 | |
| 88:21 89:13 97:13 97:14 97:15 97:24 | | questions(36) 34:9 38:18 73:24 74:4 74:8 78:8 78:10 | | recollect(1) 184:11 | | 177:15 177:24 178:17 178:19 178:20 179:18 179:19 | |
| | | 80:18 84:17 94:8 94:21 100:18 101:2 107:17 107:24 | | recollection(10) 40:8 85:3 86:22 87:8 88:16 96:9 | | 180:2 180:11 185:19 185:20 186:1 186:5 186:13 | |
| proposals(4) 18:4 86:12 86:13 97:25 | | 128:11 128:23 145:12 146:1 146:19 154:9 174:9 | | 101:2 103:24 105:5 184:7 | | 186:22 188:3 188:16 189:8 191:17 197:15 199:7 | |
| propose(1) 9:17 | | 185:16 202:8 214:2 214:5 214:7 219:23 226:1 230:22 | | | | 200:11 204:13 205:21 209:22 210:16 210:17 210:21 | |
| proposed(33) 37:15 39:25 41:8 43:19 46:2 46:9 | | 233:6 235:18 236:7 237:5 238:14 238:17 | | recommendation(2) 64:13 64:16 | | 212:6 212:9 212:18 214:22 215:16 216:6 216:10 | |
| 46:16 47:6 49:16 49:20 50:2 50:24 55:18 58:5 61:11 | | | | reconciliation(1) 208:3 | | 216:18 218:5 218:10 218:11 218:18 219:20 222:24 | |
| 63:25 68:3 68:4 71:10 71:16 73:2 85:23 86:24 87:11 | | quibble(1) 201:10 | | reconciling(2) 14:18 195:15 | | 223:7 223:8 223:13 233:8 235:5 235:7 235:13 | |
| 98:2 98:5 105:10 114:19 115:20 118:21 136:11 | | quick(3) 107:23 184:9 213:12 | | record(5) 12:9 70:9 77:5 77:18 129:7 129:15 | | | |
| 161:14 161:18 | | quicker(1) 59:11 | | recorded(1) 1:49 | | reported(1) 31:7 | |
| | | quickly(2) 184:15 227:17 | | recording(3) 1:49 117:25 245:13 | | reporter(16) 11:19 11:22 11:25 12:7 12:9 13:10 | |
| proposing(2) 63:4 68:15 | | quinn(1) 9:5 | | records(1) 170:15 | | 13:12 18:15 20:7 21:16 27:11 27:19 37:21 78:4 79:17 | |
| protocol(4) 167:22 168:8 169:1 169:24 | | quite(7) 18:21 20:19 24:18 42:16 67:7 113:21 114:2 | | recovers(3) 105:17 105:23 152:24 | | 81:7 | |
| prove(2) 22:7 69:11 | | quote(1) 139:13 | | recovered(1) 176:20 | | | |
| provide(8) 44:2 44:12 94:15 112:25 136:25 189:7 | | quoted(1) 163:12 | | recoveries(6) 36:24 69:15 69:23 176:14 209:15 | | reporting(3) 14:17 112:1 165:22 | |
| 191:18 216:11 | | qureshi(1) 3:12 | | recovery(6) 64:5 132:11 132:14 154:5 170:8 202:5 | | reports(13) 69:10 122:18 122:25 123:2 133:15 151:4 | |
| | | raise(1) 110:19 | | red(3) 33:13 91:24 92:1 92:16 | | 165:5 165:14 166:23 167:7 215:16 216:17 235:11 | |
| provided(13) 21:2 33:16 41:15 47:14 48:16 61:12 | | raised(4) 116:5 124:15 150:22 152:19 | | redirect(3) 74:2 74:6 107:22 | | | |
| 99:15 113:11 128:21 129:2 129:24 172:9 223:13 | | ran(5) 83:10 153:13 209:22 210:9 212:4 | | reduce(12) 114:25 124:9 134:10 136:18 136:22 142:9 | | represent(2) 92:9 195:3 | |
| | | range(14) 65:19 115:14 125:4 125:25 126:3 126:4 | | 142:14 143:24 144:17 152:13 223:25 224:14 | | representative(1) 85:9 | |
| provides(5) 21:4 21:6 73:5 104:21 130:4 | | 131:12 131:15 141:19 142:21 142:24 149:2 150:15 | | | | representatives(2) 86:3 93:23 | |
| proving(1) 22:7 | | 231:22 | | reduced(13) 18:20 19:1 19:10 20:22 33:25 43:8 55:8 | | represented(7) 16:13 72:21 78:2 78:4 78:5 93:16 | |
| provision(6) 62:3 73:12 74:12 74:18 74:19 76:12 | | ranged(1) 124:18 | | 132:25 135:17 141:1 141:3 207:3 237:3 | | 124:3 | |
| provisions(1) 21:15 | | rangers(1) 13:5 | | | | | |
| public(2) 77:15 111:23 | | rate(58) 18:2 19:10 19:14 27:13 28:1 28:4 28:7 | | reduces(3) 162:22 200:25 210:6 | | representing(3) 86:6 89:12 200:5 | |
| publically(2) 119:10 121:2 | | 31:13 31:15 31:15 31:24 31:24 33:12 49:18 | | reducing(3) 142:10 161:15 210:4 | | represents(2) 91:17 92:10 | |
| pull(3) 13:6 222:3 240:12 | | 59:20 59:20 60:15 60:19 61:3 61:3 61:21 62:7 73:6 | | reduction(7) 142:18 143:2 143:9 143:11 224:3 224:9 | | request(3) 53:25 90:11 123:24 | |
| pulled(1) 135:5 | | 73:16 74:13 74:14 74:17 74:24 75:1 75:4 75:15 | | 228:17 | | requested(3) 21:2 123:17 172:10 | |
| | | 75:17 76:10 76:14 76:15 77:24 79:12 79:13 88:22 | | | | requests(1) 172:8 | |
| pultman(147) 2:12 11:2 11:5 11:7 11:12 11:13 11:15 | | 90:7 90:13 90:20 91:22 92:5 92:11 92:13 92:14 | | reed(1) 2:33 | | require(1) 113:5 | |
| 28:4 30:18 37:18 38:25 39:3 39:13 39:16 39:22 47:11 | | 92:15 92:21 105:19 105:25 120:8 127:7 134:5 136:19 | | refer(1) 176:10 | | required(2) 124:9 135:20 | |
| 47:23 48:2 48:4 48:9 48:12 48:15 48:20 48:23 48:25 | | 143:5 162:23 | | reference(4) 17:25 183:12 223:2 223:8 | | requires(1) 68:7 | |
| 59:15 59:16 66:24 67:4 67:9 67:10 68:22 68:25 | | | | referenced(3) 98:18 177:3 198:11 | | research(1) 6:44 | |
| 69:19 70:1 70:12 70:13 70:18 71:25 72:2 72:4 72:8 | | rates(1) 235:9 | | referred(3) 29:1 40:3 74:21 | | reserve(2) 75:16 117:10 | |
| 73:24 74:1 74:12 76:1 78:9 78:10 79:7 79:11 80:3 | | rather(5) 25:1 56:10 80:14 218:15 223:10 | | referring(10) 18:11 26:9 26:10 49:15 49:17 57:25 | | reserved(1) 21:17 | |
| 80:20 80:21 91:3 94:10 94:11 94:13 94:20 | | ratio(7) 135:21 135:22 136:1 140:17 153:3 153:4 | | 99:4 101:13 204:17 223:4 | | reserves(1) 62:9 | |
| 107:17 107:19 107:21 108:17 108:18 109:2 109:16 | | 210:3 | | | | reserving(1) 61:24 | |
| 109:18 109:21 110:4 110:5 110:11 110:25 111:1 111:3 | | | | reflected(5) 55:10 57:5 102:16 111:13 121:16 | | residual(2) 155:15 182:8 | |
| 113:16 114:16 116:21 117:3 117:14 118:5 118:16 | | ray(60) 13:20 13:25 14:2 14:4 14:5 14:7 14:10 18:16 | | reflecting(1) 77:6 | | resolution(10) 16:20 20:18 24:7 24:24 25:6 25:21 | |
| 121:24 122:3 122:12 123:1 123:2 123:6 123:12 123:6 | | 20:8 21:7 27:12 27:20 27:22 34:16 34:17 34:20 37:5 | | refresh(1) 96:9 | | 26:5 33:21 35:3 42:17 | |
| 123:7 129:5 129:12 129:17 130:1 130:21 130:23 | | 39:8 39:13 39:14 39:16 47:23 48:1 48:4 48:17 48:14 | | regard(1) 115:22 | | | |
| 145:11 145:13 146:5 157:1 178:23 178:24 179:11 | | 49:1 59:8 68:2 69:23 70:2 70:19 72:4 72:6 74:9 78:5 | | regarding(7) 9:12 19:20 22:22 26:15 29:22 77:18 | | resolutions(5) 24:18 34:3 46:4 63:15 63:17 | |
| 179:13 184:25 185:1 185:2 212:24 213:1 213:2 213:5 | | 79:21 80:23 80:25 84:15 86:7 86:12 88:8 88:13 | | 216:11 | | resolve(3) 25:9 80:9 227:19 | |
| 213:6 219:25 224:23 225:2 225:4 225:7 225:10 | | 88:16 93:23 99:20 100:25 102:13 103:3 120:22 | | | | resolved(5) 2:5 56:10 89:19 99:22 102:2 102:3 | |
| 230:16 230:17 235:19 235:21 235:23 236:1 236:6 | | 124:15 125:1 150:9 150:10 227:3 229:10 229:20 | | regardless(4) 64:6 133:13 133:13 134:6 | | resolving(2) 29:17 30:10 | |
| 237:5 238:12 238:13 238:22 238:25 239:4 239:8 | | 230:3 231:1 | | regards(1) 157:14 | | | |
| 239:18 239:21 239:23 240:1 240:8 240:9 243:17 | | | | regiment(1) 6:16 | | respect(42) 10:16 15:17 16:1 17:12 17:14 23:12 | |
| 243:19 244:8 | | ray's(1) 86:2 | | reimbursement(6) 21:5 21:7 47:6 53:25 54:20 101:23 | | 31:2 37:15 43:16 45:24 50:24 58:1 61:12 62:10 | |
| | | re-direct(1) 236:5 | | reinstated(2) 75:5 75:6 | | 67:12 67:13 70:2 70:15 78:16 92:18 96:2 101:11 | |
| pultman's(1) 70:8 | | reach(4) 55:22 58:11 94:2 121:12 | | rejected(6) 76:14 86:11 86:13 87:18 88:5 | | 103:9 105:13 108:19 130:15 140:14 141:6 147:23 | |
| pundits(1) 32:16 | | reached(5) 16:4 17:11 22:16 51:7 57:2 85:12 86:15 | | rejection(2) 75:7 98:1 | | 148:24 151:1 151:22 153:12 154:24 155:2 160:17 | |
| purchaser(1) 216:13 | | 86:20 101:5 118:17 174:5 | | relate(2) 185:17 232:4 | | 169:21 169:24 170:22 172:25 176:21 179:20 195:20 | |
| purports(3) 114:19 161:14 163:22 | | | | related(24) 14:17 14:19 17:7 17:7 20:15 20:16 21:3 | | 195:24 197:3 200:9 200:16 208:24 208:22 208:25 | |
| purpose(5) 71:4 121:4 215:10 216:1 216:10 | | reaching(4) 12:3 30:13 31:2 119:2 | | 21:10 21:15 21:17 22:3 30:1 34:7 41:19 47:6 47:7 | | 209:5 212:18 216:14 218:5 220:5 220:24 221:19 | |
| purposes(14) 120:25 129:22 133:11 137:1 157:11 | | reaction(2) 19:5 93:12 | | 56:8 56:1 63:16 66:14 79:24 134:1 172:9 214:14 | | 238:14 239:5 239:11 239:14 | |
| 163:12 186:2 190:23 202:22 204:3 220:23 | | reactions(1) 240:20 | | | | | |
| 221:16 228:24 | | read(6) 26:18 27:3 30:11 58:16 59:1 235:2 | | relates(4) 73:8 130:22 131:9 134:15 | | respects(1) 135:9 | |
| | | reading(6) 50:14 159:11 163:11 168:3 190:10 235:13 | | relating(6) 36:10 37:8 37:12 37:24 54:7 66:23 | | respond(6) 69:6 175:20 218:17 | |
| pursuant(1) 115:20 | | ready(6) 13:12 13:17 13:13 81:6 82:5 235:11 | | relation(2) 223:12 223:21 | | responded(1) 38:22 | |
| pursue(2) 26:14 122:9 | | real(4) 31:4 31:12 31:12 107:23 | | relative(5) 15:13 21:16 23:25 27:1 29:13 | | response(6) 85:13 97:2 97:19 98:4 214:8 238:18 | |
| pursued(3) 26:24 56:7 112:10 | | realise(6) 124:25 125:7 145:4 145:5 160:2 160:4 | | relatively(3) 26:1 26:5 162:4 | | responses(1) 97:23 | |
| push(3) 19:3 31:19 109:9 110:7 110:17 | | realistically(4) 145:2 145:3 146:17 146:19 | | relax(1) 245:3 | | responsibilities(3) 14:11 14:15 14:16 | |
| pushing(1) 18:22 | | realisticness(1) 154:17 | | relayed(1) 56:21 | | responsibility(4) 25:15 34:25 52:1 197:1 | |
| put(26) 23:7 38:20 53:22 62:3 65:5 66:23 71:10 | | realized(1) 197:11 | | relevance(4) 67:17 67:17 116:5 120:8 | | responsive(1) 199:23 | |
| 75:10 81:16 84:1 94:14 108:19 108:20 134:9 160:20 | | really(15) 16:18 31:16 34:8 65:2 75:23 144:9 145:5 | | relevant(6) 66:6 66:25 67:5 77:4 90:4 119:7 | | responsive(1) 230:18 | |
| 164:9 166:25 200:8 208:3 208:14 198:3 197:20 210:20 | | 145:15 169:17 179:14 184:14 215:22 239:8 | | reliability(7) 117:5 121:25 | | restate(2) 39:9 96:9 | |
| 220:1 228:4 230:18 235:11 | | 234:20 | | reliable(1) 180:21 | | restraint(1) 241:1 | |
| | | reason(24) 24:15 28:15 43:6 45:11 45:13 52:11 52:14 | | reliance(2) 226:5 226:21 | | restructuring(14) 71:7 71:9 72:15 73:11 171:14 | |
| puts(3) 12:9 141:18 224:17 | | 74:17 107:13 128:1 128:3 144:4 146:22 173:19 | | relief(1) 179:18 | | 171:23 172:14 172:19 172:22 173:8 178:17 178:20 | |
| putting(4) 17:18 78:13 149:25 220:3 | | 175:17 181:22 198:22 217:22 219:17 219:20 220:17 | | relinquished(1) 186:1 | | 179:19 180:2 | |
| | | 223:23 233:19 237:21 | | rely(2) 164:14 224:19 | | result(5) 143:8 160:20 161:18 187:21 208:25 | |
| qualification(1) 70:14 | | | | relying(1) 168:24 | | resulted(1) 21:15 | |
| qualifications(6) 116:19 116:25 117:4 117:16 121:25 | | reasonable(5) 68:5 69:5 121:7 127:4 160:7 | | remain(3) 153:15 192:6 201:6 | | results(9) 28:12 74:16 120:16 125:18 128:13 | |
| 236:9 | | reasonableness(1) 195:9 | | remainder(1) 137:19 | | retained(3) 44:12 44:16 122:24 | |
| | | reasonably(1) 160:7 | | remained(1) 153:5 | | retainer(1) 44:16 | |
| qualified(5) 117:9 122:12 122:16 218:19 219:3 | | reasons(8) 23:18 44:8 152:23 166:13 176:6 184:23 | | remaining(9) 99:21 101:15 132:17 137:12 168:14 | | retiree(2) 15:3 139:18 | |
| qualify(1) 116:20 | | 184:24 232:20 | | 210:11 210:23 | | retroactive(1) 32:20 | |
| qualitative(1) 158:24 | | | | | | return(2) 78:8 148:21 | |
| quality(1) 235:12 | | rebuttal(1) 218:11 | | remains(9) 9:4 187:16 240:6 | | returns(2) 148:16 148:18 | |
| quantify(1) 217:4 | | recalculated(1) 140:9 | | remarkable(1) 76:16 | | reverse(1) 128:1 | |
| quantity(1) 217:12 | | recall(22) 35:13 35:14 48:7 49:13 50:3 50:6 50:13 | | remember(13) 50:9 132:22 154:13 182:11 182:12 | | review(15) 38:5 58:22 86:18 120:13 138:15 148:13 | |
| quarter(2) 168:5 168:5 | | 50:16 50:19 51:13 51:15 51:16 51:18 53:2 152:3 | | 184:7 184:10 184:16 190:12 194:20 202:18 220:21 | | 148:16 148:18 165:5 202:23 203:2 203:3 205:1 | |
| quarterback(1) 12:19 | | 181:6 215:8 215:11 215:12 215:15 215:18 232:6 | | 220:21 | | 205:20 205:20 | |
| | | | | | | | |
| | | receipts(2) 168:21 169:9 | | removed(1) 20:21 | | reviewed(11) 15:10 15:21 19:14 19:21 119:11 121:15 | |
| | | receivable(5) 144:1 144:21 166:5 166:7 166:25 | | reorg(1) 6:44 | | 173:25 185:19 205:3 205:3 205:5 | |
| | | receivables(14) 154:2 154:2 154:6 166:1 170:6 170:8 | | reorganization(1) 6:44 | | reviewing(2) 170:14 191:16 | |
| | | 170:10 170:13 170:16 173:20 174:3 176:12 180:25 | | repatriation(1) 173:1 | | revise(1) 115:9 | |
| | | 181:1 | | repeat(5) 37:13 98:23 105:21 197:6 202:12 | | revised(3) 87:21 102:9 102:17 | |
| | | | | | | richard(1) 7:37 | |
| | | | | | | richards(1) 3:21 | |

| Word | Page:Line |
|---|---|

**riela**(1) 3:43

**right**(219) 9:18 10:3 10:3 11:11 11:16 13:11 13:13 31:21 32:19 34:11 34:22 34:23 36:4 39:18 40:14 42:1 44:3 44:4 44:7 44:17 44:21 45:2 45:3 46:13 47:3 47:10 52:3 52:17 53:10 54:15 58:13 58:17 59:21 60:4 60:17 60:25 61:4 62:1 62:4 62:7 62:9 63:15 63:19 65:1 65:20 68:14 69:13 70:5 70:21 71:14 72:2 72:18 73:9 73:17 74:1 74:11 75:16 77:12 80:22 81:6 84:8 84:25 91:16 91:25 99:10 99:18 100:3 100:17 102:4 102:11 102:17 103:10 103:20 103:23 104:25 105:20 107:12 108:7 108:14 108:14 109:23 110:8 110:9 110:25 117:12 118:14 122:10 123:5 145:20 147:13 148:13 149:5 149:14 149:24 157:22 158:18 159:8 160:12 162:5 162:9 162:15 162:20 164:1 170:12 172:6 173:17 174:1 174:7 175:14 176:20 176:23 178:4 178:14 179:2 185:8 189:10 191:9 193:10 193:12 193:14 194:1 194:2 194:5 195:22 196:23 204:3 208:2 203:21 205:22 205:23 206:1 206:24 209:8 209:10 210:15 213:6 213:14 213:21 214:15 214:18 215:1 215:1 215:4 215:5 215:7 216:1 216:5 216:7 217:2 217:14 217:18 217:21 217:23 217:24 218:1 218:14 218:21 218:24 219:5 219:9 219:14 221:12 221:14 222:20 223:4 223:11 224:12 223:15 223:23 224:1 224:2 224:5 225:14 226:3 226:9 226:24 227:11 227:14 227:25 228:8 228:12 229:1 230:5 231:1 231:5 231:9 231:10 231:16 231:20 231:24 233:5 233:21 234:1 234:2 234:3 234:4 234:7 234:19 234:22 236:4 237:7 238:12 238:19 240:23 241:22 242:5 242:25 243:1 243:4 243:24 244:5 244:12 244:21 244:24

**right-hand**(1) 177:9
**righton**(1) 5:44
**rights**(4) 17:19 21:17 61:25 216:14
**ringing**(1) 30:19
**rise**(3) 9:2 81:4 185:10
**rising**(1) 66:16
**risk**(1) 86:2
**ritz**(6) 93:18 95:19 96:17 96:21 97:6 98:10
**river**(1) 6:20
**road**(1) 93:3
**roadblock**(1) 33:21
**rodney**(2) 2:42 3:23
**role**(10) 14:10 14:13 15:13 15:17 71:6 73:11 83:15 83:16 83:23 84:1
**roles**(1) 83:3
**room**(2) 12:23 99:4
**rooney.pc**(1) 2:24
**rosenberg**(1) 25:19
**rosenman**(1) 3:4
**rough**(3) 12:18 235:14 241:16
**roughly**(5) 14:21 15:19 16:19 20:4 92:5
**round**(1) 231:23
**row**(1) 127:18
**ruggere**(1) 7:41
**rule**(5) 116:7 151:15 151:16 200:22 225:17
**rules**(1) 122:2
**rulings**(5) 11:5 27:16 33:2 77:18 77:21
**rulings**(1) 32:21
**run**(3) 90:10 128:24 139:16
**running**(1) 38:19
**russell**(1) 1:34
**s.a**(3) 185:18 186:21 187:8
**safer**(1) 33:23
**said**(71) 28:1 40:17 42:10 50:6 52:4 52:7 52:9 57:23 58:15 58:18 58:23 59:8 61:7 62:15 67:11 78:13 88:19 94:25 95:16 99:20 104:11 104:24 130:19 149:18 150:11 153:14 155:9 159:17 159:17 159:22 161:13 161:22 163:23 169:19 171:3 173:17 174:19 177:16 179:25 182:25 191:2 192:1 192:22 193:17 193:23 194:14 194:16 195:1 196:3 199:18 199:21 205:20 206:10 211:25 213:23 216:22 220:5 220:6 224:12 224:16 224:20 226:4 227:9 229:5 229:20 230:4 232:10 241:9
**sake**(1) 68:12
**sale**(8) 168:6 169:11 169:14 191:20 216:13 216:14 216:19 217:12
**sales**(12) 123:18 132:2 136:10 154:4 167:19 169:5 169:9 169:12 214:10 214:16 215:18 216:23
**same**(31) 10:18 10:24 27:5 41:2 45:12 54:9 59:10 67:3 73:21 75:17 77:5 84:21 97:9 102:6 107:15 112:8 127:19 140:10 153:12 153:15 166:7 166:17 172:12 173:16 173:24 191:18 221:19 224:15 241:16 244:20
**sameer**(1) 4:43
**samis**(1) 3:22
**sandberg**(1) 86:4
**sandy**(1) 8:13
**sat**(2) 30:15 68:3
**satisfactory**(1) 28:4
**satisfy**(1) 199:12
**saved**(1) 32:22
**saw**(7) 40:10 41:15 49:5 72:15 165:21 174:8 183:15

**say**(68) 20:4 30:12 35:2 35:13 35:23 36:9 39:13 41:4 41:23 43:12 43:17 44:11 45:12 45:22 46:7 46:17 46:23 49:14 52:13 52:24 56:18 57:2 58:3 58:8 61:11 64:24 66:8 68:25 70:19 71:2 71:9 71:16 88:4 97:21 97:23 97:24 101:14 105:8 105:12 105:22 110:16 116:8 127:11 144:20 149:16 150:1 157:16 159:1 165:24 166:8 167:19 179:1 179:4 183:25 184:13 185:4 187:19 193:22 205:15 209:11 209:13 212:10 220:22 221:3 224:20 226:5 227:4 235:14

**saying**(22) 18:10 66:25 67:16 75:18 97:2 146:7 146:21 148:3 149:1 150:22 152:6 153:19 154:11 158:17 161:13 166:15 173:5 175:13 193:3 206:15 206:20 206:20

**says**(12) 39:1 69:19 158:5 159:11 161:13 166:23 173:8 178:5 183:1 206:1 211:6 231:1

**scenario**(17) 32:15 63:22 63:24 66:3 145:2 145:8 152:14 156:13 157:13 157:15 157:16 159:13 186:2 191:18 191:18 237:22 237:23

**scenarios**(5) 63:20 106:2 106:4 146:18 159:18
**schatz**(1) 7:45
**schedule**(1) 240:7
**scheduled**(4) 41:11 42:6 57:20 71:14
**scheduling**(1) 238:15
**scheme**(1) 162:4
**school**(1) 82:21
**schuylkill**(1) 1:44
**schweitzer**(75) 1:33 11:16 11:18 12:5 12:7 12:8 12:11 12:18 12:22 13:2 13:5 13:14 13:15 13:16 13:18 13:24 14:19 19:18 22:4 28:13 34:9 34:12 36:18 37:19 38:1 38:11 39:5 39:6 47:15 47:16 47:20 49:11 52:25 55:2 57:8 59:6 66:16 66:17 68:18 69:6 69:14 70:6 74:2 74:3 74:7 75:10 77:13 77:17 78:7 79:19 80:1 80:18 86:6 100:25 231:13 240:14 240:16 240:19 240:24 241:4 241:9 241:24 242:3 242:6 242:19 242:22 243:14 244:6 244:10 244:13 245:4 245:6

**schweitzer's**(1) 68:18
**science**(1) 111:18
**scope**(1) 126:24 171:1
**screen**(2) 164:9 222:4
**sealed**(1) 70:9
**sealing**(1) 141:7
**season**(1) 13:3
**second**(18) 13:21 38:18 67:20 96:12 115:17 118:20 124:1 132:18 147:4 155:22 165:4 165:8 186:18 186:20 210:18 219:16 222:5 243:7

**secondly**(2) 181:25 197:20
**section**(6) 62:4 73:3 73:5 73:8 105:3 239:23
**secured**(1) 75:8
**securities**(3) 7:40 8:12 196:11
**see**(56) 9:4 11:14 22:13 24:25 26:25 28:5 34:12 37:5 37:9 40:6 47:8 47:23 49:6 91:21 92:3 92:10 96:9 96:14 96:18 96:19 97:3 99:3 99:8 102:22 125:11 130:16 139:4 158:5 158:14 162:1 169:9 175:23 178:4 178:8 183:2 183:13 186:15 196:13 204:19 204:22 204:24 205:1 205:4 205:6 214:24 215:1 215:2 215:13 216:6 216:15 216:20 227:16 233:5 241:25 243:2

**seeing**(3) 182:11 182:12 215:8
**seeking**(1) 216:12
**seemed**(1) 163:18
**seemingly**(1) 27:8
**seems**(1) 9:6
**seen**(17) 10:6 25:7 49:1 72:11 93:20 114:9 127:22 165:7 165:9 165:9 174:5 177:16 177:16 178:1 181:17 181:19 196:2

**seizables**(1) 153:23
**self**(1) 10:24
**sell**(8) 33:4 33:24 168:14 168:20 169:1 169:4 169:16 169:23
**seller's**(1) 216:14
**selling**(2) 168:1 169:1
**send**(1) 85:23
**senior**(2) 82:13 83:15
**sense**(8) 107:25 125:16 149:8 149:13 176:10 206:14 221:23 236:14

**sensitive**(1) 67:6
**sensitivity**(18) 120:13 120:15 140:1 140:2 140:4 140:15 141:2 151:25 153:13 198:22 199:7 232:5 232:8 232:10 232:10 236:20 236:25

**sent**(2) 87:10 104:2
**sentence**(3) 158:1 158:17
**sentiments**(1) 35:25
**separate**(4) 79:19 103:2 196:19 197:7
**separately**(3) 204:20 206:9 239:13
**september**(12) 37:11 37:14 100:13 100:15 101:7 132:9 133:10 134:6 138:16 177:16 205:22 216:6

**series**(6) 28:25 76:9 76:11 77:22 126:11 189:17
**serve**(1) 113:5

**served**(2) 83:20 113:2
**service**(2) 1:43 1:50
**services**(2) 1:43 113:1
**serving**(1) 83:13
**session**(1) 18:5
**set**(10) 9:12 10:6 29:11 29:13 29:14 85:21 125:6 141:17 146:17 159:18

**set-in**(1) 193:12
**sets**(1) 221:12
**setting**(3) 30:6 30:22 40:12
**settle**(13) 16:17 20:17 24:3 24:5 24:14 24:16 24:20 32:9 85:7 114:19 161:14 163:22 227:10

**settled**(34) 25:11 25:15 33:7 33:23 41:19 118:23 121:22 134:13 135:20 135:25 137:10 138:10 138:14 143:14 151:8 151:13 162:15 163:24 164:2 190:6 198:14 199:4 200:20 200:25 202:1 203:1 203:4 203:23 206:1 222:10 222:25 228:6 230:13 238:7

**settlement**(169) 14:24 15:1 15:4 15:16 15:18 15:19 15:24 16:1 16:5 16:12 16:18 17:11 17:14 19:20 19:21 20:9 20:12 20:15 20:21 20:22 20:23 21:2 21:4 21:25 22:2 22:8 22:15 22:24 23:7 23:18 24:1 24:8 25:14 25:17 25:23 26:14 28:11 28:24 29:3 29:7 29:11 29:12 29:23 30:5 30:16 30:17 30:20 30:22 31:3 31:25 33:16 33:23 34:21 35:17 35:21 36:11 37:8 37:12 37:15 39:12 39:25 41:8 41:15 42:12 42:14 42:20 42:22 43:6 43:20 44:20 45:23 45:24 46:2 46:5 46:9 46:16 47:6 49:10 49:16 49:17 50:2 50:5 52:1 52:20 53:4 53:8 53:12 53:18 53:23 55:10 55:18 56:3 56:12 57:5 57:9 58:5 60:2 61:7 61:11 61:12 62:4 68:4 68:4 68:5 68:9 68:16 70:7 70:15 70:20 71:4 73:22 78:11 78:12 78:14 80:7 80:11 84:2 84:18 85:20 86:17 86:19 86:24 87:7 87:9 87:25 88:1 88:2 88:24 89:9 93:10 93:10 89:17 89:19 90:9 90:16 90:17 92:2 92:19 92:25 93:5 93:8 93:9 93:14 93:18 94:5 95:6 99:11 99:15 99:23 102:24 103:5 104:14 104:25 105:1 105:10 106:16 106:24 138:1 142:3 146:9 146:22 146:24 158:14 162:22 208:14 228:13 241:10

**settlements**(6) 14:20 14:23 15:3 26:9 26:10 77:7
**settlement's**(1) 163:15
**settling**(7) 22:11 25:1 25:9 31:16 32:1 33:12 51:8
**seventh**(1) 221:1
**several**(6) 85:15 113:14 119:23 123:1 181:3 181:19
**several-hour**(1) 11:16
**shaaban**(1) 8:5
**shakra**(1) 5:5
**shanberg**(1) 88:6
**share**(2) 21:23 103:19
**shared**(2) 106:17 107:9
**shareholders**(1) 187:15
**sharp**(2) 81:2 110:10
**she**(6) 222:17 223:15 224:13 224:16 224:18 224:20
**sheet**(15) 40:7 40:9 48:5 49:4 49:9 52:11 52:12 85:23 98:18 98:19 170:2 170:17 170:23 175:16 188:5
**sheets**(1) 15:22
**shibley**(1) 5:44
**ship**(1) 72:12
**shipping**(1) 27:5
**short**(2) 80:25 87:1
**shortly**(2) 83:7 83:21
**should**(30) 10:23 28:1 59:19 69:2 69:17 70:7 72:9 146:22 147:20 161:22 176:17 182:9 196:1 196:3 203:18 203:24 204:7 206:15 206:16 207:3 209:6 209:8 209:12 212:19 214:19 220:3 225:12 227:4 227:9 241:4

**shouldn't**(1) 67:6
**show**(18) 38:20 65:9 71:22 90:8 90:10 90:14 90:23 91:11 91:15 91:25 105:9 115:2 139:10 176:25 182:16 204:12 226:23 241:1

**showed**(10) 57:8 139:23 214:14 215:4 215:7 215:10 216:14 216:20 218:20 221:23

**showing**(3) 69:11 69:15 198:18
**showings**(2) 69:17 69:17
**shown**(3) 91:20 207:11 226:8
**shows**(2) 92:1 92:18
**side**(34) 24:20 24:21 25:22 29:9 53:22 57:24 61:10 124:10 127:8 134:9 135:14 135:16 140:16 140:22 140:23 144:14 144:14 151:5 154:4 170:2 170:9 173:23 188:5 188:11 197:22 198:1 198:3 198:21 216:14 216:20 218:11

**sides**(3) 28:10 58:25 76:20
**sight**(1) 32:10
**signed**(2) 42:3 68:3 72:17 104:16 107:3
**significant**(4) 188:11 188:14 190:1 192:24
**significantly**(3) 142:2 150:14 198:18
**silver**(1) 6:8
**similar**(5) 25:1 25:22 26:2 107:7 140:14
**similarly**(1) 10:24 75:7
**simple**(3) 90:12 130:14 167:11
**simpler**(1) 47:24

**simply**(10) 9:18 19:3 56:24 92:7 116:17 117:8 149:25 150:1 155:3 191:13
**since**(18) 9:6 14:20 15:5 30:20 49:9 65:2 83:21 83:25 143:3 168:7 169:16 169:20 173:1 212:9 228:20 228:20 233:23 234:8
**singapore**(4) 172:16 172:18 174:24 174:25
**single**(14) 24:3 24:10 24:13 24:13 25:9 34:5 45:18 47:5 88:18 106:3 148:21 169:23 170:22 175:15
**sir**(19) 11:14 12:1 14:3 34:12 81:7 81:8 82:4 91:8 108:15 111:6 111:8 128:18 175:14 177:7 178:19 205:14 206:2 211:4 238:19
**sit**(8) 24:4 30:16 36:3 52:7 65:8 69:22 202:14 241:21
**sitting**(8) 33:4 39:19 50:10 51:15 107:14 144:10 202:17 204:6
**situation**(5) 105:3 143:18 148:13 150:19 154:22
**situations**(2) 164:19 195:6
**six**(5) 126:19 126:21 127:5 155:25 242:25
**size**(2) 131:9 236:23
**sky**(1) 162:15
**slide**(14) 111:14 121:16 123:8 123:8 127:21 127:22 128:20 130:22 131:19 136:5 136:5 137:5 222:5 222:7
**slides**(5) 116:6 164:10 222:3 222:5 234:4
**slightly**(2) 131:18 157:10
**slip**(1) 110:24
**slowing**(1) 165:25
**small**(7) 21:57 30:6 30:17 162:4 174:23 199:8 214:4
**smaller**(2) 94:14 193:6
**smith**(1) 5:26
**sold**(8) 167:15 168:4 168:7 168:11 169:20 215:19 215:24 217:9
**solely**(2) 75:10 77:6
**solus**(11) 4:44 20:10 20:11 20:14 53:17 53:21 53:22 55:22 55:25 56:2 101:20
**solution**(1) 19:9
**solutions**(2) 172:16 172:18
**solve**(5) 24:22 31:22 43:8 56:25 80:12
**solvency**(17) 113:12 113:15 113:18 113:23 170:25 174:15 179:21 188:13 188:20 190:16 218:8 218:15 218:16 218:20 218:23 219:8 221:22
**solvent**(13) 115:14 187:14 187:20 187:21 187:24 188:12 188:22 189:1 189:2 190:19 190:22 191:1 192:16
**some**(84) 17:13 18:9 20:3 21:19 24:9 24:16 29:19 30:2 31:10 32:2 32:22 40:11 41:1 42:5 42:19 43:10 43:12 44:23 46:21 55:20 56:20 64:6 66:3 67:17 69:2 75:11 75:12 78:8 78:23 83:17 87:12 94:21 101:19 113:22 114:3 125:11 125:2 127:2 127:11 128:11 133:20 134:17 134:18 134:19 134:19 137:24 139:1 141:7 141:22 141:24 142:8 142:16 143:18 143:19 144:3 144:14 144:24 145:3 155:1 155:5 155:13 155:16 155:22 167:5 168:4 174:18 174:20 174:21 174:22 180:10 192:24 199:2 203:24 205:12 222:11 240:7
**somehow**(2) 75:16 220:2
**someone**(1) 218:20
**something**(23) 21:18 24:20 43:7 51:22 52:2 53:19 60:12 76:18 89:19 129:8 134:8 154:16 154:16 154:17 154:25 157:7 167:9 179:1 179:4 203:24 205:12 222:11 240:7
**sometime**(1) 53:20
**sometimes**(3) 127:13 181:20 181:21
**somewhat**(2) 44:10 210:15
**somewhere**(6) 31:23 59:4 62:14 65:18 96:24 155:14
**soon**(2) 74:4 126:14
**sorry**(46) 12:8 18:15 20:7 37:13 38:19 50:9 62:25 67:14 72:6 78:5 79:17 87:14 89:23 100:15 104:3 117:18 117:19 133:4 150:6 150:8 157:1 157:3 157:18 157:25 158:3 177:6 177:12 182:1 183:5 184:5 186:10 189:5 197:6 202:8 205:4 211:10 211:11 211:14 214:19 214:20 218:4 221:3 224:23 226:16 227:5
**sort**(30) 16:8 16:18 18:5 18:18 18:25 19:15 19:25 20:3 20:14 20:15 21:22 21:24 22:1 24:5 24:12 24:13 26:3 26:22 28:24 31:22 33:13 36:5 43:5 49:8 64:6 79:12 145:12 173:20 181:20 181:21
**sound**(4) 1:49 117:21 145:17 245:13
**sounds**(1) 47:10
**sources**(3) 144:11 141:15 144:12
**southpaw**(1) 7:4
**space**(1) 83:10
**speak**(7) 88:12 117:4 117:16 169:17 169:18 242:16
**special**(2) 113:3 113:5
**specialty**(2) 82:11 83:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| specific(17) 20:2 37:23 38:13 38:20 50:11 51:23 52:5 52:6 55:8 78:14 106:13 128:23 130:13 130:20 175:7 212:12 212:13 | | strong(1) 240:20 strongly(1) 28:9 struck(2) 26:2 41:24 structure(1) 28:8 styled(1) 88:20 | | talked(19) 20:10 41:20 44:1 50:22 52:3 54:11 56:15 57:23 71:6 99:10 102:3 103:12 123:10 140:1 151:24 200:8 208:1 209:14 240:1 | | that(301) 9:20 9:24 10:2 10:11 10:12 10:15 10:16 10:22 10:23 10:25 10:25 11:2 11:9 11:9 11:10 11:11 12:23 13:7 16:1 16:11 16:18 16:19 17:4 17:9 17:10 17:11 17:13 17:16 17:17 17:17 17:20 17:22 17:23 |
| specifically(7) 50:6 53:2 59:22 66:14 69:19 187:4 223:10 | | subject(8) 134:14 135:4 196:20 197:4 197:9 201:7 227:2 227:6 | | talking(22) 12:13 32:16 44:3 55:5 59:14 59:22 69:24 127:14 163:5 171:6 176:18 176:19 178:19 184:17 184:17 193:9 194:4 194:8 195:14 196:4 203:13 238:15 | | 17:24 17:24 18:3 18:8 18:10 18:20 18:21 18:24 19:2 19:2 19:4 19:5 19:15 19:16 19:22 20:3 20:8 20:13 20:14 20:23 20:24 20:24 20:25 20:25 21:9 21:11 21:12 21:14 21:14 21:18 21:18 21:21 21:25 22:1 |
| specificity(1) 59:14 specifics(2) 160:12 161:2 specified(2) 50:7 90:21 specify(1) 27:15 spell(1) 185:13 spend(1) 238:14 | | subjected(1) 69:25 submit(1) 122:25 submitted(9) 73:19 73:21 104:17 122:19 123:1 216:6 216:18 218:4 233:8 | | talks(1) 158:22 tammy(1) 245:17 target(1) 33:13 targeted(1) 25:24 task(1) 218:15 | | 22:3 22:7 22:8 22:13 22:15 22:18 22:18 22:19 22:23 23:3 23:16 23:18 23:23 23:24 24:4 24:8 24:9 24:10 24:11 24:11 24:15 24:16 24:19 24:20 24:20 24:21 24:22 24:25 25:10 25:12 25:13 25:14 25:16 25:25 26:2 26:4 26:6 26:23 26:24 26:25 |
| spending(2) 34:1 43:7 spent(3) 32:3 219:10 235:15 split(1) 18:6 spoke(1) 46:23 square(3) 2:42 3:23 70:14 staff(4) 234:18 234:21 234:24 235:9 | | submitting(1) 79:20 subsequent(3) 173:13 173:18 212:2 subsequently(1) 212:7 subsidiaries(9) 170:19 171:5 171:6 171:6 171:8 171:16 175:7 175:25 176:1 | | taught(6) 112:9 112:12 112:17 112:19 112:21 112:22 tax(70) 65:13 65:15 65:16 65:17 66:2 66:7 66:7 66:8 66:10 66:13 67:13 70:21 71:3 106:11 112:22 124:13 124:14 124:16 124:18 124:23 125:1 125:8 125:13 125:18 125:20 125:24 126:3 126:4 128:7 131:9 | | 27:1 27:7 27:8 27:12 27:15 27:16 27:23 27:25 27:25 28:1 28:4 28:6 28:6 28:15 28:23 28:23 28:25 29:1 29:2 29:3 29:6 29:8 29:12 29:16 29:19 29:21 30:1 30:4 30:5 30:13 30:17 30:18 30:19 31:7 31:11 31:12 31:12 31:14 31:15 31:15 31:16 31:16 31:20 32:5 |
| stagnant(1) 23:16 stake(1) 186:22 stakeholders(1) 46:12 stamford(1) 114:2 stand(12) 13:25 14:2 29:17 69:24 74:4 81:25 109:9 111:4 185:4 220:6 236:12 235:17 | | subsidiary(5) 155:16 166:5 174:21 176:2 176:3 substance(6) 20:12 26:21 62:13 98:5 106:6 108:8 substantial(8) 28:6 32:18 163:15 163:16 200:11 201:11 201:16 203:17 | | 131:11 131:16 134:21 139:9 139:19 139:20 139:22 142:20 147:16 147:18 147:20 147:22 148:1 148:1 148:4 148:4 148:6 148:8 148:13 148:16 148:18 148:21 148:25 149:6 149:20 150:10 150:17 150:19 152:13 152:19 159:20 171:18 173:11 222:19 223:10 223:12 226:10 231:3 231:7 231:17 | | 32:6 32:13 32:13 33:1 33:1 33:6 33:8 33:9 33:10 33:15 33:16 33:24 34:1 34:2 34:3 34:4 34:20 34:21 34:25 35:2 35:8 35:11 35:13 35:18 35:20 35:22 35:22 35:25 36:5 36:9 36:11 37:9 37:9 37:17 37:17 37:21 38:4 38:8 38:12 38:14 39:3 39:13 39:20 39:20 40:2 40:3 40:4 40:6 40:10 40:12 41:1 41:12 41:18 |
| standard(3) 122:1 198:11 235:11 standards(2) 112:1 120:9 standing(5) 111:6 118:3 239:16 239:21 240:3 standpoint(4) 127:2 127:3 144:18 204:2 stang(1) 2:27 stargatt(1) 2:39 starke(1) 8:9 start(9) 14:9 74:9 83:15 98:17 110:7 146:5 243:5 243:16 244:6 | | substantially(2) 201:13 202:25 substantive(13) 35:17 35:23 36:6 59:18 60:2 79:8 79:8 85:13 99:23 99:25 199:15 199:25 substantively(2) 199:19 200:6 subtract(1) 237:19 succeed(2) 80:14 80:15 | | taxes(9) 70:16 113:16 125:16 149:8 149:9 149:10 152:15 153:22 161:2 taylor(1) 2:40 tbd(1) 50:15 teach(1) 145:14 teaching(1) 112:25 team(3) 25:17 26:5 84:4 tecce(1) 4:7 | | 41:21 41:23 41:24 42:1 42:6 42:9 42:18 42:19 42:21 43:6 43:7 43:8 43:13 43:16 43:19 43:22 43:25 44:2 44:3 44:5 44:6 44:6 44:8 44:11 44:17 45:2 45:4 45:8 45:11 45:12 45:18 46:11 46:15 46:17 46:23 47:1 47:3 47:8 47:9 47:10 47:17 47:20 47:23 48:4 48:7 48:18 49:4 49:8 49:10 49:14 49:16 49:23 49:25 |
| started(7) 16:8 51:1 59:3 62:23 62:25 134:4 161:8 starting(6) 91:18 92:3 98:15 145:17 179:1 241:5 starts(3) 24:13 70:7 242:8 state(10) 26:23 64:8 76:12 77:6 77:9 82:20 173:10 173:10 196:25 220:18 | | success(4) 25:16 26:1 68:8 94:3 successful(4) 25:25 26:7 27:17 211:20 such(4) 11:5 32:13 107:4 158:13 sufficiently(1) 39:8 suggested(2) 85:4 241:15 | | technologically(1) 117:19 technology(1) 83:10 telecom(1) 83:10 telephone(1) 103:8 telephonic(7) 4:31 5:1 6:1 7:1 8:1 117:25 240:22 tell(39) 49:4 50:5 50:11 52:7 83:16 84:6 91:14 92:17 | | 50:9 50:22 50:24 51:1 51:5 51:5 51:7 51:22 52:2 52:3 52:10 52:12 52:12 52:15 52:16 52:19 52:24 53:2 53:3 53:11 53:12 53:13 53:19 53:21 54:3 54:5 54:7 54:10 54:11 54:16 55:2 55:7 55:10 55:11 55:12 55:20 55:20 56:2 56:6 56:7 |
| stated(23) 19:24 118:19 125:1 139:15 144:16 148:10 149:21 149:22 149:23 155:12 157:8 162:7 166:22 173:17 184:24 189:4 189:6 195:7 199:22 211:23 212:5 233:2 237:17 | | suisse(1) 16:8 suit(1) 244:20 sullivan(1) 4:6 sum(3) 97:15 195:20 215:19 summary(11) 48:24 49:18 50:15 132:7 132:21 133:9 133:14 177:18 177:21 182:12 182:14 | | 106:20 112:16 113:7 113:24 114:9 115:11 115:21 119:1 120:24 121:18 122:14 124:1 124:11 124:22 127:23 128:12 131:21 134:23 135:13 135:22 136:6 137:6 138:7 140:17 142:17 146:2 206:6 220:14 220:15 236:11 243:2 | | that(301) 56:7 56:11 56:13 56:18 56:19 56:21 56:21 56:22 56:24 57:2 57:3 57:5 57:8 57:11 57:11 57:14 57:18 57:20 57:23 58:1 58:3 58:8 58:10 58:12 58:13 58:17 58:20 58:24 58:25 59:1 59:1 59:3 59:5 59:8 59:11 59:18 59:20 59:22 60:4 60:9 60:14 60:14 60:18 60:19 60:21 60:25 61:2 61:3 61:4 61:7 61:11 |
| statement(27) 77:6 94:7 114:19 138:25 139:12 139:14 139:21 148:9 153:25 154:2 175:20 175:20 176:11 198:15 221:1 221:4 221:6 221:9 221:10 222:12 223:3 223:9 223:15 223:17 226:15 231:10 231:21 | | supervision(1) 235:9 support(5) 13:19 202:3 231:5 231:6 231:7 supported(1) 64:10 supporter(1) 75:23 supporting(1) 81:24 supportive(2) 20:15 56:12 suppose(2) 51:24 68:18 | | tells(1) 141:2 ten(1) 127:18 | | 61:15 61:18 62:1 62:3 62:4 62:6 62:8 62:17 62:22 63:7 63:9 63:10 63:11 63:15 63:17 63:19 63:20 63:24 63:25 64:2 64:3 64:4 64:8 64:9 64:10 64:24 65:1 65:3 65:6 65:9 65:9 65:12 65:13 65:15 65:17 65:19 65:22 65:24 65:25 66:2 66:3 66:8 66:16 66:19 67:3 67:12 67:14 67:22 67:23 68:3 68:4 68:9 68:13 |
| statements(26) 67:4 113:12 119:13 119:14 120:15 120:10 120:22 124:17 124:20 124:20 124:25 125:17 138:5 148:8 150:15 151:3 163:13 163:14 168:4 168:19 168:22 168:24 231:8 231:9 231:12 231:14 231:20 | | sure(50) 10:6 10:13 13:15 32:2 36:8 39:15 47:4 49:14 53:5 59:17 67:7 75:19 75:24 90:4 91:5 91:17 94:22 94:24 96:8 98:24 100:6 105:22 107:24 109:17 114:8 115:12 115:22 119:2 120:2 124:13 126:25 128:15 131:23 135:14 135:24 136:8 140:9 142:18 147:9 157:21 159:16 160:15 161:12 175:19 182:18 206:18 209:2 218:10 237:9 239:25 | | terms(22) 14:16 16:8 19:24 20:13 22:2 22:18 27:23 28:21 31:2 32:6 34:21 48:24 49:18 50:7 66:21 69:10 86:1 90:15 90:17 109:16 147:22 152:5 | | 68:19 68:22 68:25 69:2 69:2 69:4 69:12 69:14 69:20 69:22 70:6 70:9 70:10 70:11 70:15 70:16 70:19 70:20 70:21 70:23 70:25 71:2 71:9 71:10 71:13 71:14 71:14 71:16 71:19 72:2 72:17 72:21 73:9 73:12 73:13 73:14 73:15 73:15 73:16 73:19 73:21 73:21 74:10 74:12 74:13 74:13 74:16 74:17 74:19 74:21 74:23 75:3 75:10 75:13 75:14 75:15 75:20 |
| states(9) 1:1 1:20 67:2 151:6 151:16 153:10 156:11 209:15 229:10 | | surplus(58) 42:13 65:1 66:4 67:25 105:9 115:14 115:18 119:5 119:20 120:12 121:9 121:11 121:20 121:23 125:12 127:22 127:24 128:6 128:16 131:2 131:5 131:16 131:18 140:11 140:13 140:18 141:4 141:7 141:10 141:13 141:18 141:24 142:5 142:14 143:3 143:11 143:22 144:9 144:15 144:17 144:25 146:10 155:6 155:8 155:11 158:13 159:12 184:19 189:9 193:13 195:5 198:24 210:10 210:22 232:11 232:12 232:16 237:2 | | testified(17) 34:20 89:3 99:9 105:7 106:2 113:8 122:18 122:22 157:24 170:7 196:6 202:4 214:8 218:4 226:20 230:3 233:25 | | 76:3 76:4 76:11 76:13 76:17 76:18 76:21 77:2 77:5 77:13 77:14 77:21 77:21 77:25 77:25 78:8 78:9 79:5 79:7 79:12 79:19 79:21 80:2 80:5 80:7 80:11 80:12 80:13 80:13 81:1 82:14 83:10 83:13 83:20 83:24 84:2 84:22 84:23 85:4 85:9 85:11 85:14 85:15 85:15 85:17 85:21 85:22 86:10 86:12 86:15 86:15 86:18 86:19 86:19 86:22 86:23 86:25 87:3 87:4 87:8 |
| stating(1) 194:15 status(1) 138:12 stayed(1) 102:6 ste(4) 2:6 3:37 4:15 4:21 steal(1) 242:6 stealth(1) 26:5 steen(1) 1:31 step(7) 24:13 108:15 163:15 225:16 233:23 238:20 244:25 | | switcheroo(1) 69:9 sworn(7) 14:1 14:3 14:4 82:1 82:3 111:6 111:7 system(1) 170:16 systems(1) 112:21 tab(3) 214:19 214:20 214:21 table(3) 16:25 38:3 164:7 tables(1) 142:15 tack(1) 179:5 tag(1) 215:2 | | testify(5) 172:4 173:15 202:10 219:3 234:3 testifying(1) 129:14 testimony(45) 37:5 38:25 39:1 58:1 59:7 84:14 86:2 94:23 120:20 120:22 125:18 129:1 129:3 130:19 147:12 147:15 149:14 150:9 151:22 152:5 153:19 154:11 154:11 154:14 155:12 162:8 182:4 182:17 183:23 183:25 184:11 196:7 210:21 211:23 212:5 220:2 221:9 229:10 230:25 231:23 233:14 233:17 234:10 234:12 240:11 | | 87:8 87:10 87:12 87:13 87:13 87:14 87:14 87:17 87:17 87:19 87:22 88:5 88:5 88:7 88:8 88:9 88:10 88:16 88:19 88:19 88:21 88:22 89:2 89:3 89:7 89:9 89:9 89:11 89:12 89:12 89:13 89:18 89:20 89:23 90:1 90:4 90:10 90:13 90:18 91:10 91:11 91:12 91:18 91:24 92:1 92:3 92:4 92:9 92:12 92:14 92:15 92:18 92:21 92:23 92:24 93:3 93:8 93:9 93:12 93:14 93:18 93:23 93:25 94:2 94:3 94:7 94:15 94:22 94:25 95:3 95:7 95:12 95:13 95:16 95:16 96:1 96:4 |
| stephen(1) 3:36 stepped(1) 67:15 steps(1) 119:3 steven(1) 55:24 sticking(2) 88:4 150:17 still(31) 18:9 53:11 53:16 61:15 65:13 66:3 80:5 85:18 87:23 101:15 131:15 133:23 141:20 142:24 158:13 163:6 168:16 168:18 202:23 203:2 203:3 205:19 210:9 210:10 210:11 210:24 228:5 229:4 243:1 243:9 243:21 | | take(54) 12:21 18:1 18:7 19:3 28:7 32:23 33:20 33:22 34:2 48:12 50:25 52:10 75:9 75:25 80:25 94:1 94:14 95:7 96:7 96:23 98:8 98:13 98:16 108:20 110:3 110:5 110:19 110:24 114:6 123:8 127:9 128:11 138:18 138:21 139:5 140:7 156:24 159:23 162:17 165:22 167:5 175:18 176:10 181:8 191:22 194:22 194:24 211:3 222:18 225:16 239:10 240:12 242:17 | | texas(4) 111:16 112:7 225:10 236:3 than(52) 18:2 18:22 23:13 25:1 26:4 29:24 30:2 38:2 42:19 43:19 45:1 60:18 60:19 94:5 94:6 109:8 127:8 127:19 130:15 134:5 139:11 145:1 145:7 146:11 146:15 146:18 146:20 147:1 149:16 149:17 149:18 149:19 150:2 150:4 150:6 150:7 150:12 158:14 159:25 163:18 173:10 189:4 192:1 193:3 198:21 201:13 205:8 205:9 207:22 210:11 230:8 | | that(75) 11:12 11:25 12:2 13:10 13:14 14:3 14:5 34:11 34:14 36:20 36:23 36:23 74:1 80:19 80:23 80:24 81:24 81:2 81:5 81:7 81:20 82:2 82:4 91:3 91:6 91:7 91:7 94:9 94:10 94:17 94:17 107:7 107:10 107:20 108:16 108:17 110:11 110:12 110:15 110:21 111:5 111:8 117:25 118:3 118:12 118:13 118:14 118:17 122:3 122:10 123:5 123:5 139:25 145:11 145:13 145:20 145:21 182:20 183:9 185:11 186:9 186:11 213:6 213:21 219:11 222:2 229:22 229:25 232:19 238:19 238:21 244:22 245:1 245:5 245:6 |
| stipulate(1) 161:1 stipulated(2) 116:12 162:3 stone(2) 6:36 193:13 stop(9) 9:25 56:24 147:4 155:22 165:4 235:22 238:22 244:1 244:4 | | taken(9) 23:24 37:11 37:14 100:12 100:16 126:1 135:2 203:16 209:10 | | | | thankfully(1) 173:4 thanks(1) 27:21 |
| stopper(1) 240:3 stops(3) 23:15 29:20 33:1 straight(3) 129:13 130:7 152:15 straightforward(1) 104:8 strauss(2) 3:11 5:22 street(5) 1:11 1:44 2:43 3:24 7:32 strength(1) 191:6 stretch(7) 78:25 79:4 158:12 159:9 159:24 160:9 stretched(1) 159:6 stricken(1) 77:3 strike(4) 77:9 225:17 229:18 230:15 strive(1) 240:24 | | takes(1) 225:11 taking(13) 34:6 54:17 82:18 89:12 129:21 141:12 148:5 148:25 154:12 154:15 173:22 187:25 189:18 talk(25) 10:4 12:12 12:16 43:25 58:10 65:4 66:6 69:20 69:21 99:25 102:15 126:11 130:8 147:7 150:24 157:9 160:16 161:7 164:4 164:6 202:2 203:13 225:8 225:22 236:20 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

that(301) 96:6 96:6 96:11 96:11 96:14 96:18 96:20 96:24 96:25 97:3 97:7 97:9 97:18 97:21 97:21 97:23 97:23 97:24 98:5 98:22 99:3 99:4 99:8 99:13 99:13 99:17 99:20 99:21 99:22 99:23 100:1 100:2 100:3 100:5 100:10 100:19 100:22 100:23 101:2 101:12 101:14 101:15 101:16 102:2 102:4 102:6 102:9 102:12 102:17 102:22 102:23 102:24 103:2 103:7 103:10 103:10 103:11 103:16 103:16 103:20 103:20 103:22 103:23 104:5 104:11 104:14 104:20 104:24 104:25 105:1 105:2 105:7 105:8 105:12 105:15 105:16 105:18 105:20 105:22 105:24 106:2 106:3 106:8 106:20 107:4 107:7 107:8 107:13 107:15 107:24 108:1 108:15 109:7 109:11 109:12 110:6 110:17 112:17 113:5 113:8 113:22 114:6 114:7 114:9 114:12 114:14 114:17 114:17 114:18 114:19 114:20 114:25 115:2 115:3 115:5 115:9 115:11 115:15 115:18 115:23 116:4 116:8 116:10 116:11 116:12 117:13 118:8 118:18 118:22 119:3 119:4 119:19 119:11 119:14 119:15 119:21 119:22 119:22 119:23 120:3 120:7 120:9 120:10 120:11 120:20 120:22 121:3 121:8 121:14 121:15 121:15 121:18 121:19 121:22 122:7 122:11 122:22 122:23 123:10 123:11 123:12 123:15 123:17 123:19 123:22 123:24 124:8 124:10 124:16 124:16 124:17 124:23 125:1 125:4 125:5 125:15 125:8 125:9 125:10 125:11 125:13 125:13 125:14 125:15 125:18 125:19 125:22 125:23 125:23 125:24 126:1 126:5 126:5 126:6 126:12 126:13 126:16 126:17 126:22 127:5 127:8 127:18 127:25 128:4 128:4 128:7 128:12 128:20 129:3 129:10 129:10 129:21 129:25 130:2 130:3 130:4 130:5 130:7 130:21 131:2 131:4 131:6 131:10 131:10 131:11 131:13 131:13 131:14 131:15 131:21 132:3 132:6 132:15 132:16 132:24 132:24 132:25 133:11 133:12 133:20 133:22 133:23 134:2 134:3 134:12 135:1 135:3 135:9 135:10 135:10 135:13 135:18 135:20 136:10 136:12 136:13 136:17 136:20 136:25 136:25 137:2 137:3 137:3 137:11 137:12 137:14 137:15 137:17 137:19 137:23 137:25 138:4 138:11 138:13 138:13 138:13 138:14 138:15 138:19 139:1 139:2 139:9 139:13 139:15 139:16 139:21 139:24 140:1 140:11 140:12 140:17 140:20 140:21 140:23 140:25 141:2 141:3

that(301) 141:3 141:6 141:10 141:12 141:16 141:18 141:19 141:21 141:23 141:25 141:25 142:2 142:3 142:4 142:6 142:6 142:8 142:8 142:9 142:11 142:12 142:13 142:13 142:18 142:19 142:22 142:25 143:1 143:2 143:2 143:4 143:5 143:7 143:7 143:8 143:16 143:18 143:19 143:19 143:21 143:23 143:24 144:1 144:2 144:4 144:5 144:9 144:16 144:16 144:16 144:19 144:25 145:2 145:3 145:15 146:2 146:2 146:7 146:10 146:10 146:10 146:12 146:14 146:17 146:20 146:23 147:9 147:13 147:17 147:20 148:3 148:5 148:6 148:6 148:8 148:9 148:18 148:24 149:2 149:9 149:12 149:22 149:22 149:25 150:1 150:10 150:16 150:16 150:22 151:6 151:9 151:10 151:13 151:14 151:14 151:15 151:16 151:19 151:18 151:20 151:25 152:3 152:5 152:6 152:6 152:8 152:9 152:12 152:17 152:19 152:23 152:24 153:2 153:8 153:10 153:13 153:14 153:20 153:24 154:2 154:10 154:11 154:13 154:18 154:18 154:21 154:24 154:25 155:3 155:5 155:5 155:6 155:9 155:10 155:11 155:13 155:14 155:17 155:19 155:21 156:1 156:7 156:12 156:18 156:18 157:9 157:12 157:17 157:23 158:5 158:8 158:13 158:15 158:17 158:17 158:18 158:23 158:24 159:1 159:5 159:8 159:19 159:16 159:16 159:17 159:18 160:1 160:3 160:4 160:10 160:15 160:16 160:17 160:18 160:25 161:6 161:12 161:16 161:25 162:3 162:7 162:14 162:20 162:21 163:1 163:3 163:3 163:10 163:22 164:5 164:7 164:9 164:12 164:14 164:17 165:3 165:8 165:16 165:17 165:25 166:2 166:2 166:3 166:5 166:6 166:16 166:25 167:3 167:17 167:20 168:1 168:3 168:14 168:14 167:15 167:20 168:8 168:9 168:16 169:7 169:11 169:12 169:16 169:19 169:19 170:10 170:14 170:15 170:20 171:1 171:11 171:12 171:13 171:14 171:15 171:15 172:1 172:1 172:4 172:4 172:11 173:5 173:6 173:7 173:8 173:12 173:14 173:16 173:17 173:18 173:18 173:19 173:24 173:25 174:5 174:8 174:10 174:16 174:17 174:21 174:22 174:23 175:2 175:2 175:4 175:5 175:6 175:9 175:12 175:13 175:16 175:18 175:24 176:6 176:11 176:12 176:15 176:16 176:17 176:19 176:20 176:21 177:1 177:1 176:15 177:10 177:11 177:16 177:20 178:5 178:8

that(301) 178:10 178:14 178:14 178:14 178:15 179:2 179:14 179:17 179:17 180:3 180:4 180:15 180:18 180:18 180:23 181:4 181:6 181:9 181:9 181:16 181:18 181:22 181:23 181:23 181:24 182:1 182:2 182:4 182:5 182:8 182:9 182:9 182:14 182:14 182:20 183:3 183:11 183:13 183:17 183:18 183:19 183:20 183:23 183:23 183:23 184:3 184:6 184:7 184:8 184:8 184:10 184:11 184:14 184:15 184:18 184:24 185:4 185:17 185:20 185:24 186:2 186:3 186:6 186:15 186:22 187:2 187:5 187:7 187:10 187:14 187:19 187:19 187:19 187:20 187:22 187:24 188:10 188:15 188:16 188:17 188:18 188:20 188:22 188:23 188:24 189:15 189:15 189:17 189:17 189:19 189:19 189:24 189:25 190:8 190:11 190:16 190:18 190:19 190:20 190:21 191:4 191:13 191:17 191:18 191:22 191:23 192:1 192:2 192:5 192:7 192:9 192:12 192:10 192:11 194:7 194:8 194:11 194:15 193:2 193:6 193:9 193:7 193:8 193:10 193:23 194:2 194:4 194:6 194:7 194:10 194:12 194:19 194:16 194:20 194:21 194:25 195:4 195:7 195:8 195:11 195:14 195:15 195:16 195:22 196:1 196:3 196:3 196:6 196:7 196:13 196:14 196:16 197:9 197:11 197:13 197:14 197:16 197:18 197:19 197:23 197:24 197:25 198:1 198:3 198:5 198:9 198:10 198:11 198:14 198:15 198:18 198:18 198:20 198:22 199:2 199:4 199:5 199:6 199:9 199:10 199:11 199:12 199:18 199:21 199:24 200:5 200:8 200:10 200:11 200:16 200:17 200:19 200:19 200:20 200:24 200:25 201:5 201:6 201:20 202:3 202:6 202:13 202:16 202:16 203:3 203:5 203:5 203:16 203:17 203:18 203:20 203:24 203:25 204:3 204:5 204:7 204:7 204:9 204:16 204:16 204:16 204:24 204:25 205:4 205:5 205:13 205:18 205:24 205:25 206:3 206:5 206:6 206:9 206:25 206:15 206:16 206:20 206:24 207:3 207:7 207:8 207:11 207:13 207:14 207:15 207:19 208:4 208:7 208:13 208:20 208:25 209:2 209:6 209:11 209:13 209:16 209:18 209:21 209:22 209:23 209:22 209:25 210:2 210:10 210:11 210:11 210:14 211:3 211:4 211:23 211:24 212:4 212:5 212:9

that(226) 212:12 212:13 212:24 213:13 214:2 214:3 214:6 214:9 214:9 214:10 214:14 214:15 214:24 215:2 215:4 215:11 215:16 215:18 215:21 215:23 215:24 215:24 216:1 216:15 216:17 216:20 216:22 216:23 217:5 217:6 217:9 217:10 217:12 217:12 217:16 217:18 217:24 218:2 218:8 218:8 218:9 218:10 218:11 218:12 218:18 218:19 218:21 218:24 219:4 219:5 219:9 219:18 219:20 219:20 220:1 220:3 220:3 220:20 220:24 220:25 220:24 221:12 221:14 221:14 221:16 221:21 222:13 222:13 222:15 222:17 222:18 222:20 222:21 222:22 222:24 223:1 223:3 223:3 223:3 223:4 223:8 223:13 223:14 223:15 223:15 223:19 223:21 223:23 224:3 224:4 224:10 224:12 224:13 224:14 224:16 224:17 224:24 225:7 225:10 225:11 225:16 225:17 225:18 225:19 226:7 226:14 226:14 226:15 226:20 227:1 227:9 227:9 227:14 227:18 227:19 228:3 228:6 228:12 228:13 228:20 228:25 229:1 229:2 229:24 229:8 229:9 229:10 229:11 230:2 230:8 230:16 230:17 230:19 230:19 230:20 230:13 230:17 230:17 230:18 231:1 231:3 231:4 231:5 231:13 231:18 231:22 231:25 232:6 232:22 233:7 233:9 233:14 233:16 233:17 233:19 233:19 233:24 233:25 234:5 234:8 234:9 234:12 234:19 234:22 235:7 235:10 235:11 235:12 235:15 235:21 235:23 235:25 236:1 236:8 236:14 236:15 236:17 236:22 237:11 237:12 237:14 237:24 237:25 238:2 238:7 238:9 238:23 239:4 239:11 239:11 239:12 239:13 239:16 239:18 239:19 239:24 240:3 240:5 240:6 240:10 240:14 240:21 240:24 240:25 241:2 241:4 241:7 241:9 241:10 241:15 241:16 241:18 242:8 242:15 242:22 242:23 242:24 244:24 244:2 243:7 244:2 244:5 244:9 244:21 244:23 245:12

that's(85) 12:10 12:11 13:3 19:17 22:6 22:11 23:14 26:6 29:5 31:21 31:21 32:1 33:7 34:8 35:6 36:14 39:20 40:1 40:17 42:10 43:15 44:4 44:21 45:3 45:20 46:24 47:4 47:24 48:5 48:8 49:1 51:20 53:10 53:19 54:15 55:15 57:5 57:8 58:14 58:18 59:25 60:9 60:12 60:17 60:24 62:3 62:22 66:9 68:24 69:16 69:16 69:17 69:21 70:3 70:8 71:5 72:11 87:2 87:6 87:7 89:15 95:15 98:17 98:18 100:4 102:16 102:16 102:19 102:25 103:6 103:16 103:24 104:2 104:8 104:22 104:23 105:5 107:12 109:24 114:5 116:6 116:10 126:24 129:8 129:9

that's(94) 34:23 63:2 136:18 136:22 137:18 138:19 159:10 160:7 160:22 161:19 161:22 162:17 162:21 163:20 166:5 166:15 167:10 168:24 169:11 170:17 175:17 176:7 176:18 177:23 178:15 179:3 179:23 181:9 183:25 185:7 186:24 189:20 190:22 191:2 192:13 193:10 193:25 194:2 195:8 195:23 197:10 196:1 196:23 200:10 201:25 202:19 202:23 205:9 206:1 206:3 206:10 206:12 208:1 208:5 210:16 210:17 210:21 214:11 215:19 217:11 217:17 217:19 219:20 221:11 221:25 224:5 224:7 224:19 225:18 226:1 227:20 228:17 229:3 231:21 231:22 232:12 233:22 233:25 234:18 240:8 241:20 243:1 243:12 243:24 244:18 244:21

thau(1) 7:5

the(301) 1:1 1:2 1:19 2:4 2:14 3:30 3:41 9:2 9:3 9:9 9:11 9:11 9:12 9:12 9:13 9:15 9:16 9:18 9:19 9:19 9:20 9:23 10:3 10:6 10:8 10:10 10:10 10:11 10:17 10:17 10:18 10:19 10:24 11:3 11:3 11:4 11:8 11:9 11:19 11:11 11:13 11:16 11:21 11:24 12:2 12:5 12:9 12:15 12:16 12:18 12:20 12:21 12:21 12:23 13:1 13:2 13:4 13:5 13:7 13:11 13:13 13:16 13:17 13:19 13:20 13:20 13:21 13:21 13:22 13:22 13:23 13:25 14:2 14:5 14:11 14:12 14:13 14:13 14:14 14:14 14:15 14:16 14:16 14:17 14:17 14:18 14:18 14:19 14:20 14:21 14:22 14:23 14:23 14:24 14:24 14:24 15:1 15:2 15:2 15:3 15:4 15:5 15:6 15:8 15:8 15:9 15:10 15:10 15:11 15:11 15:12 15:12 15:13 15:13 15:14 15:15 15:15 15:17 15:19 15:19 15:20 15:21 15:23 15:23 15:25 16:1 16:3 16:3 16:5 16:5 16:5 16:6 16:9 16:9 16:10 16:12 16:13 16:15 16:17 16:18 16:19 16:23 16:25 17:2 17:3 17:3 17:5 17:8 17:9 17:10 17:12 17:13 17:14 17:14 17:16 17:17 17:18 17:22 17:23 17:25 18:1 18:1 18:2 18:3 18:4 18:4 18:5 18:6 18:7 18:12 18:12 18:18 18:19 18:19 18:20 18:24 19:1 19:2 19:3 19:5 19:5 19:6 19:7 19:9 19:11 19:13 19:20 19:20 19:20 19:21 20:1 20:1 20:4 20:5 20:7 20:7 20:9 20:11 20:12 20:12 20:20 20:20 20:21 20:22 20:22 20:22 20:23 21:1 21:1 21:3 21:5 21:7 21:10 21:10 21:12 21:13 21:15 21:16 21:20 21:20 21:21 21:22 21:23 21:24 21:24 21:25 22:2 22:2 22:3 22:5 22:6 22:6 22:7 22:8 22:10 22:11 22:11 22:13 22:15 22:18 22:18 22:21 22:22 22:22 22:23 22:24 23:1 23:1 23:2 23:2 23:4 23:5 23:6 23:7 23:9 23:9 23:11 23:13 23:17 23:17 23:18 23:19 23:21 23:22 23:23 23:24 23:24 24:4 24:6 24:17 24:17 24:20 24:21 24:23 24:23 24:25 25:1 25:3 25:5 25:7 25:10 25:11 25:12 25:13 25:14 24:15 25:15 25:15

the(301) 25:16 25:17 25:17 25:19 25:20 25:22 26:6 26:9 26:10 26:10 26:11 26:11 26:13 26:13 26:13 26:15 26:19 26:20 26:21 26:23 27:3 27:3 27:3 27:4 27:7 27:10 27:11 27:12 27:13 27:23 27:24 27:25 28:2 28:2 28:3 28:4 28:8 28:10 28:12 28:15 28:16 28:16 28:18 28:21 28:24 29:2 29:3 29:6 29:7 29:8 29:9 29:9 29:10 29:10 29:11 29:12 29:13 29:13 29:14 29:16 29:17 29:17 29:19 29:20 29:21 29:22 29:22 29:23 29:24 30:1 30:4 30:5 30:5 30:8 30:8 30:8 30:10 30:21 30:24 31:2 31:3 31:3 31:6 31:6 31:8 31:12 31:13 31:13 31:15 31:16 31:17 31:19 31:19 31:20 31:21 31:24 31:24 32:1 32:3 32:7 32:7 32:9 32:12 32:12 32:13 32:16 32:17 32:19 32:21 32:24 32:25 32:25 33:1 33:2 33:3 33:5 33:5 33:6 33:8 33:11 33:11 33:13 33:15 33:16 33:17 33:35 34:1 34:5 34:5 34:8 34:11 34:11 34:21 34:24 35:2 35:3 35:3 35:4 35:6 35:6 35:8 35:9 35:10 35:11 35:11 35:15 35:17 35:18 35:18 35:19 35:20 35:21 35:23 36:2 36:4 36:4 36:5 36:6 36:7 36:15 36:17 36:20 37:4 37:5 37:21 37:22 37:22 37:23 38:3 38:5 38:6 38:8 38:9 39:9 38:14 38:16 38:18 38:20 38:20 38:24 39:2 39:5 39:10 39:16 39:17 39:18 39:24 40:2 40:4 40:9 40:10 41:10 41:11 41:12 41:14 41:14 41:18 41:18 41:20 41:23 41:24 42:3 42:9 42:4 42:4 42:6 42:7 42:9 42:12 42:13 42:17 42:19 42:20 42:21 42:22 42:22 42:25 43:1 43:3 43:6 43:8 43:17 43:10 43:11 43:13 43:16 43:18 43:18 43:19 43:20 44:14 44:14 44:15 44:20 45:4 45:15 45:22 45:23 45:24 46:1 46:2 46:5 46:8 46:11 46:12 46:16 46:17 46:17 46:18 46:18 46:19 46:21 46:22 46:22 46:23 47:2 47:6 47:6 47:7 47:9 47:12 47:13 47:15 47:17 47:18 47:19

the(301) 47:20 47:22 48:4 48:5 48:6 48:9 48:10 48:11 48:18 48:21 48:22 49:1 49:4 49:5 49:7 49:7 49:7 49:9 49:10 49:11 49:17 49:18 49:19 49:19 49:20 49:25 49:25 50:4 50:4 50:6 50:10 50:12 50:14 50:15 50:16 50:17 50:23 50:24 51:3 51:6 51:7 51:8 51:18 51:21 52:1 52:10 52:10 52:12 52:15 52:16 52:16 52:19 52:19 52:21 52:23 52:23 53:1 53:3 53:4 53:7 53:9 53:18 53:12 53:13 53:13 53:17 53:20 53:22 53:22 53:23 53:24 53:25 54:9 54:13 54:14 54:16 54:20 54:20 54:24 54:25 55:3 55:4 55:5 55:6 55:6 55:55 55:7 55:7 55:10 55:11 55:14 55:17 55:18 55:20 56:2 56:3 56:5 56:8 56:9 56:9 56:10 56:11 56:12 56:14 56:15 56:16 56:19 56:22 56:23 56:24 57:2 57:5 57:6 57:6 57:8 57:9 57:12 57:14 57:17 57:20 57:20 57:20 57:23 57:24 57:25 58:1 58:4 58:4 58:4 58:6 58:8 58:11 58:13 58:15 58:17 58:19 58:19 58:20 58:20 58:20 58:21 58:22 58:23 58:24 59:1 59:3 59:4 59:4 59:4 59:10 59:13 59:17 59:18 59:19 59:20 59:20 59:22 60:1 60:1 60:2 60:3 60:9 60:12 60:14 60:19 60:21 61:2 61:2 61:3 61:3 61:6 61:8 61:10 61:10 61:11 61:12 61:15 61:16 61:19 61:19 61:20 61:20 62:3 62:5 62:6 62:7 62:11 62:13 62:13 62:14 62:14 63:1 63:2 63:3 63:4 63:4 63:5 63:9 63:10 63:12 63:17 63:18 63:22 63:23 63:24 63:25 64:1 64:6 64:7 64:21 65:5 65:6 65:11 65:15 65:18 65:24 66:4 66:7 66:7 66:8 66:12 66:18 66:21 67:3 67:5 67:9 67:9 67:11 67:13 67:18 67:20 67:24 67:25 68:1 68:4 68:5 68:8 68:16 68:16 68:17 68:18 68:20 68:24 69:1 69:7 69:9 69:10 69:20 70:3 70:5 70:11 70:14 70:15 70:16 70:20 70:24 70:25 71:2 71:3 71:4 71:7 71:10 71:14 71:19 71:20 71:22 71:22 72:4 72:12 72:14 72:15 72:23 73:5 73:13

the(301) 73:14 73:16 73:21 74:1 74:4 74:5 74:9 74:9 74:13 74:15 74:15 74:16 74:21 74:22 75:5 75:6 75:13 75:16 75:17 75:19 75:20 75:23 75:24 75:24 75:25 76:2 76:4 76:5 76:6 76:6 76:7 76:9 76:9 76:11 76:13 76:16 76:23 77:1 77:3 77:5 77:5 77:8 77:8 77:9 77:12 77:14 77:14 77:15 77:19 78:10 78:11 78:12 78:17 78:19 78:18 78:19 78:19 78:22 78:24 78:25 79:5 79:7 79:9 79:9 79:10 79:14 79:17 79:23 79:23 79:24 79:25 79:25 80:2 80:4 80:7 80:8 80:12 80:12 80:13 80:16 80:19 80:22 80:24 81:1 81:4 81:5 81:8 81:10 81:13 81:14 81:17 81:20 81:24 81:25 82:4 82:15 82:15 82:16 82:19 82:20 82:25 82:25 83:3 83:4 83:9 83:18 83:21 83:23 83:25 83:25 84:2 84:2 84:3 84:4 84:4 84:6 84:6 84:9 84:11 84:12 84:14 84:15 84:17 84:18 84:21 84:21 84:22 84:22 84:23 84:24 84:25 85:3 85:4 85:6 85:7 85:8 85:9 85:10 85:10 85:13 85:16 85:17 85:18 85:25 86:2 86:5 86:6 86:7 86:8 86:8 86:11 86:11 86:13 86:14 86:14 86:19 86:21 86:22 86:22 86:23 86:25 87:1 87:2 87:4 87:5 87:6 87:6 87:7 87:10 87:10 87:13 87:15 87:16 87:18 87:20 87:20 87:22 87:22 88:2 88:2 88:4 88:12 88:14 88:15 88:20 88:23 88:24 88:24 88:25 88:25 89:5 89:7 89:8 89:9 89:11 89:13 89:14 89:14 89:15 89:16 89:18 89:18 89:19 89:20 89:24 90:1 90:1 90:3 90:4 90:7 91:2 91:3 91:9 91:15 91:17 91:17 91:18 91:19 91:21 91:21 91:22 91:24 91:25 92:1 92:1 92:5 92:12 92:16 92:18 92:19 92:21 92:22 92:22 92:22 92:24 93:3 93:4 93:4 93:5 93:7 93:7 93:10 93:16 93:21 93:23 93:24 94:7 94:10 94:12 94:25 95:3 95:6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **the**(301) 95:7 95:7 95:8 95:9 95:16 95:18 95:18 95:20 95:20 95:24 96:7 96:12 96:17 96:20 96:20 96:21 96:21 96:25 97:6 97:6 97:9 97:13 97:15 97:15 97:21 98:2 98:5 98:9 98:9 98:10 98:10 98:10 98:13 98:14 98:14 98:15 98:15 98:16 98:17 98:18 98:18 98:21 98:21 98:23 98:24 98:24 99:2 99:3 99:9 99:9 99:11 99:11 99:21 99:23 99:25 100:1 100:1 100:1 100:2 100:3 100:12 100:15 100:18 100:19 100:20 100:21 101:5 101:6 101:6 101:10 101:10 101:11 101:14 101:14 101:16 101:17 101:17 101:22 101:24 102:1 102:2 102:3 102:6 102:6 102:9 102:10 102:13 102:16 102:16 102:17 102:17 102:19 102:22 102:22 102:24 103:4 103:7 103:7 103:9 103:12 103:13 103:13 103:13 103:16 103:19 103:22 103:22 104:2 104:5 104:6 104:9 104:11 104:12 104:12 104:16 104:17 104:17 104:19 104:19 104:20 104:20 104:21 104:24 104:25 105:3 105:17 105:18 105:19 105:21 105:25 106:5 106:6 106:8 106:16 106:17 106:23 106:23 106:23 106:24 106:24 106:25 107:3 107:8 107:15 107:17 107:19 107:23 107:25 108:4 108:4 108:4 108:7 108:10 108:11 108:12 108:14 108:17 108:19 108:22 108:25 109:5 109:7 109:9 109:9 109:11 109:12 109:14 109:17 109:20 109:22 110:3 110:6 110:8 110:10 110:12 110:15 110:19 110:22 111:2 111:3 111:4 111:5 111:8 111:18 111:19 112:2 112:8 112:9 112:11 112:12 112:16 112:23 113:7 113:10 113:21 114:4 114:15 114:15 114:16 114:17 114:19 114:20 114:20 114:22 114:25 115:2 115:5 115:8 115:12 115:13 115:14 115:16 115:18 115:19 115:20 115:20 115:22 116:3 116:6 116:10 116:12 116:15 116:16 116:25 116:20 116:21 116:23 116:24 116:25 117:1 117:6 117:12 117:15 117:17 117:20 117:22 117:23 117:24 118:4 118:5 118:8 118:10 118:10 118:12 118:14 118:18 118:19 118:20 118:21 118:21 118:22 118:22 118:25 119:5 119:8 119:10 119:18 119:18 119:14 119:15 119:20 119:25 120:2 120:9 120:10 120:10 120:12 120:14 120:18 120:18 120:25 121:3 121:7 121:9 121:11 121:12 121:14 121:14 | | **the**(301) 139:22 139:23 140:1 140:2 140:7 140:9 140:10 140:10 140:11 140:12 140:14 140:17 140:18 140:22 140:23 140:23 140:24 140:25 140:25 141:4 141:6 141:10 141:11 141:12 141:18 141:18 142:1 142:11 142:21 142:21 142:23 142:23 142:24 142:25 142:25 142:9 142:11 142:11 142:14 142:16 142:18 142:19 142:19 142:20 142:22 142:24 142:24 143:4 143:14 143:16 143:7 143:13 143:13 143:17 143:17 143:18 143:22 143:24 144:8 144:8 144:8 144:10 144:11 144:14 144:13 144:14 144:14 144:16 144:18 144:19 145:4 145:5 145:5 145:6 145:8 145:10 145:16 145:17 145:19 145:24 145:25 146:6 146:6 146:7 146:8 146:9 146:10 146:11 146:14 146:19 146:20 146:21 146:21 146:22 146:24 147:2 147:8 147:12 147:15 147:17 147:20 147:23 147:25 148:1 148:2 148:4 148:4 148:5 148:6 148:9 148:24 148:25 148:25 149:6 149:6 149:9 149:9 149:10 149:10 149:20 149:22 149:23 149:24 150:1 150:9 150:10 150:11 150:15 150:17 150:18 150:19 150:21 150:22 150:24 150:25 151:2 151:2 151:3 151:3 151:4 151:5 151:6 151:7 151:8 151:9 151:10 151:11 151:12 151:16 151:16 151:18 151:19 151:19 151:20 151:21 151:22 152:6 152:6 152:11 152:12 152:13 152:15 152:15 152:19 152:21 152:25 153:1 153:3 153:4 153:5 153:17 153:7 153:8 153:10 153:12 153:13 153:14 153:15 153:16 153:19 153:21 153:22 154:4 154:6 154:10 154:12 154:13 154:15 154:16 154:17 154:22 154:23 154:23 154:24 155:1 155:2 155:5 155:5 155:6 155:9 155:17 155:19 156:3 156:4 156:13 156:15 157:4 157:11 157:13 157:14 157:15 157:22 157:22 158:3 158:7 158:11 158:12 158:13 158:14 158:19 159:4 159:4 159:6 159:7 159:9 159:12 159:13 159:14 159:15 159:19 159:21 159:22 159:23 159:23 160:8 160:12 160:23 161:2 161:14 161:15 161:15 161:15 161:18 161:21 162:2 162:3 162:4 162:9 162:13 162:22 162:22 163:5 163:7 163:23 163:3 164:5 164:8 164:9 164:9 164:10 164:10 164:14 164:14 164:17 165:5 165:5 165:5 165:11 165:12 165:13 165:18 165:21 166:3 166:6 166:10 166:11 166:12 166:13 166:14 166:16 166:17 166:18 | | **the**(301) 196:17 196:16 196:19 196:19 196:22 196:25 197:3 197:3 197:7 197:8 197:9 197:11 197:11 197:15 197:15 197:16 197:17 197:20 197:20 197:21 197:21 197:22 197:22 197:23 197:24 197:25 198:1 198:2 198:3 198:5 198:5 198:9 198:10 198:10 198:11 198:12 198:12 198:13 198:13 198:14 198:20 198:21 199:1 199:2 199:3 199:6 199:6 199:7 199:8 199:10 199:11 199:12 199:15 199:18 199:19 199:21 199:22 199:24 200:5 200:6 200:8 200:9 200:16 200:18 200:19 200:20 200:22 200:24 201:1 201:6 201:8 201:9 201:10 201:11 201:12 201:12 201:14 201:18 201:19 201:25 202:1 202:2 202:2 202:3 202:5 202:5 202:6 202:9 202:9 202:11 202:13 202:18 202:19 202:24 202:25 203:1 203:4 203:5 203:14 203:15 203:16 203:16 203:21 203:22 203:23 203:25 204:1 204:2 204:5 204:6 204:13 204:16 204:19 204:20 204:21 205:5 205:6 205:8 205:9 205:10 205:11 205:22 205:15 205:18 205:19 205:23 205:24 206:6 206:11 206:12 206:13 206:16 206:21 207:1 207:7 207:10 207:11 207:11 207:12 207:13 207:14 207:15 207:15 207:27 207:20 207:22 207:23 208:6 208:6 208:7 208:8 208:13 208:14 208:18 209:8 209:11 209:12 209:14 209:15 209:17 209:18 209:18 209:18 210:5 210:5 210:7 210:7 210:9 210:10 210:11 210:13 210:15 210:17 210:23 211:4 211:6 211:7 211:8 211:8 211:11 211:16 211:18 211:18 211:20 211:24 212:14 212:18 212:18 212:20 212:21 212:22 212:23 213:3 213:10 213:20 213:21 214:2 214:5 214:10 214:16 214:21 214:22 214:22 215:1 215:23 215:17 215:21 215:18 215:19 215:20 215:23 216:1 216:3 216:5 216:6 216:10 216:10 216:11 216:11 216:14 216:17 216:18 216:20 217:4 217:5 217:9 217:11 217:12 217:16 217:18 217:21 217:22 218:4 218:5 218:5 218:8 218:9 218:11 218:12 218:12 218:13 218:15 218:16 218:16 218:17 218:22 218:25 219:4 219:8 219:11 219:16 219:17 219:19 219:20 220:1 220:2 220:4 220:6 220:9 220:11 220:11 220:11 220:12 220:20 220:10 220:19 220:23 220:24 220:25 221:1 221:3 221:5 221:11 221:12 221:15 221:17 221:17 221:19 221:23 221:23 222:4 222:10 222:11 | | **then**(74) 9:18 16:7 20:21 32:11 39:20 45:22 48:23 53:22 59:1 60:6 76:19 83:15 85:24 87:4 87:23 88:20 88:22 88:25 92:25 97:1 102:15 103:2 104:19 110:7 111:17 112:8 112:10 113:4 114:25 117:12 120:15 121:11 123:8 125:17 127:21 131:17 132:9 132:25 134:18 134:21 136:21 137:14 137:22 139:19 143:3 143:6 144:20 150:2 156:15 157:10 158:10 162:24 163:22 164:2 166:13 175:1 178:5 178:6 178:6 189:2 189:18 190:23 192:6 193:5 209:24 210:1 225:18 228:21 231:21 232:16 238:22 240:6 241:6 |
| | | | | | | **theories**(1) 64:21 |
| | | | | | | **theory**(2) 116:6 130:15 |
| | | | | | | **there**(303) 16:11 16:13 17:5 17:8 17:23 18:9 18:19 19:22 19:25 20:9 20:18 21:8 21:13 23:7 25:10 26:1 27:1 27:10 30:12 30:15 32:11 37:5 38:3 38:15 42:18 44:22 45:23 45:25 46:1 46:3 46:6 50:11 50:15 50:22 51:1 51:4 51:10 51:13 51:16 51:17 51:21 53:7 53:11 53:16 55:20 56:7 56:7 56:14 56:20 56:25 57:14 58:23 59:8 61:6 63:17 64:7 65:23 65:23 65:24 66:9 68:14 69:2 69:8 69:22 71:13 71:19 73:12 73:15 74:12 74:17 74:19 75:9 75:9 77:18 77:21 82:12 84:25 85:15 85:15 85:19 85:21 85:24 86:12 87:18 87:25 88:10 89:5 95:12 95:20 95:21 97:3 97:7 97:23 98:17 99:21 100:24 101:15 101:19 101:22 102:15 103:2 103:8 105:2 105:4 105:11 106:3 108:1 114:13 115:8 116:25 117:23 119:2 119:20 119:21 119:23 128:5 129:24 130:1 132:19 136:20 141:21 141:25 142:10 142:13 142:15 144:4 144:5 145:8 147:4 152:7 152:12 153:7 155:13 155:10 155:20 155:22 160:10 164:19 164:19 164:21 165:4 165:16 167:6 168:13 170:8 175:10 177:9 177:14 180:16 182:7 183:17 186:20 187:22 188:17 188:20 190:20 192:25 191:3 191:11 191:12 191:14 192:16 192:18 193:20 194:6 195:5 195:7 195:24 198:15 198:20 199:4 199:19 199:9 200:5 202:9 206:6 207:2 207:8 208:21 210:9 214:9 214:24 216:23 217:6 217:16 219:12 219:24 220:3 222:7 223:14 223:15 229:5 229:5 232:20 235:4 235:21 236:21 239:13 241:10 242:23 243:10 243:11 |
| **the**(301) 121:15 121:19 121:20 121:22 121:24 121:25 121:25 122:2 122:6 122:9 122:10 122:12 122:16 122:21 123:3 123:5 123:8 123:9 123:11 123:11 123:12 123:14 123:15 123:16 123:20 123:20 123:23 123:24 124:3 124:3 124:5 124:5 124:6 124:7 124:8 124:9 124:10 124:11 124:11 124:14 124:17 124:18 124:18 125:3 125:12 125:13 125:14 125:17 125:18 125:19 125:19 125:20 125:22 125:21 125:22 125:22 125:23 125:25 125:25 126:1 126:2 126:3 126:3 126:3 126:4 126:5 126:6 126:6 126:6 126:7 126:8 126:13 126:15 126:16 126:17 126:17 126:19 126:20 126:20 126:21 126:23 126:23 127:1 127:6 127:10 127:15 127:19 127:19 127:21 127:23 127:25 128:3 128:5 128:5 128:7 128:7 128:9 128:10 128:11 128:13 128:15 128:18 128:20 128:20 128:25 129:5 129:8 129:9 129:13 129:14 129:15 129:16 129:17 129:19 129:20 129:21 129:22 129:22 129:24 129:25 130:3 130:5 130:5 130:7 130:7 130:9 130:10 130:10 130:11 130:18 130:19 130:19 130:20 130:22 130:22 130:24 130:25 131:1 131:3 131:4 131:7 131:8 131:9 131:12 131:13 131:15 131:16 131:17 131:19 131:20 131:20 131:21 131:23 131:24 131:25 132:1 132:2 132:3 132:3 132:4 132:5 132:6 132:7 132:8 132:12 132:12 132:13 132:14 132:16 132:17 132:18 132:19 132:19 132:20 132:22 132:22 132:24 132:25 133:2 133:4 133:4 133:7 133:9 133:9 133:9 133:11 133:11 133:13 133:13 133:13 133:14 133:14 133:18 133:18 133:19 133:20 133:23 133:25 134:1 134:3 134:9 134:10 134:10 134:11 134:12 134:13 134:14 134:18 134:14 134:15 134:16 134:19 134:20 135:1 135:2 135:3 135:5 135:10 135:13 135:14 135:15 135:16 135:16 135:17 135:17 135:22 136:2 136:6 136:9 136:10 136:10 136:11 136:13 136:14 136:18 137:3 137:5 137:6 137:7 137:14 137:17 137:21 137:22 137:23 137:25 138:1 138:7 138:8 138:9 138:10 138:13 138:15 138:18 138:19 138:24 138:25 139:2 139:2 139:5 139:6 139:15 139:16 139:19 139:20 139:21 139:21 | | **the**(301) 166:23 166:24 167:2 167:3 167:6 167:6 168:4 168:5 168:6 168:8 168:11 168:13 168:14 168:16 168:19 168:22 168:22 169:1 169:5 169:6 169:7 169:9 169:11 169:13 169:13 169:14 169:15 169:16 169:16 169:17 169:17 169:19 169:24 170:1 170:2 170:3 170:9 170:14 170:15 170:16 170:21 170:22 171:1 171:6 171:13 171:14 171:15 171:16 171:20 171:23 172:1 172:10 172:14 172:19 172:22 172:23 173:2 173:6 173:13 173:16 173:23 173:24 174:3 174:4 174:12 174:19 175:2 175:7 175:7 175:13 175:17 175:19 175:21 175:24 175:25 176:1 176:8 176:9 176:10 176:11 176:17 176:18 177:9 177:15 177:19 177:25 178:5 178:9 178:13 178:17 178:17 178:17 178:21 178:23 178:24 178:25 179:2 179:2 179:4 179:5 179:7 179:9 179:14 179:19 179:23 180:1 180:2 180:9 180:10 180:22 180:24 181:1 181:8 181:15 181:22 181:23 181:24 182:2 182:3 182:5 182:8 182:9 182:11 182:11 182:12 182:13 182:13 182:20 182:17 183:2 183:7 183:9 183:11 183:13 183:14 183:15 183:16 183:18 183:20 183:25 184:6 184:7 184:8 184:9 184:11 184:19 184:23 184:23 184:24 185:1 185:4 185:4 185:6 185:7 185:10 185:11 185:17 185:22 185:23 185:25 186:2 186:9 186:11 186:13 186:13 186:17 186:18 186:18 186:19 186:20 186:24 187:1 187:5 187:7 187:9 187:17 187:11 187:14 187:19 187:25 187:25 188:6 188:10 188:13 188:15 188:16 188:20 188:22 189:9 190:2 190:3 190:10 190:10 190:11 190:8 190:8 190:10 190:10 190:11 190:14 190:15 190:16 191:3 191:6 191:8 191:18 191:18 191:19 192:2 192:11 192:19 192:22 192:23 192:23 192:24 192:25 193:1 193:1 193:8 193:9 193:10 193:11 193:21 193:23 194:9 194:5 194:6 194:12 194:16 194:17 194:18 194:22 194:23 194:24 194:25 195:1 195:1 195:2 195:3 195:9 195:21 195:22 195:23 195:23 195:24 196:1 196:4 196:5 196:7 196:10 196:10 196:14 | | **the**(284) 222:12 222:17 222:17 222:19 222:19 222:20 222:22 222:24 223:2 223:2 223:3 223:9 223:10 223:12 223:14 223:17 223:17 223:19 223:20 223:22 223:21 223:23 223:24 224:4 224:7 224:9 224:13 224:14 224:14 224:17 224:24 224:24 224:25 225:1 225:4 225:5 225:5 225:6 225:14 225:16 225:19 225:21 225:22 225:24 226:3 226:4 226:10 226:18 226:23 227:1 227:1 227:6 227:12 227:18 227:21 227:25 227:6 227:13 227:17 228:15 228:17 228:21 228:24 228:7 228:8 228:9 228:12 228:14 228:17 228:19 228:20 228:20 228:24 228:25 228:25 229:3 229:9 229:10 229:11 229:12 229:14 229:16 229:19 229:21 229:23 229:23 230:4 230:7 230:8 230:8 230:10 230:10 230:11 230:13 230:14 230:16 230:18 230:20 230:22 230:23 230:24 230:25 230:25 231:2 231:3 231:3 231:7 231:17 231:22 231:8 232:8 232:11 232:16 232:20 232:22 232:23 233:3 233:9 233:10 233:13 233:23 233:24 233:24 233:24 234:3 234:13 235:2 235:2 235:3 235:3 235:4 235:5 235:11 235:12 235:14 235:15 235:20 235:22 235:24 236:2 236:2 236:4 236:11 236:12 236:13 236:13 236:15 236:15 236:16 236:18 236:20 236:21 236:22 236:23 237:3 237:7 237:7 237:14 237:15 237:16 237:18 237:20 237:21 237:22 237:24 237:24 238:1 238:2 238:3 238:3 238:8 238:8 238:9 238:11 238:12 238:16 238:19 239:1 239:6 239:10 239:12 239:15 239:16 239:20 239:22 239:25 240:2 240:3 240:5 240:8 240:11 240:15 240:18 240:20 241:2 241:3 241:8 241:9 241:11 241:12 241:12 241:16 241:17 241:17 241:20 241:21 241:22 242:5 242:12 242:17 242:17 242:21 243:1 243:2 243:3 243:6 243:8 243:17 243:20 244:12 244:12 244:14 244:24 245:3 244:24 244:7 244:24 244:24 244:12 245:14 245:12 245:13 245:13 245:14 | | **thereafter**(2) 90:5 108:21 |
| | | | | | | **therefore**(5) 123:16 170:9 198:17 210:3 210:23 |
| | | | | | | **there'd**(1) 153:1 |
| | | | | | | **there's**(47) 133:22 133:23 133:24 134:1 134:2 134:4 137:25 139:15 141:20 142:7 142:8 142:24 144:5 148:21 152:23 152:5 159:8 164:24 165:2 166:10 174:17 175:14 176:19 176:20 177:10 183:12 186:17 186:18 187:19 194:16 195:15 201:2 202:21 202:21 202:22 203:17 204:6 204:20 205:1 208:18 209:4 210:18 219:25 220:18 224:12 228:5 |
| | | | | | | **these**(50) 23:25 24:7 25:8 29:19 31:23 33:12 70:1 70:3 74:22 75:3 76:17 77:7 83:16 83:21 84:19 125:6 127:2 127:3 127:4 127:13 134:25 137:2 141:16 143:23 144:18 145:2 153:20 154:23 159:15 165:10 173:22 174:9 174:16 174:20 175:8 175:20 180:9 181:19 182:6 187:2 192:25 207:18 207:19 217:24 219:24 219:24 220:3 222:7 223:14 223:15 222:9 225:23 229:5 229:5 232:3 233:6 |
| **the**(301) 139:22 ...continued... | | | | | | **they**(137) 10:11 10:12 11:2 12:22 12:22 18:7 19:7 20:8 20:15 20:16 20:17 20:21 21:2 27:16 30:12 32:13 33:4 44:25 45:1 45:4 45:13 50:13 50:21 51:4 51:4 52:22 55:3 55:4 55:17 59:2 62:10 69:17 69:22 70:25 73:15 74:16 75:13 75:14 75:15 75:15 76:7 76:8 76:8 76:10 76:14 76:14 76:15 76:18 76:20 82:24 85:2 88:17 93:23 94:6 102:24 105:22 105:25 105:25 106:20 107:3 107:4 107:13 113:13 114:18 118:23 123:13 124:21 125:11 127:18 129:17 132:1 141:13 141:14 142:17 143:3 143:14 143:22 143:23 145:6 145:7 146:24 146:23 149:7 152:17 153:1 153:16 166:18 166:22 166:23 167:24 168:1 168:19 168:19 169:23 169:23 169:23 170:1 170:9 170:2 170:10 172:2 172:10 173:10 173:10 173:12 178:17 179:2 179:22 181:20 183:20 184:16 189:19 189:13 190:9 194:18 197:19 203:21 206:8 217:7 227:10 227:24 228:5 230:11 230:12 232:10 232:4 236:16 238:5 238:6 239:16 239:23 240:2 |
| | | | | **their**(70) 18:1 18:13 18:16 20:9 20:16 21:7 20:20 21:3 21:16 21:17 21:17 25:1 27:1 27:17 30:10 30:14 33:17 33:17 50:1 51:5 53:25 55:22 59:9 61:16 61:20 61:24 62:9 66:23 69:16 73:13 80:8 80:8 83:1 85:5 85:6 86:18 103:4 121:24 123:17 123:24 124:7 126:15 132:4 132:13 132:14 132:17 132:24 134:16 135:15 135:19 135:20 136:18 144:24 148:6 149:10 167:3 180:4 183:21 190:4 195:7 207:20 208:9 208:11 208:11 210:20 217:24 218:22 221:22 227:24 228:21 240:20 | | **they'd**(4) 62:8 80:13 123:16 123:17 |
| | | | | **them**(45) 17:7 29:9 30:11 30:23 45:5 55:3 75:17 86:13 89:24 94:4 94:5 103:19 105:19 105:25 106:5 108:6 114:1 127:11 128:10 153:25 154:8 160:13 161:5 163:25 164:3 165:24 167:22 168:1 168:21 168:23 171:6 172:11 180:19 189:10 180:24 181:1 181:12 190:1 193:3 200:17 205:17 222:24 240:20 228:11 | | **they're**(7) 25:17 62:10 68:9 69:11 75:18 94:6 126:1 |
| | | | | | | **they've**(1) 30:13 |
| | | | | | | **they'd**(1) 181:24 |
| | | | | | | **they're**(16) 139:20 166:6 168:16 168:18 181:25 187:24 190:22 190:25 191:11 191:12 192:2 199:3 200:20 205:20 206:16 |
| | | | | | | **they've**(8) 143:18 166:4 168:4 168:21 169:16 171:10 190:7 230:10 |
| | | | | | | **thing**(27) 11:25 18:24 24:15 24:16 26:3 29:19 29:20 31:21 32:1 32:9 33:6 33:7 33:9 33:10 33:11 33:11 34:1 69:8 80:14 80:15 116:16 169:3 188:15 199:21 208:11 240:3 241:9 |
| | | | | **themselves**(5) 21:22 75:5 76:17 201:11 231:2 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

things(37) 12:20 16:7 37:20 76:17 78:9 80:14 80:16 109:7 127:13 127:14 134:25 144:9 144:14 144:19 145:3 145:6 149:11 153:20 153:21 153:22 154:12 154:12 154:15 155:21 155:21 159:8 160:1 160:20 162:4 164:5 166:2 166:3 185:14 193:21 194:4 196:5 241:7

think(97) 9:20 17:23 19:8 22:1 24:12 25:3 25:7 26:7 28:14 30:23 33:19 35:13 35:15 36:3 38:3 38:5 38:11 39:8 43:5 48:1 51:1 54:11 58:22 59:13 63:13 64:3 65:2 65:12 66:2 67:15 67:23 68:23 68:25 69:7 70:11 70:13 80:12 80:25 81:17 82:24 87:22 88:8 94:7 96:11 100:4 101:10 106:2 109:6 109:7 112:23 116:23 117:1 117:13 117:18 121:2 121:17 131:11 133:9 133:9 137:20 138:6 138:16 154:20 156:15 157:3 160:5 160:7 168:5 182:13 184:9 184:15 184:24 194:10 201:14 202:8 210:15 210:25 212:19 213:13 213:19 219:4 224:12 225:11 229:23 230:3 230:4 231:1 231:25 239:4 240:10 240:14 241:15 241:18 242:6 243:19 243:22

thinking(5) 63:14 64:2 64:9 64:11 65:11

third(4) 124:11 136:21 231:22 232:2

this(39) 9:11 9:23 10:13 11:5 12:12 13:18 16:6 16:22 17:1 17:21 18:12 24:21 25:2 25:4 26:2 26:3 26:18 26:25 27:6 27:16 28:14 30:3 30:20 32:5 33:11 33:20 33:20 34:4 34:5 34:7 34:10 37:12 37:15 37:23 43:11 43:19 44:13 46:8 48:22 49:4 49:6 49:8 49:10 59:6 59:9 59:10 59:12 59:23 65:16 66:18 66:22 69:15 70:15 72:17 72:20 73:2 73:22 75:18 75:21 75:22 75:23 76:20 77:4 78:14 78:16 78:18 78:21 78:25 79:4 80:6 80:7 80:10 80:13 82:18 88:11 90:22 91:10 91:11 91:16 93:8 93:14 93:17 94:2 94:8 97:5 100:12 105:6 105:8 107:25 108:2 109:10 110:4 110:10 110:12 114:11 115:11 116:6 116:7 116:23 116:23 117:7 117:10 121:6 122:2 127:15 127:23 128:5 128:5 128:7 128:20 129:2 129:12 129:12 129:19 130:4 130:10 130:16 130:17 132:23 133:24 136:2 136:7 137:1 138:16 141:1 142:10 144:9 144:20 146:22 144:21 144:22 144:23 145:15 146:8 146:9 146:22 155:12 155:7 157:22 158:5 158:7 160:16 161:7 162:15 162:16 163:15 163:24 164:8 164:14 166:24 168:22 173:1 173:17 175:17 176:2 176:2 176:3 176:4 177:12 177:15 177:15 177:23 178:1 178:1 178:16 179:19 181:22 182:17 183:22 184:19 185:3 188:10 189:17 189:18 195:19 197:20 198:12 200:22 203:12 203:17 204:23 205:8 205:10 205:21 206:1 207:17 207:19 207:22 207:23 208:1 208:8 212:1 212:2 212:22 213:3 213:19 215:4 215:7 215:8 215:15 215:15 215:15 215:22 216:1 216:2 216:10 216:17 216:24 217:24 219:7 220:5 222:1 222:9 223:16 223:16 224:23 225:25 227:17 230:2 230:23 233:6 234:15 234:25 235:8 235:16 239:5 239:9

thomas(1) 5:32

thornton(2) 4:38 5:4

those(16) 10:14 10:18 10:19 15:22 19:15 19:17 20:11 21:12 21:24 21:25 25:11 26:24 30:15 32:1 48:16 51:3 56:25 64:22 68:6 68:10 73:12 76:10 80:17 84:16 89:8 90:11 92:17 101:1 101:2 101:3 102:2 106:17 106:25 107:8 108:9 112:23 114:18 117:16 119:6 119:14 120:2 121:10 124:4 124:20 127:8 132:18 135:2 135:6 135:18 135:19 139:10 141:1 141:16 141:17 141:24 142:15 143:10 144:10 145:3 145:15 148:8 149:2 151:21 151:23 151:24 154:11 155:12 155:19 155:20 158:20 159:6 160:10 160:18 165:7 165:9 166:2 166:2 166:9 166:10 166:12 166:20 167:1 168:20 169:14 169:14 169:18 170:12 170:15 170:25 171:5 171:8 173:13 174:4 174:16 174:18 176:13 178:14 178:22 179:17 179:20 180:18 180:22 181:17 181:24 184:22 186:25 188:3 184:24 188:13 188:18 188:25 189:20 189:25 190:2 190:5 190:8 190:9 190:12 190:17 190:18 190:23 191:5 191:6 191:17 193:13 193:1 193:5 195:3 195:14 195:17 197:1 197:13 197:24 197:25 198:13 198:19 198:22 198:24 199:23 200:24 201:21 202:23 202:24 203:1 203:3 203:4 203:6 203:8 214:5 214:17 219:12 221:13 226:11 226:22 227:1 227:10 228:13 230:4 231:9 237:16 237:18 237:19 240:12

though(7) 80:9 92:13 127:10 136:15 207:11 223:16 231:12

thought(16) 18:25 20:3 24:11 30:8 30:8 31:8 31:11 37:21 42:15 44:16 65:6 95:16 218:19 229:9 238:6 241:19

thoughts(1) 30:9

thousand(1) 127:20

three(11) 33:4 38:18 60:18 128:10 132:1 136:9 145:14 180:19 238:25 242:24 243:3

three-page(1) 48:24

through(41) 13:6 14:22 15:15 15:22 16:3 17:13 22:19 31:8 32:2 35:16 51:6 52:10 75:10 82:25 85:25 91:22 98:16 100:9 104:13 107:17 113:11 118:11 119:3 129:4 130:2 132:9 132:25 141:16 142:22 148:25 156:3 161:5 162:23 170:16 187:22 189:16 198:25 225:25 230:22

throughout(3) 17:8 92:13 107:8

throw(1) 193:22

thrown(1) 163:19

thursday(10) 52:23 53:3 53:7 57:12 99:10 100:3 101:6 242:1 242:12 242:11

thursday."(1) 101:2

tickoo(1) 8:13

tight(1) 110:6

time(90) 11:10 12:2 12:24 12:24 18:19 19:7 19:7 24:14 25:14 25:19 24:22 26:23 27:5 29:12 33:24 34:10 36:6 39:10 41:1 41:2 41:10 43:7 44:17 47:8 47:13 51:6 58:19 59:3 60:14 67:8 68:2 75:17 78:23 83:6 83:13 85:4 87:22 93:18 94:9 104:13 106:22 108:11 109:13 109:14 110:6 112:18 116:8 120:5 122:5 127:16 129:19 130:17 133:13 133:13 145:15 146:1 163:2 168:2 169:15 169:17 174:8 174:10 179:18 184:6 184:9 184:11 187:9 188:2 188:16 200:10 212:22 213:9 220:15 224:24 225:11 225:19 228:20 233:12 233:23 233:24 234:8 235:24 239:5 240:13 241:1 241:16 242:7 242:25 243:3 244:6

timeline(1) 20:4

times(7) 22:25 60:19 127:17 127:18 181:3 196:7 217:19

timing(2) 108:19 109:7

tires(1) 68:17

today(27) 12:13 14:10 50:11 51:15 61:18 84:15 96:17 107:14 147:1 147:7 148:1 162:8 163:2 164:3 164:9 168:25 182:4 202:2 202:14 202:17 211:24 212:5 222:11 224:21 242:21 243:23 244:14

together(5) 9:7 85:22 127:9 178:7 240:12

toggle(3) 184:20 193:21 236:17

toggles(3) 160:18 195:18 196:4

toggling(1) 233:3

token(1) 153:12

told(23) 41:18 42:9 44:5 45:14 45:14 51:22 53:16 55:10 56:2 61:23 63:7 71:13 88:9 89:3 107:4 128:9 131:10 151:9 199:21 221:21 231:14 234:11 242:23

tomorrow(6) 235:24 240:7 241:23 243:6 244:8 244:20

took(28) 16:1 16:12 25:15 26:6 30:15 35:22 40:3 50:5 75:12 76:13 95:13 95:17 95:18 96:24 101:1 125:3 125:7 138:13 149:2 149:21 180:19 222:13 222:17 222:2 231:20 231:22 232:2 238:10

top(10) 22:10 91:15 96:13 158:3 192:13 194:15 201:18 201:19 222:1 237:2

topic(4) 16:5 218:3 218:8 219:4

topics(3) 70:1 79:25 112:22

toronto(3) 85:3 95:17 96:16

total(39) 90:21 97:15 104:21 114:21 114:22 114:25 121:20 134:12 135:25 136:8 137:10 138:10 138:15 139:1 139:2 139:7 139:10 139:21 140:10 140:16 140:25 143:10 143:17 143:24 144:13 154:22 161:16 169:13 180:9 197:14 197:18 197:19 202:19 202:24 207:10 207:13 236:10 237:18 238:5

totaled(2) 134:13 190:13

totality(4) 134:10 154:13 154:15 175:3

touched(1) 28:14

tough(1) 12:21

towards(4) 24:6 112:9 124:8 126:7 126:17 135:4 142:19 209:25

tower(1) 3:17

town(1) 109:14

tracing(1) 170:16

trade(1) 139:17

trail(1) 18:4

train(1) 244:3

transactions(3) 113:13 147:18 166:1

transcript(1) 245:17

transcript(9) 1:18 1:50 36:16 38:6 38:19 210:24 211:1 243:21 245:13

transcription(2) 1:43 1:50

transcripts(2) 10:15 240:11

translates(1) 191:4

translating(1) 129:7

transmitted(1) 49:11

trial(11) 15:13 31:22 85:18 116:24 121:6 125:18 133:21 139:14 203:17 218:5 222:12

trials(1) 93:21

tried(3) 144:7 144:20 226:1

trouble(2) 195:15 217:20

true(10) 19:18 23:14 43:15 46:10 59:25 105:15 105:16 156:18 156:19 160:22 161:25 170:17 176:15 178:15 191:12 192:18 197:10 208:5 229:3

trust(27) 3:4 4:34 27:14 76:4 76:25 144:22 155:14 174:22 181:4 181:6 181:9 181:20 181:23 182:1 182:3 182:5 182:11 182:15 183:13 183:14 183:17 184:8 184:23 195:3 239:14

trust's(1) 77:9

trustee(4) 4:46 76:5 76:9 77:23

trustee's(1) 54:20

trustees(7) 21:1 21:8 47:7 54:1 101:25 102:1

trusts(2) 181:17 182:7

truth(2) 77:5 77:8

truthfully(1) 184:6

try(15) 18:23 121:5 121:9 127:1 143:25 146:3 185:13 188:25 214:5 214:6 214:7 217:4 227:17 229:14 241:15

trying(21) 26:4 31:22 32:9 32:10 56:25 154:22 166:8 166:10 168:17 168:18 168:20 169:4 179:4 192:20 194:24 195:11 195:12 203:24 206:10 225:19 225:25

tucked(2) 21:12 29:16

tuesday(7) 9:1 35:18 36:6 39:17 49:5 49:20 88:15

tunis(1) 1:36

tunnell(1) 1:24

turn(22) 37:1 37:4 40:2 62:13 73:2 96:10 100:8 105:6 127:21 130:22 131:19 137:5 155:25 176:25 177:11 183:1 183:4 183:11 184:1 186:3 214:18 218:3

turnaround(1) 83:9

turned(1) 238:5

turns(2) 32:17 143:7

tweed(4) 2:19 5:31 81:11 81:23

two(35) 31:22 32:1 41:14 41:23 56:25 67:4 67:14 69:7 80:6 87:8 98:14 107:2 109:24 115:12 132:12 152:23 168:6 168:25 169:12 169:19 185:4 186:18 188:3 188:18 194:9 196:5 197:13 207:22 214:10 216:17 216:17 216:23 232:3 239:14 243:3

two-year(1) 208:4

tyler(1) 3:28

type(7) 44:6 65:8 113:22 154:23 171:15 189:19

types(9) 44:2 77:7 91:11 113:7 113:17 121:10 181:17 181:19 182:7

typing(1) 196:13

u.k(6) 186:19 203:14 218:6 219:16 220:15 220:19

uk(86) 9:11 10:10 12:5 13:16 13:21 14:13 14:14 14:25 15:20 16:13 24:7 25:13 44:11 44:15 63:25 65:24 66:4 68:2 76:6 78:24 79:10 84:11 84:12 85:2 85:13 85:17 86:6 86:11 87:2 87:13 89:11 93:24 95:9 98:9 106:17 115:13 120:23 123:24 124:5 124:15 124:17 125:17 125:20 125:22 125:23 131:4 134:20 139:12 139:14 142:20 145:25 146:8 148:5 148:9 149:10 150:15 153:7 153:16 163:14 163:16 168:8 168:11 183:18 183:21 185:22 190:6 191:19 194:7 196:19 215:16 215:16 217:9 223:17 223:20 227:14 228:12 229:2 230:4 230:7 231:8 233:9 233:16 239:16

ukp(1) 203:14 239:15

ultimate(14) 16:20 24:6 24:18 27:16 28:12 34:4 43:15 88:25 89:2 183:21 192:23 195:8 221:22

ultimately(8) 15:23 16:7 16:9 17:10 19:8 19:13 19:23 20:24 21:2 21:14 21:20 25:16 26:7 28:15 33:15 34:7 59:1 85:12 85:21 87:24 89:13 93:25 104:3 104:24 136:25 139:4 193:7

unadjusted(1) 205:4

unaudited(1) 205:4

unaware(4) 216:22 233:12 233:25 234:5

uncertainty(7) 89:4 155:18 175:8 175:9 175:11 175:13 175:14

under(39) 20:5 29:11 32:5 56:22 60:15 63:24 64:4 64:24 66:21 74:23 77:22 86:25 90:4 90:6 90:15 90:17 92:2 92:23 103:13 104:9 122:1 122:2 138:15 139:23 145:6 156:13 157:22 165:21 191:17 192:10 202:23 203:2 205:1 205:19 205:20 227:10 234:18 235:9

under-forecasted(1) 164:18

under-reporting(2) 165:17 167:6

underestimated(1) 207:9

understand(49) 34:8 46:11 49:14 49:25 53:5 57:11 68:22 74:20 90:4 103:2 116:10 121:5 123:22 133:23 146:2 146:6 146:20 147:9 149:9 154:23 159:8 160:15 161:12 194:9 207:17 209:16 209:17 209:21 213:4 215:23 217:5 217:18 217:23 222:5 225:21 229:8 231:13 234:9 237:22 239:12 237:25

understandable(1) 20:20

understanding(18) 17:16 54:24 79:11 79:14 86:15 86:16 95:12 102:25 123:23 149:6 162:17 168:5 185:24 205:13 214:11 232:22 237:11 242:20

understands(2) 146:7 233:24

understatement(1) 164:20

understood(6) 61:2 86:20 93:16 93:16 214:9 240:5

undertake(1) 191:23

undistributed(1) 191:12

unfavorable(1) 166:24

unfolded(1) 85:10

unimpaired(6) 194:24 75:1 75:6 75:7 75:9 75:25

uninstall(1) 199:22

unit(1) 199:22

unitee(5) 1:1 1:20 67:1 153:10 209:15

universities(2) 112:13 112:18

university(9) 82:20 82:21 111:16 111:17 111:19 112:13 112:14 112:14 112:15

unknown(4) 125:22 203:9 221:3 221:6

unless(2) 117:6 242:8

unlikely(5) 123:9 144:7 181:22 181:24

unliquidated(6) 142:1 198:17 199:4 228:4 228:6 228:10

unnecessary(1) 179:13

unpaid(1) 88:23

unpalatable(1) 79:20

unrealistic(1) 125:14

unrealistically(2) 125:7 125:25

unreasonable(2) 75:13 75:19

unrelated(1) 115:3

unsecured(9) 5:22 21:15 21:16 47:3 61:24 62:6 75:12 80:6 93:24

unsettled(2) 125:20 125:21

unsuccessful(1) 118:5

until(12) 23:4 82:25 83:11 84:5 85:11 85:25 90:12 92:5 107:2 242:16 243:3 245:7

up-flow(15) 144:2 144:4 144:24 174:18 174:22 175:1 175:10 179:23 188:9 189:2 190:3 192:6 193:5 195:16 195:21

up-flowed(1) 194:20

up-streaming(1) 187:22

upcoming(1) 169:9

update(4) 208:2 208:13 228:3 236:15

updated(6) 128:16 137:24 142:25 208:5 208:9 208:10 228:1 228:3 228:5 229:12 229:14 229:16 230:10 231:2 236:14 238:2 238:3 238:4

updating(1) 151:11

upon(1) 33:6

upper(4) 3:28 5 131:17 141:19 195:3

urban(1) 4:12

urgent(1) 239:2

urging(1) 84:22

urquhart(1) 4:15

usb(1) 7:40

use(17) 12:12 47:4 47:12 64:7 119:6 127:14 131:15 136:24 137:16 138:3 165:18 185:25 204:9 213:20 229:12 232:14 232:15

used(34) 61:8 119:4 120:5 120:6 120:21 120:22 123:23 131:21 133:4 133:7 133:11 133:14 133:16 137:24 138:4 150:10 150:12 151:10 165:3 167:3 181:25 191:18 207:14 208:1 222:17 229:11 230:1 231:22 232:16 232:20 232:22 232:23 238:9 239:12

usefully(2) 160:18 160:21

valid(3) 229:11 230:5 231:1

validity(1) 230:25

valuable(2) 24:11 25:13

valuation(6) 113:11 113:12 113:16 185:22 191:17 217:23

value(37) 19:7 19:8 33:16 67:18 67:24 68:6 115:19 118:21 118:23 143:14 145:5 152:18 153:4 153:21 160:22 161:1 170:3 180:23 182:8 182:9 185:25 187:16 188:4 188:6 188:22 189:12 189:15 191:19 195:21 195:24 203:21 215:23 217:17 219:18 219:23

value-based(2) 160:18 160:21

valued(2) 167:18 170:7

valuing(1) 217:20

variables(15) 32:4 32:8 33:10 42:18 64:3 93:17 120:17 121:11 141:20 142:13 143:10 143:23 214:3 214:4 214:6

variance(1) 166:24

variety(1) 79:24

various(9) 15:8 19:22 31:7 31:8 74:15 86:12 106:13 119:9 216:13

varying(1) 64:7

vedder(1) 3:42

verbally(1) 50:9

version(1) 102:9

versus(2) 194:1 194:6

very(36) 11:11 17:2 17:22 20:19 23:21 25:16 25:24 25:25 26:19 26:20 27:3 28:20 38:6 55:21 67:5 67:22 73:21 74:8 80:24 82:16 85:8 94:17 107:19 108:25 128:23 130:14 145:21 171:12 213:12 213:20 214:2 225:5 225:19 236:7 244:4

victory(1) 24:13

view(15) 26:15 26:17 27:25 55:23 56:5 56:3 59:19 61:2 89:17 99:17 125:9 126:20 127:23 128:7 157:20 157:24 206:5 212:20 212:25 212:25 219:18 219:23

views(5) 30:10 30:23 78:19 79:24 109:5

vigorous(3) 16:8 16:19 26:19

| Word | Page:Line |
|---|---|

**vigorously**(2) 26:24 93:15
**virtually**(2) 87:15 154:5
**virtue**(1) 195:23
**visitation**(1) 163:3
**voice**(2) 145:15 239:14
**waiting**(1) 204:7
**walancik**(1) 5:18
**walk**(1) 111:13
**walsh**(5) 27:6 27:16 76:19 77:21 78:1
**wang**(1) 6:17
**wanted**(13) 19:6 20:18 28:21 30:21 89:3 102:13 121:2 125:2 127:16 127:17 134:7 138:9 149:2
**wants**(301) 10:20 12:18 14:21 15:1 15:17 15:19 15:20 16:11 16:14 16:14 16:15 16:18 17:3 17:5 17:8 17:17 17:20 17:23 17:23 17:24 18:3 18:9 18:19 18:21 19:5 19:9 19:22 20:3 20:5 20:19 20:24 20:24 20:25 21:4 21:8 21:8 21:13 21:18 21:18 21:25 22:15 22:21 23:7 23:19 23:25 24:5 24:10 24:21 24:24 25:10 25:13 25:14 25:15 25:22 25:23 25:24 26:16 26:21 26:22 26:23 26:25 27:2 27:2 27:4 27:18 28:5 28:6 28:16 28:18 28:22 29:8 30:1 30:5 30:13 31:12 31:13 31:16 31:25 32:1 32:15 32:15 32:17 33:8 33:11 33:13 33:13 33:20 34:2 34:4 34:5 35:18 35:20 36:6 37:11 37:14 37:17 37:17 37:21 37:22 38:6 38:8 38:9 38:12 38:14 38:21 39:17 40:10 41:11 41:25 42:6 42:19 43:6 44:10 44:19 45:3 45:25 46:1 46:3 46:6 47:8 48:5 49:11 49:19 49:20 49:23 50:3 50:6 50:11 50:15 50:22 51:11 51:16 51:21 51:23 51:23 52:4 52:5 52:5 52:8 52:11 52:15 52:16 53:2 53:6 53:6 53:11 53:12 53:16 53:17 53:19 53:21 53:23 54:3 54:6 54:7 54:8 54:8 54:9 54:16 54:17 55:8 55:10 55:11 55:20 55:21 55:23 56:2 56:5 56:8 56:12 56:25 57:6 57:14 57:20 57:24 57:24 58:2 58:5 58:7 58:23 58:25 59:8 60:3 60:8 60:19 61:2 61:3 61:8 62:3 63:20 63:24 64:2 64:7 64:9 64:10 65:17 65:23 66:21 67:11 67:12 67:12 67:14 67:15 68:1 68:4 68:5 68:15 69:4 69:5 69:23 69:25 70:2 70:25 71:2 71:10 71:13 71:19 72:3 72:23 73:13 74:17 74:18 74:19 74:19 74:20 74:23 75:10 75:18 75:21 75:22 75:23 76:3 77:18 77:19 77:22 77:23 78:18 78:23 78:25 79:5 79:12 79:17 80:7 80:15 82:24 83:2 83:3 83:8 83:11 83:12 83:14 83:14 84:4 84:18 84:20 84:25 85:11 85:15 85:18 85:21 85:22 86:10 86:17 87:4 87:10 87:15 87:18 87:22 88:4 88:5 88:8 89:13 89:18 89:22 89:24 90:1 92:12 93:8 93:15 93:21 95:12 95:20 95:23 95:25 96:1 97:7 97:9 97:14 97:15 99:3 99:17 100:1 100:2 100:12 100:14 100:16
**was**(208) 100:24 101:5 101:12 101:12 101:13 101:15 101:22 101:23 102:8 102:12 102:13 103:2 103:8 104:3 104:3 104:14 104:15 104:16 105:2 107:9 108:5 108:8 108:25 113:4 114:11 115:11 116:5 118:20 121:13 122:13 122:21 123:13 123:19 123:20 123:23 124:1 124:5 124:8 124:17 124:16 125:11 125:14 126:4 126:5 128:15 128:17 128:21 129:1 129:2 129:21 129:24 130:1 130:14 130:25 131:1 131:11 131:17 131:23 131:25 132:3 132:5 132:6 132:7 132:20 132:23 132:24 133:4 133:15 133:15 135:7 135:17 135:18 135:23 136:10 137:2 137:3 137:12 137:19 138:6 138:16 138:21 138:23 139:8 139:14 139:15 140:4 140:24 141:12 143:24 143:25 144:1 144:2 145:9 150:1 152:12 153:20 154:10 154:15 155:5 155:7 156:18 159:3 161:13 162:1 162:7 162:7 164:8 164:9 165:3 165:23 167:3 169:14 171:1 171:1 171:21 172:11 173:16 173:24 175:2 175:20 176:8 177:14 178:25 179:25 180:23 181:16 182:5 183:16 183:17 183:23 184:14 184:14 184:14 185:24 187:5 187:8 188:15 189:6 189:7 192:10 192:16 193:16 204:5 204:8 204:10 207:10 208:6 208:21 212:12 212:13 213:5 214:16 215:10 216:1 216:21 218:17 218:18 218:23 218:24 219:2 219:16 219:23 223:15 224:22 228:11 229:16 229:23 230:10 230:12 230:14 230:18 230:20 231:18 231:23 233:16 233:19 233:19 234:9 234:12 234:25 235:10 235:12 235:13 236:12 236:13 237:18 238:3 238:6 238:22 243:9
**wasn't**(23) 28:3 29:16 29:20 31:16 31:16 32:24 43:10 44:20 51:2 52:7 55:4 56:4 56:4 58:12 67:13 78:20 87:19 94:1 99:20 107:14 121:4 121:4 129:10
**wasn't**(20) 26:4 139:24 142:4 142:4 149:22 153:24 158:22 166:23 175:2 175:12 184:12 184:12 188:24 189:23 192:19 193:12 200:14 208:19 234:13
**waterfall**(1) 130:5

**way**(29) 10:7 15:7 26:6 29:17 43:5 62:11 65:23 67:3 67:21 80:13 109:11 126:21 130:8 133:3 136:13 140:23 141:21 149:6 201:15 211:6 211:7 211:17 220:5 224:15 225:18 228:2 233:3 236:18
**ways**(2) 25:4 69:7
**we'd**(3) 10:25 20:13 79:22
**we'll**(10) 10:4 15:15 33:1 33:5 59:11 80:17 81:2 81:25 111:6 116:9
**we're**(13) 10:1 12:13 13:13 13:24 67:7 68:20 68:25 94:14 102:19 108:18 110:7 117:3 130:8
**we've**(20) 9:6 24:14 30:21 33:6 44:3 47:14 52:12 79:22 83:18 86:23 93:20 98:14 106:1 106:3 106:4 107:8 109:18 114:6 123:10 127:22
**wear**(1) 244:19
**wearing**(1) 244:14
**webb**(1) 3:28
**wednesday**(1) 96:14
**weeds**(4) 179:24 192:20 194:5 194:10
**week**(14) 42:4 42:4 52:10 55:6 55:6 61:18 67:11 73:21 98:15 98:15 101:16 102:4 240:13 241:20
**weekend**(2) 87:19 103:22
**week's**(5) 167:7 167:14 97:21 98:14 107:2
**wei**(1) 6:17
**weidinger**(1) 4:12
**weight**(2) 82:23 212:21
**weiner**(1) 82:23
**welcome**(1) 34:12
**welcomed**(1) 24:3
**well**(134) 9:20 11:11 13:25 14:18 16:16 25:3 26:11 27:23 29:10 35:8 36:22 38:11 39:6 40:21 43:12 44:8 50:4 53:5 53:22 58:15 58:16 62:13 63:14 64:5 66:6 68:19 68:22 70:22 75:8 76:4 77:10 86:2 89:20 92:21 93:15 97:11 99:20 109:6 109:11 109:15 110:3 116:23 117:18 121:2 121:14 124:25 125:16 126:11 126:22 128:2 128:9 130:1 131:15 137:16 138:23 140:5 141:3 144:20 146:16 146:23 147:2 147:14 147:17 147:19 149:1 149:12 151:3 151:11 153:14 153:24 155:12 158:19 159:17 159:22 161:25 162:2 163:9 163:16 164:2 164:6 165:18 166:22 167:14 168:3 169:17 173:10 174:14 175:19 178:15 179:13 183:25 189:23 192:13 193:12 194:14 196:5 199:6 200:6 200:8 206:3 206:14 206:20 206:20 210:15 213:5 213:15 213:15 214:5 217:21 221:5 221:6 223:15 226:3 236:25 238:1 239:24 240:5 241:22 243:14 243:16 243:16 243:24 244:16
**went**(17) 19:22 22:19 62:17 62:22 98:24 109:8 112:6 130:2 141:12 141:16 143:21 147:20 166:16 166:17 212:14 228:23 238:10
**were**(226) 10:16 10:19 16:6 16:11 16:13 17:1 17:4 17:17 18:5 18:22 19:15 19:20 20:15 20:21 20:25 21:9 21:11 21:24 22:3 22:7 23:13 24:9 25:12 26:3 26:10 26:19 27:1 27:17 28:9 29:2 29:11 29:14 30:9 30:10 30:13 30:14 31:18 32:10 32:19 32:24 33:11 34:20 34:24 35:5 35:12 40:23 41:10 43:7 44:8 45:1 51:1 51:4 51:17 51:18 52:22 54:5 56:7 56:14 56:21 56:23 58:15 58:16 59:2 59:22 61:6 62:20 63:4 69:8 70:24 70:25 71:10 72:20 73:22 74:10 74:15 74:22 74:25 75:3 75:3 75:4 75:6 75:7 75:8 75:9 75:13 75:14 75:15 75:25 76:7 76:8 76:9 76:19 76:22 78:9 78:9 78:25 79:1 80:12 81:6 81:9 86:14 96:4 96:9 97:6 97:8 99:21 99:24 99:25 100:19 100:23 102:5 102:14 102:23 102:24 104:4 105:10 107:15 108:1 118:18 119:2 119:20 119:22 119:23 120:17 120:22 121:10 121:10 121:24 122:17 125:4 125:5 125:24 130:3 131:10 132:8 133:2 133:5 134:5 136:8 141:14 142:4 143:2 144:14 145:24 146:9 147:3 147:23 148:24 150:11 150:15 150:18 150:21 151:1 151:11 151:21 153:12 154:19 154:24 155:2 156:14 156:16 156:21 156:23 157:8 158:10 158:14 159:17 160:17 161:8 162:3 163:21 166:1 169:21 169:24 170:22 171:13 172:17 172:21 172:25 173:11 175:21 177:10 177:20 179:20 180:18 181:15 181:18 184:23 185:6 185:20 188:9 188:10 190:6 190:18 192:25 194:24 197:19 197:20 197:22 199:6 200:5 200:16 201:1 201:9 207:14 208:22 218:23 221:16 221:19 224:22 224:24 224:25 228:11 229:16 229:23 230:22 233:12 235:17 235:23 236:11 238:14 239:11 239:14
**weren't**(8) 153:22 171:16 173:22 183:22 207:9 211:17 214:9 216:24
**wertheim**(55) 69:15 70:10 108:19 108:21 109:21 110:18 110:21 111:4 111:5 111:7 111:11 116:13 116:22 117:9 118:17 121:24 122:5 122:11 122:14 122:17 122:23 123:1 123:4 124:9 124:14 130:4 130:13 130:17 130:23 140:4 140:5 145:24 146:15 146:16 149:12 157:17 159:5 159:17 171:23 178:6 180:18 186:17 203:12 208:20 212:8 213:4 213:23 214:1 214:5 221:5 225:6 231:21 238:14 244:25
**wertheim's**(4) 10:21 69:10 69:11 128:22
**wertheim's**(1) 159:15
**we'd**(2) 163:2 182:16

**we'll**(8) 159:23 159:23 161:5 185:13 186:4 230:22 244:24 245:7
**we're**(16) 134:16 159:11 159:16 163:3 163:6 193:9 194:4 194:8 195:14 213:20 215:21 223:1 229:14 239:8 242:3 244:13
**we've**(5) 177:5 209:14 236:1 239:18 240:10
**what**(254) 10:4 15:17 17:24 18:10 20:1 22:21 24:5 28:9 28:21 30:7 30:8 30:9 30:10 30:12 31:4 31:6 31:13 31:13 31:15 32:6 32:10 32:15 32:17 32:24 33:1 33:4 33:20 38:11 39:9 40:17 41:19 41:25 42:10 49:8 50:3 50:5 50:6 50:14 52:4 52:5 52:7 52:9 55:22 58:18 58:22 59:6 59:14 62:10 62:23 62:23 63:1 64:6 65:4 66:6 67:11 67:15 67:18 67:24 67:25 68:1 68:7 68:9 68:23 69:25 70:7 70:7 70:7 70:7 79:17 82:10 82:12 82:13 82:16 83:23 84:1 84:1 84:6 85:24 87:4 88:20 89:17 90:8 91:14 91:24 92:9 92:17 93:12 94:6 99:20 99:21 100:11 102:13 102:22 105:10 109:16 115:10 115:11 115:21 116:18 119:1 120:11 121:10 121:10 121:13 121:18 123:9 123:13 123:19 124:1 124:22 124:23 127:23 128:2 128:5 128:9 129:20 129:23 132:22 132:24 133:11 133:13 133:14 134:23 135:18 135:22 136:17 137:9 137:14 142:17 144:7 144:8 144:11 144:11 144:21 144:22 144:23 145:5 145:15 146:2 147:20 149:2 149:16 149:20 149:23 151:16 152:3 152:11 152:12 157:13 159:10 161:10 161:10 161:13 161:13 162:10 162:16 162:17 163:5 166:5 166:6 166:8 168:18 169:4 169:13 171:1 171:9 171:10 172:12 174:14 174:18 175:9 175:10 176:8 177:12 180:12 180:22 183:12 184:6 184:13 186:13 186:13 187:18 188:12 189:2 190:2 190:13 190:15 191:24 192:7 193:1 193:5 193:25 195:1 195:2 198:13 198:19 199:18 200:14 201:14 202:20 202:25 203:8 205:19 206:18 206:20 207:2 208:9 209:22 210:6 210:8 211:1 212:1 212:2 214:3 224:5 224:8 225:1 226:14 227:10 227:18 229:8 229:20 230:12 230:13 231:20 232:16 234:10 234:15 236:22 238:5 238:6 244:13
**what's**(2) 22:10 127:12
**whatever**(11) 22:25 59:2 62:8 62:9 136:19 144:4 181:21 187:16 201:25 232:12 232:14
**whatsoever**(4) 46:8 108:8 110:24 174:11
**when**(88) 11:2 18:10 18:24 25:11 26:9 30:15 33:1 33:2 35:23 38:16 40:8 49:6 49:12 49:12 51:4 55:3 67:11 69:19 71:2 82:4 82:5 83:1 83:11 83:12 84:17 92:5 93:1 100:25 104:5 118:5 121:3 122:6 129:18 130:15 133:8 133:17 133:25 135:21 138:1 140:14 140:20 141:6 141:6 141:16 142:3 144:14 145:24 146:9 147:3 147:23 148:24 150:11 150:15 150:18 150:21 151:1 151:11 151:21 153:12 154:19 154:24 155:2 156:14 156:16 156:21 156:23 157:8 158:10 158:14 159:17 160:17 161:8 162:3 163:21 166:1 169:21 169:24 170:22 171:13 172:17 172:21 172:25 173:11 175:21 177:10 177:20 179:20
**whenever**(1) 145:20
**where**(30) 25:8 26:2 28:11 31:9 31:9 32:15 33:8 42:19 43:20 63:22 64:11 113:11 130:19 131:4 139:14 144:12 145:8 146:5 146:18 159:25 164:19 176:11 191:23 195:6 199:9 202:23 215:21 220:8 237:23
**whereas**(1) 37:23
**whereupon**(1) 245:9
**whether**(69) 10:18 10:23 10:25 31:18 37:22 38:21 50:11 50:17 51:15 51:16 52:8 53:17 54:17 57:17 57:25 59:19 63:9 66:20 66:20 68:9 68:14 70:15 97:7 97:18 101:19 101:22 108:19 108:20 114:9 116:25 117:9 124:4 124:5 127:23 128:24 138:7 150:25 152:20 159:2 159:4 168:13 168:25 169:22 171:22 174:21 174:22 174:24 178:21 181:8 182:16 186:21 192:15 201:2 202:9 209:6 210:24 223:11 230:12 233:13
**which**(110) 14:21 14:25 16:17 19:9 19:11 20:5 20:21 20:23 22:6 22:12 23:8 24:8 28:9 28:11 29:25 31:23 31:25 32:5 33:6 38:22 47:12 49:19 52:25 56:22 63:18 66:13 67:4 76:12 77:14 77:22 83:7 84:22 86:10 87:15 89:19 90:2 90:21 91:19 91:24 92:11 98:14 103:3 104:2 104:3 104:20 105:7 113:3 114:11 114:14 115:25 116:9 117:8 118:14 118:15 134:17 134:22 135:7 136:12 138:16 146:5 151:6 151:10 152:12 160:8 162:16 162:17 173:8 174:12 180:2 181:8 185:10 185:20 188:9 188:10 189:2 191:24 194:10 200:5 201:1 204:11 204:24 207:15 208:13 208:22 209:3 211:14 216:8 216:20 216:22 219:24 220:6 224:18 224:19 224:20 224:24 231:21 233:20 233:25 234:5 236:7 236:11 237:25 241:20 242:23
**while**(6) 20:14 29:15 56:11 75:17 76:13 89:16
**whiteoak**(1) 5:27

**who**(32) 13:22 20:11 34:1 34:24 35:5 35:25 39:10 51:3 51:25 53:2 55:19 58:13 75:22 75:24 76:5 76:6 77:25 79:3 81:17 86:11 87:14 90:24 93:15 100:23 123:22 124:4 129:14 130:9 140:10 192:18 234:18 234:21 237:15
**who's**(1) 95:3
**whole**(6) 12:23 17:19 21:11 31:21 42:23 240:10
**wholeheartedly**(1) 193:14
**wholes**(1) 19:14
**whom**(4) 51:4 54:3 80:4 82:8
**why**(32) 36:7 43:11 56:7 67:7 74:20 80:25 100:9 107:14 110:3 120:24 125:9 125:13 133:18 146:22 163:20 166:12 166:20 166:23 173:22 176:14 184:10 195:20 196:1 205:9 208:1 215:22 219:17 224:19 226:1 232:20 236:11
**will**(34) 9:23 10:15 12:23 13:19 13:22 13:24 14:2 18:6 18:13 18:23 36:21 70:16 77:13 84:16 94:15 109:22 110:10 110:12 118:2 129:3 130:19 141:10 146:10 160:13 170:3 199:11 199:12 200:17 235:24 239:10 239:12 239:13 242:17 244:21
**william**(1) 7:45
**willing**(1) 85:5
**willingness**(1) 36:3
**wilkie**(2) 4:25 4:42
**wilmington**(21) 1:12 1:28 2:7 2:30 2:44 3:4 3:25 3:38 4:16 4:22 9:1 27:13 54:5 54:9 76:4 76:8 76:13 76:25 77:8 78:2 239:14
**winding**(1) 241:6
**winning**(1) 209:11
**wish**(2) 17:10 117:6
**with**(301) 9:19 9:21 10:5 10:9 10:18 10:22 10:24 12:23 14:20 15:8 15:9 15:12 15:17 15:21 16:1 16:9 16:15 17:2 17:14 18:15 18:24 19:8 20:2 20:10 20:10 20:20 21:19 21:20 21:22 21:22 22:24 24:8 24:13 24:19 24:24 25:21 25:24 26:5 26:10 26:13 28:4 28:12 29:23 30:16 31:2 31:25 34:2 35:3 35:5 35:6 35:9 35:10 35:15 35:24 36:2 36:10 37:7 37:15 38:7 38:22 39:7 39:10 39:11 39:19 39:24 40:15 40:20 41:17 43:16 44:10 45:22 45:23 46:1 46:8 46:16 46:19 46:21 46:22 47:2 47:5 47:12 50:24 52:25 53:24 54:3 54:10 54:13 54:17 54:19 54:25 55:3 55:16 55:19 55:24 56:19 57:14 58:1 58:3 58:6 60:6 61:8 61:12 62:10 62:14 62:23 62:25 65:8 65:22 66:12 66:19 66:24 67:6 67:12 67:13 69:9 70:9 70:14 70:15 70:16 74:9 75:14 75:15 75:16 76:19 77:20 78:12 78:13 78:15 78:16 79:1 79:2 79:2 79:2 79:4 82:19 82:22 83:8 83:13 84:10 84:12 84:13 84:16 86:16 86:18 86:19 86:25 87:16 88:4 88:6 88:13 88:17 89:5 89:12 92:18 93:17 93:21 93:22 93:23 95:9 96:21 98:9 98:17 101:11 102:25 103:9 103:19 104:2 105:16 106:12 106:17 106:17 111:8 111:16 115:25 116:9 116:17 118:5 121:3 122:6 129:18 130:15 133:8 133:17 133:25 135:21 138:1 140:14 140:20 141:6 141:6 141:16 142:3 144:14 145:24 146:9 147:17 147:23 148:24 150:15 150:18 150:21 151:1 151:11 151:21 153:12 154:19 154:24 155:2 156:14 156:16 156:21 156:23 157:8 158:10 158:14 159:17 160:17 160:17 161:8 161:9 162:3 163:21 166:1 169:21 169:24 170:22 171:13 172:17 172:21 172:25 173:11 175:21 177:10 177:20 179:20 180:18 181:15 181:18 184:23 185:6 185:20 188:9 188:10 190:6 190:18 192:25 194:24 197:19 197:20 197:22 199:6 200:5 200:16 201:1 201:9 202:9 204:6 207:15 208:13 208:22 209:3 211:14 216:8 216:20 216:22 219:24 220:6 224:18 224:19 224:20 224:24 231:21 233:20 233:25 234:5 236:7 236:11 237:25 241:20 242:23
**with**(3) 241:1 241:5 242:20
**withdraw**(2) 122:8 227:1
**within**(11) 19:15 25:22 25:22 41:23 63:3 83:23 87:8 115:6 130:2 138:22 209:4
**without**(7) 20:13 38:13 89:24 106:6 108:7 139:20 181:24
**witness**(41) 9:18 12:6 13:25 14:4 36:16 37:21 38:6 38:21 39:6 48:10 70:16 81:15 82:3 90:23 107:18 109:9 111:7 112:18 130:19 145:14 145:17 178:25 179:13 179:15 184:5 212:23 220:4 221:5 224:24 225:5 225:5 226:4 236:2 236:24 237:5 238:3 238:5 238:6 238:9 238:21 245:1
**witnesses**(6) 9:19 13:19 66:23 69:18 240:2 243:25
**witness's**(1) 213:13
**won't**(2) 110:24 111:6
**wondering**(1) 57:3
**word**(4) 164:6 164:24 166:21 242:16
**word**(2) 47:4 61:8
**words**(7) 18:2 18:7 158:11 166:4 166:8 210:10
**work**(28) 16:24 18:9 44:6 44:25 45:5 112:5 112:6 112:13 113:19 114:3 114:3 114:12 133:20 133:24 134:1 134:2 141:24 144:7 147:17 149:12 154:24 172:25 212:18 219:19 233:6 234:16 235:8 244:21
**worked**(1) 86:21
**working**(4) 17:17 85:19 107:12 235:9

works(1) 135:13

worksheet(11) 132:7 132:22 133:9 133:14 177:18 177:21 182:12 182:18 183:2 183:11 183:15

world(2) 33:8 159:15
worlds(1) 159:15
worried(2) 32:15 241:6
worry(1) 80:16
worth(2) 169:22 194:10
would(263) 9:17 9:20 9:24 12:12 18:7 19:4 19:7 19:11 19:12 19:14 19:14 19:15 21:12 21:23 23:4 23:12 28:22 29:15 30:18 30:24 31:20 32:5 32:6 32:21 33:25 36:7 39:17 41:9 41:25 44:9 45:5 45:12 50:21 51:21 51:22 52:2 52:2 52:4 52:8 53:17 55:12 55:17 55:21 56:9 56:10 60:15 63:9 63:12 63:17 64:25 65:9 65:22 65:23 65:24 69:8 69:9 70:24 70:25 73:15 74:14 74:16 74:20 77:9 79:3 84:23 85:4 86:16 86:19 86:20 87:11 87:13 88:10 88:13 88:14 89:2 89:5 89:9 89:9 89:11 89:12 90:5 90:15 90:18 91:18 92:1 92:7 92:15 92:23 92:24 92:25 93:18 94:2 99:23 101:11 101:17 101:20 105:17 105:23 106:6 107:12 107:13 109:8 109:15 110:16 113:5 114:15 114:20 114:23 114:25 115:15 115:25 115:25 116:24 117:10 117:18 119:4 119:21 120:16 121:9 121:23 123:12 124:9 124:10 125:5 125:11 125:24 126:5 127:11 127:19 128:6 128:13 130:18 130:18 131:13 131:17 132:8 132:12 135:11 136:12 136:18 136:20 136:21 136:25 140:11 140:12 140:17 140:18 142:9 142:18 142:22 143:2 143:5 143:8 145:9 146:18 146:23 147:1 147:2 150:12 152:7 152:13 152:16 152:20 152:24 153:3 153:4 153:7 153:8 153:9 153:15 154:25 155:17 156:12 157:12 158:10 158:13 159:17 159:19 160:3 161:16 162:14 162:17 163:1 163:25 164:4 169:5 175:9 175:11 176:20 181:9 181:12 181:13 182:7 182:7 184:14 184:22 185:3 185:5 187:15 187:22 188:22 189:2 189:12 189:15 189:15 190:3 190:17 190:20 190:22 192:5 192:6 192:11 192:14 193:4 193:7 193:13 194:17 195:22 196:14 197:25 198:5 199:8 201:8 201:20 209:19 209:23 210:1 210:3 210:6 210:8 210:9 210:10 210:11 210:23 217:20 219:9 220:8 221:22 225:15 225:16 226:8 226:11 226:12 227:19 230:12 232:16 232:22 232:23 235:25 236:16 236:22 237:1 238:5 240:24 240:25 241:5 242:23 242:24 242:24 243:20

wouldn't(5) 30:24 36:5 45:1 56:6 127:25
wouldn't(6) 159:1 164:2 166:14 201:24 239:6 244:16
write(3) 10:13 235:5 235:7
written(5) 97:13 97:23 97:25 98:1 98:4
wrong(1) 94:7
wrote(7) 156:18 161:19 178:19 179:18 180:8 200:11 212:8

wunder(2) 5:35 5:36
www.diazdata.com(1) 1:47
yankees/mets(1) 13:3
yeah(14) 12:19 39:8 48:7 48:8 53:10 55:2 79:23 83:14 87:1 97:11 100:4 101:10 129:8 179:15

year(9) 16:6 16:22 17:20 19:10 38:22 90:20 138:16 169:12 242:16

years(25) 15:9 17:1 23:21 23:24 30:7 33:3 34:4 41:3 41:5 79:23 83:9 93:19 105:14 112:4 112:8 112:18 113:2 113:10 121:5 168:7 168:25 169:19 207:22 214:10 216:23

yes(301) 9:9 10:5 10:8 11:6 11:21 12:20 13:1 13:1 13:12 13:17 13:23 14:2 14:12 15:19 16:3 17:16 22:9 22:14 22:17 22:20 22:20 23:14 23:20 26:12 26:12 34:23 34:23 35:1 35:20 37:10 37:14 37:16 37:18 38:9 38:24 40:5 40:14 40:17 40:19 41:6 41:13 41:17 41:22 42:2 42:5 42:8 42:11 42:24 43:5 44:18 44:21 45:7 45:17 45:19 45:21 46:14 46:20 46:25 47:16 48:14 49:3 49:10 49:17 49:22 49:24 52:18 53:15 54:2 54:6 54:8 54:21 54:23 55:9 55:15 55:19 56:1 56:17 57:4 57:7 57:10 57:13 57:16 57:19 57:22 58:2 58:18 59:25 60:5 60:8 60:11 60:13 60:17 60:20 60:23 61:1 61:5 61:9 61:14 61:17 61:22 62:2 62:5 62:12 62:16 62:19 62:22 62:24 63:6 63:16 63:20 63:21 65:14 65:21 66:5 71:8 71:12 71:15 71:18 71:21 72:14 72:16 72:19 72:22 72:24 73:1 73:4 73:7 73:10 73:18 73:20 73:23 74:3 74:19 76:8 76:20 76:23 77:21 79:16 79:21 81:7 81:8 83:18 87:1 90:11 90:17 91:13 93:15 93:17 93:25 95:5 95:10 95:11 95:18 96:10 96:22 97:14 97:17 98:20 99:1 99:5 99:6 99:19 99:10 100:11 100:14 101:8 102:1 102:21 103:6 103:15 103:18 103:21 104:2 104:15 105:5 105:11 106:15 107:12 108:3 111:5 111:23 112:13 113:21 114:11 115:18 116:3 118:9 118:19 119:17 119:20 119:23 120:21 121:17 121:19 123:1 123:4 124:2 124:21 126:10 126:22 128:18 129:16 131:5 131:12 132:12 134:12 134:12 135:12 136:4 137:2 137:15 138:3 138:20 140:6 140:6 140:18 141:24 145:1 145:9 146:13 148:12 150:7 152:4 152:22 153:6 154:15 155:18 155:24 156:3 156:8 156:10 156:20 157:4 157:8 158:6 158:16 159:19 161:10 161:22 162:18 162:25 163:19 164:3 164:13 164:16 165:3 167:3 167:13 167:23 167:25 168:10 168:12 168:23 169:25 170:5 171:7 171:20 171:25 172:3 172:16 174:7 175:2 176:4 177:6 177:8 177:19 177:20 177:22 177:25 178:9 180:14 180:15 180:17 180:21 181:2 181:17 181:24 181:25 183:3 183:22 183:25 184:6 184:9 185:1 185:21 186:3 186:4 186:14 186:16 187:18 188:1 189:6 189:19 190:23 191:15 191:21

yes(192) 192:13 193:20 193:23 194:3 194:13 195:7 196:12 196:16 198:7 199:14 199:17 200:1 200:24 203:1 203:19 204:18 204:25 205:2 205:7 205:18 205:20 206:25 207:5 207:21 209:6 209:9 209:20 211:2 211:5 213:1 213:8 213:15 213:18 213:25 214:11 214:22 214:23 214:25 215:3 215:9 215:19 215:25 216:8 216:16 216:16 216:21 216:25 217:15 218:7 218:22 218:25 219:6 219:15 221:25 222:14 222:16 222:22 223:18 226:25 227:8 227:12 228:11 228:19 229:19 229:23 230:24 231:9 231:15 232:8 233:2 233:8 234:11 234:21 234:24 234:11 244:11

yet(9) 58:21 59:5 97:1 125:20 125:21 126:2 127:2 142:1 180:19

yield(15) 19:12 20:2 70:24 70:25 150:20
yielded(3) 32:6 217:10 232:23
york(16) 1:38 2:15 2:24 2:36 3:7 3:18 3:31 3:41 3:45 4:9 4:28 12:21 80:22 240:22 240:22 243:15

yorkers(1) 12:15
you(301) 8:21 9:4 10:13 11:12 11:14 11:24 11:24 12:1 12:2 12:3 12:15 12:20 12:22 12:23 13:3 13:10 13:14 14:2 14:3 14:5 14:10 14:22 15:8 15:16 15:22 15:23 15:25 16:16 16:18 16:19 16:22 17:3 17:4 17:5 17:10 17:12 17:18 17:18 17:21 17:22 18:6 18:8 18:10 18:13 18:17 18:19 18:20 18:21 18:23 18:25 19:1 19:2 19:2 19:3 19:15 19:17 19:23 20:1 20:1 20:21 20:21 21:8 21:9 21:20 21:22 22:1 22:5 22:5 22:8 22:13 22:18 22:19 23:2 23:6 23:15 23:17 23:18 23:20 23:20 24:1 24:3 24:9 24:12 24:12 24:15 24:16 24:18 24:19 24:23 24:25 25:8 25:8 25:18 25:25 25:25 26:3 26:16 26:20 26:21 26:24 26:25 27:4 27:14 27:22 27:25 28:1 28:5 28:8 28:9 28:11 28:14 28:15 28:15 28:18 28:18 28:18 28:19 28:20 28:23 28:25 29:1 29:3 29:6 29:7 29:10 29:19 29:20 30:1 30:2 30:6 30:7 31:1 31:4 31:5 31:6 31:7 31:9 31:19 31:10 31:13 31:14 31:17 31:23 32:1 32:3 32:11 32:16 32:17 32:18 32:23 32:23 33:8 33:15 33:19 33:20 33:21 33:23 33:23 33:24 34:5 34:6 34:11 34:13 34:14 34:20 34:24 36:9 36:9 36:23 36:23 37:2 37:3 37:7 37:7 37:9 38:7 38:17 39:6 39:9 39:22 40:3 40:6 40:8 40:11 40:11 40:15 40:20 40:20 40:23 41:7 41:8 41:10 41:16 41:18 41:24 42:3 42:9 42:10 42:12 42:14 42:15 42:15 42:21 42:25 43:1 43:8 43:9 43:12 43:12 43:13 43:16 43:17 43:19 43:22 43:23 43:25 44:1 44:5 44:5 45:5 45:8 45:8 45:9 45:14 45:14 46:7 46:11 46:15 46:15 46:18 46:21 46:23 47:1 47:23 47:25 48:11 48:12 49:1 49:4 49:4 49:19 49:25 50:5 50:10 50:13 50:16 50:17 50:19 50:22 51:10 51:15 51:16 51:17 51:22 52:2 52:7 52:10 52:11 52:13 52:16 52:19 52:20 52:24 52:25 53:4 53:6 53:13 53:16 53:24 54:13 54:19 55:7 55:12 55:16 55:24 56:2 56:9 56:15 56:18

you(301) 56:22 57:1 57:2 57:8 57:11 57:17 57:18 57:23 57:25 57:25 58:3 58:6 58:8 58:15 58:15 58:16 58:16 58:24 59:3 59:9 60:1 60:2 60:3 60:6 60:10 60:18 60:21 61:2 61:7 61:8 61:11 61:15 61:18 61:23 62:13 62:15 62:17 62:22 62:23 62:25 63:1 63:4 63:7 63:7 63:13 63:11 63:14 63:22 64:4 64:6 64:8 64:11 64:11 64:13 64:15 64:16 64:18 64:19 64:21 64:22 64:25 65:4 65:4 65:5 65:6 65:8 65:9 65:12 65:25 65:22 66:2 66:6 66:8 66:9 68:11 70:19 70:21 70:22 71:2 71:3 71:6 71:16 71:20 71:23 72:13 72:23 72:15 72:17 72:20 73:2 73:12 73:19 73:21 73:22 74:1 74:10 74:12 75:4 75:10 75:11 76:1 76:8 77:22 78:8 78:21 78:24 79:1 79:2 79:7 79:11 79:14 80:2 80:3 80:7 80:11 80:12 80:19 80:22 80:23 80:24 81:2 81:5 81:17 81:8 81:20 81:21 82:1 82:2 82:4 82:8 82:16 83:12 83:16 84:2 84:6 84:7 84:17 87:14 88:17 90:4 90:8 90:10 90:14 91:3 91:5 91:6 91:7 91:10 91:11 91:12 91:14 91:15 91:21 91:25 92:2 92:6 92:17 92:23 93:3 93:7 94:9 94:10 94:16 95:16 94:17 94:17 94:21 94:25 95:16 95:16 96:10 96:14 96:17 96:23 96:25 97:1 97:3 97:6 97:9 97:18 98:4 98:8 98:13 98:23 98:24 99:10 100:9 100:21 100:23 100:25 101:11 102:9 102:12 102:20 103:2 103:8 103:10 103:12 103:16 103:19 103:25 104:11 104:24 105:8 105:21 106:7 106:16 106:18 106:20 107:4 107:13 107:15 107:19 107:20 107:24 108:1 108:15 108:15 108:16 108:17 108:22 109:12 109:14 110:1 110:13 110:15 110:18 110:21 110:23 111:6 111:8 111:11 111:13 111:21 111:23 112:16 112:21 113:4 114:5 114:6 114:14 115:11 115:17 115:21 115:21 116:24 117:6 117:18 117:25 118:2 118:3 118:7 118:10 118:12 118:22 118:24 118:14 118:17 118:17 119:1 119:11 119:15 119:21 119:25 120:13 120:19 120:24 120:25 121:14

you(301) 121:15 121:15 121:16 121:18 122:3 122:10 122:14 122:17 122:22 123:5 123:5 123:8 123:9 123:22 124:1 124:11 124:12 124:22 124:22 127:9 127:15 127:17 127:21 127:23 128:11 128:12 128:12 129:3 129:7 129:9 130:14 130:24 131:4 131:6 131:11 131:21 132:19 132:22 132:24 133:4 133:4 133:10 134:10 134:23 134:23 134:24 135:15 135:22 135:22 136:5 136:6 136:7 136:20 136:22 137:3 137:5 137:16 137:23 137:25 138:3 138:8 138:19 139:1 139:6 139:7 139:22 139:25 140:1 140:2 140:4 140:7 140:14 140:20 140:21 140:25 141:5 141:10 142:17 144:20 141:3 143:12 145:5 145:13 145:16 145:20 145:21 146:1 146:3 147:10 147:16 147:19 147:22 148:14 148:16 148:18 149:5 149:5 149:16 149:18 150:9 149:25 150:1 150:2 150:7 150:18 150:19 150:21 150:24 150:25 151:14 151:20 151:24 151:25 152:3 152:19 153:13 153:19 153:20 153:22 154:11 154:12 154:13 154:18 154:20 154:21 154:22 154:23 154:25 155:7 155:22 155:23 156:1 156:1 156:7 156:7 156:18 156:19 157:4 157:7 157:16 157:19 157:22 159:1 159:19 160:8 160:13 160:17 160:24 161:6 161:19 161:22 162:4 162:3 162:11 162:14 163:4 163:4 163:4 164:12 164:14 164:17 165:4 165:6 165:9 165:9 165:13 165:16 165:17 165:21 165:22 166:12 166:13 166:17 166:17 167:1 167:10 167:17 168:18 168:18 169:7 169:17 169:21 170:2 170:5 170:7 170:7 170:18 170:19 170:19 171:1 171:4 171:23 172:4 172:6 172:7 172:12 172:17 172:18 172:19 172:19 172:21 172:25 173:2 173:14 173:15 174:5 174:5 174:8 174:9 174:10 174:14 175:1 175:13 175:18 175:25 176:17 176:25 177:9 177:13 177:14 177:17 177:10 177:11 177:12 177:16 177:16 177:16 178:4 178:10 178:13 178:18 179:18 179:19 179:19 180:9 180:10 180:11 180:12 180:19 179:18 181:3 181:4 181:6 181:8 181:13 181:15 182:4 182:5

you(301) 182:6 182:8 182:16 182:20 182:24 182:25 183:2 183:15 183:6 183:9 183:11 183:12 183:13 183:14 184:5 184:11 184:15 184:19 184:22 184:23 184:15 185:1 185:11 185:16 185:19 185:25 186:4 186:7 186:9 186:11 186:11 186:17 186:21 186:22 186:22 187:1 187:4 187:7 187:12 187:17 188:2 188:2 188:3 188:5 188:15 188:16 188:16 188:21 188:21 189:19 189:21 190:04 190:08 190:15 190:24 191:16 191:16 191:17 191:19 191:22 192:13 193:10 193:10 193:17 193:12 194:10 194:21 194:22 194:25 195:20 195:21 195:24 196:5 196:7 197:2 197:6 197:7 197:8 198:5 199:10 199:16 199:18 199:23 199:24 200:2 200:3 200:4 200:9 200:10 200:17 200:17 200:17 201:5 201:13 202:2 202:5 202:12 203:13 203:14 203:20 204:5 204:9 204:12 204:16 204:20 204:22 204:25 205:4 205:5 205:5 205:16 205:19 205:25 206:6 206:10 207:14 208:6 208:9 208:18 209:17 210:10 210:20 210:24 210:25 211:2 211:3 211:4 211:6 211:19 211:21 211:19 211:24 212:5 212:6 212:12 212:13 213:6 213:24 214:1 214:21 214:2 214:8 214:15 214:18 214:19 214:20 214:23 215:10 215:15 215:15 215:18 215:22 215:22 216:2 216:6 216:9 216:15 216:24 217:1 217:5 217:8 217:23 218:3 218:8 218:10 218:11 218:14 218:19 218:23 219:16 219:17 219:18 219:22 219:22 219:23 219:24 219:24 220:14 220:15 220:20 220:25 221:8 221:14 221:19 221:21 222:1 222:12 222:13 222:17 222:18 222:20 222:22 223:7 223:17 223:23 224:3 224:5 224:11 224:14 224:17 224:18 225:6 226:10 226:21 226:23 227:3 227:5 227:19 227:21 227:22 227:23 228:24 229:20 229:22 229:23 229:25 230:5 230:7 230:20 230:23 230:24 231:3 231:4 231:16 231:13 231:14 231:16 231:16 231:20 231:22 231:24 232:6 232:10 232:14 232:14 232:15 232:19 232:22 232:23 232:23 233:23

you(44) 233:16 233:25 233:25 234:3 234:3 234:5 234:8 234:11 234:15 234:18 234:19 234:21 234:24 235:5 235:7 236:7 236:11 236:11 236:17 237:23 237:24 237:25 238:19 238:19 238:21 239:3 239:7 240:6 240:7 240:16 242:4 242:24 242:24 242:24 243:9 244:13 244:17 244:19 244:25 245:1 245:2 245:5 245:6

you'd(3) 44:25 114:14 115:9
you'll(2) 81:25 102:22
you're(17) 13:11 18:10 26:9 26:9 49:15 59:14 59:22 60:14 61:15 61:18 65:15 68:17 82:5 95:3 98:1 99:4 116:11
you've(22) 10:6 19:19 27:25 41:1 41:4 42:9 72:11 105:7 106:6 106:10 106:13 112:17 113:8 113:24 114:9 122:15 122:16 126:8 126:19 126:21 128:9 128:10
young(6) 2:39 5:8 172:14 172:16 172:18 172:22

| Word | Page:Line |
|---|---|

**your**(301) 9:7 9:10 9:11 10:2 10:5 10:7 10:9
10:13 10:20 10:23 11:1 11:3 11:7 11:15 11:19 12:2
12:11 13:10 13:15 13:18 14:7 14:10 15:17 27:4 28:1
31:2 34:14 34:15 36:8 36:15 36:18 36:22 37:1 37:1
37:11 37:13 37:14 37:19 38:4 38:17 39:4 40:21 41:2
45:14 47:11 48:9 48:15 48:15 48:18 48:23 50:19
54:24 58:12 58:19 59:6 60:22 61:6 63:8 63:14 64:11
65:11 66:11 66:16 67:4 67:10 69:6 70:11 70:13 71:2
71:6 71:25 73:11 73:24 76:22 79:18 80:21 80:23
81:9 81:15 81:18 82:12 82:17 83:6 83:13 83:23
84:23 85:9 90:22 93:12 94:11 94:23 95:6 95:12
95:23 96:2 96:9 96:10 96:20 97:5 97:12 99:17 100:5
100:12 100:15 101:3 101:6 102:25 104:1 104:5 105:7
106:7 107:10 107:18 107:22 108:16 108:18 108:18
109:2 109:3 109:5 109:6 109:25 110:5 110:11 110:19
111:1 111:13 111:14 111:21 112:5 112:24 112:24
113:19 114:14 115:6 115:11 116:2 116:7 116:14
116:16 117:3 117:14 118:1 118:4 118:7 118:17 118:18
118:25 119:18 120:1 120:13 120:25 121:24 122:4
122:15 123:25 124:1 124:23 128:19 129:12 130:3
130:6 130:12 130:21 130:25 131:6 131:14 131:19
136:2 136:5 138:3 141:5 141:6 141:9 143:13 145:21
146:14 146:25 147:1 147:22 148:21 149:13 149:13
149:20 150:22 151:21 151:24 153:19 153:20 154:10
154:10 154:25 155:7 155:23 156:2 156:6 156:16
156:24 157:1 157:19 158:18 158:22 159:11 159:14
160:20 161:8 161:11 164:7 164:10 172:2 172:5
173:14 173:15 174:2 174:9 175:20 177:2 177:14
177:23 178:19 179:9 179:11 179:18 180:11 180:23
181:5 182:4 182:6 182:16 182:23 183:5 183:13
184:25 185:13 185:20 185:20 186:2 186:8 186:22
188:2 188:16 189:5 189:7 189:8 189:10 191:13 193:8
194:5 195:20 196:1 196:7 196:13 200:11 200:21
201:15 205:13 208:17 208:24 210:14 210:16 210:20
210:21 210:24 211:1 211:23 212:9 212:9 212:17
212:24 213:8 213:14 213:16 213:23 214:7 214:12
214:18 215:5 215:7 215:8 216:2 216:18 217:1 217:8
217:19 219:13 219:14 219:22 219:25 220:7 220:14
220:15 220:23 221:9 221:14 222:3 222:5 222:18
223:7 223:8 223:25

**your**(54) 224:23 225:7 225:15 225:16 225:17 225:22
226:1 227:21 228:24 229:17 229:22 230:17 231:4
231:17 231:23 232:4 233:7 233:12 233:13 233:17
233:20 233:24 234:9 234:12 234:18 235:7 235:8
235:9 235:18 235:19 236:1 236:9 236:22 236:24
237:5 237:11 238:13 238:22 239:8 239:18 240:13
240:14 241:14 241:15 241:21 242:9 242:12 243:5
243:19 244:1 244:8 244:22 245:1 245:6

**yourself**(2) 120:24 218:19
**you'd**(4) 177:16 190:18 196:18 217:21
**you'll**(3) 180:18 204:19 237:21
**you're**(59) 145:13 145:19 145:20 146:7 146:21 147:4
147:7 147:10 148:3 148:3 149:12 149:13 149:14
150:4 151:18 158:17 159:11 160:8 161:1 161:13
162:18 163:5 166:15 166:20 166:21 167:9 168:24
170:18 171:5 172:1 172:4 173:5 173:5 173:7 175:13
176:18 184:17 187:11 192:10 194:14 195:10 195:12
196:4 196:17 196:18 200:21 201:5 202:2 202:17
203:13 203:16 206:15 206:18 206:20 206:20 209:3
224:20 231:13 243:17

**you've**(41) 131:20 132:18 135:9 143:18 143:19
143:20 143:23 146:10 147:12 147:15 148:24 149:19
154:20 160:18 161:22 167:15 167:18 172:17 178:1
178:5 195:25 196:6 199:18 201:1 202:3 206:5 207:1
208:3 208:10 208:10 208:13 212:10 212:10 212:11
219:3 219:11 222:2 233:6 233:7 233:23 235:15

**zeal**(1) 24:19
**zero**(50) 118:22 124:25 126:17 127:6 136:16 142:1
143:1 149:1 149:4 149:17 149:18 149:19 150:2 150:4
150:6 150:7 154:3 154:5 159:20 160:2 160:4 170:3
170:8 170:10 170:13 173:6 175:12 176:4 176:5 176:7
176:7 176:13 176:13 176:17 178:12 181:11 181:12
181:13 182:10 194:19 195:20 195:24 196:1 198:16
199:4 203:18 203:24 204:7 204:8 204:10

**ziehl**(1) 2:27
**zloto**(1) 8:17
**zone**(1) 218:13
**\*based**(1) 158:7
**\*did**(1) 130:14
**\*for**(1) 157:11
**\*question**(1) 211:6
**\*were**(1) 100:19
**november**(1) 245:16