# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 11/12/2014 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 81 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Christopher M. Samis | samis@rlf.com |
| aty | Christopher M. Samis | samis@rlf.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | James L. Bromley | jbromley@cgsh.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Kathleen A. Murphy | kathleen.murphy@bipc.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Mary Caloway | mary.caloway@bipc.com |
| aty | Mona A. Parikh | mona.parikh@bipc.com |
| aty | Nancy G. Everett | neverett@winston.com |
| aty | Peter James Duhig | peter.duhig@bipc.com |
| aty | Raymond Howard Lemisch | rlemisch@klehr.com |
| aty | Sarah R Stafford | sstafford@beneschlaw.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Tamara K. Minott | tminott@mnat.com |
| aty | William M. Alleman, Jr. | walleman@mnat.com |

TOTAL: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Nortel Networks Inc., et al.    2221 Lakeside Boulevard    Richardson, TX 75082 | | |
| frep | Allen & Overy LLP,    1221 Avenue of the Americas    New York, NY 10020 | | |
| aty | Wilson−Milne    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Aatif Iqbal    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Adam M. Slavens    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA | | |
| aty | Alexandra S. McCown    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Andrew Gray    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA | | |
| aty | Ann Nee    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Ashley E. Siegel    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Avram E. Luft    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Bradley S. Pensyl    Allen & Overy LLP    1221 Avenue of the Americas    New York, NY 10020 | | |
| aty | Brent M. Tunis    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Claire N. Rajan    Allen & Overy LLP    1101 New York Avenue, NW    11th Floor    Washington, DC 20005 | | |
| aty | Daniel D. Queen    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Darryl G. Stein    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | David H Herrington    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Elizabeth C. Block    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Inna Rozenberg    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | J. Anne Marie Beisler    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Jacob S. Pultman    Allen & Overy LLP    1221 Avenue of the Americas    New York, NY 10020 | | |
| aty | Jacqueline Moessner    Cleary Gottlieb Steen & Hamilton LLP    1 Liberty Plaza    New York, NY 10006 | | |
| aty | James Gotowiec    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA | | |
| aty | James P. Barabas    Allen & Overy LLP    1221 Avenue of the Americas    New York, NY 10020 | | |
| aty | Jennifer M. Westerfield    Cleary Gottlieb Steen & Hamilton, LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Jeremy R. Opolsky    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Jesse D.H. Sherrett    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Joseph Badtke−Berkow    1221 Avenue of the Americas    New York, NY 10020 | | |
| aty | Justin L. Ormand    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Kamal Sidhu    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 | | |
| aty | Ken Coleman    Allen & Overy LLP    1221 Avenue of the Americas    New York, NY 10020 | | |

| Role | Name | Firm | Address |
|---|---|---|---|
| aty | Kyle A. Dandelet | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Laena Keyashian | Allen & Overy LLP | 1221 Avenue of the Americas, New York, NY 10020 |
| aty | Lauren L. Peacock | Cleary Gottlieb Steen & Hamilton LLP | 1 Liberty Plaza, New York, NY 10006 |
| aty | Lisa Kraidin | Allen & Overy LLP | 1221 Avenue of The Americas, New York, NY 10020 |
| aty | Louis A. Lipner | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Margot Gianis | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Mark D. Plevin | Crowell & Moring LLP | 1001 Pennsylvania Avenue, N.W., Washington, DC 20004–2595 |
| aty | Mark S Supko | Crowell & Moring LLP | 1001 Pennsylvania Avenue N.W., Washington, DC 20004 |
| aty | Mark S. Grube | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Marla Decker | Clery Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Matthew Gurgel | Cleary Gottlieb Steen & Hamilton LLP | 1 Liberty Plaza, New York, NY 10006 |
| aty | Michelle Parthum | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Molly Reynolds | | 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto ON, M5K 1N2 CANADA |
| aty | Nathan T. Horst | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Neil P Forrest | Cleary Gottlieb Steen & Hamiton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Nora K Abularach | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Rene E. Thorne | Jackson Lewis LLP | 650 Poydras Street, Suite 1900, New Orleans, LA 70130 |
| aty | Robert J. Ryan | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Sarah Brynn Lyerly | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Scott A. Bomhof | Torys LLP | 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 |
| aty | Scott D. McCoy | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Sheila R. Block | | 79 Wellington Street West, 30th Floor, Box 270 TD Centre, Toronto, ON, M5K 1N2 CANADA |
| aty | Shira Kaufman | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Temidayo Aganga–Williams | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza, New York, NY 10006 |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht & Tunnell LLP | 1201 North Market Street, Wilmington, DE 19801 |

TOTAL: 55