# **EXHIBIT A**

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 01, 2014 through September 30, 2014

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Fee and Employment Applications | 28.40 | $12,395.00 |
| Litigation | 522.70 | $453,564.00 |
| Analysis of Canadian Law | 233.90 | $133,118.50 |
| Canadian CCAA Proceedings/Matters | 14.60 | $11,949.00 |
| **TOTAL** | 799.6 | $611,026.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/09/2014 | Review and finalize fee applications | 1.0 | 945.00 | 12550820 |
| Gray | William | 04/09/2014 | Review fee report (.3); review monthly application (.2) | 0.5 | 472.50 | 12550814 |
| Gray | William | 08/09/2014 | Work on quarterly fee application | 0.5 | 472.50 | 12562872 |
| Gray | William | 09/09/2014 | Work on quarterly fee application | 0.6 | 567.00 | 12562877 |
| Gray | William | 11/09/2014 | Review fee applications | 0.2 | 189.00 | 12571368 |
| Gray | William | 15/09/2014 | Review fee application matters | 0.3 | 283.50 | 12582181 |
| Gray | William | 22/09/2014 | Review time detail for fee app | 0.6 | 567.00 | 12595602 |
| Gray | William | 25/09/2014 | Work on monthly fee application | 0.5 | 472.50 | 12595628 |
| Gray | William | 26/09/2014 | Work on fee application | 0.4 | 378.00 | 12600118 |
| Gray | William | 29/09/2014 | Review fee applications | 0.7 | 661.50 | 12604755 |
| Bauer | Alison D. | 02/09/2014 | Composed email teams to update time for Nortel matters for preparation of fee app | 0.1 | 81.50 | 12592453 |
| Bauer | Alison D. | 02/09/2014 | Composed email to Collins, Allan: Nortel - Law Firm Fee Summary | 0.1 | 81.50 | 12592457 |
| Bauer | Alison D. | 04/09/2014 | conference with A. Collins regarding fee summaries (.1); attention to emails and conference call with A. Slavens and A. Collins regarding fees of various counsel (.4); review fee examiners final report (.2) | 0.7 | 570.50 | 12552399 |
| Bauer | Alison D. | 04/09/2014 | Composed email to K. Ponder re: Nortel August 2014 Fee Estimates | 0.1 | 81.50 | 12592480 |
| Bauer | Alison D. | 09/09/2014 | Composed email to A. Collins, J. Chetri, and W. Gray re: Nortel - 21st Quarterly Fee Hearing/Draft Order | 0.1 | 81.50 | 12592411 |
| Collins | Allan | 02/09/2014 | prepare chart of cumulative fees sought by counsel to various parties; | 0.8 | 236.00 | 12547645 |
| Collins | Allan | 03/09/2014 | prepare chart detailing fees requested to date; | 1.6 | 472.00 | 12550178 |
| Collins | Allan | 04/09/2014 | attention to Fee Examiner's final report regarding Torys LLP's Fourteenth Quarterly Fee Application (.1); review various law firms' quarterly fee applications and prepare excel sheet summarizing same (2.8); confer with A. Bauer and A. Slavens regarding same (.2); | 3.1 | 914.50 | 12553644 |
| Collins | Allan | 05/09/2014 | attention to August fee application; | 1.9 | 560.50 | 12557291 |
| Collins | Allan | 08/09/2014 | attention to August fee application; | 1.8 | 531.00 | 12559586 |
| Collins | Allan | 09/09/2014 | Attention to proposed order approving Fourteenth Quarterly Fee Application (.3); correspond with A. Cordo and A. Bauer regarding same (.1) | 0.4 | 118.00 | 12561873 |
| Collins | Allan | 10/09/2014 | attention to August fee application; | 0.4 | 118.00 | 12568885 |
| Collins | Allan | 17/09/2014 | attention to CNO (.2); attention to August Fee Application (.4); | 0.6 | 177.00 | 12581348 |
| Collins | Allan | 18/09/2014 | attention to August fee application; | 2.8 | 826.00 | 12586599 |
| Collins | Allan | 22/09/2014 | attention to August fee application (1.1); confer with J. Chetri and B. Yu regarding same (0.2); | 1.3 | 383.50 | 12590524 |
| Collins | Allan | 23/09/2014 | attention to August fee application; | 2.6 | 767.00 | 12592606 |
| Collins | Allan | 24/09/2014 | attention to August fee application (2.3); confer with J. Chetri regarding same (.3); | 2.6 | 767.00 | 12600363 |
| Collins | Allan | 25/09/2014 | multiple emails with S. Bomhof and B. Yu regarding total billings; | 0.3 | 88.50 | 12600365 |
| Collins | Allan | 30/09/2014 | attention to August fee application; | 1.8 | 531.00 | 12606729 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/09/2014 | Review Bond Interest decision and discuss appeal issues with R Swan and report to Cleary (1.7): review motion to sell additional IP addresses and discuss Residual IT address sale motion with L Lipner (1.3): discuss Reply Brief issues with A. Gray and prepare notes for Reply Brief (1.7); Review correspondence from Monitor and UKPT re: costs of Bond Interest motion, and report to Cleary with respect to same (0.2); discussion with T. DeMarinis regarding trial matters (0.2); | 5.1 | 4,590.00 | 12547493 |
| Bomhof | Scott A. | 04/09/2014 | reviewing post-trial briefs and prepare notes for reply brief; | 1.0 | 900.00 | 12551782 |
| Bomhof | Scott A. | 05/09/2014 | reviewing Canadian debtor and EMEA debtor initial briefs and preparing notes for reply brief; | 2.8 | 2,520.00 | 12557930 |
| Bomhof | Scott A. | 08/09/2014 | reviewing ruling on bondholder interest claims and telephone call with L. Schweitzer to discuss same (2.0); reviewing US debtors' reply brief (2.7); office conference with A. Gray regarding appeal (0.3); | 5.0 | 4,500.00 | 12557935 |
| Bomhof | Scott A. | 09/09/2014 | telephone call with G. Finlayson regarding bondholder interest entitlement appeal (.4); telephone call with L. Scheitzer and A. Gray regarding approval issues related to bondholder interest motion (.5); prepare for motion before Newbould J. regarding IP address sale (.8); reviewing and providing comments on US debtor's reply brief (4.6); reviewing motion for leave to appeal order on bondholder post-petition interest (.9); discussions with T. DeMarinis and A. Slavens regarding appeal matters (0.4); | 7.6 | 6,840.00 | 12560047 |
| Bomhof | Scott A. | 10/09/2014 | reviewing draft US debtor reply and cited case law (2.1); preparing notes for factum on Bondholders application for leave to appeal ruling on bondholder interest (1.2); call with A. Bauer regarding preparation of factum (0.1); | 3.4 | 3,060.00 | 12567415 |
| Bomhof | Scott A. | 11/09/2014 | reviewing post-trial reply briefs of the Monitor, CCC, UKPT and Ad Hoc Bondholders; | 8.0 | 7,200.00 | 12567418 |
| Bomhof | Scott A. | 12/09/2014 | reviewing reply post-trial briefs of CCC, UKPT, Canadian Debtors, EMEA Debtors and Ad Hoc Bondholders and preparing notes for closing arguments; | 9.8 | 8,820.00 | 12570187 |
| Bomhof | Scott A. | 15/09/2014 | reviewing post-trial briefs (initial and reply) of Monitor and reviewing cited trial testimony and preparing for closing submissions (6.0); telephone call with M. Gottlieb regarding EMEA closing submission questions (.2); reviewing Bennett Jones comments on CCAA order regarding post-petition interest and forwarding comments to Cleary (.4); meeting with S. Block to discuss closing submission issues (1.0); | 7.6 | 6,840.00 | 12573224 |
| Bomhof | Scott A. | 16/09/2014 | reviewing trial exhibits and testimony cited | 6.0 | 5,400.00 | 12578814 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 17/09/2014 | in reply post-trial briefs and preparing for closing arguments and discussing same with W. Gray; reviewing initial and rely post-trial briefs and preparing for closing submissions (6.0); meeting with S. Block to discuss trial testimony on closing submissions (1.0); reviewing MRDA and 2002/2007 APAs (1.3); | 8.3 | 7,470.00 | 12579895 |
| Bomhof | Scott A. | 18/09/2014 | Review post-trial briefs and cited case law and prepare for closing arguments (6.0); confer with W. Gray regarding same (0.2); | 6.2 | 5,580.00 | 12585604 |
| Bomhof | Scott A. | 19/09/2014 | Review case law cited in Monitor's post trial brief and EMEA's post-trial brief and prepare for closing arguments (7.0); confer with W. Gray regarding closing arguments (0.2); | 7.2 | 6,480.00 | 12585606 |
| Bomhof | Scott A. | 21/09/2014 | Review post-trial briefs and prepare for closing arguments; | 2.9 | 2,610.00 | 12585609 |
| Bomhof | Scott A. | 22/09/2014 | Prepare for and attend closing submissions regarding allocation hearing (9.0 hours); meeting with L. Schweitzer, H. Zelbo, A. Gray and S. Block to discuss first day of closing submissions and prepare for day 2 (1.8 hours). | 10.8 | 9,720.00 | 12590877 |
| Bomhof | Scott A. | 23/09/2014 | prepare for and attend second day of closing arguments on allocation (9.6); confer with T. DeMarinis and A. Slavens regarding appeal (0.4); | 10.0 | 9,000.00 | 12590880 |
| Bomhof | Scott A. | 24/09/2014 | preparing for and attending closing submissions on allocation (3.8); confer with A. Slavens and T. DeMarinis (0.2); | 4.0 | 3,600.00 | 12593523 |
| Bomhof | Scott A. | 25/09/2014 | meeting with A. Gray to discuss post-hearing issues (1.1); meeting with J. Palmateer to review files from trial and organize court materials (2.6); | 3.7 | 3,330.00 | 12598765 |
| Gray | Andrew | 02/09/2014 | revising post-trial allocation submissions (3.8); office conference with Scott Bomhof regarding interest issue and proceedings (0.3); office conference with Sheila Block regarding closing oral submissions (0.2); | 4.3 | 3,440.00 | 12550283 |
| Gray | Andrew | 03/09/2014 | working on drafting and revising post-trial submissions on allocation (6.4); | 6.4 | 5,120.00 | 12550290 |
| Gray | Andrew | 04/09/2014 | working on post-trial allocation submissions (3.5); office conference with Sheila Block (0.2); | 3.7 | 2,960.00 | 12558853 |
| Gray | Andrew | 08/09/2014 | reviewing and revising post-trial allocation submissions (3.5); office conference with Scott Bomhof regarding appeal from interest decision (0.3); | 3.8 | 3,040.00 | 12561454 |
| Gray | Andrew | 09/09/2014 | reviewing and revising post-trial reply submissions on allocation (3.5); conference call regarding bondholder appeal and reviewing notice of motion (0.6); | 4.1 | 3,280.00 | 12561912 |
| Gray | Andrew | 10/09/2014 | finalizing brief (1.2); reviewing post-trial reply briefs (3.0); | 4.2 | 3,360.00 | 12569637 |
| Gray | Andrew | 11/09/2014 | reviewing post-trial submissions (1.5); | 1.5 | 1,200.00 | 12569630 |
| Gray | Andrew | 12/09/2014 | correspondence with Scott Bomhof, Howard Zelbo and others regarding planning for closing | 1.8 | 1,440.00 | 12569623 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| | | | submissions (0.3); reviewing post-trial briefs (1.5); | | | |
| Gray | Andrew | 15/09/2014 | reviewing reply closing submissions (2.5); office conference with Sheila Block and preparation for meeting (0.9); conducting legal research (1.2); | 4.6 | 3,680.00 | 12579023 |
| Gray | Andrew | 16/09/2014 | preparing for closing submissions: reviewing closing written arguments and additional legal research and meeting internally (2.1); | 2.1 | 1,680.00 | 12579038 |
| Gray | Andrew | 17/09/2014 | conducting legal research (0.4); discussing closing submissions with Sheila Block and reviewing related materials (0.6); reviewing materials regarding trial record (0.1); | 1.1 | 880.00 | 12580494 |
| Gray | Andrew | 18/09/2014 | conducting legal research on contractual matters and reviewing cases (3.6); | 3.6 | 2,880.00 | 12583823 |
| Gray | Andrew | 19/09/2014 | preparing for closing submissions (3.5); email correspondence regarding same and trial record (0.2); | 3.7 | 2,960.00 | 12585895 |
| Gray | Andrew | 21/09/2014 | preparing for closing submissions (7.0); | 7.0 | 5,600.00 | 12585893 |
| Gray | Andrew | 22/09/2014 | preparing for and attending closing submissions for the allocation trial (11.3); team meeting regarding same (1.7); | 13.0 | 10,400.00 | 12589893 |
| Gray | Andrew | 23/09/2014 | preparing for and attending post-trial closing arguments (12.5) | 12.5 | 10,000.00 | 12591838 |
| Gray | Andrew | 24/09/2014 | preparing for and attending at trial (4.5) | 4.5 | 3,600.00 | 12594300 |
| Gray | Andrew | 25/09/2014 | post-trial file organization and discuss same with S. Bomhof(1.5); | 1.5 | 1,200.00 | 12596935 |
| Gray | Andrew | 30/09/2014 | reviewing materials relating to the post-petition interest ruling order and appeal (2.8); | 2.8 | 2,240.00 | 12609359 |
| Slavens | Adam | 01/09/2014 | reviewing evidentiary record, research conducted to date and briefs of core parties re preparation for closing legal arguments; | 3.7 | 2,553.00 | 12547450 |
| Slavens | Adam | 04/09/2014 | discussion with T. DeMarinis regarding trial record issues; | 0.3 | 207.00 | 12686820 |
| Slavens | Adam | 05/09/2014 | drafting Canadian law sections of post-trial reply brief; | 2.5 | 1,725.00 | 12559124 |
| Slavens | Adam | 09/09/2014 | reviewing and commenting on post-trial reply brief (5.6); discussion with S. Bomhof and T. DeMarinis regarding appeal matter (0.4); | 6.0 | 4,140.00 | 12561564 |
| Slavens | Adam | 10/09/2014 | finalizing, serving and filing post-trial reply brief; | 4.2 | 2,898.00 | 12568910 |
| Slavens | Adam | 10/09/2014 | reviewing and commenting on post-trial reply brief; | 2.3 | 1,587.00 | 12568912 |
| Slavens | Adam | 11/09/2014 | reviewing post-trial reply briefs of core parties; | 6.5 | 4,485.00 | 12568924 |
| Slavens | Adam | 11/09/2014 | finalizing electronic copies of post-trial reply brief for delivery to Newbould J.; | 0.5 | 345.00 | 12568932 |
| Slavens | Adam | 12/09/2014 | reviewing post-trial reply briefs of core parties; | 5.3 | 3,657.00 | 12571379 |
| Slavens | Adam | 12/09/2014 | reviewing evidentiary record and research conducted to date re preparation for closing legal arguments; | 4.0 | 2,760.00 | 12571383 |
| Slavens | Adam | 15/09/2014 | reviewing evidentiary record and research conducted to date re preparation for closing legal arguments; | 2.6 | 1,794.00 | 12575287 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Slavens | Adam | 16/09/2014 | reviewing evidentiary record and research conducted to date re preparation for closing legal arguments; | 3.0 | 2,070.00 | 12581144 |
| Slavens | Adam | 16/09/2014 | finalizing and serving book of authorities re post-trial reply brief; | 1.7 | 1,173.00 | 12581154 |
| Slavens | Adam | 16/09/2014 | reviewing post-trial briefs of the monitor and UKPC re claims trial for closing arguments; | 3.5 | 2,415.00 | 12581181 |
| Slavens | Adam | 16/09/2014 | coordinating logistical matters re trial preparation; | 1.0 | 690.00 | 12581193 |
| Slavens | Adam | 17/09/2014 | reviewing evidentiary record and research conducted to date re preparation for closing legal arguments; | 4.3 | 2,967.00 | 12581162 |
| Slavens | Adam | 17/09/2014 | filing book of authorities re post-trial reply brief; | 0.5 | 345.00 | 12581164 |
| Slavens | Adam | 17/09/2014 | reviewing post-trial briefs of the monitor and UKPC re claims trial for closing arguments (2.8); telephone call with M. Gianis re same (0.4); preparing reporting email re same (1.0); | 4.2 | 2,898.00 | 12581184 |
| Slavens | Adam | 17/09/2014 | coordinating logistical matters re trial preparation; | 1.0 | 690.00 | 12581191 |
| Slavens | Adam | 18/09/2014 | coordinating logistical matters re trial preparation (2.4); discussion with T. DeMarinis regarding same (0.1); | 2.5 | 1,725.00 | 12586761 |
| Slavens | Adam | 18/09/2014 | reviewing evidentiary record and research conducted to date re preparation for closing legal arguments; | 5.0 | 3,450.00 | 12586763 |
| Slavens | Adam | 19/09/2014 | coordinating logistical matters re trial preparation; | 3.5 | 2,415.00 | 12586771 |
| Slavens | Adam | 19/09/2014 | finalizing and serving redacted post-trial reply brief; | 1.0 | 690.00 | 12586772 |
| Slavens | Adam | 20/09/2014 | coordinating logistical matters re trial preparation; | 1.0 | 690.00 | 12586774 |
| Slavens | Adam | 21/09/2014 | coordinating logistical matters re trial preparation; | 0.5 | 345.00 | 12586776 |
| Slavens | Adam | 22/09/2014 | attending trial, closing legal arguments; | 8.0 | 5,520.00 | 12590640 |
| Slavens | Adam | 22/09/2014 | coordinating logistical matters re trial preparation; | 2.5 | 1,725.00 | 12590643 |
| Slavens | Adam | 23/09/2014 | attending trial, closing legal arguments (8.6); conference with T. DeMarinis and S. Bomhof regarding trial (0.4); | 9.0 | 6,210.00 | 12592286 |
| Slavens | Adam | 23/09/2014 | coordinating logistical matters re trial preparation; | 1.7 | 1,173.00 | 12592287 |
| Slavens | Adam | 24/09/2014 | attending trial, closing legal arguments; | 3.0 | 2,070.00 | 12599851 |
| Slavens | Adam | 24/09/2014 | coordinating logistical matters re trial preparation (4.3); confer with T. DeMarinis and S. Bomhof (0.2); | 4.5 | 3,105.00 | 12599853 |
| Fan | Edward | 16/09/2014 | discussing rights of patentees and licensees with S. Block; | 0.3 | 232.50 | 12578240 |
| Fan | Edward | 17/09/2014 | reviewing Westell Inc. license agreement (0.8); office correspondence with S. Block regarding scope of license grant in same (0.2); | 1.0 | 775.00 | 12580444 |
| Kara | Irfan | 23/09/2014 | preparing for and assisting with trial closing arguments; | 8.7 | 3,132.00 | 12589892 |
| Shaunessy | Patrick | 07/09/2014 | researching evidentiary issue re privilege; | 0.8 | 264.00 | 12554868 |
| Shaunessy | Patrick | 19/09/2014 | reviewing reply brief citations (0.8); researching question re noscitur a sociis | 2.0 | 660.00 | 12585284 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Shaunessy | Patrick | 22/09/2014 | (0.6); composing email re same (0.6); assisting at the Canadian closing arguments proceedings (8.0); commissioning affidavit for proceedings (0.1); research relating to contractual interpretation (0.2) | 8.3 | 2,739.00 | 12588567 |
| Shaunessy | Patrick | 23/09/2014 | assisting at the Canadian closing arguments proceedings; | 1.3 | 429.00 | 12591846 |
| Shaunessy | Patrick | 24/09/2014 | assisting at the Canadian closing arguments proceedings; | 4.1 | 1,353.00 | 12593158 |
| Block | Sheila R. | 01/09/2014 | preparation for oral closing; | 1.5 | 1,575.00 | 12543894 |
| Block | Sheila R. | 02/09/2014 | preparation for oral closing and discussion with A. Gray regarding same; | 4.5 | 4,725.00 | 12545615 |
| Block | Sheila R. | 03/09/2014 | preparation for oral closing, including meeting with Bromley and Zelbo (8.5); reviewing documents for closing compendium (1.0); | 9.5 | 9,975.00 | 12548330 |
| Block | Sheila R. | 04/09/2014 | preparation of closing compendium; including meeting with Darryl Stein and Impact consultants to review documents (5.8); further preparation of oral closing and compendium (1.8); office conference with A. Gray (0.2); | 7.8 | 8,190.00 | 12550788 |
| Block | Sheila R. | 05/09/2014 | preparing compendium for closing and email regarding same; | 3.0 | 3,150.00 | 12563390 |
| Block | Sheila R. | 06/09/2014 | reviewing reply brief and comments; | 3.5 | 3,675.00 | 12557326 |
| Block | Sheila R. | 09/09/2014 | reviewing slides for closing and email regarding same (0.5); reviewing further draft of reply (1.0); and reviewing oral closing (0.5); | 2.0 | 2,100.00 | 12561412 |
| Block | Sheila R. | 14/09/2014 | reviewing monitor's reply brief and findings of fact; | 6.0 | 6,300.00 | 12571305 |
| Block | Sheila R. | 15/09/2014 | preparation for oral closing (7.3); discussions with S. Bomhof and A. Gray regarding closing submission issues (1.2); | 8.5 | 8,925.00 | 12573193 |
| Block | Sheila R. | 16/09/2014 | preparation for oral closing (8.2); discussing IP research with E. Fan (0.3); | 8.5 | 8,925.00 | 12581352 |
| Block | Sheila R. | 17/09/2014 | preparation of Compendium for oral closing (8.7); meet with S. Bomhof regarding same (1.0); discussing closing submissions with A. Gray (0.6); discussing IP research with E. Fan (0.2); | 10.5 | 11,025.00 | 12581357 |
| Block | Sheila R. | 18/09/2014 | preparation for closing (1.5); preparation re compendium and slides (2.5); and office conference with Cleary re oral closing preparation (7.5); | 11.5 | 12,075.00 | 12582177 |
| Block | Sheila R. | 19/09/2014 | preparation for closing; | 8.0 | 8,400.00 | 12593235 |
| Block | Sheila R. | 20/09/2014 | reviewing draft slides and preparations for oral closing (2.3); further preparation for oral closing (5.0); | 7.3 | 7,665.00 | 12590929 |
| Block | Sheila R. | 21/09/2014 | preparation for closing; | 7.5 | 7,875.00 | 12590932 |
| Block | Sheila R. | 22/09/2014 | preparation and closing (13.2); team meeting discussing same (1.8); | 15.0 | 15,750.00 | 12590928 |
| Block | Sheila R. | 23/09/2014 | preparation and closing; | 13.5 | 14,175.00 | 12590924 |
| Block | Sheila R. | 24/09/2014 | preparation for closing and closing; | 4.5 | 4,725.00 | 12598788 |
| DeMarinis | Tony | 02/09/2014 | discussion with Scott Bomhof regarding trial matters (0.2); review timeline and procedural requirements in connection with main trial and | 0.8 | 840.00 | 12547482 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| DeMarinis | Tony | 03/09/2014 | "interest stops" ruling (0.6); review counsel correspondence regarding disputed inclusion in trial record of expert report and deposition transcript (0.2); review trial protocol and associated correspondence (0.4); | 0.6 | 630.00 | 12548170 |
| DeMarinis | Tony | 04/09/2014 | counsel correspondence on disputed trial record issues (0.2); discussion with Adam Slavens (0.3); schedule review and planning (0.3); | 0.8 | 840.00 | 12551803 |
| DeMarinis | Tony | 05/09/2014 | consideration of noteholder interest appeal issues; | 1.0 | 1,050.00 | 12559434 |
| DeMarinis | Tony | 08/09/2014 | read counsel correspondence regarding bondholder funding arrangements (0.1); review materials on interest ruling and impact analysis (0.7); | 0.8 | 840.00 | 12561774 |
| DeMarinis | Tony | 09/09/2014 | discussion with Scott Bomhof and Adam Slavens regarding appeal matters (0.4); read correspondence on trial record disputes (0.1); review and consideration of bondholders' notice of motion to appeal interest ruling (0.9); | 1.4 | 1,470.00 | 12561803 |
| DeMarinis | Tony | 10/09/2014 | review and analysis of CCC's reply closing brief (1.1); review and analysis of trial documents filed by the Monitor and Canadian Debtors (rebuttal post-trial brief, supplemental consolidated findings of fact) (2.5); | 3.6 | 3,780.00 | 12564611 |
| DeMarinis | Tony | 11/09/2014 | review and analysis of post-hearing materials filed by core parties, including EMEA reply submissions, bondholder reply brief, UKPC reply brief, and indenture trustee filings (3.0); review hearing materials (0.7); | 3.7 | 3,885.00 | 12571450 |
| DeMarinis | Tony | 12/09/2014 | review of authorities relied on by core party post-hearing filings (1.5); review and consideration of accumulated post-hearing filings (2.5); | 4.0 | 4,200.00 | 12571461 |
| DeMarinis | Tony | 15/09/2014 | reading authorities and additional materials filed in connection with post-trial hearing; | 1.7 | 1,785.00 | 12575211 |
| DeMarinis | Tony | 16/09/2014 | consideration of supplemental post-hearing filings and review of amended materials as circulated; | 1.3 | 1,365.00 | 12578878 |
| DeMarinis | Tony | 17/09/2014 | analysis and planning in relation to next week's post-trial hearing and final submissions (1.5); review and consideration of supplementary materials filed by all parties in relation to same (2.0); | 3.5 | 3,675.00 | 12581213 |
| DeMarinis | Tony | 18/09/2014 | discussion with Adam Slavens regarding Monday's hearing (0.1); analysis of collected materials for same (2.0); reading correspondence from counsel and Judge Gross on procedural matters (0.2); review additional correspondence and documents (0.7); consideration of post-hearing matters (0.8); | 3.8 | 3,990.00 | 12584336 |
| DeMarinis | Tony | 19/09/2014 | reading briefs, replies and other materials for Monday (September 22) hearing (2.7); planning and review of accumulated counsel correspondence (0.9); | 3.6 | 3,780.00 | 12590481 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| DeMarinis | Tony | 22/09/2014 | reading transcripts of today's hearing, monitoring hearing developments, and considering issues arising from same; | 3.8 | 3,990.00 | 12590485 |
| DeMarinis | Tony | 23/09/2014 | observing trial hearing and reviewing authorities and other court materials (5.0); debriefing meeting with Scott Bomhof and Adam Slavens (0.4); | 5.4 | 5,670.00 | 12592378 |
| DeMarinis | Tony | 24/09/2014 | observing hearing and reviewing materials (2.0); discussions with Scott Bomhof and Adam Slavens (0.2); consideration of alternative cross-border ruling scenarios and associated legal matters (2.0); | 4.2 | 4,410.00 | 12594884 |
| DeMarinis | Tony | 25/09/2014 | review transcripts, filings and related documents on this week's hearing; | 2.5 | 2,625.00 | 12597841 |
| DeMarinis | Tony | 26/09/2014 | post-hearing review and analysis (1.5): planning in relation to possible outcomes, pending appeal, and other matters relating to the cross-border proceedings (2.0); | 3.5 | 3,675.00 | 12602659 |
| DeMarinis | Tony | 29/09/2014 | reading trial materials; | 0.9 | 945.00 | 12602678 |
| Blake | Maureen | 02/09/2014 | review email regarding documents requested by Sheila Block; respond to same and discuss with Sheila Block, locate document she required (.8); | 0.8 | 348.00 | 12546876 |
| Mauro | Clare | 24/09/2014 | retrieving case (P. Shaughnessy); | 0.1 | 39.00 | 12593842 |
| Szydlowski | Tanya | 24/09/2014 | library research re case retrieval (P. Shaughnessy); | 0.2 | 31.00 | 12593846 |
| Gray | William | 09/09/2014 | Review supplemental trial briefs (1.8); review Canadian Monitors motion to open appeal on interest issue (.4) | 2.2 | 2,079.00 | 12562874 |
| Gray | William | 10/09/2014 | Review trial brief submissions (1.8); review appeal motion (.8) | 2.6 | 2,457.00 | 12562884 |
| Gray | William | 11/09/2014 | Work on trial briefs; review filings | 1.3 | 1,228.50 | 12571358 |
| Gray | William | 12/09/2014 | Work on trial briefs | 0.4 | 378.00 | 12571374 |
| Gray | William | 15/09/2014 | Review trial brief submissions | 2.3 | 2,173.50 | 12582184 |
| Gray | William | 16/09/2014 | Review final trial submissions and confer with S. Bomhof regarding the same | 1.3 | 1,228.50 | 12582191 |
| Gray | William | 18/09/2014 | Conference with S. Bomhof (0.2); work on final trial arguments (1.0); | 1.2 | 1,134.00 | 12582201 |
| Gray | William | 19/09/2014 | review final arguments in advance of trial brief and confer with S. Bomhof regarding same; | 1.4 | 1,323.00 | 12585515 |
| Gray | William | 23/09/2014 | Review trial briefs and arguments | 1.3 | 1,228.50 | 12595610 |
| Gray | William | 25/09/2014 | Review trial arguments; conf. s bomhof | 0.7 | 661.50 | 12595626 |
| Bauer | Alison D. | 09/09/2014 | Call from Bomhof, Scott; Read email from Bomhof, Scott: FW: Nortel Networks Corporation et al. - Court File No.: 09-CL-7950 - Notice of Motion for Leave to Appeal | 0.2 | 163.00 | 12592416 |
| Bauer | Alison D. | 10/09/2014 | Researching statements made in connection with Chapter 15 pleadings for appeal papers and confer with A. Collins regarding same; | 0.4 | 326.00 | 12563850 |
| Bauer | Alison D. | 10/09/2014 | Composed email to S. Bomhof and A. Collins and attention to voicemail from S. Bomhof; | 0.1 | 81.50 | 12592428 |
| Bauer | Alison D. | 10/09/2014 | Call with S. Bomhof (0.1); attention to email and voicemail from S. Bomhof (0.1); | 0.2 | 163.00 | 12592438 |
| Collins | Allan | 10/09/2014 | confer with A. Bauer and assist with research relating preparation of factum; | 0.3 | 88.50 | 12568877 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 11/09/2014 | assist with research relating preparation of factum; | 0.8 | 236.00 | 12568880 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/09/2014 | research on Canadian legal issues for reply brief regarding IP law and contractual interpretation; | 6.4 | 5,760.00 | 12551781 |
| Bomhof | Scott A. | 05/09/2014 | research on Canadian legal issues regarding contractual interpretation; | 4.0 | 3,600.00 | 12557928 |
| Bomhof | Scott A. | 10/09/2014 | research regarding Canadian legal issues related to appeal of Justice Newbould's ruling on bondholder interest; | 4.0 | 3,600.00 | 12567416 |
| Bomhof | Scott A. | 24/09/2014 | reviewing Monitor's motion record for stay extension returnable October 1, 2014; | 0.4 | 360.00 | 12593524 |
| Yeo | Thomas | 04/09/2014 | call with A. Slavens re: research on sublicences; | 0.1 | 81.50 | 12557333 |
| Yeo | Thomas | 06/09/2014 | research re: sublicences; | 1.0 | 815.00 | 12557356 |
| Tobin | John | 11/09/2014 | communication with Shelia Block re question regarding pricing; | 0.2 | 198.00 | 12633467 |
| Tobin | John | 16/09/2014 | communication with Scott Bomhoff re international tax issue; | 0.1 | 99.00 | 12634393 |
| Tobin | John | 22/09/2014 | draft and provide comments on international tax issue to S. Block and S. Bomhof; | 2.6 | 2,574.00 | 12597564 |
| Slavens | Adam | 01/09/2014 | conducting Canadian legal research on contractual law issues for case; | 0.7 | 483.00 | 12547608 |
| Slavens | Adam | 02/09/2014 | reviewing evidentiary record, research conducted to date and briefs of core parties re preparation for closing legal arguments; | 3.3 | 2,277.00 | 12547451 |
| Slavens | Adam | 02/09/2014 | conducting Canadian legal research on contractual law issues for case (6.8); meet with P. Shaunessy to discuss same (0.3); | 7.1 | 4,899.00 | 12547456 |
| Slavens | Adam | 03/09/2014 | conducting Canadian legal research on contractual law issues and rules of evidence for case; | 9.3 | 6,417.00 | 12550113 |
| Slavens | Adam | 04/09/2014 | conducting Canadian legal research on contractual law issues and rules of evidence for case (9.2); call with T. Yeo regarding sublicenses (0.1); | 9.3 | 6,417.00 | 12553623 |
| Slavens | Adam | 05/09/2014 | meet with P. Shaunessy regarding patent research (0.3); conducting Canadian legal research on contractual law issues and rules of evidence for case (5.7); meet with J. Jivani regarding evidentiary research issues (0.5); | 6.5 | 4,485.00 | 12559123 |
| Slavens | Adam | 07/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for case; | 4.6 | 3,174.00 | 12559130 |
| Slavens | Adam | 08/09/2014 | meet with P. Shaunessy regarding research re: evidentiary issues (0.3)conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for case (9.5); | 9.8 | 6,762.00 | 12559133 |
| Slavens | Adam | 09/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for case; | 6.0 | 4,140.00 | 12561562 |
| Slavens | Adam | 10/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for case; | 1.9 | 1,311.00 | 12568916 |
| Slavens | Adam | 15/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules | 8.5 | 5,865.00 | 12575290 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 16/09/2014 | of evidence for closing arguments (8.3); meet with P. Shaunessy regarding research (0.2) conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for closing arguments (5.3) | 5.5 | 3,795.00 | 12581149 |
| Slavens | Adam | 17/09/2014 | discussion with P. Shaunessy regarding legal research (0.2); conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for closing arguments; | 5.0 | 3,450.00 | 12581173 |
| Slavens | Adam | 18/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for closing arguments; | 5.0 | 3,450.00 | 12586764 |
| Slavens | Adam | 19/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for closing arguments; | 3.7 | 2,553.00 | 12586773 |
| Slavens | Adam | 20/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for closing arguments; | 7.0 | 4,830.00 | 12586775 |
| Slavens | Adam | 21/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for closing arguments; | 2.0 | 1,380.00 | 12586777 |
| Slavens | Adam | 22/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for closing arguments; | 2.7 | 1,863.00 | 12590641 |
| Slavens | Adam | 23/09/2014 | conducting Canadian legal research on contractual law issues, CCAA issues and rules of evidence for closing arguments; | 0.8 | 552.00 | 12592288 |
| Slavens | Adam | 30/09/2014 | conducting Canadian legal research on plans of compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision; | 5.0 | 3,450.00 | 12606704 |
| House | Frazer | 24/09/2014 | reviewing previous memos to search for a case reference and correspondence with T.Yeo and A.Slavens (0.2); | 0.2 | 72.00 | 12598794 |
| Shaunessy | Patrick | 02/09/2014 | meet with A. Slavens to discuss alternative facts issue (0.3); research relating to pleading alternative facts (4.9); drafting memo re same (2.0) | 7.2 | 2,376.00 | 12546232 |
| Shaunessy | Patrick | 03/09/2014 | researching pleading alternative facts issue (0.5); revising memo re same (1.2); sending email re same (0.2); | 1.9 | 627.00 | 12548043 |
| Shaunessy | Patrick | 04/09/2014 | legal research relating to MRDA and sublicenses (2.9); writing memo regarding same (1.5); sending email re same (.1); | 4.5 | 1,485.00 | 12550704 |
| Shaunessy | Patrick | 05/09/2014 | researching patent assignment issue (3.0); preparing memo on patent assignment issue (1.2); attending meeting to discuss same (0.3); sending email re patent assignment issue (0.2); researching evidentiary issue re privilege (2.2); | 6.9 | 2,277.00 | 12553504 |
| Shaunessy | Patrick | 08/09/2014 | researching evidentiary issue re privilege (1.0); writing and finalizing memo re same (2.0); meeting to discuss evidentiary issue re privilege (0.3); writing and sending follow-up email re evidentiary issue | 4.2 | 1,386.00 | 12557839 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| | | | concerning privilege (0.9) | | | |
| Shaunessy | Patrick | 09/09/2014 | research relating to legal and equitable title (1.0); sending summary email re same (0.3); research relating to interpretation of contracts (1.5); writing memo re same (1.0); sending email re same (0.1); | 3.9 | 1,287.00 | 12560985 |
| Shaunessy | Patrick | 12/09/2014 | attention to research sources for brief (0.2); attention to emails regarding same (0.2); | 0.4 | 132.00 | 12568511 |
| Shaunessy | Patrick | 15/09/2014 | meet with A. Slavens regarding additional research issues (0.2); review emails re same (0.1); research relating to separation of legal and equitable title (4.6); drafting memo re same (1.5); send email re same (0.2) | 6.6 | 2,178.00 | 12571693 |
| Shaunessy | Patrick | 16/09/2014 | research relating to legal and equitable title (3.6); preparing summary of same (3.7); sending email re summary (0.2); meet with A. Slavens to discuss research relating to legal and equitable title (0.2) | 7.7 | 2,541.00 | 12576844 |
| Shaunessy | Patrick | 17/09/2014 | researching separation of legal and equitable title issue (1.7); drafting and finalizing memo regarding separation of legal and equitable title issue (4.3); sending email re same (0.2); research tax evidence issue (1.8); writing memo re tax evidence issue (1.3); ending email re same (0.1); | 9.4 | 3,102.00 | 12578985 |
| Shaunessy | Patrick | 18/09/2014 | researching tax evidence issue (3.1); preparing memo re tax evidence issue (1.7); sending email re same (.2); researching contract issue (0.7); writing memo re same (0.9); sending email re same (0.1); researching estoppel issue (0.4); writing memo re estoppel issue (0.3); sending email re same (0.1); | 7.5 | 2,475.00 | 12582157 |
| Sweeney | Patrick | 16/09/2014 | research relating to international tax issue in advance of closing arguments - for J. Tobin, S. Bomhof and S. Block; | 0.1 | 33.00 | 12578359 |
| Sweeney | Patrick | 17/09/2014 | research relating to international tax issue in advance of closing arguments - for J. Tobin, S. Bomhof and S. Block; | 4.9 | 1,617.00 | 12580033 |
| Sweeney | Patrick | 18/09/2014 | research relating to international tax issue in advance of closing arguments - for J. Tobin, S. Bomhof and S. Block; | 1.0 | 330.00 | 12583072 |
| Jivani | Jamil | 03/09/2014 | Conducting Canadian legal research on evidentiary and procedural matters | 4.0 | 1,320.00 | 12554930 |
| Jivani | Jamil | 04/09/2014 | Conducting Canadian legal research on evidentiary and procedural matters (4.5); meeting with N. Holtz (0.8) | 5.3 | 1,749.00 | 12554940 |
| Jivani | Jamil | 05/09/2014 | Conducting Canadian legal research on evidentiary and procedural matters (5.5); meeting with A. Slavens (0.5) | 6.0 | 1,980.00 | 12554950 |
| Jivani | Jamil | 07/09/2014 | Conducting Canadian legal research on evidentiary and procedural matters | 3.5 | 1,155.00 | 12554952 |
| Jivani | Jamil | 09/09/2014 | Conducting Canadian legal research on evidentiary and procedural matters | 6.0 | 1,980.00 | 12561946 |
| Jivani | Jamil | 17/09/2014 | Conducting Canadian legal research on | 2.0 | 660.00 | 12600452 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Jivani | Jamil | 18/09/2014 | Conducting Canadian legal research on evidentiary and procedural matters | 3.8 | 1,254.00 | 12600455 |
| Jivani | Jamil | 19/09/2014 | Conducting Canadian legal research on evidentiary and procedural matters | 2.5 | 825.00 | 12600459 |
| DeMarinis | Tony | 03/09/2014 | review appeal matters in relation to "interest stops" decision (0.7); consider procedural issues (0.4); | 1.1 | 1,155.00 | 12548171 |
| DeMarinis | Tony | 10/09/2014 | analysis in connection with post-trial brief of the U.S. interests: | 2.0 | 2,100.00 | 12564610 |
| DeMarinis | Tony | 11/09/2014 | analysis of legal issues related to post-hearing materials; | 1.0 | 1,050.00 | 12571451 |
| DeMarinis | Tony | 12/09/2014 | consideration of legal issues in re bondholder interest appeals, and review of related materials; | 2.0 | 2,100.00 | 12571464 |
| DeMarinis | Tony | 15/09/2014 | legal analysis in relation to allocation and inter-company matters; | 1.5 | 1,575.00 | 12575213 |
| DeMarinis | Tony | 22/09/2014 | legal analysis in relation to issues arising from hearing; | 1.0 | 1,050.00 | 12590490 |
| DeMarinis | Tony | 29/09/2014 | consideration of legal matters in relation to possible cross-border trial rulings and alternatives; | 2.0 | 2,100.00 | 12602674 |
| Holtz | Nairne | 04/09/2014 | Obtaining materials on evidence question (J. Jivani) ; | 1.0 | 390.00 | 12550803 |
| Mauro | Clare | 04/09/2014 | consulting internally/assisting with legal research (A. Slavens); | 0.3 | 117.00 | 12552189 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 25/09/2014 | reviewing NNL motion to extend stay of proceedings (.5); telephone call with M. Wunder regarding CCAA stay extension motion and appeal of the CCAA ppi order (.4); | 0.9 | 810.00 | 12598767 |
| Bomhof | Scott A. | 26/09/2014 | exchange messages with E. Lamek (indenture trustee counsel) regarding form of ppi order (.3); exchange messages with L. Schweitzer regarding form of ppi order (.2); | 0.5 | 450.00 | 12598771 |
| Bomhof | Scott A. | 29/09/2014 | Various telephone calls with and email exchanges with G Finlayson and L. Schweitzer re: Canadian ppi order and appeal issues (1.3); telephone call with J. Pasqueriello and telephone call with L. Rozenberg re: US Debtors motion to share costs related to production of documents for Rockstar litigation (1.7); office conference with A. Slavens regarding stay extension motion (0.3); | 3.3 | 2,970.00 | 12603962 |
| Bomhof | Scott A. | 30/09/2014 | telephone call with G. Finlayson and telephone call with L. Schweitzer and distribute comments on the CCAA order dealing with post-petition interest (1.1);telephone call with S. Siegel re: Canadian ppi order: telephone call with C. Armstrong re: CCAA extension motion and prepare for hearing of motion (0.9); | 2.0 | 1,800.00 | 12603969 |
| Slavens | Adam | 03/09/2014 | reviewing CCAA case court materials re motion returnable September 9, 2014; | 1.0 | 690.00 | 12550115 |
| Slavens | Adam | 09/09/2014 | attending motion returnable September 9, 2014 (1.0); preparing for same (0.8); | 1.8 | 1,242.00 | 12561560 |
| Slavens | Adam | 11/09/2014 | reviewing notice of appeal re post-petition interest decision; | 0.8 | 552.00 | 12568929 |
| Slavens | Adam | 29/09/2014 | reviewing Chapter 11 cost sharing motion (0.5); reviewing cross-border insolvency protocol and initial order (0.5); conference call with I. Rozenberg and S. Bomhof re same (0.5); office conference with S. Bomhof re CCAA stay extension motion (0.3); | 1.8 | 1,242.00 | 12602512 |
| Slavens | Adam | 30/09/2014 | preparing for motion returnable October 1, 2014; | 1.2 | 828.00 | 12606642 |
| DeMarinis | Tony | 02/09/2014 | review motion record served by Monitor's counsel in re Beyond Excellent vesting order; | 0.3 | 315.00 | 12547483 |
| DeMarinis | Tony | 08/09/2014 | review materials on tomorrow's motion (0.2): review various court records in relation to Canadian proceeding administration (0.7) | 0.9 | 945.00 | 12561778 |
| DeMarinis | Tony | 09/09/2014 | review Beyond Excellent vesting order; | 0.1 | 105.00 | 12561806 |