# **<u>EXHIBIT B</u>**

# EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 01, 2014 through September 30, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Process Server Filing | | $105.77 |
| Taxi & Travel | | $1,933.14 |
| Miscellaneous | | $618.87 |
| Hearing Room | Toronto Lawyers Association | $459.85 |
| Meals | | $1,767.19 |
| Duplicating/Printing | 29,962 pages @ .10 per pg | $2,996.20 |
| Binding Charges/Exhibit Tabs | | $70.83 |
| Courier | | $630.18 |
| Computer Research | Quicklaw / Westlaw | $4,319.99 |
| Copy Preparation | | $18.39 |
| Telephone | Long Distance | $82.27 |
| Hardware-Project Management | | $728.72 |
| **Grand Total Expenses** | | **$13,731.40** |

| | | | | |
|---|---|---|---|---|
| 270 | Process Server Picking Up/Delivering | 02/09/2014 | 9.20 | delivering letter to Mr. Justice Newbould with enclosed Post Trial Brief and Proposed Findings of Fact and Conclusions of the US Interests; |
| 271 | Process Server Filing | 10/09/2014 | 32.19 | filing post-trial reply brief of the US Debtors and affidavit of service; |
| 271 | Process Server Filing | 17/09/2014 | 32.19 | filing book of authorities (vol. 1-4) and affidavit of service; |
| 271 | Process Server Filing | 22/09/2014 | 32.19 | filing post-trial reply brief of the US Interests; |
| | | | **$ 105.77** | |
| 303 | Taxi & Travel | 03/09/2014 | 41.06 | Taxi & Travel Block, Sheila R.; Taxi/Car Service - Toronto Island Airport In NYC to meet with Cleary Gotlieb people on Nortel file: Taxi from home to the Island Airport; |
| 303 | Taxi & Travel | 09/09/2014 | 8.21 | Taxi & Travel Slavens, Adam; Taxi/Car Service - 330 University Ave. court hearing |
| 303 | Taxi & Travel | 18/09/2014 | 41.88 | Taxi & Travel Block, Sheila R.; Taxi/Car Service - Pearson Airport taxi from from home to Pearson Airport |
| 303 | Taxi & Travel | 19/09/2014 | 41.88 | Taxi & Travel Block, Sheila R.; Taxi/Car Service -  taxi from Pearson Airport to home |
| 303 | Taxi & Travel | 22/09/2014 | 11.50 | Taxi & Travel Slavens, Adam; Taxi/Car Service - 330 University Nortel trial |
| 303 | Taxi & Travel | 22/09/2014 | 32.56 | Taxi & Travel Bomhof, Scott A.; Parking parking during Nortel Allocation Hearing |
| 303 | Taxi & Travel | 23/09/2014 | 21.76 | Taxi & Travel Slavens, Adam; Taxi/Car Service - home Nortel trial |
| 303 | Taxi & Travel | 23/09/2014 | 32.56 | Taxi & Travel Bomhof, Scott A.; Parking parking during Nortel Allocation Hearing |
| 303 | Taxi & Travel | 24/09/2014 | 24.42 | Taxi & Travel Bomhof, Scott A.; Parking parking during Nortel Allocation Hearing |
| 317 | Taxi & Travel (Out of Town) | 03/09/2014 | 93.99 | Taxi & Travel (Out of Town) Block, Sheila R.; Taxi/Car Service - One Liberty to One Liberty Plaza, NYC Plaza, NYC In NYC to meet with Cleary Gotlieb people on Nortel file:  Taxi from Newark Airport |
| 317 | Taxi & Travel (Out of Town) | 03/09/2014 | 351.92 | Taxi & Travel (Out of Town) Block, Sheila R.; Airfare - NYC back to Toronto In NYC to meet with Cleary Gotlieb people on Nortel file:  Porter flights to/from NYC $342.39 + tax $62.15 for a total of $404.54.  09/03/2014 - 09/04/2014 Merit |
| 317 | Taxi & Travel (Out of Town) | 03/09/2014 | 238.11 | Taxi & Travel (Out of Town) Block, Sheila R.; Lodging In NYC to meet with Cleary Gotlieb people on Nortel file:  Hotel overnight (Club Quarters on Wall Street, NYC) - Booked online:  $204.34 + tax 33.77 = 238.11 US 09/03/2014 - 09/04/2014 Other |
| 317 | Taxi & Travel (Out of Town) | 18/09/2014 | 364.93 | Taxi & Travel (Out of Town) Block, Sheila R.; Lodging Staying overnight at Club Quarters, Wall Street re meeting at Clearys for two full days of preparation for trial the following week; 09/18/2014 - 09/19/2014 Other |
| 317 | Taxi & Travel (Out of Town) | 18/09/2014 | 64.71 | Taxi & Travel (Out of Town) Block, Sheila R.; Taxi/Car Service - Clearys' Office taxi from from LaGuardia Airport to |

| | | | | |
|---|---|---|---|---|
| 317 Taxi & Travel (Out of Town) | | 18/09/2014 | 500.55 | Taxi & Travel (Out of Town)<br>Clearys' office, NYC<br>Block, Sheila R.; Airfare - NYC and back Flights to NYC and back to Toronto (Sept. 18-19) Air fareis $382.20 plus taxes = $512.22; and the Merit fees added to that makes the new total of $574.37 09/18/2014 - 09/19/2014 Merit |
| 803 Taxi & Travel | | 22/09/2014 | 7.44 | Taxi & Travel<br>DIAMOND TAXI, Date: 22/09/2014, Chit#3376705 |
| 803 Taxi & Travel | | 22/09/2014 | 8.92 | Taxi & Travel<br>DIAMOND TAXI, Date: 22/09/2014, Chit#3376706 |
| 803 Taxi & Travel | | 23/09/2014 | 22.09 | Taxi & Travel<br>DIAMOND TAXI, Date: 23/09/2014, Chit#3375859 |
| 803 Taxi & Travel | | 24/09/2014 | 24.65 | Taxi & Travel<br>DIAMOND TAXI, Date: 24/09/2014, Chit#3376714 |
| | | | **$ 1,933.14** | |
| 375 Miscellaneous | | 24/09/2014 | **$ 618.87** | Miscellaneous<br>Bernabe, Marivi; Other Printer rental for Cleary rental |
| 482 Hearing Room | | 05/09/2014 | **$ 459.85** | Hearing Room - - VENDOR: Toronto Lawyers Association -ANDREW GRAY-ROOM RENTAL FOR TRIAL-Toronto Lawyers Association |
| 480 Telephone Charges | | 04/09/2014 | 79.46 | Telephone Charges<br>Gray, Andrew; Data Travel Pack travel data package while on vacation - Nortel related |
| 800 Telephone Call | | 09/09/2014 | 1.66 | Telephone Call<br>Global Crossing, Inv # 19093582 BOMHOF, SCOTT |
| 800 Telephone Call | | 10/09/2014 | 0.37 | Telephone Call<br>13023519459 - Wilmington, DE - Time: 16:15 - Dur: 7.82 |
| 800 Telephone Call | | 10/09/2014 | 0.23 | Telephone Call<br>12122696400 - New York, NY - Time: 12:35 - Dur: 4.13 |
| 800 Telephone Call | | 10/09/2014 | 0.32 | Telephone Call<br>12122696400 - New York, NY - Time: 14:39 - Dur: 6.92 |
| 800 Telephone Call | | 16/09/2014 | 0.14 | Telephone Call<br>13026589200 - Wilmington, DE - Time: 16:35 - Dur: 2.70 |
| 800 Telephone Call | | 17/09/2014 | 0.09 | Telephone Call<br>12012138964 - Morristown, NJ - Time: 12:04 - Dur: 1.57 |
| | | | **$ 82.27** | |
| 376 Meals | | 18/09/2014 | 28.35 | Meals<br>Block, Sheila R.; Dinner Dinner in NYC |
| 807 Meals | | 30/09/2014 | 19.18 | Meals Meals- Fruits Sep 21 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 30/09/2014 | 40.02 | Meals Meals- Fruits Sep 22 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 30/09/2014 | 43.50 | Meals Meals- Fruits Sep 23 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 30/09/2014 | 36.04 | Meals Meals- Snacks Sep 19 2014, A. Slavens/Cleary (Shoppers) |
| 807 Meals | | 30/09/2014 | 228.09 | Meals Meals- Lunch (13) Sep 21 2014, A. Slavens/Cleary (McEwan) |
| 807 Meals | | 30/09/2014 | 518.71 | Meals Meals- Breakfast/Lunch (13) Sep 22 2014, A. Slavens/Cleary - Courthouse (G. Cuisine) |
| 807 Meals | | 30/09/2014 | 518.71 | Meals Meals- Breakfast/Lunch (13) Sep 23 2014, A. Slavens/Cleary - Courthouse (G. Cuisine) |

**Nortel**
**September 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 807 | Meals | 30/09/2014 | 334.59 | Meals Meals- Dinner (13) Sep 22 2014, A. Slavens/Cleary (Mezes) |
| | | | **$ 1,767.19** | |
| 801 | Copies | 02/09/2014 | 1.50 | Copies |
| 801 | Copies | 02/09/2014 | 0.40 | Copies |
| 801 | Copies | 05/09/2014 | 1.60 | Copies |
| 801 | Copies | 05/09/2014 | 3.80 | Copies |
| 801 | Copies | 10/09/2014 | 1.00 | Copies |
| 801 | Copies | 10/09/2014 | 0.10 | Copies |
| 801 | Copies | 11/09/2014 | 272.60 | Copies |
| 801 | Copies | 12/09/2014 | 25.70 | Copies |
| 801 | Copies | 12/09/2014 | 3.80 | Copies |
| 801 | Copies | 15/09/2014 | 0.30 | Copies |
| 801 | Copies | 15/09/2014 | 4.00 | Copies |
| 801 | Copies | 16/09/2014 | 0.50 | Copies |
| 801 | Copies | 16/09/2014 | 1.70 | Copies |
| 801 | Copies | 17/09/2014 | 1.40 | Copies |
| 801 | Copies | 17/09/2014 | 7.10 | Copies |
| 801 | Copies | 17/09/2014 | 44.00 | Copies |
| 801 | Copies | 22/09/2014 | 0.50 | Copies |
| 801 | Copies | 23/09/2014 | 0.50 | Copies |
| 801 | Copies | 30/09/2014 | 0.10 | Copies |
| 808 | Laser Printing | 02/09/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 02/09/2014 | 0.90 | Laser Printing |
| 808 | Laser Printing | 02/09/2014 | 42.30 | Laser Printing |
| 808 | Laser Printing | 02/09/2014 | 0.70 | Laser Printing |
| 808 | Laser Printing | 03/09/2014 | 5.40 | Laser Printing |
| 808 | Laser Printing | 03/09/2014 | 2.90 | Laser Printing |
| 808 | Laser Printing | 03/09/2014 | 10.30 | Laser Printing |
| 808 | Laser Printing | 03/09/2014 | 13.20 | Laser Printing |
| 808 | Laser Printing | 04/09/2014 | 0.20 | Laser Printing |
| 808 | Laser Printing | 04/09/2014 | 0.30 | Laser Printing |
| 808 | Laser Printing | 05/09/2014 | 0.90 | Laser Printing |
| 808 | Laser Printing | 05/09/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 05/09/2014 | 10.20 | Laser Printing |
| 808 | Laser Printing | 05/09/2014 | 0.70 | Laser Printing |
| 808 | Laser Printing | 08/09/2014 | 4.90 | Laser Printing |
| 808 | Laser Printing | 09/09/2014 | 0.70 | Laser Printing |
| 808 | Laser Printing | 09/09/2014 | 9.90 | Laser Printing |
| 808 | Laser Printing | 09/09/2014 | 12.30 | Laser Printing |
| 808 | Laser Printing | 10/09/2014 | 0.90 | Laser Printing |
| 808 | Laser Printing | 10/09/2014 | 11.40 | Laser Printing |
| 808 | Laser Printing | 10/09/2014 | 27.20 | Laser Printing |
| 808 | Laser Printing | 10/09/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 11/09/2014 | 1.60 | Laser Printing |
| 808 | Laser Printing | 11/09/2014 | 0.80 | Laser Printing |
| 808 | Laser Printing | 11/09/2014 | 3.70 | Laser Printing |
| 808 | Laser Printing | 11/09/2014 | 84.30 | Laser Printing |
| 808 | Laser Printing | 12/09/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 12/09/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 12/09/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 12/09/2014 | 0.30 | Laser Printing |
| 808 | Laser Printing | 12/09/2014 | 1.80 | Laser Printing |
| 808 | Laser Printing | 15/09/2014 | 5.90 | Laser Printing |
| 808 | Laser Printing | 15/09/2014 | 1.20 | Laser Printing |
| 808 | Laser Printing | 15/09/2014 | 74.70 | Laser Printing |
| 808 | Laser Printing | 16/09/2014 | 0.30 | Laser Printing |
| 808 | Laser Printing | 16/09/2014 | 8.80 | Laser Printing |
| 808 | Laser Printing | 16/09/2014 | 3.20 | Laser Printing |
| 808 | Laser Printing | 16/09/2014 | 0.70 | Laser Printing |
| 808 | Laser Printing | 16/09/2014 | 18.20 | Laser Printing |
| 808 | Laser Printing | 16/09/2014 | 408.10 | Laser Printing |

**Nortel**
**September 2014 Disbursements**

| | | | |
|---|---|---|---|
| 808 Laser Printing | 17/09/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 17/09/2014 | 12.00 | Laser Printing |
| 808 Laser Printing | 17/09/2014 | 4.80 | Laser Printing |
| 808 Laser Printing | 17/09/2014 | 30.70 | Laser Printing |
| 808 Laser Printing | 17/09/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 18/09/2014 | 861.80 | Laser Printing |
| 808 Laser Printing | 19/09/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 19/09/2014 | 11.00 | Laser Printing |
| 808 Laser Printing | 20/09/2014 | 10.70 | Laser Printing |
| 808 Laser Printing | 21/09/2014 | 1.10 | Laser Printing |
| 808 Laser Printing | 22/09/2014 | 4.00 | Laser Printing |
| 808 Laser Printing | 22/09/2014 | 572.70 | Laser Printing |
| 808 Laser Printing | 22/09/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 22/09/2014 | 13.10 | Laser Printing |
| 808 Laser Printing | 22/09/2014 | 10.80 | Laser Printing |
| 808 Laser Printing | 23/09/2014 | 286.80 | Laser Printing |
| 808 Laser Printing | 23/09/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 24/09/2014 | 7.00 | Laser Printing |
| 808 Laser Printing | 25/09/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 25/09/2014 | 9.00 | Laser Printing |
| 808 Laser Printing | 26/09/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 29/09/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 30/09/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 30/09/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 30/09/2014 | 7.00 | Laser Printing |
| 4808 Laser Printing | 04/09/2014 | 0.80 | Laser Printing |
| 4808 Laser Printing | 05/09/2014 | 1.40 | Laser Printing |
| 4808 Laser Printing | 09/09/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 09/09/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 22/09/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 22/09/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 23/09/2014 | 1.50 | Laser Printing |
| | | **$ 2,996.20** | |
| 811 Binding Charges | 11/09/2014 | 11.04 | Binding Charges Sep-11-14, C Palladino, Binding Charges, x4, /TW |
| 811 Binding Charges | 16/09/2014 | 11.04 | Binding Charges Sep-16-14, C Pellegrini, Binding Charges, x4, /TW/JS/MM |
| 844 Exhibit Tabs | 08/09/2014 | 5.98 | Exhibit Tabs Sep-02-14, J Palmateer, Exhibit Tabs, x26, EB |
| 844 Exhibit Tabs | 11/09/2014 | 6.21 | Exhibit Tabs Sep-11-14, C Palladino, Exhibit Tabs, x27, /TW |
| 844 Exhibit Tabs | 16/09/2014 | 27.36 | Exhibit Tabs Sep-16-14, C Pellegrini, Exhibit Tabs, x119, /TW/JS/MM |
| 844 Exhibit Tabs | 18/09/2014 | 9.20 | Exhibit Tabs Sep-18-14, Cleary, Exhibit Tabs, x40, /TW/MM |
| | | **$ 70.83** | |
| 822 Courier | 19/09/2014 | 6.44 | Courier 79 Wellington Street West,Inv # 62114 130 Queen St W,Superior Court of Justice, maryna,1,0 |
| 822 Courier | 22/09/2014 | 54.52 | Courier 79 Wellington Street West,Invoice # 62172 330 University Ave,COURT HOUSE, Lindse y,6,0 |
| 822 Courier | 22/09/2014 | 62.38 | Courier 330 University Ave,Court House, 79 Wellington Street West,Invoice # 62172 Siva,3,0 |
| 822 Courier | 23/09/2014 | 147.31 | Courier 330 University Ave,Court House, 79 Wellington Street West,Invoice # 62172 |

**Nortel**
**September 2014 Disbursements**

| | | | | |
|---|---|---|---:|---|
| 822 | Courier | 24/09/2014 | 120.12 | Allan,18,0<br>Courier<br>From One Liberty Plaza,  to Cleary Gottlieb Steen & Hamilton LL, 79  WELLINGTON ST WEST, Ref#100982 |
| 822 | Courier | 24/09/2014 | 10.71 | Courier<br>79 Wellington Street West,Invoice # 62172<br>333 Bay St,Goodmans Llp,<br>jun,1,0 |
| 822 | Courier | 25/09/2014 | 93.13 | Courier<br>From One Liberty Plaza,  to Cleary Gottlieb Steen & Hamilton LL, 79  WELLINGTON ST WEST, Ref#100666 |
| 822 | Courier | 25/09/2014 | 135.57 | Courier<br>From One Liberty Plaza,  to Cleary Gottlieb, 79 WELLINGTON ST WEST, Ref#100323 |
| | | | **$ 630.18** | |
| 885 | On Line Research Charges - Quicklaw | 02/09/2014 | 531.22 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 04/09/2014 | 28.65 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 05/09/2014 | 18.00 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 05/09/2014 | 16.37 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 05/09/2014 | 2.46 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 09/09/2014 | 2.46 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 17/09/2014 | 78.17 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/09/2014 | 58.85 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/09/2014 | 64.38 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 22/09/2014 | 12.87 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 24/09/2014 | 274.07 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 02/09/2014 | 49.66 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 03/09/2014 | 242.80 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/09/2014 | 115.88 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/09/2014 | 176.58 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/09/2014 | 99.33 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/09/2014 | 44.15 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/09/2014 | 281.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/09/2014 | 66.22 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/09/2014 | 99.33 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 07/09/2014 | 33.11 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 08/09/2014 | 16.55 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 09/09/2014 | 1,089.84 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 09/09/2014 | 8.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 09/09/2014 | 82.77 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 09/09/2014 | 115.88 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 15/09/2014 | 28.14 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 16/09/2014 | 28.14 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 17/09/2014 | 14.07 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 18/09/2014 | 112.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 18/09/2014 | 211.07 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/09/2014 | 98.50 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/09/2014 | 42.21 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 24/09/2014 | 3.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 19/09/2014 | 172.46 | On Line Research Charges - Westlaw Incl. |
| | | | **$ 4,319.99** | |
| 954 | Copy Preparation | 12/09/2014 | **$ 18.39** | Copy Preparation labour;<br>Sep-12-14, T Szylow, Hand Labour, 30 min., /TW/JS |
| 1401 | Hardware - Project Management | 22/09/2014 | **$ 728.72** | Hardware - Project Management - - VENDOR: Charging Client on Docket JE409 Adjust Credit from Vernon Tech |
| | | | **$ 13,731.40** | |