IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 14735** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse
Kimberly Murray Cruse

Sworn to before me this
13th day of November, 2014

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BELL ALIANT REGIONAL COMMUNICATIONS, LTD
     TRANSFEROR: INNOVATIA INC
     ATTN: EVAN J. KIPNES
     1505 BARRINGTON STREET, 6 SOUTH
     HALIFAX, NS B3J 2W3
     CANADA
```

Please note that your claim # 4288 in the above referenced case and in the amount of $506,235.56 allowed at $477,980.07 has been transferred **(unless previously expunged by court order)** to:

```
     TRC MASTER FUND LLC
     TRANSFEROR: BELL ALIANT REGIONAL COMMUNI
     ATTN: TERREL ROSS
     PO BOX 633
     WOODMERE, NY 11598
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               DISTRICT OF DELAWARE
               824 NORTH MARKET STREET, 3RD FLOOR
               WILMINGTON, DE 19801
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14735    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2014                         David D. Bird, Clerk of Court

                                         /s/ Kimberly Murray
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by **first** class mail, postage prepaid on  November 12, 2014.

# EXHIBIT B

```
TIME: 15:34:00                                    NORTEL NETWORKS INC.
DATE: 11/12/14                                     CREDITOR LISTING                                       PAGE:   1

Name                                        Address
BELL ALIANT REGIONAL COMMUNICATIONS, LTD    TRANSFEROR: INNOVATIA INC ATTN: EVAN J. KIPNES 1505 BARRINGTON STREET, 6 SOUTH HALIFAX NS B3J 2W3 CANADA
TRC MASTER FUND LLC                         TRANSFEROR: BELL ALIANT REGIONAL COMMUNI ATTN: TERREL ROSS PO BOX 633 WOODMERE NY 11598

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006