```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE


IN RE:                          )   Case No.  09-10138(KG)
                                )   (Jointly Administered)
                                )
NORTEL NETWORKS, et al.,        )   Chapter 11

                                )   Courtroom 3
                                )   824 Market Street
              Debtors.          )   Wilmington, Delaware
                                )
                                )   November 7, 2014
                                )   12:04 p.m.


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:              Crowell & Moring
                          BY: MARK D. PLEVIN, ESQ.
                          BY: MARK SUPKO, ESQ.
                          1001 Pennsylvania Avenue, NW
                          Washington, DC  20004-5895
                          202-624-2801

                          Benesch Friedlander Coplan &
                          Aronoff, LLP
                          BY: JENNIFER HOOVER, ESQ.
                          222 Delaware Ave., Ste. 801
                          Wilmington, DE  19801-1611
                          302-0442-7010


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Bockstar
Technologies, LLC:          Covington & Burling
                            BY: PHILIP IRWIN, ESQ.
                            The New York Times Building
                            620 Eighth Avenue
                            New York, NY  10018-1405
                            212-841-1190


                            Young Conaway Stargatt & Taylor
                            BY: CURTIS J. CROWTHER, ESQ.
                            Rodney Square
                            1000 North King Street
                            Wilmington, DE  19801
                            302-571-6755


For Official Committee
Of Unsecured Creditors:     Richards Layton & Finger
                            BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            302-651-7700

                            Akin Gump Strauss Hauer & Feld
                            BY: ROBERT JOHNSON, ESQ.
                            One Bryant Park
                            New York, NY  10035
                            212-872-1000

For Google:                 Quinn Emanuel Urquhart & Sullivan
                            LLP
                            BY: ROBERT WILSON, ESQ.
                            51 Madison Ave., 22nd Fl.
                            New York, NY  10010
                            212-849-7000

                            BY: ERIC WINSTON, ESQ.
                            865 S. Figueroa St., 10th Fl.
                            Los Angeles, CA  90017
                            213-443-3000

                            Friedlander & Gorris P.A.
                            BY: CHRISTOPHER M. FOULDS, ESQ.
                            222 Delaware Avenue, Ste. 1400
                            Wilmington, DE 19801
                            302-573-3500

APPEARANCES:
(Continued)

For Time Warner
Communications, Cisco
Charter Communications,
Arris:                          Desmarais, LLP
                                BY: DUSTIN GUZIOR, ESQ.
                                BY: JONAS R. MCDAVIT, ESQ.
                                230 Park Avenue
                                New York, NY  10169
                                212-351-3400

                                Bifferato, LLC
                                BY: CONNOR BIFFERATO, ESQ.
                                BY: ZACHARU HAUPT, ESQ.
                                800 North King Street
                                Wilmington, DE  19899-2165
                                302-429-0907

For EMEA Debtors:               Young Conaway Stargatt & Taylor
                                BY: JAIME CHAPMAN, ESQ.
                                Rodney Square
                                1000 North King Street
                                Wilmington, DE  19801
                                302-571-6000

                                Hughes Hubbard & Reed, LLP
                                BY: NEIL OXFORD, ESQ.
                                One Battery Park Plaza
                                New York, NY  10005
                                212-837-6000

For Constellation &
Rockstar Consortium,
U.S., LP:                       Irell & Mandella, LLP
                                BY: ELLISEN TURNER, ESQ.
                                1800 Avenue of the Stars, Ste. 900
                                Los Angeles, CA  90067-4276
                                310-203-7901

TELEPHONIC APPEARANCES:

For Debtor, Nortel
Networks, Inc.:                 Cleary Gottlieb Steen & Hamilton
                                BY: INNA ROZENBERG, ESQ.
                                212-225-2972
                                BY: LISA M. SCHWEITZER, ESQ.
                                212-225-2629

                                Tory's, LLP
                                BY: ADAM M. SLAVENS, ESQ.
                                416-865-7333

TELEPHONIC APPEARANCES:
(Continued)

For Nortel Networks
UK Pension Trust:              Willkie Farr & Gallagher, LLP
                              BY: ANDREW HANRAHAN, ESQ.
                              212-728-8170

For Joint
Administrators:               Herbert Smith
                              BY: JOHN WHITEOAK, ESQ.
                              320-571-6710

For Official Committee
Of Unsecured Creditors:       Akin Gump Strauss Hauer & Feld, LLP
                              BY: DAVID BOTTER, ESQ.
                              212-872-1022
                              BY: FRED S. HODARA, ESQ.
                              212-872-8040

For Interested Party:         Bank of America
                              BY: ESTHER CHUNG
                              646-855-6705

                              Reorg Research, Inc.
                              BY: KENT COLLIER
                              212-257-4383

                              Southpaw Asset Management
                              BY: ANDREW M. THAU
                              203-862-6231

1

1    WILMINGTON, DELAWARE, FRIDAY, NOVEMBER 7, 2014, 12:04 P.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good afternoon everyone.  Please be

4    seated.  Thank you.  It's good to see you all, some familiar

5    faces and a lot of new ones.

6              MS. HOOVER:  Good afternoon, Your Honor, Jennifer

7    Hoover, Benesch Friedlander Coplan & Aronoff, for the

8    Debtors.  That's right, you do have a little bit of a

9    different cast of characters --

10             THE COURT:  Yes.

11             MS. HOOVER:  -- before you today on this special

12   listing, and we appreciate that.  With me today are Mark

13   Plevin and Mark Supko, both of the Crowell & Moring firm.

14   You have previously admitted them pro hac vice and they will

15   be arguing today.

16             THE COURT:  Thank you, Ms. Hoover.

17             MS. HOOVER:  We have one matter going forward

18   today and that's the Debtor's Amended Motion to Enforce and

19   Extend the Automatic Stay.

20             THE COURT:  Yes.

21             MS. HOOVER:  And with that, I'll cede the podium

22   to Mr. Plevin.

23             THE COURT:  Would anyone like to make

24   introductions because there are a lot of new people to me and

25   it might make sense for the smooth running of the hearing to

1  do that.  Mr. Bifferato, good afternoon.

2          MR. BIFFERATO:  Good afternoon, Your Honor.  It's

3  good to be here.  Connor Bifferato, on behalf of Time Warner

4  Cable.  With me today in the Courtroom are my Co-Counsel,

5  Jonas McDavit and Dustin Guzior of the Desmarais firm, as

6  well as --

7          THE COURT:  Yes, good to have you here.

8          MR. BIFFERATO:  Thank you, Your Honor.  As well as

9  Zach Haupt from my firm as well.

10          MR. HAUPT:  Good afternoon, Your Honor.

11          THE COURT:  Good to see you.

12          MR. BIFFERATO:  Your Honor, I have one procedural

13  matter.  I need to leave a little bit early today so rather

14  than ask permission in the middle of the argument, in about

15  an hour or so if I may leave the Courtroom, and I appreciate

16  the Court's permission.

17          THE COURT:  Absolutely.  Thank you, Mr. Bifferato,

18  for the courtesy.

19          MR. BIFFERATO:  Thank you, Your Honor.

20          THE COURT:  Thank you, sir.

21          MR. FOULDS:  Your Honor, Christopher Foulds, from

22  Friedlander & Gorris.

23          THE COURT:  Nice to have you here.

24          MR. FOULDS:  Thank you.  On behalf of Google, and

25  with me today are Robert Wilson and Eric Winston, from Quinn

1  Emanuel.

2          THE COURT:  Gentlemen --

3          UNKNOWN:  Good afternoon, Your Honor.

4          THE COURT:  -- welcome to you.  It's a pleasure to

5  have you here.

6          MR. WILSON:  Thank you, Your Honor.

7          MR. WINSTON:  Thank you, Your Honor.

8          MR. FOULDS:  Your Honor, we have filed the pro hac

9  vice papers.

10          THE COURT:  Yes.

11          MR. FOULDS:  I don't know yet if they've been

12  granted, but with Your Honor's permission, Mr. Wilson will be

13  making the presentation today.

14          THE COURT:  They certainly will be if they haven't

15  yet been.

16          MR. FOULDS:  Thank you, Your Honor.

17          THE COURT:  Thank you.  Mr. Crowther?

18          MR. CROWTHER:  Good afternoon, Your Honor.

19          THE COURT:  Good afternoon.

20          MR. CROWTHER:  Curtis Crowther, Young Conaway, on

21  behalf of Bockstar Technologies, LLC.  With me today is

22  Philip Irwin from Covington & Burling's New York office.

23  Your Honor has already granted Mr. Irwin's Pro Hac Vice

24  Motion and he will be arguing on behalf of Bockstar today.

25          THE COURT:  Thank you.  Thank you, Mr. Crowther,

1  and welcome.  Good to have you here.

2         MR. IRWIN:  Thank you, Your Honor.

3         THE COURT:  Anyone else?  All right.  We are ready

4  to proceed then.

5         MR. PLEVIN:  Thank you, Your Honor.  Mark Plevin,

6  on behalf of the Debtors.

7         THE COURT:  Yes, sir.

8         MR. PLEVIN:  Your Honor, I would first ask your

9  preference as to how we proceed.  We have a Declaration that

10  we filed of Timothy Ross, who's the Chief Financial Officer,

11  and exhibits attached to his Declaration and if you want us

12  to offer those formally in evidence, I'm prepared to do that.

13         THE COURT:  I think that's a good idea.  That's

14  part -- just to make our record somewhat more complete, and I

15  know he is also proposed as a witness?

16         MR. PLEVIN:  Yes.  We would first like to make a

17  proffer.  We spoke with the other parties by conference call

18  this morning and I believe that -- I hope the proffer is

19  going to be unobjected to and I would ask that Mr. Supko, in

20  a second, provide that proffer, and then if somebody wants

21  Mr. Ross to take the stand, he's here and prepared to do

22  that.

23         THE COURT:  That is fine with me.  Is it

24  acceptable to everyone else?  Is there any objection to our

25  proceeding that way?

1          UNKNOWN:  No objection, Your Honor.

2          THE COURT:  Thank you.

3          UNKNOWN:  We have no objection, Your Honor.

4          THE COURT:  Very well.  All right, then let's

5  proceed that way.  But first, let's mark into evidence the

6  Declarations unless there's an objection to my doing so.

7          UNKNOWN:  No, Your Honor.

8          THE COURT:  All right.

9          MR. PLEVIN:  Your Honor, I can --

10          THE COURT:  There are several Declarations that

11  we're talking about.

12          MR. PLEVIN:  Well, the -- we have the one

13  Declaration of Timothy Ross and if I need to give you another

14  copy, I guess we can --

15          THE COURT:  I have one here.

16          MR. PLEVIN:  Okay.  So I would move that Mr.

17  Ross's Declaration and the exhibits to that Declaration,

18  which I believe number 15 in total.  They're all copies of

19  the subpoenas that were served on Debtors.

20          THE COURT:  Yes.

21          MR. PLEVIN:  Be received in evidence.

22          THE COURT:  All right.  Without objection, they

23  are admitted.

24  [Declaration of Timothy Ross, identified and admitted to the

25  record.]

1          MR. PLEVIN:  All right.  And --

2          THE COURT:  Thank you, Mr. Plevin.

3          MR. PLEVIN:  -- with that, I'll cede the podium

4    for a second to Mr. Supko who will make the proffer.

5          THE COURT:  Thank you.  Mr. Supko --

6          MR. SUPKO:  Good afternoon, Your Honor.

7          THE COURT:  -- good afternoon, sir.

8          MR. SUPKO:  We just have a very brief proffer of

9    evidence to address one additional point that was not

10   addressed in Mr. Ross's original Declaration.  Mr. Ross is

11   here today and is prepared to testify to this effect.  Mr.

12   Ross is the Chief Financial Officer of Nortel Networks, Inc.

13   Among Mr. Ross's responsibilities is oversight of the legal

14   expenses that NNI incurs.  In the context of those

15   responsibilities, he has reviewed the bills that NNI has

16   received from legal Counsel over the last four months in

17   connection with the -- with these third-party subpoenas.  Mr.

18   Ross has particular information about that or particular

19   knowledge because the fact that these expenses had been

20   segregated in the interest of cost sharing and Mr. Ross would

21   testify that the -- excuse me.

22         THE COURT:  Take your time, Mr. Supko.

23         MR. SUPKO:  Mr. Ross would testify that the

24   expenses incurred to date by Nortel Networks, Inc., are on

25   the order of 1 to $1.2 million in responding to these third-

1  party subpoenas.  The reason that the expenses are in a range

2  is because the fact that for several of the months, there are

3  Fee Applications that had been filed, but for the last two

4  months there are projected expenses.

5          THE COURT:  All right.  Very well.  All right.

6  Thank you, Mr. Supko.

7          MR. SUPKO:  Sure.

8          THE COURT:  I don't know if anyone wishes to

9  cross-examine on that proffer.  I doubt it but -- I shouldn't

10  say I doubt it.

11          UNKNOWN:  No, Your Honor, I don't think that we

12  do.  You know, the fee records in the case are part of the

13  record in this proceeding.

14          THE COURT:  That's right.

15          UNKNOWN:  So, presumably, that's where those

16  numbers are coming from.  We don't have an objection to that

17  proffer to that extent.  Of course, we may challenge the way

18  that they've allocated certain things or the arguments that

19  they make on that.  But I think that we'll be able to address

20  those in the context of attorney argument as opposed to a

21  cross-examination of Mr. Ross's examination of his legal

22  fees.

23          THE COURT:  Okay.  Thank goodness.  Thank you.

24  Yes, Mr. Plevin?

25          MR. PLEVIN:  Your Honor, that --

1          THE COURT:  That concludes our factual record, I

2  suppose --

3          MR. PLEVIN:  That concludes our factual record.

4          THE COURT -- for -- as far as the Debtors are

5  concerned.

6          MR. PLEVIN:  We did ask in our Motion that the

7  Court take judicial notice of certain filings that were

8  identified in our Motion --

9          THE COURT:  Yes.

10         MR. PLEVIN:  -- that are part of the Court's

11 record and I would ask formally that the Court do that.  But

12 apart from that, we rest our case-in-chief.

13         THE COURT:  All right.  Any objection to my

14 considering these matters under the judicial notice

15 principle?

16         UNKNOWN:  As far as the proffer with respect to

17 the record, there's no objection.

18         THE COURT:  All right.  Very well.  Thank you.

19 All right.  How about the -- I'll call them I guess the

20 requesting -- discovery requesting parties, any case that

21 you're putting on?  Any factual evidence?

22         MR. WILSON:  Well, yes, Your Honor.  I guess in

23 that context, we also filed a Declaration --

24         THE COURT:  Yes.

25         MR. WILSON:  -- in support of our Objections.

1  That's the Declaration of Matthew Cannon --

2            THE COURT:  Right.

3            MR. WILSON:  -- that we submitted on behalf of

4  Google.  I believe Time Warner Cable has some others as well.

5  So we would move that Declaration and the exhibits into

6  evidence so that the Court can consider that as part of the

7  complete record.

8            THE COURT:  Wonderful.  Okay.  Any objection?  Mr.

9  Plevin?

10            MR. PLEVIN:  Your Honor?

11            THE COURT:  Yes.

12            MR. PLEVIN:  Just for purposes of the record, I

13  believe a lot of the requesting parties' Declarations,

14  they're all attorney Declarations and they all attach

15  materials from other cases, such as Complaints, Answers, in

16  some cases Court Orders, and in some cases letters or emails

17  between Counsel regarding negotiations of discovery matters.

18  We don't have any objection to the Court looking at those and

19  taking those into consideration, but I just want to be sure

20  for the record that I say that they should not come in for

21  their truth.  Obviously, someone's Complaint is just their

22  allegation.  Someone's Answer is their response.  What is

23  said back and forth between the parties in discovery are

24  their respective positions and we don't mind the materials

25  being before the Court for those purposes.

1            THE COURT:  With that limitation, is that

2  limitation acceptable?

3            MR. WILSON:  Certainly.  That was our

4  understanding.

5            THE COURT:  Sure.

6            MR. WILSON:  We would like the Court to be able to

7  access and review those materials in support of our

8  arguments, Your Honor.

9            THE COURT:  All right.

10            MR. GUZIOR:  Your Honor?

11            THE COURT:  Yes, please.

12            MR. GUZIOR:  Dustin Guzior of Desmarais, on behalf

13  of Time Warner Cable.

14            THE COURT:  Good to have you here.

15            MR. GUZIOR:  It's good to be here.  As you know,

16  Time Warner Cable also submitted two Declarations, both of

17  myself with attached exhibits.

18            THE COURT:  Yes.

19            MR. GUZIOR:  And Time Warner Cable also moves that

20  the Declarations and the exhibits be admitted into evidence.

21            THE COURT:  All right.  Any objection with that

22  same limitation, Mr. Plevin?

23            MR. PLEVIN:  Yes.

24            THE COURT:  All right.  Very well.  Those

25  Declarations then are admitted.

1  [Declarations of Matthew Cannon and Dustin Guzior, identified

2  and admitted to the record.]

3           MR. IRWIN:  Your Honor, Phil Irwin for Bockstar.

4  Our papers had three exhibits attached, A, B, and C, which

5  are all Court papers or in one case a transcript from another

6  proceeding and we would ask Your Honor take judicial notice

7  of those.

8           THE COURT:  All right.  Any -- no objection, I

9  assume?  No objection?

10           MR. WILSON:  No objection.

11           THE COURT:  All right.  With that same limitation,

12  we are --

13           MR. IRWIN:  Thanks.

14           THE COURT:  -- admitting those -- that Declaration

15  as well.  Thank you.  Thank you, Mr. Irwin.  So I guess we're

16  ready for argument then, Mr. Plevin.

17           MR. PLEVIN:  Thank you, Your Honor.  I would first

18  like to start by approaching the Bench and handing you a

19  revised Proposed Order and a redline.

20           THE COURT:  All right.  And I assume it doesn't

21  say Consent on it?

22                      (Laughter)

23           MR. PLEVIN:  Your Honor, we circulated this to the

24  other parties earlier in the week.  The only substantive

25  change is in paragraph 6, where we make good on what we said

1  in our Reply Brief, that we are not trying to stop the

2  depositions of named inventors.  There had been an argument

3  in one of the Opposition Briefs that we were overreaching in

4  doing that and that was not our intent and so we've clarified

5  that, subject only to the requirement that the requesting

6  parties give us -- actually, Mr. Supko, 15 days advance

7  notice of their intent to depose a named inventor so that

8  either we can attend the deposition, make an objection, seek

9  a Protective Order, et cetera.  But we wanted to clarify that

10  and that's the Proposed Order in front of you now that we're

11  asking the Court to enter today.

12          THE COURT:  All right.  Thank you.

13          MR. PLEVIN:  Your Honor, and then just one other

14  housekeeping thing.  I'm going to handle the argument, but

15  it's possible that if you have technical questions or

16  questions about the back-and-forth between the parties, then

17  Mr. Supko is better prepared to answer that I might, with

18  your permission, defer some of those inquiries to him.

19          THE COURT:  Let me just ask this because it seems

20  like it may be somewhat a fluid situation.  Have there been

21  discussions among the parties?

22          MR. PLEVIN:  Very much so.

23          THE COURT:  Recent discussions.

24          MR. PLEVIN:  Very much so, Your Honor.  I think

25  Mr. Supko has been doing them, but I've been copied on all

1   the emails, and I think they've all been done primarily by

2   email, and I think the email trail may have tailed off on

3   Wednesday.  But the parties have been talking.  From our

4   perspective, we are prepared to continue to talk.  There have

5   been no agreements reached and I'm going to mention -- and

6   I'm going to get to that in a few minutes what Time Warner

7   says about the fact that there's a substantial agreement

8   which we don't agree with.  But there have been ongoing

9   efforts and I think it's fair to say that progress has been

10  made.  These matters are very complicated and in order to get

11  to the point of an agreement, you've got to methodically work

12  through a number of issues, and Mr. Supko on our side and I

13  guess primarily Mr. Guzior for Time Warner have been working

14  through those issues one-by-one.  They haven't worked through

15  all of them, and from our perspective, that's why there is

16  not an agreement yet, but I think it's fair to say progress

17  has been made and we're hopeful that progress will continue

18  to be made.

19          THE COURT:  Because I'm looking for, as I think we

20  all need, a practical, somewhat practical, solution here.  I

21  know you need a legal ruling on your Motion as to whether or

22  not the stay applies.  But after that, it seems to me that

23  we're going to need some sort of realistic plan.  Just as an

24  example, there are a number of depositions that have been

25  noticed, and to take depositions in each and every one of

1   these cases separately is going to be burdensome to everyone

2   and if there's a way to obviate that problem; if there's a

3   way to create a document room for parties to be able to go to

4   without having to respond to each and every parties in all

5   the various litigations requests, and things like that are

6   the sorts of practical solutions that I'm looking for.

7           MR. PLEVIN:  Well, in part, Your Honor, we're

8   trying to do that by making the trial exhibits, the public

9   versions of the trial exhibits from the allocation

10  litigation, available to everybody who wants them, and also

11  certain testimony from that case as well.  As I'll get into

12  later, there's a problem creating a document room because of

13  the cross-nature of the different confidentiality rights.  So

14  that, for instance, if we were to put documents in a room and

15  made it generally available, somebody might complain that

16  we're exposing their confidential information.  If we set up

17  a separate room, somebody else -- you know, because some of

18  the documents actually contain the confidential information

19  of multiple parties.

20          THE COURT:  Yes.

21          MR. PLEVIN:  And so it gets to be cumbersome.  But

22  the idea that we had with the allocation litigation, trial

23  exhibits, and the testimony was exactly that; was to set up

24  something that we could, with minimal effort, make available

25  to everybody and our view is that that actually is a very

1    comprehensive production of documents regarding the valuation

2    issues.

3              With respect to the negotiations, let me make one

4    point that I think might be helpful.  One of our big concerns

5    is cost.  The other one, as I'll talk about later, is

6    liability risk.  But one of our big concerns is cost and our

7    position here is that we want to shift all of the costs of

8    subpoena compliance to the requesting parties.  They say, and

9    not unreasonably, that they don't want to be giving us a

10   blank check when they don't know what it costs and so one of

11   the things that we have offered to do and have been doing is

12   running certain search requests that they have given us, some

13   of which we've negotiated about, but running them against

14   databases just to see how many documents are hits.  In other

15   words, it's one thing if 1,000 documents are returned from a

16   particular search versus 100,000 documents because then there

17   are costs that go up or down, depending on how many documents

18   there are.  So we've been running those searches, and you

19   know, the ironic thing is just as they don't want to give us

20   a blank check, of course, they're trying to impose on us the

21   duty or the burden of doing all the expense -- bearing all

22   the expense related to those and that's not what we're

23   interested in doing.  And so the parties have been trying to

24   get a handle on how many documents from which locations are

25   actually responsive to particular search terms or search

1   strings and I think discussion about cost-shifting will take

2   place once that has taken place.  But as you can tell just

3   from that, it's a cumbersome process because Google wants one

4   set of search terms run and Time Warner Cable wants another

5   one, and we're dealing with Verizon, which did not file an

6   Objection, but they're asking for documents as well.  There

7   are other parties that, as Your Honor knows, have filed

8   papers in this Court saying they haven't served us with

9   subpoenas yet, but they will.

10                  THE COURT:  Yes.

11                  MR. PLEVIN:  And so this is an iterative process

12  just even to get to the point of trying to give document

13  counts.

14                  THE COURT:  I appreciate the difficulty, and to

15  me, that is, therefore, even more reason to come up perhaps

16  with some kind of a comprehensive discovery program, but

17  before we get there, let me hear from you.

18                  MR. PLEVIN:  Okay.  Thank you, Your Honor.

19                  THE COURT:  You bet.

20                  MR. PLEVIN:  So as you know, Nortel is currently

21  the subject of five subpoenas asking for production of

22  documents relating to patents that we sold then associated

23  patent rights to Rockstar and their associated assignees and

24  licensees.  There are 13 more subpoenas currently outstanding

25  that are to Nortel former employees or professionals that

1  seek production of documents that are actually Nortel

2  documents, and as I just mentioned, in filings in this Court,

3  at least seven more companies say that they will shortly be

4  serving us with subpoenas.

5         THE COURT:  And I assume there are more suits to

6  come.

7         MR. PLEVIN:  Well, we don't know that for sure,

8  Your Honor, but the existing suits, which actually aren't

9  that many in number, tend to involve a small number of

10  patents, 5 to 10 each, and of course, we sold 8,000 patents

11  to Nortel.

12        THE COURT:  Yes.

13        MR. PLEVIN:  Rather, to Rockstar.  And so even if

14  Rockstar sues or makes claims under only a small number of

15  those patents, you can see how this can spin out of control

16  pretty quickly.

17        THE COURT:  Of course.

18        MR. PLEVIN:  As we've already touched on a little

19  bit and as I'll talk about in more detail based on the Ross

20  Declaration -- which reminds me, Your Honor, Mr. Supko asked

21  me can Mr. Ross be excused to leave if he wishes to?

22        THE COURT:  Absolutely.

23        MR. PLEVIN:  Okay.

24        THE COURT:  The record is now complete with Mr.

25  Ross's proffer.

1             MR. PLEVIN:  Thank you, Your Honor.  So it will

2    take a massive effort simply to identify documents that are

3    potentially responsive to the subpoenas and then because of

4    the confidentiality obligations that we're subject to in both

5    the Sale Agreements and in Orders entered by this Court, it's

6    imperative that we then take a very painstaking, careful,

7    costly review of any documents, because if we make a misstep

8    and we produce documents that somebody has a confidentiality

9    right in or someone basically inherited our privilege rights

10   and therefore they have a privilege right in, that could

11   result in significant liability to us, and there are already

12   documents out there from Rockstar indicating that they would

13   reserve their right to hold us liable in damages should

14   information get out incorrectly.

15             As I'll also talk about, the most likely result of

16   this massive effort that we would have to undertake in order

17   to respond to these subpoenas will not be a large number of

18   documents.  It will be a very small number of documents that

19   can't be gotten from other parties and a very large and

20   lengthy privilege log.  And, therefore, we think what the

21   Court should be doing here is balancing the huge costs to us

22   and the potential liability exposure against what I think

23   will be the very small benefits that the requesting parties

24   would get if we actually made the production, and we believe

25   the balance is against asking us to respond to the subpoenas.

1          I want to make clear, we made this clear in our

2     papers but apparently not clearly enough to some of the

3     objecting parties.  We are not seeking an injunction against

4     discovery.  We're not seeking to bar discovery.  What we're

5     seeking to do is put in place a way -- a mechanism of

6     regulating the discovery.

7          THE COURT:  One Court as opposed to multiple

8     Courts is essential --

9          MR. PLEVIN:  One Court, but also a method by which

10    they go to the parties that have the documents first and they

11    look at the allocation trial exhibit materials that I

12    mentioned a few minutes ago.  They go there first and then if

13    there's something they think is missing that they need from

14    us, instead of hitting us with a subpoena, they meet and

15    confer with us, we talk about it; hopefully, the risk of cost

16    shifting incentivizes both sides to do something reasonable,

17    and then we produce what's been negotiated.  And if they

18    think we're being unreasonable in those negotiations, there's

19    a safety valve.  They can always come back to this Court and

20    file a Motion to Lift the Stay we're asking the Court to

21    impose and argue to the Court that we're being unreasonable;

22    that these documents are really important; that they really

23    need them; that we don't have a burden to produce them; that

24    they shouldn't shift the cost or whatever it is that they

25    want to argue, they would have the right to do that.

1          Before I get much deeper into the argument, I did

2     want to address, to the extent I haven't already, the Time

3     Warner issue because we don't have a deal, and as I said,

4     there's been a real effort, and I think a meaningful effort

5     to work through this and that will continue on our side.  But

6     the real sticking point at this juncture is cost.  Time

7     Warner has not made -- you know, what they said in their

8     papers, if I can quote, is that there is at this time "a

9     willingness to discuss a reasonable cost sharing proposal".

10    There's not an agreement on cost, and to us, that's

11    paramount.  To say there's a deal when there's no agreement

12    on cost is sort of like saying that you agreed to sell me

13    your company for a million dollars and I say great, I'd like

14    to own the company, but I'm not sure I want to pay you even

15    $1.  Well, we don't have a deal to sell the company because

16    the price that we would pay is a very material term that

17    hasn't been agreed to and that's the situation here.  But I

18    would say that even if we did have an agreement with Time

19    Warner, even if one had been reached, you know, two minutes

20    before we walked in here, we still need the relief here

21    because of the future subpoenas and the future lawsuits that

22    Your Honor referred to.

23          So let me start by reviewing the relevant facts.

24    After the Debtors filed these cases, they undertook a review

25    of their patent assets with a view towards monetizing them,

1  trying to figure out what's the best way to do that.  They

2  realized there were at least two ways of doing that.  One was

3  to hold on to the patents and the second was to sell them.

4              THE COURT:  IP Co.?

5              MR. PLEVIN:  IP Co.

6              THE COURT:  Yes.

7              MR. PLEVIN:  And they conducted a detailed review

8  of the patents as part of IP Co.  That included reviewing the

9  patents, reviewing the prior art, considering the validity of

10  the patents, and determining if anybody was infringing the

11  patents.  This entire analytical effort was run out of the

12  Nortel Legal Department and the people who were doing the

13  analytical work were either in-house lawyers at Nortel or

14  people that they had hired like Global IP or Lazard to assist

15  them in their analysis.

16              THE COURT:  Right.

17              MR. PLEVIN:  And so as a result, the vast majority

18  of these valuation documents, as we call them, will be

19  subject to attorney-client privilege or work product.  So

20  ultimately, as Your Honor knows, the decision was made to

21  sell the patents.  They were sold in several ways.  There

22  were certain lines of business that were sold along with

23  associated patents and then there was a separate patent

24  portfolio that was sold to Rockstar, and as you know, the

25  total sales -- proceeds from all that was in excess of $7

1  billion.

2          Now, as part of each sale --

3          THE COURT:  4.6 billion, as I recall.

4          MR. PLEVIN:  To Rockstar.

5          THE COURT:  Yes.

6          MR. PLEVIN:  But 7.3 or 4 billion for the whole --

7  for all of the sales.

8          THE COURT:  Absolutely, including the line of

9  business sales, yes.

10          MR. PLEVIN:  Yes.  And as part of each

11  transaction, the winning bidder or the purchaser of either

12  the business line, or in the case of the patent portfolio,

13  Rockstar, received all the patent-related documents that were

14  connected to those patents.  So as part of the sale process,

15  Nortel set up these electronic data rooms and populated each

16  data room with documents related to the patents being sold.

17  Upon the closing, the contents of those data rooms were

18  transferred to the people who bought the patents that were

19  set out in the data room.  The data rooms did not include,

20  and I want to stress that, did not include the valuation

21  documents we just talked about that are subject to attorney-

22  client privilege or work product.  The fact that Rockstar got

23  these documents related to the patents it bought is not

24  disputed and is readily acknowledged by Rockstar, and this is

25  what Rockstar says in its response to Time Warner's stay

1  request at page 4.  "The Nortel Estate long ago transferred

2  its interest in the patents and issue in the Texas patent

3  litigation along with all patent-related documentation."  So

4  we transferred all the patent-related information and that's

5  why we say to the requesting parties go first to Rockstar;

6  they're the ones you're in litigation with; they're the ones

7  you're trying to defeat their claims.  They have all the

8  materials.  You go there first.  Now, I don't have to tell

9  Your Honor because you lived through it and I didn't about

10  the dispute among the Estates, about how to split up the

11  proceeds of all these sales.  That resulted in the allocation

12  litigation that this Court and the Canadian Court are

13  currently reviewing and you know as well that Orders entered

14  in this Court created a very strict regime for the documents

15  that were produced in that case and then later used at trial.

16  And the reason for that was the various Nortel entities and

17  others went out, collected about 3 million documents.  Most

18  of those were subject to confidentiality.  There was a very

19  elaborate procedure for reviewing the documents, for giving

20  notice to parties who had confidentiality rights, to clearing

21  the documents for viewing by other parties, and in that case,

22  because all three Nortel Estates shared the privilege, there

23  wasn't the privilege concern --

24          THE COURT:  Right.

25          MR. PLEVIN:  -- that we would have here if we have

1  to make productions.

2          So the next thing is that after the sale was done,

3  Rockstar, now owner of the patent portfolio, began taking

4  steps to enforce its patent rights, including, in some

5  instances, filing litigation, and in some cases, the parties

6  that Rockstar was having disputes with filed preemptive

7  litigation first or responsive litigation.  So there might

8  be two litigations about the same set of patents and it's in

9  those litigations that the subpoenas to Nortel from Verizon,

10  Google, and Time Warner arise.  All of those subpoenas that

11  we got and that our former employees and professionals got

12  are attached to Mr. Ross's Declaration, are now in evidence,

13  and as is evident from even a cursory review of those

14  Declarations, rather, those subpoenas, they are broad in

15  scope.  The requests are many in number; I think some of the

16  Google requests are well over 100 requests, and they're very

17  technical.  And the other interesting thing is that even

18  though they only deal -- each lawsuit only deals with a

19  relatively small number of patents, the requests themselves

20  range more broadly into the entire portfolio.

21          Now, I mentioned that some of these former

22  employees of Nortel or other professionals got subpoenas and

23  part of the problem is that they have Nortel documents in

24  their possession.  When the sale to Rockstar took place, 26

25  former Nortel employees went over to Rockstar, along with

1    their computers, which had both information that Rockstar was

2    entitled to and information that it wasn't entitled to, and

3    as part of the agreements, Rockstar agreed not to access the

4    information that it wasn't entitled to.  Well, because of

5    these litigation and litigation holds, our understanding is

6    that Rockstar kept all the information and now they've been

7    asked to produce the contents of some of those computers,

8    including information that is not Rockstar's but is Nortel's,

9    and so that's why this Motion includes those document

10   subpoenas because those are our documents, the property of

11   this Estate, and we think they need to be protected.

12            So as I indicated, there's presently two sets of

13   document collections that the requesting parties have access

14   to.  One is or shortly will be the allocation litigation

15   trial exhibits and the testimony.  The other is all of the

16   patent-related information that was transferred to Rockstar.

17   Now, the objecting parties suggest that that may not be

18   enough for them.  They say variously that they can't be sure

19   that Rockstar has produced all relevant documents or that

20   they can't get Rockstar to do it because Rockstar is playing

21   discovery games using different corporate entities, and even

22   putting that to the side, they have a feeling that Nortel may

23   have some documents still that weren't transferred to

24   Rockstar that are relevant, and so, accordingly, they want us

25   to produce a very wide swath of documents.  Let me tell you

1    where we would have to go in order to produce documents in

2    response to these subpoenas and you'll see the scope of the

3    burden that we're facing.

4            The first place we would go is the allocation

5    litigation database.  Now, this is not the trial exhibits,

6    which number about 2,200.  This is the full 3 million

7    documents that were gathered by the parties and put into the

8    database.  We have access to that and so we would have to

9    produce -- we'd have to search that database and review

10   documents and potentially produce documents from there.

11           Second, the U.S. Debtors, as part of the

12   allocation trial document gathering process, gathered about

13   600,000 documents that were not produced to other parties and

14   the reasons they were not produced are two-fold.  One, some

15   of them were not responsive to the consolidated document

16   request that was at issue in the allocation litigation.  And

17   the second is that some of those documents were subject to a

18   privilege in the U.S. Debtors that was not shared with the

19   Canadian Debtors or the EMEA Debtors and so they were not

20   produced.  But we would have to go to that database of

21   600,000 documents and look in there in response to these

22   subpoenas.

23           Third, we have a hard drive that contains

24   approximately 1.8 million documents that is basically the

25   contents of all the electronic data rooms, not just the

1  Rockstar electronic data room that it received as part of the

2  transaction, but also the electronic data rooms for the

3  business line sales and so we would have to look there.

4         Fourth, Nortel has, or rather I should say had, a

5  document management system called Livelink.  As I understand

6  it from Mr. Ross's testimony, that was largely a voluntary

7  system.  People could put documents on Livelink and then

8  access it in other offices.  That database exists.  It's been

9  maintained.  It can be searched, but the search capabilities

10 are very rudimentary given what's available in other

11 databases today.  And then Mr. Ross also describes how

12 cumbersome it would be.  If you find a document on Livelink,

13 you can't -- there's a cumbersome process of saving it to a

14 computer, et cetera, and so it's not a fast process.  It's a

15 very time-consuming, cumbersome process.

16        The fifth and last collection of documents that we

17 would have to look at are paper and electronic documents that

18 are archived at Iron Mountain, and Mr. Ross's Declaration

19 goes through this in some detail.  He says there's digital

20 media consisting of 142,000 physical items, mostly magnetic

21 tapes that may or may not be outdated; and also, more than

22 171,000 boxes of documents and other physical items and some

23 of the physical items in these boxes are laptops and computer

24 hard drives and Lord only knows how many documents might be

25 in those that would then have to be searched.  These Iron

1   Mountain -- I asked yesterday, and this is in the

2   Declaration, the Iron Mountain archives are not at one place.

3   I think the digital media is at five or six places and the

4   physical items, the boxes and the documents and the

5   computers, are at 7 or maybe 11 places but it's in the Ross

6   Declaration.

7           So those are the five places that the universe of

8   documents that we would have to look at.  Now, searching

9   these various collections and then reviewing the documents

10  would be very time-consuming, cumbersome, and expensive, in

11  part, because many of them can't be searched electronically

12  or there's not a good index.  For instance, Iron Mountain

13  only maintains a very high level catalog and so you have to

14  go through and figure out whether something might or might

15  not be in a particular box, but the only way to be sure would

16  be to crack open the box and actually look in it, and Mr.

17  Ross's Declaration goes through in a lot of detail how you

18  would have to go through all of this.

19          Now, let's assume we did all this and we came up

20  with a collection of documents that we then had to review.

21  We would have to look at each document on a page-by-page

22  basis for two things.  One, we'd have to figure out if it

23  contained confidential information that we transferred to

24  either Rockstar or one of the business line purchasers and

25  that we have obligations to preserve under either the Sale

Case 09-10138-MFW    Doc 14761    Filed 11/13/14    Page 33 of 181

33

1 Agreements or Orders of this Court.  Second, we'd have to

2 look to see if the documents were privileged and we'd have to

3 withhold documents that fit either category.  Now, to

4 determine if a document had somebody's confidential

5 information, we would need to have the reviewer be familiar

6 with all the Sale Agreements, all of the Orders of this Court

7 that relate to that, each related License Agreement to the

8 various Sale Agreements and some of this is very technical

9 stuff and we don't have staff at Nortel who can do this.  As

10 Your Honor knows, Nortel doesn't have any employees.  It only

11 has a small number of independent contractors, a -- what I

12 understand is a dwindling number, in fact, of independent

13 contractors, none of whom worked in these areas, these

14 technical areas, and so this would all have to be outsourced

15 to people who would have to come up to speed and learn how to

16 do this.  And as I was saying before, Your Honor, to look at

17 the documents, the confidential documents, to give notice, if

18 there was an IP Co. document that talked about a possible

19 sale of three business lines, what we would have to do to

20 give notice to the purchasers of each of those business lines

21 is create three different redacted versions of the document.

22 So that for Company A, we would show them the Company A

23 information that we'd propose to disclose, but block out

24 Companies B and C and so on for the other two, and just

25 talking about that makes it clear how difficult and time-

1  consuming that would be.

2          Now, who would the counterparties who might have

3  rights, confidentiality rights, in the documents?  Well,

4  certainly, Rockstar, the business line purchasers, licensees,

5  who I understand number in the hundreds and who sometimes

6  don't want their identities even to be disclosed, the other

7  Nortel Estates, because it's not always clear who owns what

8  information and particular documents, all of the other core

9  parties in the allocation litigation, and anyone who produced

10 documents to us in the allocation litigation that's in the

11 database such as law firms like Global IP or Lazard.

12         Now, in the allocation litigation, this entire

13 procedure of clearing documents and clearing confidentiality,

14 but not privilege as I mentioned, had to be undertaken only

15 for the 7,000 potential trial exhibits that were originally

16 culled down from the 3 million exhibits or rather documents

17 in the database and then subsequently to the 2,200 trial

18 exhibits.  The searches that we've been asked to run here

19 would have to be run at those various collections I

20 mentioned, total 5.5 million documents and that's without

21 counting Livelink or Iron Mountain.  So just the databases

22 that I mentioned, the first three, that's 5.5 million

23 documents.  One could well imagine that if we run 20 searches

24 or 100 searches against that database that the eventual

25 output would be in the hundreds of thousands of documents and

1   we would then have to go through this process of looking at

2   each document on a page-by-page basis for each of those many

3   hundreds of thousands of documents.  In the allocation

4   litigation, the three Nortel Estates split up the task of

5   doing the 7,000 document review, but we'd have to do it all

6   ourselves since we're the only ones under subpoena.  In the

7   allocation litigation, this was all done at a single point in

8   time.  But if we do it now for Google and Time Warner and

9   Verizon and then we get subpoenas in two months from Arris

10  and Cisco and the MSO Plaintiffs, we have to do it again.

11  And then if Rockstar sues some other people six months from

12  now and they serve us with subpoenas, we have to go through

13  the whole thing again.  So that's the burden and it will be

14  in effect as long as these Estates are open and Your Honor

15  probably knows a lot better than I do what -- how long that

16  might be, you know, with the upcoming Decision and potential

17  appeals from that.

18          So the other thing I need to mention, just to give

19  the overall picture here is the liability risk that we suffer

20  or that we're exposed to because it's tempting to think that

21  we could skip those steps, and as you suggested, create a big

22  collection or put all the documents in a virtual data room or

23  in a warehouse and say come and get them; whatever you want,

24  but because of the confidentiality issues we can't do that.

25  Rockstar inherited some of our privileges and so they've told

1    us they're not waiving privilege.  They don't want us

2    producing confidential materials, and I'm sure the other

3    parties who have confidentiality rights don't either and

4    given the billions of dollars that were paid for these patent

5    rights, I think it's fair to assume that these people are

6    serious about that, about maintaining confidentiality.

7    Rockstar, in responding to some subpoenas or some, I guess,

8    Rule 34 requests in one of the cases, said they were

9    reserving their rights to seek damages from us should we --

10   let me take that back.  It was they filed a document

11   regarding a subpoena served on us.  So it wasn't even a Rule

12   34 request to them.  It was regarding the subpoena to us and

13   they said in that that they reserve the right to seek damages

14   from us should we make a production of material that we

15   shouldn't.  And so the untenable situation that we find

16   ourselves in is that on the one hand, we're being asked to do

17   a massively expensive and burdensome search for documents,

18   most of which the relevant materials are already out there,

19   either because Rockstar has them or they'll be in the

20   materials that we will make available.  We can't short

21   circuit the process because of the liability concerns that we

22   have and we may have to repeat this process over and over and

23   over and over again.

24               So that brings me to the relief we're seeking.  We

25   are asking the Court to help regulate this discovery process,

1  not to enjoin or stay discovery.  We believe, first of all,

2  that the automatic stay applies by its own terms; that

3  Section 362(a)(3) stays acts to obtain possession or property

4  of the Estate or to exercise control over property of the

5  Estate; that corporate books and records are property of the

6  Estate and that that stay provision applies to our documents

7  wherever and by whomever held, and thus, it applies to the

8  documents that the 26 former employees and anybody else who

9  has our documents has in their possession.

10        The Objectors point to primarily two cases,

11 *Miller*, which is a Ninth Circuit BAP case, and *Kenoyer*, which

12 is from the Northern District of California by Judge

13 Weissbrodt, and they argue that those cases stand for the

14 proposition that the stay does not apply when third-party

15 discovery requests are made to Debtors.  In both of those

16 cases though, as I think *Philadelphia Newspapers* and

17 *Residential Capital* points out, testimony only was being

18 sought in those cases, not documents, and certainly not a

19 document request that would put the kind of onerous burdens

20 on the Estate that we face here.

21        Now, even if the stay does not apply by its own

22 terms, I think it's undisputed and unquestioned that this

23 Court has the power under Section 105 to extend the stay to

24 protect the Debtors and that's additional relief that we're

25 asking for here.  We're asking the Court to first tell the

1  requesting parties to go to Rockstar to get the patent-

2  related documents and to review the allocation litigation

3  trial exhibits and testimony that will be made available;

4  that instead of issuing subpoenas, they would first make

5  informal requests to us.  We would meet and confer.  In those

6  meet and confers, I'll tell you that we will be guided by

7  several general precepts.  First, we would want any

8  production that we make to be subject to a subsequent Order

9  entered by this Court, presumably in that case on consent,

10  but with notice to everybody who has confidentiality rights

11  saying that if we complied with the particular procedures

12  that were prescribed in that Order, we would not have any

13  liability.  The Court entered an Order like that in the

14  allocation litigation at Docket No. 13554, paragraph 9, and

15  that's the kind of provision that we would be looking for.

16  So just by way of example, we might seek an agreement that we

17  could use electronic filters to determine what was

18  privileged, and if we then withheld those documents, we were

19  complying with our obligations and if a document happened to

20  sneak through, we would not be liable, and of course, we

21  would want any production to be subject to full claw back

22  rights.

23          THE COURT:  Right.

24          MR. PLEVIN:  Not only by us but by, in this case,

25  Rockstar, to the extent that it shares or inherited the

1  privilege in order to make sure that the privileges were

2  maintained.  But that way, we might not have to do the page-

3  by-page review.  If everybody agreed we wouldn't be liable,

4  we could use an electronic filter.

5       Second, we would want any production we make to be

6  subject to an attorney eyes-only Protective Order, which I

7  understand not being an IP lawyer is fairly standard in these

8  sorts of IP cases.

9       And third, we would need the parties to agree to

10  appropriate cost sharing.  We would want our costs to be

11  borne in full by the requesting parties and if that wasn't

12  the case, then to the extent necessary, we would want cost

13  sharing with either Rockstar or the other two Estates, to the

14  extent that was appropriate.

15       And then as I mentioned before, if after all of

16  this effort and meeting and conferring there was no

17  agreement, the requesting parties wouldn't be out of luck.

18  They would have a safety valve.  They could come to this

19  Court and explain why they should be allowed to serve us with

20  a subpoena.  The Court could grant the subpoena at that time,

21  could grant the leave, rather, to issue the subpoena and if

22  it did, we would have our rights to oppose the subpoena, seek

23  a Protective Order, et cetera.  And that's the process that

24  we are asking the Court to put in place.  Now, this follows

25  very closely to what Judge Glenn did in *Residential Capital*

1    where he had a very similar situation.  There, he stayed all

2    third-party discovery from the Debtor under Section 105.  He

3    was very explicit about the balance he was drawing and the

4    six factors that he looked at.  And although I've touched on

5    some of these already, let me just quickly tick off Judge

6    Glenn's six factors and how they apply here.

7              The first is scope, the scope of discovery.  The

8    requests here to us are very broad.  We've tried to narrow

9    them, but the negotiations are an ongoing process, and of

10   course, we've committed to producing the allocation trial

11   materials I mentioned.

12             Second is context, and here I would emphasize that

13   the vast majority of the patent-related documents are already

14   at Rockstar and that the relief we seek is necessary because

15   of the significant liability risk.

16             The third factor is need, and we would submit that

17   the requesting parties actually have little need for the

18   documents they're seeking from us because of the availability

19   from other sources and the fact that most of the documents

20   that remain in our hands would be subject to privilege

21   because they are valuation-related documents that were part

22   of the Nortel Legal Department IP Co. process.

23             Timing.  Although responsibility for dealing with

24   these subpoenas has been shifted from the Cleary firm to my

25   law firm, the Estates are not closed.  There is much effort

1    remaining.  The Estates will likely remain open for years.

2    And with all the future subpoenas that we're likely to get,

3    this problem will likely go on for a long time.

4          I think I've said enough about burden and all its

5    various aspects and then the last item I would mention is

6    expense.  As Mr. Ross's testimony through the proffer

7    demonstrates, this has already been expensive for us.  So far

8    though we only have five subpoenas involving about 25 to 30

9    patents, but we've been told more are coming.  There may be

10   more lawsuits and the process that I outlined in terms of

11   reviewing the collections and then protecting privilege and

12   confidentiality will be very costly.  Also, we don't have

13   agreement on cost sharing with anybody and so right now we're

14   at risk of having to bear all these costs.  In our Brief, we

15   estimated that the costs would be 2 million.  I think now

16   that I know more about this, that's very much on the low

17   side.  But it's hard to give a hard number beyond that

18   because there are so many variables, including how many

19   subpoenas we're served with and what the scope of those

20   subpoenas are.  So I'll just content myself with saying that

21   2 million is on the low side.  But the other point I want to

22   make is 2 million is 2 million.  If we have to pay 2 million

23   or 5 million or 10 million, it's that much less that we have

24   to distribute to our creditors.

25          In addition to *Residential Capital*, the Decision

1  by Judge Robreno in *Philadelphia Newspapers* is also

2  instructive.  There, he affirmed the Bankruptcy Court 105

3  Order and noted that if he didn't, the discovery could open

4  the floodgates.  Judge Robreno was concerned about the

5  cumulative effect of all of the litigation against the

6  Debtors; that it would cost the Debtors a lot of time,

7  effort, and money to respond and he also talked about what

8  I've referred to as the safety valve; that the requesting

9  party there always could come back to the Bankruptcy Court

10  and seek relief.

11          Now, the Objectors say that we used the wrong

12  procedure; that we can't get the stay extended under Section

13  105 because we didn't file a Complaint.  In response to that,

14  I would point out that Bankruptcy Rule 7001 sub (7) only

15  requires the filing of an adversary proceeding when an

16  injunction is being sought.  We're not seeking an injunction.

17  We're merely seeking an Order as a matter of Case Management.

18  Judge Glenn, in *Residential Capital*, drew exactly that

19  distinction in holding that an adversary proceeding was not

20  necessary to give the Debtors the relief sought there.   He

21  referred to it as an Order extending the stay to discovery is

22  one that relates to the administration of the bankruptcy case

23  itself; like other case administration Orders, it does not

24  require filing an adversary proceeding.

25          So in sum, Your Honor, I don't want to -- I've

1  probably repeated myself too much already, but I'll just sum

2  up by saying these requests are very broad.  There's more

3  requests on the horizon.  It will be very expensive and

4  burdensome and distracting for us to respond to them.  We've

5  proposed a process that we think is a fair and reasonable and

6  sensible one with safety valves in the event that things

7  don't go as we think they will and we think that this is a

8  reasonable exercise at the Court's discretion and we ask the

9  Court to enter the Order.

10           THE COURT:  All right.  Thank you, Mr. Plevin.

11  Yes?

12           MR. PLEVIN:  Your Honor, I think -- where's Mr.

13  Johnson?  I think there was somebody who actually wanted to

14  speak in support of the Debtor's position.

15           THE COURT:  All right.  Mr. Johnson, it's good to

16  have you back.

17           MR. JOHNSON:  Good afternoon, Your Honor, Robert

18  Johnson, from Akin Gump --

19           THE COURT:  Yes, sir.

20           MR. JOHNSON:  -- on behalf of the Official

21  Committee of Unsecured Creditors, and I do want to just state

22  briefly that we are here about creditor recoveries and we

23  don't want to see the Debtors expend unnecessarily in

24  responding to these discovery requests.  We believe that what

25  the U.S. Debtors have proposed here is fair and reasonable

1    and it's an appropriate method of managing these discovery

2    requests and so we fully support the Debtor's proposal.

3              THE COURT:  All right.  Thank you, Mr. Johnson.

4              MR. JOHNSON:   Thank you.

5              THE COURT:  Mr. Guzior.

6              MR. GUZIOR:  Guzior, Your Honor.

7              THE COURT:  Excuse me.

8              MR. GUZIOR:  Your Honor, if I may approach?  I

9    prepared a very short slide deck to help guide our thinking a

10   little bit.

11             THE COURT:  Have you shared that with the other

12   parties?

13             MR. GUZIOR:  I will right now, Your Honor.

14             THE COURT:  All right.  Thank you.

15             MR. GUZIOR:  And, Your Honor, I'm speaking not

16   only on behalf of Time Warner Cable, but on behalf of Cisco

17   Systems, the Arris Group Plaintiffs, and the Charter

18   Communications Plaintiffs as well.

19             THE COURT:  All right.

20             MR. GUZIOR:  So, Your Honor, where I'd like to

21   start is with this idea that you discussed with Mr. Plevin at

22   the beginning of his argument, that there are all of these

23   lawsuits out there that had been filed and that is somehow an

24   unmanageable process, and Rockstar is going to be filing

25   still more lawsuits we anticipate in the future, and the

1    requesting parties are somewhat confused because what we

2    wonder is was that not contemplated at the time that the

3    Asset Sale Agreement was signed?  And, Your Honor, moving to

4    the first slide that we have prepared, you know, we need to

5    look at what is the relationship between Rockstar and Nortel.

6    And as Your Honor well knows, Rockstar is the patent

7    assertion vehicle that acquired a very large portfolio of

8    patents from Nortel in 2011 for about $4.5 billion.  But as

9    Your Honor also knows, Rockstar didn't acquire just patents.

10   Rockstar also received litigation files related to those

11   patents.  Rockstar also received patent infringement claim

12   charts related to those patents, and Rockstar also received

13   lists of potential litigation targets.  In sum, Your Honor,

14   Nortel didn't sell Rockstar just patents.  Nortel sold patent

15   litigations to Rockstar.  So we wonder how was it that Nortel

16   didn't contemplate at that time that in selling pre-packaged

17   litigations to Rockstar, it wasn't going to receive third-

18   party subpoenas?  And unsurprisingly, Your Honor, Rockstar

19   has indeed gone out and asserted Nortel's patents against

20   specific litigation targets that Nortel identified, including

21   Time Warner Cable and Cisco.  In those litigations, Your

22   Honor, as we point out in our Briefing, Rockstar has chosen

23   to make Nortel a central figure.  Rockstar boasts about how

24   Nortel allegedly developed, the technologies that are

25   described by the patents in suit, and Rockstar also boasts

1   about how it is now this steward for Nortel and the steward

2   of the Nortel patent portfolio.  And, Your Honor, critically,

3   the patents that Rockstar asserts are for the most part not

4   new.  These are patents that Nortel held in some cases for

5   more than a decade before it transferred them to Rockstar.

6   So from that history, Your Honor, we distill two points that

7   we think should run in the background.  The first is that it

8   is entirely fair for NNI to respond to third-party discovery

9   requests.  Third-party subpoenas are a natural consequence of

10  the Asset Sale Agreement.  We submit they were not only

11  foreseeable; they were inevitable.

12          And the second point that we distill out of that,

13  Your Honor, is that discovery from NNI is not peripheral.  It

14  is important to these cases.  Nortel is the party that

15  allegedly developed the technology in these cases.  It's the

16  party that had the opportunity to commercialize that

17  technology.  It's the party that participated in the

18  patenting process for that technology.  It's the party that

19  for many years had the opportunity to assert and license that

20  technology.  And then finally, as Your Honor well knows, it's

21  the party that undertook a detailed valuation of those

22  patents before it sold them in the auction to Rockstar.

23          So, Your Honor, again, unsurprisingly, NNI has

24  received third-party discovery requests related to Rockstar's

25  stewardship of the Nortel patents and NNI is simply not an

1 ordinary third-party in these litigations, Your Honor.  One

2 such subpoena was sent to NNI by Time Warner Cable on June 9th

3 of 2014 related to a litigation that Rockstar filed against

4 Time Warner Cable in the Eastern District of Texas.  Now,

5 Your Honor, Mr. Plevin says these are, you know, unmanageable

6 subpoenas with hundreds of document requests.  What Mr.

7 Plevin did not mention is that by August, Time Warner Cable,

8 and myself personally, Your Honor, negotiated the scope of

9 the document requests down to five categories of documents

10 that we were seeking.  Two of those categories, Your Honor,

11 are documents that the Debtors were preparing for proceedings

12 before this Court, the allocation trial exhibits and five,

13 now six, deposition transcripts.

14          Now, Your Honor, we believe that the parties have

15 already reached substantial agreement on the scope of NNI's

16 document production and NNI's search of additional ESI.  Now,

17 Mr. Plevin made his argument that we don't have a deal, and

18 Your Honor, Time Warner Cable has never said we have a deal.

19 But, Your Honor, I think that Mr. Plevin's example on that

20 point is incorrect.  This is not simply a circumstance where

21 I'm saying, Your Honor, I'll buy your business for $1 million

22 and that's all there is to the deal.  There are many pieces

23 to it.  It's more like, for example, if Your Honor were to

24 say to me I want you to renovate my house and we had to make

25 negotiations about what I would do for the plumbing, what I

1    would do for the flooring, many pieces moving, and then at

2    the end I might say, okay, we know what I'm going to do to

3    renovate your house.  Now what I want is for you to pay me a

4    million dollars to do it.  What Time Warner Cable means when

5    it says the parties have reached substantial agreement, we

6    have worked through all of the pieces of the renovation, Your

7    Honor.  We figured out how we're going to do the flooring.

8    We figured out how we're going to do the plumbing.  And all

9    that remains is their demand that, in exchange for that work,

10   Time Warner Cable foot the bill.  So we do think that there

11   is substantial agreement on the scope of the work to be done.

12   Now, Your Honor, since there was some interest in Mr.

13   Plevin's presentation about what the scope of the document

14   production might look like, I think it's worthwhile to run

15   through what we have agreed on, and that's on slide 5 of the

16   presentation if it would be helpful.

17            THE COURT:  Absolutely.

18            MR. GUZIOR:  Your Honor, so what have we agreed

19   on?  Well, we have agreed that NNI can produce the allocation

20   litigation trial exhibits.  We understand that to be a set of

21   2,250 documents.  1,848 of those documents can be produced

22   now.  Ten of those exhibits, Your Honor, we understand are

23   under seal, and we understand that's at the request of the

24   Canadian Revenue Authority.  We have not requested that NNI

25   produce those documents, Your Honor.  Now, 392 of those

1    exhibits, Your Honor, Rockstar insists, as NNI has told us,

2    cannot be produced without NNI incurring liability.  We do

3    not understand these documents to be joint Nortel privileged

4    material as described by paragraph 11 of this Court's Order

5    governing sealing and redacting of trial exhibits.  We don't

6    understand these documents to have been identified by Nortel

7    or any of the other Estates as privileged or joint Nortel

8    privileged.  Rockstar has, nonetheless, demanded that NNI not

9    produce those documents without incurring liability.  We

10   don't understand how Rockstar is doing that and we don't

11   understand why NNI is acting at Rockstar's say-so, Your

12   Honor.

13           Moving on from allocation litigation trial

14   exhibits, the parties have agreed on production of full

15   deposition transcripts from the allocation litigation for six

16   individuals relative to the patents, Your Honor.  The parties

17   have also agreed on production of merely two bid evaluation

18   documents that NNI has identified to date.  Apart from

19   production, Your Honor, we have agreed that NNI could search

20   the allocation litigation database.  Mr. Plevin told you

21   that's a database that consists of roughly 3 million

22   documents that were collected and produced for the allocation

23   proceedings before Your Honor.  Now, Time Warner Cable has

24   already provided NNI with what I'm going to refer to as

25   common search terms and case specific search times.  Now, to

1  linger on this point for just one moment, what are the common

2  search terms, Your Honor?  The common search terms are a list

3  of terms that Time Warner Cable worked on with Google; that

4  Time Warner Cable worked on with Arris; that Time Warner

5  Cable worked on with Charter Communications; and that Time

6  Warner Cable worked on with Cisco.  It is not a single list

7  that Time Warner Cable submitted on its own.  It represents,

8  exactly as Your Honor said, a way to create a common set of

9  material, and we asked them to run those only 20 common terms

10 against this allocation litigation database, and Your Honor,

11 it's not like that is difficult to do.  As of Wednesday, we

12 understand they are running those search terms now and we

13 also understand that NNI has agreed to incur whatever costs

14 are associated with running those search terms because it was

15 minimal.

16         Now, Your Honor, what are the case specific search

17 terms?  It makes sense that we can come up with a common list

18 of topics that will be of interest to any party litigating

19 against Rockstar; topics such as Nortel's valuation of the

20 portfolio, topics related to the patent sale itself.  But,

21 Your Honor, each case involves different patents and

22 different technologies, and in some cases different licensing

23 issues.  We initially went to NNI and we asked them to

24 collect together technical documentation they might have

25 related to the patents in suit, and Your Honor, we even asked

1    them to do the somewhat simpler task of letting us know if

2    they have preserved any documentation for the named inventors

3    of the patents in suit, simply if they have it.  In response,

4    we were told that NNI does not have any employees remaining

5    with sufficient technical or commercial knowledge to tell us

6    if any documents have been preserved concerning the patents

7    in suit or even to tell us if any documents have been

8    preserved that were created by the named inventors of the

9    patents in suit.  NNI, therefore, requested that Time Warner

10   Cable put together a list of technology-specific search terms

11   that it could run in recognition of the fact that NNI does

12   not have employees to identify those documents.  So, Your

13   Honor, that is the list of case-specific search terms.  It's

14   designed to replace documents that employees otherwise would

15   have found.

16           So moving on from the allocation litigation

17   database, Your Honor, NNI has also agreed that it can search

18   the data for eight custodians relevant to the patents they

19   own that was collected but not produced into the allocation

20   litigation database.  For that database, Your Honor, we have

21   undergone the same process of proposing common search terms

22   and case-specific search terms.  It's the exact same list

23   that we just discussed, Your Honor.  And again, Your Honor,

24   we understand that NNI is running those search terms now and

25   that the cost was so minimal that they agreed to incur it

1  themselves.

2         Moving on from that database, Your Honor, we see

3  that we also have discussed the ESI search of the Livelink

4  database.  Your Honor, we noted in our Objections and also in

5  our supplement that Time Warner Cable has never demanded the

6  restoration of 142,000 magnetic tapes that are being stored

7  at Iron Mountain.  We have never demanded the scanning of

8  174,000 boxes of hardcopy documents.  What we've asked for is

9  more information about what is stored here because, Your

10 Honor, information about what has been preserved is an

11 element of a defense to patent infringement, in particular,

12 laches or estoppel.  And, Your Honor, what have we asked NNI

13 to do for us with respect to the Livelink database?  Well,

14 we've proposed, again, the list of common search terms and

15 case-specific search terms and we have asked them to run it

16 against the Livelink database and simply tell us are there

17 any hits and then we would discuss whether anything further

18 needed to be done.

19         With respect to Iron Mountain, Your Honor, Time

20 Warner Cable has asked for even less.  All that we have asked

21 to do is inspect the online catalog and NNI, as Your Honor

22 may have seen in the October 27th letter from Mr. Supko to me,

23 offered that inspection and we haven't yet scheduled it, but

24 I'm going to go and take a look at what the online catalog

25 offers, and I've said to them that I'm mindful of the fact

1    that they are Debtors and we're not going to ask them to run

2    search terms against the online catalog until I really know

3    that it's worthwhile.

4            So, Your Honor, this is the scope of what the

5    parties have agreed to and it is somewhat disheartening to

6    hear Mr. Plevin come up here and dismiss this work that we

7    have done between October 27th and today that, frankly, has

8    taken a substantial amount of my time not just to reach the

9    agreement with NNI, but to get many clients to agree to the

10   proposal.

11           And, Your Honor, finally, there is much talk about

12   the idea that the requesting party should simply get these

13   documents from Rockstar.  Based on the information available

14   to Time Warner Cable, these document categories that we just

15   discussed are only available from NNI.  NNI has never

16   represented to us that all of this was transferred with

17   patent-related documentation.  Now, I think it's worth

18   lingering for a moment on what is patent-related

19   documentation because much of Mr. Plevin's argument focused

20   on the idea that NNI transferred patent-related documentation

21   to Rockstar.  Well, Your Honor, as you may know from the

22   Asset Sale Agreement, patent-related documentation is a

23   defined term in that Agreement and what does it mean?  It

24   consists of 12 specific categories of documents.  All but one

25   category of those documents, Your Honor, is very specific to

1  a set of documents.  For example, ribbon copies of all of the

2  transferred patents.  One category, Your Honor, is generic;

3  all books and records that may exist.  We have done our best,

4  Your Honor, to figure out what that means, including

5  inquiring of Constellation, one of Rockstar's subsidiaries,

6  in a 30(b)(6) deposition.  To date, no one has been able to

7  tell us what those books and records are, what it consists

8  of, or that it involves any of these documents that we just

9  discussed, Your Honor.  We simply have no idea.  So when

10 we're talking about patent-related documentation, Your Honor,

11 it's tempting to think, well, when they sold the patents to

12 Rockstar, they transferred all the patent-related

13 documentation.  Your Honor, on a rigorous analysis of what

14 that term means, there is a bunch of information at NNI

15 related to the commercialization of the technology, related

16 to potentially email communications among the named inventors

17 on a patent in suit and we have no reason to think that

18 that's part of patent-related documentation.

19        Moving on to slide 6, Your Honor, now, I merely

20 point out here that if we look at NNI's Proposed Order,

21 paragraph 2 seeks nothing but a broad stay, as they put it,

22 of third-party subpoenas to NNI, its former employees, and

23 several other parties affiliated with NNI.  That list

24 includes former executives, officers, and employees of

25 Rockstar.  If we look at paragraphs 3 through 5 of the

1  Proposed Order, Your Honor, we see that those merely seek to

2  govern the substantive scope of NNI's document production.

3  But, Your Honor, why are we doing that?  We just went through

4  the list of, in the renovation agreement, what the parties

5  have agreed will be done as in the scope of the work.  So why

6  would the Court undo the progress that we have done to date?

7  So, Your Honor, given the substantial agreement, TWC submits

8  there is no need for those paragraphs in the Proposed Order,

9  and Your Honor, if it's of interest, on slide 7, I've

10 reproduced the text of those paragraphs if Your Honor should

11 have questions.

12        Moving on to slide 8, Your Honor, I want to go to

13 what we think is the crux of the dispute and this matches

14 very closely with what Mr. Plevin told you were the two

15 essential issues.  As NNI puts it in its Reply, who should

16 pay for NNI's costs associated with complying with these

17 discovery requests, and Your Honor, relatedly, what can we do

18 about Rockstar's alleged threats that apparently create, and

19 here I quote, "an ever looming possibility that a simple

20 misstep by Debtors in responding to the subpoenas could

21 result in the Estate suffering significant post-Petition

22 liability."

23        Finally, Your Honor, we need to address NNI's

24 proposed restrictions on depositions of former Nortel

25 employees.  So, Your Honor, let's first talk about who should

1  pay.  Now, TWC's proposal to NNI was that they produce

2  documents under the Protective Order that has been entered in

3  the Eastern District of Texas.  Now, what does that Order

4  provide, Your Honor?  Well, it provides three things that I

5  think are relevant to our discussion.  It provides the

6  ability to designate documents attorneys' eyes only.  Your

7  Honor, that was one of the conditions that Mr. Plevin listed

8  for you earlier.  But it also allows them to designate

9  documents outside attorneys' eyes only.  It also provides

10 rigorous protections for inadvertently produced confidential

11 information.  What do I mean by that?  Well, what I mean is

12 that if NNI were to inadvertently produce a document that a

13 party were later to claim contains its confidential

14 information, there is a procedure under the Protective Order

15 for re-designating that document and the immediate

16 destruction of the document that was inadvertently produced.

17        Finally, Your Honor, the Protective Order provides

18 rigorous procedures for claw back of inadvertently produced

19 privileged material and protections for that material.  The

20 Protective Order we have in the Eastern District of Texas,

21 Your Honor, is even somewhat different and more protective

22 than customary Protective Orders that I've dealt with.  Under

23 this Order, Your Honor, if a document is identified as

24 inadvertently produced privileged material, the party must

25 immediately -- well destroy it within five days, confirm

1 destruction, and then if that party were to contend that the

2 document is not privileged, file a Motion to Compel after

3 destruction of the document.  That's different from customary

4 Protective Orders, Your Honor, because, typically, the

5 receiving party would be permitted to file a Protective Order

6 before destroying the document.  This Protective Order is

7 even more protective of material that's produced.

8          Finally, Your Honor, there's been much discussion

9 about NNI's obligations to Rockstar.  What are those?  NNI's

10 confidentiality obligations under the Asset Sale Agreement

11 only require "commercially reasonable efforts to have

12 confidential treatment accorded to document productions."

13 Well, Your Honor, that is entirely consistent with the

14 Protective Order that's been entered in the Eastern District

15 of Texas.  Since July, Your Honor, I've been making this

16 point to NNI that we will allow blanket designations under

17 the Protective Order in the Eastern District of Texas.  I

18 provided a copy of this Protective Order to them very early

19 on in this process and TWC doesn't understand why this isn't

20 addressing a lot of the parties' concerns.

21          Moving on though, Your Honor, on who should pay,

22 what does NNI allege in its Motion and in its Reply Brief?

23 Well, NNI says that Rockstar has threatened NNI repeatedly

24 with post-Petition liability and they say in their motion for

25 even inadvertent disclosure of confidential or privileged

1  information.  In its Motion, NNI even says that Rockstar has

2  suggested that inadvertent disclosure would be a "material

3  breach of the Asset Sale Agreement."  Your Honor, I want to

4  focus on paragraph -- or footnote 15 to NNI's Reply, and I've

5  reproduced it on slide 10 because I think it's important.

6  Here's what NNI tells us.  The Objector suggests that the

7  Protective Orders in the underlying patent cases should be

8  sufficient to protect third-party confidential, not

9  privileged, information.  Debtors do not necessarily

10  disagree.  But the problem is that at least Rockstar has

11  refused to agree that Debtors would not be violating their

12  contractual non-disclosure obligations by making a production

13  under such circumstances.  This reality forces Debtors to

14  undertake painstaking document-by-document reviews in order

15  to avoid exposing their Estates to significant post-Petition

16  liability.  Your Honor, I submit that Rockstar's refusal, or

17  alleged refusal, to accept NNI's production of documents

18  under the Protective Order in the Eastern District of Texas;

19  that's a litigation to which Rockstar is a party and a

20  Protective Order under which Rockstar has already produced

21  thousands of documents to us, is highly unreasonable and not

22  at all consistent with what NNI's confidentiality obligations

23  actually are.

24          So, Your Honor, who should pay?  Well, on the one

25  hand, Time Warner Cable has done everything possible to

1  alleviate the review burden on NNI.  On the other hand,

2  Rockstar has done everything possible to threaten NNI and

3  impose "painstaking document-by-document reviews" and NNI

4  has, I submit, unreasonably capitulated to those threats.

5  Given this, Your Honor, TWC has no obligation to reimburse

6  NNI for a review burden that it has attempted to alleviate.

7  And, Your Honor, in our Objections, I provide an examination

8  of the *Barrend* case, the *Bell, Inc*. case, and a footnote

9  citation to the *U.S. Bank* case, and I think those cases are

10 key to resolution of that issue.  In particular, Your Honor,

11 Time Warner Cable, just like the requesting party in the

12 *Bell, Inc*. case from 2014 in the Eastern District of

13 Virginia, we are more than happy to have access to NNI's

14 documents, to have access to a database, to review the

15 documents for NNI, to identify confidentiality or privileged

16 documents, to agree that that will only be done by outside

17 Counsel on an outside Counsel eyes-only basis.  If NNI were

18 to agree to that, Your Honor, the cost to them is nothing.

19 Therefore, Your Honor, Time Warner Cable is like the

20 requesting party in *Bell, Inc*. and if NNI decides to reject

21 Time Warner Cable's reasonable accommodations, it should bear

22 the costs associated with that rejection.

23        Your Honor, moving on to the related issue of

24 Rockstar's alleged threats, and I think, you know, this gets

25 to the heart of why this Motion was filed, in our view, and

1    Mr. Plevin's statement that they would want an Order stating

2    that they could comply -- that if they complied with the

3    Court's procedures, they would not have liability.  For

4    example, if they applied certain search term filters or if

5    they designated documents outside attorneys' eyes only.  NNI

6    tells us, Your Honor, today that it has immediate possession

7    of a substantial set of documents that are highly relevant to

8    the Rockstar litigations.  These are the trial exhibits from

9    the allocation proceedings.  Your Honor, since July, Time

10   Warner Cable has requested a set of merely 19 high-priority

11   trial exhibits.  We have been told by NNI that since July,

12   Rockstar has been reviewing those 19 documents for

13   confidentiality.  Your Honor, but it's not just those 19

14   documents.  The 1,848 trial exhibits that are ready to be

15   produced to us, Rockstar was unwilling to confirm to NNI that

16   it could produce those documents.  Although Rockstar has

17   already reviewed them and decided that they don't contain

18   privileged information, Rockstar was unwilling to provide NNI

19   with the comfort that if it produced them, it would not incur

20   liability.  I submit that's not reasonable.

21          Finally, Your Honor, we have already discussed it.

22   Rockstar is holding up the production of 392 trial exhibits.

23   It seems entirely inconsistent with this Court's Order for

24   sealing and redaction of trial exhibits.  We are perplexed as

25   to why NNI is capitulating to that demand.

1          Your Honor, we respectfully submit that the

2   Court's guidance on those issues could avoid substantial

3   costs and difficulties in NNI's document production, and in

4   particular, this isn't just with respect to the trial

5   exhibits.  NNI has suggested that this will be a problem

6   going forward.  Your Honor, the problem for me is that's not

7   consistent with the litigation schedule that I have to

8   grapple with in the Eastern District of Texas.  We have

9   substantial completion of discovery in January and drop-dead

10  full in May.

11         So, Your Honor, the final topic that I believe is

12  the crux of the dispute, what are NNI's proposed deposition

13  restrictions?  Well, NNI's proposed deposition restrictions,

14  which were substantially modified yesterday, requires

15  subpoenaing parties to pre-clear many depositions with NNI.

16  What is the practical effect if the Court were to enter

17  paragraph 6 of this Order?  Well, Your Honor, without NNI's

18  approval or successful motion practice before this Court, I

19  would not be able to depose several of Rockstar's officers,

20  executives, and employees, former or current, including at

21  least 10 individuals that Rockstar has identified on the

22  initial disclosures in the EDTX case.  Paragraph 6 would also

23  prevent me from deposing NNI and other relevant witnesses

24  that were involved in asserting and valuing Nortel patents.

25  A name Your Honor may have heard, Christopher Chinchilla, for

1   example.  Well, Your Honor, we struggle with paragraph 6 also

2   because these proposed restrictions are vague, unreasonably

3   disruptive, and they'll likely lead to frequent motion

4   practice before Your Honor, as much as I would enjoy that,

5   Your Honor.  I want to give two examples.

6              THE COURT:  It would be nice to have you here but

7   I'm not sure I would enjoy it very much either, Mr. Guzior.

8              MR. GUZIOR:  Well, I'm sorry to hear that, Your

9   Honor.  I want to give two examples here.

10             THE COURT:  Yes.

11             MR. GUZIOR:  So the 30(b)(6) deposition of Donald

12  Powers was held on October 23, 2014.  Donald Powers is a

13  current attorney at Rockstar, but for many years he was an

14  in-house attorney at Nortel.  When NNI filed its Motion, Your

15  Honor, we were understandably confused as to whether this

16  scheduled deposition could go forward.  NNI had asserted that

17  any of these requests were currently covered by Section

18  362(a)(3) of the Bankruptcy Code and could we hold this

19  deposition without being held in contempt of Court?  So we

20  reached out to NNI and the answer was unclear.  NNI kept

21  telling us, you know, we will do nothing to block that

22  deposition, but we reserve all of the arguments that we've

23  made in our Motion.  Eventually, Your Honor, NNI's Counsel

24  agreed to attend this deposition, but it took much work for

25  us to understand if this deposition, the 30(b)(6) deposition

1   of the Plaintiff, could go forward without NNI's approval.

2   Similarly, Your Honor, we are currently unclear on whether we

3   could notice the deposition of former NNI employees who are

4   now executives with Rockstar.  For example, Your Honor,

5   Christopher Chinchilla was for a time the Chief IP Counsel of

6   Rockstar.  He is no longer with Rockstar.  Can I depose him?

7   It's unclear.  And, Your Honor, even NNI's proposed notice

8   requirements with respect to named inventors is unreasonably

9   disruptive of the patent litigation.  We have no objection to

10  providing NNI with notice of the depositions, but 15 days is

11  not always feasible, especially when we're talking about

12  inventors who are no longer employed by NNI.  Sometimes they

13  will be ready in three days notice, sometimes five.  That's

14  inconvenient to us as well, Your Honor, and we would only be

15  able to provide that amount of notice to NNI.  For example,

16  Your Honor, we currently have a scheduled deposition of an

17  inventor, Anuke Ganwani [ph], on November 19th.  Yesterday, we

18  called into question whether we could move forward with that

19  deposition because we could not give Mr. Supko 15 days

20  notice.  So, Your Honor, I say this not to be -- you know,

21  not to belabor the point but to help Your Honor understand

22  the practical problems that paragraph 6 will present.

23          Your Honor, NNI also provides no reason for the

24  Court to grant an injunction that would prevent TCW from

25  seeking this deposition testimony other than the costs it

1  might incur if its Counsel chooses to attend the deposition.

2            THE COURT:  I don't think they're -- they

3  indicated they are not seeking an injunction.

4            MR. GUZIOR:  Your Honor, I think we could parse

5  words here.

6            THE COURT:  Okay.

7            MR. GUZIOR:  So -- and I'm happy to address it now

8  but you can phrase it however you would like.  You know, a

9  party could say I'm not seeking an injunction and it could

10  still be an injunction.  As we understand each paragraph of

11  this Order, we could not do the things that are prescribed by

12  those paragraphs without being held in contempt of Court.  We

13  need to first seek NNI's permission.  If they refuse, we then

14  need to file a Motion with this Court.  It feels like an

15  injunction to me and also, Your Honor, some Courts, as we

16  note in our Objections --

17            THE COURT:  Yes.

18            MR. GUZIOR:  -- have chided the idea of the

19  extension of the automatic stay because, Your Honor, the

20  automatic stay is automatic and if it does not fall within

21  the scope of that, anything else is a 105(a) injunction.  We

22  can call it, you know, however NNI would like to call it.

23            Your Honor, NNI's request that we reimburse them

24  for costs associated with attending depositions is also

25  unreasonable.  NNI provides no reason that Rockstar's Counsel

1  will not aggressively protect NNI's privileged information

2  and confidential information.  In fact, Your Honor, they take

3  inconsistent positions on this point.  They say on the one

4  hand but/for Rockstar being aggressive about our privilege,

5  we would put our documents in a warehouse and everyone could

6  have access.  But they then say on this hand that Rockstar's

7  Counsel at the deposition will not be sufficient to protect

8  our privilege.  NNI's Counsel needs to be present as well.  I

9  submit that is inconsistent, Your Honor.

10         THE COURT:  Well, it's not Rockstar's privilege.

11  That's part of the problem to assert at the deposition, for

12  example.

13         MR. GUZIOR:  Yes, Your Honor, but I think there is

14  some inconsistency in the idea that Rockstar is being

15  paternalistic over Nortel's privilege with respect to

16  documents, but would not be protective with respect to the

17  same privilege in depositions.

18         THE COURT:  Okay.

19         MR. GUZIOR:  Your Honor, third-party depositions

20  are also limited by Court Order.  We have 60 hours between us

21  and an entirely separate case.  So we're not talking about an

22  endless stream of depositions.  And, Your Honor, confidential

23  and privileged information that's disclosed in a deposition

24  would be protected by the EDTX Protective Order just the same

25  as documents.  So we submit that TWC's -- or NNI's request

1  that we reimburse it for costs associated with depositions is

2  unreasonable.

3          Finally, Your Honor, on slide 16, I want to

4  address the legal points.  NNI's Motion is legally deficient.

5  NNI provides essentially three unavailing theories.  The

6  first, Your Honor is, I submit, an unprecedented and largely

7  unexplained statutory interpretation of Section 362(a)(3) of

8  the Bankruptcy Code.  That section, Your Honor, speaks about

9  acts to obtain possession of or control over property of the

10 Estate.  Now, Mr. Plevin said in his argument and NNI said in

11 their Reply that Time Warner Cable identifies only cases

12 where deposition testimony is sought.  Your Honor, that is

13 not the case.  We provide a lengthy list of cases in footnote

14 76 to our Objections, only two of which are *Kenoyer* and

15 *Miller*.  But, Your Honor, I want to raise one case that I

16 think is particularly important.  The day before NNI filed

17 its Motion, the District Court for the Southern District of

18 New York, the District Court, you know, above --

19          THE COURT:  The Bankruptcy Court.

20          MR. GUZIOR:  -- the Bankruptcy Court that decided

21 the *Residential Capital* case.

22          THE COURT:  Right.

23          MR. GUZIOR:  The District Court for the Southern

24 District of New York decided a case called *Le Metier* and in

25 *Le Metier*, Your Honor, the Debtor argued to the Court that

1   document requests, not deposition requests, that had been

2   served on the Debtor sought documents that are exclusively

3   the property of the Debtor's Estate and that the document

4   requests attempt to obtain property of the Estate and that

5   that would be met with a Motion to hold Plaintiffs in

6   contempt of the automatic stay.  Your Honor, what did the

7   District Court say about that argument?  They said Section

8   362(a) does not prevent litigants from obtaining discovery

9   from a Debtor as a third-party witness.  For this reason,

10  Plaintiff's discovery requests do not inappropriately

11  circumvent the stay provided by Section 362(a) and neither

12  Plaintiff nor another party are precluded by the automatic

13  stay from seeking third-party discovery from the Debtor.

14  Instead, in situations where third-party discovery of a

15  Debtor could burden the bankruptcy proceeding, Courts have

16  generally placed the onus on the Debtor to seek injunctive

17  relief rather than requiring the party requesting discovery

18  to obtain a lift of the bankruptcy stay.  And, Your Honor,

19  this is the District Court for the Southern District of New

20  York interpreting the *Residential Capital* Opinion in that

21  text that I just read to you.

22          So, Your Honor, NNI provides no cases that would

23  support a conclusion that a third-party discovery request is

24  captured within the scope of an act to obtain possession or

25  control over property of the Estate.

1          Another legal argument they advance is a flawed

2    argument that they somehow can't produce discovery consistent

3    with this Court's Protective Order and other Case Management

4    Orders.  Your Honor, that's just factually deficient.  We

5    have asked them to produce documents and there's no reason

6    they can't do that entirely consistent with this Court's

7    Orders.

8          Finally, Your Honor, NNI advances a procedurally

9    and factually deficient argument that the Court could issue

10   an injunction that affects third-party litigation pursuant to

11   Section 105(a) of the Bankruptcy Code.  This is the extent of

12   the automatic stay argument.  But, Your Honor, what does

13   *Residential Capital* itself tell us about that?  *Residential*

14   *Capital* tells us the touchstone for granting injunctive

15   relief against third-party actions and discovery from a

16   Debtor in third-party actions is whether the request will

17   "thwart or frustrate the Debtor's reorganization."  Your

18   Honor, you probably are aware that *Residential Capital* was a

19   case where the Chapter 11 Debtor was two months into its

20   bankruptcy.  It had the auction of all of its principal

21   assets occurring on the horizon.  It had an examiner

22   investigation that was happening as well, Your Honor.  It

23   also was working on a plan for approval.  The Debtor in

24   *Residential Capital*, Your Honor, could not have been in more

25   different circumstances than where NNI is today and I submit

1  that *Residential Capital* and 105(a) simply don't provide a

2  basis for the Court to provide the requested relief.  If this

3  Court, however, does decide to grant NNI's Motion, Your

4  Honor, in whole or in part, and the Court decides to restrict

5  our ability to seek document discovery or depositions, I

6  submit to you that the Court could not fairly do that without

7  staying the third-party patent litigations.  Parties in

8  litigation with NNI's steward, Your Honor, should not have to

9  defend themselves against Nortel's patents with one hand tied

10 behind their backs.  And, Your Honor, if the Court is

11 inclined to do this, I submit that there are two sources of

12 authority for it.  The first is the authority this Court

13 expressly reserved in its 363 Sale Order when it approved the

14 Asset Sale Agreement between Nortel and Rockstar Bidco, LP.

15 In that Order, the Court said that it could provide any

16 further relief that is necessary or appropriate in

17 furtherance of this Order or the transactions.  So the

18 relevant question is, Your Honor, would this be an Order in

19 furtherance of the Asset Sale Agreement?  In light of the

20 threats that Rockstar has made to Nortel that its compliance

21 with its discovery obligations would be a material breach of

22 that Asset Sale Agreement and that it could incur significant

23 post-Petition liability, I submit that an Order that stays

24 the patent litigations until the parties can sort out how to

25 deal with this discovery, is in furtherance of the Asset Sale

1  Agreement.

2          The second source of authority is, Your Honor, if

3  you choose to exercise authority under 105(a) to enjoin

4  discovery, in fairness, you should exercise that same

5  authority to enjoin the Rockstar litigations.  Whatever

6  procedural defect might exist with respect to the Debtor's

7  Motion, it's the exact same procedural defect that would

8  exist with respect to enjoining the third-party litigation in

9  toto.

10          THE COURT:  You want this Bankruptcy Court to stay

11  District Court actions where the Debtor is not even a

12  Defendant?

13          MR. GUZIOR:  Your Honor, there is tons of

14  precedent for that, and Your Honor, if I may, I'll address

15  the legal standard on that issue.

16          THE COURT:  Sure.

17          MR. GUZIOR:  This Court has authority to enjoin a

18  third-party litigation to which the Debtor is not a party if

19  it finds that the third-party litigation will substantially

20  burden the Debtor.  There are tests that have been adopted by

21  different Circuits.  Some say unusual circumstances.  Some

22  say, you know, an unreasonable burden on the Debtor.  But I

23  submit, Your Honor, that if NNI's statements and their

24  Motions are taken as true, they are experiencing severe

25  anxiety over whether they are going to materially breach this

1   Asset Sale Agreement and whether they're going to incur

2   significant post-Petition liability, and therefore, these

3   collateral litigations, Your Honor, are having a material

4   effect on the Debtors.

5            THE COURT:  My wife was a Texan so that's why I

6   can say this to you because she speaks with a little drawl

7   and my mother-in-law spoke with a real drawl, but I can just

8   imagine the call I would get from a Judge sitting in the

9   Eastern District of Texas, and that might go something like

10  boy, what are you doing up there?

11                      (Laughter)

12           THE COURT:  And I don't want to be on that

13  telephone when that happens but I understand your argument

14  and --

15           MR. GUZIOR:  Yes.

16           THE COURT:  But let me ask a couple questions,

17  practical, because you're speaking very practically here and

18  I do appreciate it and that's I think what we have to arrive

19  at is a practical solution.  If I let these cases just

20  proceed without applying the automatic stay, the cases are in

21  various jurisdictions.  Who knows what discovery vagaries are

22  going to happen in those different jurisdictions.  It will be

23  a burden on the Debtor, a burden that we can sort of

24  alleviate by having one central authority managing the

25  discovery, as much as I will hate to do it, but managing the

1   authority -- the discovery, including having Rockstar subject

2   to this Court's jurisdiction.  We can have everyone here.  We

3   can come up with a -- and putting the legality to the side,

4   which I'm not doing; of course, I'll address that at the

5   appropriate time, but I'm just trying to think in terms of

6   having everyone in one jurisdiction; present cases, future

7   cases, present subpoenas, future subpoenas, and being able to

8   resolve these issues, perhaps even, and I have in the back of

9   my mind, appointing a discovery mediator to sit down, who is

10  experienced in something I'm not, intellectual property law,

11  who can sit with the parties and say let's work this out and

12  let's come up with an Order that everyone can live with and

13  will be expedient.

14          MR. GUZIOR:  Your Honor, I think that's a very

15  good idea, and you know, I think it's important to express

16  this point.  You know, Time Warner Cable has no dog in the

17  fight in terms of whether it's this Court or the District

18  Court for the Middle District of North Carolina or the

19  District Court for the Eastern District of Texas.  We want

20  the documents, Your Honor.  We think we're entitled to them.

21  We have negotiated the scope of what that document production

22  would look like.  We'd be more than happy to have Your Honor

23  oversee it, especially if, as you say, Rockstar would be

24  subject to the jurisdiction.

25          THE COURT:  It is.

1           MR. GUZIOR:  And the Court could really clarify

2  that NNI can produce documents to us without being beholden

3  to Rockstar or having to quiver in fear of a material breach

4  of the Asset Sale Agreement.  I think that's an excellent

5  solution, Your Honor.  And to address one point you made a

6  moment ago, I don't want you to stay the case.  I want to get

7  the discovery.  All that I'm saying to you, Your Honor, is if

8  you make us fight with one hand behind our back in Texas

9  where they're going to drawl at me, then, Your Honor, you

10  know, I request that you take the additional step of letting

11  us wait until you're ready to lift that discovery injunction.

12           THE COURT:  I appreciate that.  I appreciate your

13  argument.

14           MR. GUZIOR:  Thank you, Your Honor.

15           THE COURT:  Let's take about a 10-mintue break.  I

16  think it would be helpful to all of us.  We've been going,

17  you know, almost two hours.  Let's take a 10-minute break and

18  then we'll be back and I'll be pleased to hear from other

19  parties.  Thank you.

20  [Recess from 1:44 to 1:59 p.m.]

21           THE CLERK:  Please rise.

22           THE COURT:  Thank you, everyone.  Please be

23  seated.  All right.  Who would like to be heard next?

24           MR. WILSON:  I would, Your Honor.

25           THE COURT:  All right, please.

1           MR. WILSON:  Thank you.  Robert Wilson --

2           THE COURT:  Yes.

3           MR. WILSON:  -- from Quinn Emanuel on behalf of

4  Google.  So, Your Honor, I'd like to pick up where we left

5  off in the last argument.  And we were really talking and

6  sort of beginning to develop the ideas about practical

7  solutions.

8           THE COURT:  Yes.

9           MR. WILSON:  And Google is completely interested

10 in a practical solution to the issues that we have here.

11 We're not trying to --

12          THE COURT:  What Court is your case pending?

13          MR. WILSON:  Well, Your Honor, I have two cases

14 right now.  I actually have three cases altogether, one of

15 them has been stayed.  So I have a case in the Eastern

16 District of Texas and I have a case in the Northern District

17 of California.

18          THE COURT:  Okay.

19          MR. WILSON:  Each case involves different

20 technologies.  There are seven patents asserted in each.

21 And the Eastern District of Texas case involves one set of

22 patents and the Northern District of California case

23 involves another set of patents.

24          THE COURT:  Okay.

25          MR. WILSON:  And so that's what we have currently

1  pending.  And we are very interested in some sort of

2  coherent solution and management.  And we appreciate Your

3  Honor's suggestion that this might be something that would

4  help alleviate the issues for both sides in this case.

5  Having Rockstar involved, I think, from our perspective is

6  not only a practical solution, but essential, almost, given

7  some of the issues that have been raised as well.

8          We, just for Your Honor's information, we do have

9  slightly tighter timeframes, if you will.  And so our fact

10 discovery close date for the close of all fact discovery in

11 the Eastern District of Texas case is currently January 7,

12 2015.  The close of all fact discovery in the Northern

13 District of California is January 23, 2015.  The Courts in

14 both of those cases have put in place those schedules.  And,

15 of course, to the extent that we have management of the

16 discovery of these issues, we would appreciate then, Your

17 Honor's assistance in managing those schedules, although I

18 don't want to get -- I don't want to have my Eastern

19 District of Texas Judge calling you, so we'll see if we can

20 figure something out to avoid that.

21                  (Laughter)

22          THE COURT:  Okay.

23          MR. WILSON:  With that background, I'd also like

24 to pick up on a theme that Time Warner counsel's argument

25 raised.  And this is really where we're coming from and what

1    we are doing.  Google and the other Defendants in these

2    other litigations, we're defending against infringement

3    contentions that have been brought against us by Rockstar.

4              So again, our goal is not to create burdens for

5    Nortel, but we find ourselves in a situation where Rockstar

6    is asserting these patents and is identifying multiple third

7    parties with relevant information regarding the patents, the

8    auction, and the process -- and the valuation process for

9    those patents.  And in the initial disclosures, for example,

10   in the Eastern District of Texas case, they've identified 19

11   third party witnesses with information that's potentially

12   relevant to the issues relating to the auction.  In the

13   California case, 18 third party witnesses.  So this is --

14              THE COURT:  Overlap between the two?

15              MR. WILSON:  There is overlap, but they are not

16   exactly the same.

17              THE COURT:  Okay.

18              MR. WILSON:  And so, this is to give you a sense

19   of where we are procedurally and what Google has had to do,

20   in order to try and just do the basic discovery that would

21   be done in any patent infringement case.  I mean, the issues

22   are the same; conception or reduction to practice of the

23   inventions, the development of the technology, the prior

24   art.  And then in this case, you know, in our cases, we have

25   damages issues.  And so in this case, the issue of the

1  auction and the sale of the Nortel patent portfolio has come

2  into play, primarily in the context of damages issues.  It's

3  also come into play a little bit in the context of

4  invalidity.  So there's contentions that well, if the

5  patents are highly valued, then are likely not invalid.

6  That would be Rockstar's contention.

7         What we are also facing are contentions from

8  Rockstar that, quite frankly, Your Honor, they're raising

9  the $4.5 billion sale price at every opportunity they can

10  get.  It appears in their pleadings.  It appears in their

11  initial disclosures.  It appears in their discovery

12  requests.  It even appeared in a technology tutorial to the

13  Eastern District of Texas which was intended to provide the

14  Court with background information about the technology and

15  the patents ensued from a technical perspective, in the

16  context of claim construction, and literally slide to of

17  Rockstar's production has $4.5 billion and little dollar

18  icons going across it.

19         So you can see, that this is going to be

20  something that's coming up again, and again.  And I see it

21  in, you know, my case, how are we, how is Google going to

22  contend with this?  And one of the ways that we need to

23  contend with this is to get discovery regarding the auction,

24  but also, the patent portfolio.

25         And this was a point that NNI raised is, you

1  know, these discovery requests are so broad because they're

2  only a narrow number of patents that are at issue, and yet

3  they go to the portfolio.  This is why.  The reason they go

4  to the portfolio is because we need to break this auction

5  number down in order to defend against these allegations.  I

6  mean, you can imagine the impact on the jury of a $4.5

7  billion number going in without any kind of rebuttal.

8          And then what we've learned over the course of

9  our meet and confers, and I've been personally involved in

10  these calls.  My associate has been personally involved in

11  these calls.  We've had a number of phone calls, as well as,

12  correspondence.  So I want to emphasize that we've been

13  trying to work with the other side as closely as possible.

14  One, just to find out what they have.  And this kind of goes

15  to the information point that was raised earlier.  Part of

16  this is finding out what Nortel has.  It's not saying, oh,

17  well, if you disclose something to us, we're automatically

18  going to want discovery of it.  It's trying to understand

19  sort of what the whole landscape is and then decide what's

20  practical, what's the most relevant, what's accessible,

21  what's cost effective, all of those factors then can kind of

22  come into it.  So we've spent a lot of time exploring them.

23          THE COURT:  All within a tight timeframe of

24  discovery besides.

25          MR. WILSON:  This has all occurred within the

1    last couple of months.  And yes, with the looming fact

2    discovery deadlines in both of our cases.

3              What we need or what we need to do in discovery

4    is then look at how Nortel analyzed its portfolio.  How

5    third parties analyzed its portfolio, Nortel's

6    communications with others about licensing the different

7    parts of the portfolio.  How did it even view the portfolio?

8    What are the buckets of technology that are in the 6,000

9    patents that we keep talking about?  And where then do the

10   accused or the asserted patents in the Rockstar cases fit

11   into that.

12             So that's a little bit by way of background, to

13   give you a window in what we're facing and why we're seeking

14   this discovery persistently and why we're looking at

15   deposing these third parties.  This is not to run up costs.

16   This is not to burden all of these individuals and

17   corporations, it's really to obtain the discovery that we

18   need that will allow us to present a landscape that will

19   rebut what we believe are likely to be Rockstar's themes,

20   primarily on damages, but also, potentially with respect to

21   invalidity.

22             So in that context, and in the context of our

23   discussions, we find out, and we hear in the briefing, that

24   Nortel has a unique set of documents directly relating to

25   those issues.  And they don't try to, you know, slide away

1    from that.  I mean, we talk about two different categories

2    in their brief and I'm happy to discuss the types of

3    documents they have in those two different categories.  We

4    can talk about the patent-specific type documents that were

5    discussed earlier and that are identified and defined in the

6    Asset Sale Agreement.  And those are --

7              THE COURT:  Some of which you're getting from

8    Rockstar, as I understand it.

9              MR. WILSON:  We are trying to get all of them

10   from Rockstar, Your Honor.  And we have, again, you know, to

11   go to their sort of point of Rockstar first.  You know, go

12   to Rockstar first.  Of course, that's the way, you know, we

13   led with that discovery.  We have served requests.  We have

14   collected their production.  We have reviewed the

15   production.  We have had meet and confers and discussions

16   with them on things that we think are missing.  We've asked

17   them to confirm for us that they've produced all of the

18   certain types of documents that we're talking about.  We

19   have had at least one hearing in the Eastern District of

20   Texas and we've had additional motion practice and are

21   scheduled for another hearing on November 20.

22             THE COURT:  Okay.

23             MR. WILSON:  So I don't want Your Honor to be

24   left with the impression that somehow we're looking at this

25   as the easy way out.  Believe me, if I thought I could get

1  everything from Rockstar, we would go and get everything

2  from Rockstar.  What we have is we have a situation where we

3  are attempting to finalize and confirm that we have

4  everything from Rockstar.  I don't believe that we do now,

5  but we will get it.  But the issue then is Nortel still has

6  a unique set of documents that are highly relevant to these

7  key issues, particularly on valuation and damages, but

8  potentially also with respect to technology and the prior

9  art.

10          And we've asked Nortel in our meet and confers,

11  you know, is there a way to parse out the stuff that you

12  sent to Rockstar, so you don't have to review it and look

13  it, that you can look at another pile?  And they said that

14  they don't really have the documents maintained that way.

15  We've also asked them is there a way to parse out the other

16  transactions of the other business units?  And they say,

17  well, we don't really think that we have a way to do that.

18          So our proposal and where we are in the

19  negotiations, I believe, is that we're trying to do that in

20  a way that will be efficient, and that comes up with the

21  search terms.  It's like, let's use search terms then to

22  call this out, if we don't have a way to do it

23  electronically by custodian or some other method, let's use

24  those.  And I'll get back to the search terms in a moment,

25  but that certainly, again, sets the context for what types

1    of documents we're looking for and why it's so important.

2              Nortel concedes that it has this unique set of

3    documents and information.  They're extremely important,

4    particularly with respect to damages in our case.  And we

5    are highly motivated to figure out a way in order to produce

6    the documents that doesn't create any liability, doesn't

7    create an undue burden, but we're here facing two patent

8    infringement cases with potentially significant liability

9    and we need to defend ourselves on that.

10             So just to reiterate, what we think we understand

11   Nortel has right now are the five points that counsel

12   mentioned.  The allocation databases, the one that was

13   gathered in connection with the allocation proceeding.  And

14   then I think of it as sort of a secondary database of NNI

15   documents that were collected, but not produced in the

16   allocation proceeding.

17             And so that's -- I refer to those as the

18   allocation databases.  We heard about Livelink.  And we

19   heard about Iron Mountain.  And then we also heard about

20   this hard drive with the electronic data room.  And the -- I

21   think that that is an excellent example of something that we

22   just recently heard about.  And it appears that Nortel has

23   just recently identified this.  But it's not something that

24   if we're able to confirm that this is really an electronic

25   data room, our understanding is is that a copy of the

1    electronic data room for the Rockstar transaction was

2    transferred to Rockstar Bidco.  And in our case, we obtained

3    -- the Court indicated that Rockstar Bidco should transfer

4    that to Rockstar Consortium which is the actual Plaintiff in

5    the case, so they did transfer it.  And we believe we've

6    received some production from them.  And we are making every

7    effort now.  We don't believe it's complete.  We think that

8    there are some -- that there are significant gaps, actually,

9    but we're raising that with the Court there.

10          So that's one of those situations where we need

11   to find out what it is that they have and then assess

12   whether or not we've either received it or we can get it

13   from Rockstar.  And that would be something where if it's

14   just a copy of the electronic database that's already been

15   passed along through the Rockstar entities, then we wouldn't

16   need another copy of that.  That's something that would come

17   through Rockstar.

18          So again, a lot of the discussion about, you

19   know, putting up electronic backup records and digging

20   through warehouses of boxes and things like that, we have

21   never suggested that that is a practical or efficient

22   solution.  But we need to know what the scope of the

23   universe is before we can start parsing these things out.

24   And we do understand that there are electronic resources

25   such as the catalog of the Iron Mountain documents.  And

1    that's something that might be practical.  And if at a very

2    high level, we run search terms and we don't get any hits,

3    then we'll have to assess that.  And maybe that's just not

4    something that's going to practically give us the

5    information that we need, but we've proposed the technical

6    terms that we would like run against that catalog.  And we

7    haven't received any hit counts yet, but I would like to see

8    sort of what are those hit counts so that we can then assess

9    and make some evaluations.

10              Same thing with the Livelink database.  I mean, I

11   understand if it's difficult to parse through because it's

12   an enormous electronic database.  We've proposed a set of

13   case-specific terms that we would like run against the

14   Livelink database and tell us what you get.  If there are

15   100,000 hits for a term, that's one piece of information

16   that we didn't have before.  If there's zero hits, we're

17   unlikely to worry about pursuing that search term anymore.

18   We'll understand that there are no documents that meet that

19   search term.  And so, again, this is all by way of funneling

20   down the scope of the discovery.

21              I think, really, there are two main issues.  I

22   think that there's a process issue here and there's a cost

23   issue that we've heard about.  And I want to touch on both

24   of those because I think that Nortel's discussions and the

25   trajectory that it sees in proceeding with discovery on what

1    we're looking for is not completely -- it's not really

2    complete.  I don't think that it takes into account, how the

3    discovery would actually proceed.

4              And as far as process, the point really here is

5    the focus is not on all of the types of documents that are

6    in the third party transactions.  We're not interested in

7    those other businesses.  That's why we're using the search

8    terms to narrow this down.  Our focus is on the Rockstar

9    transactions specifically, and as a very important subset of

10   that, the common terms that we've come to agree with Time

11   Warner Cable, those are really focused on the auction issues

12   primarily.  Those are the things that are of the key

13   importance to us.

14             I read the briefs and I've listened to the

15   argument today and it seems like there's this parade of

16   horribles and I'm not sure that I really understand that

17   from the other side.  Quite frankly, I think that we're

18   really talking at base here about a document review that

19   happens every other day and there are some side issues here.

20   But, quite frankly, if we run our search terms on the

21   allocation databases for example, we're not going to have 4

22   million hits.  We're going to have a narrow focus set of

23   hits.  If we've called those search terms right, all of

24   these issues about the other business sales, I think those

25   are going to drop out.  I think they're gone because these

1    search terms are pretty specific.  I mean, they're really

2    directed to the Rockstar transaction.

3            So I think that takes away this whole host of

4    like notice to, you know, Avaya and all these other

5    purchases.  I don't even think that that becomes an

6    operative here.  Then you review for responsiveness, Your

7    Honor.  I mean, this is just basic document review, right?

8    So if there happens to be a document that's in this set that

9    didn't get called out from the third parties, then that's

10   going to be tossed out in the relevance review.  And again,

11   it seems that the -- that Nortel is basically saying --

12   trying to make this more complicated than it really needs to

13   be or will be.

14           And then finally, really, the privilege review

15   seems to be something that keeps coming up again and again.

16           THE COURT:  The valuation.

17           MR. WILSON:  And the valuation and the documents

18   that were with their in-house counsel.  And I understand

19   that.  I understand that there may be more.  The proportion

20   may be higher here, Your Honor.  And then, but Nortel's

21   argument is well, we just don't have anybody that can

22   evaluate this.  Well, they have outside counsel in this

23   proceeding.  And my understanding is they've been working

24   for a long time with a lot of these documents.  And it seems

25   like they would know these people and would be able to

1    identify with not too much difficulty, what the scope would

2    be with respect to the privilege review.

3             And again, it's just like any other privilege

4    review.  You put together a list of attorneys, you put

5    together a list of institutions and issue lists and you

6    review your documents.  And if you're going to do a

7    privilege log search term type review, you're going to have

8    to put together the terms that are going to hit on the

9    privilege log.  And to actually have outside counsel

10   undertake that privilege review and provide information such

11   as the basis for the assertion of the privilege, which is

12   much more important in being able to evaluate and understand

13   the grounds for the assertion of the privilege, I would

14   submit is not an undue burden.  Again, it's every day

15   document review that parties undergo all the time.

16            So in looking at their proposal then, Your Honor,

17   it seems to go and swing to such an opposite degree.  I

18   mean, as opposed to instead of putting any burden on Nortel,

19   you are talking about what I think can be fairly

20   characterized as a Draconian proposal to really shut down

21   discovery.  And they say they're not seeking an injunction,

22   but really prohibiting any kind of discovery from Nortel

23   that would relate to any kind of confidential information,

24   without having to specially move this Court and seek leave

25   to obtain that information is Draconian.  To enter an Order,

1  to ask for an Order that requires or that prevents anybody

2  from taking any depositions of Nortel itself, its advisors

3  at the auction, or its former employees, and as counsel

4  pointed out, who many of whom have gone to Rockstar.  So I

5  couldn't even depose people that are actually at Rockstar,

6  the Plaintiff in my case, because of this sort of subsidiary

7  issue.

8            The other thing that, you know, as part of

9  management, I understand the Court has to think to the

10 future as far as other subpoenas that may come down the

11 line, and we heard a lot of discussion about that earlier

12 today.  I would like to reiterate, we're so far beyond this

13 point. I mean, if the Court entered an Order that was akin

14 to the Proposed Order, it would be starting the parties back

15 to square one.  And, you know, we have spent a lot of time

16 negotiating what we have negotiated.  We've been in, you

17 know, weekly, if not daily conversations with the other

18 side.  And to sort of swipe that away, just doesn't make any

19 sense in sort of saying, okay, well never mind, we're not

20 going to run your search terms anymore, even though we told

21 you we would look at those.  And you're going to have to

22 take a look at the allocation trial exhibits and make an

23 application to see any non-confidential or any confidential

24 information in those exhibits.  And seek leave of the Court

25 to obtain any other type of discovery.  It imposes such

1    enormous burdens on a party in these litigations that has

2    been striving to do what it can to ameliorate the impact on

3    Nortel, but at the same time, obtain the discovery it needs

4    in the time it has scheduled.

5            I'd like to amplify what was discussed earlier

6    about the argument on liability.  Again, in the reply brief

7    from Nortel, I think they make this point even more

8    strenuously and we heard it again today, the argument.

9    Certainly, I think, the proposal that was discussed a little

10   bit with Your Honor, on oral argument about entering an

11   Order to alleviate liability is interesting for us.  I mean,

12   again, we're not trying to get Nortel into trouble with its

13   purchasers of its business, and that's one possibility.  I

14   mean, of course, that's up to Your Honor's discretion.

15           But in looking at the Asset Sale Agreement, and

16   this was mentioned a little bit in the earlier argument you

17   heard, the Asset Sale Agreement really contemplates this

18   exact situation.  And it really addresses this situations.

19   So to the extent there may need to be some additional

20   protections for Nortel, that's for Your Honor to decide.

21           But I'd like to point out that the Asset Sale

22   Agreement in Sections 5.11(b) and 5.11(c), provide a whole

23   mechanism where a subpoena to Nortel was potentially

24   anticipated.  And it provides some very straightforward

25   steps for Nortel to deal with it.  It's notice to the other

1  side, an opportunity for the other side to object.  It puts

2  the burden on the non-producing party to seek a Protective

3  Order, if they believe that's what is necessary.  And it

4  relieves Nortel of liability through production because it

5  includes language that says that based upon the advice of

6  legal counsel, under applicable law, they may go ahead and

7  produce the information, if they don't receive an objection

8  or there's no Protective Order Motion put in place.  So --

9  and it's in both sections.  It's in 5.11(b) and 5.11(c).

10          So there's the caveat that if they are acting

11  under the advice of counsel, that these documents are

12  responsive and not privileged, and they're acting in good

13  faith, then that alleviates the liability.  So once you look

14  at the Asset Sale Agreement, all these liability arguments

15  start to just dissipate, Your Honor.  It's -- I understand

16  the importance to Nortel.  And I understand that there may

17  -- it may make sense to put some additional protections into

18  place, but to say that this liability then necessitates the

19  kind of relief they're seeking, I don't think those two

20  things match up.  And I think they've already got more

21  protection than they're letting on.  And I think that the

22  Court can provide any additional protection that will

23  alleviate those concerns.

24          You know, I'd also like to point out that

25  Rockstar has opposed TW, Time Warner Cable's Motion for a

1    Stay.  And in their brief, you know, this whole issue of

2    Rockstar's threats, you know, they say both NNI and Time

3    Warner Cable have agreed to protect confidential information

4    belonging to Constellation and RCU SLP, prevent the

5    production of privileged materials and permit Constellation

6    and RCU SLP to claw back any privileged materials that are

7    somehow produced.  And they conclude, so there's no pending

8    threat of liability.

9              So we're getting mixed messages here.  I

10   appreciate that Rockstar has threatened in our cases to hold

11   Nortel liable if they produce certain things.  Both Rockstar

12   and Nortel in our cases have been involved in each other's

13   productions.  You know, Nortel has received these kinds of

14   messages from Rockstar about producing information.

15   Rockstar has not allowed Nortel to produce the allocation

16   trial exhibits without, you know, their permission until

17   very recently.  We still haven't received those exhibits,

18   after all of these months.  And we keep talking about how

19   they've already been redacted for confidentiality by

20   everyone of interest in this proceeding.  They should be

21   produced right away.

22              At the same time, Nortel has come into the

23   Eastern District of Texas in one of my cases, Your Honor.

24   And they've moved to preclude Rockstar from producing

25   certain information.  So the argument that we should go to

1   Rockstar first to get our information is a little ironic

2   because on the one hand, they're saying go get it from

3   Rockstar, we don't want to be involved, but there were

4   documents on laptops that went with some of their former

5   employees and Nortel moved for a Protective Order for

6   Rockstar not to search those.

7           THE COURT:  Right.

8           MR. WILSON:  And they were going to accuse

9   Rockstar of breaching the -- this Asset Sale Agreement, if

10  they did.  So there was a huge delay.  Finally, that went in

11  front of the Eastern District of Texas and he's ordered

12  production, but there's continuing briefing on privilege

13  issues.  And that's one of the issues that's going to be

14  decided on November 20.

15          So there's so much back-and-forth between these

16  parties, that again, the idea that we should look to the

17  Plaintiff and that Nortel should stand back, they're closely

18  involved.  And that will come up, I think, that's also a

19  point that I want to make in the context of cost, but we'll

20  get there in just a second.

21          As far as liability, I think the -- certainly,

22  the issues are alleviated by the terms of the Asset Sale

23  Agreement and can be addressed by the Court.

24          So let me just amplify a couple of things that

25  were -- that Time Warner Cable also said about the scope of

1  the agreements and the types of documents that the parties

2  have agreed to at least search for and produce.  And, you

3  know, a couple of points that hadn't been made, you know, we

4  talked a lot about the trial exhibits.  These are the

5  allocation trial exhibits that were -- have been prepared by

6  all the parties at issue in this case.  And I think it's

7  important to understand that, you know, the purpose for

8  preparing those exhibits was not for the purpose of

9  discovery in Rockstar litigations.  I mean, the purpose of

10  preparing those exhibits was to provide public access to the

11  trial record, to the extent practicable.

12            THE COURT:  Right.

13            MR. WILSON:  And those were the Orders that Your

14  Honor entered in.  So to the extent that Nortel argues and

15  tries to, I think, conflate the two about what its

16  obligations are under those Orders, versus its obligations

17  under a Rule 45 Subpoena, I mean, the Court entered a

18  Protective Order in this case at the outset.

19            THE COURT:  Right.

20            MR. WILSON:  And so, those provisions are

21  certainly instructive as to how Nortel can proceed in terms

22  of reviewing documents in response to a Rule 45 Subpoena.

23  And then, of course, the Asset Sale Agreement provides those

24  same protections that we just talked about.

25            So the idea that somehow Google and Time Warner

1  Cable should not have access to confidential information

2  that's been redacted from these exhibits that are intended

3  for public disclosure, doesn't make any sense.  We have

4  Protective Orders in our case that are in play right now

5  that we think provide more than adequate protections for any

6  confidential information.  And we even offered to Nortel to

7  review the documents, the un-redacted documents, under the

8  terms of the Protective Order that's entered in this case

9  now.  We'll take that.  That's just fine for us.  But what I

10  don't understand, and what, you know, Nortel keeps saying is

11  well, we're ready to produce the allocation documents in

12  their redacted form.  One, we still haven't gotten them

13  after the months of discussions that we've been under.  And

14  two, I don't understand why we can't get the confidential

15  information.

16          Similarly, these documents that Rockstar has come

17  in and identified as privilege, after everybody else's

18  review and unilaterally told Nortel that it can't disclose

19  those, you know, again, shows the amount of involvement

20  that's going on and the interactions behind the scenes.

21  We're just looking for the documents.  And Rockstar Nortel

22  is having the subsidiary fight.

23          So again, a way to bring those two parties

24  together and then put in some provisions or provide guidance

25  for how to deal with those things, would be extremely

1   helpful.  We've been asking for Rockstar's basis for

2   withholding those documents.  I've written to the Plaintiff

3   in my Eastern District of Texas case and said, how can you

4   possibly be reviewing these in the way that you've been

5   reviewing and what's your basis for withholding them?  They

6   won't even tell me the basis.  I don't even get privilege

7   log.  I believe I'm entitled to get production of them.

8           So again, you can see the kind of interactions

9   and the close ties that are going on between Nortel.  It's

10  not just Rockstar off to the side.  There's a lot of back-

11  and-forth that's going on.

12          And I think that that then brings me to the issue

13  of cost which is really, who should pay?  And I think that

14  the point that was raised earlier is, is that a lot of this,

15  I think Nortel is in some ways bringing on itself this idea

16  of this painstaking document-by-document review in order to

17  identify whose confidentiality of every single thing and

18  whose privilege is owned, I don't think makes sense in the

19  context of what you would ordinarily do in response to a

20  Rule 45 Subpoena.  If I have a document and it's related to

21  a transaction that's not the Rockstar transaction, I don't

22  have to worry about whose privilege it is or whose

23  confidential information it is, I put it in the non-

24  responsive pile.  Nothing more has to happen with that

25  document.

1          So I think that a lot of this sort of burden that

2    they discuss in their briefs is really expanded and

3    overblown, and in some ways, again, it parallels what the

4    process that was done for the allocation trial exhibits and

5    then applies that in a Rule 45 context.  And I would submit

6    that's not the proper review and evaluation that we would

7    need to undertake here.  And that the other process was more

8    rigorous because those are publically disclosed documents.

9          We also heard about the search terms from the

10   other side and about how they're concerned that it's going

11   to result in hundreds of thousands of documents.  I

12   proposed, we negotiated common terms with Time Warner Cable.

13   We proposed our case specific terms.  And I don't have any

14   hit counts yet.  I understand they're running them, and

15   that's great, and I'm waiting to hear from them.  But to

16   just come in and say, represent off the top of their head

17   that well, this is automatically going to result in hundreds

18   of thousands of documents, we don't know that yet.  I don't

19   think anyone knows that.  I'd like to see the hit counts and

20   figure that out.  I mean, we've been doing this with all

21   these other third parties in this case and believe me, it's

22   very instructive.  Often times, there's one or two hits that

23   are just -- they're large.  And then all of the others are

24   relatively manageable, automatically.  That's just creates a

25   basis for coming together about what documents should be

1    reviewed and what shouldn't be.  Or, if there needs to be

2    some revision in narrowing of a search term, you can do

3    that, too, and say, well, you know, what if you put this

4    qualifier on it, does that bring the number down to a more

5    manageable level?  So all of that can be worked out.  But

6    what we're hearing from Nortel is again, what's going to be

7    a huge cost and just all of these hits and that we don't

8    really have a basis for going there yet.  I'm waiting to see

9    the hit terms -- the hits from the terms.

10            And again, like I said, that brings us to the

11   issue of cost.  You know, Nortel is asking for $2 million in

12   its brief.  It says today, although that's probably on the

13   low side.  You know, we don't really have an evidentiary

14   basis for what it would take --

15            THE COURT:  Right.

16            MR. WILSON:  -- to review and analyze the

17   documents and to review and log them, quite frankly.  You

18   know, we had an earlier call before the hearing with Your

19   Honor.  And the other side raised the issue of its proffer

20   on its bills and how much it spent to date and we heard that

21   proffer earlier.  And so we pulled the bills offline.   I

22   mean, these are things again, submitted as part of the

23   record in this Court.  And, you know, if you look at these,

24   a lot of time and money has been spent by the Nortel counsel

25   on this motion.  And that's a cost that they undertook

1   themselves.  And from a preliminary review of their

2   billings, much more time was spent on the strategy and how

3   to get this in front of Your Honor, than was actually spent

4   interviewing people and thinking about ways to solve the

5   situation.

6          So my guess is that this $2 million figure, it

7   doesn't really have a basis.  And the idea that this is

8   somehow on the low side, again, I think if you look at the

9   way the document review can proceed, and the ways to

10   streamline line it that we proposed, I don't think you're

11   going to come anywhere close to something like that.  I want

12   to highlight --

13          THE COURT:  And if we do, we have to determine

14   how to allocate those costs, don't we?

15          MR. WILSON:  Well, we do.

16          THE COURT:  Some may be the Debtors' costs, some

17   may be other party's cost, and maybe Rockstar.

18          MR. WILSON:  And I'd like to discuss that a

19   little bit, Your Honor.  I think that that's right.  I think

20   that there needs to be some discussion of cost.  But I think

21   that, you know, we need -- I'd like to point out two things,

22   particularly in that discussion, that I don't think have

23   really been raised as clearly as they could.  You know, the

24   issue that Nortel is not your typical third party is a very

25   important factor and many Courts have considered it.  You

1  have the cite from *Barrend* from Time Warner Cable.  I would

2  also -- we cited in our brief, *Wells Fargo*, which is *259*

3  *F.R.D. 206*.  And these are cases which are remarkably

4  similar in some ways.  There is a transaction, either a sale

5  of partnership or an acquisition of a subsidiary, and then

6  there's litigation.

7          And the Courts look at that and they say, you

8  know, now that there's third party discovery from -- being

9  requested from the seller in the context of this dispute

10 that's now arisen, it's whether or not the party that they

11 were involved in the transaction, but could they reasonably

12 anticipate that the transaction could lead to litigation.  I

13 would say this case is an even stronger case for

14 anticipating litigation than you might have in a situation

15 where maybe you're selling an entire subsidiary or whether

16 you're selling a partnership interest as you were in the

17 *Wells Fargo*.

18          So it's another reason that Nortel really should

19 bear more of the costs than it certainly had been willing to

20 bear up front now.  I mean, they are coming to us now in the

21 context of discussing running hits on various databases.

22 And if the cost is more than $1,000, then they're coming to

23 us and they're saying, well, this is going to be $5,000,

24 we're not going to pay for it, so we're not going to run all

25 of your search terms.  You know, I mean, if we're talking --

1    if that's the level, the quantum that they're talking about,

2    that's unreasonable, particularly in light of these cases

3    and their role, and their involvement in this transaction.

4    I mean, the Asset Sale Agreement is -- it anticipates that

5    there was going to be litigation.  So that's one factor.

6                 And then I think the one that we didn't

7    necessarily talk about in the earlier discussion or the

8    earlier argument is really Rockstar.  And the reason I'm

9    talking about all of the discussions between Nortel and

10   Rockstar, and Rockstar's interactions with us and the

11   litigations and all of this, Rockstar is playing a very big

12   role in either managing or threatening issues on the

13   discovery.  That's why I think it's critical for us to have

14   Rockstar's in -- Rockstar be involved.  But then, Rockstar

15   should also bear a substantial, if not all of this cost.  If

16   they were the owner of the patents in an ordinary litigation

17   and they had developed the patents and then they sued, they

18   would pay for all of this discovery.  These documents are

19   classes of documents that are asked for in every damages

20   case, in a patent context, every patent infringement case,

21   issues of invalidity, so Rockstar would pay for that.  It

22   wouldn't be this sort of cost shifting onto us.

23                 And so that is, I think, an extremely important

24   point to keep in mind, that to the extent there's cost

25   shifting here, you know, the party in the room that hasn't

1    really been focused on is Rockstar itself.  And it,

2    obviously, stands to benefit from the litigations that it

3    has brought.  And it has been involved with these discovery

4    issues, if not up front, at least behind the scenes.

5            A couple of just final comments on some of the

6    relief that Nortel has requested.  We talked a little bit

7    about the Proposed Order and why Google believes that that

8    goes way too far.  But some of the requested relief that

9    they're talking about, liability, a special Order regarding

10   liability in the context of discovery in this case.  And I

11   think as I made clear earlier, that's something that Google

12   doesn't have a vested interest in that.  If it makes sense

13   in the context of Your Honor's management of this case, then

14   that makes sense.  And there's no intent on our part to

15   raise or create liability issues for Nortel.

16           You know, as far as attorney/client privilege,

17   you know, they talk about a claw back procedure.  Well, all

18   of the Protected Orders in the cases that I'm aware of, have

19   a standard claw back provision that allows parties to draw

20   back documents that have been inadvertently produced.  And

21   again, this is an offer that we made in our brief and we've

22   made on the phone.  If that provision is somehow inadequate,

23   and I'm not sure why it would be, we're happy to abide by

24   the provision, the claw back provision in the Delaware

25   Bankruptcy Court Order that Your Honor entered in this case.

1  That's fine.  So I'm not sure that there's a lot of room for

2  dispute there.

3           Again, the confidentiality came up.  We, you

4  know, we want an attorneys' eyes only level of

5  confidentiality.  Okay.  You know, we have that in these

6  Protective Orders in our cases.  Your Honor, again, and it's

7  in the Protective Order in this case, talked about

8  confidentiality.  And so we could, you know, designate these

9  things at the highest level to the extent that that's how

10  they have been identified during the document review.

11  Again, this is just standard document review and Protective

12  Order information, so I don't see anything completely

13  unusual there.

14           So, Your Honor, those are the issues that I have

15  on the discovery issues.  I'd like to actually have my

16  partner address a couple of the issues on the Automatic

17  Stay, if that would be helpful for the Court.

18           THE COURT:  That would be fine, thank you.

19           MR. WILSON:  Thank you.

20           THE COURT:  Thank you, Mr. Wilson.

21           MR. WINSTON:  Good afternoon, Your Honor.  Eric

22  Winston of Quinn Emanuel on behalf of Google.  And I will

23  only take just a few minutes.

24           I want to talk very briefly about both the

25  Automatic Stay in the *Residential Capital* case.  And in

1  particular, the factors of *Residential Capital* that really

2  relate to the bankruptcy issues, not scope, need, burden,

3  cost.  Those I think are dealt with by Time Warner's

4  counsel, my colleague.

5          THE COURT:  Yes.

6          MR. WINSTON:  But the context and the timing as

7  it relates to bankruptcy.

8          First, with respect to the Automatic Stay, and

9  we've kind of gotten a little bit of short shrift here.

10  Even in *Residential Capital*, the Court said as a matter of

11  just 362(a)(1) or (a)(3), the Automatic Stay does not

12  prevent third party discovery inbound to a Debtor where the

13  Debtor is not a party to the litigation.

14          THE COURT:  That was clear, yes.

15          MR. WINSTON:  And they cited some cases in their

16  reply.  Each of those cases really dealt with quite

17  distinguishable facts.  One was someone actually seized a

18  storage tank, claiming they had a contractual right to do

19  it.  That to me is classic violation of the Automatic Stay.

20  One, the creditor actually moved for Relief From Stay to

21  take exclusive possession of all papers of the Debtor and

22  wanted to commence a judicial proceeding to confirm that.

23  And in that case, which was the *Integrated Resources* case,

24  the Judge said, no, no, no, that I'm going to deny, but in a

25  footnote said, you may have reasonable access to all of

1  those papers.

2          And then the last case they site was *Archen* [ph].

3  That was a case where a Chapter 7 Debtors' counsel had

4  billed the estate for review of documents.  And the Court

5  said I think that's a bit excessive because you should have

6  sent a stay threaten letter.  You know, you do that as

7  Debtors' counsel, you send a letter saying you violated the

8  estate, please stop.

9          THE COURT:  Right.

10          MR. WINSTON:  And you hope they stop.  That's

11  what that case was about.  So I think the -- clearing the

12  underbrush, the real issue here is the architecture of their

13  request is *Residential Capital*.  And I want to do -- I do

14  want to focus on the two factors, really, that are

15  bankruptcy and that's context and timing.

16          The context in *Residential Capital* and I know

17  this not just from reading the opinion, I spent a year of my

18  life representing private security litigants that were

19  caught up in that case and we were happily part of the

20  settling parties at the end.  But in that particular aspect

21  of the case, FHFA had sued, pre-petition *Residential*

22  *Capital*, the Debtor, and its parent, Ally, along with lots

23  of other people.  And it was wanting to get from *Residential*

24  *Capital*, loan files that it thought would be relevant in its

25  litigation against Ally that was not going to be stayed.

1    And Judge Glenn said, I get why you need it.  I'm not in any

2    way disputing that, but you have lots of these lawsuits

3    already pending and there's lots of other similarly situated

4    parties.  I, from a context perspective, I think this favors

5    the Debtor because you are the one, FHFA, seeking the

6    materials.

7           Contrast that with the facts here.  Google, and

8    I'll speak for Time Warner for a second, we're not the

9    Plaintiffs seeking affirmative relief, we're the Defendants.

10   We're the Defendants from a transaction where Nortel sold

11   what has now been used against us to Rockstar in

12   anticipation of -- in part of that sale and made the choice

13   to sell, rather than to sue.  But it knew the outcome of

14   selling the assets would be almost assuredly litigation

15   against third parties.  So it's from a context perspective,

16   remarkably different than *Residential Capital.*

17           But now I want to turn to timing because that was

18   the factor of all the factors that Judge Glenn relied upon

19   the most.  He said this weighs heavily in favor of the

20   Debtors.  And the Court said the Debtors have a very

21   difficult few months ahead.  The Debtors are in the midst of

22   a document review, document production, and due diligence on

23   at least three matters, in addition to their day-to-day

24   responsibilities.  And what were those three matters?  One

25   was an auction of the principal assets.  I very much

1  remember that transaction.  It was massive.  The sale of

2  their mortgage servicing loan platform.  There was the

3  hearing on the settlement of all the *RBS* litigation which

4  would have included third party releases of its parent.

5  Debtor entered the case with the settlement in hand.  It was

6  a payment of $750 million by Ally to the estate, in order to

7  get those releases.

8         There was also an examiner that got appointed and

9  he was undertaking his examination and getting lots of

10  discovery.  So what the Court did, and I think correctly,

11  because we were one of the Plaintiffs that stipulated to

12  staying litigated -- staying discovery of the Debtors, was

13  in light of these three major transactions at this early

14  point in the case, I'm not going to blow them all up by

15  letting somebody take discovery.  What happened?  Asset

16  sales were sold.  There was actually a very vigorous

17  auction.  The settlement was not surprisingly heavily

18  objected to, negotiated, end result.  Hours before the

19  examiner's report was supposed to come out, it was

20  publically announced there was a settlement of among other

21  things, the parent putting in billions of dollars instead of

22  $750 million.

23         What I think you can read between the lines of

24  why he took -- of why Judge Glenn stopped discovery and why

25  he was concerned about the timing.  In that early stages of

1  the case, the case was on a precipice of either consensual

2  resolution or complete chaos.  Now he was very clear because

3  he knew he was stepping on the toes of a District Court.  He

4  tread cautiously in doing so.  He said, this is not

5  permanent, but I am going to see what happens in this case

6  because otherwise, the reorganization of this Debtor will be

7  substantially threatened.

8           Let's contrast it with what happened here.  It's

9  been -- this case has been pending for years.  And I

10  understand there's a lot of other stuff still to go.  We got

11  a plan at some point that's going to be hopefully proposed

12  and hopefully gets confirmed.  There's a lot of allocation

13  of proceeds that need to be locked up.

14           THE COURT:  I've got a difficult few months ahead

15  me.

16           MR. WINSTON:  Yeah, yeah.

17                    (Laughter)

18           MR. WINSTON:  But all of that is based upon past

19  actions.

20           THE COURT:  Yeah.

21           MR. WINSTON:  The assets have been sold.  The

22  hard part from the getting the case going is over.  There

23  isn't really anything to reorganize because the businesses

24  have all gone.  We know from the Debtors there's very few

25  people left.  This isn't a threat to the reorganization of

1  Nortel.  All it is is just the pain of dealing with

2  discovery which my colleagues have addressed.  The fact --

3  the weighing of factors weights in favor of a pragmatic

4  solution like Your Honor suggested, but not the relief that

5  Nortel wants.

6            And while these are the small points, the much

7  more important points are the nitty gritty of what Nortel

8  should be doing now.  From the holistic approach of what

9  *Residential Capital* was trying to achieve, it made sense in

10  that case.  It makes zero sense in this case.  That's it,

11  Your Honor.

12            THE COURT:  Thank you.

13            MR. WINSTON:  Thank you.

14            THE COURT:  Thank you.  Mr. Irwin?

15            MR. IRWIN:  Good afternoon, Your Honor.

16            THE COURT:  Good afternoon.  Remind me who you're

17  representing, forgive me.

18            MR. IRWIN:  Yeah, that's my first order of

19  business Bockstar.

20            THE COURT:  Okay.

21            MR. IRWIN:  Which is a Plaintiff in one case in

22  Delaware, pending before Judge Robinson.  And there's one

23  Defendant on the other side of our claims and that's Cisco.

24  The status of that case is Judge Robinson so ordered a Joint

25  Scheduling Order last week and discovery has just begun.

1    There's been no subpoena on Nortel in our case, although

2    Cisco says it will serve one at some point in the future.

3            In our papers, we haven't taken a position on the

4    dispute between Nortel, and TWC, and Cisco, and Google.  We

5    filed a paper in order to address the alternative relief

6    sought by TWC, Cisco, and so forth, which Google has not

7    sought to stay the patent litigation.  And I appreciate Your

8    Honor's statement that you wouldn't appreciate receiving a

9    phone call from a Judge in Texas.  And it reminds me of the

10   famous case where Judge Easterbrook was sitting by

11   designation on a patent case and received a stay from a

12   Delaware Bankruptcy Court and he nearly fell out of his

13   chair. And that's a case where the Debtor was a party.

14   Here, the Debtors' not a party.  So if Judge Easterbrook

15   nearly fell out of his chair, maybe the Judge in Texas would

16   completely fall out of his chair or Judge Robinson in

17   Delaware.

18           And the reason Your Honor wouldn't like to

19   receive that phone call, there's substance to it, which is

20   that Your Honor doesn't have subject matter jurisdiction to

21   stay the case.  And this is clear, really from Cisco's, and

22   TWC's own papers where there in the alternative request for

23   a stay, they're not focused on a concern for the Debtor or

24   for the bankruptcy proceedings, they're very clear.  They're

25   concerned about themselves in the patent case.  They say,

1    and this is in, I think, the PowerPoint that was handed up

2    today.  TWC should not be forced to litigate with one hand

3    tied behind their back.  That's a concern about the fairness

4    of the patent litigation.

5            That issue, whether fair or unfair, is not a

6    problem that Congress has asked Bankruptcy Courts to remedy.

7    If there's an unfairness in the patent litigation because

8    third party discovery is either unavailable, or delayed, or

9    more restricted than the Defendants want it to be, that's an

10   issue that can be taken up with the District Courts in that

11   case as to whether a stay should be granted or some other

12   less Draconian relief should be granted.

13           And that goes back to Bankruptcy Court subject

14   matter jurisdiction.  We heard about the Asset Sale

15   Agreement and the Order approving that.  That's not a

16   statutory basis for subject matter jurisdiction.  Statutory

17   subject matter jurisdiction is Section 1334, the related-to

18   test.  And for the reasons I've stated, their concerns about

19   litigating a case -- in a patent case with one hand behind

20   -- tied behind their back is not related to a bankruptcy

21   issue.  And the Courts agree with that.

22           There are a number of cases that are cited in the

23   briefs where Bankruptcy Courts have granted some relief.  I

24   don't want to characterize it as to whether it's similar to

25   what Nortel's asking here, but in order to protect a Debtor,

1  some restrictions, or limitations, or procedures are imposed

2  by Bankruptcy Courts.  But in each of those cases, it was

3  the District Court that decided given that, should the

4  entire action be stayed?  And that's in the *Wedgeworth* case

5  that we cited.  That's in the *Res Cap* as well where the

6  District Court said I'm not going to stay the action in its

7  entirety.  That's also in the *Le Metier* case that was

8  discussed earlier.  And the reason for that, the Court's

9  justification in those cases, and this is from the *Stanford*

10  case is that the need for discovery has not been recognized

11  as an unusual circumstance.  And that's the test for whether

12  third party litigation against a non-Debtor should be

13  stayed.

14         Unusual circumstances exception is geared toward

15  protecting the Debtor.  As I mentioned, they're not

16  concerned with protecting the Debtor in their alternative

17  request, they're concerned with protecting themselves from

18  some sort of unfairness in the patent litigation.

19         So that's really all I wanted to say on the stay

20  issue, unless Your Honor had questions about it.  There's an

21  attorney --

22         THE COURT:  You don't have to push very hard on

23  this one, Mr. Irwin.

24         MR. IRWIN:  Yeah, I know.

25                    (Laughter)

1            MR. IRWIN:  I know.  I appreciate that, Your

2    Honor, thank you.  I believe there's -- given that my

3    client, Bockstar, is just at the beginning of discovery, we

4    haven't been, you know, as deep into these issues in terms

5    of negotiating between the parties on that, but there's an

6    attorney in the room, Mr. Turner, who represents

7    Constellation and Rockstar in the Texas case with TWC who, I

8    think is -- would also like to -- the opportunity to address

9    the Court.

10            THE COURT:  Absolutely.  Thank you, Mr. Irwin.

11            MR. TURNER:  Thank you, Your Honor.  Ellisen

12    Turner.  I do represent Constellation and Rockstar

13    Consortium U.S., L.P., in the litigations in Texas with Time

14    Warner Cable and a company called, Windstream who's not

15    here, as well, as Constellation R.C., U.S., L.P. in Delaware

16    in certain cases.  Your Honor, my --

17            THE COURT:  Thank you, Mr. Turner.  Good to have

18    you here.

19            MR. TURNER:  Thank you, sir.  My pro hoc vice

20    application was submitted a couple days ago.  I don't think

21    it's been signed yet.

22            THE COURT:  It's all -- it's perfectly fine,

23    thank you.

24            MR. TURNER:  Thank you, Your Honor.  So I was

25    surprised to hear today, and the only reason I'm standing

1  up, because our brief was just on the stay issue, primarily.

2  And I'm standing up now because I've heard this talismanic

3  reference by both sides to Rockstar as a reason why they can

4  or cannot perform their obligations.  And the comments made

5  that Rockstar is essential and critical to the parties being

6  able to work out their discovery fight.  That's a complete

7  surprise to us because we weren't invited to any of these

8  supposed daily and weekly conversations that have been going

9  on about the need for either side to produce or make

10  available discovery and what was going to be done to obtain

11  it.

12         If we're so critical, you would think somebody

13  would have invited us to the table and asked us,

14  specifically, about our objections in a forum where

15  everybody was there.  They should have done that, they

16  didn't.  So they shouldn't be casting stones on us in this

17  Court saying that we're holding things up, interfering, and

18  should have to pay the cost because really, Your Honor, we

19  haven't had an opportunity to work with them on the issues

20  that they're asking about.

21         It is correct that we've submitted and we've

22  stated in our brief, and Your Honor, I think hits the nail

23  right on the head.  We could easily resolve this as far as

24  Rockstar and Constellation our concerned.  Now there are

25  other entities in other cases that may have an opinion on

1  this, but frankly, I think the points are plain; outside

2  attorneys' eyes only.  I think everyone has agreed that the

3  materials that will be produced will be designed outside

4  attorneys' eyes only when they are produced.  That helps us

5  with our confidentiality concerns because --

6          THE COURT:  That includes the un-redacted

7  versions?

8          MR. TURNER:  I believe so, in a -- to a limited

9  extent.  Excuse me, the un-redacted versions, the -- yes,

10  definitely the un-redacted versions.  The redacted versions,

11  I think would have to be produced outside attorneys' eyes

12  only, at least for a time because --

13          THE COURT:  I think we've got them reversed,

14  perhaps.  In other words, those documents which include

15  confidential information, would be attorneys' eyes only.

16          MR. TURNER:  Correct.

17          THE COURT:  Yes.

18          MR. TURNER:  But there are redacted versions that

19  continue to contain information --

20          THE COURT:  Oh.

21          MR. TURNER:  -- that may need to be outside

22  attorneys' eyes only, which is an issue that we've been

23  working with Nortel on.  And there's talk about us trying to

24  resolve issues with Nortel, it's simply because we were

25  asked --

1           THE COURT:  Okay.

2           MR. TURNER:  -- to review exhibits for the

3   ongoing Allocation Trial and the things going on associated

4   with that.  And in the course of reviewing those materials,

5   we learned that there were some privileged information that

6   should have been redacted and was not, some confidential

7   information that probably should have been redacted.  We

8   were given a very limited amount of time to review because

9   the --

10          THE COURT:  Yes.

11          MR. TURNER:  -- documents were needed for use in

12  this Court.

13          THE COURT:  That's right.

14          MR. TURNER:  And so we would like that material,

15  for the time being, even though it's been redacted, designed

16  outside attorneys' eyes only, while we have further

17  opportunity to make sure that our confidential and

18  privileged information is not there.

19          The privilege review that Nortel has suggested it

20  would do would be fine with us.  That's -- it's a reasonable

21  privilege review.  And so we haven't objected to them

22  producing documents after a reasonable privilege review.

23  The threat is simply an objection to documents being

24  produced without any review, without any confidentiality,

25  without our opportunity to object and be heard.

1          The claw back request, that's very important

2    because what's been said about it today, needs to be finer

3    tuned.  The claw back provisions in the underlying

4    Protective Orders are very clear that a producing party has

5    the right to claw back its documents.

6          THE COURT:  Right.

7          MR. TURNER:  What we need is for all interested

8    parties because there's not just Rockstar involved here, but

9    many other purchasers and non-parties who may have issues.

10   They need the opportunity to claw back what Rockstar -- what

11   Nortel produces.

12         And, Your Honor, of course, the notice provision

13   that Nortel proposes in its Proposed Order, that would work

14   to effectuate most of what I think both sides are agreeing

15   should happen here.  If Nortel is about to produce some

16   documents, the parties who would be interested would receive

17   notice, have an opportunity to come to this Court, if

18   necessary, to their underlying Courts, which I assert is

19   probably more appropriate, and assess whether the materials

20   are even relevant, to what extent they need to be logged.

21   Because frankly, Your Honor, the requests that have been

22   made of Nortel here, if it was a party, if it was the suing

23   party in the patent litigations, I don't think that Time

24   Warner would be able to get this discovery.  It's very

25   broad, overly broad.  The search terms that I have seen, and

1  I've only been able to see what's been submitted as

2  attachments to the exhibits that were presented in this --

3  for this hearing, so I'm not sure I have the full taste, but

4  those search terms are inconsistent with the Orders issued

5  in the patent litigations.  They wouldn't be able to run

6  those search terms if Nortel was a party.

7          So I think that a little bit of what we're

8  getting here is an end run around the discovery restrictions

9  in the District Court case.  The Defendants in those cases

10 know that Rockstar has the majority of these documents, if

11 not all of the documents that are relevant, certainly the

12 Asset Sale Agreement.  Under the Asset Sale Agreement, we're

13 supposed to have them.  And so they should be able to get

14 those materials from us.  We're going to assert privilege.

15 We have asserted privilege.  There are logging requirements

16 as to us and we will produce privilege logs when it's time.

17 I think they're trying to end run a lot of that by trying to

18 get the same documents from another party, under different

19 discovery obligations with different logging requirements in

20 order to have another view at the set of documents that

21 they're trying to get.  A view that the District Courts have

22 already said they're not allowed to have based on the scope

23 of discovery that's permitted there.

24          So, Your Honor, I just want to be very clear that

25 we are not taking a position on this fight between the

1  parties, but to the extent they're trying to drag Rockstar

2  into it, it's not appropriate.  We are not preventing the

3  production of any materials other than our legitimately

4  protected confidential and privileged materials, and we've

5  made reasonable requests as to what needs to be done to

6  protect those materials.

7           THE COURT:  I appreciate that, Mr. Turner because

8  I was hearing some terrible things about Rockstar and --

9                   (Laughter)

10          THE COURT:  -- and I'm glad that somebody got up

11  to speak on their behalf.

12          MR. TURNER:  If there's any lingering doubts in

13  your mind as to our good faith, Your Honor, I'm happy to

14  address them now.

15          THE COURT:  All right, thank you, Mr. Turner.

16          MR. PLEVIN:  Your Honor, I've got a lot to --

17          THE COURT:  Mr. Plevin, yes, sir.

18          MR. PLEVIN:  -- respond to.  And let me try to do

19  it efficiently.  But let me start off first of all with the

20  suggestion you made before the break or maybe right after

21  the break about a practical solution here.  I think

22  everybody wants a practical solution.

23          THE COURT:  That's what I'm hearing, clearly.

24          MR. PLEVIN:  Yeah.  And, you know, certainly,

25  what we're looking to do is to provide whatever we have that

1  isn't already available from other sources, in as cheap and

2  efficient way as possible, without exposing the estate to a

3  liability.

4           THE COURT:  But you want it under the umbrella of

5  the Bankruptcy Court's protection.

6           MR. PLEVIN:  We want it under the umbrella of the

7  Bankruptcy Court so that --

8           THE COURT:  We think it's the CourtCall.

9           MR. PLEVIN:  Okay.

10           THE COURT:  I'm sorry, I apologize.

11           MR. PLEVIN:  Excuse me.  As you mentioned,

12  there's, you know, it's centralization that's important.

13  It's avoiding inconsistent rulings from Judges in different

14  jurisdictions who, frankly, don't have the responsibility

15  that you do to be concerned about the Debtors' estates.

16           THE COURT:  It's the liability issue.

17           MR. PLEVIN:  It's the liability issue.  And so, I

18  think, the idea of a practical solution overseen, perhaps to

19  some extent, by a discovery mediator appointed by this Court

20  who is expert in this area, it would be welcomed thing.

21           And I also want to comment, as I said before, I'm

22  not an IP lawyer.  And I've only seen the emails that have

23  gone back and forth between Mr. Supko and some of the folks

24  on this side of the room.  And I, of course, listened

25  closely to the argument today.  And what I took away from

1   that is that my original characterization of what's been

2   happening, which is that there's been a real effort, a

3   meaningful effort to make progress and to methodically work

4   through issues that are frankly, more complicated in the

5   sorts of discovery issues that I'm accustom to dealing with,

6   that that's been ongoing and I think it will continue to be

7   ongoing.

8           And I want to stress, and I don't know if I said

9   this before, that if our Order is entered, the meet and

10  confer requirement that is part and parcel of that Order is

11  the forum under which these discussions will continue.  So

12  that when Time Warner's counsel suggests that we may be

13  closer to a deal than we think.  And when Google's counsel

14  points out a whole list of areas that they think there's

15  been some agreement on, that's part of the process.  And

16  that process ought to, and should, and from our perspective,

17  will continue, even if the Court does enter an Order.

18  Because what we've asked the Court to do is not to bar the

19  discovery, but to require them to meet and confer with us

20  first and then to come back to the Court and to say, you

21  know, NNI is just being unreasonable.  They are, you know,

22  this problem that problem, the other problem.  They have a

23  forum to come back.  What we're trying to do is avoid all

24  these existing subpoenas, all the future subpoenas, exposure

25  to other Courts' inconsistent rulings, and have one place

1   where we can sit down and talk about it.

2             And if a discovery mediator is going to be

3   helpful in that, we welcome that.  If Rockstar is willing to

4   come to those sessions or participate in them, we welcome

5   that because I think that would be productive.  I heard Mr.

6   Turner list a number of things that I think gave me a little

7   bit of comfort about how this process can go forward, but

8   it's at this point, it's just talk among the parties and we

9   need to move forward and try to nail this down.  And as I

10  said, that process was going on before we came into Court

11  today and I think it should continue.

12            A couple of things I'm going to be a little

13  scattershot here, and where I can, I'm going to try to bring

14  things together.  First of all, I don't think it's in

15  dispute that --

16            THE COURT:  I'm sorry.  I'm cutting off

17  CourtCall.

18            MR. PLEVIN:  I understand.  I'm -- we sometimes

19  have partner meetings by video and phone and I always am

20  tempted to do that, but I don't have my finger on the

21  button.

22                     (Laughter)

23            THE COURT:  That's right.

24            MR. PLEVIN:  I think it's undisputed that NNI did

25  provide all the patent related documents to Rockstar as Mr.

1  Turner pointed out.  That was our contractual obligation and

2  so we should have done that.  And so, it's reasonable to

3  think that people ought to go to Rockstar first.  Google's

4  counsel says that's what they're doing.  I think that's

5  appropriate.  And as I said before, if there's actual stuff

6  that we have that's left, you know, that's the appropriate

7  thing to come to us for.

8              Time Warner's counsel mentioned that there was

9  only five categories of documents as though there were only

10  five requests to us.  But what they've done is they've

11  broadly categorized all of their requests into five

12  groupings.  In fact, and I think this is made clear by the

13  PowerPoint that was handed up, right now, we've been asked

14  to do 83 separate electronic searches; 20 -- is to 20 common

15  and 63 separate or -- yeah, 20 common searches and 63

16  separate searches.  And I didn't know this until I heard Mr.

17  Turner say it, but apparently, some of those searches would

18  be outside the bounds of what's allowed in the patent

19  litigation.  I do know from what my colleague, Mr. Supko,

20  told me is that many of those requests are much broader than

21  simply the patents in suit.  And that's consistent with what

22  Mr. Wilson said when he said that the -- a lot of the

23  discovery is going to the auction process as a whole.  So

24  that discovery is very broad.  It's not just five categories

25  of documents.

1          One thing to say about the case specific search

2     terms is that we anticipate that we'll get those in every

3     case.  So it's not simply a matter of case specific terms

4     now, but every case, every subpoena that's filed we'll have

5     to deal with that.

6          I do want to emphasize something that I think

7     Time Warner's counsel adverted to, which is that we have

8     agreed to incur the costs of generating hit counts because

9     that's a minimal cost.  And rather than fight about it, we

10    just sucked it up and said, we'll do it.  But that's not

11    where the cost is.  The cost is not figuring out whether

12    there's 20 responsive documents or 100,000 responsive

13    documents, the cost is in reviewing and processing them,

14    once we get them.  And that's where the cost argument will

15    be as well.

16          THE COURT:  But I had the impression, at least

17    from Mr. Wilson, that in the first instance, they want you

18    tell them how many hits there were.

19          MR. PLEVIN:  Yes, and we have undertaken that

20    obligation and we've said we'll do that on our dime.  And we

21    are doing that.  And I understand that's going to happen

22    soon.

23          MR. SUPKO:  It's in process.

24          MR. PLEVIN:  It's in process.  It's a process,

25    but it will happen.  And we're doing that on our own dime.

1   And I understand, I said that before, they don't want to

2   give us a blank check that we'll pay whatever it costs.  But

3   we also don't want to have to have the burden of paying

4   whatever it costs when serve really super broad requests.

5   So we'll get the hit counts and then that will be a topic

6   that we can talk about.

7           THE COURT:  Sure.

8           MR. PLEVIN:  Time Warner's counsel a few times

9   suggested that because of their view that we have a

10  substantial agreement, we don't need the Order.  And rather,

11  we just ought to go with the substantial agreement that it

12  is really a discussion still in progress.

13          I do want to emphasize that we need this

14  protection even if we do have a deal with Time Warner, and

15  even if we have a deal with Google.  If we have deals, we'll

16  live up to the terms of those deals with all the precepts

17  that I mentioned and the helpful comments that Mr. Turner

18  made.  But until then, we think it's appropriate that we

19  have some protection because these are not the only

20  litigants, I don't think, who are going to be out there

21  against Rockstar.  And they may even have additional cases

22  against Rockstar, for all I know.

23          The Asset Sale Agreement, much was made of the

24  fact that our obligations under that are purportedly narrow

25  because all we have to do is what's commercially reasonable.

1  And there is language that uses the phrase, commercially

2  reasonable.  But it also contains the following, which

3  starts with the two magic words, 'provided, however'.  And

4  the proviso is that we have to provide prompt notice under

5  this agreement with Rockstar of anything that is subject to

6  confidentiality provisions of that agreement.  And this

7  isn't the only Asset Sale Agreement we have.  We have these

8  agreements with the other business line purchasers and with

9  other parties to the allocation litigation.

10         And so, it's not just a matter of Rockstar

11  agreeing, we have to give notice to everybody.  And then,

12  while the agreement provides an exemption from liability, if

13  we do certain things after we give the notice, and of

14  course, we have to give the notice to all the others as

15  well, this is not a Court Order that says we're exempt from

16  liability, this is a contract.  And I assume that the

17  counterparty to the contract could contend that whatever we

18  did was not commercially reasonable.  And therefore, we have

19  the very dispute and the very liability risk that we're

20  trying to avoid.  So we still have that exposure.

21         Based on the notion that we're making this hard

22  on ourselves, Time Warner's counsel cited a line of cases.

23  The one I wrote down was *Bell* --

24         THE COURT:  Yes.

25         MR. PLEVIN:  -- which basically says there can't

1  be cost shifting if you just decide to do a gold plated

2  document review, your own reason.  Well, we're not doing

3  this for our reasons, we're doing this because we have

4  contractual obligations and liability threats hanging over

5  our head and we're trying to avoid that.

6           We talked about the pre-clearing of depositions

7  and whether or not some of the depositions of people who

8  used to be former Nortel employees ought to be subject to

9  some kind of restriction.   And the --

10          THE COURT:  The 15-day requirement you mean,

11  precise specific --

12          MR. PLEVIN:  Well, the 15 day requirement, Your

13  Honor is in there, in the Order, the Revised Order right now

14  just for inventors.

15          THE COURT:  Okay.

16          MR. PLEVIN:  The Order would stay depositions of

17  others who are former Nortel employees.  And with respect to

18  the 15 days, the argument was well, sometimes we don't know

19  until two or three days before the deposition, when it's

20  going to take place.  And I don't know what kind of civil

21  litigation they're practicing, but I'm not used to being

22  called around the country on two days notice.  Usually,

23  there's a notice of deposition, and then there's a subpoena

24  and the subpoena is served, and maybe there's a negotiation

25  about when the guy shows up.  But the point is, in that

1  process, I think it's fair to give us 15 days notice.  They

2  can even give us 15 days notice that these are the people

3  they're trying to subpoena.

4           THE COURT:  Right.

5           MR. PLEVIN:  And then we can work off of that.

6  I'm not saying that from the day they actually set the time

7  and place of the deposition they need to give us 15 days

8  notice.

9           THE COURT:  Okay.  Okay.

10          MR. PLEVIN:  They need to give us a chance.  Rule

11 45 itself requires 10 days notice.

12          THE COURT:  That's right.

13          MR. PLEVIN:  The -- they talked about why can't

14 Rockstar protect the privilege in these depositions?  Why

15 does Nortel have to be there to protect privilege or

16 confidentiality?  Well, the problem is --

17          THE COURT:  It's not their privilege.

18          MR. PLEVIN:   Well, not in all cases.  In some

19 cases, it may be, but not in other cases where there's a

20 general examination about the auction or documents that are

21 produced may, as I mentioned earlier today, talk about more

22 than one set of patents that were transferred.  They don't

23 -- Rockstar doesn't have the right to assert the privilege

24 on behalf of one of the business line purchasers.  And so,

25 we're asking for the right to be there to do that.

1          THE COURT:  To assert the privilege on behalf of

2  a purchaser?

3          MR. PLEVIN:  Well, a privilege that we had.

4          THE COURT:  I'm sorry, okay.

5          MR. PLEVIN:  That we had and that may be shared

6  now with the purchaser, and which we have a contractual

7  obligation.  And the documents that the witness would be

8  examined about are documents that either we produced or that

9  were produced previously.

10          THE COURT:  Okay.

11          MR. PLEVIN:  The *Le Metier* case was talked about

12  as an example of -- is a recent case that says the stay

13  doesn't apply.

14          First of all, I had a brief moment of nostalgia

15  when I read this because I got to the second page and I saw

16  the reference to *Baldwin-United Corporation*.  It was a 1985

17  decision in the Second Circuit.  I wrote the brief on that

18  as a young associate and so that was a fun moment.

19          THE COURT:  Yes.

20          MR. PLEVIN:  But the other thing about this --

21          THE COURT:  And I'll be you went back and reread

22  that brief, didn't you?

23          MR. PLEVIN:  No, I don't actually have it

24  anymore.

25                    (Laughter)

1          MR. PLEVIN:  It's not electronic, so I can't

2   access it.  But what the Court is really talking about here,

3   this is really a case that's not relevant because the suit

4   here in *Le Metier* was against the former CEO of the company

5   for his own personal bad acts, which in part, led him to be

6   replaced by a Trustee by the Bankruptcy Court.  And the

7   Debtor was not the one trying to stay this, it was the

8   former CEO trying to stay this.  And the Court said, no, you

9   can be sued for your own personal acts.  There's no

10  responsibility on the Debtors' part.  And on Page *5 of the

11  decision, what the Court says citing *Residential Capital* is

12  that Section 362(a) does not prevent litigants from

13  obtaining discovery from a Debtor as a third party witness

14  where the requests pertain to claims against the non-Debtor

15  parties.  So I don't think this undercuts the stay argument

16  that we made at all.

17          Mr. Wilson, on behalf of Google, talked a little

18  bit about how the -- how Nortel has a unique group of

19  documents that are highly relevant.  And I don't think we've

20  disagreed with the fact that we do still have some

21  documents.  I mentioned earlier today that we have valuation

22  documents that were privileged, that were not put in the

23  data rooms, that were not made available, that we -- and

24  that those are the documents that in almost entirely that

25  he's talking about.  And really, that's why I said before,

1  that what they would get would be a very small number of

2  documents and a very large privilege log.  There is not a

3  big cache of documents that is not privileged that would be

4  available in addition to what is available from Rockstar.

5       Mr. Wilson tried several times to suggest that we

6  were just a regular litigant, a regular -- in fact, that's

7  what phrase he used, a regular litigant.  We're not a party

8  to these cases, so we're not a litigant at all.  And this is

9  not an everyday document request to a third party.  We are a

10 Debtor, we are in liquidation, and the so called, parade of

11 horribles that he sought to talk about, is one that we

12 actually face.  And I think it's -- and I said enough about

13 that earlier today, that I don't need to belabor that any

14 further.

15      I would also say that if they're so confident

16 that their hit counts that they request are so narrow that

17 it's only going to be a small number of documents, it should

18 be a small thing for them to agree to pay the costs of that

19 now.  I understand that they don't want to bet on that and

20 that's fine, but they shouldn't put all the costs on us.

21      Going back for a second about the other Courts,

22 I mentioned the inconsistent rulings.  The other thing we're

23 concerned about are really broad requests and very short

24 timelines.  These patent cases, apparently are all filed in

25 Courts known as rocket dockets.  So it's very fast, and

1  therefore, the third party requests are very fast.  No

2  consideration of the cost or the liability concerns

3  regarding the Debtor.  That's why we need the protection.

4          And I think, Your Honor, unless -- I think that's

5  it for us.  I would just close by saying that I think we

6  need this protection.  I think that the Order will not

7  undercut in any way the incentive of the parties to continue

8  to meet and confer and to talk.  If Your Honor thinks it

9  would be helpful to have a discovery mediator and to have

10  all of the Nortel the objecting parties and Rockstar all be

11  part of that, we don't oppose that.  I won't even raise

12  right now the issue of cost sharing for that, but that would

13  be appropriate to do.

14          THE COURT:  Sure.

15          MR. PLEVIN:  But that's -- that might be a

16  solution worth handling.  And then I want to ask one

17  question of Your Honor.

18          THE COURT:  Please.

19          MR. PLEVIN:  I'm assuming that, perhaps

20  incorrectly, that you're not going to rule from the bench

21  today.

22          THE COURT:  Well, actually, I was planning to.

23          MR. PLEVIN:  Okay.  Well, then I will --

24          THE COURT:  I was hoping to.  And it may not be

25  as complete or thorough an analysis as the parties might

1  like, but I think given tenor of the argument, I can

2  certainly address the various parties' concerns.  And if --

3  my problem is I'm working on several sort of heated opinions

4  involving Nortel --

5                    (Laughter)

6            THE COURT:  -- at the moment, and one in

7  particular, of particular importance, and I think I can

8  dispose of this in a very fair and full fashion from the

9  bench, but let's see how we --

10           MR. PLEVIN:  Well I --

11           THE COURT:  --- how we do.

12           MR. PLEVIN:  -- was just going to make a

13  suggestion about interim relief, but if -- I'll hold that

14  thought.

15           THE COURT:  All right.  All right, hold that

16  thought and maybe we'll come back to it.

17           MR. PLEVIN:  Yes.

18           THE COURT:  Thank you, Mr. Plevin.

19           MR. PLEVIN:  Thank you.

20           THE COURT:  Anyone else sort of briefly?  Mr.

21  Wilson?

22           MR. WILSON:  Nothing further.  Nothing further,

23  Your Honor.

24           THE COURT:  Mr. Guzior?

25           MR. GUZIOR:  No, I have nothing further, Your

1  Honor.

2          THE COURT:  Oh, my goodness.

3                    (Laughter)

4          THE COURT:  From the past.  Please come --

5          MR. OXFORD:  Good afternoon, Your Honor.

6          THE COURT:  Welcome back.

7          MR. OXFORD:  Thank you.  It's nice to be here

8  again.  For the record, Neil Oxford of --

9          THE COURT:  Yes, sir.

10          MR. OXFORD:  -- Hughes Hubbard and Reed for the

11  EMEA Debtors.  Just one brief note on cost shifting.

12          THE COURT:  Yes.

13          MR. OXFORD:  Mr. Plevin, his motion before the

14  Court today is only for cost shifting towards the requesting

15  parties?

16          THE COURT:  Yes.

17          MR. OXFORD:  He mentioned in his submissions,

18  cost shifting towards the other estates, potentially.

19          THE COURT:  He did.

20          MR. OXFORD:  And I just wanted to make the Court

21  aware, there is a pending motion also filed by the U.S.

22  Debtor, which may not have reached Your Honor's desk yet.

23  It's filed also with a companion motion in Toronto before

24  Justice Newbould.  And that provides, that seeks relief to

25  the extent there are any costs imposed upon the U.S.

1  Debtors, that those be shared between the estates.  So --

2             THE COURT:  With respect to this matter, these

3  matters?

4             MR. OXFORD:  With respect to these Rockstar

5  discovery requests.

6             THE COURT:  Okay, all right.

7             MR. OXFORD:  We will, of course, be responding to

8  that in due course.  The papers, I think are due November

9  17.  So we will work with the U.S. Debtors and the Canadian

10 Debtors to see if we can get an agreed Form of Order to the

11 extent that's necessary.  And, of course, it may all be

12 mooted by Your Honor's decision this afternoon.  But I just

13 wanted to make sure Your Honor was aware, to the extent that

14 that had not already reached Your Honor's desk, that that

15 separation motion was not on the table today, but it would

16 be heard sometime in the future.

17            THE COURT:  Thank you, Mr. Oxford.  I'm glad you

18 brought that to my attention.

19            MR. OXFORD:  Great, thank you, Your Honor.

20            THE COURT:  I appreciate it.  Well, you know, I

21 think the parties, to their credit, are seeking a practical

22 solution to what could, despite, you know, a more thorough

23 ruling, not address the issues that we have.  We have a

24 Debtor that clearly has a responsibility.  Or Debtors, I

25 should say, that clearly have a responsibility to provide

1   discovery.  But I think that they're entitled to do that

2   under the protection of this Court for a number of reasons.

3   And I think that's what, as far as the Court is concerned,

4   brings into play the *Res Cap* decision, which I recognize is

5   in a very different context.  I certainly heard the argument

6   about the timing in particular.  And we are certainly in a

7   different timeframe than the *Res Cap* case, but at the same

8   time, I think that the protection that was afforded in that

9   case is appropriate here for a couple of reasons.

10          First, the potential liability is of foremost

11  concern to the Court.  And secondly, this growing -- we

12  already have a large number, I should say, of subpoenas

13  pending and it's only going to grow.  And I think that the

14  Debtor needs the protection of this Court to have in place a

15  program to meet the discovery concerns that are presently

16  existing and will in the future arise.  Those necessarily

17  won't be binding on parties that may issue subpoenas in the

18  future, but certainly, they will be a guide to everyone, and

19  perhaps, will at least if not eliminate, will limit the

20  issues that arise with those subpoenas.

21          So I'm going to extend the stay, under the *Res

22  Cap* decision as I have interpreted it, to the subpoenas

23  having been issued to discovery.  I don't know whether to

24  call it an extension or perhaps a modification even of the

25  stay because this is in no way directed or intended to limit

1   discovery.  It's intended, I think, to assist the parties to

2   discuss the future of discovery and how to expedite it and

3   how to narrow it, given the tight timeframes that all of you

4   are operating under.  That's got to happen for everyone's

5   benefit.  But at the same time, it strikes the Court that

6   having all of you at the table, including *Res Cap*, can only

7   help that process.

8                  MR. PLEVIN:  You mean Rockstar.

9                  THE COURT:  I did, thank you, I'm sorry.

10                              (Laughter)

11                 THE COURT:  Thank you, Mr. Plevin.  Yeah, *Res Cap*

12  is -- they've had their own problems.

13                              (Laughter)

14                 THE COURT:  This would be Rockstar.  And it seems

15  to me that at some point -- look, there have been agreements

16  about seeking discovery first from Rockstar.  We have the

17  search terms that are out there and that we're going to get

18  a number of hits from.  And that will, of course, sort of

19  educate the parties about where to go from there.  I want

20  the Debtors to be in a position to tell Rockstar that it

21  will be producing certain documents.  If they object to that

22  occurring, they ought to bring that to the Court's attention

23  in an expedited fashion.

24                 You know, just stepping back, Courts don't love

25  discovery disputes and they especially don't like them in an

1  area of the law where they know very little such as this,

2  intellectual property.  And I'm certainly not proficient in

3  that area, and I must tell you, when I first saw this, these

4  motion papers, I thought to myself, what sins did I commit

5  in a prior life?

6                    (Laughter)

7            THE COURT:  But I think it would be well for the

8  parties to discuss the possibility of a discovery mediator.

9  I have done that in other -- in another case.  You know, we

10  can't appoint masters in Bankruptcy Court, but we can

11  appoint mediators.  And I think it would be very useful to

12  the parties.  And you could discuss among yourself not only

13  whether to have a mediator, but who you might like that

14  mediator to be.  You know, I have names here in this

15  jurisdiction who I could certainly recommend, but you may

16  have others, more convenient and more familiar to you who

17  you would like to be using and I have absolutely no

18  hesitation in going with your wishes.  So you ought to be

19  discussing that.

20            But the Order that I have received, I have to

21  read more carefully.  I think it may go beyond my intentions

22  here.  And I want the relief to be very limited, and I want

23  it to be clear that this is not to stay discovery by any

24  means.  It is really, in my mind, to streamline the

25  discovery process, to make it more effective.  And to make

1  it more effective for the Debtors, but also for the

2  requesting parties.  I think you're entitled to have your

3  discovery as well.  I know that there are again, time

4  constraints and I'm prepared to work with you as to those

5  constraints.  You have a conference with the Court in Texas

6  on November 20.

7            MR. WILSON:  Yes, Your Honor.

8            THE COURT:  I would propose to schedule something

9  shortly thereafter.  I don't want to step on the toes, in

10  any way, of the Court.  It's that Court that issued the

11  subpoenas, but at the same time, I do have a responsibility

12  to the Debtors, and I would, therefore, at least be

13  operating to provide some stay protection to the discovery.

14  If you want to seek a stay of that pending litigation, it is

15  that Court to which I think you have to make that request.

16            So those are really my proposals, but I want to

17  look at the Order and I want to issue a very limited Order

18  at this point, just to make it clear what I am and am not

19  providing.

20            Take depositions for example, let me just say

21  that.  The 15 days, I think you can work that out.  I think

22  the Debtors made it clear that the 15 days is from when you

23  first notice a deposition or first are seeking a deposition.

24  If you think 15 days is too long and you want it to be 10

25  days for example, I'm sure you could work out that kind of a

1  specific.  The depositions of the former employees, that's a

2  separate issue.  And I haven't really fully decided that,

3  but I think that because that is at the moment, this is

4  contended to be a fairly limited Order, I think I will apply

5  it to those depositions as well because we'll be back here

6  in plenty of time to address that issue separately.

7           MR. MCDAVIT:  Your Honor --

8           THE COURT:  Please.

9           MR. MCDAVIT:  -- may I speak for a minute?

10          THE COURT:  Yes.

11          MR. MCDAVIT:  Jonas McDavit with Time Warner

12  Cable.

13          THE COURT:  Yes, sir.

14          MR. MCDAVIT:  On the issues of the deposition,

15  just to make it clear about how you would apply that.

16          THE COURT:  Yes.

17          MR. MCDAVIT:  In former employees that that would

18  extend to would include the principals of Rockstar, the

19  Plaintiffs in --

20          THE COURT:  Oh, and they've already been -- and

21  those depositions are proceeding.

22          MR. MCDAVIT:  Well, they will proceed.  I mean,

23  obviously, Mr. Wilson and I were both counsel in cases where

24  those cases are moving forward.

25          THE COURT:  Okay.

1          MR. MCDAVIT:  And there's going to be discovery

2    taken.  And certainly, we expect that we will be taking

3    depositions of the principals of the Plaintiffs who are

4    suing our clients.

5          THE COURT:  Right.

6          MR. MCDAVIT:  So I think of all the things, I

7    think it's perfectly fine for -- from Time Warner Cable's

8    perspective to work out a discovery mediation, to use

9    discovery mediation when it comes to documents and how

10   document searches will come.  But I do think we need some

11   clarity about former employees who are now the officers, the

12   executives, and employees of the Plaintiffs in these patent

13   litigations.  Because if we can't take their deposition,

14   that does really grind a lot of discovery to a halt,

15   especially as we have deadlines that are fast approaching.

16   So that's information we would need to know so as Your Honor

17   said, if you were to apply that Order, then we would need to

18   make a decision of whether we have to apply for relief from

19   the District Courts in which we're practicing.

20          THE COURT:  I understand.  Yes, Mr. -- please.

21          MR. WILSON:  Your Honor, as I understand what

22   Your Honor's proposing, it's not that any of these

23   depositions would be barred, just that we would receive

24   notice.  To the extent there's a deposition that's going to

25   be taken of a former Nortel employee who's now an officer of

1  Rockstar, all we're asking for is to be told about that, so

2  we can make an informed decision as to whether or not we

3  need to attend.

4           THE COURT:  I see.  Does that put it in a

5  different light?  It seems to me it does.

6           MR. MCDAVIT:  Yes, I mean, the way we had read

7  the Order and the way we understood the briefing before was

8  that the former employees who are executives at Rockstar

9  will be treated separately than inventors, but if we're

10  going to go under the same rule as you're applying for

11  inventors --

12           MR. WILSON:  I think that's what the Judge just

13  said.

14           MR. MCDAVIT:  And then, I think we would be

15  satisfied with that, Your Honor.

16           THE COURT:  And I think the Order is a little

17  confusing on that point, so I would want to clarify that.

18  And I appreciate your bringing that to my attention.

19           MR. MCDAVIT:  Okay.

20           THE COURT:  Thank you.  So that would not -- what

21  do you think about a mediator?  Do you want to talk about it

22  among yourselves?  I'm not looking for an answer at this

23  moment.  I don't need to put it in this Order.

24           MR. WILSON:  Sure.  I mean, I think we would be

25  interested in receiving a list of names or the suggestions

1   that the Court has for mediators and --

2            THE COURT:  All right.

3            MR. WILSON:  -- certainly discussing with your

4   clients and conferring with the other side about potential

5   candidates and maybe having an exchange there as far as

6   whether it makes sense and then who might a candidate be.  I

7   think we might be able to make some progress on our side

8   with that.

9            THE COURT:  I will provide some names.

10           MR. WILSON:  Thank you, Your Honor.

11           THE COURT:  You bet.  One of them was in the

12  Court earlier, but I see he's got an interest in the case,

13  so I can't call on one of the former Judges.  What else can

14  I address with you this afternoon as I go back and think

15  about this Order?

16                       (Laughter)

17           THE COURT:  Anything else that the parties have a

18  concern about?  Costs, I haven't mentioned costs.  I'm going

19  to reserve on costs.  It seems to me, I need to see a lot

20  more about where the costs are incurred, why, you know, who

21  they should be assessed against in fairness, depending upon

22  the nature of the discovery.  I can't do that at this point.

23  And it would be wrong for me to do so.

24           And this is an unusual situation.  There's no

25  question that these Debtors had a full understanding that

1  litigation was going to ensure their sale.  I know that from

2  the Allocation Trial because the Debtors themselves were

3  considering the formation of IP Co.  And the purpose of

4  IP Co. was to prosecute claims such as this.  And instead,

5  for various reasons that were disclosed in the trial, they

6  determined not to do that and to sell instead, and

7  basically, to sell the patents, and with the patents, the

8  rights to bring these lawsuits.

9       So it is a little bit unusual in that context that we

10  have this case.  This is not a case where somebody sells a

11  property or something of that nature and suddenly, a lawsuit

12  arises thereafter.  This was, I think in fairness to the

13  Debtors, something that was known to be about to happen.

14           And that is why, I think that it is more

15  incumbent upon these Debtors, than in some cases, to be

16  cooperative in the discovery process.  And I will look to

17  that, but I also want the Debtors to be able to do so

18  without the risk of liability.  All right.  So I couldn't

19  enter an Order right now for example, saying that there is

20  no liability because I'm sure that Rockstar would jump up

21  and say wait a minute, we have to be heard and noticed, you

22  know.  So I can't put that in an Order.  But I certainly

23  recognize that the Debtor has a legitimate concern about

24  that.

25           All right.  So I'm going to go back with this

1  Order, review it, make what I think are some necessary

2  changes and I'll issue the Order.  It will not be, just so

3  the Debtors don't think I'm completely undoing their Order,

4  I'm not.  But at the same time, I don't know, do parties

5  want an opportunity to -- do you want to have until Monday

6  to raise any concerns with the Order?  Suggestions about

7  what you think should or should not be in this Order?

8           MR. WILSON:  With respect to the Proposed Order

9  from the other side?

10          THE COURT:  The Proposed Order, yes.

11          MR. WILSON:  Yes, certainly, Your Honor.  I would

12  be happy to make a submission on, you know, a focused

13  submission with respect to the points that are in the Order

14  for your consideration.

15          THE COURT:  I don't think you need this Order

16  this afternoon, necessarily.

17          MR. PLEVIN:  No, no, I hope nobody's going to

18  move to compel against us between now and the time you write

19  the Order.

20          THE COURT:  I don't think so.

21          MR. PLEVIN:  But I guess I would say, Your Honor,

22  they've had their chance to comment on the Proposed Order.

23          THE COURT:  Oh, they have on this particular

24  Order that you handed up?

25          MR. PLEVIN:  Yes, yes.  Well, the only changes

1    that is the one change on the inventors, and I don't think

2    that's -- well, it certainly was covered in argument today,

3    but I don't think anybody has a problem with that.  But that

4    was the only change was to make a reference to evidence

5    coming in at the hearing and then the 15 days.

6              MR. WILSON:  Those were the new provisions that

7    were sent over, I guess Thursday or --

8              MR. PLEVIN:  Tuesday or Wednesday.

9              MR. WILSON:  -- Tuesday or Wednesday --

10             THE COURT:  Yes.

11             MR. WILSON:  -- Your Honor, yes.  It was the

12   notice for the inventor deposition.

13             MR. MCDAVIT:  I think in fairness, the way it's

14   written right now --

15             THE COURT:  Come up to the --

16             MR. MCDAVIT:  Yes.

17             THE COURT:  -- podium.

18             MR. MCDAVIT:  Your Honor, again, Jonas McDavit

19   for the Time Warner Cable.

20             THE COURT:  Yes.

21             MR. MCDAVIT:  I think in fairness as it's written

22   right now, it would cover, like I mentioned earlier, it says

23   former employees --

24             THE COURT:  It does.

25             MR. MCDAVIT:  -- would include all the people at

1  Rockstar that are now employed at Rockstar.  So we needed

2  modification of that, at least, because if I understand Your

3  Honor correctly, what you were saying is that in providing

4  notice, but we would not be precluded of taking those

5  depositions.

6           THE COURT:  That's correct.

7           MR. MCDAVIT:  Okay.

8           MR. PLEVIN:  Well, my point, Your Honor, is

9  simply that the briefing is commented on the Order and I --

10 and you've indicated that you're going to issue a different

11 Order in some respects.  And I think you should just have

12 your Order.

13          THE COURT:  Fine.  I'm fine with that, unless the

14 parties -- yes, Mr. Guzior?

15          MR. GUZIOR:   Your Honor, I just have a question.

16          THE COURT:  Yes.

17          MR. GUZIOR:  Because I'm going to be dealing with

18 the practical nature of this as a junior associate.  So my

19 question to you is the document categories that we've

20 carefully negotiated with NNI over the past month, month and

21 a half --

22          THE COURT:  Yes.

23          MR. GUZIOR:  -- am I to expect Mr. Supko to

24 provide the search term hit report that we thought was

25 coming and to proceed with those categories we've agreed on

1 | or is that what --

2 | THE COURT:  I think so, but let's make sure that

3 | that is the case because I had intended, frankly, to look at

4 | the Order and to determine whether or not to be able to

5 | incorporate those agreements into this Order.

6 | MR. GUZIOR:  Okay, great.  Thank you, Your Honor.

7 | THE COURT:  Yeah.

8 | MR. MCDAVIT:  Just to be perfectly clear, Your

9 | Honor.

10 | THE COURT:  Yes.

11 | MR. MCDAVIT:  NNI will run the search terms and

12 | provide hit counts against the various data stores that

13 | we've been discussing with Time Warner and with Google.  We

14 | will run all the searches they've asked for.

15 | THE COURT:  Good.

16 | MR. MCDAVIT:  And provide them with hit counts.

17 | THE COURT:  All right.  And I'm assuming within a

18 | certain timeframe.

19 | MR. MCDAVIT:  I expect when I get back to the

20 | office, I'm probably going to have the hit counts for the

21 | allocation database.  The others may take a little bit more

22 | time.  I would think by the end of next week, we will have

23 | all hit counts for all data stores.

24 | THE COURT:  All right, wonderful.  And on the

25 | allocation database, it's my understanding that that

1  information is going to be produced for attorneys' eyes

2  only.

3           MR. GUZIOR:  Your Honor, I think you mean the

4  trial exhibits?

5           THE COURT:  The trial exhibits, forgive me, yes,

6  thank you.

7           MR. MCDAVIT:  My understanding is the state of

8  play on the trial exhibits right now, Your Honor, with the

9  exception of 392 exhibits that Rockstar has identified as

10  privileged.  And I believe there are another 10 trial

11  exhibits that are already under seal by Order of Your Honor.

12           THE COURT:  Yes.

13           MR. MCDAVIT:  The balance of that is something

14  like 1,848.  We planned to produce those on attorneys' eyes

15  only basis and sent an email this morning to counsel for

16  Time Warner and Google asking for confirmation that A,

17  they'll accept those on an attorneys' eyes only basis and

18  treat them accordingly.  And B, that they will give Rockstar

19  full claw back rights as though they were the producing

20  party.  And I haven't seen my email in the last several

21  hours, but --

22           THE COURT:  I bet.

23           MR. MCDAVIT:  -- if we get an affirmative answer

24  to those, we should be able to produce those documents next

25  week.

1          THE COURT:  All right, that's helpful as well.

2    And was there anything in particular?  I know I have a

3    document from you, Mr. Guzior with the agreements as

4    reached.  Anything else you need specified in this Order?

5          MR. GUZIOR:  Your Honor, I would ask on the 392

6    exhibits --

7          THE COURT:  Yes.

8          MR. GUZIOR:  -- that we discussed, that there be

9    some timeframe in which something is going to happen with

10   those documents because we can't just have them sitting in

11   limbo.  So to the extent Your Honor is willing to provide

12   guidance --

13         THE COURT:  Well, it seems to me, Rockstar has

14   notice of those 392 documents, obviously.  And Rockstar

15   should have -- when were they provided to Rockstar, Mr.

16   Supko, recently or --

17         MR. SUPKO:  I'm not sure.  I think it was a

18   rolling process that Rockstar was provided with documents.

19   It was about one week ago that we got from Rockstar, an

20   identification of what those --

21         THE COURT:  Oh.

22         MR. SUPKO:  -- 392 were.

23         THE COURT:  All right.

24         MR. SUPKO:  To my understanding, and Mr. Turner

25   can correct me if I'm wrong, but my understanding is that,

1   you know, the review of those exhibits, to the extent

2   they've been able to, is completed and this is the body of

3   potentially privileged exhibits.

4           THE COURT:  I should ask Mr. Turner then when he

5   will be prepared to respond.

6           MR. TURNER:  Thank you, Your Honor.  So the 392

7   aren't a set unto themselves.  They were provided, I think,

8   at different times.  There is a date in the Eastern District

9   of Texas for us to provide privilege logs.  I can't recall

10  what that is at this time, I know it's been pending.  I

11  think it's January, for a great set of documents.  And

12  that's when we intended to provide privilege logs.  That's

13  when I would assert that we should do it.  There's still an

14  ongoing review of, I think, additional trial exhibits here

15  because the issue is complicated, Your Honor.  The Nortel

16  entities were able to produce privilege documents to each

17  other.

18          THE COURT:  Yes.

19          MR. TURNER:  And then use those at trial.

20          THE COURT:  Right.

21          MR. TURNER:  And then didn't think, oh, waive.

22  We might be waiving privilege of somebody else who now owns

23  the privilege to those documents that we're perfectly

24  willing to share with each other.  And so, it's very

25  difficult for Rockstar to go through those documents and

1  determine what is privileged and what is not because not all

2  them were actually marked as privileged.  They didn't bother

3  to do that because it was with each other.

4        THE COURT:  Well I think, certainly, Time Warner

5  is more concerned with the 392 documents at this point.  And

6  I don't think that should take until the Eastern District of

7  Texas privilege log deadline.

8        MR. WILSON:  Well, also, Your Honor, if I could

9  interpose here for a second --

10        THE COURT:  Mr. Wilson, yes.

11        MR. WILSON:  -- I'm not sure which Eastern

12  District of Texas case we're talking about --

13                      (Laughter)

14        THE COURT:  Oh.

15        MR. WILSON:  -- because in my Eastern District of

16  Texas case, there had been a final or substantial document

17  production and exchange of privilege logs and that happened

18  back in September.

19        THE COURT:  Oh.

20        MR. WILSON:  And we had notified Rockstar once we

21  heard that there were these 392 documents that they had

22  withheld.  I had sent a letter and we followed up with them

23  and have had no response.  And really, as an initial matter,

24  we're trying to find out what their basis is for asserting

25  the privilege and then either, you know, obtaining a log or

1   some other type of representation, so that we can challenge

2   it and move forward either with a Motion to Compel or

3   something along those lines.  But the deadline in my case

4   has long past.

5               THE COURT:  Okay.

6               MR. WILSON:  And if we wait till January,

7   actually, in fact, discovery will be over.  So there's some

8   tension there where we are really looking -- we're actually

9   eager and want to know what the basis is so we can move

10  forward as soon as we can on that.

11              MR. TURNER:  Therein lies the tension and a

12  little bit of the problem for today, Your Honor.  We weren't

13  given notice of most of the issues that were being raised

14  here today.

15              THE COURT:  Sure.

16              MR. TURNER:  We didn't know it was going to be

17  about us, except for the stay issue which has been

18  addressed.

19              THE COURT:  I understand that, Mr. Turner.

20              MR. TURNER:  I'm not counsel in Google's case, so

21  I really don't know what's going on in Google's case.  I

22  prefer to get back to Your Honor on what can be done with

23  respect to a privilege log in his case and what these 342

24  [sic] documents are about.  I know a little bit about them

25  from us having to review them for the trial.  As far as

1  what's holding them from discovery from the parties, that's

2  only just come up.

3          THE COURT:  All right.  Well, let's do this.  Get

4  back to the parties with a proposed date by which you would

5  provide the privilege log or the explanation for the

6  assertion of the privilege and we can then take it up at the

7  next hearing.

8          MR. GUZIOR:  And, Your Honor, with respect to in

9  Slide 5 --

10          THE COURT:  Yes.

11          MR. GUZIOR:  -- this just lists the specific

12  categories of documents.  And I understand, I have perfect

13  clarity on 4 and 5, how that's going to work, one.  But when

14  we're talking about 2 and 3, Category 2 and Category 3 here,

15  we're talking under Category 3 about two documents, Your

16  Honor.  So I think, you know, a little bit of guidance on

17  when we are going to get those documents so they aren't just

18  sitting out in limbo.

19          And also, Your Honor, with respect to the

20  deposition transcripts, we're talking about six documents.

21  So, you know, I think we're very interested to see what

22  these documents are.  So if the Court could provide a little

23  guidance on that, it would be very helpful.

24          THE COURT:  Mr. Supko, yes, sir, yes.

25          MR. SUPKO:  I think I can help with that, Your

1  Honor.

2          THE COURT:  All right.

3          MR. SUPKO:  There -- with respect to the two bid

4  valuation documents and the five or six deposition

5  transcripts, under Your Honor's Orders in the allocation

6  litigation, we have an obligation to provide interested

7  parties with, I believe, it's 10 days notice.  It might be

8  14 days notice.  We now have as of this morning, I've got

9  redacted copies of all of those deposition transcripts.  We

10  will send notice to all of the interested parties no later

11  than Monday to start that process.  So it should be within

12  roughly two weeks at most, these documents will be produced.

13          THE COURT:  I'm sure that's longer than you

14  wished for, but it may be better than you expected.

15          MR. GUZIOR:  And is there any update on the two

16  bid evaluation documents?

17          MR. SUPKO:  The same process applies, same

18  obligation applies to those because those were documents

19  that were produced in the allocation litigation, so they're

20  subject to Your Honor's Protective Order and notice

21  requirements.

22          THE COURT:  All right, thank you.  Thank for that

23  information.

24          MR. GUZIOR:  Thank you, Your Honor.

25          THE COURT:  Does that help?  Does that help?

1              MR. GUZIOR:  It's very helpful.

2              THE COURT:  All right.  Now I think we ought to

3    talk about another hearing date in this matter because this

4    is going to be an ongoing issue, of course.  And you're

5    meeting with -- who's your Judge down in the Eastern

6    District?  It's in Marshall is it right?  Is that right?

7              MR. TURNER:  It's just Gilstrap, Your Honor.

8              THE COURT:  Okay, wonderful.

9              MR. GUZIOR:  And, Your Honor, we're before Judge

10   Payne.

11             THE COURT:  Your before different Judges besides?

12             MR. TURNER:  Yes, Your Honor.

13             THE COURT:  All right, that's great.

14                       (Laughter)

15             THE COURT:  To further complicate things.  How do

16   parties look December 10?  Is that soon enough for you?  I

17   know we have Thanksgiving in between.  I could do the 5th,

18   that's a Friday, or the 10th, or the 11th as -- but I want

19   -- hopefully, all of you will be available on one of those

20   days.

21             MR. TURNER:  I'm sorry, Your Honor, I'm waiting

22   for my phone to turn on.

23             THE COURT:  I understand.

24             MR. TURNER:  I had it off so it wouldn't ring.

25             THE COURT:  I have the same problem.

1          MR. PLEVIN:  Your Honor --

2          THE COURT:  Mr. Plevin, yes.

3          MR. PLEVIN:  Depending on what the hearing

4    covers, I don't know whether it would be Mr. Supko or I who

5    would be here, but the only day that works for both of us is

6    the 5th.

7          THE COURT:  All right.  Is that going to work for

8    other parties?  Mr. Wilson?

9          MR. WILSON:  Your Honor, we would make ourselves

10   available on the 5th.

11         THE COURT:  Why don't we do it at 10:00 on the

12   5th, if that's -- I don't know if people are traveling in

13   from out of town, if 10:30 would be better.  I'm willing to

14   do it then as well, 11:00, your preference.  10:00 then,

15   we'll do it at 10:00.

16         MR. PLEVIN:  And, Your Honor, will the Order

17   discuss the scope of that hearing so that --

18         THE COURT:  Yes.

19         MR. PLEVIN:  Okay, thank you.

20         THE COURT:  We'll do that.  All right, Counsel.

21   Well I appreciate your efforts and your courtesies to one

22   another, and to the Court.  And as I said, I certainly want

23   to provide protection to the Debtors, but I also want the

24   discovery that is necessary in your cases, to proceed in an

25   orderly and prompt fashion.  So let's all work toward that

1  goal.  I will provide names of potential mediators and you

2  can be talking among yourselves about others, all right?

3  Thank you.

4          MR. PLEVIN:  Thank you, Your Honor.

5          THE COURT:  With that, we'll stand in recess and

6  I will get an Order issued probably Monday.

7          ALL:  Thank you, Your Honor.

8          THE COURT:  All right, everyone, good evening and

9  travel safely.

10

11   (Whereupon, at 3:48 p.m., the hearing was adjourned)

12

13

14                        CERTIFICATION

15          I certify that the foregoing is a correct

16  transcript from the electronic sound recording of the

17  proceedings in the above-entitled matter.

18

19  _____          November 10, 2014

20  Traci L. Calaman, Transcriber                    Date

21  Diaz Data Services, LLC

**Word** Page:Line

**10-mintue**(1) 73:15
**10-minute**(1) 73:17
**15-day**(1) 126:10
**30(b)(6**(3) 54:6 62:11 62:25
**362(a)(1**(1) 103:11
**362(a)(3**(3) 37:3 62:18 66:7
**a)(3**(1) 103:11
**abide**(1) 101:23
**ability**(2) 56:6 69:5
**able**(21) 11:19 14:6 18:3 54:6 61:19 63:15 72:7 82:24 86:25 87:12 113:6 116:24 117:1 117:5 117:13 142:7 143:17 147:4 148:24 150:2 150:16
**about**(150) 6:14 9:11 10:18 12:19 16:16 17:7 19:5 19:13 20:1 21:19 22:15 23:15 26:21 27:9 27:10 27:17 28:8 30:6 30:12 33:18 33:25 36:6 36:6 40:3 41:4 41:8 41:16 42:4 42:7 43:22 45:8 45:23 46:1 47:25 48:13 52:9 52:10 53:11 54:10 55:18 55:25 57:9 63:11 65:4 65:21 66:8 67:7 68:13 73:15 74:6 77:14 79:6 79:9 80:1 80:4 80:18 82:18 82:19 82:19 82:22 83:18 84:17 84:23 85:18 85:24 87:19 88:11 89:6 89:10 91:14 91:18 92:25 93:4 93:15 93:24 95:22 96:9 96:10 96:25 98:4 100:1 100:7 100:9 101:7 101:9 101:17 102:7 102:24 104:11 106:25 109:25 110:3 110:14 110:18 111:20 113:9 113:14 113:20 114:23 116:2 116:15 118:8 118:21 119:15 121:1 121:7 123:1 123:9 124:6 126:6 126:25 127:13 127:20 127:21 128:8 128:11 128:20 129:2 129:18 129:25 130:11 130:12 130:21 130:23 132:13 135:6 136:16 136:19 139:15 140:11 141:1 141:21 141:21 142:4 142:15 142:18 142:20 143:13 143:23 144:6 149:19 151:12 152:17 152:24 152:24 153:14 153:15 153:20 155:3 157:2
**above**(1) 66:18
**aboveentitled** (1) 157:17
**absolutely**(6) 6:17 21:22 26:8 48:17 112:10 137:17
**accept**(2) 58:17 148:17
**acceptable**(2) 8:24 14:2
**access**(12) 14:7 29:3 29:13 30:8 31:8 59:13 59:14 65:6 93:10 94:1 103:25 129:2
**accessible**(1) 78:20
**accommodations**(1) 59:21
**accorded**(1) 57:12
**accordingly**(2) 29:24 148:18
**account**(1) 85:2
**accuse**(1) 92:8
**accused**(1) 79:10
**accustom**(1) 120:5
**achieve**(1) 108:9
**acknowledged**(1) 26:24
**acquire**(1) 45:9
**acquired**(1) 45:7
**acquisition**(1) 99:5
**across**(1) 77:18
**act**(1) 67:24
**acting**(3) 49:11 90:10 90:12
**action**(2) 111:4 111:6
**actions**(4) 68:15 68:16 70:11 107:19
**acts**(4) 37:3 66:9 129:5 129:9
**actual**(2) 83:4 122:5
**actually**(28) 16:6 18:18 18:25 19:25 21:1 21:8 22:24 32:16 40:17 43:13 58:23 74:14 83:8 85:3 87:9 88:5 98:3 102:15 103:17 103:20 106:16 127:6 128:23 130:12 131:22 151:2 152:7 152:8
**adam**(1) 3:52
**addition**(3) 41:25 105:23 130:4

**Word** Page:Line

**additional**(10) 10:9 37:24 47:16 73:10 80:20 89:19 90:17 90:22 124:21 150:14
**address**(17) 10:9 11:19 24:2 55:23 64:7 66:4 70:14 72:4 73:5 102:16 109:5 112:8 118:14 132:2 134:23 139:6 142:14
**addressed**(4) 10:10 92:23 108:2 152:18
**addresses**(1) 89:18
**addressing**(1) 57:20
**adequate**(1) 94:5
**adjourned**(1) 157:11
**administered**(1) 1:6
**administration**(2) 42:22 42:23
**administrators**(1) 4:14
**admitted**(6) 5:14 9:23 9:24 14:20 14:25 15:2
**admitting**(1) 15:14
**adopted**(1) 70:20
**advance**(2) 16:6 68:1
**advances**(1) 68:8
**adversary**(3) 42:15 42:19 42:24
**adverted**(1) 123:7
**advice**(2) 90:5 90:11
**advisors**(1) 88:2
**affects**(1) 68:10
**affiliated**(1) 54:23
**affirmative**(2) 105:9 148:23
**affirmed**(1) 42:2
**afforded**(1) 135:8
**after**(11) 17:22 24:24 28:2 39:15 57:2 91:18 94:13 94:17 115:22 118:20 125:13
**afternoon**(18) 5:3 5:6 6:1 6:2 6:10 7:3 7:18 7:19 10:6 10:7 43:17 102:21 108:15 108:16 133:5 134:12 142:14 144:16
**again**(37) 35:10 35:13 36:23 46:23 51:23 52:14 76:4 77:20 77:20 80:10 81:25 83:18 84:19 86:10 86:15 86:15 87:3 87:14 89:6 89:8 89:12 92:16 94:19 94:23 95:8 96:3 97:6 97:10 97:22 98:8 101:21 102:3 102:6 102:11 133:8 138:3 145:18
**against**(30) 19:13 22:22 22:25 23:3 34:24 42:5 45:19 47:3 50:10 50:19 52:16 53:2 68:15 69:9 76:2 76:3 78:5 84:6 84:13 104:25 105:11 105:15 111:12 124:21 124:22 129:4 129:14 142:21 144:18 147:12
**aggressive**(1) 65:4
**aggressively**(1) 65:1
**ago**(5) 23:12 27:1 73:6 112:20 149:19
**agree**(9) 17:8 39:9 53:9 58:11 59:16 59:18 85:10 110:21 130:18
**agreed**(22) 24:12 24:17 29:3 39:3 48:15 48:18 48:19 49:14 49:17 49:19 50:13 51:17 51:25 53:5 55:5 62:24 91:3 93:2 114:2 123:8 134:10 146:25
**agreeing**(2) 116:14 125:11
**agreement**(47) 17:7 17:11 17:16 24:10 24:11 24:18 33:7 38:16 39:17 41:13 45:3 46:10 47:15 48:5 48:11 53:9 53:22 53:23 55:4 55:7 57:10 69:14 69:19 69:22 70:1 71:1 73:4 80:6 89:15 89:17 89:22 90:14 92:9 92:23 93:23 100:4 110:15 117:12 117:12 120:15 124:10 124:11 124:23 125:5 125:6 125:7 125:12
**agreement.”**(1) 58:3
**agreements**(11) 17:5 22:5 29:3 33:1 33:6 33:8 93:1 125:8 136:15 147:5 149:3
**ahead**(3) 90:6 105:21 107:14
**akin**(4) 2:29 4:19 43:18 88:13

**Word** Page:Line

**all**(172) 5:4 8:3 9:4 9:8 9:18 9:22 10:1 11:5 11:5 12:13 12:18 12:19 13:14 13:14 14:9 14:21 14:24 15:5 15:8 15:11 15:20 16:12 16:25 17:1 17:15 17:20 18:4 19:7 19:21 19:21 25:25 26:7 26:13 27:3 27:4 27:7 27:11 27:22 28:10 29:6 29:15 29:19 30:25 32:18 32:19 33:6 33:6 33:14 34:8 35:5 35:7 35:22 37:1 39:15 40:1 41:2 41:4 41:14 42:5 43:10 43:15 44:3 44:14 44:19 44:22 47:22 48:6 48:8 52:20 53:16 53:24 54:1 54:3 54:12 58:22 62:22 68:20 73:7 73:16 73:23 73:25 75:10 75:12 78:21 78:23 78:25 79:16 80:9 80:17 84:19 85:5 85:23 86:4 87:15 90:14 91:18 93:6 96:20 96:23 97:5 97:7 99:24 100:9 100:11 100:15 100:18 101:17 103:21 103:25 105:18 106:3 106:14 107:18 107:24 108:1 111:19 112:22 116:7 117:11 118:15 118:19 120:23 120:24 121:14 121:25 122:11 124:16 124:22 124:25 125:14 127:18 128:14 129:16 130:8 130:20 130:24 131:10 131:10 132:15 132:15 134:6 134:11 136:3 136:6 140:6 141:1 142:2 143:18 143:25 145:25 147:14 147:17 147:23 147:23 147:24 149:1 149:23 151:1 153:3 154:2 154:9 154:10 154:22 155:2 155:13 155:19 156:7 156:20 156:25 157:2 157:7 157:8
**allegation**(1) 13:22
**allegations**(1) 78:5
**allege**(1) 57:22
**alleged**(3) 55:18 58:17 59:24
**allegedly**(2) 45:24 46:15
**alleviate**(6) 59:1 59:6 71:24 75:4 89:11 90:23
**alleviated**(1) 92:22
**alleviates**(1) 90:13
**allocate**(1) 98:14
**allocated**(1) 11:18
**allocation**(44) 18:9 18:22 23:11 27:11 29:14 30:4 30:12 30:16 34:9 34:10 34:12 35:3 35:7 38:2 38:14 40:10 47:12 48:19 49:13 49:15 49:20 49:22 50:10 51:16 51:19 60:9 82:12 82:13 82:16 82:18 85:21 88:22 91:15 93:5 94:11 96:4 107:12 115:3 125:9 143:2 147:21 147:25 154:5 154:19
**allow**(2) 57:16 79:18
**allowed**(4) 39:19 91:15 117:22 122:18
**allows**(2) 56:8 101:19
**ally**(3) 104:22 104:25 106:6
**almost**(4) 73:17 75:6 105:14 129:24
**along**(6) 25:22 27:3 28:25 83:15 104:22 152:3
**already**(24) 7:23 21:18 22:11 24:2 36:18 40:5 40:13 41:7 43:1 47:15 49:24 58:20 60:17 60:21 83:14 90:20 91:19 105:3 117:22 119:1 134:14 135:12 139:20 148:11
**also**(60) 8:15 12:23 14:16 14:19 18:10 22:15 23:9 31:2 31:11 31:21 41:12 42:1 42:7 45:9 45:10 45:11 45:12 45:25 49:17 50:13 51:17 52:3 52:4 56:8 56:9 61:22 62:1 63:23 64:15 64:24 65:20 68:23 75:23 77:3 77:7 77:24 79:20 81:8 81:15 82:19 90:24 92:18 92:25 96:9 99:2 100:15 106:8 111:7 112:8 119:21 124:3 125:2 130:15 133:21 133:23 138:1 143:17 151:8 153:19 156:23
**alternative**(3) 109:5 109:22 111:16
**although**(6) 40:4 40:23 60:16 75:17 97:12 109:1
**altogether**(1) 74:14
**always**(5) 23:19 34:7 42:9 63:11 121:19
**ameliorate**(1) 89:2
**amended**(1) 5:18

**Word** Page:Line

**america**(1) 4:25
**among**(9) 10:13 16:21 27:10 54:16 106:20 121:8 137:12 141:22 157:2
**amount**(4) 53:8 63:15 94:19 115:8
**amplify**(2) 89:5 92:24
**analysis**(3) 25:15 54:13 131:25
**analytical**(2) 25:11 25:13
**analyze**(1) 97:16
**analyzed**(2) 79:4 79:5
**and**(301) 5:5 5:12 5:13 5:14 5:18 5:18 5:21 5:24 6:5 6:15 6:24 6:25 7:24 8:1 8:11 8:11 8:14 8:18 8:19 8:20 8:21 9:13 9:17 9:24 10:1 10:11 10:20 12:11 13:5 13:14 13:16 13:18 13:23 13:24 14:7 14:19 14:20 15:1 15:2 15:4 15:6 15:18 15:19 15:20 16:4 16:4 16:10 16:13 17:1 17:2 17:5 17:5 17:9 17:10 17:12 17:12 17:15 17:17 17:25 17:25 18:2 18:4 18:5 18:10 18:14 18:21 18:23 18:25 19:6 19:8 19:10 19:11 19:18 19:22 19:23 20:1 20:4 20:5 20:11 20:14 20:23 20:23 21:2 21:5 21:10 21:13 21:19 22:3 22:5 22:8 22:10 22:11 22:19 22:19 22:20 22:22 22:24 23:10 23:12 23:14 23:17 23:17 23:19 23:21 24:3 24:4 24:5 24:10 24:13 24:17 24:21 25:3 25:7 25:10 25:12 25:17 25:23 25:24 26:10 26:15 26:20 26:24 26:24 27:2 27:4 27:9 27:12 27:13 27:15 27:16 27:16 27:21 28:5 28:8 28:10 28:11 28:11 28:13 28:16 28:17 28:22 29:2 29:2 29:5 29:6 29:9 29:11 29:15 29:21 29:24 30:2 30:7 30:8 30:9 30:10 30:13 30:16 30:19 30:21 31:3 31:7 31:11 31:14 31:16 31:17 31:18 31:21 31:22 31:22 31:23 31:24 32:1 32:3 32:4 32:4 32:9 32:10 32:13 32:14 32:16 32:16 32:19 32:24 33:2 33:8 33:9 33:14 33:15 33:16 33:24 33:24 33:24 33:25 34:5 34:8 34:9 34:13 34:17 34:20 34:25 35:8 35:8 35:9 35:10 35:10 35:11 35:12 35:13 35:14 35:16 35:21 35:23 35:23 35:25 36:2 36:3 36:12 36:15 36:17 36:22 36:22 36:22 36:23 37:5 37:6 37:7 37:7 37:8 37:11 37:13 37:16 37:18 37:22 37:24 38:2 38:3 38:5 38:6 38:14 38:18 38:19 38:20 39:9 39:11 39:15 39:16 39:16 39:19 39:21 39:23 40:3 40:4 40:6 40:9 40:12 40:14 40:16 40:19 41:2 41:4 41:5 41:10 41:11 41:11 41:13 41:19 42:3 42:7 42:7 42:10 43:3 43:4 43:5 43:5 43:7 43:8 43:21 43:22 43:25 44:1 44:2 44:15 44:17 44:23 44:24 44:25 45:3 45:5 45:6 45:12 45:18 45:19 45:21 45:25 46:1 46:2 46:12 46:19 46:20 46:25 47:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**and**(301) 47:12 47:16 47:17 47:22 47:24 48:1 48:8 48:15 48:23 49:5 49:10 49:22 49:25 50:5 50:9 50:10 50:12 50:21 50:22 50:23 50:25 51:22 51:23 51:24 52:4 52:12 52:14 52:15 52:16 52:17 52:21 52:23 52:24 52:25 53:1 53:5 53:6 53:7 53:11 53:23 54:3 54:7 54:17 54:22 54:24 55:9 55:13 55:17 55:18 56:15 56:19 56:21 57:1 57:19 57:22 57:24 58:4 58:19 58:21 59:2 59:3 59:7 59:8 59:9 59:20 59:24 59:25 60:17 60:24 61:3 61:3 61:9 61:20 61:23 61:24 62:3 62:18 62:20 63:7 63:14 64:7 64:9 64:15 64:20 65:2 65:5 65:21 65:22 65:23 66:6 66:10 66:14 66:24 67:3 67:4 67:11 67:18 68:3 68:5 68:9 68:15 68:25 69:1 69:4 69:10 69:14 69:22 70:14 70:23 71:1 71:2 71:7 71:9 71:12 71:14 71:17 71:18 72:3 72:7 72:8 72:11 72:11 72:12 72:15 73:1 73:3 73:17 73:18 74:5 74:5 74:9 74:16 74:21 74:24 74:25 75:1 75:2 75:2 75:9 75:14 75:25 75:25 76:1 76:6 76:8 76:8 76:9 76:18 76:19 76:20 76:24 76:25 77:1 77:14 77:16 77:17 77:20 77:20 77:22 77:25 78:2 78:8 78:9 78:9 78:14 78:19 79:1 79:9 79:13 79:14 79:16 79:22 79:23 79:25 80:2 80:5 80:5 80:6 80:10 80:15 80:15 80:20 80:20 81:1 81:3 81:7 81:8 81:10 81:10 81:12 81:13 81:16 81:18 81:20 81:24 82:1 82:3 82:4 82:9 82:13 82:17 82:18 82:19 82:20 82:22 83:2 83:5 83:6 83:11 83:13 83:19 83:20 83:24 83:25 84:1 84:2 84:3 84:6 84:9 84:14 84:19 84:22 84:23 84:24 85:4 85:9 85:14 85:15 85:16 85:19 86:4 86:10 86:14 86:15 86:17 86:17 86:18 86:20 86:23 86:24 86:25 87:3 87:5 87:5 87:6 87:9 87:10 87:12 87:17 87:21 87:24 88:3 88:11 88:15 88:18 88:21 88:22 88:24 89:8 89:13 89:15 89:18 89:22 89:24 90:3 90:6 90:9 90:9 90:12 90:12 90:16 90:20 90:21 91:1 91:2 91:4 91:5 91:6 91:7 91:12 91:18 91:24 92:5 92:8 92:11 92:13 92:17 92:18 92:23 93:1 93:2 93:2 93:6 93:13 93:14 93:20 93:23 93:25 94:6 94:10 94:13

**and**(301) 94:17 94:18 94:20 94:21 94:24 95:3 95:5 95:9 95:12 95:13 95:17 95:20 96:2 96:3 96:4 96:5 96:6 96:7 96:10 96:13 96:14 96:15 96:16 96:19 96:21 96:23 97:1 97:3 97:7 97:7 97:10 97:16 97:17 97:17 97:19 97:20 97:20 97:21 97:23 97:24 97:25 98:1 98:2 98:4 98:7 98:9 98:13 98:17 98:18 98:25 99:5 99:11 99:12 99:22 99:23 100:3 100:3 100:6 100:8 100:9 100:10 100:10 100:11 100:17 100:17 100:23 101:1 101:3 101:7 101:10 101:14 101:20 101:21 101:23 102:6 102:8 102:11 102:22 102:25 103:6 103:8 103:15 103:21 103:23 104:2 104:4 104:10 104:13 104:15 104:15 104:16 104:19 104:22 104:23 105:1 105:3 105:7 105:12 105:20 105:22 105:24 106:8 106:9 106:10 106:24 107:9 107:12 108:6 108:22 108:23 108:25 109:4 109:4 109:4 109:6 109:7 109:9 109:11 109:12 109:13 109:18 109:21 109:21 110:1 110:13 110:15 110:18 110:21 111:4 111:8 111:9 111:11 112:7 112:12 112:14 112:25 113:2 113:4 113:5 113:8 113:10 113:13 113:17 113:21 113:22 113:24 114:23 115:3 115:4 115:6 115:14 115:17 115:21 115:25 116:9 116:12 116:19 116:25 117:13 117:16 118:4 118:4 118:8 118:10 118:18 118:24 119:1 119:17 119:21 119:22 119:23 119:23 119:24 119:25 120:3 120:6 120:8 120:8 120:9 120:10 120:13 120:15 120:16 120:16 120:19 120:20 120:20 120:25 121:1 121:2 121:8 121:9 121:9 121:11 121:13 121:19 121:19 122:1 122:2 122:5 122:12 122:15 122:15 122:16 122:21 123:9 123:10 123:13 123:14 123:19 123:20 123:20 123:21 123:25 124:1 124:5 124:10 124:14 124:17 124:21 125:1 125:3 125:6 125:8 125:10 125:11 125:13 125:16 125:18 125:19 126:4 126:5 126:7 126:9 126:17 126:20 126:23 126:24 126:24 127:5 127:7 127:24 128:5 128:6 128:7 128:15 128:18 128:21 128:21 129:6 129:8 129:10 129:19 129:23 129:25 130:2 130:8 130:10 130:12 130:12 130:19 130:23 130:25 131:4 131:8 131:8 131:9 131:10 131:16 131:24 132:2 132:6 132:7 132:8 132:16 133:10 133:20 133:24 134:9 134:11 135:3 135:6 135:11 135:13 135:13 135:16 135:18 136:2 136:2 136:14 136:17 136:18 136:25 137:2 137:3 137:11 137:12 137:16 137:17 137:22

**and**(100) 137:22 137:25 138:4 138:12 138:17 138:18 138:24 139:2 139:20 139:20 139:23 140:1 140:2 140:9 140:12 141:7 141:14 141:16 141:18 142:1 142:4 142:5 142:6 142:14 142:23 142:24 143:3 143:4 143:6 143:6 143:7 143:11 143:14 143:16 143:21 143:21 144:2 144:18 145:1 145:5 146:9 146:10 146:11 146:20 146:25 147:4 147:11 147:13 147:16 147:17 147:24 148:10 148:15 148:16 148:17 148:18 148:20 149:2 149:14 149:24 150:2 150:11 150:19 150:21 150:24 150:25 151:1 151:5 151:17 151:17 151:20 151:21 151:23 151:23 151:25 152:2 152:6 152:9 152:11 152:23 153:6 153:8 153:12 153:13 153:14 153:14 153:19 154:4 154:15 154:20 154:4 155:9 156:16 156:21 156:22 156:22 156:25 157:1 157:5 157:8

**and-forth**(1) 95:11
**andrew**(2) 4:10 4:34
**angeles**(2) 2:44 3:39
**announced**(1) 106:20
**another**(16) 9:13 15:5 20:4 67:12 68:1 74:23 80:21 81:13 83:16 99:18 117:18 117:20 137:9 148:10 155:3 156:22

**answer**(5) 13:22 16:17 62:20 141:22

**answers**(1) 13:15
**anticipate**(3) 44:25 99:12 123:2
**anticipated**(1) 89:24
**anticipates**(1) 100:4
**anticipating**(1) 99:14
**anticipation**(1) 105:12
**anuke**(1) 63:17
**anxiety**(1) 70:25
**any**(57) 8:24 12:13 12:20 12:21 13:8 13:18 14:21 15:8 22:7 33:10 38:7 38:12 38:21 39:5 49:7 50:18 51:2 51:4 51:6 51:7 52:7 54:8 62:17 69:15 76:21 78:7 82:6 84:2 84:7 87:3 87:18 87:22 87:23 88:2 88:18 88:23 88:23 88:25 90:22 91:6 94:3 94:5 96:13 105:1 113:7 115:24 115:24 118:3 118:12 130:13 131:7 133:25 137:23 138:10 140:22 144:6 154:15

**anybody**(6) 25:10 37:8 41:13 86:21 88:1 145:3

**anymore**(3) 84:17 88:20 128:24
**anyone**(6) 5:23 8:3 11:8 34:9 96:19 132:20
**anything**(8) 52:17 64:21 102:12 107:23 125:5 142:17 149:2 149:4

**anywhere**(1) 98:11
**apart**(2) 12:12 49:18
**apologize**(1) 119:10
**apparently**(4) 23:2 55:18 122:17 130:24
**appeals**(1) 35:17
**appearances**(2) 3:42 4:5
**appeared**(1) 77:12
**appears**(4) 77:10 77:10 77:11 82:22
**applicable**(1) 90:6
**application**(2) 88:23 112:20
**applications**(1) 11:3
**applied**(1) 60:4
**applies**(7) 17:22 37:2 37:6 37:7 96:5 154:17 154:18

**apply**(8) 37:14 37:21 40:6 128:13 139:4 139:15 140:17 140:18

**applying**(2) 71:20 141:10
**appoint**(2) 137:10 137:11
**appointed**(2) 106:8 119:19
**appointing**(1) 72:9
**appreciate**(16) 5:12 6:15 20:14 71:18 73:12 73:12 75:2 75:16 91:10 109:7 109:8 112:1 118:7 134:20 141:18 156:21

**approach**(2) 44:8 108:8
**approaching**(2) 15:18 140:15
**appropriate**(12) 39:10 39:14 44:1 69:16 72:5 116:19 118:2 122:5 122:6 124:18 131:13 135:9

**approval**(3) 61:18 63:1 68:23
**approved**(1) 69:13
**approving**(1) 110:15
**approximately**(1) 30:24
**archen**(1) 104:2
**architecture**(1) 104:12
**archived**(1) 31:18
**archives**(1) 32:2

**are**(254) 5:12 5:24 6:4 6:25 8:3 9:10 9:23 10:24 11:1 11:2 11:4 11:12 11:16 12:4 12:10 13:23 14:25 15:5 15:12 16:1 17:4 17:10 17:24 18:5 19:14 19:15 19:17 19:18 19:24 20:7 20:24 20:25 21:1 21:5 22:2 22:11 23:3 23:22 26:21 27:12 28:12 28:12 28:14 28:15 28:16 29:10 29:24 30:14 31:10 31:17 31:18 31:23 32:2 32:5 32:7 35:14 36:5 36:18 36:25 37:5 37:15 39:24 40:8 40:9 40:13 40:21 40:25 41:9 41:18 41:20 43:2 43:22 44:22 45:1 45:24 46:3 46:4 46:9 47:5 47:11 47:22 48:22 50:1 50:2 50:12 50:14 50:16 52:6 52:16 53:1 53:15 54:7 55:3 56:5 57:9 58:23 59:9 59:13 60:7 60:8 60:14 60:24 61:12 62:2 63:2 63:3 63:12 64:3 64:11 65:20 66:14 67:2 67:12 68:18 69:11 70:20 70:24 70:24 70:25 71:3 71:10 71:20 71:21 74:20 75:1 76:1 76:15 76:19 76:22 77:5 77:5 77:7 77:7 77:21 78:1 78:2 79:8 79:8 79:19 80:5 80:6 80:9 80:16 80:20 81:3 81:6 81:18 82:5 82:11 83:6 83:8 83:8 83:24 84:8 84:14 84:18 84:21 85:5 85:11 85:12 85:12 85:19 85:25 86:1 87:8 87:19 88:5 90:10 90:11 91:6 92:22 93:4 93:16 93:20 94:2 94:4 95:9 96:8 96:23 97:22 99:3 99:9 99:20 100:18 100:19 102:14 103:3 104:14 105:5 105:21 108:6 108:7 110:22 110:22 111:1 113:24 114:1 114:4 114:18 116:4 116:14 116:20 117:4 117:11 117:15 117:25 118:2 120:4 120:21 122:20 123:21 124:19 124:20 124:24 126:17 127:2 127:20 128:8 129:19 129:24 130:9 130:10 130:16 130:23 130:24 131:1 133:25 134:8 134:21 135:6 135:15 136:4 136:17 138:3 138:16 138:23 139:21 139:24 140:3 140:11 140:15 141:8 142:20 144:1 144:13 146:1 148:10 148:11 152:8 152:24 153:17 153:22 156:12

**area**(3) 119:20 137:1 137:3
**areas**(3) 33:13 33:14 120:14
**aren't**(2) 150:7 153:17
**aren't**(1) 21:8
**argue**(3) 23:21 23:25 37:13
**argued**(1) 66:25
**argues**(1) 93:14
**arguing**(2) 5:15 7:24
**argument**(34) 6:14 11:20 15:16 16:2 16:14 24:1 44:22 47:17 53:19 66:10 67:7 68:1 68:2 68:9 68:12 71:13 73:13 74:5 75:24 85:15 86:21 89:6 89:8 89:10 89:16 91:25 100:8 119:25 123:14 126:18 129:15 132:1 135:5 145:2

**arguments**(4) 11:18 14:8 62:22 90:14
**arise**(3) 28:10 135:16 135:20
**arisen**(1) 99:10
**arises**(1) 143:12
**aronoff**(2) 1:33 5:7
**around**(2) 117:8 126:22
**arris**(4) 3:7 35:9 44:17 50:4
**arrive**(1) 71:18
**art**(3) 25:9 76:24 81:9
**ask**(14) 6:14 8:8 8:19 12:6 12:11 15:6 16:19 43:8 53:1 71:16 88:1 131:16 149:5 150:4

**asked**(24) 21:20 29:7 32:1 34:18 36:16 50:9 50:23 50:25 52:8 52:12 52:15 52:20 52:20 68:5 80:16 81:10 81:15 100:19 110:6 113:13 114:25 120:18 122:13 147:14

**asking**(16) 16:11 20:6 20:21 22:25 23:20 36:25 37:25 37:25 39:24 95:1 97:11 110:25 113:20 127:25 141:1 148:16

**aspect**(1) 104:20
**aspects**(1) 41:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **assert**(7) 46:19 65:11 116:18 117:14 127:23 128:1 150:13 | | **back**(42) 13:23 23:19 36:10 38:21 42:9 43:16 56:18 72:8 73:8 73:18 81:24 88:14 91:6 92:17 95:10 101:17 101:19 101:20 101:24 110:3 110:13 110:20 116:1 116:3 116:5 116:10 119:23 120:20 120:23 128:21 130:21 132:16 133:6 136:24 139:5 142:14 143:25 147:19 148:19 151:18 152:22 153:4 | | **before**(34) 1:19 5:11 13:25 20:17 24:1 24:20 33:16 39:15 46:5 46:22 47:12 49:23 57:6 61:18 62:4 66:16 83:23 84:16 97:18 106:18 108:22 118:20 119:21 120:9 121:10 122:5 124:1 126:19 129:25 133:13 133:23 141:7 155:9 155:11 | | **both**(18) 5:13 14:16 22:4 23:16 29:1 37:15 75:4 75:14 79:2 84:23 90:9 91:2 91:11 102:24 113:3 116:14 139:23 156:5 |
| **asserted**(5) 45:19 62:16 74:20 79:10 | | | | | | **bother**(1) 151:2 |
| **asserting**(3) 61:24 76:6 151:24 | | | | | | **botter**(1) 4:20 |
| **assertion**(4) 45:7 87:11 87:13 153:6 | | | | **began**(1) 28:3 | | **bought**(2) 26:18 26:23 |
| **asserts**(1) 46:3 | | | | **beginning**(3) 44:22 74:6 112:3 | | **bounds**(1) 122:18 |
| **assess**(4) 83:11 84:3 84:8 116:19 | | | | **begun**(1) 108:25 | | **box**(2) 32:15 32:16 |
| **assessed**(1) 142:21 | | **back-and-forth**(2) 16:16 92:15 | | **behalf**(16) 6:3 6:24 7:21 7:24 8:6 13:3 14:12 43:20 44:16 44:16 74:3 102:22 118:11 127:24 128:1 129:17 | | **boxes**(5) 31:22 31:23 32:4 52:8 83:20 |
| **asset**(27) 4:33 45:3 46:10 53:22 57:10 58:3 69:14 69:19 69:22 69:25 71:1 73:4 80:6 89:15 89:17 89:21 90:14 92:9 92:22 93:23 100:4 106:15 110:14 117:12 117:12 124:23 125:7 | | **background**(4) 46:7 75:23 77:14 79:12 | | | | **boy**(1) 71:10 |
| | | **backs**(1) 69:10 | | | | **breach**(4) 58:3 69:21 70:25 73:3 |
| | | **backup**(1) 83:19 | | | | **breaching**(1) 92:9 |
| | | **bad**(1) 129:5 | | **behind**(7) 69:10 73:8 94:20 101:4 110:3 110:19 110:20 | | **break**(5) 73:15 73:17 78:4 118:20 118:21 |
| | | **balance**(3) 22:25 40:3 148:13 | | | | **brief**(16) 10:8 16:1 41:14 57:22 80:2 89:6 91:1 97:12 99:2 101:21 113:1 113:22 128:14 128:17 128:22 133:11 |
| **assets**(5) 24:25 68:21 105:14 105:25 | | **balancing**(1) 22:21 | | | | |
| **assignees**(1) 20:23 | | **baldwin-united**(1) 128:16 | | **beholden**(1) 73:2 | | |
| **assist**(2) 25:14 136:1 | | **bank**(2) 4:25 59:9 | | **being**(23) 13:25 23:18 23:21 26:16 36:16 37:17 39:7 42:16 52:6 62:19 64:12 65:4 65:14 72:7 73:2 87:12 99:8 113:5 115:15 115:23 120:21 126:21 152:13 | | **briefing**(5) 45:22 79:23 92:12 141:7 146:9 |
| **assistance**(1) 75:17 | | **bankruptcy**(30) 1:1 1:20 42:2 42:9 42:14 42:22 62:18 66:8 66:19 66:20 67:15 67:18 68:11 68:20 70:10 101:25 103:2 103:7 104:15 109:12 109:24 110:6 110:13 110:20 110:23 111:2 119:5 119:7 129:6 137:10 | | | | **briefly**(3) 43:22 102:24 132:20 |
| **associate**(3) 78:10 128:18 146:18 | | | | | | **briefs**(4) 16:3 85:14 96:2 110:23 |
| **associated**(9) 20:22 20:23 25:23 50:14 55:16 59:22 64:24 66:1 115:3 | | | | **belabor**(2) 63:21 130:13 | | **bring**(5) 94:23 97:4 121:13 136:22 143:8 |
| | | | | **believe**(22) 8:18 9:18 13:4 13:13 22:24 37:1 43:24 47:14 61:11 79:19 80:25 81:4 81:19 83:5 83:7 90:3 95:7 96:21 112:2 114:8 148:10 154:7 | | **bringing**(2) 95:15 141:18 |
| **assume**(6) 15:9 15:20 21:5 32:19 36:5 125:16 | | | | | | **brings**(4) 36:24 95:12 97:10 135:4 |
| | | **bap**(1) 37:11 | | | | **broad**(10) 28:14 40:8 43:2 54:21 78:1 116:25 116:25 122:24 124:4 130:23 |
| **assuming**(2) 131:19 147:17 | | **bar**(2) 23:4 120:18 | | | | |
| **assuredly**(1) 105:14 | | **barred**(1) 140:23 | | | | |
| **attach**(1) 13:14 | | **barrend**(2) 59:8 99:1 | | **believes**(1) 101:7 | | **broader**(1) 122:20 |
| **attached**(4) 8:11 14:17 15:4 28:12 | | **base**(1) 85:18 | | **bell**(4) 59:8 59:12 59:20 125:23 | | **broadly**(2) 28:20 122:11 |
| **attachments**(1) 117:2 | | **based**(6) 21:19 53:13 90:5 107:18 117:22 125:21 | | **belonging**(1) 91:4 | | **brought**(3) 76:3 101:3 134:18 |
| **attempt**(1) 67:4 | | | | **bench**(5) 15:18 131:20 132:9 | | **bryant**(1) 2:31 |
| **attempted**(1) 59:6 | | | | **benefit**(2) 101:2 136:5 | | **buckets**(1) 79:8 |
| **attempting**(1) 81:3 | | **basic**(2) 76:20 86:7 | | **benefits**(1) 22:23 | | **building**(1) 2:7 |
| **attend**(4) 16:8 62:24 64:1 141:3 | | **basically**(5) 22:9 30:24 86:11 125:25 143:7 | | **benesch**(1) 1:32 5:7 | | **bunch**(1) 54:14 |
| **attending**(1) 64:24 | | **basis**(17) 32:22 35:2 59:17 69:2 87:11 95:1 95:5 96:6 96:25 97:8 97:14 98:7 110:16 148:15 148:17 151:24 152:9 | | **besides**(2) 78:24 155:11 | | **burden**(20) 19:21 23:23 30:3 35:13 41:4 59:1 59:6 67:15 70:20 70:22 71:23 71:23 79:16 82:7 87:14 87:18 90:2 96:1 103:2 124:3 |
| **attention**(3) 134:18 136:22 141:18 | | | | **best**(2) 25:1 54:3 | | |
| **attorney**(8) 11:20 13:14 26:21 39:6 62:13 62:14 111:21 112:6 | | | | **bet**(4) 20:19 130:19 142:11 148:22 | | **burdens**(3) 37:19 76:4 89:1 |
| | | **battery**(1) 3:30 | | **better**(4) 16:17 35:15 154:14 156:13 | | **burdensome**(2) 18:1 36:17 43:4 |
| **attorney-client**(1) 25:19 | | **bear**(5) 41:14 59:21 99:19 99:20 100:15 | | **between**(19) 13:17 13:23 16:16 45:5 53:7 65:20 69:14 76:14 92:15 95:9 100:9 106:23 109:4 112:5 117:25 119:23 134:1 144:18 155:17 | | **burling**(1) 2:5 |
| **attorney/client**(1) 101:16 | | **bearing**(1) 19:21 | | | | **burling's**(1) 7:22 |
| **attorneys**(4) 87:4 148:1 148:14 148:17 | | **because**(95) 5:24 10:19 11:2 16:19 17:19 18:12 18:17 19:16 20:3 22:3 22:7 24:3 24:15 24:21 27:9 27:22 29:4 29:10 29:20 32:11 34:7 35:20 35:24 36:19 36:21 40:14 40:18 40:21 41:18 42:13 45:1 50:14 52:9 53:19 57:4 58:5 62:2 63:19 64:19 71:6 71:17 78:1 78:4 84:11 84:24 85:25 88:6 90:4 92:2 96:8 104:5 105:5 105:17 106:11 107:2 107:6 107:23 110:7 113:1 113:2 113:7 113:18 114:5 114:12 114:24 115:8 116:2 116:8 116:21 118:7 120:18 121:5 123:8 124:9 124:19 124:25 126:3 128:15 129:3 135:25 139:3 139:5 140:13 143:2 143:20 146:2 146:17 147:3 149:10 150:15 151:1 151:3 151:15 154:18 155:3 | | | | **business**(15) 25:22 26:9 26:12 31:3 32:24 33:19 33:20 34:4 47:21 81:16 85:24 89:13 108:19 125:8 127:24 |
| **attorneys'**(10) 56:6 56:9 60:5 102:4 114:2 114:4 114:11 114:15 114:22 115:16 | | | | **beyond**(4) 41:17 88:12 137:21 | | |
| | | | | **bid**(3) 49:17 154:3 154:16 | | **businesses**(2) 85:7 107:23 |
| **auction**(13) 46:22 68:20 76:8 76:12 77:1 77:23 78:4 81:11 88:3 105:25 106:17 122:23 127:20 | | | | **bidco**(3) 69:14 83:2 83:3 | | **but**(187) 7:12 9:5 11:3 11:9 11:19 12:11 13:19 16:9 16:14 16:25 17:3 17:8 17:10 17:22 18:21 19:6 19:13 20:2 20:6 20:9 20:16 21:8 23:2 23:9 24:5 24:14 24:17 26:9 29:8 30:20 31:2 31:9 32:5 32:15 33:23 34:14 35:5 35:8 35:24 38:10 38:24 39:2 40:9 41:9 41:17 41:21 43:1 44:16 45:8 47:19 50:20 51:19 52:23 53:9 53:24 54:21 55:3 56:8 58:10 60:13 62:6 62:13 62:22 62:24 63:10 63:21 64:8 65:6 65:13 65:16 66:15 68:12 70:22 71:7 71:13 71:16 71:25 72:5 75:6 76:5 76:15 77:24 79:20 81:5 81:5 81:7 81:25 82:7 82:15 82:23 83:9 83:22 84:5 84:7 85:20 86:20 87:22 89:3 89:15 89:21 90:18 92:3 92:12 92:19 94:9 96:15 97:5 98:20 99:11 100:14 101:8 103:6 103:24 104:20 105:2 105:13 105:17 107:5 107:18 108:4 110:25 111:2 112:5 114:1 114:18 116:8 117:3 118:1 118:19 119:4 120:19 121:7 121:20 122:10 122:17 123:4 123:10 123:16 123:25 124:2 124:18 125:2 126:21 126:25 127:19 128:20 129:2 130:20 131:12 131:15 132:1 132:9 132:13 134:12 134:15 135:1 135:7 135:18 135:5 137:7 137:10 137:13 137:15 137:20 138:1 138:11 138:16 139:3 140:10 141:9 142:12 143:17 143:22 144:4 144:21 145:3 145:3 146:4 147:2 148:21 149:25 152:3 153:13 154:14 155:18 156:5 156:23 |
| **august**(1) 47:7 | | | | **bidder**(1) 26:11 | | |
| **authority**(9) 48:24 69:12 69:12 70:2 70:3 70:5 70:17 71:24 72:1 | | | | **bifferato**(9) 3:14 3:15 6:1 6:2 6:3 6:8 6:12 6:17 6:19 | | |
| | | | | **big**(5) 19:4 19:6 35:21 100:11 130:3 | | |
| **automatic**(14) 5:19 37:2 64:19 64:20 64:20 67:6 67:12 68:12 71:20 102:16 102:25 103:8 103:11 103:19 | | | | **bill**(1) 48:10 | | |
| | | | | **billed**(1) 104:4 | | |
| | | | | **billings**(1) 98:2 | | |
| **automatically**(3) 78:17 96:17 96:24 | | | | **billion**(7) 26:1 26:3 26:6 45:8 77:9 77:17 78:7 | | |
| **availability**(1) 40:18 | | **becomes**(1) 86:5 | | | | |
| **available**(15) 18:10 18:15 18:24 31:10 36:20 38:3 53:13 53:15 113:10 119:1 129:23 130:4 130:4 155:19 156:10 | | **been**(101) 7:11 7:15 10:19 11:3 16:2 16:20 16:25 16:25 17:1 17:3 17:5 17:8 17:9 17:13 17:17 17:24 19:11 19:18 19:23 23:17 24:4 24:17 24:19 29:6 31:8 34:18 40:24 41:7 41:9 44:23 49:6 51:6 51:7 52:10 54:6 56:2 57:8 57:14 57:15 60:11 60:12 67:1 68:24 70:20 73:16 74:15 75:7 76:3 78:9 78:10 78:12 83:14 86:23 88:16 89:2 91:12 91:19 93:3 93:5 94:2 94:13 95:1 95:4 96:20 97:24 98:23 99:19 101:1 101:13 101:20 102:10 105:11 107:9 107:9 107:21 109:1 111:10 112:4 112:21 113:8 114:22 115:6 115:7 115:15 116:2 116:21 117:1 117:1 120:1 120:2 120:6 120:15 122:13 135:23 136:15 139:20 147:13 150:2 150:10 151:16 152:17 | | **billions**(2) 36:4 106:21 | | |
| | | | | **bills**(3) 10:15 97:20 97:21 | | |
| | | | | **binding**(1) 135:17 | | |
| | | | | **bit**(20) 5:8 6:13 21:19 44:10 77:3 79:12 89:10 89:16 98:19 101:6 103:9 104:5 117:7 121:7 129:18 143:9 147:25 152:12 152:24 153:16 | | |
| **avaya**(1) 86:4 | | | | | | |
| **ave**(2) 1:35 2:38 | | | | | | |
| **avenue**(5) 1:28 2:8 2:49 3:10 3:38 | | | | **blank**(3) 19:10 19:20 124:2 | | |
| **avoid**(6) 58:15 61:2 75:20 120:23 125:20 126:5 | | | | **blanket**(1) 57:16 | | |
| | | | | **block**(2) 33:23 62:21 | | |
| | | | | **blow**(1) 106:14 | | |
| **avoiding**(1) 119:13 | | | | **boasts**(2) 45:23 45:25 | | |
| **aware**(4) 68:18 101:18 133:21 134:13 | | | | **bockstar**(6) 2:4 7:21 7:24 15:3 108:19 112:3 | | |
| **away**(5) 79:25 86:3 88:18 91:21 119:25 | | | | **body**(1) 150:2 | | **but/for**(1) 65:4 |
| | | | | **books**(3) 37:5 54:3 54:7 | | **button**(1) 121:21 |
| | | | | **borne**(1) 39:11 | | **buy**(1) 47:21 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**by-page**(1) 39:3

**cable**(39) 6:4 13:4 14:13 14:16 14:19 20:4 44:16 45:21 47:2 47:4 47:7 47:18 48:4 48:10 49:23 50:3 50:4 50:5 50:6 50:7 51:10 52:5 52:20 53:14 58:25 59:11 59:19 60:10 66:11 72:16 85:11 91:3 92:25 94:1 96:12 99:1 112:14 139:12 145:19

**cable's**(2) 90:25 140:7
**cable's**(1) 59:21
**cache**(1) 130:3
**calaman**(1) 157:20
**california**(5) 37:12 74:17 74:22 75:13
**call**(12) 47:17 12:19 25:18 64:22 64:22 71:8 81:22 97:18 109:9 109:19 135:24 142:13
**called**(8) 31:5 63:18 66:24 85:23 86:9 112:14 126:22 130:10

**calling**(1) 75:19
**calls**(3) 78:10 78:11 78:11
**came**(3) 32:19 102:3 121:10
**can**(76) 9:9 9:14 13:6 16:8 20:2 21:15 21:15 21:21 23:19 24:8 31:9 33:9 48:19 48:21 50:17 51:17 55:17 63:6 64:8 64:22 69:24 71:6 71:7 71:23 72:2 72:3 72:11 72:12 73:2 75:19 77:9 77:19 78:16 78:21 80:4 81:13 83:12 83:23 84:8 86:21 87:19 89:2 90:22 92:23 93:21 95:3 95:8 97:2 97:5 98:9 106:23 110:10 113:3 121:1 121:7 121:13 124:6 127:2 127:5 129:9 132:1 132:7 134:10 136:6 137:10 138:21 141:2 142:13 149:25 152:1 152:9 152:10 152:22 153:6 153:25 157:2

**can't**(12) 94:14 94:18 125:25 127:13 129:1 137:10 140:13 142:13 142:22 143:22 149:10 150:9

**canadian**(4) 27:12 30:19 48:24 134:9
**candidate**(1) 142:6
**candidates**(1) 142:5
**cannon**(2) 13:1 15:1
**cannot**(2) 49:2 113:4
**can't**(10) 22:19 29:18 29:20 31:13 32:11 35:24 36:20 42:12 68:2 68:6

**cap**(6) 111:5 135:4 135:7 135:22 136:6 136:11

**capabilities**(1) 31:9
**capital**(21) 37:17 39:25 41:25 42:18 66:21 67:20 68:13 68:14 68:18 68:24 69:1 102:25 103:1 103:10 104:13 104:16 104:22 104:24 105:16 108:9 129:11

**capitulated**(1) 59:4
**capitulating**(1) 60:25
**captured**(1) 67:24
**careful**(1) 22:6
**carefully**(2) 137:21 146:20
**carolina**(1) 72:18

**case**(117) 1:5 11:12 12:20 15:5 18:11 26:12 27:15 27:21 37:11 38:9 38:24 39:12 42:17 42:22 42:23 49:25 50:16 50:21 59:8 59:8 59:9 59:12 61:22 65:21 66:13 66:15 66:21 66:24 68:3 68:19 73:6 74:12 74:15 74:16 74:19 74:21 74:22 75:4 75:11 76:10 76:13 76:21 76:24 76:25 77:21 82:4 83:2 83:5 88:6 93:6 93:18 94:4 94:8 95:3 96:13 96:21 99:13 99:13 100:20 100:20 101:10 101:13 101:25 102:7 102:25 103:23 103:23 104:2 104:3 104:11 104:19 104:21 106:5 106:14 107:1 107:1 107:5 107:9 107:22 108:10 108:10 108:21 108:24 109:1 109:10 109:11 109:13 109:21 109:25 110:11 110:19 110:19 111:4 111:7 111:10 112:7 117:9 123:1 123:3 123:3 123:4 128:11 128:12 129:3 135:7 135:9 137:9 142:12 143:10 143:10 143:47 151:12 151:16 152:3 152:20 152:21 152:23

**case-in-chief**(1) 12:12
**case-specific**(4) 51:13 51:22 52:15 84:13
**cases**(58) 13:15 13:16 13:16 18:1 24:24 28:5 36:8 37:10 37:13 37:16 37:18 39:8 46:4 46:14 46:15 50:22 58:7 59:9 66:11 66:13 67:22 71:19 71:20 72:6 72:7 74:13 74:14 75:14 76:24 79:2 79:10 82:8 91:10 91:12 91:23 99:3 100:2 101:18 102:6 113:25 117:9 124:21 125:22 127:18 127:19 127:19 130:8 130:24 139:23 139:24 143:15 156:24

**cast**(1) 5:9
**casting**(1) 113:16
**catalog**(6) 32:13 52:21 52:24 53:2 83:25 84:6

**categories**(11) 47:9 47:10 53:14 53:24 80:1 80:3 122:9 122:24 146:19 146:25 153:12
**categorized**(1) 122:11
**category**(6) 33:3 53:25 54:2 153:14 153:14 153:15

**caught**(1) 104:19
**cautiously**(1) 107:4
**caveat**(1) 90:10
**cede**(2) 5:21 10:3
**central**(2) 45:23 71:24
**centralization**(1) 119:12
**ceo**(2) 129:4 129:8
**certain**(13) 11:18 12:7 18:11 19:12 25:22 60:4 80:18 91:11 91:25 112:16 125:13 136:21 147:18

**certainly**(24) 7:14 14:3 34:4 37:18 81:25 89:9 92:21 93:21 99:19 117:11 118:24 132:2 135:5 135:6 135:18 137:2 137:15 140:2 142:3 143:22 144:11 145:2 151:4 156:22
**certification**(1) 157:14
**certify**(1) 157:15
**cetera**(3) 16:9 31:14 39:23
**chair**(3) 109:13 109:15 109:16
**challenge**(2) 11:17 152:1
**chance**(2) 127:10 144:22
**change**(3) 15:25 145:1 145:4
**changes**(2) 144:2 144:25
**chaos**(1) 107:2
**chapman**(1) 3:22
**chapter**(3) 1:8 68:19 104:3
**characterization**(1) 120:1
**characterize**(1) 110:24
**characterized**(1) 87:20
**characters**(1) 5:9
**charter**(3) 3:6 44:17 50:5
**charts**(1) 45:12
**cheap**(1) 119:1
**check**(3) 19:10 19:20 124:2

**chided**(1) 64:18
**chief**(3) 8:10 10:12 63:5
**chinchilla**(2) 61:25 63:5
**choice**(1) 105:12
**choose**(1) 70:3
**chooses**(1) 64:1
**chosen**(1) 45:22
**chris**(1) 2:23
**christopher**(2) 48 6:21 61:25 63:5
**chung**(1) 4:26
**circuit**(3) 36:21 37:11 128:17
**circuits**(1) 70:21
**circulated**(1) 15:23
**circumstance**(2) 47:20 111:11
**circumstances**(4) 58:13 68:25 70:21 111:14
**circumvent**(1) 67:11
**cisco**(9) 3:5 35:10 44:16 45:21 50:6 108:23 109:2 109:4 109:6
**cisco's**(1) 109:21
**citation**(1) 59:9
**cite**(1) 99:1
**cited**(5) 99:2 103:15 110:22 111:5 125:22
**citing**(1) 129:11
**civil**(1) 126:20
**claim**(3) 45:11 56:13 77:16
**claiming**(1) 103:18
**claims**(5) 21:14 27:7 108:23 129:14 143:4
**clarified**(1) 16:14
**clarify**(3) 16:9 73:1 141:17
**clarity**(2) 140:11 153:13
**classes**(1) 100:19
**classic**(1) 103:19
**claw**(11) 38:21 56:18 91:6 101:17 101:19 101:24 116:1 116:3 116:5 116:10 148:19
**clear**(17) 23:1 23:1 33:25 34:7 101:11 103:14 107:2 109:21 109:24 116:4 117:24 122:12 137:23 138:18 138:22 139:15 147:8
**clearing**(4) 27:20 34:13 34:13 104:11
**clearly**(3) 22:3 98:23 118:23 134:24 134:25
**cleary**(2) 3:45 40:24
**clerk**(2) 5:2 73:21
**client**(2) 26:22 112:3
**clients**(3) 53:9 140:4 142:4
**close**(6) 75:10 75:10 75:12 95:9 98:11
**closed**(1) 40:25
**closely**(5) 39:25 55:14 78:13 92:17 119:25
**closer**(1) 120:13
**closing**(1) 26:17
**co-counsel**(1) 6:4
**code**(3) 62:18 66:8 68:11
**coherent**(1) 75:2
**collateral**(1) 71:3
**colleague**(2) 103:4 122:19
**colleagues**(1) 108:2
**collect**(1) 50:24
**collected**(5) 27:17 49:22 51:19 80:14 82:15
**collection**(3) 31:16 32:20 152:8
**collections**(4) 29:13 32:9 34:19 41:11
**collier**(1) 4:30
**come**(34) 13:20 20:15 21:6 23:19 33:15 35:23 39:18 42:9 50:17 53:6 72:3 72:12 77:1 77:3 78:22 83:16 85:10 88:10 91:22 92:18 94:16 96:16 98:11 106:19 116:17 120:20 120:23 121:4 122:7 132:16 133:4 140:10 145:15 153:2

**comes**(2) 81:20 140:9
**comfort**(2) 60:19 121:7
**coming**(10) 11:16 41:9 75:25 77:20 86:15 96:25 99:20 99:22 145:5 146:25

**commence**(1) 103:22
**comment**(2) 119:21 144:22
**commented**(1) 146:9
**comments**(3) 101:5 113:4 124:17
**commercial**(1) 51:5

**commercialization**(1) 54:15
**commercialize**(1) 46:16
**commercially**(3) 124:25 125:1 125:18
**commit**(1) 137:4
**committed**(1) 40:10
**committee**(3) 2:21 4:18 43:21
**common**(12) 49:25 50:1 50:2 50:8 50:9 50:17 51:21 52:14 85:10 96:12 122:14 122:15
**communications**(6) 3:5 3:6 44:18 50:5 54:16 79:6

**companies**(2) 21:3 33:24
**companion**(1) 133:23
**company**(7) 24:13 24:14 24:15 33:22 33:22 112:14 129:4
**compel**(3) 57:2 144:18 152:2
**complain**(1) 18:15
**complaint**(2) 13:21 42:13
**complaints**(1) 13:15
**complete**(8) 8:14 13:7 21:24 83:7 85:2 107:2 113:6 131:25

**completed**(1) 150:2
**completely**(5) 74:9 85:1 102:12 109:16 144:3

**completion**(1) 61:9
**compliance**(2) 19:8 69:20
**complicate**(1) 155:15
**complicated**(4) 17:10 86:12 120:4 150:15
**complied**(2) 38:11 60:2
**comply**(1) 60:2
**complying**(2) 38:19 55:16
**comprehensive**(2) 19:1 20:16
**computer**(2) 31:14 31:23
**computers**(3) 29:1 29:7 32:5
**conaway**(3) 2:13 3:21 7:20
**concedes**(1) 82:2
**conception**(1) 76:22
**concern**(6) 27:23 109:23 110:3 135:11 142:18 143:23

**concerned**(12) 12:5 42:4 96:10 106:25 109:25 111:16 111:17 113:24 119:15 130:23 135:3 151:5

**concerning**(1) 51:6
**concerns**(11) 19:4 19:6 36:21 57:20 90:23 107:10 118:18 114:5 131:2 132:2 135:15 146:6

**conclude**(1) 91:7
**concludes**(2) 1:12 11:3
**conclusion**(1) 67:23
**conditions**(1) 56:7
**conducted**(1) 25:7
**confer**(5) 23:15 38:5 120:10 120:19 131:8
**conference**(2) 8:17 138:5
**conferring**(2) 39:16 142:4
**confers**(4) 38:6 78:9 80:15 81:10
**confident**(1) 130:15
**confidential**(24) 18:16 18:18 32:23 33:4 33:17 36:2 56:10 56:13 57:12 57:25 58:8 65:2 65:22 87:23 88:23 91:3 94:1 94:6 94:14 95:23 114:5 115:5 115:17 118:4

**confidentiality**(25) 18:13 22:4 22:8 27:18 27:20 34:3 34:13 35:24 36:3 36:6 38:10 41:12 57:10 58:16 59:15 60:13 91:19 95:17 102:3 102:5 102:8 114:5 115:24 125:6 127:18

**confirm**(6) 56:25 60:15 80:17 81:3 82:24 103:22

**confirmation**(1) 148:16
**confirmed**(1) 107:12
**conflate**(1) 93:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| confused(2) 45:1 62:15 | | cost(41) 10:20 19:5 19:6 23:15 23:24 24:6 24:9 24:10 24:12 39:10 39:12 41:13 42:6 51:25 59:18 78:21 84:22 92:19 95:13 97:7 97:11 97:25 98:17 98:20 99:22 100:15 100:22 100:24 103:3 113:18 123:9 123:11 123:11 123:13 123:14 126:1 131:2 131:12 133:11 133:14 133:18 | | court(301) 1:1 5:3 5:10 5:16 5:20 5:23 6:7 6:11 6:17 6:20 6:23 7:2 7:4 7:10 7:14 7:17 7:19 7:25 8:3 8:7 8:13 8:23 9:2 9:4 9:8 9:10 9:15 9:20 9:22 10:2 10:5 10:7 10:22 11:5 11:8 11:14 11:21 12:1 12:4 12:7 12:9 12:11 12:13 12:18 12:24 13:2 13:6 13:8 13:11 13:16 13:18 13:25 14:1 14:5 14:6 14:9 14:11 14:14 14:18 14:21 14:24 15:5 15:8 15:11 15:14 15:20 16:11 16:12 16:19 16:23 17:19 18:20 20:8 20:10 20:14 20:19 21:2 21:5 21:12 21:17 21:22 21:24 22:5 22:21 23:7 23:7 23:9 23:19 23:20 23:21 25:4 25:6 25:16 26:3 26:5 26:8 27:12 27:12 27:14 27:24 33:1 33:6 36:25 37:23 37:25 38:9 38:13 38:23 39:19 39:20 39:24 42:2 42:9 43:9 43:10 43:15 43:19 44:3 44:5 44:7 44:11 44:14 44:19 47:12 48:17 55:6 61:16 61:18 62:6 62:10 62:19 63:24 64:2 64:6 64:12 64:14 64:17 65:10 65:18 65:20 66:17 66:18 66:19 66:19 66:20 66:22 66:23 66:25 67:7 67:19 68:9 69:2 69:3 69:4 69:6 69:10 69:12 69:15 70:10 70:10 70:16 70:17 71:5 71:12 71:16 72:17 72:18 72:19 72:25 73:1 73:12 73:15 73:22 73:25 74:2 74:8 74:12 74:12 74:18 74:24 75:22 76:14 76:17 77:14 78:23 80:7 80:22 83:3 83:9 86:16 87:24 88:9 88:13 88:24 90:22 92:7 92:23 93:12 93:17 93:19 97:15 97:23 98:13 98:16 101:25 102:17 102:18 102:20 103:5 103:10 103:14 104:3 104:9 105:20 106:10 107:3 107:14 107:20 108:12 108:14 108:16 108:20 109:12 110:13 111:3 111:6 111:22 112:9 112:10 112:17 112:22 113:17 114:6 114:13 114:17 114:20 115:1 115:10 115:12 115:13 116:6 116:17 117:9 118:7 118:10 118:15 118:17 118:23 119:4 119:7 119:8 119:10 119:16 119:19 120:17 120:18 120:20 121:10 121:16 121:23 123:16 124:7 125:15 125:24 126:10 126:15 127:4 127:9 127:12 127:17 128:1 128:4 128:10 128:19 128:21 129:2 129:6 129:8 129:11 131:14 131:18 131:22 131:24 132:6 132:11 132:15 132:18 132:20 132:24 133:2 133:4 133:6 133:9 133:12 133:14 133:16 133:19 133:20 134:2 134:6 | | covers(1) 156:4 |
| confusing(1) 141:17 | | | | | | covington(2) 2:5 7:22 |
| congress(1) 110:6 | | | | | | crack(1) 32:16 |
| connected(1) 26:14 | | | | | | create(9) 18:3 33:21 35:21 50:8 55:18 76:4 82:6 82:7 101:15 |
| connection(2) 10:17 82:13 | | | | | | |
| connor(2) 3:15 6:3 | | | | | | created(2) 27:14 51:8 |
| consensual(1) 107:1 | | | | | | creates(1) 96:24 |
| consent(2) 15:21 38:9 | | | | | | creating(1) 18:12 |
| consequence(1) 46:9 | | | | | | credit(1) 134:21 |
| consider(1) 13:6 | | | | | | creditor(2) 43:22 103:20 |
| consideration(3) 13:19 131:2 144:14 | | | | | | creditors(4) 2:22 4:19 41:24 43:21 |
| considered(1) 98:25 | | | | | | critical(3) 100:13 113:5 113:12 |
| considering(3) 12:14 25:9 143:3 | | | | | | critically(1) 46:2 |
| consistent(6) 57:13 58:22 61:7 68:2 68:6 122:21 | | | | | | cross-examination(1) 11:21 |
| | | | | | | cross-examine(1) 11:9 |
| consisting(1) 31:20 | | | | | | cross-nature(1) 18:13 |
| consists(3) 49:21 53:24 54:7 | | cost-shifting(1) 20:1 | | | | crowell(1) 1:25 5:13 |
| consolidated(1) 30:15 | | costly(2) 22:7 41:12 | | | | crowther(6) 2:14 7:17 7:18 7:20 7:20 7:25 |
| consortium(3) 3:35 83:4 112:13 | | costs(28) 19:7 19:10 19:17 22:21 39:10 41:14 41:15 50:13 55:16 59:22 61:3 63:25 64:24 66:1 79:15 98:14 98:16 99:19 123:8 124:2 124:4 130:18 130:20 133:25 142:18 142:18 142:19 142:20 | | | | crux(2) 55:13 61:12 |
| constellation(8) 3:34 54:5 91:4 91:5 112:7 112:12 112:15 113:24 | | | | | | culled(1) 34:16 |
| | | | | | | cumbersome(6) 18:21 20:3 31:12 31:13 31:15 32:10 |
| constraints(1) 138:4 138:5 | | | | | | |
| construction(1) 77:16 | | could(50) 18:24 22:10 31:7 34:23 35:21 38:17 39:4 39:18 39:20 39:21 42:3 42:9 49:19 51:11 55:20 60:2 60:16 61:2 62:16 62:18 63:1 63:3 63:18 63:19 64:4 64:9 64:9 64:11 65:5 67:15 68:9 68:24 69:6 69:22 73:1 80:25 98:23 99:11 99:12 102:8 113:23 125:17 134:22 137:12 137:15 138:25 151:8 153:22 155:17 | | | | cumulative(1) 42:5 |
| consuming(1) 34:1 | | | | | | current(2) 61:20 62:13 |
| contain(3) 18:18 60:17 114:19 | | | | | | currently(8) 20:20 20:24 27:13 62:17 63:2 63:16 74:25 75:11 |
| contained(1) 32:23 | | | | | | |
| contains(3) 30:23 56:13 125:2 | | | | | | |
| contemplate(1) 45:16 | | couldn't(2) 88:5 143:18 | | | | cursory(1) 28:13 |
| contemplated(1) 45:2 | | counsel(32) 10:16 13:17 59:17 59:17 62:23 63:5 64:1 64:25 65:7 65:8 82:11 86:18 86:22 87:9 88:3 90:6 90:11 97:24 103:4 104:3 104:7 120:12 120:13 122:4 122:8 123:7 124:8 125:22 139:23 148:15 152:20 156:20 | | | | curtis(2) 2:14 7:20 |
| contemplates(1) 89:17 | | | | | | custodian(1) 81:23 |
| contempt(2) 62:19 64:12 67:6 | | | | | | custodians(1) 51:18 |
| contend(4) 57:1 77:22 77:23 125:17 | | | | | | customary(2) 56:22 57:3 |
| contended(1) 139:4 | | counsel's(1) 75:24 | | | | cutting(1) 121:16 |
| content(1) 41:20 | | counterparties(1) 34:2 | | | | |
| contention(1) 77:6 | | counterparty(1) 125:17 | | | | daily(2) 88:17 113:8 |
| contentions(3) 76:3 77:4 77:7 | | counting(1) 34:21 | | | | |
| contents(3) 26:17 29:7 30:25 | | country(1) 126:22 | | court(94) 134:17 134:20 135:2 135:3 135:11 135:14 136:5 136:9 136:11 136:14 137:7 137:10 138:5 138:8 138:10 138:10 138:15 139:8 139:10 139:13 139:16 139:20 139:25 140:5 140:20 141:4 141:16 141:20 142:1 142:2 142:9 142:12 142:11 142:12 142:17 144:10 144:15 144:20 144:23 145:10 145:15 145:17 145:20 145:24 146:6 146:13 146:16 146:22 147:2 147:7 147:10 147:15 147:17 147:24 148:5 148:12 148:22 149:1 149:7 149:13 149:21 149:23 150:4 150:18 150:20 151:4 151:10 151:14 151:19 152:5 152:15 152:19 153:3 153:10 153:22 153:24 154:2 154:13 154:22 154:25 155:2 155:8 155:11 155:13 155:15 155:23 155:25 156:2 156:7 156:11 156:18 156:20 156:22 157:5 157:8 | | damages(9) 22:13 36:9 36:13 76:25 77:2 79:20 81:7 82:4 100:19 |
| context(25) 10:14 11:20 12:23 40:12 77:2 77:3 77:16 79:22 79:22 81:25 92:19 95:19 96:5 99:9 99:21 100:20 101:10 101:13 103:6 104:15 104:16 105:4 105:15 135:5 143:9 | | | | | | |
| | | | | | | data(17) 1:42 26:15 26:16 26:17 26:19 26:19 30:25 31:3 31:12 35:22 51:18 82:20 82:25 83:1 129:23 147:12 147:23 |
| continue(9) 17:4 17:17 24:5 114:19 120:6 120:11 120:17 121:11 131:7 | | | | | | |
| | | | | | | database(26) 30:5 30:8 30:9 30:20 31:8 34:11 34:17 34:24 49:20 49:21 50:10 51:17 51:20 51:20 52:2 52:4 52:13 52:16 59:14 82:14 83:14 84:10 84:12 84:14 147:21 147:25 |
| continued(3) 2:2 3:2 4:6 | | | | | | |
| continuing(1) 92:12 | | | | | | |
| contract(2) 125:16 125:17 | | | | | | |
| contractors(2) 33:11 33:13 | | | | | | databases(7) 19:14 31:11 34:21 82:12 82:18 85:21 99:21 |
| contractual(5) 58:12 103:18 122:1 126:4 128:6 | | | | | | |
| | | | | | | date(10) 10:24 49:18 54:6 55:6 75:10 97:20 150:8 153:4 153:4 153:3 157:20 |
| contrast(2) 105:7 107:8 | | | | | | |
| control(4) 21:15 37:4 66:9 67:25 | | | | | | david(1) 4:20 |
| convenient(1) 137:16 | | | | | | day(6) 66:16 85:19 87:14 126:12 127:6 156:5 |
| conversations(2) 88:17 113:8 | | | | | | |
| cooperative(1) 143:16 | | | | | | day-to-day(1) 105:23 |
| copelan(1) 5:7 | | | | | | days(21) 16:6 56:25 63:10 63:13 63:19 112:20 126:18 126:19 126:22 127:1 127:2 127:7 127:11 138:21 138:22 138:24 138:25 145:5 154:7 154:8 155:20 |
| copied(1) 16:25 | | | | | | |
| copies(3) 9:18 54:1 154:9 | | | | court's(3) 111:8 119:5 136:22 | | |
| coplan(1) 1:32 | | | | courtcall(2) 119:8 121:17 | | |
| copy(5) 9:14 57:18 82:25 83:14 83:16 | | | | courtesies(1) 156:21 | | deadline(2) 151:7 152:3 |
| core(1) 34:8 | | | | courtesy(1) 6:18 | | deadlines(2) 79:2 140:15 |
| corporate(2) 29:21 37:5 | | | | courtroom(3) 1:10 6:4 6:15 | | deal(14) 24:3 24:11 24:15 28:18 47:17 47:18 47:22 69:25 89:25 94:25 120:13 123:5 124:14 124:15 |
| corporation(1) 128:16 | | | | courts(16) 23:8 64:15 67:15 75:13 98:25 99:7 110:6 110:10 110:21 110:23 111:2 116:18 117:21 120:25 130:21 130:25 136:24 140:19 | | |
| corporations(1) 79:17 | | | | | | |
| correct(5) 113:21 114:16 146:6 149:25 157:15 | | | | | | dealing(5) 20:5 40:23 108:1 120:5 146:17 |
| | | | | | | deals(3) 28:18 124:15 124:16 |
| correctly(2) 106:10 146:3 | | | | court's(10) 6:16 12:10 43:8 49:4 60:3 60:23 61:2 68:3 68:6 72:2 | | dealt(3) 56:22 103:3 103:16 |
| correspondence(1) 78:12 | | | | | | |
| | | | | cover(1) 145:22 | | |
| | | | | covered(2) 62:17 145:2 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **debtor**(36) 3:44 40:2 66:25 67:2 67:9 67:13 67:15 67:16 68:16 68:19 68:23 70:11 70:18 70:20 70:22 71:23 103:12 103:13 103:21 104:22 105:5 106:5 107:6 109:13 109:23 110:25 111:15 111:16 129:7 129:13 130:10 131:3 133:22 134:24 135:14 143:23 | | **designate**(3) 56:6 56:8 102:8<br>**designated**(1) 60:5<br>**designation**(1) 109:11<br>**designation**(1) 57:16<br>**designations**(1) 57:16<br>**designed**(3) 51:14 114:3 115:15<br>**desk**(2) 123:17<br>**desmarais**(3) 3:7 6:5 14:12<br>**despite**(1) 134:22<br>**destroy**(1) 56:25 | | **discussing**(4) 99:21 137:19 142:3 147:13<br>**discussion**(9) 20:1 56:5 57:8 83:18 88:11 98:20 98:22 100:7 124:12<br><br>**discussions**(8) 16:21 16:23 79:23 80:15 84:24 94:13 100:9 120:11<br><br>**disheartening**(1) 53:5<br>**dismiss**(1) 53:6<br>**dispose**(1) 132:8 | | **documents**(198) 18:14 18:18 19:1 19:14 19:15 19:16 19:17 19:24 20:6 20:22 21:1 21:2 22:2 22:7 22:8 22:12 22:18 22:18 23:10 23:22 25:18 26:13 26:16 26:21 26:23 27:14 27:17 27:19 27:21 28:23 29:10 29:19 29:23 29:25 30:1 30:7 30:10 30:10 30:13 30:17 30:21 30:24 31:7 31:16 31:17 31:22 31:24 32:4 32:8 32:9 32:20 33:2 33:3 33:17 33:17 34:3 34:8 34:10 34:13 34:16 34:20 34:23 35:3 35:22 36:17 37:6 37:8 37:9 37:18 38:2 38:18 40:13 40:18 40:19 40:21 47:9 47:11 48:21 48:21 48:25 49:3 49:6 49:9 49:18 49:22 51:6 51:7 51:12 51:14 52:8 53:13 53:24 53:25 54:1 54:8 56:2 56:6 56:9 58:17 58:21 59:14 59:15 59:16 60:5 60:7 60:12 60:14 60:16 65:5 65:16 65:25 67:2 68:5 72:20 73:2 79:24 80:3 80:4 80:18 81:6 81:14 82:1 82:3 82:6 82:15 83:25 84:18 85:5 86:17 86:24 87:6 90:11 92:4 93:1 93:22 94:7 94:7 94:11 94:16 94:21 95:2 96:8 96:11 96:18 96:25 97:7 100:18 100:19 101:20 104:4 114:14 115:11 115:22 115:23 116:5 116:16 117:10 117:11 117:18 117:20 121:25 122:9 122:25 123:12 123:13 127:20 128:7 128:8 129:19 129:21 129:22 129:24 130:2 130:3 130:17 136:21 140:9 148:24 149:10 149:14 149:18 150:11 150:16 150:23 150:25 151:5 151:21 152:24 153:12 153:15 153:17 153:20 153:22 154:4 154:12 154:16 154:18 |
| **debtor's**(6) 5:18 43:14 44:2 67:3 68:17 | | **destroying**(1) 57:6<br>**destruction**(3) 56:16 57:1 57:3<br>**detail**(3) 21:19 31:19 32:17<br>**detailed**(2) 25:7 46:21<br>**determine**(5) 34:8 38:17 98:13 147:4 151:1<br>**determined**(1) 143:6<br>**determining**(1) 25:10 | | **dispute**(8) 27:10 55:13 61:12 99:9 102:2 109:4 121:15 125:19<br><br>**disputed**(1) 26:24<br>**disputes**(2) 28:6 136:25<br>**disputing**(1) 105:2<br>**disruptive**(2) 62:3 63:9<br>**dissipate**(1) 90:15 | | |
| **decade**(1) 46:5<br>**december**(1) 155:16<br>**decide**(4) 69:3 78:19 89:20 126:1<br>**decided**(5) 60:17 66:20 66:24 92:14 111:3 139:2 | | **develop**(1) 74:6<br>**developed**(5) 45:24 46:15 100:17<br>**development**(1) 76:23<br>**diaz**(1) 1:42 | | **distill**(2) 46:6 46:12<br>**distinction**(1) 42:19<br>**distinguishable**(1) 103:17<br>**distracting**(1) 43:4 | | **does**(23) 37:14 37:21 42:23 51:4 51:11 53:23 56:3 57:22 64:20 67:8 68:12 69:3 97:4 103:11 120:17 127:15 129:12 140:14 141:4 141:5 145:24 154:25 154:25 |
| **decides**(2) 59:20 69:4<br>**decision**(10) 25:20 35:16 41:25 128:17 129:11 134:12 135:4 135:22 140:18 141:2 | | **did**(20) 12:6 20:5 24:1 24:18 26:19 26:20 32:19 39:22 39:25 47:7 67:6 79:7 83:5 92:10 106:10 121:24 125:18 133:19 136:9 137:4 | | **distribute**(1) 41:24<br>**district**(49) 1:2 37:12 47:4 56:3 56:20 57:14 57:17 58:18 59:12 61:8 66:17 66:17 66:18 66:23 66:24 67:7 67:19 67:19 70:11 71:9 72:17 72:18 72:19 74:2 74:16 74:16 74:21 74:22 75:11 75:13 75:19 76:10 77:13 80:19 91:23 92:11 95:3 107:3 110:10 111:3 111:6 117:9 117:21 140:19 150:8 151:6 151:12 151:15 155:6 | | **doesn't**(9) 82:6 82:6 88:18 94:3 98:7 101:12 109:20 127:23 128:13<br><br>**doesn't**(3) 15:20 33:10 57:19 |
| **deck**(1) 44:9<br>**declaration**(17) 8:9 8:11 9:13 9:17 9:17 9:24 10:10 12:23 13:1 13:5 15:14 21:20 28:12 31:18 32:2 32:6 32:17 | | **didn't**(8) 84:16 86:9 100:6 113:16 122:16 128:22 151:2 152:16<br><br>**didn't**(7) 27:9 42:3 42:13 45:9 45:14 45:16 150:21 | | | | **dog**(1) 72:16<br>**doing**(23) 9:6 16:4 16:25 19:11 19:21 19:23 22:21 25:2 25:12 35:5 49:10 55:3 71:10 72:4 76:1 96:20 107:4 108:8 122:4 123:21 123:25 126:2 126:3 |
| **declarations**(9) 9:6 9:10 13:13 13:14 14:16 14:20 14:25 15:1 28:14 | | **different**(26) 5:9 18:13 29:21 33:21 50:21 50:22 50:22 56:21 57:3 68:25 70:21 71:22 74:19 79:6 80:1 80:3 105:16 117:18 117:19 119:13 135:5 135:7 141:5 146:10 150:8 155:11 | | **docket**(1) 38:14<br>**dockets**(1) 130:25<br>**document**(54) 18:3 18:12 20:12 29:9 29:13 30:12 30:15 31:5 31:12 32:21 33:4 33:18 33:21 35:2 35:5 36:10 37:19 38:19 47:6 47:9 47:16 48:13 53:14 55:2 56:12 56:15 56:16 56:23 57:2 57:3 57:6 57:12 61:3 67:1 67:3 69:5 72:21 85:18 86:7 86:8 87:15 95:20 95:25 98:9 102:10 102:11 105:22 105:22 126:2 130:9 140:10 146:19 149:3 151:16 | | **dollar**(1) 77:17<br>**dollars**(4) 24:13 36:4 48:4 106:21<br>**don't**(68) 75:18 75:18 79:25 80:23 81:4 81:12 81:14 81:17 81:22 83:7 84:2 85:2 86:5 86:21 90:7 90:19 92:3 94:10 94:14 95:6 95:18 95:21 96:13 96:18 96:18 97:7 97:13 98:10 98:14 98:22 102:12 110:24 111:22 112:20 116:23 119:14 120:8 121:14 121:20 124:1 124:3 124:10 124:20 126:18 126:20 127:22 128:23 129:15 129:19 130:13 130:19 131:11 135:23 136:24 136:25 138:9 141:23 144:3 144:4 144:15 144:20 145:1 145:3 151:6 152:21 156:4 156:11 156:12 |
| **deep**(1) 112:4<br>**deeper**(1) 24:1<br>**defeat**(1) 27:7<br>**defect**(2) 70:6 70:7<br>**defend**(3) 69:9 78:5 82:9<br>**defendant**(2) 70:12 108:23<br>**defendants**(5) 76:1 105:9 105:10 110:9 117:9 | | **difficult**(6) 33:25 50:11 84:11 105:21 107:14 150:25 | | | | |
| | | **difficulties**(1) 61:3<br>**difficulty**(2) 20:14 87:1<br>**digging**(1) 83:19<br>**digital**(2) 31:19 32:3<br>**diligence**(1) 105:22<br>**dime**(2) 123:20 123:25<br>**directed**(2) 86:2 135:25<br>**directly**(1) 79:24 | | **document-by-document**(3) 58:14 59:3<br>**documentation**(9) 50:24 51:2 53:17 53:19 53:20 53:22 54:10 54:13 54:18<br><br>**documentation."**(1) 27:3 | | **donald**(2) 62:11 62:12<br>**done**(21) 17:1 28:2 35:7 48:11 52:18 53:7 54:3 55:5 55:6 58:25 59:2 59:16 76:21 96:4 113:10 115:15 118:5 122:2 122:10 137:9 152:22 |
| **defending**(1) 76:2<br>**defense**(1) 52:11<br>**defer**(1) 16:18<br>**deficient**(3) 66:4 68:4 68:9<br>**defined**(2) 53:23 80:5<br>**definitely**(1) 114:10<br>**degree**(1) 87:17<br>**delaware**(10) 1:2 1:12 1:35 2:49 5:1 101:24 108:22 109:12 109:17 112:15 | | **disagree**(1) 58:10<br>**disagreed**(1) 129:20<br>**disclose**(3) 33:23 78:17 94:18<br>**disclosed**(4) 34:6 65:23 96:8 143:5<br>**disclosure**(3) 57:25 58:2 94:3<br>**disclosures**(3) 61:22 76:9 77:11 | | | | **don't**(32) 7:11 11:8 11:11 11:16 13:18 13:24 17:8 19:9 19:10 19:19 21:7 23:23 24:3 24:15 27:8 33:9 34:6 36:1 36:3 41:12 42:25 43:7 43:23 47:17 49:5 49:10 49:10 60:17 64:2 69:1 71:12 73:6 |
| **delay**(1) 92:10<br>**delayed**(1) 110:8<br>**demand**(2) 48:9 60:25<br>**demanded**(3) 49:8 52:5 52:7<br>**demonstrates**(1) 41:7<br>**deny**(1) 103:24<br>**department**(2) 25:12 40:22<br>**depending**(3) 19:17 142:21 156:3<br>**depose**(4) 16:7 61:19 63:6 88:5<br>**deposing**(2) 61:23 79:15 | | **discovery**(115) 12:20 13:17 13:23 20:16 23:4 23:4 23:6 29:21 36:25 37:1 37:15 40:2 40:7 42:3 42:21 43:24 44:1 46:8 46:13 46:24 55:17 61:9 67:8 67:10 67:13 67:14 67:17 67:23 68:2 68:15 69:5 69:21 69:25 70:4 71:21 71:25 72:1 72:9 73:7 73:11 75:10 75:10 75:12 75:16 76:20 77:11 77:23 78:1 78:18 78:24 79:2 79:3 79:14 79:17 80:13 84:20 84:25 85:3 87:21 87:22 88:25 89:3 93:9 99:8 100:13 100:18 101:3 101:10 102:15 103:12 106:10 106:12 106:15 106:24 108:2 108:25 110:8 111:10 112:3 113:6 113:10 116:24 117:8 117:19 117:23 119:19 120:5 120:19 121:2 122:23 122:24 129:13 131:9 134:5 135:1 135:15 135:13 136:1 136:2 136:16 136:25 137:8 137:23 137:25 138:3 138:13 140:1 140:8 140:9 140:14 142:22 143:16 152:7 153:1 156:24 | | | | **doubt**(2) 11:9 11:10<br>**doubts**(1) 118:12<br>**down**(14) 19:17 34:16 47:9 72:9 78:5 84:20 85:8 87:20 88:10 97:4 121:1 121:9 125:23 155:5 |
| **deposition**(35) 16:8 47:13 49:15 54:6 61:12 61:13 62:11 62:16 62:19 62:22 62:24 62:25 62:25 63:3 63:16 63:19 63:25 64:1 65:7 65:11 65:23 66:12 67:1 126:19 126:23 127:7 138:23 138:23 139:14 140:13 140:24 145:12 153:20 154:4 154:9 | | | | | | |
| **depositions**(24) 16:2 17:24 17:25 55:24 61:15 63:10 64:24 65:17 65:19 65:22 66:1 69:5 88:2 126:6 126:7 126:16 127:14 138:20 139:1 139:5 139:21 140:3 140:23 146:5<br>**described**(2) 45:25 49:4<br>**describes**(1) 31:11 | | **discretion**(2) 43:8 89:14<br>**discuss**(9) 24:9 52:17 80:2 96:2 98:18 136:2 137:8 137:12 156:17<br><br>**discussed**(11) 44:21 51:23 52:3 53:15 54:9 60:21 80:5 89:5 89:9 111:8 149:8 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**draconian**(3) 87:20 87:25 110:12
**drag**(1) 118:1
**draw**(1) 101:19
**drawing**(1) 40:3
**drawl**(3) 71:6 71:7 73:9
**drew**(1) 42:18
**drive**(3) 30:23 82:20
**drives**(1) 31:24
**drop**(1) 85:25
**drop-dead**(1) 61:9
**due**(3) 105:22 134:8 134:8
**during**(1) 102:10
**dustin**(3) 3:8 6:5 14:12 15:1
**duty**(1) 19:21
**dwindling**(1) 33:12

**each**(22) 17:25 18:4 21:10 26:2 26:10 26:15 28:18 32:21 33:7 33:20 35:2 35:2 50:21 64:10 74:19 74:20 91:12 103:16 111:2 150:16 150:24 151:3

**eager**(1) 152:9
**earlier**(19) 15:24 56:8 78:15 80:5 88:11 89:5 89:16 95:14 97:18 97:21 100:7 100:8 101:11 111:8 127:21 129:21 130:13 142:12 145:22

**early**(4) 6:13 57:18 106:13 106:25
**easily**(1) 113:23
**easterbrook**(2) 109:10 109:14
**eastern**(25) 47:4 56:3 56:20 57:14 57:17 58:18 59:12 61:8 71:9 72:19 74:15 74:21 75:11 75:18 76:10 77:13 80:19 91:23 92:11 95:3 150:8 151:6 151:11 151:15 155:5

**easy**(1) 80:25
**ecro**(1) 1:40
**edtx**(2) 61:22 65:24
**educate**(1) 136:19
**effect**(5) 10:11 35:14 42:5 61:16 71:4
**effective**(1) 78:21 137:25 138:1
**effectuate**(1) 116:14
**efficient**(3) 81:20 83:21 119:2
**efficiently**(1) 118:19
**effort**(12) 18:24 22:2 22:16 24:4 24:4 25:11 39:16 40:25 42:7 83:7 120:2 120:3

**efforts**(3) 17:9 57:11 156:21
**eight**(1) 51:18
**eighth**(1) 2:8
**either**(19) 16:8 25:13 26:11 32:24 32:25 33:3 36:3 36:19 39:13 62:7 83:12 99:4 100:12 107:1 110:8 113:9 128:8 151:25 152:2
**elaborate**(1) 27:19
**electronic**(18) 1:48 26:15 30:25 31:1 31:2 31:17 38:17 39:4 82:20 82:24 83:1 83:14 83:19 83:24 84:12 122:14 129:1 157:16

**electronically**(2) 32:11 81:23
**element**(1) 52:11
**eliminate**(1) 135:19
**ellisen**(2) 3:37 112:11
**else**(10) 8:3 18:24 18:17 37:8 64:21 132:20 142:13 142:17 149:4 150:22

**else's**(1) 94:17
**email**(5) 17:2 17:2 54:16 148:15 148:20
**emails**(3) 13:16 17:1 119:22
**emanuel**(2) 2:35 7:1 74:3 102:22
**emea**(3) 3:21 30:19 133:11
**emphasize**(4) 40:12 78:12 123:6 124:13
**employed**(2) 63:12 146:1
**employee**(1) 140:25
**employees**(24) 20:25 28:11 28:22 28:25 33:10 37:8 51:4 51:12 51:14 54:22 54:24 55:25 61:20 63:3 88:3 92:5 126:8 126:17 139:1 139:17 140:11 140:12 141:8 145:23

**end**(6) 48:2 104:20 106:18 117:8 117:17 147:22

**endless**(1) 65:22
**enforce**(2) 5:18 28:4
**enjoin**(4) 37:1 70:3 70:5 70:17
**enjoining**(1) 70:8
**enjoy**(2) 62:4 62:7
**enormous**(2) 84:12 89:1
**enough**(5) 23:2 29:18 41:4 130:12 155:16
**ensued**(1) 77:15
**ensure**(1) 143:1
**enter**(6) 16:11 43:9 61:16 87:25 120:17 143:19

**entered**(13) 22:5 27:13 38:9 38:13 56:2 57:14 88:13 93:14 93:17 94:8 101:25 106:5 120:9

**entering**(1) 89:10
**entire**(5) 25:11 28:20 34:12 99:15 111:4
**entirely**(6) 46:8 57:13 60:23 65:21 68:6 129:24

**entirety**(1) 111:7
**entities**(5) 27:16 29:21 83:15 113:25
**entitled**(7) 29:2 29:2 29:4 72:20 95:7 135:1 138:2

**eric**(3) 2:42 6:25 102:21
**esi**(2) 47:16 52:3
**especially**(4) 63:11 72:23 136:25 140:15
**esq**(24) 1:26 1:27 1:34 2:6 2:14 2:23 2:30 2:37 2:42 2:48 3:3 3:9 3:15 3:16 3:22 3:29 3:37 3:46 3:48 3:52 4:10 4:15 4:20 4:22

**essential**(4) 23:8 55:15 75:6 113:5
**essentially**(1) 66:5
**estate**(5) 27:1 29:11 37:4 87:5 37:20 55:21 66:10 67:3 67:4 67:25 104:4 104:8 106:6 119:2

**estates**(13) 27:10 27:22 34:7 35:4 35:14 39:13 40:25 41:1 49:7 58:15 119:15 133:18 134:1

**esther**(1) 4:26
**estimated**(1) 41:15
**estoppel**(1) 52:12
**evaluate**(2) 86:22 87:12
**evaluation**(3) 49:17 96:6 154:16
**evaluations**(1) 84:9
**even**(42) 20:12 20:15 21:13 24:14 24:18 24:19 28:13 28:17 29:21 34:6 36:11 37:21 50:25 51:7 52:20 56:21 57:7 57:25 58:1 63:7 70:11 72:8 77:12 79:7 86:5 88:5 88:20 89:7 94:6 95:6 95:6 99:13 103:10 115:15 116:20 120:17 124:14 124:15 124:21 127:2 131:11 135:24

**evening**(1) 157:8
**event**(1) 43:6
**eventual**(1) 34:24
**eventually**(1) 62:23
**ever**(1) 55:19
**every**(12) 17:25 18:4 77:9 83:6 85:19 87:14 95:17 100:19 100:20 123:2 123:4 123:4

**everybody**(8) 18:10 18:25 38:10 39:3 94:17 113:15 118:22 125:11
**everyday**(1) 130:9
**everyone**(12) 5:3 8:24 18:1 65:5 72:2 72:6 72:12 73:22 91:20 114:2 135:18 157:8

**everyone's**(1) 136:4
**everything**(5) 58:25 59:2 81:1 81:1 81:4
**evidence**(9) 8:12 9:5 9:21 10:9 12:21 13:6 14:20 28:12 145:4

**evident**(1) 28:13
**evidentiary**(1) 97:13
**exact**(3) 51:22 70:7 89:18
**exactly**(4) 18:23 42:18 50:8 76:16
**examination**(4) 11:21 59:7 106:9 127:20
**examined**(1) 128:8
**examiner**(2) 68:21 106:8
**examiner's**(1) 106:19
**example**(17) 17:24 38:16 47:19 47:23 54:1 60:4 62:1 63:4 63:15 65:12 76:9 82:21 85:21 128:12 138:20 138:25 143:19

**examples**(2) 62:5 62:9
**excellent**(2) 73:4 82:21
**except**(1) 152:17
**exception**(2) 111:14 148:9
**excess**(1) 25:25
**excessive**(1) 104:5
**exchange**(3) 48:9 142:5 151:17
**exclusive**(1) 103:21
**exclusively**(1) 67:2
**excuse**(4) 10:21 44:7 114:9 119:11
**excused**(1) 21:21
**executives**(5) 54:24 61:20 63:4 140:12
**exempt**(1) 125:15
**exemption**(1) 125:12
**exercise**(4) 37:4 43:8 70:3 70:4
**exhibit**(1) 23:11
**exhibits**(48) 8:11 9:17 13:5 14:17 14:20 15:4 18:8 18:9 18:23 29:15 30:5 34:15 34:16 34:18 38:3 47:12 48:20 48:22 49:1 49:5 49:14 60:8 60:11 60:14 60:22 60:24 61:5 88:22 88:24 91:16 91:17 93:4 93:5 93:8 93:10 94:2 96:4 115:2 117:2 148:4 148:5 148:8 148:9 148:11 149:6 150:1 150:3 150:14

**exist**(3) 54:3 70:6 70:8
**existing**(3) 21:8 120:24 135:16
**exists**(1) 31:8
**expanded**(1) 96:2
**expect**(3) 140:2 146:23 147:19
**expected**(1) 154:14
**expedient**(1) 72:13
**expedite**(1) 136:2
**expedited**(1) 136:23
**expend**(1) 43:23
**expense**(3) 19:21 19:22 41:6
**expenses**(5) 10:14 10:19 10:24 11:1 11:4
**expensive**(4) 32:10 36:17 41:7 43:3
**experienced**(1) 72:10
**experiencing**(1) 70:24
**expert**(1) 119:20
**explain**(1) 39:19
**explanation**(1) 153:5
**explicit**(1) 40:3
**exploring**(1) 78:22
**exposed**(1) 35:20
**exposing**(3) 18:16 58:15 119:2
**exposure**(3) 22:22 120:24 125:20
**express**(1) 72:15
**expressly**(1) 69:13
**extend**(4) 5:19 37:23 135:21 139:18
**extended**(1) 42:12
**extending**(1) 42:21
**extension**(2) 64:19 135:24
**extent**(22) 11:17 24:2 38:25 39:12 39:14 68:11 75:15 89:19 93:11 93:14 100:24 102:9 114:9 116:20 118:1 119:19 133:25 134:11 134:13 140:24 149:11 150:1

**extremely**(3) 82:3 94:25 100:23
**eyes**(13) 56:6 56:9 60:5 102:4 114:2 114:4 114:11 114:15 114:22 115:16 148:1 148:14 148:17
**eyes-only**(2) 39:6 59:17
**f.r.d**(1) 99:3
**face**(2) 37:20 130:12

**faces**(1) 5:5
**facing**(4) 30:3 77:7 79:13 82:7
**fact**(19) 10:19 11:2 17:7 26:22 33:12 40:19 51:11 52:25 65:2 75:9 75:10 75:12 79:1 108:2 122:12 124:24 129:20 130:6 152:7
**factor**(4) 40:16 98:25 100:5 105:18
**factors**(7) 40:4 40:6 78:21 103:1 104:14 105:18 108:3

**facts**(3) 24:23 103:17 105:7
**factual**(3) 12:1 12:3 12:21
**factually**(2) 68:4 68:9
**fair**(9) 17:9 17:16 36:5 43:5 43:25 46:8 110:5 127:1 132:8

**fairly**(4) 39:7 69:6 87:19 139:4
**fairness**(6) 70:4 110:3 142:21 143:12 145:13 145:21
**faith**(2) 90:13 118:13
**fall**(2) 64:20 109:16
**familiar**(3) 5:4 33:5 137:16
**famous**(1) 109:10
**far**(13) 12:4 12:16 41:7 85:4 88:10 88:12 92:21 101:8 101:16 113:23 135:3 142:5 152:25
**fargo**(2) 99:2 99:17
**farr**(1) 4:9
**fashion**(3) 132:8 136:23 156:25
**fast**(4) 31:14 130:25 131:1 140:15
**favor**(2) 105:19 108:3
**favors**(1) 105:4
**fear**(1) 73:3
**feasible**(1) 63:11
**fee**(2) 11:3 11:12
**feeling**(1) 29:22
**feels**(1) 64:14
**fees**(1) 11:22
**feld**(2) 2:29 4:19
**fell**(2) 109:12 109:15
**few**(17) 17:6 23:12 102:23 105:21 107:14 107:24 124:8

**fhfa**(2) 104:21 105:5
**fifth**(1) 31:16
**fight**(6) 72:17 73:8 94:22 113:6 117:25 123:9

**figueroa**(1) 2:43
**figure**(9) 25:1 32:14 32:22 45:23 54:4 75:20 82:5 96:20 98:6
**figured**(2) 48:7 48:8
**figuring**(1) 123:11
**file**(6) 20:5 23:20 42:13 57:2 57:5 64:14 66:9 123:4 130:24 133:23
**filed**(18) 7:8 8:10 11:3 12:23 20:7 24:24 28:6 36:10 44:23 47:3 59:25 62:14 66:16 109:5 123:4 130:24 133:23
**files**(2) 45:10 104:24
**filing**(4) 28:5 42:15 42:24 44:24
**filings**(2) 12:7 21:2
**filter**(1) 39:4
**filters**(2) 38:17 60:4
**final**(3) 61:11 101:5 151:16
**finalize**(1) 81:3
**finally**(10) 46:20 53:11 55:23 56:17 57:8 60:21 66:3 68:8 86:14 92:10
**financial**(2) 8:10 10:12
**find**(7) 31:12 36:15 76:5 78:14 79:23 83:11 151:24
**finding**(1) 78:16
**finds**(1) 70:19
**fine**(10) 8:23 94:9 102:1 102:18 112:22 115:20 130:20 140:7 146:13 146:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**finer**(1) 116:2
**finger**(2) 2:22 121:20
**firm**(5) 5:13 6:5 6:9 40:24 40:25
**firms**(1) 34:11
**first**(38) 8:8 8:16 9:5 15:17 23:10 23:12 27:5 27:8 28:7 30:4 34:22 37:1 37:25 38:4 38:7 40:7 45:4 46:7 55:25 64:13 66:6 69:12 80:11 80:12 92:1 103:8 108:18 118:19 120:20 121:14 122:3 123:17 128:14 135:10 136:16 137:3 138:23 138:23

**fit**(2) 33:3 79:10
**five**(14) 20:21 32:3 32:7 41:8 47:9 47:12 56:25 63:13 82:11 122:9 122:10 122:11 122:24 154:4

**flawed**(1) 68:1
**floodgates**(1) 42:4
**flooring**(2) 48:1 48:7
**fluid**(1) 16:20
**focus**(5) 58:4 85:5 85:8 85:22 104:14
**focused**(5) 53:19 85:11 101:1 109:23
**folks**(1) 119:23
**followed**(1) 151:22
**following**(1) 125:2
**follows**(1) 39:24
**foot**(1) 48:10
**footnote**(4) 58:4 59:8 66:13 103:25
**for**(251) 1:2 1:25 2:4 2:21 2:35 3:4 3:21 3:34 3:44 4:8 4:13 4:18 4:25 5:7 5:25 6:18 10:4 11:2 11:3 12:4 13:12 13:20 13:20 13:25 15:3 15:16 17:13 17:19 18:3 18:6 18:14 20:6 20:21 21:7 24:13 26:6 26:7 27:14 27:16 27:19 27:19 27:19 28:19 31:2 32:12 32:22 33:22 33:24 34:15 35:2 35:8 36:4 36:17 37:13 37:25 38:15 40:17 40:23 41:1 41:3 41:7 43:4 45:8 46:1 46:3 46:4 46:8 46:18 46:19 47:11 47:21 47:23 47:25 48:1 48:3 48:9 49:15 49:22 50:1 51:2 51:18 51:20 52:8 52:13 52:20 53:18 54:1 55:8 55:16 56:8 56:10 56:15 56:18 56:19 57:24 59:6 59:15 60:3 60:12 60:23 61:6 61:25 62:13 62:24 63:4 63:5 63:15 63:23 64:24 65:11 66:1 66:17 66:23 67:7 67:19 68:14 68:23 69:12 70:14 72:18 72:19 75:4 75:8 75:10 76:4 76:8 76:9 80:17 80:21 81:2 82:1 83:1 84:15 85:1 85:21 86:6 86:24 87:11 87:13 88:1 89:11 89:20 89:20 89:25 90:1 90:25 91:19 92:5 93:2 93:7 93:8 94:3 94:5 94:9 94:21 94:25 95:1 95:1 95:5 96:4 96:25 97:8 97:11 97:14 99:13 99:24 100:13 100:18 100:19 100:21 101:15 102:1 102:17 103:20 104:4 105:8 105:8 107:9 109:22 109:23 109:24 110:16 110:18 111:8 111:10 111:11 113:9 114:12 115:2 115:11 115:15 116:7 117:3 122:7 124:22 126:3 126:14 127:25 129:5 129:9 130:18 130:21 131:5 131:12 133:8 133:10 133:14 135:2 135:9 136:4 137:7 138:1 138:1 138:20 138:25 139:9 140:7 140:18 141:1 141:10 142:1 142:1 142:23 143:5 143:19 144:14 145:12 145:19 147:14 147:20 147:23 148:1 148:15 148:16 150:9 150:11 150:25 151:9 151:24 152:12 152:17 152:25 153:5 154:14 154:22 155:16 155:22 156:5 156:7

**forced**(1) 110:2
**forces**(1) 58:13
**foregoing**(1) 157:15
**foremost**(1) 135:10
**foreseeable**(1) 46:11
**forgive**(2) 108:17 148:5
**form**(2) 94:12 134:10
**formally**(2) 8:12 12:11
**formation**(1) 143:3

**former**(23) 20:25 28:11 28:21 28:25 37:8 54:22 54:24 55:24 61:20 63:3 88:3 92:4 126:8 126:17 129:4 129:8 139:1 139:17 140:11 140:25 141:8 142:13 145:23

**forth**(3) 13:23 109:6 119:23
**forum**(3) 113:14 120:11 120:23
**forward**(10) 5:17 61:6 62:16 63:1 63:18 121:7 121:19 139:24 152:2 152:10

**foulds**(7) 2:48 6:21 6:21 6:24 7:8 7:11
**found**(1) 51:15
**four**(1) 10:16
**fourth**(1) 31:4
**frankly**(10) 53:7 77:8 85:17 85:20 97:17 114:1 116:21 119:14 120:4 147:3

**fred**(1) 4:22
**frequent**(1) 62:3
**friday**(2) 5:1 155:18
**friedlander**(4) 1:32 2:47 5:7 6:22
**from**(140) 6:9 6:21 6:25 7:22 10:16 11:16 12:12 13:15 15:5 17:3 17:15 18:9 18:11 19:15 19:24 20:3 20:17 22:12 22:19 23:13 25:25 28:9 28:13 30:10 31:6 34:16 35:9 35:11 35:17 36:9 36:14 37:12 40:2 40:18 40:19 40:24 43:18 45:8 46:6 46:13 49:15 49:15 49:18 51:16 52:2 52:22 53:13 53:15 53:21 57:3 59:12 60:8 61:23 63:24 67:8 67:9 67:13 67:13 68:15 71:8 73:18 73:20 74:3 75:5 75:25 77:7 77:15 80:1 80:7 80:10 81:1 81:2 81:4 83:6 83:13 85:17 86:9 87:22 88:2 89:7 91:14 91:24 92:2 94:2 96:9 96:15 97:6 97:9 98:1 99:1 99:1 99:8 99:19 101:2 103:20 104:17 104:23 105:4 105:10 105:15 107:22 107:24 108:9 109:9 109:11 109:21 111:9 111:17 117:14 117:18 118:19 119:13 119:25 120:16 122:19 123:17 125:12 125:15 127:6 129:12 129:13 130:4 131:20 132:8 133:4 136:16 136:18 136:19 138:22 140:7 140:18 143:1 144:9 149:3 149:19 152:25 153:1 153:1 156:13 157:16

**front**(5) 16:10 92:11 98:3 99:20 101:4
**frustrate**(1) 68:17
**full**(9) 30:6 38:21 39:11 49:14 61:10 117:3 132:8 142:25 148:19

**fully**(2) 44:2 139:2
**fun**(1) 128:18
**funeling**(1) 84:19
**further**(8) 52:17 69:16 115:16 130:14 132:22 132:22 132:25 155:15

**furtherance**(3) 69:17 69:19 69:25
**future**(13) 24:21 24:21 41:2 44:25 72:6 72:7 88:10 109:2 120:24 134:16 135:16 135:18 136:2

**gallagher**(1) 4:9
**games**(1) 29:21
**ganwani**(1) 63:17
**gaps**(1) 83:8
**gathered**(3) 30:7 30:12 82:13
**gathering**(1) 30:12
**gave**(1) 121:6
**geared**(1) 111:14
**general**(2) 38:7 127:20
**generally**(2) 18:15 67:16
**generating**(1) 123:8
**generic**(1) 54:2
**gentlemen**(1) 7:2

**get**(58) 17:6 17:10 18:11 19:24 20:12 20:17 22:14 22:24 24:1 29:20 35:9 35:23 38:1 41:2 42:12 53:9 53:12 71:8 73:6 75:18 77:10 77:23 80:9 80:25 81:1 81:5 81:24 83:12 84:2 84:14 86:9 89:12 92:1 92:2 92:20 94:14 95:6 95:7 98:3 104:23 105:1 106:7 116:24 117:13 117:18 117:21 123:2 123:14 124:5 130:1 134:10 136:17 147:19 148:23 152:22 153:3 153:17 157:6

**gets**(3) 18:21 59:24 107:12
**getting**(5) 80:7 91:9 106:9 107:22 117:8
**gilstrap**(1) 155:7
**ginger**(1) 1:40
**give**(24) 9:13 16:6 19:19 20:12 33:17 33:20 35:18 41:17 42:25 62:5 62:9 63:19 76:18 79:13 84:4 124:2 125:11 125:13 125:14 127:1 127:2 127:7 127:10 148:18
**given**(12) 19:12 31:10 36:4 55:7 59:5 75:6 111:3 112:12 115:8 132:1 136:3 152:13

**giving**(2) 19:9 27:19
**glad**(2) 118:10 134:17
**glenn**(5) 39:25 42:18 105:1 105:18 106:24
**glenn's**(1) 40:6
**global**(2) 25:14 34:11
**goal**(2) 76:4 157:1
**goes**(5) 31:11 32:17 78:14 101:8 101:10
**going**(95) 5:17 8:19 16:14 17:5 17:6 17:23 18:1 44:24 45:17 48:2 48:7 48:8 49:24 52:24 53:1 61:6 70:25 71:1 71:22 73:9 73:16 77:18 77:19 77:21 78:7 78:18 84:4 85:21 85:22 85:25 86:10 87:6 87:7 87:8 88:20 88:21 92:8 92:13 94:20 95:9 95:11 96:10 96:17 97:6 97:8 98:11 99:23 99:24 99:24 100:5 103:24 104:25 106:14 107:5 107:11 107:22 111:6 113:8 113:10 115:3 117:14 121:2 121:10 121:12 121:13 122:23 123:21 124:20 126:20 130:17 130:21 131:20 132:12 135:13 135:21 136:17 137:18 140:1 140:24 141:10 142:18 143:1 143:25 144:17 146:10 146:17 147:20 148:1 149:9 152:16 152:21 153:13 153:17 155:4 156:7

**gold**(1) 126:1
**gone**(5) 45:19 85:25 88:4 107:24 119:23
**good**(32) 5:3 5:4 5:6 6:1 6:2 6:3 6:7 6:10 6:11 7:3 7:18 7:19 8:1 8:13 10:6 10:7 14:14 14:15 15:25 32:12 43:15 43:17 72:15 90:12 102:21 108:15 108:16 112:17 118:13 133:5 147:15 157:8

**goodness**(2) 11:23 133:2
**google**(24) 2:35 6:24 13:4 20:3 28:10 28:16 35:8 50:3 74:4 74:9 76:1 76:19 77:21 93:25 101:7 101:11 102:22 105:7 109:4 109:6 124:15 129:17 147:13 148:16

**google's**(4) 120:13 122:3 152:20 152:21
**gorris**(2) 2:47 6:22
**got**(17) 17:11 26:22 28:11 28:11 28:22 90:20 106:8 107:10 107:14 114:13 118:10 118:16 128:15 136:4 142:12 149:19 154:8

**gotten**(3) 22:19 94:12 103:9
**gottlieb**(1) 3:45
**govern**(1) 55:2
**governing**(1) 49:5
**grant**(4) 39:20 39:21 63:24 69:3
**granted**(5) 7:12 7:23 110:11 110:12 110:23
**granting**(1) 68:14
**grapple**(1) 61:8
**great**(6) 24:13 96:15 134:19 147:6 150:11 155:13

**grind**(1) 140:14
**gritty**(1) 108:7
**gross**(1) 1:19

**grounds**(1) 87:13
**group**(2) 44:17 129:18
**groupings**(1) 122:12
**grow**(1) 135:13
**growing**(1) 135:11
**guess**(9) 9:14 12:19 12:22 15:15 17:13 36:7 98:6 144:21 145:7

**guidance**(5) 61:2 94:24 149:12 153:16 153:23

**guide**(2) 44:9 135:18
**guided**(1) 38:6
**gump**(3) 2:29 4:19 43:18
**guy**(1) 126:25
**guzior**(50) 3:8 6:5 14:10 14:12 14:12 14:15 14:19 15:1 17:13 44:5 44:6 44:6 44:8 44:13 44:15 44:20 48:18 62:7 62:8 62:11 64:4 64:7 64:18 65:13 65:19 66:20 66:23 70:13 70:17 71:15 72:14 73:1 73:14 132:24 132:25 146:14 146:15 146:17 146:23 147:6 148:3 149:3 149:5 149:8 153:8 153:11 154:15 154:24 155:1 155:9

**hac**(3) 5:14 7:8 7:23
**had**(51) 10:19 11:3 15:4 16:2 18:22 24:19 25:14 27:20 29:1 31:4 32:20 33:4 34:14 40:1 44:23 46:16 46:19 47:24 62:16 67:1 68:20 68:21 76:19 78:11 80:15 80:19 80:20 97:18 99:19 100:17 103:18 104:3 104:21 111:20 113:19 123:16 128:3 128:5 128:14 134:14 136:12 141:6 142:25 144:22 147:3 151:16 151:20 151:21 151:22 151:23 155:24

**hadn't**(1) 93:3
**half**(1) 146:21
**halt**(1) 140:14
**hamilton**(1) 3:45
**hand**(11) 36:16 58:25 59:1 65:4 65:6 69:9 73:8 92:2 106:5 110:2 110:19

**handed**(3) 110:1 122:13 144:24
**handing**(1) 15:18
**handle**(2) 16:14 19:24
**handling**(1) 131:16
**hands**(1) 40:20
**hanging**(1) 126:4
**hanrahan**(1) 4:10
**happen**(8) 71:22 95:24 116:15 123:21 123:25 136:4 143:13 149:9

**happened**(4) 38:19 106:15 107:8 151:17
**happening**(2) 68:22 120:2
**happens**(4) 71:13 85:19 86:8 107:5
**happily**(1) 104:19
**happy**(7) 59:13 64:7 72:22 80:2 101:23 118:13 144:12

**hard**(8) 30:23 31:24 41:17 41:17 82:20 107:22 111:22 125:21

**hardcopy**(1) 52:8
**harrisburg**(1) 1:44

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**has(101)** 7:23 10:15 10:15 10:18 13:4 16:25 17:9 17:17 20:2 22:8 24:7 29:19 31:4 33:11 36:19 37:9 37:9 37:23 38:10 40:24 41:7 45:19 45:22 46:23 47:18 49:1 49:8 49:18 49:23 50:13 51:17 52:5 52:10 52:20 53:7 53:15 54:6 56:2 57:23 58:1 58:10 58:20 58:25 59:2 59:4 59:5 59:6 60:6 60:10 60:12 60:16 61:5 61:21 69:20 70:17 72:16 74:15 76:19 77:1 77:17 78:10 78:16 78:25 79:24 81:5 82:2 82:11 82:22 88:9 89:1 89:4 90:25 91:10 91:13 91:15 91:22 94:16 95:24 97:24 101:3 101:3 101:6 105:11 107:9 108:25 109:6 110:6 111:10 114:2 115:19 116:4 117:10 129:18 134:24 142:1 143:23 145:3 148:9 149:13 152:4 152:17

**hasn't(1)** 100:25
**hasn't(1)** 24:17
**hate(1)** 71:25
**hauer(2)** 2:29 4:19
**haupt(3)** 31:6 6:9 6:10
**have(301)** 5:8 5:14 5:17 6:7 6:12 6:23 7:5 7:8 8:1 8:9 9:3 9:12 9:15 10:8 11:16 13:18 14:14 16:15 16:20 17:2 17:3 17:4 17:8 17:13 17:24 19:11 19:11 19:12 19:23 20:7 22:10 22:16 23:10 23:23 23:25 24:3 24:15 24:18 27:7 27:8 27:25 27:25 28:23 29:13 29:22 29:23 30:1 30:8 30:8 30:9 30:20 30:23 31:3 31:17 31:25 32:8 32:13 32:18 32:21 32:22 32:25 33:1 33:2 33:5 33:9 33:10 33:14 33:15 33:19 34:2 34:19 35:1 35:5 35:10 35:12 36:3 36:22 36:22 38:12 39:2 39:18 39:22 40:17 41:8 41:12 41:22 41:23 43:16 43:25 44:11 45:4 47:14 47:17 47:18 48:5 48:6 48:15 48:18 48:19 48:24 49:6 49:14 49:17 49:19 50:24 51:2 51:3 51:4 51:6 51:7 51:12 51:15 51:20 52:3 52:7 52:12 52:15 52:20 52:22 53:5 53:7 54:3 54:9 54:17 55:5 55:6 55:11 56:20 57:11 59:13 59:14 60:3 60:11 60:21 61:7 61:8 61:25 62:6 63:9 63:16 64:18 65:6 65:20 67:15 68:5 68:24 69:8 70:20 71:18 72:2 72:8 72:21 72:22 74:10 74:13 74:14 74:15 74:16 74:25 75:7 75:8 75:14 75:15 75:18 76:3 76:24 78:14 80:3 80:10 80:13 80:13 80:14 80:15 80:19 81:2 81:2 81:3 81:12 81:14 81:17 81:22 83:11 83:20 84:3 84:16 85:21 85:22 86:21 86:22 87:7 87:9 88:4 88:15 88:16 88:21 91:3 91:12 93:2 93:5 94:1 94:3 95:20 95:22 96:13 97:8 97:13 98:7 98:13 98:22 98:25 99:1 99:14 100:13 101:12 101:18 101:20 102:5 102:10 102:14 102:15 103:25 104:5 105:2 105:20 106:4 107:21 107:24 108:2 109:20 110:23 111:22 112:17 113:8 113:13 113:15 113:18 113:25 114:11 115:6 115:7 115:16 116:9 116:17 116:21 116:25 117:3 117:13 117:15 117:20 117:21 117:22 118:25 119:14 119:22 120:22 120:25 121:19 121:20 122:2 122:6 123:4 123:7 123:19 124:3 124:3 124:9 124:14 124:15 124:15 124:19 124:21 124:25 125:4 125:7 125:7 125:11 125:14 125:18 125:20 126:3 127:15 127:23 128:6 128:23 129:20 129:21 131:9 131:9 132:25 133:22 134:23 134:23 134:25 135:12 135:14 135:22 136:15 136:16 137:9 137:13 137:14

**have(28)** 137:16 137:17 137:20 137:20 138:2 138:5 138:11 138:15 140:15 140:18 142:17 143:10 143:21 144:5 144:23 146:11 146:15 147:20 147:22 149:2 149:10 149:15 151:23 153:12 154:6 154:8 155:17 155:25

**haven't(10)** 84:7 91:17 94:12 109:3 112:4 113:19 115:21 139:2 142:18 148:20

**haven't(5)** 7:14 17:14 20:8 24:2 52:23

**having(15)** 18:4 28:6 41:14 71:3 71:24 72:1 72:6 73:3 75:5 87:24 94:22 135:23 136:6 142:5 152:25

**he's(3)** 92:11 129:25 142:12
**head(3)** 91:6 116:3 126:5
**hear(7)** 20:17 53:6 62:8 73:18 79:23 96:15 112:25

**heard(21)** 61:25 73:23 82:18 82:19 82:19 82:22 84:23 88:11 89:8 89:17 96:9 97:20 110:14 113:2 115:25 121:5 122:16 134:16 135:5 143:21 151:21

**hearing(15)** 5:25 80:19 80:21 97:6 97:18 106:3 117:3 118:8 118:23 145:5 153:7 155:3 156:3 156:17 157:11

**heart(1)** 59:25
**heated(1)** 132:3
**heavily(2)** 105:19 106:17
**held(5)** 37:7 46:4 62:12 62:19 64:12
**help(8)** 36:25 44:9 63:21 75:4 136:7 153:25 154:25 154:25

**helpful(11)** 19:4 48:16 73:16 95:1 102:17 121:3 124:17 131:9 149:1 153:23 155:1

**helps(1)** 114:4
**herbert(1)** 4:14
**here(72)** 6:3 6:7 6:23 7:5 8:1 8:21 9:15 10:11 14:14 14:15 17:20 19:7 22:21 24:17 24:20 24:20 27:25 34:18 35:19 37:20 37:25 40:6 40:8 40:12 43:22 43:25 52:9 53:6 54:20 55:19 62:6 62:9 64:5 71:17 72:2 74:10 82:7 84:22 85:4 85:18 85:19 86:6 86:20 91:9 96:7 100:25 103:9 104:12 105:7 107:8 109:14 110:25 112:15 112:18 116:8 116:15 116:22 117:8 118:21 121:13 129:2 129:4 133:7 135:9 137:14 137:22 139:5 150:14 151:9 152:14 153:14 156:5

**here's(1)** 58:6
**hesitation(1)** 137:18
**he's(1)** 8:21
**high(2)** 32:13 84:2
**high-priority(1)** 60:10
**higher(1)** 86:20
**highest(1)** 102:9
**highlight(1)** 98:12
**highly(6)** 58:21 60:7 77:5 81:6 82:5
**him(3)** 16:18 63:6 129:5
**hired(1)** 25:14
**his(13)** 8:11 11:21 44:22 47:17 66:10 106:9 109:12 109:15 109:16 129:5 133:13 133:17 152:23

**history(1)** 46:6
**hit(14)** 84:7 84:8 87:8 96:14 96:19 97:9 123:8 124:5 130:16 146:24 147:12 147:16 147:20 147:23

**hits(14)** 19:14 52:17 84:2 84:15 84:16 85:22 85:23 96:22 97:7 97:9 99:21 113:22 123:18 136:18

**hitting(1)** 23:14
**hoc(1)** 112:19
**hodara(1)** 4:22
**hold(7)** 22:13 25:3 62:18 67:5 91:10 132:13 132:15

**holding(4)** 42:19 60:22 113:17 153:1
**holds(1)** 29:5
**holistic(1)** 108:8

**honor(288)** 5:6 6:2 6:8 6:10 6:12 6:19 6:21 7:3 7:6 7:7 7:8 7:16 7:18 7:23 8:2 8:5 8:8 9:1 9:3 9:7 9:9 10:6 11:11 11:25 12:22 13:10 14:8 14:10 15:3 15:6 15:17 15:23 16:13 16:24 18:7 20:7 20:18 21:8 21:20 22:1 24:22 25:20 27:9 33:10 33:16 35:14 42:25 43:12 43:17 44:6 44:8 44:13 44:15 44:20 45:3 45:6 45:9 45:13 45:18 45:22 46:2 46:6 46:13 46:20 46:23 47:1 47:5 47:8 47:10 47:14 47:18 47:19 47:21 47:23 48:7 48:12 48:18 48:22 48:25 49:1 49:12 49:16 49:19 49:23 50:2 50:8 50:10 50:16 50:21 50:25 51:13 51:17 51:20 51:23 51:23 52:2 52:4 52:10 52:12 52:19 52:21 53:4 53:11 53:21 53:25 54:2 54:4 54:9 54:10 54:13 54:19 55:1 55:3 55:9 55:9 55:10 55:12 55:17 55:23 55:25 56:4 56:7 56:17 56:21 56:23 57:4 57:8 57:13 57:15 57:21 58:3 58:16 58:24 59:5 59:7 59:10 59:18 59:19 59:23 60:6 60:9 60:13 60:21 61:1 61:6 61:11 61:17 61:25 62:1 62:4 62:5 62:9 62:15 62:23 63:2 63:4 63:7 63:14 63:16 63:20 63:21 63:23 64:4 64:15 64:19 64:23 65:2 65:9 65:13 65:19 65:22 66:3 66:6 66:8 66:12 66:15 66:25 67:6 67:18 67:22 68:4 68:8 68:12 68:18 68:22 68:24 69:4 69:8 69:10 69:18 70:2 70:13 70:14 70:23 71:3 72:14 72:20 72:22 73:5 73:7 73:9 73:14 73:24 74:4 74:13 77:8 80:10 80:23 86:7 86:20 87:16 89:10 89:20 90:15 91:23 93:14 97:19 98:3 98:19 101:25 102:6 102:14 102:21 108:4 108:11 108:15 109:18 109:20 111:20 112:2 112:11 112:16 112:24 113:18 113:22 116:12 116:21 117:24 118:13 118:16 126:13 131:4 131:8 131:17 132:23 133:1 133:5 134:2 134:19 138:7 139:7 140:16 140:21 141:15 142:10 144:11 144:21 145:11 145:18 146:3 146:8 146:15 147:6 147:9 148:3 148:8 148:11 149:5 149:11 150:6 150:15 151:8 152:12 152:22 153:8 153:16 153:19 154:1 154:24 155:7 155:9 155:21 156:1 156:9 156:16 157:4 157:7

**honor's(12)** 75:3 75:8 75:17 89:14 101:13 109:8 133:22 134:12 134:14 140:22 154:5 154:20

**honorable(1)** 1:19
**honor's(1)** 7:12
**hoover(7)** 1:34 5:6 5:7 5:11 5:16 5:17
**hope(3)** 8:18 104:10 144:17
**hopeful(1)** 17:17
**hopefully(4)** 23:15 107:11 107:12 155:19
**hoping(1)** 131:24
**horizon(2)** 43:3 68:21
**horribles(2)** 85:16 130:11
**host(1)** 86:3
**hour(1)** 6:15
**hours(4)** 65:20 73:17 106:18 148:21
**house(2)** 47:24 48:3
**housekeeping(1)** 16:14
**how(49)** 8:9 12:19 19:14 19:17 19:24 21:15 27:10 31:11 31:24 32:17 33:15 33:25 35:15 40:6 41:18 45:15 45:23 46:1 48:7 48:8 49:10 69:24 77:21 77:21 79:4 79:4 79:7 85:2 91:18 93:21 94:25 95:3 96:10 97:20 98:2 98:14 102:9 121:7 123:18 129:18 129:18 132:9 132:11 136:2 136:3 139:15 146:20 155:15 155:15

**however(3)** 64:8 64:22 69:3
**however'(1)** 125:3
**hubbard(2)** 3:28 133:10
**huge(3)** 22:21 92:10 97:7
**hughes(2)** 3:28 133:10
**hundreds(6)** 34:5 34:25 35:3 47:6 96:11 96:17

**i'd(9)** 74:4 75:23 89:5 89:21 90:24 96:19 98:18 98:21 102:15

**i'll(5)** 81:24 105:18 128:21 132:13 144:2
**i'm(56)** 80:2 85:16 95:7 96:15 97:8 100:8 101:18 101:23 102:1 103:24 105:1 106:14 111:6 112:25 113:2 117:3 118:10 118:13 118:23 119:10 119:21 120:5 121:12 121:13 121:16 121:16 121:18 126:21 127:6 128:4 131:19 132:3 134:17 135:21 136:9 137:2 138:4 138:25 141:22 142:18 143:20 143:25 144:3 144:4 144:6 146:17 147:17 147:20 149:17 149:25 151:11 152:20 154:13 155:21 155:21 156:13

**i've(10)** 78:9 85:14 95:2 107:14 110:18 113:2 117:1 118:16 119:22 154:8

**icons(1)** 77:18
**idea(14)** 8:13 18:22 44:21 53:12 53:20 54:9 64:18 65:14 72:15 92:16 93:25 95:15 98:7 119:18

**ideas(1)** 74:6
**identification(1)** 149:20
**identified(14)** 9:24 12:8 15:1 45:20 49:6 49:18 56:23 61:21 76:10 80:5 82:23 94:17 102:10 148:9

**identifies(1)** 66:11
**identify(5)** 22:2 51:12 59:15 87:1 95:17
**identifying(1)** 76:6
**identities(1)** 34:6
**imagine(3)** 34:23 71:8 78:6
**immediate(2)** 56:15 60:6
**immediately(1)** 56:25
**impact(2)** 78:6 89:2
**imperative(1)** 22:6
**importance(3)** 85:13 90:16 132:7
**important(15)** 23:22 46:14 58:5 66:16 72:15 82:1 82:3 85:9 87:12 93:7 98:25 100:23 108:7 116:1 119:12

**impose(3)** 19:20 23:21 59:3
**imposed(2)** 111:1 133:25
**imposes(1)** 88:25
**impression(2)** 80:24 123:16
**in-house(3)** 25:13 62:14 86:18
**inadequate(1)** 101:22
**inadvertent(2)** 57:25 58:2
**inadvertently(6)** 56:10 56:12 56:16 56:18 56:24 101:20

**inappropriately(1)** 67:10
**inbound(1)** 103:12
**inc(7)** 3:45 4:29 10:12 10:24 59:8 59:12 59:20

**incentive(1)** 131:7
**incentivizes(1)** 23:16
**inclined(1)** 69:11
**include(5)** 26:19 26:20 114:14 139:18 145:25

**included(2)** 25:8 106:4
**includes(4)** 29:9 54:24 90:5 114:6
**including(9)** 26:8 28:4 29:8 41:18 45:20 54:4 61:20 72:1 136:6

**inconsistency(1)** 65:14
**inconsistent(7)** 60:23 65:3 65:9 117:4 119:13 120:25 130:22

**inconvenient(1)** 63:14
**incorporate(1)** 147:5
**incorrect(1)** 47:20
**incorrectly(2)** 22:14 131:20
**incumbent(1)** 143:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**incur**(7) 50:13 51:25 60:19 64:1 69:22 71:1 123:8

**incurred**(1) 10:24 142:20
**incurring**(2) 49:2 49:9
**incurs**(1) 10:14
**indeed**(1) 45:19
**independent**(2) 33:11 33:12
**index**(1) 32:12
**indicated**(4) 29:12 64:3 83:3 146:10
**indicating**(1) 22:12
**individuals**(3) 49:16 61:21 79:16
**inevitable**(1) 46:11
**informal**(1) 38:5
**information**(57) 10:18 18:16 18:18 22:14 27:4 29:1 29:2 29:4 29:6 29:8 29:16 32:23 33:5 33:23 34:8 52:9 52:10 53:13 54:14 56:11 56:14 58:1 58:9 60:18 65:1 65:2 65:23 75:8 76:7 76:11 77:14 78:15 82:3 84:5 84:15 87:10 87:23 87:25 88:24 90:7 91:3 91:14 91:25 92:1 94:1 94:6 94:15 95:23 102:12 114:15 114:19 115:5 115:7 115:18 140:16 148:1 154:23

**informed**(1) 141:2
**infringement**(6) 45:11 52:11 76:2 76:21 82:8 100:20

**infringing**(1) 25:10
**inherited**(3) 22:9 35:25 38:25
**initial**(4) 61:22 76:9 77:11 151:23
**initially**(1) 50:23
**injunction**(12) 23:3 42:16 42:16 63:24 64:3 64:9 64:10 64:15 64:21 68:10 73:11 87:21

**injunctive**(2) 67:16 68:14
**inna**(1) 3:46
**inquiries**(1) 16:18
**inquiring**(1) 54:5
**insists**(1) 49:1
**inspect**(1) 52:21
**inspection**(1) 52:23
**instance**(3) 18:14 32:12 123:17
**instances**(1) 28:5
**instead**(7) 23:14 38:4 67:14 87:18 106:21 143:4 143:6

**institutions**(1) 87:5
**instructive**(3) 42:2 93:21 96:22
**integrated**(1) 103:23
**intellectual**(2) 72:10 137:2
**intended**(6) 77:13 94:2 135:25 136:1 147:3 150:12

**intent**(3) 16:4 16:7 101:14
**intentions**(1) 137:21
**interactions**(3) 94:20 95:8 100:10
**interest**(9) 10:20 27:2 48:12 50:18 55:9 91:20 99:16 101:12 142:12

**interested**(11) 4:25 19:23 74:9 75:1 85:6 116:7 116:16 141:25 153:21 154:6 154:10

**interesting**(2) 28:17 89:11
**interfering**(1) 113:17
**interim**(1) 132:13
**interpose**(1) 151:9
**interpretation**(1) 66:7
**interpreted**(1) 135:22
**interpreting**(1) 67:20
**interviewing**(1) 98:4
**into**(25) 9:5 13:5 13:19 14:20 18:11 24:1 28:20 30:7 51:19 63:18 68:19 77:2 77:3 78:22 79:11 85:2 89:12 90:17 91:22 112:4 118:2 121:10 122:11 135:4 147:5

**introductions**(1) 5:24
**invalid**(1) 77:5
**invalidity**(3) 77:4 79:21 100:21

**inventions**(1) 76:23
**inventor**(3) 16:7 63:17 145:12
**inventors**(10) 16:2 51:2 51:8 54:16 63:8 63:12 126:14 141:9 141:11 145:1

**investigation**(1) 68:22
**invited**(2) 113:7 113:13
**involve**(1) 21:9
**involved**(11) 61:24 75:5 78:9 78:10 91:12 92:3 92:18 99:11 100:14 101:3 116:8

**involvement**(2) 94:19 100:3
**involves**(5) 50:21 54:8 74:19 74:21 74:23
**involving**(2) 41:8 132:4
**irell**(1) 3:36

**iron**(9) 31:18 31:25 32:2 32:12 34:21 52:7 52:19 82:19 83:25

**ironic**(2) 19:19 92:1
**irwin**(15) 2:6 7:22 8:2 15:3 15:3 15:13 15:15 108:14 108:15 108:18 108:21 111:23 111:24 112:1 112:10

**irwin's**(1) 7:23
**isn't**(4) 107:23 107:25 119:1 125:7
**isn't**(2) 57:19 61:4
**issue**(40) 24:3 27:2 30:16 39:21 59:10 59:23 68:9 70:16 76:25 78:2 81:5 84:22 84:23 87:5 88:7 91:1 93:6 95:12 97:11 97:19 98:24 104:12 110:5 110:10 110:21 111:20 113:1 114:22 119:16 119:17 131:12 135:17 138:17 139:2 139:6 144:2 146:10 150:15 152:17 155:4

**issued**(4) 117:4 135:23 138:10 157:6
**issues**(43) 17:12 17:14 19:2 35:24 50:23 55:15 61:2 72:8 74:10 75:4 75:7 75:16 76:12 76:21 76:25 77:2 79:25 81:7 84:21 85:11 85:19 85:24 92:13 92:13 92:22 100:12 100:21 101:4 101:15 102:14 102:15 102:16 103:2 112:4 113:19 114:24 116:9 120:4 120:5 134:23 135:20 139:14 152:13

**issuing**(1) 38:4
**it's**(80) 77:2 78:16 78:18 79:17 81:21 82:1 82:23 83:7 83:13 84:11 84:11 85:1 87:3 87:14 89:25 90:9 90:9 90:15 93:6 95:9 95:20 96:10 96:21 99:10 99:18 100:13 102:6 105:15 107:8 110:24 112:21 112:22 112:22 114:24 115:15 115:20 116:24 117:16 118:2 119:8 119:12 119:13 119:16 119:17 121:8 121:8 121:14 121:24 122:2 122:24 123:3 123:23 123:24 124:18 125:10 126:19 127:1 127:17 129:1 130:12 130:17 130:25 133:7 133:23 135:13 136:1 138:10 140:7 140:22 145:13 145:21 147:25 150:10 150:11 150:24 154:7 155:1 155:6 155:7

**item**(1) 41:5
**items**(4) 31:20 31:22 31:23 32:4
**iterative**(1) 20:11
**its**(38) 26:25 27:2 28:4 37:2 37:21 41:4 50:7 54:22 55:15 56:13 57:22 57:22 58:1 62:14 64:1 66:17 68:19 68:20 69:13 69:20 69:21 79:4 79:5 88:2 88:3 89:12 89:13 93:15 93:16 97:12 97:19 97:20 104:22 104:24 106:4 111:6 116:5 116:13

**itself**(7) 42:23 50:20 68:13 88:2 95:15 101:1 127:11

**it's**(43) 5:4 6:2 7:4 14:15 16:15 17:9 17:16 19:15 20:3 22:5 28:8 31:8 31:14 31:14 32:5 34:7 35:20 36:5 37:2 40:12 41:23 43:15 44:1 46:15 46:17 46:18 46:20 47:23 48:14 50:11 51:13 51:22 53:3 53:17 54:11 55:9 58:5 60:13 63:7 65:10 70:7 72:15 72:17

**i'd**(2) 24:13 44:20
**i'll**(14) 5:21 10:3 12:19 18:11 19:5 21:19 22:15 38:6 41:20 43:1 47:21 70:14 72:4 73:18

**i'm**(22) 8:12 16:14 17:5 17:6 17:19 18:6 24:14 36:2 44:15 47:21 48:2 49:24 52:24 52:25 62:7 62:8 64:7 64:9 72:4 72:5 72:10 73:7

**i've**(10) 16:25 40:4 41:4 42:8 42:25 52:25 55:9 56:22 57:15 58:4

**jaime**(1) 3:22
**january**(5) 61:9 75:11 75:13 150:11 152:6
**jennifer**(2) 1:34 5:6
**john**(1) 4:15
**johnson**(8) 2:30 43:13 43:15 43:17 43:18 43:20 44:3 44:4

**joint**(4) 4:13 49:3 49:7 108:24
**jointly**(1) 1:6
**jonas**(4) 3:9 6:5 139:11 145:18
**judge**(24) 1:19 1:20 37:12 39:25 40:5 42:1 42:4 42:18 71:8 75:19 103:24 105:1 105:18 106:24 108:22 108:24 109:9 109:10 109:14 109:15 109:16 141:12 155:5 155:9

**judges**(3) 119:13 142:13 155:11
**judicial**(4) 12:7 12:14 15:6 103:22
**july**(3) 57:15 60:9 60:11
**jump**(1) 143:20
**juncture**(1) 24:6
**june**(1) 47:2
**junior**(1) 146:18
**jurisdiction**(8) 72:2 72:6 72:24 109:20 110:14 110:16 110:17 137:15

**jurisdictions**(3) 71:21 71:22 119:14
**jury**(1) 78:6
**just**(103) 8:14 10:8 13:12 13:19 13:21 16:13 16:19 17:23 19:14 19:19 20:2 20:12 21:2 26:21 30:25 33:24 34:5 34:18 34:16 40:5 41:20 43:1 43:21 45:9 45:14 50:1 51:23 53:8 53:14 54:8 55:3 59:11 60:13 61:4 65:24 67:21 68:4 71:7 71:19 72:5 75:8 76:20 78:14 82:10 82:22 82:23 83:14 84:3 86:7 86:21 87:3 88:18 90:15 92:20 92:24 93:24 94:9 94:21 95:10 96:16 96:23 96:24 97:7 101:5 102:11 102:23 103:11 104:17 108:1 108:25 112:3 113:1 116:8 117:24 120:21 121:8 122:24 123:10 124:11 125:10 126:1 126:14 130:6 131:5 132:12 133:11 133:20 134:12 136:24 138:18 138:20 139:15 140:23 141:12 144:2 146:11 146:15 147:8 149:19 152:3 153:11 153:17 155:7

**justice**(1) 133:24
**justification**(1) 111:9
**keep**(3) 79:9 91:18 100:24
**keeps**(2) 86:15 94:10
**kenoyer**(2) 37:11 66:14
**kent**(1) 4:30
**kept**(2) 29:6 62:20
**kevin**(1) 1:19
**key**(3) 59:10 81:7 85:12
**kind**(14) 20:16 37:19 38:15 78:7 78:14 78:21 87:22 87:23 90:19 95:8 103:9 126:9 126:20 138:25

**kinds**(1) 91:13
**king**(4) 2:16 2:25 3:17 3:24
**knew**(2) 105:13 107:3

**know**(120) 7:11 8:15 11:8 11:12 14:15 17:21 18:17 19:10 19:19 20:20 21:7 24:7 24:19 25:24 27:13 35:16 41:16 45:4 47:5 48:2 51:1 53:2 53:21 59:24 62:21 63:20 64:8 64:22 66:18 70:22 72:15 72:16 73:10 73:17 76:24 77:21 78:1 79:25 80:10 80:11 80:12 81:11 83:19 83:22 86:4 86:25 88:8 88:15 88:17 90:24 91:1 91:2 91:13 91:16 93:3 93:3 93:7 94:10 94:19 96:18 97:3 97:11 97:13 97:18 97:23 98:21 98:23 99:8 99:25 100:25 101:16 101:17 102:4 102:5 102:8 104:16 104:16 107:24 111:24 112:1 112:4 117:10 118:24 119:12 120:8 120:21 120:21 122:6 122:16 122:19 124:22 126:18 126:20 134:20 134:22 135:23 136:24 137:1 137:9 137:10 138:3 140:16 142:20 143:1 143:22 144:4 144:12 149:2 150:1 150:10 151:25 152:9 152:16 152:21 152:24 153:16 153:21 155:17 156:4 156:12

**knowledge**(2) 10:19 51:5
**known**(2) 130:25 143:13
**knows**(10) 20:7 25:20 31:24 33:10 35:15 45:6 45:9 46:20 71:21 96:19

**l.p**(2) 112:13 112:15
**laches**(1) 52:12
**landscape**(2) 78:19 79:18
**language**(2) 90:5 125:1
**laptops**(2) 31:23 92:4
**large**(6) 22:17 22:19 45:7 96:23 130:2 135:12

**largely**(2) 31:6 66:6
**last**(9) 10:16 11:3 31:16 41:5 74:5 79:1 104:2 108:25 148:20

**later**(5) 18:12 19:5 27:15 56:13 154:10
**laughter**(16) 15:22 71:11 75:21 107:17 111:25 118:9 121:22 128:25 132:5 133:3 136:10 136:13 137:6 142:16 151:13 155:14

**law**(5) 34:11 40:25 72:10 90:6 137:1
**lawsuit**(2) 28:18 143:11
**lawsuits**(6) 24:21 41:10 44:23 44:25 105:2 143:8

**lawyer**(2) 39:7 119:22
**lawyers**(1) 25:13
**layton**(1) 2:22
**lazard**(2) 25:14 34:11
**lead**(2) 62:3 99:12
**learn**(1) 33:15
**learned**(2) 78:8 115:5
**least**(13) 21:3 25:2 58:10 61:21 80:19 93:2 101:14 105:23 114:12 123:16 135:19 138:12 146:2

**leave**(6) 6:13 6:15 21:21 39:21 87:24
**led**(2) 80:13 129:5
**left**(4) 74:4 80:24 107:25 122:6
**legal**(10) 10:13 10:16 11:21 17:21 25:12 40:22 66:4 68:1 70:15 90:6

**legality**(1) 72:3
**legally**(1) 66:4
**legitimate**(1) 143:23
**legitimately**(1) 118:3
**lengthy**(2) 22:20 66:13
**less**(3) 41:23 52:20 110:12
**let**(13) 16:19 19:3 20:17 24:23 29:25 36:10 40:5 71:16 71:19 92:24 118:18 118:19 138:20

**let's**(7) 81:21 81:23 107:8 132:9 147:2 153:3 156:25

**letter**(4) 52:22 104:6 104:7 151:22
**letters**(1) 13:16
**letting**(4) 51:1 73:10 90:21 106:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

let's(8) 9:4 9:5 32:19 55:25 72:11 72:12 73:15 73:17

level(6) 32:13 84:2 97:5 100:1 102:4 102:9

liability(39) 19:6 22:11 22:22 35:19 36:21 38:13 40:15 49:2 49:9 57:24 58:16 60:3 60:20 69:23 71:2 82:6 82:8 89:6 89:11 90:4 90:13 90:14 90:18 91:8 92:21 101:9 101:10 101:15 119:3 119:16 119:17 125:12 125:16 125:19 126:4 131:2 135:10 143:18 143:20

liability."(1) 55:22
liable(4) 22:13 38:20 39:3 91:11
license(2) 33:7 46:19
licensees(2) 20:24 34:4
licensing(5) 50:22 79:6
lies(1) 152:11
life(2) 104:18 137:5
lift(3) 23:20 67:18 73:11
like(55) 5:23 8:16 14:6 15:18 16:20 18:5 24:12 24:13 25:14 34:11 38:13 42:23 44:20 47:23 48:14 50:11 59:11 59:19 64:8 64:14 64:22 71:9 72:22 73:23 74:4 75:23 81:21 83:20 84:6 84:7 84:13 85:15 86:4 86:25 87:3 88:12 89:5 89:21 90:24 96:19 97:10 98:11 98:18 98:21 102:15 108:4 109:18 112:8 115:14 132:1 136:25 137:13 137:17 145:22 148:14

likely(7) 22:15 41:1 41:2 41:3 62:3 77:5 79:19

limbo(2) 149:11 153:18
limit(2) 135:19 135:25
limitation(4) 14:1 14:2 14:22 15:11
limitations(1) 111:1
limited(6) 65:20 114:8 115:8 137:22 138:17 139:4

line(10) 26:8 26:12 31:3 32:24 34:4 88:11 98:10 125:8 125:22 127:24

lines(5) 25:22 33:19 33:20 106:23 152:3
linger(1) 50:1
lingering(2) 53:18 118:12
liquidation(1) 130:10
lisa(1) 3:48
list(15) 50:2 50:6 50:17 51:10 51:13 52:12 52:14 54:23 55:4 66:13 87:4 87:5 120:14 121:6 141:25

listed(1) 56:7
listened(2) 85:14 119:24
listing(1) 5:12
lists(3) 45:13 87:5 153:11
literally(1) 77:16
litigant(3) 130:6 130:7 130:8
litigants(4) 67:8 104:18 124:20 129:12
litigate(1) 110:2
litigated(1) 106:12
litigating(2) 50:18 110:19
litigation(61) 18:10 18:22 27:3 27:6 27:12 28:5 28:7 28:7 29:5 29:5 29:14 30:5 30:16 34:9 34:10 34:12 35:4 35:7 38:2 38:14 42:5 45:10 45:13 45:40 47:3 48:20 49:13 49:15 49:18 50:12 51:16 51:20 58:19 61:7 63:9 68:10 69:8 70:8 70:18 70:19 99:6 99:12 99:14 100:5 100:16 103:13 104:25 105:14 106:3 109:7 110:4 110:7 111:12 111:18 122:19 125:9 126:21 138:14 143:1 154:6 154:19

litigations(21) 18:5 28:8 28:9 45:15 45:17 45:21 47:1 61:8 69:24 69:24 70:5 71:3 76:2 89:1 93:9 100:11 101:2 112:13 116:23 117:5 140:13

little(27) 5:8 6:13 21:18 40:17 44:10 71:6 77:3 77:17 79:12 89:9 89:16 92:1 98:19 101:6 103:9 117:7 121:6 121:12 129:17 137:11 141:16 143:9 147:21 152:12 152:24 153:16 153:22

live(2) 72:12 124:16
lived(1) 27:9
livelink(10) 31:5 31:7 31:12 34:21 52:3 52:13 52:16 82:18 84:10 84:14

llc(3) 2:5 3:14 7:21
llp(8) 1:33 2:36 3:7 3:28 3:36 3:51 4:9 4:19

loan(2) 104:24 106:2
locations(1) 19:24
locked(1) 107:13
log(10) 22:20 87:7 87:9 95:7 97:17 130:2 151:7 151:25 152:23 153:5

logged(1) 116:20
logging(2) 117:15 117:19
logs(4) 117:16 150:9 150:12 151:17
long(7) 27:1 35:14 35:15 41:3 86:24 138:24 152:4

longer(3) 63:6 63:12 154:13
look(30) 23:11 30:21 31:3 31:17 32:8 32:16 32:21 33:2 33:16 45:5 48:14 52:24 54:20 54:25 72:22 79:4 81:12 81:13 88:21 88:22 90:13 92:16 97:23 98:8 99:7 136:15 138:17 143:16 147:3 155:16

looked(1) 40:4
looking(15) 13:18 17:19 18:6 35:1 38:15 79:14 80:24 82:1 85:1 87:16 89:15 94:21 118:25 141:22 152:8

looming(2) 55:19 79:1
lord(1) 31:24
los(2) 2:44 3:39
lot(25) 5:5 5:24 13:13 32:17 35:15 42:6 57:20 78:22 83:18 86:24 88:11 88:15 93:4 95:10 95:14 96:1 97:24 102:1 107:10 107:12 117:17 118:16 122:22 140:14 142:19

lots(4) 104:22 105:2 105:3 106:9
love(1) 136:24
low(4) 41:16 41:21 97:13 98:8
luck(1) 39:17
mace(1) 1:40
made(30) 17:10 17:17 17:18 18:15 22:24 23:1 24:7 25:20 37:15 38:3 47:17 62:23 69:20 73:5 93:3 101:11 101:21 101:22 105:12 108:9 113:4 116:22 118:5 120:10 122:12 124:18 124:23 129:16 129:23 138:22

madison(1) 2:38
magic(1) 125:3
magnetic(2) 31:20 52:6
main(1) 84:21
maintained(3) 31:9 39:2 81:14
maintaining(1) 36:6
maintains(1) 32:13
major(1) 106:13
majority(3) 25:17 40:13 117:10
make(50) 5:23 5:25 8:14 8:16 10:4 11:19 15:25 16:8 18:24 19:3 22:2 23:1 28:1 36:14 36:20 38:4 38:8 39:1 39:5 41:22 45:23 47:24 73:8 84:9 86:22 88:18 88:22 89:7 90:17 92:19 94:3 113:9 115:17 120:3 132:12 133:20 134:13 137:25 137:25 138:15 138:18 139:18 140:18 141:2 142:7 144:1 144:12 145:4 147:2 156:9

makes(8) 21:14 33:25 50:17 95:18 101:12 101:14 108:10 142:6

making(6) 7:13 18:8 57:15 58:12 83:6 125:21

manageable(2) 96:24 97:5
management(8) 4:33 31:5 42:17 68:3 75:2 75:15 88:9 101:13

managing(5) 41:1 71:24 71:25 75:17
mandella(1) 3:36
many(21) 19:14 19:17 19:24 21:9 28:15 31:24 32:11 35:2 41:18 41:18 46:19 47:22 48:1 53:9 61:15 62:13 88:4 98:25 116:9 122:20 123:18

mark(6) 1:26 1:27 5:12 5:13 8:5 9:5
marked(1) 151:2
market(1) 1:11
marshall(1) 155:6
massive(3) 22:2 22:16 106:1
massively(1) 36:17
masters(1) 137:10
match(1) 90:20
matches(1) 55:13
material(12) 24:16 36:14 49:4 50:9 56:19 56:19 56:24 57:7 69:21 71:3 73:3 115:14

materially(1) 70:25
materials(19) 13:15 13:24 14:7 23:11 27:8 36:2 36:18 36:20 40:11 91:5 91:6 105:6 114:3 115:4 116:19 117:14 118:3 118:4 118:6

matter(14) 5:17 6:13 42:17 103:10 109:20 110:14 110:16 110:17 123:3 125:10 134:2 151:23 155:3 157:17

matters(6) 12:14 13:17 17:10 105:23 105:24 134:3

matthew(2) 13:1 15:1
may(44) 6:15 11:17 16:20 17:2 29:17 29:22 31:21 31:21 36:22 41:9 44:8 52:22 53:21 54:3 61:10 61:25 70:14 86:19 86:20 88:10 89:19 90:6 90:16 90:17 98:16 98:17 103:25 113:25 114:21 116:9 120:12 124:21 127:19 127:21 128:5 131:24 133:22 134:11 135:17 137:15 137:21 139:9 147:21 154:14

mean(26) 53:23 56:11 56:11 76:21 78:6 80:1 84:10 86:1 86:7 87:18 88:13 89:11 89:14 93:9 93:17 96:20 97:22 99:20 99:25 100:4 126:10 136:8 139:22 141:6 141:24 148:3

meaningful(2) 24:4 120:3
means(4) 48:4 54:4 54:14 137:24
meant(3) 23:5 89:23
media(2) 31:20 32:3
mediation(2) 140:8 140:9
mediator(8) 72:9 119:19 121:2 131:9 137:8 137:13 137:14 141:21

mediators(3) 137:11 142:1 157:1
meet(11) 23:14 38:5 38:6 78:9 80:15 81:10 84:18 120:9 120:19 131:8 135:15

meeting(2) 39:16 155:5
meetings(1) 121:19
mention(5) 35:18 41:5 47:7

mentioned(20) 21:2 23:12 28:21 34:14 34:20 34:22 39:15 40:11 82:12 89:16 111:15 119:11 122:18 124:17 127:21 129:21 130:22 133:17 142:18 145:22

merely(5) 42:17 49:17 54:19 55:1 60:10
messages(2) 91:9 91:14
met(1) 67:5
method(3) 23:9 44:1 81:23
methodically(2) 17:11 120:3
metier(5) 66:24 66:25 111:7 128:11 129:4
middle(2) 6:14 72:18
midst(1) 105:21
might(28) 5:25 16:17 18:15 19:4 28:7 31:24 32:14 32:24 34:2 35:16 38:16 39:2 48:2 48:14 50:24 64:1 70:6 71:9 75:3 84:1 99:14 131:15 131:25 137:13 142:6 142:7 150:22 154:7

miller(2) 37:11 66:15
million(23) 10:25 24:13 27:17 30:6 30:24 34:16 34:20 34:22 41:15 41:21 41:22 41:22 41:22 41:23 41:23 47:21 48:4 49:21 85:22 97:11 98:6 106:6 106:22

mind(6) 13:24 72:9 88:19 100:24 118:13 137:24

mindful(1) 52:25
minimal(4) 18:24 50:15 51:25 123:9
minute(2) 139:9 143:21
minutes(4) 17:6 23:12 24:19 102:23
missing(2) 23:13 80:16
misstep(2) 22:7 55:20
mixed(1) 91:9
modification(2) 135:24 146:2
modified(1) 61:14
moment(9) 50:1 53:18 73:6 81:24 128:14 128:18 132:6 139:3 141:23

monday(3) 144:5 154:11 157:6
monetizing(1) 24:25
money(2) 42:7 97:24
month(2) 146:20 146:20
months(11) 10:16 11:2 11:4 35:9 35:11 68:19 79:1 91:18 94:13 105:21 107:14

mooted(1) 134:12
more(48) 8:14 20:15 20:24 21:3 21:5 21:19 28:20 31:21 41:9 41:10 41:16 43:2 44:25 46:5 47:23 52:9 56:21 57:7 59:13 68:24 72:22 86:12 86:19 87:12 89:7 90:20 94:5 95:24 96:7 97:4 98:2 99:19 99:22 108:7 110:9 116:19 120:4 127:21 134:22 137:16 137:16 137:21 137:25 138:1 142:20 143:14 147:21 151:5

moring(2) 1:25 5:13
morning(3) 8:18 148:15 154:8
mortgage(1) 106:2
most(10) 22:15 27:17 36:18 40:19 46:3 78:20 105:19 116:14 152:13 154:12

mostly(1) 31:20
mother-in-law(1) 71:7
motion(32) 5:18 7:24 12:6 12:8 17:21 23:20 29:9 57:22 57:22 57:24 58:1 59:25 61:18 62:3 62:14 62:23 64:14 66:4 66:17 67:5 69:3 70:7 80:20 90:8 90:25 97:25 133:13 133:21 133:23 134:15 137:4 152:2

motions(1) 70:24
motivated(1) 82:5
mountain(9) 31:18 32:1 32:2 32:12 34:21 52:7 52:19 82:19 83:25

move(8) 9:16 13:5 63:18 87:24 121:9 144:18 152:2 152:9

moved(3) 91:24 92:5 103:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**moves**(1) 14:19
**moving**(10) 45:3 48:1 49:13 51:16 52:2 54:19 55:12 57:21 59:23 139:24

**mso**(1) 35:10
**much**(23) 16:22 16:24 24:1 40:25 41:16 41:23 43:1 53:11 53:19 57:8 62:4 62:7 62:24 71:25 87:1 87:12 92:15 97:20 98:2 105:25 108:6 122:20 124:23

**multiple**(3) 18:19 23:7 76:6
**must**(2) 56:24 137:3
**myself**(5) 14:17 41:20 43:1 47:8 137:4
**nail**(2) 113:22 121:9
**name**(1) 61:25
**named**(6) 16:2 16:7 51:2 51:8 54:16 63:8
**names**(4) 137:14 141:25 142:9 157:1
**narrow**(7) 40:8 78:2 85:8 85:22 124:24 130:16 136:3

**narrowing**(1) 97:2
**natural**(1) 46:9
**nature**(3) 142:22 143:11 146:18
**nearly**(2) 109:12 109:15
**necessarily**(4) 58:9 100:7 135:16 144:16
**necessary**(9) 39:12 40:14 42:20 69:16 90:3 116:18 134:11 144:1 156:24

**necessitates**(1) 90:18
**need**(57) 6:13 9:13 17:20 17:21 17:23 23:13 23:23 24:4 29:11 33:5 35:18 39:9 40:16 40:17 45:4 55:8 55:23 64:13 64:14 77:22 78:4 79:3 79:3 79:18 82:9 83:10 83:16 83:22 84:5 89:19 96:7 98:21 103:2 105:1 107:13 111:10 113:9 114:21 116:7 116:10 116:20 121:9 124:10 124:13 127:10 130:13 131:3 131:6 140:10 140:16 140:17 141:3 141:23 142:19 144:15 149:4

**needed**(3) 52:18 115:11 146:1
**needs**(6) 65:8 86:12 89:3 97:1 98:20 116:2 118:5 135:14

**negotiated**(8) 19:13 23:17 47:8 72:21 88:16 96:12 106:18 146:20

**negotiating**(2) 88:16 112:5
**negotiation**(1) 126:24
**negotiations**(6) 13:17 19:3 23:18 40:9 47:25 81:19

**neil**(2) 3:29 133:8
**neither**(1) 67:11
**networks**(5) 1:8 3:45 4:8 10:12 10:24
**never**(6) 47:18 52:5 52:7 53:15 83:21
**new**(14) 2:7 2:9 2:22 3:39 3:11 3:31 5:5 5:24 7:22 46:4 66:18 66:24 67:19 145:6

**newbould**(1) 133:24
**newspapers**(2) 37:16 42:1
**next**(5) 28:2 73:23 147:22 148:24 153:7
**nice**(3) 6:2 62:6 133:7
**ninth**(1) 37:11
**nitty**(1) 108:7
**mni**(81) 10:14 10:15 46:8 46:13 46:23 46:25 47:2 48:19 48:24 49:1 49:2 49:8 49:11 49:18 49:19 49:24 50:13 50:23 51:4 51:9 51:11 51:17 51:24 52:12 52:21 53:9 53:15 53:15 53:20 54:14 54:22 54:23 55:15 56:1 56:12 57:16 57:22 57:23 57:23 58:1 58:6 59:1 59:2 59:3 59:6 59:15 59:17 59:20 60:5 60:11 60:15 60:18 60:25 61:5 61:15 61:23 62:14 62:16 62:20 62:20 63:3 63:10 63:12 63:15 63:23 64:22 64:25 66:5 66:10 66:16 67:22 68:8 68:25 73:2 77:25 82:14 91:2 120:21 121:24 146:20 147:11

**nni's**(28) 47:15 47:16 54:20 55:2 55:16 55:23 57:9 57:9 58:4 58:17 58:22 59:13 61:3 61:12 61:13 61:17 62:23 63:1 63:7 64:13 64:23 65:1 65:8 65:25 66:4 69:3 69:8 70:23

**nobody's**(1) 144:17
**non**(1) 95:23
**non-confidential**(1) 88:23
**non-debtor**(2) 111:12 129:14
**non-disclosure**(1) 58:12
**non-parties**(1) 116:9
**non-producing**(1) 90:2
**none**(1) 33:13
**nonetheless**(1) 49:8
**nor**(1) 67:12
**nortel**(114) 1:8 3:44 4:8 10:12 10:24 20:20 20:25 21:1 21:11 25:12 25:13 26:15 27:1 27:16 27:22 28:9 28:22 28:23 28:25 29:22 31:4 33:9 33:10 34:7 35:4 40:22 45:5 45:8 45:14 45:15 45:20 45:23 45:24 46:1 46:2 46:4 46:14 46:25 49:3 49:6 49:7 55:6 62:14 62:14 69:14 69:20 76:5 77:1 78:16 79:4 79:24 81:5 81:10 82:2 82:11 82:22 86:11 87:18 87:22 88:2 89:3 89:7 89:12 89:20 89:23 89:25 90:4 90:16 91:11 91:12 91:13 91:15 91:22 92:5 92:17 93:14 93:21 94:6 94:10 94:18 94:21 95:9 95:15 97:6 97:11 97:24 98:24 99:18 100:9 101:6 101:15 105:10 108:1 108:5 108:7 109:1 109:4 114:23 114:24 115:19 116:11 116:13 116:15 116:22 117:6 126:8 150:15

**nortel's**(4) 79:5 84:24 86:20 110:25
**nortel's**(5) 29:8 45:19 50:19 65:15 69:9
**north**(5) 2:16 2:25 3:17 3:24 72:18
**northern**(4) 37:12 74:16 74:22 75:12
**nostalgia**(1) 128:14
**not**(232) 10:19 13:20 16:1 16:4 17:16 17:22 19:19 19:22 20:5 22:17 23:2 23:3 23:4 24:7 24:10 24:14 26:19 26:20 26:23 29:3 29:8 29:17 30:5 30:13 30:14 30:15 30:18 30:19 30:25 31:4 31:21 32:2 32:12 32:15 34:7 34:14 36:1 37:1 37:14 37:18 37:18 37:21 38:12 38:20 38:24 39:2 39:7 40:25 42:16 42:19 42:23 44:15 45:2 46:3 46:10 46:13 46:25 47:7 47:20 48:24 49:3 49:8 50:6 50:11 51:4 51:12 51:19 53:1 53:8 57:2 58:8 58:9 58:11 58:21 60:3 60:13 60:19 60:20 61:6 61:19 62:7 63:11 63:19 63:20 63:21 64:3 64:9 64:11 64:20 65:1 65:7 65:10 65:16 65:21 66:13 67:1 67:8 67:10 68:24 69:6 69:8 70:11 70:18 72:4 72:10 74:11 75:6 76:4 76:15 77:5 78:16 79:15 79:16 82:15 82:23 83:12 84:3 85:1 85:1 85:5 85:6 85:16 85:21 87:1 87:14 87:21 88:17 88:19 89:12 90:12 91:15 92:6 93:8 94:1 95:10 95:21 96:6 98:24 99:10 99:24 99:24 100:15 101:4 101:23 102:1 103:2 103:11 103:13 104:17 104:25 105:1 105:8 106:14 106:17 107:4 108:4 109:6 109:14 109:23 110:2 110:5 110:20 111:6 111:10 111:15 112:14 115:6 115:18 116:8 117:3 117:11 117:22 117:25 118:2 118:2 119:22 120:18 122:24 123:3 123:10 123:11 124:19 125:10 125:15 125:18 126:2 126:7 126:21 127:6 127:17 127:18 127:19 129:1 129:3 129:7 129:12 129:22 129:23 130:2 130:3 130:7 130:8 130:9 131:6 131:20 131:24 133:22 134:14 134:15 134:23 135:19 137:2 137:17 137:23 138:18 140:22 141:2 141:20 141:22 143:6 143:10 144:2 144:4 144:7 146:4 147:4 149:17 151:1 151:1 151:11 152:20

**note**(2) 64:16 133:11
**noted**(2) 42:3 52:4
**nothing**(7) 54:21 59:18 62:21 95:24 132:22 132:22 132:25

**notice**(38) 12:7 12:14 15:6 16:7 27:20 33:17 33:20 38:10 63:3 63:7 63:10 63:13 63:15 63:20 86:4 89:25 116:12 116:17 125:4 125:11 125:13 125:14 126:22 126:23 127:1 127:2 127:8 127:11 138:23 140:24 145:12 146:4 149:14 152:13 154:7 154:8 154:10 154:20

**noticed**(2) 17:25 143:21
**notified**(1) 151:20
**notion**(1) 125:21
**november**(7) 1:14 5:1 63:17 80:21 92:14 134:8 138:6

**now**(78) 16:10 21:24 26:2 27:8 28:3 28:12 28:21 29:6 29:17 30:5 32:8 32:19 33:3 34:2 34:12 35:8 35:12 37:21 39:24 41:13 41:15 42:11 44:13 46:1 47:4 47:13 47:14 47:16 48:3 48:12 48:22 48:25 49:23 49:25 50:12 50:16 51:24 53:17 54:19 56:1 56:3 63:4 64:7 66:10 74:14 81:4 82:11 83:7 94:4 94:9 99:8 99:10 99:20 99:20 100:15 105:17 107:2 108:8 113:2 113:24 118:14 122:13 123:4 126:13 128:6 130:19 131:12 140:11 140:25 143:19 144:18 145:14 145:22 146:1 148:8 150:22 154:8 155:2

**number**(27) 9:18 17:12 17:24 21:9 21:9 21:14 22:17 22:18 28:15 28:19 30:6 33:11 33:12 34:5 41:17 78:2 78:5 78:7 78:11 97:4 110:22 121:6 130:1 130:17 135:2 135:12 136:18

**numbers**(1) 11:16
**object**(3) 90:1 115:25 136:21
**objected**(2) 106:18 115:21
**objecting**(3) 23:3 29:17 131:10
**objection**(19) 8:24 9:1 9:3 9:6 9:22 11:16 12:13 12:17 13:8 13:18 14:21 15:8 15:9 15:10 16:8 20:6 63:9 90:7 115:23

**objections**(6) 12:25 52:4 59:7 64:16 66:14 113:14

**objector**(1) 58:6
**objectors**(2) 37:10 42:11
**obligation**(6) 59:5 122:1 123:20 128:7 154:6 154:18

**obligations**(14) 22:4 32:25 38:19 57:9 57:10 58:12 58:22 69:21 93:16 93:16 113:4 117:19 124:24 126:4

**obtain**(10) 37:3 66:9 67:4 67:18 67:24 79:17 87:25 88:25 89:3 113:10

**obtained**(1) 83:2
**obtaining**(3) 67:8 129:13 151:25
**obviate**(1) 18:2
**obviously**(4) 13:21 101:2 139:23 149:14
**occurred**(1) 78:25
**occurring**(2) 68:21 136:22
**october**(3) 52:22 53:7 62:12
**off**(9) 17:2 40:5 74:5 95:10 96:16 118:19 121:16 127:5 155:24

**offer**(2) 8:12 101:21
**offered**(3) 19:11 52:23 94:6
**offers**(2) 52:25
**office**(2) 7:22 147:20
**officer**(3) 8:10 10:12 140:25
**officers**(3) 54:24 61:19 140:11
**offices**(1) 31:8
**official**(3) 2:21 4:18 43:20
**offline**(1) 97:21
**often**(1) 96:22

**okay**(32) 9:16 11:23 13:8 20:18 21:23 48:2 64:6 65:18 74:18 74:24 75:22 76:17 80:22 88:19 102:5 108:20 115:1 119:9 126:15 127:9 127:9 128:4 128:10 131:23 134:6 139:25 141:19 146:7 147:6 152:5 155:8 156:19

**once**(4) 20:2 90:13 123:14 151:20
**one**(94) 2:24 2:31 3:30 5:17 6:12 9:12 9:15 10:9 15:6 16:3 16:13 17:25 19:3 19:4 19:5 19:6 19:6 19:10 19:13 20:3 20:5 23:7 23:9 24:19 25:2 29:14 30:14 32:2 32:22 32:24 34:23 36:8 36:16 42:22 43:6 47:1 50:1 53:24 54:2 54:5 54:6 54:7 58:24 65:3 66:6 69:9 71:24 72:6 73:5 73:8 74:14 74:21 77:22 78:14 80:19 82:12 83:10 84:15 88:15 89:13 91:23 92:2 92:13 94:12 96:22 100:5 100:6 103:17 103:20 105:5 105:24 106:11 108:21 108:22 109:2 110:2 110:19 111:23 120:25 123:1 125:23 127:22 127:24 129:7 130:11 131:16 132:6 133:11 142:11 142:11 145:1 149:19 153:13 155:19 156:21

**one-by-one**(1) 17:14
**onerous**(1) 37:19
**ones**(4) 5:5 27:6 27:6 35:6
**ongoing**(7) 17:8 40:9 115:3 120:6 120:7 150:14 155:4

**online**(3) 52:21 52:24 53:2
**only**(56) 15:24 16:5 21:14 28:18 28:18 31:24 32:13 32:15 33:10 34:14 35:6 37:17 38:24 41:8 42:14 44:16 46:10 50:9 53:15 56:6 56:9 57:11 59:16 60:5 63:14 66:11 66:14 75:6 78:2 102:4 102:23 112:25 114:2 114:4 114:12 114:15 114:22 115:16 117:1 119:22 122:9 122:9 124:19 125:7 130:17 133:14 135:13 136:6 137:12 144:25 148:8 148:15 148:17 153:2 156:5

**onto**(1) 100:22
**onus**(1) 67:16
**open**(4) 32:16 35:14 41:1 42:3
**operating**(2) 136:4 138:13
**operative**(1) 86:6
**opinion**(3) 67:20 104:17 113:25
**opinions**(1) 132:3
**opportunity**(11) 46:16 46:19 77:9 90:1 112:8 113:19 115:17 115:25 116:10 116:17 144:5

**oppose**(2) 39:22 131:11
**opposed**(4) 11:20 23:7 87:18 90:25
**opposite**(1) 87:17
**opposition**(1) 16:3
**oral**(1) 89:10
**order**(118) 10:25 15:19 16:9 16:10 17:10 22:16 30:1 38:8 38:12 38:13 39:1 39:6 39:23 42:3 42:17 42:21 43:9 49:4 54:20 55:1 55:8 56:2 56:5 56:11 56:17 56:20 56:23 57:5 57:6 57:14 57:17 57:18 58:14 58:18 58:20 60:1 60:23 61:17 64:11 65:20 65:24 68:3 69:13 69:15 69:17 69:18 69:23 72:12 76:20 78:5 82:5 87:25 88:1 88:13 88:14 89:11 90:3 90:8 92:5 93:18 94:8 95:16 101:7 101:20 101:25 102:7 102:12 106:6 108:18 108:25 109:5 110:15 110:25 116:13 117:20 120:9 120:10 120:17 124:10 125:15 126:13 126:13 126:16 131:6 134:10 137:20 138:17 138:17 139:4 140:17 141:7 141:16 141:23 142:15 143:19 143:22 144:1 144:2 144:3 144:6 144:7 144:8 144:10 144:13 144:15 144:19 144:22 144:24 146:9 146:11 146:12 147:4 147:5 148:11 149:4 154:20 156:16 157:6

**ordered**(2) 92:11 108:24
**orderly**(1) 156:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**orders**(19) 13:16 22:5 27:13 33:1 33:6 42:23 56:22 57:4 58:7 68:4 68:7 93:13 93:16 94:4 101:18 102:6 116:4 117:4 154:5

**ordinarily**(1) 95:19

**ordinary**(2) 47:1 100:16

**original**(2) 10:10 120:1

**originally**(1) 34:15

**other**(86) 8:17 13:15 15:24 16:13 19:5 19:14 20:7 22:19 27:21 28:17 28:22 29:15 30:13 31:8 31:10 31:22 33:24 34:6 34:8 35:11 35:18 36:2 39:13 40:19 41:21 42:23 44:11 49:7 54:23 59:1 61:23 63:25 68:3 73:18 76:1 76:2 78:13 81:15 81:16 81:23 85:7 85:17 85:19 85:24 86:4 87:3 88:8 88:10 88:17 88:25 89:25 90:1 96:7 96:10 96:21 97:19 98:17 104:23 105:3 106:20 107:10 108:23 110:11 113:25 113:25 114:14 116:9 118:3 119:1 120:22 120:25 125:8 125:9 127:19 128:20 130:21 130:22 133:18 137:9 142:4 144:9 150:17 150:24 151:3 152:1 156:8

**other's**(1) 91:12

**others**(9) 13:4 27:17 79:6 96:23 125:14 126:17 137:16 147:21 157:2

**otherwise**(2) 51:14 107:6

**ought**(7) 120:16 122:3 124:11 126:8 136:22 137:18 155:2

**our**(96) 8:14 8:24 12:1 12:3 12:6 12:8 12:12 12:25 14:3 14:7 15:4 16:1 16:4 17:3 17:12 17:15 18:25 19:4 19:6 19:6 22:9 23:1 24:5 28:11 29:5 29:10 35:25 37:6 37:9 38:19 39:10 39:22 40:20 41:14 41:24 44:9 45:22 52:4 52:5 54:3 56:5 59:7 59:25 62:23 64:16 65:4 65:5 66:14 69:5 73:8 75:5 75:9 76:4 76:24 78:9 79:2 79:22 81:10 81:18 82:4 82:25 83:2 85:8 85:20 91:10 91:12 92:1 94:4 96:13 99:2 101:14 101:21 102:6 108:23 109:1 109:3 113:1 113:14 113:22 113:24 114:5 115:17 115:25 118:3 118:13 120:9 120:16 122:1 123:20 123:25 124:24 126:3 126:5 140:4 142:7

**ourselves**(6) 35:6 36:16 76:5 82:9 125:22 156:9

**out**(61) 21:15 22:12 22:14 25:1 25:11 26:19 27:17 32:14 32:22 33:23 36:18 37:17 39:17 42:14 44:23 45:19 45:22 46:12 48:7 48:8 54:4 54:20 62:20 69:24 72:11 75:20 78:14 78:16 79:23 80:25 81:11 81:15 81:22 82:5 83:13 83:23 85:25 86:9 86:10 88:4 89:21 90:24 96:20 97:5 98:21 106:19 109:12 109:15 109:16 113:6 120:14 122:1 123:11 124:20 136:17 138:21 138:25 140:8 151:24 153:18 156:13

**outcome**(1) 105:13

**outdated**(1) 31:21

**outlined**(1) 41:10

**output**(1) 34:25

**outset**(1) 93:18

**outside**(12) 56:9 59:16 59:17 60:5 86:22 87:9 114:1 114:3 114:11 114:21 115:16 122:18

**outsourced**(1) 33:14

**outstanding**(1) 20:24

**over**(18) 10:16 28:16 32:5 36:22 36:22 36:23 36:23 37:4 65:15 66:9 67:25 70:25 78:8 107:22 126:4 145:7 146:20 152:7

**overall**(1) 35:19

**overblown**(1) 96:3

**overlap**(2) 76:14 76:15

**overly**(1) 116:25

**overreaching**(1) 16:3

**oversee**(1) 72:23

**overseen**(1) 119:18

**oversight**(1) 10:13

**own**(11) 24:14 37:2 37:21 50:7 51:19 109:22 123:25 126:2 129:5 129:9 136:12

**owned**(1) 95:23

**owner**(2) 28:3 100:16

**owns**(2) 34:7 150:22

**oxford**(12) 3:29 133:5 133:7 133:8 133:10 133:13 133:17 133:20 134:4 134:7 134:17 134:19

**p.a**(1) 2:47

**p.m**(4) 1:15 5:1 73:20 157:11

**page**(4) 27:1 39:2 128:15 129:10

**page-by-page**(2) 32:21 35:2

**paid**(1) 36:4

**pain**(1) 108:1

**painstaking**(2) 22:6 58:14 95:16

**paper**(2) 31:17 109:5

**papers**(12) 7:9 15:4 15:5 20:8 23:2 24:8 103:21 104:1 109:3 109:22 134:8 137:4

**parade**(2) 85:15 130:10

**paragraph**(10) 15:25 38:14 49:4 54:21 58:4 61:17 62:12 62:1 63:22 64:10

**paragraphs**(4) 54:25 55:8 55:10 64:12

**parallels**(1) 96:3

**paramount**(1) 24:11

**parcel**(1) 120:10

**parent**(3) 104:22 106:4 106:21

**park**(3) 2:31 3:10 3:30

**parse**(4) 64:4 81:11 81:15 84:11

**parsing**(1) 83:23

**part**(31) 8:14 11:12 12:10 13:6 18:7 25:8 26:2 26:10 26:14 28:23 29:3 30:11 31:1 32:11 40:21 46:3 54:18 65:11 69:4 78:15 88:8 97:22 101:14 104:19 105:12 107:22 120:10 120:15 129:5 129:10 131:11

**participate**(1) 121:4

**participated**(1) 46:17

**particular**(17) 10:18 10:18 19:16 19:25 32:15 34:8 38:11 52:11 59:10 61:4 103:1 104:20 132:7 132:7 135:6 144:23 149:2

**particularly**(5) 66:16 81:7 82:4 98:22

**parties**(91) 8:17 12:20 13:23 15:24 16:6 16:16 16:21 17:3 18:3 18:4 18:19 19:8 19:23 20:7 22:19 22:23 23:3 23:10 27:5 27:20 27:21 28:5 29:13 29:17 30:7 30:13 34:9 36:3 38:1 39:9 39:11 39:17 40:17 44:12 45:1 47:14 48:5 49:14 49:16 53:5 54:23 55:4 61:6 61:9 69:24 72:11 73:19 76:7 79:5 79:15 86:9 87:15 88:14 92:16 93:1 93:6 94:23 96:21 101:19 104:20 105:4 105:15 112:5 113:5 116:8 116:16 118:1 121:8 125:9 129:15 131:7 131:10 131:25 132:2 133:15 134:21 135:17 136:1 136:19 137:8 137:12 138:2 142:17 144:4 146:14 153:1 153:4 154:7 154:10 155:16 156:8

**parties'**(2) 13:13 57:20

**partner**(2) 102:16 121:19

**partnership**(2) 99:5 99:16

**parts**(1) 79:7

**party**(48) 4:25 11:1 42:9 45:18 46:14 46:16 46:17 46:18 46:21 50:12 56:13 56:24 57:1 57:5 58:19 59:11 59:20 64:9 67:12 67:17 70:18 76:11 76:13 85:6 89:1 90:2 98:24 99:8 99:10 100:25 103:12 103:13 106:4 109:13 110:8 111:12 116:4 116:22 116:23 117:6 117:18 129:13 130:7 130:9 131:1 148:20

**party's**(1) 98:17

**passed**(1) 83:15

**past**(4) 107:18 133:4 146:20 152:4

**patent**(39) 20:23 24:25 25:23 26:12 27:2 28:3 28:4 36:4 38:1 45:6 45:11 45:14 46:2 50:20 52:11 54:17 58:7 63:9 69:7 69:24 76:21 77:1 77:24 82:7 100:20 100:20 109:7 109:11 109:25 110:4 110:7 110:19 111:18 116:23 117:5 121:25 122:18 130:24 140:12

**patent-related**(12) 26:13 27:3 27:4 29:16 40:13 53:17 53:18 53:20 53:22 54:10 54:12 54:18

**patent-specific**(1) 80:4

**patenting**(1) 46:18

**patents**(58) 20:22 21:10 21:10 21:15 25:3 25:8 25:9 25:10 25:11 25:21 25:23 26:14 26:16 26:18 26:23 27:2 28:8 28:19 41:9 45:8 45:9 45:11 45:12 45:14 45:19 45:25 46:3 46:4 46:22 46:25 49:16 50:21 50:25 51:3 51:6 51:9 51:18 54:2 54:11 61:24 69:9 74:20 74:22 74:23 76:6 76:7 76:9 77:5 77:15 78:2 79:9 79:10 100:16 100:17 122:21 127:22 143:7 143:7

**paternalistic**(1) 65:15

**pay**(15) 24:14 24:16 41:22 48:3 55:16 56:1 57:21 58:24 95:13 99:24 100:18 100:21 113:18 124:2 130:18

**paying**(1) 124:3

**payment**(1) 106:6

**payne**(1) 155:10

**pending**(10) 74:12 75:1 91:7 105:3 107:9 108:22 133:21 135:13 138:14 150:10

**pennsylvania**(2) 1:28 1:44

**pension**(1) 4:9

**people**(18) 5:24 25:12 25:14 26:18 31:7 33:15 35:11 36:5 86:25 88:5 98:4 104:23 107:25 122:3 126:7 127:2 145:25 156:12

**perfect**(1) 153:12

**perfectly**(4) 112:22 140:7 147:8 150:23

**perform**(1) 113:4

**perhaps**(7) 20:15 72:8 114:14 119:18 131:19 135:19 135:24

**peripheral**(1) 46:13

**permanent**(1) 107:5

**permission**(6) 6:14 6:16 7:12 16:18 64:13 91:16

**permit**(1) 91:5

**permitted**(2) 57:5 117:23

**perplexed**(1) 60:24

**persistently**(1) 79:14

**personal**(2) 129:5 129:9

**personally**(3) 47:8 78:9 78:10

**perspective**(6) 17:4 17:15 75:5 77:15 105:4 105:15 120:16 140:8

**pertain**(1) 129:14

**phil**(1) 15:3

**philadelphia**(2) 37:16 42:1

**philip**(2) 2:6 7:22

**phone**(6) 78:11 101:22 109:9 109:19 121:19 155:22

**phrase**(3) 64:8 125:1 130:7

**physical**(4) 31:20 31:22 31:23 32:4

**pick**(2) 74:4 75:24

**picture**(1) 35:19

**piece**(1) 84:15

**pieces**(3) 47:22 48:1 48:6

**pile**(2) 81:13 95:24

**place**(14) 20:2 20:2 23:5 28:24 30:4 32:2 39:24 75:14 90:8 90:18 120:25 126:20 127:7 135:14

**placed**(1) 67:16

**places**(3) 32:3 32:5 32:7

**plain**(1) 114:1

**plaintiff**(7) 63:1 67:12 83:4 88:6 92:17 95:2 108:21

**plaintiffs**(9) 35:10 44:17 44:18 67:5 105:9 106:11 139:19 140:3 140:12

**plaintiff's**(1) 67:10

**plan**(3) 17:23 68:23 107:11

**planned**(1) 148:14

**planning**(1) 131:22

**plated**(1) 126:1

**platform**(1) 106:2

**play**(5) 77:2 77:3 94:4 135:4 148:8

**playing**(2) 29:20 100:11

**plaza**(1) 3:30

**pleadings**(1) 77:10

**please**(11) 5:2 5:3 14:11 73:21 73:22 73:25 104:8 131:18 133:4 139:8 140:20

**pleased**(1) 73:18

**pleasure**(1) 7:4

**plenty**(1) 139:6

**plevin**(100) 1:26 5:13 5:22 8:5 8:5 8:8 8:16 9:9 9:12 9:16 9:21 10:1 10:2 10:3 11:24 11:25 12:3 12:6 12:10 13:9 13:12 14:22 14:23 15:16 15:17 15:23 16:13 16:22 16:24 18:7 18:21 20:11 20:18 20:20 21:7 21:13 21:18 21:23 22:1 23:9 25:5 25:7 25:17 26:4 26:6 26:10 27:25 38:24 43:10 43:12 44:21 47:5 47:7 47:17 49:20 53:6 55:14 56:7 66:10 118:16 118:17 118:18 118:24 119:6 119:9 119:11 119:17 121:18 121:24 123:19 123:24 124:8 125:25 126:12 126:16 127:5 127:10 127:13 127:18 128:3 128:5 128:11 128:20 128:23 129:1 131:15 131:19 131:23 132:10 132:12 132:17 132:18 132:19 133:13 136:8 136:11 144:17 144:21 144:25 145:8 146:8 156:1 156:2 156:3 156:16 156:19 157:4

**plevin's**(4) 47:19 48:13 53:19 60:1

**plumbing**(2) 47:25 48:8

**podium**(3) 5:21 10:3 145:17

**point**(42) 10:9 17:11 19:4 20:12 24:6 35:7 37:10 41:21 42:14 45:22 46:12 47:20 50:1 54:20 57:16 63:21 65:3 72:16 73:25 77:25 78:15 80:11 85:4 88:13 89:7 89:21 90:24 92:19 95:14 98:21 100:24 106:14 107:11 109:2 121:18 126:25 136:15 138:18 141:17 142:22 146:8 151:5

**pointed**(2) 83:4 122:1

**points**(10) 37:17 46:6 66:4 82:11 93:3 108:6 108:7 114:1 120:14 144:13

**populated**(1) 26:15

**portfolio**(15) 25:24 26:12 28:3 28:20 45:7 46:2 50:20 77:1 77:24 78:3 78:4 79:4 79:5 79:7 79:7

**position**(5) 19:7 43:14 109:3 117:25 136:20

**positions**(2) 13:24 65:3

**possession**(7) 28:24 37:3 37:9 60:6 66:9 67:24 103:21

**possibility**(3) 55:19 89:13 137:8

**possible**(6) 16:15 33:18 58:25 59:2 78:13 119:2

**possibly**(1) 95:4

**post-petition**(5) 55:21 57:24 58:15 69:23 71:2

**potential**(7) 22:22 34:15 35:16 45:13 135:10 142:4 157:1

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **potentially**(10) 22:3 30:10 54:16 76:11 79:20 81:8 82:8 89:23 133:18 150:3 | | **problem**(17) 18:2 18:12 28:23 41:3 58:10 61:5 61:6 65:11 110:6 120:22 120:22 120:22 127:16 132:3 145:3 152:12 155:25 | | **propose**(2) 33:23 138:8 | | **questions**(5) 16:15 16:16 55:11 71:16 111:20 | |
| | | | | **proposed**(27) 8:15 15:19 16:10 43:5 43:25 52:14 54:20 55:1 55:8 55:24 61:12 61:13 62:2 63:7 84:5 84:12 88:14 96:12 96:13 98:10 101:7 107:11 116:13 144:8 144:10 144:22 153:4 | | |
| **power**(1) 37:23 | | | | | | **quickly**(2) 21:16 40:5 | |
| **powerpoint**(2) 110:1 122:13 | | **problems**(2) 63:22 136:12 | | | | **quinn**(4) 2:35 6:25 74:3 102:22 | |
| **powers**(2) 62:12 62:12 | | **procedural**(3) 6:12 70:6 70:7 | | | | **quite**(5) 77:8 85:17 85:20 97:17 103:16 | |
| **ppearances**(3) 1:23 2:1 3:1 | | **procedurally**(2) 68:8 76:19 | | **proposes**(1) 116:13 | | **quiver**(1) 73:3 | |
| **practicable**(1) 93:11 | | **procedure**(5) 27:19 34:13 42:12 56:14 101:17 | | **proposing**(2) 51:21 140:22 | | **quote**(2) 24:8 55:19 | |
| **practical**(18) 17:20 17:20 18:6 61:16 63:22 71:17 71:19 74:6 74:10 75:6 78:20 83:21 84:1 118:21 118:22 119:18 134:21 146:18 | | | | **proposition**(1) 37:14 | | **r.**(1) 112:15 | |
| | | | | **prosecute**(1) 143:4 | | **raise**(4) 66:15 101:15 131:11 144:6 | |
| | | **procedures**(4) 38:11 56:18 60:3 111:1 | | **protect**(9) 37:24 58:8 65:1 65:7 91:3 110:25 118:6 127:14 127:15 | | **raised**(8) 75:7 75:25 77:25 78:15 95:14 97:19 98:23 152:13 | |
| **practically**(2) 71:17 84:4 | | **proceed**(10) 8:4 8:9 9:5 71:20 85:3 93:21 98:9 139:22 146:25 156:24 | | | | | |
| **practice**(4) 61:18 62:4 76:22 80:20 | | | | **protected**(4) 29:11 65:24 101:18 118:4 | | **raising**(1) 77:8 83:9 | |
| **practicing**(2) 126:21 140:19 | | | | **protecting**(4) 41:11 111:15 111:16 111:17 | | **range**(2) 11:1 28:20 | |
| **pragmatic**(1) 108:3 | | **proceeding**(14) 8:25 11:13 15:6 42:15 42:19 42:24 67:15 82:13 82:16 84:25 86:23 91:20 103:22 139:21 | | **protection**(12) 90:21 90:22 119:5 124:14 124:19 131:3 131:6 135:2 135:8 135:14 138:13 156:23 | | **rather**(10) 6:13 21:13 28:14 31:4 34:16 39:21 67:17 105:13 123:9 124:10 | |
| **pre-clear**(1) 61:15 | | | | | | | |
| **pre-clearing**(1) 126:6 | | | | | | **rbs**(1) 106:3 | |
| **pre-packaged**(1) 45:16 | | **proceedings**(7) 1:18 1:48 47:11 49:23 60:9 109:24 157:17 | | **protections**(6) 56:10 56:19 89:20 90:17 93:24 94:5 | | **rcu**(2) 91:4 91:6 | |
| **pre-petition**(1) 104:21 | | | | | | **re-designating**(1) 56:15 | |
| **precedent**(1) 70:14 | | | | | | **reach**(1) 53:8 | |
| **precepts**(2) 38:7 124:16 | | **proceeds**(3) 25:25 27:11 107:13 | | **protective**(33) 16:9 39:6 39:23 56:2 56:14 56:17 56:20 56:21 56:22 57:4 57:5 57:6 57:7 57:14 57:17 57:18 58:7 58:18 58:20 65:16 65:24 68:3 90:2 90:8 92:5 93:18 94:4 94:8 102:6 102:7 102:11 116:4 154:20 | | **reached**(8) 17:5 24:19 47:15 48:5 62:20 133:22 134:14 149:4 | |
| **precipice**(1) 107:1 | | **process**(41) 20:3 20:11 26:14 30:12 31:13 31:14 31:15 35:1 36:21 36:22 36:25 39:23 40:9 40:22 41:10 43:5 44:24 46:18 51:21 57:19 76:8 76:8 84:22 85:4 96:4 96:7 120:15 120:16 121:7 121:10 122:23 123:23 123:24 123:24 127:1 136:7 137:25 143:16 149:18 154:11 154:17 | | | | | |
| **precise**(1) 126:11 | | | | | | **read**(6) 67:21 85:14 106:23 128:15 137:21 141:6 | |
| **preclude**(1) 91:24 | | | | | | | |
| **precluded**(2) 67:12 146:4 | | | | | | **readily**(1) 26:24 | |
| **preemptive**(1) 28:6 | | | | **provide**(33) 8:20 56:4 59:7 60:18 63:15 63:15 69:1 69:2 69:15 77:13 87:10 89:22 90:22 93:10 94:5 94:24 118:25 121:25 125:4 134:25 138:13 142:9 146:24 147:12 147:16 149:11 150:9 150:12 153:5 153:22 154:6 156:23 157:1 | | **reading**(1) 104:17 | |
| **prefer**(1) 152:22 | | | | | | **ready**(6) 8:3 15:16 60:14 63:13 73:11 | |
| **preference**(2) 8:9 156:14 | | **processing**(1) 123:13 | | | | **real**(5) 24:4 24:6 71:7 104:12 120:2 | |
| **preliminary**(1) 98:1 | | **produce**(29) 22:8 23:17 23:23 29:7 29:25 30:1 30:9 30:10 48:19 48:25 49:9 56:1 56:12 60:16 68:2 68:5 73:2 82:5 90:7 91:11 91:15 93:2 94:11 113:9 116:15 117:16 148:14 148:24 150:16 | | | | **realistic**(1) 17:23 | |
| **prepared**(10) 8:12 8:21 10:11 16:17 17:4 44:9 45:4 93:5 138:4 150:5 | | | | | | **reality**(1) 58:13 | |
| | | | | | | **realized**(1) 25:2 | |
| **preparing**(3) 47:11 93:8 93:10 | | | | | | **really**(52) 23:22 23:22 53:2 73:1 74:5 75:25 79:17 81:14 81:17 82:24 84:21 85:1 85:4 85:11 85:16 85:18 86:1 86:12 86:14 87:20 87:22 89:17 89:19 95:13 96:2 97:8 97:13 98:7 98:23 99:18 100:8 101:1 103:1 103:16 104:14 107:23 109:21 111:19 113:18 124:4 124:12 129:2 129:3 129:25 130:23 137:24 138:16 139:2 140:14 151:23 152:8 152:21 | |
| **prescribed**(2) 38:12 64:11 | | **produced**(34) 1:49 27:15 29:19 30:13 30:14 30:20 34:9 48:21 49:2 49:22 51:19 56:10 56:16 56:18 56:24 57:7 58:20 60:15 60:19 80:17 82:15 91:7 91:21 101:20 114:3 114:4 114:11 115:24 127:21 128:8 128:9 148:1 154:12 154:19 | | | | | |
| **present**(5) 63:22 65:8 72:6 72:7 79:18 | | | | **provided**(6) 49:24 57:18 67:11 149:15 149:18 150:7 | | | |
| **presentation**(3) 7:13 48:13 48:16 | | | | | | | |
| **presented**(1) 117:2 | | | | **provides**(12) 56:4 56:5 56:9 56:17 63:23 64:25 66:5 67:22 89:24 93:23 125:12 133:24 | | | |
| **presently**(2) 29:12 135:15 | | **produces**(1) 116:11 | | | | | |
| **preserve**(1) 32:25 | | **producing**(8) 36:2 40:10 91:14 91:24 115:22 116:4 136:21 148:19 | | **providing**(3) 63:10 138:19 146:3 | | **reason**(16) 11:1 20:15 27:16 54:17 63:23 64:25 67:9 68:5 78:3 99:18 100:8 109:18 111:8 112:25 113:3 126:2 | |
| **preserved**(4) 51:2 51:6 51:8 52:10 | | | | **provision**(7) 37:6 38:15 101:19 101:22 101:24 101:24 116:12 | | | |
| **presumably**(2) 11:15 38:9 | | **product**(2) 25:19 26:22 | | | | | |
| **pretty**(2) 21:16 86:1 | | **production**(30) 19:1 20:21 21:1 22:24 36:14 38:18 38:21 39:5 47:16 48:14 49:14 49:17 49:19 55:2 58:12 58:17 60:22 61:3 72:21 77:17 80:14 80:15 83:6 90:4 91:5 92:12 95:7 105:22 118:3 151:17 | | **provisions**(5) 93:20 94:24 116:3 125:6 145:6 | | **reasonable**(16) 23:16 24:9 43:5 43:8 43:25 57:11 59:21 60:20 103:25 115:20 115:22 118:5 122:12 124:25 125:2 125:18 | |
| **prevent**(6) 61:23 63:24 67:8 91:4 103:12 129:12 | | | | | | | |
| | | | | **proviso**(1) 125:4 | | | |
| **preventing**(1) 118:2 | | | | **public**(3) 18:8 93:10 94:3 | | **reasonably**(1) 99:11 | |
| **prevents**(1) 88:1 | | **productions**(2) 28:1 91:13 | | **publically**(2) 96:8 106:20 | | **reasons**(6) 30:14 110:18 126:3 135:2 135:9 143:5 | |
| **previously**(2) 5:14 128:9 | | **productions."**(1) 57:12 | | **pulled**(1) 97:21 | | | |
| **price**(2) 24:16 77:9 | | **productive**(1) 121:5 | | **purchaser**(2) 26:11 128:2 128:6 | | | |
| **primarily**(7) 17:1 17:13 37:10 77:2 79:20 85:12 113:1 | | **professionals**(3) 20:25 28:11 28:22 | | **purchasers**(7) 32:24 33:20 34:4 89:13 116:9 125:8 127:24 | | **rebut**(1) 79:19 | |
| | | **proffer**(12) 8:17 8:18 8:20 10:4 10:8 11:9 11:17 12:16 21:25 41:6 97:19 97:21 | | | | **rebuttal**(1) 78:7 | |
| | | | | **purchases**(1) 86:5 | | **recall**(2) 26:3 150:9 | |
| **principal**(2) 68:20 105:25 | | | | **purportedly**(1) 104:18 | | **receive**(5) 45:17 90:7 109:19 116:16 | |
| **principals**(2) 139:18 140:3 | | **proficient**(1) 137:2 | | **purpose**(4) 93:7 93:8 93:9 143:3 | | **received**(15) 9:21 10:16 26:13 31:1 45:10 45:11 45:12 46:24 83:6 83:12 84:7 91:13 91:17 109:11 137:20 | |
| **principle**(1) 12:15 | | **program**(2) 20:16 135:15 | | **purposes**(2) 13:12 13:25 | | | |
| **prior**(4) 25:9 76:23 81:8 137:5 | | **progress**(7) 17:9 17:16 17:17 55:6 120:3 124:12 142:7 | | **pursuant**(1) 68:10 | | | |
| **private**(1) 104:18 | | | | **pursuing**(1) 84:17 | | **receiving**(3) 57:5 109:8 141:25 | |
| **privilege**(56) 22:9 22:10 22:20 25:19 26:22 27:22 27:23 30:18 34:14 36:1 39:1 40:20 41:11 65:4 65:8 65:10 65:15 65:17 86:14 87:2 87:3 87:7 87:9 87:10 87:11 87:13 92:12 94:17 95:6 95:18 95:22 101:16 115:19 115:22 115:22 117:14 117:15 117:16 127:14 127:15 127:17 127:23 128:1 128:3 130:2 150:9 150:12 150:16 150:22 150:23 151:7 151:7 151:25 152:23 153:5 153:6 | | | | **push**(1) 111:22 | | **recent**(2) 16:23 128:12 | |
| | | **prohibiting**(1) 87:22 | | **put**(24) 18:14 23:5 30:7 31:7 35:22 37:19 39:24 51:10 54:21 65:5 75:14 87:4 87:4 87:8 90:8 90:17 94:24 95:23 97:3 129:22 130:20 141:4 141:23 143:22 | | **recently**(4) 82:22 82:23 91:17 149:16 | |
| | | **projected**(1) 11:4 | | | | **recess**(2) 73:20 157:5 | |
| | | **prompt**(2) 125:4 156:25 | | | | **recognition**(1) 51:11 | |
| | | **proper**(1) 96:6 | | | | **recognize**(2) 135:4 143:23 | |
| | | **property**(11) 29:10 37:3 37:4 37:5 66:9 67:3 67:4 67:25 72:10 137:2 143:11 | | **puts**(2) 55:15 90:1 | | **recognized**(1) 111:10 | |
| **privileged**(26) 33:2 38:18 49:3 49:7 49:8 56:19 56:24 57:2 57:25 58:9 59:15 60:18 65:1 65:23 90:12 91:5 91:6 115:5 115:18 118:4 129:22 130:3 148:10 150:3 151:1 151:2 | | | | **putting**(6) 12:21 29:22 72:3 83:19 87:18 106:21 | | **recommend**(1) 137:15 | |
| | | **proportion**(1) 86:19 | | | | **record**(15) 8:14 9:25 11:13 12:1 12:3 12:11 12:17 13:7 13:12 13:20 15:2 21:24 93:11 97:23 133:8 | |
| | | **proposal**(7) 44:2 53:10 56:1 81:18 87:16 87:20 89:9 | | **qualifier**(1) 97:4 | | | |
| | | | | **quantum**(1) 100:1 | | | |
| **privileges**(2) 35:25 39:1 | | | | **question**(6) 63:18 69:18 131:17 142:25 146:15 146:19 | | **recorded**(1) 1:48 | |
| **pro**(4) 5:14 7:8 7:23 112:19 | | | | | | | |
| **probably**(8) 35:15 43:11 86:18 97:12 115:7 116:19 147:20 157:6 | | **proposals**(1) 138:16 | | | | **recording**(2) 1:48 157:16 | |
| | | **proposal"**(1) 24:9 | | | | **records**(5) 11:12 37:5 54:3 54:7 83:19 | |

| Word | Page:Line |
|---|---|
| **recoveries**(1) 43:22 | |
| **redacted**(10) 33:21 91:19 94:2 94:12 114:10 114:18 115:6 115:7 115:15 154:9 | |
| **redacting**(1) 49:5 | |
| **redaction**(1) 60:24 | |
| **redline**(1) 15:19 | |
| **reduction**(1) 76:22 | |
| **reed**(2) 3:28 133:10 | |
| **refer**(2) 49:24 82:17 | |
| **reference**(3) 113:3 128:16 145:4 | |
| **referred**(3) 24:22 42:8 42:21 | |
| **refusal**(2) 58:16 58:17 | |
| **refuse**(1) 64:13 | |
| **refused**(1) 58:11 | |
| **regarding**(8) 13:17 19:1 36:11 36:12 76:7 77:23 101:9 131:3 | |
| **regime**(1) 27:14 | |
| **regular**(3) 130:6 130:6 130:7 | |
| **regulate**(1) 36:25 | |
| **regulating**(1) 23:6 | |
| **reimburse**(3) 59:5 64:23 66:1 | |
| **reiterate**(2) 82:10 88:12 | |
| **reject**(1) 59:20 | |
| **rejection**(1) 59:22 | |
| **relate**(3) 33:7 87:23 103:2 | |
| **related**(17) 19:22 26:16 26:23 33:7 38:2 45:10 45:12 46:24 47:3 50:20 50:25 54:15 54:15 59:23 95:20 110:20 121:25 | |
| **related-to**(1) 110:17 | |
| **relatedly**(1) 55:17 | |
| **relates**(2) 42:22 103:7 | |
| **relating**(3) 20:22 76:12 79:24 | |
| **relationship**(1) 45:5 | |
| **relative**(1) 49:16 | |
| **relatively**(2) 28:19 96:24 | |
| **releases**(2) 106:4 106:7 | |
| **relevance**(1) 86:10 | |
| **relevant**(18) 24:23 29:19 29:24 36:18 51:18 56:5 60:7 61:23 69:18 76:7 76:12 78:20 81:6 104:24 116:20 117:11 129:3 129:19 | |
| **relied**(1) 105:18 | |
| **relief**(23) 24:20 36:24 37:24 40:14 42:10 42:20 67:17 68:15 69:2 69:16 90:19 101:6 101:8 103:20 105:9 108:4 109:5 110:12 110:23 132:13 133:24 137:22 140:18 | |
| **relieves**(1) 90:4 | |
| **remain**(2) 40:20 41:1 | |
| **remaining**(2) 41:1 51:4 | |
| **remains**(1) 48:9 | |
| **remarkably**(2) 99:3 105:16 | |
| **remedy**(1) 110:6 | |
| **remember**(1) 106:1 | |
| **remind**(1) 108:16 | |
| **reminds**(2) 21:20 109:9 | |
| **renovate**(2) 47:24 48:3 | |
| **renovation**(2) 48:6 55:4 | |
| **reorg**(1) 4:9 | |
| **reorganization**(2) 107:6 107:25 | |
| **reorganization."**(1) 68:17 | |
| **reorganize**(1) 107:23 | |
| **repeat**(1) 36:22 | |
| **repeated**(1) 43:1 | |
| **repeatedly**(1) 57:23 | |
| **replace**(1) 51:14 | |
| **replaced**(1) 129:6 | |
| **reply**(7) 16:1 55:15 57:22 58:4 66:11 89:6 103:16 | |
| **report**(2) 106:19 146:24 | |
| **represent**(2) 96:16 112:12 | |
| **representation**(1) 152:1 | |
| **representation**(1) 53:16 | |
| **representing**(2) 104:18 108:17 | |
| **represents**(2) 50:7 112:6 | |

| Word | Page:Line |
|---|---|
| **reproduced**(2) 55:10 58:5 | |
| **request**(17) 27:1 30:16 36:12 37:19 48:23 64:23 65:25 67:23 68:16 73:10 104:13 109:22 111:17 116:1 130:9 130:16 138:15 | |
| **requested**(7) 48:24 51:9 60:10 69:2 99:9 101:6 101:8 | |
| **requesting**(20) 12:20 12:20 13:13 16:5 19:8 22:23 27:5 29:13 38:1 39:11 39:17 40:17 42:8 45:1 53:12 59:11 59:20 67:17 133:14 138:2 | |
| **requests**(37) 18:5 19:12 28:15 28:16 28:16 28:19 36:8 37:15 38:5 40:8 43:2 43:3 43:24 44:2 46:9 46:24 47:6 47:9 55:17 62:17 67:1 67:1 67:4 67:10 77:12 78:1 80:13 116:21 118:5 122:10 122:11 122:20 124:4 129:14 130:23 131:1 134:5 | |
| **require**(3) 42:24 57:11 120:19 | |
| **requirement**(4) 16:5 120:10 126:10 126:12 | |
| **requirements**(4) 63:8 117:15 117:19 | |
| **requires**(4) 42:15 61:14 88:1 127:11 | |
| **requiring**(1) 67:17 | |
| **reread**(1) 128:21 | |
| **res**(6) 111:5 135:4 135:7 135:21 136:6 136:11 | |
| **research**(1) 4:29 | |
| **reserve**(4) 22:13 36:13 62:22 142:19 | |
| **reserved**(1) 69:13 | |
| **reserving**(1) 36:9 | |
| **residential**(21) 37:17 39:25 41:25 42:18 66:21 67:20 68:13 68:13 68:18 68:24 69:1 102:25 103:1 103:10 104:13 104:16 104:21 104:23 105:16 108:9 129:11 | |
| **resolution**(2) 59:10 107:2 | |
| **resolve**(3) 72:8 113:23 114:24 | |
| **resources**(2) 83:24 103:23 | |
| **respect**(24) 12:16 19:3 52:13 52:19 61:4 63:8 65:15 65:16 70:6 70:8 79:20 81:8 82:4 87:2 103:8 126:17 134:2 134:4 144:8 144:13 152:23 153:8 153:19 154:3 | |
| **respectfully**(1) 61:1 | |
| **respective**(1) 13:24 | |
| **respects**(1) 146:11 | |
| **respond**(8) 18:4 22:17 22:25 42:7 43:4 46:8 118:18 150:5 | |
| **responding**(5) 10:25 36:7 43:24 55:20 | |
| **response**(9) 13:22 26:25 30:2 30:21 42:13 51:3 93:22 95:19 151:23 | |
| **responsibilities**(3) 10:13 10:15 105:24 | |
| **responsibility**(6) 40:23 119:14 129:10 134:24 134:25 138:11 | |
| **responsive**(8) 19:25 22:3 28:7 30:15 90:12 95:24 123:12 123:12 | |
| **responsiveness**(1) 86:6 | |
| **rest**(1) 12:12 | |
| **restoration**(1) 52:6 | |
| **restrict**(1) 69:4 | |
| **restricted**(1) 110:9 | |
| **restriction**(1) 126:9 | |
| **restrictions**(6) 55:24 61:13 61:13 62:2 111:1 117:8 | |
| **result**(7) 22:11 22:15 25:17 55:21 96:11 96:17 106:18 | |
| **resulted**(1) 27:11 | |
| **returned**(1) 19:15 | |
| **revenue**(1) 48:24 | |
| **reversed**(1) 114:13 | |

| Word | Page:Line |
|---|---|
| **review**(48) 14:7 22:7 24:24 25:7 28:13 30:9 32:20 35:5 38:2 39:3 59:1 59:6 59:14 81:12 85:18 86:6 86:7 86:10 86:14 87:2 87:4 87:6 87:7 87:10 87:15 94:7 94:18 95:16 96:6 97:6 97:17 98:1 98:9 102:10 102:11 104:4 105:22 115:2 115:8 115:19 115:21 115:22 115:24 126:2 144:1 150:1 150:14 152:25 | |
| **reviewed**(4) 10:15 60:17 80:14 97:1 | |
| **reviewer**(1) 33:5 | |
| **reviewing**(13) 24:23 25:8 25:9 27:13 27:19 32:9 41:11 60:12 93:22 95:4 95:5 115:4 123:13 | |
| **reviews**(1) 58:14 | |
| **reviews"**(1) 59:3 | |
| **revised**(2) 15:19 126:13 | |
| **revision**(1) 97:2 | |
| **ribbon**(1) 54:1 | |
| **richards**(1) 2:22 | |
| **right**(92) 5:8 8:3 9:4 9:8 9:22 10:1 11:5 11:5 11:14 12:13 12:18 12:19 13:2 14:9 14:21 14:24 15:8 15:11 15:20 16:12 22:9 22:10 22:13 23:25 25:16 27:24 36:13 38:23 41:13 43:10 43:15 44:3 44:13 44:14 44:19 46:22 73:23 73:25 74:14 82:11 85:23 86:7 91:21 92:7 93:12 93:19 94:4 97:15 98:19 103:18 104:9 113:23 115:13 116:5 116:6 118:5 118:20 121:23 122:13 126:13 127:4 127:12 127:23 127:25 131:12 132:15 132:15 134:6 140:5 142:2 143:18 143:19 143:25 145:14 145:22 147:17 147:24 148:8 149:1 149:23 150:20 153:3 154:2 154:22 155:2 155:6 155:6 155:13 156:7 156:20 157:2 157:8 | |
| **rights**(15) 18:13 20:23 22:9 27:20 28:4 34:3 34:3 36:3 36:5 36:9 38:10 38:22 39:22 143:8 148:19 | |
| **rigorous**(4) 54:13 56:10 56:18 96:8 | |
| **ring**(1) 155:24 | |
| **rise**(2) 5:2 73:21 | |
| **risk**(7) 19:6 23:15 35:19 40:15 41:14 125:19 143:18 | |
| **robert**(5) 2:30 2:37 6:25 43:17 74:1 | |
| **robinson**(3) 108:22 108:24 109:16 | |
| **robreno**(2) 42:1 42:4 | |
| **rocket**(1) 130:25 | |
| **rockstar**(176) 3:35 20:23 21:13 21:14 22:12 25:24 26:4 26:13 26:22 26:24 26:25 27:5 28:3 28:6 28:24 28:25 29:1 29:3 29:6 29:16 29:19 29:20 29:20 29:24 31:1 32:24 34:4 35:11 35:25 36:7 36:19 38:1 38:25 39:13 40:14 44:24 45:5 45:6 45:9 45:10 45:11 45:12 45:14 45:18 45:17 45:18 45:22 45:23 45:25 46:3 46:5 46:22 47:3 49:1 49:8 49:10 50:19 53:13 53:21 54:12 54:25 57:9 57:23 58:1 58:10 58:19 58:20 59:2 60:8 60:12 60:15 60:18 60:22 61:21 62:13 63:4 63:6 63:6 65:4 65:14 69:14 69:20 70:5 72:1 72:23 73:3 75:5 76:3 76:5 77:8 79:10 80:8 80:10 80:11 80:12 81:1 81:2 81:4 81:12 83:1 83:2 83:3 83:4 83:13 83:15 83:17 85:8 86:2 88:4 88:5 90:25 91:13 94:16 94:21 95:10 95:21 98:17 100:8 100:10 100:11 100:14 100:24 100:21 101:1 105:11 102:7 112:3 113:5 113:24 116:8 116:10 117:10 118:1 118:8 121:3 121:24 127:23 130:4 131:10 134:4 136:8 136:14 136:16 136:20 139:18 141:1 141:8 143:20 146:1 146:1 148:9 148:18 149:13 149:14 149:15 149:18 149:19 150:25 151:20 | |
| **rockstar's**(7) 77:6 77:17 79:19 91:2 95:1 100:10 100:14 | |

| Word | Page:Line |
|---|---|
| **rockstar's**(11) 29:8 46:24 49:11 54:5 55:18 58:16 59:24 61:19 64:25 65:6 65:10 | |
| **rodney**(3) 2:15 2:24 3:23 | |
| **role**(2) 100:3 100:12 | |
| **rolling**(1) 149:18 | |
| **room**(15) 18:3 18:12 18:14 18:17 26:16 26:19 31:1 35:22 82:20 82:25 83:1 100:25 102:1 112:6 119:24 | |
| **rooms**(6) 26:15 26:17 26:19 30:25 31:2 129:23 | |
| **ross**(13) 8:10 8:21 9:13 9:24 10:10 10:12 10:18 10:20 10:23 21:19 21:21 31:11 32:5 | |
| **ross's**(10) 9:17 10:10 10:13 11:21 21:25 28:12 31:6 31:18 32:17 41:6 | |
| **roughly**(2) 49:21 154:12 | |
| **rozenberg**(1) 3:46 | |
| **rudimentary**(1) 31:10 | |
| **rule**(10) 36:16 41:21 42:14 93:17 93:22 95:20 96:5 127:10 131:20 141:10 | |
| **ruling**(2) 17:21 134:23 | |
| **rulings**(3) 119:13 120:25 130:22 | |
| **run**(23) 20:4 25:11 34:18 34:19 34:23 46:7 48:14 50:9 51:11 52:15 53:1 79:15 84:2 84:6 84:13 85:20 88:20 99:24 117:5 117:8 117:17 147:11 147:14 | |
| **running**(9) 5:25 19:12 19:13 19:18 50:12 50:14 51:24 96:14 99:21 | |
| **safely**(1) 157:9 | |
| **safety**(4) 23:19 39:18 42:8 43:6 | |
| **said**(44) 13:23 15:25 24:3 24:7 36:8 36:13 41:4 47:18 50:8 52:25 60:16 66:10 67:7 69:15 81:13 92:25 95:3 97:10 103:10 103:24 103:25 104:5 105:1 105:19 105:20 107:4 111:6 116:2 117:22 119:21 120:8 121:10 122:5 122:22 122:22 123:10 123:20 124:1 129:8 129:25 130:12 140:17 141:13 156:24 | |
| **sale**(42) 22:5 26:2 26:14 28:2 28:24 32:25 33:6 33:8 33:19 45:3 46:10 50:20 53:22 57:10 58:3 69:13 69:14 69:19 69:20 69:25 71:1 73:4 77:1 77:9 80:6 89:15 89:17 89:21 90:14 92:9 92:22 93:23 99:4 100:4 105:12 106:1 110:16 117:12 117:12 124:23 125:7 143:1 | |
| **sales**(7) 25:25 26:7 26:9 27:11 31:3 85:24 106:16 | |
| **same**(24) 14:22 15:11 28:8 51:21 51:22 65:17 65:24 70:4 70:7 76:16 76:22 84:10 89:3 91:22 93:24 117:18 135:7 136:5 138:11 141:10 144:4 154:17 154:17 155:25 | |
| **samis**(1) 2:23 | |
| **satisfied**(1) 141:15 | |
| **saving**(1) 31:13 | |
| **saw**(2) 128:15 137:3 | |
| **say**(47) 11:10 13:20 15:21 17:9 17:16 19:8 21:3 24:11 24:13 24:18 27:5 29:18 31:4 35:23 42:11 47:24 48:2 57:24 63:20 64:9 65:3 65:6 67:7 70:21 70:22 71:6 72:11 72:23 81:16 87:21 90:18 91:2 96:16 97:3 99:7 99:13 109:25 111:19 120:20 122:17 123:1 130:15 134:25 135:12 138:20 143:21 144:21 | |
| **say-so**(1) 49:11 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **saying**(20) 20:8 24:12 33:16 38:11 41:20 43:2 47:21 73:7 78:16 86:11 88:19 92:2 94:10 99:23 104:7 113:17 127:6 131:5 143:19 146:3 | | **sense**(12) 5:25 50:17 76:18 88:19 90:17 94:3 95:18 101:12 101:14 108:9 108:10 142:6 | | **simpler**(1) 51:1 **simply**(13) 22:2 46:25 47:20 51:3 52:16 53:12 54:9 69:1 114:24 115:23 122:21 123:3 146:9 | | **somewhat**(7) 8:14 16:20 17:20 45:1 51:1 53:5 56:21 | |
| | | **sensible**(1) 43:6 **sent**(6) 47:2 81:12 104:6 145:7 148:15 151:21 | | **since**(5) 35:6 48:12 57:15 60:9 60:11 **single**(3) 35:7 50:6 95:17 | | **soon**(3) 123:22 152:10 155:16 **sorry**(6) 62:8 119:10 121:16 128:4 136:9 155:21 | |
| **says**(16) 17:7 26:25 31:19 47:5 48:5 57:23 58:1 90:5 97:12 109:2 122:4 125:15 125:25 128:12 129:11 145:22 | | **separate**(7) 18:17 25:23 65:21 122:14 122:15 122:16 139:2 | | **sins**(1) 3:7 **sir**(9) 6:20 8:7 10:7 43:19 112:19 118:17 133:9 139:13 153:24 | | **sort**(19) 17:23 24:12 69:24 71:23 74:6 75:1 78:19 80:11 82:14 84:8 88:6 88:18 88:19 96:1 100:22 111:18 132:3 132:20 136:18 | |
| **scanning**(1) 52:7 **scattershot**(1) 121:13 | | **separately**(3) 18:1 139:6 141:9 **separation**(1) 134:15 | | **sit**(3) 72:9 72:11 121:1 **site**(1) 104:2 | | **sorts**(3) 18:6 39:8 120:5 **sought**(8) 37:18 42:16 42:20 66:12 67:2 109:6 109:7 130:11 | |
| **scenes**(2) 94:20 101:4 **schedule**(2) 61:7 138:8 | | **september**(1) 151:18 **serious**(1) 36:6 | | **sitting**(4) 71:8 109:10 149:10 153:18 **situated**(1) 105:3 | | **sound**(2) 1:48 157:16 **source**(1) 70:2 | |
| **scheduled**(5) 52:23 62:16 63:16 80:21 89:4 **schedules**(2) 75:14 75:17 | | **serve**(4) 35:12 39:19 109:2 124:4 **served**(7) 9:19 20:8 36:11 41:19 67:2 80:13 126:24 | | **situation**(10) 16:20 24:17 36:15 40:1 76:5 81:2 89:18 98:5 99:14 142:24 | | **sources**(3) 40:19 69:11 119:1 **southern**(3) 66:17 66:23 67:19 | |
| **scheduling**(1) 108:25 **schuylkill**(1) 1:43 | | | | **situations**(3) 67:14 83:10 89:18 **six**(8) 32:3 35:11 40:4 40:6 47:13 49:15 153:20 154:4 | | **southpaw**(1) 4:33 **speak**(4) 43:14 105:8 118:11 139:9 | |
| **schweitzer**(1) 3:48 **scope**(22) 28:15 30:2 40:7 40:7 41:19 47:8 47:15 48:11 48:13 53:4 55:2 55:5 64:21 67:24 72:21 83:22 84:20 87:1 92:25 103:2 117:22 156:17 | | **service**(1) 1:42 1:49 **services**(1) 1:42 **servicing**(1) 106:2 **serving**(1) 21:4 **sessions**(1) 121:4 | | **skip**(1) 35:21 **slavens**(1) 3:52 **slide**(11) 44:9 45:4 48:15 54:19 55:9 55:12 58:5 66:3 77:16 79:25 153:9 | | **speaking**(2) 44:15 71:17 **speaks**(2) 66:8 71:6 **special**(2) 5:11 101:9 **specially**(1) 87:24 **specific**(12) 45:20 49:25 50:16 53:24 53:25 86:1 96:13 123:1 123:3 126:11 139:1 153:11 | |
| **seal**(2) 48:23 148:11 **sealing**(2) 49:5 60:24 **search**(52) 19:12 19:16 19:25 19:25 20:4 30:9 31:9 36:17 47:16 49:19 49:25 49:25 50:2 50:2 50:12 50:14 50:16 51:10 51:13 51:17 51:21 51:22 51:24 52:3 52:14 52:15 53:2 60:3 64:1 81:21 81:21 81:24 84:2 84:17 84:19 85:7 85:20 85:23 86:1 87:7 88:20 92:6 93:2 96:9 97:2 99:25 116:25 117:4 117:6 123:1 136:17 146:24 147:11 | | **set**(24) 18:16 18:23 20:4 26:15 26:19 28:8 48:20 50:8 54:1 60:7 60:10 74:21 74:23 79:24 81:6 82:2 84:12 85:22 86:8 117:20 127:6 127:22 150:7 150:11 | | **slightly**(1) 75:9 **slp**(2) 91:4 91:6 **small**(10) 21:9 21:14 22:18 22:23 28:19 33:11 108:6 130:1 130:17 130:18 | | **specifically**(2) 85:9 113:14 **specified**(1) 149:4 **speed**(1) 33:15 **spent**(7) 78:22 88:15 97:20 97:24 98:2 98:3 104:17 | |
| | | **sets**(2) 29:12 81:25 **settlement**(4) 106:3 106:5 106:17 106:20 **settling**(1) 104:20 **seven**(2) 21:3 74:20 | | **smith**(1) 4:14 **smooth**(1) 5:25 **sneak**(1) 38:20 | | **spin**(1) 21:15 **split**(2) 27:10 35:4 **spoke**(2) 8:17 71:7 **square**(4) 2:15 2:24 3:23 88:15 | |
| **searched**(3) 31:9 31:25 32:11 **searches**(10) 19:18 34:18 34:23 34:24 122:14 122:15 122:16 122:17 140:10 147:14 | | **several**(9) 9:10 11:2 25:21 38:7 54:23 61:19 130:5 132:3 148:20 | | **sold**(12) 20:22 21:10 25:21 25:22 25:24 26:16 45:14 46:22 54:11 105:10 106:16 107:21 | | **staff**(1) 33:9 **stages**(1) 106:25 **stand**(4) 8:21 37:13 92:17 157:5 **standard**(1) 39:7 70:15 101:19 102:11 | |
| **searching**(1) 32:8 **seated**(2) 5:4 73:23 **second**(9) 8:20 10:4 25:3 30:11 30:17 33:1 39:5 40:12 46:12 70:2 92:20 105:8 128:15 128:17 130:21 151:9 | | **severe**(1) 70:24 **share**(1) 150:24 **shared**(5) 27:22 30:18 44:11 128:5 134:1 **shares**(1) 38:25 **sharing**(6) 10:20 24:9 39:10 39:13 41:13 131:12 | | **solution**(13) 17:20 71:19 73:5 74:10 75:2 75:6 83:22 108:4 118:21 118:22 119:18 131:16 134:22 | | **standing**(2) 112:25 113:2 **stands**(1) 101:2 **stanford**(1) 111:9 **stargatt**(2) 2:13 3:21 **stars**(1) 3:38 **start**(7) 15:18 24:23 44:21 83:23 90:15 118:19 154:11 | |
| **secondary**(1) 82:14 **secondly**(1) 135:11 **section**(12) 37:3 37:23 40:2 42:12 62:17 66:7 66:8 67:7 67:11 68:11 110:17 129:12 | | **she**(1) 71:6 **shift**(2) 19:7 23:24 **shifted**(1) 40:24 **shifting**(7) 23:16 100:22 100:25 126:1 133:11 133:14 133:18 | | **solutions**(2) 18:6 74:7 **solve**(1) 98:4 **some**(86) 5:4 13:4 13:16 13:16 16:18 17:23 18:17 19:12 20:16 23:2 28:4 28:5 28:15 28:21 29:7 29:23 30:14 30:17 31:19 31:22 33:8 35:11 35:25 36:7 36:7 40:5 46:4 48:12 50:22 64:15 65:14 70:21 70:21 75:1 75:7 80:7 81:23 83:6 83:8 84:9 85:19 89:19 89:24 90:17 92:4 94:24 95:15 96:3 97:2 98:16 98:16 98:20 99:4 101:5 101:8 103:15 107:11 109:2 110:11 110:23 111:1 111:18 115:5 115:6 116:15 118:8 119:19 119:23 120:15 122:17 124:9 126:7 126:9 127:18 129:20 136:15 138:13 140:10 142:7 142:9 143:15 144:1 146:11 149:9 152:1 152:7 | | **starting**(1) 88:14 **starts**(1) 125:3 **state**(3) 43:21 148:7 **stated**(2) 110:18 113:22 **statement**(2) 60:1 109:8 **statements**(1) 70:23 **states**(2) 1:1 1:20 **stating**(1) 60:1 **status**(1) 108:24 **statutory**(3) 66:7 110:16 110:16 **stay**(50) 5:19 17:22 23:20 26:25 37:1 37:2 37:6 37:14 37:21 37:23 42:12 42:21 54:21 64:19 64:20 67:6 67:11 67:13 67:18 68:12 70:10 71:20 73:6 91:1 102:17 102:25 103:8 103:11 103:19 103:20 104:6 109:7 109:11 109:21 109:23 110:11 110:16 111:1 113:1 126:16 128:12 129:7 129:8 129:15 135:21 135:25 137:23 138:13 138:14 152:17 | |
| **sections**(2) 89:22 90:9 **security**(1) 104:18 **see**(26) 5:4 6:16 19:14 21:15 30:2 33:2 43:23 52:22 55:3 73:7 77:16 77:20 84:7 88:23 95:8 96:19 97:8 102:12 107:5 117:1 132:9 134:10 141:4 142:12 142:19 153:21 | | **short**(4) 36:20 44:9 103:9 130:23 **shortly**(2) 21:3 29:14 138:9 **should**(57) 13:20 22:13 22:21 31:4 36:9 36:14 39:16 46:7 53:12 55:10 55:15 55:25 57:21 58:7 58:24 59:21 69:8 74:2 81:20 91:25 92:16 92:17 94:1 95:13 96:25 96:18 100:15 104:5 108:8 110:2 110:11 110:12 111:3 111:12 113:15 113:18 115:6 115:7 116:15 117:13 120:16 121:11 122:2 130:17 134:25 135:12 142:21 144:7 144:7 146:11 148:24 149:15 150:4 150:13 151:6 154:11 | | **somebody**(10) 8:20 18:15 18:17 22:8 43:13 106:15 113:12 118:10 143:10 150:22 **somebody's**(1) 33:4 **somehow**(4) 44:23 68:2 80:24 91:7 93:25 98:8 101:22 | | **stayed**(5) 40:1 74:15 104:25 111:4 111:13 **staying**(3) 69:7 106:12 106:12 **stays**(2) 37:3 69:23 **ste**(3) 1:35 2:49 3:38 **steen**(1) 3:45 **step**(2) 73:10 138:9 **stepping**(2) 107:3 136:24 **steps**(3) 28:4 35:21 89:25 **steward**(3) 46:1 46:1 69:8 | |
| **seek**(16) 16:8 21:1 36:9 36:13 38:16 39:22 40:14 42:10 55:1 64:13 67:16 69:5 87:24 88:24 90:2 138:14 | | **shouldn't**(3) 97:1 113:16 130:20 **shouldn't**(3) 11:9 23:24 36:15 **show**(1) 33:22 **shows**(2) 94:19 126:25 **shrift**(1) 103:9 **shut**(1) 87:20 | | **somebody's**(1) 33:4 **someone**(2) 22:9 103:17 **someone's**(3) 13:21 13:22 | | |
| **seeking**(3) 23:23 23:4 23:5 36:24 40:18 42:16 42:17 47:10 63:25 64:3 64:9 67:13 79:13 87:21 90:19 105:5 105:9 134:21 136:16 138:23 | | | | **something**(26) 18:24 23:13 23:16 32:14 71:9 72:10 75:3 75:20 77:20 78:17 82:21 82:23 83:13 83:16 84:1 84:4 86:15 98:11 101:11 123:6 138:8 143:11 143:13 148:13 149:9 152:3 | | |
| **seeks**(2) 54:21 133:24 **seems**(12) 16:19 17:22 60:23 85:15 86:11 86:15 86:24 87:17 136:14 141:5 142:19 149:13 **seen**(4) 52:22 116:25 119:22 148:20 **sees**(1) 84:25 **segregated**(1) 10:20 **seized**(1) 103:17 **sell**(8) 24:12 24:15 25:3 25:21 45:14 105:13 143:6 143:7 **seller**(1) 99:9 **selling**(4) 45:16 99:15 99:16 105:14 **sells**(1) 143:10 **send**(2) 104:7 154:10 | | **sic**(1) 152:24 **side**(23) 11:12 24:5 29:22 41:17 41:21 72:3 78:13 85:17 85:19 88:18 90:1 90:1 95:10 96:10 97:13 97:19 98:8 108:23 113:9 119:24 142:4 142:7 144:9 **sides**(4) 23:16 75:4 113:3 116:14 **signed**(2) 45:3 112:21 **significant**(8) 22:11 40:15 55:21 58:15 69:22 71:2 82:8 83:8 **similar**(3) 40:1 99:4 110:24 **similarly**(3) 63:2 94:16 105:3 **simple**(1) 55:19 | | **sometime**(1) 134:16 **sometimes**(5) 34:5 63:12 63:13 121:18 126:18 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| stewardship(1) 46:25 | | sufficient(3) 51:5 58:8 65:7 | | technologies(5) 2:5 7:21 45:24 50:22 74:20 | | that(301) 5:12 5:21 6:1 8:9 8:12 8:18 | |
| sticking(1) 24:6 | | suggest(2) 29:17 130:5 | | technology(10) 46:15 46:17 46:18 46:20 | | 8:19 8:20 8:22 8:23 8:25 9:5 9:10 9:16 | |
| still(12) 24:20 29:23 44:25 64:10 81:5 | | suggested(7) 35:21 58:2 61:5 83:21 108:4 | | 54:15 76:23 77:12 77:14 79:8 81:8 | | 9:17 9:19 10:3 10:9 10:14 10:15 10:18 | |
| 91:17 94:12 107:10 124:12 125:20 129:20 | | 115:19 124:9 | | | | 10:19 10:21 10:23 11:1 11:2 11:3 11:9 | |
| 150:13 | | | | technology-specific(1) 51:10 | | 11:11 11:16 11:17 11:18 11:18 11:19 11:19 | |
| stipulated(1) 106:11 | | suggestion(3) 75:3 118:20 132:13 | | telephone(1) 71:13 | | 11:25 12:1 12:2 12:6 12:7 12:10 12:11 | |
| stones(1) 113:16 | | suggestions(2) 141:25 144:6 | | telephonic(2) 3:42 4:5 | | 12:11 12:12 12:20 12:23 13:3 13:5 13:6 | |
| stop(3) 16:1 104:8 104:10 | | suggests(2) 58:6 120:12 | | tell(15) 20:2 27:8 29:25 37:25 38:6 51:5 | | 13:6 13:20 13:20 14:1 14:1 14:3 14:19 | |
| stopped(1) 106:24 | | suing(2) 116:22 140:4 | | 51:7 52:16 54:7 68:13 84:14 95:6 123:18 | | 14:21 15:11 15:14 16:1 16:3 16:4 16:4 | |
| storage(1) 103:18 | | suit(8) 45:25 50:25 51:3 51:7 51:9 54:17 | | 136:20 137:3 | | 16:5 16:5 16:7 16:9 16:16 16:5 16:17 | |
| stored(2) 52:6 52:9 | | 122:21 129:3 | | | | 17:6 17:7 17:9 17:17 17:22 17:22 17:24 | |
| stores(2) 147:12 147:23 | | | | telling(1) 62:21 | | 18:2 18:5 18:6 18:8 18:11 18:14 18:15 | |
| straightforward(1) 89:24 | | suits(2) 21:5 21:8 | | tells(3) 58:6 60:6 68:14 | | 18:22 18:23 18:24 18:25 18:25 19:4 19:7 | |
| strategy(1) 98:2 | | sullivan(1) 2:35 | | tempted(1) 121:20 | | 19:9 19:11 19:12 19:17 20:2 20:3 20:7 | |
| strauss(2) 2:29 4:19 | | sum(3) 42:25 43:1 45:13 | | tempting(2) 35:20 54:11 | | 21:9 22:2 22:4 22:6 22:8 22:10 22:12 | |
| stream(1) 65:22 | | super(1) 124:4 | | ten(1) 48:22 | | 22:16 22:18 22:23 23:10 23:11 23:13 | |
| streamline(2) 98:10 137:24 | | supko(31) 1:27 5:13 8:19 10:4 10:5 10:6 | | tend(1) 21:9 | | 23:21 23:22 23:22 23:23 23:23 23:24 | |
| street(6) 1:11 1:43 2:16 2:25 3:17 3:24 | | 10:8 10:22 10:23 11:6 11:7 16:6 16:17 | | tenor(1) 132:1 | | 23:25 24:5 24:8 24:12 24:16 24:16 24:18 | |
| strenuously(1) 89:8 | | 16:25 17:12 21:20 52:22 63:19 119:23 | | tension(2) 152:8 152:11 | | 24:21 25:1 25:2 25:23 25:14 25:22 25:24 | |
| stress(2) 26:20 120:8 | | 122:19 123:23 146:23 149:16 149:17 | | term(10) 24:16 53:23 54:14 60:4 84:15 | | 25:25 26:13 26:18 26:20 26:21 26:22 | |
| strict(1) 27:14 | | 149:22 149:24 153:24 153:25 154:3 154:17 | | 84:17 84:19 87:7 97:2 146:24 | | 27:11 27:12 27:13 27:15 27:15 27:16 | |
| strikes(1) 136:5 | | 156:4 | | | | 27:21 27:25 28:23 29:1 29:2 29:4 29:6 | |
| strings(1) 20:1 | | | | terms(54) 19:25 20:4 37:2 37:22 41:10 | | 29:8 29:13 29:16 29:17 29:17 29:18 29:19 | |
| striving(1) 89:2 | | supplement(1) 52:5 | | 49:25 50:2 50:2 50:3 50:9 50:12 50:14 | | 29:19 29:22 29:22 29:23 29:24 30:3 30:7 | |
| stronger(1) 99:13 | | support(5) 12:25 14:7 43:14 44:2 67:23 | | 50:17 51:10 51:13 51:21 51:22 51:24 | | 30:8 30:9 30:13 30:16 30:17 30:18 30:20 | |
| struggle(1) 62:1 | | suppose(1) 12:2 | | 52:14 52:15 53:2 72:5 72:17 81:21 81:21 | | 30:23 30:24 31:1 31:6 31:8 31:16 31:17 | |
| stuff(4) 33:9 81:11 107:10 122:5 | | supposed(3) 100:16 113:8 117:13 | | 81:24 84:2 84:6 84:13 85:8 85:10 85:20 | | 31:21 31:25 32:7 32:8 32:20 32:23 32:25 | |
| sub(1) 42:14 | | sure(27) 11:7 13:19 14:5 21:7 24:14 29:18 | | 85:23 86:1 87:8 88:20 92:22 93:21 94:8 | | 33:3 33:7 33:7 33:18 33:22 33:23 33:25 | |
| subject(20) 16:5 20:21 22:4 25:19 26:21 | | 32:15 36:2 39:1 62:7 70:16 85:16 101:23 | | 96:9 96:12 96:13 97:9 97:9 99:25 112:4 | | 34:1 34:15 34:18 34:22 34:23 35:24 34:24 | |
| 27:18 30:17 38:8 38:21 39:6 40:20 72:1 | | 102:1 115:17 117:3 124:7 131:14 134:13 | | 116:25 117:4 117:6 122:3 123:3 124:16 | | 35:15 35:17 35:19 35:20 35:20 35:24 36:4 | |
| 72:24 109:20 110:13 110:16 110:17 125:5 | | 138:25 141:24 143:20 147:2 149:17 151:11 | | 136:17 147:11 | | 36:5 36:6 36:10 36:13 36:13 36:14 36:15 | |
| 126:8 154:20 | | 152:15 154:13 | | | | 36:16 36:20 36:21 36:24 37:2 37:2 37:5 | |
| | | | | terrible(1) 118:8 | | 37:6 37:6 37:8 37:13 37:14 37:19 37:20 | |
| submission(2) 144:12 144:13 | | surprise(1) 113:7 | | test(2) 110:18 111:11 | | 37:22 37:24 38:3 38:4 38:6 38:8 38:9 | |
| submissions(1) 133:17 | | surprised(1) 112:25 | | testify(3) 10:11 10:21 10:23 | | 38:11 38:12 38:12 38:13 38:15 38:16 | |
| submit(16) 40:16 46:10 58:16 59:4 60:20 | | surprisingly(1) 106:17 | | testimony(9) 18:11 18:23 29:15 31:6 37:17 | | 38:25 39:1 39:2 39:11 39:14 39:20 39:23 | |
| 61:1 65:9 65:25 66:6 68:25 69:6 69:11 | | swath(1) 29:25 | | 38:3 41:6 63:25 66:12 | | 40:4 40:12 40:14 40:16 40:19 40:20 40:21 | |
| 69:23 70:23 87:14 96:5 | | swing(1) 87:17 | | | | 41:2 41:10 41:15 41:16 41:17 41:20 41:23 | |
| | | swipe(1) 88:18 | | tests(1) 70:20 | | 41:23 42:3 42:6 42:8 42:11 42:12 42:13 | |
| submits(1) 55:7 | | system(2) 31:5 31:7 | | texan(1) 71:5 | | 42:14 42:18 42:19 42:22 43:5 43:6 43:7 | |
| submitted(7) 13:3 14:16 50:7 97:22 | | systems(1) 44:17 | | texas(30) 27:2 47:4 56:3 56:20 57:15 | | 43:22 43:24 44:11 44:21 44:22 44:23 | |
| 112:20 113:21 117:1 | | table(3) 113:13 134:15 136:6 | | 57:17 58:18 61:8 71:9 72:19 73:8 74:16 | | 44:23 45:2 45:2 45:4 45:7 45:15 | |
| | | tailed(1) 17:2 | | 74:21 75:11 75:19 76:10 77:13 80:20 | | | |
| subpoena(19) 19:8 23:14 35:6 36:11 36:12 | | | | 91:23 92:11 95:3 109:9 109:15 112:7 | | | |
| 39:20 39:20 39:21 39:22 47:2 89:23 93:17 | | take(26) 8:21 10:22 12:7 15:6 17:25 20:1 | | 112:13 138:5 150:9 151:7 151:12 151:16 | | | |
| 93:22 95:20 109:1 123:4 126:23 126:24 | | 22:2 22:6 36:10 52:24 65:2 73:10 73:15 | | | | | |
| 127:3 | | 73:17 88:22 94:9 97:14 102:23 103:21 | | text(2) 55:10 67:21 | | | |
| | | 106:15 126:20 138:20 140:13 147:21 151:6 | | than(31) 6:14 31:21 35:15 46:5 56:22 | | | |
| subpoenaing(1) 61:15 | | 153:6 | | 59:13 63:25 67:17 68:25 72:22 86:12 | | | |
| subpoenas(42) 9:19 10:17 11:1 20:9 20:21 | | | | 90:21 94:5 98:3 99:14 99:19 99:22 105:13 | | | |
| 20:24 21:4 22:3 22:17 22:25 24:21 28:9 | | taken(7) 20:2 53:8 70:24 109:3 110:10 | | 105:16 110:9 118:3 120:13 122:20 123:9 | | | |
| 28:10 28:14 28:22 29:10 30:2 30:22 35:9 | | 140:2 140:25 | | 127:22 135:7 141:9 143:15 154:11 154:13 | | | |
| 35:12 36:7 38:4 40:24 41:2 41:8 41:19 | | | | 154:14 | | | |
| 41:20 45:18 46:9 47:6 54:22 55:20 72:7 | | takes(2) 85:2 86:3 | | thank(69) 5:4 5:16 6:8 6:17 6:19 6:20 | | | |
| 72:7 88:10 120:24 120:24 135:12 135:17 | | taking(6) 13:19 28:3 88:2 117:25 140:2 | | 6:24 7:6 7:7 7:16 7:17 7:25 7:25 8:2 8:5 | | | |
| 135:20 135:22 138:11 | | 146:4 | | 9:2 10:2 10:5 11:6 11:23 11:23 12:18 | | | |
| | | | | 15:15 15:15 15:17 16:12 20:18 22:1 43:10 | | | |
| subsequent(1) 38:8 | | talismanic(1) 113:2 | | 44:3 44:4 44:14 73:14 73:19 73:22 74:1 | | | |
| subsequently(1) 34:17 | | talk(21) 17:4 19:5 21:19 22:15 23:15 | | 102:18 102:19 102:20 108:12 108:13 | | | |
| subset(1) 85:9 | | 53:11 55:25 80:1 80:4 100:7 101:17 | | 108:14 112:2 112:10 112:11 112:17 112:19 | | | |
| subsidiaries(1) 54:5 | | 102:24 114:23 121:1 121:8 124:6 127:21 | | 112:23 112:24 118:15 132:18 132:19 133:7 | | | |
| subsidiary(4) 88:6 94:22 99:5 99:15 | | 130:11 131:8 141:21 155:3 | | 134:17 134:19 136:9 136:11 141:20 | | | |
| substance(1) 109:19 | | | | 142:10 147:6 148:6 150:6 154:22 154:22 | | | |
| substantial(13) 17:7 47:15 48:5 48:11 53:8 | | talked(11) 26:21 33:18 42:7 93:4 93:24 | | 154:24 156:19 157:3 157:4 157:7 | | | |
| 55:7 60:7 61:2 61:9 100:15 124:10 124:11 | | 101:6 102:7 126:6 127:13 128:11 129:17 | | | | | |
| 151:16 | | | | thanks(1) 15:13 | | | |
| | | talking(23) 9:11 17:3 33:25 54:10 63:11 | | thanksgiving(1) 155:17 | | | |
| substantially(3) 61:14 70:19 107:7 | | 65:21 74:5 79:9 80:18 85:18 87:19 91:18 | | | | | |
| substantive(2) 15:24 55:2 | | 99:25 100:1 100:9 101:9 129:2 129:25 | | | | | |
| successful(1) 61:18 | | 151:12 153:14 153:15 153:20 157:2 | | | | | |
| such(11) 13:15 34:11 47:2 50:19 58:13 | | | | | | | |
| 83:25 87:10 87:17 88:25 137:1 143:4 | | tank(1) 103:18 | | | | | |
| | | tapes(2) 31:21 52:6 | | | | | |
| sucked(1) 123:10 | | targets(2) 45:13 45:20 | | | | | |
| suddenly(1) 143:11 | | task(2) 35:4 51:1 | | | | | |
| sue(1) 105:13 | | taste(1) 117:3 | | | | | |
| sued(3) 100:17 104:21 129:9 | | taylor(2) 2:13 3:21 | | | | | |
| sues(2) 21:14 35:11 | | tcw(1) 63:24 | | | | | |
| suffer(1) 35:19 | | technical(8) 16:15 28:17 33:8 33:14 50:24 | | | | | |
| suffering(1) 55:21 | | 51:5 77:15 84:5 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **that**(301) 45:16 45:16 45:20 45:24 46:3 46:4 46:6 46:6 46:7 46:12 46:12 46:13 46:14 46:16 46:16 46:17 46:18 46:18 46:19 46:21 47:3 47:7 47:10 47:11 47:14 47:17 47:19 47:19 48:9 48:9 48:9 48:10 48:19 48:20 48:24 49:8 49:10 49:18 49:19 49:21 49:22 50:3 50:3 50:4 50:5 50:7 50:11 50:13 50:17 50:18 51:4 51:8 51:9 51:11 51:11 51:13 51:14 51:17 51:19 51:20 51:23 51:24 51:25 51:25 52:2 52:3 52:5 52:6 52:20 52:23 52:25 53:1 53:3 53:6 53:7 53:12 53:14 53:16 53:20 53:23 54:3 54:4 54:8 54:8 54:14 54:17 54:20 54:23 55:1 55:3 55:6 55:18 55:19 56:1 56:2 56:3 56:4 56:7 56:7 56:11 56:12 56:12 56:15 56:16 56:19 56:22 57:1 57:7 57:13 57:16 57:23 58:1 58:2 58:6 58:10 58:11 58:16 59:6 59:10 59:16 59:16 59:18 59:22 60:1 60:2 60:2 60:6 60:7 60:11 60:14 60:15 60:17 60:19 60:25 61:1 61:5 61:7 61:11 61:21 61:24 62:4 62:8 62:16 62:21 62:22 63:15 63:18 63:22 64:3 64:11 64:21 64:23 64:25 65:6 65:9 65:14 65:25 66:1 66:8 66:11 66:12 66:15 66:20 66:25 67:1 67:2 67:3 67:4 67:5 67:7 67:20 67:21 67:22 67:23 68:2 68:8 68:10 68:13 68:18 68:22 69:1 69:6 69:6 69:11 69:15 69:15 69:16 69:20 69:20 69:22 69:22 69:23 69:23 70:4 70:7 70:14 70:15 70:19 70:20 70:23 71:9 71:12 71:13 71:23 72:4 72:12 72:21 73:2 73:7 73:10 73:11 73:12 74:10 75:3 75:3 75:7 75:15 75:20 75:23 75:24 76:3 76:20 77:4 77:6 77:8 77:19 77:22 77:25 78:2 78:12 78:15 79:8 79:9 79:11 79:17 79:18 79:18 79:22 79:23 80:1 80:4 80:5 80:13 80:16 80:17 80:18 80:24 81:3 81:4 81:6 81:11 81:13 81:13 81:14 81:17 81:17 81:19 81:19 81:20 81:20 81:25 82:2 82:6 82:9 82:11 82:12 82:15 82:21 82:21 82:21 82:22 82:23 82:24 82:25 83:3 83:4 83:7 83:8 83:9 83:11 83:13 83:16 83:20 83:21 83:21 83:24 84:1 84:3 84:5 84:6 84:6 84:8 84:13 84:16 84:17 84:18 84:18 84:22 | | **that**(301) 84:23 84:24 84:25 85:2 85:5 85:10 85:10 85:12 85:16 85:16 85:17 85:18 86:3 86:5 86:5 86:8 86:11 86:11 86:15 86:18 86:19 86:19 86:21 87:8 87:10 87:15 87:23 87:25 88:1 88:1 88:5 88:8 88:10 88:11 88:13 88:18 89:1 89:9 89:21 90:5 90:5 90:10 90:11 90:13 90:16 90:18 90:21 90:22 90:24 91:6 91:10 91:25 92:4 92:10 92:16 92:16 92:17 92:18 92:19 92:24 92:25 93:1 93:3 93:5 93:7 93:13 93:14 93:24 93:25 94:2 94:4 94:5 94:9 94:13 94:16 94:18 95:4 95:9 95:12 95:12 95:13 95:14 95:14 95:24 96:1 96:1 96:4 96:5 96:6 96:7 96:10 96:17 96:18 96:19 96:20 96:22 97:3 97:4 97:5 97:7 97:10 97:20 97:25 98:6 98:7 98:10 98:18 98:19 98:20 98:21 98:22 98:22 98:24 99:7 99:8 99:10 99:12 99:18 100:1 100:4 100:6 100:19 100:21 100:23 100:24 100:25 101:2 101:6 101:7 101:7 101:8 101:11 101:12 101:14 101:18 101:19 101:20 101:21 101:22 101:25 102:1 102:5 102:9 102:14 102:17 102:18 103:1 103:14 103:19 103:22 103:23 103:24 104:3 104:6 104:11 104:14 104:18 104:19 104:20 104:24 104:25 105:2 105:7 105:12 105:17 105:18 106:1 106:8 106:11 106:25 107:13 107:18 108:4 108:10 108:24 109:8 109:9 109:20 110:1 110:5 110:6 110:10 110:10 110:13 110:15 110:21 110:22 111:3 111:3 111:5 111:7 111:8 111:10 112:1 112:2 112:5 113:5 113:8 113:15 113:17 113:20 113:21 113:25 114:2 114:3 114:4 114:6 114:18 114:21 114:22 115:4 115:5 115:5 115:7 115:14 115:17 115:19 116:4 116:13 116:13 116:21 116:23 116:25 117:2 117:7 117:10 117:11 117:17 117:20 117:21 117:24 118:7 118:10 118:25 119:7 119:15 119:22 120:1 120:2 120:4 120:5 120:6 120:9 120:10 120:10 120:12 120:12 120:14 120:16 120:22 121:3 121:3 121:5 121:5 121:6 121:10 121:15 121:16 121:24 122:1 122:2 122:3 122:6 122:8 122:13 122:20 122:22 122:24 123:2 123:2 123:5 123:6 123:7 123:17 123:19 123:20 123:21 123:25 124:1 124:2 124:5 124:6 124:9 124:9 124:11 124:13 124:17 124:17 124:18 124:24 124:24 125:1 125:4 125:5 125:6 125:15 125:16 125:17 125:19 | | **that**(208) 125:20 125:21 126:5 126:25 127:2 127:5 127:6 127:20 127:22 127:25 128:3 128:5 128:5 128:7 128:8 128:8 128:12 128:17 128:18 128:22 129:12 129:16 129:19 129:20 129:21 129:22 129:22 129:23 129:23 129:24 129:24 129:24 130:1 130:3 130:3 130:5 130:11 130:11 130:13 130:13 130:13 130:15 130:16 130:16 130:16 130:18 130:19 130:19 131:3 131:6 131:11 131:11 131:11 131:12 131:12 131:15 131:19 131:20 132:13 132:15 133:24 133:24 134:1 134:8 134:13 134:14 134:14 134:14 134:14 134:18 134:23 134:24 134:25 135:1 135:1 135:8 135:8 135:8 135:13 135:15 135:17 135:20 136:3 136:5 136:7 136:16 136:17 136:17 136:18 136:20 136:21 136:22 137:3 137:9 137:13 137:19 137:20 137:23 138:3 138:10 138:10 138:14 138:15 138:15 138:21 138:21 138:22 138:25 139:2 139:3 139:3 139:6 139:15 139:17 139:17 140:2 140:14 140:15 140:17 140:22 140:23 141:1 141:4 141:8 141:15 141:17 141:17 141:18 141:20 142:1 142:8 142:17 142:22 142:25 142:25 143:1 143:5 143:6 143:9 143:9 143:11 143:13 143:14 143:14 143:17 143:19 143:20 143:22 143:23 143:24 143:13 144:24 145:1 145:3 145:5 145:6 146:1 146:2 146:3 146:9 146:10 146:13 146:19 146:24 147:1 147:2 147:3 147:12 147:25 147:25 148:9 148:11 148:13 148:16 148:18 149:8 149:8 149:18 149:19 149:25 150:10 150:13 150:23 151:3 151:6 151:17 151:21 151:21 152:1 152:10 152:13 152:19 153:23 153:25 154:11 154:19 154:22 154:25 154:25 155:6 155:16 156:5 156:7 156:17 156:17 156:20 156:24 156:25 157:5 157:15 | | **the**(301) 1:1 1:2 1:19 2:7 3:38 5:2 5:3 5:7 5:10 5:13 5:16 5:18 5:19 5:20 5:21 5:23 5:25 5:25 6:4 6:5 6:7 6:11 6:14 6:14 6:15 6:16 6:17 6:18 6:20 6:23 7:2 7:4 7:8 7:10 7:13 7:14 7:17 7:19 7:25 8:3 8:6 8:7 8:10 8:13 8:17 8:18 8:21 8:23 9:2 9:4 9:5 9:8 9:10 9:12 9:12 9:15 9:17 9:19 9:20 9:22 9:24 10:2 10:3 10:4 10:5 10:7 10:12 10:13 10:14 10:15 10:16 10:17 10:19 10:20 10:21 10:22 10:23 10:25 11:1 11:1 11:2 11:2 11:3 11:5 11:8 11:12 11:12 11:12 11:14 11:17 11:18 11:20 11:23 12:1 12:4 12:4 12:6 12:9 12:10 12:11 12:13 12:14 12:16 12:17 12:18 12:19 12:19 12:24 13:1 13:2 13:5 13:6 13:6 13:8 13:11 13:12 13:13 13:18 13:20 13:23 13:24 13:25 14:1 14:5 14:6 14:9 14:11 14:14 14:18 14:20 14:20 14:21 14:24 15:2 15:8 15:11 15:14 15:18 15:20 15:23 15:24 15:24 16:1 16:3 16:5 16:5 16:8 16:10 16:11 16:12 16:14 16:16 16:16 16:19 16:21 16:23 17:1 17:2 17:3 17:7 17:11 17:19 17:22 18:5 18:6 18:8 18:8 18:9 18:9 18:13 18:13 18:18 18:18 18:20 18:22 18:22 18:23 19:1 19:3 19:5 19:7 19:8 19:11 19:19 19:20 19:21 19:21 19:22 19:23 20:10 20:12 20:14 20:14 20:19 20:21 21:5 21:8 21:12 21:17 21:19 21:22 21:24 21:24 22:3 22:4 22:5 22:15 22:20 22:21 22:22 22:23 22:23 22:25 22:25 23:2 23:6 23:7 23:10 23:10 23:11 23:15 23:20 23:20 23:21 23:24 23:25 24:1 24:2 24:2 24:6 24:14 24:15 24:16 24:17 24:20 24:21 24:21 24:23 24:24 25:1 25:3 25:3 25:4 25:6 25:8 25:8 25:9 25:9 25:10 25:10 25:11 25:12 25:12 25:16 25:17 25:20 25:21 25:24 26:3 26:5 26:6 26:7 26:8 26:8 26:11 26:11 26:12 26:12 26:12 26:13 26:14 26:16 26:16 26:17 26:17 26:18 26:18 26:19 26:19 26:20 26:22 26:23 27:2 27:2 27:4 27:5 27:6 27:6 27:7 27:10 27:10 27:10 27:11 27:12 27:14 27:16 27:16 27:19 27:21 27:22 27:23 |
| | | | | **that's**(105) 74:25 76:11 77:20 79:12 80:12 82:17 83:10 83:14 83:16 84:1 84:3 84:4 84:15 85:7 86:8 86:9 89:13 89:14 89:20 90:3 92:13 92:13 92:18 94:2 94:8 94:9 94:20 95:11 95:21 96:6 96:15 96:24 97:12 97:25 98:19 99:10 100:1 100:2 100:5 100:13 101:11 102:1 102:9 104:5 104:10 104:15 107:11 108:10 108:18 108:23 109:13 110:3 110:9 110:15 111:4 111:5 111:7 111:11 111:19 113:6 115:13 115:20 116:1 117:23 118:23 119:12 120:6 120:15 121:23 122:4 122:4 122:6 122:6 122:21 123:4 123:9 123:13 123:14 123:21 127:12 129:3 129:25 130:6 130:20 131:3 131:4 131:15 134:11 135:3 136:4 139:1 140:16 140:24 141:12 145:2 146:6 149:1 150:12 150:12 153:1 153:13 154:13 155:13 155:18 156:12 | |
| | | | | **that's**(41) 5:8 5:18 8:13 8:13 11:14 11:15 13:1 16:10 17:15 19:22 24:24 24:17 27:4 29:9 34:10 34:20 34:22 35:13 37:24 38:15 39:23 41:16 47:22 48:15 48:23 49:21 54:18 57:3 57:7 57:14 58:19 60:20 61:6 63:13 65:11 65:23 68:4 71:5 71:18 72:14 73:4 | |
| | | | | **thau**(1) 4:34 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) 27:24 28:2 28:2 28:3 28:5 28:8 28:9 28:15 28:15 28:17 28:19 28:20 28:23 28:24 29:3 29:3 29:6 29:7 29:10 29:13 29:14 29:15 29:15 29:15 29:17 29:22 30:2 30:2 30:4 30:4 30:5 30:6 30:7 30:7 30:11 30:11 30:14 30:15 30:16 30:17 30:18 30:18 30:19 30:24 30:25 30:25 31:1 31:2 31:2 31:9 31:16 31:23 32:1 32:2 32:3 32:3 32:4 32:4 32:4 32:5 32:7 32:7 32:9 32:15 32:16 32:24 32:25 33:2 33:5 33:6 33:6 33:7 33:17 33:17 33:20 33:21 33:22 33:24 34:2 34:3 34:4 34:5 34:6 34:8 34:9 34:10 34:10 34:12 34:15 34:16 34:17 34:17 34:18 34:21 34:22 34:24 34:25 35:3 35:4 35:4 35:5 35:6 35:6 35:10 35:13 35:13 35:16 35:18 35:19 35:19 35:22 35:24 36:2 36:4 36:8 36:12 36:13 36:15 36:16 36:18 36:19 36:21 36:21 36:24 36:25 37:2 37:4 37:4 37:5 37:7 37:8 37:10 37:12 37:13 37:14 37:19 37:20 37:21 37:23 37:23 37:24 37:25 37:25 38:1 38:2 38:11 38:13 38:13 38:15 38:23 38:25 38:25 39:1 39:2 39:9 39:11 39:12 39:12 39:13 39:13 39:17 39:20 39:20 39:21 39:21 39:22 39:23 39:24 40:2 40:3 40:3 40:7 40:7 40:7 40:9 40:10 40:13 40:13 40:14 40:15 40:16 40:17 40:17 40:18 40:19 40:19 40:22 40:24 40:25 41:1 41:2 41:5 41:6 41:10 41:11 41:15 41:16 41:19 41:21 41:21 41:25 42:2 42:3 42:4 42:4 42:5 42:5 42:6 42:8 42:8 42:9 42:11 42:11 42:12 42:15 42:20 42:20 42:21 42:22 42:22 43:3 43:6 43:8 43:8 43:9 43:10 43:14 43:15 43:19 43:20 43:25 44:2 44:3 44:5 44:7 44:11 44:11 44:14 44:17 44:17 44:19 44:22 44:25 44:25 45:2 45:4 45:5 45:6 45:24 45:25 46:1 46:2 46:3 46:3 46:7 46:10 46:12 46:14 46:15 46:15 46:16 46:17 46:17 46:18 46:19 46:21 46:22 46:25 47:4 47:8 47:9 47:11 47:12 47:14 47:15 47:22 47:25 48:1 48:2 48:5 48:6 48:6 48:7 48:8 48:10 48:11 48:11 48:13 48:13 48:15 48:17 48:19 48:23 48:23 49:7 49:14 49:15 49:16 | | the(301) 49:16 49:20 49:22 50:1 50:2 50:16 50:19 50:20 50:25 51:1 51:2 51:3 51:6 51:8 51:8 51:11 51:13 51:16 51:18 51:18 51:19 51:21 51:22 51:25 52:3 52:3 52:5 52:7 52:13 52:14 52:16 52:21 52:22 52:24 52:25 53:2 53:4 53:4 53:8 53:9 53:12 53:12 53:13 53:20 53:21 54:1 54:11 54:12 54:15 54:15 54:16 54:25 55:2 55:4 55:4 55:4 55:5 55:5 55:6 55:6 55:7 55:8 55:10 55:13 55:13 55:14 55:20 55:21 56:2 56:3 56:5 56:7 56:14 56:15 56:16 56:17 56:19 56:20 56:24 57:1 57:3 57:4 57:6 57:10 57:13 57:14 57:17 57:17 57:20 58:3 58:6 58:6 58:7 58:10 58:18 58:18 58:24 59:1 59:1 59:8 59:8 59:9 59:11 59:11 59:25 60:2 60:8 60:8 60:9 60:14 60:19 60:22 61:1 61:4 61:6 61:7 61:8 61:11 61:12 61:12 61:16 61:16 61:21 61:22 62:6 62:12 62:18 62:20 62:22 62:25 63:1 63:3 63:5 63:9 63:10 63:21 63:22 63:23 63:25 64:1 64:2 64:6 64:11 64:17 64:18 64:18 64:19 64:19 64:21 65:3 65:7 65:10 65:11 65:15 65:14 65:16 65:18 65:24 65:24 66:4 66:5 66:8 66:9 66:13 66:16 66:17 66:17 66:18 66:19 66:19 66:20 66:21 66:22 66:23 66:23 66:25 66:25 67:2 67:3 67:3 67:3 67:4 67:6 67:6 67:11 67:12 67:13 67:15 67:16 67:16 67:17 67:18 67:19 67:19 67:20 67:24 67:25 68:9 68:11 68:11 68:12 68:14 68:16 68:17 68:19 68:20 68:21 68:23 69:2 69:2 69:4 69:6 69:7 69:10 69:12 69:12 69:13 69:15 69:17 69:17 69:19 69:19 69:24 69:24 69:25 70:2 70:5 70:6 70:7 70:8 70:10 70:11 70:15 70:17 70:19 70:20 70:22 71:4 71:5 71:8 71:8 71:12 71:16 71:20 71:23 71:24 71:25 72:1 72:3 72:3 72:4 72:5 72:11 72:16 72:17 72:18 72:18 72:19 72:22 72:21 72:24 72:25 73:1 73:4 73:6 73:7 73:10 73:12 73:15 73:21 73:22 73:25 74:2 74:5 74:6 74:8 74:10 74:12 74:15 74:16 74:18 74:21 74:22 74:24 75:4 75:7 75:10 75:11 75:12 75:12 75:13 75:15 | | the(301) 75:15 75:22 76:1 76:7 76:7 76:8 76:8 76:9 76:10 76:12 76:12 76:14 76:14 76:16 76:17 76:20 76:21 76:22 76:22 76:23 76:23 76:23 76:25 76:25 77:1 77:1 77:2 77:3 77:4 77:9 77:12 77:13 77:14 77:15 77:15 77:22 77:23 77:24 78:3 78:3 78:4 78:6 78:6 78:8 78:13 78:15 78:19 78:20 78:23 78:25 79:1 79:6 79:7 79:7 79:8 79:8 79:9 79:10 79:10 79:17 79:22 79:23 80:2 80:4 80:5 80:7 80:12 80:14 80:17 80:19 80:22 80:24 80:25 81:5 81:8 81:11 81:14 81:15 81:16 81:18 81:20 81:24 81:25 82:6 82:11 82:12 82:12 82:13 83:2 82:17 82:20 82:20 82:25 83:1 83:3 83:4 83:5 83:9 83:14 83:15 83:18 83:22 83:22 83:25 83:25 84:4 84:5 84:10 84:13 84:20 84:20 84:24 85:2 85:4 85:5 85:5 85:6 85:7 85:8 85:10 85:11 85:12 85:12 85:15 85:14 85:17 85:20 85:24 86:2 86:9 86:11 86:11 86:14 86:16 86:16 86:17 86:17 86:19 87:1 87:2 87:8 87:8 87:11 87:11 87:11 87:13 87:13 87:13 87:15 88:3 88:8 88:8 88:9 88:9 88:10 88:13 88:14 88:14 88:17 88:22 88:24 89:2 89:3 89:3 89:4 89:6 89:6 89:8 89:9 89:15 89:16 89:17 89:19 89:21 89:25 90:1 90:2 90:2 90:5 90:7 90:10 90:11 90:13 90:14 90:16 90:18 90:21 91:4 91:15 91:22 91:22 91:25 92:2 92:7 92:9 92:11 92:13 92:16 92:16 92:19 92:21 92:22 92:22 92:22 92:23 92:25 93:1 93:1 93:1 93:4 93:6 93:7 93:8 93:9 93:10 93:11 93:12 93:13 93:14 93:15 93:17 93:18 93:19 93:23 93:25 94:7 94:7 94:8 94:11 94:13 94:14 94:19 94:20 94:20 94:21 94:22 95:2 95:4 95:6 95:8 95:9 95:10 95:12 95:14 95:18 95:21 95:23 96:3 96:4 96:6 96:7 96:9 96:9 96:16 96:19 96:23 96:24 97:7 97:9 97:10 97:12 97:15 97:16 97:18 97:19 97:19 97:21 97:22 97:24 98:2 98:4 98:7 98:8 98:9 98:9 98:13 98:16 98:16 98:23 99:1 99:7 99:9 99:9 99:10 99:11 99:12 99:16 99:19 99:20 99:22 100:1 100:1 100:4 100:6 100:7 100:7 | | the(301) 100:8 100:9 100:10 100:12 100:16 100:16 100:17 100:24 100:25 100:25 101:2 101:4 101:5 101:7 101:8 101:10 101:13 101:18 101:18 101:22 101:24 101:24 101:24 102:3 102:7 102:9 102:9 102:10 102:14 102:15 102:16 102:16 102:17 102:18 102:20 102:24 102:25 103:1 103:2 103:5 103:6 103:6 103:8 103:10 103:11 103:12 103:13 103:14 103:19 103:20 103:21 103:23 103:24 104:2 104:4 104:4 104:7 104:9 104:11 104:11 104:12 104:12 104:14 104:16 104:17 104:19 104:20 104:21 104:22 105:5 105:5 105:5 105:7 105:8 105:9 105:10 105:12 105:13 105:14 105:18 105:18 105:19 105:19 105:20 105:20 105:21 105:21 105:25 106:1 106:2 106:3 106:3 106:5 106:5 106:6 106:10 106:11 106:12 106:14 106:17 106:18 106:21 106:23 106:25 107:1 107:1 107:3 107:6 107:14 107:20 107:21 107:21 107:22 107:22 107:23 107:24 107:25 108:1 108:2 108:3 108:4 108:6 108:6 108:7 108:8 108:12 108:14 108:16 108:20 108:23 108:24 109:2 109:3 109:5 109:7 109:9 109:13 109:14 109:15 109:18 109:21 109:22 109:23 109:24 109:25 110:1 110:3 110:4 110:7 110:9 110:10 110:14 110:15 110:17 110:18 110:21 110:22 111:3 111:3 111:4 111:5 111:5 111:6 111:7 111:8 111:8 111:9 111:10 111:11 111:15 111:16 111:18 111:19 111:22 112:3 112:5 112:6 112:7 112:8 112:9 112:10 112:13 112:17 112:22 112:25 113:1 113:4 113:5 113:9 113:13 113:18 113:19 113:22 113:23 114:1 114:2 114:6 114:6 114:9 114:9 114:10 114:10 114:13 114:17 114:20 115:1 115:2 115:3 115:4 115:9 115:10 115:13 115:15 115:19 115:23 116:1 116:3 116:3 116:5 116:6 116:10 116:12 116:16 116:19 116:21 116:22 116:23 116:25 117:2 117:3 117:4 117:5 117:8 117:9 117:9 117:10 117:11 117:11 117:12 117:18 117:20 117:21 117:22 117:25 118:1 118:2 118:7 118:10 118:15 118:17 118:19 118:20 118:21 118:23 119:2 119:4 119:4 119:5 119:6 119:6 119:8 119:8 119:10 119:14 119:15 119:16 119:16 119:17 119:18 119:22 119:23 119:24 119:25 120:4 120:9 120:11 120:15 120:17 120:18 120:18 120:20 120:22 120:24 121:8 121:16 121:20 121:23 121:25 122:6 122:12 122:18 122:18 122:21 122:22 122:22 122:23 123:1 123:8 123:11 123:11 123:13 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the**(301) 123:14 123:16 123:16 123:17 124:3 124:5 124:7 124:10 124:11 124:16 124:16 124:17 124:19 124:23 124:23 125:1 125:2 125:3 125:4 125:7 125:8 125:9 125:12 125:13 125:14 125:14 125:16 125:17 125:19 125:19 125:21 125:23 125:24 126:2 126:7 126:9 126:10 126:10 126:12 126:13 126:13 126:15 126:16 126:18 126:18 126:19 126:22 126:24 126:25 126:25 127:2 127:4 127:6 127:6 127:7 127:9 127:12 127:13 127:14 127:16 127:17 127:20 127:23 127:23 127:24 127:25 128:1 128:1 128:4 128:6 128:7 128:7 128:10 128:11 128:12 128:15 128:16 128:17 128:17 128:19 128:20 128:21 129:2 129:3 129:4 129:4 129:6 129:6 129:7 129:7 129:8 129:10 129:10 129:11 129:14 129:14 129:15 129:18 129:20 129:22 129:24 130:10 130:18 130:20 130:21 130:22 130:22 131:1 131:2 131:2 131:3 131:3 131:6 131:7 131:7 131:10 131:10 131:12 131:14 131:18 131:20 131:22 131:24 131:25 132:1 132:2 132:6 132:6 132:8 132:11 132:15 132:18 132:20 132:24 133:2 133:4 133:4 133:6 133:8 133:9 133:10 133:12 133:13 133:14 133:16 133:18 133:19 133:20 133:21 133:25 133:25 134:1 134:2 134:6 134:8 134:9 134:9 134:10 134:13 134:15 134:16 134:17 134:20 134:21 134:23 135:2 135:3 135:4 135:5 135:6 135:7 135:7 135:8 135:10 135:11 135:13 135:14 135:15 135:16 135:17 135:19 135:21 135:21 135:22 135:24 136:1 136:2 136:3 136:5 136:5 136:6 136:9 136:11 136:14 136:16 136:19 136:20 136:22 137:1 137:7 137:7 137:8 137:12 137:20 137:22 137:24 138:1 138:1 138:5 138:8 138:9 138:10 138:10 138:11 138:12 138:13 138:17 138:21 138:22 138:22 139:1 139:1 139:3 139:8 139:10 139:13 139:14 139:14 139:16 139:18 139:18 139:20 139:25 140:3 140:5 140:6 140:11 140:11 140:12 140:19 140:20 140:24 141:4 141:6 141:7 141:7 141:7 141:8 141:10 141:12 141:16 141:16 141:20 141:25 142:1 142:2 142:4 142:9 142:11 142:11 142:12 142:13 142:17 142:17 142:20 142:22 142:22 143:2 143:2 143:3 143:3 143:5 143:7 143:7 143:12 143:16 143:17 143:18 143:23 144:2 144:3 144:4 144:6 144:8 144:9 144:10 144:10 144:13 144:14 144:15 144:18 144:19 144:20 144:22 144:23 144:25 145:1 145:1 145:4

**their**(64) 13:21 13:21 13:22 13:24 16:7 18:16 20:23 22:13 24:7 24:25 25:15 27:7 28:24 29:1 34:6 36:9 37:9 48:9 57:24 58:11 58:15 66:11 69:10 70:23 77:10 77:10 77:11 80:2 80:11 80:14 86:18 87:16 91:1 91:16 92:4 94:12 96:2 96:16 98:1 100:3 100:3 103:15 104:12 105:23 106:2 110:3 110:18 110:20 111:16 113:4 113:6 116:18 118:11 122:11 124:9 127:17 130:16 134:21 136:12 140:13 143:1 144:3 144:22 151:24

**them**(72) 5:14 12:19 16:25 17:15 18:10 19:13 23:23 23:23 24:25 25:3 25:15 25:18 29:18 30:15 32:11 33:22 35:23 36:12 36:19 40:9 43:4 46:5 46:22 50:9 50:23 51:1 52:15 52:25 53:1 56:8 57:18 59:18 60:17 60:19 64:23 68:5 72:20 74:15 78:22 80:9 80:16 80:17 81:15 83:6 94:12 95:5 95:7 96:14 96:15 97:17 106:14 113:19 114:13 115:21 117:13 118:14 120:19 121:4 123:13 123:14 123:18 130:18 136:25 142:11 147:16 148:18 149:10 151:2 151:22 152:24 152:25 153:1

**theme**(1) 75:24

**themes**(1) 79:19

**themselves**(8) 28:19 52:1 69:9 98:1 109:25 111:17 143:2 150:7

**then**(91) 8:4 8:20 9:4 14:25 15:16 16:13 16:16 19:16 20:22 22:3 22:6 23:12 23:17 25:23 27:15 31:7 31:11 31:25 32:9 32:20 34:17 35:1 35:9 35:11 38:18 39:12 39:15 41:5 41:11 46:20 48:1 52:17 57:1 64:13 65:6 73:9 73:18 75:16 76:24 77:5 78:8 78:19 78:21 79:4 79:9 81:5 81:21 82:14 82:19 83:11 83:15 84:3 84:8 86:6 86:9 86:14 86:20 87:16 90:13 90:18 93:23 94:24 95:12 96:5 96:23 99:5 99:22 100:6 100:14 100:17 101:13 104:2 120:20 124:5 124:18 125:11 126:23 127:5 131:16 131:23 140:17 141:14 142:6 145:5 150:4 150:19 150:21 151:25 153:6 156:14 156:14

**theories**(1) 66:5

**there**(125) 5:24 8:24 9:10 11:2 11:4 16:2 16:20 17:4 17:8 17:15 17:24 19:16 19:18 20:6 20:17 20:24 21:5 22:11 22:12 23:12 24:8 25:2 25:21 25:23 27:8 27:18 27:22 28:7 30:10 30:21 31:3 33:18 36:18 39:16 40:1 40:25 41:9 41:18 42:2 42:9 42:20 43:13 44:22 44:23 47:22 47:22 48:10 48:12 52:16 53:11 54:14 55:8 56:14 65:13 69:11 70:13 70:20 71:10 74:20 76:15 81:11 81:15 83:8 83:8 83:9 83:24 84:14 84:18 84:21 85:19 86:8 86:19 89:19 90:16 92:3 92:10 92:20 97:1 97:8 98:20 99:4 100:5 102:2 102:13 106:2 106:8 106:16 106:20 107:22 109:22 110:22 113:15 113:24 114:18 115:5 115:18 117:15 117:23 122:8 122:9 123:18 124:20 125:1 125:25 126:13 127:15 127:25 130:2 133:21 133:25 136:15 136:17 136:19 136:23 138:3 142:5 143:19 148:10 149:2 149:8 150:8 151:16 151:21 152:8 154:3 154:15

**there's**(46) 77:4 84:16 84:22 84:22 85:15 90:8 90:10 91:7 92:12 92:15 95:10 96:22 99:6 99:8 100:24 101:14 102:1 105:3 107:10 107:12 107:24 108:22 109:1 109:19 110:7 111:20 112:2 112:5 114:23 116:8 118:12 119:12 120:2 120:14 122:5 123:12 126:23 126:23 126:24 127:19 129:9 140:1 140:24 142:24 150:13 152:7

**thereafter**(2) 138:9 143:12

**therefore**(9) 20:15 22:10 22:20 51:9 59:19 71:2 125:18 131:1 138:12

**therein**(1) 152:11

**there's**(19) 9:6 12:17 17:7 18:2 18:2 18:12 23:13 23:18 24:4 24:10 24:11 24:11 29:12 31:13 31:19 32:12 43:2 57:8 68:5

**these**(112) 10:17 10:19 10:25 12:14 17:10 18:11 22:17 23:22 24:24 25:18 26:15 26:23 27:11 28:21 29:5 30:2 30:21 31:23 31:25 32:9 33:13 33:13 35:14 36:4 36:5 39:7 40:5 40:24 41:14 43:2 43:24 44:1 44:22 46:4 46:14 46:15 47:1 47:5 49:3 49:6 53:12 53:14 54:8 55:16 60:8 62:2 62:17 71:2 71:19 72:8 75:16 76:1 76:6 78:1 78:5 78:10 78:11 79:15 79:16 81:6 83:23 85:24 85:25 86:4 86:24 86:25 89:1 90:11 90:14 91:13 91:18 92:15 93:4 94:2 94:16 95:4 96:21 97:7 97:22 97:23 99:3 100:2 100:18 101:3 102:5 102:5 105:2 106:13 108:6 112:4 113:7 117:10 120:11 120:24 124:19 125:7 127:14 130:8 130:24 134:2 134:4 137:3 140:12 140:22 142:25 143:8 143:15 151:21 152:23 153:22 154:12

**they**(182) 5:14 7:14 7:14 9:22 11:19 13:14 13:20 17:14 19:8 19:9 19:10 19:12 19:19 20:8 20:9 21:3 22:10 22:12 23:10 23:10 23:12 23:13 23:13 23:14 23:17 23:19 23:22 23:24 23:24 23:25 24:7 24:24 25:1 25:7 25:14 25:21 27:7 28:14 28:18 28:23 29:11 29:18 29:18 29:20 29:22 29:24 30:14 30:19 35:12 36:1 36:8 36:10 36:13 36:13 37:13 38:4 39:18 39:18 39:19 40:6 40:21 43:7 46:10 46:11 50:12 50:24 51:2 51:3 51:18 51:25 53:1 54:11 54:12 54:21 56:1 57:24 60:1 60:2 60:2 60:3 60:4 60:5 60:17 63:12 64:2 64:3 64:13 65:2 65:3 65:6 67:7 68:1 68:2 68:6 70:24 70:25 76:15 77:9 78:3 78:3 78:14 79:25 80:3 81:13 81:14 81:16 83:5 83:11 86:22 86:25 87:21 89:7 90:3 90:6 90:7 90:10 91:2 91:7 91:11 91:20 92:8 92:10 95:5 96:2 97:25 98:23 99:7 99:10 99:11 99:20 100:16 100:17 100:17 100:17 100:17 102:10 103:15 103:18 104:2 104:10 109:25 113:3 113:15 113:15 113:16 114:4 116:10 116:20 117:5 117:13 120:14 120:21 120:22 123:17 124:1 124:21 127:1 127:6 127:7 127:10 127:13 127:22 130:1 130:16 130:19 130:20 135:18 136:21 136:22 136:25 137:1 139:22 142:21 143:5 144:23 148:18 148:19 149:15 150:7 151:2 151:21 153:17

**they'll**(1) 148:17

**they're**(34) 77:8 78:1 82:3 85:25 86:1 87:21 90:12 90:19 90:21 92:2 92:17 96:10 96:14 96:23 99:22 99:23 100:1 101:9 109:23 109:24 109:24 111:15 111:17 113:20 117:17 117:21 117:22 118:1 122:4 126:21 127:3 130:15 135:1 154:19

**they've**(13) 76:10 80:17 86:23 90:20 91:19 91:24 122:10 122:10 136:12 139:20 144:22 147:14 150:2

**they'll**(2) 36:19 62:3

**they're**(12) 9:18 13:14 19:20 20:6 27:6 27:6 28:16 36:1 40:18 64:2 71:1 73:9

**they've**(5) 7:11 11:18 17:1 29:6 35:25

**thing**(16) 16:14 19:15 19:19 28:2 28:17 35:13 35:18 84:10 88:8 95:17 119:20 122:7 123:1 128:20 130:18 130:22

**things**(28) 11:18 18:5 19:11 32:22 43:6 56:4 64:11 80:16 83:20 83:23 85:12 90:20 91:11 92:24 94:25 97:22 98:21 102:9 106:21 113:17 115:3 118:8 121:6 121:12 121:14 125:13 140:6 155:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**think(196)** 8:13 11:11 11:19 16:24 17:1 17:2 17:9 17:16 17:19 19:4 20:1 22:20 22:22 23:13 23:18 24:4 28:15 29:11 32:3 35:20 36:5 37:16 37:22 41:4 41:15 43:5 43:7 43:7 43:12 43:13 46:7 47:19 48:10 48:14 53:17 54:11 54:17 55:13 56:5 58:5 59:9 59:24 64:2 64:4 65:13 66:16 71:18 72:5 72:14 72:15 72:20 73:4 73:16 75:5 80:16 81:17 82:10 82:14 82:21 83:7 84:21 84:22 84:24 85:2 85:17 85:24 85:25 86:3 86:5 87:19 88:9 89:7 89:9 90:19 90:20 90:21 92:18 92:21 93:6 93:15 94:5 95:12 95:13 95:15 95:18 96:1 96:19 98:8 98:10 98:19 98:19 98:20 98:22 100:6 100:13 100:23 101:11 103:3 104:5 104:11 105:4 106:10 106:23 110:1 112:8 112:20 113:12 113:22 114:1 114:2 114:11 114:13 116:14 116:23 117:7 117:17 118:21 119:8 119:18 120:6 120:13 120:14 121:5 121:6 121:11 121:14 121:24 122:3 122:4 122:12 123:6 124:18 124:20 127:1 129:15 129:19 129:12 131:4 131:4 131:5 131:6 132:1 132:7 134:8 134:21 135:1 135:3 135:8 135:13 136:1 137:7 137:11 137:21 138:2 138:15 138:21 138:21 138:24 139:3 139:4 140:7 140:10 141:12 141:14 141:16 141:21 141:24 142:7 142:14 143:12 143:14 144:1 144:3 144:7 144:15 144:20 145:1 145:3 145:13 145:21 146:11 147:2 147:22 148:3 149:17 150:7 150:11 150:14 151:21 151:4 151:6 153:16 153:21 153:25 155:2

**thinking(2)** 44:9 98:4
**thinks(1)** 131:8
**third(23)** 10:25 30:23 39:9 40:16 45:17 76:6 76:11 76:13 79:5 79:15 85:6 86:9 96:21 98:24 99:8 103:12 105:15 106:4 110:8 111:12 129:13 130:9 131:1

**third-party(21)** 10:17 37:14 40:2 46:8 46:9 46:24 47:1 54:22 58:8 65:19 67:9 67:13 67:14 67:23 68:10 68:15 68:16 69:7 70:8 70:18 70:19

**this(271)** 5:11 8:18 10:11 11:13 15:23 16:19 20:8 20:11 21:2 21:15 22:5 22:16 23:1 23:19 24:5 24:6 24:8 25:11 26:24 27:12 27:14 29:9 29:11 30:5 30:6 31:19 32:1 32:18 32:19 33:1 33:6 33:8 33:9 33:15 33:16 34:12 35:1 35:7 36:22 36:25 37:22 38:9 38:24 39:16 39:18 39:24 41:3 41:17 41:16 43:7 44:21 46:1 47:12 47:20 49:4 50:1 50:10 53:4 53:6 53:16 55:13 55:23 57:6 57:15 57:18 57:19 57:19 58:13 59:5 59:24 59:25 60:23 61:4 61:5 61:17 61:18 62:15 62:18 62:24 62:25 63:20 63:25 64:11 64:14 65:3 65:6 67:9 67:19 68:3 68:6 68:11 69:2 69:11 69:12 69:17 69:18 69:25 70:10 70:17 70:25 71:6 72:2 72:11 72:16 72:17 75:3 75:4 75:25 76:13 76:18 76:24 76:25 77:19 77:22 77:23 77:25 78:3 78:4 78:14 78:16 78:25 79:14 79:15 79:16 80:24 81:22 82:2 82:20 82:23 82:24 84:19 85:8 85:15 86:3 86:7 86:8 86:12 86:22 86:22 87:24 88:6 88:12 89:7 89:16 89:17 89:18 90:18 91:1 91:20 92:9 93:6 93:18 94:8 95:14 95:15 95:16 96:1 96:17 96:20 96:21 97:3 97:23 97:25 98:3 98:6 98:7 99:9 99:13 99:23 100:3 100:11 100:15 100:18 100:22 101:10 101:13 101:21 101:25 102:7 102:11 104:17 105:4 105:19 106:13 107:4 107:5 107:6 107:9 107:25 108:10 109:21 110:1 111:9 111:23 113:2 113:16 113:23 114:1 115:12 116:17 116:24 117:2 117:3 117:25 119:19 119:20 119:24 120:9 120:22 121:7 121:8 121:19 122:12 122:16 124:13 125:5 125:6 125:15 125:16 125:21 126:3 126:3 128:15 128:20 129:3 129:7 129:18 129:15 130:8 131:6 132:8 134:2 134:12 135:2 135:11 135:14 135:25 136:14 137:1 137:3 137:14 137:23 138:18 139:3 141:22 141:23 142:14 142:15 142:22 142:24 143:4 143:10 143:10 143:12 143:25 144:7 144:15 144:16 144:23 146:18 147:5 148:15 149:4 150:2 150:10 151:5 153:3 153:11 154:8 155:3 155:3

**thorough(2)** 131:25 134:22
**those(155)** 8:12 10:14 11:15 11:20 13:18 13:19 13:25 14:17 14:24 15:7 15:14 16:18 17:14 19:18 19:22 21:15 23:18 26:14 26:17 27:18 28:9 28:10 28:13 28:14 29:7 29:9 29:10 30:17 31:25 32:7 33:20 34:19 35:2 35:21 37:13 37:15 37:18 38:5 38:18 41:19 45:10 45:12 45:21 46:21 47:10 48:21 48:22 48:25 48:25 49:5 50:12 50:14 51:12 51:24 53:25 54:7 55:1 55:8 55:10 57:9 59:4 59:9 60:12 60:13 60:16 61:2 64:12 71:22 75:14 75:14 75:17 76:9 78:21 79:25 80:3 80:6 81:24 82:17 83:10 84:8 84:24 85:7 85:11 85:12 85:23 85:24 88:21 88:24 90:19 90:23 91:17 92:6 93:8 93:10 93:13 93:20 93:23 94:19 94:23 94:25 95:2 96:8 98:14 102:14 103:3 103:16 104:1 105:24 106:7 111:2 111:9 114:14 115:4 117:4 117:6 117:9 117:14 118:6 121:4 122:17 122:20 123:2 124:16 129:24 134:1 135:16 135:20 138:4 138:16 139:5 139:21 139:24 145:6 146:4 146:25 147:5 148:14 148:17 148:24 149:24 149:10 149:20 150:1 150:19 150:23 150:25 152:3 153:17 154:9 154:18 154:18 155:19

**though(8)** 28:18 37:16 41:8 57:21 88:20 115:15 122:9 148:19

**thought(6)** 80:25 104:24 132:14 132:16 137:4 146:24

**thousands(5)** 34:25 35:3 58:21 96:11 96:18
**threat(3)** 91:8 107:25 115:23
**threaten(2)** 59:2 104:6
**threatened(3)** 57:23 91:10 107:7

**threatening(1)** 100:12
**threats(6)** 55:18 59:4 59:24 69:20 91:2 126:4

**three(14)** 15:4 27:22 33:19 33:21 34:22 35:4 56:4 63:3 66:5 74:14 105:23 105:24 106:13 126:19

**through(24)** 17:12 17:14 17:14 24:5 27:9 31:19 32:14 32:17 32:18 35:1 35:12 38:20 41:6 48:6 48:15 54:25 55:3 83:15 83:17 83:20 84:11 90:4 120:4 150:25

**thursday(1)** 145:7
**thus(1)** 37:7
**tick(1)** 40:5
**tied(3)** 69:9 110:3 110:20
**ties(1)** 95:9
**tight(2)** 78:23 136:3
**tighter(1)** 75:9
**till(1)** 63:20
**time(99)** 3:4 6:3 10:22 13:4 14:13 14:16 14:19 17:6 17:13 20:4 24:2 24:6 24:8 24:18 26:25 28:10 33:25 35:8 35:8 39:20 41:3 42:6 44:16 45:2 45:16 45:21 47:2 47:4 47:7 47:18 48:4 48:10 49:23 50:3 50:4 50:4 50:5 50:7 51:9 52:5 52:19 53:8 53:14 58:25 59:11 59:19 59:21 60:9 63:5 66:11 72:5 72:16 75:24 78:22 85:10 86:24 87:15 88:15 89:3 89:4 90:25 91:2 91:22 92:25 93:25 96:12 97:24 98:2 99:1 103:3 105:8 112:13 114:12 115:8 115:15 116:23 117:16 120:12 122:8 123:7 124:8 124:14 125:22 127:6 135:8 136:5 138:3 138:11 139:6 139:11 140:7 144:4 144:18 145:19 147:13 147:22 148:16 150:10 151:4

**time-consuming(2)** 31:15 32:10
**timeframe(4)** 78:23 135:7 147:18 149:9
**timeframes(2)** 75:9 136:3
**timelines(1)** 130:24
**times(6)** 2:7 49:25 96:22 124:8 130:5
**timing(6)** 40:23 103:6 104:15 105:17 106:25 135:6

**timothy(3)** 8:10 9:13 9:24
**today(34)** 5:11 5:12 5:15 5:18 6:4 6:13 6:25 7:13 7:21 7:24 10:11 16:11 31:11 53:7 60:6 68:25 85:15 88:12 89:8 97:12 110:2 112:25 116:2 119:25 121:11 127:21 129:21 130:13 131:21 133:14 134:15 145:2 152:12 152:14

**toes(2)** 107:3 138:9
**together(8)** 50:24 51:10 87:4 87:5 87:8 94:24 96:25 121:14

**told(11)** 35:25 41:9 49:1 49:20 51:4 55:14 60:11 88:20 94:18 122:20 141:1

**tons(1)** 70:13
**too(5)** 43:1 87:1 97:3 101:8 138:24
**took(4)** 28:24 62:24 106:24 119:25
**top(1)** 96:16
**topic(2)** 61:11 124:5
**topics(5)** 50:18 50:19 50:20
**toronto(1)** 133:23
**tory's(1)** 3:51
**tossed(1)** 84:19
**total(3)** 9:18 25:25 34:20
**toto(1)** 70:9
**touch(1)** 84:23
**touched(2)** 21:18 40:4
**touchstone(1)** 68:14
**toward(2)** 111:14 156:25
**towards(3)** 24:25 133:14 133:18
**town(1)** 156:13
**traci(1)** 157:20
**trail(1)** 17:2
**trajectory(1)** 84:25

**transaction(12)** 26:11 31:2 83:1 86:2 95:21 95:21 99:4 99:11 99:12 100:3 105:10 106:1
**transactions(5)** 69:17 81:16 85:6 85:9 106:13

**transcriber(1)** 157:20
**transcript(4)** 1:18 1:49 15:5 157:16
**transcription(1)** 1:42 1:49
**transcripts(5)** 47:13 49:15 153:20 154:5 154:9

**transfer(2)** 83:3 83:5
**transferred(13)** 26:18 27:1 27:4 29:16 29:23 32:23 46:5 53:16 53:20 54:2 54:12 83:2 127:22
**travel(1)** 157:9
**traveling(1)** 156:12
**tread(1)** 107:4
**treat(1)** 148:18
**treated(1)** 141:9
**treatment(1)** 57:12
**trial(38)** 18:8 18:9 18:22 23:11 27:15 29:15 30:5 30:12 34:15 34:17 38:3 40:10 47:12 48:20 49:5 49:13 60:8 60:11 60:14 60:22 60:24 61:4 88:22 91:16 93:4 93:5 93:11 96:4 115:3 143:2 143:5 148:4 148:5 148:8 148:10 150:14 150:19 152:25

**tried(2)** 40:8 130:5
**tries(1)** 93:15
**trouble(1)** 89:12
**true(1)** 70:24
**trust(1)** 4:9
**trustee(1)** 129:6
**truth(1)** 13:21
**try(5)** 76:20 79:25 118:18 121:9 121:13
**trying(28)** 16:1 18:8 19:20 19:23 20:12 25:1 27:7 72:5 74:11 78:13 78:18 80:9 81:19 86:12 89:12 108:9 114:23 117:17 117:17 117:21 118:1 120:23 125:20 126:5 127:3 129:7 129:8 151:24

**tuesday(2)** 145:8 145:9
**tuned(1)** 116:3
**turn(2)** 105:17 155:22
**turner(35)** 3:37 112:6 112:11 112:12 112:17 112:19 112:24 114:8 114:16 114:18 114:21 115:2 115:11 115:14 116:7 118:7 118:12 118:15 121:6 122:1 122:17 124:17 149:24 150:4 150:6 150:19 150:21 152:11 152:16 152:19 152:20 155:7 155:12 155:21 155:24

**tutorial(1)** 77:12
**twc(7)** 55:7 57:19 59:5 109:4 109:6 110:2 112:7

**twc's(1)** 109:22
**twc's(2)** 56:1 65:25
**two(41)** 11:3 14:16 24:19 25:2 28:8 29:12 32:22 33:24 35:9 37:10 39:13 46:6 47:10 49:17 55:14 62:5 63:5 66:14 68:19 69:11 73:17 74:13 76:14 80:1 80:3 82:7 84:21 90:19 93:15 94:14 94:23 96:22 98:21 104:14 125:3 126:19 126:22 153:15 154:3 154:12 154:15

**two-fold(1)** 30:14
**type(4)** 80:4 87:7 88:25 152:1
**types(5)** 80:2 80:18 81:25 85:5 93:1
**typical(1)** 98:24
**typically(1)** 57:4
**u.s(10)** 3:36 30:11 30:18 43:25 59:9 112:13 112:15 133:21 133:25 134:9

**ultimately(1)** 25:20
**umbrella(2)** 119:4 119:6
**un-redacted(4)** 94:7 114:6 114:9 114:10
**unavailable(1)** 110:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**unavailing**(1) 66:5

**unclear**(3) 62:20 63:2 63:7

**under**(37) 12:14 21:14 32:25 35:6 37:23 40:2 42:12 48:23 56:2 56:14 56:22 57:10 57:16 58:13 58:18 58:20 70:3 90:6 90:11 93:16 93:17 94:7 94:13 117:12 117:18 119:4 119:6 120:11 124:24 125:4 135:2 135:21 136:4 141:10 148:11 153:15 154:5

**underbrush**(1) 104:12

**undercut**(1) 131:7

**undercuts**(1) 129:15

**undergo**(1) 87:15

**undergone**(1) 51:21

**underlying**(3) 58:7 116:3 116:18

**understand**(47) 31:5 33:12 34:5 39:7 48:20 48:22 48:23 49:3 49:6 49:10 49:11 50:12 50:13 51:24 57:19 62:25 63:21 64:10 71:13 78:18 80:8 82:10 83:24 84:1 84:18 85:16 86:18 86:19 87:12 88:9 90:15 90:16 93:7 94:10 94:14 96:14 107:10 121:18 123:21 124:1 130:19 140:20 140:21 146:2 152:19 155:12 155:23

**understandably**(1) 62:15

**understanding**(9) 14:4 29:5 82:25 86:23 142:25 147:25 148:7 149:24 149:25

**understood**(1) 141:7

**undertake**(4) 22:16 58:14 87:10 96:7

**undertaken**(2) 34:14 123:19

**undertaking**(1) 106:9

**undertook**(3) 24:24 46:21 97:25

**undisputed**(2) 37:22 121:24

**undo**(1) 55:6

**undoing**(1) 144:3

**undue**(2) 82:7 87:14

**unexplained**(1) 66:7

**unfair**(1) 110:5

**unfairness**(2) 110:7 111:18

**unilaterally**(1) 94:18

**unique**(4) 79:24 81:6 82:2 129:18

**united**(2) 32:7 83:23

**units**(1) 81:16

**universe**(7) 3:7 8:23

**unknown**(7) 7:3 9:1 9:3 9:7 11:11 11:15 12:16

**unless**(4) 9:6 111:20 131:4 146:13

**unlikely**(1) 84:17

**unmanageable**(2) 44:24 47:5

**unnecessarily**(1) 43:23

**unobjected**(1) 8:19

**unprecedented**(1) 66:6

**unquestioned**(1) 37:22

**unreasonable**(8) 23:18 23:21 58:21 64:25 66:2 70:22 100:2 120:21

**unreasonably**(4) 19:9 59:4 62:2 63:8

**unsecured**(3) 2:22 4:19 43:21

**unsurprisingly**(2) 45:18 46:23

**untenable**(1) 36:15

**until**(9) 53:2 69:24 73:11 91:16 122:16 124:18 126:19 144:5 151:6

**unto**(1) 150:7

**unusual**(6) 70:21 102:13 111:11 111:14 142:24 143:9

**unwilling**(2) 60:15 60:18

**upcoming**(1) 35:16

**update**(1) 154:15

**upon**(7) 26:17 90:5 105:18 107:18 133:25 142:21 143:15

**urquhart**(1) 2:35

**use**(7) 38:17 39:4 81:21 81:23 115:11 110:8 150:19

**used**(6) 27:15 42:11 105:11 126:8 126:21 130:7

**useful**(1) 137:11

**uses**(1) 125:1

**using**(3) 29:21 85:7 137:17

**usually**(1) 126:22

**vagaries**(1) 71:21

**vague**(1) 62:2

**validity**(1) 25:9

**valuation**(11) 19:1 25:18 26:20 46:21 50:19 76:8 81:7 86:16 86:17 129:21 154:4

**valuation-related**(1) 40:21

**valued**(1) 77:5

**valuing**(1) 61:24

**valve**(3) 23:19 39:18 42:8

**valves**(1) 43:6

**variables**(1) 41:18

**various**(11) 18:5 27:16 32:9 33:8 34:19 41:5 71:21 99:21 132:2 143:5 147:12

**variously**(1) 29:18

**vast**(2) 25:17 40:13

**vehicle**(1) 45:7

**verizon**(3) 20:5 28:9 35:9

**versions**(7) 18:9 33:21 114:7 114:9 114:10 114:10 114:18

**versus**(2) 19:16 93:16

**very**(78) 9:4 10:8 11:5 12:18 14:24 16:22 16:24 17:10 18:25 22:6 22:18 22:19 22:23 24:16 27:14 27:18 28:16 29:25 31:10 31:15 32:10 32:13 33:8 39:25 40:1 40:3 40:8 41:12 41:16 43:2 43:3 44:9 45:7 53:25 55:14 57:18 62:7 71:17 72:14 75:1 84:1 85:9 89:24 91:17 96:22 98:24 100:11 102:24 105:20 105:25 106:16 107:2 107:24 109:24 111:22 115:8 116:1 116:4 116:24 117:24 122:24 125:19 125:19 130:1 130:2 130:23 130:25 131:1 132:8 135:5 137:1 137:11 137:22 138:17 150:24 153:21 153:23 155:1

**vested**(1) 101:12

**vice**(4) 5:14 7:9 7:23 112:19

**video**(1) 121:19

**view**(7) 18:25 24:25 59:25 79:7 117:20 117:21 124:9

**viewing**(1) 17:21

**vigorous**(1) 106:16

**violated**(1) 104:7

**violating**(1) 58:11

**violation**(1) 103:19

**virginia**(1) 59:13

**virtual**(1) 35:22

**voluntary**(1) 31:6

**wait**(3) 73:11 143:21 152:6

**waiting**(3) 96:15 97:8 155:21

**waive**(1) 150:21

**waiving**(2) 36:1 150:22

**walked**(1) 24:20

**want**(82) 8:11 13:19 19:7 19:9 19:19 23:1 23:25 24:2 24:14 26:20 29:24 34:6 35:23 36:1 38:7 38:21 39:5 39:10 39:12 41:21 42:25 43:21 43:23 47:24 48:5 55:12 58:3 60:1 62:5 62:6 66:3 66:15 70:10 71:12 72:19 73:6 73:6 75:18 75:18 78:12 78:18 80:23 84:23 92:3 92:19 98:11 102:4 102:24 104:13 104:14 105:17 110:9 110:24 117:24 119:4 119:6 119:21 120:8 123:6 123:17 124:1 124:3 124:13 130:19 131:16 136:19 137:22 137:22 138:9 138:14 138:16 138:17 138:24 141:17 141:21 143:17 144:5 144:5 152:9 155:18 156:22 156:23

**wanted**(6) 16:9 43:13 103:22 111:19 133:20 134:13

**wanting**(1) 104:23

**wants**(6) 8:20 18:10 20:3 20:4 108:5

**warehouse**(2) 35:23 65:5

**warehouses**(1) 83:20

**warner**(57) 3:4 6:3 13:4 14:13 14:16 14:19 17:6 17:13 20:4 24:3 24:7 24:19 28:10 35:8 44:16 45:21 47:2 47:4 47:7 47:18 48:4 48:10 49:23 50:3 50:4 50:4 50:6 50:7 51:9 52:5 52:20 53:14 58:25 59:11 59:19 59:21 60:10 66:11 72:16 75:24 85:11 90:25 91:3 92:25 93:25 96:12 99:1 105:8 112:14 116:24 124:14 139:11 140:7 145:19 147:13 148:16 151:4

**warner's**(6) 103:3 120:12 122:8 123:7 124:8 125:22

**warner's**(1) 26:25

**was**(158) 10:9 14:3 16:4 18:23 18:23 25:2 25:3 25:10 25:11 25:20 25:23 25:24 25:25 27:16 27:18 28:2 28:6 29:1 29:16 30:16 30:18 31:6 33:16 33:18 35:7 36:10 36:12 37:17 38:17 39:14 39:16 40:3 40:3 42:19 43:13 45:2 45:5 45:15 47:2 48:12 50:14 51:19 51:25 53:6 56:1 56:7 56:16 59:25 60:15 60:18 62:12 62:13 62:20 63:5 68:18 68:19 68:22 68:23 71:5 77:13 77:25 78:15 82:12 83:1 88:13 89:5 89:9 89:16 89:23 92:10 93:8 93:10 95:14 96:4 96:7 98:2 98:3 100:5 103:14 103:17 103:23 104:2 104:3 104:11 104:23 104:25 105:17 105:25 106:1 106:2 106:5 106:8 106:9 106:12 106:16 106:17 106:19 106:19 106:20 106:25 107:1 107:2 107:3 108:9 109:10 109:13 110:1 111:2 111:7 112:20 112:24 113:1 113:10 113:15 115:6 116:22 116:22 117:6 118:8 121:10 122:1 122:8 122:13 124:23 125:18 125:23 126:18 128:11 128:16 128:18 129:4 129:7 129:7 131:22 131:24 132:12 134:13 134:15 135:8 141:7 142:11 143:1 143:4 143:12 143:13 145:2 145:4 145:4 145:11 146:24 149:2 149:17 149:18 149:19 151:3 152:16 157:11

**washington**(1) 1:29

**wasn't**(6) 27:23 29:2 29:4 36:11 39:11 45:17

**way**(34) 8:25 9:5 11:17 18:2 18:3 23:5 25:1 32:15 38:16 39:2 50:8 79:12 80:12 80:25 81:11 81:14 81:15 81:17 81:20 81:22 82:5 84:19 94:23 95:4 98:9 101:8 105:2 119:2 131:7 135:25 138:10 141:6 141:7 145:13

**ways**(8) 25:2 25:21 77:22 95:15 96:3 98:4 98:9 99:4

**we'll**(16) 75:19 84:3 84:18 92:19 94:9 123:2 123:10 123:20 124:2 124:5 124:15 132:16 139:5 156:15 156:20 157:5

**we're**(66) 74:11 75:25 76:2 78:17 79:13 79:13 79:14 80:18 80:24 81:19 82:7 82:17 82:24 83:9 84:16 85:1 85:6 85:7 85:17 85:21 85:22 88:12 88:19 89:12 91:9 94:11 94:21 97:6 99:24 99:24 99:25 101:23 105:8 105:9 105:10 113:12 113:17 117:7 117:12 117:14 118:25 120:23 123:25 125:15 125:19 125:19 126:2 126:12 127:25 130:7 130:8 130:22 136:17 140:19 141:1 141:19 150:23 151:12 151:24 152:8 153:14 153:15 153:20 153:21 155:9

**we've**(33) 78:8 78:11 78:12 78:22 80:16 80:20 81:10 81:15 83:5 83:12 84:5 84:12 84:23 85:10 85:23 88:16 94:13 95:1 96:20 101:21 103:9 113:21 113:21 114:13 114:22 118:4 120:18 122:13 123:20 129:19 146:19 146:25 147:13

**wedgeworth**(1) 111:4

**wednesday**(4) 17:3 50:11 145:8 145:9

**week**(5) 15:24 108:25 147:22 148:25

**weekly**(2) 88:17 113:8

**weeks**(1) 154:12

**weighing**(1) 108:3

**weighs**(1) 105:19

**weights**(1) 108:3

**weissbrodt**(1) 37:13

**welcome**(5) 7:4 8:1 121:3 121:4 133:6

**welcomed**(1) 119:20

**well**(85) 6:6 6:8 6:9 9:4 9:12 11:5 12:18 12:22 13:4 14:24 15:15 18:7 18:11 20:6 21:7 24:15 27:13 28:16 29:4 34:3 34:23 44:18 45:6 46:20 48:19 52:13 53:21 54:11 56:4 56:11 56:25 57:13 57:23 58:24 61:13 61:17 62:1 62:8 63:14 65:8 65:10 68:22 74:13 75:7 77:4 78:11 78:17 81:17 86:21 86:22 88:19 94:11 96:17 97:3 98:15 99:23 101:17 111:5 112:15 123:15 125:15 126:2 126:12 126:18 127:16 127:18 128:3 131:22 131:23 132:10 134:20 137:7 138:3 139:5 139:22 144:25 145:2 146:8 149:1 149:13 151:4 151:8 153:3 156:14 156:21

**wells**(2) 99:2 99:17

**went**(7) 27:17 28:25 50:23 55:3 92:4 92:10 128:21

**were**(94) 9:19 12:7 16:3 18:14 25:2 25:12 25:13 25:21 25:22 25:22 26:13 26:17 26:18 27:15 27:18 30:7 30:14 30:15 30:17 30:19 33:2 34:15 36:4 36:8 38:12 38:18 39:1 40:21 46:10 46:11 47:10 47:11 47:23 49:22 51:4 51:8 55:14 56:12 56:13 57:1 59:17 61:14 61:16 61:24 62:15 62:17 74:5 80:4 82:15 86:18 92:3 92:8 92:25 93:5 93:13 99:11 99:16 100:16 104:18 104:19 105:24 106:11 106:16 114:24 115:5 115:8 115:11 117:2 122:9 123:18 127:22 128:9 129:22 129:21 129:23 130:6 139:23 140:17 143:2 143:5 145:6 145:7 146:3 148:19 149:15 149:22 150:7 150:16 151:2 151:21 152:13 154:18 154:19

**weren't**(2) 113:7 152:12

**weren't**(1) 29:23

**we'd**(7) 30:9 32:22 33:1 33:2 33:23 35:5 72:22

**we'll**(3) 11:19 73:18 123:4

**we're**(34) 9:11 15:15 16:10 17:17 17:23 18:7 18:16 19:22 20:5 22:4 23:4 23:4 23:18 23:20 23:21 30:3 35:6 35:20 36:16 36:24 37:24 37:25 41:2 41:13 41:19 42:16 42:17 48:7 48:8 53:1 54:10 63:11 65:21 72:20

**we've**(13) 16:4 19:13 19:18 21:18 34:18 40:8 40:10 41:9 43:4 52:8 52:14 62:22 73:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**what**(158) 13:22 15:25 17:6 19:10 19:22 22:20 22:22 23:4 24:7 26:25 33:11 33:19 34:7 35:15 38:17 39:25 41:19 42:7 43:24 45:1 45:5 47:6 47:25 47:25 48:2 48:3 48:4 48:13 48:15 48:18 49:24 50:1 50:16 52:8 52:9 52:10 52:12 52:24 53:4 53:18 53:23 54:4 54:7 54:7 54:13 55:4 55:13 55:14 55:17 56:3 56:11 56:11 57:9 57:22 58:6 58:22 61:12 61:16 67:6 68:12 71:10 71:18 71:21 72:21 74:12 74:25 75:25 76:19 77:7 78:8 78:14 78:16 78:19 79:3 79:3 79:8 79:13 79:19 81:2 81:25 82:10 83:11 83:22 84:8 84:14 84:25 87:1 87:19 88:16 89:2 89:5 90:3 93:15 94:9 94:10 95:19 96:3 96:25 97:1 97:3 97:6 97:14 104:11 105:11 105:24 106:10 106:16 106:23 107:5 107:8 108:7 108:8 110:25 113:10 116:7 116:10 116:10 116:14 116:20 117:7 118:5 118:23 118:25 119:25 120:18 120:23 122:4 122:10 122:19 122:21 126:20 129:2 129:11 130:1 130:4 130:7 134:22 135:3 137:4 138:18 140:21 141:12 141:20 142:13 144:1 144:7 146:3 147:1 149:20 150:10 151:1 151:1 151:24 152:9 152:22 152:23 153:21 156:3

**what's**(13) 78:19 78:20 78:20 78:21 95:5 97:6 116:2 117:1 120:1 122:18 124:25 152:21 153:1

**whatever**(8) 23:24 35:23 50:13 70:5 118:25 124:2 124:4 125:17

**what's**(3) 23:17 25:1 31:10

**when**(31) 19:10 24:11 28:24 37:14 42:15 48:4 54:9 54:11 62:14 63:11 69:13 71:13 114:4 117:16 120:12 120:13 122:22 124:4 126:19 126:25 128:15 137:3 138:22 140:9 147:19 149:15 150:4 150:12 150:13 153:13 153:17

**where**(44) 11:15 15:25 30:1 40:1 44:20 47:20 66:12 67:14 68:19 68:25 70:11 73:9 74:4 75:25 76:5 76:19 79:9 81:2 81:5 83:10 83:13 89:23 99:15 103:12 104:3 105:10 109:10 109:13 109:22 110:23 111:5 113:14 121:1 121:13 123:11 123:14 127:19 129:14 136:19 137:1 139:23 142:20 143:10 152:8

**whereupon**(1) 157:11
**wherever**(1) 37:7
**where's**(1) 43:12
**whether**(27) 17:21 32:14 52:17 62:15 63:2 63:18 68:16 70:25 71:1 72:17 83:12 99:10 99:15 100:5 110:11 110:24 111:11 116:19 123:11 126:7 135:23 137:13 140:18 141:2 142:6 147:4 156:4

**which**(52) 9:18 15:4 17:8 19:13 19:24 20:5 21:8 21:22 23:9 29:1 30:6 36:18 37:11 37:11 39:6 58:19 58:20 61:14 66:14 70:18 72:4 77:13 80:7 83:4 87:11 95:13 92:2 99:3 103:23 106:3 108:2 108:21 109:6 109:19 114:14 114:22 116:18 120:2 120:11 123:7 125:2 125:25 128:6 129:5 133:22 135:4 138:15 140:19 149:9 151:11 152:17 153:4

**while**(3) 108:6 115:16 125:12
**whiteoak**(1) 4:15
**who**(49) 10:4 18:10 25:12 26:18 27:20 33:9 33:15 34:2 34:2 34:5 34:5 34:7 34:9 36:3 37:8 38:10 43:13 55:15 55:25 57:21 58:24 63:3 63:12 71:21 72:9 72:11 73:23 88:4 95:13 108:16 112:6 112:7 116:9 116:16 119:14 119:20 124:20 126:7 126:17 137:13 137:15 137:16 140:3 140:11 141:8 142:6 142:20 150:22 156:4

**who's**(3) 112:14 140:25 155:5

**whole**(9) 26:6 35:13 69:4 78:19 86:3 89:22 91:1 120:14 122:23

**whom**(2) 33:13 88:4
**whomever**(1) 37:7
**whose**(4) 95:17 95:18 95:22 95:22
**who's**(1) 8:10
**why**(32) 17:15 27:5 29:9 39:19 49:11 55:3 55:5 57:19 59:25 60:25 71:5 78:3 79:13 79:14 82:1 85:7 94:14 100:13 101:7 101:23 105:1 106:24 106:24 106:24 113:3 127:13 127:14 129:25 131:3 142:20 143:14 156:11

**wide**(1) 29:25
**wife**(1) 71:5
**will**(91) 5:14 7:12 7:14 7:24 10:4 17:17 20:1 20:9 21:3 22:1 22:17 22:18 22:23 24:5 25:18 29:14 35:13 36:20 38:3 38:6 41:1 41:3 41:12 43:3 43:7 44:13 50:18 55:5 57:16 59:16 61:5 62:1 63:13 63:22 65:1 65:7 68:16 70:19 71:22 71:25 72:13 75:9 79:18 79:18 81:5 81:20 86:13 90:22 92:18 102:22 107:6 109:2 114:3 114:3 117:16 120:6 120:11 120:17 123:14 123:25 124:5 131:6 131:23 134:7 134:9 135:16 139:22 140:2 140:10 141:9 142:9 143:16 144:2 147:11 147:14 147:22 148:18 150:5 152:7 154:10 154:12 155:19 156:16 157:1 157:6

**willing**(5) 99:19 121:3 149:11 150:24 156:13

**willingness**(1) 24:9
**willkie**(1) 4:9
**wilmington**(8) 1:12 1:36 2:17 2:26 2:50 3:18 3:25 5:1

**wilson**(59) 2:37 6:25 7:6 7:12 12:22 12:25 13:3 14:3 14:6 15:10 73:24 74:1 74:1 74:3 74:9 74:13 74:19 74:25 75:23 76:15 76:18 78:25 80:9 80:23 86:17 92:8 93:13 93:20 97:16 98:15 98:18 102:19 102:20 122:22 123:17 129:17 130:5 132:21 132:25 138:7 139:23 140:21 141:2 141:24 142:3 142:10 144:8 144:11 145:6 145:9 145:11 151:8 151:10 151:11 151:15 151:20 152:6 156:8 156:9

**window**(1) 79:13
**windstream**(1) 118:14
**winning**(1) 26:11
**winston**(12) 2:42 6:25 7:7 102:21 102:22 103:6 103:15 104:10 107:16 107:18 107:21 108:13

**wished**(1) 154:14
**wishes**(3) 11:8 21:21 137:18

**with**(236) 5:12 5:21 6:4 6:25 7:12 7:21 8:17 8:23 10:3 10:17 10:17 12:16 14:1 14:17 14:21 15:11 16:17 17:8 18:22 18:24 19:3 20:5 20:8 20:16 21:4 21:24 23:14 23:15 24:18 24:25 25:22 26:16 27:3 27:6 28:6 28:18 28:25 30:18 32:20 33:6 35:12 35:16 38:10 38:11 38:19 39:13 39:19 40:3 40:12 41:13 41:19 41:20 43:6 44:11 44:21 44:21 47:6 49:24 50:3 50:4 50:5 50:6 50:14 50:17 51:5 52:13 52:19 53:9 53:16 54:23 55:14 55:16 55:16 56:22 57:13 57:24 58:22 59:22 60:2 60:19 60:23 61:4 61:7 61:8 61:15 62:1 63:4 63:6 63:8 63:10 63:18 64:14 64:24 65:15 65:16 66:1 67:5 68:3 68:6 69:8 69:9 69:21 69:25 70:6 70:8 71:6 71:7 72:3 72:11 72:12 72:13 73:8 75:23 76:7 76:11 77:14 77:22 77:23 78:13 79:1 79:6 79:20 80:13 80:16 80:24 81:8 81:20 82:4 82:8 82:13 82:20 83:9 84:10 84:25 85:10 86:18 86:24 87:1 87:2 88:17 89:10 89:12 89:25 92:4 94:25 95:24 96:12 96:20 97:18 100:10 101:3 103:3 103:8 103:16 104:22 105:7 106:5 107:8 108:1 110:2 110:10 110:19 110:21 111:16 111:17 112:7 112:13 113:19 114:5 114:23 114:24 115:4 115:20 117:4 117:19 118:19 120:5 120:19 122:21 123:5 124:11 124:14 124:15 124:16 125:3 125:5 125:8 125:8 126:17 128:6 129:20 133:23 134:2 134:4 134:9 135:20 137:18 138:4 138:5 139:11 141:15 142:3 142:4 142:8 142:14 143:7 143:25 144:6 144:8 144:13 145:3 146:13 146:17 146:20 146:25 147:13 147:13 147:16 148:8 149:3 149:9 149:18 150:24 151:3 151:5 151:22 152:2 152:22 153:4 153:8 153:19 153:25 154:3 154:7 155:5 157:5

**withheld**(2) 38:18 151:22
**withhold**(1) 33:3
**withholding**(2) 95:2 95:5
**within**(7) 56:25 64:20 67:24 78:23 78:25 147:17 154:11

**without**(20) 9:22 18:4 34:20 49:2 49:9 61:17 62:19 63:1 64:22 69:6 71:20 73:22 78:7 87:24 91:16 115:24 115:24 115:25 119:2 143:18

**witness**(4) 8:15 67:9 128:7 129:13
**witnesses**(3) 61:23 76:11 76:13
**won't**(3) 95:6 131:11 135:17
**wonder**(2) 45:2 45:15
**wonderful**(3) 13:8 147:24 155:8
**words**(4) 19:15 64:5 114:14 125:3
**work**(25) 17:11 24:5 25:13 25:19 26:22 48:9 48:11 53:6 55:5 62:24 72:11 78:13 113:6 113:19 116:13 120:3 127:5 134:9 138:4 138:21 138:25 140:8 153:13 156:7 156:25

**worked**(8) 17:14 33:13 48:6 50:3 50:4 50:5 50:6 99:7

**working**(5) 17:13 68:23 86:23 114:23
**works**(1) 156:5
**worry**(2) 84:17 95:22
**worth**(2) 53:17 131:16
**worthwhile**(2) 48:14 53:3

**would**(191) 5:23 8:8 8:16 8:19 9:16 10:20 10:23 12:11 13:5 14:6 15:6 15:17 22:12 22:16 22:24 23:25 24:16 24:18 27:25 30:1 30:4 30:8 30:20 31:3 31:12 31:17 31:25 32:8 32:10 32:15 32:18 32:21 33:5 33:14 33:15 33:19 33:22 34:1 34:2 34:19 34:25 35:1 37:19 38:4 38:5 38:7 38:12 38:15 38:20 38:21 39:5 39:9 39:10 39:12 39:18 39:22 40:12 40:16 40:20 41:5 41:15 42:6 42:14 47:25 48:1 48:16 51:14 52:17 55:6 57:5 58:2 58:11 60:1 60:3 60:19 61:19 61:22 62:4 62:6 62:7 63:14 63:24 64:8 64:22 65:5 65:16 65:24 67:5 67:22 69:18 69:21 70:7 71:8 72:22 72:23 73:16 73:23 73:24 75:3 75:16 76:20 77:6 81:1 83:13 83:16 84:6 84:7 84:13 85:3 86:25 86:25 87:1 87:13 87:23 88:12 88:14 88:21 94:25 95:19 96:5 96:6 97:14 99:1 99:13 100:18 100:21 101:23 102:17 102:18 104:24 105:14 106:4 109:15 112:8 113:12 113:13 114:11 114:15 115:14 115:20 115:20 116:13 116:16 116:16 116:24 119:20 121:5 122:17 126:16 128:7 130:1 130:1 130:3 130:15 131:5 131:9 131:12 134:15 136:14 137:7 137:11 137:17 138:8 138:12 139:15 139:17 139:18 140:16 140:17 140:23 140:23 141:14 141:17 141:20 141:24 142:23 143:20 144:11 144:21 144:22 145:25 146:4 147:22 149:5 150:13 153:4 153:23 156:4 156:5 156:9 156:13

**wouldn't**(6) 83:15 100:22 109:8 109:18 117:5 155:24

**wouldn't**(2) 39:3 39:17
**write**(1) 144:18
**written**(3) 95:2 145:14 145:21
**wrong**(3) 42:11 142:23 149:25
**wrote**(2) 125:23 128:17
**www.diazdata.com**(1) 1:46
**yeah**(9) 107:16 107:16 107:20 108:18 111:24 118:24 122:15 136:11 147:7

**year**(1) 104:17
**years**(4) 41:1 46:19 62:13 107:9
**yes**(73) 5:10 5:20 6:7 7:10 8:7 8:16 9:20 11:24 12:9 12:22 12:24 13:11 14:11 14:18 14:23 18:20 20:10 21:12 25:6 26:5 26:9 26:10 43:11 43:19 62:10 64:17 65:13 71:15 74:2 74:8 79:1 103:5 103:14 114:9 114:17 115:10 118:17 123:19 125:24 128:19 132:17 133:9 133:12 133:16 138:7 139:10 139:13 139:16 140:20 141:6 144:10 144:11 144:25 144:25 145:10 145:11 145:16 145:20 146:14 146:16 146:22 147:10 148:5 148:12 149:7 150:18 151:10 153:10 153:24 153:24 155:12 156:2 156:18

**yesterday**(3) 32:1 61:14 63:17
**yet**(12) 7:11 7:15 17:16 20:9 52:23 78:2 84:7 96:14 96:18 97:8 112:21 133:22

**york**(10) 2:7 2:9 2:32 2:39 3:11 3:31 7:22 66:18 66:24 67:20

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **you**(301) | 5:4 5:4 5:8 5:11 5:14 5:16 6:7 6:8 6:11 6:17 6:19 6:20 6:23 6:24 7:4 7:5 7:6 7:7 7:16 7:17 7:25 7:25 8:1 8:2 8:5 8:11 9:2 9:13 10:2 10:5 11:6 11:12 11:23 12:18 14:14 14:15 15:15 15:15 15:17 15:18 16:10 16:12 16:15 17:21 18:17 19:18 20:2 20:17 20:18 20:19 20:20 21:15 22:1 24:7 24:12 24:14 24:19 25:24 27:8 27:9 27:13 29:25 31:12 31:13 32:13 32:17 35:16 35:21 35:23 38:6 43:10 43:16 44:3 44:4 44:11 44:14 44:21 45:4 47:5 47:24 48:3 49:20 53:21 55:14 56:8 59:24 62:6 62:21 63:20 64:8 64:8 64:8 64:22 66:18 67:21 68:18 69:6 70:3 70:4 70:10 70:22 71:6 71:10 72:15 72:16 72:23 73:5 73:6 73:7 73:8 73:9 73:10 73:14 73:17 73:19 73:22 74:1 75:9 75:19 76:18 76:24 77:19 77:21 77:25 78:6 78:17 79:13 79:25 80:10 80:11 80:12 81:11 81:11 81:12 81:13 83:18 84:14 86:4 86:6 87:4 87:4 87:5 87:19 88:8 88:15 88:16 88:21 89:16 90:13 90:24 91:1 91:2 91:13 91:16 93:2 93:3 93:7 94:10 94:19 95:3 95:8 95:19 97:2 97:3 97:3 97:11 97:13 97:17 97:23 97:23 98:8 98:21 98:23 98:25 99:7 99:14 99:16 99:25 100:25 101:16 101:17 102:3 102:5 102:8 102:18 102:19 102:20 103:25 104:5 104:6 104:6 104:7 104:7 104:10 105:1 105:2 105:5 106:23 108:12 108:13 108:14 109:8 111:22 112:2 112:4 112:10 112:11 112:17 112:18 112:19 112:23 112:24 113:12 118:15 118:20 118:24 119:4 119:11 119:12 119:15 120:20 120:21 122:6 123:17 126:1 126:10 128:21 128:22 129:8 132:18 132:19 133:7 134:17 134:17 134:19 134:20 134:22 136:3 136:6 136:8 136:9 136:11 136:24 137:3 137:9 137:12 137:13 137:14 137:15 137:16 137:17 137:18 138:4 138:5 138:14 138:15 138:21 138:22 138:24 138:24 138:25 139:15 140:17 141:20 141:21 141:21 142:10 142:11 142:14 142:20 143:21 144:5 144:7 144:12 144:15 144:18 144:24 146:3 146:11 146:19 147:6 148:3 148:6 149:3 149:4 150:1 150:6 151:25 153:4 153:16 153:21 154:13 154:14 154:22 154:24 155:16 155:19 156:19 157:1 157:3 157:4 | **your**(301) | 5:6 6:2 6:8 6:10 6:12 6:19 6:21 7:3 7:6 7:7 7:8 7:12 7:16 7:18 7:23 8:2 8:5 8:8 8:8 9:1 9:3 9:7 9:9 10:6 10:22 11:11 11:25 12:22 13:10 14:8 14:10 15:3 15:6 15:17 15:23 16:13 16:18 16:24 17:21 18:7 20:7 20:18 21:8 21:20 22:1 24:13 24:22 25:20 27:9 33:10 33:16 35:14 42:25 43:12 43:17 44:6 44:8 44:8 44:15 44:20 45:3 45:6 45:9 45:13 45:18 45:21 46:2 46:6 46:13 46:20 46:23 47:1 47:5 47:8 47:10 47:14 47:18 47:19 47:21 47:21 47:23 48:3 48:6 48:12 48:18 48:22 48:25 49:1 49:11 49:16 49:19 49:23 50:2 50:8 50:10 50:16 50:21 50:25 51:12 51:17 51:20 51:23 51:23 52:2 52:4 52:9 52:12 52:19 52:21 53:4 53:11 53:21 53:25 54:2 54:4 54:9 54:10 54:13 54:19 55:1 55:3 55:7 55:9 55:10 55:12 55:17 55:23 55:25 56:4 56:6 56:17 56:21 56:23 57:4 57:8 57:13 57:15 57:21 58:3 58:16 58:24 59:5 59:7 59:10 59:18 59:19 59:23 60:6 60:9 60:13 60:21 61:1 61:6 61:11 61:17 61:25 62:1 62:4 62:5 62:8 62:14 62:23 63:2 63:4 63:7 63:14 63:16 63:20 63:21 63:23 64:4 64:15 64:19 64:23 65:2 65:9 65:13 65:19 65:22 66:3 66:6 66:8 66:12 66:15 66:25 67:6 67:18 67:22 68:4 68:8 68:12 68:17 68:22 68:24 69:3 69:8 69:10 69:18 70:2 70:13 70:14 70:23 71:3 71:13 72:14 72:20 72:22 73:5 73:7 73:9 73:12 73:14 73:24 74:4 74:12 74:13 75:2 75:8 75:16 77:8 80:10 80:23 86:6 86:20 87:6 87:16 88:20 89:10 89:14 89:20 90:15 91:23 93:13 95:5 97:18 98:4 98:18 99:24 99:25 101:13 101:25 102:6 102:14 102:21 108:4 108:11 108:15 109:7 109:18 109:20 111:20 112:1 112:11 112:16 112:24 113:18 113:22 116:12 116:21 117:24 118:13 118:13 118:16 126:2 126:12 129:9 131:4 131:8 131:17 132:23 132:25 133:5 133:22 134:12 134:13 134:14 134:19 137:18 138:2 138:7 139:7 140:16 140:21 140:22 141:15 141:18 142:3 142:10 144:11 144:14 144:21 145:11 145:18 146:2 146:8 146:12 146:15 147:6 147:8 148:3 148:8 |
|  |  | **your**(30) | 148:11 149:5 149:11 150:6 150:15 151:8 152:12 152:22 153:8 153:15 153:19 153:25 154:5 154:20 154:24 155:5 155:7 155:9 155:11 155:12 155:21 156:1 156:9 156:14 156:16 156:21 156:21 156:24 157:4 157:7 |
| **you**(1) | 157:7 |  |  |
| **you're**(13) | 80:7 87:6 87:7 88:21 98:10 99:15 99:16 108:16 131:20 138:2 141:10 146:10 155:4 | **yourself**(1) | 137:12 |
|  |  | **yourselves**(2) | 141:22 157:2 |
|  |  | **you'll**(1) | 30:2 |
| **you've**(2) | 95:4 146:10 | **you're**(5) | 12:21 27:6 27:7 71:17 73:11 |
| **young**(4) | 2:13 3:21 7:20 128:18 | **you've**(1) | 17:11 |
|  |  | **zach**(1) | 6:9 |
|  |  | **zacharu**(1) | 3:16 |
|  |  | **zero**(2) | 84:16 108:10 |
|  |  | **°provided**(1) | 125:3 |
|  |  | **°commercially**(1) | 57:11 |
|  |  | **°material**(1) | 58:2 |
|  |  | **°painstaking**(1) | 59:3 |
|  |  | **°the**(1) | 27:1 |
|  |  | **°thwart**(1) | 68:17 |
|  |  | **november**(1) | 157:19 |