**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period
From May 1, 2014 through July 31, 2014, unless otherwise specified**

**Hearing: November 19, 2014 at 11:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Notice Of Twenty-Second Interim Fee Application Request (D.I. 14296, Filed 8/27/14).

    1.    Sixty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2014 Through May 31, 2014 (D.I. 14119, Filed 7/31/14);

    2.    Certification Of No Objection Regarding Sixty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2014 Through May 31, 2014 [Docket No. 14119] (No Order Required) (D.I. 14270, Filed 8/25/14);

    3.    Sixty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2014 Through June 30, 2014 (D.I. 14247, Filed 8/22/14);

    4.    Certification Of No Objection Regarding Sixty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2014 Through June 30, 2014 [Docket No. 14247] (No Order Required) (D.I. 14418, Filed 9/17/14);

    5.    Sixty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2014 Through July 31, 2014 (D.I. 14295, Filed 8/27/14);

    6.    Certification Of No Objection Regarding Sixty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of

Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2014 Through July 31, 2014 [Docket No. 14295] (No Order Required) (D.I. 14444, Filed 9/19/14); and

7. Fee Examiner's Final Report Regarding Twenty-Second Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP (D.I. 14725, filed 11/6/14).

Ashurst LLP

B. Notice Of Twenty-Second Interim Fee Application Request (D.I. 14336, Filed 8/29/14).

1. Sixty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2014 Through May 31, 2014 (D.I. 13905, Filed 6/27/14);

2. Certification Of No Objection Regarding Sixty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2014 Through May 31, 2014 [Docket No. 13905] (No Order Required) (D.I. 14051, Filed 7/21/14);

3. Sixty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2014 Through June 30, 2014 (D.I. 14080, Filed 7/24/14);

4. Certification Of No Objection Regarding Sixty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2014 Through June 30, 2014 [Docket No. 14080] (No Order Required) (D.I. 14229, Filed 8/18/14);

5. Sixty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2014 Through July 31, 2014 (D.I. 14325, Filed 8/28/14);

6. Certification Of No Objection Regarding Sixty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2014 Through July 31, 2014 [Docket No. 14325] (No Order Required) (D.I. 14447, Filed 9/22/14); and

    7.    Fee Examiner's Final Report Regarding Twenty-Second Interim Fee Application of Ashurst LLP (D.I. 14620, Filed 10/22/14).

Benesch, Friedlander, Coplan & Aronoff, LLP

C.    Fourteenth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Litigation Counsel For The Debtors, For The Period From November 1, 2013 Through June 30, 2014 (D.I. 14333, Filed 8/29/14).

    1.    Thirtieth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2013 Through June 30, 2014 (D.I. 14106, Filed 7/29/14);

    2.    Certificate Of No Objection Regarding Thirtieth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2013 Through June 30, 2014 (D.I. 14307, Filed 8/28/14); and

    3.    Fee Examiner's Final Report Regarding Twenty-Second Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff, LLP (D.I. 14619, Filed 10/22/14).

Capstone Advisory Group, LLC

D.    Notice Of Twenty-Second Interim Fee Application Request (D.I. 14319, Filed 8/28/14).

    1.    Sixty-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2014 Through May 31, 2014 (D.I. 14081, Filed 7/24/14);

    2.    Certification Of No Objection Regarding Sixty-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2014 Through May 31, 2014 [Docket No. 14081] (No Order Required) (D.I. 14230, Filed 8/18/14);

    3.    Sixty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2014 Through June 30, 2014 (D.I. 14199, Filed 8/12/14);

4. Certification of No Objection Regarding Sixty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2014 Through June 30, 2014 [Docket No. 14199] (No Order Required) (D.I. 14365, Filed 9/4/14);

5. Sixty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2014 Through July 31, 2014 (D.I. 14293, Filed 8/27/14);

6. Certification of No Objection Regarding Sixty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2014 Through July 31, 2014 [Docket No. 14293] (No Order Required) (D.I. 14442, Filed 9/19/14); and

7. Fee Examiner's Final Report Regarding Twenty-Second Interim Fee Application of Capstone Advisory Group, LLC (D.I. 14618, Filed 10/22/14).

Cassels Brock & Blackwell LLP

E. Notice Of Second Interim Fee Application Request (D.I. 14330, Filed 8/28/14).

1. Third Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1 To May 31, 2014 (D.I. 14227, Filed 8/15/14);

2. Certification of No Objection Regarding Third Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1 To May 31, 2014 (D.I. 14375, Filed 9/9/14);

3. Fourth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2014 To June 30, 2014 (D.I. 14271, Filed 8/25/14);

4. Certification Of No Objection Regarding Fourth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of

Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2014 To June 30, 2014 (D.I. 14426, Filed 9/18/14);

5. Fifth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2014 To July 31, 2014 (D.I. 14328, Filed 8/28/14);

6. Certification Of No Objection Regarding Fifth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2014 To July 31, 2014 (D.I. 14462, Filed 9/23/14); and

7. Fee Examiner's Final Report Regarding Notice Of Second Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 14724, Filed 11/6/14).

Chilmark Partners LLC

F. Eighteenth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period May 1, 2014 Through July 31, 2014 (D.I. 14292, Filed 8/27/14).

1. Fifty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2014 Through May 31, 2014 (D.I. 14120, Filed 7/31/14);

2. Certificate of No Objection Regarding Fifty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2014 Through May 31, 2014 (D.I. 14261, Filed 8/25/14);

3. Fifty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2014 Through June 30, 2014 (D.I. 14121, Filed 7/31/14);

4. Certificate of No Objection Regarding Fifty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

    Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2014 Through June 30, 2014 (D.I. 14262, Filed 8/25/14);

5. Fifty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2014 Through July 31, 2014 (D.I. 14277, filed 8/26/14);

6. Certificate of No Objection Regarding Fifty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2014 Through July 31, 2014 (D.I. 14414, Filed 9/17/14); and

7. Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Chilmark Partners, LLC (D.I. 14605, Filed 10/21/14).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G. Twenty-Second Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1, 2014 Through July 31, 2014 (D.I. 14334, Filed 8/29/14).

    1. Sixty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through May 31, 2014 (D.I. 13934, Filed 7/1/14);

    2. Certificate Of No Objection Regarding Sixty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through May 31, 2014 (D.I. 14073, Filed 7/23/14);

    3. Sixty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2014 Through June 30, 2014 (D.I. 14101, Filed 7/28/14);

    4. Certificate Of No Objection Regarding Sixty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

    Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2014 Through June 30, 2014 (D.I. 14239, Filed 8/20/14 );

5. Sixty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2014 Through July 31, 2014 (D.I. 14318, Filed 8/28/14);

6. Certificate Of No Objection Regarding Sixty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2014 Through July 31, 2014 (D.I. 14440, Filed 9/19/14); and

7. Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 14723, Filed 11/6/14).

Crowell & Morning LLP

H. Twenty-Fifth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Peiod February 1, 2014 Through July 31, 2014 (D.I. 14329, Filed 8/28/14).

1. Fifty-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through July 31, 2014 (D.I. 14326, Filed 8/28/14);

2. Certificate Of No Objection Regarding Fifty-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through July 31, 2014 (D.I. 14438, Filed 9/19/14); and

3. Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application of Crowell & Moring LLP (D.I. 14624, Filed 10/22/14).

Ernst & Young LLP

I. Twenty-Second Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of May 1, 2014 Through July 31, 2014 (D.I. 13424, Filed 8/28/14).

1. Thirtieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2014 Through July 31, 2014 (D.I. 14172, Filed 8/7/14);

2. Certificate Of No Objection Regarding Thirtieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2014, Through July 31, 2014 (D.I. 14341, Filed 8/29/14);

3. Thirty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of June 1, 2014 Through June 30, 2014 (D.I. 14322, Filed 8/28/14);

4. Certificate Of No Objection Regarding Thirty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of June 1, 2014 Through June 30, 2014 (D.I. 14469, Filed 9/24/14); and

5. Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of Ernst & Young LLP (D.I. 14608, Filed 10/21/14).

Huron Consulting Group

J. Twenty-Second Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period May 1, 2014 Through July 31, 2014 (D.I. 14240, Filed 8/20/14).

1. Sixty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through May 31, 2014 (D.I. 13894, Filed 6/24/14);

2. Certificate Of No Objection Regarding Sixty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through May 31, 2014 (D.I. 14041, Filed 7/16/14);

3. Sixty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2014 Through June 30, 2014 (D.I. 14167, Filed 8/6/14);

4. Certificate Of No Objection Regarding Sixty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2014 Through June 30, 2014 (D.I. 14321, Filed 8/28/14);

5. Sixty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2014 Through July 31, 2014 (D.I. 14175, Filed 8/7/14);

6. Certificate Of No Objection Regarding Sixty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2014 Through July 31, 2014 (D.I. 14342); and

7. Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of Huron Consulting Group (D.I. 14400, Filed 9/11/14).

<u>John Ray</u>

K. Nineteenth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period May 1, 2014 Through July 31, 2014 (D.I. 14278, Filed 8/26/14).

1. Forty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through July 31, 2014 (D.I. 14272, Filed 8/25/14);

2. Certificate Of No Objection Regarding Forty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through July 31, 2014 (D.I. 14413, Filed 9/17/14); and

3. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of John Ray (D.I. 14399, Filed 9/11/14).

Morris, Nichols, Arsht & Tunnell LLP

L. Twenty-Second Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2014 Through July 31, 2014 (D.I. 14297, Filed 8/27/14).

   1. Sixty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through May 31, 2014 (D.I. 13858, Filed 6/17/14);

   2. Certificate of No Objection Regarding Sixty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through May 31, 2014 (D.I. 13985, Filed 7/9/14);

   3. Sixty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2014 Through June 30, 2014 (D.I. 14020, Filed 7/15/14);

   4. Certificate Of No Objection Regarding Sixty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2014 Through June 30, 2014 (D.I. 14171, Filed 8/6/14);

   5. Sixty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2014 Through July 31, 2014 (D.I. 14275, Filed 8/26/14);

   6. Certificate Of No Objection Regarding Sixty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2014 Through July 31, 2014 (D.I. 14417, Filed 9/17/14); and

   7. Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 14606, Filed 10/21/14).

Richards, Layton & Finger, PA

M.  Notice Of Twenty-Second Interim Fee Application Request (D.I. 14320, Filed 8/28/14).

1.  Sixty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2014 Through May 31, 2014 (D.I. 13935, Filed 7/1/14);

2.  Certification Of No Objection Sixty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2014 Through May 31, 2014 [Docket No. 13935] (No Order Required) (D.I. 14072, Filed 7/23/14);

3.  Sixty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2014 Through June 30, 2014 (D.I. 14122, Filed 7/31/14);

4.  Certification Of No Objection Regarding Sixty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2014 Through June 30, 2014 [Docket No. 14122] (No Order Required) (D.I. 14249, Filed 8/22/14);

5.  Sixty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2014 Through July 31, 2014 (D.I. 14294, Filed 8/27/14);

6.  Certification Of No Objection Regarding Sixty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2014 Through July 31, 2014 [Docket No. 14294] (No Order Required) (D.I. 14427, Filed 9/18/14); and

7.  Fee Examiner's Final Report Regarding Twenty-Second Interim Fee Application of Richards, Layton & Finger, P.A. (D.I. 14726, Filed 11/6/14).

RLKS Executive Solutions, LLC

N.  Seventeenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period May 1, 2014 Through July 31, 2014 (D.I. 14323, Filed 8/28/14).

1. Forty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through July 31, 2014 (D.I. 14317, Filed 8/28/14);

2. Certificate Of No Objection Regarding Forty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through July 31, 2014 (D.I. 14439, Filed 9/19/14); and

3. Fee Examiner's Final Report Regarding Seventeenth Quarterly Fee Application of RLKS Executive Solutions LLC (D.I. 14607, Filed 10/21/14).

Torys LLP

O. Fifteenth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period May 1, 2014 Through July 31, 2014 (D.I. 14279, Filed 8/26/14).

1. Thirty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through May 31, 2014 (D.I. 13987, Filed 7/10/14);

2. Certificate Of No Objection Regarding Thirty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2014 Through May 31, 2014 (D.I. 14160, Filed 8/1/14);

3. Thirty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2014 Through June 30, 2014 (D.I. 14273, Filed 8/25/14);

4. Certificate Of No Objection Regarding Thirty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2014 Through June 30, 2014 (D.I. 14415, Filed 9/17/14);

5. Fortieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And

       For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2014 Through July 31, 2014 (D.I. 14274, Filed 8/26/14);

6.    Certificate Of No Objection Regarding Fortieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2014 Through July 31, 2014 (D.I. 14416, Filed 9/17/14); and

7.    Fee Examiner's Final Report Regarding Fifteenth Quarterly Fee Application of Torys LLP (D.I. 14625, Filed 10/22/14).