**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------- X

*In re*

Nortel Networks Inc., *et al.*,[1]

                                        Debtors.

-------------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re:  D.I. 14631**

**CERTIFICATE OF NO OBJECTION REGARDING SIXTY-EIGHTH INTERIM
APPLICATION OF HURON CONSULTING GROUP AS ACCOUNTING AND
RESTRUCTURING CONSULTANT TO DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD OF SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,
Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive
pleading to the **Sixty-Eighth Interim Application of Huron Consulting Group As
Accounting And Restructuring Consultant To Debtors and Debtors-In-Possession, For
Allowance of Interim Compensation And For Interim Reimbursement of All Actual And
Necessary Expenses Incurred For The Period of September 1, 2014 Through September 30,
2014** (the "Application") (D.I. 14631), filed on October 23, 2014.

The undersigned further certifies that Morris Nichols has caused a review of the
Court's docket in these cases and that no answer, objection or other responsive pleading to the
Application appears thereon.  Pursuant to the Notice, objections to the Application were to be
filed and served no later than November 12, 2014 at 4:00 p.m. (Eastern Time).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and
Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are
available at http://chapter11.epiqsystems.com/nortel.

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $42,993.45 | $0.00 | $34,394.76 | $34,394.76 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: November 14, 2014
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

Counsel for the Debtors and Debtors-In-Possession

6363257

2