# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2014 Through September 30, 2014

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Duplicating | In-House Duplicating | $75.20 |
| Express Delivery | Federal Express Corporation | $28.64 |
| Travel Expense - Meals | Lunch & Dinner | $10.65 |
| Computer Library Research | Computer Library Research | $4,636.60 |
| Computer Research | Pacer Service Center | $69.50 |
| **TOTAL** | | **$4,820.59** |

**895016**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 09/30/14
Last Date Billed  (Through )
Proforma Joint Group #

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|-------|------|----------|------|---------|-------|----------------------|--------|
| 7008469 | 09/01/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: COLLIER SERVICE PERALES, OLEGARIO | $79.97 |
| 7008470 | 09/01/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $208.92 |
| 6998238 | 09/02/14 | 384280 | 0006 | 2055295 | 001474 | Express Delivery FEDEX From: Mark Supko To: Amanda Bonn, 1901 Avenue of the Stars, Susman Godfrey LLP, LOS ANGELES, CA 90067 US Tracking Number: 771012320690 In voice Number: 277443644 | $16.78 |
| 6998239 | 09/02/14 | 384280 | 0006 | 2055295 | 001474 | Express Delivery FEDEX From: Mark Supko To: Michelle Ernst, 51 Madison Avenue, Quinn Emanuel Urquhart, NEW YORK CITY, NY 10010 US Tracking Number: 771011 109157 Invoice Number: 277443644 | $11.86 |
| 7008471 | 09/02/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: COLLIER SERVICE PERALES, OLEGARIO | $39.99 |
| 7008472 | 09/02/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $104.45 |
| 6991390 | 09/03/14 | | 0022 | 2048429 | 001474 | Inhouse Duplicating | $0.20 |
| 6991391 | 09/03/14 | | 0022 | 2048429 | 001474 | Inhouse Duplicating | $0.20 |
| 7008473 | 09/03/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $18.99 |
| 7008474 | 09/04/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $66.47 |
| 7009437 | 09/04/14 | | 0016 | 2065656 | 006634 | Comp. Library Research JACKSON, SEAN | $349.51 |
| 7008475 | 09/05/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $37.99 |
| 7008476 | 09/05/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER PERALES, OLEGARIO | $29.99 |
| 7008477 | 09/05/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: SHEPARD'S SERVI PERALES, OLEGARIO | $11.61 |
| 7009438 | 09/05/14 | | 0016 | 2065656 | 000272 | Comp. Library Research YOON, TACIE | $193.71 |
| 7009439 | 09/07/14 | | 0016 | 2065656 | 006634 | Comp. Library Research JACKSON, SEAN | $282.84 |
| 7009440 | 09/08/14 | | 0016 | 2065656 | 002444 | Comp. Library Research PERALES, OLEGARIO | $49.90 |
| 7009441 | 09/08/14 | | 0016 | 2065656 | 006634 | Comp. Library Research JACKSON, SEAN | $173.17 |
| 7009442 | 09/09/14 | | 0016 | 2065656 | 001835 | Comp. Library Research    CHENEY, MATTHEW | $131.48 |
| 7008478 | 09/11/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: ALM MEDIA SERVI YOON, TACIE | $34.48 |
| 7008479 | 09/11/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER YOON, TACIE | $90.05 |
| 7008480 | 09/11/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER YOON, TACIE | $72.04 |
| 7008481 | 09/11/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: PREMIUM NEWS SE YOON, TACIE | $95.80 |
| 7008482 | 09/11/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: SHEPARD'S SERVI YOON, TACIE | $3.98 |

DCACTIVE-29531047.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 09/30/14
Last Date Billed  (Through )
Proforma Joint Group #

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7009443 | 09/11/14 | | 0016 | 2065656 | 000272 | Comp. Library Research YOON, TACIE | $41.21 |
| 7009444 | 09/11/14 | | 0016 | 2065656 | 006634 | Comp. Library Research JACKSON, SEAN | $571.45 |
| 7008483 | 09/12/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $47.98 |
| 7008484 | 09/12/14 | | 0016 | 2065640 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $29.99 |
| 7009445 | 09/12/14 | | 0016 | 2065656 | 006634 | Comp. Library Research JACKSON, SEAN | $1,162.25 |
| 6998842 | 09/17/14 | 206333 | 0037 | 2055782 | 001474 | Meals Supko, Mark M. Dinner while working late on emergency motion | $10.65 |
| 6999606 | 09/18/14 | | 0022 | 2056376 | 001474 | Inhouse Duplicating | $0.80 |
| 7009446 | 09/29/14 | | 0016 | 2065656 | 001835 | Comp. Library Research CHENEY, MATTHEW | $240.24 |
| 6999960 | 09/30/14 | | 0152 | 2056502 | 000302 | Pacer Service Charge | $69.50 |
| 7007280 | 09/30/14 | | 0022 | 2063713 | 001474 | Inhouse Duplicating | $73.80 |
| 7007281 | 09/30/14 | | 0022 | 2063713 | 001474 | Inhouse Duplicating | $0.20 |
| 7009447 | 09/30/14 | | 0016 | 2065656 | 006634 | Comp. Library Research JACKSON, SEAN | $468.14 |
| | | | | | | **Total Disbursements** | **$4,820.59** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $28.64 |
| 0016 | Comp. Library Research | $4,636.60 |
| 0022 | Inhouse Duplicating | $75.20 |
| 0037 | Meals | $10.65 |
| 0152 | Pacer Service Charge | $69.50 |
| | **Total Disbursements** | **$4,820.59** |

DCACTIVE-29531047.1