**<u>Group Exhibit B</u>**

**Nortel Networks, Inc.**
**Employment Tax**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Employment Tax | Lowery,Kristie L (US011686190) | Partner | Tax cost summary review of estimated tax calculations using one FEIN for payments of employee claims vs using NNI and DOF to pay out employee claims and restarting wagebases for FICA, FUTA and SUI purposes. | 9/16/2014 | $650.00 | 0.2 | $130 |
| Employment Tax | Lowery,Kristie L (US011686190) | Partner | Discussed and reviewed tax cost summary with Jessica Heroy for email to Kathryn Schultea, Andy Beakey, Jim Scott, and Sarah Jacks | 9/16/2014 | $650.00 | 1.0 | $650 |
| Employment Tax | Lawrence,Kyle (US013555214) | Senior | Analyze employment tax impact of Disputed Ownership Fund for employee distributions: FITW | 9/8/2014 | $335.00 | 2.0 | $670 |
| Employment Tax | Lawrence,Kyle (US013555214) | Senior | Analyze employment tax impact of Disputed Ownership Fund for employee distributions: SITW | 9/10/2014 | $335.00 | 2.0 | $670 |
| Employment Tax | Lawrence,Kyle (US013555214) | Senior | Analyze employment tax impact of Disputed Ownership Fund for employee distributions: FUTA, SUTA | 9/10/2014 | $335.00 | 2.0 | $670 |
| Employment Tax | Lawrence,Kyle (US013555214) | Senior | Analyze employment tax impact of Disputed Ownership Fund for employee distributions: FICA, admin costs | 9/12/2014 | $335.00 | 2.1 | $704 |
| Employment Tax | Hinson,Rebecca (US013300310) | Staff | Planning and claim discsussion with Kristie Lowery and Jessica Heroy | 9/5/2014 | $200.00 | 0.2 | $40 |
| Employment Tax | Heroy,Jessica R (US012652524) | Manager | Nortel DOF meeting in Houston with Jim Scott, Jeff Wood, Andy Beakey, Kristie Lowery, Greg Carver, and Kathy Schultea and Richard Lydecker (last two of RLKS) | 9/2/2014 | $465.00 | 1.2 | $558 |
| Employment Tax | Heroy,Jessica R (US012652524) | Manager | DOF tax impact discussion with Kyle Lawrence | 9/9/2014 | $465.00 | 1.0 | $465 |
| Employment Tax | Heroy,Jessica R (US012652524) | Manager | DOF tax impact review | 9/12/2014 | $465.00 | 1.0 | $465 |
| Employment Tax | Heroy,Jessica R (US012652524) | Manager | DOF summary (payroll tax cost) discussion with Kristie Lowery | 9/16/2014 | $465.00 | 1.0 | $465 |
| Employment Tax | Carver,Gregory (US011300441) | National Partner | Conference call to prep for meeting to review DOF employment tax reporting options with Jessica Heroy, Jim Scott, Jeff Wood, Andy Beakey, Kristie Lowery | 9/3/2014 | $700.00 | 0.8 | $560 |
| Employment Tax | Carver,Gregory (US011300441) | National Partner | Meeting to review DOF employment tax reporting options with Jessica Heroy, Jim Scott, Jeff Wood, Andy Beakey, Kristie Lowery and Kathy Schultea and Richard Lydecker (last two of RLKS) | 9/3/2014 | $700.00 | 1.2 | $840 |
| | | | | **Totals** | | **15.7** | **$6,887** |

**Nortel Networks, Inc.**
**IRS Ruling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Discussions on mechanics of funding certain DOF claims with Richard Lydecker and EY team. | 9/2/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review DOF modeling deck with Richard Lydecker | 9/3/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review of DOF ruling request changes proposed by IRS and correspondence on same. | 9/4/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence related to administration of claim payments from DOF. | 9/4/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review National advisement on risks of proposed structures. | 9/4/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Travel NYC for various meetings with John R., Cleary and Chilmark. - billed 1/2 | 9/8/2014 | $650.00 | 1.8 | $1,138 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Glenn Carrington and EY team on ruling related actions. | 9/8/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence with Tim Ross and EY team on changes to ruling and to secure updated perjury statement. | 9/8/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Meetings with Cleary and Chilmark to review DOF proposal outline and discuss implementation steps and timeline | 9/9/2014 | $650.00 | 2.5 | $1,625 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Travel related to DOF meetings with John Ray, Chilmark and Cleary - billed 1/2 | 9/10/2014 | $650.00 | 1.8 | $1,138 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Ouline notes from meetings with various parties in NY on DOF implementation | 9/10/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with EY team (Jim Scott, Tim Powell, Glenn Carrington, Doug Abbott) to prepare for call with Cleary on IRS ruling notification | 9/11/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Cleary on IRS outreach following issuance of ruling. | 9/11/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Compilation of creditor materials for meeting on DOF in NYC | 9/12/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting preparation to speak with Jim Scott on creditor DOF presentations | 9/12/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | EY pre-call with Jim Scott in advance of call with Richard Lydecker on creditor DOF presentations | 9/12/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Richard L. on various matters related to DOF meetings. Includes meeting follow-up. | 9/12/2014 | $650.00 | 1.0 | $650 |

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft outline for meetings on DOF with Aiken Milbank and Capstone. | 9/15/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Cleary, Chilmark and RLKS on contents of outline for meetings in NY on DOF. | 9/15/2014 | $650.00 | 0.6 | $390 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | New York meeting preparation and review of comments from Glenn Carrington and Jim Scott. | 9/15/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Secure and incorporate comments from Cleary and EY team members into meeting outline. Revise and distribute outline. | 9/16/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Travel to DOF meetings - billed 1/2 | 9/17/2014 | $650.00 | 1.8 | $1,138 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Travel from NYC related to DOF meetings - billed at 1/2 | 9/17/2014 | $650.00 | 1.8 | $1,138 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Preparation and distribution of NOL and deferred basis analysis for UCC in relation to DOF funding analysis | 9/17/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Meetings with UCC at Cleary office | 9/17/2014 | $650.00 | 2.3 | $1,495 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Prep and follow up from meetings with UCC at Cleary office | 9/17/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Cleary, Glenn Carrington, and Jim Scott on contact with IRS related to DOF ruling | 9/18/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Glenn Carrington on discussions with IRS on DOF related matters. Includes meeting preparation and review of background materials | 9/19/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Development of decision matrix to document conditions under which DOF would be established and funded. | 9/22/2014 | $650.00 | 0.9 | $585 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Prepare alternative summary of IRS communication strategies related to income recognition point. | 9/22/2014 | $650.00 | 0.9 | $585 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft discussion outline on tactical responses for various case outcomes for pending meetings with Richard Lydecker. | 9/23/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Income recognition research and preparation for team call on same in relation to funding timeline for DOF | 9/24/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | EY call with Glenn Carrington, Jim Scott, and Andy Beakey on DOF formation and funding timeline in relation to income recognition approach | 9/24/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Development of outline and materials in preparation for call with Richard Lydecker on DOF formation and funding actions and related IRS communications | 9/24/2014 | $650.00 | 1.8 | $1,170 |

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Richard Lydecker on DOF | 9/24/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Meeting at Nortel with Jeff Wood regarding creditor meeting presentation. | 9/11/2014 | $650.00 | 1.3 | $845 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference calls (2) with Cleary and Glenn Carrington regarding DOF ruling. | 9/11/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference call with Jeff Wood to prepare for DOF conference calls with Richard Lydecker and Cleary. | 9/12/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference call with Cleary to prep for Akin meeting. | 9/12/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Review materials for New York meeting | 9/15/2014 | $650.00 | 0.6 | $390 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Call with Glenn Carrington, Jeff Wood, Tim Powell, Andy Beakey, and Cleary to discuss outline for New York meeting. | 9/15/2014 | $650.00 | 0.6 | $390 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Travel to New York for meeting with counsel - billed 1/2 | 9/16/2014 | $650.00 | 1.3 | $845 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Prepare for meeting with counsel in New York | 9/16/2014 | $650.00 | 1.1 | $715 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Prep for Cleary meeting with Glenn Carrington, Andy Beakey | 9/17/2014 | $650.00 | 1.3 | $845 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Meeting at Cleary offices with Akin, John Ray, Kathy Schultea, Cleary. | 9/17/2014 | $650.00 | 2.3 | $1,495 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Travel home from New York meeting - billed 1/2 | 9/17/2014 | $650.00 | 1.6 | $1,008 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Review documents for Cleary meeting | 9/16/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Review transaction cost analysis technical memo and schedules | 9/9/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Provide comments on transaction cost analysis technical memo and schedules | 9/10/2014 | $700.00 | 0.8 | $560 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Emails regarding additional IRS questions on 2-part | 9/4/2014 | $465.00 | 0.7 | $326 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Discussion with Glenn Carrington regarding ability to use PEO to coordinate claim payments from NNI and DOF | 9/4/2014 | $465.00 | 0.8 | $372 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Compose follow up email on ability to use PEO | 9/5/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Review of 2-part from IRS | 9/5/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Review and notes on final PLR from IRS | 9/7/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Resolving final review comments on PLR provided by IRS | 9/8/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Internal EY call with Glenn Carrington, Jim Scott, Doug Abbott, Jeff Wood to discuss approach with IRS for gain recognition issue | 9/11/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Call with Glenn Carrington, Jeff Wood, Jim Scott, Andy Beakey, and Cleary to discuss outline for Wednesday meeting. | 9/15/2014 | $465.00 | 0.6 | $279 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Reviewed Wednesday meeting outline and sent edits | 9/15/2014 | $465.00 | 0.4 | $186 |

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Ng,Frank Y (US012850469) | Executive Director | Consultation with Glenn Carrington on Chief Counsel communications process with IRS exam team related to Counsel determination and implementation and impact on future years. | 9/19/2014 | $650.00 | 0.3 | $195 |
| IRS Ruling | Ng,Frank Y (US012850469) | Executive Director | Consultation with Glenn Carrington on IRS exam adminstrative protocol on communications with IRS Counsel. | 9/24/2014 | $650.00 | 0.3 | $195 |
| IRS Ruling | Cooper,Matthew Scott (US013469100) | Senior Manager | Assistance to Glenn Carrington concerning rep. 5 in letter ruling and research on use of discharge language. | 9/25/2014 | $565.00 | 0.9 | $509 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Conversations with IRS on issues, and emails to EY team on those issues | 9/3/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Correspondence documenting DOF issues | 9/4/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Meetings with IRS on DOF | 9/5/2014 | $700.00 | 6.0 | $4,200 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with IRS on Ruling | 9/8/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Revisions to ruling and IRS calls on liability subject to 468B | 9/8/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with IRS on various matters related to Ruling, | 9/9/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Document changes to ruling following IRS calls | 9/9/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with IRS on Ruling, Revisions to ruling and calls on liability jubject 468B | 9/11/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Discussions with IRS on proposed changes to ruling | 9/12/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Discussions with IRS on Ruling | 9/15/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Prep for meeting in NY with Cleary | 9/16/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Prep meeting with Jim Scott and Glenn Carrington before meeting with Cleary on Nortel Ruling | 9/17/2014 | $700.00 | 1.3 | $910 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Meeting with Cleary, Akin, UCC, Kathy Schultea, Jim Scott, jeff Wood, Andy Beakey on Nortel Ruling | 9/17/2014 | $700.00 | 2.3 | $1,610 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Follow-up from meeting with Cleary on Nortel Ruling | 9/17/2014 | $700.00 | 2.4 | $1,680 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Meetings with IRS team on ruling | 9/19/2014 | $700.00 | 2.0 | $1,400 |

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Discussed question on sale pursuant to bankruptcy with Glenn Carrington | 9/24/2014 | $700.00 | 0.2 | $140 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Researched Section 468 and designated settlements | 9/25/2014 | $700.00 | 0.3 | $210 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Obtained Attorney Goodman's questions and researched whether sale before court set allocation qualified for deferral. | 9/26/2014 | $700.00 | 0.6 | $420 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Travel to NYC for DOF meetings with John Ray and Cleary - billed 1/2 | 9/8/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Preparation for and meeting with John Ray regarding 2014 tax activity and DOF structure implementation | 9/9/2014 | $650.00 | 2.1 | $1,365 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Meeting with Cleary and Chilmark to discuss PLR for DOF, discussion of revenue timing and operations around forming the DOF | 9/9/2014 | $650.00 | 2.8 | $1,820 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Travel from NYC for DOF meetings with John Ray and Cleary - billed 1/2 | 9/10/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Conference call with Cleary to discuss tax planning and mitigation around DOF structure. | 9/11/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Conference calls with RLKS, Chilmark and Cleary to discuss meeting with bondholders on tax planning and DOF structure | 9/12/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Conference call with Glenn Carrington, Tim Powell, Jeff Wood, Jim Scott, and Cleary regarding presentation in NYC regarding DOF structure and implementation | 9/15/2014 | $650.00 | 0.6 | $390 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Travel to NYC for DOF meeting regarding ruling and implementation - billed 1/2 | 9/16/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Meeting with Jim Scott and Glenn Carrington to prepare for DOF meeting | 9/17/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Meeting with Cleary, John Ray (CRO) and advisors for bondholders to discuss DOF strategy | 9/17/2014 | $650.00 | 2.3 | $1,495 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Travel from NYC for DOF meeting regarding ruling and implementation - billed 1/2 | 9/17/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review changes requested by ITS on ruling submission | 9/4/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of ITS Draft ruling | 9/7/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of ITS requested edits | 9/7/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Prepare comments regarding IRS Draft ruling and requested Cleary change | 9/8/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Resolution of John Ray requested ruling change | 9/8/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Creditor DOF deck review and comments | 9/10/2014 | $650.00 | 2.0 | $1,300 |

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Field discussion strategy call with Jeff Wood, Jim Scott, Glenn Carrington, Tim Powell related to income inclusion timing | 9/11/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Deck revision update for creditors meeting next week | 9/12/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review deck for use at creditor meeting. | 9/15/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Debrief of New York Meeting | 9/22/2014 | $650.00 | 2.0 | $1,300 |
| | | | | **Totals** | | **141.3** | **$92,586** |

**Nortel Networks, Inc.**
**Pre-Controversy TP**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Preparation for conference call with Mark Mesler and Miller Williams on 311(b) and 482 issues. | 9/5/2014 | $650.00 | 1.0 | $650 |
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Meeting preparation and follow-up from call with Mark Mesler and Miller Williams on 311(b) and 482 issues. | 9/5/2014 | $650.00 | 0.2 | $130 |
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Sec. 311(b) background research for Miller Williams and Mark Mesler. | 9/8/2014 | $650.00 | 2.5 | $1,625 |
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Section 311(b) case and ruling research for Miller Williams. | 9/12/2014 | $650.00 | 2.5 | $1,625 |
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Draft narrative of 311 (b) issue for discussion. | 9/12/2014 | $650.00 | 2.0 | $1,300 |
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Review reply briefs and docket information for transfer pricing and case implications | 9/18/2014 | $650.00 | 2.0 | $1,300 |
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Analysis on 311(b) and inconsistency in recognition position vis-a-vis rights contribution | 9/22/2014 | $650.00 | 1.5 | $975 |
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Review US post trial brief for pre-controversy transfer pricing analysis purposes | 9/22/2014 | $650.00 | 1.0 | $650 |
| Precontroversy TP | Mesler,Mark S. (US011706071) | Partner | Preparation and participation in call with Miller Williams and Jeff Wood (both of EY) to discuss status of allocation proceeding. | 9/5/2014 | $650.00 | 1.0 | $650 |
| Precontroversy TP | Mesler,Mark S. (US011706071) | Partner | Discussion and prep for call with EY team (Jeff Wood, Miller Williams) to discuss IRS controversy issues among other things. | 9/22/2014 | $650.00 | 1.0 | $650 |
| Precontroversy TP | Donovan,Claire Summer (US013263285) | Staff | Reviewing Nortel TP Memo | 9/19/2014 | $200.00 | 1.0 | $200 |
| | | | | **Totals** | | **15.7** | **$9,755** |

**Nortel Networks, Inc.**
**Modeling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Williams,Edward M (US012752237) | National Partner | Nortel call with Jeff Wood and Mark Mesler to discuss project and case status | 9/5/2014 | $700.00 | 1.0 | $ 700 |
| Modeling | Williams,Edward M (US012752237) | National Partner | Review post trial briefs prior to call on Nortel project | 9/5/2014 | $700.00 | 4.0 | $ 2,800 |
| Modeling | Williams,Andrew (US013426512) | Senior | Begin tax research pertaining to assessability of court settlements | 7/18/2014 | $335.00 | 1.1 | $ 369 |
| Modeling | Williams,Andrew (US013426512) | Senior | Continue research regarding assessability of tax settlements | 7/21/2014 | $335.00 | 2.1 | $ 704 |
| Modeling | Williams,Andrew (US013426512) | Senior | Begin writeup regarding assessability of tax settlements | 7/22/2014 | $335.00 | 1.1 | $ 369 |
| Modeling | Williams,Andrew (US013426512) | Senior | Continue writeup regarding assessability of tax settlements | 7/23/2014 | $335.00 | 0.8 | $ 268 |
| Modeling | Scott,James E (US011119307) | Partner | Model implications of California ruling release to prep for meeting with Akin. | 9/12/2014 | $650.00 | 0.7 | $ 455 |
| Modeling | Scott,James E (US011119307) | Partner | Meet with Matt Gentile on state holdback | 9/15/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Scott,James E (US011119307) | Partner | Prepare talking points for New York meeting | 9/15/2014 | $650.00 | 1.1 | $ 715 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Respond to follow-up questions from jim scott | 9/2/2014 | $565.00 | 0.2 | $ 113 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Discussion with Katie Factor on California modeling needs | 9/2/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review documentation of modeling | 9/3/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review California statutes for question on new chief counsel ruling | 9/12/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review proceeds numbers for allocation related to tangible/intangible property | 9/12/2014 | $565.00 | 1.2 | $ 678 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Prepare for meeting with Jim Scott to discuss modeling | 9/15/2014 | $565.00 | 1.1 | $ 622 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Meeting with Jim Scott to discuss modeling results for New York meeting | 9/15/2014 | $565.00 | 1.5 | $ 848 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review top 10 states in terms of liability and provide Jim Scott with thoughts on each one | 9/16/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Respond to follow-up questions from Jim Scott | 9/17/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review documentation for latest round of modeling | 9/22/2014 | $565.00 | 0.6 | $ 339 |
| Modeling | Factor,Katie (US013471951) | Senior | Discussion with Matt Gentile on intellectual/intangible property | 9/8/2014 | $335.00 | 0.5 | $ 168 |
| Modeling | Factor,Katie (US013471951) | Senior | Research for California sourcing | 9/12/2014 | $335.00 | 1.5 | $ 503 |
| Modeling | Factor,Katie (US013471951) | Senior | Respond to California emails | 9/16/2014 | $335.00 | 0.5 | $ 168 |
| Modeling | Danowitz,Steven M (US011409138) | Partner | Respond to Matt Gentile's questions regarding CCR | 9/16/2014 | $650.00 | 1.3 | $ 845 |
| | | | | | **Totals** | **26.8** | **$ 14,460** |