**Exhibit C**

**Exhibit C**

**Nortel Networks, Inc.**
**Expenses**

| Engagement Code | Employee | Description | Transaction Date | Expenses |
|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Lunch: Meetings with John Ray, Cleary and Chilmark | 9/10/2014 | $7.90 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Parking: Meetings with John Ray, Cleary and Chilmark | 9/10/2014 | $28.00 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Dinner: Meetings with John Ray, Cleary and Chilmark - Day 1 of trip | 9/8/2014 | $37.50 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Brkft: Meetings with John Ray, Cleary and Chilmark - Day 2 of trip | 9/9/2014 | $7.88 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Taxi: Meetings with John Ray, Cleary and Chilmark\\Airport to midtown | 9/8/2014 | $45.00 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Dinner: Meetings with John Ray, Cleary and Chilmark - Day 2 of trip | 9/9/2014 | $23.00 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Taxi: Meetings with John Ray, Cleary and Chilmark\\Midtown to airport | 9/10/2014 | $46.50 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Lodge: Meetings with John Ray, Cleary and Chilmark\\BDFDXT - Day 1 | 9/8/2014 | $541.67 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Lodge: Meetings with John Ray, Cleary and Chilmark\\BDFDXT - Day 2 | 9/9/2014 | $541.67 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Mileage: Meetings with John Ray, Cleary and Chilmark\\Airport and back | 9/10/2014 | $15.68 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Misc tips: Meetings with John Ray, Cleary and Chilmark | 9/10/2014 | $3.00 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Brkft: Meetings with John Ray, Cleary and Chilmark - Day 3 of trip | 9/10/2014 | $8.87 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Air: DOF Meetings with UCC\\MNCVHF - NYC to Raleigh (cancelled for meeting time change) | 9/17/2014 | $326.35 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Dinner: DOF Meetings with UCC | 9/17/2014 | $5.29 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Air: DOF Meetings with UCC\\EMVVML - NYC to Raleigh | 9/17/2014 | $358.91 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Mileage: DOF Meetings with UCC\\Airport and back | 9/17/2014 | $11.20 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Taxi: DOF Meetings with UCC\\Airport to financial district | 9/17/2014 | $60.00 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Brkft: DOF Meetings with UCC | 9/17/2014 | $9.53 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Air: DOF Meetings with UCC\\XWHWOH - Raleigh to NYC | 9/17/2014 | $358.91 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Parking: DOF Meetings with UCC | 9/17/2014 | $12.00 |
| Employment Tax | Lowery,Kristie L (US011686190) | Dinner: Nortel meeting in Raleigh to discuss claims payout with client and characterization of wage types.  Included Kathy Schultea - Bankruptcy Secretary for Nortel; Jessica Heroy - EY Manager; Kristie Lowery - EY Partner.  Discussed Quality Stores and issues around wage payment types for former employees. - Day 1 | 3/18/2014 | $92.00 |

| Engagement Code | Employee | Description | Transaction Date | Expenses |
|---|---|---|---|---|
| Employment Tax | Lowery,Kristie L (US011686190) | Misc: Nortel meeting in Raleigh, NC to discuss claims payout with client and characterization of wage types - expense for coffee for Kristie Lowery and Jessica Heroy (both EY) and Kathy Schultea (RLKS). | 3/19/2014 | $8.00 |
| Employment Tax | Lowery,Kristie L (US011686190) | Misc: Nortel meeting in Raleigh to discuss claims payout with client and characterization of wage types - expense for tips | 3/19/2014 | $10.00 |
| Employment Tax | Lowery,Kristie L (US011686190) | Lodge: Nortel meeting in Raleigh to discuss claims payout with client and characterization of wage types.\\SWIWSW | 3/20/2014 | $162.31 |
| Employment Tax | Lowery,Kristie L (US011686190) | Dinner: Nortel meeting in Raleigh to discuss claims payout with client and characterization of wage types. - Day 2 | 3/19/2014 | $12.50 |
| Employment Tax | Heroy,Jessica R (US012652524) | Brkft: RDU for Nortel meetings to discuss claims payout process and upcoming urgent research questions. Breakfast out of town with Kristie Lowery. | 3/19/2014 | $16.02 |
| Employment Tax | Heroy,Jessica R (US012652524) | Parking: RDU for Nortel meetings to discuss claims payout process and upcoming urgent research questions. Parking in Uptown Charlotte - outside normal commute - secure garage with suitcase for overnight travel to RDU. | 3/18/2014 | $10.00 |
| Employment Tax | Heroy,Jessica R (US012652524) | Mileage: RDU for Nortel meetings to discuss claims payout process and upcoming urgent research questions\\To/From RDU | 3/19/2014 | $196.56 |
| Employment Tax | Heroy,Jessica R (US012652524) | Lodge: RDU for Nortel meetings to discuss claims payout process and upcoming urgent research questions\\HOWXMZ | 3/20/2014 | $162.31 |
| | | | Totals | $3,119 |

**Nortel Networks, Inc.**
**Expenses**

| Engagement Code | Employee | Description | Transaction Date | Expense |
|---|---|---|---|---|
| Modeling | Wood,Jeffrey T (US013081390) | Taxi: Meetings to review modeling output\\Client to airport | 3/26/2014 | $60.00 |
| Modeling | Wood,Jeffrey T (US013081390) | Brkft: Meetings to review modeling output - Day 1 | 3/25/2014 | $2.10 |
| Modeling | Wood,Jeffrey T (US013081390) | Mileage: Meetings to review modeling output\\Home to airport and back | 3/26/2014 | $15.68 |
| Modeling | Wood,Jeffrey T (US013081390) | Air: Meetings to review modeling output\\KECKIX | 3/25/2014 | $864.50 |
| Modeling | Wood,Jeffrey T (US013081390) | Brkft: Meetings to review modeling output - Day 2 | 3/26/2014 | $13.24 |
| Modeling | Wood,Jeffrey T (US013081390) | Misc: Meetings to review modeling output | 3/27/2014 | $6.00 |
| Modeling | Wood,Jeffrey T (US013081390) | Lodge: Meetings to review modeling output\\KECKIX | 3/26/2014 | $361.53 |
| Modeling | Wood,Jeffrey T (US013081390) | Parking: Meetings to review modeling output | 3/26/2014 | $24.00 |
| Modeling | Scott,James E (US011119307) | Taxi: White Horse car service while traveling for client work\\Home / airport | 3/25/2014 | $47.00 |
| Modeling | Scott,James E (US011119307) | Dinner: meal while traveling for client work | 3/26/2014 | $32.75 |
| Modeling | Scott,James E (US011119307) | Lodge: Lodging @ Sheraton in Texas while traveling for client work\\KLGUXU | 3/28/2014 | $237.68 |
| Modeling | Scott,James E (US011119307) | Lodge: Hotel stay in Houston for Nortel meeting with Andy Beakey for Modeling support.\\KLGUXU | 3/27/2014 | $361.53 |
| Modeling | Scott,James E (US011119307) | Taxi: Modeling support meeting with Andy Beakey, Jeff Wood, Sarah Jacks, Doug Abbott\\JW Marriott / Riverara Hotel | 3/27/2014 | $34.00 |
| Modeling | McCully,Becky M (US012471861) | Brkft: travel to Nortel to meet with team on basis calcs | 3/19/2014 | $7.08 |
| Modeling | McCully,Becky M (US012471861) | Lodge: Nortel meeting\\WZCLZT | 3/20/2014 | $230.00 |
| Modeling | McCully,Becky M (US012471861) | Taxi: Travel to NYC to work with team on NNI stock basis calculations\\JFK to Hotel | 2/12/2014 | $72.00 |
| Modeling | McCully,Becky M (US012471861) | Air: work with Nortel Team in NY on basis and DIT analysis\\EOEAFP | 3/27/2014 | $170.50 |
| Modeling | McCully,Becky M (US012471861) | Air: airline ticket broker fee\\EOEAFP | 3/27/2014 | $7.00 |
| Modeling | McCully,Becky M (US012471861) | Lunch: Sarah jacks, Matt Gentile to discuss status of workstreams around CODI analysis | 4/30/2014 | $38.69 |
| Modeling | Jacks,Sarah Butler (US011990278) | Brkft: trip to EY houston for modeling discussions with Richard Lydecker - Day 1 | 3/25/2014 | $6.13 |
| Modeling | Jacks,Sarah Butler (US011990278) | Parking: parking at RDU for trip to EY Houston for Nortel modeling discussions with Richard Lydecker | 3/25/2014 | $24.00 |
| Modeling | Jacks,Sarah Butler (US011990278) | Lodge: Modeling trip to Houston for Richard Lydecker\\BZKNWY | 3/25/2014 | $221.13 |
| Modeling | Jacks,Sarah Butler (US011990278) | Brkft: Houston Modeling trip with Jim Scott, Jeff Wood - Day 2 | 3/26/2014 | $15.43 |

| Engagement Code | Employee | Description | Transaction Date | Expense |
|---|---|---|---|---|
| Modeling | Jacks,Sarah Butler (US011990278) | Taxi: gratuity for cab service from EY Houston office to Intercontinental airport\\EY Office to IAH Airport | 3/26/2014 | $5.00 |
| Modeling | Jacks,Sarah Butler (US011990278) | Dinner: Houston Modeling meeting discussions with Richard Lydecker | 3/26/2014 | $7.87 |
| | | | Totals $ | 2,865 |