**Exhibit A**

**?IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
:
*In re*                                                    :       Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :       Case No. 09-10138 (KG)
:
              Debtors.                :       Jointly Administered
:       **Re: D.I. Nos.: 14240, 14278, 14279,**
:       **14292, 14296, 14297, 14319, 14320,**
:       **14323, 14324, 14329, 14330, 14333,**
:       **14334, 14336**
:
-----------------------------------------------------------X

**TWENTY-SECOND OMNIBUS ORDER ALLOWING CERTAIN PROFESSIONALS INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

These matters come to be heard, in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009 [D.I. 222] (the "Interim Compensation Procedures Order"), on the Interim Fee Statements[2] (unless otherwise specified) for the periods set forth hereto, filed by professionals (the "Professionals") in the above-captioned bankruptcy case; and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and upon consideration of the record of the hearing convened on

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Procedures Order, unless context requires otherwise.

November 19, 2014 (the "Hearing") and the entire record of this case; the requested compensation for those services detailed in the applicable Interim Fee Statements being so requested for reasonable and necessary services rendered by the applicable Professionals; the reimbursements for expenses detailed in the Interim Fee Statements representing reimbursements for actual and necessary expenses incurred by the applicable Professionals in connection with these cases; the legal and factual bases set forth in the Interim Fee Statements and at the Hearing having established just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED:

1.      Interim compensation and reimbursement of expenses for the Professionals are hereby allowed as set forth in this Order including Exhibits A and B attached hereto.

2.      Unless otherwise ordered by the Court or agreed by the applicant, the entry of this Order is without prejudice to the right of the above-referenced Professionals at a future hearing to request the allowance and payment of compensation and/or expenses in amounts in excess of those allowed pursuant to the first decretal paragraph of this Order for the periods covered by the Interim requests for allowance and payment of compensation and expenses considered at the Hearing.

3.      The above-captioned debtors and debtors-in-possession (the "Debtors") are authorized and directed to promptly disburse to each Professional, except for otherwise provided herein, payment in the amount of the difference between (a) 100% of the total fees and expenses allowed herein for such Professional as set forth in Column (9) on **Exhibits A and B** attached hereto and (b) the actual interim payments received by such Professional for the interim period covered herein, subject to final allowance by the Court pursuant to the terms of the Interim Compensation Procedures Order.

4.      The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

2

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.


Dated: _____, 2014
     Wilmington, Delaware                        _____
                                           THE HONORABLE KEVIN GROSS
                                           UNITED STATES BANKRUPTCY JUDGE

8641305.1

**Exhibit A**

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP | 11/1/13-6/30/14 | $8,417.50 | $6,734.00 | $1,683.50 | $111.13 | $8,528.63 | $0.00 | $8,528.63 | $518,071.47 | $518,071.47 |
| Chilmark Partners, LLC | 5/1/14-7/31/14 | $750,000.00 | $600,000.00 | $150,000.00 | $11,624.82 | $761,624.82 | $0.00 | $761,624.82 | $12,853,583.65 | $12,853,503.65 |
| Cleary Gottlieb Steen & Hamilton LLP | 5/1/14-7/31/14 | $13,537,582.00[2] | $10,830,065.60 | $2,707,516.40 | $8,020,205.04 | $21,557,787.04 | $17,535.58[3] | $21,540,251.46 | $291,141,584.14 | $291,093,099.49 |
| Crowell & Moring LLP | 2/1/14-7/31/14 | $45,928.00 | $36,742.40 | $9,185.60 | $0.00 | $45,928.00 | $0.00 | $45,928.00 | $860,876.08 | $860,876.08 |
| Ernst & Young LLP | 5/1/14-7/31/14 | $1,201,149.00 | $960,919.20 | $240,229.80 | $0.00 | $1,201,149.00 | $0.00 | $1,201,149.00 | $26,530,277.99 | $26,530,277.99 |
| Huron Consulting Group | 5/1/14-7/31/14 | $142,783.65 | $114,226.92 | $28,556.73 | $0.00 | $142,783.65 | $0.00 | $142,783.65 | $8,188,105.15 | $8,188,105.15 |

---

[1]    Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors

[2]    Due to an inadvertent error, certain fees associated with non-working travel were unintentionally included on the May fee application in matter 17650-039, totaling 6.3 hours and $4,693.50.  This number reflects the correct total fees sought for the application period consistent with the removal of such fees.

[3]    Please note that this amount reflects a reduction in fees and expenses totaling $17,535.58 per the *Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP* (D.I. 14723).

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| John Ray | 5/1/14-7/31/14 | $59,885.00 | $47,908.00 | $11,977.00 | $0.00 | $59,885.00 | $0.00 | $59,885.00 | $3,577,536.01 | $3,577,536.01 |
| Morris, Nichols, Arsht & Tunnell LLP | 5/1/14-7/31/14 | $522,844.00 | $418,275.20 | $104,568.80 | $157,605.94 | $680,449.94 | $0.00 | $680,449.94 | $7,755,148.45 | $7,752,887.45 |
| RLKS Executive Solutions LLC | 5/1/14-7/31/14 | $275,170.50 | $220,136.40 | $55,034.10 | $6,144.00 | $281,314.50 | $0.00 | $281,314.50 | $7,929,786.90 | $7,929,786.90 |
| Torys LLP | 5/1/14-7/31/14 | $2,183,294.50 | $1,746,635.60 | $436,658.90 | $140,498.19 | $2,323,792.69 | $0.00 | $2,323,792.69 | $15,497,011.21 | $15,497,011.21 |
| **TOTALS** | | **$18,727,054.15** | **$14,981,643.32** | **$3,745,410.83** | **$8,336,189.12** | **$27,063,243.27** | **$17,535.58** | **$27,045,707.69** | **$374,851,981.05** | **$374,801,155.40** |

**Exhibit B**

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period (Fee Examiner) | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 5/1/14 - 7/31/14 | $4,972,094.25 | $3,977,675.40 | $994,418.85 | $642,419.48 | $5,614,513.73 | $3,163.00 (Fees) $13,739.27 (Expenses) | $5,597,611.46 | $63,337,058.76 | $63,194,942.99 |
| Ashurst LLP[2] | 5/1/14 - 7/31/14 | £42,992.50 (US $68,358.08) | £34,394.00 (US $54,868.46) | £8,598.50 (US $13,671.62) | £52.04 (US $82.74) | £43,044.54 (US $68,440.82) | £0.00 (Fees) £0.00 (expenses) | £43,044.54 (US $68,358.08) | £5,037,406.69[3] (US $8,012,750.42) | £5,035,346.75[4] (US $8,006,201.33) |
| Capstone Advisory Group, LLC | 5/1/14 - 7/31/14 | $1,234,569.50 | $987,655.60 | $246,913.90 | $15,585.40 | $1,250,154.90 | $0.00 (Fees) $0.00 (Expenses) | $1,250,154.90 | $30,841,985.96 | $30,841,609.96 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of £1 to US $1.66 as published by Bloomberg.com on August 29, 2014. All figures listed for Ashurst LLP are paid in Sterling in the Sterling amounts specified above.

[3] Although Ashurst claimed a total of £5,039,465.67 in the monthly applications, we agreed to reduce our expenses by £2,059.98 in relation to the Fifty-Ninth monthly application as deducted that amount from the holdback fees (20%) in the Twentieth interim application.

[4] Ashurst agreed to a voluntary reduction of £2,059.94 in expenses claimed in the Fifty-Fifth, Fifty-Sixth and Fifty-Seventh monthly fee applications and the Court has deducted this amount from the expenses it awarded in relation to the three monthly applications.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP[5] | 5/1/14 - 7/31/14 | CDN $1,914,760.00 (US $1,749,516.21) | CDN $1,531,808.00 (US $1,399,612.97) | CDN $382,952.00 (US $349,903.24) | CDN $59,471.60 (US $54,339.20) | CDN $1,974,231.60 (US $1,803,855.41) | CDN $0.00 (Fees) $0.00 (Expenses) | CDN $1,974,231.60 (US $1,803,855.41) | CDN $2,494,897.00 (US $2,279,587.39) | CDN $2,494,897.00 (US $2,279,587.39) |
| Richards, Layton & Finger, P.A. | 5/1/14 - 7/31/14 | $208,180.50 | $166,544.40 | $41,636.10 | $56,571.93 | $264,752.43 | $0.00 (Fees) $0.00 (Expenses) | $264,752.43 | $1,313,824.31 | $1,313,824.31 |
| **TOTALS** | | **$6,414,844.25 £42,992.50 CDN $1,914,760.00** | **$5,131,875.40 £34,394.00 CDN $1,531,808.00** | **$1,282,968.85 £8,598.50 CDN $3,82,952.00** | **$714,576.81 £52.04 CDN $59,471.60** | **$7,129,421.06 £43,044.54 CDN $1,974,231.60** | **$16,902.27 £0.00 CDN $0.00** | **$7,112,518.79 £43,044.54 CDN $1,974,231.60** | **$95,492,869.03 £5,037,406.69 CDN $2,494,897.00** | **$95,350,377.26 £5,035,346.75 CDN $2,494,897.00** |

---

[5]  The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of CDN $1.00 to U.S. $0.9137 as published by Reuters on August 27, 2014.  All figures listed for Cassels Brock & Blackwell LLP are paid in Canadian currency at the Canadian dollar amounts specified above.