# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, [1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **RE: Docket No. 14772** |

## CERTIFICATE OF SERVICE

I, Kathleen A. Murphy, do hereby certify that on the 17th day of November, 2014, I caused copies of the *Preliminary Objection of Monitor and Canadian Debtors to Debtors' Amended Motion Pursuant to 11 U.S.C. §§ 105 and 363 for Entry of an Order Approving the Sharing of Costs Related to Third-Party Discovery* to be served upon the parties identified on the attached service list via the manner indicated.

/s/ Kathleen A. Murphy
Kathleen A. Murphy (No. 5215)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**U.S. Debtors**").

**VIA FIRST CLASS & ELECTRONIC MAIL**

Crowell & Moring LLP
Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
mplevin@crowell.com
msupko@crowell.com
jregan@crowell.com
mcheney@crowell.com

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Benesch, Friedlander, Coplan & Aronoff LLP
Jennifer R. Hoover
Michael J. Barrie
222 Delaware Ave., Suite 801
Wilmington, Delaware 19801
jhoover@beneschlaw.com
mbarrie@beneschlaw.com