# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X    Chapter 11
                                                           :
In re                                                      :    Case No. 09-10138 (KG)
                                                           :
Nortel Networks Inc., et al.,[1]                           :    Jointly Administered
                                                           :
                        Debtors.                           :
                                                           :
-----------------------------------------------------------X
```

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 19, 2014 AT 11:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## ADJOURNED MATTER

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

   Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to November 25, 2014 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to January 6, 2015 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

Remaining Responses Received:

(a)  Informal Response of ASM Capital Regarding Claim No. 7819; and

(b)  Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)  Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b)  First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c)  Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d)  Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12); and

(e)  Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for December 16, 2014 at 10:00 a.m. (ET). The hearing on the Objection with respect to response (b) has been adjourned to the hearing scheduled for January 20, 2015 at 10:00 a.m. (ET).

**FEE APPLICATIONS**

2.  Quarterly fee applications.

    Responses Received:  None.

    Related Pleadings:  See attached "Exhibit A".

    **(a)  Certification of Counsel Regarding Twenty-Second Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses (D.I. 14771, Filed 11/17/14); and**

    **(b)  Proposed Form of Order.**

    Status:  **A COC has been filed regarding the quarterly fee applications.  The Court has indicated that an order will be entered and no hearing is necessary.**

| | |
|---|---|
| Dated: November 18, 2014<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>       */s/ Tamara K. Minott*       <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |