Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2014

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/06/14 | MDR | Review Court docket and case and draft notice of rescheduled hearing | 0.90 |
| 10/29/14 | MDR | Contact Epiq and request their Bankruptcy Court break-out room for the November 7 Hearing for J. Hoover (0.20); set-up Court reporter for November 7th Hearing (0.20) | 0.40 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 1.30 | $325.00 |
| | | | 1.30 | $325.00 |
| | | TOTAL: | 1.30 | $325.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/16/14 | LMB | Review and revise BFCA fees and expenses through September 2014 | 0.30 |
| 10/24/14 | JRH | Emails with A. Cordo regarding fee hearing | 0.20 |
| 10/24/14 | LMB | Preparation of BFCA monthly fee application for July through September | 0.40 |
| 10/27/14 | LMB | Prepare serve and file BFCA monthly fee application for July 2014 through September 2014 | 0.50 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 0.20 | $86.00 |
| | | | 0.20 | $86.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 1.20 | $210.00 |
| | | | 1.20 | $210.00 |
| | | TOTAL: | 1.40 | $296.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/02/14 | JRH | Conference call with A. Cordo regarding motion to extend automatic stay, next steps | 0.50 |
| 10/06/14 | JRH | Conference call with M. Cheney, Esq.; discuss filing of amended motion | 0.50 |
| 10/07/14 | JRH | Conference call with A. Cordo regarding various procedural issues | 0.30 |
| 10/07/14 | JRH | Coordinate with M. Cheney regarding filing and service and amended motion (.50); prepare notice (.50); coordinate exhibits and service (1.5) | 2.50 |
| 10/07/14 | KMC | Review motion to extend automatic stay | 1.00 |
| 10/07/14 | MDR | Input J. Hoover's revisions to the Notice of Re-scheduled Hearing (.20); proof read the Amended Motion to Enforce the Stay and exhibits to same (.80); discuss issues with J. Hoover (.40); prepare for e-filling (.30); e-file Amended Motion and Notice of Rescheduled Hearing and forward as-filed copies to J. Hoover (.70) | 2.40 |
| 10/08/14 | MJB | Telephone call from J. Gorris regarding motion for protective order (.10); follow up email from J. Gorris regarding same (.10); discuss same with J. Hoover (.10) | 0.30 |
| 10/08/14 | JRH | Various emails with M. Cheney regarding service of amended documents on prior day, emails to/from J. Gorris regarding extension of objection deadline and emails with M. Cheney regarding same | 0.50 |
| 10/10/14 | JRH | Emails with M. Cheney re: conference call with Scott Bomhof regarding cost sharing motion, etc. (.30); emails with Cleary Gottlieb regarding potential assistance with service of discovery requests (.20) | 0.50 |
| 10/13/14 | JRH | Emails with M. Cheney regarding status/conference call | 0.20 |
| 10/13/14 | KMC | Telephone call to D. McFarland regarding rescheduling hearing date on motion to extend automatic stay and confer with J. Hoover regarding same | 0.20 |
| 10/14/14 | JRH | Conference call with M. Cheney and S. Bomhof regarding cost sharing motion (.5), follow up emails related thereto (.3) | 0.80 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/14/14 | JRH | Follow up emails with M. Cheney (.10); review e-filings and emails regarding same (.20); coordinate with M. Rust regarding objections (.20) | 0.50 |
| 10/14/14 | KMC | Review Judge Gross trial procedures and confer with J. Hoover regarding same | 0.20 |
| 10/14/14 | MDR | Reviewed bankruptcy dockets for all entities, prepared listing of addresses of same and forwarded same to creditor for J. Hoover; reviewed docket for objections to our motions for order enforcing and or extending the stay; download all objections | 1.70 |
| 10/15/14 | JRH | Conference call with A. Cordo, Esquire and M. Cheney, Esquire regarding procedural issues related to cost sharing motion | 0.40 |
| 10/15/14 | MDR | Contact litigation support re blow-back of copies of he Objections to our Motion to Enforce or Extend the Stay (.20); prepare pdfs of the Objections for copying and forward same to litigation support (.40); download and print-out the proposed Findings of Fact and Conclusions of Law (.10); telephone conversation with lit support re status of binders (.10) | 0.80 |
| 10/16/14 | JRH | Various emails with M. Cheney and A. Cordo regarding cost sharing motion, service issues, etc. | 0.50 |
| 10/16/14 | KMC | Confer with pro se creditor D. McFarland regarding motion to enforce or extend the automatic stay | 0.10 |
| 10/17/14 | JRH | Conference call with Matt Cheney to discuss cost sharing motion and next steps, scheduling of hearing, etc. | 0.50 |
| 10/17/14 | JRH | Conference call with L. Lipner, Cleary Gottlieb, regarding potential Nortel matter regarding subpoena issues | 0.30 |
| 10/20/14 | JRH | Review subpoena to testify and subpoena for production of documents directed to Nortel Networks in litigation pending in North Carolina (Mary Ann-Whitted-Justice v. Colgate Palmolive Company et al.) (.50); conference call with Louis Lipner, Esquire, Cleary Gottlieb regarding matter (.50) | 1.00 |
| 10/20/14 | JRH | Emails with M. Cheney, Esquire regarding cost sharing motion, etc. | 0.20 |
| 10/21/14 | JRH | Review emails from M. Cheney to client regarding objections to stay motion (.50); coordinate with S. Bomhol and M. Cheney regarding cost sharing motion (1.0) | 1.50 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/22/14 | JRH | Prepare for conference call and conference call with M. Cheney and S. Bomhof regarding cross-border issues related to cost sharing motion | 1.30 |
| 10/23/14 | JRH | Conference all with M. Cheney (0.5); discuss amended cost sharing motion, service, etc.; conference call with A Cordo regarding scheduling (0.3) | 0.80 |
| 10/23/14 | JRH | Review subpoenas and prepare for conference call (.50); conference call with T. Ross and D. Parker regarding subpoena issues (.50) | 1.00 |
| 10/23/14 | MDR | Review Court Docket for Objections and update the litigation calendar (.20); update the objection binders (1.0); convert, file and e-serve the Amended Motion re Sharing Costs (.50) | 1.70 |
| 10/24/14 | JRH | Emails with S. Bomhof regarding hearing request; revise notice and coordinate filing | 0.70 |
| 10/24/14 | JRH | Review motion; review Residential Capital opinion, etc. | 0.50 |
| 10/24/14 | JRH | Coordinate with D. Parker regarding documents | 0.20 |
| 10/24/14 | MDR | Convert and file the Cost Sharing Motion; update objection binders; download and forward case law to J. Hoover | 1.60 |
| 10/27/14 | JRH | Emails with D. Parker regarding subpoenas | 0.20 |
| 10/28/14 | JRH | Review items for hearing on 11/7 in preparation for call | 1.50 |
| 10/29/14 | JRH | Conference call with I. Shelton, Esq.; and follow up email related thereto | 0.50 |
| 10/29/14 | JRH | Review objections to automatic stay motion (2.50); conference with M. Cheney regarding comments/strategy call (.50); emails with M. Rust regarding court reporter, etc. to coordinate for hearing (.50) | 3.50 |
| 10/30/14 | JRH | Email and conference call with M. Cheney regarding status and procedure (.30); conference call with MNAT regarding agenda (.10) | 0.40 |
| 10/30/14 | JRH | Conference call with Q. Emanuel (.50); prepare objections and responses to subpoena, email with client; review and compile documents (5.0) | 5.50 |
| 10/31/14 | JRH | Finalize subpoena production (3.0); coordinate with T. Ross regarding verifications, etc. (.50) | 3.50 |
| 10/31/14 | JRH | Review and comment on draft agenda (.20); conference call with MNAT regarding procedure (.30) | 0.50 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/31/14 | MDR | Scan new document production and bates stamp same for J. Hoover (.60); prepare Document Production Log (.30); prepare a production disk for Production-NNI0001-NNI0393 (.40) | 1.30 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| MICHAEL J. BARRIE | (MJB) | $495.00 | 0.30 | $148.50 |
| JENNIFER R HOOVER | (JRH) | $430.00 | 30.80 | $13,244.00 |
| | | | 31.10 | $13,392.50 |
| **ASSOCIATE** | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 1.50 | $465.00 |
| | | | 1.50 | $465.00 |
| **PARALEGAL** | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 9.50 | $2,375.00 |
| | | | 9.50 | $2,375.00 |
| | | TOTAL: | 42.10 | $16,232.50 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---:|
| 10/24/14 | JRH | Document Reproduction 54 copies | 5.40 |
| 10/27/14 | LMB | Document Reproduction 52 copies | 5.20 |
| 10/27/14 | LMB | Document Reproduction 130 copies | 13.00 |
| | | TOTAL: | $23.60 |

Delivery Fee - Outside

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/31/14 | MDR | Delivery Fee - Outside - Vendor: PARCELS, INC to Morris Nichols Arsht & Tunnell | 18.00 |
| 10/31/14 | NDG | Delivery Fee - Outside - Vendor: PARCELS, INC to Judge Kevin Gross | 5.00 |
| | | TOTAL: | $23.00 |

**Filing Fees**

| Date | User | Description | Amount |
|---|---|---|---|
| 10/24/14 | MDR | Filing Fees - Vendor: PNC BANK FILING FEE FOR PRO HAC ADMISSION FEE - PAY GOVE 9/19 | 25.00 |
| | | TOTAL: | $25.00 |

Outside Professional Services

| Date | User | Description | Amount |
|---|---|---|---|
| 10/31/14 | JRH | Outside Professional Services - Vendor: DLS Discovery, LLC inv 85723 | 687.21 |
| | | TOTAL: | $687.21 |