IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                                  :        Chapter 11
:
Nortel Networks Inc., et al.,[1]                            :        Case No. 09-10138 (KG)
:
Debtors.                                               :        Jointly Administered
---------------------------------------------------------X

## AMENDED SEVENTH NOTICE OF SETTLEMENT OF CERTAIN POST-PETITION CLAIMS AGAINST THE DEBTORS

**WHEREAS**, on May 7, 2012, the Debtors filed a Motion for an Order Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7617) (the "Motion"); and

**WHEREAS**, on May 24, 2012, the Court approved the Motion and entered an Order (the "Order") Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7685) permitting the Debtors, *inter alia*, to settle on no or limited advance notice certain smaller claims of employees terminated post-petition against the Debtors ("Limited Notice Claims Settlements").

**PLEASE TAKE NOTICE** that, pursuant to paragraph 2(f) of the Order, the Debtors hereby file their Seventh Settled Post-Petition Employee Claims Notice attached as Exhibit A hereto, listing the Proofs of Claims settled in the Limited Notice Claims Settlements from December 3, 2013 through August 19, 2014.

**PLEASE TAKE NOTICE** that this amended notice (the "Amended Notice") amends and supersedes the Debtors' prior *Seventh Notice Of Settlement of Certain Post-Petition Claims Against the Debtors*, [D.I. 14458] filed on September 23, 2014 (the "Initial Notice") in its entirety. As indicated in the summary of amendments to the Initial Notice attached hereto as Exhibit B, the changes in the Amended Notice solely correct (1) the inadvertent inclusion of three claims, with Claim Numbers 2532, 3523, and 7313 (the "Inadvertently Included Claims") and (2) the inadvertent omission of two claims, with Claim Numbers 2254 and 7235 (the "Inadvertently Excluded Claims"). Neither the Initial Notice, the filing thereof, nor any actions taken by the Debtors' claims agent, Epiq Bankruptcy Solutions LLC in connection with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Initial Notice shall constitute a waiver or modification of the Debtors' rights, claims and defenses with respect to the Inadvertently Included Claims, which remain unallowed and pending against NNI, or the Inadvertently Excluded Claims, which are allowed in the amounts indicated in this Amended Notice.

Dated: November 18, 2014
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (admitted *pro hac vice*)
        Lisa M. Schweitzer (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Ann C. Cordo*
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Ann C. Cordo (No. 4817)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*