# EXHIBIT A

(i) **Proofs of Claim Settled From December 3, 2013 Through August 19, 2014[1]**

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALSTON, VIOLET | 2564 | $0.00 | $0.00 | $74,894.13 | $0.00 | $74,894.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ALSTON, VIOLET | 5944 | $0.00 | $0.00 | $12,850.73 | $0.00 | $12,850.73 | $0.00 | $49,518.27 | $969.37 | $603.16 | $51,090.80 | Nortel Networks Inc. |
| ALSTON, VIOLET L | 2562 | $0.00 | $0.00 | $46,808.04 | $0.00 | $46,808.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ANDERSON, RONALD H. | 3313 | $0.00 | $90,990.72 | $0.00 | $0.00 | $90,990.72 | $0.00 | $92,856.22 | $1,493.67 | $1,983.26 | $96,333.15 | Nortel Networks Inc. |
| ASM CAPITAL, L.P. | 938 | $0.00 | $0.00 | $29,879.10 | $0.00 | $29,879.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ASM CAPITAL, L.P. | 7867 | $0.00 | $0.00 | $29,879.10 | $0.00 | $29,879.10 | $0.00 | $29,669.22 | $1,066.17 | $450.16 | $31,185.55 | Nortel Networks Inc. |
| BAKER, DAVID | 5476 | $0.00 | $52,341.83 | $0.00 | $0.00 | $52,341.83 | $0.00 | $45,605.18 | $1,241.52 | $1,689.84 | $48,536.54 | Nortel Networks Inc. |
| BAKER, MELINDA P. | 7593 | $0.00 | $97,552.58 | $0.00 | $0.00 | $97,552.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BAKER, MELINDA P. | 8243 | $0.00 | $124,371.62 | $0.00 | $0.00 | $124,371.62 | $0.00 | $88,667.73 | $1,538.04 | $10,133.95 | $100,339.72 | Nortel Networks Inc. |
| BERG, KEN | 7201 | $0.00 | $47,539.42 | $0.00 | $0.00 | $47,539.42 | $0.00 | $41,898.28 | $2,647.14 | $6,153.24 | $50,698.66 | Nortel Networks Inc. |
| BERKOWITZ, MARTIN | 531 | $0.00 | $13,111.54 | $0.00 | $0.00 | $13,111.54 | $0.00 | $11,911.63 | $2,049.80 | $558.00 | $14,519.43 | Nortel Networks Inc. |
| BEST, ROBERT | 4208 | $0.00 | $47,651.99 | $0.00 | $0.00 | $47,651.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BEST, ROBERT | 8292 | $0.00 | $47,651.99 | $0.00 | $0.00 | $47,651.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims Settlements.

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEST, ROBERT | 8293 | $0.00 | $0.00 | $2,859.11 | $0.00 | $2,859.11 | $0.00 | $50,281.70 | $1,020.83 | $362.97 | $51,665.50 | Nortel Networks Inc. |
| BEST, ROBERT E. | 4061 | $0.00 | $0.00 | $2,859.11 | $0.00 | $2,859.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BEVINGTON, CHRISTIAN C. | 4444 | $0.00 | $32,091.57 | $0.00 | $0.00 | $32,091.57 | $0.00 | $29,086.08 | $1,272.92 | $1,732.58 | $32,091.58 | Nortel Networks Inc. |
| BIRD, THOMAS | 1068 | $0.00 | $14,856.80 | $10,950.00 | $0.00 | $25,806.80 | $0.00 | $25,352.64 | $834.12 | $222.44 | $26,409.20 | Nortel Networks Inc. |
| BOARDMAN, ANN E. | 8634 | $0.00 | $12,320.00 | $0.00 | $0.00 | $12,320.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| BOARDMAN, ANN E. | 8716 | $0.00 | $12,320.00 | $0.00 | $0.00 | $12,320.00 | $0.00 | $3,505.00 | $1,417.75 | $6,954.86 | $11,877.61 | Nortel Networks Inc. |
| BOUNDS, KATHY | 460 | $0.00 | $0.00 | $72,477.72 | $0.00 | $72,477.72 | $0.00 | $72,978.47 | $1,437.37 | $351.36 | $74,767.20 | Nortel Networks Inc. |
| BOYD, MELVIN E. | 7656 | $0.00 | $0.00 | $272,703.21 | $0.00 | $272,703.21 | $0.00 | $84,101.34 | $1,464.61 | $4,328.75 | $89,894.70 | Nortel Networks Inc. |
| BOYD, MELVIN E. | 7657 | $0.00 | $0.00 | $0.00 | $272,703.21 | $272,703.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BRACKETT, JAMES | 6511 | $0.00 | $0.00 | $26,725.57 | $0.00 | $26,725.57 | $0.00 | $27,238.16 | $1,225.41 | $476.55 | $28,940.12 | Nortel Networks (CALA) Inc. |
| BRADLEY, JOYCE | 7556 | $0.00 | $89,071.86 | $0.00 | $0.00 | $89,071.86 | $0.00 | $71,796.35 | $1,625.78 | $5,907.01 | $79,329.14 | Nortel Networks Inc. |
| BREWER, DAVID J. | 113 | $0.00 | $0.00 | $56,892.00 | $0.00 | $56,892.00 | $0.00 | $238.56 | $445.78 | $0.00 | $684.34 | Nortel Networks Inc. |
| BRUNER, JOHN | 6218 | $0.00 | $47,094.01 | $0.00 | $0.00 | $47,094.01 | $0.00 | $46,359.50 | $1,126.14 | $1,370.14 | $48,855.78 | Nortel Networks Inc. |
| BRUNER, JOHN | 6219 | $0.00 | $0.00 | $0.00 | $47,094.01 | $47,094.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BUTNER, BRENDA R. | 7838 | $0.00 | $83,375.22 | $0.00 | $0.00 | $83,375.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BUTNER, BRENDA R. | 8239 | $0.00 | $100,932.65 | $0.00 | $0.00 | $100,932.65 | $0.00 | $69,042.54 | $1,240.16 | $8,074.83 | $78,357.53 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CALCAGNO, RICHARD | 6618 | $0.00 | $41,257.34 | $0.00 | $0.00 | $41,257.34 | $0.00 | $39,383.69 | $6,353.62 | $0.00 | $45,737.31 | Nortel Networks Inc. |
| CARLIN, SONJA | 47 | $0.00 | $167,889.90 | $10,950.00 | $0.00 | $178,839.90 | $0.00 | $30,197.07 | $196.07 | $0.00 | $30,393.14 | Nortel Networks Inc. |
| CHERUKU, MAHESH | 2333 | $0.00 | $29,125.64 | $0.00 | $0.00 | $29,125.64 | $0.00 | $22,544.20 | $1,312.82 | $525.13 | $24,382.15 | Nortel Networks Inc. |
| COZART, WILLIAM DAVID | 7378 | $0.00 | $43,159.54 | $0.00 | $0.00 | $43,159.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| COZART, WILLIAM DAVID | 8479 | $0.00 | $58,502.00 | $0.00 | $0.00 | $58,502.00 | $0.00 | $36,206.26 | $2,013.32 | $17,873.84 | $56,093.42 | Nortel Networks Inc. |
| CROMER, ALTON N. | 8285 | $0.00 | $43,882.00 | $0.00 | $0.00 | $43,882.00 | $0.00 | $42,650.75 | $1,001.98 | $2,766.56 | $46,419.29 | Nortel Networks Inc. |
| CROMER, ALTON NORTH | 7182 | $0.00 | $42,600.00 | $0.00 | $0.00 | $42,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| DALEY, JANE E. | 1465 | $0.00 | $0.00 | $9,911.01 | $0.00 | $9,911.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DALEY, JANE E. | 1484 | $0.00 | $41,420.82 | $0.00 | $0.00 | $41,420.82 | $0.00 | $53,379.26 | $2,120.12 | $600.71 | $56,100.09 | Nortel Networks Inc. |
| DAS, DEEPANKAR | 6963 | $0.00 | $57,300.00 | $0.00 | $0.00 | $57,300.00 | $0.00 | $23,889.87 | $1,485.38 | $2,681.94 | $28,057.19 | Nortel Networks Inc. |
| DATTATREYA, MOHAN | 1362 | $0.00 | $0.00 | $60,898.03 | $0.00 | $60,898.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| DATTATREYA, MOHAN | 1364 | $0.00 | $0.00 | $46,153.80 | $0.00 | $46,153.80 | $0.00 | $21,233.79 | $988.12 | $757.57 | $22,979.48 | Nortel Networks Inc. |
| DAVIS, MARK | 5497 | $0.00 | $0.00 | $649.61 | $0.00 | $649.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DAVIS, MARK | 6720 | $0.00 | $56,720.19 | $10,950.00 | $0.00 | $67,670.19 | $0.00 | $84,503.48 | $2,722.04 | $564.00 | $87,789.52 | Nortel Networks Inc. |
| DAVIS, MARK A. | 5498 | $0.00 | $56,720.19 | $10,950.00 | $0.00 | $67,670.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DAVIS, RAYMOND A. | 1368 | $0.00 | $106,500.00 | $0.00 | $0.00 | $106,500.00 | $0.00 | $112,856.93 | $1,649.28 | $1,273.61 | $115,779.82 | Nortel Networks Inc. |
| DAVY, ERRINGTON | 4794 | $0.00 | $0.00 | $32,586.55 | $0.00 | $32,586.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVY, ERRINGTON | 4795 | $0.00 | $195,866.90 | $0.00 | $0.00 | $195,866.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DAVY, ERRINGTON | 7513 | $0.00 | $0.00 | $39,422.50 | $0.00 | $39,422.50 | $0.00 | $67,239.27 | $0.00 | $4,938.56 | $72,177.83 | Nortel Networks (CALA) Inc. |
| DAVY, ERRINGTON | 7514 | $0.00 | $0.00 | $308,841.17 | $0.00 | $308,841.17 | $0.00 | $39,413.74 | $351.30 | $0.00 | $39,765.04 | Nortel Networks Inc. |
| DAVY, ERRINGTON TONY | 7268 | $0.00 | $0.00 | $70,756.17 | $0.00 | $70,756.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DENNING, LINDA | 4647 | $0.00 | $74,034.84 | $0.00 | $0.00 | $74,034.84 | $0.00 | $77,920.31 | $1,359.74 | $1,865.86 | $81,145.91 | Nortel Networks Inc. |
| DOXEY, EVELYN N | 5454 | $0.00 | $103,451.93 | $0.00 | $0.00 | $103,451.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| DOXEY, EVELYN N. | 7402 | $0.00 | $103,451.93 | $0.00 | $0.00 | $103,451.93 | $0.00 | $103,242.83 | $2,116.11 | $6,266.04 | $111,624.98 | Nortel Networks Inc. |
| DRAKAGE, MARK | 937 | $0.00 | $90,375.52 | $0.00 | $0.00 | $90,375.52 | $0.00 | $74,933.37 | $1,280.67 | $562.07 | $76,776.11 | Nortel Networks Inc. |
| EGAN, LYNN C. | 8491 | $0.00 | $9,133.81 | $0.00 | $0.00 | $9,133.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| EGAN, LYNN C. | 8494 | $0.00 | $75,307.01 | $0.00 | $0.00 | $75,307.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| ELLIS, WILLIAM ROY | 7198 | $0.00 | $145,213.00 | $0.00 | $0.00 | $145,213.00 | $0.00 | $112,791.96 | $1,947.30 | $5,614.71 | $120,353.97 | Nortel Networks (CALA) Inc. |
| ESHELMAN, JAMES A. | 6678 | $0.00 | $82,616.85 | $27,937.88 | $0.00 | $110,554.73 | $0.00 | $65,003.72 | $1,175.83 | $2,025.04 | $68,204.59 | Nortel Networks Inc. |
| FAIR HARBOR CAPITAL, LLC | 1171 | $10,950.00 | $13,170.00 | $24,120.00 | $0.00 | $10,950.00 | $0.00 | $27,723.77 | $541.07 | $258.51 | $28,523.35 | Nortel Networks Inc. |
| FAIR HARBOR CAPITAL, LLC | 3024 | $0.00 | $9,306.00 | $10,950.00 | $0.00 | $20,256.00 | $0.00 | $17,914.91 | $1,313.52 | $357.57 | $19,586.00 | Nortel Networks Inc. |
| FERNANDES, DEAN | 3509 | $0.00 | $78,629.29 | $10,950.00 | $0.00 | $89,579.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| FERNANDES, DEAN | 3516 | $0.00 | $39,050.00 | $10,950.00 | $0.00 | $50,000.00 | $0.00 | $156,996.50 | $4,107.33 | $1,156.30 | $162,260.13 | Nortel Networks Inc. |
| FERRELA, CHRISTOPHER J. | 7682 | $0.00 | $0.00 | $7,497.25 | $0.00 | $7,497.25 | $0.00 | $7,530.73 | $0.00 | $0.00 | $7,530.73 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLEECE, CLAIRE | 2508 | $0.00 | $45,988.69 | $15,133.04 | $0.00 | $61,121.73 | $0.00 | $53,365.23 | $1,900.25 | $2,248.62 | $57,514.10 | Nortel Networks Inc. |
| FRAZIER, SHANNON | 5645 | $0.00 | $35,624.00 | $35,624.00 | $0.00 | $35,624.00 | $0.00 | $34,034.55 | $1,531.94 | $2,170.25 | $37,736.74 | Nortel Networks Inc. |
| GADSDEN, PHILIP | 5590 | $0.00 | $16,466.83 | $0.00 | $0.00 | $16,466.83 | $0.00 | $23,979.01 | $0.00 | $0.00 | $23,979.01 | Nortel Networks Inc. |
| GLASS, CHARLES THOMAS | 8268 | $0.00 | $46,532.19 | $0.00 | $0.00 | $46,532.19 | $0.00 | $49,277.90 | $1,028.05 | $365.53 | $50,671.48 | Nortel Networks Inc. |
| GORDON, DOUGLAS S. | 816 | $0.00 | $32,992.53 | $0.00 | $0.00 | $32,992.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| GORDON, DOUGLAS S. | 8391 | $0.00 | $32,992.53 | $0.00 | $0.00 | $32,992.53 | $0.00 | $33,376.53 | $1,004.98 | $267.99 | $34,649.50 | Nortel Networks Inc. |
| GRASBY, ROBERT | 1374 | $0.00 | $27,136.30 | $0.00 | $0.00 | $27,136.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| GRASBY, ROBERT | 1375 | $0.00 | $8,134.30 | $0.00 | $0.00 | $8,134.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| GRASBY, ROBERT | 1376 | $0.00 | $50,486.14 | $0.00 | $0.00 | $50,486.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| GRASBY, ROBERT | 1377 | $0.00 | $3,447.30 | $0.00 | $0.00 | $3,447.30 | $0.00 | $48,844.39 | $2,092.84 | $1,627.75 | $52,564.98 | Nortel Networks Inc. |
| GREVE, DANIEL | 2923 | $0.00 | $0.00 | $6,155.11 | $0.00 | $6,155.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| GREVE, DANIEL | 6782 | $0.00 | $8,546.90 | $0.00 | $0.00 | $8,546.90 | $0.00 | $10,106.40 | $0.00 | $0.00 | $10,106.40 | Nortel Networks Inc. |
| GRIFFIN, SHAWN M. | 5654 | $0.00 | $126,949.57 | $0.00 | $0.00 | $126,949.57 | $0.00 | $99,533.47 | $1,954.40 | $2,768.74 | $104,256.61 | Nortel Networks Inc. |
| HAAG, MICHAEL | 8496 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAAG, MICHAEL | 8497 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55,739.41 | $2,398.54 | $4,690.48 | $62,828.43 | Nortel Networks Inc. |
| HAAG, MICHAEL J. | 8495 | $0.00 | $46,325.00 | $0.00 | $0.00 | $46,325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 601 | $0.00 | $63,661.22 | $0.00 | $0.00 | $63,661.22 | $0.00 | $67,567.71 | $1,442.39 | $400.66 | $69,410.76 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1077 | $0.00 | $52,538.36 | $0.00 | $0.00 | $52,538.36 | $0.00 | $22,956.18 | $897.70 | $688.24 | $24,542.12 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 5431 | $0.00 | $235,885.50 | $10,950.00 | $0.00 | $246,835.50 | $0.00 | $222,483.19 | $1,010.09 | $1,902.33 | $225,395.61 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6109 | $0.00 | $85,361.28 | $0.00 | $0.00 | $85,361.28 | $0.00 | $65,509.15 | $1,422.05 | $2,172.57 | $69,103.77 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6319 | $0.00 | $53,999.92 | $0.00 | $0.00 | $53,999.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6909 | $0.00 | $0.00 | $0.00 | $637,269.00 | $637,269.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6910 | $309,500.00 | $327,769.00 | $0.00 | $0.00 | $637,269.00 | $0.00 | $36,068.53 | $1,731.75 | $538.77 | $38,339.05 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 7317 | $0.00 | $72,514.00 | $10,950.00 | $0.00 | $83,464.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8349 | $0.00 | $49,947.23 | $1,033.63 | $1,337.97 | $52,318.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8450 | $0.00 | $36,000.00 | $0.00 | $0.00 | $36,000.00 | $0.00 | $35,434.04 | $911.55 | $3,549.99 | $39,895.58 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8458 | $0.00 | $51,000.00 | $0.00 | $0.00 | $51,000.00 | $0.00 | $49,947.23 | $1,033.63 | $1,337.97 | $52,318.83 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8483 | $0.00 | $93,920.00 | $0.00 | $0.00 | $93,920.00 | $0.00 | $75,838.01 | $1,537.26 | $13,647.43 | $91,022.70 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8492 | $0.00 | $53,999.92 | $0.00 | $0.00 | $53,999.92 | $0.00 | $63,561.60 | $1,261.56 | $1,927.38 | $66,750.54 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8507 | $0.00 | $49,670.94 | $11,725.00 | $0.00 | $61,395.94 | $0.00 | $50,298.29 | $1,208.13 | $3,516.99 | $55,023.41 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8603 | $0.00 | $34,308.00 | $0.00 | $0.00 | $34,308.00 | $0.00 | $29,079.76 | $1,360.64 | $2,683.47 | $33,123.87 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 4754 | $0.00 | $52,878.49 | $0.00 | $0.00 | $52,878.49 | $0.00 | $51,988.91 | $1,204.85 | $1,700.16 | $54,893.92 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 1537 | $0.00 | $41,062.87 | $0.00 | $0.00 | $41,062.87 | $0.00 | $38,285.80 | $1,424.15 | $1,289.64 | $40,999.59 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 893 | $0.00 | $20,016.00 | $0.00 | $0.00 | $20,016.00 | $0.00 | $493.08 | $73.35 | $56.24 | $622.67 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8689 | $0.00 | $27,947.05 | $0.00 | $0.00 | $27,947.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8724 | $0.00 | $27,947.05 | $0.00 | $0.00 | $27,947.05 | $0.00 | $27,713.23 | $1,139.16 | $1,607.48 | $30,459.87 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8116 | $0.00 | $24,860.87 | $0.00 | $0.00 | $24,860.87 | $0.00 | $13,930.20 | $925.93 | $2,680.07 | $17,536.20 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 7328 | $0.00 | $0.00 | $31,011.36 | $0.00 | $31,011.36 | $0.00 | $19,338.22 | $908.14 | $2,643.68 | $22,890.04 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6061 | $0.00 | $31,165.69 | $0.00 | $0.00 | $31,165.69 | $0.00 | $18,913.93 | $1,077.03 | $305.16 | $20,296.12 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1752 | $0.00 | $0.00 | $13,440.00 | $0.00 | $13,440.00 | $0.00 | $11,677.64 | $610.86 | $600.68 | $12,889.18 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 2926 | $0.00 | $46,511.96 | $0.00 | $0.00 | $46,511.96 | $0.00 | $48,972.44 | $2,240.73 | $2,639.09 | $53,852.26 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1425 | $0.00 | $49,107.69 | $0.00 | $0.00 | $49,107.69 | $0.00 | $48,956.84 | $2,267.77 | $1,965.40 | $53,190.01 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 5863 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 7105 | $0.00 | $60,000.00 | $0.00 | $0.00 | $60,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8733 | $0.00 | $60,000.00 | $0.00 | $0.00 | $60,000.00 | $0.00 | $77,626.18 | $405.85 | $6,284.59 | $84,316.62 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 5901 | $0.00 | $52,000.00 | $0.00 | $0.00 | $52,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8738 | $0.00 | $52,000.00 | $0.00 | $0.00 | $52,000.00 | $0.00 | $66,188.40 | $2,792.43 | $2,078.81 | $71,059.64 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8633 | $0.00 | $0.00 | $7,213.45 | $0.00 | $7,213.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8742 | $0.00 | $7,213.45 | $0.00 | $0.00 | $7,213.45 | $0.00 | $6,206.58 | $543.64 | $1,334.95 | $8,085.17 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8722 | $0.00 | $0.00 | $7,651.20 | $0.00 | $7,651.20 | $0.00 | $6,813.00 | $596.76 | $2,072.08 | $9,481.84 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 7971 | $0.00 | $19,658.10 | $0.00 | $0.00 | $19,658.10 | $0.00 | $8,236.95 | $1,664.03 | $9,152.17 | $19,053.15 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 5639 | $0.00 | $31,878.00 | $0.00 | $0.00 | $31,878.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8517 | $0.00 | $31,878.00 | $0.00 | $0.00 | $31,878.00 | $0.00 | $21,741.91 | $5,418.85 | $6,419.48 | $33,580.24 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1131 | $0.00 | $12,688.33 | $6,666.67 | $0.00 | $19,355.00 | $0.00 | $18,685.11 | $4,777.44 | $1,353.61 | $24,816.16 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 693 | $0.00 | $15,973.08 | $10,950.00 | $0.00 | $26,923.08 | $0.00 | $21,207.29 | $3,460.83 | $980.57 | $25,648.69 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 5763 | $0.00 | $0.00 | $85,280.00 | $0.00 | $85,280.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 6473 | $0.00 | $85,280.00 | $0.00 | $0.00 | $85,280.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 8305 | $0.00 | $109,605.47 | $0.00 | $0.00 | $109,605.47 | $0.00 | $90,430.79 | $1,371.43 | $487.62 | $92,289.84 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 6894 | $0.00 | $80,209.94 | $0.00 | $0.00 | $80,209.94 | $0.00 | $54,501.73 | $1,118.88 | $1,305.36 | $56,925.97 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 7235 | $0.00 | $71,918.00 | $0.00 | $0.00 | $71,918.00 | $0.00 | $38,922.76 | $2,939.36 | $6,842.16 | $48,704.28 | Nortel Networks Inc. |
| HELLMAN, JEANNE | 753 | $0.00 | $23,713.30 | $0.00 | $0.00 | $23,713.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 754 | $0.00 | $5,251.58 | $0.00 | $0.00 | $5,251.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 2718 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 2719 | $0.00 | $3,251.58 | $0.00 | $0.00 | $3,251.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 2720 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 2721 | $0.00 | $22,290.50 | $1,422.80 | $0.00 | $23,713.30 | $0.00 | $23,225.06 | $1,468.91 | $399.87 | $25,093.84 | Nortel Networks Inc. |
| HEMMERLE, LISA | 6112 | $0.00 | $80,969.97 | $0.00 | $0.00 | $80,969.97 | $0.00 | $49,108.19 | $1,160.19 | $1,772.51 | $52,040.89 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 4228 | $0.00 | $33,538.46 | $0.00 | $0.00 | $33,538.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ MCGARY, ELIA | 4229 | $0.00 | $86,000.00 | $0.00 | $0.00 | $86,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 4240 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 6015 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 6016 | $0.00 | $86,000.00 | $0.00 | $0.00 | $86,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 6017 | $0.00 | $33,538.46 | $0.00 | $0.00 | $33,538.46 | $0.00 | $30,551.35 | $1,360.19 | $1,382.86 | $33,294.40 | Nortel Networks Inc. |
| HOPF, BRIAN | 3482 | $0.00 | $60,689.69 | $0.00 | $0.00 | $60,689.69 | $0.00 | $64,527.38 | $2,082.55 | $0.00 | $66,609.93 | Nortel Networks Inc. |
| JOHNSON, EVERETT GRIER | 877 | $0.00 | $13,488.07 | $0.00 | $0.00 | $13,488.07 | $0.00 | $2,751.21 | $2,565.90 | $1,183.16 | $6,500.27 | Nortel Networks Inc. |
| KAKOU, JACOB | 7275 | $0.00 | $58,070.81 | $0.00 | $0.00 | $58,070.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| KAKOU, JACOB T | 7303 | $0.00 | $58,070.81 | $0.00 | $0.00 | $58,070.81 | $0.00 | $54,524.28 | $1,056.10 | $3,074.44 | $58,654.82 | Nortel Networks Inc. |
| KALSEY, DAVID | 922 | $0.00 | $52,199.00 | $0.00 | $0.00 | $52,199.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KALSEY, DAVID | 923 | $0.00 | $2,505.55 | $0.00 | $0.00 | $2,505.55 | $0.00 | $54,164.96 | $1,301.00 | $462.58 | $55,928.54 | Nortel Networks Inc. |
| KEEGAN, SUSAN | 7084 | $0.00 | $0.00 | $74,355.77 | $0.00 | $74,355.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KEEGAN, SUSAN M. | 772 | $0.00 | $227,884.01 | $0.00 | $0.00 | $227,884.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KEEGAN, SUSAN M. | 4514 | $0.00 | $0.00 | $162,845.84 | $0.00 | $162,845.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KEEGAN, SUSAN M. | 7085 | $0.00 | $0.00 | $0.00 | $74,355.77 | $74,355.77 | $0.00 | $75,249.46 | $2,565.74 | $6,300.30 | $84,115.50 | Nortel Networks Inc. |
| KETSLER, JOSEPH | 3450 | $0.00 | $58,818.72 | $0.00 | $0.00 | $58,818.72 | $0.00 | $60,353.02 | $1,244.96 | $1,514.71 | $63,112.69 | Nortel Networks Inc. |
| KHAN, AMNA | 709 | $0.00 | $5,780.00 | $0.00 | $0.00 | $5,780.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KHAN, AMNA | 1174 | $0.00 | $2,890.00 | $0.00 | $0.00 | $2,890.00 | $0.00 | $7,905.93 | $1,205.99 | $368.49 | $9,480.41 | Nortel Networks Inc. |
| KOOP, JERRY | 1459 | $0.00 | $53,692.80 | $0.00 | $0.00 | $53,692.80 | $0.00 | $57,382.52 | $977.56 | $353.01 | $58,713.09 | Nortel Networks Inc. |
| KRIGER, SIDNEY A. | 5340 | $0.00 | $70,632.66 | $0.00 | $0.00 | $70,632.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KRIGER, SIDNEY A. | 5341 | $0.00 | $985.20 | $2,338.74 | $0.00 | $3,323.94 | $0.00 | $71,329.40 | $2,102.39 | $2,873.26 | $76,305.05 | Nortel Networks Inc. |
| KROL, EDWARD J. | 935 | $0.00 | $0.00 | $846.46 | $0.00 | $846.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| KROL, EDWARD J. | 940 | $0.00 | $0.00 | $25,393.92 | $0.00 | $25,393.92 | $0.00 | $24,134.61 | $1,533.98 | $656.21 | $26,324.80 | Nortel Networks Inc. |
| KROPUENSKE, GARY | 942 | $0.00 | $31,640.00 | $0.00 | $0.00 | $31,640.00 | $0.00 | $36,385.92 | $775.45 | $206.79 | $37,368.16 | Nortel Networks Inc. |
| KWON, NAURRY | 5620 | $0.00 | $0.00 | $1,285.58 | $0.00 | $1,285.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| KWON, NAURRY | 5621 | $0.00 | $20,188.49 | $10,950.00 | $0.00 | $31,138.49 | $0.00 | $14,335.23 | $1,751.76 | $476.87 | $16,563.86 | Nortel Networks Inc. |
| LADD, BECCA | 8372 | $0.00 | $0.00 | $4,900.00 | $0.00 | $4,900.00 | $0.00 | $5,002.06 | $2,023.30 | $2,383.00 | $9,408.36 | Nortel Networks Inc. |
| LANDRY, ROSARIO | 7359 | $0.00 | $317,903.72 | $0.00 | $0.00 | $317,903.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| LANDRY, ROSARIO | 8453 | $0.00 | $321,093.00 | $0.00 | $0.00 | $321,093.00 | $0.00 | $62,609.66 | $1,181.56 | $3,439.66 | $67,230.88 | Nortel Networks Inc. |
| LARKIN, WILLIAM T. | 7632 | $0.00 | $113,470.87 | $0.00 | $0.00 | $113,470.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LARKIN, WILLIAM T. | 8257 | $0.00 | $16,667.60 | $0.00 | $0.00 | $16,667.60 | $0.00 | $114,914.89 | $1,345.87 | $5,802.19 | $122,062.95 | Nortel Networks Inc. |
| LEDFORD, BRUCE | 8367 | $0.00 | $65,504.11 | $0.00 | $0.00 | $65,504.11 | $0.00 | $48,100.83 | $1,180.71 | $964.24 | $50,245.78 | Nortel Networks Inc. |
| LEDFORD, BRUCE A. | 2834 | $0.00 | $65,504.11 | $0.00 | $0.00 | $65,504.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LEE, YU-TEN | 4027 | $0.00 | $0.00 | $0.00 | $56,624.00 | $56,624.00 | $0.00 | $48,614.12 | $2,084.96 | $2,849.43 | $53,548.51 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEKICH, IVO | 2751 | $0.00 | $0.00 | $22,132.70 | $0.00 | $22,132.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LEKICH, IVO A. | 8101 | $0.00 | $0.00 | $33,167.65 | $0.00 | $33,167.65 | $0.00 | $419.23 | $792.53 | $0.00 | $1,211.76 | Nortel Networks Inc. |
| LEWIS, JONATHAN | 6013 | $0.00 | $24,978.98 | $10,950.00 | $0.00 | $35,928.98 | $0.00 | $34,002.38 | $2,021.28 | $2,762.42 | $38,786.08 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 7102 | $0.00 | $87,746.00 | $0.00 | $0.00 | $87,746.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 7119 | $0.00 | $87,746.00 | $0.00 | $0.00 | $87,746.00 | $0.00 | $83,653.68 | $1,470.76 | $3,145.80 | $88,270.24 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 8023 | $0.00 | $65,838.00 | $10,950.00 | $0.00 | $76,788.00 | $0.00 | $81,613.56 | $1,391.14 | $1,151.56 | $84,156.26 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 8444 | $0.00 | $35,078.40 | $0.00 | $0.00 | $35,078.40 | $0.00 | $41,191.84 | $862.85 | $2,511.87 | $44,566.56 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 6972 | $0.00 | $81,529.00 | $0.00 | $0.00 | $81,529.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LIQUIDITY SOLUTIONS, Inc. | 7927 | $0.00 | $81,521.13 | $0.00 | $0.00 | $81,521.13 | $0.00 | $76,291.10 | $1,060.00 | $1,407.46 | $78,758.56 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 5444-01 | $0.00 | $0.00 | $83,848.26 | $0.00 | $83,848.26 | $0.00 | $60,415.57 | $2,135.25 | $759.20 | $63,310.02 | Nortel Networks (CALA) Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 5444-02 | $0.00 | $0.00 | $83,848.26 | $0.00 | $83,848.26 | $0.00 | $1.82 | $0.00 | $0.00 | $1.82 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 6204 | $0.00 | $68,580.04 | $0.00 | $0.00 | $68,580.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LIQUIDITY SOLUTIONS, Inc. | 6407 | $0.00 | $68,580.04 | $0.00 | $0.00 | $68,580.04 | $0.00 | $63,290.09 | $2,405.10 | $4,342.54 | $70,037.73 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 1838 | $0.00 | $0.00 | $72,820.36 | $0.00 | $72,820.36 | $0.00 | $61,269.40 | $2,762.49 | $3,698.67 | $67,730.56 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 839 | $0.00 | $41,864.00 | $0.00 | $0.00 | $41,864.00 | $0.00 | $53,897.91 | $1,658.10 | $506.64 | $56,062.65 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 2254 | $0.00 | $31,750.80 | $0.00 | $0.00 | $31,750.80 | $0.00 | $11,932.90 | $647.16 | $618.40 | $13,198.46 | Nortel Networks Inc. |
| LLOYD, JESSICA A. | 7815 | $0.00 | $0.00 | $20,746.15 | $0.00 | $20,746.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLOYD, JESSICA A. | 8482 | $0.00 | $28,621.00 | $0.00 | $0.00 | $28,621.00 | $0.00 | $13,004.62 | $1,318.78 | $11,707.82 | $26,031.22 | Nortel Networks Inc. |
| LOBRUTTO, ROSS | 5413 | $0.00 | $0.00 | $12,809.57 | $0.00 | $12,809.57 | $0.00 | $17,962.20 | $0.00 | $0.00 | $17,962.20 | Nortel Networks Inc. |
| LONGAKER, DAVID | 4045 | $0.00 | $6,408.93 | $0.00 | $0.00 | $6,408.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LONGAKER, DAVID J. | 4046 | $0.00 | $202,393.52 | $0.00 | $0.00 | $202,393.52 | $0.00 | $6,041.70 | $367.23 | $0.00 | $6,408.93 | Nortel Networks Inc. |
| LONGAKER, DAVID J. | 248 | $0.00 | $0.00 | $135,003.25 | $0.00 | $135,003.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LORIMER, DEBORAH G. | 7592 | $0.00 | $310,124.07 | $0.00 | $0.00 | $310,124.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| LORIMER, DEBORAH G. | 8179 | $0.00 | $334,546.37 | $0.00 | $0.00 | $334,546.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| LORIMER, DEBORAH G. | 8235 | $0.00 | $334,546.37 | $0.00 | $0.00 | $334,546.37 | $0.00 | $92,921.62 | $1,547.98 | $10,079.05 | $104,548.65 | Nortel Networks Inc. |
| LYELL, MIKE | 3503 | $0.00 | $33,672.06 | $0.00 | $0.00 | $33,672.06 | $0.00 | $33,367.56 | $1,257.04 | $1,710.98 | $36,335.58 | Nortel Networks Inc. |
| MADER, JACQUES D. | 3378 | $0.00 | $39,917.31 | $0.00 | $0.00 | $39,917.31 | $0.00 | $40,430.78 | $1,160.88 | $1,580.08 | $43,171.74 | Nortel Networks Inc. |
| MANITIUS, JERZY | 3416 | $0.00 | $0.00 | $113,072.89 | $0.00 | $113,072.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| MANITIUS, JERZY | 4609 | $0.00 | $0.00 | $56,609.50 | $0.00 | $56,609.50 | $0.00 | $82,856.77 | $1,360.05 | $1,745.38 | $85,962.20 | Nortel Networks Inc. |
| MANNING, BRIAN | 7510 | $0.00 | $28,000.00 | $0.00 | $0.00 | $28,000.00 | $0.00 | $34,820.26 | $1,956.81 | $4,555.00 | $41,332.07 | Nortel Networks Inc. |
| MARCANTI, LARRY | 4780 | $0.00 | $75,418.24 | $0.00 | $0.00 | $75,418.24 | $0.00 | $76,918.68 | $1,664.11 | $453.00 | $79,035.79 | Nortel Networks Inc. |
| MATHENY, SCOTT | 1955 | $0.00 | $0.00 | $18,613.49 | $0.00 | $18,613.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| MATHENY, SCOTT | 1958 | $0.00 | $0.00 | $58,273.60 | $0.00 | $58,273.60 | $0.00 | $56,636.92 | $1,721.63 | $0.00 | $58,358.55 | Nortel Networks Inc. |
| MCNITT, STEVE | 274 | $0.00 | $0.00 | $254,261.26 | $0.00 | $254,261.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCNITT, STEVE | 7214 | $0.00 | $0.00 | $410,966.17 | $0.00 | $410,966.17 | $0.00 | $8,980.15 | $3,595.17 | $0.00 | $12,575.32 | Nortel Networks Inc. |
| MILLIGAN, PATRICK | 4118 | $0.00 | $61,115.38 | $0.00 | $0.00 | $61,115.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| MILLIGAN, PATRICK | 4226 | $0.00 | $0.00 | $201,874.81 | $0.00 | $201,874.81 | $0.00 | $63,887.25 | $1,381.01 | $1,879.71 | $67,147.97 | Nortel Networks Inc. |
| MUNIZ, RICHARD | 4022 | $0.00 | $43,763.66 | $0.00 | $0.00 | $43,763.66 | $0.00 | $18,233.10 | $1,739.25 | $1,343.08 | $21,315.43 | Nortel Networks Inc. |
| NGUYEN, HOANG-NGA | 2754 | $0.00 | $0.00 | $49,197.80 | $0.00 | $49,197.80 | $0.00 | $36,654.45 | $1,501.88 | $934.50 | $39,090.83 | Nortel Networks Inc. |
| NIESHALLA, MARK | 7863 | $0.00 | $0.00 | $19,169.17 | $0.00 | $19,169.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| NIESHALLA, MARK | 7890 | $0.00 | $53,062.61 | $0.00 | $0.00 | $53,062.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| NIESHALLA, MARK | 8035 | $0.00 | $8,798.05 | $0.00 | $0.00 | $8,798.05 | $0.00 | $11,474.49 | $1,394.60 | $6,012.28 | $18,881.37 | Nortel Networks Inc. |
| O'QUINN, HERBERT W. | 5613 | $0.00 | $29,600.58 | $0.00 | $0.00 | $29,600.58 | $0.00 | $30,511.13 | $1,307.31 | $363.14 | $32,181.58 | Nortel Networks Inc. |
| OTIS, KIRK | 7680 | $0.00 | $47,010.00 | $10,950.00 | $0.00 | $57,960.00 | $0.00 | $21,245.57 | $2,897.12 | $5,665.49 | $29,808.18 | Nortel Networks Inc. |
| PERRY, SHIHDAR | 5596 | $0.00 | $86,050.00 | $0.00 | $0.00 | $86,050.00 | $0.00 | $53,730.90 | $1,147.01 | $312.24 | $55,190.15 | Nortel Networks Inc. |
| PIERCE, DAVID | 8100 | $0.00 | $0.00 | $22,870.15 | $0.00 | $22,870.15 | $0.00 | $21,575.96 | $1,350.86 | $0.00 | $22,926.82 | Nortel Networks Inc. |
| PONDER, KIM | 8485 | $0.00 | $28,774.00 | $0.00 | $0.00 | $28,774.00 | $0.00 | $12,323.90 | $1,505.98 | $13,369.72 | $27,199.60 | Nortel Networks Inc. |
| RAMOS, LETICIA C | 6585 | $0.00 | $14,044.80 | $0.00 | $0.00 | $14,044.80 | $0.00 | $12,815.79 | $768.95 | $1,448.19 | $15,032.93 | Nortel Networks Inc. |
| RATOO, KEVIN | 7608-01 | $0.00 | $0.00 | $78,464.00 | $0.00 | $78,464.00 | $0.00 | $55,045.34 | $2,213.12 | $3,737.73 | $60,996.19 | Nortel Networks (CALA) Inc. |
| RATOO, KEVIN | 7608-02 | $0.00 | $0.00 | $78,464.00 | $0.00 | $78,464.00 | $0.00 | $139.84 | $273.00 | $0.00 | $412.84 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REAVES, JAMES E. | 820 | $0.00 | $0.00 | $53,269.20 | $0.00 | $53,269.20 | $0.00 | $54,844.97 | $1,818.74 | $717.39 | $57,381.10 | Nortel Networks Inc. |
| RICHARDS, CHRISTINA | 6160 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| RICHARDS, CHRISTINA | 6161 | $0.00 | $82,500.00 | $0.00 | $0.00 | $82,500.00 | $0.00 | $41,469.95 | $1,693.80 | $414.04 | $43,577.79 | Nortel Networks Inc. |
| ROLLAND, CHESTER M. | 1405 | $0.00 | $45,256.95 | $0.00 | $0.00 | $45,256.95 | $0.00 | $47,202.63 | $1,051.29 | $280.35 | $48,534.27 | Nortel Networks Inc. |
| ROSS, TIMOTHY C. | 7372 | $0.00 | $67,950.53 | $0.00 | $0.00 | $67,950.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ROSS, TIMOTHY C. | 7375 | $0.00 | $65,392.83 | $0.00 | $0.00 | $65,392.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ROSS, TIMOTHY C. | 8480 | $0.00 | $275,393.00 | $0.00 | $0.00 | $275,393.00 | $0.00 | $270,414.85 | $0.00 | $0.00 | $270,414.85 | Nortel Networks Inc. |
| SCHROEDER, RICHARD | 7311 | $0.00 | $3,965.76 | $0.00 | $0.00 | $3,965.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| SCHROEDER, RICHARD | 7314 | $0.00 | $36,843.58 | $0.00 | $0.00 | $36,843.58 | $0.00 | $36,717.83 | $1,467.08 | $2,648.90 | $40,833.81 | Nortel Networks (CALA) Inc. |
| SEELAENDER, ROGER | 7230 | $0.00 | $88,793.34 | $0.00 | $0.00 | $88,793.34 | $0.00 | $61,965.26 | $1,343.99 | $3,710.90 | $67,020.15 | Nortel Networks Inc. |
| SEID, GUY A. | 892 | $0.00 | $49,943.00 | $0.00 | $0.00 | $49,943.00 | $0.00 | $47,455.31 | $1,938.27 | $549.18 | $49,942.76 | Nortel Networks Inc. |
| SENDELBACH, MARK | 2342 | $0.00 | $0.00 | $65,461.00 | $0.00 | $65,461.53 | $0.00 | $53,310.52 | $3,012.08 | $3,157.15 | $59,479.75 | Nortel Networks Inc. |
| SEYMOUR, BRIAN | 2048 | $0.00 | $60,725.00 | $0.00 | $0.00 | $60,725.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| SEYMOUR, BRIAN | 2053 | $0.00 | $0.00 | $55,384.62 | $0.00 | $55,384.62 | $0.00 | $48,904.83 | $1,872.55 | $2,184.64 | $52,962.02 | Nortel Networks Inc. |
| SHEFFIELD, BEVERLY | 1411 | $0.00 | $49,132.73 | $0.00 | $0.00 | $49,132.73 | $0.00 | $49,590.27 | $1,003.62 | $780.60 | $51,374.49 | Nortel Networks Inc. |
| SHIELDS, TIMOTHY | 4109 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,524.38 | $1,413.37 | $5,135.26 | $64,073.01 | Nortel Networks Inc. |
| SICILIANO, ROBERT | 5924 | $0.00 | $70,000.00 | $0.00 | $0.00 | $70,000.00 | $0.00 | $64,554.99 | $2,213.24 | $2,741.96 | $69,510.19 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIVAJI, SELVA | 4498 | $0.00 | $6,725.58 | $0.00 | $0.00 | $6,725.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |
| SIVAJI, SELVA | 8093 | $0.00 | $99,624.82 | $0.00 | $0.00 | $99,624.82 | $0.00 | $78,256.08 | $1,848.57 | $1,745.87 | $81,850.52 | Nortel Networks (CALA) Inc. |
| SMITH, JAMES E. | 7664 | $0.00 | $107,153.60 | $0.00 | $0.00 | $107,153.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| SMITH, JAMES E. | 8374 | $0.00 | $109,122.08 | $0.00 | $0.00 | $109,122.08 | $0.00 | $73,917.68 | $1,557.25 | $8,833.10 | $84,308.03 | Nortel Networks Inc. |
| SOLUS RECOVERY FUND LP | 1799 | $0.00 | $80,555.16 | $0.00 | $0.00 | $80,555.16 | $0.00 | $80,971.47 | $1,324.39 | $978.57 | $83,274.43 | Nortel Networks Inc. |
| SOLUS RECOVERY FUND LP | 3213 | $0.00 | $66,873.71 | $0.00 | $0.00 | $66,873.71 | $0.00 | $68,121.83 | $1,360.47 | $687.80 | $70,170.10 | Nortel Networks Inc. |
| SOLUS RECOVERY FUND LP | 1143 | $0.00 | $46,151.00 | $0.00 | $0.00 | $46,151.00 | $0.00 | $49,869.57 | $2,802.35 | $794.00 | $53,465.92 | Nortel Networks Inc. |
| SOLUS RECOVERY FUND LP | 6962 | $0.00 | $76,549.32 | $76,549.32 | $0.00 | $76,549.32 | $0.00 | $84,915.20 | $3,680.56 | $0.00 | $88,595.76 | Nortel Networks Inc. |
| SPEARS, EVA M. | 984 | $0.00 | $23,782.90 | $0.00 | $0.00 | $23,782.90 | $0.00 | $25,134.26 | $566.66 | $154.25 | $25,855.17 | Nortel Networks Inc. |
| STEPHENSON, CHARLES | 675 | $0.00 | $50,292.20 | $0.00 | $0.00 | $50,292.20 | $0.00 | $54,856.72 | $1,148.43 | $312.63 | $56,317.78 | Nortel Networks Inc. |
| STORR, GARY | 7809 | $0.00 | $65,061.12 | $0.00 | $0.00 | $65,061.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| STORR, GARY | 8006 | $0.00 | $92,217.67 | $0.00 | $0.00 | $92,217.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| STORR, GARY | 8478 | $0.00 | $93,046.00 | $0.00 | $0.00 | $93,046.00 | $0.00 | $67,112.00 | $2,452.83 | $21,775.63 | $91,340.46 | Nortel Networks Inc. |
| STOUT, ALLEN K. | 8486 | $0.00 | $145,632.00 | $0.00 | $0.00 | $145,632.00 | $0.00 | $116,998.71 | $1,932.80 | $17,158.95 | $136,090.46 | Nortel Networks Inc. |
| STRAUSS, RACHEL | 2925 | $0.00 | $5,849.46 | $0.00 | $0.00 | $5,849.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| STRAUSS, RACHEL | 3017 | $0.00 | $54,971.70 | $0.00 | $0.00 | $54,971.70 | $0.00 | $55,151.09 | $1,159.99 | $644.44 | $56,955.52 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STREET, LINDSEY | 7246 | $0.00 | $18,342.02 | $0.00 | $0.00 | $18,342.02 | $0.00 | $6,594.71 | $1,318.94 | $820.67 | $8,734.32 | Nortel Networks Inc. |
| SUMETHASORN, NATEE | 4751 | $0.00 | $33,453.97 | $0.00 | $0.00 | $33,453.97 | $0.00 | $32,643.61 | $1,884.49 | $460.65 | $34,988.75 | Nortel Networks Inc. |
| SURA, PIYUSH N. | 6675 | $0.00 | $88,176.16 | $0.00 | $0.00 | $88,176.16 | $0.00 | $61,551.94 | $1,446.01 | $2,827.75 | $65,825.70 | Nortel Networks Inc. |
| TENNETI, SURYA | 3175 | $0.00 | $0.00 | $54,500.00 | $0.00 | $54,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| TENNETI, SURYA | 3295 | $0.00 | $16,300.00 | $10,950.00 | $0.00 | $27,250.00 | $0.00 | $26,380.86 | $1,586.55 | $387.82 | $28,355.23 | Nortel Networks Inc. |
| TERNEUS, MARINA | 4070 | $0.00 | $100,428.00 | $0.00 | $0.00 | $100,428.00 | $0.00 | $84,245.75 | $1,659.28 | $737.46 | $86,642.49 | Nortel Networks Inc. |
| TERRY, GEORGE W. III | 8523 | $0.00 | $43,844.40 | $0.00 | $0.00 | $43,844.40 | $0.00 | $45,206.86 | $1,789.58 | $2,634.66 | $49,631.10 | Nortel Networks (CALA) Inc. |
| TIMLER, PAUL | 1576 | $0.00 | $129,999.86 | $0.00 | $0.00 | $129,999.86 | $0.00 | $103,319.46 | $1,918.85 | $1,790.93 | $107,029.24 | Nortel Networks Inc. |
| TRAN, HON | 1417 | $0.00 | $32,180.76 | $10,950.00 | $0.00 | $43,130.76 | $0.00 | $43,212.96 | $1,127.46 | $876.92 | $45,217.34 | Nortel Networks Inc. |
| TRUITT, RHONDA | 4739 | $0.00 | $45,026.39 | $0.00 | $0.00 | $45,026.39 | $0.00 | $47,119.23 | $1,574.43 | $428.60 | $49,122.26 | Nortel Networks Inc. |
| TULLO, JOHN | 4182 | $0.00 | $75,938.00 | $6,482.00 | $0.00 | $82,420.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| TULLO, JOHN | 6018 | $0.00 | $75,938.00 | $6,482.00 | $0.00 | $82,420.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| TULLO, JOHN A | 1443 | $0.00 | $75,426.00 | $0.00 | $0.00 | $75,426.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| TULLO, JOHN A. | 6088 | $0.00 | $75,938.00 | $6,482.00 | $0.00 | $82,420.00 | $0.00 | $50,510.25 | $1,125.92 | $913.25 | $52,549.42 | Nortel Networks Inc. |
| WANDERLICK, JEFFREY | 997 | $0.00 | $0.00 | $26,084.19 | $0.00 | $26,084.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| WANDERLICK, JEFFREY | 1128 | $0.00 | $26,084.19 | $0.00 | $0.00 | $26,084.19 | $0.00 | $26,093.18 | $1,000.60 | $277.94 | $27,371.72 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WESTWOOD, SCOTT | 6323 | $0.00 | $37,202.61 | $0.00 | $0.00 | $37,202.61 | $0.00 | $31,190.48 | $1,595.87 | $2,872.58 | $35,658.93 | Nortel Networks Inc. |
| WILLIFORD, CURTIS | 4757 | $0.00 | $35,485.20 | $10,950.00 | $0.00 | $46,435.20 | $0.00 | $49,054.56 | $1,052.42 | $327.42 | $50,434.40 | Nortel Networks Inc. |
| WITT, DIANE | 5902 | $0.00 | $28,766.64 | $0.00 | $0.00 | $28,766.64 | $0.00 | $24,486.52 | $1,608.02 | $3,948.57 | $30,043.11 | Nortel Networks Inc. |
| WOODS, WILLIAM | 2160 | $0.00 | $8,257.44 | $8,257.44 | $0.00 | $8,257.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| WOODS, WILLIAM P. | 2161 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,138.27 | $2,616.75 | $0.00 | $11,755.02 | Nortel Networks Inc. |