**EXHIBIT B**
**SUMMARY OF CHANGES TO INITIAL LIST OF CLAIMS IN**
**EXHIBIT A TO NOTICE OF SETTLEMENT OF CERTAIN POST-PETITION CLAIMS**
**AGAINST THE DEBTORS, [D.I. 14458], AS FILED ON SEPTEMBER 23, 2014**

### (i) ADDITIONS - Proofs of Claim Settled From December 3, 2013 Through August 19, 2014[1]

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD | 7235 | $0.00 | $71,918.00 | $0.00 | $0.00 | $71,918.00 | $0.00 | $38,922.76 | $2,939.36 | $6,842.16 | $48,704.28 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 2254 | $0.00 | $31,750.80 | $0.00 | $0.00 | $31,750.80 | $0.00 | $11,932.90 | $647.16 | $618.40 | $13,198.46 | Nortel Networks Inc. |

### (ii) DELETIONS - Proofs of Claim Settled From December 3, 2013 Through August 19, 2014

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABORO, PEREARI | 3523 | $0.00 | $4,807.70 | $0.00 | $0.00 | $4,807.70 | $0.00 | $2,674.73 | $1,738.09 | $473.15 | $4,885.97 | Nortel Networks Inc. |
| LONG, ANDREW | 2532 | $0.00 | $114,929.93 | $0.00 | $0.00 | $114,929.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LONG, ANDREW | 7313 | $0.00 | $163,853.06 | $0.00 | $0.00 | $163,853.06 | $0.00 | $85,309.05 | $1,609.94 | $527.70 | $87,446.69 | Nortel Networks Inc. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims Settlements.