# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1 through October 31, 2014

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray III

**Working Dates:** Start Date **8/1/14** End Date **10/28/14**

**Enter Billing Rate/Hr:** 700.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 3.00 | $700.00 | $2,100.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 37.00 | $700.00 | $25,900.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 3.80 | $700.00 | $2,660.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 5.90 | $700.00 | $4,130.00 |
| | **Hours/Billing Amount for Period:** | **49.70** | | **$34,790.00** |

# Nortel TIME SHEET

**John Ray**

49.7

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/1/14 | Update discussion with environmental counsel related to the WPB environmental site status | John Ray | 3 | 1.0 |
| 8/1/14 | Communication with Cleary and MNAT related to discovery requests | John Ray | 7 | 0.5 |
| 8/3/14 | Review of draft objection of Canadian motion to adjourn | John Ray | 7 | 1.5 |
| 8/4/14 | 9019 discover update from Cleary; review communications and respond | John Ray | 7 | 0.8 |
| 8/4/14 | Review draft of post trial brief from Cleary | John Ray | 7 | 2.0 |
| 8/4/14 | Status call with Mike Kennedy related to pending matters | John Ray | 7 | 0.5 |
| 8/4/14 | Review of revised objection to Canada motion and comment | John Ray | 7 | 1.5 |
| 8/10/14 | Call with Mike Kennedy and Lisa Schweitzer to discuss current status of pending matters | John Ray | 7 | 1.0 |
| 8/14/14 | Review revised 9019 discovery schedule and comments | John Ray | 7 | 0.3 |
| 8/18/14 | Respond to Crowell related to Google subpoenas | John Ray | 7 | 1.0 |
| 8/21/14 | Review and sign off on HP stipulation from Donna Culver | John Ray | 3 | 0.5 |
| 8/23/14 | May-July fee application preparation | John Ray | 11 | 2.8 |
| 8/24/14 | Prepare quarterly fee application | John Ray | 11 | 2.2 |
| 8/25/14 | Review and file May-July fee application | John Ray | 11 | 0.2 |
| 8/26/14 | Update and file quarterly fee application | John Ray | 11 | 0.7 |
| 9/7/14 | Review correspondence related to Rockstar and Google discovery | John Ray | 7 | 1.5 |
| 9/11/14 | Meeting with Cleary and Milbank related to allocation matters | John Ray | 7 | 3.0 |
| 9/14/14 | Review motion for protective order related to Rockstar litigation | John Ray | 7 | 1.0 |
| 9/14/14 | Review revised budget for WPB site | John Ray | 3 | 1.5 |
| 9/15/14 | Deposition testimony related to PPI | John Ray | 7 | 5.0 |
| 9/16/14 | Further review of discovery papers to be filed related to Rockstar litigation | John Ray | 7 | 3.0 |
| 9/17/14 | Meeting with Cleary and Akin re estate matters | John Ray | 8 | 2.5 |
| 9/19/14 | Review of draft motion to the co discovery re related to Rockstar | John Ray | 7 | 2.8 |
| 9/21/14 | Rockstar litigation communications from counsel re discovery | John Ray | 7 | 1.0 |
| 9/22/14 | Further review of discovery papers to be filed related to Rockstar | John Ray | 7 | 1.5 |
| 9/24/14 | Further Rockstar litigation matters review of filings | John Ray | 7 | 1.3 |
| 9/29/14 | Communications with Cleary re discovery | John Ray | 7 | 0.5 |
| 9/29/14 | PPI discovery matters; respond to Cleary | John Ray | 7 | 1.3 |
| 10/2/14 | Review of motion for protective order re Rockstar | John Ray | 7 | 2.0 |
| 10/7/14 | Review of 2015 EY fee proposal | John Ray | 8 | 0.8 |
| 10/14/14 | Review outcome of hearing on motion for protective order | John Ray | 7 | 0.5 |
| 10/20/14 | Review of Canada pleadings in PPI litigation | John Ray | 7 | 1.5 |
| 10/21/14 | Review of excess Asia cash report | John Ray | 8 | 0.5 |
| 10/28/14 | Communication with Cleary re PPI litigation | John Ray | 7 | 2.0 |