# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1 through October 31, 2014

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

### Nortel Networks, Inc.

### JOHN RAY EXPENSE SUMMARY
### August 1 through Ocotber 31, 2014

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $        - |
| Travel – Lodging | | - |
| Travel – Transportation | | - |
| Travel – Meals | | - |
| Office Expenses | | - |
| TOTAL | | $        - |
| | | |