# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of October 1, 2014 through October 31, 2014

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, cash management, general accounting and controls, tax, information technology, human resources, and real estate management. Employee Benefits and Pension Investment Committee member. |
| Allen K. Stout | Officer | Controller - Foreign subsidiaries and branches financial oversight, entity liquidation and wind down, Employee Benefits Committee member, and Pension Investment Committee chair. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, treasury systems management and oversight, accounts receivable, lease and real estate billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |
| Elizabeth Smith | Non-Officer | Associate - General accounting for employee related liabilities, benefit plan vendor contract oversight, benefit plan termination, plan regulatory oversight and reporting, and Pension Investment Committee member. |
| Gary L. Storr | Non-Officer | Associate - Information technology systems & support, IT vendor contract management, data and document retention governance & maintenance, finance systems administration & controls, and data extraction & analysis. |