# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of October 1, 2014 through October 31, 2014

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of October 1, 2014 through October 31, 2014 | $ 325,069.50 | $ - | $ 325,069.50 |

Exhibit C    Page 1 of 1