# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2014 through October 31, 2014

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 18.50 | $ 6,900.50 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 61.25 | $ 22,846.25 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 47.00 | $ 17,531.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 17.25 | $ 6,434.25 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 23.50 | $ 8,765.50 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 14.75 | $ 5,501.75 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 284.25 | $ 106,025.25 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 184.25 | $ 68,725.25 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 91.75 | $ 34,222.75 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2014 through October 31, 2014

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 5.50 | $ 2,051.50 |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 5.50 | $ 2,051.50 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 23.50 | $ 8,765.50 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 52.00 | $ 19,396.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 42.50 | $ 15,852.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of October 1, 2014 through October 31, 2014** | | **871.50** | **$ 325,069.50** |