## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of October 1, 2014 through October 31, 2014

| **Expense Category** | **Expenses** |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of October 1, 2014 through October 31, 2014** | **$ -** |