# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>NORTEL NETWORKS INC.</u>　　　　　　　　　　　Case No. <u>09-10138</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>　　　　　　　　　　　<u>OFS FITEL, LLC</u>
Name of Transferee　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): <u>3951</u>
should be sent:　　　　　　　　　　　　　　　Allowed Amount of Claim: <u>USD$57,436.55</u>
　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: <u>9/28/2009</u>

TRC MASTER FUND LLC　　　　　　　　　　Phone: (770)-798-3234
Attn: Terrel Ross　　　　　　　　　　　　　　Last four digits of Acct.#   N/A
PO BOX 633
Woodmere, NY 11598　　　　　　　　　　　　Name and Current Address of Transferor:

Phone: <u>516-255-1801</u>　　　　　　　　　　　　OFS FITEL, LLC
Last four digits of Acct#:   N/A　　　　　　　　2000 NORTHEAST EXPRESSWAY SUITE 2H 02
　　　　　　　　　　　　　　　　　　　　　　NORCROSS, GA 30071
Name and address where transferee payments
should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>　　　　　　　　　　　　　　Date: November 1th, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: NORTEL NETWORKS INC. ("Debtor")
Case No. 09-10138

Claim # 3951

**OFS FITEL, LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD $57,436.55** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th DAY OF NOVEMBER, 2014.

**ASSIGNOR: OFS FITEL, LLC**

_(Signature)_

ASHISH GANDHI
(Print Name)

SR VP CFO & TRE ASURER
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_(Signature)_

Terrel Ross
(Print Name)

Managing Member