IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Richards, Layton & Finger, P.A. hereby withdraws its appearance as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and Whiteford Taylor & Preston LLC hereby enters its appearance as proposed successor co-counsel to the Committee in the Chapter 11 Cases.

Dated: November 19, 2014
Wilmington, Delaware

| **Richards, Layton & Finger, P.A.** | **Whiteford Taylor & Preston LLC** |
|---|---|
| /s/ | /s/ |
| Mark D. Collins (No. 2981) | Christopher M. Samis (No. 4909) |
| Amanda R. Steele (No. 5530) | L. Katherine Good (No. 5101) |
| One Rodney Square | The Renaissance Centre |
| 920 N. King Street | 405 North King Street, Suite 500 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 651-7700 | Telephone: (302) 353-4144 |
| Facsimile: (302) 651-7701 | Facsimile: (302) 661-7950 |
| *Withdrawing Co-Counsel to the Committee* | *Proposed Successor Co-Counsel to the Committee* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).