# EXHIBIT C

## DISBURSEMENT SUMMARY
## SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,342.78 |
| Conference Calls/Telephone/Web Conference Services | $2,841.64 |
| Courier Service/Postage | $12.62 |
| Deposition Charges | $367.00 |
| Duplicating (billed at $.10 per page) | $1,471.80 |
| Meals/Committee Meeting Expenses | $2,603.17 |
| Travel Expenses – Ground Transportation | $542.58 |
| Travel Expenses – Telephone & Fax | $56.93 |
| Travel Expenses – Train Fare | $313.00 |
| **TOTAL** | **$9,551.52** |