# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | |
| ATTN: JOHN DOLITTLE | |
| 2221 LAKESIDE BOULEVARD | |
| RICHARDSON, TX 75082 | |

| | |
|---|---|
| Invoice Number | 1567091 |
| Invoice Date | 10/31/14 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/14 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 06/11/14 | Deposition  Streaming connection fee for deposition of Sheldon Burshtein in Nortel case.; Ellen Grauer Court Reporting | $367.00 |
| 07/26/14 | Travel - Telephone & Fax  Fee for in-flight internet use re: Nortel work.; Nortel - Gogo | $23.95 |
| 08/03/14 | Travel - Telephone & Fax  Fee for in-flight internet use re: Nortel work.; Nortel - Gogo | $22.00 |
| 08/04/14 | Meals (100%)  Dinner ordered to the office while working late.; Nicholas Stabile; Meal ordered while working late.; Iron Sushi | $28.50 |
| 08/06/14 | Research  Digital filing for documents.; DropBox | $9.99 |
| 08/07/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $30.00 |
| 08/13/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $15.10 |
| 08/14/14 | Meals (100%)  8/8/14 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800306; DATE: 8/14/2014 - Litigation team meeting (4 people) | $97.44 |
| 08/14/14 | Meals (100%)  8/13/14 - K. Herron VENDOR: RESTAURANT | $176.05 |

|  |  |  |
|---|---|---|
| | ASSOCIATES; INVOICE#: 2033800306; DATE: 8/14/2014 - FR team meeting (9 people) | |
| 08/14/14 | Meals (100%) 8/14/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800306; DATE: 8/14/2014 - Telephonic hearing (9 people) | $172.46 |
| 08/14/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $19.74 |
| 08/18/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 97958 DATE: 8/18/2014 NAME: FAGEN MATTHEW C TICKET #: 0624377261 DEPARTURE DATE: 08/19/2014 ROUTE: UNKNOWN | $32.00 |
| 08/18/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 97958 DATE: 8/18/2014 NAME: FAGEN MATTHEW C TICKET #: 3207080348 DEPARTURE DATE: 08/19/2014 ROUTE: NYP WIL NYP | $281.00 |
| 08/20/14 | Travel - Ground Transportation  Taxi home after working late.; UBER | $25.00 |
| 08/20/14 | Meals (100%)  Meal while working late.; J. Yecies; Working dinner.; Hale & Hearty Soups | $10.75 |
| 08/21/14 | Meals (100%)  8/18/14 - C. Cunningham VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800308; DATE: 8/21/2014 - Litigation meeting (5 people) | $59.61 |
| 08/21/14 | Meals (100%)  8/21/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800308; DATE: 8/21/2014 - Committee call (9 people) | $172.46 |
| 08/21/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1822769 DATE: 8/24/2014 Wirakesuma Rebecca - Al Horno Lean Mexican 47th St) - 08/21/2014 | $24.32 |
| 08/21/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1822769 DATE: 8/24/2014 Yecies Jacqueline - Arno - 08/21/2014 | $28.71 |
| 08/21/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $14.25 |
| 08/22/14 | Travel - Ground Transportation  Taxi home from the office after working late.; Uber | $14.35 |
| 08/25/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1840311 DATE: 8/31/2014 Catering Akin Gump - Maguro Sushi - 08/25/2014 - Team meeting re post-trial briefs (9 people) | $320.13 |
| 08/25/14 | Meals (100%)  VENDOR: SEAMLESS | $19.96 |

| | | |
|---|---|---|
| | NORTH AMERICA LLC INVOICE#: 1840311 DATE: 8/31/2014 Wirakesuma Rebecca - Abeca Sushi - 08/25/2014 | |
| 08/26/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 8/26/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $147.61 |
| 08/27/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 8/27/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $63.14 |
| 08/27/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1188072 DATE: 9/10/2014  Vendor: Dial Car Voucher #: DLA4046962 Date: 08/27/2014 Name: Peter SproferallCar Service, Vendor: Dial Car Voucher #: DLA4046962 Date: 08/27/2014 Name: Peter Sprofera | $35.80 |
| 08/27/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $15.65 |
| 08/28/14 | Meals (100%)  8/26/14 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800309; DATE: 8/28/2014 - Meeting re: post-trial briefs (10 people) | $241.16 |
| 08/31/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 8/31/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $105.38 |
| 09/02/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 9/2/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 09/02/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1841965 DATE: 9/7/2014 Wirakesuma Rebecca - Abeca Sushi - 09/02/2014 | $29.26 |
| 09/02/14 | Travel - Ground Transportation  Late working taxi home.; NYC Taxi | $16.70 |
| 09/02/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $11.30 |
| 09/03/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 9/3/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $63.14 |
| 09/03/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1841965 DATE: 9/7/2014 Fagen Matthew - Dig Inn Seasonal Market  275 Madison - 09/03/2014 | $16.09 |
| 09/03/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1841965 DATE: 9/7/2014 Wirakesuma Rebecca - Blossom Du Jour Midtown West) - 09/03/2014 | $25.24 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1567091

| Date | Description | Amount |
|---|---|---|
| 09/03/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1841965 DATE: 9/7/2014 Yecies Jacqueline - Osteria al Doge - 09/03/2014 | $28.00 |
| 09/03/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $15.00 |
| 09/03/14 | Meals (100%)  Working dinner; F. Hodara; Working dinner; Starbucks | $12.68 |
| 09/04/14 | Duplication - In House  Photocopy - User # 990100, NY, 468 page(s) | $46.80 |
| 09/04/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 9/4/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $20.90 |
| 09/04/14 | Meals (100%)  9/2/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800310; DATE: 9/4/2014 - Litigation team meeting (6 people) | $100.60 |
| 09/04/14 | Meals (100%)  9/4/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800310; DATE: 9/4/2014 - Committee call (8 people) | $172.46 |
| 09/04/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1841965 DATE: 9/7/2014 Kahn Brad - Akdeniz - 09/04/2014 | $29.57 |
| 09/04/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1841965 DATE: 9/7/2014 Yecies Jacqueline - Natsumi - 09/04/2014 | $28.51 |
| 09/04/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $15.57 |
| 09/05/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 9/5/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $63.14 |
| 09/05/14 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 09001-01001-14; DATE: 9/5/2014 | $2,841.64 |
| 09/05/14 | Travel - Ground Transportation  Late working taxi home.; NYC Taxi | $11.40 |
| 09/05/14 | Travel - Ground Transportation  Taxi home after working late on 9/4, after midnight.; NYC Taxi | $16.70 |
| 09/05/14 | Travel - Ground Transportation  Taxi home after working late.; UBER | $16.74 |
| 09/06/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $13.46 |
| 09/06/14 | Travel - Ground Transportation  Weekend working taxi into office.; NYC Taxi | $12.50 |
| 09/07/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 9/7/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $104.95 |
| 09/07/14 | Travel - Telephone & Fax  Fee for in- | $10.98 |

| | | |
|---|---|---|
| | flight internet use re: Nortel work ($10.97 to be charged to 693217.0001).; Nortel - Gogo | |
| 09/07/14 | Travel - Ground Transportation  Taxi home after working late (weekend).; NYC | $14.90 |
| 09/07/14 | Meals (100%)  Meal while working on the weekend.; J. Yecies; Working lunch; Chop't | $12.04 |
| 09/08/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 9/8/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.28 |
| 09/08/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1188194 DATE: 9/17/2014 Vendor: Dial Car Voucher #: DLA4037601 Date: 09/08/2014 Name: Peter Sprofera‖Car Service, Vendor: Dial Car Voucher #: DLA4037601 Date: 09/08/2014 Name: Peter Sprofera | $36.90 |
| 09/08/14 | Travel - Ground Transportation  Late working taxi home.; Uber | $13.92 |
| 09/08/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $14.90 |
| 09/08/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1847930 DATE: 9/14/2014 Wirakesuma Rebecca - Zen Palate - 09/08/2014 | $21.82 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 1484 page(s) | $148.40 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 903 page(s) | $90.30 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 128 page(s) | $12.80 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 208 page(s) | $20.80 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 45 page(s) | $4.50 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 6356 page(s) | $635.60 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 390 page(s) | $39.00 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 1274 page(s) | $127.40 |
| 09/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 1521 page(s) | $152.10 |
| 09/10/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1847930 DATE: 9/14/2014 Wirakesuma Rebecca - Abumi - 09/10/2014 | $24.57 |
| 09/10/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1847930 DATE: 9/14/2014 Gifford Brian - Abeca Sushi - 09/10/2014 | $21.45 |
| 09/11/14 | Duplication - In House  Photocopy - | $44.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1567091

| | | |
|---|---|---|
| | Gifford, Brian, NY, 441 page(s) | |
| 09/11/14 | Duplication - In House Photocopy - User # 990100, NY, 240 page(s) | $24.00 |
| 09/11/14 | Travel - Ground Transportation Late working taxi home.; Uber | $14.84 |
| 09/11/14 | Meals (100%) 9/10/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800311; DATE: 9/11/2014 - Litigation team meeting (7 people) | $199.89 |
| 09/11/14 | Meals (100%) 9/10/14 - P.Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800311; DATE: 9/11/2014 - Meeting re: tax issues (6 people) | $86.23 |
| 09/11/14 | Meals (100%) 9/11/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800311; DATE: 9/11/2014 - Committee call (12 people) | $172.46 |
| 09/11/14 | Meals - Business Lunch with C. Kearns and A. Qureshi to discuss status of case; F. Hodara, C. Kearns, A. Qureshi (3 people); STK | $109.28 |
| 09/11/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $17.40 |
| 09/11/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1847930 DATE: 9/14/2014 Fagen Matthew - Maguro Sushi - 09/11/2014 | $25.06 |
| 09/11/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1847930 DATE: 9/14/2014 Wirakesuma Rebecca - Aceluck - 09/11/2014 | $22.58 |
| 09/12/14 | Duplication - In House Photocopy - User # 990100, NY, 63 page(s) | $6.30 |
| 09/12/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 9/12/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $189.42 |
| 09/12/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E374A DATE: 9/13/2014 TRACKING #: 1Z02E52E0157598120; PICKUP DATE: 09/12/2014; SENDER: Gifford Brian; RECEIVER: Daniel J. Kaiser - Kaiser Saurborn & Mair P.C.; | $10.60 |
| 09/12/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E374A DATE: 9/13/2014 TRACKING #: 1Z02E52E0157598120; PICKUP DATE: 09/12/2014; SENDER: Gifford Brian; RECEIVER: Daniel J. Kaiser - Kaiser Saurborn & Mair P.C.; | $1.06 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1567091

| Date | Description | Amount |
|---|---|---|
| 09/12/14 | Document Production - In House REQUESTOR: B GIFFORD; DESCRIPTION: COLOR COPIES; QUANTITY: 207; DATE ORDERED: 9/12/14 | $20.70 |
| 09/12/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $19.70 |
| 09/15/14 | Duplication - In House Photocopy - Evans, Annie, NY, 258 page(s) | $25.80 |
| 09/15/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1849382 DATE: 9/21/2014 Wirakesuma Rebecca - Zen Palate - 09/15/2014 | $22.31 |
| 09/16/14 | Duplication - In House Photocopy - User # 990100, NY, 60 page(s) | $6.00 |
| 09/16/14 | Duplication - In House Photocopy - User # 990100, NY, 9 page(s) | $0.90 |
| 09/16/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1849382 DATE: 9/21/2014 Gifford Brian - Aura Thai - 09/16/2014 | $17.19 |
| 09/16/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1849382 DATE: 9/21/2014 Yecies Jacqueline - Natsumi - 09/16/2014 | $29.40 |
| 09/16/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1849382 DATE: 9/21/2014 Wirakesuma Rebecca - Blossom Du Jour Midtown West) - 09/16/2014 | $25.51 |
| 09/16/14 | Travel - Ground Transportation Taxi home after working late.; UBER | $25.00 |
| 09/17/14 | Duplication - In House Photocopy - User # 990100, NY, 192 page(s) | $19.20 |
| 09/17/14 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 9/17/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $16.22 |
| 09/17/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1849382 DATE: 9/21/2014 Fagen Matthew - Shun Lee West - 09/17/2014 | $19.42 |
| 09/17/14 | Document Production - In House REQUESTOR: B GIFFORD; DESCRIPTION: COLOR COPIES; QUANTITY: 17; DATE ORDERED: 9/17/14 | $1.70 |
| 09/18/14 | Document Production - In House REQUESTOR: N STABILE; DESCRIPTION: COLOR COPIES; QUANTITY: 120; DATE ORDERED: 9/18/14 | $12.00 |
| 09/18/14 | Document Production - In House REQUESTOR: N STABILE; DESCRIPTION: COLOR COPIES; QUANTITY: 136; DATE ORDERED: | $13.60 |

| | | |
|---|---|---|
| | 9/18/14 | |
| 09/19/14 | Duplication - In House  Photocopy - User # 990100, NY, 108 page(s) | $10.80 |
| 09/19/14 | Document Production - In House REQUESTOR: N STABILE; DESCRIPTION: COLOR COPIES; QUANTITY: 90; DATE ORDERED: 9/19/14 | $9.00 |
| 09/21/14 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 9/21/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $24.74 |
| 09/21/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 716737 DATE: 9/26/2014  Vendor: Executive Royal Voucher #: 390228 Date: 09/21/2014 Name: Jacqueline Yecies||Car Service, Vendor: Executive Royal Voucher #: 390228 Date: 09/21/2014 Name: Jacqueline Yecies | $58.76 |
| 09/22/14 | Travel - Ground Transportation  Taxi home after working late on 8/21.; UBER | $27.00 |
| 09/22/14 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 9/22/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $67.84 |
| 09/23/14 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 9/23/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $37.12 |
| 09/24/14 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 9/24/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $218.44 |
| 09/25/14 | Postage  US Postage - Evans, Annie, NY, 1 piece(s) | $0.48 |
| 09/25/14 | Postage  US Postage - Evans, Annie, NY, 1 piece(s) | $0.48 |
| | Current Expenses | $9,551.52 |