# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 74.00 | $77,700.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 113.75 | $130,812.50 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 112.40 | $102,846.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 138.20 | $131,290.00 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $810 | 152.55 | $123,565.50 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 34.50 | $26,220.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 70.90 | $50,693.50 |
| Dennis J. Windscheffel | Counsel for 4 years; Admitted in 2005; Litigation Department | $635 | 3.20 | $2,032.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 173.60 | $111,972.00 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 60.85 | $34,380.25 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Andrew R. Casillas | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 3.40 | $1,700.00 |
| Michael K. Cross | Associate for 5 years; Admitted in 2010; Litigation Department | $595 | 5.30 | $3,153.50 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 153.30 | $62,086.50 |
| Matthew C. Fagen | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $500 | 88.10 | $44,050.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 108.25 | $62,243.75 |
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 82.65 | $33,473.25 |
| Rebecca A. Wirakesuma | Associate for 1 year; Admitted in 2014; Financial Restructuring Department | $405 | 70.30 | $28,471.50 |
| Jonathan A. Andron | Legal Assistant for 2 years; Trial Services Department | $215 | 2.00 | $430.00 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 8.30 | $2,158.00 |
| Jami L. Delgado | Legal Assistant for 12 years; Litigation Department | $180 | 1.30 | $234.00 |
| Brian R. Gifford | Legal Assistant for 1 year; Litigation Department | $195 | 22.90 | $4,465.50 |
| James P. Moore | Legal Assistant for 3 years; Trial Services Department | $215 | 65.30 | $14,039.50 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 4.10 | $1,209.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Leslie W. Lanphear | Librarian for 18 years | $245 | 3.90 | $955.50 |

Total Amount of Fees:       $1,050,182.25
Total Number of Hours:    1,553.05
Blended Hourly Rate:        $676.21