# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

October 1, 2014 through October 31, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Transcripts | | $229.90 |
| Travel | | 204.80 |
| Photos/Art/ Spec Duplicating | Out of Office | 266.15 |
| Meals | | 3,706.09 |
| Messenger Services | | 12.00 |
| Courier/Delivery Service | | 6,854.20 |
| Computer Research | Westlaw | 27.87 |
| In-House Duplicating | | 702.60 |
| Postage | | 72.44 |
| Pacer | | 77.50 |
| Conference Calls | | 256.00 |
| Use of Facilities/Equipment | | 1,029.00 |
| **Total Expenses** | | **$13,438.55** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1210915 | 10/22/14 | B | 229.90 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPT - 10/22/14 | 506 | 904 | 205078 |
| 1202376 | 10/02/14 | B | 98.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 10/2/ | 510 14 | 684 | 204778 |
| 1210891 | 10/21/14 | B | 168.15 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, LABOR FEE, FAX BROADCAST - 10/21/14 | 510 | 684 | 205063 |
| 1210924 | 09/23/14 | B | 101.60 | Travel - ROADRUNNER EXPRESS INC. - CAR FROM HOTEL DUPONT TO 207 SAUL LN. MEDIA - 9/23/14 | 511 | 000 | 205092 |
| 1208577 | 09/23/14 | B | 103.20 | Travel - EAGLE CHAUFFEURED SERVICES, INC. - MICHAEL KENNEDY - CAR FROM HOTEL DUPONT(WILMINGTON) TO PHL INTERNATIONAL - 9/23/14 | 511 | 000 | 204893 |
| 1211166 | 09/20/14 | B | 112.45 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 9/20/14 | 512 | 400 | 205154 |
| 1211169 | 09/21/14 | B | 30.46 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 9/21/14 | 512 | 400 | 205154 |
| 1211168 | 09/22/14 | B | 3.48 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 9/22/14 | 512 | 400 | 205154 |
| 1211040 | 09/22/14 | B | 659.00 | Meals - AMERICAN EXPRESS - DINNER FOR 18 PEOPLE - 9/22/14 | 512 | 000 | 205147 |
| 1211047 | 09/22/14 | B | 630.00 | Meals - AMERICAN EXPRESS - DINNER FOR 18 PEOPLE - 9/22/14 | 512 | 000 | 205147 |
| 1211051 | 09/22/14 | B | 520.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 20 PEOPL - 9/22/14 | 512 | 000 | 205147 |
| 1211052 | 09/23/14 | B | 659.00 | Meals - AMERICAN EXPRESS - DINNER FOR 18 PEOPLE - 9/23/14 | 512 | 000 | 205147 |
| 1211050 | 09/23/14 | B | 6.92 | Meals - AMERICAN EXPRESS - LUNCH FOR ONE PERSON - 9/23/14 | 512 | 000 | 205147 |
| 1211041 | 09/23/14 | B | 540.00 | Meals - AMERICAN EXPRESS - DINNER FOR 18 PEOPLE - 9/23/14 | 512 | 000 | 205147 |
| 1211056 | 09/23/14 | B | 540.00 | Meals - AMERICAN EXPRESS - LUNCh FOR 20 PEOPLE - 9/23/14 | 512 | 000 | 205147 |
| 1211171 | 09/27/14 | B | 4.78 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 9/27/14 | 512 | 400 | 205154 |
| 1201934 | 10/01/14 | B | 3.00 | Messenger Service - 10/1/14 | 513S | 000 | |
| 1201962 | 10/01/14 | B | 6.00 | Messenger Service - 10/1/14 | 513S | 000 | |
| 1202063 | 10/10/14 | B | 3.00 | Messenger Service - 10/10/14 | 513S | 000 | |
| 1208578 | 09/30/14 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 9/30/14 | 514 | 000 | 204894 |
| 1201565 | 10/01/14 | B | 34.18 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES - 10/1/14 | 514 | 000 | 204743 |
| 1208579 | 10/02/14 | B | 26.14 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 10/2/14 | 514 | 000 | 204894 |
| 1200964 | 10/02/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200965 | 10/02/14 | B | 26.92 | Courier/Delivery Service | 514 | 322 | 204540 |

```
Nortel Networks, Inc.                          PRO FORMA   363116           AS OF 10/31/14                       INVOICE# ******
63989-DIP
DATE: 11/19/14 14:36:32


INDEX      DATE      STAT       AMOUNT    DESCRIPTION                                                 CODE   TKPER   VOUCHER
1200966   10/02/14    B          25.80    Courier/Delivery Service                                    514    322     204540
1200967   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200958   10/02/14    B          23.22    Courier/Delivery Service                                    514    322     204540
1200959   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200960   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200961   10/02/14    B          23.22    Courier/Delivery Service                                    514    322     204540
1200962   10/02/14    B          25.80    Courier/Delivery Service                                    514    322     204540
1200963   10/02/14    B          12.96    Courier/Delivery Service                                    514    322     204540
1200952   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200953   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200954   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200955   10/02/14    B          12.96    Courier/Delivery Service                                    514    322     204540
1200956   10/02/14    B          12.96    Courier/Delivery Service                                    514    322     204540
1200957   10/02/14    B          21.82    Courier/Delivery Service                                    514    322     204540
1200946   10/02/14    B          25.53    Courier/Delivery Service                                    514    322     204540
1200947   10/02/14    B          25.53    Courier/Delivery Service                                    514    322     204540
1200948   10/02/14    B          16.61    Courier/Delivery Service                                    514    322     204540
1200949   10/02/14    B          23.06    Courier/Delivery Service                                    514    322     204540
1200950   10/02/14    B          25.53    Courier/Delivery Service                                    514    322     204540
1200951   10/02/14    B          20.59    Courier/Delivery Service                                    514    322     204540
1200940   10/02/14    B          23.09    Courier/Delivery Service                                    514    322     204540
1200941   10/02/14    B          22.81    Courier/Delivery Service                                    514    322     204540
1200942   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200943   10/02/14    B          23.06    Courier/Delivery Service                                    514    322     204540
1200944   10/02/14    B          23.06    Courier/Delivery Service                                    514    322     204540
1200945   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200934   10/02/14    B          25.53    Courier/Delivery Service                                    514    322     204540
1200935   10/02/14    B          23.06    Courier/Delivery Service                                    514    322     204540
1200936   10/02/14    B          12.96    Courier/Delivery Service                                    514    322     204540
1200937   10/02/14    B          23.22    Courier/Delivery Service                                    514    322     204540
1200938   10/02/14    B          23.06    Courier/Delivery Service                                    514    322     204540
1200939   10/02/14    B          23.22    Courier/Delivery Service                                    514    322     204540
1200928   10/02/14    B          23.09    Courier/Delivery Service                                    514    322     204540
1200929   10/02/14    B          25.53    Courier/Delivery Service                                    514    322     204540
1200930   10/02/14    B          27.04    Courier/Delivery Service                                    514    322     204540
1200931   10/02/14    B          19.11    Courier/Delivery Service                                    514    322     204540
1200932   10/02/14    B          25.53    Courier/Delivery Service                                    514    322     204540
1200933   10/02/14    B          24.33    Courier/Delivery Service                                    514    322     204540
```

```
Nortel Networks, Inc.                                                                          INVOICE#  ******
63989-DIP                         PRO FORMA  303110                     AS OF 10/31/14
DATE: 11/19/14 14:36:32
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1200922 | 10/02/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200923 | 10/02/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200924 | 10/02/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200925 | 10/02/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200926 | 10/02/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200927 | 10/02/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200916 | 10/02/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200917 | 10/02/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200918 | 10/02/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200919 | 10/02/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200920 | 10/02/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200921 | 10/02/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200910 | 10/02/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200911 | 10/02/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200912 | 10/02/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200913 | 10/02/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200914 | 10/02/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200915 | 10/02/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200904 | 10/02/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200905 | 10/02/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200906 | 10/02/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200907 | 10/02/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200908 | 10/02/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200909 | 10/02/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200898 | 10/02/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200899 | 10/02/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200900 | 10/02/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200901 | 10/02/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200902 | 10/02/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1200903 | 10/02/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 204540 |
| 1208815 | 10/08/14 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 10/8/14 | 514 | 000 | 204895 |
| 1202088 | 10/08/14 | B | 12.96 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - 10/8/14 | 514 | 000 | 204760 |
| 1202367 | 10/10/14 | B | 12.96 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES - 10/10/14 | 514 | 000 | 204771 |
| 1208816 | 10/11/14 | B | 1,964.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 10/11/14 | 514 | 000 | 204895 |
| 1210938 | 10/14/14 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 205104 |
| 1210939 | 10/15/14 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 205104 |

```
Nortel Networks, Inc.                                                            PRO FORMA  363116      AS OF 10/31/14                 INVOICE# ******
63989-DIP
DATE: 11/19/14 14:36:32


INDEX      DATE       STAT     AMOUNT    DESCRIPTION                                                       CODE    TKPER    VOUCHER
1210940    10/16/14    B         53.74   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC             514     000      205104
1207693    10/16/14    B         19.41   Courier/Delivery Service                                          514     322      204880
1209797    10/17/14    B         25.53   Courier/Delivery Service                                          514     322      205024
1209798    10/17/14    B         23.06   Courier/Delivery Service                                          514     322      205024
1209799    10/17/14    B         25.53   Courier/Delivery Service                                          514     322      205024
1209800    10/17/14    B         23.06   Courier/Delivery Service                                          514     322      205024
1210941    10/17/14    B         19.24   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC             514     000      205104
1209861    10/17/14    B         25.53   Courier/Delivery Service                                          514     322      205024
1209862    10/17/14    B         23.09   Courier/Delivery Service                                          514     322      205024
1209863    10/17/14    B         23.22   Courier/Delivery Service                                          514     322      205024
1209864    10/17/14    B         25.53   Courier/Delivery Service                                          514     322      205024
1209914    10/17/14    B         23.06   Courier/Delivery Service                                          514     322      205026
1209915    10/17/14    B         20.59   Courier/Delivery Service                                          514     322      205026
1209855    10/17/14    B         19.11   Courier/Delivery Service                                          514     322      205024
1209856    10/17/14    B         19.11   Courier/Delivery Service                                          514     322      205024
1209857    10/17/14    B         23.22   Courier/Delivery Service                                          514     322      205024
1209858    10/17/14    B         23.22   Courier/Delivery Service                                          514     322      205024
1209859    10/17/14    B         19.11   Courier/Delivery Service                                          514     322      205024
1209860    10/17/14    B         12.96   Courier/Delivery Service                                          514     322      205024
1209849    10/17/14    B         26.92   Courier/Delivery Service                                          514     322      205024
1209850    10/17/14    B         23.22   Courier/Delivery Service                                          514     322      205024
1209851    10/17/14    B         25.80   Courier/Delivery Service                                          514     322      205024
1209852    10/17/14    B         23.22   Courier/Delivery Service                                          514     322      205024
1209853    10/17/14    B         23.06   Courier/Delivery Service                                          514     322      205024
1209854    10/17/14    B         25.53   Courier/Delivery Service                                          514     322      205024
1209843    10/17/14    B         12.96   Courier/Delivery Service                                          514     322      205024
1209844    10/17/14    B         27.04   Courier/Delivery Service                                          514     322      205024
1209845    10/17/14    B         16.61   Courier/Delivery Service                                          514     322      205024
1209846    10/17/14    B         21.82   Courier/Delivery Service                                          514     322      205024
1209847    10/17/14    B         25.53   Courier/Delivery Service                                          514     322      205024
1209848    10/17/14    B         23.09   Courier/Delivery Service                                          514     322      205024
1209837    10/17/14    B         23.09   Courier/Delivery Service                                          514     322      205024
1209838    10/17/14    B         19.11   Courier/Delivery Service                                          514     322      205024
1209839    10/17/14    B         19.11   Courier/Delivery Service                                          514     322      205024
1209840    10/17/14    B         19.11   Courier/Delivery Service                                          514     322      205024
1209841    10/17/14    B         23.06   Courier/Delivery Service                                          514     322      205024
1209842    10/17/14    B         23.22   Courier/Delivery Service                                          514     322      205024
1209831    10/17/14    B         25.53   Courier/Delivery Service                                          514     322      205024
```

```
Nortel Networks, Inc.                    PRO FORMA  363110              AS OF 10/31/14              INVOICE# ******
63989-DIP
DATE: 11/19/14 14:36:32
```

| INDEX   | DATE     | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---------|----------|------|--------|-------------|------|-------|---------|
| 1209832 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209833 | 10/17/14 | B    | 25.53  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209834 | 10/17/14 | B    | 23.06  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209835 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209836 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209825 | 10/17/14 | B    | 23.06  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209826 | 10/17/14 | B    | 23.06  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209827 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209828 | 10/17/14 | B    | 27.04  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209829 | 10/17/14 | B    | 23.06  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209830 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209819 | 10/17/14 | B    | 24.33  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209820 | 10/17/14 | B    | 25.80  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209821 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209822 | 10/17/14 | B    | 12.96  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209823 | 10/17/14 | B    | 12.96  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209824 | 10/17/14 | B    | 12.96  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209813 | 10/17/14 | B    | 27.04  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209814 | 10/17/14 | B    | 12.96  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209815 | 10/17/14 | B    | 25.53  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209816 | 10/17/14 | B    | 25.53  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209817 | 10/17/14 | B    | 25.53  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209818 | 10/17/14 | B    | 25.53  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209807 | 10/17/14 | B    | 23.06  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209808 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209809 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209810 | 10/17/14 | B    | 25.80  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209811 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209812 | 10/17/14 | B    | 25.80  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209801 | 10/17/14 | B    | 23.06  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209802 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209803 | 10/17/14 | B    | 22.81  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209804 | 10/17/14 | B    | 23.06  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209805 | 10/17/14 | B    | 19.11  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1209806 | 10/17/14 | B    | 25.53  | Courier/Delivery Service | 514 | 322 | 205024 |
| 1215212 | 10/20/14 | B    | 11.15  | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - - 10/20/14 | 514 | 000 | 205223 |

Nortel Networks, Inc.                        PRO FORMA  363116                AS OF 10/31/14               INVOICE# ******
63989-DIP
DATE: 11/19/14 14:36:32

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1215213 | 10/24/14 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 10/24/14 | 514 | 000 | 205223 |
| 1216479 | 10/27/14 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 205339 |
| 1216366 | 10/31/14 | B | 34.18 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES - 10/31/14 | 514 | 000 | 205302 |
| 1215014 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215015 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215016 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215017 | 10/31/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215018 | 10/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215079 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215080 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215081 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215082 | 10/31/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1216267 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205298 |
| 1215073 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215074 | 10/31/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215075 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215076 | 10/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215077 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215078 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215067 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215068 | 10/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215069 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215070 | 10/31/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215071 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215072 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215061 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215062 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215063 | 10/31/14 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215064 | 10/31/14 | B | 22.81 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215065 | 10/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215066 | 10/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215055 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215056 | 10/31/14 | B | 26.92 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215057 | 10/31/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215058 | 10/31/14 | B | 16.61 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215059 | 10/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 205194 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/19/14 14:36:32
PRO FORMA   363116         AS OF 10/31/14         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1215060 | 10/31/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215049 | 10/31/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215050 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215051 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215052 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215053 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215054 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215043 | 10/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215044 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215045 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215046 | 10/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215047 | 10/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215048 | 10/31/14 | B | 24.33 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215037 | 10/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215038 | 10/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215039 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215040 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215041 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215042 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215031 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215032 | 10/31/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215033 | 10/31/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215034 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215035 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215036 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215025 | 10/31/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215026 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215027 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215028 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215029 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215030 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215019 | 10/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215020 | 10/31/14 | B | 21.82 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215021 | 10/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215022 | 10/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215023 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |
| 1215024 | 10/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 205194 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 11/19/14 14:36:32

PRO FORMA 363116    AS OF 10/31/14    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1202510 | 10/06/14 | B | 13.37 | Computer Research - Westlaw Search Performed by: HAYES,CHRISTOPHER | 515 | 000 | |
| 1202511 | 10/07/14 | B | 14.50 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1202711 | 10/01/14 | B | 2.40 | In-House Duplicating | 519 | 971 | |
| 1203236 | 10/03/14 | B | 0.10 | In-House Duplicating | 519 | 605 | |
| 1206736 | 10/15/14 | B | 16.00 | In-House Duplicating | 519 | 605 | |
| 1202712 | 10/15/14 | B | 4.40 | In-House Duplicating | 519 | 605 | |
| 1202713 | 10/16/14 | B | 1.30 | In-House Duplicating | 519 | 554 | |
| 1208053 | 10/17/14 | B | 0.20 | In-House Duplicating | 519 | 605 | |
| 1207724 | 10/20/14 | B | 20.00 | In-House Duplicating | 519 | 605 | |
| 1211758 | 10/20/14 | B | 23.20 | In-House Duplicating | 519 | 605 | |
| 1213301 | 10/23/14 | B | 18.50 | In-House Duplicating | 519 | 605 | |
| 1210080 | 10/27/14 | B | 9.60 | In-House Duplicating | 519 | 605 | |
| 1214158 | 10/30/14 | B | 125.80 | In-House Duplicating | 519 | 670 | |
| 1211087 | 09/11/14 | B | 72.44 | Postage - AMERICAN EXPRESS - USPS.COM - ONE CLICK SHIP - 9/11/14 | 520H | 684 | 205151 |
| 1208510 | 09/30/14 | B | 77.50 | Pacer charges for the month of September | 529 | 000 | |
| 1201216 | 10/11/14 | B | 1,029.00 | Use of Facilities/Equipment - EQUIPMENT STORAGE- 21 DAYS - 10/11/14 - 10/31/14 | 540S | 400 | |
| 1203238 | 10/06/14 | B | 5.60 | In-House Printing - black & white Call time: 14:50; to | 541 | 221 | |
| 1203239 | 10/06/14 | B | 0.25 | In-House Printing - black & white Call time: 14:50; to | 541 | 221 | |
| 1203237 | 10/06/14 | B | 2.25 | In-House Printing - black & white Call time: 08:13; to | 541 | 322 | |
| 1204164 | 10/08/14 | B | 3.65 | In-House Printing - black & white Call time: 16:17; to | 541 | 601 | |
| 1204151 | 10/08/14 | B | 1.55 | In-House Printing - black & white Call time: 12:04; to | 541 | 684 | |
| 1204158 | 10/08/14 | B | 1.95 | In-House Printing - black & white Call time: 12:14; to | 541 | 684 | |
| 1204159 | 10/08/14 | B | 1.05 | In-House Printing - black & white Call time: 12:10; to | 541 | 684 | |
| 1204160 | 10/08/14 | B | 2.10 | In-House Printing - black & white Call time: 12:10; to | 541 | 684 | |
| 1204161 | 10/08/14 | B | 1.35 | In-House Printing - black & white Call time: 11:49; to | 541 | 684 | |
| 1204162 | 10/08/14 | B | 1.05 | In-House Printing - black & white Call time: 11:11; to | 541 | 684 | |
| 1204163 | 10/08/14 | B | 1.55 | In-House Printing - black & white Call time: 11:11; to | 541 | 684 | |
| 1204152 | 10/08/14 | B | 1.30 | In-House Printing - black & white Call time: 12:03; to | 541 | 684 | |

```
Nortel Networks, Inc.              PRO FORMA  365116        AS OF 10/31/14                    INVOICE# ******
63989-DIP
DATE: 11/19/14 14:36:32
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1204153 | 10/08/14 | B | 1.10 | In-House Printing - black & white Call time: 11:51; to | 541 | 684 | |
| 1204154 | 10/08/14 | B | 1.90 | In-House Printing - black & white Call time: 11:51; to | 541 | 684 | |
| 1204155 | 10/08/14 | B | 1.70 | In-House Printing - black & white Call time: 12:04; to | 541 | 684 | |
| 1204156 | 10/08/14 | B | 1.55 | In-House Printing - black & white Call time: 11:50; to | 541 | 684 | |
| 1204157 | 10/08/14 | B | 1.45 | In-House Printing - black & white Call time: 12:14; to | 541 | 684 | |
| 1205169 | 10/10/14 | B | 1.50 | In-House Printing - black & white Call time: 09:55; to | 541 | 684 | |
| 1205170 | 10/10/14 | B | 1.60 | In-House Printing - black & white Call time: 09:57; to | 541 | 684 | |
| 1205171 | 10/10/14 | B | 1.25 | In-House Printing - black & white Call time: 10:03; to | 541 | 684 | |
| 1205172 | 10/10/14 | B | 1.45 | In-House Printing - black & white Call time: 10:04; to | 541 | 684 | |
| 1205173 | 10/10/14 | B | 1.35 | In-House Printing - black & white Call time: 10:05; to | 541 | 684 | |
| 1205174 | 10/10/14 | B | 1.30 | In-House Printing - black & white Call time: 10:10; to | 541 | 684 | |
| 1205175 | 10/10/14 | B | 1.75 | In-House Printing - black & white Call time: 10:11; to | 541 | 684 | |
| 1205176 | 10/10/14 | B | 1.40 | In-House Printing - black & white Call time: 10:12; to | 541 | 684 | |
| 1205177 | 10/10/14 | B | 1.80 | In-House Printing - black & white Call time: 10:17; to | 541 | 684 | |
| 1205178 | 10/10/14 | B | 1.50 | In-House Printing - black & white Call time: 10:21; to | 541 | 684 | |
| 1205179 | 10/10/14 | B | 2.10 | In-House Printing - black & white Call time: 10:22; to | 541 | 684 | |
| 1205180 | 10/10/14 | B | 3.05 | In-House Printing - black & white Call time: 11:06; to | 541 | 546 | |
| 1205181 | 10/10/14 | B | 3.15 | In-House Printing - black & white Call time: 11:07; to | 541 | 546 | |
| 1205182 | 10/10/14 | B | 3.70 | In-House Printing - black & white Call time: 11:07; to | 541 | 546 | |
| 1205183 | 10/10/14 | B | 3.35 | In-House Printing - black & white Call time: 11:08; to | 541 | 546 | |
| 1205184 | 10/10/14 | B | 3.50 | In-House Printing - black & white Call time: 11:09; to | 541 | 546 | |
| 1205185 | 10/10/14 | B | 3.20 | In-House Printing - black & white Call time: 11:10; to | 541 | 546 | |
| 1205198 | 10/10/14 | B | 2.80 | In-House Printing - black & white Call time: 11:19; to | 541 | 546 | |
| 1205199 | 10/10/14 | B | 2.35 | In-House Printing - black & white Call time: 11:20; to | 541 | 546 | |
| 1205200 | 10/10/14 | B | 2.55 | In-House Printing - black & white Call time: 11:20; to | 541 | 546 | |
| 1205192 | 10/10/14 | B | 2.30 | In-House Printing - black & white Call time: 11:15; to | 541 | 546 | |
| 1205193 | 10/10/14 | B | 2.30 | In-House Printing - black & white Call time: 11:16; to | 541 | 546 | |
| 1205194 | 10/10/14 | B | 2.05 | In-House Printing - black & white Call time: 11:17; to | 541 | 546 | |
| 1205195 | 10/10/14 | B | 2.15 | In-House Printing - black & white Call time: 11:17; to | 541 | 546 | |
| 1205196 | 10/10/14 | B | 2.25 | In-House Printing - black & white Call time: 11:18; to | 541 | 546 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1205197 | 10/10/14 | B | 2.25 | In-House Printing - black & white Call time: 11:18; to | 541 | 546 | |
| 1205186 | 10/10/14 | B | 4.05 | In-House Printing - black & white Call time: 11:11; to | 541 | 546 | |
| 1205187 | 10/10/14 | B | 3.30 | In-House Printing - black & white Call time: 11:12; to | 541 | 546 | |
| 1205188 | 10/10/14 | B | 2.95 | In-House Printing - black & white Call time: 11:12; to | 541 | 546 | |
| 1205189 | 10/10/14 | B | 3.15 | In-House Printing - black & white Call time: 11:13; to | 541 | 546 | |
| 1205190 | 10/10/14 | B | 2.40 | In-House Printing - black & white Call time: 11:14; to | 541 | 546 | |
| 1205191 | 10/10/14 | B | 2.55 | In-House Printing - black & white Call time: 11:14; to | 541 | 546 | |
| 1205889 | 10/14/14 | B | 2.15 | In-House Printing - black & white Call time: 09:56; to | 541 | 221 | |
| 1205890 | 10/14/14 | B | 1.65 | In-House Printing - black & white Call time: 11:45; to | 541 | 684 | |
| 1205891 | 10/14/14 | B | 1.25 | In-House Printing - black & white Call time: 11:46; to | 541 | 684 | |
| 1205892 | 10/14/14 | B | 1.05 | In-House Printing - black & white Call time: 16:27; to | 541 | 684 | |
| 1205893 | 10/14/14 | B | 3.30 | In-House Printing - black & white Call time: 16:32; to | 541 | 684 | |
| 1205894 | 10/14/14 | B | 1.05 | In-House Printing - black & white Call time: 15:52; to | 541 | 684 | |
| 1205895 | 10/14/14 | B | 12.00 | In-House Printing - black & white Call time: 17:16; to | 541 | 684 | |
| 1205896 | 10/14/14 | B | 0.40 | In-House Printing - black & white Call time: 17:16; to | 541 | 684 | |
| 1206744 | 10/15/14 | B | 1.65 | In-House Printing - black & white Call time: 14:49; to | 541 | 684 | |
| 1206745 | 10/15/14 | B | 1.50 | In-House Printing - black & white Call time: 14:50; to | 541 | 684 | |
| 1206746 | 10/15/14 | B | 1.05 | In-House Printing - black & white Call time: 14:50; to | 541 | 684 | |
| 1206747 | 10/15/14 | B | 1.30 | In-House Printing - black & white Call time: 14:50; to | 541 | 684 | |
| 1206748 | 10/15/14 | B | 2.40 | In-House Printing - black & white Call time: 14:52; to | 541 | 684 | |
| 1206749 | 10/15/14 | B | 1.65 | In-House Printing - black & white Call time: 14:53; to | 541 | 684 | |
| 1206738 | 10/15/14 | B | 3.30 | In-House Printing - black & white Call time: 14:57; to | 541 | 684 | |
| 1206739 | 10/15/14 | B | 3.35 | In-House Printing - black & white Call time: 14:57; to | 541 | 684 | |
| 1206740 | 10/15/14 | B | 3.50 | In-House Printing - black & white Call time: 14:59; to | 541 | 684 | |
| 1206741 | 10/15/14 | B | 2.75 | In-House Printing - black & white Call time: 14:59; to | 541 | 684 | |
| 1206742 | 10/15/14 | B | 3.95 | In-House Printing - black & white Call time: 15:01; to | 541 | 684 | |
| 1206743 | 10/15/14 | B | 1.70 | In-House Printing - black & white Call time: 14:46; to | 541 | 684 | |
| 1206750 | 10/15/14 | B | 2.90 | In-House Printing - black & white Call time: 14:54; to | 541 | 684 | |
| 1206751 | 10/15/14 | B | 2.80 | In-House Printing - black & white Call time: 14:56; to | 541 | 684 | |
| 1206737 | 10/15/14 | B | 2.00 | In-House Printing - black & white Call time: 17:42; to | 541 | 605 | |

Nortel Networks, Inc.　　　　　　　　　　　　　　　　　PRO FORMA  365116　　　　　　　　AS OF 10/31/14　　　　　　　　　　　　　　　　　INVOICE# ******
63989-DIP
DATE: 11/19/14 14:36:32

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1202714 | 10/16/14 | B | 1.20 | In-House Printing - black & white Call time: 13:30; to | 541 | 684 | |
| 1202715 | 10/16/14 | B | 0.05 | In-House Printing - black & white Call time: 13:30; to | 541 | 684 | |
| 1202716 | 10/16/14 | B | 3.55 | In-House Printing - black & white Call time: 11:18; to | 541 | 684 | |
| 1202717 | 10/16/14 | B | 6.05 | In-House Printing - black & white Call time: 11:30; to | 541 | 684 | |
| 1202718 | 10/16/14 | B | 1.20 | In-House Printing - black & white Call time: 11:33; to | 541 | 684 | |
| 1202719 | 10/16/14 | B | 0.05 | In-House Printing - black & white Call time: 11:33; to | 541 | 684 | |
| 1202720 | 10/16/14 | B | 2.25 | In-House Printing - black & white Call time: 11:33; to | 541 | 684 | |
| 1202721 | 10/16/14 | B | 6.65 | In-House Printing - black & white Call time: 11:34; to | 541 | 684 | |
| 1202722 | 10/16/14 | B | 0.05 | In-House Printing - black & white Call time: 11:34; to | 541 | 684 | |
| 1202723 | 10/16/14 | B | 5.85 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1202724 | 10/16/14 | B | 0.05 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1202725 | 10/16/14 | B | 1.60 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1202726 | 10/16/14 | B | 0.55 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1202727 | 10/16/14 | B | 0.80 | In-House Printing - black & white Call time: 11:36; to | 541 | 684 | |
| 1202728 | 10/16/14 | B | 0.85 | In-House Printing - black & white Call time: 11:36; to | 541 | 684 | |
| 1202729 | 10/16/14 | B | 1.95 | In-House Printing - black & white Call time: 11:37; to | 541 | 684 | |
| 1208055 | 10/16/14 | B | 5.50 | In-House Printing - black & white Call time: 19:26; to | 541 | 623 | |
| 1208057 | 10/17/14 | B | 4.50 | In-House Printing - black & white Call time: 10:25; to | 541 | 684 | |
| 1208059 | 10/17/14 | B | 3.90 | In-House Printing - black & white Call time: 10:25; to | 541 | 684 | |
| 1208061 | 10/17/14 | B | 7.10 | In-House Printing - black & white Call time: 10:13; to | 541 | 684 | |
| 1208063 | 10/17/14 | B | 1.10 | In-House Printing - black & white Call time: 10:15; to | 541 | 684 | |
| 1208065 | 10/17/14 | B | 1.10 | In-House Printing - black & white Call time: 10:16; to | 541 | 684 | |
| 1208067 | 10/17/14 | B | 1.80 | In-House Printing - black & white Call time: 09:24; to | 541 | 684 | |
| 1208069 | 10/17/14 | B | 0.10 | In-House Printing - black & white Call time: 09:24; to | 541 | 684 | |
| 1207735 | 10/20/14 | B | 1.50 | In-House Printing - black & white Call time: 15:46; to | 541 | 684 | |
| 1207736 | 10/20/14 | B | 4.90 | In-House Printing - black & white Call time: 15:46; to | 541 | 684 | |
| 1207737 | 10/20/14 | B | 0.10 | In-House Printing - black & white Call time: 15:46; to | 541 | 684 | |
| 1207725 | 10/20/14 | B | 0.80 | In-House Printing - black & white Call time: 18:16; to | 541 | 605 | |
| 1211759 | 10/20/14 | B | 2.85 | In-House Printing - black & white Call time: 20:10; to | 541 | 605 | |
| 1211760 | 10/20/14 | B | 1.50 | In-House Printing - black & white Call time: 20:22; to | 541 | 605 | |

Nortel Networks, Inc.  PRO FORMA 365116   AS OF 10/31/14   INVOICE# ******
63989-DIP
DATE: 11/19/14 14:36:32

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1207726 | 10/20/14 | B | 1.65 | In-House Printing - black & white Call time: 18:16; to | 541 | 605 | |
| 1207730 | 10/20/14 | B | 0.15 | In-House Printing - black & white Call time: 17:38; to | 541 | 605 | |
| 1207731 | 10/20/14 | B | 1.60 | In-House Printing - black & white Call time: 17:38; to | 541 | 605 | |
| 1211761 | 10/20/14 | B | 2.45 | In-House Printing - black & white Call time: 20:23; to | 541 | 605 | |
| 1211762 | 10/20/14 | B | 0.05 | In-House Printing - black & white Call time: 20:23; to | 541 | 605 | |
| 1211763 | 10/20/14 | B | 1.50 | In-House Printing - black & white Call time: 19:57; to | 541 | 605 | |
| 1211764 | 10/20/14 | B | 2.45 | In-House Printing - black & white Call time: 20:23; to | 541 | 605 | |
| 1211765 | 10/20/14 | B | 0.05 | In-House Printing - black & white Call time: 20:23; to | 541 | 605 | |
| 1207729 | 10/20/14 | B | 2.25 | In-House Printing - black & white Call time: 17:11; to | 541 | 221 | |
| 1207732 | 10/20/14 | B | 2.15 | In-House Printing - black & white Call time: 16:00; to | 541 | 221 | |
| 1207733 | 10/20/14 | B | 0.10 | In-House Printing - black & white Call time: 16:00; to | 541 | 221 | |
| 1207734 | 10/20/14 | B | 2.30 | In-House Printing - black & white Call time: 16:03; to | 541 | 221 | |
| 1207727 | 10/20/14 | B | 2.45 | In-House Printing - black & white Call time: 18:37; to | 541 | 322 | |
| 1207728 | 10/20/14 | B | 0.05 | In-House Printing - black & white Call time: 18:37; to | 541 | 322 | |
| 1211766 | 10/21/14 | B | 1.05 | In-House Printing - black & white Call time: 15:39; to | 541 | 684 | |
| 1211767 | 10/21/14 | B | 2.00 | In-House Printing - black & white Call time: 12:52; to | 541 | 971 | |
| 1211768 | 10/21/14 | B | 1.40 | In-House Printing - black & white Call time: 12:52; to | 541 | 971 | |
| 1212255 | 10/22/14 | B | 10.70 | In-House Printing - black & white Call time: 17:38; to | 541 | 010 | |
| 1212908 | 10/23/14 | B | 1.20 | In-House Printing - black & white Call time: 16:04; to | 541 | 684 | |
| 1212909 | 10/23/14 | B | 6.50 | In-House Printing - black & white Call time: 16:13; to | 541 | 684 | |
| 1213302 | 10/23/14 | B | 1.75 | In-House Printing - black & white Call time: 18:50; to | 541 | 605 | |
| 1213303 | 10/23/14 | B | 0.10 | In-House Printing - black & white Call time: 18:50; to | 541 | 605 | |
| 1212910 | 10/23/14 | B | 1.60 | In-House Printing - black & white Call time: 18:39; to | 541 | 605 | |
| 1212911 | 10/23/14 | B | 0.10 | In-House Printing - black & white Call time: 18:39; to | 541 | 605 | |
| 1213312 | 10/24/14 | B | 0.05 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1213313 | 10/24/14 | B | 1.60 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1213314 | 10/24/14 | B | 0.55 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1213315 | 10/24/14 | B | 0.80 | In-House Printing - black & white Call time: 14:13; to | 541 | 684 | |
| 1213316 | 10/24/14 | B | 0.85 | In-House Printing - black & white Call time: 14:13; to | 541 | 684 | |
| 1213304 | 10/24/14 | B | 5.00 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1213305 | 10/24/14 | B | 0.50 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1213306 | 10/24/14 | B | 6.05 | In-House Printing - black & white Call time: 14:08; to | 541 | 684 | |
| 1213307 | 10/24/14 | B | 1.20 | In-House Printing - black & white Call time: 14:10; to | 541 | 684 | |
| 1213308 | 10/24/14 | B | 0.05 | In-House Printing - black & white Call time: 14:10; to | 541 | 684 | |
| 1213309 | 10/24/14 | B | 6.65 | In-House Printing - black & white Call time: 14:11; to | 541 | 684 | |
| 1213310 | 10/24/14 | B | 0.05 | In-House Printing - black & white Call time: 14:11; to | 541 | 684 | |
| 1213311 | 10/24/14 | B | 5.85 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1210486 | 10/27/14 | B | 1.50 | In-House Printing - black & white Call time: 18:40; to | 541 | 605 | |
| 1210487 | 10/27/14 | B | 0.10 | In-House Printing - black & white Call time: 18:40; to | 541 | 605 | |
| 1210488 | 10/27/14 | B | 1.50 | In-House Printing - black & white Call time: 18:24; to | 541 | 605 | |
| 1210489 | 10/27/14 | B | 0.10 | In-House Printing - black & white Call time: 18:24; to | 541 | 605 | |
| 1210088 | 10/28/14 | B | 2.55 | In-House Printing - black & white Call time: 10:28; to | 541 | 221 | |
| 1210089 | 10/28/14 | B | 0.10 | In-House Printing - black & white Call time: 10:28; to | 541 | 221 | |
| 1210087 | 10/28/14 | B | 0.85 | In-House Printing - black & white Call time: 11:26; to | 541 | 684 | |
| 1210081 | 10/28/14 | B | 1.20 | In-House Printing - black & white Call time: 11:14; to | 541 | 684 | |
| 1210082 | 10/28/14 | B | 0.05 | In-House Printing - black & white Call time: 11:14; to | 541 | 684 | |
| 1210083 | 10/28/14 | B | 6.05 | In-House Printing - black & white Call time: 11:08; to | 541 | 684 | |
| 1210084 | 10/28/14 | B | 1.60 | In-House Printing - black & white Call time: 11:24; to | 541 | 684 | |
| 1210085 | 10/28/14 | B | 0.55 | In-House Printing - black & white Call time: 11:24; to | 541 | 684 | |
| 1210086 | 10/28/14 | B | 0.80 | In-House Printing - black & white Call time: 11:26; to | 541 | 684 | |
| 1213707 | 10/29/14 | B | 2.10 | In-House Printing - black & white Call time: 09:28; to | 541 | 322 | |
| 1214159 | 10/30/14 | B | 1.40 | In-House Printing - black & white Call time: 15:38; to | 541 | 203 | |
| 1214160 | 10/30/14 | B | 1.40 | In-House Printing - black & white Call time: 15:40; to | 541 | 203 | |
| 1214161 | 10/30/14 | B | 15.20 | In-House Printing - black & white Call time: 14:56; to | 541 | 684 | |
| 1214168 | 10/30/14 | B | 8.50 | In-House Printing - black & white Call time: 13:56; to | 541 | 684 | |
| 1214169 | 10/30/14 | B | 43.50 | In-House Printing - black & white Call time: 14:05; to | 541 | 684 | |
| 1214170 | 10/30/14 | B | 2.20 | In-House Printing - black & white Call time: 15:45; to | 541 | 684 | |
| 1214171 | 10/30/14 | B | 4.40 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1214172 | 10/30/14 | B | 4.60 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1214162 | 10/30/14 | B | 0.10 | In-House Printing - black & white Call time: 14:56; to | 541 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1214163 | 10/30/14 | B | 2.55 | In-House Printing - black & white Call time: 14:57; to | 541 | 684 | |
| 1214164 | 10/30/14 | B | 1.05 | In-House Printing - black & white Call time: 14:57; to | 541 | 684 | |
| 1214165 | 10/30/14 | B | 1.15 | In-House Printing - black & white Call time: 14:58; to | 541 | 684 | |
| 1214166 | 10/30/14 | B | 6.70 | In-House Printing - black & white Call time: 14:55; to | 541 | 684 | |
| 1214167 | 10/30/14 | B | 0.15 | In-House Printing - black & white Call time: 14:55; to | 541 | 684 | |
| 1211320 | 10/31/14 | B | 0.05 | In-House Printing - black & white Call time: 14:14; to | 541 | 684 | |
| 1211304 | 10/31/14 | B | 1.50 | In-House Printing - black & white Call time: 12:56; to | 541 | 684 | |
| 1211305 | 10/31/14 | B | 1.20 | In-House Printing - black & white Call time: 11:40; to | 541 | 684 | |
| 1211319 | 10/31/14 | B | 1.00 | In-House Printing - black & white Call time: 14:14; to | 541 | 684 | |
| 1211318 | 10/31/14 | B | 0.15 | In-House Printing - black & white Call time: 14:11; to | 541 | 670 | |
| 1211321 | 10/31/14 | B | 1.65 | In-House Printing - black & white Call time: 14:15; to | 541 | 670 | |
| 1211322 | 10/31/14 | B | 0.55 | In-House Printing - black & white Call time: 14:15; to | 541 | 670 | |
| 1211323 | 10/31/14 | B | 1.10 | In-House Printing - black & white Call time: 14:15; to | 541 | 670 | |
| 1211324 | 10/31/14 | B | 1.25 | In-House Printing - black & white Call time: 14:16; to | 541 | 670 | |
| 1211325 | 10/31/14 | B | 0.20 | In-House Printing - black & white Call time: 14:16; to | 541 | 670 | |
| 1211312 | 10/31/14 | B | 0.85 | In-House Printing - black & white Call time: 13:58; to | 541 | 670 | |
| 1211313 | 10/31/14 | B | 0.15 | In-House Printing - black & white Call time: 14:05; to | 541 | 670 | |
| 1211314 | 10/31/14 | B | 7.50 | In-House Printing - black & white Call time: 14:05; to | 541 | 670 | |
| 1211315 | 10/31/14 | B | 0.15 | In-House Printing - black & white Call time: 14:08; to | 541 | 670 | |
| 1211316 | 10/31/14 | B | 3.05 | In-House Printing - black & white Call time: 14:08; to | 541 | 670 | |
| 1211317 | 10/31/14 | B | 4.60 | In-House Printing - black & white Call time: 14:11; to | 541 | 670 | |
| 1211306 | 10/31/14 | B | 1.90 | In-House Printing - black & white Call time: 13:26; to | 541 | 670 | |
| 1211307 | 10/31/14 | B | 1.30 | In-House Printing - black & white Call time: 13:43; to | 541 | 670 | |
| 1211308 | 10/31/14 | B | 1.45 | In-House Printing - black & white Call time: 13:45; to | 541 | 670 | |
| 1211309 | 10/31/14 | B | 0.55 | In-House Printing - black & white Call time: 13:45; to | 541 | 670 | |
| 1211310 | 10/31/14 | B | 2.10 | In-House Printing - black & white Call time: 13:38; to | 541 | 670 | |
| 1211311 | 10/31/14 | B | 5.95 | In-House Printing - black & white Call time: 13:58; to | 541 | 670 | |
| 1211326 | 10/31/14 | B | 2.35 | In-House Printing - black & white Call time: 14:16; to | 541 | 670 | |
| 1203240 | 10/06/14 | B | 0.50 | In-House Printing - color | 542 | 400 | |
| 1213708 | 10/29/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 11/19/14 14:36:32  
PRO FORMA 365116  
AS OF 10/31/14  
INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1213709 | 10/29/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1211333 | 10/31/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1211334 | 10/31/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1211335 | 10/31/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1211336 | 10/31/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1211337 | 10/31/14 | B | 0.50 | In-House Printing - color | 542 | 400 | |
| 1211338 | 10/31/14 | B | 0.50 | In-House Printing - color | 542 | 400 | |
| 1211327 | 10/31/14 | B | 0.75 | In-House Printing - color | 542 | 400 | |
| 1211328 | 10/31/14 | B | 12.50 | In-House Printing - color | 542 | 400 | |
| 1211329 | 10/31/14 | B | 0.50 | In-House Printing - color | 542 | 400 | |
| 1211330 | 10/31/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1211331 | 10/31/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1211332 | 10/31/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1211339 | 10/31/14 | B | 0.50 | In-House Printing - color | 542 | 400 | |
| 1211100 | 09/25/14 | B | 128.00 | Conference Calls - AMERICAN EXPRESS - 9/25/14 | 552H | 904 | 205151 |
| 1211104 | 09/26/14 | B | 128.00 | Conference Calls - AMERICAN EXPRESS - 9/26/14 | 552H | 904 | 205151 |
| | | | 13,438.55 | | | | |