# EXHIBIT C

## DISBURSEMENT SUMMARY
## OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,953.54 |
| Conference Calls/Telephone/Web Conference Services | $4,579.98 |
| Courier Service/Postage | $163.46 |
| Deposition Charges | $891.96 |
| Duplicating (billed at $.10 per page) | $125.20 |
| Meals/Committee Meeting Expenses | $5,820.79 |
| Travel Expenses – Airfare | $8,092.49 |
| Travel Expenses – Ground Transportation | $1.866.08 |
| Travel Expenses – Incidentals | $186.97 |
| Travel Expenses – Lodging | $10,975.33 |
| Travel Expenses – Train Fare | $1,887.00 |
| **TOTAL** | **$36,542.80** |