# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1570369 |
| ATTN: JOHN DOLITTLE | Invoice Date 11/13/14 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/14 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/08/14 | Travel - Ground Transportation Taxi home-travel from hearings; NYC Taxi | $12.00 |
| 08/31/14 | Meals (100%) Lunch ordered to the office while working over the weekend.; Nicholas Stabile; Lunch ordered to office while working.; Seamless | $23.37 |
| 09/03/14 | Travel - Ground Transportation Taxi ride from office to 128 Wayne Street, NJ, regarding emails, review and comment on Cleary's draft rebuttal brief.; UBER | $46.18 |
| 09/06/14 | Research Digital storage for trial documents.; Dropbox | $9.99 |
| 09/07/14 | Travel - Ground Transportation Taxi home from the office working late on the weekend.; NYC Taxi | $8.90 |
| 09/07/14 | Meals (100%) Dinner ordered to the office while working late on the weekend.; Nicholas Stabile; Dinner ordered on weekend working late.; Seamless | $31.10 |
| 09/10/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 717004 DATE: 10/3/2014  Vendor: Executive Royal Voucher #: RVT1F34149 Date: 09/10/2014 Name: | $91.62 |

|          |                                                                                                                                                                                |          |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | Brian Gifford\|\|Car Service, Vendor: Executive Royal Voucher #: RVT1F34149 Date: 09/10/2014 Name: Brian Gifford                                                                |          |
| 09/12/14 | Travel - Airfare  Airfare to travel to Toronto for trial; United Airlines.                                                                                                     | $276.84  |
| 09/13/14 | Travel - Ground Transportation  Taxi to office to retrieve document - weekend.; NYC Taxi                                                                                       | $6.60    |
| 09/15/14 | Travel - Ground Transportation  Taxi cab from One Liberty to OBP re Nortel case.; Dial 7 Car & Limo Service                                                                    | $25.00   |
| 09/15/14 | Travel - Ground Transportation  Taxi cab from OBP to Cleary for Nortel meetings. (Qureshi and Annie Evans); Uber                                                               | $37.00   |
| 09/15/14 | Travel - Ground Transportation  Taxi home-attending meeting to prepare closing arguments; NYC Taxi                                                                             | $12.00   |
| 09/15/14 | Meals (100%)  Dinner ordered while working late.; Nicholas Stabile; Dinner while working late.; Seamless                                                                       | $16.47   |
| 09/16/14 | Travel - Ground Transportation  Taxi home from the office after working late.; Uber                                                                                            | $12.54   |
| 09/16/14 | Travel - Airfare  Agent fee for flight to trial in Toronto.; Agent fee for flight to Toronto for tria; Agent Fee                                                               | $32.00   |
| 09/16/14 | Travel - Airfare  Scheduled flight from trial in Toronto; Trial in Toronto; WestJet Air                                                                                        | $371.53  |
| 09/16/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 120442 DATE: 9/16/2014 NAME: BOTTER DAVID TICKET #: 0625481575 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN                | $32.00   |
| 09/16/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 120580 DATE: 9/16/2014 NAME: LEVY JACQUELINE YECI TICKET #: 0625485545 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN           | $32.00   |
| 09/16/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 120580 DATE: 9/16/2014 NAME: LEVY JACQUELINE YECI TICKET #: 7494002538 DEPARTURE DATE: 09/21/2014 ROUTE: LGA YYZ (Economy) | $263.50  |
| 09/17/14 | Travel - Ground Transportation  Overtime taxi from office to home; Wailing MGMT                                                                                                | $15.60   |
| 09/17/14 | Meals (100%)  Overtime Dinner (working late on Nortel closing argument); A. Evans; Overtime Dinner working late on Nortel; Eatery                                              | $25.63   |
| 09/17/14 | Travel - Ground Transportation  Cab to Nortel meeting at Cleary Gottlieb;                                                                                                      | $16.00   |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1570369

Page 3  
November 13, 2014

| Date | Description | Amount |
|---|---|---|
| 09/17/14 | Travel - Ground Transportation Taxi cab from OBP to home after working on Nortel case.; Uber Medallion cab | $17.00 |
| 09/17/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $14.30 |
| 09/17/14 | Meals (100%) Dinner ordered in for team meeting.; Nicholas Stabile, Christine Doniak, Jackie Yecies, Abid Qureshi, Joseph Sorkin (5 people); Dinner ordered for team meeting.; Iron Sushi | $100.20 |
| 09/17/14 | Meals (100%) Dinner ordered in for team meeting.; Nicholas Stabile, Christine Doniak, Jackie Yecies, Abig Qureshi, Joseph Sorkin; Dinner ordered for team meetings.; Iron Sushi | $6.55 |
| 09/18/14 | Meals - Business Lunch for R. Johnson before Nortel deposition; R. Johnson; Starbucks | $15.53 |
| 09/18/14 | Travel - Ground Transportation Car with R. Johnson to Cleary Gottlieb office for Nortel deposition; UBER | $40.00 |
| 09/18/14 | Meals (100%) 9/15/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800312; DATE: 9/18/2014 (litigation meeting re: closing arguments - 6 people) | $137.18 |
| 09/18/14 | Meals (100%) 9/17/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800312; DATE: 9/18/2014 (team meeting re:closing arguments - 8 people) | $246.06 |
| 09/18/14 | Meals (100%) 9/17/14 - N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800312; DATE: 9/18/2014 - Meeting with administrator representatives and Akin team (6 people). | $84.49 |
| 09/18/14 | Meals (100%) 9/17/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800312; DATE: 9/18/2014 Meeting re: oral argument - 3 people | $80.57 |
| 09/18/14 | Meals (100%) 9/18/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800312; DATE: 9/18/2014 Committee call - 8 people | $172.46 |
| 09/18/14 | Meals (100%) 9/18/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800312; DATE: 9/18/2014, Meeting re: closing arguments (3 people). | $182.91 |
| 09/18/14 | Meals (100%) 9/18/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800312; DATE: 9/18/2014, Meeting | $240.58 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1570369

Page 4  
November 13, 2014

| Date | Description | Amount |
|---|---|---|
| | re: closing arguments (5 people). | |
| 09/18/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $19.20 |
| 09/18/14 | Travel - Ground Transportation  Taxi home from the office after working late.; Uber | $9.57 |
| 09/19/14 | Travel - Airfare  Airfare to Toronto for trial; United Airlines (Economy) | $406.78 |
| 09/19/14 | Travel - Ground Transportation  Overtime taxi from office to home; UBER | $18.73 |
| 09/19/14 | Travel - Ground Transportation  Taxi cab from OBP to home after working on Nortel case.; Uber | $12.44 |
| 09/19/14 | Travel - Ground Transportation  Taxi cab from OBP to Cleary for Nortel meeting.; Uber | $24.26 |
| 09/19/14 | Travel - Ground Transportation  Taxi home after working late.; UBER | $16.04 |
| 09/19/14 | Meals (100%)  Dinner ordered into the office while working late.; Nicholas Stabile; Dinner ordered while working late.; Iron Sushi | $28.68 |
| 09/19/14 | Travel - Airfare  Agent fee for flight to trial in Toronto.; Agent fee for flight to trial.; Agent Fee | $32.00 |
| 09/19/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 124146 DATE: 9/19/2014 NAME: KAHN BRAD MICHAEL TICKET #: 0625657837 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $32.00 |
| 09/19/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 124146 DATE: 9/19/2014 NAME: KAHN BRAD MICHAEL TICKET #: 7376068480 DEPARTURE DATE: 09/21/2014 ROUTE: NYP WIL NYP (roundtrip). | $299.00 |
| 09/19/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 124353 DATE: 9/19/2014 NAME: LEVY JACQUELINE YECI TICKET #: 0625667958 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $32.00 |
| 09/19/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 124353 DATE: 9/19/2014 NAME: LEVY JACQUELINE YECI TICKET #: 7494884864 DEPARTURE DATE: 09/21/2014 ROUTE: LGA YYZ | $50.00 |
| 09/19/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 124434 DATE: 9/19/2014 NAME: SORKIN JOSEPH L TICKET #: 0625670714 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $32.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1570369

Page 5  
November 13, 2014

| Date | Description | Amount |
|---|---|---|
| 09/19/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 124434 DATE: 9/19/2014<br>NAME: SORKIN JOSEPH L TICKET #: 7494884919 DEPARTURE DATE: 09/21/2014 ROUTE: LGA YYZ LGA (Economy) | $626.23 |
| 09/19/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 124458 DATE: 9/19/2014<br>NAME: EVANS ANNE M TICKET #: 0625673978 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $32.00 |
| 09/19/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 124458 DATE: 9/19/2014<br>NAME: EVANS ANNE M TICKET #: 1460105571 DEPARTURE DATE: 09/21/2014 ROUTE: NYP WIL (One way). | $174.00 |
| 09/19/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 124547 DATE: 9/19/2014<br>NAME: WEINREB CARLY IRIS TICKET #: 0625676808 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $32.00 |
| 09/19/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 124547 DATE: 9/19/2014<br>NAME: WEINREB CARLY IRIS TICKET #: 8765111154 DEPARTURE DATE: 09/21/2014 ROUTE: NYP WIL NYP | $296.00 |
| 09/20/14 | Travel - Airfare  Round trip Airfare to Toronto trial; United Airlines (Economy). | $2,874.39 |
| 09/20/14 | Meals - Business  Jamey Moore; Starbucks while traveling for Nortel. | $6.75 |
| 09/20/14 | Travel - Ground Transportation  Yellow Cab | $29.17 |
| 09/20/14 | Travel - Ground Transportation  Yellow Cab | $41.50 |
| 09/20/14 | Meals - Business  Jamey Moore; United Airlines | $8.99 |
| 09/20/14 | Travel - Train Fare  Purchase of train ticket to travel to Wilmington for Allocation Trial; Amtrak (One way). | $174.00 |
| 09/20/14 | Travel - Train Fare  Purchase of train ticket to travel home from Wilmington after Allocation Trial; Amtrak (One way). | $174.00 |
| 09/20/14 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 520896 DATE: 9/26/2014 SENDER'S NAME: NICHOLAS STABIL; JOB NUMBER: 1574914; PICKUP: 1 BRYANT PARK; DESTINATION: 245 E 19TH ST; DATE: 09/20/2014 | $72.20 |

| Date | Description | Amount |
|---|---|---|
| 09/20/14 | Travel - Airfare Airport processing fee for seat change for travel to Toronto for Nortel hearing.; Airport processing fee; Westjet | $27.13 |
| 09/20/14 | Travel - Airfare Agent fee for flight to trial in Toronto.; Agent fee for flight to trial in Toronto; Agent Fee | $32.00 |
| 09/20/14 | Travel - Airfare Flight to Toronto for trial.; Flight to Toronto for trial.; Air Canada (Economy). | $329.08 |
| 09/20/14 | Travel - Airfare Seat reservation for flight to trial in Toronto.; Seat reservation flight to trial.; Air Canada | $23.00 |
| 09/20/14 | Travel - Airfare Seat change fee Re: scheduled return flight from Trial in Toronto; Trial in Toronto; WestJet Air | $27.13 |
| 09/20/14 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 124805 DATE: 9/20/2014 NAME: WEINREB CARLY IRIS TICKET #: 0625687822 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $32.00 |
| 09/20/14 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 124832 DATE: 9/20/2014 NAME: LEVY JACQUELINE YECI TICKET #: 0625694459 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $32.00 |
| 09/20/14 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 124832 DATE: 9/20/2014 NAME: LEVY JACQUELINE YECI TICKET #: 7495047950 DEPARTURE DATE: 09/21/2014 ROUTE: LGA YYZ (Economy). | $329.08 |
| 09/20/14 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 124978 DATE: 9/20/2014 NAME: WEINREB CARLY IRIS TICKET #: 8765111162 DEPARTURE DATE: 09/21/2014 ROUTE: NYP WIL NYP | $-27.00 |
| 09/21/14 | Meals - Business Jamey Moore; Shangri-La Hotel | $26.67 |
| 09/21/14 | Meals - Business Jamey Moore; Starbucks while in Toronto for Nortel. | $2.41 |
| 09/21/14 | Travel - Ground Transportation Aeroport Taxi | $64.41 |
| 09/21/14 | Meals - Business Jamey Moore; Starbucks while in Toronto for Nortel. | $6.65 |
| 09/21/14 | Travel - Ground Transportation Yellow Cab | $147.60 |
| 09/21/14 | Travel - Airfare Airline ticket to Toronto re: Court hearing; Airline ticket to Toronto re: Court hear; Air Canada (Economy). | $352.07 |

| Date | Description | Amount |
|---|---|---|
| 09/21/14 | Travel - Airfare Airline charge for change of ticket re: Court hearing in Toronto; Change of ticket charged by Airline; Delta Airline | $200.00 |
| 09/21/14 | Meals - Business Breakfast at LGA re: trip to Toronto for Court hearing; C. Doniak; Au Bon Pain | $5.42 |
| 09/21/14 | Meals - Business Beverage for Nortel team while in Toronto re: Court hearing; Nortel team; Starbucks Coffee Canada | $13.71 |
| 09/21/14 | Meals - Business Beverage for Nortel team while in Toronto re: Court trial; Nortel team; Starbucks Coffee Canada | $23.10 |
| 09/21/14 | Meals - Business Lunch at Penn Station (travel to Delaware for Nortel trial closing arguments); A. Evans; Hudson News | $18.90 |
| 09/21/14 | Travel - Ground Transportation Taxi from home to Penn Station (travel to Delaware for Nortel trial closing arguments); NYC-Taxi | $35.70 |
| 09/21/14 | Travel - Ground Transportation Taxi from Amtrak train to DuPont Hotel; Checker Taxi | $10.00 |
| 09/21/14 | Travel - Ground Transportation Taxi to Amtrak station to attend hearing in Wilmington; Uber | $17.96 |
| 09/21/14 | Meals - Business Breakfast and refreshments during hotel stay to attend closing arguments; F. Hodara; Hotel Dupont | $55.40 |
| 09/21/14 | Travel - Ground Transportation Taxi ride from Wilmington Train Station to Hotel DuPont regarding appearance at the closing arguments in allocation trial.; Scotty's Taxi Service | $10.00 |
| 09/21/14 | Travel - Ground Transportation Taxi ride from home to Newark Penn Station regarding appearance at the closing arguments in allocation trial.; Classic1 Limousine | $50.00 |
| 09/21/14 | Travel - Lodging (Hotel, Apt, Other) Hotel stay at the Dupont regarding appearance at the closing arguments in allocation trial.; Hotel stay at Hotel Dupont; Hotel Dupont (1 night). | $328.90 |
| 09/21/14 | Travel - Ground Transportation Taxi cab from home to LGA for travel to Toronto for Nortel hearing.; Uber | $63.00 |
| 09/21/14 | Travel - Airfare Airfare charges for travel from LGA to Toronto for Nortel hearing (Economy); Airfare Charges; Delta Airlines. | $503.76 |
| 09/21/14 | Travel - Ground Transportation Taxi to airport for flight to trial in Toronto.; NYC Taxi | $39.33 |
| 09/21/14 | Travel - Lodging (Hotel, Apt, Other) Hotel Room-Re: Trial in Wilmington, | $657.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1570369

Page 8  
November 13, 2014

| Date | Description | Amount |
|---|---|---|
| | DE; Lodging; Hotel Dupont (2 nights). | |
| 09/21/14 | Meals - Business  Business Meal-Re: Trial in Wilmington, DE; C. Weinreb; Hotel Dupont (Meal) | $61.20 |
| 09/21/14 | Meals - Business  Purchase food at airport before flying to Toronto to attend trial.; J. Yecies; Au Bon Pain | $2.17 |
| 09/21/14 | Travel - Ground Transportation  Taxi to airport for flight to trial in Toronto.; Uber | $29.00 |
| 09/21/14 | Travel - Train Fare  Train to Wilmington to attend court; Amtrak (One way). | $130.00 |
| 09/21/14 | Meals - Business  Snack at the airport for flight to trial in Toronto.; Nicholas Stabile; Hudson News | $15.47 |
| 09/21/14 | Travel - Lodging (Hotel, Apt, Other)  Hotel Room Charges for stay in Toronto during Nortel trial from Sept. 21st through Sept. 24th.; Hotel Stay for Nortel Trial; Shangri-La Hotel (3 nights). | $1,070.47 |
| 09/21/14 | Meals - Business  Working lunch during Nortel trial in Toronto.; Qureshi, Sorkin, Stabile, Yecies and Doniak (5 people); Shangri-La Hotel | $189.69 |
| 09/21/14 | Travel - Ground Transportation  Taxi cab to airport for travel to Toronto for Nortel hearing.; UBER | $82.68 |
| 09/22/14 | Meals - Business  lunch; Jamey Moore while in Toronto for Nortel; Little India. | $15.18 |
| 09/22/14 | Meals - Business  Jamey Moore while in Toronto for Nortel; Starbucks | $2.40 |
| 09/22/14 | Meals - Business  Jamey Moore while in Toronto for Nortel; Starbucks. | $1.87 |
| 09/22/14 | Meals - Business  Jamey Moore while in Toronto for Nortel; Starbucks | $2.40 |
| 09/22/14 | Meals - Business  Dinner with R. Johnson and C. Weinreb while in Delaware for Nortel trial closing arguments; A. Evans, R. Johnson and C. Weinreb (3 people); Mikimotos Restaurant | $136.50 |
| 09/22/14 | Travel - Train Fare  Train ticket from Delaware to NYC (Nortel trial closing arguments); Amtrak (One way). | $138.00 |
| 09/22/14 | Meals - Business  Coffee at trial in Delaware (Nortel trial closing arguments); A. Evans; Java Corner | $4.75 |
| 09/22/14 | Meals - Business  Lunch during closing arguments w/ nine committee members and representatives; F. Hodara, nine Committee members and representatives (10 people); Ernest & Scott Taproom | $220.00 |
| 09/22/14 | Travel - Lodging (Hotel, Apt, Other)  Hotel stay at the Dupont regarding appearance at the closing arguments in allocation trial.; Hotel stay at Hotel Dupont; Hotel Dupont (1 night). | $328.90 |
| 09/22/14 | Meals - Business  Meal at The Grille Breakfast regarding appearance at the closing arguments in allocation trial. | $7.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1570369  
Page 9  
November 13, 2014

| Date | Description | Amount |
|---|---|---|
| 09/22/14 | ; Robert A. Johnson; Hotel Dupont Meals - Business  Meal while at Hotel Dupont re: Nortel hearing in Delaware; B. Kahn; Hotel DuPont Invoice | $24.60 |
| 09/22/14 | Meals - Business  Beverages for team at trial in Toronto.; Joseph Sorkin, Abid Qureshi, Jackie Yecies, Christine Doniak, Nicholas Stabile (6 people); Starbucks | $17.00 |
| 09/22/14 | Meals - Business  Lunch at trial in Toronto.; Joseph Sorkin, Jackie Yecies, Christine Doniak, Nicholas Stabile (4 people); Momofuku | $141.64 |
| 09/22/14 | Meals - Business  Beverages at trial in Toronto.; Joseph Sorkin, Jackie Yecies, Christine Doniak, Nicholas Stabile (4 people); Starbucks | $17.91 |
| 09/22/14 | Meals - Business  Coffee in Toronto at trial.; Nicholas Stabile; Pharmx | $7.73 |
| 09/22/14 | Travel - Airfare  Flight change fee for flight to trial in Toronto.; Flight change fee.; Agent Fee | $20.00 |
| 09/22/14 | Meals - Business  In room dining breakfast and lunch during stay in Toronto for Nortel trial.; A. Qureshi; Shangri-La Hotel | $22.91 |
| 09/22/14 | Travel - Incidentals - Out-of-Town Travel  Laundry and Valet charges during stay in Toronto for Nortel trial.; Shangri-La Hotel | $31.69 |
| 09/22/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 124978 DATE: 9/20/2014 NAME: WEINREB CARLY IRIS TICKET #: 0625704178 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $20.00 |
| 09/22/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 124987 DATE: 9/22/2014 NAME: LEVY JACQUELINE YECI TICKET #: 0625704183 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $20.00 |
| 09/23/14 | Meals - Business  Jamey Moore; Firkin on Yonge (food and beverage in Toronto for the Nortel trial). | $8.56 |
| 09/23/14 | Meals - Business  Jamey Moore, Jackie Yecies, Nick Stabile, Abid Qureshi (4 people); Bar Hop; dinner in Toronto for Nortel closing arguments. | $48.58 |
| 09/23/14 | Travel - Incidentals - Out-of-Town Travel service fee; United Airlines | $16.98 |
| 09/23/14 | Travel - Incidentals - Out-of-Town Travel service fee for flight change.; United Airlines | $75.00 |
| 09/23/14 | Meals - Business  Lunch while in Toronto for Nortel hearing; Jamey Moore; Shangri-La Hotel - Toronto. | $25.13 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1570369

Page 10  
November 13, 2014

| | | |
|---|---|---|
| 09/23/14 | Travel - Lodging (Hotel, Apt, Other) Lodging while in Toronto re: Court hearing; Lodging while in Toronto re: hearing; Shangri-La Hotel (2 nights). | $701.16 |
| 09/23/14 | Meals - Business  Meal while in Toronto re: Court hearing; C. Doniak; Shangri-La Hotel | $4.44 |
| 09/23/14 | Meals - Business  Lunch for the Nortel team while in Canada re: Court trial (6 people); Nortel team; The Eatery | $51.56 |
| 09/23/14 | Meals - Business  Beverage while in Canada re: Court trial; Starbucks Coffee Canada | $6.93 |
| 09/23/14 | Travel - Ground Transportation  Taxi from hotel to airport while in Toronto re: Court hearing; Uber | $62.22 |
| 09/23/14 | Travel - Airfare  Fee charge for flight change while in Toronto re: Court trial; Fare change; Delta Airline | $75.33 |
| 09/23/14 | Meals - Business  Breakfast before attending hearing; F. Hodara; Hotel Dupont | $25.80 |
| 09/23/14 | Travel - Lodging (Hotel, Apt, Other) Hotel stay to attend court; Hotel stay in Wilmington to attend court; Hotel Dupont (1 night). | $328.90 |
| 09/23/14 | Meals - Business  Dinner while in Wilmington for Allocation Trial; Robert Johnson, Dan Lowenthal, Mike Riela, Fred Hodara, Brad Kahn, Annie Evans, Carly Weinreb (7 people); Deep Blue (Wilmington) | $428.67 |
| 09/23/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 717004 DATE: 10/3/2014  Vendor: Executive Royal Voucher #: 448652 Date: 09/23/2014 Name: Christine Doniak‖Car Service, Vendor: Executive Royal Voucher #: 448652 Date: 09/23/2014 Name: Christine Doniak | $90.23 |
| 09/23/14 | Travel - Lodging (Hotel, Apt, Other) Hotel stay in Delaware for Nortel closing arguments; Hotel Stay; Hotel Dupont (1 night). | $328.90 |
| 09/23/14 | Meals - Business  Meal at hotel in Delaware for Nortel closing arguments; A. Evans; Hotel Dupont | $47.80 |
| 09/23/14 | Travel - Lodging (Hotel, Apt, Other) Hotel stay at the Dupont regarding appearance at the closing arguments in allocation trial.; Hotel stay at Hotel Dupont; Hotel Dupont (1 night). | $328.90 |
| 09/23/14 | Meals - Business  Meal at The Grille Breakfast regarding appearance at the | $7.75 |

| Date | Description | Amount |
|---|---|---|
| 09/23/14 | closing arguments in allocation trial.; Robert A. Johnson; Hotel Dupont | |
| 09/23/14 | Travel - Lodging (Hotel, Apt, Other) 2 nights Lodging at Hotel DuPont re: Nortel hearing; Lodging at Hotel DuPont re: Nortel hrg; Hotel DuPont Invoice | $657.80 |
| 09/23/14 | Meals - Business Meal while at Hotel DuPont re: Delaware hearing re: Nortel; B. Kahn; Hotel DuPont Invoice | $27.60 |
| 09/23/14 | Meals - Business Light Meal at Dupont Hotel re: Delaware Nortel hearing; B. Kahn; Hotel DuPont Invoice | $7.50 |
| 09/23/14 | Travel - Lodging (Hotel, Apt, Other) Hotel Room-Re: Trial in Wilmington, DE; Lodging; Hotel Dupont (1 night). | $328.90 |
| 09/23/14 | Meals - Business Business Meal-Re: Trial in Wilmington, DE; C. Weinreb; Hotel Dupont (Meal) | $25.20 |
| 09/23/14 | Meals - Business Business Meal-Re: Trial in Wilmington, DE; C. Weinreb; Green Bar | $48.00 |
| 09/23/14 | Meals - Business Meal while in Toronto for trial.; Joseph Sorkin, Jacki Yecies, Abid Qureshi, Christine Doniak, Nicholas Stabile (5 people); Bar Hop | $40.50 |
| 09/23/14 | Travel - Airfare Agent fee for return flight ticket from trial in Toronto.; Return flight from trial in Toronto.; Agent Fee | $32.00 |
| 09/23/14 | Travel - Airfare Return flight from trial in Toronto.; Return flight from trial in Toronto.; West Jet Air (Economy). | $320.58 |
| 09/23/14 | Meals - Business Coffee at trial in Toronto.; Nicholas Stabile; Starbucks | $11.46 |
| 09/23/14 | Meals - Business In room dining breakfast during stay in Toronto for Nortel trial.; A. Qureshi; Shangri-La Hotel | $6.33 |
| 09/23/14 | Meals - Business Lobby Lounge Dinner at Hotel during stay for Nortel trial.; Qureshi, Sorkin, Stabile, Doniak, Moore, Yecies, R. Jacobs, M. Wunder, S. Kukolowicz (9 people); Shangri-La Hotel | $541.28 |
| 09/23/14 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 126544 DATE: 9/23/2014 NAME: KAHN BRAD MICHAEL TICKET #: 0625776401 DEPARTURE DATE: 09/24/2014 ROUTE: UNKNOWN | $32.00 |
| 09/23/14 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 126850 DATE: 9/23/2014 NAME: HODARA FRED TICKET #: 0625788324 DEPARTURE DATE: 09/23/2014 ROUTE: UNKNOWN | $10.00 |
| 09/23/14 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 126917 DATE: 9/23/2014 | $32.00 |

| Date | Description | Amount |
|---|---|---|
| 09/23/14 | NAME: KAHN BRAD MICHAEL TICKET #: 0625793230 DEPARTURE DATE: 09/24/2014 ROUTE: UNKNOWN Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 127265 DATE: 9/23/2014 NAME: WEINREB CARLY IRIS TICKET #: 0625805865 DEPARTURE DATE: 09/21/2014 ROUTE: UNKNOWN | $32.00 |
| 09/23/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 127280 DATE: 9/23/2014 NAME: LEVY JACQUELINE YECI TICKET #: 0625805872 DEPARTURE DATE: 09/24/2014 ROUTE: UNKNOWN | $32.00 |
| 09/23/14 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 127280 DATE: 9/23/2014 NAME: LEVY JACQUELINE YECI TICKET #: 7495875023 DEPARTURE DATE: 09/24/2014 ROUTE: YYZ LGA (Economy). | $320.58 |
| 09/23/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 127575 DATE: 9/24/2014 NAME: WEINREB CARLY IRIS TICKET #: 2376026983 DEPARTURE DATE: 09/24/2014 ROUTE: UNKNOWN | $-13.00 |
| 09/23/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: AMEX10-14UNKNOWNCR DATE: 9/23/2014 NAME: AMEX1014UNKNOWN TICKET #: 8255115688 DEPARTURE DATE: 10/10/2014 ROUTE: UNKNOWN | $-71.00 |
| 09/24/14 | Travel - Ground Transportation  Yellow Cab | $25.69 |
| 09/24/14 | Meals - Business  Jamey Moore; beverages while in Toronto for Nortel closing arguments; Jazz Bar | $12.49 |
| 09/24/14 | Travel - Ground Transportation  Crown Taxi | $72.80 |
| 09/24/14 | Travel - Lodging (Hotel, Apt, Other) Hotel and lodging for closing arguments.; hotel for trial; Shangri-La Hotel - Toronto (4 nights). | $1,096.64 |
| 09/24/14 | Meals - Business  Lunch while in Toronto during Nortel trial; Jamey Moore; Apropos | $25.50 |
| 09/24/14 | Travel - Airfare  Airline ticket to Toronto re: Court hearing; Airline ticket to Toronto re: Court hear; Delta Airline | $217.50 |

| Date | Description | Amount |
|---|---|---|
| | (Economy). | |
| 09/24/14 | Travel - Ground Transportation Taxi from Penn Station to home re: Nortel trial closing arguments; JTL Management Inc | $14.30 |
| 09/24/14 | Travel - Train Fare Change fee for train from Delaware to NYC re: Nortel trial closing arguments; Amtrak | $35.00 |
| 09/24/14 | Travel - Lodging (Hotel, Apt, Other) Hotel stay in Delaware for Nortel trial closing aruguments; Hotel stay in Delaware for Nortelhearing; Hotel Dupont (1 night). | $657.80 |
| 09/24/14 | Meals - Business Breakfast while in Delaware for Nortel trial closing arguments; A. Evans; Hotel Dupont (2 meals) | $57.20 |
| 09/24/14 | Meals - Business Lunch on train (travel from Delaware for Nortel trial closing arguments; A. Evans; Amtrak | $10.75 |
| 09/24/14 | Meals - Business Snacks on the train while traveling from Delaware for trial closing arguments; A. Evans and Nortel Group; Amtrak | $11.81 |
| 09/24/14 | Travel - Ground Transportation Taxi home after returning from court in Wilmington; Metropark Taxi | $50.00 |
| 09/24/14 | Travel - Train Fare Amtrak train home after attending hearing in Wilmington; Amtrak (One way). | $168.00 |
| 09/24/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 717004 DATE: 10/3/2014 Vendor: Executive Royal Voucher #: 585185 Date: 09/24/2014 Name: Jacqueline Yecies‖Car Service, Vendor: Executive Royal Voucher #: 585185 Date: 09/24/2014 Name: Jacqueline Yecies | $79.93 |
| 09/24/14 | Travel - Ground Transportation Taxi ride from 824 Market Street to Wilmington Train Station regarding appearance at the closing arguments in allocation trial.; Checker Taxi | $10.00 |
| 09/24/14 | Travel - Ground Transportation Taxi ride from Newark Penn Station to 127 Wayne Street regarding appearance at the closing arguments in allocation trial.; Classic1 Limousine | $50.00 |
| 09/24/14 | Meals - Business Meal at The Grille Breakfast regarding appearance at the closing arguments in allocation trial.; Robert A. Johnson; Hotel Dupont | $8.00 |
| 09/24/14 | Travel - Lodging (Hotel, Apt, Other) 1 day lodging at Hotel Dupont re: Nortel hearing in Delaware; Lodging at Hotel Dupont re: Nortel hrg.; Hotel DuPont Invoice | $328.90 |

| Date | Description | Amount |
|---|---|---|
| 09/24/14 | Meals - Business Meal at Dupont Hotel re: Nortel hearing in Delaware; B. Kahn; Hotel DuPont Invoice | $24.60 |
| 09/24/14 | Travel - Ground Transportation Taxi cab from LGA to home after travel for Nortel hearing.; Uber | $79.00 |
| 09/24/14 | Travel - Airfare Airfare for travel to Toronto for Nortel hearing.; Airfare for Nortel travel; Delta Airlines (Economy). | $367.90 |
| 09/24/14 | Travel - Lodging (Hotel, Apt, Other) Hotel accomodations for trial in Toronto (3 nights).; Hotel accomodations at trial in Toronto; Shangri-La Hotel | $978.58 |
| 09/24/14 | Meals - Business Meals at hotel while in Toronto for trial (2 meals).; Joseph Sorkin; Shangri-La Hotel | $69.60 |
| 09/24/14 | Travel - Airfare Fee to change seat on flight to Toronto for trial to sit with other attorneys, A. Qureshi and J. Sorkin.; Change seat fee.; Westjet | $27.08 |
| 09/24/14 | Travel - Incidentals - Out-of-Town Travel Foreign transaction fee charged for using card at the Shangri-La hotel while in Toronto attending trial.; Amex/Foreign Transaction Fee | $30.26 |
| 09/24/14 | Travel - Lodging (Hotel, Apt, Other) Lodging in Toronto while attending trial (9/21 - 9/24).; Lodging in Toronto; Shangri-La Hotel (3 nights). | $991.23 |
| 09/24/14 | Meals - Business Meals while staying at the Shangri-La hotel for trial (2 meals).; J. Yecies; Shangri-La Hotel | $109.87 |
| 09/24/14 | Meals - Business Lunch for the team.; Nicholas Stabile, Christine Doniak, Jackie Yecies, Abid Qureshi, Joseph Sorkin (5 people); | $92.83 |
| 09/24/14 | Travel - Lodging (Hotel, Apt, Other) Hotel accomodations at trial in Toronto.; Hotel accomodations at trial.; Shangri-La Hotel (4 nights). | $1,203.75 |
| 09/24/14 | Meals - Business Meals at hotel in Toronto during trial (4 meals).; Nicholas Stabile; Shangri-La Hotel | $150.61 |
| 09/24/14 | Travel - Incidentals - Out-of-Town Travel Laundry at hotel in Toronto during trial.; Shangri-La Hotel | $20.04 |
| 09/24/14 | Travel - Ground Transportation Taxi home from Airport - Re: Trial in Toronto; NYC Taxi | $45.78 |
| 09/24/14 | Meals - Business Business Meal-Re: Trial in Toronto; N. Stabile; Horse Shoe Tavern | $41.61 |
| 09/24/14 | Travel - Ground Transportation Taxi cab from Hotel in Toronto to airport for Qureshi, Sorkin, Yecies and Stabile after Nortel hearing.; UBER | $81.45 |
| 09/24/14 | Travel - Airfare Airport processing fee for seat change during travel from | $28.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1570369

Page 15  
November 13, 2014

| Date | Description | Amount |
|---|---|---|
| | Toronto to NYC after Nortel hearing.; Airport Processing Fee for Seat Change; Westjet | |
| 09/24/14 | Meals - Business In room dining breakfast and lobby lounge lunch during stay in Toronto for Nortel trial.; Qureshi, Sorkin, Stabile, Yecies (3 people); Shangri-La Hotel | $183.50 |
| 09/24/14 | Travel - Incidentals - Out-of-Town Travel Laundry and Valet charges during stay in Toronto for Nortel trial.; Shangri-La Hotel | $12.27 |
| 09/24/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 127574 DATE: 9/24/2014 NAME: KAHN BRAD MICHAEL TICKET #: 0625822982 DEPARTURE DATE: 09/24/2014 ROUTE: UNKNOWN | $32.00 |
| 09/24/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 127574 DATE: 9/24/2014 NAME: KAHN BRAD MICHAEL TICKET #: 8765027405 DEPARTURE DATE: 09/21/2014 ROUTE: NYP WIL NYP | $35.00 |
| 09/24/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 127575 DATE: 9/24/2014 NAME: WEINREB CARLY IRIS TICKET #: 0625822983 DEPARTURE DATE: 09/24/2014 ROUTE: UNKNOWN | $32.00 |
| 09/24/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 127575 DATE: 9/24/2014 NAME: WEINREB CARLY IRIS TICKET #: 4746031863 DEPARTURE DATE: 09/21/2014 ROUTE: NYP WIL NYP | $35.00 |
| 09/25/14 | Meals (100%)  9/19/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800313; DATE: 9/25/2014, Meeting to prepare for closing arguments (3 people) | $228.64 |
| 09/25/14 | Meals (100%)  9/19/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800313; DATE: 9/25/2014, Meeting to prepare for closing arguments (5 people). | $226.08 |
| 09/25/14 | Meals (100%)  9/19/14 - K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800313; DATE: 9/25/2014, Additional food and beverages for meeting to prepare for closing argument | $68.05 |

| Date | Description | Amount |
|---|---|---|
| | (5 people). | |
| 09/25/14 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 128508CR DATE: 9/25/2014 NAME: LEVY JACQUELINE YECI TICKET #: 7494884864 DEPARTURE DATE: 09/21/2014 ROUTE: LGA YYZ | $-263.50 |
| 09/26/14 | Telephone - Long Distance 09-10138 / Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent VENDOR: COURTCALL LLC; INVOICE#: 6484355; DATE: 9/26/2014 - Cust.# 165839 | $191.00 |
| 09/26/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E394A DATE: 9/27/2014 TRACKING #: 1Z02E52EPG57616546; PICKUP DATE: 09/26/2014; SENDER: A.EVANS; RECEIVER: Unknown - DAVID BOTTER; | $8.45 |
| 09/26/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E394A DATE: 9/27/2014 TRACKING #: 1Z02E52EPG57616546; PICKUP DATE: 09/26/2014; SENDER: A.EVANS; RECEIVER: Unknown - DAVID BOTTER; | $3.35 |
| 09/26/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E394A DATE: 9/27/2014 TRACKING #: 1Z02E52EPG57616546; PICKUP DATE: 09/26/2014; SENDER: A.EVANS; RECEIVER: Unknown - DAVID BOTTER; | $16.00 |
| 09/26/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E394A DATE: 9/27/2014 TRACKING #: 1Z02E52EPG57616546; PICKUP DATE: 09/26/2014; SENDER: A.EVANS; RECEIVER: Unknown - DAVID BOTTER; | $2.78 |
| 09/26/14 | Meals (100%) 9/26/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800314; DATE: 9/26/2014, Committee call (12 people). | $172.46 |
| 09/27/14 | Travel - Incidentals - Out-of-Town Travel Foreign transaction fee for using card in Toronto to upgrade seat to sit with other attorneys, A. Qureshi and J. Sorkin - for 9/24 travel back to NY following trial.; WestJet/Amex - Foreign Transaction Fee | $0.73 |
| 09/28/14 | Travel - Lodging (Hotel, Apt, Other) | $657.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1570369

Page 17  
November 13, 2014

| Date | Description | Amount |
|---|---|---|
| 09/29/14 | Hotel stay to attend Nortel closing arguments; Hotel stay to attend closing arguments; Hotel Dupont (2 nights). Deposition Representing Live feed Services for Nortel Trail the week of 9/22/14 VENDOR: NEESON & ASSOCIATES; INVOICE#: 3617; DATE: 9/29/2014 | $891.96 |
| 10/02/14 | Travel - Ground Transportation Late working taxi home.; UBer | $16.65 |
| 10/02/14 | Meals (100%) 10/2/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800314; DATE: 10/2/2014 Committee call (8 people) | $194.23 |
| 10/02/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1189679 DATE: 10/15/2014 Vendor: Dial Car Voucher #: DLA4096492 Date: 10/02/2014 Name: Peter SproferallCar Service, Vendor: Dial Car Voucher #: DLA4096492 Date: 10/02/2014 Name: Peter Sprofera | $64.90 |
| 10/05/14 | Audio and Web Conference Services EXPENSES FOR THE MONTH OF SEPTEMBER 2014 VENDOR: TELCONF LLC; INVOICE#: 10001-01001-14; DATE: 10/5/2014 | $4,090.98 |
| 10/06/14 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/6/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $16.22 |
| 10/07/14 | Computerized Legal Research - Other Document Retrieval In Various Courts From 7/1/2014 - 9/30/2014 VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q32014; DATE: 10/7/2014 - Account # 2503192 | $321.50 |
| 10/07/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1190223 DATE: 10/22/2014 Vendor: Dial Car Voucher #: DLA4124690 Date: 10/07/2014 Name: Peter SproferallCar Service, Vendor: Dial Car Voucher #: DLA4124690 Date: 10/07/2014 Name: Peter Sprofera | $47.80 |
| 10/08/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E414A DATE: 10/11/2014 TRACKING #: 1Z02E52E6655247873; PICKUP DATE: 10/08/2014; SENDER: GIFFORD BRIAN; RECEIVER: MONIQUE SASSI - CASSELS BROCK & BLACKWELL LLP; | $40.36 |
| 10/08/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: | $4.04 |

| Date | Description | Amount |
|---|---|---|
| 10/09/14 | 000002E52E414A DATE: 10/11/2014 TRACKING #: 1Z02E52E6655247873; PICKUP DATE: 10/08/2014; SENDER: GIFFORD BRIAN; RECEIVER: MONIQUE SASSI - CASSELS BROCK & BLACKWELL LLP; Document Production - In House REQUESTOR: R WIRAKESUMA; DESCRIPTION: COLOR COPIES; QUANTITY: 108; DATE ORDERED: 10/9/14 | $10.80 |
| 10/09/14 | Meals (100%) 10/6/14 - Rebecca Wirakesuma VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800315; DATE: 10/9/2014, Nortel meeting re tax issues (6 people). | $146.71 |
| 10/09/14 | Meals (100%) 10/9/14 - Jonathan Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800315; DATE: 10/9/2014, Committee call (12 people). | $172.46 |
| 10/13/14 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 10/13/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $331.91 |
| 10/13/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E424A DATE: 10/18/2014 TRACKING #: 1Z02E52E6656817782; PICKUP DATE: 10/13/2014; SENDER: STABILE NICHOLAS; RECEIVER: MONIQUE SASSI - CASSELS BROCK & BLACKWELL LLP; | $14.80 |
| 10/13/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E424A DATE: 10/18/2014 TRACKING #: 1Z02E52E6656817782; PICKUP DATE: 10/13/2014; SENDER: STABILE NICHOLAS; RECEIVER: MONIQUE SASSI - CASSELS BROCK & BLACKWELL LLP; | $1.48 |
| 10/16/14 | Duplication - In House Photocopy - User # 990100, NY, 48 page(s) | $4.80 |
| 10/16/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 10/16/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $265.79 |
| 10/17/14 | Computerized Legal Research - Westlaw User: WIRAKESUMA,REBECCA Date: 10/17/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $168.52 |
| 10/17/14 | Telephone - Long Distance 9/23/2014 - Case Number/Name: 09-10138/Nortel | $261.00 |

| Date | Description | Amount |
|---|---|---|
| | Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent VENDOR: COURTCALL LLC; INVOICE#: 6486819; DATE: 10/17/2014 - Customer No 165839 | |
| 10/17/14 | Telephone - Long Distance 9/23/2014 - Case Number/Name: 09-13308/Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent VENDOR: COURTCALL LLC; INVOICE#: 6486829; DATE: 10/17/2014 - Customer No 165839 | $37.00 |
| 10/21/14 | Duplication - In House Photocopy - User # 990100, NY, 808 page(s) | $80.80 |
| 10/23/14 | Computerized Legal Research - Westlaw User: HODARA,FRED S Date: 10/23/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 10/28/14 | Computerized Legal Research - Westlaw User: EISENHUT,CATHERINE Date: 10/28/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $442.41 |
| 10/28/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 10/28/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 10/29/14 | Computerized Legal Research - Westlaw User: EISENHUT,CATHERINE Date: 10/29/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $380.12 |
| 10/31/14 | Duplication - In House Photocopy - User # 990100, NY, 288 page(s) | $28.80 |

Current Expenses $36,542.80