# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 86.20 | $90,510.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 58.30 | $67,045.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 31.60 | $28,914.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 26.30 | $24,985.00 |
| Bruce E. Simonetti | Partner for 10 years; Admitted in 1995; ERISA Department | $875 | 2.70 | $2,362.50 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 39.00 | $29,640.00 |
| David C. Vondle | Senior Counsel for 1 year; Admitted in 2003; Corporate Department | $635 | 2.20 | $1,397.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 32.90 | $23,523.50 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 9.60 | $6,192.00 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 3.10 | $1,751.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Daniel Z. Vira | Senior Attorney for 3 years; Admitted in 1992; ERISA Department | $680 | 5.50 | $3,740.00 |
| Stuart E. Alter | Associate for 1 year; Admitted in 2013; Tax Department | $405 | 5.50 | $2,227.50 |
| Catherine N. Eisenhut | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $405 | 9.60 | $3,888.00 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 49.15 | $19,905.75 |
| Matthew C. Fagen | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $500 | 111.40 | $55,700.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 3.40 | $1,955.00 |
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 16.90 | $6,844.50 |
| Rebecca A. Wirakesuma | Associate for 1 year; Admitted in 2014; Financial Restructuring Department | $405 | 28.90 | $11,704.50 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 1.80 | $468.00 |
| Brian R. Gifford | Legal Assistant for 1 year; Litigation Department | $195 | 4.50 | $877.50 |
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $255 | 1.10 | $280.50 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 10.00 | $2,950.00 |
| Leslie W. Lanphear | Librarian for 18 years | $245 | 2.30 | $563.50 |

Total Amount of Fees:        $387,425.25
Total Number of Hours:       541.95
Blended Hourly Rate:         $714.87