# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**October 1, 2014 - October 31, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Oct 2014 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 2.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 6.0 |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 3.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 228.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **247.0** |

**Summary of Services Rendered by Professional**

| Name | Oct 2014 Hours |
|---|---:|
| Michael Kennedy, Member | 142.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 18.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 87.0 |
| James Elish, Analyst | - |
| **TOTAL** | **247.0** |

**Nortel Networks, Inc**
October 1, 2014 - October 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Oct 2014 Hours | Code |
|---|---|---|---|
| 10/1/2014 | Discussion with Cleary re: 4th estate issues | 2.0 | 14 |
| 10/2/2014 | Calls w/ other estate professionals re: claim exposures | 3.0 | 7 |
| 10/2/2014 | Prepare, review and discuss material re: claims litigation | 2.0 | 14 |
| 10/3/2014 | Prepare, review and discuss material re: claims litigation | 3.0 | 14 |
| 10/7/2014 | Prepare, review and discuss material re: claims litigation | 7.0 | 14 |
| 10/8/2014 | Calls & communication with management re: data | 2.0 | 14 |
| 10/8/2014 | Prepare, review and discuss material re: litigation | 4.0 | 14 |
| 10/9/2014 | Litigation calls and communications with Cleary and management | 4.0 | 14 |
| 10/9/2014 | Prepare, review and discuss material re: litigation | 3.0 | 14 |
| 10/10/2014 | Prepare, review and discuss material re: litigation | 6.0 | 14 |
| 10/13/2014 | Prepare, review and discuss material re: litigation | 6.0 | 14 |
| 10/14/2014 | Prepare, review and discuss material re: litigation | 4.0 | 14 |
| 10/14/2014 | Litigation calls and communications with Cleary | 2.0 | 14 |
| 10/15/2014 | Prepare, review and discuss material re: litigation | 5.0 | 14 |
| 10/16/2014 | Calls & communication with managementand Cleary | 3.0 | 14 |
| 10/16/2014 | Calls w/ other estate professionals re: litigation | 1.0 | 14 |
| 10/16/2014 | Prepare, review and discuss material re: litigation | 4.0 | 14 |
| 10/16/2014 | Review RM Report | 1.0 | 1 |
| 10/17/2014 | Prepare, review and discuss material re: litigation | 6.0 | 14 |
| 10/18/2014 | Prepare, review and discuss material re: litigation | 3.0 | 14 |
| 10/20/2014 | Prepare, review and discuss material re: claims litigation | 6.0 | 14 |
| 10/21/2014 | Travel to New York | 4.0 | 15 |
| 10/21/2014 | Meetings and communication w/ Cleary & others re litigation | 7.0 | 14 |
| 10/22/2014 | Meetings and communication w/ Cleary & others re litigation | 9.0 | 14 |
| 10/23/2014 | Prepare, review and discuss material re: claims litigation | 6.0 | 14 |
| 10/23/2014 | Travel to Chicago | 4.0 | 15 |
| 10/24/2014 | Review RM Report | 1.0 | 1 |
| 10/25/2014 | Prepare, review and discuss material re: claims litigation | 2.0 | 14 |
| 10/27/2014 | Prepare, review and discuss material re: claims litigation | 5.0 | 14 |
| 10/27/2014 | Calls & communication with creditor professionals re: litigation | 2.0 | 14 |
| 10/28/2014 | Calls and communications with Cleary and management re: litigation | 2.0 | 14 |
| 10/28/2014 | Prepare, review and discuss material re: claims litigation | 7.0 | 14 |
| 10/29/2014 | Prepare, review and discuss material re: claims litigation | 8.0 | 14 |
| 10/30/2014 | Calls and communications with Cleary and management re: litigation | 3.0 | 14 |
| 10/30/2014 | Prepare, review and discuss material re: claims litigation | 5.0 | 14 |
| **Oct 2014 Total** | | **142.0** | |

**Nortel Networks, Inc**
October 1, 2014 - October 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Oct 2014 Hours | Code |
|---|---|---|---|
| 10/2/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/6/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/7/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/9/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/10/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/13/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/15/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/17/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/20/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/21/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/27/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/28/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/30/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Oct 2014 Total** | | **18.0** | |

**Nortel Networks, Inc**
October 1, 2014 - October 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | Oct 2014 Hours | Code |
|---|---|---|---|
| 10/7/2014 | Research/analysis related to litigation matters | 5.0 | 14 |
| 10/8/2014 | Research/analysis related to litigation matters | 7.0 | 14 |
| 10/9/2014 | Research/analysis related to litigation matters | 6.0 | 14 |
| 10/10/2014 | Research/analysis related to litigation matters | 7.0 | 14 |
| 10/14/2014 | Call with professionals re: litigation matters | 2.0 | 5 |
| 10/14/2014 | Research/analysis related to litigation matters | 7.0 | 14 |
| 10/15/2014 | Research/analysis related to litigation matters | 4.0 | 14 |
| 10/16/2014 | Research/analysis related to litigation matters | 5.0 | 14 |
| 10/20/2014 | Research/analysis related to litigation matters | 5.0 | 14 |
| 10/20/2014 | Research re: liability status | 1.0 | 14 |
| 10/21/2014 | Call with professionals re: litigation matters | 3.0 | 5 |
| 10/21/2014 | Research/analysis related to litigation matters | 4.0 | 14 |
| 10/23/2014 | Research/analysis related to litigation matters | 5.0 | 14 |
| 10/24/2014 | Research/analysis related to litigation matters | 6.0 | 14 |
| 10/27/2014 | Research/analysis related to litigation matters | 4.0 | 14 |
| 10/28/2014 | Research/analysis related to litigation matters | 4.0 | 14 |
| 10/29/2014 | Research/analysis related to litigation matters | 7.0 | 14 |
| 10/30/2014 | Research/analysis related to litigation matters | 4.0 | 14 |
| 10/30/2014 | Call with professionals re: litigation matters | 1.0 | 5 |
| **Oct 2014 Total** | | **87.0** | |