## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period October 1, 2014 Through October 31, 2014)** was caused to be made on November 20, 2014, in the manner indicated upon the entities identified below.

Date:  November 20, 2014
　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ann C. Cordo
　　　　　　　　　　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**　　　　　　　　　　　**VIA FIRST CLASS MAIL**

Mark Kenney, Esq.　　　　　　　　　　　　　　Fred S. Hodara, Esq.
Office of the U.S. Trustee　　　　　　　　　　　Akin Gump Strauss Hauer & Feld LLP
844 King Street　　　　　　　　　　　　　　　One Bryant Park
Suite 2207, Lockbox 35　　　　　　　　　　　　New York, NY  10036
Wilmington, DE  19801-3519　　　　　　　　　(Counsel for Official Committee
(Trustee)　　　　　　　　　　　　　　　　　　Of Unsecured Creditors)

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

8689524.1