IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14785, 14787-14789** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
21st day of November, 2014

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2016

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    Chapter 11

NORTEL NETWORKS INC., et al.,                            Case No. 09-10138 (KG)

                    Debtors.                              Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  OFS FITEL, LLC
             ATTN: JANA KAPLAN
             2000 NORTHEAST EXPRESSWAY SUITE 2H 02
             NORCROSS, GA 30071

Please note that your claim # 3951 in the above referenced case and in the amount of
    $57,904.62 allowed at $57,436.55  has been transferred **(unless previously expunged by court order)** to:

             TRC MASTER FUND LLC
             TRANSFEROR: OFS FITEL, LLC
             ATTN: TERREL ROSS
             PO BOX 633
             WOODMERE,, NY 11598

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             DISTRICT OF DELAWARE
             824 NORTH MARKET STREET, 3RD FLOOR
             WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14788   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/21/2014                         David D. Bird, Clerk of Court

                                         /s/ Kimberly Murray
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 21, 2014.

# EXHIBIT B

TIME: 14:53:04
DATE: 11/21/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| BRIDGEWATER SYSTEMS INC | AMDOCS INC. 1390 TIMBERLAKE MANOR PARKWAY CHESTERFIELD MO 63017 |
| OFS FITEL DENMARK APS | C/ O FITEL, LLC ATTN: JANA KAPLAN 2000 NORTHEAST EXPRESSWAY, SUITE 2H02 NORCROSS GA 30071 |
| OFS FITEL, LLC | ATTN: JANA KAPLAN 2000 NORTHEAST EXPRESSWAY SUITE 2H 02 NORCROSS GA 30071 |
| TRC MASTER FUND LLC | TRANSFEROR: BRIDGEWATER SYSTEMS INC ATTN: TERREL ROSS PO BOX 633 WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | TRANSFEROR: OFS FITEL, DENMARK APS ATTN: TERREL ROSS PO BOX 633 WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | TRANSFEROR: OFS FITEL, LLC ATTN: TERREL ROSS PO BOX 633 WOODMERE, NY 11598 |

Total Number of Records Printed    6

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006