IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: TBD** <br> ) |

### NOTICE OF TWENTY-THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant: Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought: August 1, 2014 through October 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary: $2,143,683.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $60,639.88

This is (a)n: __X__ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's August, September and October 2014 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 10/15/14 Docket No. 14569 | 8/1/14 – 8/31/14 | $706,076.00 | $14,545.56 | $564,860.80 | $14,545.56 | $141,215.20 |
| Date Filed: 11/19/14 Docket No. 14796 | 9/1/14 – 9/30/14 | $1,050,182.25 | $9,551.52 | Pending Obj deadline $840,145.80 | Pending Obj deadline $9,551.52 | $210,036.45 |
| Date Filed: 11/20/14 Docket No. 14800 | 10/1/14 – 10/31/14 | $387,425.25 | $36,542.80 | Pending Obj deadline $309,940.20 | Pending Obj deadline $36,542.80 | $77,485.05 |
| **TOTALS:** | | **$2,143,683.50** | **$60,639.88** | **$1,714,946.80**[3] | **$60,639.88**[4] | **$428,736.70** |

Summary of any Objections to Fee Applications: None.

Dated: November 24, 2014
 New York, New York

_____
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.