# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | **RLKS Executive Solutions LLC**

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 8/1/2014 | 10/31/2014 |
| **Enter Billing Rate/Hr:** | 545.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 225.40 | $545.00 | $122,843.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 8.80 | $545.00 | $4,796.00 |
| 4 | Fee Apps | 6.00 | $545.00 | $3,270.00 |
| 5 | Non-working travel | 69.20 | $272.50 | $18,857.00 |
| 6 | Claims Administration | 258.30 | $545.00 | $140,773.50 |
| 7 | Tax/Finance Matters and Budget Projects | 44.10 | $545.00 | $24,034.50 |
| 8 | Misc Debtor Issues and Communications | 7.00 | $545.00 | $3,815.00 |
| 9 | Analyst Support and Case Modeling | | | |
| | **Hours/Billing Amount for Period:** | **618.80** | | **$318,389.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/1/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 8/1/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 2.3 |
| 8/3/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.9 |
| 8/5/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.2 |
| 8/6/2014 | Quickbooks 2014 planning meeting | Raj Perubhatla | 1 | 1.5 |
| 8/6/2014 | Quickbooks 2014 TEST server prep | Raj Perubhatla | 1 | 1.2 |
| 8/6/2014 | Netbackup jobs monitoring / Meeting with IT manager discussing hardware issues / Quickbooks issue | Brandon Bangerter | 1 | 1.8 |
| 8/10/2014 | Infrastructure support for backups | Raj Perubhatla | 1 | 1.6 |
| 8/10/2014 | Netbackup catalog failure troubleshooting / support | Brandon Bangerter | 1 | 1.5 |
| 8/11/2014 | Catalog solution testing / monitoring | Brandon Bangerter | 1 | 1.4 |
| 8/13/2014 | IT strategy discussions and testing | Raj Perubhatla | 1 | 0.7 |
| 8/13/2014 | Con call re SAP BW issue, updates to server, application restarts | Brandon Bangerter | 1 | 1.6 |
| 8/14/2014 | Netbackup catalog failing / troubleshooting and applying fixes | Brandon Bangerter | 1 | 2.1 |
| 8/15/2014 | Infrastructure support for backups | Raj Perubhatla | 1 | 1.5 |
| 8/15/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.3 |
| 8/17/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.7 |
| 8/18/2014 | Server maintenance: unable to apply patches / troubleshooting | Brandon Bangerter | 1 | 2.4 |
| 8/19/2014 | Server maintenance: unable to apply patches / troubleshooting | Brandon Bangerter | 1 | 1.6 |
| 8/20/2014 | Netbackup jobs monitoring / Meeting with IT manager discussing hardware issues / update issue | Brandon Bangerter | 1 | 1.8 |
| 8/22/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 2.1 |
| 8/25/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 1.8 |
| 8/26/2014 | Application of update patches on servers / configuration changes / space issues | Brandon Bangerter | 1 | 2.6 |
| 8/27/2014 | Live link issue with searches / server updates, restarts, troubleshooting | Brandon Bangerter | 1 | 2.7 |
| 8/28/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.8 |
| 8/29/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 8/29/2014 | Server maintenance review / patch updates / password updates / remote testing | Brandon Bangerter | 1 | 3.8 |
| 8/31/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.5 |
| 9/2/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.6 |
| 9/3/2014 | Server maintenance / application of required patches / Meeting with IT manager on hardware issues | Brandon Bangerter | 1 | 3.8 |
| 9/4/2014 | Server maintenance / application of required patches | Brandon Bangerter | 1 | 2.3 |
| 9/5/2014 | Netbackup catalog failure troubleshooting / support | Brandon Bangerter | 1 | 1.7 |
| 9/5/2014 | Monitoring of UNIX and Oracle databases | Raj Perubhatla | 1 | 2.7 |
| 9/7/2014 | Netbackup job monitoring / fixes | Brandon Bangerter | 1 | 1.0 |
| 9/8/2014 | Netbackup catalog failing / troubleshooting and applying fixes | Brandon Bangerter | 1 | 1.6 |
| 9/9/2014 | Server maintenance / application of required patches | Brandon Bangerter | 1 | 2.8 |
| 9/10/2014 | SAN troubleshooting connectivity issues and hardware failures / replacing tape library failed hardware | Brandon Bangerter | 1 | 8.4 |
| 9/10/2014 | On-site meetings and troubleshooting ESX Cluster and SAP BW | Raj Perubhatla | 1 | 7.5 |
| 9/11/2014 | Replacing bad tapes in library and re-establishing connectivity to devices | Brandon Bangerter | 1 | 4.2 |
| 9/11/2014 | On-site meetings and troubleshooting ESX Cluster and SAP BW | Raj Perubhatla | 1 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/12/2014 | Netbackup server maintenance - offsite SAN configuration and backups | Brandon Bangerter | 1 | 3.1 |
| 9/15/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 2.8 |
| 9/15/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 1.3 |
| 9/15/2014 | SAP BW cloning - hardware setup diligence | Raj Perubhatla | 1 | 3.2 |
| 9/16/2014 | Netbackup policy updates and critical backup updates to offsite SAN | Brandon Bangerter | 1 | 4.3 |
| 9/16/2014 | Oracle backups, Unix backups and monitoring | Raj Perubhatla | 1 | 2.2 |
| 9/17/2014 | Monitoring offsite backups and clearing old backups / replacing catalog | Brandon Bangerter | 1 | 3.4 |
| 9/18/2014 | Monitoring offsite backups, restarts, policy modifications | Brandon Bangerter | 1 | 2.2 |
| 9/18/2014 | EV5 backups and monitoring | Raj Perubhatla | 1 | 2.7 |
| 9/22/2014 | Cleanup of failed jobs / reconfigure policies and restart jobs as necessary for full offsite backup | Brandon Bangerter | 1 | 2.1 |
| 9/23/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.0 |
| 9/23/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 9/24/2014 | Server maintenance review / patch updates / password updates / meeting with IT manager on issues | Brandon Bangerter | 1 | 3.2 |
| 9/24/2014 | IT meetings and discussions | Raj Perubhatla | 1 | 0.5 |
| 9/25/2014 | Monitoring offsite backups and clearing old backups / replacing catalog | Brandon Bangerter | 1 | 2.8 |
| 9/26/2014 | Application of update patches on servers with additional configuration changes | Brandon Bangerter | 1 | 2.7 |
| 9/29/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 2.0 |
| 9/30/2014 | Review service and support requirements / server patch updates application | Brandon Bangerter | 1 | 4.3 |
| 9/30/2014 | On-site meetings for IT | Raj Perubhatla | 1 | 4.3 |
| 10/1/2014 | Review service and support requirements / server patch updates application | Brandon Bangerter | 1 | 8.0 |
| 10/2/2014 | Netbackup job monitoring / fixes | Brandon Bangerter | 1 | 1.0 |
| 10/5/2014 | Netbackup catalog failing / troubleshooting and applying fixes | Brandon Bangerter | 1 | 2.1 |
| 10/6/2014 | Server maintenance / application of required patches / finalization of NAS backup copy | Brandon Bangerter | 1 | 4.6 |
| 10/8/2014 | Modification of all policies to revert to original configuration from offsite backups | Brandon Bangerter | 1 | 2.7 |
| 10/8/2014 | IT status conference call | Raj Perubhatla | 1 | 0.5 |
| 10/9/2014 | Cleanup of failed jobs / reconfigure policies and restart jobs | Brandon Bangerter | 1 | 2.6 |
| 10/10/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.4 |
| 10/10/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 10/12/2014 | Netbackup job monitoring / appying fixes | Brandon Bangerter | 1 | 1.2 |
| 10/13/2014 | Server maintenance review / patch updates / password updates | Brandon Bangerter | 1 | 2.8 |
| 10/14/2014 | Server maintenance / application of required patches / Meeting with IT manager on hardware issues | Brandon Bangerter | 1 | 5.2 |
| 10/14/2014 | IT transition meetings on-site in Raleigh | Raj Perubhatla | 1 | 4.0 |
| 10/15/2014 | Quickbooks upgrade / hardware build and configuration / server review and testing | Brandon Bangerter | 1 | 7.9 |
| 10/15/2014 | Recovery Model development - Processing the August file | Raj Perubhatla | 1 | 4.0 |
| 10/15/2014 | IT transition meetings on-site in Raleigh | Raj Perubhatla | 1 | 4.0 |
| 10/16/2014 | Quickbooks server - identifying software / hardware for new build / configuration | Brandon Bangerter | 1 | 2.3 |
| 10/17/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 2.8 |
| 10/17/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 1.3 |
| 10/19/2014 | Cleanup of failed jobs / reconfigure policies and restart jobs as necessary | Brandon Bangerter | 1 | 1.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/20/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 2.0 |
| 10/22/2014 | Server maintenance review / patch updates / password updates / meeting with IT manager on issues | Brandon Bangerter | 1 | 3.3 |
| 10/22/2014 | IT meetings and discussions | Raj Perubhatla | 1 | 0.3 |
| 10/22/2014 | Windows Server software | Raj Perubhatla | 1 | 0.5 |
| 10/23/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 10/24/2014 | Application of update patches on servers with additional configuration changes | Brandon Bangerter | 1 | 3.2 |
| 10/24/2014 | HR IT Support | Raj Perubhatla | 1 | 1.0 |
| 10/26/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 1.1 |
| 10/27/2014 | Review service and support requirements / server patch updates application | Brandon Bangerter | 1 | 1.8 |
| 10/28/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 10/29/2014 | Server maintenance / application of required patches / Meeting with IT manager on hardware issues | Brandon Bangerter | 1 | 2.2 |
| 10/29/2014 | IT status conference call | Raj Perubhatla | 1 | 0.5 |
| 10/30/2014 | Netbackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 2.7 |
| 10/31/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.3 |
| 9/19/2014 | Correspondence - HR Matters | Kathryn Schultea | 3 | 1.0 |
| 9/26/2014 | Correspondence - HR Matters on legacy items | Kathryn Schultea | 3 | 0.8 |
| 10/8/2014 | Correspondence - Nortel and E&Y discussion - July Invoice | Kathryn Schultea | 3 | 0.8 |
| 10/13/2014 | Correspondence - Bankruptcy Settlement | Kathryn Schultea | 3 | 1.6 |
| 10/14/2014 | Correspondence - Benefits discussion (Liberty Mutual/Travelers) | Kathryn Schultea | 3 | 1.3 |
| 10/16/2014 | Correspondence - Nortel tax items discussion | Kathryn Schultea | 3 | 1.0 |
| 10/16/2014 | Correspondence - Review budget Nortel and E&Y Budget forecast | Kathryn Schultea | 3 | 0.5 |
| 10/17/2014 | Correspondence - Benefits discussion (Liberty Mutual/Travelers) | Kathryn Schultea | 3 | 0.8 |
| 10/21/2014 | Correspondence - Review budget Nortel and E&Y Budget forecast | Kathryn Schultea | 3 | 1.0 |
| 8/31/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 9/30/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 10/31/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 9/9/2014 | Non-working travel:  IAH - RDU | Brandon Bangerter | 5 | 3.5 |
| 9/9/2014 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 4.5 |
| 9/11/2014 | Non-working travel:  RDU - IAH | Brandon Bangerter | 5 | 3.5 |
| 9/11/2014 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 4.5 |
| 9/30/2014 | Non-working travel:  IAH - RDU | Brandon Bangerter | 5 | 3.5 |
| 9/30/2014 | Non-Working Travel:  Houston to Raleigh | Mary Cilia | 5 | 5.7 |
| 9/30/2014 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 4.5 |
| 9/30/2014 | Non-Working Travel | Kathryn Schultea | 5 | 4.5 |
| 10/1/2014 | Non-working travel: RDU - IAH | Brandon Bangerter | 5 | 4.5 |
| 10/1/2014 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 4.5 |
| 10/1/2014 | ON-site meetings Raleigh for Claims, Recovery Model and Accounts reconciliation | Raj Perubhatla | 5 | 8.0 |
| 10/14/2014 | Non-working travel:  IAH - RDU | Brandon Bangerter | 5 | 4.5 |
| 10/14/2014 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 4.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/15/2014 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 4.5 |
| 10/15/2014 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 4.5 |
| 8/1/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 8/1/2014 | Conference Call - HR Discussion - Claims | Kathryn Schultea | 6 | 1.3 |
| 8/4/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 8/7/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 8/8/2014 | Respond to Employee inquiries | Mary Cilia | 6 | 0.8 |
| 8/9/2014 | Recover Model - Guarantee logic development | Raj Perubhatla | 6 | 5.2 |
| 8/10/2014 | Recovery Model Development - Joint and Several development | Raj Perubhatla | 6 | 4.2 |
| 8/12/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 8/13/2014 | Respond to calls re:  employee settlement letters | Mary Cilia | 6 | 0.3 |
| 8/13/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 8/13/2014 | Conference Call w Huron and Cleary re:  Employee Claims and related follow up | Mary Cilia | 6 | 1.4 |
| 8/14/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 8/15/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 8/19/2014 | Review and respond to employee inquiries re:  settlement letter | Mary Cilia | 6 | 0.7 |
| 8/19/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 8/20/2014 | Review of employee equity claims for Cleary | Mary Cilia | 6 | 0.8 |
| 8/20/2014 | Conference Call w Huron and Cleary re:  Employee Claims and related follow up | Mary Cilia | 6 | 1.2 |
| 8/22/2014 | Respond to Employee inquiries | Mary Cilia | 6 | 0.8 |
| 8/24/2014 | NT Recovery Model - claims analysis and integration | Raj Perubhatla | 6 | 4.5 |
| 8/26/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 8/26/2014 | Respond to Employee inquiries | Mary Cilia | 6 | 0.4 |
| 8/26/2014 | Correspondence - Followup on employee claims and EE matters | Kathryn Schultea | 6 | 8.3 |
| 8/27/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 8/27/2014 | Respond to Employee inquiries | Mary Cilia | 6 | 0.3 |
| 8/27/2014 | Correspondence - Followup on employee claims and EE matters | Kathryn Schultea | 6 | 9.5 |
| 8/28/2014 | Correspondence - Followup on employee claims and EE matters | Kathryn Schultea | 6 | 1.3 |
| 8/29/2014 | NT Recovery Model - claims analysis and integration | Raj Perubhatla | 6 | 5.5 |
| 8/29/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.1 |
| 8/29/2014 | Respond to Employee inquiries | Mary Cilia | 6 | 0.3 |
| 9/2/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 9/2/2014 | Nortel/DOF Claims Meeting with Cleary with follow-up re same | Kathryn Schultea | 6 | 4.0 |
| 9/3/2014 | Correspondence - Claim followup discussion | Kathryn Schultea | 6 | 3.5 |
| 9/4/2014 | NT Recovery Model development: Joint and several treatment | Raj Perubhatla | 6 | 8.3 |
| 9/5/2014 | NT Recovery Model development: Joint and several treatment | Raj Perubhatla | 6 | 6.3 |
| 9/8/2014 | Review of HP Settlement Agreement | Mary Cilia | 6 | 0.3 |
| 9/9/2014 | Review of tax files for Ernst & Young | Mary Cilia | 6 | 0.3 |
| 9/10/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/10/2014 | Claims Distribution discussions and NT Recovery model | Raj Perubhatla | 6 | 1.2 |
| 9/10/2014 | Correspondence - Nortel benefits re claims | Kathryn Schultea | 6 | 2.0 |
| 9/11/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.2 |
| 9/12/2014 | NT Recovery Model development: Joint and several treatment | Raj Perubhatla | 6 | 6.2 |
| 9/16/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.3 |
| 9/16/2014 | Review of post-petition settlement letter notices | Mary Cilia | 6 | 1.3 |
| 9/17/2014 | Conference Call w Huron and Cleary re: Employee Claims and related follow up | Mary Cilia | 6 | 0.8 |
| 9/17/2014 | Review of claims report from EPIQ - database updates | Mary Cilia | 6 | 0.8 |
| 9/17/2014 | Recovery Model development: Joint and Several treatment | Raj Perubhatla | 6 | 3.3 |
| 9/19/2014 | Review of revised post-petition settlement letter notices | Mary Cilia | 6 | 0.7 |
| 9/19/2014 | Recovery Model development: Joint and Several treatment | Raj Perubhatla | 6 | 5.8 |
| 9/22/2014 | Correspondence received, reviewed and responded re: Non-Qualified Plan Claims | Mary Cilia | 6 | 0.6 |
| 9/22/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.3 |
| 9/22/2014 | RM: Joint and Several treatment | Raj Perubhatla | 6 | 6.2 |
| 9/23/2014 | RM: Joint and Several treatment Development | Raj Perubhatla | 6 | 3.7 |
| 9/24/2014 | Conference Call w Huron and Cleary re: Employee Claims and related follow up | Mary Cilia | 6 | 0.9 |
| 9/24/2014 | RM: Joint and Several treatment Development | Raj Perubhatla | 6 | 6.7 |
| 9/25/2014 | Correspondence received, reviewed and responded re: Claims to books reconciliation | Mary Cilia | 6 | 0.4 |
| 9/25/2014 | Recovery Model development: Accruals and escrows | Raj Perubhatla | 6 | 7.3 |
| 9/25/2014 | Correspondence - Claim files reconciliation discussion | Kathryn Schultea | 6 | 2.0 |
| 9/26/2014 | Recovery Model development: Accruals and escrows | Raj Perubhatla | 6 | 8.2 |
| 9/29/2014 | Claims Database updates from EPIQ file | Raj Perubhatla | 6 | 8.5 |
| 9/29/2014 | Conference Call - Duke Claim | Kathryn Schultea | 6 | 0.5 |
| 9/30/2014 | Correspondence received, reviewed and responded re: Post-Petition Settlement Letters | Mary Cilia | 6 | 0.3 |
| 9/30/2014 | Review of claims report from EPIQ - database updates | Mary Cilia | 6 | 0.8 |
| 10/1/2014 | Conference Call - Claims File Reconciliation to Nortel | Kathryn Schultea | 6 | 1.5 |
| 10/1/2014 | Meetings at Nortel re: Claims to books reconciliation, employee claims, unclaimed property, | Mary Cilia | 6 | 9.5 |
| 10/1/2014 | On-site meetings Raleigh for Claims, Recovery Model and Accounts reconciliation | Raj Perubhatla | 6 | 8.0 |
| 10/2/2014 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 6 | 5.7 |
| 10/2/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.4 |
| 10/2/2014 | Epiq Claims load - data reconciliation | Raj Perubhatla | 6 | 8.2 |
| 10/3/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.5 |
| 10/6/2014 | Correspondence received, reviewed and responded re: Employee and Non-Employee Claims | Mary Cilia | 6 | 0.6 |
| 10/7/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.3 |
| 10/7/2014 | Epiq Claims load - analysis and report generation | Raj Perubhatla | 6 | 4.5 |
| 10/8/2014 | Correspondence - Tax Related questions | Kathryn Schultea | 6 | 1.0 |
| 10/8/2014 | Review and update of claims database | Mary Cilia | 6 | 1.7 |
| 10/9/2014 | Respond to employee claims calls | Mary Cilia | 6 | 0.5 |
| 10/9/2014 | August intercompany file analysis for Recovery Model development | Raj Perubhatla | 6 | 8.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/10/2014 | Load the intercompany file into Recovery Model development database | Raj Perubhatla | 6 | 6.2 |
| 10/13/2014 | Recovery Model development | Raj Perubhatla | 6 | 6.2 |
| 10/14/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.3 |
| 10/14/2014 | Reconcile and update post-petition claims settlement letters tracking files | Mary Cilia | 6 | 2.6 |
| 10/15/2014 | Follow up with Cleary and Nortel re: Non-Qualified Plan Claims | Mary Cilia | 6 | 1.8 |
| 10/16/2014 | Recovery Model development - Processing the August file | Raj Perubhatla | 6 | 4.2 |
| 10/20/2014 | Recovery Model development - Processing the August file | Raj Perubhatla | 6 | 6.2 |
| 10/21/2014 | Recovery Model development - Aggregate summary reports | Raj Perubhatla | 6 | 6.7 |
| 10/22/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.9 |
| 10/22/2014 | Recovery Model development - Processing the August file | Raj Perubhatla | 6 | 4.5 |
| 10/23/2014 | Review and update of claims database | Mary Cilia | 6 | 2.7 |
| 10/23/2014 | Recovery Model development - Processing the August file | Raj Perubhatla | 6 | 4.2 |
| 10/24/2014 | Recovery Model development - log feature | Raj Perubhatla | 6 | 6.5 |
| 10/29/2014 | Correspondence received, reviewed and responded re: Claims | Mary Cilia | 6 | 0.3 |
| 10/30/2014 | Correspondence received, reviewed and responded re: Post-Petition Settlement Letters | Mary Cilia | 6 | 0.4 |
| 10/30/2014 | Claims DB Maintenance | Raj Perubhatla | 6 | 2.7 |
| 10/31/2014 | Recovery Model development - log feature | Raj Perubhatla | 6 | 8.0 |
| 8/8/2014 | Tax call--GC,JW,AB,FW--DOF and analysis revenue recognition | Richard Lydecker | 7 | 1.3 |
| 8/8/2014 | Review/correct DOF summary--DA,JW,FW | Richard Lydecker | 7 | 0.3 |
| 8/8/2014 | Work on revenue recognition issues | Richard Lydecker | 7 | 0.7 |
| 8/9/2014 | Revenue recognition | Richard Lydecker | 7 | 0.8 |
| 8/11/2014 | Create revenue recognition issues summary | Richard Lydecker | 7 | 0.6 |
| 8/12/2014 | Conference call on DOF presentation--Nortel, Cleary, EY, Chilmark | Richard Lydecker | 7 | 1.0 |
| 8/12/2014 | Post call review, analysis and action steps | Richard Lydecker | 7 | 0.3 |
| 8/13/2014 | Check DOF strategy numbers | Richard Lydecker | 7 | 0.5 |
| 8/13/2014 | Call re presentation calculation/numbers EY, Cleary, Nortel, Chilmark | Richard Lydecker | 7 | 1.0 |
| 8/13/2014 | Complete analysis/review presentation/report | Richard Lydecker | 7 | 0.3 |
| 8/13/2014 | Correspondence - Nortel & EY Discussion | Kathryn Schultea | 7 | 1.3 |
| 8/13/2014 | Correspondence - DOF Discussion | Kathryn Schultea | 7 | 0.8 |
| 8/14/2014 | Conference Call - Regarding DOF | Kathryn Schultea | 7 | 1.5 |
| 8/14/2014 | Correspondence - Nortel Tax | Kathryn Schultea | 7 | 2.5 |
| 8/15/2014 | EY status call--AB,DA,JS,JW--compliance/DOF/PLR | Richard Lydecker | 7 | 0.5 |
| 8/19/2014 | Correspondence - Employment Tax FY15 Summary | Kathryn Schultea | 7 | 1.5 |
| 8/25/2014 | EY status call--DA,JS,FW,JW,AB--PLR strategy and followup plans | Richard Lydecker | 7 | 0.7 |
| 9/2/2014 | Meeting with EY re DOF issues/claims handling/2015 fee | Richard Lydecker | 7 | 2.0 |
| 9/3/2014 | Review 2013 federal return; develop DOF presentation/timeline | Kathryn Schultea | 7 | 3.0 |
| 9/3/2014 | Review 2013 federal return; develop DOF presentation/timeline | Richard Lydecker | 7 | 3.0 |
| 9/5/2014 | Conference Call - Regarding DOF | Kathryn Schultea | 7 | 0.6 |
| 9/5/2014 | EY update call; ownership of DOF bank account | Richard Lydecker | 7 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/5/2014 | Revised DOF presentation | Richard Lydecker | 7 | 0.7 |
| 9/11/2014 | Correspondence - DOF Discussion | Kathryn Schultea | 7 | 2.3 |
| 9/12/2014 | EY call re creditor presentation: FW,AB,JW,DA,JS | Richard Lydecker | 7 | 0.7 |
| 9/12/2014 | E-mail Chilmark/Cleary re meeting plans | Richard Lydecker | 7 | 0.3 |
| 9/12/2014 | Work on creditor presentation | Richard Lydecker | 7 | 0.5 |
| 9/12/2014 | Call with EY/Cleary/Chilmark re agenda for creditor meeting | Richard Lydecker | 7 | 0.5 |
| 9/16/2014 | Correspondence - DOF meeting with Cleary | Kathryn Schultea | 7 | 2.5 |
| 9/16/2014 | Presentation modifications | Richard Lydecker | 7 | 1.3 |
| 9/17/2014 | Correspondence - DOF followup discussion | Kathryn Schultea | 7 | 2.0 |
| 9/17/2014 | Call to presentation | Richard Lydecker | 7 | 1.5 |
| 9/19/2014 | Stategy re DOF | Richard Lydecker | 7 | 0.5 |
| 9/24/2014 | Call on DOF issues with EY:  AB,JW,GC,JS | Richard Lydecker | 7 | 0.7 |
| 9/24/2014 | Status to JR | Richard Lydecker | 7 | 1.0 |
| 9/24/2014 | Followup on strategy issues | Richard Lydecker | 7 | 0.5 |
| 10/10/2014 | EY update call--JS,DA,JW,FW,AB | Richard Lydecker | 7 | 0.7 |
| 10/13/2014 | Status to JR | Richard Lydecker | 7 | 0.8 |
| 10/17/2014 | Work/analysis EY fees for 2015 | Richard Lydecker | 7 | 1.7 |
| 10/20/2014 | Work/analysis EY fees for 2015 | Richard Lydecker | 7 | 0.2 |
| 10/24/2014 | Update call--JS,JW,DA,FW | Richard Lydecker | 7 | 0.3 |
| 10/29/2014 | Call with DA re DOF strategy | Richard Lydecker | 7 | 0.2 |
| 10/30/2014 | EY update call--JS,JW,AB--tax compliance/audit issues | Richard Lydecker | 7 | 0.5 |
| 8/26/2014 | Correspondence - Nortel benefits | Kathryn Schultea | 8 | 0.6 |
| 8/26/2014 | Conference Call - 2014 VEBA 5500 | Kathryn Schultea | 8 | 0.8 |
| 8/26/2014 | Correspondence - 2014 VEBA 5500 memo discussion | Kathryn Schultea | 8 | 2.3 |
| 9/4/2014 | Correspondence - HR Matters on legacy items | Kathryn Schultea | 8 | 3.3 |