# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**August 1, 2014 through October 31, 2014**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 5,963.30 |
| Travel – Lodging | 2,961.27 |
| Travel – Transportation | 1,408.59 |
| Travel – Meals | 679.61 |
| Office Expenses | - |
| TOTAL | $ 11,012.77 |
| | |

Nortel Expense Report

**PERIOD:** August 1, 2014 through October 31, 2014

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 09/17/2014 | Travel in NY to Cleary's Office | | | | $73.00 | | Kathryn Schultea | Taxi |
| 09/30/2014 | Houston - Raleigh | $701.70 | $293.97 | $15.91 | $92.00 | | Raj Perubhatla | Economy round trip airfare; airport transportation -$92; Meals= lunch - $15.91 |
| 10/01/2014 | Raleigh - Houston Travel | | | | $92.00 | | Raj Perubhatla | Airport transportation |
| 09/09/2014 - 09/11/2014 | Travel Houston/Raleigh | $722.70 | $587.94 | $139.94 | $128.84 | | Brandon Bangerter | Economy round trip airfare; Avis Rental car -$83.84 and parking at airport - $45.00; Meals= dinner for 2 - $54; dinner for 2 - $74.54; lunch $11.40 |
| 09/09/2014 - 09/11/2014 | Houston - Raleigh - Houston | $722.70 | $587.94 | $40.17 | $184.00 | | Raj Perubhatla | Economy round trip airfare; to/from airport transportation -$184; Meals= lunch - $13.17, dinner $27 |
| 09/29/2014 - 09/30/2014 | Travel Houston/Raleigh | $889.70 | $293.97 | $65.88 | $121.84 | | Brandon Bangerter | Economy round trip airfare; Avis Rental car -$83.84 and parking at airport - $38.00; Meals= lunch for 3 - $65.88 |
| 09/30/2014 - 10/01/2014 | Travel Houston/Raleigh | $837.40 | $293.97 | $235.40 | $59.50 | | Kathryn Schultea | Economy round trip airfare; airport transportation - $59.50; Meals= dinner for 4 - $132.10; lunch for 8 - $103.30 |
| 09/30/2014 -10/02/2014 | Travel Houston/Raleigh | $889.70 | $519.84 | $21.88 | $351.57 | | Mary Cilia | Economy round trip airfare; Avis car rental $143.57, transportation to/from airport - $208; Meals= dinner for 1 - $21.88 |
| 10/14/2014 - 10/15/2014 | Houston - Raleigh - Houston | $599.70 | $191.82 | | $184.00 | | Raj Perubhatla | Economy round trip airfare; to/from airport transportation -$184 |
| 10/14/2014 - 10/15/2014 | Travel Houston/Raleigh | $599.70 | $191.82 | $160.43 | $121.84 | | Brandon Bangerter | Economy round trip airfare; Avis Rental car -$83.84 and parking at airport - $38.00; Meals= dinner for 2 - $62.31; lunch - $14.84; breakfast - $7.79; dinner for 2 - $54.02; lunch $21.47 |
| | | | | | | | | |
| | | $ 5,963.30 | $ 2,961.27 | $ 679.61 | $ 1,408.59 | $ - | | |