# **EXHIBIT A**

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

October 01, 2014 through October 31, 2014

| Project Category | Total Hours | Total Fees |
| --- | ---: | ---: |
| Case Administration | 2.0 | $2,100.00 |
| Fee and Employment Applications | 48.5 | $20,911.50 |
| Litigation | 70.8 | $61,794.00 |
| Analysis of Canadian Law | 170.8 | $138,382.50 |
| Canadian CCAA Proceedings/Matters | 145.3 | $109,300.00 |
| **TOTAL** | 437.4 | $332,488.00 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 22/10/2014 | review timelines and procedures (0.4); collect and organize materials (0.3); review counsel exchanges (0.4); | 1.1 | 1,155.00 | 12646571 |
| DeMarinis | Tony | 30/10/2014 | reading supporting bondholders' materials filed in U.S. proceedings in relation to settlement (0.4); consideration of issues raised in relation to pending matters in the proceedings (0.5); | 0.9 | 945.00 | 12670907 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/10/2014 | Work on fee estimates | 0.3 | 283.50 | 12610086 |
| Gray | William | 02/10/2014 | Conference with A. Collins regarding fee application; work on fee applications | 1.0 | 945.00 | 12610079 |
| Gray | William | 03/10/2014 | Work on monthly fee application | 0.8 | 756.00 | 12620384 |
| Gray | William | 08/10/2014 | Work on fee application | 0.5 | 472.50 | 12623279 |
| Gray | William | 10/10/2014 | Review examiner report; make amendments to file fee applications.; work on new application | 0.8 | 756.00 | 12633576 |
| Gray | William | 15/10/2014 | Review fee application | 0.5 | 472.50 | 12633605 |
| Gray | William | 20/10/2014 | Review fee applications | 0.6 | 567.00 | 12646561 |
| Gray | William | 21/10/2014 | Review fee application entries | 0.6 | 567.00 | 12646568 |
| Gray | William | 23/10/2014 | Work on fee application | 0.8 | 756.00 | 12649073 |
| Gray | William | 24/10/2014 | Review fee applications | 0.7 | 661.50 | 12649081 |
| Gray | William | 31/10/2014 | Work on fee applications | 1.4 | 1,323.00 | 12670442 |
| Bauer | Alison D. | 02/10/2014 | send notifications regarding September time (.1); conference with Allan Collins re fee application status and data (.1); emails to accounting (.1) | 0.3 | 244.50 | 12611269 |
| Bauer | Alison D. | 10/10/2014 | Review fee examiner's preliminary report; internal e-mail regarding same | 0.2 | 163.00 | 12624577 |
| Bauer | Alison D. | 13/10/2014 | Read e-mail from A. Collins regarding Nortel - Fee Examiners Preliminary Report and revise language (.2); office conference with A. Collins (.2) | 0.4 | 326.00 | 12627941 |
| Bauer | Alison D. | 14/10/2014 | Review of fee application and provide comments thereto (1.0); numerous internal e-mails and communications with A. Collins on language for response to fee examiner's preliminary report and on fee application (.4); attention to emails re same (.2) | 1.6 | 1,304.00 | 12629756 |
| Bauer | Alison D. | 27/10/2014 | Review of final fee application report (.1); e-mail to timekeepers regarding month end (.1) | 0.2 | 163.00 | 12654098 |
| Collins | Allan | 01/10/2014 | attention to August fee application (2.5); confer with J. Chetri regarding same (.3); | 2.8 | 826.00 | 12609722 |
| Collins | Allan | 02/10/2014 | attention to fee application; | 2.8 | 826.00 | 12616399 |
| Collins | Allan | 08/10/2014 | attention to September fee application; | 1.3 | 383.50 | 12621761 |
| Collins | Allan | 09/10/2014 | confer with B. Yu and prepare monthly estimate for K. Ponder (.2); attention to September time entries (2.0); | 2.2 | 649.00 | 12625379 |
| Collins | Allan | 10/10/2014 | attention to September fee application (2.7); attention to fee examiner's preliminary report regarding Fifteenth Quarterly fee application (.3); | 3.0 | 885.00 | 12625934 |
| Collins | Allan | 13/10/2014 | revise forty-first fee application (1.3); attention to September fee application (2.4); draft response to fee examiner regarding preliminary report on Torys LLP's Fifteenth Quarterly Fee Application (1.4); multiple emails with A. Bauer regarding same (.1): office conference with A. Bauer regarding same (0.2); | 5.4 | 1,593.00 | 12628260 |
| Collins | Allan | 14/10/2014 | revise Forty-First fee application (2.2); attention to September time entries (.8); multiple emails and calls with A. Bauer regarding same (0.4); | 3.4 | 1,003.00 | 12630801 |
| Collins | Allan | 15/10/2014 | Finalize Forty-First Application and prepare same for filing; | 2.8 | 826.00 | 12635961 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 20/10/2014 | attention to September fee application; | 1.7 | 501.50 | 12641277 |
| Collins | Allan | 21/10/2014 | attention to September fee application; | 3.4 | 1,003.00 | 12643899 |
| Collins | Allan | 24/10/2014 | calendar November 19, 2014, hearing date; | 0.1 | 29.50 | 12652562 |
| Collins | Allan | 27/10/2014 | Attention to September fee application; | 0.5 | 147.50 | 12654919 |
| Collins | Allan | 28/10/2014 | attention to Fee Examiner's Final Report for Fifteenth Quarterly Fee Application (0.2); draft email relating to same (0.1); attention to September fee application (1.4); | 1.7 | 501.50 | 12669734 |
| Collins | Allan | 29/10/2014 | attention to September fee application; | 3.6 | 1,062.00 | 12669824 |
| Collins | Allan | 30/10/2014 | draft forty-second fee application (1.6); email A. Bauer regarding same (0.1); multiple calls and emails with B. Yu (0.4); attention to September time entries (0.4); | 2.5 | 737.50 | 12669823 |
| Collins | Allan | 31/10/2014 | Confer with B. Yu (.2); attention to September fee application (0.4); | 0.6 | 177.00 | 12671916 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/10/2014 | preparing for and attending 2 motions before Mr. Justice Newbould regarding CCAA stay extension and settlement of ppi order (2.8); telephone call with L. Schweitzer regarding ppi order and appeal issues (.3); telephone call with L. Lipner, B. Bellmer, and A. Slavens regarding issues related to Plan and tax issues (1.2); reviewing Justice Newbould's ppi ruling and draft notes for appeal and discussing same with S. Block and A. Slavens (2.6); office conference with A. Slavens regarding stay extension motion (0.2); | 7.1 | 6,390.00 | 12610509 |
| Bomhof | Scott A. | 02/10/2014 | telephone call with G. Finlayson and exchange messages with S. Kukowitz regarding ppi order appeal issues and reviewing law with respect to same; | 1.2 | 1,080.00 | 12613414 |
| Bomhof | Scott A. | 08/10/2014 | various telephone calls and e-mails with G. Finlayson, S. Kuklowitz, and W. Gray regarding appeal motion for CCAA post-petition interest motion (.7); preparing responding factum for post-petition interest appeal (1.1); | 1.8 | 1,620.00 | 12621615 |
| Bomhof | Scott A. | 09/10/2014 | telephone call with K. Hailey regarding issues related to distributions to creditors and guarantee rights (1.1); review Note Indentures regarding distribution issues (1.0); telephone call with M. Chenney regarding cost sharing motion and draft materials for joint hearing on cost sharing motion (1.3); | 3.4 | 3,060.00 | 12623239 |
| Bomhof | Scott A. | 14/10/2014 | telephone call with M. Chenney and A. Slavens re cost sharing motion for Rockstar litigation costs and prepare Canadian filing (1.1); telephone call to M. Gottlieb re cost sharing motion (0.2); telephone call with F. Tabatabai re cost sharing motion (0.3); | 1.6 | 1,440.00 | 12629518 |
| Bomhof | Scott A. | 17/10/2014 | reviewing issues related to Canadian pension plans and report to M. Giais of Cleary with respect to same (3.0); preparing factum for leave to appeal motion regarding CCAA post-petition interest (1.2); | 4.2 | 3,780.00 | 12639033 |
| Bomhof | Scott A. | 20/10/2014 | telephone call with C. Armstrong regarding Google motion to lift the CCAA stay of proceedings and impact on cost sharing motion; | 0.5 | 450.00 | 12638749 |
| Bomhof | Scott A. | 21/10/2014 | reviewing Google objection to enforcement of US stay and discussing same with M. Chenney and A. Slavens (1.7); telephone call with C. Armstrong regarding CCAA scheduling motion related to Google and prepare for motion (2.0); | 3.7 | 3,330.00 | 12642448 |
| Bomhof | Scott A. | 22/10/2014 | reviewing and revising factum for ppi order appeal (1.2); meeting with A. Slavens and A. Gray regarding ppi appeal factum (.5); | 1.7 | 1,530.00 | 12644280 |
| Gray | Andrew | 06/10/2014 | conference call with co-counsel regarding cost-sharing motion (0.5); conducting research | 1.8 | 1,440.00 | 12624477 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | on issues relevant to the post-petition interest appeal proceedings (1.3); | | | |
| Gray | Andrew | 07/10/2014 | email and internal discussions regarding post-petition interest appeal procedure and issues (0.7); | 0.7 | 560.00 | 12624462 |
| Gray | Andrew | 08/10/2014 | internal discussions regarding appeal of post-petition interest ruling and reviewing materials regarding same (1.3); reviewing joint hearing background materials on cost-sharing (0.5); | 1.8 | 1,440.00 | 12624417 |
| Gray | Andrew | 09/10/2014 | reviewing post-petition interest appeal materials (0.1); reviewing email regarding trial matters and settlement conference (0.2); | 0.3 | 240.00 | 12624399 |
| Gray | Andrew | 14/10/2014 | email regarding materials for letters rogatory proceeding (0.2); reviewing materials regarding post-petition interest and appeal (0.6); reading materials on distributing assets (0.5); | 1.3 | 1,040.00 | 12670102 |
| Gray | Andrew | 22/10/2014 | reviewing draft court material regarding post-petition interest appeal (1.2); meeting with Scott Bomhof and Adam Slavens regarding appeal (0.5); | 1.7 | 1,360.00 | 12646107 |
| Gray | Andrew | 23/10/2014 | conducting legal research for post-petition interest appeal (0.8); | 0.8 | 640.00 | 12648654 |
| Gray | Andrew | 24/10/2014 | revising materials for appeal proceedings on post-petition interest and conducting legal research (1.4); | 1.4 | 1,120.00 | 12652259 |
| Gray | Andrew | 26/10/2014 | reviewing court materials regarding Google evidence motion (0.3); conducting legal research on CCAA plans in connection with the appeal regarding post-petition interest (0.9); | 1.2 | 960.00 | 12654145 |
| Gray | Andrew | 27/10/2014 | revising factum for leave to appeal motion regarding post-petition interest (3.7); | 3.7 | 2,960.00 | 12654151 |
| Gray | Andrew | 30/10/2014 | reviewing revisions to appeal factum on post-petition interest (0.8); organizing trial materials (0.5); | 1.3 | 1,040.00 | 12670077 |
| Slavens | Adam | 01/10/2014 | conducting Canadian legal research on plans of compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision (4.0); office conference with S. Block, S. Bomhof and A. Gray re same (0.3); | 4.3 | 2,967.00 | 12612052 |
| Slavens | Adam | 01/10/2014 | coordinating logistical matters re trial preparation; | 1.5 | 1,035.00 | 12612062 |
| Slavens | Adam | 01/10/2014 | conference call with L. Lipner, B. Beller and S. Bomhof re subrogation, tax and related matters (1.0); conducting research re same (0.8); | 1.8 | 1,242.00 | 12612069 |
| Slavens | Adam | 01/10/2014 | office conference with S. Bomhof re stay extension motion; | 0.2 | 138.00 | 12612085 |
| Slavens | Adam | 22/10/2014 | meeting with S. Bomhof and A. Gray re responding factum re motion seeking leave to appeal re post-petition interest decision; | 0.5 | 345.00 | 12646584 |
| Kara | Irfan | 07/10/2014 | coordination of post trial logistical matters; | 0.5 | 180.00 | 12616612 |
| Kara | Irfan | 23/10/2014 | coordination of post trial logistical matters; | 0.2 | 72.00 | 12646668 |
| Opolsky | Jeremy | 22/10/2014 | Correspondence w S. Bomhof re: case issues | 0.1 | 49.00 | 12645751 |
| Block | Sheila R. | 01/10/2014 | reviewing PPI decision of Newbould J. (1.7); | 2.3 | 2,415.00 | 12610522 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | office conference with S. Bomhof regarding decision (0.3); reviewing notice of appeal and further office conference with S. Bomhof and A. Slavens regarding factum on appeal (0.3); | | | |
| DeMarinis | Tony | 01/10/2014 | analysis relating to alternative outcomes and Canadian considerations regarding same; | 1.8 | 1,890.00 | 12612545 |
| DeMarinis | Tony | 09/10/2014 | reading leave to appeal materials on post-filing interest ruling and analysis of related law (1.2); review draft stipulation as circulated to counsel (0.2); | 1.4 | 1,470.00 | 12628198 |
| DeMarinis | Tony | 14/10/2014 | read correspondence circulated by Monitor's counsel (0.1); review amended materials forwarded by counsel (0.4); consideration of matters relating to trial conference (0.5); analysis of post-trial matters (0.7); | 1.7 | 1,785.00 | 12635882 |
| DeMarinis | Tony | 24/10/2014 | review of post-filing interest appeal materials and arguments; | 1.5 | 1,575.00 | 12652386 |
| Gray | William | 03/10/2014 | Review of trial briefs and court filings | 1.2 | 1,134.00 | 12620385 |
| Gray | William | 08/10/2014 | review appellate factum and confer with S. Bomhof regarding same; | 1.2 | 1,134.00 | 12623278 |
| Gray | William | 09/10/2014 | review factum regarding appeal and post-petition interest issues and confer with S. Bomhof regarding same; | 0.8 | 756.00 | 12623295 |
| Gray | William | 10/10/2014 | Work on post-petition interest appeal issues and conference with S. Bomhof | 1.6 | 1,512.00 | 12633577 |
| Gray | William | 17/10/2014 | Review appellate court filings | 1.2 | 1,134.00 | 12646547 |
| Gray | William | 20/10/2014 | Review appellate paper filings regarding post-petition interest arguments | 1.3 | 1,228.50 | 12646557 |
| Gray | William | 21/10/2014 | Work on reviewing appeal papers | 0.7 | 661.50 | 12646569 |
| Gray | William | 23/10/2014 | Review appellate briefing materials regarding post-petition interest claims | 0.7 | 661.50 | 12649071 |
| Gray | William | 24/10/2014 | Work on legal research regarding post-petition interest | 1.3 | 1,228.50 | 12649084 |
| Gray | William | 29/10/2014 | Work on and review appellate briefs on post-petition interest issues | 1.8 | 1,701.00 | 12670441 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/10/2014 | research regarding issues related to voting rights in CCAA as it pertains to ppi order of Justice Newbould; | 4.1 | 3,690.00 | 12613415 |
| Bomhof | Scott A. | 06/10/2014 | research regarding plan requirements for CCAA proceeding; | 3.3 | 2,970.00 | 12619056 |
| Bomhof | Scott A. | 07/10/2014 | research regarding Canadian legal issues related to appeal of post-petition interest ruling; | 3.2 | 2,880.00 | 12620421 |
| Bomhof | Scott A. | 08/10/2014 | research regarding Canadian legal issues related to appeal of Canadian post-petition interest order; | 3.7 | 3,330.00 | 12621613 |
| Bomhof | Scott A. | 08/10/2014 | telephone call with I. Rosenberg and telephone call with M. Chenney regarding US cost sharing motion and need for a joint hearing (.9); telephone call with J. Pasquariello regarding US cost sharing motion and preparing letter to Goodmans with respect to same (1.0); telephone call with A. Corrodo regarding withdrawal and refiling of US cost sharing motion (.2); | 2.1 | 1,890.00 | 12621618 |
| Bomhof | Scott A. | 09/10/2014 | Research regarding Canadian law on subrogation (1.8); | 1.8 | 1,620.00 | 12623242 |
| Bomhof | Scott A. | 14/10/2014 | research on Canadian legal issues related to appeal of post-petition interest order; | 3.7 | 3,330.00 | 12629522 |
| Bomhof | Scott A. | 16/10/2014 | research re issues related to approval of Justice Newbould's ruling on post-petition interest; | 2.9 | 2,610.00 | 12634189 |
| Bomhof | Scott A. | 17/10/2014 | research regarding Canadian legal issues related to subrogation claims (1.7); call with M. Frazer regarding same (0.4); | 2.1 | 1,890.00 | 12639034 |
| Bomhof | Scott A. | 22/10/2014 | research regarding Canadian legal issues related to creditor voting and sub-rosa plans; | 2.1 | 1,890.00 | 12644282 |
| Bomhof | Scott A. | 23/10/2014 | research on Canadian legal issues related to Sub-Rosa Plans regarding ppi appeal (2.3); research on Canadian legal issues regarding subrogation claims (1.1); | 3.4 | 3,060.00 | 12647707 |
| Bomhof | Scott A. | 24/10/2014 | research regarding Canadian legal issues related to subrogation and contribution claims; | 2.1 | 1,890.00 | 12650677 |
| Bomhof | Scott A. | 24/10/2014 | telephone call with L. Lipner, T. Yeo, M. Atkey, J. Opolosky and A. Slavens regarding issues related to bondholder claims; | 1.0 | 900.00 | 12650678 |
| Bomhof | Scott A. | 28/10/2014 | research regarding Canadian law related to subrogation and contribution; | 2.0 | 1,800.00 | 12664010 |
| Bomhof | Scott A. | 30/10/2014 | research regarding Canadian legal issues related to subrogation and contribution claims (1.6); research regarding Canadian law on Subrosa plan for ppi leave to appeal (2.0); | 3.6 | 3,240.00 | 12667805 |
| Yeo | Thomas | 09/10/2014 | reviewing research on rights of subrogation; | 0.2 | 163.00 | 12628283 |
| Yeo | Thomas | 12/10/2014 | reviewing research re: right of subrogation; | 1.1 | 896.50 | 12628289 |
| Yeo | Thomas | 14/10/2014 | research re: subrogation claims; | 2.9 | 2,363.50 | 12630534 |
| Yeo | Thomas | 15/10/2014 | research re: rights of subrogation; | 3.4 | 2,771.00 | 12633026 |
| Yeo | Thomas | 15/10/2014 | meeting with M. Atkey re: rights of subrogation; | 0.3 | 244.50 | 12633027 |
| Yeo | Thomas | 16/10/2014 | research re: subrogation rights; | 5.2 | 4,238.00 | 12635335 |
| Yeo | Thomas | 17/10/2014 | research re: subrogation rights; | 2.6 | 2,119.00 | 12637552 |
| Yeo | Thomas | 20/10/2014 | office conference with M. Atkey re: assignment of subrogation rights; | 0.1 | 81.50 | 12640869 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Yeo | Thomas | 22/10/2014 | call with M. Atkey re: subrogation rights; | 0.1 | 81.50 | 12646758 |
| Yeo | Thomas | 24/10/2014 | call with S. Bomhof, M. Atkey, A. Slavens, J. Opolsky, L. Lipner re: subrogation claims (1.0); research re: subrogation claims (2.4); | 3.4 | 2,771.00 | 12652719 |
| Yeo | Thomas | 27/10/2014 | office conference with M. Atkey re: rights of subrogation; | 0.1 | 81.50 | 12654973 |
| Yeo | Thomas | 28/10/2014 | research re: subrogation rights; | 4.1 | 3,341.50 | 12661863 |
| Yeo | Thomas | 29/10/2014 | research re: subrogation rights (2.1); discussions with M. Atkey regarding same (0.4); | 2.5 | 2,037.50 | 12665733 |
| Yeo | Thomas | 30/10/2014 | reviewing memo on CCAA claims deadline; | 0.1 | 81.50 | 12668951 |
| Tobin | John | 09/10/2014 | research regarding IRS ruling for Scott Bomhoff to determine impact in Canada; | 2.1 | 2,079.00 | 12630616 |
| Tobin | John | 10/10/2014 | reviewing dispute re IRS Ruling and Canadian issues (1.5); meeting with Saira Bhojani and Adam Slavens to discuss IRS Ruling and Canadian issues (1.0); researching Canadian tax issues (1.7); | 4.2 | 4,158.00 | 12642124 |
| Tobin | John | 20/10/2014 | research regarding foreign affiliates and debt settlement regarding disputed asset trust; | 3.1 | 3,069.00 | 12647742 |
| Tobin | John | 21/10/2014 | research regarding disputed asset trusts (1.7); revising tax memo regarding disputed asset trusts (1.3); | 3.0 | 2,970.00 | 12647764 |
| Tobin | John | 23/10/2014 | reviewing comments from Saira Bhjojani regarding disputed asset trusts; | 0.8 | 792.00 | 12647772 |
| Tobin | John | 27/10/2014 | researching tax implications of Disputed Ownership Fund; | 2.0 | 1,980.00 | 12667851 |
| Tobin | John | 30/10/2014 | researching tax implications re disputed ownership fund; | 1.9 | 1,881.00 | 12667852 |
| Tobin | John | 31/10/2014 | drafting memo re tax implications re disputed ownership fund; | 2.0 | 1,980.00 | 12672818 |
| Frazer | Mitch | 17/10/2014 | receiving e-mails from and sending e-mails to Scott Bomhof re employee compensation claims (0.5); having call with Scott Bomhof re same (0.4); | 0.9 | 810.00 | 12636871 |
| Bhojani | Saira | 10/10/2014 | review ruling from IRS (1.5); internal discussions with A. Slavens and J. Tobin (2.0); | 3.5 | 2,432.50 | 12645441 |
| Bhojani | Saira | 14/10/2014 | review IRS ruling (1.0); review internal tax memo (1.0); | 2.0 | 1,390.00 | 12645444 |
| Bhojani | Saira | 22/10/2014 | review and comment on tax memo; | 2.0 | 1,390.00 | 12662007 |
| Bhojani | Saira | 23/10/2014 | research on certain tax items and review comments to memo regarding same; | 2.5 | 1,737.50 | 12662071 |
| Slavens | Adam | 02/10/2014 | preparing memorandum re appeal process in Canada (2.8); preparing reporting email to L. Schweitzer re same (0.2); | 3.0 | 2,070.00 | 12612073 |
| Slavens | Adam | 02/10/2014 | conducting Canadian legal research on plans of compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision; | 3.0 | 2,070.00 | 12612087 |
| Slavens | Adam | 03/10/2014 | conducting Canadian legal research on plans of compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision; | 2.6 | 1,794.00 | 12614177 |
| Slavens | Adam | 06/10/2014 | conducting Canadian legal research on plans of | 1.0 | 690.00 | 12616829 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision; | | | |
| Slavens | Adam | 07/10/2014 | conducting Canadian legal research on plans of compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision; | 3.5 | 2,415.00 | 12619229 |
| Slavens | Adam | 08/10/2014 | conducting research re subrogation, tax and related matters; | 4.9 | 3,381.00 | 12625310 |
| Slavens | Adam | 10/10/2014 | office conference with J. Tobin and S. Bhojani re tax considerations in connection with assignment of certain claims (1.5); preparing for same (0.5); | 2.0 | 1,380.00 | 12628273 |
| Slavens | Adam | 15/10/2014 | conducting Canadian legal research on plans of compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision; | 2.5 | 1,725.00 | 12635848 |
| Slavens | Adam | 22/10/2014 | conducting Canadian legal research on plans of compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision; | 4.0 | 2,760.00 | 12646592 |
| Slavens | Adam | 23/10/2014 | conducting Canadian legal research on plans of compromise and arrangement and jurisdiction of CCAA courts re appeal of post-petition interest decision; | 1.8 | 1,242.00 | 12649664 |
| Slavens | Adam | 24/10/2014 | conference call with L. Lipton, B. Gelfand, T. Yeo, M. Atkey and S. Bomhof re subrogation, tax and related matters (0.7); conducting research re same (0.4); | 1.1 | 759.00 | 12652559 |
| Slavens | Adam | 24/10/2014 | conducting Canadian legal research re CCAA claims process matters; | 1.6 | 1,104.00 | 12652563 |
| Slavens | Adam | 26/10/2014 | conducting Canadian legal research re CCAA claims process matters; | 1.0 | 690.00 | 12652567 |
| Slavens | Adam | 27/10/2014 | preparing memorandum re CCAA claims process matters; | 4.0 | 2,760.00 | 12654712 |
| Slavens | Adam | 28/10/2014 | preparing memorandum re CCAA claims process matters; | 4.0 | 2,760.00 | 12662175 |
| Slavens | Adam | 28/10/2014 | conducting research re subrogation, tax and related matters; | 1.8 | 1,242.00 | 12662180 |
| Slavens | Adam | 29/10/2014 | conducting Canadian legal research re CCAA claims process matters; | 2.0 | 1,380.00 | 12665670 |
| Slavens | Adam | 29/10/2014 | email correspondence with S. Bomhof, T. Yeo and M. Atkey re subrogation, tax and related matters; | 0.3 | 207.00 | 12665674 |
| Slavens | Adam | 30/10/2014 | updating memorandum re CCAA claims process matters; | 1.3 | 897.00 | 12669152 |
| Slavens | Adam | 30/10/2014 | reviewing updated research re subrogation, tax and related matters; | 0.6 | 414.00 | 12669154 |
| Atkey | Matthew | 10/10/2014 | conducting research re certain subrogation issues; | 1.3 | 871.00 | 12636522 |
| Atkey | Matthew | 13/10/2014 | further research re certain subrogation issues (1.4); email communications with Tom Yeo re same (0.6); | 2.0 | 1,340.00 | 12636538 |
| Atkey | Matthew | 14/10/2014 | further research regarding subrogation issues and communications with Tom Yeo re same; | 2.2 | 1,474.00 | 12655035 |
| Atkey | Matthew | 15/10/2014 | meeting with T. Yeo to discuss research on | 0.3 | 201.00 | 12665841 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Atkey | Matthew | 17/10/2014 | subrogation issues; email communications with T. Yeo re research on subrogation issues (0.1); further research re subrogation issues (0.4); | 0.5 | 335.00 | 12665834 |
| Atkey | Matthew | 20/10/2014 | discussion with T. Yeo re research on subrogation issues; | 0.1 | 67.00 | 12670202 |
| Atkey | Matthew | 22/10/2014 | various internal email communications re research on subrogation issues (0.1); discussion with T. Yeo re research on subrogation issues (0.1); further research re subrogation issues (0.5); | 0.7 | 469.00 | 12670214 |
| Atkey | Matthew | 24/10/2014 | further research re subrogation issues (2.0); meeting with T. Yeo to discuss research on subrogation issues (0.3); conference call with S. Bomhof, T. Yeo, A. Slavens, J. Opolsky and L. Lipner re research on subrogation issues (0.7); | 3.0 | 2,010.00 | 12670231 |
| Atkey | Matthew | 27/10/2014 | further research on subrogation issues (1.1); email correspondence with T. Yeo re subrogation issues (0.3); discussion with T. Yeo re subrogation issues (0.1); | 1.5 | 1,005.00 | 12670240 |
| Atkey | Matthew | 28/10/2014 | research re subrogation rights; | 0.4 | 268.00 | 12670249 |
| Atkey | Matthew | 29/10/2014 | drafting emails setting out results of research on subrogation issues (4.6); discussions with T. Yeo to discuss research on subrogation issues (0.4); | 5.0 | 3,350.00 | 12670252 |
| Atkey | Matthew | 30/10/2014 | further research on subrogation issues and revisions to memorandum re same (0.5); email communications re same (0.3); | 0.8 | 536.00 | 12670255 |
| Opolsky | Jeremy | 24/10/2014 | call w S. Bomhof, A. Slavens and Cleary team re: case research (re: DOF issues) | 0.7 | 343.00 | 12661091 |
| Opolsky | Jeremy | 29/10/2014 | Correspondence with S. Bomhof re: legal research (re: subrogation) | 0.2 | 98.00 | 12667987 |
| DeMarinis | Tony | 17/10/2014 | consideration of law and review of materials in relation to post-filing interest ruling and its impact on the allocation trial; | 2.0 | 2,100.00 | 12638138 |
| DeMarinis | Tony | 20/10/2014 | analysis and consideration of matters relating to the completion of the Canadian claims process; | 1.8 | 1,890.00 | 12641197 |
| DeMarinis | Tony | 21/10/2014 | analysis in relation to Canadian claims and related procedural considerations; | 2.0 | 2,100.00 | 12643772 |
| DeMarinis | Tony | 23/10/2014 | analysis and review in connection with inter-company matters relevant to allocation and distribution issues; | 1.0 | 1,050.00 | 12649804 |
| DeMarinis | Tony | 24/10/2014 | legal review regarding inter-company matters; | 0.7 | 735.00 | 12652384 |
| DeMarinis | Tony | 29/10/2014 | legal review in relation to Canadian proceedings and inter-company relationships; | 1.4 | 1,470.00 | 12665665 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/10/2014 | follow up with Cleary on US motion to require NNL and NNUK to share in costs related to Rockstar litigation; | 0.5 | 450.00 | 12613417 |
| Bomhof | Scott A. | 06/10/2014 | reviewing application for leave to appeal post-petition interest order and preparing leave factum (1.3); telephone call with I. Rosenberg and A. Slavens regarding cost-sharing motion for U.S. Rockstar litigation subpoenas and reviewing report to J. Ray (1.6); | 2.9 | 2,610.00 | 12619054 |
| Bomhof | Scott A. | 09/10/2014 | Review filed Motion for Leave to Appeal and Factum regarding Ad Hoc committee application for leave to appeal CCAA order on post-petition interest (1.2); meet with T. Yeo, M. Atkey and A. Slavens to discuss guarantee issues (1.5); | 2.7 | 2,430.00 | 12623244 |
| Bomhof | Scott A. | 14/10/2014 | review issues related to NNI subrogation rights under bond indentures and telephone call with K. Hailey, L. Lipner, T. Yeo and A. Slavens re same (1.4); review letter from Goodmans to Bennett Jones re ppi order Chambers appointment (0.2); | 1.6 | 1,440.00 | 12629521 |
| Bomhof | Scott A. | 15/10/2014 | review CCAA Claims summary and exchange emails with L. Schweitzer with respect to same; (0.4) | 0.4 | 360.00 | 12633638 |
| Bomhof | Scott A. | 16/10/2014 | prepare factum for leave application to appeal post-petition interest decision; | 1.5 | 1,350.00 | 12634192 |
| Bomhof | Scott A. | 22/10/2014 | telephone call with K. Hailey of Cleary regarding Chapter 11 plan issues (.3); attend motion before Mr. Justice Newbould regarding scheduling of Google motion to lift stay (2.0); discussing Google subpoenas and cost sharing issues with P. Ruby and C. Armstrong (.5); telephone call with M. Chenney, J. Hoover and A. Slavens regarding materials for joint hearing on cost sharing motion (.6); | 3.4 | 3,060.00 | 12644281 |
| Bomhof | Scott A. | 23/10/2014 | reviewing and revising factum for appeal of CCAA post-petition interest order (1.9); exchange messages with J. Hoover and M. Chenney and reviewing refiled US motion for a joint hearing on cost-sharing (.9); revising CCAA materials for joint motion on cost-sharing (.3); | 3.1 | 2,790.00 | 12647708 |
| Bomhof | Scott A. | 27/10/2014 | reviewing and revising factum on leave to appeal application regarding ppi order; | 2.1 | 1,890.00 | 12653264 |
| Bomhof | Scott A. | 30/10/2014 | telephone call with C. Armstrong of Goodmans regarding cost-sharing motion (.1); reviewing and revising memo on late claims (.4); reviewing Cassels Brock comments on ppi appeal factum (.3); providing comments on M. Atkey's analysis of subrogation issues (.9); | 1.7 | 1,530.00 | 12667807 |
| Bomhof | Scott A. | 31/10/2014 | finalize appeal materials regarding Canadian ppi appeal and assist in arranging service (1.0); reviewing BNY Mellon leave to appeal factum regarding Canadian ppi order (.3); | 1.3 | 1,170.00 | 12670654 |
| Yeo | Thomas | 09/10/2014 | meeting with S. Bomhof, A. Slavens and M. Atkey re: rights of subrogation; | 1.0 | 815.00 | 12628282 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Yeo | Thomas | 14/10/2014 | call with S. Bomhof, A. Slavens, M. Atkey, K. Hailey and L. Lipner re: subrogation claims; | 0.6 | 489.00 | 12630533 |
| Gray | Andrew | 09/10/2014 | internal discussion with Scott Bomhof and Adam Slavens regarding legal research issue relating to allocation and claims and reviewing research materials (0.9); | 0.9 | 720.00 | 12703545 |
| Slavens | Adam | 02/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 1.5 | 1,035.00 | 12612080 |
| Slavens | Adam | 02/10/2014 | preparing email to L. Lipner and B. Beller re CCAA claims process; | 0.4 | 276.00 | 12612108 |
| Slavens | Adam | 05/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 4.0 | 2,760.00 | 12614180 |
| Slavens | Adam | 06/10/2014 | conference call with Cleary, Crowell and S. Bomhof re cost-sharing motion and related matters (0.5); preparing email correspondence to J. Ray re same (0.4); | 0.9 | 621.00 | 12616827 |
| Slavens | Adam | 06/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 3.3 | 2,277.00 | 12616830 |
| Slavens | Adam | 07/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 4.5 | 3,105.00 | 12619223 |
| Slavens | Adam | 07/10/2014 | email correspondence with Cleary, Crowell and S. Bomhof re cost-sharing motion and related matters; | 0.4 | 276.00 | 12619226 |
| Slavens | Adam | 08/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 4.7 | 3,243.00 | 12625316 |
| Slavens | Adam | 08/10/2014 | email correspondence with Cleary, Crowell and S. Bomhof re cost-sharing motion and related matters; | 0.3 | 207.00 | 12625322 |
| Slavens | Adam | 09/10/2014 | conducting research re subrogation, tax and related matters and reviewing bond indentures (4.5); conference call with K. Hailey and S. Bomhof re same (0.5); meeting with T. Yeo, M. Atkey and S. Bomhof re same (1.0); | 6.0 | 4,140.00 | 12625339 |
| Slavens | Adam | 09/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision and confer with S. Bomhof and A. Gray regarding same; | 0.9 | 621.00 | 12625344 |
| Slavens | Adam | 10/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 2.7 | 1,863.00 | 12628275 |
| Slavens | Adam | 14/10/2014 | preparing cost sharing motion materials (4.7); conference call with M. Cheney and S. Bomhof re same (0.5); | 5.2 | 3,588.00 | 12630708 |
| Slavens | Adam | 14/10/2014 | reviewing CCAA claims procedures re subrogation claims and related matters (2.2); conference call with K. Hailey, S. Bomhof, T. Yeo and M. Atkey (0.5); | 2.7 | 1,863.00 | 12630714 |
| Slavens | Adam | 15/10/2014 | preparing cost sharing motion materials; | 3.0 | 2,070.00 | 12635844 |
| Slavens | Adam | 15/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 2.5 | 1,725.00 | 12635852 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 16/10/2014 | reviewing information re Canadian pension claims (3.5); preparing reporting email to M. Gianis and B. Tunis re same (0.5); correspondence with M. Frazer re same (0.2); | 4.2 | 2,898.00 | 12635853 |
| Slavens | Adam | 16/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 2.0 | 1,380.00 | 12635855 |
| Slavens | Adam | 17/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 8.0 | 5,520.00 | 12638246 |
| Slavens | Adam | 20/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 8.0 | 5,520.00 | 12641214 |
| Slavens | Adam | 21/10/2014 | preparing responding factum re motion seeking leave to appeal re post-petition interest decision; | 5.8 | 4,002.00 | 12643741 |
| Slavens | Adam | 21/10/2014 | conference call with M. Cheney and S. Bomhof re cost sharing motion; | 0.3 | 207.00 | 12643750 |
| Slavens | Adam | 22/10/2014 | conducting research re subrogation, tax and related matters; | 0.8 | 552.00 | 12646586 |
| Slavens | Adam | 22/10/2014 | reviewing chapter 11 case website re objections and other materials filed in respect of cost-sharing motion and third party subpoena motion (2.1); conference call with M. Cheney, J. Hoover and S. Bomhof re same (0.5); office conference with S. Bomhof re scheduling motion (0.2); | 2.8 | 1,932.00 | 12646591 |
| Slavens | Adam | 23/10/2014 | preparing, and compiling, motion record re cost sharing motion; | 3.8 | 2,622.00 | 12649642 |
| Slavens | Adam | 24/10/2014 | finalizing, serving and filing motion record re cost sharing motion; | 4.9 | 3,381.00 | 12652555 |
| Slavens | Adam | 27/10/2014 | reviewing comments on responding factum re motion seeking leave to appeal re post-petition interest decision and revising same; | 3.6 | 2,484.00 | 12654717 |
| Slavens | Adam | 29/10/2014 | preparing brief of authorities re responding factum re motion seeking leave to appeal re post-petition interest decision and revising same; | 3.4 | 2,346.00 | 12665672 |
| Slavens | Adam | 30/10/2014 | reviewing comments on responding factum re motion seeking leave to appeal re post-petition interest decision and revising and finalizing same; | 6.8 | 4,692.00 | 12669151 |
| Slavens | Adam | 31/10/2014 | finalizing, serving and filing factum, motion record and brief of authorities re motion for leave to appeal from post-petition interest decision; | 7.1 | 4,899.00 | 12669456 |
| Slavens | Adam | 31/10/2014 | reviewing chapter 11 motion materials re post-petition interest settlement approval motion; | 1.8 | 1,242.00 | 12669542 |
| Atkey | Matthew | 09/10/2014 | meeting with T. Yeo, A. Slavens and S. Bomhof regarding research of certain subrogation issues (1.5); preparation for such meeting (0.2); follow-up email communications re same (0.2); conducting research re subrogation issues (0.8); | 2.7 | 1,809.00 | 12636517 |
| Atkey | Matthew | 14/10/2014 | conference call with T. Yeo, S. Bomhof, A. | 0.5 | 335.00 | 12665840 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 02/10/2014 | Slavens, K. Hailey and L. Lipner re subrogation issues; collect and review materials in the Canadian proceedings relating to claims proving process (1.7); consider procedural matters going forward in the Canadian proceedings (1.0); | 2.7 | 2,835.00 | 12612559 |
| DeMarinis | Tony | 03/10/2014 | review issued and entered orders (stay extension, endorsement, post-filing interest) circulated by Monitor's counsel (0.3); reading Monitor's new and accumulated reports in the Canadian proceedings (0.8); consider procedural matters in the Canadian proceedings (0.5); | 1.6 | 1,680.00 | 12614298 |
| DeMarinis | Tony | 06/10/2014 | consideration of issues relating to appeal of post-filing interest ruling (1.0); review appeal requirements (0.3); | 1.3 | 1,365.00 | 12615607 |
| DeMarinis | Tony | 07/10/2014 | consideration of procedural matters in re claims resolution in Canadian proceedings; | 0.6 | 630.00 | 12619012 |
| DeMarinis | Tony | 17/10/2014 | counsel correspondence on Google appointment request; | 0.2 | 210.00 | 12638134 |
| DeMarinis | Tony | 20/10/2014 | reading documents in the Canadian proceedings relating to original claims process (2.5); reviewing Monitor's materials relating to (0.6); | 3.1 | 3,255.00 | 12641196 |
| DeMarinis | Tony | 24/10/2014 | reading documents relating to cost sharing motion; | 0.8 | 840.00 | 12652380 |
| DeMarinis | Tony | 28/10/2014 | Canadian law analysis in relation to pending appeal and claims matters (1.0); review materials in the Canadian proceedings (0.8); | 1.8 | 1,890.00 | 12662349 |