# **EXHIBIT B**

# EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

October 01, 2014 through October 31, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Process Server Filing | | $62.30 |
| Motion | | $113.40 |
| Miscellaneous | | $1,514.56 |
| Copies | Ricoh | $8,055.46 |
| Duplicating/Printing | 4,664 pages@ .10 per pg | $466.40 |
| Binding Charges/Exhibit Tabs | | $147.01 |
| Courier | | $20.61 |
| Computer Research | Quicklaw / Westlaw | $1,885.54 |
| Telephone | Long Distance | $0.64 |
| **Grand Total Expenses** | | **$12,265.92** |

**Nortel**
**October 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 87 Motion | | 24/10/2014 | $ 113.40 | Motion<br>McConville, Michael; Filing Fees - Non Taxable court filing fee from ATG |
| 271 Process Server Filing | | 24/10/2014 | 31.25 | filing joint motion for cost sharing order and affidavit of service; |
| 271 Process Server Filing | | 31/10/2014 | 31.05 | filing motion record, factum, brief of authorities and affidavit of service; |
| | | | $ 62.30 | |
| 375 Miscellaneous | | 24/10/2014 | 426.34 | Miscellaneous - - VENDOR: Grand & Toy Limited Misc. office supplies |
| 375 Miscellaneous | | 28/10/2014 | 1,088.22 | Miscellaneous - - VENDOR: Toronto-Dominion Centre Leaseholds Limited EXTRA HVAC SEPT20-23, 2014 |
| | | | $ 1,514.56 | |
| 800 Telephone Call | | 14/10/2014 | $ 0.64 | Telephone Call<br>Global Crossing, Inv # 19097627 SLAVENS, ADAM |
| 499 Copies | | 02/10/2014 | 655.57 | Copies Ricoh |
| 499 Copies | | 02/10/2014 | 303.98 | Copies Ricoh |
| 499 Copies | | 02/10/2014 | 410.32 | Copies Ricoh |
| 499 Copies | | 02/10/2014 | 42.33 | Copies Ricoh |
| 499 Copies | | 06/10/2014 | 1,629.90 | Copies Ricoh |
| 499 Copies | | 06/10/2014 | 3,023.72 | Copies Ricoh |
| 499 Copies | | 06/10/2014 | 506.11 | Copies Ricoh |
| 499 Copies | | 06/10/2014 | 1,004.33 | Copies Ricoh |
| 801 Copies | | 24/10/2014 | 136.50 | Copies |
| 801 Copies | | 31/10/2014 | 342.70 | Copies |
| | | | $ 8,055.46 | |
| 808 Laser Printing | | 01/10/2014 | 1.90 | Laser Printing |
| 808 Laser Printing | | 01/10/2014 | 13.00 | Laser Printing |
| 808 Laser Printing | | 02/10/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | | 02/10/2014 | 8.00 | Laser Printing |
| 808 Laser Printing | | 03/10/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | | 03/10/2014 | 9.40 | Laser Printing |
| 808 Laser Printing | | 06/10/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | | 06/10/2014 | 4.70 | Laser Printing |
| 808 Laser Printing | | 07/10/2014 | 2.90 | Laser Printing |
| 808 Laser Printing | | 08/10/2014 | 2.80 | Laser Printing |
| 808 Laser Printing | | 08/10/2014 | 10.10 | Laser Printing |
| 808 Laser Printing | | 09/10/2014 | 1.70 | Laser Printing |
| 808 Laser Printing | | 09/10/2014 | 38.80 | Laser Printing |
| 808 Laser Printing | | 09/10/2014 | 8.30 | Laser Printing |
| 808 Laser Printing | | 10/10/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | | 14/10/2014 | 2.10 | Laser Printing |
| 808 Laser Printing | | 14/10/2014 | 6.60 | Laser Printing |
| 808 Laser Printing | | 14/10/2014 | 5.70 | Laser Printing |
| 808 Laser Printing | | 15/10/2014 | 12.60 | Laser Printing |
| 808 Laser Printing | | 16/10/2014 | 3.50 | Laser Printing |
| 808 Laser Printing | | 17/10/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | | 20/10/2014 | 1.50 | Laser Printing |
| 808 Laser Printing | | 20/10/2014 | 1.50 | Laser Printing |

**Nortel**
**October 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 21/10/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 22/10/2014 | 83.80 | Laser Printing |
| 808 Laser Printing | 23/10/2014 | 3.30 | Laser Printing |
| 808 Laser Printing | 23/10/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 23/10/2014 | 91.90 | Laser Printing |
| 808 Laser Printing | 24/10/2014 | 4.00 | Laser Printing |
| 808 Laser Printing | 24/10/2014 | 2.10 | Laser Printing |
| 808 Laser Printing | 24/10/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 24/10/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 24/10/2014 | 10.10 | Laser Printing |
| 808 Laser Printing | 27/10/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 28/10/2014 | 10.20 | Laser Printing |
| 808 Laser Printing | 28/10/2014 | 4.00 | Laser Printing |
| 808 Laser Printing | 28/10/2014 | 1.70 | Laser Printing |
| 808 Laser Printing | 29/10/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 29/10/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 29/10/2014 | 59.10 | Laser Printing |
| 808 Laser Printing | 29/10/2014 | 3.70 | Laser Printing |
| 808 Laser Printing | 30/10/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 30/10/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 30/10/2014 | 4.00 | Laser Printing |
| 808 Laser Printing | 30/10/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 31/10/2014 | 1.40 | Laser Printing |
| 808 Laser Printing | 31/10/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 31/10/2014 | 31.50 | Laser Printing |
| 808 Laser Printing | 31/10/2014 | 0.40 | Laser Printing |
| 4808 Laser Printing | 01/10/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 08/10/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 13/10/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 13/10/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 13/10/2014 | 0.40 | Laser Printing |
| 4808 Laser Printing | 13/10/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 15/10/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 30/10/2014 | 1.50 | Laser Printing |
| | | **$ 466.40** | |
| 811 Binding Charges | 24/10/2014 | 24.11 | Binding Charges |
| | | | Oct-24-14, C Pellegreenini, Binding Charges, x9, EB/TW/JS |
| 811 Binding Charges | 31/10/2014 | 74.52 | Binding Charges |
| | | | Oct-31-14, C Pellegreenie, Binding Charges, x28, EB/TW/JS |
| 844 Exhibit Tabs | 24/10/2014 | 4.91 | Exhibit Tabs |
| | | | Oct-24-14, C Pellegreenini, Exhibit Tabs, x22, EB/TW/JS |
| 844 Exhibit Tabs | 31/10/2014 | 43.47 | Exhibit Tabs |
| | | | Oct-31-14, C Pellegreenie, Exhibit Tabs, x196, EB/TW/JS |
| | | **$ 147.01** | |
| 822 Courier | 20/10/2014 | $ 20.61 | Courier |
| | | | 4700 Keele St, Osgoode Library - York Univer, 79 Wellington Street West, Invoice # 62479, kunalan,1,2 |
| 885 On Line Research Charges - Quicklaw | 10/10/2014 | 105.41 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 14/10/2014 | 405.38 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 17/10/2014 | 16.97 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 01/10/2014 | 13.66 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 01/10/2014 | 40.99 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/10/2014 | 13.66 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 14/10/2014 | 81.97 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 15/10/2014 | 50.47 | On Line Research Charges -WestlaweCarswell Incl. |

**Nortel**
**October 2014 Disbursements**

| | | | |
|---|---|---|---|
| 887 On Line Research Charges -WestlaweCarswell Incl. | 16/10/2014 | 120.67 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 17/10/2014 | 22.77 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 28/10/2014 | 57.68 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 28/10/2014 | 674.72 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 29/10/2014 | 40.99 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 29/10/2014 | 84.24 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 29/10/2014 | 96.76 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 30/10/2014 | 59.20 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 1,885.54** | |

**$ 12,265.92**