# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074

Page 2

Client #  732310

Matter # 165839

---

For services through October 31, 2014
relating to  Claims Administration

| 10/02/14 | Finalize and file aos re: order Jefferies payment of adm. expense claim | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |
| 10/20/14 | Review Netas claims and email regarding same (.4); Email to R. Stearn re: Netas claims and email regarding same (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |

Total Fees for Professional Services          $256.00

TOTAL DUE FOR THIS INVOICE          **$256.00**
BALANCE BROUGHT FORWARD          $433.20

**TOTAL DUE FOR THIS MATTER**          **$689.20**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 3

Client #  732310

Matter # 165839

---

For services through October 31, 2014
relating to  Court Hearings

| 10/02/14 | Retrieve re: 10/7/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |

| 10/17/14 | Retrieve and review 10/21/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |

| 10/20/14 | Telephone call to Courtcall re: 10/21/14 telephonic appearances for C. Samis, M. Wunder, F. Hodara, D. Botter and A. Qureshi (.5); E-mail to M. Wunder re: same (.1); E-mail to C. Samis re: same (.1); E-mail to akin distribution re: same (.1); Retrieve re: 10/21/14 agenda pleadings (.4); Prepare 10/21/14 hearing binder (.4); Retrieve re: amended telephonic 10/21/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.80 hrs. | 235.00 | $423.00 |

| 10/20/14 | Emails to B. Kahn re: preparation for 10/21/14 hearing (.2); Email to A. Qureshi re: preparation for 10/21/14 hearing (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

| 10/21/14 | Prepare for 10/21/14 telephonic hearing (1.5); Attend 10/21/14 telephonic hearing (1.0); Emails to M. Fagen re: preparation for 10/21/14 telephonic hearing (.2); Emails to L. Edinger re: preparation for 10/21/14 telephonic hearing (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.90 hrs. | 465.00 | $1,348.50 |

| 10/21/14 | Email correspondence with C. Samis re: CourtCall confirmations for F. Hodara and A. Qureshi (.1); Confirm F. Hodara telephonic appearance with CourtCall (.1); Confirm A. Qureshi telephonic appearance with CourtCall (.1) | | | |
|---|---|---|---|---|
| Paralegal | Lindsey A. Edinger | 0.30 hrs. | 235.00 | $70.50 |

| 10/22/14 | Circulate to distribution re: 10/21/14 hearing transcript | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074

Page 4

Client #  732310

Matter #  165839

---

| 10/28/14 | Meeting at Akin with F. Hodara, A. Qureshi and others re: strategy for PPI settlement hearing | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.60 hrs. | 465.00 | $744.00 |
| 10/31/14 | Retrieve and review 11/4/14 agenda (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |

Total Fees for Professional Services     $2,913.50

**TOTAL DUE FOR THIS INVOICE**     **$2,913.50**

BALANCE BROUGHT FORWARD     $19,442.20

**TOTAL DUE FOR THIS MATTER**     **$22,355.70**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074

Page 5

Client #  732310

Matter # 165839

---

For services through October 31, 2014
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 10/07/14 | Review e-mail from C. Samis re: 2019 statements (.1); Search docket and retrieve re: amended 2019 statement and Milbank & Pachulski 2019 statement (.2); E-mail to C. Samis re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 10/09/14 | Email to F. Hodara, D. Botter and others re: November settlement session with Judge Gross | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 10/15/14 | Complete review of amended proposed findings of fact and conclusions of law | | | |
| Associate | Christopher M. Samis | 4.10 hrs. | 465.00 | $1,906.50 |
| 10/27/14 | Review statement of Committee in further support of PPI settlement (.5); Emails to M. Fagen re: review of statement of Committee in further support of PPI settlement (.2) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 465.00 | $325.50 |
| 10/29/14 | Emails to A. Steele re: reply in further support of PPI 9019 (.2); Emails to M. Fagen re: reply in further support of PPI 9019 (.2); Review revised reply in further support of PPI 9019 (.5) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 465.00 | $418.50 |
| 10/30/14 | Review committee statement in support of 9019 (.2); Emails with C. Samis re: same (.2); Prepare same for filing (.2) | | | |
| Associate | Amanda R. Steele | 0.60 hrs. | 390.00 | $234.00 |
| 10/30/14 | Finalize and file re: statement 9019 motion NNI (.2); Coordinate service re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 25, 2014
Invoice 470074

Page 6

Client #  732310

Matter # 165839

---

| 10/30/14 | Emails to M. Fagen re: finalizing, filing and serving further reply in support of PPI 9019 (.6); Emails to L. Morris re: finalizing, filing and serving further reply in support of PPI 9019 (.2); Emails to L. Morris re: preparation for 11/3/14 mediation session (.2); Emails to A. Steele re: finalizing, filing and serving further reply in support of PPI 9019 (.5); Final review further reply in support of PPI 9019 (.3); Email to B. Witters re: finalizing, filing and serving further reply in support of PPI 9019 (.1); Call to B. Witters re: finalizing, filing and serving further reply in support of PPI 9019 (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.00 hrs. | 465.00 | $930.00 |
| | | | | |
| 10/31/14 | Prepare aos re: statement of 9019 settlement agreement NNI | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| | | | | |
| 10/31/14 | Emails to B. Kahn re: preparation for 11/3/14 mediation session (.2); Email to A. Cordo re: preparation for 11/3/14 mediation session (.1); Email to L. Morris re: preparation for 11/3/14 mediation session (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |

Total Fees for Professional Services                 $4,258.50

TOTAL DUE FOR THIS INVOICE                        **$4,258.50**

BALANCE BROUGHT FORWARD                        $15,271.70

**TOTAL DUE FOR THIS MATTER**                        **$19,530.20**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074

Page 7

Client #  732310

Matter # 165839

---

For services through October 31, 2014
relating to  RLF Fee Applications

| 10/08/14 | E-mail to B. Kahn re: estimated RLF September fees and expenses | | | |
|----------|----------------------------------------------------------------|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |

| 10/09/14 | Email to B. Kahn re: August 2014 RL&F electronic fee reporting | | | |
|----------|----------------------------------------------------------------|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

| 10/10/14 | Review fee examiner report for 22nd interim fee application | | | |
|----------|-------------------------------------------------------------|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

| 10/16/14 | Prepare cno re: RLF August fee application (.2); FInalize and file cno re: same (.2) | | | |
|----------|--------------------------------------------------------------------------------------|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |

| 10/21/14 | Review RLF September bill memo and meal charges | | | |
|----------|-------------------------------------------------|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |

| 10/29/14 | Review RLF Fee Application | | | |
|----------|----------------------------|---|---|---|
| Associate | Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |

| 10/29/14 | Review and revise RLF September fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |

|  |  | Total Fees for Professional Services | $671.50 |
|---|---|---|---|

| **TOTAL DUE FOR THIS INVOICE** | **$671.50** |
|--------------------------------|-------------|
| BALANCE BROUGHT FORWARD | $727.40 |
| **TOTAL DUE FOR THIS MATTER** | **$1,398.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 25, 2014
Invoice 470074
Page 8

Client #  732310

Matter # 165839

---

For services through October 31, 2014
relating to  Fee Applications of Others

| 10/01/14 | Email to M. Fagen re: confidential expert fees and expenses for September (.1); Email to A. Cordo re: confidential expert fees and expenses for September (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 10/14/14 | Review e-mail from B. Kahn re: Akin Gump August fee application (.1); Review and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 10/15/14 | Prepare notice of withdrawal of Akin Gump 27th fee application (.2); Finalize and file re: same (.2); Review e-mail from M. Fagen re: Akin Gump revised 27th fee application (.1); Review and assemble re: same (.2); Prepare notice of application (.1); Prepare cos re: same (.1); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 235.00 | $282.00 |
| 10/15/14 | Email to B. Witters re: filing of Akin Nortel 2014 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 10/22/14 | Prepare cno re: Ashurst August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 10/29/14 | Emails with B. Witters re: Capstone fee application | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |
| 10/29/14 | Email to A. Steele re: filing and service of Captsone fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 25, 2014
Invoice 470074
Page 9

Client # 732310

Matter # 165839

---

| Date | Description | | | |
|------|-------------|--|--|--|
| 10/30/14 | Review e-mail from M. Fagen re: Capstone August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 10/31/14 | Review e-mail from M. Fagen re: Ashurst September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 10/31/14 | Email correspondence with A. Jerominski re: filing of 68th Ashurst fee application (.1); Assemble same for filing (.1); File, circulate and coordinate service for same (.2) | | | |
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 235.00 | $94.00 |

Total Fees for Professional Services          $1,329.50

TOTAL DUE FOR THIS INVOICE          **$1,329.50**

BALANCE BROUGHT FORWARD          $3,860.50

**TOTAL DUE FOR THIS MATTER**          **$5,190.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074

Page 10

Client #  732310

## Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.80 | 390.00 | 312.00 |
| Barbara J. Witters | 9.80 | 235.00 | 2,303.00 |
| Christopher M. Samis | 14.30 | 465.00 | 6,649.50 |
| Lindsey A. Edinger | 0.70 | 235.00 | 164.50 |
| TOTAL | 25.60 | $368.32 | 9,429.00 |

**TOTAL DUE FOR THIS INVOICE**                                **$10,519.45**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310