# EXHIBIT B



**RICHARDS LAYTON & FINGER**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

November 25, 2014
Invoice 470074

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through October 31, 2014
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Conference Calling | $281.00 |
| Court Reporter Services | $34.20 |
| Document Retrieval | $44.50 |
| Long distance telephone charges | $2.78 |
| Messenger and delivery service | $312.20 |
| Overtime | n/c |
| Photocopying/Printing | $336.80 |
| 2,838 @ $.10 pg. / 530 @ $.10 pg. | |
| Postage | $78.97 |

| | |
|---|---|
| Other Charges | $1,090.45 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,090.45** |
| BALANCE BROUGHT FORWARD | $14,523.74 |
| **TOTAL DUE FOR THIS MATTER** | **$15,614.19** |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074

Page 11

Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 10/02/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/07/14 | CourtCall | | CONFCALL |
| | | Amount =  $191.00 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $1.50 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 12

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 10/07/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 10/14/14 | Photocopies | | DUP |
| | | Amount =  $54.60 | |
| 10/14/14 | PARALEGAL OT THRU 10/15/14 | | OT |
| | | Amount =  $0.00 | |
| 10/14/14 | Messenger and delivery | | MESS |
| | | Amount =  $75.95 | |
| 10/14/14 | Postage | | POST |
| | | Amount =  $20.20 | |
| 10/14/14 | Printing | | DUP |
| | | Amount =  $8.50 | |
| 10/14/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/14/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/14/14 | Printing | | DUP |
| | | Amount =  $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 13

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 10/14/14 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 10/15/14 | Photocopies | | DUP |
| | Amount =  $54.60 | | |
| 10/15/14 | Messenger and delivery | | MESS |
| | Amount =  $75.95 | | |
| 10/15/14 | Postage | | POST |
| | Amount =  $20.20 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $8.50 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.30 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 10/15/14 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 10/16/14 | PACER | | DOCRETRI |
| | Amount =  $0.50 | | |
| 10/16/14 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 10/16/14 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 10/16/14 | Printing | | DUP |
| | Amount =  $0.30 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 14
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/16/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/17/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/17/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $2.70 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/20/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 15
Client #  732310

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 10/20/14 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 10/20/14 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 10/20/14 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 10/20/14 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 10/20/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/20/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/20/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 10/20/14 | Printing | | | DUP |
| | | Amount = | $1.50 | |
| 10/20/14 | Printing | | | DUP |
| | | Amount = | $5.00 | |
| 10/22/14 | DIAZ DATA SERVICES: Transcript - 165839 | | | CTRPT |
| | | Amount = | $34.20 | |
| 10/22/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/22/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 10/22/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 10/22/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/23/14 | 12128728040 Long Distance | | | LD |
| | | Amount = | $1.39 | |
| 10/23/14 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | | MESS |
| | | Amount = | $6.45 | |
| 10/24/14 | CourtCall | | | CONFCALL |
| | | Amount = | $90.00 | |
| 10/27/14 | Printing | | | DUP |
| | | Amount = | $0.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 16

Client #  732310

| Date | Description | | Type |
|------|-------------|---|------|
| 10/29/14 | Photocopies | | DUP |
| | Amount = $66.00 | | |
| 10/29/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 10/29/14 | Richards Layton and Finger/US Trustee Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 10/29/14 | Postage | | POST |
| | Amount = $11.48 | | |
| 10/29/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 10/29/14 | Printing | | DUP |
| | Amount = $2.10 | | |
| 10/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 10/29/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 10/29/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 10/29/14 | Printing | | DUP |
| | Amount = $3.30 | | |
| 10/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 10/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 10/30/14 | Photocopies | | DUP |
| | Amount = $46.80 | | |
| 10/30/14 | Photocopies | | DUP |
| | Amount = $9.00 | | |
| 10/30/14 | 12128727425 Long Distance | | LD |
| | Amount = $1.39 | | |
| 10/30/14 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | Amount = $10.40 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 17
Client #  732310

| 10/30/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | MESS |
| | Amount =  $6.45 | |
| 10/30/14 | Richards Layton and Finger/US Trustee Messenger and delivery charges | MESS |
| | Amount =  $6.45 | |
| 10/30/14 | Messenger and delivery | MESS |
| | Amount =  $104.75 | |
| 10/30/14 | Postage | POST |
| | Amount =  $8.96 | |
| 10/30/14 | Postage | POST |
| | Amount =  $8.33 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.40 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.20 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.10 | |
| 10/30/14 | Printing | DUP |
| | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 18

Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 10/30/14 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 10/30/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 10/30/14 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 10/31/14 | Photocopies | | | DUP |
| | | Amount = | $52.80 | |
| 10/31/14 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | | MESS |
| | | Amount = | $6.45 | |
| 10/31/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | | MESS |
| | | Amount = | $6.45 | |
| 10/31/14 | Postage | | | POST |
| | | Amount = | $9.80 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $3.80 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 10/31/14 | Printing | | | DUP |
| | | Amount = | $4.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 25, 2014
Invoice 470074
Page 19
Client #  732310

| 10/31/14 | Printing | DUP |
|---|---|---|

Amount =  $4.40

TOTALS FOR   732310      Official Committee of the Board of Directors of Nortel
Networks Inc

Expenses     $1,090.45