# EXHIBIT C

Legal*12958268.3

## DISBURSEMENT SUMMARY
## SEPTEMBER 1 TO SEPTEMBER 30, 2013
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements

| | |
|---|---|
| Copies | $ 6,417.80 |
| Courier/ Delivery Charges | $ 147.94 |
| Telephone / Long Distance/Conference Calls | $ 14.21 |
| Binding Books / Documents | $ 729.73 |
| Library Computer Searches | $ 3,555.00 |
| Meals / Beverages | $ 1,090.96 |
| Travel / Ground Transportation | $ 355.23 |
| **Total Non-Taxable Disbursements** | **$12,310.87 CDN.** |