**EXHIBIT D**

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/2/2014 | Copies | 7 | 0.70 |
| 9/2/2014 | Copies | 3 | 0.30 |
| 9/2/2014 | Copies | 49 | 4.90 |
| 9/2/2014 | Copies | 4 | 0.40 |
| 9/2/2014 | Copies | 4 | 0.40 |
| 9/2/2014 | Copies | 7 | 0.70 |
| 9/2/2014 | Copies | 11 | 1.10 |
| 9/2/2014 | Copies | 12 | 1.20 |
| 9/2/2014 | Copies | 5 | 0.50 |
| 9/2/2014 | Copies | 2 | 0.20 |
| 9/2/2014 | Binding, Tabs, Disks, etc | 1 | 3.59 |
| 9/2/2014 | Copies | 2 | 0.20 |
| 9/3/2014 | Copies | 2 | 0.20 |
| 9/3/2014 | Copies | 2 | 0.20 |
| 9/3/2014 | Copies | 2 | 0.20 |
| 9/3/2014 | Copies | 2 | 0.20 |
| 9/3/2014 | Copies | 2 | 0.20 |
| 9/3/2014 | Copies | 4 | 0.40 |
| 9/3/2014 | Copies | 7 | 0.70 |
| 9/3/2014 | Library Computer Searches/Westlaw done by Daniel Waldman | 1 | 90.00 |
| 9/4/2014 | Telephone - Conference call charge - September 4, 2014 | 1 | 8.26 |
| 9/4/2014 | Copies | 25 | 2.50 |
| 9/4/2014 | Copies | 3 | 0.30 |
| 9/4/2014 | Copies | 2 | 0.20 |
| 9/4/2014 | Copies | 6 | 0.60 |
| 9/4/2014 | Copies | 5 | 0.50 |
| 9/4/2014 | Copies | 2 | 0.20 |
| 9/4/2014 | Copies | 2 | 0.20 |
| 9/4/2014 | Copies | 5 | 0.50 |
| 9/5/2014 | Copies | 4 | 0.40 |
| 9/5/2014 | Copies | 2 | 0.20 |
| 9/5/2014 | Copies | 4 | 0.40 |
| 9/5/2014 | Copies | 3 | 0.30 |
| 9/8/2014 | Copies | 2 | 0.20 |
| 9/8/2014 | Copies | 4 | 0.40 |
| 9/8/2014 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/8/2014 | Copies | 3 | 0.30 |
| 9/8/2014 | Copies | 13 | 1.30 |
| 9/8/2014 | Copies | 4 | 0.40 |
| 9/8/2014 | Copies | 4 | 0.40 |
| 9/8/2014 | Copies | 2 | 0.20 |
| 9/8/2014 | Copies | 7 | 0.70 |
| 9/8/2014 | Library Computer Searches/Westlaw - Hilary Fender | 1 | 90.00 |
| 9/8/2014 | Working dinner for H. FENDER at NINKI - September 8, 2014 | 1 | 25.00 |
| 9/8/2014 | Working dinner for M. SUTKIEWICZ - September 8, 2014 | 1 | 25.00 |
| 9/8/2014 | Telephone - M. SASSI | 1 | 0.34 |
| 9/9/2014 | Copies | 8 | 0.80 |
| 9/9/2014 | Copies | 6 | 0.60 |
| 9/9/2014 | Copies | 2 | 0.20 |
| 9/9/2014 | Copies | 2 | 0.20 |
| 9/9/2014 | Copies | 123 | 12.30 |
| 9/9/2014 | Copies | 4 | 0.40 |
| 9/9/2014 | Copies | 8 | 0.80 |
| 9/9/2014 | Copies | 3 | 0.30 |
| 9/9/2014 | Copies | 8 | 0.80 |
| 9/9/2014 | Copies | 6 | 0.60 |
| 9/9/2014 | Copies | 7 | 0.70 |
| 9/9/2014 | Copies | 98 | 9.80 |
| 9/9/2014 | Copies | 4 | 0.40 |
| 9/9/2014 | Copies | 6 | 0.60 |
| 9/9/2014 | Copies | 6 | 0.60 |
| 9/9/2014 | Copies | 8 | 0.80 |
| 9/9/2014 | Copies | 3 | 0.30 |
| 9/9/2014 | Copies | 7 | 0.70 |
| 9/9/2014 | Copies | 16 | 1.60 |
| 9/9/2014 | Copies | 4 | 0.40 |
| 9/9/2014 | Copies | 7 | 0.70 |
| 9/9/2014 | Copies | 7 | 0.70 |
| 9/9/2014 | Copies | 4 | 0.40 |
| 9/9/2014 | Copies | 20 | 2.00 |
| 9/9/2014 | Copies | 12 | 1.20 |
| 9/9/2014 | Copies | 3 | 0.30 |
| 9/9/2014 | Copies | 2 | 0.20 |
| 9/9/2014 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/9/2014 | Library Computer Searches/Westlaw - Stefanie Baldassarra | 1 | 18.00 |
| 9/9/2014 | Library Computer Searches/Westlaw - Hilary Fender | 1 | 190.00 |
| 9/9/2014 | Library Computer Searches/Westlaw - Michelle Sutkiewicz | 1 | 168.00 |
| 9/10/2014 | Copies | 6 | 0.60 |
| 9/10/2014 | Copies | 2 | 0.20 |
| 9/10/2014 | Copies | 6 | 0.60 |
| 9/10/2014 | Copies | 36 | 3.60 |
| 9/10/2014 | Copies | 7 | 0.70 |
| 9/10/2014 | Copies | 4 | 0.40 |
| 9/10/2014 | Library Computer Searches/Westlaw - Hilary Fender | 1 | 659.00 |
| 9/11/2014 | Copies | 9 | 0.90 |
| 9/11/2014 | Copies | 3 | 0.30 |
| 9/11/2014 | Copies | 6 | 0.60 |
| 9/11/2014 | Copies | 4 | 0.40 |
| 9/11/2014 | Copies | 9 | 0.90 |
| 9/11/2014 | Library Computer Searches/Westlaw - Stefanie Baldassarra | 1 | 18.00 |
| 9/11/2014 | Telephone - M. SASSI | 1 | 4.08 |
| 9/12/2014 | Copies | 4 | 0.40 |
| 9/12/2014 | Copies | 2 | 0.20 |
| 9/12/2014 | Copies | 11 | 1.10 |
| 9/12/2014 | Copies | 4 | 0.40 |
| 9/12/2014 | Copies | 13 | 1.30 |
| 9/14/2014 | Taxi - H. Fender on September 14, 2014 | 1 | 5.09 |
| 9/16/2014 | Copies | 11 | 1.10 |
| 9/16/2014 | Copies | 42 | 4.20 |
| 9/16/2014 | Copies | 41 | 4.10 |
| 9/16/2014 | Copies | 250 | 25.00 |
| 9/16/2014 | Copies | 155 | 15.50 |
| 9/16/2014 | Copies | 5 | 0.50 |
| 9/16/2014 | Copies | 168 | 16.80 |
| 9/16/2014 | Copies | 134 | 13.40 |
| 9/16/2014 | Copies | 1 | 0.10 |
| 9/16/2014 | Copies | 30 | 3.00 |
| 9/16/2014 | Copies | 69 | 6.90 |
| 9/16/2014 | Copies | 5 | 0.50 |
| 9/16/2014 | Copies | 32 | 3.20 |
| 9/16/2014 | Copies | 39 | 3.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/16/2014 | Copies | 11 | 1.10 |
| 9/16/2014 | Copies | 34 | 3.40 |
| 9/16/2014 | Copies | 69 | 6.90 |
| 9/16/2014 | Copies | 17 | 1.70 |
| 9/16/2014 | Copies | 106 | 10.60 |
| 9/16/2014 | Copies | 203 | 20.30 |
| 9/16/2014 | Copies | 274 | 27.40 |
| 9/16/2014 | Copies | 2 | 0.20 |
| 9/16/2014 | Copies | 2 | 0.20 |
| 9/16/2014 | Copies | 277 | 27.70 |
| 9/16/2014 | Copies | 4 | 0.40 |
| 9/16/2014 | Copies | 221 | 22.10 |
| 9/16/2014 | Copies | 49 | 4.90 |
| 9/16/2014 | Copies | 27 | 2.70 |
| 9/16/2014 | Copies | 5 | 0.50 |
| 9/16/2014 | Copies | 8 | 0.80 |
| 9/16/2014 | Copies | 56 | 5.60 |
| 9/16/2014 | Copies | 13 | 1.30 |
| 9/16/2014 | Copies | 30 | 3.00 |
| 9/16/2014 | Copies | 5 | 0.50 |
| 9/16/2014 | Copies | 42 | 4.20 |
| 9/16/2014 | Copies | 43 | 4.30 |
| 9/16/2014 | Copies | 4 | 0.40 |
| 9/16/2014 | Copies | 163 | 16.30 |
| 9/16/2014 | Copies | 41 | 4.10 |
| 9/16/2014 | Copies | 250 | 25.00 |
| 9/16/2014 | Copies | 30 | 3.00 |
| 9/16/2014 | Copies | 221 | 22.10 |
| 9/16/2014 | Copies | 203 | 20.30 |
| 9/16/2014 | Copies | 105 | 10.50 |
| 9/16/2014 | Copies | 49 | 4.90 |
| 9/16/2014 | Copies | 274 | 27.40 |
| 9/16/2014 | Copies | 3 | 0.30 |
| 9/16/2014 | Copies | 155 | 15.50 |
| 9/16/2014 | Copies | 134 | 13.40 |
| 9/16/2014 | Copies | 5 | 0.50 |
| 9/16/2014 | Copies | 42 | 4.20 |
| 9/16/2014 | Copies | 4 | 0.40 |
| 9/16/2014 | Copies | 4 | 0.40 |
| 9/16/2014 | Copies | 163 | 16.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-31-

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/16/2014 | Copies | 168 | 16.80 |
| 9/16/2014 | Copies | 17 | 1.70 |
| 9/16/2014 | Binding, Tabs, Disks, etc | 1 | 11.43 |
| 9/16/2014 | Binding, Tabs, Disks, etc | 1 | 42.00 |
| 9/16/2014 | Delivery/Fedex | 1 | 36.22 |
| 9/16/2014 | Library Computer Searches-Westlaw - Hilary Fender | 1 | 430.00 |
| 9/16/2014 | Telephone - M. WUNDER | 1 | 1.53 |
| 9/17/2014 | Working meal for H. Fender – September 17, 2014 | 1 | 16.75 |
| 9/17/2014 | Copies | 1 | 0.10 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 500 | 50.00 |
| 9/17/2014 | Copies | 10 | 1.00 |
| 9/17/2014 | Copies | 8 | 0.80 |
| 9/17/2014 | Copies | 336 | 33.60 |
| 9/17/2014 | Copies | 98 | 9.80 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 168 | 16.80 |
| 9/17/2014 | Copies | 11 | 1.10 |
| 9/17/2014 | Copies | 43 | 4.30 |
| 9/17/2014 | Copies | 4 | 0.40 |
| 9/17/2014 | Copies | 12 | 1.20 |
| 9/17/2014 | Copies | 16 | 1.60 |
| 9/17/2014 | Copies | 310 | 31.00 |
| 9/17/2014 | Copies | 212 | 21.20 |
| 9/17/2014 | Copies | 86 | 8.60 |
| 9/17/2014 | Copies | 8 | 0.80 |
| 9/17/2014 | Copies | 442 | 44.20 |
| 9/17/2014 | Copies | 34 | 3.40 |
| 9/17/2014 | Copies | 268 | 26.80 |
| 9/17/2014 | Copies | 11 | 1.10 |
| 9/17/2014 | Copies | 4 | 0.40 |
| 9/17/2014 | Copies | 11 | 1.10 |
| 9/17/2014 | Copies | 12 | 1.20 |
| 9/17/2014 | Copies | 5 | 0.50 |
| 9/17/2014 | Copies | 6 | 0.60 |
| 9/17/2014 | Copies | 155 | 15.50 |
| 9/17/2014 | Copies | 84 | 8.40 |
| 9/17/2014 | Copies | 326 | 32.60 |
| 9/17/2014 | Copies | 548 | 54.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/17/2014 | Copies | 406 | 40.60 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 60 | 6.00 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 12 | 1.20 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 42 | 4.20 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 2 | 0.20 |
| 9/17/2014 | Copies | 43 | 4.30 |
| 9/17/2014 | Copies | 11 | 1.10 |
| 9/17/2014 | Copies | 4 | 0.40 |
| 9/17/2014 | Copies | 4 | 0.40 |
| 9/17/2014 | Copies | 30 | 3.00 |
| 9/17/2014 | Binding, Tabs, Disks, etc | 1 | 109.50 |
| 9/17/2014 | Library Computer Searches-Westlaw - Hilary Fender | 1 | 387.00 |
| 9/17/2014 | Library Computer Searches-Westlaw - Michelle Sutkiewicz | 1 | 828.00 |
| 9/17/2014 | Working meal for H. FENDER - September 17, 2014 | 1 | 16.23 |
| 9/17/2014 | Working meal for M. Sutkiewicz - September 17, 2014 | 1 | 16.23 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 20 | 2.00 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 14 | 1.40 |
| 9/18/2014 | Copies | 28 | 2.80 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 46 | 4.60 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 26 | 2.60 |
| 9/18/2014 | Copies | 14 | 1.40 |
| 9/18/2014 | Copies | 74 | 7.40 |
| 9/18/2014 | Copies | 78 | 7.80 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 8 | 0.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/18/2014 | Copies | 36 | 3.60 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 26 | 2.60 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 38 | 3.80 |
| 9/18/2014 | Copies | 28 | 2.80 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 34 | 3.40 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 24 | 2.40 |
| 9/18/2014 | Copies | 36 | 3.60 |
| 9/18/2014 | Copies | 38 | 3.80 |
| 9/18/2014 | Copies | 16 | 1.60 |
| 9/18/2014 | Copies | 114 | 11.40 |
| 9/18/2014 | Copies | 36 | 3.60 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 30 | 3.00 |
| 9/18/2014 | Copies | 54 | 5.40 |
| 9/18/2014 | Copies | 84 | 8.40 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 34 | 3.40 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 16 | 1.60 |
| 9/18/2014 | Copies | 42 | 4.20 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 42 | 4.20 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 14 | 1.40 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 14 | 1.40 |
| 9/18/2014 | Copies | 126 | 12.60 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 32 | 3.20 |
| 9/18/2014 | Copies | 20 | 2.00 |
| 9/18/2014 | Copies | 22 | 2.20 |
| 9/18/2014 | Copies | 110 | 11.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/18/2014 | Copies | 46 | 4.60 |
| 9/18/2014 | Copies | 42 | 4.20 |
| 9/18/2014 | Copies | 14 | 1.40 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 20 | 2.00 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 140 | 14.00 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 40 | 4.00 |
| 9/18/2014 | Copies | 26 | 2.60 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 50 | 5.00 |
| 9/18/2014 | Copies | 44 | 4.40 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 38 | 3.80 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 60 | 6.00 |
| 9/18/2014 | Copies | 126 | 12.60 |
| 9/18/2014 | Copies | 78 | 7.80 |
| 9/18/2014 | Copies | 20 | 2.00 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 112 | 11.20 |
| 9/18/2014 | Copies | 20 | 2.00 |
| 9/18/2014 | Copies | 64 | 6.40 |
| 9/18/2014 | Copies | 14 | 1.40 |
| 9/18/2014 | Copies | 32 | 3.20 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 16 | 1.60 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 14 | 1.40 |
| 9/18/2014 | Copies | 24 | 2.40 |
| 9/18/2014 | Copies | 24 | 2.40 |
| 9/18/2014 | Copies | 34 | 3.40 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 36 | 3.60 |
| 9/18/2014 | Copies | 18 | 1.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 28 | 2.80 |
| 9/18/2014 | Copies | 32 | 3.20 |
| 9/18/2014 | Copies | 34 | 3.40 |
| 9/18/2014 | Copies | 38 | 3.80 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 20 | 2.00 |
| 9/18/2014 | Copies | 16 | 1.60 |
| 9/18/2014 | Copies | 96 | 9.60 |
| 9/18/2014 | Copies | 30 | 3.00 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 108 | 10.80 |
| 9/18/2014 | Copies | 36 | 3.60 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 22 | 2.20 |
| 9/18/2014 | Copies | 140 | 14.00 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 36 | 3.60 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 46 | 4.60 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 25 | 2.50 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 19 | 1.90 |
| 9/18/2014 | Copies | 9 | 0.90 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 131 | 13.10 |
| 9/18/2014 | Copies | 17 | 1.70 |
| 9/18/2014 | Copies | 10 | 1.00 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 16 | 1.60 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 11 | 1.10 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/18/2014 | Copies | 14 | 1.40 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 1 | 0.10 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 23 | 2.30 |
| 9/18/2014 | Copies | 17 | 1.70 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 21 | 2.10 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 11 | 1.10 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 16 | 1.60 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 19 | 1.90 |
| 9/18/2014 | Copies | 42 | 4.20 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 15 | 1.50 |
| 9/18/2014 | Copies | 42 | 4.20 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 18 | 1.80 |
| 9/18/2014 | Copies | 42 | 4.20 |
| 9/18/2014 | Copies | 22 | 2.20 |
| 9/18/2014 | Copies | 46 | 4.60 |
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 15 | 1.50 |
| 9/18/2014 | Copies | 15 | 1.50 |
| 9/18/2014 | Copies | 27 | 2.70 |
| 9/18/2014 | Copies | 21 | 2.10 |
| 9/18/2014 | Copies | 12 | 1.20 |
| 9/18/2014 | Copies | 17 | 1.70 |
| 9/18/2014 | Binding, Tabs, Disks, etc | 1 | 50.10 |
| 9/18/2014 | Binding, Tabs, Disks, etc | 1 | 6.24 |
| 9/18/2014 | Binding, Tabs, Disks, etc | 1 | 5.09 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-37-

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 9/18/2014 | Copies | 6 | 0.60 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 2 | 0.20 |
| 9/18/2014 | Copies | 4 | 0.40 |
| 9/18/2014 | Copies | 3 | 0.30 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 3 | 0.30 |
| 9/18/2014 | Copies | 7 | 0.70 |
| 9/18/2014 | Copies | 3 | 0.30 |
| 9/18/2014 | Copies | 134 | 13.40 |
| 9/18/2014 | Copies | 49 | 4.90 |
| 9/18/2014 | Copies | 11 | 1.10 |
| 9/18/2014 | Copies | 5 | 0.50 |
| 9/18/2014 | Copies | 7 | 0.70 |
| 9/18/2014 | Copies | 8 | 0.80 |
| 9/18/2014 | Copies | 3 | 0.30 |
| 9/18/2014 | Copies | 7 | 0.70 |
| 9/18/2014 | Library Computer Searches-Westlaw - Michelle Sutkiewicz | 1 | 54.00 |
| 9/18/2014 | Working meal - ORDERIT.CA/RESTAURANTS ON THE GO INC.-M. SUTKIEWICZ - September 18, 2014 | 1 | 27.43 |
| 9/18/2014 | Wokring meal - H. Fender - September 18, 2014 | 1 | 23.96 |
| 9/18/2014 | Taxi for H. Fender on September 18, 2014 | 1 | 7.25 |
| 9/19/2014 | Copies | 8 | 0.80 |
| 9/19/2014 | Copies | 1 | 0.10 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 40 | 4.00 |
| 9/19/2014 | Copies | 360 | 36.00 |
| 9/19/2014 | Copies | 381 | 38.10 |
| 9/19/2014 | Copies | 591 | 59.10 |
| 9/19/2014 | Copies | 15 | 1.50 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 6 | 0.60 |
| 9/19/2014 | Copies | 57 | 5.70 |
| 9/19/2014 | Copies | 10 | 1.00 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 5 | 0.50 |
| 9/19/2014 | Copies | 10 | 1.00 |

-38-

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 6 | 0.60 |
| 9/19/2014 | Copies | 84 | 8.40 |
| 9/19/2014 | Copies | 17 | 1.70 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 17 | 1.70 |
| 9/19/2014 | Copies | 1 | 0.10 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 8 | 0.80 |
| 9/19/2014 | Copies | 12 | 1.20 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 11 | 1.10 |
| 9/19/2014 | Copies | 6 | 0.60 |
| 9/19/2014 | Copies | 7 | 0.70 |
| 9/19/2014 | Copies | 120 | 12.00 |
| 9/19/2014 | Copies | 104 | 10.40 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 159 | 15.90 |
| 9/19/2014 | Copies | 6 | 0.60 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 390 | 39.00 |
| 9/19/2014 | Copies | 51 | 5.10 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 123 | 12.30 |
| 9/19/2014 | Copies | 198 | 19.80 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 1035 | 103.50 |
| 9/19/2014 | Copies | 402 | 40.20 |
| 9/19/2014 | Copies | 666 | 66.60 |
| 9/19/2014 | Copies | 459 | 45.90 |
| 9/19/2014 | Copies | 90 | 9.00 |
| 9/19/2014 | Copies | 123 | 12.30 |
| 9/19/2014 | Copies | 822 | 82.20 |
| 9/19/2014 | Copies | 489 | 48.90 |
| 9/19/2014 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/19/2014 | Copies | 741 | 74.10 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 591 | 59.10 |
| 9/19/2014 | Copies | 120 | 12.00 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 906 | 90.60 |
| 9/19/2014 | Copies | 12 | 1.20 |
| 9/19/2014 | Copies | 147 | 14.70 |
| 9/19/2014 | Copies | 129 | 12.90 |
| 9/19/2014 | Copies | 504 | 50.40 |
| 9/19/2014 | Copies | 111 | 11.10 |
| 9/19/2014 | Copies | 75 | 7.50 |
| 9/19/2014 | Copies | 249 | 24.90 |
| 9/19/2014 | Copies | 450 | 45.00 |
| 9/19/2014 | Copies | 189 | 18.90 |
| 9/19/2014 | Copies | 222 | 22.20 |
| 9/19/2014 | Copies | 1074 | 107.40 |
| 9/19/2014 | Copies | 351 | 35.10 |
| 9/19/2014 | Copies | 318 | 31.80 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 126 | 12.60 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 10 | 1.00 |
| 9/19/2014 | Copies | 6 | 0.60 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 5 | 0.50 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 5 | 0.50 |
| 9/19/2014 | Copies | 42 | 4.20 |
| 9/19/2014 | Copies | 15 | 1.50 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 8 | 0.80 |
| 9/19/2014 | Copies | 10 | 1.00 |
| 9/19/2014 | Copies | 17 | 1.70 |
| 9/19/2014 | Copies | 42 | 4.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    Invoice # 1947932
The Official Committee of Unsecured Creditors       Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 80 | 8.00 |
| 9/19/2014 | Copies | 43 | 4.30 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 40 | 4.00 |
| 9/19/2014 | Copies | 10 | 1.00 |
| 9/19/2014 | Copies | 5 | 0.50 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 392 | 39.20 |
| 9/19/2014 | Copies | 7 | 0.70 |
| 9/19/2014 | Copies | 17 | 1.70 |
| 9/19/2014 | Copies | 5 | 0.50 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 7 | 0.70 |
| 9/19/2014 | Copies | 8 | 0.80 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 1 | 0.10 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 6 | 0.60 |
| 9/19/2014 | Copies | 5 | 0.50 |
| 9/19/2014 | Copies | 17 | 1.70 |
| 9/19/2014 | Copies | 4 | 0.40 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 17 | 1.70 |
| 9/19/2014 | Copies | 15 | 1.50 |
| 9/19/2014 | Copies | 42 | 4.20 |
| 9/19/2014 | Copies | 15 | 1.50 |
| 9/19/2014 | Copies | 106 | 10.60 |
| 9/19/2014 | Copies | 45 | 4.50 |
| 9/19/2014 | Copies | 23 | 2.30 |
| 9/19/2014 | Copies | 36 | 3.60 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 273 | 27.30 |
| 9/19/2014 | Copies | 15 | 1.50 |
| 9/19/2014 | Copies | 208 | 20.80 |
| 9/19/2014 | Copies | 2 | 0.20 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 504 | 50.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP

Invoice # 1947932

The Official Committee of Unsecured Creditors

Matter # 46992-00001

Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/19/2014 | Copies | 285 | 28.50 |
| 9/19/2014 | Copies | 258 | 25.80 |
| 9/19/2014 | Copies | 12 | 1.20 |
| 9/19/2014 | Copies | 933 | 93.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 111 | 11.10 |
| 9/19/2014 | Copies | 462 | 46.20 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 3 | 0.30 |
| 9/19/2014 | Copies | 807 | 80.70 |
| 9/19/2014 | Binding, Tabs, Disks, etc | 1 | 7.56 |
| 9/19/2014 | Binding, Tabs, Disks, etc | 1 | 5.40 |
| 9/19/2014 | Binding, Tabs, Disks, etc | 1 | 458.82 |
| 9/19/2014 | Library Computer Searches-Westlaw - Hilary Fender | 1 | 593.00 |
| 9/19/2014 | Meals - Food for Nortel Group Meetings re: Akin Gump and Cassels Lawyers - September, 2014 (multiple days - September 21 - 23, 2014) | 1 | 78.75 |
| 9/20/2014 | Copies | 65 | 6.50 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 4 | 0.40 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 1 | 0.10 |
| 9/20/2014 | Copies | 1 | 0.10 |
| 9/20/2014 | Copies | 1 | 0.10 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 4 | 0.40 |
| 9/20/2014 | Copies | 4 | 0.40 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 9 | 0.90 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 4 | 0.40 |
| 9/20/2014 | Copies | 1 | 0.10 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/20/2014 | Copies | 9 | 0.90 |
| 9/20/2014 | Copies | 15 | 1.50 |
| 9/20/2014 | Copies | 4 | 0.40 |
| 9/20/2014 | Copies | 30 | 3.00 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 1 | 0.10 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 6 | 0.60 |
| 9/20/2014 | Copies | 15 | 1.50 |
| 9/20/2014 | Copies | 9 | 0.90 |
| 9/20/2014 | Copies | 6 | 0.60 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 6 | 0.60 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 38 | 3.80 |
| 9/20/2014 | Copies | 1 | 0.10 |
| 9/20/2014 | Copies | 5 | 0.50 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 20 | 2.00 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 12 | 1.20 |
| 9/20/2014 | Copies | 8 | 0.80 |
| 9/20/2014 | Copies | 6 | 0.60 |
| 9/20/2014 | Copies | 9 | 0.90 |
| 9/20/2014 | Copies | 35 | 3.50 |
| 9/20/2014 | Copies | 105 | 10.50 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 105 | 10.50 |
| 9/20/2014 | Copies | 6 | 0.60 |
| 9/20/2014 | Copies | 18 | 1.80 |
| 9/20/2014 | Copies | 885 | 88.50 |
| 9/20/2014 | Copies | 105 | 10.50 |
| 9/20/2014 | Copies | 54 | 5.40 |
| 9/20/2014 | Copies | 18 | 1.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    Invoice # 1947932
The Official Committee of Unsecured Creditors        Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/20/2014 | Copies | 259 | 25.90 |
| 9/20/2014 | Copies | 259 | 25.90 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 54 | 5.40 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 297 | 29.70 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 295 | 29.50 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 341 | 34.10 |
| 9/20/2014 | Copies | 114 | 11.40 |
| 9/20/2014 | Copies | 12 | 1.20 |
| 9/20/2014 | Copies | 72 | 7.20 |
| 9/20/2014 | Copies | 30 | 3.00 |
| 9/20/2014 | Copies | 351 | 35.10 |
| 9/20/2014 | Copies | 341 | 34.10 |
| 9/20/2014 | Copies | 341 | 34.10 |
| 9/20/2014 | Copies | 417 | 41.70 |
| 9/20/2014 | Copies | 30 | 3.00 |
| 9/20/2014 | Copies | 108 | 10.80 |
| 9/20/2014 | Copies | 87 | 8.70 |
| 9/20/2014 | Copies | 147 | 14.70 |
| 9/20/2014 | Copies | 198 | 19.80 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 6 | 0.60 |
| 9/20/2014 | Copies | 637 | 63.70 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 36 | 3.60 |
| 9/20/2014 | Copies | 309 | 30.90 |
| 9/20/2014 | Copies | 259 | 25.90 |
| 9/20/2014 | Copies | 329 | 32.90 |
| 9/20/2014 | Copies | 6 | 0.60 |
| 9/20/2014 | Copies | 132 | 13.20 |
| 9/20/2014 | Copies | 309 | 30.90 |
| 9/20/2014 | Copies | 309 | 30.90 |
| 9/20/2014 | Copies | 329 | 32.90 |
| 9/20/2014 | Copies | 2 | 0.20 |
| 9/20/2014 | Copies | 44 | 4.40 |
| 9/20/2014 | Copies | 309 | 30.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-44-

CASSELS BROCK LLP                                    Invoice # 1947932
The Official Committee of Unsecured Creditors        Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/20/2014 | Copies | 268 | 26.80 |
| 9/20/2014 | Copies | 268 | 26.80 |
| 9/20/2014 | Copies | 268 | 26.80 |
| 9/20/2014 | Copies | 329 | 32.90 |
| 9/20/2014 | Copies | 72 | 7.20 |
| 9/20/2014 | Copies | 3 | 0.30 |
| 9/20/2014 | Copies | 126 | 12.60 |
| 9/20/2014 | Copies | 24 | 2.40 |
| 9/20/2014 | Copies | 147 | 14.70 |
| 9/20/2014 | Copies | 417 | 41.70 |
| 9/20/2014 | Copies | 417 | 41.70 |
| 9/20/2014 | Copies | 75 | 7.50 |
| 9/20/2014 | Copies | 6 | 0.60 |
| 9/20/2014 | Working Meal for M. SUTKIEWICZ - September 20, 2014 | 1 | 15.35 |
| 9/21/2014 | J. LeBlanc. Parking for Nortel trial preparation - September 21, 2014 | 1 | 33.63 |
| 9/21/2014 | Copies | 144 | 14.40 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 24 | 2.40 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Copies | 2 | 0.20 |
| 9/21/2014 | Wokring dinner for H. Fender on September 21, 2014 | 1 | 12.40 |
| 9/21/2014 | H. FENDER taxi to court on September 21, 2014 | 1 | 18.58 |
| 9/21/2014 | Travel - M. Sassi taxi to office on September 21, 2014 | 1 | 9.67 |
| 9/21/2014 | MAPLE LEAF TAXI - S. BERHANE on September 21, 2014 | 1 | 51.00 |
| 9/21/2014 | Taxi late night for M. Sassi on September 21, 2014 | 1 | 19.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-45-

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/21/2014 | ROSE REISMAN CATERING. Working dinner for Akin Gump and Cassels Brock lawyers (10) - September 21, 2014 | 1 | 329.25 |
| 9/21/2014 | Working Lunch for M. Sassi on September 21, 2014 | 1 | 18.08 |
| 9/21/2014 | Working Dinner for Akin Gump and Cassels Brock lawyers (7 people) on September 21, 2014 | 1 | 126.00 |
| 9/21/2014 | Parking for Nortel trial preparation - Sepmteber 21, 2014 | 1 | 33.63 |
| 9/22/2014 | Binding, Tabs, Disks, etc | 1 | 6.00 |
| 9/22/2014 | Copies | 160 | 16.00 |
| 9/22/2014 | Copies | 160 | 16.00 |
| 9/22/2014 | Copies | 96 | 9.60 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 72 | 7.20 |
| 9/22/2014 | Copies | 12 | 1.20 |
| 9/22/2014 | Copies | 48 | 4.80 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 174 | 17.40 |
| 9/22/2014 | Copies | 54 | 5.40 |
| 9/22/2014 | Copies | 6 | 0.60 |
| 9/22/2014 | Copies | 13 | 1.30 |
| 9/22/2014 | Copies | 25 | 2.50 |
| 9/22/2014 | Copies | 174 | 17.40 |
| 9/22/2014 | Copies | 24 | 2.40 |
| 9/22/2014 | Copies | 75 | 7.50 |
| 9/22/2014 | Copies | 300 | 30.00 |
| 9/22/2014 | Copies | 300 | 30.00 |
| 9/22/2014 | Copies | 927 | 92.70 |
| 9/22/2014 | Copies | 927 | 92.70 |
| 9/22/2014 | Copies | 261 | 26.10 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 459 | 45.90 |
| 9/22/2014 | Copies | 39 | 3.90 |
| 9/22/2014 | Copies | 54 | 5.40 |
| 9/22/2014 | Copies | 3 | 0.30 |
| 9/22/2014 | Copies | 741 | 74.10 |
| 9/22/2014 | Copies | 384 | 38.40 |
| 9/22/2014 | Copies | 915 | 91.50 |
| 9/22/2014 | Copies | 84 | 8.40 |
| 9/22/2014 | Copies | 24 | 2.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    Invoice # 1947932
The Official Committee of Unsecured Creditors        Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/22/2014 | Copies | 39 | 3.90 |
| 9/22/2014 | Copies | 30 | 3.00 |
| 9/22/2014 | Copies | 117 | 11.70 |
| 9/22/2014 | Copies | 39 | 3.90 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 216 | 21.60 |
| 9/22/2014 | Copies | 237 | 23.70 |
| 9/22/2014 | Copies | 18 | 1.80 |
| 9/22/2014 | Copies | 6 | 0.60 |
| 9/22/2014 | Copies | 9 | 0.90 |
| 9/22/2014 | Copies | 100 | 10.00 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 314 | 31.40 |
| 9/22/2014 | Copies | 135 | 13.50 |
| 9/22/2014 | Copies | 3 | 0.30 |
| 9/22/2014 | Copies | 774 | 77.40 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 12 | 1.20 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 3 | 0.30 |
| 9/22/2014 | Copies | 3 | 0.30 |
| 9/22/2014 | Copies | 135 | 13.50 |
| 9/22/2014 | Copies | 774 | 77.40 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 9 | 0.90 |
| 9/22/2014 | Copies | 13 | 1.30 |
| 9/22/2014 | Copies | 264 | 26.40 |
| 9/22/2014 | Copies | 44 | 4.40 |
| 9/22/2014 | Copies | 252 | 25.20 |
| 9/22/2014 | Copies | 88 | 8.80 |
| 9/22/2014 | Copies | 3 | 0.30 |
| 9/22/2014 | Copies | 3 | 0.30 |
| 9/22/2014 | Copies | 87 | 8.70 |
| 9/22/2014 | Copies | 3 | 0.30 |
| 9/22/2014 | Copies | 591 | 59.10 |
| 9/22/2014 | Copies | 314 | 31.40 |
| 9/22/2014 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-47-

CASSELS BROCK LLP                                    Invoice # 1947932
The Official Committee of Unsecured Creditors        Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 72 | 7.20 |
| 9/22/2014 | Copies | 54 | 5.40 |
| 9/22/2014 | Copies | 804 | 80.40 |
| 9/22/2014 | Copies | 141 | 14.10 |
| 9/22/2014 | Copies | 18 | 1.80 |
| 9/22/2014 | Copies | 18 | 1.80 |
| 9/22/2014 | Copies | 66 | 6.60 |
| 9/22/2014 | Copies | 30 | 3.00 |
| 9/22/2014 | Copies | 48 | 4.80 |
| 9/22/2014 | Copies | 30 | 3.00 |
| 9/22/2014 | Copies | 24 | 2.40 |
| 9/22/2014 | Copies | 12 | 1.20 |
| 9/22/2014 | Copies | 140 | 14.00 |
| 9/22/2014 | Copies | 45 | 4.50 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 261 | 26.10 |
| 9/22/2014 | Copies | 804 | 80.40 |
| 9/22/2014 | Copies | 30 | 3.00 |
| 9/22/2014 | Copies | 24 | 2.40 |
| 9/22/2014 | Copies | 75 | 7.50 |
| 9/22/2014 | Copies | 57 | 5.70 |
| 9/22/2014 | Copies | 12 | 1.20 |
| 9/22/2014 | Copies | 72 | 7.20 |
| 9/22/2014 | Copies | 387 | 38.70 |
| 9/22/2014 | Copies | 36 | 3.60 |
| 9/22/2014 | Copies | 417 | 41.70 |
| 9/22/2014 | Copies | 12 | 1.20 |
| 9/22/2014 | Copies | 42 | 4.20 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 30 | 3.00 |
| 9/22/2014 | Copies | 48 | 4.80 |
| 9/22/2014 | Copies | 2 | 0.20 |
| 9/22/2014 | Copies | 39 | 3.90 |
| 9/22/2014 | Copies | 698 | 69.80 |
| 9/22/2014 | Copies | 42 | 4.20 |
| 9/22/2014 | Copies | 78 | 7.80 |
| 9/22/2014 | Copies | 24 | 2.40 |
| 9/22/2014 | Copies | 70 | 7.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-48-

CASSELS BROCK LLP                                Invoice # 1947932
The Official Committee of Unsecured Creditors    Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/22/2014 | Copies | 198 | 19.80 |
| 9/22/2014 | Copies | 249 | 24.90 |
| 9/22/2014 | Copies | 450 | 45.00 |
| 9/22/2014 | Copies | 42 | 4.20 |
| 9/22/2014 | Copies | 36 | 3.60 |
| 9/22/2014 | Copies | 18 | 1.80 |
| 9/22/2014 | Copies | 12 | 1.20 |
| 9/22/2014 | Copies | 87 | 8.70 |
| 9/22/2014 | Copies | 24 | 2.40 |
| 9/22/2014 | Copies | 108 | 10.80 |
| 9/22/2014 | Copies | 60 | 6.00 |
| 9/22/2014 | Copies | 36 | 3.60 |
| 9/22/2014 | Copies | 17 | 1.70 |
| 9/22/2014 | Copies | 15 | 1.50 |
| 9/22/2014 | Copies | 484 | 48.40 |
| 9/22/2014 | Copies | 17 | 1.70 |
| 9/22/2014 | Copies | 298 | 29.80 |
| 9/22/2014 | Taxi late night after trial preparation on September 22, 2014 for G. Shaw | 1 | 22.12 |
| 9/22/2014 | Working dinner for M. Sassi on September 22, 2014 | 1 | 16.82 |
| 9/22/2014 | Taxi for M. Sassi on September 22, 2014 | 1 | 15.78 |
| 9/22/2014 | Taxi for M. Sutkiewicz on September 22, 2014 | 1 | 8.25 |
| 9/22/2014 | Travel - MAPLE LEAF TAXI | 1 | 9.50 |
| 9/22/2014 | Meals - Working Dinner for Akin Gump and Cassels Brock lawyers for trial preparation (10 people) | 1 | 323.66 |
| 9/23/2014 | Binding, Tabs, Disks, etc | 1 | 24.00 |
| 9/23/2014 | Copies | 3 | 0.30 |
| 9/23/2014 | Copies | 88 | 8.80 |
| 9/23/2014 | Copies | 128 | 12.80 |
| 9/23/2014 | Copies | 2 | 0.20 |
| 9/23/2014 | Copies | 50 | 5.00 |
| 9/23/2014 | Copies | 8 | 0.80 |
| 9/23/2014 | Copies | 2 | 0.20 |
| 9/23/2014 | Copies | 37 | 3.70 |
| 9/23/2014 | Copies | 51 | 5.10 |
| 9/23/2014 | Copies | 234 | 23.40 |
| 9/23/2014 | Copies | 2 | 0.20 |
| 9/23/2014 | Copies | 2 | 0.20 |
| 9/23/2014 | Copies | 3 | 0.30 |
| 9/23/2014 | Copies | 4 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-49-

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 9/23/2014 | Copies | 243 | 24.30 |
| 9/23/2014 | Copies | 149 | 14.90 |
| 9/23/2014 | Copies | 236 | 23.60 |
| 9/23/2014 | Copies | 9 | 0.90 |
| 9/23/2014 | Copies | 150 | 15.00 |
| 9/23/2014 | Copies | 348 | 34.80 |
| 9/23/2014 | Copies | 160 | 16.00 |
| 9/23/2014 | Copies | 2 | 0.20 |
| 9/23/2014 | Copies | 2 | 0.20 |
| 9/23/2014 | Library Computer Searches/Westlaw - Done by Hilary Fender | 1 | 30.00 |
| 9/23/2014 | Working lunch at Nortel trial for G. Shaw, S. Kukulowicz on September 23, 2014 | 1 | 20.05 |
| 9/23/2014 | Taxi for M. Sassi on September 23, 2014 | 1 | 17.04 |
| 9/23/2014 | Taxi for M. Sassi on September 23, 2014 | 1 | 17.56 |
| 9/23/2014 | Taxi for M. Wunder on September 23, 2014 | 1 | 14.00 |
| 9/23/2014 | Taxi for H. Fender on September 23, 2014 | 1 | 13.75 |
| 9/23/2014 | Taxi for M. Sutkiewicz on September 23, 2014 | 1 | 10.75 |
| 9/23/2014 | Parking for Nortel trial preparation (J. LeBlanc) - September 23, 2014 | 1 | 33.63 |
| 9/24/2014 | Courier Delivery Charges (Delivery to Akin Gump) | 1 | 111.72 |
| 9/24/2014 | Copies | 66 | 6.60 |
| 9/24/2014 | Copies | 18 | 1.80 |
| 9/24/2014 | Copies | 3 | 0.3 |
| 9/24/2014 | Copies | 2 | 0.2 |
| 9/24/2014 | Copies | 3 | 0.3 |
| 9/24/2014 | Copies | 7 | 0.7 |
| 9/24/2014 | Copies | 9 | 0.9 |
| 9/24/2014 | Copies | 3 | 0.3 |
| 9/24/2014 | Copies | 70 | 7 |
| 9/24/2014 | Copies | 2 | 0.2 |
| 9/25/2014 | Copies | 2 | 0.2 |
| 9/25/2014 | Copies | 2 | 0.2 |
| 9/25/2014 | Copies | 3 | 0.3 |
| 9/25/2014 | Copies | 2 | 0.2 |
| 9/25/2014 | Copies | 15 | 1.5 |
| 9/26/2014 | Copies | 3 | 0.3 |
| 9/26/2014 | Copies | 6 | 0.6 |
| 9/26/2014 | Copies | 10 | 1 |
| 9/26/2014 | Copies | 7 | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1947932
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/26/2014 | Taxi for H. Fender on September 23, 2014 | 1 | 15 |
| 9/29/2014 | Copies | 18 | 1.8 |
| 9/29/2014 | Copies | 2 | 0.2 |
| 9/29/2014 | Copies | 18 | 1.8 |
| 9/29/2014 | Copies | 27 | 2.7 |
| 9/29/2014 | Copies | 27 | 2.7 |
| 9/30/2014 | Copies | 15 | 1.5 |
| 9/30/2014 | Copies | 5 | 0.5 |
| 9/30/2014 | Copies | 18 | 1.8 |
| 9/30/2014 | Copies | 6 | 0.6 |
| 9/30/2014 | Copies | 2 | 0.2 |
| 9/30/2014 | Copies | 2 | 0.2 |
| 9/30/2014 | Copies | 7 | 0.7 |
| 9/30/2014 | Copies | 2 | 0.2 |
| 9/30/2014 | Copies | 2 | 0.2 |
| 9/30/2014 | Copies | 7 | 0.7 |
| 9/30/2014 | Copies | 2 | 0.2 |
| | **TOTAL** | | **12,310.87** |