# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 34.6 | $945.00 | $32,697.00 |
| Hilary Fender | Student | Students | | 59.7 | $175.00 | $10,447.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 122.6 | $795.00 | $97,467.00 |
| Michelle Sutkiewicz | Student | Students | | 41.4 | $175.00 | $7,245.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 119.2 | $390.00 | $46,488.00 |
| Rose Plue | Law Clerk | Advocacy | | 20.1 | $320.00 | $6,432.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 98.3 | $750.00 | $73,725.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 82.7 | $900.00 | $74,430.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 110.8 | $420.00 | $46,536.00 |
| | | | | | | |
| TOTAL | | | | 689.4 | CDN. | $395,467.50 |