# EXHIBIT B

Legal*13001794.3



# CASSELS BROCK
### L A W Y E R S

Cassels Brock LLP
2100, Scotia Plazza
40 King Street West
Toronto, ON Canada M5H 3C2
T 416 869 5300
F 416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY 10036 USA

**INVOICE # 1948912**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|------|---------------|--------|
| **November 25, 2014** | **46992-00001** | **Michael Wunder** |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $ 113,308.50 |
| Disbursements | 1,359.41 |
| **Total Amount Due** | **$ 114,667.91 CDN** |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON M5H 1H1
Swift Code: NOSCCATT
Bank ID: 002 Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No. _____

Expiry Date: _____ Amount: _____

Cardholder Name: _____

Signature: _____

-2-

CASSELS BROCK LLP

Invoice # 1948912

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

### Invoice Detail

## TO PROFESSIONAL SERVICES RENDERED up to and including 10/31/14

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/1/2014 | MS | 8 | Attending Canadian proceeding claims trial (by video conference). | 5.1 |
| 10/1/2014 | HFE | 29 | Organize documents from allocation trial closing arguments. | 0.5 |
| 10/1/2014 | RP | 29 | Review and organization of documents used for the allocation trial and closing arguments. | 1.7 |
| 10/1/2014 | RSK | 8 | Monitored final closing submissions at Canadian claims trial (by video). | 1.5 |
| 10/1/2014 | RSK | 8 | Reported to Akin Gump regarding Canadian court scheduling conference. | 0.4 |
| 10/1/2014 | RSK | 12 | Conference call with Akin Gump regarding Canadian PPI appeal issues. | 0.5 |
| 10/1/2014 | RSK | 8 | Attended Canadian court scheduling conference regarding stay extension and settling PPI order. | 1.1 |
| 10/1/2014 | MWU | 31 | Meet with S. Kukulowicz to discuss Canadian court order appeal, and call with Akin Gump to discuss. | 0.4 |
| 10/1/2014 | MWU | 31 | Review report regarding CCAA stay extension hearing, and email correspondence with Cassels and Akin Gump lawyers regarding same. | 0.5 |
| 10/1/2014 | MWU | 24 | Review update regarding litigation and document disclosure issues. | 0.2 |
| 10/1/2014 | RJA | 12 | Discussions with Cassels team and A. Qureshi (Akin Gump) regarding bond PPI claim Canadian appellate issues and position. | 0.2 |
| 10/1/2014 | RJA | 12 | Analysis of bond PPI claim Canadian appellate issues and position. | 1.1 |
| 10/2/2014 | SAH | 29 | Organize documents from allocation trial. | 2.6 |
| 10/2/2014 | SAH | 29 | Conducting legal research regarding allocation trial issues. | 2.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                        Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| 10/2/2014 | RSK | 31 | Exchange email correspondence with NNI's Canadian counsel regarding Canadian appeal factums. | 0.2 |
|---|---|---|---|---|
| 10/2/2014 | RSK | 7 | Participated in Committee call. | 0.5 |
| 10/2/2014 | RSK | 31 | Call to bonds' Canadian counsel regarding Canadian PPI leave to appeal issues. | 0.2 |
| 10/2/2014 | MWU | 7 | Committee call. | 0.5 |
| 10/2/2014 | MWU | 31 | Email correspondence with Cassels and lawyers for NNI regarding factum for Canadian leave to appeal application from PPI decision. | 0.4 |
| 10/2/2014 | RJA | 7 | Participate in Committee call. | 0.5 |
| 10/3/2014 | MS | 29 | Organization of court filings and trial material. | 0.7 |
| 10/3/2014 | MSU | 29 | Organization of court filings and trial material. | 1.7 |
| 10/3/2014 | RP | 29 | Review trial closing argument documentation to deliver to Akin Gump. | 0.4 |
| 10/3/2014 | RSK | 12 | Review of supplemental objections by Monitor and Canadian Debtors regarding PPI settlement. | 0.8 |
| 10/3/2014 | RSK | 31 | Review of Canadian court's endorsement and order regarding stay extension. | 0.2 |
| 10/3/2014 | RSK | 31 | Exchange email correspondence with Akin Gump regarding PPI court filings. | 0.4 |
| 10/3/2014 | RSK | 31 | Exchange correspondence with Canadian counsel for NNI and bonds regarding Canadian PPI court filings. | 0.6 |
| 10/3/2014 | MWU | 31 | Review issued Canadian court orders and related court endorsements and forward to UCC advisors. | 0.3 |
| 10/3/2014 | MWU | 31 | Email correspondence with Cassels, Akin Gump and lawyers for NNI regarding factum for Canadian leave to appeal application from PPI decision. | 0.5 |
| 10/3/2014 | MWU | 12 | Review and analyze court filings regarding proposed settlement of EMEA claims against U.S. debtors. | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                          Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| Date | Initials | Task | Description | Hours |
|------|----------|------|-------------|-------|
| 10/3/2014 | MWU | 12 | Email correspondence with UCC advisors regarding court filings relating to litigation for proposed settlement of EMEA claims against U.S. debtors. | 0.3 |
| 10/3/2014 | RJA | 12 | Analysis of bond claim Canadian PPI appellate issues and position. | 0.7 |
| 10/6/2014 | RSK | 31 | Office conference with Cassels team regarding Canadian PPI appeal. | 0.2 |
| 10/6/2014 | RSK | 12 | Exchange email correspondence with Torys and Cassels team regarding filing joint NNI UCC Canadian factum on Canadian PPI appeal. | 0.4 |
| 10/6/2014 | MWU | 12 | Review and analyze U.S. debtors-EMEA debtors claims settlement litigation court filings. | 1.6 |
| 10/6/2014 | MWU | 12 | Analysis for preparation of Canadian factum for UCC regarding leave for appeal of Canadian PPI decision. | 0.8 |
| 10/7/2014 | RSK | 12 | Review of email correspondence from Torys regarding Canadian PPI appeal strategy and forward same to Akin Gump. | 0.3 |
| 10/7/2014 | RSK | 31 | Review of draft Canadian factum for leave to appeal of bondholders. | 1.1 |
| 10/7/2014 | RSK | 12 | Exchange email correspondence with Cassels team and Akin Gump regarding Canadian PPI appeal filings and strategy. | 0.8 |
| 10/7/2014 | MWU | 31 | Email correspondence to and from Akin Gump and Canadian counsel for Nortel U.S. regarding Canadian appeal of PPI decision. | 0.3 |
| 10/7/2014 | MWU | 31 | Analysis of Canadian PPI issues for UCC Canadian factum. | 0.8 |
| 10/8/2014 | SAH | 29 | Review of draft Canadian leave to appeal motion materials. | 2.1 |
| 10/8/2014 | SAH | 29 | Drafting Canadian factum for leave to appeal regarding Canadian PPI decision. | 5.2 |
| 10/8/2014 | SAH | 29 | Assisting with preparation of Canadian PPI appeal motion materials. | 1.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                           Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| 10/8/2014 | MS | 31 | Canadian research regarding post petition interest for UCC factum. | 3.8 |
|---|---|---|---|---|
| 10/8/2014 | RSK | 31 | Review of revised bondholders Canadian factum regarding Canadian PPI appeal. | 0.5 |
| 10/8/2014 | RSK | 31 | Review and provide comments on draft joint NNI-UCC Canadian factum. | 2.2 |
| 10/8/2014 | RSK | 31 | Telephone attendance with Akin Gump regarding PPI Canadian appeal issues. | 0.4 |
| 10/8/2014 | MWU | 31 | Multiple correspondence to and from Cassels lawyers, Akin Gump and NNI's Canadian counsel regarding Canadian leave for appeal application in connection with Canadian PPI decision. | 0.6 |
| 10/8/2014 | MWU | 31 | Email correspondence with Cassels lawyers in connection with Canadian factum for UCC. | 0.4 |
| 10/8/2014 | MWU | 31 | Review draft Canadian factum for UCC, and provide comments. | 0.7 |
| 10/8/2014 | MWU | 31 | Review draft motion material by bonds for Canadian appeal request application. | 1.4 |
| 10/8/2014 | RJA | 29 | Emails with Akin Gump team regarding action on bondholders' Canadian PPI leave to appeal motion. | 0.7 |
| 10/8/2014 | RJA | 29 | Review bondholders Canadian PPI leave to appeal draft court briefs. | 1.9 |
| 10/8/2014 | JDI | 31 | Review draft Canadian proceeding leave to appeal factum for PPI decision, and provide comments. | 0.5 |
| 10/9/2014 | SAH | 31 | Review and analysis of motion materials for Canadian leave to appeal application. | 5.1 |
| 10/9/2014 | RSK | 31 | Review of finalized motion record and factum of bondholders regarding Canadian leave to appeal. | 0.9 |
| 10/9/2014 | RSK | 29 | Review of Capstone claims and distribution analysis. | 0.3 |
| 10/9/2014 | RSK | 31 | Review of court filing in CCAA cases regarding estate distributions. | 1.1 |
| 10/9/2014 | RSK | 7 | Participated in Committee call. | 0.5 |

CASSELS BROCK LLP                                       Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | Initials | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 10/9/2014 | RSK | 31 | Telephone attendance with bond group's Canadian counsel regarding proposed changes to Canadian PPI factum and timing of NNI/UCC responding factum. | 0.3 |
| 10/9/2014 | RSK | 31 | Email correspondence with Akin Gump regarding additional comments on bond group's Canadian leave to appeal factum and further review of revised factum. | 1.3 |
| 10/9/2014 | MWU | 7 | Attend on UCC call. | 0.5 |
| 10/9/2014 | MWU | 31 | Email correspondence to and from Akin Gump and Cassels regarding Canadian factum, and leave for appeal application by bonds. | 0.4 |
| 10/9/2014 | MWU | 31 | Review revised draft Canadian factum for PPI decision. | 0.3 |
| 10/9/2014 | MWU | 12 | Review correspondence from counsel for U.S. debtors regarding claims settlement conference. | 0.1 |
| 10/9/2014 | MWU | 29 | Review correspondence from US debtors counsel regarding allocation trial record. | 0.2 |
| 10/9/2014 | MWU | 31 | Review Canadian appeal motion record filed by bond group. | 1.3 |
| 10/9/2014 | RJA | 7 | Participate in Committee call. | 0.5 |
| 10/9/2014 | RJA | 12 | Analysis of bond claim Canadian PPI appeal issues. | 1.9 |
| 10/9/2014 | RJA | 12 | Review bondholders Canadian PPI leave to appeal motion material. | 1.9 |
| 10/9/2014 | JDI | 31 | Research regarding Canadian estate distributions issues. | 1 |
| 10/10/2014 | SAH | 29 | Prepare Canadian factum for Canadian PPI decision appeal. | 2.8 |
| 10/10/2014 | RSK | 12 | Review of correspondence from Canadian counsel for bondholders to Monitor regarding clarification of Canadian PPI order. | 0.2 |
| 10/10/2014 | MWU | 31 | Review Canadian leave for appeal motion record filed by bondholder group. | 1.2 |
| 10/13/2014 | SAH | 31 | Conducting Canadian legal research for Canadian PPI appeal. | 2.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                                  Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| | | | | |
|---|---|---|---|---|
| 10/14/2014 | RP | 29 | Review and organization of documents used for the allocation trial, post-trial briefs, and closing arguments. | 3.7 |
| 10/14/2014 | RSK | 12 | Review of correspondence from Goodmans regarding Canadian court scheduling conference to settle Canadian PPI order and forward same to Akin Gump. | 0.3 |
| 10/14/2014 | RSK | 29 | Review of amended proposed finding of fact and conclusions of law of the U.S. Interests. | 0.3 |
| 10/14/2014 | MWU | 29 | Review amended findings of fact and conclusions of law for U.S. Interests for allocation litigation. | 0.4 |
| 10/14/2014 | MWU | 3 | Prepare August 2014 fee account. | 1 |
| 10/14/2014 | RJA | 12 | Review correspondence from bond group and Monitor regarding Canadian PPI endorsement. | 0.2 |
| 10/14/2014 | RJA | 29 | Review U.S. interests amended findings of fact. | 0.5 |
| 10/15/2014 | MS | 31 | Review of amended submissions for allocation trial. | 0.6 |
| 10/15/2014 | RSK | 12 | Review of additional briefs filed in U.S. PPI settlement proceedings. | 0.4 |
| 10/15/2014 | RSK | 12 | Review of correspondence regarding U.S. PPI settlement. | 0.2 |
| 10/15/2014 | MWU | 12 | Review claims settlement litigation court filings for pre-trial motions. | 1.2 |
| 10/15/2014 | MWU | 31 | Review correspondence from counsel for multiple parties regarding Canadian court PPI decision and endorsement. | 0.3 |
| 10/16/2014 | RSK | 12 | Review of updates from Akin Gump regarding PPI settlement and motion to compel. | 0.4 |
| 10/16/2014 | RSK | 7 | Participated in Committee call. | 0.5 |
| 10/16/2014 | MWU | 7 | Attend on UCC call. | 0.5 |
| 10/16/2014 | MWU | 12 | Review objection to claims litigation settlement motion filed by Monitor. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Initials | No. | Description | Hours |
|------|----------|-----|-------------|-------|
| 10/16/2014 | MWU | 31 | Review bondholder group Canadian factum and consider issues and submissions for UCC and NNI joint Canadian factum. | 1.2 |
| 10/17/2014 | RSK | 31 | Review of hearing request regarding Google proceedings and document disclosure and related email correspondence. | 0.3 |
| 10/17/2014 | MWU | 31 | Review notice of Canadian scheduling hearing regarding Google lift stay motion, and report to Akin Gump regarding same. | 0.3 |
| 10/17/2014 | MWU | 31 | Provide instructions to M. Sassi regarding Canadian court hearing attendance. | 0.2 |
| 10/17/2014 | MWU | 31 | Review and consider Canadian motion for leave to appeal PPI decision and filing material for UCC. | 0.6 |
| 10/20/2014 | RP | 29 | Review and organization of documents used for the allocation trial, post-trial briefs, and closing arguments. | 2.3 |
| 10/20/2014 | RSK | 12 | Exchange email correspondence with Akin Gump and Cassels Brock regarding issue of confidentiality asserted by Monitor in claims litigation. | 0.4 |
| 10/20/2014 | RSK | 12 | Office conferences with G. Shaw and J. Dietrich and exchange email correspondence with M. Wunder regarding issues of "confidentiality" of claims process. | 0.5 |
| 10/20/2014 | RSK | 12 | Review of objection of the Monitor and Canadian Debtors regarding Monitor deposition in claims litigation. | 0.6 |
| 10/20/2014 | MWU | 12 | Review objection filed by CCAA Monitor in U.S. claims settlement litigation, and email correspondence to and from Cassels and Akin Gump regarding same. | 0.9 |
| 10/20/2014 | RJA | 12 | Review Monitor's objection to U.S. Debtors motion to compel Monitor deposition. | 0.8 |
| 10/20/2014 | RJA | 12 | Discussion with S. Kukulowicz regarding Monitor's objection to U.S. Debtors motion to compel Monitor deposition. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-9-

CASSELS BROCK LLP                                              Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| Date | Initials | No. | Description | Hours |
|---|---|---|---|---|
| 10/21/2014 | MS | 31 | Canadian legal research regarding disclosure issues. | 3.3 |
| 10/21/2014 | MS | 31 | Document review and organization from allocation litigation. | 0.6 |
| 10/21/2014 | RSK | 12 | Email correspondence to Akin Gump regarding CCAA claims process and confidentiality issues. | 0.5 |
| 10/21/2014 | RSK | 12 | Review of claims related orders and discuss Canadian research with M. Sassi. | 1.1 |
| 10/21/2014 | MWU | 12 | Attend to court hearing (telephonically) for motion to compel Monitor testimony in claims settlement litigation (part). | 0.8 |
| 10/22/2014 | SAH | 29 | Conducting Canadian legal research regarding Canadian PPI appeal matters. | 1.1 |
| 10/22/2014 | MS | 8 | Attending court hearing (telephonically). | 2.6 |
| 10/22/2014 | RP | 29 | Review and organization of documents used for the allocation trial, post-trial briefs, and closing arguments. | 1.3 |
| 10/22/2014 | RSK | 31 | Review of report from M. Sassi regarding Canadian court conference on Google litigation/lift stay. | 0.3 |
| 10/22/2014 | RSK | 12 | Review of transcript from U.S. hearing regarding requested deposition of Monitor. | 0.5 |
| 10/23/2014 | RSK | 7 | Participated in Committee call. | 0.4 |
| 10/23/2014 | MWU | 7 | Attend on UCC call. | 0.4 |
| 10/23/2014 | MWU | 29 | Review news articles regarding Nortel case and allocation issues and forward to UCC advisors with commentary. | 0.3 |
| 10/23/2014 | MWU | 3 | Prepare August 2014 fee account. | 0.8 |
| 10/23/2014 | RJA | 7 | Participate in Committee call. | 0.4 |
| 10/24/2014 | MSU | 29 | Attending Canadian court for trial documents. | 0.4 |
| 10/24/2014 | RSK | 31 | Review of motion by U.S. Debtors for joint hearing on sharing of litigation discovery costs. | 0.9 |
| 10/24/2014 | RSK | 29 | Review of email correspondence from Akin Gump regarding discovery costs. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP

Invoice # 1948912

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Initials | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 10/24/2014 | RSK | 29 | Review of request for joint hearing on sharing of costs regarding Google litigation discovery. | 0.2 |
| 10/24/2014 | MWU | 24 | Review Nortel U.S. motion record for motion by joint hearing requiring sharing of document production costs for Rockstar-Google litigation. | 1.3 |
| 10/24/2014 | MWU | 24 | Email correspondence with Akin Gump regarding joint motion regarding document discovery and Rockstar litigation with Google. | 0.2 |
| 10/24/2014 | MWU | 31 | Call with NNI's Canadian counsel to discuss motion and Canadian court scheduling conference regarding Google request for lift stay motion. | 0.4 |
| 10/27/2014 | RSK | 12 | Review of draft joint NNI-UCC Canadian factum regarding leave to appeal PPI matter. | 0.6 |
| 10/27/2014 | MWU | 31 | Review draft Canadian factum for motion for leave to appeal PPI decision, and email correspondence with Cassels and Akin Gump lawyers regarding same. | 1.3 |
| 10/28/2014 | GBS | 29 | Review and consider draft Canadian leave for appeal factum. | 0.9 |
| 10/28/2014 | GBS | 29 | Email correspondence with Cassels lawyers regarding leave for appeal factum. | 0.2 |
| 10/28/2014 | SAH | 29 | Review of revised draft Canadian factum. | 4.2 |
| 10/28/2014 | SAH | 29 | Conducting legal research for Canadian PPI factum. | 5.6 |
| 10/28/2014 | RP | 29 | Review and organization of documents used for the allocation trial, post-trial briefs, and closing arguments. | 2.1 |
| 10/28/2014 | RSK | 31 | Further review of draft joint factum for Canadian PPI appeal. | 0.7 |
| 10/28/2014 | RSK | 12 | Review of email correspondence regarding draft joint factum on Canadian PPI leave motion. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.