**CASSELS BROCK LLP**  Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Date | Initials | Task | Description | Hours |
|---|---|---|---|---|
| 10/28/2014 | MWU | 31 | Review draft Canadian factum for appeal request of PPI decision, and applicable Canadian cases. | 1 |
| 10/28/2014 | MWU | 31 | Email correspondence with Cassels team regarding Canadian factum. | 0.3 |
| 10/28/2014 | RJA | 31 | Review and comment on draft Canadian joint factum regarding PPI leave to appeal. | 1.2 |
| 10/28/2014 | JDI | 31 | Review of draft factum for Canadian leave to appeal regarding post-petition interest issues. | 0.7 |
| 10/28/2014 | JDI | 31 | Correspondence to M. Wunder regarding Canadian case law research for Canadian leave to appeal factum. | 0.1 |
| 10/29/2014 | SAH | 31 | Conducting Canadian legal research for Canadian PPI appeal. | 4.9 |
| 10/29/2014 | SAH | 31 | Reviewing and revising factum for Canadian PPI appeal. | 3.6 |
| 10/29/2014 | MS | 31 | Canadian research regarding post petition interest for UCC factum. | 2.7 |
| 10/29/2014 | HFE | 31 | Call to Canadian court regarding notice received by Cassels Brock. | 0.3 |
| 10/29/2014 | RSK | 31 | Review of revised joint NNI/UCC factum for Canadian PPI appeal. | 1.1 |
| 10/29/2014 | RSK | 31 | Exchange email correspondence and discussion with Cassels Brock team regarding comments on draft joint factum. | 0.7 |
| 10/29/2014 | RSK | 31 | Review of Canadian case law cited in draft joint Canadian factum and discussed legal issues with Cassels Brock lawyers. | 1.4 |
| 10/29/2014 | MWU | 31 | Review additional changes to draft NNI/UCC factum for motion to appeal Canadian PPI decision, and forward draft to Akin Gump. | 1.4 |
| 10/29/2014 | MWU | 3 | Prepare August 2014 fee application. | 1.2 |
| 10/29/2014 | MWU | 31 | Multiple email correspondence to and from Cassels and Akin Gump lawyers regarding Canadian factum, appeal of Canadian PPI decision, and issues regarding Canadian estate distributions. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

Invoice # 1948912

Matter # 46992-00001

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
| 10/29/2014 | RJA | 12 | Review and revise U.S. Interests joint Canadian factum regarding PPI leave to appeal. | 1.6 |
| 10/29/2014 | RJA | 12 | Discussions with Cassels lawyers regarding issues raised by Akin Gump on joint U.S. Interests leave to appeal factum. | 0.3 |
| 10/29/2014 | RJA | 12 | Email correspondence with Akin Gump regarding U.S. Interests leave to appeal factum for Canadian PPI decision. | 0.3 |
| 10/29/2014 | JDI | 31 | Review of Canadian case law in connection with appeal of Canadian PPI decision. | 0.8 |
| 10/29/2014 | JDI | 31 | Provide comments on draft leave to appeal Canadian PPI factum. | 0.9 |
| 10/30/2014 | SAH | 29 | Conducting Canadian legal research regarding Canadian PPI appeal issues. | 5.8 |
| 10/30/2014 | RP | 29 | Review and organization of documents used for the allocation trial, post-trial briefs, and closing arguments. | 2.9 |
| 10/30/2014 | RSK | 31 | Review of revised joint NNI-UCC Canadian factum. | 0.7 |
| 10/30/2014 | RSK | 12 | Review of statement of support by UCC regarding U.S. PPI settlement. | 0.3 |
| 10/30/2014 | MWU | 31 | Prepare update report for UCC regarding Canadian proceedings. | 0.4 |
| 10/30/2014 | MWU | 7 | Attend on UCC call. | 0.6 |
| 10/30/2014 | MWU | 31 | Review draft Canadian factum and mark-up with comments and confer with Cassels lawyers regarding same. | 0.6 |
| 10/30/2014 | MWU | 31 | Email correspondence with Akin Gump and Cassels Brock lawyers regarding Canadian proceeding issues, leave for appeal motion for PPI, and Canadian factum. | 0.8 |
| 10/30/2014 | RJA | 7 | Participate in Committee call. | 0.6 |
| 10/30/2014 | RJA | 29 | Review draft Committee statement and joinder regarding NNI 9019 PPI settlement motion. | 0.8 |
| 10/30/2014 | RJA | 12 | Consider Canadian PPI leave to appeal issues and timing. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

| Date | Initials | Task | Description | Hours |
|---|---|---|---|---|
| 10/31/2014 | SAH | 31 | Review and revise Canadian PPI factum. | 2.9 |
| 10/31/2014 | SAH | 31 | Conducting Canadian legal research for PPI appeal. | 3.3 |
| 10/31/2014 | RP | 29 | Review and organization of documents used for the allocation trial, post-trial briefs, and closing arguments. | 4.1 |
| 10/31/2014 | RSK | 12 | Review of joint responding factum of Bank of New York and Law Debenture regarding Canadian PPI leave to appeal. | 0.7 |
| 10/31/2014 | RSK | 12 | Review of final version of joint NNI/UCC Canadian factum regarding PPI leave to appeal and related email correspondence. | 0.8 |
| 10/31/2014 | MWU | 12 | Review U.S. motion record relating to clams settlement litigation. | 0.8 |
| 10/31/2014 | MWU | 31 | Review and analyze issues relating to Canadian PPI decision leave for appeal application, and Canadian estate distribution issues. | 1.3 |
| 10/31/2014 | RJA | 17 | Email correspondence with A. Slavens (Torys) regarding joint U.S. Interests factum regarding Canadian PPI leave. | 0.1 |
| 10/31/2014 | RJA | 17 | Review finalized joint U.S. interests brief regarding Canadian PPI leave for appeal application. | 0.8 |
| 10/31/2014 | JDI | 29 | Review of revised Canadian PPI factum for leave to appeal. | 0.4 |
| | | | **Total** | **189.5** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                           Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                             Matter # 46992-00001

**Time Summary**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 1.1 | $945.00 | $1,039.50 |
| Hilary Fender | Student | Students |  | 0.8 | $175.00 | $140.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 4.4 | $660.00 | $2,904.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 36.5 | $795.00 | $29,017.50 |
| Michelle Sutkiewicz | Student | Students |  | 2.1 | $175.00 | $367.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 19.4 | $390.00 | $7,566.00 |
| Rose Plue | Law Clerk | Advocacy |  | 18.5 | $320.00 | $5,920.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 18.0 | $750.00 | $13,500.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 32.5 | $900.00 | $29,250.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 56.2 | $420.00 | $23,604.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 189.5 | CDN. | $113,308.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

**TOTAL PROFESSIONAL FEES**                                    $ 113,308.50

**Non-Taxable Disbursements**

| | |
|---|---:|
| Copies | 415.70 |
| Courier / Delivery Charges | 141.25 |
| Telephone / Long Distance/Conference Calls | 18.36 |
| Binding Books / Documents | 23.58 |
| Library Computer Searches | 144.00 |
| Meals / Beverages | 486.94 |
| Supplies | 113.65 |
| Travel / Ground Transportation | 15.93 |
| **Total Disbursements** | **1,359.41** |

**Total Disbursements and Tax**                                   1,359.41

**Total Fees, Disbursements & Tax**                         $ 114,667.91 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 3.0 | 2385.00 |
| 0007 | Creditors Committee Meetings | 6.4 | 5197.50 |
| 0008 | Court Hearings | 10.7 | 5703.00 |
| 0012 | General Claims Analysis/Claims Objections | 28.9 | 23670.00 |
| 0017 | General Adversary Proceedings | 0.9 | 675.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.7 | 1351.50 |
| 0029 | Intercompany Analysis | 62.7 | 26604.00 |
| 0031 | Canadian Proceedings/Matters | 75.2 | 47722.50 |
| TOTAL | | 189.5 | $ 113,308.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

### Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/17/2014 | Travel - D. Waldman - Taxi - August 21, 2014 | 1 | 15.93 |
| 8/17/2014 | Meals - D. Waldman - August 17, 2014 | 1 | 8.97 |
| 8/18/2014 | Meals - D. Waldman - August 18, 2014 | 1 | 10.20 |
| 9/18/2014 | Trial Supplies for Akin Gump and Cassels Brock lawyers, September 21-23, 2014 | 1 | 113.65 |
| 9/21/2014 | MAPLE LEAF TAXI-S. Berhane - September 21, 2014 | 1 | 17.25 |
| 9/21/2014 | Delivery - External - MAPLE LEAF TAXI (Document Delivery Trial) - September 21, 2014 | 1 | 10.00 |
| 9/21/2014 | MAPLE LEAF TAXI-M. Guncay - September 21, 2014 | 1 | 93.00 |
| 9/22/2014 | Delivery - External - MAPLE LEAF TAXI (Document Delivery Trial) - September 22, 2014 | 1 | 10.50 |
| 9/22/2014 | Delivery - External - MAPLE LEAF TAXI (Document Delivery Trial) - September 22, 2014 | 1 | 10.50 |
| 9/22/2014 | Meals - Lunch for S. Kukulowicz/G. Shaw during court hearing - September 22, 2014 | 1 | 10.27 |
| 9/23/2014 | Copies | 10.0 | 1.00 |
| 9/23/2014 | Breakfast for Akin Gump and Cassels Brock lawyers (6 people), Septmber 23, 2014 | 1 | 37.50 |
| 9/24/2014 | Meals - Dinner with Akin Gump and Cassels Brock lawyers (allocation trial) on September 23, 2014 (12 people) | 1 | 420.00 |
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 11.0 | 1.10 |
| 10/1/2014 | Copies | 4.0 | 0.40 |
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 18.0 | 1.80 |
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 18.0 | 1.80 |
| 10/1/2014 | Copies | 12.0 | 1.20 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 16.0 | 1.60 |
| 10/1/2014 | Copies | 4.0 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---|---|
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 6.0 | 0.60 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Telephone - M. Wunder | 1 | 10.20 |
| 10/6/2014 | Copies | 39.0 | 3.90 |
| 10/6/2014 | Copies | 78.0 | 7.80 |
| 10/6/2014 | Copies | 2.0 | 0.20 |
| 10/6/2014 | Copies | 45.0 | 4.50 |
| 10/6/2014 | Copies | 19.0 | 1.90 |
| 10/6/2014 | Copies | 20.0 | 2.00 |
| 10/6/2014 | Copies | 6.0 | 0.60 |
| 10/7/2014 | Copies | 11.0 | 1.10 |
| 10/7/2014 | Copies | 2.0 | 0.20 |
| 10/7/2014 | Copies | 80.0 | 8.00 |
| 10/7/2014 | Copies | 2.0 | 0.20 |
| 10/7/2014 | Copies | 3.0 | 0.30 |
| 10/7/2014 | Copies | 2.0 | 0.20 |
| 10/7/2014 | Copies | 2.0 | 0.20 |
| 10/8/2014 | Copies | 8.0 | 0.80 |
| 10/8/2014 | Copies | 28.0 | 2.80 |
| 10/8/2014 | Telephone - S. Kukulowicz | 1 | 8.16 |
| 10/9/2014 | Copies | 3.0 | 0.30 |
| 10/9/2014 | Copies | 2.0 | 0.20 |
| 10/9/2014 | Copies | 30.0 | 3.00 |
| 10/9/2014 | Copies | 3.0 | 0.30 |
| 10/10/2014 | Copies | 21.0 | 2.10 |
| 10/10/2014 | Copies | 4.0 | 0.40 |
| 10/10/2014 | Copies | 26.0 | 2.60 |
| 10/10/2014 | Copies | 28.0 | 2.80 |
| 10/10/2014 | Copies | 2.0 | 0.20 |
| 10/10/2014 | Copies | 10.0 | 1.00 |
| 10/10/2014 | Copies | 10.0 | 1.00 |
| 10/10/2014 | Copies | 34.0 | 3.40 |
| 10/10/2014 | Copies | 16.0 | 1.60 |
| 10/10/2014 | Copies | 18.0 | 1.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | |
|---|---|---|---|
| CASSELS BROCK LLP | | Invoice # 1948912 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |
| 10/10/2014 | Copies | 4.0 | 0.40 |
| 10/10/2014 | Copies | 12.0 | 1.20 |
| 10/10/2014 | Copies | 2.0 | 0.20 |
| 10/10/2014 | Copies | 2.0 | 0.20 |
| 10/10/2014 | Copies | 53.0 | 5.30 |
| 10/10/2014 | Copies | 10.0 | 1.00 |
| 10/10/2014 | Copies | 26.0 | 2.60 |
| 10/10/2014 | Copies | 1.0 | 0.10 |
| 10/10/2014 | Copies | 33.0 | 3.30 |
| 10/10/2014 | Copies | 4.0 | 0.40 |
| 10/10/2014 | Copies | 10.0 | 1.00 |
| 10/10/2014 | Copies | 154.0 | 15.40 |
| 10/10/2014 | Binding, Tabs, Disks, etc | 1 | 8.17 |
| 10/14/2014 | Copies | 76.0 | 7.60 |
| 10/14/2014 | Copies | 8.0 | 0.80 |
| 10/14/2014 | Copies | 2.0 | 0.20 |
| 10/14/2014 | Copies | 2.0 | 0.20 |
| 10/14/2014 | Copies | 5.0 | 0.50 |
| 10/14/2014 | Copies | 5.0 | 0.50 |
| 10/14/2014 | Copies | 2.0 | 0.20 |
| 10/15/2014 | Copies | 2.0 | 0.20 |
| 10/15/2014 | Copies | 2.0 | 0.20 |
| 10/15/2014 | Copies | 86.0 | 8.60 |
| 10/15/2014 | Copies | 49.0 | 4.90 |
| 10/16/2014 | Copies | 10.0 | 1.00 |
| 10/16/2014 | Copies | 2.0 | 0.20 |
| 10/16/2014 | Copies | 17.0 | 1.70 |
| 10/16/2014 | Copies | 12.0 | 1.20 |
| 10/16/2014 | Copies | 2.0 | 0.20 |
| 10/16/2014 | Copies | 118.0 | 11.80 |
| 10/16/2014 | Copies | 125.0 | 12.50 |
| 10/16/2014 | Copies | 5.0 | 0.50 |
| 10/16/2014 | Copies | 2.0 | 0.20 |
| 10/16/2014 | Copies | 13.0 | 1.30 |
| 10/16/2014 | Copies | 115.0 | 11.50 |
| 10/17/2014 | Copies | 3.0 | 0.30 |
| 10/17/2014 | Copies | 3.0 | 0.30 |
| 10/17/2014 | Copies | 2.0 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/17/2014 | Copies | 3.0 | 0.30 |
| 10/17/2014 | Copies | 133.0 | 13.30 |
| 10/17/2014 | Copies | 2.0 | 0.20 |
| 10/17/2014 | Copies | 2.0 | 0.20 |
| 10/17/2014 | Copies | 2.0 | 0.20 |
| 10/17/2014 | Copies | 3.0 | 0.30 |
| 10/20/2014 | Copies | 25.0 | 2.50 |
| 10/20/2014 | Copies | 2.0 | 0.20 |
| 10/20/2014 | Copies | 21.0 | 2.10 |
| 10/20/2014 | Copies | 11.0 | 1.10 |
| 10/20/2014 | Copies | 3.0 | 0.30 |
| 10/20/2014 | Copies | 15.0 | 1.50 |
| 10/20/2014 | Copies | 50.0 | 5.00 |
| 10/20/2014 | Copies | 19.0 | 1.90 |
| 10/21/2014 | Copies | 10.0 | 1.00 |
| 10/21/2014 | Copies | 19.0 | 1.90 |
| 10/21/2014 | Copies | 28.0 | 2.80 |
| 10/21/2014 | Copies | 15.0 | 1.50 |
| 10/21/2014 | Copies | 26.0 | 2.60 |
| 10/21/2014 | Copies | 2.0 | 0.20 |
| 10/21/2014 | Copies | 3.0 | 0.30 |
| 10/22/2014 | Copies | 132.0 | 13.20 |
| 10/22/2014 | Copies | 29.0 | 2.90 |
| 10/22/2014 | Copies | 2.0 | 0.20 |
| 10/23/2014 | Copies | 8.0 | 0.80 |
| 10/23/2014 | Copies | 5.0 | 0.50 |
| 10/23/2014 | Copies | 5.0 | 0.50 |
| 10/23/2014 | Copies | 29.0 | 2.90 |
| 10/23/2014 | Copies | 8.0 | 0.80 |
| 10/24/2014 | Copies | 275.0 | 27.50 |
| 10/24/2014 | Copies | 311.0 | 31.10 |
| 10/24/2014 | Copies | 390.0 | 39.00 |
| 10/24/2014 | Copies | 2.0 | 0.20 |
| 10/24/2014 | Copies | 37.0 | 3.70 |
| 10/24/2014 | Copies | 40.0 | 4.00 |
| 10/24/2014 | Copies | 3.0 | 0.30 |
| 10/24/2014 | Copies | 3.0 | 0.30 |
| 10/24/2014 | Copies | 3.0 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---|---|
| 10/24/2014 | Binding, Tabs, Disks, etc | 1 | 11.58 |
| 10/27/2014 | Copies | 29.0 | 2.90 |
| 10/27/2014 | Copies | 2.0 | 0.20 |
| 10/27/2014 | Copies | 2.0 | 0.20 |
| 10/27/2014 | Copies | 4.0 | 0.40 |
| 10/27/2014 | Copies | 3.0 | 0.30 |
| 10/27/2014 | Copies | 28.0 | 2.80 |
| 10/27/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Copies | 28.0 | 2.80 |
| 10/28/2014 | Copies | 160.0 | 16.00 |
| 10/28/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Copies | 17.0 | 1.70 |
| 10/28/2014 | Copies | 4.0 | 0.40 |
| 10/28/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Binding, Tabs, Disks, etc | 1 | 3.83 |
| 10/28/2014 | Library Computer Searches/Westlaw Bill - Done by S. Baldassarra | 1 | 144.00 |
| 10/29/2014 | Copies | 88.0 | 8.80 |
| 10/29/2014 | Copies | 4.0 | 0.40 |
| 10/29/2014 | Copies | 20.0 | 2.00 |
| 10/29/2014 | Copies | 21.0 | 2.10 |
| 10/29/2014 | Copies | 4.0 | 0.40 |
| 10/29/2014 | Copies | 7.0 | 0.70 |
| 10/29/2014 | Copies | 8.0 | 0.80 |
| 10/29/2014 | Copies | 33.0 | 3.30 |
| 10/29/2014 | Copies | 2.0 | 0.20 |
| 10/29/2014 | Copies | 7.0 | 0.70 |
| 10/29/2014 | Copies | 31.0 | 3.10 |
| 10/29/2014 | Copies | 20.0 | 2.00 |
| 10/29/2014 | Copies | 19.0 | 1.90 |
| 10/29/2014 | Copies | 7.0 | 0.70 |
| 10/29/2014 | Copies | 2.0 | 0.20 |
| 10/29/2014 | Copies | 16.0 | 1.60 |
| 10/29/2014 | Copies | 11.0 | 1.10 |
| 10/29/2014 | Copies | 30.0 | 3.00 |
| 10/29/2014 | Copies | 3.0 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---|---|
| 10/30/2014 | Copies | 8.0 | 0.80 |
| 10/30/2014 | Copies | 4.0 | 0.40 |
| 10/30/2014 | Copies | 3.0 | 0.30 |
| 10/30/2014 | Copies | 4.0 | 0.40 |
| 10/30/2014 | Copies | 2.0 | 0.20 |
| 10/30/2014 | Copies | 5.0 | 0.50 |
| 10/30/2014 | Copies | 4.0 | 0.40 |
| 10/30/2014 | Copies | 3.0 | 0.30 |
| 10/30/2014 | Copies | 2.0 | 0.20 |
| 10/30/2014 | Copies | 46.0 | 4.60 |
| 10/30/2014 | Copies | 5.0 | 0.50 |
| 10/30/2014 | Copies | 7.0 | 0.70 |
| 10/30/2014 | Copies | 2.0 | 0.20 |
| 10/30/2014 | Copies | 5.0 | 0.50 |
| 10/30/2014 | Copies | 5.0 | 0.50 |
| 10/31/2014 | Copies | 5.0 | 0.50 |
| 10/31/2014 | Copies | 6.0 | 0.60 |
| 10/31/2014 | Copies | 5.0 | 0.50 |
| 10/31/2014 | Copies | 3.0 | 0.30 |
| 10/31/2014 | Copies | 2.0 | 0.20 |
| 10/31/2014 | Copies | 39.0 | 3.90 |
| 10/31/2014 | Copies | 37.0 | 3.70 |
| **TOTAL** | | | **$1,389.41** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.