**EXHIBIT C**

Legal*13001794.3

## DISBURSEMENT SUMMARY
## OCTOBER 1 TO OCTOBER 31, 2013
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $ 415.70 |
| Courier/ Delivery Charges | $ 141.25 |
| Telephone / Long Distance/Conference Calls | $ 18.36 |
| Binding Books / Documents | $ 23.58 |
| Library Computer Searches | $ 144.00 |
| Meals / Beverages | $ 486.94 |
| Supplies | $ 113.65 |
| Travel / Ground Transportation | $ 15.93 |
| | |
| Total Non-Taxable Disbursements | $ 1,359.41 CDN. |