# EXHIBIT D

-17-

CASSELS BROCK LLP                                    Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/17/2014 | Travel - D. Waldman - Taxi - August 21, 2014 | 1 | 15.93 |
| 8/17/2014 | Meals - D. Waldman - August 17, 2014 | 1 | 8.97 |
| 8/18/2014 | Meals - D. Waldman - August 18, 2014 | 1 | 10.20 |
| 9/18/2014 | Trial Supplies for Akin Gump and Cassels Brock lawyers. September 21-23, 2014 | 1 | 113.65 |
| 9/21/2014 | MAPLE LEAF TAXI-S. Berhane - September 21, 2014 | 1 | 17.25 |
| 9/21/2014 | Delivery - External - MAPLE LEAF TAXI (Document Delivery Trial) - September 21, 2014 | 1 | 10.00 |
| 9/21/2014 | MAPLE LEAF TAXI-M. Guncay - September 21, 2014 | 1 | 93.00 |
| 9/22/2014 | Delivery - External - MAPLE LEAF TAXI (Document Delivery Trial) - September 22, 2014 | 1 | 10.50 |
| 9/22/2014 | Delivery - External - MAPLE LEAF TAXI (Document Delivery Trial) - September 22, 2014 | 1 | 10.50 |
| 9/22/2014 | Meals - Lunch for S. Kukulowicz/G. Shaw during court hearing - September 22, 2014 | 1 | 10.27 |
| 9/23/2014 | Copies | 10.0 | 1.00 |
| 9/23/2014 | Breakfast for Akin Gump and Cassels Brock lawyers (6 people). Septmber 23, 2014 | 1 | 37.50 |
| 9/24/2014 | Meals - Dinner with Akin Gump and Cassels Brock lawyers (allocation trial) on September 23, 2014 (12 people) | 1 | 420.00 |
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 11.0 | 1.10 |
| 10/1/2014 | Copies | 4.0 | 0.40 |
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 18.0 | 1.80 |
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 18.0 | 1.80 |
| 10/1/2014 | Copies | 12.0 | 1.20 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 16.0 | 1.60 |
| 10/1/2014 | Copies | 4.0 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 3.0 | 0.30 |
| 10/1/2014 | Copies | 6.0 | 0.60 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Copies | 2.0 | 0.20 |
| 10/1/2014 | Telephone - M. Wunder | 1 | 10.20 |
| 10/6/2014 | Copies | 39.0 | 3.90 |
| 10/6/2014 | Copies | 78.0 | 7.80 |
| 10/6/2014 | Copies | 2.0 | 0.20 |
| 10/6/2014 | Copies | 45.0 | 4.50 |
| 10/6/2014 | Copies | 19.0 | 1.90 |
| 10/6/2014 | Copies | 20.0 | 2.00 |
| 10/6/2014 | Copies | 6.0 | 0.60 |
| 10/7/2014 | Copies | 11.0 | 1.10 |
| 10/7/2014 | Copies | 2.0 | 0.20 |
| 10/7/2014 | Copies | 80.0 | 8.00 |
| 10/7/2014 | Copies | 2.0 | 0.20 |
| 10/7/2014 | Copies | 3.0 | 0.30 |
| 10/7/2014 | Copies | 2.0 | 0.20 |
| 10/7/2014 | Copies | 2.0 | 0.20 |
| 10/8/2014 | Copies | 8.0 | 0.80 |
| 10/8/2014 | Copies | 28.0 | 2.80 |
| 10/8/2014 | Telephone - S. Kukulowicz | 1 | 8.16 |
| 10/9/2014 | Copies | 3.0 | 0.30 |
| 10/9/2014 | Copies | 2.0 | 0.20 |
| 10/9/2014 | Copies | 30.0 | 3.00 |
| 10/9/2014 | Copies | 3.0 | 0.30 |
| 10/10/2014 | Copies | 21.0 | 2.10 |
| 10/10/2014 | Copies | 4.0 | 0.40 |
| 10/10/2014 | Copies | 26.0 | 2.60 |
| 10/10/2014 | Copies | 28.0 | 2.80 |
| 10/10/2014 | Copies | 2.0 | 0.20 |
| 10/10/2014 | Copies | 10.0 | 1.00 |
| 10/10/2014 | Copies | 10.0 | 1.00 |
| 10/10/2014 | Copies | 34.0 | 3.40 |
| 10/10/2014 | Copies | 16.0 | 1.60 |
| 10/10/2014 | Copies | 18.0 | 1.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-19-

CASSELS BROCK LLP                                      Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| | | | |
|---|---|---|---|
| 10/10/2014 | Copies | 4.0 | 0.40 |
| 10/10/2014 | Copies | 12.0 | 1.20 |
| 10/10/2014 | Copies | 2.0 | 0.20 |
| 10/10/2014 | Copies | 2.0 | 0.20 |
| 10/10/2014 | Copies | 53.0 | 5.30 |
| 10/10/2014 | Copies | 10.0 | 1.00 |
| 10/10/2014 | Copies | 26.0 | 2.60 |
| 10/10/2014 | Copies | 1.0 | 0.10 |
| 10/10/2014 | Copies | 33.0 | 3.30 |
| 10/10/2014 | Copies | 4.0 | 0.40 |
| 10/10/2014 | Copies | 10.0 | 1.00 |
| 10/10/2014 | Copies | 154.0 | 15.40 |
| 10/10/2014 | Binding, Tabs, Disks, etc | 1 | 8.17 |
| 10/14/2014 | Copies | 76.0 | 7.60 |
| 10/14/2014 | Copies | 8.0 | 0.80 |
| 10/14/2014 | Copies | 2.0 | 0.20 |
| 10/14/2014 | Copies | 2.0 | 0.20 |
| 10/14/2014 | Copies | 5.0 | 0.50 |
| 10/14/2014 | Copies | 5.0 | 0.50 |
| 10/14/2014 | Copies | 2.0 | 0.20 |
| 10/15/2014 | Copies | 2.0 | 0.20 |
| 10/15/2014 | Copies | 2.0 | 0.20 |
| 10/15/2014 | Copies | 86.0 | 8.60 |
| 10/15/2014 | Copies | 49.0 | 4.90 |
| 10/16/2014 | Copies | 10.0 | 1.00 |
| 10/16/2014 | Copies | 2.0 | 0.20 |
| 10/16/2014 | Copies | 17.0 | 1.70 |
| 10/16/2014 | Copies | 12.0 | 1.20 |
| 10/16/2014 | Copies | 2.0 | 0.20 |
| 10/16/2014 | Copies | 118.0 | 11.80 |
| 10/16/2014 | Copies | 125.0 | 12.50 |
| 10/16/2014 | Copies | 5.0 | 0.50 |
| 10/16/2014 | Copies | 2.0 | 0.20 |
| 10/16/2014 | Copies | 13.0 | 1.30 |
| 10/16/2014 | Copies | 115.0 | 11.50 |
| 10/17/2014 | Copies | 3.0 | 0.30 |
| 10/17/2014 | Copies | 3.0 | 0.30 |
| 10/17/2014 | Copies | 2.0 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1948912

Matter # 46992-00001

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 10/17/2014 | Copies | 3.0 | 0.30 |
| 10/17/2014 | Copies | 133.0 | 13.30 |
| 10/17/2014 | Copies | 2.0 | 0.20 |
| 10/17/2014 | Copies | 2.0 | 0.20 |
| 10/17/2014 | Copies | 2.0 | 0.20 |
| 10/17/2014 | Copies | 3.0 | 0.30 |
| 10/20/2014 | Copies | 25.0 | 2.50 |
| 10/20/2014 | Copies | 2.0 | 0.20 |
| 10/20/2014 | Copies | 21.0 | 2.10 |
| 10/20/2014 | Copies | 11.0 | 1.10 |
| 10/20/2014 | Copies | 3.0 | 0.30 |
| 10/20/2014 | Copies | 15.0 | 1.50 |
| 10/20/2014 | Copies | 50.0 | 5.00 |
| 10/20/2014 | Copies | 19.0 | 1.90 |
| 10/21/2014 | Copies | 10.0 | 1.00 |
| 10/21/2014 | Copies | 19.0 | 1.90 |
| 10/21/2014 | Copies | 28.0 | 2.80 |
| 10/21/2014 | Copies | 15.0 | 1.50 |
| 10/21/2014 | Copies | 26.0 | 2.60 |
| 10/21/2014 | Copies | 2.0 | 0.20 |
| 10/21/2014 | Copies | 3.0 | 0.30 |
| 10/22/2014 | Copies | 132.0 | 13.20 |
| 10/22/2014 | Copies | 29.0 | 2.90 |
| 10/22/2014 | Copies | 2.0 | 0.20 |
| 10/23/2014 | Copies | 8.0 | 0.80 |
| 10/23/2014 | Copies | 5.0 | 0.50 |
| 10/23/2014 | Copies | 5.0 | 0.50 |
| 10/23/2014 | Copies | 29.0 | 2.90 |
| 10/23/2014 | Copies | 8.0 | 0.80 |
| 10/24/2014 | Copies | 275.0 | 27.50 |
| 10/24/2014 | Copies | 311.0 | 31.10 |
| 10/24/2014 | Copies | 390.0 | 39.00 |
| 10/24/2014 | Copies | 2.0 | 0.20 |
| 10/24/2014 | Copies | 37.0 | 3.70 |
| 10/24/2014 | Copies | 40.0 | 4.00 |
| 10/24/2014 | Copies | 3.0 | 0.30 |
| 10/24/2014 | Copies | 3.0 | 0.30 |
| 10/24/2014 | Copies | 3.0 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---|---|
| 10/24/2014 | Binding, Tabs, Disks, etc | 1 | 11.58 |
| 10/27/2014 | Copies | 29.0 | 2.90 |
| 10/27/2014 | Copies | 2.0 | 0.20 |
| 10/27/2014 | Copies | 2.0 | 0.20 |
| 10/27/2014 | Copies | 4.0 | 0.40 |
| 10/27/2014 | Copies | 3.0 | 0.30 |
| 10/27/2014 | Copies | 28.0 | 2.80 |
| 10/27/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Copies | 28.0 | 2.80 |
| 10/28/2014 | Copies | 160.0 | 16.00 |
| 10/28/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Copies | 17.0 | 1.70 |
| 10/28/2014 | Copies | 4.0 | 0.40 |
| 10/28/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Copies | 2.0 | 0.20 |
| 10/28/2014 | Binding, Tabs, Disks, etc | 1 | 3.83 |
| 10/28/2014 | Library Computer Searches/Westlaw Bill - Done by S. Baldassarra | 1 | 144.00 |
| 10/29/2014 | Copies | 88.0 | 8.80 |
| 10/29/2014 | Copies | 4.0 | 0.40 |
| 10/29/2014 | Copies | 20.0 | 2.00 |
| 10/29/2014 | Copies | 21.0 | 2.10 |
| 10/29/2014 | Copies | 4.0 | 0.40 |
| 10/29/2014 | Copies | 7.0 | 0.70 |
| 10/29/2014 | Copies | 8.0 | 0.80 |
| 10/29/2014 | Copies | 33.0 | 3.30 |
| 10/29/2014 | Copies | 2.0 | 0.20 |
| 10/29/2014 | Copies | 7.0 | 0.70 |
| 10/29/2014 | Copies | 31.0 | 3.10 |
| 10/29/2014 | Copies | 20.0 | 2.00 |
| 10/29/2014 | Copies | 19.0 | 1.90 |
| 10/29/2014 | Copies | 7.0 | 0.70 |
| 10/29/2014 | Copies | 2.0 | 0.20 |
| 10/29/2014 | Copies | 16.0 | 1.60 |
| 10/29/2014 | Copies | 11.0 | 1.10 |
| 10/29/2014 | Copies | 30.0 | 3.00 |
| 10/29/2014 | Copies | 3.0 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                  Invoice # 1948912
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| Date | | Qty | Amount |
|---|---|---|---|
| 10/30/2014 | Copies | 8.0 | 0.80 |
| 10/30/2014 | Copies | 4.0 | 0.40 |
| 10/30/2014 | Copies | 3.0 | 0.30 |
| 10/30/2014 | Copies | 4.0 | 0.40 |
| 10/30/2014 | Copies | 2.0 | 0.20 |
| 10/30/2014 | Copies | 5.0 | 0.50 |
| 10/30/2014 | Copies | 4.0 | 0.40 |
| 10/30/2014 | Copies | 3.0 | 0.30 |
| 10/30/2014 | Copies | 2.0 | 0.20 |
| 10/30/2014 | Copies | 46.0 | 4.60 |
| 10/30/2014 | Copies | 5.0 | 0.50 |
| 10/30/2014 | Copies | 7.0 | 0.70 |
| 10/30/2014 | Copies | 2.0 | 0.20 |
| 10/30/2014 | Copies | 5.0 | 0.50 |
| 10/30/2014 | Copies | 5.0 | 0.50 |
| 10/31/2014 | Copies | 5.0 | 0.50 |
| 10/31/2014 | Copies | 6.0 | 0.60 |
| 10/31/2014 | Copies | 5.0 | 0.50 |
| 10/31/2014 | Copies | 3.0 | 0.30 |
| 10/31/2014 | Copies | 2.0 | 0.20 |
| 10/31/2014 | Copies | 39.0 | 3.90 |
| 10/31/2014 | Copies | 37.0 | 3.70 |

**TOTAL**                                          **$1,389.41**

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.