**EXHIBIT F**

Legal*13001794.3

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 1.1 | $945.00 | $1,039.50 |
| Hilary Fender | Student | Students | | 0.8 | $175.00 | $140.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 4.4 | $660.00 | $2,904.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 36.5 | $795.00 | $29,017.50 |
| Michelle Sutkiewicz | Student | Students | | 2.1 | $175.00 | $367.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 19.4 | $390.00 | $7,566.00 |
| Rose Plue | Law Clerk | Advocacy | | 18.5 | $320.00 | $5,920.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 18.0 | $750.00 | $13,500.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 32.5 | $900.00 | $29,250.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 56.2 | $420.00 | $23,604.00 |
| TOTAL | | | | 189.5 | CDN. | $113,308.50 |