# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC [Docket No. 14679] | 9/1/14 - 9/30/14 | $197,076.50 (Fees) $0.98 (Expenses) | $157,661.20 (Fees @ 80%) $0.98 (Expenses @ 100%) | 11/3/14 | 11/24/14 |

3