## Nortel Networks Corporation
Capstone Advisory Group, LLC
**Exhibit A: Summary of Fees by Professional**
**For the Period 10/1/2014 through 10/31/2014**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 17.10 | $14,962.50 |
| J. Borow | Executive Director | $875 | 25.00 | $21,875.00 |
| J. Hyland | Executive Director | $660 | 61.80 | $40,788.00 |
| A. Cowie | Managing Director | $600 | 56.50 | $33,900.00 |
| E. Berman | Consultant | $250 | 1.00 | $250.00 |
| J. Emerson | Consultant | $250 | 8.80 | $2,200.00 |
| C. Griffin | Research | $125 | 3.00 | $375.00 |
| J. Blum | Paraprofessional | $120 | 6.40 | $768.00 |
| M. Haverkamp | Paraprofessional | $120 | 0.40 | $48.00 |
| **For the Period 10/1/2014 through 10/31/2014** | | | **180.00** | **$115,166.50** |