## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 10/1/2014 through 10/31/2014**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 19.50 | $13,681.00 |
| 05. Professional Retention/Fee Application Preparation | 11.80 | $3,980.00 |
| 08. Interaction/Mtgs w Creditors | 18.40 | $14,461.50 |
| 10. Recovery/SubCon/Lien Analysis | 28.80 | $17,856.00 |
| 11. Claim Analysis/Accounting | 83.10 | $53,175.50 |
| 13. Intercompany Transactions/Bal | 1.50 | $900.00 |
| 18. Operating and Other Reports | 2.60 | $1,716.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 11.00 | $7,068.00 |
| 26. Tax Issues | 3.30 | $2,328.50 |
| **For the Period 10/1/2014 through 10/31/2014** | **180.00** | **$115,166.50** |

Capstone Advisory Group, LLC
Invoice for the 10/1/2014-10/31/2014 Fee Statement