# Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 10/1/2014 through 10/31/2014

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **B001 Asset Acquisition/Disposition** | | | |
| 10/2/2014 | J. Borow | 1.60 | Reviewed transcripts of various depositions relating to allocation trial. |
| 10/4/2014 | J. Hyland | 2.40 | Analyzed proceeds allocation results based upon allocation assumptions. |
| 10/7/2014 | J. Hyland | 2.50 | Analyzed proceeds allocation scenarios. |
| 10/8/2014 | J. Hyland | 2.40 | Reviewed allocation scenarios deck and calculations. |
| 10/15/2014 | A. Cowie | 2.10 | Continued to analyze affidavit reply documents in regard to asset allocation trial. |
| 10/15/2014 | A. Cowie | 2.30 | Analyzed affidavit reply documents in regard to asset allocation trial. |
| 10/29/2014 | C. Kearns | 1.20 | Prepared various allocation scenarios at the request of counsel. |
| 10/29/2014 | J. Hyland | 2.80 | Analyzed cash and claims by estate. |
| 10/30/2014 | C. Kearns | 1.30 | Prepared allocation/ waterfall materials at request of counsel in anticipation of settlement meeting scheduled for Nov. 3. |
| 10/31/2014 | C. Kearns | 0.90 | Revised allocation/ recovery analyses based on comments from counsel. |
| Subtotal | | 19.50 | |
| **B005 Professional Retention/Fee App** | | | |
| 10/2/2014 | J. Hyland | 0.10 | Prepared September fee and expense estimate. |
| 10/7/2014 | J. Borow | 0.40 | Reviewed September Fee Application for submission. |
| 10/15/2014 | J. Blum | 0.90 | Prepared September Fee Application. |
| 10/15/2014 | A. Cowie | 1.50 | Analyzed September Fee Application. |
| 10/16/2014 | J. Blum | 1.20 | Prepared September Fee Application. |
| 10/21/2014 | J. Hyland | 0.80 | Reviewed detailed time entries for September. |
| 10/23/2014 | A. Cowie | 0.30 | Analyzed September Fee Application. |

Capstone Advisory Group, LLC
Invoice for the 10/1/2014-10/31/2014 Fee Statement

Page 1 of 8

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/28/2014 | J. Blum | 0.70 | Prepared September Fee Application. |
| 10/29/2014 | M. Haverkamp | 0.40 | Prepared September Fee Application. |
| 10/29/2014 | J. Blum | 1.60 | Prepared September Fee Application. |
| 10/29/2014 | J. Blum | 2.00 | Prepared September Fee Application. |
| 10/31/2014 | A. Cowie | 1.90 | Analyzed September Fee Application. |
| Subtotal | | 11.80 | |

**B008 Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2014 | J. Hyland | 0.30 | Conducted call with M. Fagen (counsel) re: case status and trial. |
| 10/1/2014 | J. Borow | 1.10 | Discussed with various creditors and parties in interest re: status of matter. |
| 10/2/2014 | J. Borow | 0.30 | Prepared for meeting with counsel and UCC re: various case issues. |
| 10/2/2014 | C. Kearns | 0.30 | Participated in weekly UCC call. |
| 10/2/2014 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC members and professionals. |
| 10/2/2014 | J. Borow | 0.30 | Attended meeting with counsel and UCC re: various case issues. |
| 10/2/2014 | A. Cowie | 0.40 | Prepared discussion points and supporting material for weekly UCC call. |
| 10/3/2014 | J. Borow | 1.10 | Discussed with various creditors and other parties in interest re: status of matter. |
| 10/3/2014 | J. Borow | 2.20 | Discussed with various creditors and other parties in interest re: status of matter. |
| 10/7/2014 | C. Kearns | 0.20 | Emailed with counsel on PPI and related matters. |
| 10/9/2014 | A. Cowie | 0.50 | Prepared supporting discussion points for weekly UCC call. |
| 10/9/2014 | J. Hyland | 0.60 | Participated in weekly UCC call with UCC members and professionals. |
| 10/9/2014 | J. Borow | 0.60 | Participated in meeting with UCC and professional advisors re: various topics. |
| 10/9/2014 | C. Kearns | 0.60 | Participated in call with UCC re: status of proceedings. |
| 10/15/2014 | A. Cowie | 0.80 | Prepared analysis and discussion points for weekly UCC meeting. |
| 10/15/2014 | J. Borow | 1.10 | Discussed with various creditors and parties in interest re: status of matter. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/16/2014 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC members and professionals. |
| 10/16/2014 | C. Kearns | 0.30 | Participated in UCC call re: PPI and other matters. |
| 10/16/2014 | J. Borow | 0.30 | Attended and participated in meeting of UCC and professionals to UCC. |
| 10/16/2014 | A. Cowie | 0.70 | Prepared supporting discussion points and analysis for counsel in regard to weekly UCC call. |
| 10/16/2014 | J. Hyland | 1.10 | Prepared for UCC call. |
| 10/23/2014 | C. Kearns | 0.20 | Emailed with counsel re: allocation related issues. |
| 10/23/2014 | J. Borow | 0.30 | Prepared for meeting with UCC and professionals to UCC. |
| 10/23/2014 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC professionals and members. |
| 10/23/2014 | C. Kearns | 0.30 | Participated in UCC call re: PPI status and other matters. |
| 10/23/2014 | J. Borow | 0.30 | Attended meeting with UCC and professionals to UCC. |
| 10/23/2014 | A. Cowie | 0.90 | Prepared supporting analyses for weekly UCC call. |
| 10/28/2014 | C. Kearns | 0.30 | Emailed with counsel re: recovery scenarios. |
| 10/29/2014 | C. Kearns | 0.60 | Participated in call with counsel, Milbank and Cleary, to prepare for upcoming settlement meeting. |
| 10/30/2014 | C. Kearns | 0.20 | Emailed with counsel re: allocation scenarios and related issues for PPI hearing. |
| 10/30/2014 | J. Hyland | 0.50 | Participated in weekly UCC call with members and professionals. |
| 10/30/2014 | C. Kearns | 0.50 | Participated in call with UCC to discuss case matters. |
| 10/30/2014 | J. Borow | 0.50 | Attended meeting with UCC and professionals to UCC. |
| 10/31/2014 | C. Kearns | 0.10 | Emailed with counsel re: upcoming settlement meeting. |
| Subtotal | | 18.40 | |

**B010 Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/3/2014 | J. Hyland | 1.80 | Analyzed proceeds allocation recoveries. |
| 10/6/2014 | A. Cowie | 1.10 | Continued to prepare revised creditor recovery presentation for the UCC. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/6/2014 | A. Cowie | 2.90 | Prepared revised creditor recovery presentation for the UCC. |
| 10/17/2014 | J. Hyland | 2.30 | Continued analyzing claims and related recoveries. |
| 10/17/2014 | J. Hyland | 2.60 | Continued analyzing claims and related recoveries. |
| 10/17/2014 | J. Hyland | 2.90 | Analyzed claims and related recoveries. |
| 10/21/2014 | A. Cowie | 0.90 | Analyzed current interest calculations in regard to creditor recoveries. |
| 10/29/2014 | A. Cowie | 2.30 | Continued to prepare updated creditor recovery models. |
| 10/29/2014 | A. Cowie | 2.80 | Prepared updated creditor recovery models. |
| 10/30/2014 | A. Cowie | 1.10 | Prepared updated recovery scenarios presentation for counsel. |
| 10/30/2014 | A. Cowie | 1.80 | Continued to prepare updated creditor recovery models. |
| 10/30/2014 | A. Cowie | 2.60 | Continued to prepare updated creditor recovery models. |
| 10/30/2014 | A. Cowie | 2.80 | Prepared updated creditor recovery models. |
| 10/31/2014 | A. Cowie | 0.90 | Analyzed updated recovery scenario report for counsel. |
| Subtotal | | 28.80 | |

**B011 Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2014 | C. Griffin | 0.90 | Continued to update Bond pricing analysis for Unsecured Creditors Committee of Nortel. |
| 10/1/2014 | J. Borow | 1.10 | Reviewed transcripts relating to post-petition interest issues. |
| 10/1/2014 | C. Griffin | 2.10 | Updated Bond pricing analysis for Unsecured Creditors Committee of Nortel. |
| 10/6/2014 | C. Kearns | 0.90 | Emailed and participated in call with counsel re: analysis in response to 9019 objection. |
| 10/6/2014 | J. Borow | 1.30 | Reviewed issues and documents pertaining to post-petition interest issues and calculations. |
| 10/6/2014 | C. Kearns | 1.30 | Read Monitor objection to 9019 motion and related expert analysis. |
| 10/6/2014 | J. Emerson | 2.20 | Continued to update Nortel Bond pricing presentation for the UCC. |
| 10/6/2014 | J. Emerson | 2.60 | Updated Nortel Bond pricing presentation for the UCC. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/7/2014 | C. Kearns | 0.30 | Participated in conference call with D. Botter and R. Johnson (counsel) on PPI and related matters. |
| 10/7/2014 | C. Kearns | 0.80 | Reviewed analyses prepared at request of counsel re: PPI and related matters. |
| 10/7/2014 | J. Hyland | 0.90 | Reviewed bond pricing analysis. |
| 10/7/2014 | J. Borow | 1.30 | Reviewed issues and documents pertaining to post-petition interest issues and calculations. |
| 10/7/2014 | A. Cowie | 1.70 | Continued to analyze Canadian Debtor's financial expert's report in regard to PPI. |
| 10/7/2014 | A. Cowie | 1.80 | Prepared analysis for counsel in regard to Canadian Debtor expert's PPI calculations. |
| 10/7/2014 | A. Cowie | 2.10 | Continued to analyze Canadian Debtor's financial expert's report in regard to PPI. |
| 10/7/2014 | J. Hyland | 2.70 | Reviewed Monitor and Canadian Debtor's Supplemental Objection to PPI 9019 ruling. |
| 10/7/2014 | A. Cowie | 2.80 | Analyzed Canadian Debtor's financial expert's report in regard to PPI. |
| 10/8/2014 | J. Hyland | 0.10 | Reviewed UK Pension 9019 motion joinder. |
| 10/8/2014 | C. Kearns | 0.30 | Participated in conference call with D. Botter and A. Qureshi (counsel) re: PPI and related matters. |
| 10/8/2014 | C. Kearns | 1.00 | Reviewed and revised draft analysis for UCC prepared at request of counsel for PPI related issues. |
| 10/8/2014 | A. Cowie | 2.40 | Continued to prepare analysis for counsel in regard to Canadian Debtor expert's PPI calculations. |
| 10/8/2014 | J. Hyland | 2.60 | Reviewed Canadian expert report on PPI. |
| 10/8/2014 | A. Cowie | 2.70 | Continued to prepare analysis for counsel in regard to Canadian Debtor expert's PPI calculations. |
| 10/8/2014 | A. Cowie | 2.80 | Prepared analysis for counsel in regard to Canadian Debtor expert's PPI calculations. |
| 10/9/2014 | C. Kearns | 0.10 | Emailed with counsel re: upcoming Delaware session with core parties and Judge Gross. |
| 10/9/2014 | C. Kearns | 0.20 | Reviewed status of claims analysis. |
| 10/9/2014 | C. Kearns | 0.20 | Finalized document for committee re: PPI scenarios. |


| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/9/2014 | J. Borow | 1.40 | Reviewed issues and documents pertaining to post-petition interest issues and calculations. |
| 10/10/2014 | C. Kearns | 0.20 | Participated in conference call with F. Hodara (counsel) re: Nov. 3 settlement conference with Judge Gross. |
| 10/10/2014 | C. Kearns | 0.40 | Reviewed status of PPI analysis and allocation scenarios. |
| 10/10/2014 | J. Hyland | 1.20 | Reviewed Canadian claims report. |
| 10/13/2014 | C. Kearns | 0.90 | Reviewed allocation and PPI scenarios in anticipation of upcoming settlement discussions arranged by Judge Gross. |
| 10/13/2014 | J. Borow | 1.20 | Reviewed issues and documents pertaining to post-petition interest issues and calculations. |
| 10/14/2014 | J. Hyland | 1.00 | Reviewed bond pricing analysis. |
| 10/14/2014 | J. Emerson | 1.20 | Continued to update Nortel Bond pricing presentation for the UCC. |
| 10/14/2014 | J. Hyland | 1.70 | Reviewed Canadian claims schedule. |
| 10/14/2014 | J. Emerson | 2.80 | Updated Nortel Bond pricing presentation for the UCC. |
| 10/15/2014 | C. Kearns | 0.20 | Emailed and related conference call with F. Hodara (counsel) re: PPI depositions. |
| 10/15/2014 | J. Hyland | 0.20 | Conducted call with T. Ayers (E&Y Canada) re: Canadian claims schedule summary. |
| 10/15/2014 | J. Borow | 1.10 | Reviewed issues and documents pertaining to post-petition interest issues and calculations. |
| 10/15/2014 | J. Hyland | 1.40 | Prepared summary of Canadian claims. |
| 10/15/2014 | J. Hyland | 1.40 | Analyzed bond pricing analysis and provided to counsel. |
| 10/16/2014 | C. Kearns | 0.30 | Reviewed status of NNL claim base in light of latest Monitor report. |
| 10/16/2014 | C. Kearns | 0.40 | Read motion papers re: PPI and discussed via email with counsel. |
| 10/17/2014 | J. Borow | 1.70 | Reviewed post-petition interest settlement issues. |
| 10/22/2014 | C. Kearns | 0.30 | Reviewed status of PPI and allocation analyses. |
| 10/22/2014 | A. Cowie | 2.10 | Continued to analyze Canadian Debtors' expert testimony in regard to PPI. |
| 10/22/2014 | A. Cowie | 2.80 | Analyzed Canadian Debtors' expert testimony in regard to PPI. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/23/2014 | J. Hyland | 2.10 | Reviewed motions re: PPI Canadian depositions and objections. |
| 10/24/2014 | J. Hyland | 2.00 | Continued reviewing motions re: PPI Canadian depositions and objections. |
| 10/28/2014 | C. Kearns | 0.20 | Participated in conference call with A. Qureshi (counsel) re: information needs to prepare for settlement meeting and 9019 motion. |
| 10/28/2014 | C. Kearns | 1.00 | Read Wertheim deposition transcript re: 9019 motion. |
| 10/28/2014 | J. Hyland | 2.00 | Reviewed deposition related to PPI. |
| 10/29/2014 | C. Kearns | 0.90 | Finished reading Wertheim deposition re: 9019 objection. |
| 10/30/2014 | E. Berman | 1.00 | Updated Bond pricing analysis for Unsecured Creditors Committee of Nortel. |
| 10/30/2014 | J. Borow | 1.60 | Reviewed issues pertaining to post-petition interest and related calculations. |
| 10/30/2014 | J. Hyland | 2.80 | Reviewed analysis for PPI discussion. |
| 10/31/2014 | C. Kearns | 0.20 | Participated in conference call with D. Botter (counsel) re: PPI and NNCC motion. |
| 10/31/2014 | J. Borow | 1.40 | Continued to review issues pertaining to post-petition interest and related calculations. |
| 10/31/2014 | J. Borow | 2.10 | Reviewed issues pertaining to post-petition interest and related calculations. |
| 10/31/2014 | J. Hyland | 2.70 | Reviewed multiple Capstone analyses related to PPI calculations. |
| Subtotal | | 83.10 | |

**B013 Intercompany transactions/bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/15/2014 | A. Cowie | 0.90 | Analyzed Restructuring Manager monthly reporting. |
| 10/16/2014 | A. Cowie | 0.60 | Analyzed monthly APAC/CALA reporting as prepared by the Debtors. |
| Subtotal | | 1.50 | |

**B018 Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/22/2014 | J. Hyland | 2.60 | Reviewed the Administrator's Report for the last period. |
| Subtotal | | 2.60 | |

**B019 Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/3/2014 | A. Cowie | 1.90 | Analyzed current escrow accounts and supporting records. |
| 10/8/2014 | J. Hyland | 0.40 | Analyzed NNL's cash forecast. |
| 10/15/2014 | A. Cowie | 0.40 | Analyzed monthly cash reporting prepared by the Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/16/2014 | A. Cowie | 0.90 | Analyzed monthly cash reporting prepared by the Debtors. |
| 10/20/2014 | J. Hyland | 2.80 | Analyzed cash balances and forecasts by estate |
| 10/21/2014 | J. Hyland | 2.70 | Analyzed cash forecasts by estate. |
| 10/28/2014 | J. Hyland | 1.90 | Analyzed cash activity and forecast as of 9/30/2014. |
| Subtotal | | 11.00 | |

**B026 Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/7/2014 | J. Borow | 0.70 | Reviewed issues pertaining to tax claims. |
| 10/16/2014 | J. Hyland | 0.50 | Conducted call with K. Rowe, counsel, re: U.S. taxes. |
| 10/16/2014 | J. Hyland | 2.10 | Analyzed potential U.S. tax issues. |
| Subtotal | | 3.30 | |
| **Total Hours** | | **180.00** | |