**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 10/1/2014 through 10/31/2014**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Telecom** | | | |
| 10/17/2014 | J. Hyland | Long distance call to Toronto for Nortel. | $3.43 |
| **Subtotal - Telecom** | | | **$3.43** |
| **For the Period 10/1/2014 through 10/31/2014** | | | $3.43 |