# EXHIBIT A

**NORTEL NETWORKS INC., *et al.*
CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst, LLP [Docket No. 14663] | 9/1/14 - 9/30/14 | £6,486.50 (Fees) £5.82 (Expenses) | £5,189.20 (Fees @ 80%) £5.82 (Expenses @ 100%) | 10/31/14 | 11/21/14 |

3