**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim (S)**

VAT Invoice Date: **19 November 2014**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **378281**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 5,013.00 |
| For the period 1 October 2014 to 31 October 2014, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 17.82 |
| **Disbursements:** (NT) | | | |
| Incidental Expenses | 0.00 | 0.00 | 4.60 |
| | 0.00 | | 5,035.42 |
| | | VAT | 0.00 |
| | | Total | 5,035.42 |
| | | **Balance Due** | **5,035.42** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 378281 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2014
Prebill Number:933279

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Senior Associate | Antonia Croke | 0.50 | 290.00 | (C0003) |
|  |  | 2.30 | 1,334.00 | (C0007) |
|  |  | 2.60 | 1,740.00 | (C0029) |
|  |  | **5.40** | **3,132.00** |  |
| Associate | Lindsey Roberts | 1.00 | 455.00 | (C0003) |
|  |  | 1.20 | 546.00 | (C0007) |
|  |  | **2.20** | **1,001.00** |  |
| Trainee | Nicole Lim | 4.40 | 880.00 | (C0003) |
|  |  | **4.40** | **880.00** |  |
|  | **TOTAL** | **12.00** | **5,013.00** |  |

## Matter: CCN01.00001 - BANKRUPTCY

### C0003     Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.50 | 580.00 | 290.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.00 | 455.00 | 455.00 |
| **Trainee** | | | | |
| NLIM | Nicole Lim | 4.40 | 200.00 | 880.00 |
| | | | Total | 1,625.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2014 | Lindsey Roberts | LETT | Emails re: WIP for September | 0.10 | 455.00 | 45.50 |
| 15/10/2014 | Nicole Lim | DRFT | Reviewing the prebill and preparing the monthly US fee application; | 0.10 | 200.00 | 20.00 |
| 22/10/2014 | Antonia Croke | LETT | Review emails and fee examiner report re Ashurst fee app; email Matthew Fagen re same | 0.40 | 580.00 | 232.00 |
| 23/10/2014 | Nicole Lim | DRFT | Reviewing prebill and drafting the monthly US fee application | 0.40 | 200.00 | 80.00 |
| 24/10/2014 | Nicole Lim | DRFT | Reviewing the prebill and drafting the monthly US fee application | 1.10 | 200.00 | 220.00 |
| 27/10/2014 | Lindsey Roberts | INTD | Discussion with NLIM re: fee application | 0.10 | 455.00 | 45.50 |
| 27/10/2014 | Nicole Lim | DRFT | Drafting monthly US fee application and discussion with LROBER re the same | 0.80 | 200.00 | 160.00 |
| 28/10/2014 | Antonia Croke | LETT | Emails re Ashurst fee app | 0.10 | 580.00 | 58.00 |
| 28/10/2014 | Lindsey Roberts | DRFT | Review of draft monthly fee application; discussion with NLIM re: the same | 0.20 | 455.00 | 91.00 |
| 28/10/2014 | Lindsey Roberts | LETT | Email to Giles Boothman re: fee application | 0.10 | 455.00 | 45.50 |
| 28/10/2014 | Nicole Lim | DRFT | Drafting the monthly fee application | 0.20 | 200.00 | 40.00 |
| 30/10/2014 | Lindsey Roberts | LETT | Review and comment on fee application - Discussion with NLIM re the same | 0.30 | 455.00 | 136.50 |
| 30/10/2014 | Lindsey Roberts | LETT | Review and further amends on monthly fee application | 0.20 | 455.00 | 91.00 |
| 30/10/2014 | Nicole Lim | DRFT | Finalising the monthly US fee application for September and discussions with LROBER re the same | 1.40 | 200.00 | 280.00 |
| 31/10/2014 | Nicole Lim | DRFT | Finalising the monthly fee application and correspondence with Matthew Fagen re the certificate of no objection | 0.40 | 200.00 | 80.00 |
| | | | | | | 1,625.00 |

## Matter: CCN01.00001 - BANKRUPTCY

### C0007      Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.30 | 580.00 | 1,334.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.20 | 455.00 | 546.00 |
| | | | Total | 1,880.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 02/10/2014 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 580.00 | 232.00 |
| 08/10/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 09/10/2014 | Antonia Croke | ATTD | Attend UCC Call | 0.70 | 580.00 | 406.00 |
| 15/10/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 16/10/2014 | Lindsey Roberts | PHON | Weekly UCC Call | 0.50 | 455.00 | 227.50 |
| 23/10/2014 | Antonia Croke | LETT | Review UCC minutes and Consent doc | 0.10 | 580.00 | 58.00 |
| 23/10/2014 | Antonia Croke | ATTD | Attend UCC Call | 0.30 | 580.00 | 174.00 |
| 23/10/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 30/10/2014 | Antonia Croke | LETT | Emails LROBER re UCC call and Ashurst fee app | 0.20 | 580.00 | 116.00 |
| 30/10/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 30/10/2014 | Lindsey Roberts | LETT | Brief review of pre-reading; attending the UCC Weekly call | 0.70 | 455.00 | 318.50 |
| 31/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel Committee Call | 0.10 | 580.00 | 58.00 |
| | | | | | | 1,880.00 |

Matter: CCN01.00001 - BANKRUPTCY

<u>**C0029**</u>     <u>**Intercompany Analysis**</u>

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.60 | 580.00 | 1,508.00 |
| | | | Total | **1,508.00** |

## Matter: CCN01.00001 - BANKRUPTCY

### C0029     Intercompany Analysis

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2014 | Antonia Croke | LETT | Review emails Re: Nortel - Canadian Supplemental Objections re 9019 Settlement | 0.30 | 580.00 | 174.00 |
| 06/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Supplemental Objections re 9019 Settlement | 0.20 | 580.00 | 116.00 |
| 07/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - UKPC Supplemental Objections re 9019 Settlement | 0.10 | 580.00 | 58.00 |
| 07/10/2014 | Antonia Croke | LETT | Review email from Bassett, Nick Re: Nortel - Revised Closing Argument Slides of Bondholder Group | 0.10 | 580.00 | 58.00 |
| 09/10/2014 | Antonia Croke | READ | Review Capstone deck re creditor recovery scenarios | 0.50 | 580.00 | 290.00 |
| 09/10/2014 | Antonia Croke | LETT | Review email from Rozenberg, Inna Re: Nortel - trial record | 0.10 | 580.00 | 58.00 |
| 09/10/2014 | Antonia Croke | LETT | Review email from Cordo, Annie Re: Nortel - Settlement Conference on November 3, 2014 | 0.10 | 580.00 | 58.00 |
| 10/10/2014 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn Re: Nortel - Settlement Conference on November 3, 2014 | 0.10 | 580.00 | 58.00 |
| 14/10/2014 | Antonia Croke | LETT | Review email from Erickson, Jodi Re: Amended Proposed Findings of Fact and Conclusions of Law of the US Interests (Redacted) | 0.10 | 580.00 | 58.00 |
| 15/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Supplemental Objections re 9019 Settlement | 0.10 | 580.00 | 58.00 |
| 15/10/2014 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn Re: Nortel- Update Regarding PPI Settlement and Motion to Compel | 0.10 | 580.00 | 58.00 |
| 16/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Update Regarding PPI Settlement and Motion to Compel | 0.10 | 580.00 | 58.00 |
| 16/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Update Regarding PPI Settlement and Motion to Compel | 0.10 | 580.00 | 58.00 |
| 17/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Update Regarding PPI Settlement and Motion to Compel | 0.10 | 580.00 | 58.00 |
| 20/10/2014 | Antonia Croke | LETT | Review email from Mr Abid Qureshi Re: Conflict Waiver Request | 0.10 | 580.00 | 58.00 |
| 20/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Objection to Motion to Compel the Deposition of Murray McDonald | 0.10 | 580.00 | 58.00 |
| 27/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Motion to Estimate NNCC Support Agreement Claim and Direct NNI to Amend Schedules With Respect to NNCC Intercompany Loan Claim | 0.10 | 580.00 | 58.00 |
| 30/10/2014 | Antonia Croke | LETT | Review emails Re: Nortel - Draft Committee Statement re 9019 Motion | 0.10 | 580.00 | 58.00 |
| 30/10/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Replies in Support of 9019 Settlement Motion | 0.10 | 580.00 | 58.00 |

                                                                                            1,508.00