## Exhibit C

## DISBURSEMENT SUMMARY

## OCTOBER 01, 2014 THROUGH OCTOBER 31, 2014

| Document Production | 17.82 |
|---|---:|
| Meal | 4.60 |
| **TOTAL** | **22.42** |