**Exhibit D**

**Disbursements Detailed Breakdown**

| | |
|---|---:|
| Document Production 297 sheets @ 0.06p | 17.82 |
| Evening Meal | 4.60 |