## Exhibit E

### SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD OCTOBER 01, 2014 THROUGH OCTOBER 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Antonia Croke | Associate for 7 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £580 | 5.40 | 3,132.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 2.20 | 1,001.00 |
| Nicole Lim | Trainee Solicitor; Dispute Resolution Group, London | £200 | 4.40 | 880.00 |
| TOTAL | | | 12.00 | 5,013.00 |

COMPENSATION BY PROJECT CATEGORY
OCTOBER 01, 2014 THROUGH OCTOBER 31, 2014

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 5.90 | 1,625.00 |
| Creditors Committee Meetings | 3.50 | 1,880.00 |
| Intercompany Analysis | 2.60 | 1,508.00 |
| TOTAL | 12.00 | 5,013.00 |