# EXHIBIT B

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan     Fees and Disbursements Through 10/31/14
Client: 105185/ Nortel Networks Corp     Last Date Billed 09/30/14 (Through 07/31/14)
Matter: 105185.0000198/ Litigation     Proforma Joint Group #

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7031898 | 10/01/14 | | 0016 | 2085018 | 006634 | Comp. Library Research JACKSON, SEAN | $579.59 |
| 7031899 | 10/02/14 | | 0016 | 2085018 | 006634 | Comp. Library Research JACKSON, SEAN | $12.53 |
| 7025776 | 10/03/14 | 502711* | 0006 | 2079259 | 001474 | Express Delivery FEDEX From: Mark Supko To: Richard Weiss, 2206 AMHERST CIR, MCKINNEY, TX 75070 US Tracking Number: 771373596120 Invoice Number: 281140296 | $38.03 |
| 7012944 | 10/07/14 | | 0022 | 2068777 | 001474 | Inhouse Duplicating | $0.20 |
| 7012945 | 10/07/14 | | 0022 | 2068777 | 001474 | Inhouse Duplicating | $0.60 |
| 7025774 | 10/07/14 | 502711* | 0006 | 2079259 | 001474 | Express Delivery FEDEX From: Mark Supko To: Amanda Bonn, 1901 AVENUE OF THE STARS STE 9, Susman Godfrey LLP, LO S ANGELES, CA 90067 US Tracking Number: 77140957 5583 Invoice Number: 281140296 | $16.78 |
| 7025775 | 10/07/14 | 502711* | 0006 | 2079259 | 001474 | Express Delivery FEDEX From: Mark Supko To: Michelle Ernst, 51 MADISON AVE, Quinn Emanuel Urquhart & Sulli, NEW YORK CITY, NY 10010 US Tracking Number: 771409934 713 Invoice Number: 281140296 | $11.86 |
| 7030847 | 10/08/14 | | 0016 | 2084961 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $8.25 |
| 7030848 | 10/08/14 | | 0016 | 2084961 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $34.11 |
| 7030849 | 10/08/14 | | 0016 | 2084961 | 000302 | Comp. Library Research Svc: LEXIS LEGAL SER SUPKO, MARK | $11.00 |
| 7018810 | 10/08/14 | 207773 | 0040 | 2073791 | 001474 | Air fare Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order 10/08/2014 - 10/10/2014 DCA/DFW | $990.98 |
| 7018811 | 10/09/14 | 207773 | 0045 | 2073791 | 001474 | Hotel Internet - Other Travel Expenses Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $9.95 |
| 7018812 | 10/08/14 | 207773 | 0047 | 2073791 | 001474 | Dinner - Travel Expense - Meals Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $50.00 |
| 7018813 | 10/08/14 | 207773 | 0043 | 2073791 | 001474 | Hotel Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $270.07 |
| 7018814 | 10/09/14 | 207773 | 0047 | 2073791 | 001474 | Dinner - Travel Expense - Meals Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $41.11 |
| 7018815 | 10/08/14 | 207773 | 0045 | 2073791 | 001474 | Hotel Internet - Other Travel Expenses Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $9.95 |
| 7018816 | 10/08/14 | 207773 | 0043 | 2073791 | 001474 | Hotel Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $270.07 |
| 7018817 | 10/10/14 | 207773 | 0008 | 2073791 | 001474 | Local Transportation Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $44.00 |

DCACTIVE-29793853.1

**899751**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**  
**Client: 105185/ Nortel Networks Corp**  
**Matter: 105185.0000198/ Litigation**

**Fees and Disbursements Through 10/31/14**  
**Last Date Billed 09/30/14 (Through 07/31/14)**  
**Proforma Joint Group #**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7018818 | 10/10/14 | 207773 | 0047 | 2073791 | 001474 | Breakfast - Travel Expense - Meals Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $8.34 |
| 7018819 | 10/09/14 | 207773 | 0042 | 2073791 | 001474 | Auto Rental Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order 10/09/2014 - 10/09/2014 | $113.94 |
| 7018820 | 10/09/14 | 207773 | 0042 | 2073791 | 001474 | Auto Rental Supko, Mark M. Travel to Marshall, TX for Hearing on Motion for Protective Order | $37.46 |
| 7022720 | 10/22/14 |  | 0022 | 2077031 | 001474 | Inhouse Duplicating | $0.60 |
| 7023663 | 10/23/14 | 502701 | 0023 | 2075073 | 001474 | Outside Duplicating - - VENDOR: Reimbursement of copying/production expenses for documents in response to Google subpoena | $408.16 |
| 7026308 | 10/27/14 |  | 0022 | 2079887 | 001474 | Inhouse Duplicating | $0.40 |
| 7027352 | 10/29/14 | 502984 | 0023 | 2079045 | 001474 | Outside Duplicating - - VENDOR: Reimbursement of document production expenses | $96.31 |
| 7027995 | 10/29/14 |  | 0022 | 2081210 | 001474 | Inhouse Duplicating | $0.40 |
| 7031900 | 10/29/14 |  | 0016 | 2085018 | 001835 | Comp. Library Research CHENEY, MATTHEW | $14.41 |
| 7014528 | 10/31/14 |  | 0152 | 2069589 | 000302 | Pacer Service Charge | $157.90 |
| 7031901 | 10/31/14 |  | 0016 | 2085018 | 001052 | Comp. Library Research PLEVIN, MARK D | $11.51 |
| | | | | | | **Total Disbursements** | **$3,248.51** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $66.67 |
| 0008 | Local Transportation | $44.00 |
| 0016 | Comp. Library Research | $671.40 |
| 0022 | Inhouse Duplicating | $2.20 |
| 0023 | Outside Duplicating | $504.47 |
| 0040 | Air fare | $990.98 |
| 0042 | Auto Rental | $151.40 |
| 0043 | Hotel | $540.14 |
| 0045 | Other Travel Expenses | $19.90 |
| 0047 | Travel Expense - Meals | $99.45 |
| 0152 | Pacer Service Charge | $157.90 |
| | **Total Disbursements** | **$3,248.51** |

DCACTIVE-29793853.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan     **Fees and Disbursements Through 10/31/14**
**Client:** 105185/ Nortel Networks Corp     **Last Date Billed (Through )**
**Matter:** 105185.0000200/ Litigation     **Proforma Joint Group #**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7014529 | 10/31/14 | | 0152 | 2069589 | 000302 | Pacer Service Charge | $3.20 |
| | | | | | | **Total Disbursements** | **$3.20** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge | $3.20 |
| | **Total Disbursements** | **$3.20** |

- 2 of 3 -

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan  
Client: 105185/ Nortel Networks Corp  
Matter: 105185.0000201/ Litigation

Fees and Disbursements Through 10/31/14  
Last Date Billed (Through )  
Proforma Joint Group #

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7028803 | 10/22/14 | 208343 | 0040 | 2082549 | 001474 | Air fare Supko, Mark M. Travel to LA for Deposition of Don Powers 10/22/2014 - 10/24/2014 IAD/LAX | $1,037.05 |
| 7028804 | 10/22/14 | 208343 | 0047 | 2082549 | 001474 | Lunch - Travel Expense - Meals Supko, Mark M. Travel to LA for Deposition of Don Powers | $16.98 |
| 7028805 | 10/22/14 | 208343 | 0043 | 2082549 | 001474 | Hotel Supko, Mark M. Travel to LA for Deposition of Don Powers | $530.45 |
| 7028806 | 10/22/14 | 208343 | 0045 | 2082549 | 001474 | Hotel Internet - Other Travel Expenses Supko, Mark M. Travel to LA for Deposition of Don Powers | $25.90 |
| 7028807 | 10/23/14 | 208343 | 0043 | 2082549 | 001474 | Hotel Supko, Mark M. Travel to LA for Deposition of Don Powers | $530.45 |
| 7028808 | 10/23/14 | 208343 | 0047 | 2082549 | 001474 | Lunch - Travel Expense - Meals Supko, Mark M. Travel to LA for Deposition of Don Powers | $12.90 |
| 7028809 | 10/23/14 | 208343 | 0045 | 2082549 | 001474 | Hotel Internet - Other Travel Expenses Supko, Mark M. Travel to LA for Deposition of Don Powers | $12.95 |
| 7028810 | 10/22/14 | 208343 | 0047 | 2082549 | 001474 | Dinner - Travel Expense - Meals Supko, Mark M. Travel to LA for Deposition of Don Powers | $42.40 |
| 7028811 | 10/22/14 | 208343 | 0045 | 2082549 | 001474 | Local Transportation - Other Travel Expenses Supko, Mark M. Travel to LA for Deposition of Don Powers LAX/Hotel | $60.00 |
| 7028812 | 10/23/14 | 208343 | 0045 | 2082549 | 001474 | Local Transportation - Other Travel Expenses Supko, Mark M. Travel to LA for Deposition of Don Powers Hotel/Depo | $45.00 |
| 7028813 | 10/23/14 | 208343 | 0045 | 2082549 | 001474 | Local Transportation - Other Travel Expenses Supko, Mark M. Travel to LA for Deposition of Don Powers Irell & Manella/Westin Bonaventure | $50.00 |
| 7028814 | 10/22/14 | 208343 | 0045 | 2082549 | 001474 | Local Transportation - Other Travel Expenses Supko, Mark M. Travel to LA for Deposition of Don Powers Westin/LAX | $60.00 |
| 7028815 | 10/24/14 | 208343 | 0045 | 2082549 | 001474 | Local Transportation - Other Travel Expenses Supko, Mark M. Travel to LA for Deposition of Don Powers | $51.00 |
| 7028816 | 10/23/14 | 208343 | 0047 | 2082549 | 001474 | Dinner - Travel Expense - Meals Supko, Mark M. Travel to LA for Deposition of Don Powers | $24.00 |
| 7028817 | 10/24/14 | 208343 | 0047 | 2082549 | 001474 | Dinner - Travel Expense - Meals Supko, Mark M. Travel to LA for Deposition of Don Powers | $32.00 |
| 7028818 | 10/23/14 | 208343 | 0047 | 2082549 | 001474 | Breakfast - Travel Expense - Meals Supko, Mark M. Travel to LA for Deposition of Don Powers | $5.80 |
| 7028819 | 10/24/14 | 208343 | 0047 | 2082549 | 001474 | Breakfast - Travel Expense - Meals Supko, Mark M. Travel to LA for Deposition of Don Powers | $7.85 |
| 7028820 | 10/24/14 | 208343 | 0047 | 2082549 | 001474 | Lunch - Travel Expense - Meals Supko, Mark M. Travel to LA for Deposition of Don Powers | $8.99 |
| | | | | | | **Total Disbursements** | **$2,553.72** |

DCACTIVE-29793853.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**  **Fees and Disbursements Through 10/31/14**
**Client: 105185/ Nortel Networks Corp**  **Last Date Billed  (Through )**
**Matter: 105185.0000201/ Litigation**  **Proforma Joint Group #**

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0040 | Air fare | $1,037.05 |
| 0043 | Hotel | $1,060.90 |
| 0045 | Other Travel Expenses | $304.85 |
| 0047 | Travel Expense - Meals | $150.92 |
| | **Total Disbursements** | **$2,553.72** |