IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: TBD** |
| | ) |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant: Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought: August 1, 2014 through October 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary: CDN. $802,133.50 Equivalent to USD $712,374.76[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: CDN. $19,196.30 Equivalent to USD $17,048.23[3]

This is (a)n: __X__ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's August, 2014, September, 2014 and October, 2014 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on November 25, 2014 was CDN. $1.00 : U.S. $0.8881

Legal*12181868.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 11/4/14 Docket No. 14699 | 8/1/14 – 8/31/14 | $293,357.50 | $5,526.02 | $234,686.00 Pending Obj. Deadline November 26, 2014 | $5,526.02 Pending Obj. Deadline November 26, 2014 | $58,671.50 |
| Date Filed: 11/25/14 Docket No. 14820 | 9/1/14 – 9/30/14 | $395,467.50 | $12,310.87 | $316,374.00 Pending Obj. Deadline December 16, 2014 | $12,310.87 Pending Obj. Deadline December 16, 2014 | $79,093.50 |
| Date Filed: 11/25/14 Docket No. 14821 | 10/1/14 – 10/31/14 | $113,308.50 | $1,359.41 | $90,646.80 Pending Obj. Deadline December 16, 2014 | $1,359.41 Pending Obj. Deadline December 16, 2014 | $22,661.70 |
| TOTALS: | All amounts in CDN.$ | $802,133.50 | $19,196.30 | $641,706.80[4] | $19,196.30[5] | $160,426.70 |

Summary of any Objections to Fee Applications: None.

Dated: November 25, 2014
Toronto, Ontario

*(signature)*

Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.