IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>            Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: TBD<br>) |

## NOTICE OF TWENTY-THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant:                      Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:                Official Committee of Unsecured Creditors

Date of Retention:                     March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:         August 1, 2014 through October 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:      $453,117.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    $91.02

This is (a)n: __X__ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's August, September and October 2014 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 10/30/2014 Docket No. 14651 | 8/1/2014 to 8/31/2014 | $140,874.00 | $86.61 | $112,699.20 | $86.61 | $28,174.80 |
| Date Filed 11/3/2014 Docket No. 14679 | 9/1/2014 to 9/30/2014 | $197,076.50 | $0.98 | Pending Obj. Deadline $157,661.20 | Pending Obj. Deadline $0.98 | $39,415.30 |
| Date Filed 11/25/14 Docket No. n/a | 10/1/2014 to 10/31/2014 | $115,166.50 | $3.43 | Pending Obj. Deadline $92,133.20 | Pending Obj. Deadline $3.43 | $23,033.30 |
| TOTALS: | | $453,117.00 | $91.02 | $362,493.60 | $91.02 | $90,623.40 |

Summary of any Objections to Fee Applications: None.

Dated: November 25th, 2014
       New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

2