# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
                Debtors.  :  Jointly Administered
:
:  **Hearing Date: TBD**
:
----------------------------------------------------------X

## SIXTEENTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2014 THROUGH OCTOBER 31, 2014

      In accordance with the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "<u>Monthly Compensation Order</u>"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (D.I. 11082) (the "Fee Examiner Order"), Torys LLP ("<u>Torys</u>") hereby submits its Sixteenth Quarterly Fee Application Request (the "<u>Request</u>") for the period August 1, 2014 through and including October 31, 2014[2] (the "<u>Application Period</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for August [D.I. 14568], September [D.I. 14759], and October [D.I. 14816] contain detailed listings of Torys' requested fees and expenses for the Application Period.

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/15/14 [D.I. 14568] | 08/01/14 – 08/31/14 | $440,582.50 | $2,887.02 | 11/06/14 [D.I. 14729] | $352,466.00 | $2,887.02 | $88,116.50 |
| 11/12/14 [D.I. 14759] | 09/01/14 – 09/30/14 | $611,026.50 | $13,427.18 | Pending | $488,821.40 | $13,427.18 | $122,205.10 |
| 11/25/14 [D.I. 14816] | 10/01/14 – 10/31/14 | $332,488.00 | $12,487.54 | Pending | $265,990.40 | $12,487.54 | $66,497.60 |
| **TOTAL** | | **$1,384,097.00** | **$28,801.74**[3] | | **$1,107,277.80** | **$28,801.74** | **$276,819.20** |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

On July 10, 2013, the Court entered the Fee Examiner Order which modifies the Interim Compensation Procedures Order by requiring, among other things, for Monthly and Quarterly Fee Application Requests to be sent to the Fee Examiner.

Simultaneously with the filing of this Application, Torys has followed the procedures set forth in the Fee Examiner Order by submitting the Fee and Expense Detail to the Fee Examiner.

---

[3] Due to an inadvertent error, the expenses requested in the September fee application reflected $13,731.40 rather than, $13,427.18, the correct amount. Additionally, the expenses reflected in the October fee application reflected $12,265.92 rather than $12,487.54, the correct amount. The total expenses sought is correctly reflected in this Quarterly fee application. As a result of the inadvertent errors, the change in the amount of expenses sought is a decrease of $82.60.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: November 25, 2014
      New York, New York

TORYS LLP

<u>/s/ Alison D. Bauer</u>
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas, 23rd Floor
New York, New York  10036
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2014 through October 31, 2014

| Name of Professional Person | Position of the Applicant and Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alison D. Bauer | Partner/Bankruptcy (called to the bar in 1995; 9 years in current position) | $815.00 | 8.6 | $7,009.00 |
| Sheila R. Block | Partner/Litigation (called to the bar in 1974; 34 years in current position) | $1,050.00 | 221.6 | $232,680.00 |
| Scott A. Bomhof | Partner/Bankruptcy (called to the bar in 1995; 13 years in current position) | $900.00 | 276.9 | $249,210.00 |
| Tony DeMarinis | Partner/Bankruptcy (called to the bar in 1989; 19 years in current position) | $1,050.00 | 127.5 | $133,875.00 |
| Edward Fan | Partner/Intellectual Property (called to the bar in 2002; 4 years in current position) | $775.00 | 1.3 | $1,007.50 |
| Mitch Frazer | Partner/Corporate (called to the bar in 2001; 4 years in current position) | $900.00 | 0.9 | $810.00 |
| Andrew Gray | Partner/Litigation (called to the bar in 2002; 4 years in current position) | $800.00 | 177.0 | $141,600.00 |
| William Gray | Partner/Bankruptcy (called to the bar in 1981; 13 years in current position) | $945.00 | 60.0 | $56,700.00 |
| Conor McCourt | Partner/Intellectual Property (called to the bar in 1982; 12 | $1,050.00 | 5.2 | $5,460.00 |

4

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| | years in current position) | | | |
| John Tobin | Partner/Tax (called to the bar in 1989; 12 years in current position) | $990.00 | 22.0 | $21,780.00 |
| Thomas Yeo | Counsel/Corporate (called to the bar in 2001; 13 years in current position) | $815.00 | 32.6 | $26,569.00 |
| Saira Bhojani | Associate/Tax (called to the bar in 2006; 8 years in current position) | $695.00 | 10.0 | $6,950.00 |
| Adam Slavens | Associate/Bankruptcy (called to the bar in 2007; 7 years in current position) | $690.00 | 552.0 | $380,880.00 |
| Matthew Atkey | Associate/Corporate (called to the bar in 2008; 6 years in current position) | $670.00 | 21.0 | $14,070.00 |
| Jeremy Opolsky | Associate/Litigation (called to the bar in 2011; 3 years in current position) | $490.00 | 1.0 | $490.00 |
| Frazer House | Associate/Corporate (called to the bar in 2013; 1 year in current position) | $360.00 | 9.4 | $3,384.00 |
| Irfan Kara | Associate/Litigation (called to the bar in 2014; 1 year in current position) | $360.00 | 9.4 | $3,384.00 |
| Maureen Blake | Senior Law Clerk | $435.00 | 5.1 | $2,218.50 |
| Rose Lombardi | Senior Law Clerk | $360.00 | 2.6 | $936.00 |
| Allan Collins | Paralegal | $295.00 | 85.6 | $25,252.00 |
| Nairne Holtz | Librarian | $390.00 | 1.5 | $585.00 |

| | | | | |
|---|---|---|---|---|
| Clare Mauro | Librarian | $390.00 | 3.0 | $1,170.00 |
| Tanya Szydlowski | Reference Technician | $155.00 | 0.2 | $31.00 |
| Jamil Jivani | Legal Intern | $330.00 | 40.6 | $13,398.00 |
| Kevin Armitage | Articling Student (graduated law school; passed bar exam) | $330.00 | 13.4 | $4,422.00 |
| Beatrice Bozinovski | Articling Student (graduated law school; passed bar exam) | $330.00 | 7.5 | $2,475.00 |
| Patrick Shaunessy | Articling Student (graduated law school; passed bar exam) | $330.00 | 138.7 | $45,771.00 |
| Patrick Sweeney | Articling Student (graduated law school; passed bar exam) | $330.00 | 6.0 | $1,980.00 |
| **Total** | | | 1,840.6 | $1,384,097.00 |
| **GRAND TOTAL:** | **$1,384,097.00** | | | |
| **BLENDED RATE:** | **$751.98** | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

CUMULATIVE COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2014 through October 31, 2014

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Case Administration | 2.00 | $2,100.00 |
| Fee and Employment Applications | 115.80 | $53,494.50 |
| Litigation | 964.50 | $815,191.50 |
| Analysis of Canadian Law | 598.40 | $392,062.00 |
| Canadian CCAA Proceedings/Matters | 159.90 | $121,249.00 |
| **TOTAL** | **1,840.6** | **$1,384,097.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2014 through October 31, 2014

- 

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Motion | | $113.40 |
| Binding Charges/Exhibit Tabs | | $435.20 |
| Computer Research | Quicklaw / Westlaw | $10,172.64 |
| Computerized Court Searches | | $18.40 |
| Copies | Ricoh Canada | $8,055.46 |
| Copy Preparation | | $36.73 |
| Courier | | $650.79 |
| Duplicating/Printing | 45,398 pgs @ .10 per pg | $4,539.81 |
| Hardware-Project Management | | $728.72 |
| Hearing Room | Toronto Lawyers Association | $459.85 |
| Library Costs | | $25.95 |
| Meals | | $1,767.19 |
| Miscellaneous | | $-1,062.25 |
| Process Server Filing | | $264.37 |
| Taxi & Travel | | $1,933.14 |
| Telephone | Long Distance | $662.34 |
| **Grand Total Expenses** | | **$28,801.74** |