# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | Adv. Proc. No. 10-55903 |
| Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company et al | Adv. Proc. No. 11-50207 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated March 9, 2011, and July 25, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

Dated:  November 26, 2014
         Wilmington, Delaware

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                              Lisa M. Schweitzer (admitted *pro hac vice*)
                              Neil P. Forrest (admitted *pro hac vice*)
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone:  (212) 225-2000
                              Facsimile:  (212) 225-3999

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Tamara K. Minott
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

## STATUS E

### RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 11-50207 | Hewlett-Packard Company, et al. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, on October 31, 2014 the Debtors filed a motion pursuant to Bankruptcy Rule 9019 in connection with this proposed settlement. |

## STATUS F

### DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55903 | Sterling Mets, L.P., *et al.* | The current scheduling order contemplates that all written fact discovery will be complete by December 22, 2014.  The parties anticipate negotiating a revised discovery schedule that will address both the preference action and certain claims by the defendants. |