IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                        )       Chapter 11
                                            )       Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]          )       Jointly Administered
                                            )
               Debtors.         )       **Hearing Date:** TBD
_____  )

## NOTICE OF TWENTY-THIRD INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | August 1, 2014 through October 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary | £16,622.50 (US 26,097.33$)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £35.02 (US $54.98)[3] |

This is (a)n: _X_ interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.57 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.57 as published by Bloomberg.com on the date of this application.

1

38437895

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 09/29/2014 Docket No. 14483 | 08/01/2014 – 08/31/2014 | £5,123.00 | £6.78 | £4,098.40 | £6.78 | £1,024.60 |
| Date Filed: 10/31/2014 Docket No. 14663 | 09/01/2014 – 09/30/2014 | £6,486.50 | £5.82 | £5,189.20 | £5.82 | £1,297.30 |
| Date Filed: 11/25/2014 Docket No. 14825 | 10/01/2014 – 10/31/2014 | £5,013.00 | £22.42 | Pending Obj deadline 12/19/2014 £4,010.40 | Pending Obj deadline 12/19/2014 £22.42 | £1,002.60 |
| **TOTALS:** | | **£16,622.50** | **£35.02** | **£13,298.00** | **£35.02** | **£3,324.50** |

Summary of any Objections to Fee Applications: None.

Dated:  November 26, 2014
        London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

38437895