**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7145**

WRITER'S INTERNET ADDRESS
**robertwilson@quinnemanuel.com**

November 26, 2014

The Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re:    *In re Nortel Networks Inc., et al.*, Case No. 09-10138 (KG), Re:  Dkt. No. 14476

Dear Judge Gross:

My firm, Quinn Emanuel Urquhart & Sullivan LLP, along with Friedlander & Gorris, P.A., represent Google in the above-captioned case in connection with third-party discovery from Debtor Nortel Networks, Inc. ("NNI") relating to the sale of the Nortel patent portfolio to Rockstar Bidco, LP.  As the Court will recall, Google served subpoenas on NNI in two pending patent cases: *Rockstar Consortium US LP, et al. v. Google Inc.*, Case No. 13-893 (E.D. Tex.) ("Texas Case"); and *Google Inc. v. Rockstar Consortium US LP, et al.*, Case No. 13-5933 (N.D. Cal.) ("California Case").  I write to inform the Court of recent events in which the Texas and California cases have been temporarily stayed while the details of a final agreement are negotiated that would resolve the disputes in the underlying litigations.

On November 17, 2014, the plaintiffs in the Texas Case – Rockstar Consortium US LP ("Rockstar") and NetStar Technologies LLC – filed an Unopposed Motion to Stay All Deadlines and Notice of Settlement.  (Ex. A.)  In their motion, "Plaintiffs report that on November 12, 2014 a binding Term Sheet was executed that settles, in principle, all matters in controversy between the parties."  (*Id.* at 1.)  The plaintiffs requested a stay of all deadlines in the Texas Case for "45 days, until December 29, 2014, while the Term Sheet is reduced to a definitive agreement."  (*Id.*)  The Texas court granted the motion for a stay on November 19, 2014.  (Ex. B.)

On November 22, 2014, the defendants in the California Case – Rockstar and MobileStar Technologies LLC – filed an Unopposed Motion to Stay Case.  (Ex. C.)  Defendants' motion states that "[a]ctive discussions are underway that may settle all issues in dispute" and "[t]he requested stay will facilitate those active discussions."  (*Id.* at 1.)  The Defendants requested a

stay of all deadlines in the California Case until January 5, 2015. (*Id.*) The California court granted the motion for a stay on November 25, 2014. (Ex. D.)

Pending resolution of the negotiations in the Texas and California Cases, and in order to avoid delay, Google will continue to meet and confer with NNI pursuant to the Court's November 10, 2014 Order, including the development of a discovery protocol that would apply to Google's subpoenas in the event the underlying cases are not otherwise resolved, and will attend the currently-scheduled hearing on December 5, 2014.[1]

Respectfully submitted,

/s/ *Robert B. Wilson*


Robert B. Wilson

---

[1] Counsel for Google has notified counsel for Debtors regarding the stays entered in the Texas and California cases and Google's intent to file this letter. Debtors have not objected to Google's continued participation in these proceedings.