# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,**<br><br>      **Plaintiffs,**<br><br>  v.<br><br>**GOOGLE INC.,**<br><br>      **Defendant.** | Case No. 2:13-cv-00893-JRG-RSP |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to the Court's June 3, 2014 Standing Order regarding notification of settlements, Plaintiffs report that on November 12, 2014 a binding Term Sheet was executed that settles, in principle, all matters in controversy between the parties. Accordingly, Plaintiffs Rockstar Consortium US LP and NetStar Technologies LLC ("Rockstar"), pursuant to the terms of the Term Sheet, request that the Court order that the deadlines in case be stayed 45 days, until December 29, 2014, while the Term Sheet is reduced to a definitive agreement. This period (45 days from the Term Sheet) is necessary due to the complexity of the transaction and the number of additional parties whose claims are concurrently being resolved. Google does not oppose this request. Rockstar does not believe that the trial date should be moved at this point. Google believes that, given the current trial date and the remaining schedule, the requested stay would make the current trial date not practicable. (*See e.g.* Dkt., 266.) Thus, it is Google's position that, should the stay be granted, all remaining dates, including the trial date in this action, should be either vacated, or moved 45 days.

DATED:  November 17, 2014         Respectfully submitted,

                By:  */s/ Justin A. Nelson*
                    Max L. Tribble, Jr. – Lead Counsel
                    State Bar No. 20213950
                    Alexander L. Kaplan, State Bar No. 24046185
                    John P. Lahad, State Bar No. 24068095
                    Shawn Blackburn, State Bar No. 24089989
                    **SUSMAN GODFREY L.L.P.**
                    1000 Louisiana Street, Suite 5100
                    Houston, Texas 77002
                    Telephone:  (713) 651-9366
                    Facsimile:  (713) 654-6666
                    mtribble@susmangodfrey.com
                    akaplan@susmangodfrey.com
                    jlahad@susmangodfrey.com
                    sblackburn@susmangodfrey.com

                    Justin A. Nelson, State Bar No. 24034766
                    Parker C. Folse, III, WA State Bar No. 24895
                    **SUSMAN GODFREY L.L.P.**
                    1201 Third Ave, Suite 3800
                    Seattle, Washington 98101
                    Telephone: (206) 516-3880
                    Facsimile:  (206) 516-3883
                    jnelson@susmangodfrey.com
                    pfolse@susmangodfrey.com

                    Amanda K. Bonn, CA State Bar No. 270891
                    Meng Xi, CA State Bar No. 280099
                    **SUSMAN GODFREY L.L.P.**
                    1901 Avenue of the Stars, Suite 950
                    Los Angeles, CA 90067-6029
                    Telephone: (310) 789-3100
                    Facsimile: (310) 789-3150
                    abonn@susmangodfrey.com
                    mxi@susmangodfrey.com

                    T. John Ward, Jr., State Bar No. 00794818
                    Claire Abernathy Henry, State Bar No. 24053063
                    **WARD & SMITH LAW FIRM**
                    P.O. Box 1231
                    Longview, TX  75606-1231
                    Telephone: (903) 757-6400
                    Facsimile:  (903) 757-2323
                    jw@wsfirm.com
                    claire@wsfirm.com

                    S. Calvin Capshaw, State Bar No. 03783900
                    Elizabeth L. DeRieux, State Bar No. 05770585

        D. Jeffrey Rambin, State Bar No. 00791478
        **CAPSHAW DERIEUX, LLP**
        114 E. Commerce Ave.
        Gladewater, TX  75647
        Telephone: (903) 236-9800
        Facsimile:  (903) 236-8787
        ccapshaw@capshawlaw.com
        ederieux@capshawlaw.com
        jrambin@capshawlaw.com

*Attorneys for Rockstar Consortium US LP and NetStar Technologies LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties have met and conferred on the 17th day of November, 2014 and counsel for Defendants are unopposed as to the disposition of the matters raised in this motion.

*/s/ Justin A. Nelson*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 17th day of November, 2014 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/ Justin A. Nelson*