# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,**<br><br>　　　　**Plaintiffs,**<br><br>　v.<br><br>**GOOGLE INC.,**<br><br>　　　　**Defendant.** | Case No. 2:13-cv-00893-JRG-RSP |

### ORDER REGARDING UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

　Based on Rockstar's unopposed motion to stay, the Court hereby GRANTS the Motion and STAYS the case, including all deadlines, until December 29, 2014, at which time the parties shall file a joint statement including a status report. This ruling is without prejudice to the parties' ability to request further changes to the schedule and/or trial date at a later time.

　**SIGNED this 19th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE