# EXHIBIT C

|   |   |
|---|---|
| 1 | Courtland L. Reichman<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive Suite 510<br>Redwood Shores, CA 94065<br>(650) 394-1400<br>(650) 394-1422 (facsimile) |

Mike McKool (Admitted Pro Hac Vice)
mmckool@McKoolSmith.com
Douglas A. Cawley (Admitted Pro Hac Vice)
dcawley@McKoolSmith.com
Ted Stevenson III (Admitted Pro Hac Vice)
tstevenson@McKoolSmith.com
David Sochia (Admitted Pro Hac Vice)
dsochia@McKoolSmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (facsimile)

Joshua W. Budwin (Admitted Pro Hac Vice)
jbudwin@McKoolSmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700
(512) 692-8744 (facsimile)

*Attorneys for Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC,<br><br>　　　　Defendants. | CASE NO. 13-cv-5933-CW<br><br>**[CORRECTED] UNOPPOSED MOTION TO STAY CASE** |

1  Defendants Rockstar Consortium US LP and MobileStar Technologies LLC ("Rockstar")
2  request that the Court order that all deadlines in this case be stayed 45 days. Active discussions
3  are underway that may settle all issues in dispute. The requested stay will facilitate those active
4  discussions. A 45-day stay is warranted due to the complexity of the transaction being discussed.
5  Accordingly, Rockstar requests that the Court stay all deadlines until January 5, 2015. The Eastern
6  District of Texas and the District of Delaware, which are overseeing cases involving Rockstar
7  Consortium US LP, Netstar Technologies LLC, and Bockstar Technologies LLC, have entered
8  similar orders on request of the parties.[1]

9  In the event the stay is lifted, the Parties agree to work together in good faith to submit a
10 proposed revised case schedule.

11 Google does not oppose this request for a stay, provided that all dates in the current case
12 schedule are moved by at least 45 days, to account for the impact of the stay on the current case
13 schedule. Google believes that the requested 45-day stay should not be entered without
14 corresponding adjustments to upcoming case deadlines, including the close of fact discovery.
15 Without such an adjustment Google would be unfairly prejudiced if the stay is lifted and the case
16 is then litigated on the current schedule. Thus, it is Google's position that, should the stay be
17 granted, all remaining dates should be either vacated or moved by at least 45 days.

---

[1] *See Rockstar Consortium US LP, et al. v. Google Inc.*, Case No. 2:13-cv-00893-JRG-RSP, dkt. 289 (EDTX, November 19, 2014) attached as Exhibit A and *Bockstar Technologies LLC, v. Cisco Systems, Inc.*, Case No. 1:13-cv-2020-SLR-SRF (D.Del., November 17, 2014) attached as Exhibit B.

| | | |
|---|---|---|
| 1 | DATED: November 22, 2014 | Respectfully submitted, |
| 2 | | McKOOL SMITH HENNIGAN, P.C. |
| 3 | | By /s/ Josh W. Budwin |

MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive Suite 510
Redwood Shores, CA 94065
(650) 394-1400
(650) 394-1422 (facsimile)

Mike McKool (Admitted Pro Hac Vice)
mmckool@McKoolSmith.com
Douglas A. Cawley (Admitted Pro Hac Vice)
dcawley@McKoolSmith.com
Ted Stevenson III (Admitted Pro Hac Vice)
tstevenson@McKoolSmith.com
David Sochia (Admitted Pro Hac Vice)
dsochia@McKoolSmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (facsimile)

Joshua W. Budwin (Admitted Pro Hac Vice)
jbudwin@McKoolSmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700
(512) 692-8744 (facsimile)

*Attorneys for Rockstar Consortium US LP and MobileStar Technologies LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 22, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Josh W. Budwin*
Josh W. Budwin