# EXHIBIT D

## Kristin Madigan

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, November 25, 2014 9:04 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:13-cv-05933-CW Google Inc. v. Rockstar Consortium US LP et al Order on Motion to Stay |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply**

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered on 11/25/2014 at 9:03 AM PST and filed on 11/25/2014

| | |
|---|---|
| **Case Name:** | Google Inc. v. Rockstar Consortium US LP et al |
| **Case Number:** | 4:13-cv-05933-CW |
| **Filer:** | |
| **Document Number:** | 144(No document attached) |

**Docket Text:**
**Order granting [143] Motion to Stay entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.)**

**4:13-cv-05933-CW Notice has been electronically mailed to:**

**Ashley Nicole Farris Moore**    amoore@mckoolsmith.com

**Charles Kramer Verhoeven**    charlesverhoeven@quinnemanuel.com,
alicemckinley@quinnemanuel.com

**Courtland Lewis Reichman**    creichman@mckoolsmith.com, cmay@mckoolsmith.com,
jmyers@mckoolsmith.com, lbone@mckoolsmith.com, nmacdonald@mckoolsmith.com

**David Eiseman , IV**    davideiseman@quinnemanuel.com, lorenaalfaro@quinnemanuel.com

**David Sochia**    dsochia@mckoolsmith.com, jmow@mckoolsmith.com

**Douglas A. Cawley**    dcawley@mckoolsmith.com

**Erik Christopher Olson**    eolson@fbm.com, calendar@fbm.com, shunt@fbm.com

**Eugene Y. Mar**     emar@fbm.com, calendar@fbm.com, mclaros@fbm.com

**Jason L Liu**     jasonliu@quinnemanuel.com

**Jordan Ross Jaffe**     jordanjaffe@quinnemanuel.com

**Joshua T. Morris**     jmorris@mckoolsmith.com

**Joshua Wright Budwin**     jbudwin@mckoolsmith.com, aboals@mckoolsmith.com, amorris@mckoolsmith.com, kchambers@mckoolsmith.com, lbone@mckoolsmith.com, vmerideth@mckoolsmith.com

**Kathy Hsinjung Li**     kli@mckoolsmith.com, dphillips@mckoolsmith.com

**Kristin J. Madigan**     kristinmadigan@quinnemanuel.com, amberburns@quinnemanuel.com, calendar@quinnemanuel.com

**Lindsay Cooper**     lindsaycooper@quinnemanuel.com

**Matthew Cannon**     matthewcannon@quinnemanuel.com

**Matthew S. Warren**     matt@courtpapers.warrenlex.com

**Mike McKool**     mmckool@mckoolsmith.com, sbovine@mckoolsmith.com

**Mitchell Reed Sibley**     msibley@mckoolsmith.com

**Nicholas Michael Mathews**     nmathews@mckoolsmith.com

**Patrick Daniel Curran**     patrickcurran@quinnemanuel.com, justinemanzano@quinnemanuel.com

**Richard Alan Kamprath**     rkamprath@mckoolsmith.com

**Roderick Manley Thompson**     rthompson@fbm.com, adugan@fbm.com, calendar@fbm.com

**Theodore Stevenson , III**     tstevenson@mckoolsmith.com

**Victoria F. Maroulis**     victoriamaroulis@quinnemanuel.com, rachelaripez@quinnemanuel.com

**Warren Henry Lipschitz**     wlipschitz@mckoolsmith.com

**4:13-cv-05933-CW Please see** Local Rule 5-5**; Notice has NOT been electronically mailed to:**