# CERTIFICATE OF SERVICE

I, Jeffrey M. Gorris, do hereby certify that on this 26th day of November, 2014, a copy of the foregoing **Letter to The Honorable Kevin Gross from Robert Wilson** was caused to be served on the following parties as follows via CMECF, U.S. Mail and Electronic Mail:

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Lisa M. Schweitzer
David H. Herrington
Inna Rozenberg
One Liberty Plaza
New York, NY 10006

CROWELL & MORING LLP
Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

MORRIS, NICHOLS, ARHST
& TUNNEL LLP
Derek C. Abbott
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
Jennifer R. Hoover
Michael J. Barrie
222 Delaware Ave, Suite 801
Wilmington, DE 19801

Office of the U.S. Trustee
Mark S. Kenney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (No. 5012)

{FG-W0381517.}