**Exhibit A**



Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

INVOICE NUMBER: US0131125604

October 1, 2014

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**4001 E. Chapel Hill-Nelson Hwy**
**Research Triangle Park, NC 27709**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| c/o Ernst & Young US LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| EIN: 34-6565596 |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 9th Amendment (dated December 30, 2013) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, progress billing for professional core tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

*Total Due*                                                                                       $350,000

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**