**<u>Group Exhibit B</u>**

Case 09-10138-MFW    Doc 14834-3    Filed 11/26/14    Page 1 of 7

2

**<u>Group Exhibit B</u>**

**Nortel Networks, Inc.**
**IRS Ruling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft outline of claims exclusion requirements for purpose of meeting DOF ruling representations. | 10/1/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review Cleary mark-up on motion language and provide comments to Glenn Carrington. | 10/1/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Discussions and corrrespondence with EY National (Glenn Carrington, Tim Powell) on Cleary's questions on DOF mechanics | 10/2/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Mike Kennedy on DOF implementation matters | 10/2/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Kara Haley, and Corey Goodman at Cleary on various technical matters related to legal implementation of DOF | 10/2/2014 | $650.00 | 1.1 | $715 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Discussion on valuation with Bill McRae at Cleary | 10/3/2014 | $650.00 | 0.2 | $130 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Research and correspondence on impact of John Ray trustee role and issues with transferor claimant provisions of regulations. | 10/3/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Prepare for conference call with IRS | 10/3/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with IRS on income recognition timing. | 10/3/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft note to file memorializing conference call with IRS on timing of income recognition | 10/7/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Outline criteria for isolating disqualified claims and measures to quantify value of deduction on assumption. | 10/7/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Sarah Jacks to discuss project staffing for claims identification in relation to DOF assumption requirements. | 10/7/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence to EY National team on DOF conflict matters | 10/8/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review of Cleary email and correspondence with EY National on transfer and defense of subrogation rights. | 10/9/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft project planning outline related to DOF claims pool development including research into matters associated with partially agreed claims | 10/9/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft outline of claims criteria | 10/6/2014 | $650.00 | 1.1 | $715 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting with David Cozart on claims data base details | 10/8/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review claims data base | 10/8/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Tie claims data base into ledger | 10/8/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Complete claims database sorts for subsequent review | 10/8/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Glenn Carrington, Doug Abbott, and Jim Scott on IRS contacts related to DOF ruling implementation | 10/13/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Recompile and supplement modeling materials on request from Cleary in preparation for meeting with Aken and Milbank on DOF implementation | 10/13/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review and revise mark-up on communication to IRS related to timing of income recognition. | 10/14/2014 | $650.00 | 0.3 | $195 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | On-going review of claims data base and project planning related to QSF claims identification and quantification of DOF deduction | 10/14/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review of modeling input / output and DOF contribution calculations in preparation for call on DOF with Milbank and Aken | 10/15/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call on DOF with Milbank, Cleary and Aken | 10/15/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Follow up with Jim Scott and call with Bill McRae in regard to IRS communications and DOF funding deliverables | 10/15/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence with various parties on IRS communication regardiing year of close | 10/15/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Redraft DOF claims pool work project outline and review with Jim Scott | 10/15/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft outline of discussion points in response to request from Aken and Milbank on mechanics and implications of tax year end change as it relates to DOF deferral | 10/16/2014 | $650.00 | 1.8 | $1,170 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Complete outline of Sec 442 year end change requirements / tests and forward to Ford Williams for second level review | 10/17/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Complete analysis of risk adjustments on filed returns and compile a summary schedule of risk adjusted NOLs pursuant to request from Aken and Milbank in respect of DOF funding | 10/17/2014 | $650.00 | 1.3 | $845 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Outline project tasks around claims database review | 10/13/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review claims data base | 10/13/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review sample claims support for project planning purposes. | 10/13/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting with David Cozart on reconciliation of claims data base. | 10/14/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Research on conditions for deduction. | 10/14/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Claims research and project planning | 10/17/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Project planning meeting with Sarah Jacks and Andrew Rowland on DOF claims pool analysis | 10/27/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Glenn Carrington and rest of EY executive engagement team on PLR options for income recognition in context of DOF funding | 10/28/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Complete and distribute PLR outline for call with Glenn Carrington and executive team | 10/28/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review of select claims and discussions with Melissa Poormon on same as it relates to isolation of DOF claims pool. | 10/29/2014 | $650.00 | 0.2 | $130 |
| IRS Ruling | Scott,James E (US011119307) | Partner | DOF Implementation conference call with Cleary, Akin, Milbank, Jeff Wood regarding tax holdback and DOF considerations. | 10/15/2014 | $650.00 | 1.6 | $1,040 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Review draft of two-part and discuss comments with Tim Powell | 8/1/2014 | $700.00 | 1.2 | $840 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Review e-mail from Cleary and questions regarding DOF implementation | 10/1/2014 | $700.00 | 0.6 | $420 |

| Category | Name | Title | Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Discussions with Tim Powell and Glenn Carrington regarding responses to Cleary's questions | 10/1/2014 | $700.00 | 0.8 | $560 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Review draft e-mail response to Cleary's questions and provide comments | 10/1/2014 | $700.00 | 0.8 | $560 |
| IRS Ruling | Sargent,Amy Johannah (US012292473) | National Executive Director | Discuss DOF implementation issues, including benefits and burdens of ownership, with Tim Powell and Glenn Carrington | 10/2/2014 | $700.00 | 0.6 | $420 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Research various questions asked by Cleary regarding formation of the DOF | 10/1/2014 | $465.00 | 2.5 | $1,163 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Prepare responses to various questions asked by Cleary regarding formation of the DOF | 10/1/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Research regarding whether designation of escrow rights via court approval is a transfer for tax purposes given no legal title passed. | 10/2/2014 | $465.00 | 2.5 | $1,163 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Write up regarding whether designation of escrow rights via court approval is a transfer for tax purposes given no legal title passed. | 10/2/2014 | $465.00 | 2.5 | $1,163 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Call with Glenn Carrington, Jeff Wood and Cleary team to discuss responses to their questions. | 10/2/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Discussion with Glenn Carrington on potential view that NNI may retain some beneficial interest in property transferred to DOF. | 10/2/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Drafting email with various sections of the regulations discussing potential view that NNI may retain some beneficial interest in property transferred to DOF. | 10/2/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Research DOF accounting period issue | 10/3/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Internal and external write up on DOF accounting period issue | 10/3/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Research and responding to questions pertaining to PLR redactions | 10/6/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Research and responding to questions pertaining to delaying public inspection | 10/7/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Research and response to DOF email from Cleary with various hypothetical scenarios addressing potential transferor claimant issues | 10/8/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Nortel Income recognition issue research | 10/14/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Prepare email to IRS agent regarding Nortel Income recognition issue | 10/14/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Internal EY call (Jeff Wood) to discuss tax period change for Nortel and follow up research and edits to outline | 10/23/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Call with Glenn Carrington and other internal EY partners to discuss Nortel income recognition issue and follow up discussion with Glenn | 10/28/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Poormon,Melissa (US013102225) | Senior | Researched claim documents A-F in Epiq per Sarah Jacks request. | 10/29/2014 | $335.00 | 2.0 | $670 |
| IRS Ruling | Poormon,Melissa (US013102225) | Senior | Researched claim documents G-M in Epiq per Sarah Jacks request. | 10/30/2014 | $335.00 | 2.0 | $670 |
| IRS Ruling | Poormon,Melissa (US013102225) | Senior | Researched claim documents N-S in Epiq per Sarah Jacks request. | 10/30/2014 | $335.00 | 2.0 | $670 |
| IRS Ruling | Poormon,Melissa (US013102225) | Senior | Researched claim documents T-Z in Epiq per Sarah Jacks request. | 10/30/2014 | $335.00 | 2.1 | $704 |
| IRS Ruling | Ng,Frank Y (US012850469) | Executive Director | Consultation with Glenn Carrington on discussion options with IRS LB&I. | 10/13/2014 | $650.00 | 0.2 | $130 |
| IRS Ruling | Myers,Rayth T. (US013015751) | Senior Manager | Nortel IRS Ruling Request with Glenn Carrington regarding disputed ownership fund under 1.468B-9 | 10/9/2014 | $565.00 | 1.4 | $791 |
| IRS Ruling | Loi,Eric (US013219517) | Senior | Nortel IRS Ruling REquest with Glenn Carrington regarding disputed ownership fund | 10/9/2014 | $335.00 | 1.0 | $335 |
| IRS Ruling | Jacks,Sarah Butler (US011990278) | Senior Manager | DOF claims funding project kick off with Jeff Wood, Andrew Williams | 10/27/2014 | $565.00 | 1.0 | $565 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Jacks,Sarah Butler (US011990278) | Senior Manager | Meeting with Antoinyce Eaton and Andrew Williams to kick off claims review project, including discussing history, key points, and client documents | 10/29/2014 | $565.00 | 1.7 | $961 |
| IRS Ruling | Jacks,Sarah Butler (US011990278) | Senior Manager | Review revenue ruling and federal research particularly Treasury Regulation 468B-1 and 468B-9 | 10/29/2014 | $565.00 | 1.0 | $565 |
| IRS Ruling | Jacks,Sarah Butler (US011990278) | Senior Manager | Provide Melissa Poormon with claim pool info to research | 10/30/2014 | $565.00 | 0.1 | $57 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Performed research based on timing of income recognition on 2009 asset and stock sale agreements. | 10/17/2014 | $200.00 | 0.7 | $140 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Performed research based on timing of income recognition on 2010 asset and stock sale agreements. | 10/17/2014 | $200.00 | 0.8 | $160 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Performed research based on timing of income recognition on 2011 asset and stock sale agreements. | 10/17/2014 | $200.00 | 0.8 | $160 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review of technical research related to PLR | 10/2/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review of memoranda drafted in respect of ruling | 10/2/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Research and responses to client questions on ruling | 10/2/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Telephone calls with client on technical matters related to PLR implementation | 10/7/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Telephone calls with client on various PLR related questions | 10/8/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Telephone calls with client on various requests regarding PLR. | 10/9/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Correspondence with client and counsel on matters related to PLR | 10/9/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Various questions and calls with client | 10/13/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Pre-meeting research and calls with IRS on ruling | 10/14/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with EY Team and IRS | 10/27/2014 | $700.00 | 1.5 | $1,050 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with EY Team and IRS on revenue recognition matters and ruling | 10/28/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Read emails from Cleary Firm (Goodman & McRae). | 9/29/2014 | $700.00 | 0.5 | $350 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Discussed question with Tim Powell. | 9/29/2014 | $700.00 | 0.4 | $280 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Read 468 PLR. | 9/29/2014 | $700.00 | 0.5 | $350 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Researching 468 Payment Held in Trust. | 9/29/2014 | $700.00 | 0.5 | $350 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Continued researching Payment to Trusts | 9/30/2014 | $700.00 | 2.0 | $1,400 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Drafting Summary of Finding for Tim Powell and Glenn Carrington. | 9/30/2014 | $700.00 | 0.5 | $350 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Drafting summary on 468 Transfer Issue. | 10/2/2014 | $700.00 | 0.7 | $490 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Drafting recommendation on 468 Transfer Issue. | 10/3/2014 | $700.00 | 0.4 | $280 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Reviewed Jeff Wood's question about transferring intangible right to disputed ownership fund | 10/13/2014 | $700.00 | 1.2 | $840 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Discussed issue and proposed response with Tim Powell. | 10/13/2014 | $700.00 | 0.3 | $210 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Drafted email summary to Glenn Carrington and Tim Powell | 10/15/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Began drafting supporting memo explaining why Nortel has an intangible property right in sales proceeds for Glenn Carrington | 10/16/2014 | $700.00 | 1.8 | $1,260 |
| IRS Ruling | Blaine,George (US013195630) | National Executive Director | Finished drafting supporting memo explaining why Nortel has an intangible property right in sales proceeds for Glenn Carrington | 10/17/2014 | $700.00 | 0.9 | $630 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Review of DOF documents for updates | 9/29/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Discussion with RLKS regarding DOF | 9/29/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of DOF implementation structural matter | 10/1/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of DOF implementation liability assumption issues | 10/2/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review alternatives to IRS discussion follow up | 10/14/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review draft text of IRS email and provide comments | 10/14/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Analyzing ruling opportunity on income recognition | 10/28/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Discussion with RLKS on ruling possibility | 10/29/2014 | $650.00 | 1.0 | $650 |
| | | | | **Totals** | | **143.5** | **$85,897** |

**Nortel Networks, Inc.**
**Modeling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Young,Suzanne N (US012516259) | Manager | Updated model per revised schedule provided by Jeff Wood | 10/21/2014 | $465.00 | 2.0 | $ 930 |
| Modeling | Young,Suzanne N (US012516259) | Manager | Update summary sheet with model conclusions and save related BNA outputs. | 10/21/2014 | $465.00 | 2.0 | $ 930 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review files for change of year contractual language and draft language for incorporation into document | 10/15/2014 | $650.00 | 1.2 | $ 780 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Research and incorporate langage for change of year-end into 10th amendment. Correspondence on same. | 10/16/2014 | $650.00 | 1.1 | $ 715 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence with Mark Mesler on change of year-end. | 10/20/2014 | $650.00 | 0.1 | $ 65 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Mark Mesler, Jack Donovon., Jim Scott, and Doug Abbott on year-end change options | 10/23/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Redraft year-end change outline and submit to Cleary for creditors | 10/23/2014 | $650.00 | 0.6 | $ 390 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence with Cleary on year end change request by creditors counsel | 10/24/2014 | $650.00 | 0.3 | $ 195 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Test model output against revised case assumptions and confirm AMT calculations. | 10/20/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Summarize tested model output and confirmed AMT calculations into creditor presentations materials. | 10/20/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Compile input template and correspondence for Suzanne Young | 10/20/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Reformat modeling input data and send to Suzanne Young | 10/21/2014 | $650.00 | 0.3 | $ 195 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review BNA and supplemental schedules based on revised modeling inputs | 10/22/2014 | $650.00 | 1.3 | $ 845 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Incorporate revised output into model template and test results | 10/22/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Update September modeling deck for revisions and supplemental schedules required by creditor groups | 10/22/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence with Cleary and EY team on modeling material changes and final deck | 10/22/2014 | $650.00 | 0.4 | $ 260 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review and research points made in Ford Williams correspondence on change of year end outline | 10/28/2014 | $650.00 | 0.4 | $ 260 |
| Modeling | Williams,Charles F (US011285465) | Executive Director | Conference call with Richard Lydecker, Jeff Wood, Jim Scott to discuss various matters related to change in tax year memo and revised estimate of exposures outline. | 10/24/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Scott,James E (US011119307) | Partner | Review of change in tax year memo. | 10/17/2014 | $650.00 | 1.1 | $ 715 |
| Modeling | Scott,James E (US011119307) | Partner | Prep for modeling call with Akin. | 10/14/2014 | $650.00 | 0.6 | $ 390 |
| Modeling | Mesler,Mark S. (US011706071) | Partner | Research and conference call with EY personnel (Doug Abbott) regarding Form 1128 and year end change for IRS. | 10/23/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Abbott,Douglas J. (US012013835) | Partner | Review tax year end change guidance | 10/22/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Abbott,Douglas J. (US012013835) | Partner | Outline and discussion (with Mark Mesler) related to tax year end change | 10/23/2014 | $650.00 | 2.0 | $ 1,300 |
| | | | | **Totals** | | 23.4 | $ 14,470 |