# Exhibit C

**Exhibit C**

**Nortel Networks, Inc.**
**Expenses**

| Engagement Code | Employee | Description | Transaction Date | Expenses |
|---|---|---|---|---|
| IRS Ruling | Scott,James E (US011119307) | Parking: RDU Parking ~ Re: Nortel meetings in NYC with Cleary Gottlieb | 9/17/2014 | $18.00 |
| IRS Ruling | Scott,James E (US011119307) | Air: AMEX Ticket Fee\\BNSHWY - for original flight | 9/12/2014 | $7.00 |
| IRS Ruling | Scott,James E (US011119307) | Air: AMEX Ticket Fee\\BNSHWY - for rescheduled flight | 9/12/2014 | $7.00 |
| IRS Ruling | Scott,James E (US011119307) | Air: American Air ~ Re: Nortel meetings with Cleary Gottlieb in NYC.\\BNSHWY for travel 9/16-9/17 | 9/12/2014 | $720.09 |
| IRS Ruling | Scott,James E (US011119307) | Taxi: TWR ~ NYC ~ Re: Transportation while in NYC for Nortel meeting with counsel.\\LGA / Hotel | 9/16/2014 | $90.77 |
| IRS Ruling | Scott,James E (US011119307) | Dinner: Ritz-Carlton ~ NYC ~ Re: Dinner meeting with counsel in NYC for Nortel/Cleary discussions. Attendees: Glenn Carrington, Andy Beakey and Jim Scott. | 9/17/2014 | $209.29 |
| IRS Ruling | Scott,James E (US011119307) | Brkft: Ritz-Carlton ~ NYC ~ Re: Breakfast meeting to prep for Counsel meeting for Nortel. Attendees: Glenn Carrington, Andy Beakey and Jim Scott. | 9/17/2014 | $119.99 |
| IRS Ruling | Scott,James E (US011119307) | Lodge: Ritz-Carlton ~ NYC ~ Re: Mtg. with Counsel in NYC for Nortel.\\BNSHWY | 9/17/2014 | $674.03 |
| IRS Ruling | Scott,James E (US011119307) | Taxi: NYC2WAY ~ Re: Transportation while in NYC for Nortel meetings with Cleary Gottlieb.\\Hotel / Airport | 9/25/2014 | $49.56 |
| IRS Ruling | Scott,James E (US011119307) | Taxi: NYC2WAY ~ Re: Transportation while in NYC for Nortel meetings with Cleary Gottlieb.\\Airport / Hotel | 9/29/2014 | $85.20 |
| IRS Ruling | Carrington,Glenn (US012244587) | Taxi: Nortel Meeting in NY on IRS Ruling\\home to airport | 9/19/2014 | $122.40 |
| IRS Ruling | Carrington,Glenn (US012244587) | Air: Nortel Meeting in NY with Cleary and Company to discuss ruling from IRS\\NQCYER | 9/16/2014 | $382.96 |
| IRS Ruling | Carrington,Glenn (US012244587) | Lodge: Nortel Meeting on IRS Ruling\\NQCYER | 9/17/2014 | $592.01 |
| IRS Ruling | Carrington,Glenn (US012244587) | Taxi: Nortel Meeting in NY on IRS Ruling\\airport to home | 9/19/2014 | $113.10 |
| IRS Ruling | Carrington,Glenn (US012244587) | Taxi: Cab from Client to EY office\\Client to EY Office | 9/17/2014 | $24.50 |
| IRS Ruling | Carrington,Glenn (US012244587) | Brkft: Nortel meeting on IRS Ruling | 9/17/2014 | $13.89 |
| IRS Ruling | Carrington,Glenn (US012244587) | Dinner: Dinner in NY prep for meeting with Cleary on Nortel Meeting. Corey Goodman from Cleary was in attendance. | 9/16/2014 | $111.63 |
| IRS Ruling | Carrington,Glenn (US012244587) | Taxi: Nortel Meeting in NY on IRS Ruling\\Hotel to client site | 9/17/2014 | $30.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Taxi: car service to Newark airport after DOF mtg. \\cleary office - airport | 9/10/2014 | $120.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Misc: DOF update meeting | 9/9/2014 | $16.98 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Taxi: car service from client site to Newark airport - DOF mtgs with Cleary, John Ray and legal advisors.\\Client site - Newark airport | 9/17/2014 | $120.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Lodge: DOF update meeting with John Ray and Cleary - OOSW \\SHJYRH | 9/11/2014 | $530.21 |

| | | | | |
|---|---|---|---|---|
| IRS Ruling | Beakey III,Andrew M (US011131290) | Taxi: DOF meeting with Cleary and John Ray.  OOSW\\airport to hotel | 9/8/2014 | $100.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Lodge: DOF meeting in NYC to discuss strategies with Cleary, John Ray and legal advisors.  OOSW\\EOPCBT | 9/17/2014 | $686.27 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Parking: DOF meeting in NYC to discuss strategies with Cleary,  John Ray and legal advisors.  OOSW | 9/17/2014 | $50.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Tolls: DOF update meeting\\home to airport | 9/8/2014 | $10.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Air: DOF meeting in NYC to discuss strategies with Cleary and John Ray\\EOPCBT | 9/12/2014 | $35.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Mileage: DOF update meeting\\home to airport | 9/8/2014 | $39.20 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Tolls: DOF meeting in NYC to discuss strategies with Cleary, John Ray and legal advisors. OOSW\\home to airport | 9/16/2014 | $10.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Mileage: DOF meeting in NYC to discuss strategies with Cleary, John Ray and legal advisors. OOSW\\home to airport | 9/16/2014 | $39.20 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Taxi: Newark airport to Ritz Carlton Battery Park for DOF meeting with Cleary, John Ray and legal advisors\\airport - hotel | 9/16/2014 | $120.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Taxi: Travel for DOF mtgs with John Ray and Cleary in NYC.   OOSW.\\hotel - client site - client site  - hotel | 9/9/2014 | $80.00 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Air: DOF meeting in NYC to discuss strategies with Cleary and John Ray. OOSW portion - $863.88 Economy ticket price\\EOPCBT | 9/12/2014 | $863.88 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Parking: DOF update meeting in NYC with Cleary and John Ray - OOSW | 9/10/2014 | $50.00 |
| | | | **Totals** | **$6,242** |