# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: To Be Determined** |

**TWENTY-THIRD QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF AUGUST 1, 2014 THROUGH OCTOBER 31, 2014[2]**

E&Y LLP hereby submits its twenty-third quarterly fee application request (the "Request") for the period August 1, 2014 through and including October 31, 2014 (the "Compensation Period").

| E&Y LLP seeks approval of the following fee application: Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/23/2014 | 7/1/14-8/31/14 | $737,155.00 | $0.00 | 11/14/14 D.E. 14765 | $589,724.00 | $0.00 | $147,431.00 |
| 11/17/14 | 9/1/14-9/30/14 | $473,688.00 | $5,984.00 | Pending | $378,950.40 | $5,984.00 | $94,737.60 |
| 11/26/14 | 10/1/14-10/31/14 | $450,367.00 | $6,242.00 | Pending | $360,293.60 | $6,242.00 | $90,073.40 |
| **TOTAL** | | **$1,661,210.00** | **$12,226.00** | | **$1,328,968.00** | **$12,226.00** | **$332,242.00** |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Due to a technical error in E&Y LLP's system, E&Y LLP did not include expenses from prior Compensation Periods in its prior fee applications. Accordingly, this Quarterly Fee Application seeks approval for the reimbursement of expenses incurred prior to this Compensation Period.

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: November 26, 2014                         Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

**COMPENSATION BY PROFESSIONAL**
**THROUGH OCTOBER 31, 2014**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fees | N/A | N/A | 2,032.3 | $1,050,000 |
| Abbott, Douglas J. | Partner | $650 | 129.0 | $83,850 |
| Beakey III, Andrew M. | Partner | $650 | 25.6 | $16,640 |
| Blaine, George | National Executive Director | $700 | 49.1 | $34,370 |
| Carrington, Glenn | Partner | $700 | 142.5 | $99,750 |
| Carver, Gregory | National Partner | $700 | 2.0 | $1,400 |
| Clark, Kimberly R. | Staff | $200 | 3.0 | $600 |
| Cooper, Matthew Scott | Senior Manager | $565 | 2.1 | $1,187 |
| Corwin, Forest | Staff | $200 | 9.9 | $1,980 |
| Creech, Catherine L. | Partner | $650 | 1.5 | $975 |
| Danowitz, Steven M. | Partner | $650 | 1.8 | $1,170 |
| Donovan, Claire Summer | Staff | $200 | 1.0 | $200 |
| Eaton, Antoinyce E. | Staff | $200 | 11.3 | $2,260 |
| Factor, Katie | Senior | $335 | 2.5 | $837 |
| Ford, Narnina | Manager | $465 | 2.0 | $930 |
| Fultz, Richard D. | National Executive Director | $700 | 0.4 | $280 |
| Gentile, Matthew Donald | Senior Manger | $565 | 33.3 | $18,814 |
| Heroy, Jessica | Manager | $465 | 4.2 | $1,953 |
| Hinson, Rebecca | Staff | $200 | 0.2 | $40 |
| Hooker, Kenneth L. | Executive Director | $650 | 3.0 | $1,950 |
| Jacks, Sarah Butler | Senior Manager | $565 | 4.3 | $2,430 |
| Khokhla, Vasyl | Staff | $200 | 5.0 | $1,000 |
| Lawrence, Kyle | Senior | $335 | 8.1 | $2,714 |
| Loi, Eric | Senior | $335 | 1.0 | $335 |
| Lowery, Kristie L. | Partner | $650 | 3.4 | $2,210 |
| Mesler, Mark S. | Partner | $650 | 10.5 | $6,825 |
| Myers, Rayth T. | Senior Manager | $565 | 1.4 | $791 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Ng, Frank Y. | Executive Director | $650 | 0.8 | $520 |
| Poorman, Melissa | Senior | $335 | 8.1 | $2,714 |
| Powell, Timothy C. | Manager | $465 | 95.0 | $44,176 |
| Sargent, Amy Johannah | Executive Director | $700 | 26.4 | $18,480 |
| Scott, James E. | Partner | $650 | 69.4 | $45,078 |
| Seitz, Jacob P. | Manager | $465 | 5.5 | $2,557 |
| Spencer, Angela K. | Senior Manager | $565 | 4.0 | $2,260 |
| Tippetts, Paul Harrison | Senior | $335 | 10.0 | $3,350 |
| Williams, Andrew | Senior | $335 | 5.1 | $1,709 |
| Williams, Charles F. | Executive Director | $650 | 58.0 | $37,700 |
| Williams, Edward M. | National Partner | $700 | 5.0 | $3,500 |
| Wood, Jeffrey T. | Partner | $650 | 246.8 | $160,420 |
| Young, Suzanne N. | Manager | $465 | 7.0 | $3,255 |
| **TOTAL** | | | **3,031.5** | **$1,661,210** |

## COMPENSATION BY PROJECT CATEGORY
## THROUGH OCTOBER 31, 2014

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fixed Fees | 2,032.3 | $1,050,000 |
| Federal Ruling Request | 799.4 | $508,441 |
| Payroll Tax Services | 18.3 | $8,597 |
| Modeling | 162.2 | $82,179 |
| Pre-Controversy Transfer Pricing | 18.1 | $11,315 |
| Credit Monetization | 1.2 | $678 |
| **TOTAL** | 3,031.5 | **$1,661,210** |

## EXPENSE SUMMARY
## THROUGH OCTOBER 31, 2014

| Expense Category | Total Expenses |
|---|---:|
| Air | $4,101.93 |
| Breakfast | $219.88 |
| Dinner | $531.92 |
| Lodge | $5,302.52 |
| Lunch | $47 |
| Mileage | $317.40 |
| Misc. | $43.98 |
| Parking | $216.00 |
| Taxi | $1,425.53 |
| Tolls | $20.00 |
| **TOTAL** | **$12,226.16** |