

# BIFFERATO

ATTORNEYS AT LAW

Ian Connor Bifferato
Wilmington Office
Phone:  (302) 225-7600
Fax: (302) 792-7471
cbifferato@bifferato.com

November 26, 2014

**VIA CM/ECF & HAND DELIVERY**
The Honorable Kevin Gross
United States Bankruptcy Court
  for the District of Delaware
824 N. Market Street
Wilmington, Delaware 19801

> **Re:**    ***In re Nortel Networks Inc., et al., Case No. 09-10138(KG)***
> ***December 5 Hearing Concerning Third-Party Discovery Requests***

Dear Judge Gross,

We write on behalf of Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (together, "TWC"), Cisco Systems, Inc. ("Cisco"), the Arris Group plaintiffs, and the Charter Communications plaintiffs to provide information that might be of assistance to the Court prior to the December 5, 2014 hearing that was set by this Court's Order Extending Automatic Stay and Regulating Third-Party Discovery (D.I. 14746).

On November 21, 2014, the United States District Court for the Eastern District of Texas granted the joint request of TWC and Constellation Technologies LLC to stay all litigation deadlines.[1]  Similarly, on November 17, 2014, the United States District Court for the District of Delaware stayed, at the parties' requests, each of the three Rockstar litigations involving Cisco, the Arris Group plaintiffs, or the Charter Communications plaintiffs.[2]  In each case, the parties requested a stay because a binding term sheet was signed and the parties continue to work on a definitive agreement that will settle the litigations.  While each case is stayed pending further negotiations between the parties, the stay is temporary and the future of those litigations remains uncertain.  Further, discovery of Nortel is still required because those stays will not necessarily dispose of all patent infringement litigations, current and future, that concern Nortel patents transferred to Rockstar under the 2011 Asset Sale Agreement.  For example, Cisco is presently a defendant in an ongoing patent infringement lawsuit in the United States District Court for the

---

[1] *Constellation Technologies LLC v. Time Warner Cable Inc., et al.*, No. 2:13-cv-01079-RSP (E.D. Tex.), D.I. 156.

[2] *Bockstar Technologies LLC v. Cisco Sys., Inc.*, No. 13-cv-02020 (D. Del.); *ARRIS Group, Inc. v. Constellation Technologies LLC*, No. 14-114 (SLR) (D. Del.); *Charter Communications, Inc., et al. v. Rockstar Consortium US LP et al.*, No. 14-055 (SLR) (D. Del.).

Wilmington Office:
800 North King Street, Plaza Level • Wilmington, DE 19801
phone: 302-225-7600 • fax: 302-254-5383

Lewes Office:
119 West Third Street • Lewes, DE 19958
phone: 302-644-0302 • fax: 302-644-0306

www.bifferato.com

Bifferato LLC
2 of 2
November 26, 2014

District of Delaware concerning several of those patents.[3]  That litigation is not stayed, and we understand that Cisco's counsel in that litigation will be present at the December 5, 2014 hearing.

Accordingly, TWC, Cisco, the Arris Group plaintiffs, and the Charter Communications plaintiffs will participate in the development of Debtors' discovery protocol and plan to attend the December 5, 2014 hearing.  We are available at the Court's convenience should the Court have any questions prior to the December 5, 2014 hearing.

Respectfully Submitted,

Ian Connor Bifferato (#3273)

cc: Counsel listed on attached Certificate of Service

---

[3] *Spherix Inc. v. Cisco Systems, Inc.*, No. 14-374 (SLR) (D. Del.).

## CERTIFICATE OF SERVICE

I, Ian Connor Bifferato, do hereby certify that on this 26th day of November, 2014, a copy of the foregoing *Letter* was caused to be served on the following parties via CMECF and U.S. Mail:

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Lisa M. Schweitzer
David H. Herrington
Inna Rozenberg
One Liberty Plaza
New York, NY 10006

MORRIS, NICHOLS, ARHST
& TUNNEL LLP
Derek C. Abbott
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Office of the U.S. Trustee
Mark S. Kenney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

CROWELL & MORING LLP
Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
Jennifer R. Hoover
Michael J. Barrie
222 Delaware Ave, Suite 801
Wilmington, DE 19801

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (No. 3273)