**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC, *ET AL.*,[1] | Case No.   09-10138 (KG) |
| Debtors | (Jointly Administered) |
| NORTEL NETWORKS INC., and NORTEL NETWORKS (CALA) INC., | Adv. Proc. No. 11-50207 (KG) |
| Plaintiffs, | **Hearing Date:  Dec. 2, 2014 at 10:00 a.m.**<br>**Objections Due:  Nov. 25, 2014 at 4:00 p.m.** |
| v. | |
| HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, | |
| Defendant. | |

**LIMITED RESPONSE OF HEWLETT-PACKARD COMPANY AND
HEWLETT-PACKARD FINANCIAL SERVICES COMPANY TO DEBTORS' MOTION
PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER
APPROVING THE STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY
AND BETWEEN (1) NORTEL NETWORKS INC. AND NORTEL NETWORKS (CALA)
INC. AND (2) HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD
FINANCIAL SERVICES COMPANY AND RESOLVING PROOF OF CLAIM NO. 5928
FILED BY HEWLETT-PACKARD COMPANY AND CLAIM NO. 4264 FILED BY
<u>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY</u>**

Hewlett-Packard Company ("HP") and Hewlett-Packard Financial Services Company

("HPFS") submit this limited response to the Motion (the "<u>Motion</u>"),[2] of Nortel Networks Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

("NNI"), Nortel Networks (CALA) Inc. ("NNCALA"), and their affiliated debtors, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order, as more fully described in the Motion, authorizing NNI and NNCALA's entry into and approving the Stipulation, attached to the Motion as Exhibit B [Main ECF Docket No. 14660; Adv. ECF Docket No. 53] and, by and through undersigned counsel, represent as follows:

1. The Debtors, HPFS and HP have reached a settlement of the issues raised in the above-captioned adversary proceeding and the proofs of claim filed by HPFS and HP against the Debtors, which is memorialized in the Stipulation attached to the Motion as Exhibit B.

2. The Debtors filed the Motion on October 31, 2014.

3. The Debtors summarize the terms of the Stipulation at paragraphs 21 through 23 of the Motion.

4. Unfortunately, the summary of the release provisions of the Stipulation does not reference the parties' agreement that the releases will not limit, impact or waive their respective rights in certain intellectual property. The summary similarly does not reference the California Civil Code § 1542 disclaimer contained in the Debtors' release of HPFS and HP.

5. Although the Stipulation is attached to the Motion and footnote 7 of the Motion provides that any discrepancy between the Motion and the Stipulation will be resolved in favor of the Stipulation, HP and HPFS are concerned that a party in interest other than the Debtors might contend in subsequent litigation involving HP or HPFS that they were not put on notice of those provisions of the releases.

6. HP and HPFS do not believe that any party would be successful in the assertion of such a contention. However, in the abundance of caution, HP and HPFS request that decretal paragraph 2 of the proposed form of Order on the Motion be revised to read as follows:

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

> The Debtors are authorized to enter into the Stipulation, and the Stipulation, including, but not limited to the releases contained in paragraphs 5 and 6 thereof, is approved in its entirety;

7. HP and HPFS submit herewith and attach hereto as Exhibit A a revised proposed form of Order providing for the revised decretal paragraph 2. No other changes have been made to the proposed form of Order on the Motion.

**WHERFORE**, HPFS and HP respectfully request that the Court grant the Motion and approve the Stipulation, but that the Court enter the proposed form of order submitted with this Limited Response.

Dated: November 24, 2014
        Wilmington, Delaware

GIBBONS P.C.

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

-and-

David N. Crapo, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dcrapo@gibbonslaw.com

*Attorneys for Hewlett-Packard Company and Hewlett-Packard Financial Services Company*