# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC, *ET AL.*,[1] | Case No. 09-10138 (KG) |
| Debtors | (Jointly Administered) |
| NORTEL NETWORKS INC., and NORTEL NETWORKS (CALA) INC., | Adv. Proc. No. 11-50207 (KG) |
| Plaintiffs, | |
| v. | |
| HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, | |
| Defendant. | |

## CERTIFICATION OF SERVICE

1. I, Natasha M. Songonuga, certify that I am not less than 18 years of age and not a party in this matter.

2. On November 25, 2014, I caused to be electronically filed through the Court's CM/ECF system and served the following document on all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF System:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

- *LIMITED RESPONSE OF HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD FINANCIAL SERVICES COMPANY TO DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN (1) NORTEL NETWORKS INC. AND NORTEL NETWORKS (CALA) INC. AND (2) HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD FINANCIAL SERVICES COMPANY AND RESOLVING PROOF OF CLAIM NO. 5928 FILED BY HEWLETT-PACKARD COMPANY AND CLAIM NO. 4264 FILED BY HEWLETT-PACKARD FINANCIAL SERVICES COMPANY.*

3. In addition, on November 25, 2014, I caused the above-referenced document to be served via e-mail upon the following counsel of record:

> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, Delaware 19801
> Attn: Donna L. Culver and Derek C. Abbott
> E-mail: dculver@mnat.com; dabbott@mnat.com
> *Counsel for the Debtors and Debtors in Possession*

4. I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

Dated: Wilmington, Delaware
November 26, 2014

**GIBBONS P.C.**

/s/ *Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

*Counsel for Hewlett-Packard Company and Hewlett-Packard Financial Services Company*