# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 14660** |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 11-50207 (KG) |
| | **RE: Adv. D.I. 53, 56** |
| Hewlett-Packard Company and Hewlett-Packard Financial Services Company, | |
| Defendants. | |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING THE STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN (1) NORTEL NETWORKS INC. AND NORTEL NETWORKS (CALA) INC. AND (2) HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD FINANCIAL SERVICES COMPANY AND RESOLVING PROOF OF CLAIM NO. 5928 FILED BY HEWLETT-PACKARD COMPANY AND CLAIM NO. 4264 FILED BY <u>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY</u>**

I, Tamara K. Minott, counsel for Nortel Networks Inc. ("<u>NNI</u>") and its affiliated

debtors, as debtors and debtors-in-possession in the above-captioned cases (the "<u>Debtors</u>"),

hereby certify as follows regarding the proposed *Order Approving the Stipulation of Settlement*

*of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc.*

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*and (2) Hewlett-Packard Company and Hewlett-Packard Financial Services Company and Resolving Proof of Claim No. 5928 Filed by Hewlett-Packard Company and Claim No. 4264 Filed by Hewlett-Packard Financial Services Company* (the "Proposed Order"), attached as **Exhibit A** hereto:

1. On October 31, 2014, the Debtors filed the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc. and (2) Hewlett-Packard Company and Hewlett-Packard Financial Services Company and Resolving Proof of Claim No. 5928 Filed by Hewlett-Packard Company and Claim No. 4264 Filed by Hewlett-Packard Financial Services Company* (Main Case D.I. 14660, Adv. Case D.I. 53) (the "Motion").  Through the Motion, the Debtors seek approval of and authority to enter into a stipulation (the "Stipulation") with Hewlett-Packard Company ("HP") and Hewlett-Packard Financial Services Company ("HPFS"), in the form attached as Exhibit B to the Motion, resolving the adversary proceeding entitled Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Hewlett-Packard Company and Hewlett Packard Financial Services Company, Adv. Proc. No. 11-50207 (KG) (the "Adversary Proceeding") and allowing, in a reduced amount, HP's and HPFS' general unsecured pre-petition claims filed in Debtor Nortel Networks Inc.'s bankruptcy case.

2. On November 11, 2014, counsel for HP reached out to counsel to the Debtors and requested that Debtors revise the order to add additional language specifically approving the releases.  Debtors' counsel responded that she did not believe any revision to the Order was necessary as the Order expressly approved the Settlement Agreement of which the

releases were an integral part. Counsel for HP did not raise the issue further with the counsel for the Debtors.

3. On November 25, 2014, the day of the objection deadline, HP and HPFS filed the *Limited Response of Hewlett-Packard Company and Hewlett-Packard Financial Services Company to Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc. and (2) Hewlett-Packard Company and Hewlett-Packard Financial Services Company and Resolving Proof of Claim No. 5928 Filed by Hewlett-Packard Company and Claim No. 4264 Filed by Hewlett-Packard Financial Services Company* (Adv. Case D.I. 56) (the "Limited Response").

4. In the Limited Response, HP and HPFS take issue with the fact that the summary of the terms of the Stipulation included at paragraphs 21 through 23 of the Motion does not specifically reference certain language included in the release provisions of the Stipulation. However, as HP and HPFS readily acknowledge, "the Stipulation [which includes a description of the releases being given as part of the settlement] is attached to the Motion, and footnote 7 of the Motion provides that any discrepancy between the Motion and the Stipulation will be resolved in favor of the Stipulation."

5. Moreover, decretal paragraph 2 of the proposed form of order originally attached to the Motion as Exhibit A provides that "[t]he Debtors are authorized to enter into the Stipulation, and the Stipulation is approved in its entirety" and decretal paragraph 6 of the proposed form of order attached to the Motion provides that "[t]he failure to specifically describe or include any particular provision of the Stipulation in this Order shall not diminish or impair

the effectiveness of such a provision, it being the intent of this Court that the Stipulation be approved in its entirety."

6. Nonetheless, in the Limited Response, HP and HPFS request that decretal paragraph 2 of the proposed form of order be revised to specifically reference certain paragraphs of the Stipulation relating to the parties' releases.

7. The Debtors believe that HP's and HPFS's requested language is wholly unnecessary given that the Motion and the original proposed form of order attached as Exhibit A to the Motion incorporate the Stipulation in its entirety, including the release provisions of the Stipulation. However, in order to avoid the additional expense and undue burden on the Court that would be occasioned by a hearing on the Motion, the Debtors agree to include HP's and HPFS's revised decretal paragraph 2 in the Proposed Order.

8. Attached hereto as **Exhibit A** is the Proposed Order which reflects HP and HPFS's revised language in decretal paragraph 2. Attached hereto as **Exhibit B** is a redline showing the changes to the Proposed Order to the version that was filed with the Motion.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: December 1, 2014  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

 */s/ Tamara K. Minott*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*