# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 11-50207 (KG) |
| Hewlett-Packard Company and Hewlett-Packard Financial Services Company, | |
| Defendants. | |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 2, 2014 AT **2:30 P.M.** (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### UNCONTESTED MATTER GOING FORWARD

1. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims By and Between (I) Nortel Networks Inc.

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

and Nortel Networks (CALA) Inc. and (2) Hewlett-Packard Company and Hewlett-Packard Financial Services Company and Resolving Proof of Claim No. 5928 Filed by Hewlett-Packard Company and Claim No. 4264 Filed by Hewlett-Packard Financial Services Company (Main Case D.I. 14660, Adv. Case D.I. 53, Filed 10/31/14).

Objection Deadline:   November 25, 2014 at 4:00 p.m. (ET).

Responses Received:

(a)   **Limited Response of Hewlett-Packard Company and Hewlett-Packard Financial Services Company to Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims By and Between (I) Nortel Networks Inc. and Nortel Networks (CALA) Inc. and (2) Hewlett-Packard Company and Hewlett-Packard Financial Services Company and Resolving Proof of Claim No. 5928 Filed by Hewlett-Packard Company and Claim No. 4264 Filed by Hewlett-Packard Financial Services Company (Adv. Case D.I. 56, Filed 11/25/14).**

Related Pleading:

(a)   **Certification of Counsel Regarding Proposed Order Approving the Stipulation of Settlement of Avoidance Claims By and Between (I) Nortel Networks Inc. and Nortel Networks (CALA) Inc. and (2) Hewlett-Packard Company and Hewlett-Packard Financial Services Company and Resolving Proof of Claim No. 5928 Filed by Hewlett-Packard Company and Claim No. 4264 Filed by Hewlett-Packard Financial Services Company (Main Case D.I. 14838, Adv. Case D.I. 60, Filed 12/1/14).**

Status: **A COC has been filed resolving the Limited Response and the Court has indicated that an order will be entered regarding this matter.**

Dated: December 1, 2014  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)

        Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

8696329