# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X : | |
| *In re* : | Chapter 11 |
| : | |
| Nortel Networks Inc., *et al.*,[1] : | Case No. 09-10138 (KG) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| : | **Re: D.I. 14853** |
| ------------------------------------------------------------X : | |
| Nortel Networks Inc. and Nortel Networks : (CALA) Inc., : | Adv. Proc. No. 11-50207 (KG) |
| : | |
| Plaintiffs, : | **Re: D.I. 63** |
| : | |
| v. : | |
| : | |
| Hewlett-Packard Company and Hewlett-Packard : Financial Services Company, : | |
| : | |
| Defendants. : | |
| ------------------------------------------------------------X | |

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on December 2, 2014, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims By and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc. and (2) Hewlett Packard Company and Hewlett Packard Financial Services Company and Resolving Proof of Claim No 5928 Filed by Hewlett Packard Company and Claim No 4264 Filed by Hewlett Packard Financial Services Company** was served in the manner indicated upon the parties on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

|  |  |
|---|---|
| Dated: December 2, 2014<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

7641850.16