**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 5, 2014 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**STATUS CONFERENCE**

1. Order Extending Automatic Stay and Regulating Third-Party Discovery (D.I. 14746, Entered 11/10/14).

   Objection Deadline: N/A

   Related Pleading:

   (a) Declaration of Timothy C. Ross in Support of Debtors' Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14477, Filed 9/26/14);

   (b) Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14535, Filed 10/7/14);

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(c) Objections to Nortel's Motion for Relief Under Section 105(a) by Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (D.I. 14551, Filed 10/14/14);

(d) Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (D.I. 14552, Filed 10/14/14);

(e) Objections to Nortel's Motion for Relief Under Section 105(a) by Arris Group, Inc., Arris Enterprises, Inc., Arris Solutions, Inc., and General Instrument Corp. (D.I. 14553, Filed 10/14/14);

(f) Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Arris Group, Inc. (D.I. 14554, Filed 10/14/14);

(g) Statement of the Monitor and Canadian Debtors in Respect of Debtors' Motions (I) to Enforce the Automatic Stay and (II) for an Order Requiring Cost Sharing Related to Certain Third-Party Discovery Requests (D.I. 14555, Filed 10/14/14);

(h) Objections to Nortel's Motion for Relief Under Section 105(a) by Circo Systems, Inc. (D.I. 14556, Filed 10/14/14);

(i) Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by Cisco Systems, Inc. (D.I. 14557, Filed 10/14/14);

(j) Objections to Nortel's Motion for Relief Under Section 105(a) by the MSO Declaration Judgment Plaintiffs (D.I. 14558, Filed 10/14/14);

(k) Declaration of Dustin F. Guzior in Support of the Objections to Nortel's Motion for Relief Under Section 105(a) by the MSO Declaratory Judgment Plaintiffs (D.I. 14559, Filed 10/14/14);

(l) Objections of Google Inc. to Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14614, Filed 10/21/14);

(m) Declaration of Matthew D. Cannon in Support of Objections of Google Inc. to Debtors' Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14615, Filed 10/21/14);

(n) Debtors' Reply in Support of Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a) (D.I. 14692, Filed 11/4/14);

(o) Bockstar Technologies LLC's Response to Cisco's Request to Enjoin Bockstar v. Cisco Patent Litigation (D.I. 14694, Filed 11/4/14);

(p) Constellation Technologies LLC's and Rockstar Consortium US LP's Response to Time Warner Cable's Request to Enjoin Constellation v. Time Warner Cable Patent Litigation (D.I. 14696, Filed 11/4/14);

(q) Supplement to Time Warner Cable Inc. and Time Warner Cable Enterprises LLC's Objections to Nortel's Motion for Relief Under Section 105(a) (D.I. 14701, Filed 11/5/14);

(r) Declaration of Dustin F. Guzior in Support of the Supplement to Time Warner Cable Inc. and Time Warner Cable Enterprises LLC's Objections to Nortel's Motion for Relief Under Section 105(a) (D.I. 14702, Filed 11/5/14);

(s) Letter to The Honorable Kevin Gross from Robert Wilson Filed by Google Inc. (D.I. 14833, Filed 11/26/14);

(t) Letter Regarding December 5, 2014 Hearing Concerning Third-Party Discovery Requests Filed by ArrisGroup, Inc., Arris Enterprises, Inc., Arris Solutions, Inc., and General Instrument Corp., CISCO SYSTEMS, INC., Cable One, Inc., Cequel Communications, LLC d/b/a Suddenlink Communications, Charter Communications, Inc, TIME WARNER CABLE ENTERPRISES LLC, TIME WARNER CABLE INC., WideOpenWest Finance, LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc. (D.I. 14836, Filed 11/26/14); and

(u) Debtors' Submission of Proposed Protocol for Third-Party Discovery Against Debtors (D.I. 14856, Filed 12/2/14).

Status: Pursuant to paragraph 3 of the scheduling order, this matter is going forward as a status conference.

Dated: December 3, 2014
Wilmington, DE

CROWELL & MORING LLP
Mark D. Plevin (admitted pro hac vice)
Mark S. Supko (admitted pro hac vice)
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

- and -

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Michael J. Barrie (No. 4684)
222 Delaware Ave., Suite 801

Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012

*Counsel for Debtors and Debtors in Possession*

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for Debtors and Debtors in Possession*