**UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE**

In Re:                         Chapter __11__

                                   Case No. __09__-__10138__ (__KG__)

Debtor: Nortel Networks Inc., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Jared D. Edgar__ to represent __Cisco Systems, Inc.__ in this action.

                                   /s/ Ian Connor Bifferato

                                   Firm Name: Bifferato LLC
                                   Address: 800 N. King, Plaza Level
                                   Wilmington, Delaware 19801
                                   Phone: (302)225-7600

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __California__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                   /s/ Jared D. Edgar

                                   Firm Name: Kirkland & Ellis LLP
                                   Address: 555 California Street
                                   San Fransisco, California 94104
                                   Phone: 415-439-1995

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.