UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | Chapter 11 |
| In re | : | Case No. 09-10138 (KG) |
| | : | (Jointly Administered) |
| **NORTEL NETWORKS, INC., et al.,**[1] | : | RELATED DI: 14639, 14747 |
| | : | Hearing Date: |
| Debtors. | : | TBD |
| | : | Response Deadline: |
| ---------------------------------------------------------------x | | TBD |

**SECOND AMENDED** NOTICE OF MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP AND  MACQUARIE CAPITAL (USA) INC. FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a), 502(c), 521(a), FED. R. BANKR. P. 1009(a) AND L.R. BANKR. P. 1009-2, ESTIMATING NORTEL NETWORKS CAPITAL CORPORATION'S SUPPORT AGREEMENT CLAIM AND DIRECTING NNI TO AMEND ITS SCHEDULES WITH RESPECT TO INTERCOMPANY LOAN CLAIM

PLEASE TAKE NOTICE that SOLUS ALTERNATIVE ASSET MANAGEMENT LP and MACQUARIE CAPITAL (USA) INC. (the "Movants") have filed their *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend Its Schedules with Respect to Intercompany Loan Claim*, dated October 27, 2014 (Docket No. 14639) (the "Motion"); and

PLEASE TAKE FURTHER NOTICE that the Motion originally was scheduled for presentment at the hearing on December 4, 2014, with objections due November 17, 2014 (see Docket No. 14639-8) (Notice of Motion)); and

PLEASE TAKE FURTHER NOTICE that as set forth in the First Amended Notice of the Motion, dated November 10, 2014 (Docket No. 14747), the Motion was adjourned until the

---

[1] The debtors in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226) ) (collectively, the "Debtors").

hearing scheduled for January 7, 2015, with a deadline for filing objections of December 5, 2014; and

PLEASE TAKE FURTHER NOTICE that the hearing on relief requested in the Motion (the "Hearing Date") will be adjourned further until a date to be determined, and that the deadline for any party wishing to oppose the entry of an order approving the relief requested in the Motion to file an objection (the "Response Deadline") also will be adjourned until a date to be determined; and

PLEASE TAKE FURTHER NOTICE that in advance of any such hearing, the Movants will provide notice of the Hearing Date and the Response Deadline pursuant to a Third Amended Notice of the Motion; and

PLEASE TAKE FURTHER NOTICE that a status conference will be held with respect to the Motion on **January 7, 2015 at 10:00 a.m.** (**ET**) before The Honorable Kevin Gross, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
          December 4, 2014                              Respectfully submitted,

                                                         */s/ Joanne P. Pinckney*
**QUINN EMANUEL URQUHART**            **PINCKNEY, URBAN, WEIDENGER &**
**& SULLIVAN, LLP**                    **JOYCE, LLC**
Susheel Kirpalani, Esq.                Joanne P. Pinckney, Esq. (DE No. 3344)
James C. Tecce, Esq.                   1220 Market Street, Suite 950
Daniel Holzman, Esq.                   Wilmington, DE 19801
Kate Scherling, Esq.                   Telephone: (302) 504-1497
51 Madison Avenue
New York, New York 10010               *Co-Counsel to Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc.*