IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14841-14846, 14857-14862** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray Cruse

Sworn to before me this
3rd day of December, 2014

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 2005

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

　　　　　　　　　Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　　To:　LE, CANH
　　　　　3406 W. COUNTRY CLUB DR, UNIT 173
　　　　　IRVING, TX 75038

Please note that your claim # 2049 in the above referenced case and in the amount of
　　　$14,884.00 allowed at $13,378.45  has been transferred (**unless previously expunged by court order**) to:

　　　　　HAIN CAPITAL HOLDINGS, LLC
　　　　　TRANSFEROR: LE, CANH
　　　　　ATTN: AMANDA RAPOPORT
　　　　　301 ROUTE 17, 7TH FLOOR
　　　　　RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　DISTRICT OF DELAWARE
　　　　　824 NORTH MARKET STREET, 3RD FLOOR
　　　　　WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14861　　　in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2014　　　　　　　　　　　　　　　David D. Bird, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly Murray
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2014.

# EXHIBIT B

```
TIME: 15:15:22                                    NORTEL NETWORKS INC.                                               PAGE:   1
DATE: 12/03/14                                     CREDITOR LISTING

Name                                Address
BARRETT, JAMES P.                   122 KLONDIKE AVE APT 101 HAVERHILL MA 01832-8627
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: BARRETT, JAMES P. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: HARPER, WILLIAM D. JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: HILL, ROOSEVELT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: KING, CALVIN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: LE, CANH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: LOPEZ, ROBERTO ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: LOUIS, CATHERINE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: MANLEY, JAMES P. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: MCLAUGHLIN, SHARON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: MOSELEY, ROBERT J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: POLLEY, ALBERT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: WILSON, JASON L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HARPER, WILLIAM D. JR.              4017 BROWN PL RALEIGH NC 27604
HILL, ROOSEVELT                     ROOSEVELT HILL 2617 CHADBOURNE DRIVE PLANO TX 75023
KING, CALVIN                        PO BOX 831822 RICHARDSON TX 75083
LE, CANH                            3406 W. COUNTRY CLUB DR, UNIT 173 IRVING TX 75038
LOPEZ, ROBERTO                      ROBERTO LOPEZ 919 CEDARVALE CT DALLAS TX 75217
LOUIS, CATHERINE                    310 RUSTIC RIDGE RD CARY NC 27511
MANLEY, JAMES P.                    4116 CHRISTOPHER WAY PLANO TX 75024
MCLAUGHLIN, SHARON                  4700 S RIDGE RD APT 415 MCKINNEY TX 75070-2260
MOSELEY, ROBERT J.                  PO BOX 600278 DALLAS TX 75360-0278
POLLEY, ALBERT                      15151 BRANDT ROAD LEAVENWORTH KS 66048
WILSON, JASON L.                    6808 N. BASKET OAK DR. EDWARDS IL 61528

Total Number of Records Printed     24
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**NNI – AFFIDAVIT OF SERVICE**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
MARISA DECARLI MADDOX
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19899-1347