IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al*., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 14638**

On October 27, 2014 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its

Thirty-First Application for Interim Compensation for Services Rendered and Reimbursement of

Expenses as Special Litigation Counsel for the Debtors for the Period From July 1, 2014 Through

September 30, 2014 (the "Application").  Pursuant to the Notice filed with the Application, objections to

the Application were to be filed and served no later than November 17, 2014 at 4:00 p.m. (ET).  The

undersigned hereby certifies that she has received no formal answers, objections or responsive pleadings

with respect to the Application and that no answer, objection or other responsive pleading with respect to

the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the

Debtors are authorized to pay Applicant $3,288.00, which represents 80% of the fees requested, and

$366.48, which represents 100% of the expenses requested in the Application upon filing this

Certification of No Objection and without the need for entry of a Court order approving Application.

Dated: December 4, 2014

**BENESCH, FRIEDLANDER, COPLAN**
**& ARONOFF LLP**

By:    */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
Telephone:  (302) 442-7006
Facsimile:  (302) 442-7012
jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

8377131 v1