IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14870-14875, 14888 & 14889** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 4, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
___ day of December, 2014

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

               Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is **selling** or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HADFIELD, BRIAN
             859 N SILVER FOX DR
             GRANTSVILLE, UT 84029-8052

HADFIELD, BRIAN
BRIAN HADFIELD
859 N SILVER FOX DR
GRANTSVILLE UT 840298052

Please note that your claim # 3893 in the above referenced case and in the amount of
    $19,375.00 allowed at $22,155.16  has been transferred **(unless previously expunged by court order)** to:

            HAIN CAPITAL HOLDINGS, LLC
            TRANSFEROR: HADFIELD, BRIAN
            ATTN: AMANDA RAPOPORT
            301 ROUTE 17, 7TH FLOOR
            RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            DISTRICT OF DELAWARE
            824 NORTH MARKET STREET, 3RD FLOOR
            WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14874    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/04/2014                  David D. Bird, Clerk of Court

                           /s/ Kimberly Murray
                         _____
                         By: Epiq Bankruptcy Solutions, LLC
                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice **was** mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 4, 2014.

# EXHIBIT B

TIME: 15:23:55
DATE: 12/04/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ERICKSON, LEIGH | 2700 BUCK HILL DR. PLANO TX 75025 |
| FELFE, SIDNEY J. | 1045 WOODHAVEN CIR. ROCKWALL TX 75087 |
| HADFIELD, BRIAN | 859 N SILVER FOX DR GRANTSVILLE UT 84029-8052 |
| HADFIELD, BRIAN | BRIAN HADFIELD 859 N SILVER FOX DR GRANTSVILLE UT 840298052 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ERICKSON, LEIGH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FELFE, SIDNEY J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HADFIELD, BRIAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JONES, D.J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LESANE, BARBARA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RAYBARMAN, BAPPADITYA (ROBER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SAGATOVSKI, NICOLAS ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: XIANG, JING ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| JONES, D.J. | 12425 CILCAIN CT. RALEIGH NC 27614 |
| LESANE, BARBARA | 2906 HOLBROOK ST DURHAM NC 27704 |
| RAYBARMAN, BAPPADITYA (ROBERT) | 3208 TEAROSE DR. RICHARDSON TX 75082 |
| SAGATOVSKI, NICOLAS | 9420 STONEY RIDGE LN ALPHARETTA GA 30022 |
| XIANG, JING | 100 CANTERBURY HILL RD ACTON MA 01720 |

Total Number of Records Printed    17

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006