# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

## Minute Entry

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 05, 2014 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | AL LUGANO |

*Matter:*

Status Conference   (Trial (cont'd from 11/7/14) )
**R / M #:**   14,869 / 0

*Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

*Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - Status Conference - Parties are going forward with mediation; Protocol order to be submitted to Chambers.