# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 12/5/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Sipko | Crowell & Morins | Nortel Networks Inc. |
| Jeff Gorris | Friedlander + Gorris | Google |
| Robert Wilson | Quinn Emanuel | " |
| Michael Farnan | Farnan LLP | Rockstar |
| Ellison Turner | Irell & Manella | " |
| Justin Alberto | Bayard | UK Pension Claimants |
| Lime Chapman | MCST | EMEA Debtors |
| Pastrilezio | DesMaris | " |
| Connor Bifferato | Bifferato | Time Warner Cable |
| Parco Edgar | Kirkland & Ellis | " |
| Robert Johnson | Akin Gump | Cisco Systems |
| Chris Samis | Whiteford Taylor | (cd toss' Committee) |
| Arthur Ruegger | Dentons US LLP | (") |
| Kathleen Murphy | Buchanan Ingersoll | Lazard Freres |
| Joe Baptiste-Barleau | Alegis & Overy | Monitor |
| Jen Power | Benesch | " |
| | | Nortel |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

1st Revision 12/04/2014 01:58 PM

| Calendar Date: | 12/05/2014 |
| Calendar Time: | 10:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6623398 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6623390 | Philip Brendel | (609) 279-5671 | Bloomberg LP | Interested Party, Philip Brendel / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6623086 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6620728 | Nicholas W. Chiuchiolo | (212) 728-8511 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6617000 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6623408 | Matthew Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6623380 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6620738 | Eric M. Mason | (212) 412-6772 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6620463 | Alexandra S. McCown | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6623135 | Richard Paige | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6617974 | Mark Plevin | (415) 986-2800 | Crowell & Moring LLP | Debtor, Special Counsel for The Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6622331 | James Regan | (202) 624-2930 | Crowell & Moring LLP | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6622183 | Rebecca J. Song | (212) 235-0738 | Napier Park Global Capital | Creditor, Rebecca Song / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6572412 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6619454 | Ellisen Turner | (310) 203-7974 | Irell & Manella LLP (All Offices) | Representing, Constellations Technologies LLC; Rockstar Consortium US LP / LIVE |