**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                    Chapter  11

                                          Case No.  09 - 10138  ( KG )

Debtor:  Nortel Networks Inc., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Michael W. De Vries

to represent  Cisco Systems, Inc.

in this action.

/s/ Ian Connor Bifferato

Firm Name: Bifferato LLC
Address: 800 N. King, Plaza Level
Wilmington, Delaware 19801
Phone: (302)225-7600

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  California  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Michael W. De Vries

Firm Name: Kirkland & Ellis LLP
Address: 333 South Hope Street
Los Angeles, California 90071
Phone: 213-680-8400

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 5th, 2014                KEVIN GROSS
Wilmington, Delaware                     UNITED STATES BANKRUPTCY JUDGE