# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BlueMountain Long/Short Credit Master Fund L.P. | Waterstone Market Neutral Master Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o BlueMountain Capital Management, LLC
280 Park Avenue, 5th Floor East
New York, NY 10017
Attn: Dwayne Weston

Court Claim # (if known): 7179
Amount of Claim Transferred: $89,184.31
Date Claim Filed: 03/31/2010

Phone: (212) 905-3967
Last Four Digits of Acct. #: N/A

Phone: (952) 697-4130
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___Dwayne F.___        Date: _12/23/2013_
    Transferee/Transferee's Agent

*Penalty for making false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")
Attn: Clerk

AND TO:    Nortel Networks, Inc. *et al* ("Debtor")
Case No. 09-10158 (KG)

Claim #s: 7179

Waterstone Market Neutral Master Fund, Ltd., its successors and assigns (collectively, the "Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto those entities and in the proportions set forth below, their successors and assigns (collectively, the "Assignee")

| Buyer | Transfer Claim Amount | Percentage |
|---|---|---|
| BlueMountain Kicking Horse Fund L.P. | $ 40,266.58 | 1.27216622783% |
| Blue Mountain Credit Alternatives Master Fund L.P. | $ 3,035,747.11 | 95.91018034259% |
| BlueMountain Long/Short Credit Master Fund L.P. | $ 89,184.31 | 2.81765342958% |

all right, title and interest in and to $3,165,198.00 (the "Claim") of Seller against Nortel Networks, Inc, *et al.* (the "Debtor"), in United States Bankruptcy Court, District of Delaware, Case No. Case No. 09-10158 (KG).

Assignor hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated DC. 19, 2013.

**WATERSTONE MARKET NEUTRAL MASTER FUND, LTD.**

By: Waterstone Capital Management, L.P.

By: *[signature]*
Name:
Title: **Kurt Peterson**
**CFO**

**BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND L.P.**
By: BlueMountain Capital Management, LLC, its Investment manager

By: _____
Name:
Title:

1

# EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")
Attn: Clerk

AND TO: Nortel Networks, Inc. et al ("Debtor")
Case No. 09-10158 (KG)

Claim #s: 7179

Waterstone Market Neutral Master Fund, Ltd., its successors and assigns (collectively, the "Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto those entities and in the proportions set forth below, their successors and assigns (collectively, the "Assignee")

| Buyer | Transfer Claim Amount | Percentage |
|---|---|---|
| BlueMountain Kicking Horse Fund L.P. | $ 40,266.58 | 1.27216622783% |
| Blue Mountain Credit Alternatives Master Fund L.P. | $ 3,035,747.11 | 95.91018034259% |
| BlueMountain Long/Short Credit Master Fund L.P. | $ 89,184.31 | 2.81765342958% |

all right, title and interest in and to $3,165,198.00 (the "Claim") of Seller against Nortel Networks, Inc, et al. (the "Debtor"), in United States Bankruptcy Court, District of Delaware, Case No. Case No. 09-10158 (KG).

Assignor hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated DEC 19, 2013.

**WATERSTONE MARKET NEUTRAL MASTER FUND, LTD.**

By: Waterstone Capital Management, L.P.

By: _____
Name:
Title:

**BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND L.P.**
By: BlueMountain Capital Management, LLC, its investment manager

By: /s/ Kyle Brady
Name: Kyle Brady
Title: Assistant General Counsel & Vice President

1

BLUE MOUNTAIN KICKING HORSE FUND L.P.,
By: BlueMountain Capital Management, LLC, its investment manager

By: /s/ Kyle Brady
Name: Kyle Brady
Title: Assistant General Counsel & Vice President

BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P.
By: BlueMountain Capital Management, LLC, its investment manager

By: /s/ Kyle Brady
Name: Kyle Brady
Title: Assistant General Counsel & Vice President