<u>IN THE UNITED STATES BANKRUPTCY COURT</u>
<u>FOR THE DISTRICT OF DELAWARE</u>

```
------------------------------------------------------------x
                                           :
```

*In re*                                    :      Chapter 11

Nortel Networks Inc., *et al.*,[1]          :      Case No. 09-10138 (KG)

                              Debtors.      :      Jointly Administered

                                           :      **Re: D.I. 14746**

```
------------------------------------------------------------x
```

**ORDER APPROVING SECOND DISCOVERY PROTOCOL IN CONNECTION WITH ORDER**
**EXTENDING AUTOMATIC STAY AND REGULATING THIRD PARTY DISCOVERY**

AND NOW, upon further consideration of the Order Extending the Automatic Stay and

Regulating Third Party Discovery (D.I. 14746) (the "Order"), after holding a status conference

on such Order and the proposed protocol to govern third-party discovery against the Debtors, and

upon consideration of the record in these proceedings, as well as all papers filed in support of or

in opposition thereto and the arguments of counsel at the status conference;

IT IS HEREBY ORDERED THAT:

1.    The Second Discovery Protocol, attached hereto as **Exhibit "A"** is hereby

approved and ordered by the Court.

2.    The Court retains jurisdiction with respect to all matters and disputes arising out

of or relating to this Order and the Second Discovery Protocol, including, but not limited to, the

interpretation, implementation, and enforcement of this Order and the Second Discovery

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Protocol, and to provide any further relief that is necessary or appropriate in furtherance of this Order and the Second Discovery Protocol.

Dated: December 8, 2014

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE