IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14887, 14901-14905** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          )  ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 8, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
_____ day of December, 2014

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              Chapter 11

NORTEL NETWORKS INC., et al.,                       Case No. 09-10138 (KG)

                        Debtors.                    Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BURWELL, SCOTT A
              8633 BAYBRIDGE WYND
              RALEIGH, NC 27613

Please note that your claim # 4034 in the above referenced case and in the amount of
    $4,056.30 has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: BURWELL, SCOTT A
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14887    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/08/2014                              David D. Bird, Clerk of Court

                                              /s/ Kimberly Murray
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 8, 2014.

# EXHIBIT B

```
TIME: 17:05:11                                    NORTEL NETWORKS INC.
DATE: 12/08/14                                     CREDITOR LISTING                                          PAGE:    1

Name                                    Address
BLUE MOUNTAIN KICKING HORSE FUND L.P.   TRANSFEROR: PRIME CAPITAL MASTER SPC, GO C/O BLUEMOUNTAIN CAPITAL MANAGEMENT LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN KICKING HORSE FUND L.P.   TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN LONG/SHORT CREDIT MASTER  TRANSFEROR: WATERSTONE MKT NEUTRAL MASTE FUND L.P.; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN MONTENVERS MASTER FUND SCA TRANSFEROR: WATERSTONE OFFSHORE AD FUND, SICAV-SIF; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN MONTENVERS MASTER FUND SCA TRANSFEROR: WATERSTONE OFFSHORE ER FUND, SICAV-SIF; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BURWELL, SCOTT A                        8633 BAYBRIDGE WYND RALEIGH NC 27613
BURWELL, SCOTT A.                       8633 BAYBRIDGE WYND RALEIGH NC 27613
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: BURWELL, SCOTT A ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: BURWELL, SCOTT A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
PRIME CAPITAL MASTER SPC, GOT WAT MAC   TRANSFEROR: WELLS FARGO BANK AS SUCCESSO SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, L.P. PLYMOUTH MN 55447
WATERSTONE MKT NEUTRAL MASTER FUND, LTD TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: CHRIS PARKS, 2 CARLSON PKWY, #260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD.       TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGEMENT LP 2 CARLSON PKWY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE ER FUND, LTD.       TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGMENT LP 2 CARLSON FARKWAY, SUITE 260 PLYMOUTH MN 55447

Total Number of Records Printed      13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006