IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*                                                   :   Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :   Case No. 09-10138 (KG)
                                                          :
              Debtors.                 :   Jointly Administered
                                                          :
                                                          :
----------------------------------------------------------X

### NOTICE OF AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES OF NORTEL NETWORKS INC. AND <u>NORTEL NETWORKS CAPITAL CORPORATION</u>

TO:      (I) OFFICE OF THE UNITED STATES TRUSTEE, (II) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002, (III) NORTEL NETWORKS INC., AND (IV) NORTEL NETWORKS CAPITAL CORPORATION INC.

      **PLEASE TAKE NOTICE** that, on April 20, 2009, May 29, 2009 and September 11, 2009, Nortel Networks Inc. ("<u>NNI</u>") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "<u>Debtors</u>"), filed their respective Schedules of Assets and Liabilities (collectively, the "<u>Original Schedules</u>") and Statements of Financial Affairs [D.I. 616-627, 801-810, 1477-1478] with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that, on November 4, 2009, the Debtors filed amended versions of the Debtors' Original Schedules (collectively, the "Amended Schedules") [D.I. 1811-1823].

**PLEASE TAKE FURTHER NOTICE** that, on each of October 31, 2011, November 7, 2011, November 15, 2011, November 21, 2011 and February 21, 2012 the Debtors filed amended versions of Schedules E and/or F of the Original Schedules and Amended Schedules of NNI (together with the Amended Schedules, the "Prior Amended Schedules") [D.I. 6702, 6719, 6780, 6827, 7240].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the Bankruptcy Court (the "Local Rules"), NNI and Nortel Networks Capital Corporation ("NNCC") hereby amend Schedules F of their Original Schedules and the Prior Amended Schedules (collectively, the "Seventh Amended Schedules").

**PLEASE TAKE FURTHER NOTICE** that the Original Schedules, as amended by the Prior Amended Schedules and the Seventh Amended Schedules, are intended to reflect the assets and liabilities of NNI and NNCC as of January 14, 2009 (the "Petition Date"). The Seventh Amended Schedules amend previously filed Schedules F to modify the amount and characterization of certain scheduled intercompany payable claims (the "Claims"). The Seventh Amended Schedules F for NNI and NNCC are attached hereto as Exhibits A and B respectively. The Debtors reserve their right to further amend their schedules in the future for these and other claims.

**PLEASE TAKE FURTHER NOTICE** that the only claimants affected by the Seventh Amended Schedules are NNCC, as it relates to NNI's Seventh Amended Schedule F, and NNI, as it relates to NNCC's Seventh Amended Schedule F.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph 6 of the Order Establishing Deadlines For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, as entered by the Court on August 4, 2009 [D.I. 1280], the Debtors need not file proofs of claim on or prior to the general bar date established in these chapter 11 cases.  Further, pursuant to the Order Establishing Deadlines For Filing Proofs Of Claim For Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof, as entered by the Court on September 23, 2011 [D.I. 6464], the Debtors need not file proofs of claim on or prior to the Non-Canadian Intercompany Claims and D&O Bar Date, as defined in such Order.  Pursuant to Local Rule 1009-2, if NNI or NNCC disagrees with the nature, amount or classification of the Claim as it is listed on the Seventh Amended Schedules, NNI or NNCC **must** file a proof of claim form with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC (the "Claims Agent") so as to be **actually received** on or before the date that is the later of (i) **December 31, 2014** at 5:00 p.m. (prevailing Eastern Time) and (ii) the deadline, if any, for the filing of proofs of claim by Debtors as may be established in these chapter 11 cases (such date, the "Seventh Amended Schedules Bar Date").

**PLEASE TAKE FURTHER NOTICE** that all proof of claim forms must be signed by the claimant, must be written in English and be denominated in United States currency. Claimants should attach to their completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not

available.  Proofs of claim will be deemed timely filed only if **actually received** by the Debtors' Claims Agent on or before the Seventh Amended Schedules Bar Date at the following address:

**IF DELIVERED BY MAIL:**
    Nortel Networks Inc. Claims Processing Center
    c/o Epiq Bankruptcy Solutions, LLC
    FDR Station, P.O. Box 5075
    New York, NY 10150-5075

**IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:**
    Nortel Networks Inc. Claims Processing Center
    c/o Epiq Bankruptcy Solutions, LLC
    757 Third Avenue, 3rd Floor
    New York, NY 10017
    (646) 282-2400

Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.  A copy of the proof of claim form and instructions for filing a proof of claim are available at http://dm.epiq11.com/nortel, or can be obtained by contacting the Claims Agent at: (646) 282-2400.

**RESERVATION OF RIGHTS**

    The Debtors reserve the right to dispute, or to assert offsets or defenses against, each of the claims listed or reflected in the Seventh Amended Schedules as to nature, amount, liability, classification or otherwise.  In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, including any proof of claim that has been or may be filed, on any and all grounds.  The Debtors reserve all rights, claims, and defenses with respect to the claims amended by the Seventh Amended Schedules, the treatment of those claims in any Debtor's plan of reorganization, any post-petition entitlements relating to those claims, and any pleadings filed by parties in interest in the Debtors' chapter 11 cases with respect to those claims.  The Debtors further reserve all rights, claims and defenses with respect to any other claims held by NNI or NNCC that have not been amended in the Seventh Amended Schedules.

4

**GLOBAL NOTES REGARDING SEVENTH AMENDED SCHEDULES**

The Debtors reserve the right to further amend the Original Schedules, as amended by the Prior Amended Schedules and the Seventh Amended Schedules, from time to time as may be necessary or appropriate. The global notes included in the Original Schedules are incorporated by reference herein, comprise an integral part of, the Seventh Amended Schedules, and should be referred to and reviewed in connection with any review of the Seventh Amended Schedules.

**ADDITIONAL INFORMATION**

Questions concerning the contents of this Notice should be directed to the undersigned counsel from 9 a.m. to 5 p.m. (ET), Monday through Friday. Copies of the Original Schedules, the Prior Amended Schedules and the Seventh Amended Schedules are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. In addition, copies of the Schedules, the Prior Amended Schedules and the Seventh Amended Schedules may be viewed on the Internet at: (i) the Claims Agent's website at http://dm.epiq11.com/nortel and (ii) the Bankruptcy Court's website at http://www.deb.uscourts.gov by following the directions for accessing the CM/ECF system.

[*REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*]

Dated:  December 10, 2014
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-3505
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*