IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
          Debtors.  :  Jointly Administered
:
:  **Related D.I.s: 14639, 14747, 14886**
:
---------------------------------------------------------- X

## DEBTORS' LIMITED RESPONSE TO THE MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP AND MACQUARIE CAPITAL (USA) INC. FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a), 502(c), 521(a), FED. R. BANKR. P. 1009(a) AND L.R. BANKR. P. 1009-2, ESTIMATING NORTEL NETWORKS CAPITAL CORPORATION'S SUPPORT AGREEMENT CLAIM AND DIRECTING NNI TO AMEND ITS SCHEDULES WITH RESPECT TO INTERCOMPANY LOAN CLAIM

Nortel Networks Inc. ("NNI"), and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") hereby respectfully submit this limited response (the "Limited Response") to the *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend Its Schedules with Respect to Intercompany Loan Claim*, dated October 27, 2014 (Docket No. 14639) (the "Motion")[2], filed by Solus Alternative Asset Management LP and Macquarie Capital

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

(USA) Inc. (the "Movants").  In support of this Limited Response, the Debtors respectfully represent as follows:

1.      On December 10, 2014, the Debtors filed the *Notice of Amendments to Schedules of Assets and Liabilities of NNI and Nortel Networks Capital Corporation*, amending the amount and characterization of certain scheduled intercompany payable claims on Schedules F of NNI's and NNNC's Schedules of Asset and Liabilities (the "Seventh Amended Schedules").[3]  The Seventh Amended Schedules of NNI and NNCC, attached hereto as Exhibits A and B, respectively, reflect the Debtors' reconciliation of their books and records with respect to prepetition intercompany claims existing between NNCC and NNI.  Specifically, the Seventh Amended Schedule of NNI reflects a general unsecured claim of NNCC in the amount of $147,634,914.66, which relates to the certain Revolving Loan Agreement, dated as of June 15, 2008 between NNCC and NNI.  The Seventh Amended Schedule of NNCC reflects a general unsecured claim of NNI in the amount of $3,272,471.45, which relates to certain guaranty fees relating to NNCC paid by NNI to NNL.  The Debtors' Seventh Amended Schedules are not intended to and do not account for any claims, if any, that may exist relating to the Support Agreement, dated as of February 15, 1996, and all of the Debtors' rights and defenses with respect to the Support Agreement are fully reserved.

2.      The intercompany claims included in the Seventh Amended Schedules fully address certain of the requests for relief in the Motion.  As reflected in the *Second Amended Notice of Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R.*

---

[3] The Debtors' original Schedules of Assets and Liabilities and Statements of Financial Affairs were filed with this Court on April 20, 2009, May 29, 2009 and September 11, 2009 [D.I.s 616-627, 801-810, 1477-1478] (the "Original Schedules").  The Debtors filed amended versions of the Original Schedules on November 4, 2009 [D.I. 1811-1823] (the "Amended Schedules").  The Debtors filed amended versions of Schedules E and/or F of the Original Schedules and Amended Schedules of NNI on each of October 31, 2011, November 7, 2011, November 15, 2011, November 21, 2011 and February 21, 2012 [D.I.s 6702, 6719, 6780, 6827, 7240].

*Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend Its Schedules with Respect to Intercompany Loan Claim*, filed December 4, 2014 [D.I. 14886], the Movants have adjourned the deadline to respond and the hearing with respect to the remainder of the Motion, and have set a January 7, 2015 status conference in place of the hearing on the Motion.  The Debtors reserve all rights with respect to the remaining relief sought in the Motion, including without limitation, with respect to Movants' standing to pursue such relief.

3.     Neither the Seventh Amended Schedules nor this Limited Response is intended to waive or limit the Debtors' rights in respect of any relief requested in the Motion.  The Debtors have agreed that the Movants may retain the January 7, 2015 hearing as a status conference in order to allow the Movants an opportunity to provide the Court with a report on the Motion.  While the Debtors do not intend to file a further substantive response to the Motion at this time, or argue the merits of the Motion at the status conference, the Debtors' reserve their right to do so at a later time if and when the Motion is further pursued by the Movants.

*[Remainder of page left intentionally blank.]*

| | |
|---|---|
| Dated: December 10, 2014<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |