**Exhibit B**
**Amended Schedule F – NNCC**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re: <u>NORTEL NETWORKS CAPITAL CORPORATION</u>      Case No. <u>09-10139</u>
                                        Debtor     Chapter   <u>11</u>

## SUMMARY OF AMENDING SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | | | | |
| B - Personal Property | NO | | $8,533,270.88 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | | | | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $154,224,033.95 | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | |
| | | 1 | $8,533,270.88 | $154,224,033.95 | |

# AMENDING

In re: <u>NORTEL NETWORKS CAPITAL CORPORATION</u>  Case No. <u>09-10139</u>
       Debtor  Chapter <u>11</u>

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>NORTEL NETWORKS INC. <br>THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER <br>1209 ORANGE STREET <br>WILMINGTON, DE 19801 | | | ***AMENDED*** <br><br>INTERCOMPANY PAYABLES | | | | $3,272,471.45 |

Schedule of Creditors Holding Unsecured Nonpriority
Claims – Sheet no. 1 of 1

| | |
|---|---|
| Subtotal | $3,272,471.45 |
| Total <br>(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $3,272,471.45 |

In re: NORTEL NETWORKS CAPITAL CORPORATION     Case No. 09-10139
                                      Debtor     Chapter 11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, John J. Ray III, the Principal Officer for Nortel Networks Capital Corporation, declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information, and belief.

Date
December 10, 2014

Signature: _John J. Ray III_

[Print or type name of individual signing on behalf of debtor.]

Principal Officer for Nortel Networks Inc.
[Indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.