# **SERVICE LIST**

**VIA HAND DELIVERY**

Mark Kenney, Esq.
David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones
Peter Keane
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Mary F. Calaway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE  19801-1228

Stephen M. Miller, Esq.
Morris James LLP
500 Delaware Ave
Suite 1500
Wilmington, DE  19801

Christopher M. Samis
L. Katherine Good
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street
Suite 500
Wilmington, DE  19801

Joanne P. Pinckney, Esq.
Pinckney, Urban, Weidenger
   & Joyce, LLC
1220 Market Street
Suite 950
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Ken Coleman Esq.
Lisa J.P. Kraidin Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA  90017

Susheel Kirpalani
James C. Tecce
Daniel Holzman
Kate Scherling
Quinn Emanuel Urquhart
   & Sullivan, LLP
51 Madison A venue
New York, NY  10010

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710