# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., *et al.,* ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: D.I. 14856** |
| ) | |

## NOTICE OF SERVICE

I, Jennifer R. Hoover, Esquire, hereby certify that on December 2, 2014, I caused a true and correct copy of the *Debtors' Submission of Proposed Protocol for Third-Party Discovery Against Debtors* [D.I. 14856] to be served upon the parties on the attached list in the form and manner indicated.

Dated:  December 11, 2014

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Jennifer R. Hoover*
    Jennifer R. Hoover, Esquire (No. 5111)
    222 Delaware Avenue, Suite 801
    Wilmington, DE  19801
    Telephone:  (302) 442-7006
    Facsimile:  (302) 442-7012
    jhoover@beneschlaw.com

    *Special Counsel to the Debtors and Debtors in Possession*

8374833 v1

Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 21st Floor
Wilmington, DE 19801
*Via Hand Delivery*

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Peter Keane, Esq.
Pachulski Stang Ziehl & Jones
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
*Via Hand Delivery*

Jeffrey M. Gorris, Esq.
Friedlander & Gorris, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
*Via Hand Delivery*

Ian Connor Bifferato, Esq.
J. Zachary Haupt, Esq.
Bifferato LLC
800 N. King St., First Floor
Wilmington, DE 19801
*Via Hand Delivery*

Brian E. Farnan, Esq.
Michael J. Farnan, Esq.
Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
*Via Hand Delivery*

Robert B. Wilson, Esq.
Quinn Emanuel Urqhart & Sullivan LLP
51 Madison Ave., 22nd Floor
New York, New York 10010-1601
robertwilson@quinnemanuel.com
*Via Email*

John M. Desmarais, Esq.
Dustin F. Guzior, Esq.
Desmarais LLP
230 Park Avenue
New York, New York 10169
DGuzior@desmaraisllp.com
*Via Email*

Ellisen S. Turner, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
eturner@irell.com
*Via Email*

Ken Coleman Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399
*Via Facsimile*

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497
*Via Facsimile*

8374833 v1

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
405 North King St., Suite 500
Wilmington, DE 19801
Fax: 302-661-7950
*Via Facsimile*

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002
*Via Facsimile*

Thomas R. Kreller, Esq.
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763
*Via Facsimile*

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Inna Rozenberg, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Fax: 212-225-3999
*Via Facsimile*

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Peter Keane, Esq.
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400
*Via Facsimile*

Derek Adler, Esq.
Neil Oxford, Esq.
Fara Tabatabai, Esq.
Charles Huberty, Esq.
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004
Fax: 212-422-4726
*Via Facsimile*

James Patton, Esq.
Edwin Harron, Esq.
John Dorsey, Esq.
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801
Fax: 302-571-1253
*Via Facsimile*

8374833 v1