# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | - |