Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/11/14 | LMB | Review and revise BFCA fees and expenses for October 2014 | 0.50 |
| 11/11/14 | LMB | Review and revise BFCA fees and expenses for October 2014 | 0.50 |
| 11/13/14 | JRH | Review interim fee order (.10); email with L Behra regarding same (.10); email with A Cordo (.10) | 0.30 |
| 11/13/14 | JRH | Prepare comments for Nortel fee application | 0.30 |
| 11/13/14 | LMB | Review and revise BFCA fees and expenses for October 2014 | 0.20 |
| 11/13/14 | LMB | Review proposed order regarding quarterly fee applications and email to J. Hoover regarding same | 0.10 |
| 11/13/14 | LMB | Review and revise BFCA fees and expenses for October 2014 | 0.20 |
| 11/13/14 | LMB | Review proposed order regarding quarterly fee applications and email to J. Hoover regarding same | 0.10 |
| 11/13/14 | MDR | Attention to time entries for fee application | 0.40 |
| 11/17/14 | LMB | Preparation of BFCA monthly fee application for October 2014 | 0.70 |
| 11/18/14 | JRH | Review and coordinate with L. Behra regarding monthly/quarterly fee application | 0.50 |
| 11/18/14 | LMB | Prepare and file BFCA monthly fee application for October 2014 | 0.50 |
| 11/18/14 | LMB | Prepare and file BFCA Quarterly Fee Application for July 1, 2014 through October 31, 2014 | 0.90 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| <u>PARTNER</u> | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 1.10 | $473.00 |
| | | | 1.10 | $473.00 |
| <u>PARALEGAL</u> | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 3.70 | $647.50 |
| MICHELLE D. RUST | (MDR) | $250.00 | 0.40 | $100.00 |
| | | | 4.10 | $747.50 |
| | | TOTAL: | 5.20 | $1,220.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/03/14 | JRH | Various conference calls with M. Cheney regarding hearing/procedure (.7); review, reply, and provide comments thereto (.8); telephone call to courtroom deputy and follow up email (.2); conference call with C. Bifferato (.1); follow up emails with Delaware counsel regarding hearing (.2); emails with A. Cordo (.10) | 2.10 |
| 11/03/14 | MDR | Review docket for the General Instrument objection to the Motion and forward same to J. Hoover (.20); review docket and download and forward Amended Agenda for the November 4, 2014 Omnibus Hearing to J. Hoover (.20); Conference with J. Hoover re November 7th Hearing (.50) | 0.90 |
| 11/04/14 | MJB | Discuss status with J. Hoover | 0.20 |
| 11/04/14 | JRH | Attend hearing (11/4/2014) on post petition interest issues, etc. | 3.50 |
| 11/04/14 | JRH | Review revised reply and coordinate filing and service; emails with MNAT regarding agenda and service | 1.00 |
| 11/04/14 | JRH | Further follow up with Epiq regarding service of reply, etc. | 0.30 |
| 11/04/14 | KMC | Attend evidentiary hearing on 9019 motion regarding post-petition interest and confer with J. Hoover regarding same | 4.70 |
| 11/04/14 | MDR | Organize pdfs of the numerous exhibits to the Amended Motion to Enforce Automatic Stay and all Objections to same and forward to litigation support vendor requesting blow-back of copies to be used for Judge Gross's Exhibit Binder for the November 7, 2014 Hearing on the matter and counsel's copy of same (1.20); draft Index to Exhibit Binder (.50); correct formatting issues with the Debtors' Reply in Support of Amended Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) An Order Enforcing the Court's Prior Orders, (C) A Protective Order, and (D) Related Relief Under Section 105(a) and fill-in the related docket numbers (.50); convert, file and circulate same (.30); work with MNAT to prepare service list for the Reply (.40) | 2.90 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/05/14 | JRH | Emails with T. Minot regarding agenda and provide comments thereto (.2); review follow up emails with C. Bifferato, Esq. regarding TWA supplement (.2); emails with client regarding Friday's hearing (.2); internal emails regarding Friday's hearing (.2); emails with I. Shelton regarding meet and confer (.2) | 1.00 |
| 11/05/14 | KMC | Review agenda regarding 11.7.2014 hearing and confer with M. Rust regarding exhibit binders | 0.30 |
| 11/05/14 | KMC | Review Debtors motion to extend automatic stay and Time Warners objection thereto | 2.00 |
| 11/05/14 | MDR | Hearing preparations | 2.80 |
| 11/06/14 | JRH | Prepare additional exhibits for 11/7 hearing; coordinate with court reporter; telephone call with M. Cheney regarding order; email with local counsel for objections; assist with hearing preparation (1.0); review items for hearing (3.5); follow up emails with M. Cheney and counsel for Rockstar (.3) | 4.80 |
| 11/06/14 | JRH | Conference call with I. Shelton, Esq. regarding subpoena | 0.50 |
| 11/06/14 | JRH | Prepare additional exhibits for 11/7 hearing; coordinate with court reporter; telephone call with M. Cheney regarding order; email with local counsel for objections; assist with hearing preparation (1.0); review items for hearing (3.5); follow up emails with M. Cheney and counsel for Rockstar (.3) | 4.80 |
| 11/06/14 | JRH | Conference call with I. Shelton, Esq. regarding subpoena | 0.50 |
| 11/06/14 | KMC | Review additional objections to Debtors' motion to extend automatic stay, Debtors' reply thereto, and Time Warner's supplemental pleading | 1.80 |
| 11/06/14 | MDR | Hearing preparations | 1.90 |
| 11/07/14 | JRH | Prepare items for hearing; assist co-counsel with hearing preparation | 2.50 |
| 11/07/14 | JRH | Attend and participate in contested matter on motion to extend automatic stay | 5.00 |
| 11/07/14 | JRH | Prepare items for hearing; assist co-counsel with hearing preparation | 2.50 |
| 11/07/14 | JRH | Attend and participate in contested matter on motion to extend automatic stay | 5.00 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/07/14 | KMC | Prepare for, attend, and confer with J. Hoover regarding 11.7.2014 hearing to modify or extend the automatic stay | 5.00 |
| 11/07/14 | SMF | Review email from J. Hoover regarding proposed discovery mediators from Judge and draft analysis to J. Hoover of same | 0.30 |
| 11/07/14 | MDR | Hearing preparations | 0.40 |
| 11/09/14 | JRH | Email received from chambers regarding potential mediators; internal emails regarding mediator suggestions | 0.50 |
| 11/09/14 | JRH | Email received from chambers regarding potential mediators; internal emails regarding mediator suggestions | 0.50 |
| 11/10/14 | JRH | Email with Delaware counsel regarding correspondence from chambers; emails with M. Cheney regarding same (.3); review order and email with M. Cheney regarding entry of order (.3) | 0.60 |
| 11/10/14 | KMC | Review Order Extending Automatic Stay and Regulating Third-Party Discovery and confer with J. Hoover regarding same | 0.30 |
| 11/10/14 | SMF | Review email from J. Hoover regarding analysis of proposed discovery mediators | 0.10 |
| 11/11/14 | JRH | Follow up from 11/7 hearing | 0.30 |
| 11/12/14 | MDR | Update production binder | 0.20 |
| 11/13/14 | JRH | Review transcript and email with M Cheney regarding same | 0.50 |
| 11/13/14 | JRH | Review emails with I Shelton, Esq | 0.30 |
| 11/14/14 | JRH | Conference call with M Cheney (.3), subsequent conference call with M Cheney and Scott Bunhof regarding status and next steps (1.0) | 1.30 |
| 11/17/14 | JRH | Review filings | 0.30 |
| 11/18/14 | JRH | Review email from M. Cheney regarding revised cost sharing order with comments | 0.20 |
| 11/18/14 | JRH | Telephone call received from M. Cheney regarding Nortel open items related to stay motion | 0.10 |
| 11/19/14 | JRH | Telephone call received from M. Cheney; review revised cost sharing order | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/20/14 | JRH | Telephone call received from M. Cheney | 0.10 |
| 11/21/14 | JRH | Conference call with M. Cheney regarding status of open items, next steps (.5); review discovery protocol and cost sharing order (.5) | 1.00 |
| 11/24/14 | JRH | Email with M Plevin, email with M Rust regarding telephone call appearance | 0.20 |
| 11/25/14 | JRH | Prepare for and conference call with I. Shelton; conference calls with I. Shelton regarding Nortel discovery issues | 1.00 |
| 11/25/14 | JRH | Review email from T. Minott regarding draft agenda | 0.10 |
| 11/26/14 | JRH | Review various letters filed in Nortel regarding automatic stay/discovery issues | 0.50 |
| 11/26/14 | JRH | Review agenda and email with T. Minott regarding initial comments thereto | 0.30 |
| 11/26/14 | KMC | Review letter from Google regarding stay of proceedings and confer with J. Hoover regarding same | 0.20 |
| 11/28/14 | JRH | Various emails among Delaware counsel and court regarding scheduling | 0.30 |
| 11/29/14 | JRH | Review Time Warner letters | 0.50 |
| 11/29/14 | KMC | Review letter from Time Warner regarding stay of proceedings and confer with J. Hoover regarding same | 0.20 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| MICHAEL J. BARRIE | (MJB) | $495.00 | 0.20 | $99.00 |
| JENNIFER R HOOVER | (JRH) | $430.00 | 42.30 | $18,189.00 |
| | | | 42.50 | $18,288.00 |
| ASSOCIATE | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 14.50 | $4,495.00 |
| STEPHEN M. FERGUSON | (SMF) | $335.00 | 0.40 | $134.00 |
| | | | 14.90 | $4,629.00 |
| PARALEGAL | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 9.10 | $2,275.00 |
| | | | 9.10 | $2,275.00 |
| | | TOTAL: | 66.50 | $25,192.00 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---:|
| 11/05/14 | JRH | Document Reproduction 586 copies | 58.60 |
| 11/07/14 | JRH | Document Reproduction 1 copies | 0.10 |
| 11/18/14 | LMB | Document Reproduction 56 copies | 5.60 |
| 11/18/14 | LMB | Document Reproduction 112 copies | 11.20 |
| 11/18/14 | LMB | Document Reproduction 45 copies | 4.50 |
| | | TOTAL: | $80.00 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/21/14 | MDR | Delivery Fee - Outside - Vendor: PARCELS, INC to bankruptcy court | 10.00 |
| 11/30/14 | JRH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC delivery to and from court house | 100.00 |
| | | TOTAL: | $110.00 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 10/27/14 | LMB | FedEx 10/27/14 Lisa Behra to Thomas P. Tinker E | 13.52 |
| 10/27/14 | LMB | FedEx 10/27/14 Lisa Behra to Mark Collins Chris | 13.52 |
| 10/27/14 | LMB | FedEx 10/27/14 Lisa Behra to Fred S. Hodara Esq | 13.52 |
| 10/27/14 | LMB | FedEx 10/27/14 Lisa Behra to Derek Abbott/Eric | 13.52 |
| 10/31/14 | JRH | FedEx 10/31/14 Jennifer Hoover Esq. to Ian Shel | 22.02 |
| 11/07/14 | 1516 | FedEx 11/07/14 Rhodie Goodman to Mark D. Plevin | 33.39 |
| 11/18/14 | LMB | FedEx 11/18/14 Lisa Behra to Thomas P. Tinker E | 13.39 |
| 11/18/14 | LMB | FedEx 11/18/14 Lisa Behra to Fred S. Hodara Esq | 13.39 |
| 11/18/14 | LMB | FedEx 11/18/14 Lisa Behra to Mark Collins/Chris | 13.39 |
| 11/18/14 | LMB | FedEx 11/18/14 Lisa Behra to Thomas P. Tinker E | 13.39 |
| 11/18/14 | LMB | FedEx 11/18/14 Lisa Behra to Mark Collins/Chris | 13.39 |
| 11/18/14 | LMB | FedEx 11/18/14 Lisa Behra to Fred S. Hodara Esq | 13.39 |
| 11/18/14 | LMB | FedEx 11/18/14 Lisa Behra to Derek Abbott/Eric | 13.39 |
| | | TOTAL: | $203.22 |