**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ---------------------------------------------------------X | Chapter 11 |
| : | |
| *In re* : | Case No. 09-10138 (KG) |
| : | |
| Nortel Networks Inc., *et al.*,[1] : | Jointly Administered |
| : | |
| Debtors. : | **Re: D.I. 14930** |
| : | |
| ---------------------------------------------------------X | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on December 12, 2014, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on December 16, 2014 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: December 12, 2014
      Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8645027.3

**Via Fax**

Ian Connor Bifferato
J. Zachary Haupt
BIFFERATO LLC
800 N. King St., First Floor
Wilmington, DE 19801
Fax: (302) 254-5383

John M. Desmarais
Dustin F. Guzior
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Fax: (212) 351-3401

Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Fax: 202-628-5116

Jennifer R. Hoover
Michael J. Barrie
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Ave.
Wilmington, DE 9801
Fax: 302-442-7012

Robert Wilson
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave.
New York, NY10010
Fax: 212-849-7100