**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138-KG <br><br> Jointly Administered |

**REQUEST FOR REMOVAL FROM SERVICE LISTS**

**TO THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, by and through this *Request for Removal from Service Lists*, David A. Fidler of Klee, Tuchin, Bogdanoff & Stern LLP, requests that he be removed from the CM/ECF noticing list and any other service list in the above-captioned matter.

| | |
|---|---|
| Dated: December 12, 2014 | /s/ David A. Fidler <br> **KLEE, TUCHIN, BOGDANOFF & STERN LLP** <br> David A. Fidler (admitted *pro hac vice*) <br> 1999 Avenue of the Stars, 39th Floor <br> Los Angeles, CA 90067-6049 <br> Telephone: (310) 407-4000 <br> Facsimile: (310) 407-9090 <br> Email: dfidler@ktbslaw.com <br><br> *Attorneys for Sanmina-SCI Corporation* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

153467.1