IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | ) <br> ) <br> ) Chapter 11 |
| Nortel Networks Inc., *et al.*, | ) <br> ) Case No. 09-10138 (KG) <br> ) Jointly Administered |
| Debtors | ) <br> ) <br> ) <br> ) |

### REQUEST FOR REMOVAL FROM SERVICE LISTS

TO:   (I) UNITED STATES TRUSTEE, (II) ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, by and through this Request for Removal from Service Lists, Curtis J. Crowther of Young Conaway Stargatt & Taylor, LLP, requests that he be removed from the CM/ECF noticing list and any other service list in the above-captioned matter.

Dated:  December 12, 2014

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:   /s/ Curtis J. Crowther
Curtis J. Crowther (Bar No. 3238)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
(302) 571-1253 (facsimile)

Attorneys for Bockstar Technologies, LLC

01:16400493.1