IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X    Chapter 11
                                                       :
In re                                                  :    Case No. 09-10138 (KG)
                                                       :
Nortel Networks Inc., et al.,[1]                       :    Jointly Administered
                                                       :
                    Debtors.                           :
                                                       :
------------------------------------------------------X
```

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2014 AT 10:00 A.M. (EASTERN TIME)

### THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### ADJOURNED MATTERS

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to February 26, 2015 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to August 19, 2014 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

Remaining Responses Received:

(a) Informal Response of ASM Capital Regarding Claim No. 7819; and

(b) Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a) Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b) First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c) Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d) Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12); and

(e) Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for March 17, 2015 at 10:00 a.m. (ET). The hearing on the Objection with respect to response (b) has been adjourned to the hearing scheduled for January 20, 2015 at 10:00 a.m. (ET).

2. Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for ASM Capital to February 26, 2015 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)     Informal Response of ASM Capital Regarding Claim No. 7819.

Related Pleading:

(a)     Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7355, Entered 3/8/12);

(b)     First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7433, Entered 3/22/12); and

(c)     Second Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7625, Entered 5/9/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for March 17, 2015 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

3.   Debtors' Motion for Entry of an Order Granting Relief from Stay to Effectuate a Setoff and Approving Stipulation Between Nortel Networks Inc. and Pennsylvania Department of Revenue (D.I. 14817, Filed 11/25/14).

Objection Deadline:  December 9, 2014 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a)     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Granting Relief from Stay to Effectuate a Setoff and Approving Stipulation Between Nortel Networks Inc. and Pennsylvania Department of Revenue (D.I. 14927, Filed 12/11/14); and

(b)     **Order Granting Relief from Stay to Effectuate a Setoff and Approving Stipulation Between Nortel Networks Inc. and Pennsylvania Department of Revenue (D.I. 14939, Entered 12/15/14).**

Status: **An order has been entered regarding this matter.  No hearing is necessary.**

| | |
|---|---|
| Dated: December 15, 2014<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>   */s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

8715307.3