## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP  [Docket No. 14800] | 10/1/14 - 10/31/14 | $387,425.25 (Fees)  $36,542.80 (Expenses) | $309,940.20 (Fees @ 80%)  $36,542.80 (Expenses @ 100%) | 11/20/14 | 12/11/14 |