# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2014 through November 30, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $2,837.25 |
| Photos/Art/ Spec Duplicating | Out of Office | 7,394.28 |
| Meals | | 424.97 |
| Messenger Services | | 216.00 |
| Courier/Delivery Service | | 5,576.19 |
| Secretarial Overtime | | 61.00 |
| In-House Duplicating | | 2,070.54 |
| Postage | | 108.66 |
| Support Staff Overtime | | 47.00 |
| Conference Calls | | 90.00 |
| Use of Facilities/Equipment | | 2,794.00 |
| **Total Expenses** | | **$21,619.89** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1222666 | 11/05/14 | B | 1,959.40 | Transcripts - DIAZ DATA SERVICES -EXPEDITED TRANSCRIPTS - 11/5/14 | 506 | 904 | 205579 |
| 1223660 | 11/19/14 | B | 877.85 | Transcripts - DIAZ DATA SERVICES - EXPEDITIED TRANSCRIPT - 11/19/14 | 506 | 684 | 205770 |
| 1222904 | 10/31/14 | B | 402.88 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY MED. LIT. B\W, BINDERS, TABS 10/31/14 | 510 - | 684 | 205620 |
| 1222905 | 10/31/14 | B | 1,060.08 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY- COPY/PRINT, ENVELOPES, POSTAGE, HA DELIVIERS - 10/31/14 | 510 ND | 904 | 205621 |
| 1222902 | 11/03/14 | B | 997.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - PRINT BW FROM PDF, 5 REDWELDS - 11/3/14 | 510 | 904 | 205618 |
| 1217384 | 11/03/14 | B | 3,658.82 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY JOB, BINDERS, TABS - 11/3/14 | 510 | 322 | 205503 |
| 1222916 | 11/05/14 | B | 199.60 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 11/5/ | 510 14 | 684 | 205632 |
| 1222911 | 11/13/14 | B | 786.40 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 11/13/14 | 510 | 684 | 205627 |
| 1222899 | 11/25/14 | B | 289.50 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 10/31/14 | 510 | 684 | 205615 |
| 1223079 | 10/11/14 | B | 66.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 4 PEOPLE 10/12/14 | 512 | 400 | 205669 |
| 1223078 | 10/12/14 | B | 6.07 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 10/12/14 | 512 | 400 | 205669 |
| 1223070 | 11/03/14 | B | 12.00 | Meals - PETTY CASH - A JOHNSTON - REIMBURSEME OF SALAD FOR CLIENT - 11/3/14 | 512 | 000 | 205668 |
| 1216473 | 11/03/14 | B | 124.90 | Meals - URBAN CAFE, LLC - LUNCH FOR 10 PEOPLE 11/3/14 | 512 | 904 | 205333 |
| 1216471 | 11/04/14 | B | 54.00 | Meals - URBAN CAFE, LLC - BREAKFAST FOR 6 AT BANKRUPTCY COURT - 11/4/14 | 512 | 400 | 205331 |
| 1216472 | 11/04/14 | B | 90.00 | Meals - URBAN CAFE, LLC - BREAKFAST FOR 10 AT MNAT - 11/4/14 | 512 | 904 | 205332 |
| 1215224 | 11/05/14 | B | 72.00 | Meals - URBAN CAFE, LLC - BREAKFAST FOR EIGHT 11/3/14 | 512 | 904 | 205224 |
| 1227027 | 10/14/14 | B | 3.00 | Messenger Service- 10/14/14 | 513S | 000 | |
| 1227035 | 10/14/14 | B | 3.00 | Messenger Service- 10/14/14 | 513S | 000 | |
| 1227042 | 10/14/14 | B | 3.00 | Messenger Service- 10/14/14 | 513S | 000 | |
| 1227061 | 10/16/14 | B | 3.00 | Messenger Service- 10/16/14 | 513S | 000 | |
| 1227063 | 10/16/14 | B | 3.00 | Messenger Service- 10/16/14 | 513S | 000 | |
| 1227067 | 10/16/14 | B | 3.00 | Messenger Service- 10/16/14 | 513S | 000 | |
| 1227073 | 10/17/14 | B | 3.00 | Messenger Service- 10/17/14 | 513S | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/17/14 14:43:44

PRO FORMA   364714                AS OF 11/30/14                  INVOICE#  ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1227084 | 10/17/14 | B | 3.00 | Messenger Service- 10/17/14 | 513S | 000 | |
| 1227126 | 10/21/14 | B | 3.00 | Messenger Service- 10/21/14 | 513S | 000 | |
| 1227127 | 10/21/14 | B | 3.00 | Messenger Service- 10/21/14 | 513S | 000 | |
| 1227128 | 10/21/14 | B | 3.00 | Messenger Service- 10/21/14 | 513S | 000 | |
| 1227129 | 10/21/14 | B | 3.00 | Messenger Service- 10/21/14 | 513S | 000 | |
| 1227171 | 10/23/14 | B | 3.00 | Messenger Service- 10/23/14 | 513S | 000 | |
| 1227172 | 10/23/14 | B | 3.00 | Messenger Service- 10/23/14 | 513S | 000 | |
| 1227173 | 10/23/14 | B | 3.00 | Messenger Service- 10/23/14 | 513S | 000 | |
| 1227174 | 10/23/14 | B | 3.00 | Messenger Service- 10/23/14 | 513S | 000 | |
| 1227186 | 10/27/14 | B | 3.00 | Messenger Service- 10/27/14 | 513S | 000 | |
| 1227209 | 10/27/14 | B | 3.00 | Messenger Service- 10/27/14 | 513S | 000 | |
| 1227210 | 10/27/14 | B | 3.00 | Messenger Service- 10/27/14 | 513S | 000 | |
| 1227266 | 10/30/14 | B | 3.00 | Messenger Service - 10/30/14 | 513S | 000 | |
| 1227267 | 10/30/14 | B | 3.00 | Messenger Service - 10/30/14 | 513S | 000 | |
| 1227276 | 10/31/14 | B | 3.00 | Messenger Service - 10/31/14 | 513S | 000 | |
| 1227300 | 11/03/14 | B | 3.00 | Messenger Service - 11/3/14 | 513S | 000 | |
| 1227309 | 11/03/14 | B | 3.00 | Messenger Service - 11/3/14 | 513S | 000 | |
| 1227320 | 11/03/14 | B | 3.00 | Messenger Service - 11/3/14 | 513S | 000 | |
| 1227321 | 11/03/14 | B | 3.00 | Messenger Service - 11/3/14 | 513S | 000 | |
| 1227334 | 11/05/14 | B | 3.00 | Messenger Service - 11/5/14 | 513S | 000 | |
| 1227344 | 11/05/14 | B | 3.00 | Messenger Service - 11/5/14 | 513S | 000 | |
| 1227345 | 11/05/14 | B | 6.00 | Messenger Service - 11/5/14 | 513S | 000 | |
| 1227376 | 11/06/14 | B | 6.00 | Messenger Service - 11/6/14 | 513S | 000 | |
| 1227406 | 11/07/14 | B | 3.00 | Messenger Service - 11/7/14 | 513S | 000 | |
| 1227407 | 11/07/14 | B | 3.00 | Messenger Service - 11/7/14 | 513S | 000 | |
| 1227427 | 11/10/14 | B | 3.00 | Messenger Service - 11/10/14 | 513S | 000 | |
| 1227428 | 11/10/14 | B | 3.00 | Messenger Service - 11/10/14 | 513S | 000 | |
| 1227430 | 11/10/14 | B | 3.00 | Messenger Service - 11/10/14 | 513S | 000 | |
| 1227444 | 11/10/14 | B | 3.00 | Messenger Service - 11/10/14 | 513S | 000 | |
| 1227457 | 11/12/14 | B | 3.00 | Messenger Service - 11/12/14 | 513S | 000 | |

```
Nortel Networks, Inc.                                                                                              INVOICE#  ******
63989-DIP                           PRO FORMA   364714                      AS OF 11/30/14
DATE: 12/17/14 14:43:44
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1227463 | 11/12/14 | B | 3.00 | Messenger Service - 11/12/14 | 513S | 000 | |
| 1227471 | 11/13/14 | B | 6.00 | Messenger Service - 11/13/14 | 513S | 000 | |
| 1227477 | 11/13/14 | B | 3.00 | Messenger Service - 11/13/14 | 513S | 000 | |
| 1227478 | 11/13/14 | B | 3.00 | Messenger Service - 11/13/14 | 513S | 000 | |
| 1227497 | 11/13/14 | B | 3.00 | Messenger Service - 11/13/14 | 513S | 000 | |
| 1227516 | 11/14/14 | B | 3.00 | Messenger Service - 11/14/14 | 513S | 000 | |
| 1227517 | 11/14/14 | B | 3.00 | Messenger Service - 11/14/14 | 513S | 000 | |
| 1227518 | 11/14/14 | B | 3.00 | Messenger Service - 11/14/14 | 513S | 000 | |
| 1227519 | 11/14/14 | B | 3.00 | Messenger Service - 11/14/14 | 513S | 000 | |
| 1227524 | 11/14/14 | B | 3.00 | Messenger Service - 11/14/14 | 513S | 000 | |
| 1227546 | 11/14/14 | B | 3.00 | Messenger Service - 11/14/14 | 513S | 000 | |
| 1227547 | 11/14/14 | B | 3.00 | Messenger Service - 11/14/14 | 513S | 000 | |
| 1227548 | 11/14/14 | B | 3.00 | Messenger Service - 11/14/14 | 513S | 000 | |
| 1227566 | 11/18/14 | B | 3.00 | Messenger Service - 11/18/14 | 513S | 000 | |
| 1227570 | 11/18/14 | B | 3.00 | Messenger Service - 11/18/14 | 513S | 000 | |
| 1227571 | 11/18/14 | B | 3.00 | Messenger Service - 11/18/14 | 513S | 000 | |
| 1227574 | 11/18/14 | B | 3.00 | Messenger Service - 11/18/14 | 513S | 000 | |
| 1227575 | 11/18/14 | B | 3.00 | Messenger Service - 11/18/14 | 513S | 000 | |
| 1227588 | 11/19/14 | B | 3.00 | Messenger Service - 11/19/14 | 513S | 000 | |
| 1227591 | 11/19/14 | B | 3.00 | Messenger Service - 11/19/14 | 513S | 000 | |
| 1227592 | 11/19/14 | B | 3.00 | Messenger Service - 11/19/14 | 513S | 000 | |
| 1227595 | 11/19/14 | B | 3.00 | Messenger Service - 11/19/14 | 513S | 000 | |
| 1227608 | 11/19/14 | B | 3.00 | Messenger Service - 11/19/14 | 513S | 000 | |
| 1227612 | 11/20/14 | B | 3.00 | Messenger Service - 11/20/14 | 513S | 000 | |
| 1227614 | 11/20/14 | B | 3.00 | Messenger Service - 11/20/14 | 513S | 000 | |
| 1227617 | 11/20/14 | B | 3.00 | Messenger Service - 11/20/14 | 513S | 000 | |
| 1227633 | 11/20/14 | B | 6.00 | Messenger Service - 11/20/14 | 513S | 000 | |
| 1227634 | 11/20/14 | B | 3.00 | Messenger Service - 11/20/14 | 513S | 000 | |
| 1227643 | 11/24/14 | B | 3.00 | Messenger Service - 11/24/14 | 513S | 000 | |
| 1227645 | 11/24/14 | B | 6.00 | Messenger Service - 11/24/14 | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/17/14 14:43:44

PRO FORMA   364714                     AS OF 11/30/14                     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1217266 | 11/03/14 | B | 23.06 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/03/14 | 514 | 000 | 205441 |
| 1217267 | 11/03/14 | B | 14.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/03/14 | 514 | 000 | 205441 |
| 1217268 | 11/04/14 | B | 22.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/04/14 | 514 | 000 | 205441 |
| 1217269 | 11/04/14 | B | 221.11 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/04/14 | 514 | 000 | 205441 |
| 1217270 | 11/04/14 | B | 20.95 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/04/14 | 514 | 000 | 205441 |
| 1217271 | 11/04/14 | B | 34.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/04/14 | 514 | 000 | 205441 |
| 1217272 | 11/05/14 | B | 229.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/05/14 | 514 | 000 | 205441 |
| 1217273 | 11/05/14 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/05/14 | 514 | 000 | 205441 |
| 1217252 | 11/05/14 | B | 22.55 | Courier/Delivery Service | 514 | 000 | 205430 |
| 1217253 | 11/05/14 | B | 22.93 | Courier/Delivery Service | 514 | 000 | 205430 |
| 1217254 | 11/05/14 | B | 24.02 | Courier/Delivery Service | 514 | 000 | 205430 |
| 1217255 | 11/05/14 | B | 19.26 | Courier/Delivery Service | 514 | 000 | 205430 |
| 1217256 | 11/05/14 | B | 21.14 | Courier/Delivery Service | 514 | 000 | 205430 |
| 1217205 | 11/05/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1216277 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216278 | 11/05/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216279 | 11/05/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216280 | 11/05/14 | B | 24.11 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216281 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216282 | 11/05/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216283 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216284 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216285 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216286 | 11/05/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216287 | 11/05/14 | B | 26.79 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216288 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216289 | 11/05/14 | B | 16.46 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216290 | 11/05/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216291 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216292 | 11/05/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216293 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |

```
Nortel Networks, Inc.                                       PRO FORMA   364714        AS OF 11/30/14                      INVOICE# ******
63989-DIP
DATE: 12/17/14 14:43:44
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1216294 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216295 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216296 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216297 | 11/05/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216298 | 11/05/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216299 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216300 | 11/05/14 | B | 26.79 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216301 | 11/05/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216302 | 11/05/14 | B | 21.62 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216303 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216304 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216305 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216306 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216307 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216308 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216309 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216310 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216311 | 11/05/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216312 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216313 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216314 | 11/05/14 | B | 26.68 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216315 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216316 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216317 | 11/05/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216318 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216319 | 11/05/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216320 | 11/05/14 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216321 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216322 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216323 | 11/05/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216324 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216325 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216326 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216327 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216328 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216329 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216330 | 11/05/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216331 | 11/05/14 | B | 20.40 | Courier/Delivery Service | 514 | 322 | 205299 |

```
Nortel Networks, Inc.                                   PRO FORMA  364714         AS OF 11/30/14                  INVOICE# ******
63989-DIP
DATE: 12/17/14 14:43:44
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1216332 | 11/05/14 | B | 26.79 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216333 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216334 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216335 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216336 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216337 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216338 | 11/05/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216339 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216340 | 11/05/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216341 | 11/05/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216342 | 11/05/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216343 | 11/05/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216344 | 11/05/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216345 | 11/05/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205299 |
| 1216374 | 11/05/14 | B | 33.87 | Courier/Delivery Service | 514 | 322 | 205306 |
| 1223522 | 11/10/14 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/10/14 | 514 | 000 | 205718 |
| 1223523 | 11/12/14 | B | 154.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/12/14 | 514 | 000 | 205718 |
| 1217206 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217207 | 11/13/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217208 | 11/13/14 | B | 21.62 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217209 | 11/13/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217210 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217211 | 11/13/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217212 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217213 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217214 | 11/13/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217215 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217216 | 11/13/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217217 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217218 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217219 | 11/13/14 | B | 26.79 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217220 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217221 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217222 | 11/13/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217223 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217224 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |

Nortel Networks, Inc.                                                                                             INVOICE# ******
63989-DIP                                    PRO FORMA   364714                   AS OF 11/30/14
DATE: 12/17/14 14:43:44

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1217225 | 11/13/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217226 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217227 | 11/13/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217228 | 11/13/14 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217229 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217230 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217231 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217232 | 11/13/14 | B | 26.68 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217233 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217234 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217235 | 11/13/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217236 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217237 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217238 | 11/13/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217239 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217240 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217168 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217169 | 11/13/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217170 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217171 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217172 | 11/13/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217173 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217174 | 11/13/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217175 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217176 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217177 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217178 | 11/13/14 | B | 26.79 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217179 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217180 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217181 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217182 | 11/13/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217183 | 11/13/14 | B | 24.11 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217184 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217185 | 11/13/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217186 | 11/13/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217187 | 11/13/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217188 | 11/13/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205429 |
| 1217189 | 11/13/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205429 |

```
Nortel Networks, Inc.                           PRO FORMA   364714          AS OF 11/30/14                              INVOICE# ******
63989-DIP
DATE: 12/17/14 14:43:44


INDEX      DATE      STAT    AMOUNT   DESCRIPTION                                                              CODE    TKPER    VOUCHER
1217190    11/13/14   B       12.84   Courier/Delivery Service                                                  514     322      205429
1217191    11/13/14   B       12.84   Courier/Delivery Service                                                  514     322      205429
1217192    11/13/14   B       25.29   Courier/Delivery Service                                                  514     322      205429
1217193    11/13/14   B       12.84   Courier/Delivery Service                                                  514     322      205429
1217194    11/13/14   B       12.84   Courier/Delivery Service                                                  514     322      205429
1217195    11/13/14   B       22.85   Courier/Delivery Service                                                  514     322      205429
1217196    11/13/14   B       18.93   Courier/Delivery Service                                                  514     322      205429
1217197    11/13/14   B       16.46   Courier/Delivery Service                                                  514     322      205429
1217198    11/13/14   B       20.40   Courier/Delivery Service                                                  514     322      205429
1217199    11/13/14   B       18.93   Courier/Delivery Service                                                  514     322      205429
1217200    11/13/14   B       18.93   Courier/Delivery Service                                                  514     322      205429
1217201    11/13/14   B       23.00   Courier/Delivery Service                                                  514     322      205429
1217202    11/13/14   B       25.29   Courier/Delivery Service                                                  514     322      205429
1217203    11/13/14   B       26.79   Courier/Delivery Service                                                  514     322      205429
1217204    11/13/14   B       22.85   Courier/Delivery Service                                                  514     322      205429
1223131    11/13/14   B       33.87   Courier/Delivery Service - FEDERAL EXPRESS -                              514     322      205693
                                      TRANSPORTATION AND SPECIAL HANDLING SERVICES
1223135    11/13/14   B       12.84   Courier/Delivery Service - FEDERAL EXPRESS -TRANSPORTATION                514     322      205694
                                      AND SPECIAL HANDLING SERVICES
1223524    11/14/14   B       11.15   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC -                   514     000      205718
                                      11/14/14
1223106    11/25/14   B       35.69   Courier/Delivery Service - FEDERAL EXPRESS CORP. -                        514     000      205684
                                      TRANSPORTATION AND SPECIAL HANDLING SERVICES -
                                      11/25/14
1223126    11/25/14   B       33.87   Courier/Delivery Service - FEDERAL EXPRESS CORP. -                        514     000      205691
                                      TRANSPORTATION AND SPECIAL HANDLING SERVICES -
                                      11/25/14
1223213    11/25/14   B       22.60   Courier/Delivery Service                                                  514     322      205699
1223214    11/25/14   B       25.29   Courier/Delivery Service                                                  514     322      205699
1223215    11/25/14   B       22.85   Courier/Delivery Service                                                  514     322      205699
1223216    11/25/14   B       23.00   Courier/Delivery Service                                                  514     322      205699
1223217    11/25/14   B       26.68   Courier/Delivery Service                                                  514     322      205699
1223218    11/25/14   B       25.29   Courier/Delivery Service                                                  514     322      205699
1223219    11/25/14   B       25.29   Courier/Delivery Service                                                  514     322      205699
1223220    11/25/14   B       18.93   Courier/Delivery Service                                                  514     322      205699
1223221    11/25/14   B       18.93   Courier/Delivery Service                                                  514     322      205699
1223222    11/25/14   B       18.93   Courier/Delivery Service                                                  514     322      205699
1223223    11/25/14   B       25.29   Courier/Delivery Service                                                  514     322      205699
1223224    11/25/14   B       18.93   Courier/Delivery Service                                                  514     322      205699
```

Nortel Networks, Inc.                                               PRO FORMA  364714            AS OF 11/30/14                                INVOICE# ******
63989-DIP
DATE: 12/17/14 14:43:44

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1223225 | 11/25/14 | B | 20.40 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223226 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223227 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223228 | 11/25/14 | B | 24.11 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223229 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223230 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223231 | 11/25/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223232 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223233 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223234 | 11/25/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223235 | 11/25/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223236 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223237 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223238 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223239 | 11/25/14 | B | 21.62 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223240 | 11/25/14 | B | 16.46 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223241 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223242 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223243 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223244 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223245 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223246 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223247 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223248 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223249 | 11/25/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223250 | 11/25/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223251 | 11/25/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223252 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223253 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223254 | 11/25/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223255 | 11/25/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223256 | 11/25/14 | B | 26.79 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223257 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223258 | 11/25/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223259 | 11/25/14 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223260 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223261 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223262 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |

```
Nortel Networks, Inc.                      PRO FORMA  364714        AS OF 11/30/14              INVOICE# ******
63989-DIP
DATE: 12/17/14 14:43:44
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1223263 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223264 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223265 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223266 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223267 | 11/25/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223268 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223269 | 11/25/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223270 | 11/25/14 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223271 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223272 | 11/25/14 | B | 25.29 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223273 | 11/25/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223274 | 11/25/14 | B | 26.79 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223275 | 11/25/14 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223276 | 11/25/14 | B | 25.56 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223277 | 11/25/14 | B | 26.79 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1223278 | 11/25/14 | B | 18.93 | Courier/Delivery Service | 514 | 322 | 205699 |
| 1226957 | 11/25/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205802 |
| 1226958 | 11/25/14 | B | 12.84 | Courier/Delivery Service | 514 | 322 | 205802 |
| 1223303 | 11/04/14 | B | 23.00 | Secretarial Overtime - 11/4/14 | 516S | 637 | |
| 1223317 | 11/04/14 | B | 38.00 | Secretarial Overtime - 11/4/14 | 516S | 554 | |
| 1217718 | 11/03/14 | B | 6.30 | In-House Duplicating | 519 | 637 | |
| 1217725 | 11/03/14 | B | 2.80 | In-House Duplicating | 519 | 971 | |
| 1217719 | 11/03/14 | B | 9.00 | In-House Duplicating | 519 | 971 | |
| 1217721 | 11/03/14 | B | 140.80 | In-House Duplicating | 519 | 684 | |
| 1217723 | 11/03/14 | B | 251.90 | In-House Duplicating | 519 | 684 | |
| 1217722 | 11/03/14 | B | 54.00 | In-House Duplicating | 519 | 546 | |
| 1217724 | 11/03/14 | B | 90.00 | In-House Duplicating | 519 | 546 | |
| 1217720 | 11/03/14 | B | 278.50 | In-House Duplicating | 519 | 554 | |
| 1217726 | 11/04/14 | B | 30.00 | In-House Duplicating | 519 | 684 | |
| 1217727 | 11/04/14 | B | 233.40 | In-House Duplicating | 519 | 684 | |
| 1217262 | 11/05/14 | B | 170.10 | In-House Duplicating - 1701 PAGES - 11/3/14 - 1/5/14 | 519 | 400 | |
| 1217728 | 11/10/14 | B | 8.40 | In-House Duplicating | 519 | 605 | |
| 1217729 | 11/12/14 | B | 16.80 | In-House Duplicating | 519 | 605 | |
| 1217730 | 11/14/14 | B | 23.20 | In-House Duplicating | 519 | 605 | |

```
Nortel Networks, Inc.                    PRO FORMA  364714                  AS OF 11/30/14           INVOICE# ******
63989-DIP
DATE: 12/17/14 14:43:44
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1217731 | 11/18/14 | B | 10.20 | In-House Duplicating | 519 | 605 | |
| 1223904 | 11/24/14 | B | 3.60 | In-House Duplicating | 519 | 971 | |
| 1223905 | 11/25/14 | B | 17.70 | In-House Duplicating | 519 | 605 | |
| 1223906 | 11/26/14 | B | 18.50 | In-House Duplicating | 519 | 546 | |
| 1222543 | 10/01/14 | B | 54.33 | Postage - AMERICAN EXPRESS - USPS - ONE CLICK SHIP - 10/1/14 | 520H | 684 | 205533 |
| 1222559 | 10/17/14 | B | 54.33 | Postage - AMERICAN EXPRESS - USPS ONE-CLICK SHIP - 10/17/14 | 520H | 684 | 205533 |
| 1223324 | 11/02/14 | B | 47.00 | Support Staff Overtime - 11/2/14 | 525S | 400 | |
| 1217263 | 11/05/14 | B | 56.64 | In-House Duplicating - color - 944 PAGES - 11/3/14 - 1/5/14 | 534 | 400 | |
| 1215719 | 11/03/14 | B | 30.50 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16A 11/3/14 | 540S | 000 | |
| 1215720 | 11/03/14 | B | 274.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16B - 11/3/14 | 540S | 000 | |
| 1215721 | 11/03/14 | B | 30.50 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16C - 11/3/14 | 540S | 000 | |
| 1215722 | 11/03/14 | B | 69.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16D - 11/3/14 | 540S | 000 | |
| 1215723 | 11/03/14 | B | 37.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16E - 11/3/14 | 540S | 000 | |
| 1215724 | 11/03/14 | B | 79.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16F - 11/3/14 | 540S | 000 | |
| 1215725 | 11/03/14 | B | 804.00 | Use of Facilities/Equipment - RENTAL OF CONFERENCE ROOM 16AB- 11/3/14 - | 540S | 000 | |
| 1223501 | 11/30/14 | B | 1,470.00 | Use of Facilities/Equipment - RENTAL OF PARTN OFFICE FOR THE MONTH OF NOVEMBER 2014 | 540S | 000 | |
| 1217735 | 11/03/14 | B | 1.10 | In-House Printing - black & white Call time: 09:44; to | 541 | 546 | |
| 1217740 | 11/03/14 | B | 1.15 | In-House Printing - black & white Call time: 09:40; to | 541 | 546 | |
| 1217741 | 11/03/14 | B | 1.10 | In-House Printing - black & white Call time: 09:44; to | 541 | 546 | |
| 1217758 | 11/03/14 | B | 29.25 | In-House Printing - black & white Call time: 13:48; to | 541 | 454 | |
| 1217742 | 11/03/14 | B | 2.20 | In-House Printing - black & white Call time: 09:23; to | 541 | 322 | |
| 1217743 | 11/03/14 | B | 2.30 | In-House Printing - black & white Call time: 09:20; to | 541 | 322 | |
| 1217733 | 11/03/14 | B | 2.10 | In-House Printing - black & white Call time: 16:23; to | 541 | 684 | |
| 1217734 | 11/03/14 | B | 8.40 | In-House Printing - black & white Call time: 16:24; to | 541 | 684 | |
| 1217736 | 11/03/14 | B | 15.15 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1217737 | 11/03/14 | B | 0.10 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1217738 | 11/03/14 | B | 5.80 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1217739 | 11/03/14 | B | 0.10 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1217744 | 11/03/14 | B | 6.60 | In-House Printing - black & white Call time: 09:38; to | 541 | 684 | |
| 1217745 | 11/03/14 | B | 0.10 | In-House Printing - black & white Call time: 09:38; to | 541 | 684 | |
| 1217750 | 11/03/14 | B | 2.45 | In-House Printing - black & white Call time: 12:44; to | 541 | 684 | |
| 1217751 | 11/03/14 | B | 0.10 | In-House Printing - black & white Call time: 12:44; to | 541 | 684 | |
| 1217752 | 11/03/14 | B | 2.60 | In-House Printing - black & white Call time: 12:48; to | 541 | 684 | |
| 1217753 | 11/03/14 | B | 0.10 | In-House Printing - black & white Call time: 12:48; to | 541 | 684 | |
| 1217746 | 11/03/14 | B | 8.10 | In-House Printing - black & white Call time: 13:06; to | 541 | 554 | |
| 1217764 | 11/03/14 | B | 10.00 | In-House Printing - black & white Call time: 20:40; to | 541 | 578 | |
| 1217765 | 11/03/14 | B | 10.00 | In-House Printing - black & white Call time: 20:32; to | 541 | 578 | |
| 1217760 | 11/03/14 | B | 2.95 | In-House Printing - black & white Call time: 14:02; to | 541 | 684 | |
| 1217761 | 11/03/14 | B | 0.55 | In-House Printing - black & white Call time: 14:02; to | 541 | 684 | |
| 1217762 | 11/03/14 | B | 1.75 | In-House Printing - black & white Call time: 14:03; to | 541 | 684 | |
| 1217763 | 11/03/14 | B | 1.70 | In-House Printing - black & white Call time: 14:03; to | 541 | 684 | |
| 1217766 | 11/03/14 | B | 18.40 | In-House Printing - black & white Call time: 21:26; to | 541 | 623 | |
| 1217767 | 11/03/14 | B | 12.60 | In-House Printing - black & white Call time: 21:28; to | 541 | 623 | |
| 1217756 | 11/03/14 | B | 7.40 | In-House Printing - black & white Call time: 13:24; to | 541 | 626 | |
| 1217757 | 11/03/14 | B | 0.20 | In-House Printing - black & white Call time: 13:24; to | 541 | 626 | |
| 1217748 | 11/03/14 | B | 1.85 | In-House Printing - black & white Call time: 12:42; to | 541 | 626 | |
| 1217749 | 11/03/14 | B | 0.05 | In-House Printing - black & white Call time: 12:42; to | 541 | 626 | |
| 1217759 | 11/03/14 | B | 1.05 | In-House Printing - black & white Call time: 13:57; to | 541 | 637 | |
| 1217747 | 11/03/14 | B | 1.05 | In-House Printing - black & white Call time: 12:38; to | 541 | 637 | |
| 1217732 | 11/03/14 | B | 76.25 | In-House Printing - black & white Call time: 15:41; to | 541 | 554 | |
| 1217754 | 11/03/14 | B | 4.40 | In-House Printing - black & white Call time: 12:57; to | 541 | 971 | |
| 1217755 | 11/03/14 | B | 0.05 | In-House Printing - black & white Call time: 12:57; to | 541 | 971 | |
| 1217768 | 11/04/14 | B | 1.05 | In-House Printing - black & white Call time: 13:54; to | 541 | 684 | |
| 1217769 | 11/04/14 | B | 0.05 | In-House Printing - black & white Call time: 13:54; to | 541 | 684 | |
| 1217770 | 11/04/14 | B | 1.05 | In-House Printing - black & white Call time: 16:24; to | 541 | 684 | |
| 1217771 | 11/04/14 | B | 0.05 | In-House Printing - black & white Call time: 16:24; to | 541 | 684 | |
| 1217772 | 11/04/14 | B | 8.80 | In-House Printing - black & white Call time: 16:12; to | 541 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1217773 | 11/04/14 | B | 0.30 | In-House Printing - black & white Call time: 16:12; to | 541 | 684 | |
| 1217774 | 11/04/14 | B | 4.10 | In-House Printing - black & white Call time: 16:11; to | 541 | 684 | |
| 1217775 | 11/04/14 | B | 0.30 | In-House Printing - black & white Call time: 16:11; to | 541 | 684 | |
| 1217776 | 11/05/14 | B | 4.40 | In-House Printing - black & white Call time: 08:59; to | 541 | 684 | |
| 1217777 | 11/05/14 | B | 6.55 | In-House Printing - black & white Call time: 09:17; to | 541 | 684 | |
| 1217778 | 11/05/14 | B | 11.20 | In-House Printing - black & white Call time: 09:07; to | 541 | 684 | |
| 1217779 | 11/05/14 | B | 1.20 | In-House Printing - black & white Call time: 11:38; to | 541 | 684 | |
| 1217780 | 11/05/14 | B | 3.15 | In-House Printing - black & white Call time: 12:36; to | 541 | 626 | |
| 1217781 | 11/05/14 | B | 0.05 | In-House Printing - black & white Call time: 12:36; to | 541 | 626 | |
| 1217782 | 11/05/14 | B | 2.10 | In-House Printing - black & white Call time: 12:38; to | 541 | 626 | |
| 1217783 | 11/05/14 | B | 1.80 | In-House Printing - black & white Call time: 12:38; to | 541 | 626 | |
| 1217784 | 11/05/14 | B | 18.35 | In-House Printing - black & white Call time: 12:39; to | 541 | 626 | |
| 1217785 | 11/05/14 | B | 0.05 | In-House Printing - black & white Call time: 12:39; to | 541 | 626 | |
| 1217786 | 11/05/14 | B | 3.30 | In-House Printing - black & white Call time: 12:40; to | 541 | 626 | |
| 1217787 | 11/05/14 | B | 0.15 | In-House Printing - black & white Call time: 12:40; to | 541 | 626 | |
| 1217788 | 11/06/14 | B | 1.00 | In-House Printing - black & white Call time: 16:12; to | 541 | 684 | |
| 1217789 | 11/06/14 | B | 0.20 | In-House Printing - black & white Call time: 16:12; to | 541 | 684 | |
| 1217790 | 11/06/14 | B | 1.00 | In-House Printing - black & white Call time: 16:15; to | 541 | 684 | |
| 1217791 | 11/06/14 | B | 0.20 | In-House Printing - black & white Call time: 16:15; to | 541 | 684 | |
| 1217792 | 11/07/14 | B | 1.50 | In-House Printing - black & white Call time: 16:09; to | 541 | 684 | |
| 1217793 | 11/07/14 | B | 0.30 | In-House Printing - black & white Call time: 16:09; to | 541 | 684 | |
| 1217794 | 11/07/14 | B | 1.50 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1217795 | 11/07/14 | B | 0.30 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1217796 | 11/10/14 | B | 2.50 | In-House Printing - black & white Call time: 09:52; to | 541 | 684 | |
| 1217797 | 11/10/14 | B | 1.70 | In-House Printing - black & white Call time: 15:02; to | 541 | 684 | |
| 1217798 | 11/10/14 | B | 0.05 | In-House Printing - black & white Call time: 15:02; to | 541 | 684 | |
| 1217799 | 11/10/14 | B | 2.30 | In-House Printing - black & white Call time: 15:02; to | 541 | 684 | |
| 1217800 | 11/10/14 | B | 0.05 | In-House Printing - black & white Call time: 15:02; to | 541 | 684 | |
| 1217801 | 11/10/14 | B | 1.00 | In-House Printing - black & white Call time: 13:38; to | 541 | 684 | |
| 1217802 | 11/10/14 | B | 0.20 | In-House Printing - black & white Call time: 13:38; to | 541 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/17/14 14:43:44

PRO FORMA 364714  AS OF 11/30/14  INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1217803 | 11/10/14 | B | 5.50 | In-House Printing - black & white Call time: 13:47; to | 541 | 684 | |
| 1217804 | 11/10/14 | B | 1.25 | In-House Printing - black & white Call time: 13:47; to | 541 | 684 | |
| 1217805 | 11/12/14 | B | 2.05 | In-House Printing - black & white Call time: 19:16; to | 541 | 605 | |
| 1217806 | 11/13/14 | B | 2.40 | In-House Printing - black & white Call time: 16:05; to | 541 | 684 | |
| 1217807 | 11/14/14 | B | 2.85 | In-House Printing - black & white Call time: 17:38; to | 541 | 605 | |
| 1217808 | 11/14/14 | B | 0.05 | In-House Printing - black & white Call time: 17:38; to | 541 | 605 | |
| 1217809 | 11/14/14 | B | 2.85 | In-House Printing - black & white Call time: 17:45; to | 541 | 605 | |
| 1217810 | 11/14/14 | B | 0.05 | In-House Printing - black & white Call time: 17:45; to | 541 | 605 | |
| 1217811 | 11/17/14 | B | 8.00 | In-House Printing - black & white Call time: 15:12; to | 541 | 684 | |
| 1217812 | 11/17/14 | B | 0.50 | In-House Printing - black & white Call time: 15:12; to | 541 | 684 | |
| 1217813 | 11/17/14 | B | 1.45 | In-House Printing - black & white Call time: 15:02; to | 541 | 684 | |
| 1217814 | 11/17/14 | B | 0.10 | In-House Printing - black & white Call time: 15:02; to | 541 | 684 | |
| 1217819 | 11/18/14 | B | 1.65 | In-House Printing - black & white Call time: 19:06; to | 541 | 605 | |
| 1217820 | 11/18/14 | B | 0.05 | In-House Printing - black & white Call time: 19:06; to | 541 | 605 | |
| 1217817 | 11/18/14 | B | 4.75 | In-House Printing - black & white Call time: 15:59; to | 541 | 684 | |
| 1217818 | 11/18/14 | B | 0.50 | In-House Printing - black & white Call time: 15:59; to | 541 | 684 | |
| 1217815 | 11/18/14 | B | 1.65 | In-House Printing - black & white Call time: 18:46; to | 541 | 605 | |
| 1217816 | 11/18/14 | B | 0.05 | In-House Printing - black & white Call time: 18:46; to | 541 | 605 | |
| 1217821 | 11/19/14 | B | 2.00 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1217822 | 11/19/14 | B | 0.25 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1217823 | 11/19/14 | B | 2.50 | In-House Printing - black & white Call time: 16:38; to | 541 | 684 | |
| 1217824 | 11/19/14 | B | 1.70 | In-House Printing - black & white Call time: 16:25; to | 541 | 684 | |
| 1217825 | 11/19/14 | B | 20.10 | In-House Printing - black & white Call time: 16:30; to | 541 | 684 | |
| 1223909 | 11/19/14 | B | 6.60 | In-House Printing - black & white Call time: 19:18; to | 541 | 010 | |
| 1217826 | 11/19/14 | B | 6.45 | In-House Printing - black & white Call time: 18:19; to | 541 | 605 | |
| 1223908 | 11/19/14 | B | 3.35 | In-House Printing - black & white Call time: 18:56; to | 541 | 605 | |
| 1223932 | 11/20/14 | B | 6.00 | In-House Printing - black & white Call time: 16:24; to | 541 | 684 | |
| 1223933 | 11/20/14 | B | 0.60 | In-House Printing - black & white Call time: 16:24; to | 541 | 684 | |
| 1223910 | 11/20/14 | B | 7.45 | In-House Printing - black & white Call time: 13:16; to | 541 | 684 | |
| 1223911 | 11/20/14 | B | 8.75 | In-House Printing - black & white Call time: 13:17; to | 541 | 684 | |

Nortel Networks, Inc.     Case 09-10138-MFW    Doc 14952-3    Filed 12/18/14    Page 16 of 18     INVOICE# ******
63989-DIP     PRO FORMA 364714     AS OF 11/30/14
DATE: 12/17/14 14:43:44

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1223912 | 11/20/14 | B | 6.60 | In-House Printing - black & white Call time: 13:17; to | 541 | 684 | |
| 1223913 | 11/20/14 | B | 2.50 | In-House Printing - black & white Call time: 13:29; to | 541 | 684 | |
| 1223914 | 11/20/14 | B | 2.85 | In-House Printing - black & white Call time: 13:31; to | 541 | 684 | |
| 1223915 | 11/20/14 | B | 0.05 | In-House Printing - black & white Call time: 13:31; to | 541 | 684 | |
| 1223916 | 11/20/14 | B | 1.85 | In-House Printing - black & white Call time: 13:36; to | 541 | 684 | |
| 1223917 | 11/20/14 | B | 1.60 | In-House Printing - black & white Call time: 13:37; to | 541 | 684 | |
| 1223918 | 11/20/14 | B | 0.10 | In-House Printing - black & white Call time: 13:37; to | 541 | 684 | |
| 1223919 | 11/20/14 | B | 1.35 | In-House Printing - black & white Call time: 13:41; to | 541 | 684 | |
| 1223920 | 11/20/14 | B | 1.10 | In-House Printing - black & white Call time: 13:42; to | 541 | 684 | |
| 1223921 | 11/20/14 | B | 0.25 | In-House Printing - black & white Call time: 13:42; to | 541 | 684 | |
| 1223922 | 11/20/14 | B | 0.95 | In-House Printing - black & white Call time: 13:46; to | 541 | 684 | |
| 1223923 | 11/20/14 | B | 0.10 | In-House Printing - black & white Call time: 13:46; to | 541 | 684 | |
| 1223924 | 11/20/14 | B | 2.85 | In-House Printing - black & white Call time: 13:49; to | 541 | 684 | |
| 1223925 | 11/20/14 | B | 2.05 | In-House Printing - black & white Call time: 13:59; to | 541 | 684 | |
| 1223926 | 11/20/14 | B | 2.05 | In-House Printing - black & white Call time: 13:59; to | 541 | 684 | |
| 1223927 | 11/20/14 | B | 1.15 | In-House Printing - black & white Call time: 11:52; to | 541 | 684 | |
| 1223928 | 11/20/14 | B | 1.15 | In-House Printing - black & white Call time: 11:51; to | 541 | 684 | |
| 1223929 | 11/20/14 | B | 2.70 | In-House Printing - black & white Call time: 16:14; to | 541 | 684 | |
| 1223930 | 11/20/14 | B | 1.50 | In-House Printing - black & white Call time: 19:20; to | 541 | 605 | |
| 1223931 | 11/20/14 | B | 0.30 | In-House Printing - black & white Call time: 19:20; to | 541 | 605 | |
| 1223934 | 11/21/14 | B | 2.70 | In-House Printing - black & white Call time: 12:19; to | 541 | 684 | |
| 1223935 | 11/21/14 | B | 4.20 | In-House Printing - black & white Call time: 15:43; to | 541 | 684 | |
| 1223936 | 11/21/14 | B | 2.40 | In-House Printing - black & white Call time: 16:32; to | 541 | 684 | |
| 1223937 | 11/24/14 | B | 5.05 | In-House Printing - black & white Call time: 15:08; to | 541 | 684 | |
| 1223938 | 11/24/14 | B | 0.10 | In-House Printing - black & white Call time: 15:08; to | 541 | 684 | |
| 1223939 | 11/24/14 | B | 1.60 | In-House Printing - black & white Call time: 11:04; to | 541 | 684 | |
| 1223946 | 11/25/14 | B | 18.50 | In-House Printing - black & white Call time: 22:00; to | 541 | 010 | |
| 1223942 | 11/25/14 | B | 7.50 | In-House Printing - black & white Call time: 13:38; to | 541 | 684 | |
| 1223943 | 11/25/14 | B | 12.00 | In-House Printing - black & white Call time: 14:00; to | 541 | 684 | |
| 1223940 | 11/25/14 | B | 2.20 | In-House Printing - black & white Call time: 17:27; to | 541 | 221 | |

Nortel Networks, Inc.      PRO FORMA  364714         AS OF 11/30/14                          INVOICE# ******
63989-DIP
DATE: 12/17/14 14:43:44

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1223941 | 11/25/14 | B | 0.15 | In-House Printing - black & white Call time: 17:27; to | 541 | 221 | |
| 1223944 | 11/25/14 | B | 1.30 | In-House Printing - black & white Call time: 20:18; to | 541 | 605 | |
| 1223945 | 11/25/14 | B | 2.80 | In-House Printing - black & white Call time: 21:02; to | 541 | 605 | |
| 1223951 | 11/26/14 | B | 2.20 | In-House Printing - black & white Call time: 14:27; to | 541 | 221 | |
| 1223947 | 11/26/14 | B | 1.10 | In-House Printing - black & white Call time: 13:15; to | 541 | 546 | |
| 1223948 | 11/26/14 | B | 0.10 | In-House Printing - black & white Call time: 13:15; to | 541 | 546 | |
| 1223949 | 11/26/14 | B | 1.10 | In-House Printing - black & white Call time: 13:17; to | 541 | 546 | |
| 1223950 | 11/26/14 | B | 0.10 | In-House Printing - black & white Call time: 13:17; to | 541 | 546 | |
| 1217827 | 11/03/14 | B | 7.50 | In-House Printing - color | 542 | 400 | |
| 1217828 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217829 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217830 | 11/03/14 | B | 13.75 | In-House Printing - color | 542 | 400 | |
| 1217831 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217832 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217833 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217834 | 11/03/14 | B | 13.75 | In-House Printing - color | 542 | 400 | |
| 1217835 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217845 | 11/03/14 | B | 0.75 | In-House Printing - color | 542 | 400 | |
| 1217839 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217840 | 11/03/14 | B | 12.50 | In-House Printing - color | 542 | 400 | |
| 1217842 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217843 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1217846 | 11/03/14 | B | 0.50 | In-House Printing - color | 542 | 605 | |
| 1217847 | 11/03/14 | B | 0.75 | In-House Printing - color | 542 | 605 | |
| 1217848 | 11/03/14 | B | 2.00 | In-House Printing - color | 542 | 605 | |
| 1217849 | 11/03/14 | B | 3.00 | In-House Printing - color | 542 | 605 | |
| 1217841 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 626 | |
| 1217836 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 626 | |
| 1217837 | 11/03/14 | B | 0.25 | In-House Printing - color | 542 | 626 | |
| 1217838 | 11/03/14 | B | 0.50 | In-House Printing - color | 542 | 626 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | | | | |
| 63989-DIP | | | PRO FORMA 364714 | | AS OF 11/30/14 | | INVOICE# ****** |
| DATE: 12/17/14 14:43:44 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1217844 | 11/03/14 | B | 45.00 | In-House Printing - color | 542 | 623 | |
| 1217850 | 11/04/14 | B | 6.00 | In-House Printing - color | 542 | 684 | |
| 1217851 | 11/04/14 | B | 7.50 | In-House Printing - color | 542 | 684 | |
| 1223993 | 11/25/14 | B | 11.00 | In-House Printing - color | 542 | 221 | |
| 1223994 | 11/25/14 | B | 0.75 | In-House Printing - color | 542 | 221 | |
| 1222568 | 10/21/14 | B | 90.00 | Conference Calls - AMERICAN EXPRESS - 3 COURT CONFERENCE CALLS - 10/21/14 | 552H | 904 | 205533 |
| | | | 21,619.89 | | | | |