**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Re: Docket No. 14825** |
|  | ) |

**CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH
MONTHLY APPLICATION OF ASHURST LLP, EUROPEAN COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM
ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF
EXPENSES FOR SERVICES RENDERED DURING THE PERIOD
FROM OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014
[DOCKET NO. 14825] (NO ORDER REQUIRED)**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Sixty-Ninth Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Ashurst LLP (the "Applicant") listed on Exhibit A attached hereto.  The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2]  The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: December 18, 2014
      Wilmington, Delaware

                                */s/ Katherine Good*
                               Christopher M. Samis (No. 4909)
                               L. Katherine Good (No. 5101)
                               Whiteford Taylor & Preston LLC
                               The Renaissance Centre
                               405 North King Street, Suite 500
                               Wilmington, Delaware 19801
                               Telephone: (302) 353-4144
                               Facsimile: (302) 661-7950

                               Proposed Co-Counsel to the Official Committee of
                               Unsecured Creditors of Nortel Networks Inc., *et al.*

                               -and-

                               Fred S. Hodara, Esq.
                               Akin Gump Strauss Hauer & Feld LLP
                               One Bryant Park
                               New York, New York 10036
                               Telephone:  (212) 872-1000
                               Facsimile:  (212) 872-1002

                               Co-Counsel to the Official Committee of Unsecured
                               Creditors of Nortel Networks Inc., *et al.*