# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 14825] | 10/1/14 - 10/31/14 | £5,013.00 (Fees)<br><br>£22.42 (Expenses) | £4,010.40 (Fees @ 80%)<br><br>£22.42 (Expenses @ 100%) | 11/25/14 | 12/16/14 |