IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
:
*In re*                                                       :   Chapter 11
                                                              :
Nortel Networks Inc., *et al.*,                               :   Case No. 09-10138 (KG)
                                                              :
                          Debtors.                            :   (Jointly Administered)
                                                              :
                                                              :
------------------------------------------------------------- x

### NOTICE OF FILING OF THE COURT OF APPEAL FOR ONTARIO'S ENDORSEMENT OF THE BONDHOLDER GROUP'S LEAVE TO APPEAL CERTAIN POST-PETITION INTEREST ISSUES

**PLEASE TAKE NOTICE** that the *ad hoc* group of bondholders (the "Bondholder Group")[1] hereby files a copy of the handwritten *Endorsement* of the Court of Appeal for Ontario dated November 27, 2014, as well as an unofficial transcript of the *Endorsement*, prepared for the Court's convenience (the "Appellate Endorsement"). The Appellate Endorsement grants the Bondholder Group leave to appeal certain post-petition interest issues relating to the August 19, 2014 Endorsement of the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court Endorsement"). The Monitor of the Canadian Debtors filed the Canadian Court Endorsement with this Court on August 21, 2014 [D.I. 14241]. The Appellate Endorsement is attached hereto as Exhibit A.

---

[1]  The Bondholder Group consists of entities that hold certain bonds issued or guaranteed by Nortel Networks Corporation ("NNC" and together with its affiliates worldwide, "Nortel"), Nortel Networks Limited "NNL" and together with NNC and certain of their subsidiaries, the "Canadian Debtors"), Nortel Networks Inc. ("NNI"), and Nortel Networks Capital Corporation ("NNCC" and together with NNI and certain of its subsidiaries, the "U.S. Debtors").

Dated: December 18, 2014

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Thomas J. Matz
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

-and-

Andrew M. Leblanc
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone:  (212) 835-7500
Facsimile:  (212) 263-7586

*Attorneys for Ad Hoc Group of Bondholders*

DOCS_DE:196969.1