**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **17 December 2014**    Our Ref: **GDB/CCN01.00001**    Invoice No.: **379868**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 7,486.50 |
| For the period to 30 November 2014. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 12.54 |
| | 0.00 | | 7,499.04 |
| VAT | | | 0.00 |
| Total | | | 7,499.04 |
| **Balance Due** | | | **7,499.04** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 379868 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.

ashurst

The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2014
Prebill Number:936852

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Senior Associate | Antonia Croke | 0.70 | 406.00 | (C0003) |
|  |  | 6.30 | 3,654.00 | (C0007) |
|  |  | 1.40 | 812.00 | (C0029) |
|  |  | **8.40** | **4,872.00** |  |
| Associate | Lindsey Roberts | 1.00 | 455.00 | (C0003) |
|  |  | 2.90 | 1,319.50 | (C0007) |
|  |  | **3.90** | **1,774.50** |  |
| Trainee | Nicole Lim | 4.20 | 840.00 | (C0003) |
|  |  | **4.20** | **840.00** |  |
|  | **TOTAL** | **16.50** | **7,486.50** |  |

Matter: CCN01.00001 - BANKRUPTCY

### C0003  Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.70 | 580.00 | 406.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.00 | 455.00 | 455.00 |
| **Trainee** | | | | |
| NLIM | Nicole Lim | 4.20 | 200.00 | 840.00 |
| | | | Total | **1,701.00** |

## C0003    Ashurst Fee Application/Monthly Billing Reports

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2014 | Antonia Croke | LETT | Emails re Ash fee app | 0.10 | 580.00 | 58.00 |
| 11/11/2014 | Antonia Croke | LETT | Review email Re: Nortel - Exhibit Interim Order (Twenty-Second Interim Period); emails LROBER re same | 0.20 | 580.00 | 116.00 |
| 12/11/2014 | Antonia Croke | LETT | Email Witters, Barbara RE: Exhibit Interim Order (Twenty-Second Interim Period); emails LROBER re same | 0.30 | 580.00 | 174.00 |
| 12/11/2014 | Lindsey Roberts | INTD | Discussion with NLIM re: Interim fee application (x2); review of draft email; emails to Brad re: October fee estimates. | 0.30 | 455.00 | 136.50 |
| 12/11/2014 | Nicole Lim | REVI | Reviewing Exhibit B to the interim fee application including correcting the total amount requested through the Interim Period; emailing Barbara re the same and discussion with LROBER (x2) | 0.80 | 200.00 | 160.00 |
| 17/11/2014 | Lindsey Roberts | DRFT | Review of NLIM's mark of prebill for fee application; minor comments on the same. | 0.10 | 455.00 | 45.50 |
| 17/11/2014 | Lindsey Roberts | LETT | Review of NLIM mark-up of pre bill for monthly fee application; minor comments on the same. | 0.10 | 455.00 | 45.50 |
| 17/11/2014 | Nicole Lim | DRFT | Reviewing draft bill, preparing monthly fee application | 0.40 | 200.00 | 80.00 |
| 19/11/2014 | Nicole Lim | DRFT | Drafting monthly and interim fee application for October and email to Costs re the same | 0.10 | 200.00 | 20.00 |
| 20/11/2014 | Lindsey Roberts | DRFT | Review and comments on NLIM draft fee application; discussion with NLIM re: the same | 0.30 | 455.00 | 136.50 |
| 20/11/2014 | Nicole Lim | DRFT | Drafting interim fee application for August - October 2014 | 0.40 | 200.00 | 80.00 |
| 20/11/2014 | Nicole Lim | DRFT | Drafting monthly fee application and discussion with LROBER re the same | 1.30 | 200.00 | 260.00 |
| 25/11/2014 | Antonia Croke | LETT | Emails re Ash fee app | 0.10 | 580.00 | 58.00 |
| 25/11/2014 | Lindsey Roberts | DRFT | Review of final draft monthly fee application and interim fee application from NLIM; review and comment on draft email re: the same | 0.20 | 455.00 | 91.00 |
| 25/11/2014 | Nicole Lim | DRFT | Drafting and finalising the monthly and interim fee applications and emails to Matthew Fagen re the same | 1.00 | 200.00 | 200.00 |
| 26/11/2014 | Nicole Lim | DRFT | Finalising Interim Fee Application for August - October 2014 and email to Matthew Fagen | 0.20 | 200.00 | 40.00 |
| | | | | | | **1,701.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0007     Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.30 | 580.00 | 3,654.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 2.90 | 455.00 | 1,319.50 |
| | | | Total | **4,973.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 06/11/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 06/11/2014 | Antonia Croke | READ | Review UCC minutes from 30/10/14 meeting | 0.10 | 580.00 | 58.00 |
| 06/11/2014 | Antonia Croke | ATTD | Attend UCC Call | 1.20 | 580.00 | 696.00 |
| 13/11/2014 | Antonia Croke | READ | Review agenda for UCC call; review Order extending automatic stay and regulating 3rd party discovery; review minutes from 6/11/14 UCC call; review agenda for in person UCC meeting | 0.50 | 580.00 | 290.00 |
| 13/11/2014 | Antonia Croke | LETT | Emails LROBER re UCC Call | 0.10 | 580.00 | 58.00 |
| 13/11/2014 | Antonia Croke | ATTD | Attend UCC Call | 0.30 | 580.00 | 174.00 |
| 20/11/2014 | Antonia Croke | LETT | Email M Fagen re in person c'tee meeting | 0.10 | 580.00 | 58.00 |
| 21/11/2014 | Antonia Croke | READ | Review agenda for UCC in person meeting, UCC minutes; Canadian appeal summary and email from M Fagen re same | 0.40 | 580.00 | 232.00 |
| 23/11/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel -- In-Person Committee Meeting | 0.10 | 580.00 | 58.00 |
| 24/11/2014 | Antonia Croke | LETT | Emails LROBER re UCC in person meeting; confer re same | 0.20 | 580.00 | 116.00 |
| 24/11/2014 | Antonia Croke | LETT | Review Tax presentation; Capstone presentation on settlement recovery scenarios; and NNCC noteholders' claim estimation motion presentation, for UCC in person meeting | 1.70 | 580.00 | 986.00 |
| 24/11/2014 | Antonia Croke | LETT | Attend UCC in person meeting by phone | 1.50 | 580.00 | 870.00 |
| 24/11/2014 | Lindsey Roberts | PHON | Dialing in to UCC in Person Meeting | 2.90 | 455.00 | 1,319.50 |
| | | | | | | **4,973.50** |

Matter: **CCN01.00001 - BANKRUPTCY**

## <u>C0029</u>     <u>Intercompany Analysis</u>

|  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Senior Associate** | | | |
| ACROKE    Antonia Croke | 1.40 | 580.00 | 812.00 |
| | | Total | **812.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/11/2014 | Antonia Croke | LETT | Review emails re Canadian book of authorities | 0.20 | 580.00 | 116.00 |
| 05/11/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - Brief Update from PPI Settlement Hearing | 0.10 | 580.00 | 58.00 |
| 06/11/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - Proposed Settlement with UTAM, Inc. | 0.10 | 580.00 | 58.00 |
| 06/11/2014 | Antonia Croke | READ | Review Canadian Monitor's factum re BH claim | 0.50 | 580.00 | 290.00 |
| 20/11/2014 | Antonia Croke | LETT | Review email from J Stam re core parties updated service list | 0.10 | 580.00 | 58.00 |
| 20/11/2014 | Antonia Croke | LETT | Review email from Samis, Christopher  Re: Nortel -- Notice of Appearance and Substitution of Counsel | 0.10 | 580.00 | 58.00 |
| 24/11/2014 | Antonia Croke | LETT | Review email from Murrell Vicente  Re: Nortel - PBGC Staffing | 0.10 | 580.00 | 58.00 |
| 27/11/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - Ontario Court of Appeal Decision Granting Leave to Appeal Canadian PPI Decision | 0.20 | 580.00 | 116.00 |
| | | | | | | 812.00 |