**Exhibit C**

**DISBURSEMENT SUMMARY**

**NOVEMBER 01, 2014 THROUGH NOVEMBER 30, 2014**

| | |
|---|---:|
| Document Production | £12.54 |
| **TOTAL** | **£12.54** |