**Exhibit D**

**Disbursements Detailed Breakdown**

| | |
|---|---:|
| **Document Production 209 sheets @ 0.06p** | 12.54 |