**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 01, 2014 THROUGH NOVEMBER 30, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Antonia Croke | Associate for 7 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £580 | 8.40 | 4,872.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 3.90 | 1,774.50 |
| Nicole Lim | Trainee Solicitor; Dispute Resolution Group, London | £200 | 4.20 | 840.00 |
| **TOTAL** | | | **16.50** | **7,486.50** |

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 01, 2014 THROUGH NOVEMBER 30, 2014

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.90 | 1,701.00 |
| Creditors Committee Meetings | 9.20 | 4,973.50 |
| Intercompany Analysis | 1.40 | 812.00 |
| **TOTAL** | **16.50** | **7,486.50** |