## Exhibit A

**(Samis Affidavit)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                       :
In re                                                  :       Chapter 11
                                                       :
                                                       :       Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                         :       Jointly Administered
                                                       :
                         Debtors                       :
                                                       :
------------------------------------------------------X
```

**AFFIDAVIT OF CHRISTOPHER M. SAMIS IN SUPPORT OF
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC., *ET AL.* TO RETAIN AND
EMPLOY WHITEFORD, TAYLOR & PRESTON LLC AS SUCCESSOR
CO-COUNSEL, *NUNC PRO TUNC* TO NOVEMBER 17, 2014**

```
STATE OF DELAWARE          )
                           ) SS:
COUNTY OF NEW CASTLE       )
```

CHRISTOPHER M. SAMIS, being first duly sworn to oath, deposes and says:

1.      I am an attorney admitted to practice in the State of Delaware and before this

Court, and I am a Partner of the firm of Whiteford, Taylor & Preston LLC[2] ("WTP"). WTP is a

law firm with 11 offices and its Wilmington, Delaware office is located at The Renaissance

Centre, Suite 500, 405 N. King Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226).
[2] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor and Preston LLP in jurisdictions outside of Delaware. For the avoidance of any doubt, the Committee seeks to employ both Whiteford, Taylor & Preston LLC and Whiteford Taylor & Preston LLP.

2.    I submit this affidavit in support of the application (the "Application")[3] of the Committee in the Debtors' Chapter 11 Cases for an order approving the employment and retention of WTP as successor co-counsel in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), in compliance with and to provide disclosure pursuant to sections 1102 and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rule 2014-1.  Unless otherwise stated in this affidavit, I have personal knowledge of the facts hereinafter set forth.  To the extent that any information disclosed herein requires amendment or modification upon WTP's completion of further analysis or as additional creditor information becomes available to WTP, a supplemental affidavit will be submitted to the Court.  Subject to the approval of this Court and in compliance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules and the Local Rules, WTP intends to apply for compensation for professional services rendered in connection with these Chapter 11 Cases, plus reimbursement of actual, necessary expenses and other charges incurred by WTP during the case.  The principal professionals designated to represent the Committee and their current standard hourly rates are as follows:

| (a) | Christopher M. Samis | $515 per hour |
| (b) | L. Katherine Good | $490 per hour |

3.    The hourly rates set forth above are WTP's standard hourly rates for work of this nature.  These rates are set at a level designed to compensate WTP fairly for the work of their attorneys and paralegals and to cover fixed and routine overhead expenses.  The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Other attorneys and paralegals within WTP may from time to time serve the Committee in connection with the matters described herein.  WTP has not received a retainer in connection with its representation of the Committee in these Chapter 11 Cases.

---

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

4.      It is WTP's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, regular mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs as well as non-ordinary overhead expenses such as secretarial and other overtime.  WTP will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to WTP's other clients or as previously fixed by this Court.  WTP believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread these expenses among all clients.

5.      Neither I, WTP, nor any partner, counsel, associate or other attorney at WTP, insofar as I have been able to ascertain, has in the past represented the Debtors' largest creditors, any significant beneficiaries of the Debtors (holding 5% or more of the beneficial interest in the Debtors) or any Potential Party in Interest (as defined below), except as hereinafter set forth.

6.      In preparing this affidavit, we have used a set of procedures established by WTP to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding retention of professionals by an official committee under the Bankruptcy Code.  In that regard, WTP requested and obtained a list of names and entities who may be parties in interest in the Chapter 11 Cases, including *inter alia*, the Debtors' secured creditors, the Debtors' largest unsecured creditors, present and former officers and directors of the Debtors, and parties holding equity interests in the Debtors (the "Potential Parties in Interest").  A list of the Potential Parties in Interest is attached hereto as Exhibit 1.

3

7.      WTP maintains and systematically updates its conflict check system in the regular course of its business, and it is the regular practice of WTP to make and maintain these records. The conflict system maintained by WTP is designated to include (i) every matter on which it is now or has been engaged, (ii) the entity by which it is now or has been engaged, (iii) the identity of related parties, (iv) the identity of adverse parties, and (v) the attorney at WTP that is knowledgeable about the matter.  It is the policy of WTP that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such mater for conflicts, including the identity of the prospective client, the matter and the related and adverse parties.  Accordingly, the database is updated for every new matter undertaken by WTP.  The scope of the system is a function of the completeness and accuracy of the information submitted to the attorney opening a new matter.

8.      WTP has in the past represented, currently represents and/or may in the future represent, in matters wholly unrelated to the Debtors or the Chapter 11 Cases, certain Potential Parties in Interest (including, without limitation, those entities set forth on Exhibit 2, attached hereto who are current clients or are affiliates thereof, and those entities or affiliates thereof set forth on Exhibit 3 attached hereto who have been represented by WTP within the last five (5) years).  With the exception of Monarch Alternative Capital, L.P and certain affiliates thereof (collectively "Monarch"), I do not believe that any single matter is a major engagement that, alone or in the aggregate with other engagements for the same entity, involves the billing of fees in excess of one percent (1%) of WTP's annual fees billed.  In addition to the items listed on Exhibit 2 and 3 attached hereto, I note that WTP represents Monarch in matters wholly unrelated to these Chapter 11 Cases.  WTP does not represent Monarch with respect to any potential

claim(s) they have against the Debtors and their estates.  Moreover, WTP will not represent any

of the Potential Parties in Interest, including Monarch or any of its affiliates, in any facet of the

Debtors' cases.

9.     WTP will represent no entity other than the Committee in connection with the

Chapter 11 Cases.  However, WTP may represent a successor in interest to the Committee

pursuant to a confirmed plan in the Chapter 11 Cases

10.     I do not believe there is any connection or interest (as such terms are used in

section 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between WTP and (i) the

United States Trustee for Region 3 or any person employed by the Office of the United States

Trustee's in the Wilmington, Delaware office or (ii) any counsel, accountants, financial

consultants, and investment bankers who represent or may represent claimants or other parties in

interest in this case.  In addition, as part of its practice, WTP appears in cases, proceedings, and

transactions involving many different attorneys, counsel, accountants, financial consultants, and

investment bankers, some of which now or may in the future represent claimants and parties in

interest in this case.  WTP has not and will not represent any such entities in relation to the

Chapter 11 Cases nor have any relationship with any such entities that would be adverse to the

Committee or its interests in the matters upon which WTP is to be employed.

11.     Except as set forth herein, and based upon the information available to me, neither

I, WTP, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain,

holds or represents any interest adverse to the Committee in the matters upon which WTP is to

be employed.  Based upon the information available to me, I believe that WTP is a "disinterested

person" as that term is defined in section 101(14) of the Bankruptcy Code.

12.    No promises have been received by WTP, or by any partner, counsel or associate thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  WTP has no agreement with any other entity to share with such entity any compensation received by WTP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 23, 2014

Christopher M. Samis

SWORN TO AND SUBSCRIBED before me this 23rd day of December 2014.

Notary Public

Lou Anne S. Smeltzer
NOTARY PUBLIC
State of Delaware
My Commission Expires June 30, 2015

## Exhibit 1

### (Potential Parties in Interest)

**EXHIBIT I: Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2)) as of the Petition Date*[1]

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH

---

[1] Certain of these entities have been dissolved or sold since the Petition Date.

1

Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation

2

PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.

3

Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

4

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
Lynn Egan
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look

5

Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe
Donald Powers
Charles R. Raphun
Christopher Ricaurte
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca
Jeffrey Thomas Wood

Current Directors and Officers of NNCC

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Katharine B. Stevenson
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

6

<u>Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Jeffrey Thomas Wood


<u>Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon
Websystems International Inc.)</u>

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon
Websystems International Inc.) for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Jeffrey Thomas Wood

7

<u>Current Directors and Officers of Architel Systems (U.S.) Corporation</u>

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

<u>Current Directors and Officers of Xros, Inc..</u>

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte

8

Karen E. Sledge
Jeffrey Thomas Wood

<u>Current Directors and Officers of Sonoma Systems</u>

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

<u>Current Directors and Officers of Qtera Corporation</u>

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
 Mark J. Hamilton
Laurie A. Krebs

9

Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Officers and Directors of CoreTek, Inc.

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle
Christopher Simon Ricaurte
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell

10

[NEWYORK 2014217_41]

Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

<u>Current Directors and Officers of Nortel Networks Optical Components Inc.</u>

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

<u>Current Directors and Officers of Nortel Networks HPOCS Inc.</u>

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies

11

John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks International Inc.

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks International Inc. for the Two Years
Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood


Current Directors and Officers of Northern Telecom International Inc.

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

[NEWYORK 2014217_41]

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood


Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II
Shelley Bracken
Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie

13

Gordon A. Davies
John M. Doolittle
Lynn Cecelia Egan
Emre  Erkol
J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Raj Krishnan
Laurie A. Krebs
Guy Lafontaine
Keith Landau
Gregor W. Larson
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom

14

[NEWYORK 2014217_41]

Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Christopher Simon Ricaurte
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault
Bill Thompson
Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Jeffrey T. Wood
Steven Woods
Wei Jen Yeh

Current Directors and Officers of Nortel Networks (CALA) Inc.

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior
to the Petition Date

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico

15

Gordon Allan Davies
Joseph F. Dearing
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Christopher Simon Ricaurte
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

### *Debtors' Litigants*

Motorola
Patricia Harmon
Robert Buchwald
Federal Insurance Company (Chubb)
Aldine Independent School District
Ernest Demel
Steven Domenikos
Pamela Richardson
Terrence Freeman
Time Warner Cable
Google
Arris Group Inc.
Cisco Systems
Charter Communications, Inc.
WideOpen West Finance, LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc.
Cequel Communications, LLC d/b/a Suddenlink Communications
Cable One, Inc.
Constellation Technologies LLC
Bockstar Technologies

### *Debtors' Lenders*

Export Development Canada

### *Debtors' Banks and Money Market Funds*

Bank of America

16

Citibank
First Citizens
JP Morgan Chase
Morgan Stanley Smith Barney
Reserve Primary Fund
Wilmington Trust
Federated U.S. Treasury Cash Reserves, Institutional Shares money market fund

### *Debtors' Landlords*

TRT NOIP Glenville-Richardson LP.
State Street Bank and Trust Company, as owner/trustee of ZSF/Research Gateway Trust

### *Debtors' Insurers*

Marsh Canada Ltd.
Marsh Mclennan Companies
Navigators Syndicate
C.N.A. Insurance
Zurich American Insurance Company
Hiscox Insurance Company
Federal Insurance Company
National Union Fire Insurance Company

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.

17

Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc

Cede & Co.[2]

Citigroup Global Markets, Inc./Salomon Brothers

Charles Schwab & Co., Inc.

CIBC World Markets, Inc

Citadel Derivatives Group, LLC or Citidel Trading Group, LLC

Citibank, NA

Citigroup Private Bank & Trust

Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.

Comerica Bank

Credit Suisse Securities (USA)

Davidson (D.A.) & Co., Inc.

Deutsche Bank Securities, Inc.

Dresdner Kleinwort Securities LLC

E*Trade Capital Markets, LLC; E*Trade Cleary, LLC

Emmett Larkin Co., Inc.

Fiducie Desjardins, Inc.

First Clearing, LLC

First Southwest Company

Goldman Sachs & Co.

Goldman Sachs Execution & Clearing, LP

Goldman Sachs International Ltd.

Haywood Securities, Inc.

H&R Block

Huntington National Bank

Ingalls & Snyder, LLC

Interactive Brokers, LLC/Retail Clearance

Jefferies & Co., Inc.

Janney Montgomery Scott, LLC

Jones (Edward D.) & Co.

JP Morgan Securities, Inc.

JPM/CCS2

JPM/GS CAP

JP Morgan Clearing Corp.

JP Morgan International

JP Morgan Chase Bank, National Association

JP Morgan Securities Inc./Fixed Income

Keybank National Association

Laurential Bank of Canada

Lehman Brothers, Inc.

LPL Financial Corporation

---

[2]     Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company

19

The Fifth Third Bank

### Debtors' Asset Purchasers

2256355 Ontario Limited
Apple Inc.
Avaya Inc.
Blackberry Ltd. (f/k/a Research in Motion Ltd.)
Ciena Corp.
GENBAND Inc.
Hitachi, Ltd.
Kapsch AG
Microsoft Corp.
Telefonaktiebolaget L M Ericsson (publ)
Radware Ltd.
Rockstar Consortium Inc. (f/k/a Rockstar Bidco LP)
SCA IPLA Holdings Inc.

### Debtors' Professionals

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP
Benesch Friedlander Coplan & Aronoff LLP
Torys LLP
Addrex Inc.
CB Richard Ellis, Inc.
Ernst & Young LLP
Cassidy Turley CPS
Eugene F. Collins

### Unsecured Creditors Committee's Professionals

Akin Gump Strauss Hauer & Feld LLP
Ashurst LLP

20

Capstone Advisory Group, LLC
Cassels, Brock & Blackwell LLP
Jefferies & Co., Inc.
Whiteford, Taylor & Preston LLP

**Top 50 unsecured creditors (includes disputed, contingent and unliquidated claims)**

The Bank of New York Mellon, as Indenture Trustee for  +4.25% 2011 Floating Rate
Notes, 10.125% 2013 Fixed Rate Notes, 10.75% 2016 Fixed Rate Notes, 1.75% 2012
Convertible Senior Notes, 2.125% 2014 Convertible Senior Notes
Law Debenture Trust Company of New York, as Indenture Trustee for 7.875% 2026
Senior Unsecured Debt Securities
Nortel Networks UK Pension Trust LTD
Pension Benefit Guaranty Corporation
Roth, John A.
Wanland & Associates, Inc. Et. Al
SNMP Research International Inc
SPCP Group, LLC
Zafirovski, Mike
Wendt, Dietmar
Sanmina-Sci Corporation
Roese, John
Flaherty, Lauren
Sun Microsystems Inc
Ernst & Young Inc.
Bulldog Investors General Partnership
Hain Capital Holdings, Llc
Affiliates Of Verizon Communications Inc
Liquidity Solutions, Inc.
Stmicroelectronics, Inc.
Avenue TC Fund, L.P.
Solus Recovery Fund LP
Rattray, Stephen A.
Queens Ballpark Company, L.L.C.
U.S. Bank National Association
CRT Special Investments LLC
Owens, William A.
Regiment Capital Ltd.
Infosys Technologies Ltd.
Wireless (Tx) LP
Argo Partners
Tata Consultancy Services Limited
Chubb Insurance Co Of Canada
Drawbridge Special Opportunities Fund LP
ASM Capital, L.P.
Deutsche Bank Securities, Inc.

21

JDS Uniphase Corporation
Beeline.Com, Inc.
United States Debt Recovery, LP
Donahee, Gary R
Technology Park V Limited Partnership
Commonwealth of Pennsylvania
Longacre Institutional Opportunity Fund
Tariq, Semra
Nelson, William K.
Telefonica Internacional, S.A.U.
EMC Corporation
Corre Opportunities Qualified Master Fund
Ross, Eric John
Blackwell Partners LLC

### *Top 40 Unsecured Creditors as of the Petition Date (includes disputed, contingent and unliquidated claims)*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.

22

Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

*Utilities*

City of Durham
City of Richardson
Duke Energy Company NC/SC
GDF Suez Energy Resources NA
PSNC Energy

***Affiliate Professionals***

Allen & Overy LLP
Goodmans LLP
Gowlings Lafleur Henderson LLP
Norton Rose Fulbright LLP
Ernst & Young Inc.
Herbert Smith Freehills LLP
Hughes Hubbard & Reed LLP

***UK Administrators***

Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Nortel Networks UK Pension Trust Limited
The Board of the Pension Protection Fund

***U.S. Trustee Personnel and Judge Gross***

23

Thomas Patrick Tinker (Assistant US Trustee)
Lauren Attix (Office of the US Trustee)
David Buchbinder (Office of the US Trustee)
Shakima Dortch (Office of the US Trustee)
Timothy J. Fox, Jr. (Office of the US Trustee)
Diane Giordano (Office of the US Trustee)
Christine Green (Office of the US Trustee)
Benjamin Hackman (Office of the US Trustee)
Jeffrey Heck (Office of the US Trustee)
Mark Kenney (Office of the US Trustee)
Jane Leamy (Office of the US Trustee)
Tony Murray (Office of the US Trustee)
James R. O'Malley (Office of the US Trustee)
Lauren O'Neal (Office of the US Trustee)
Michael Panacio (Office of the US Trustee)
Tiiara Patton (Office of the US Trustee)
Juliet Sarkessian (Office of the US Trustee)
Richard Schepacarter (Office of the US Trustee)
Ramona Vinson (Office of the US Trustee)
Michael West (Office of the US Trustee)
Shakima L. Williams (Office of the US Trustee)
Dion Wynn (Office of the US Trustee)
The Hon. Kevin Gross - Only family relationships with Judge Gross need be disclosed

***Other Creditors***

AT&T
Hewlett Packard
Iron Mountain Information Management Inc.
Precision Communication Services, Inc.
Powerwave Technologies, Inc.
Oracle USA, Inc.
485 Lexington Owner LLC
Hok, Inc.
Alpha Networks
SAP America, Inc.
Qwest Communications Company, LLC
Insight Direct USA, Inc.
Unisys Corporation
Tandberg
Monarch Master Funding LTD
State of Michigan, Department of Treasury
Thomas & Betts Manufacturing Inc. (GFI)
City and County of Denver
GE Fanuc Embedded Systems, Inc.
The Internal Revenue Service
Nuance Communications, Inc.

24

Dell Marketing, LP
Graybar Electric Company, Inc.
Tyco Electronics
Zyxel Communications, Inc.
Gussie Anderson
Frankie Proctor
Janie Proctor
Manuel Segura
Claudia Vidmer
Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family
Trust
Coare Brookfield Lakes, LLC
FCS North America, Inc.
Michael McWalters
Estelle Loggins
Freddie Wormsbaker
Kaushik Patel
Deborah M. Jones
Scott Gennett
Jane Neumann
Jerry Wadlow
Chae S. Roob
Brenda L. Wread
Victoria Anstead
Diane Uphold
Danny Owneby
Paul E. Morrison

***Ad Hoc Bondholder Group***
Angelo, Gordon & Co.
Aurelius Capital Management
CarVal Investors, LLC
Centerbridge Partners, L.P.
DW Investment Management LP
Franklin Mutual Advisers, LLC
FTI (advisors)
GoldenTree Asset Management
GS Investment Strategies, LLC
King Street Capital Management L.P.
Milbank, Tweed, Hadley & McCloy LLP (advisors)
Monarch Alternative Capital LP
Quantum Partners LP
Solus Alternative Asset Management L.P.
Tenor Capital Management

25

## Exhibit 2[1] - Current Clients[2]

*Debtors' Litigants*

Federal Insurance Company (Chubb)

*Debtors' Banks and Money Market Funds*

Bank of America and certain affiliates thereof
Citibank and certain affiliates thereof
Wilmington Trust and certain affiliates thereof

*Debtors' Insurers*

C.N.A. Insurance
Federal Insurance Company

*Debtors' Bondholders and Trustees*

Citigroup Global Markets/Salomon Brothers and certain affiliates thereof
Citibank, N.A. and certain affiliates thereof
Citigroup Global Markets or Citigroup Financial Services Corp. and certain affiliates thereof
Credit Suisse Securities
Goldman Sachs & Co.
Certain affiliates of JPMorgan Clearing Corp., JPMorgan International, JPMorgan Chase Bank,
National Association, and JP Morgan Securities Inc./Fixed Income
Certain affiliates of Manufacturers & Trust Company
National City Bank
The Northern Trust Company
Suntrust Bank
UBS Financial Services, Inc.
Certain affiliates of UBS Securities, LLC
Wachovia Bank, NA
Wilmington Trust Company

*Debtors' Asset Purchasers*

Ciena Corp.

*Debtors' Professionals*

Certain affiliates of Ernst & Young LLP

---

[1] Parties that are both current clients and former clients of WTP are listed only on Exhibit 2 – Current Clients.
[2] Due to the similarity of names and certain entities, WTP was not able to determine if all the entities listed herein are actually affiliates of certain clients. However, out of an abundance of caution WTP has listed those entities which is reasonably believes to be affiliates of current clients.

*Unsecured Creditors' Committee's Professionals*

Capstone Advisory Group, LLC

*Top 50 Unsecured Creditors*

Certain affiliates of Ernst & Young Inc.
EMC Corporation

*Top 40 Unsecured Creditors as of the Petition Date*

Computer Science Corporation

*Affiliate Professionals*

Hughes Hubbard & Reed LLP

*Ad Hoc Bondholder Group*

CarVal Investors, LLC
Monarch Alternative Capital LP
Certain affiliates of Quantum Partners LP

## Exhibit 3 – Former Clients[1]

*Debtors' Insurers*

Zurich Insurance Company and certain affiliates thereof

*Debtors' Bondholders and Trustees*

Bank of New York and certain affiliates thereof
Cede & Co.
Davidson (D.A.) & Co., Inc.
Certain affiliates of Merrill Lynch Pierce Fenner & Smith Inc.

*Other Creditors*

Unisys Corporation

---

[1] Due to the similarity of names and certain entities, WTP was not able to determine if all the entities listed herein are actually affiliates of certain clients. However, out of an abundance of caution WTP has listed those entities which is reasonably believes to be affiliates of former clients.