# **EXHIBIT A**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 13/11/2014 | review recent materials in Canadian proceedings; | 0.8 | 840.00 | 12698807 |
| DeMarinis | Tony | 20/11/2014 | consideration of procedural deadlines and timelines, and planning in relation to same; | 0.9 | 945.00 | 12709682 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 04/11/2014 | Review fee application | 0.5 | 472.50 | 12678105 |
| Gray | William | 06/11/2014 | Review fee application | 0.3 | 283.50 | 12678135 |
| Gray | William | 07/11/2014 | Review fee application | 0.5 | 472.50 | 12689117 |
| Gray | William | 11/11/2014 | Work on fee application | 0.4 | 378.00 | 12698756 |
| Gray | William | 13/11/2014 | Review fee application | 0.4 | 378.00 | 12698767 |
| Gray | William | 17/11/2014 | Work on fee application | 0.4 | 378.00 | 12707402 |
| Gray | William | 20/11/2014 | Work on fee application | 0.5 | 472.50 | 12707421 |
| Gray | William | 21/11/2014 | Work on fee application | 0.7 | 661.50 | 12716944 |
| Gray | William | 25/11/2014 | Review and finalize monthly and quarterly fee applications | 1.3 | 1,228.50 | 12716957 |
| Gray | William | 26/11/2014 | Work on submission of fee application | 0.8 | 756.00 | 12725996 |
| Bauer | Alison D. | 04/11/2014 | Review of interim fee application and comments to A. Collins re same | 1.0 | 815.00 | 12675373 |
| Bauer | Alison D. | 06/11/2014 | Review of interim fee application | 0.4 | 326.00 | 12681471 |
| Bauer | Alison D. | 12/11/2014 | Conferences with A. Collins on fee application | 0.2 | 163.00 | 12692407 |
| Bauer | Alison D. | 18/11/2014 | E-mail from M. Maddox regarding Nortel - 22nd Quarterly Fee Hearing/Draft Order; review Nortel fee order | 0.2 | 163.00 | 12706321 |
| Bauer | Alison D. | 20/11/2014 | Review and comment upon October interim fee application | 1.0 | 815.00 | 12708414 |
| Bauer | Alison D. | 24/11/2014 | Read e-mail from T. Minott regarding Fee Application Reminder and follow up on status of fee application with A. Collins; | 0.3 | 244.50 | 12714748 |
| Bauer | Alison D. | 25/11/2014 | Attention to October fee application (.2); attention to preparation and filing of quarterly fee application (.3) | 0.5 | 407.50 | 12718428 |
| Collins | Allan | 03/11/2014 | attention to forty-second fee application; | 1.3 | 383.50 | 12674189 |
| Collins | Allan | 04/11/2014 | attention to September fee application; | 1.7 | 501.50 | 12683415 |
| Collins | Allan | 10/11/2014 | attention to September fee application; | 3.5 | 1,032.50 | 12719032 |
| Collins | Allan | 11/11/2014 | attention to September fee application; | 2.7 | 796.50 | 12719033 |
| Collins | Allan | 12/11/2014 | multiple phone calls with B. Yu regarding exhibits to fee application (.4); finalize Forty-Second fee application (5.5) | 5.9 | 1,740.50 | 12693348 |
| Collins | Allan | 17/11/2014 | attention to October fee application; | 2.7 | 796.50 | 12702381 |
| Collins | Allan | 18/11/2014 | Attention to October fee application (3.1); multiple emails regarding upcoming hearing (.2); | 3.3 | 973.50 | 12709844 |
| Collins | Allan | 19/11/2014 | attention to October fee application; | 3.8 | 1,121.00 | 12709915 |
| Collins | Allan | 20/11/2014 | Attention to October fee application; | 2.8 | 826.00 | 12709847 |
| Collins | Allan | 21/11/2014 | Attention to October fee application; | 2.7 | 796.50 | 12713048 |
| Collins | Allan | 24/11/2014 | finalize October fee application (2.4); meet with A. Bauer regarding same (0.2); | 2.6 | 767.00 | 12719263 |
| Collins | Allan | 25/11/2014 | draft and finalize Sixteenth Quarterly fee application (5.7); multiple calls with B. Yu and J. Brentnall in the finance department (0.4); multiple conferences with A. Bauer (0.3); multiple calls and emails with T. Minott at MNAT(0.2); | 6.6 | 1,947.00 | 12719179 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Bomhof | Scott A. | 03/11/2014 | telephone call with C. Armstrong regarding cost-sharing motion (.2); reviewing Monitor's reply factum regarding leave to appeal Canadian ppi order (2.0); | 2.2 | 1,980.00 | 12674013 |
| Bomhof | Scott A. | 04/11/2014 | exchange emails with L. Schweitzer regarding US settlement conference of November 3; | 0.2 | 180.00 | 12675897 |
| Bomhof | Scott A. | 06/11/2014 | Review Monitor's Motion Record, Factum and Brief of Authorities re: motion for leave to appeal Post-Petition Interest order of Justice Newbould; | 1.7 | 1,530.00 | 12686706 |
| Gray | Andrew | 03/11/2014 | reviewing factums for the leave to appeal motion on post-petition interest (0.9); reviewing order arising from October 8 motion in the CCAA proceedings (0.2); | 1.1 | 880.00 | 12673445 |
| Gray | Andrew | 11/11/2014 | reviewing correspondence regarding document production matter (0.2); | 0.2 | 160.00 | 12692501 |
| Gray | Andrew | 12/11/2014 | reviewing draft court materials relating to the interest appeal (0.3); | 0.3 | 240.00 | 12695569 |
| Gray | Andrew | 13/11/2014 | reviewing appeal filings regarding post-petition interest (0.6); reviewing recent caselaw on Canadian contract principles (0.3); | 0.9 | 720.00 | 12700326 |
| Gray | Andrew | 27/11/2014 | reviewing the decision of the Court of Appeal on post-petition interest and internal discussion and email regarding same (0.8); | 0.8 | 640.00 | 12742225 |
| Frazer | Mitch | 07/11/2014 | e-mail from Russell Eckenrod at Cleary regarding additional pension claim documentation (0.3); reviewing same; (0.5); e-mail to Scott Bomhof regarding same; (0.2); | 1.0 | 900.00 | 12683131 |
| DeMarinis | Tony | 14/11/2014 | review and analysis in connection litigation outcome contingencies and planning; | 1.9 | 1,995.00 | 12698812 |
| DeMarinis | Tony | 17/11/2014 | organization of cumulative electronic and hard copy materials in the proceedings (1.4); review and filing of accumulated email correspondence and administrative matters (0.9); | 2.3 | 2,415.00 | 12702286 |
| DeMarinis | Tony | 20/11/2014 | contingency planning in relation to unresolved estate matters, and associated analysis (1.8); consideration of procedural matters and requirements (1.0); | 2.8 | 2,940.00 | 12709675 |
| DeMarinis | Tony | 25/11/2014 | planning and preparation relating to trial decision and alternatives (2.2); reviewing procedural issues and materials in relation to post-release planning (2.0); | 4.2 | 4,410.00 | 12719392 |
| Gray | William | 04/11/2014 | Review appellate brief regarding post-petition interest | 2.3 | 2,173.50 | 12678102 |
| Gray | William | 05/11/2014 | Review appellate brief regarding post-petition interest | 1.3 | 1,228.50 | 12678113 |
| Gray | William | 06/11/2014 | Review post-petition interest brief | 0.5 | 472.50 | 12678134 |
| Gray | William | 07/11/2014 | Review appeal briefs regarding PPI issue | 1.1 | 1,039.50 | 12689120 |
| Gray | William | 11/11/2014 | Review PPI issues on appeal filing papers | 0.3 | 283.50 | 12698757 |
| Gray | William | 13/11/2014 | Conference regarding PPI | 0.7 | 661.50 | 12698768 |
| Gray | William | 18/11/2014 | Review briefing issues | 0.5 | 472.50 | 12707407 |
| Gray | William | 20/11/2014 | Review cost sharing issues; review appeal filing regarding post-petition interest | 0.7 | 661.50 | 12707422 |
| Gray | William | 21/11/2014 | Review legal briefs regarding cost-sharing (.2) and ppi (.4) | 0.6 | 567.00 | 12716945 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 25/11/2014 | Review cost sharing issue and post-petition interest issues | 0.8 | 756.00 | 12716959 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 11/11/2014 | research regarding Canadian legal issues related to subrogation and contribution; | 1.8 | 1,620.00 | 12688031 |
| Bomhof | Scott A. | 18/11/2014 | research regarding Canadian law related to cost-sharing motion; | 2.1 | 1,890.00 | 12704564 |
| Bomhof | Scott A. | 21/11/2014 | research regarding cost-sharing motion for litigation costs; | 1.5 | 1,350.00 | 12711796 |
| Yeo | Thomas | 04/11/2014 | research re: subrogation rights; | 0.8 | 652.00 | 12676055 |
| Slavens | Adam | 06/11/2014 | reviewing updated research re subrogation, tax and related matters; | 1.1 | 759.00 | 12680505 |
| Slavens | Adam | 12/11/2014 | conducting Canadian legal research re post-petition interest issues; | 4.0 | 2,760.00 | 12693239 |
| Slavens | Adam | 13/11/2014 | conducting Canadian legal research re allocation matters; | 3.5 | 2,415.00 | 12694894 |
| DeMarinis | Tony | 04/11/2014 | Canadian law analysis and materials review in relation to leave to appeal motion and related Canadian procedural matters (1.5); reading materials in Canadian proceedings (0.5); | 2.0 | 2,100.00 | 12676037 |
| DeMarinis | Tony | 07/11/2014 | legal analysis in relation to pending matters before the Canadian court, including leave to appeal motion and contingencies in relation to main trial; | 2.0 | 2,100.00 | 12683327 |
| DeMarinis | Tony | 19/11/2014 | legal review relating to appeal procedures and parallel multi-jurisdictional court proceedings (1.8); review documents in proceedings in connection with same (0.9); | 2.7 | 2,835.00 | 12706689 |
| DeMarinis | Tony | 24/11/2014 | analysis and planning for trial decision release and issues relating to same (2.0); consideration of inter-jurisdictional matters, and review of protocol, orders and other documents in relation to same (2.5); | 4.5 | 4,725.00 | 12719384 |
| DeMarinis | Tony | 26/11/2014 | consideration Canadian conflicts of laws matters; | 1.7 | 1,785.00 | 12722809 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/11/2014 | reviewing factum of Monitor and factum of CCC regarding motion for leave to appeal Canadian ppi order; | 1.4 | 1,260.00 | 12675896 |
| Bomhof | Scott A. | 11/11/2014 | reviewing US order regarding enforcement of stay and production of documents in Rockstar litigation and discussing same with M. Gottlieb (0.9); reviewing letter from C. Armstrong regarding cost-sharing motion (.2); exchange messages with M. Chenney regarding cost-sharing motion (.2); exchange messages with M. Giannis regarding ppi appeal issues (.3); discussions with T. DeMarinis and A. Slavens (0.3) | 1.9 | 1,710.00 | 12688029 |
| Bomhof | Scott A. | 12/11/2014 | reviewing ad hoc bondholders draft reply factum regarding appeal of CCAA ppi order and reviewing relevant law (1.2); exchange e-mails with Cleary regarding ppi appeal materials (.2); office conference with A. Slavens regarding cost-sharing motion (0.1); | 1.5 | 1,350.00 | 12691579 |
| Bomhof | Scott A. | 13/11/2014 | reviewing filed reply factum of ad hoc committee regarding leave to appeal ppi order; | 0.3 | 270.00 | 12694203 |
| Bomhof | Scott A. | 14/11/2014 | reviewing letter from C. Armstrong regarding cost-sharing motion (.2); telephone call with Cromwell regarding cost-sharing motion issues (1.4); | 1.6 | 1,440.00 | 12700861 |
| Bomhof | Scott A. | 18/11/2014 | meeting with J. Javini regarding research for cost-sharing motion; | 0.4 | 360.00 | 12704566 |
| Bomhof | Scott A. | 19/11/2014 | reviewing EMEA comments on cost-sharing motion and revising same (1.0); reviewing Rockstar sale escrow agreement regarding EMEA proposal on cost-sharing mechanism (.3); | 1.3 | 1,170.00 | 12707508 |
| Bomhof | Scott A. | 24/11/2014 | reviewing EMEA comments on cost-sharing order and telephone call with M. Plevin and N. Oxford to discuss same (1.5); telephone call with M. Plevin regarding cost-sharing motion issues (.5); | 2.0 | 1,800.00 | 12713856 |
| Bomhof | Scott A. | 25/11/2014 | reviewing IFSA, Rockstar escrow agreement and US and Canadian rulings on allocation protocol regarding analysis of issues related to cost-sharing motion and reporting to M. Plevin with respect to same (2.0); exchange e-mails with L. Pillon and M. Wunder regarding cost order from Chartis appeal (.2); | 2.2 | 1,980.00 | 12718231 |
| Bomhof | Scott A. | 26/11/2014 | telephone call with M. Wunder and exchange e-mails with L. Schweitzer regarding cost reimbursement from Chartis appeal (.3); reviewing e-mails from M. Plevin regarding cost-sharing issues (.2); | 0.5 | 450.00 | 12720342 |
| Bomhof | Scott A. | 27/11/2014 | review Court of Appeal endorsement re leave to appeal ppi decision and report to Cleary (0.3); confer with T. DeMarinis regarding same (0.3); telephone conversations with M. Wunder and G. Finlayson re ppi issues (0.3); | 0.9 | 810.00 | 12726288 |
| Bomhof | Scott A. | 28/11/2014 | analyze Court of Appeal ruling on ppi issues and review briefs filed by Monitor and Ad Hoc Board Committee. | 3.0 | 2,700.00 | 12726302 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 03/11/2014 | reviewing responding materials re motion for leave to appeal from post-petition interest decision; | 3.2 | 2,208.00 | 12674091 |
| Slavens | Adam | 04/11/2014 | reviewing chapter 11 motion materials re post-petition interest settlement approval motion; | 2.9 | 2,001.00 | 12676044 |
| Slavens | Adam | 05/11/2014 | reviewing Chapter 11 case motion materials re motion to enforce stay of proceedings; | 2.5 | 1,725.00 | 12680508 |
| Slavens | Adam | 06/11/2014 | reviewing responding materials re motion for leave to appeal from post-petition interest decision; | 2.8 | 1,932.00 | 12680600 |
| Slavens | Adam | 07/11/2014 | dialed in by telephone to Chapter 11 motion to enforce stay of proceedings; | 3.6 | 2,484.00 | 12683110 |
| Slavens | Adam | 11/11/2014 | reviewing correspondence from Goodmans LLP re cost sharing motion (0.2); office conference with S. Bomhof re same (0.1); reviewing CCAA case motion materials re sale (0.7); confer with T. DeMarinis (0.3); reviewing chapter 11 case motion materials re same (1.0); | 2.3 | 1,587.00 | 12689493 |
| Slavens | Adam | 12/11/2014 | reviewing and commenting on bondholders' reply factum (2.9); telephone call and email correspondence with P. Bell re same (0.3); office conference with S. Bomhof re same (0.1); | 3.3 | 2,277.00 | 12693229 |
| Slavens | Adam | 12/11/2014 | telephone call and email correspondence with M. Gianis re leave to appeal process in respect of post-petition interest decision (0.5); reviewing appeal record re same (0.8); | 1.3 | 897.00 | 12693238 |
| Slavens | Adam | 13/11/2014 | reviewing bondholders' reply factum re motion for leave to appeal the post-petition interest decision; | 0.5 | 345.00 | 12694887 |
| Slavens | Adam | 18/11/2014 | email correspondence with M. Cheney and S. Bomhof re cost sharing motion (0.2); reviewing Canadian legal research re same (0.6); | 0.8 | 552.00 | 12703491 |
| Jivani | Jamil | 18/11/2014 | Meet with S. Bomhof regarding research relating to cost-sharing motion; | 0.4 | 132.00 | 12760623 |
| Jivani | Jamil | 26/11/2014 | Research relating to cost-sharing motion; | 4.5 | 1,485.00 | 12727388 |
| DeMarinis | Tony | 03/11/2014 | reading Monitor's book of authorities in re bondholder leave to appeal motion (0.7); review of CCC's factum and book of authorities relating to leave to appeal (0.6); analysis of issues and arguments in relation to same (0.9); | 2.2 | 2,310.00 | 12674123 |
| DeMarinis | Tony | 05/11/2014 | reviewing documents for the leave to appeal motion and related matters; | 1.0 | 1,050.00 | 12677733 |
| DeMarinis | Tony | 11/11/2014 | status discussion with Scott Bomhof (0.2); discussion with Adam Slavens (0.3); planning in relation to litigation alternatives (0.9); | 1.4 | 1,470.00 | 12689582 |
| DeMarinis | Tony | 18/11/2014 | search and compile claims information (1.6); analysis and modeling (0.8); consideration of alternatives for Canadian proceedings (1.0); | 3.4 | 3,570.00 | 12703506 |
| DeMarinis | Tony | 19/11/2014 | review Canadian information and filings; | 0.6 | 630.00 | 12706690 |
| DeMarinis | Tony | 21/11/2014 | analysis and planning in relation to Canadian proceeding contingencies and alternatives; | 2.3 | 2,415.00 | 12715214 |
| DeMarinis | Tony | 26/11/2014 | review Canadian proceeding materials and analysis of cross-border issues (1.1); search information regarding claims filings (0.8); | 1.9 | 1,995.00 | 12722807 |
| DeMarinis | Tony | 27/11/2014 | review and analysis of decision rendered on | 3.8 | 3,990.00 | 12722813 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | leave to appeal motion relating to post-filing interest (0.8); discussion with Scott Bomhof (0.3); analysis and planning in relation to Canadian proceeding claims matters, including interest ruling appeal, procedural issues in re finalization of claims, and inter-company considerations (2.7); | | | |
| DeMarinis | Tony | 28/11/2014 | reading materials in relation to pending appeal on interest stops ruling; | 0.9 | 945.00 | 12727648 |