# **EXHIBIT B**

**Nortel**
**November 2014 Disbursements**

| | | | |
|---|---|---|---|
| 822 Courier | 04/11/2014 | $ 20.48 | Courier |
| | | | 79 Wellington Street West,Invoice # 62666, |
| | | | 4700 Keele St,Osgoode Library  - York University, |
| | | | dsingh,1,2 |
| | | | |
| 4800 Telephone | 18/11/2014 | 0.05 | Telephone |
| | | | 13022522913 - Wilmington, DE - |
| | | | Time: 10:34 - Dur: 1.08 |
| 4800 Telephone | 24/11/2014 | 0.05 | Telephone |
| | | | 13023519377 - Wilmington, DE - |
| | | | Time: 17:08 - Dur: 1.13 |
| | | $ 0.10 | |
| | | | |
| 801 Copies | 03/11/2014 | 0.10 | Copies |
| 808 Laser Printing | 03/11/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 03/11/2014 | 115.40 | Laser Printing |
| 808 Laser Printing | 05/11/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 06/11/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 06/11/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 06/11/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 07/11/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 12/11/2014 | 2.00 | Laser Printing |
| 808 Laser Printing | 18/11/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 19/11/2014 | 1.20 | Laser Printing |
| 808 Laser Printing | 20/11/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 21/11/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 24/11/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 25/11/2014 | 2.90 | Laser Printing |
| 4808 Laser Printing | 04/11/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 04/11/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 04/11/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 04/11/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 04/11/2014 | 0.60 | Laser Printing |
| 4808 Laser Printing | 04/11/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 11/11/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 12/11/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 12/11/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 12/11/2014 | 0.60 | Laser Printing |
| 4808 Laser Printing | 13/11/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 20/11/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 20/11/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 20/11/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 20/11/2014 | 0.10 | Laser Printing |
| | | $ 141.80 | |
| | | | |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 26/11/2014 | $ 27.15 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | |
| | | $ 189.53 | |