IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al*., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 14777

On November 18, 2014 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its Thirty-Second Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From October 1, 2014 Through October 31, 2014 (the "Application").  Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than December 8, 2014 at 4:00 p.m. (ET).  The undersigned hereby certifies that she has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the Debtors are authorized to pay Applicant $13,482.80, which represents 80% of the fees requested, and $758.81, which represents 100% of the expenses requested in the Application upon filing this Certification of No Objection and without the need for entry of a Court order approving Application.

Dated: December 29, 2014     **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
Telephone:  (302) 442-7006
Facsimile:  (302) 442-7012
jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

8397973 v1