IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 14950, 14949** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Ernst & Young Inc., the Monitor (the "**Monitor**") and foreign representative of Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect subsidiaries (collectively, the "**Canadian Debtors**") in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), with the Canadian Debtors, hereby appeal to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 158(a)(1) from the *Order Granting Debtors' Motion Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* [Dkt. No. 14950][2] and related opinion [Dkt. No. 14949][3] entered by the Honorable Kevin Gross of the United States Bankruptcy Court for the District of Delaware on December 18, 2014.

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (the "**U.S. Debtors**").

[2]     Attached hereto as Exhibit A.

[3]     Attached hereto as Exhibit B.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| U.S. Debtors | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Eric D. Schwartz<br>Ann C. Cordo<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>(302) 658-9200 |
| Ad Hoc Group of Bondholders | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>Dennis F. Dunne<br>Albert A. Pisa<br>Andrew M. Leblanc<br>Atara Miller<br>1 Chase Manhattan Plaza<br>New York, New York 1005-1413<br>(212) 530-5000<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware 19899-8705<br>(302) 652-4100 |

| | |
|---|---|
| Official Committee of Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred S. Hodara<br>David H. Botter<br>Brad M. Kahn<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>- and -<br><br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>Christopher M. Samis<br>Amanda R. Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700 |
| Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. | QUINN, EMANUEL, URQUHART & SULLIVAN LLP<br>Susheel Kirpalani<br>James C. Tecce<br>Daniel Holzman<br>52 Madison Avenue<br>New York, New York 10010<br>(212) 849-7000<br><br>- and -<br><br>PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br>Kevin M. Capuzzi<br>1220 N. Market Street, Suite 950<br>Wilmington, Delaware 19801<br>(302) 504-1497 |
| Bank of New York Mellon, as Indenture Trustee | VEDDER PRICE P.C.<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>(212) 407-7700<br><br>- and -<br><br>DUANE MORRIS LLP<br>Michael R. Lastowski |

3

|  |  |
|---|---|
|  | Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>(302) 657-4900 |
| Canadian Creditors Committee | DLA PIPER LLP (US)<br>Selinda A. Melnik<br>Timothy Hoeffner<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Tel: 302-468-5650 |
| Wilmington Trust, N.A. | KATTEN MUCHIN ROSENMAN LLP<br>Craig A. Barbarosh<br>David Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 1022-2585<br>(212) 940-880<br><br>- and -<br><br>CHIPMAN BROWN CICERO & COLE, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>Ann M. Kashishian<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>(302) 295-0191 |
| U.K. Pension Claimants | WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>(212)-728-8000<br><br>- and -<br><br>BAYARD, P.A.<br>Charlene D. Davis<br>Justin Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899 |

|  |  |
|---|---|
|  | (302) 655-5000 |
| Office of the U.S. Trustee | United States Trustee<br>844 King Street, Suite 2207<br>(302) 573-6491 |

Dated: December 31, 2014
       Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Mary Caloway*

Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

- and -

**ALLEN & OVERY LLP**
Ken Coleman
Jacob S. Pultman
Daniel J. Guyder
John Kibler
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
jacob.pultman@allenovery.com
daniel.guyder@allenovery.com
john.kibler@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor*
*and Foreign Representative of the Canadian Debtors*