**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: Docket No. 14996 |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

PLEASE TAKE NOTICE that Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group, hereby withdraws the *Notice of Appeal* filed on December 31, 2014 at Docket No. 14996.  The document included incorrect service information.

Date:  December 31, 2014          **BUCHANAN INGERSOLL & ROONEY PC**
     Wilmington, Delaware

                        /s/ *Mary F. Caloway*
                        Mary F. Caloway (No. 3059)
                        Kathleen A. Murphy (No. 5215)
                        919 N. Market Street, Suite 1500
                        Wilmington, Delaware 19801
                        (302) 552-4200 (telephone)
                        (302) 552-4295 (facsimile)
                        mary.caloway@bipc.com
                        kathleen.murphy@bipc.com

                        *Attorney for Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*