# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 12/31/2014 |
| Case: 09−10138−KG | Form ID: van440 | Total: 42 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| intp | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Ann C. Cordo | Morris Nichols Arsht & Tunnell LLP | 1201 N. Market Street | Wilmington, DE 19899−1347 | |
| aty | Ann M Kashishian | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street | Suite 1110   Wilmington, DE 19801 |
| aty | Charlene D. Davis | Bayard, P.A. | 222 Delaware Avenue, Suite 900 | P.O. Box 25130   Wilmington, DE 19899 | |
| aty | Christopher M. Samis | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500   Wilmington, DE 19801 | |
| aty | Christopher Martin Winter | Duane Morris LLP | 222 Delaware Avenue | Suite 1600 | Wilmington, DE 19801−1246 |
| aty | Craig A. Barbarosh | Katten Muchin Rosenman LLP | 575 Madison Avenue | New York, NY 10022−2585 | |
| aty | Daniel S. Holzman | Quinn Emanuel Urquhart, et al | 51 Madison Avenue | 22nd Floor | New York, NY 10010 |
| aty | Daniel S. Holzman | Quinn Emanuel Urquhart, et al | 51 Madison Avenue | 22nd Floor | New York, NY 10010 |
| aty | Derek C. Abbott | Morris Nichols Arsht & Tunnell | 1201 N. Market Street | Wilmington, DE 19899 | |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | 1201 N.Market Street | P. O. Box 1347   Wilmington, DE 19801 | |
| aty | James J. Tecce | Quinn Emanuel Urquhart Oliver, et al | 51 Madison Avenue | 22nd Floor | New York, NY 10010 |
| aty | James J. Tecce | Quinn Emanuel Urquhart Oliver, et al | 51 Madison Avenue | 22nd Floor | New York, NY 10010 |
| aty | James L. Bromley | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza | New York, NY 10006 | |
| aty | Justin R. Alberto | Bayard, P.A. | 222 Delaware Avenue | Suite 900 | P.O. Box 25130   Wilmington, DE 19899 |
| aty | Karen B. Dine | Katten Muchin Roseman LLP | 575 Madison Avenue | New York, NY 10022−2585 | |
| aty | Kevin M. Capuzzi | Benesch Friedlander Coplan & Aronoff LLP | 222 Delaware Avenue, Suite 801 | Wilmington, DE 19801−1611 | |
| aty | L. Katherine Good | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500   Wilmington, DE 19801 | |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor | Wilmington, DE 19801 | |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street | Suite 1110   Wilmington, DE 19801 |
| aty | Mark S. Kenney | Office of the U.S. Trustee | 844 King Street, Suite 2207 | Lockbox 35   Wilmington, DE 19801 | |
| aty | Michael J Riela | Vedder Price P.C. | 1633 Broadway | 47th Floor | New York, NY 10019 |
| aty | Michael R. Lastowski | Duane Morris LLP | 1100 North Market Street, Suite 1200 | Wilmington, DE 19801−1246 | |
| aty | Peter J. Keane | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street, 17th Floor | Wilmington, DE 19801 | |
| aty | Selinda A. Melnik | 919 N. Market Street | Suite 1500 | Wilmington, DE 19801 | |
| aty | Susheel Kirpalani | Quinn Emanuel Urquhart Oliver Hedges LLP | 51 Madison Avenue | 22nd Floor   New York, NY 10010 | |
| aty | Susheel Kirpalani | Quinn Emanuel Urquhart Oliver Hedges LLP | 51 Madison Avenue, 22nd Floor | New York, NY 10010 | |
| aty | Timothy E Hoeffner | DLA Piper LLP | One Liberty Place | 1650 Market Street | Suite 4900   Philadelphia, PA 19103 |
| aty | Weston T. Eguchi | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | |
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street   Suite 1110   Wilmington, DE 19801 | |
| | Sameer Advani | 787 Seventh Ave | New York, NY 10019 | | |
| | Andrew Hanrahan | 787 Seventh Avenue | New York, NY 10019 | | |
| | David Crichlow | 575 Madison Ave | New York, NY 10022 | | |
| | Brad Kahn | One Bryant Park | New York, NY 10036 | | |
| | David Botter | One Bryant Park | New York, NY 10036 | | |
| | Fred Hodara | One Bryant Park | New York, NY 10036 | | |
| | Atara Miller | 1 Chase Manhattan Plaza | New York, NY 10005 | | |
| | Andrew Leblanc | 1 Chase Manhattan Plaza | New York, NY 10005 | | |
| | Albert Pisa | 1 Chase Manhattan Plaza | New York, NY 10005 | | |
| | Dennis Dunne | 1 Chase Manhattan Plaza | New York, NY 10005 | | |
| | Lisa Schweitzer | One Liberty Plaza | New York, NY 10006 | | |
| | Jeffrey Rosenthal | One LIbery Plaza | New York, NY 10006 | | |

TOTAL: 42