# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONSTELLATION TECHNOLOGIES LLC,<br><br>*Plaintiff*<br><br>vs.<br><br>TIME WARNER CABLE INC. and<br>TIME WARNER CABLE ENTERPRISES LLC,<br><br>*Defendants* | Civil Action No. 2:13-CV-1079-RSP |

**ORDER GRANTING
JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Before the Court is the Joint Motion by Plaintiff Constellation Technologies LLC ("Constellation"), Defendants Time Warner Cable Inc. and Time Warner Cable Enterprises LLC ("TWC"), and Counterclaim-Defendant Rockstar Consortium US LP ("Rockstar") requesting that all deadlines in Civil Action No. 2:13-CV-1079-RSP (the "Lead Case") be stayed as to Time Warner for forty-five (45) days while a Term Sheet resolving all matters in controversy between them is reduced to a definitive agreement and dismissal documents. Based on the motion, the grounds set forth therein, and the agreement of the moving parties, the Court finds good cause has been established and the Joint Motion should be and hereby is GRANTED.  It is therefore ORDERED that the proceedings and deadlines between the

moving parties are stayed through and including December 29, 2014.  If dismissal papers are not filed by January 5, 2015, counsel for the parties to the Motion are ORDERED to appear on January 6, 2015 at 9:00 for a status conference.

**SIGNED this 20th day of November, 2014.**

	ROY S. PAYNE
	UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Monday, November 17, 2014 12:13 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:13-cv-02020-SLR-SRF Bockstar Technologies LLC v. Cisco Systems Inc. SO ORDERED |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

## District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 11/17/2014 at 3:13 PM EST and filed on 11/17/2014
**Case Name:**       Bockstar Technologies LLC v. Cisco Systems Inc.
**Case Number:**   [1:13-cv-02020-SLR-SRF](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SO ORDERED, re (70 in 1:14-cv-00114-SLR, 92 in 1:14-cv-00055-SLR, 114 in 1:13-cv-02020-SLR-SRF) Stipulation and Order for Temporary Stay filed by Constellation Technologies LLC, Rockstar Consortium US LP. Signed by Judge Sue L. Robinson on 11/17/2014. Associated Cases: 1:13-cv-02020-SLR-SRF, 1:14-cv-00055-SLR, 1:14-cv-00114-SLR(fms)**

**Case Name:**       Charter Communications Inc. et al v. Rockstar Consortium US LP et al
**Case Number:**   [1:14-cv-00055-SLR](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SO ORDERED, re (70 in 1:14-cv-00114-SLR, 92 in 1:14-cv-00055-SLR, 114 in 1:13-cv-02020-SLR-SRF) Stipulation and Order for Temporary Stay filed by Constellation Technologies LLC, Rockstar Consortium US LP. Signed by Judge Sue L. Robinson on 11/17/2014. Associated Cases: 1:13-cv-02020-SLR-SRF, 1:14-cv-00055-SLR, 1:14-cv-00114-SLR(fms)**

**Case Name:**       Arris Group Inc. et al v. Constellation Technologies LLC et al
**Case Number:**   [1:14-cv-00114-SLR](#)

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**SO ORDERED, re (70 in 1:14-cv-00114-SLR, 92 in 1:14-cv-00055-SLR, 114 in 1:13-cv-02020-SLR-SRF) Stipulation and Order for Temporary Stay filed by Constellation Technologies LLC, Rockstar Consortium US LP. Signed by Judge Sue L. Robinson on 11/17/2014. Associated Cases: 1:13-cv-02020-SLR-SRF, 1:14-cv-00055-SLR, 1:14-cv-00114-SLR(fms)**

**1:13-cv-02020-SLR-SRF Notice has been electronically mailed to:**

Jack B. Blumenfeld     jbbefiling@mnat.com

Adam Wyatt Poff     apoff@ycst.com, corpcal@ycst.com, corporate@ycst.com

Brian E. Farnan     bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Jason G. Sheasby     jsheasby@irell.com, mdonovan@irell.com

Monte Terrell Squire     msquire@ycst.com, corpcal@ycst.com, corporate@ycst.com

Joseph James Bellew     jbellew@cozen.com, cyazidjian@cozen.com

Thomas C. Werner     twerner@irell.com

Michael P. Stadnick     mstadnick@desmaraisllp.com

Jonas R. McDavit     jmcdavit@desmaraisllp.com, ecfalerts@desmaraisllp.com

John M. Desmarais     jdesmarais@desmaraisllp.com, ecfalerts@desmaraisllp.com

Ameet A. Modi     amodi@desmaraisllp.com, ecfalerts@desmaraisllp.com

Melissa R. McCormick     mmccormick@irell.com

Joseph M. Lipner     jlipner@irell.com, csilver@irell.com

Karim Z. Oussayef     koussayef@desmaraisllp.com

Philip A. Irwin     pirwin@cov.com

Gregory J. Brodzik     gbrodzik@ycst.com

Winslow B. Taub     wtaub@cov.com, khovey@cov.com

Robert D. Fram     rfram@cov.com, echiulos@cov.com

Edward B. Terchunian     eterchunian@desmaraisllp.com

Alex Henriques     ahenriques@desmaraisllp.com, ecfalerts@desmaraisllp.com

Dustin Guzior     dguzior@desmaraisllp.com, ecfalerts@desmaraisllp.com

Scott Schrader     sschrader@cov.com

Nathan E. Shafroth     nshafroth@cov.com, ncutright@cov.com

Zachary T. Elsea     zelsea@irell.com

Ellisen S. Turner     eturner@irell.com

**1:13-cv-02020-SLR-SRF Filer will deliver document by other means to:**

**1:14-cv-00055-SLR Notice has been electronically mailed to:**

Rodger Dallery Smith, II     rdsefiling@mnat.com, rsmith@mnat.com

Adam Wyatt Poff (Terminated)     apoff@ycst.com, corpcal@ycst.com, corporate@ycst.com

Brian E. Farnan     bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Jason G. Sheasby     jsheasby@irell.com, mdonovan@irell.com

Richard L. Brophy     rbrophy@armstrongteasdale.com

Thomas C. Werner     twerner@irell.com

Jeremy A. Tigan     jtigan@mnat.com

Michael P. Stadnick     mstadnick@desmaraisllp.com

Jonas R. McDavit     jmcdavit@desmaraisllp.com, ecfalerts@desmaraisllp.com

John R. Labbe     jlabbe@marshallip.com, mgbecf@marshallip.com

John M. Desmarais     jdesmarais@desmaraisllp.com, ecfalerts@desmaraisllp.com

Ameet A. Modi     amodi@desmaraisllp.com, ecfalerts@desmaraisllp.com

Melissa R. McCormick     mmccormick@irell.com

Joseph M. Lipner     jlipner@irell.com, csilver@irell.com

Karim Z. Oussayef     koussayef@desmaraisllp.com

Thomas L. Duston     tduston@marshallip.com, mgbecf@marshallip.com

Benjamin T. Horton     bhorton@marshallip.com, jdaly@marshallip.com

Charles W. Steese     csteese@armstrongteasdale.com, tdavidson@armstrongteasdale.com

Mark A. Thomas     mathomas@armstrongteasdale.com

Ijay Palansky     ipalansky@armstrongteasdale.com, tdavidson@armstrongteasdale.com

Edward B. Terchunian     eterchunian@desmaraisllp.com

Alex Henriques     ahenriques@desmaraisllp.com, ecfalerts@desmaraisllp.com

Dustin Guzior     dguzior@desmaraisllp.com, ecfalerts@desmaraisllp.com

Jennifer E. Hoekel     jhoekel@armstrongteasdale.com, mharris@armstrongteasdale.com

William Ray Price, Jr     wprice@armstrongteasdale.com, jasullivan@armstrongteasdale.com

Zachary T. Elsea     zelsea@irell.com

Ellisen S. Turner     eturner@irell.com

**1:14-cv-00055-SLR Filer will deliver document by other means to:**

**1:14-cv-00114-SLR Notice has been electronically mailed to:**

Jack B. Blumenfeld     jbbefiling@mnat.com

Maryellen Noreika     menefiling@mnat.com

Brian E. Farnan     bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Jason G. Sheasby     jsheasby@irell.com, mdonovan@irell.com

Scott T. Weingaertner     sweingaertner@kslaw.com, rblake@kslaw.com

Thomas C. Werner     twerner@irell.com

Michael P. Stadnick     mstadnick@desmaraisllp.com

Jonas R. McDavit     jmcdavit@desmaraisllp.com, ecfalerts@desmaraisllp.com

John M. Desmarais     jdesmarais@desmaraisllp.com, ecfalerts@desmaraisllp.com

Ameet A. Modi     amodi@desmaraisllp.com, ecfalerts@desmaraisllp.com

Melissa R. McCormick     mmccormick@irell.com

Joseph M. Lipner     jlipner@irell.com, csilver@irell.com

Karim Z. Oussayef     koussayef@desmaraisllp.com

Edward B. Terchunian     eterchunian@desmaraisllp.com

Alex Henriques     ahenriques@desmaraisllp.com, ecfalerts@desmaraisllp.com

Dustin Guzior    dguzior@desmaraisllp.com, ecfalerts@desmaraisllp.com

Alex R. Yacoub    ayacoub@kslaw.com

Zachary T. Elsea    zelsea@irell.com

Ellisen S. Turner    eturner@irell.com

**1:14-cv-00114-SLR Filer will deliver document by other means to:**

| | |
|---|---|
| From: | ECF-CAND@cand.uscourts.gov |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 4:13-cv-05933-CW Google Inc. v. Rockstar Consortium US LP et al Order on Motion to Stay |
| Date: | Tuesday, November 25, 2014 11:04:13 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court

# California Northern District

### Notice of Electronic Filing

The following transaction was entered on 11/25/2014 at 9:03 AM PST and filed on 11/25/2014

**Case Name:**  Google Inc. v. Rockstar Consortium US LP et al
**Case Number:**  4:13-cv-05933-CW
**Filer:**
**Document Number:** 144(No document attached)

### Docket Text:
**Order granting [143] Motion to Stay entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.)**

**4:13-cv-05933-CW Notice has been electronically mailed to:**

**Ashley Nicole Farris Moore**     amoore@mckoolsmith.com

**Charles Kramer Verhoeven**     charlesverhoeven@quinnemanuel.com, alicemckinley@quinnemanuel.com

**Courtland Lewis Reichman**     creichman@mckoolsmith.com, cmay@mckoolsmith.com, jmyers@mckoolsmith.com, lbone@mckoolsmith.com, nmacdonald@mckoolsmith.com

**David Eiseman , IV**     davideiseman@quinnemanuel.com, lorenaalfaro@quinnemanuel.com

**David Sochia**     dsochia@mckoolsmith.com, jmow@mckoolsmith.com

**Douglas A. Cawley**     dcawley@mckoolsmith.com

**Erik Christopher Olson**     eolson@fbm.com, calendar@fbm.com, shunt@fbm.com

**Eugene Y. Mar**     emar@fbm.com, calendar@fbm.com, mclaros@fbm.com

**Jason L Liu**     jasonliu@quinnemanuel.com

**Jordan Ross Jaffe**     jordanjaffe@quinnemanuel.com

**Joshua T. Morris**     jmorris@mckoolsmith.com

**Joshua Wright Budwin**     jbudwin@mckoolsmith.com, aboals@mckoolsmith.com, amorris@mckoolsmith.com, kchambers@mckoolsmith.com, lbone@mckoolsmith.com, vmerideth@mckoolsmith.com

**Kathy Hsinjung Li**     kli@mckoolsmith.com, dphillips@mckoolsmith.com

**Kristin J. Madigan**     kristinmadigan@quinnemanuel.com, amberburns@quinnemanuel.com, calendar@quinnemanuel.com

**Lindsay Cooper**     lindsaycooper@quinnemanuel.com

**Matthew Cannon**     matthewcannon@quinnemanuel.com

**Matthew S. Warren**     matt@courtpapers.warrenlex.com

**Mike McKool**     mmckool@mckoolsmith.com, sbovine@mckoolsmith.com

**Mitchell Reed Sibley**     msibley@mckoolsmith.com

**Nicholas Michael Mathews**     nmathews@mckoolsmith.com

**Patrick Daniel Curran**     patrickcurran@quinnemanuel.com, justinemanzano@quinnemanuel.com

**Richard Alan Kamprath**     rkamprath@mckoolsmith.com

**Roderick Manley Thompson**     rthompson@fbm.com, adugan@fbm.com, calendar@fbm.com

**Theodore Stevenson , III**     tstevenson@mckoolsmith.com

**Victoria F. Maroulis**     victoriamaroulis@quinnemanuel.com, rachelaripez@quinnemanuel.com

**Warren Henry Lipschitz**     wlipschitz@mckoolsmith.com

**4:13-cv-05933-CW Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**GOOGLE INC.,**<br><br>    **Defendant.** | Case No. 2:13-cv-00893-JRG-RSP |

## ORDER REGARDING UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Based on Rockstar's unopposed motion to stay, the Court hereby GRANTS the Motion and STAYS the case, including all deadlines, until December 29, 2014, at which time the parties shall file a joint statement including a status report. This ruling is without prejudice to the parties' ability to request further changes to the schedule and/or trial date at a later time.

**SIGNED this 19th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE