# EXHIBIT 3

| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **Sent:** | Wednesday, December 31, 2014 12:14 PM |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 2:13-cv-01079-RSP Constellation Technologies LLC v. Time Warner Cable Inc et al Sealed Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Eastern District of TEXAS**

### Notice of Electronic Filing

The following transaction was entered by Gillam, Harry on 12/31/2014 at 2:13 PM CST and filed on 12/31/2014

| | |
|---|---|
| **Case Name:** | Constellation Technologies LLC v. Time Warner Cable Inc et al |
| **Case Number:** | [2:13-cv-01079-RSP](#) |
| **Filer:** | Constellation Technologies LLC |
| | Windstream Communications Inc |
| | Windstream Corporation |
| | Windstream Holdings Inc |

**Document Number:** 160

**Docket Text:**
**Joint SEALED MOTION *FOR EXTENSION OF STAY PENDING TRANSACTION CLOSING AND REGULATORY REVIEW* by Constellation Technologies LLC, Windstream Communications Inc, Windstream Corporation, Windstream Holdings Inc. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Text of Proposed Order)(Gillam, Harry)**


**2:13-cv-01079-RSP Notice has been electronically mailed to:**

Allen Franklin Gardner    allengardner@potterminton.com, nicolewinningham@potterminton.com

Ameet A Modi    amodi@desmaraisllp.com, ecfalerts@desmaraisllp.com

Amit Agarwal    aagarwal@irell.com

Benjamin W Hattenbach    bhattenbach@irell.com

Brett Christopher Govett    brett.govett@nortonrosefulbright.com, ann.franklin@nortonrosefulbright.com, sheila.hill@nortonrosefulbright.com

Daniel Reisner    dreisner@kayescholer.com, maoedtx@kayescholer.com

Daniel S Leventhal    daniel.leventhal@nortonrosefulbright.com, annette.devereux@nortonrosefulbright.com

David S Benyacar    david.benyacar@kayescholer.com, maoedtx@kayescholer.com

Dustin Guzior    dguzior@desmaraisllp.com

Edward Terchunian    eterchunian@desmaraisllp.com, ecfalerts@desmaraisllp.com

Ellisen S Turner    eturner@irell.com

Eric Brinn Hall    ehall@fulbright.com, adevereux@fulbright.com, bcobb@fulbright.com, sharmin.birader@nortonrosefulbright.com

Harry Lee Gillam , Jr    gil@gillamsmithlaw.com, ecfnotices.gsl@gmail.com, gsl.office@gillamsmithlaw.com, wendy@gillamsmithlaw.com, wrlamb@gillamsmithlaw.com

Hong Annita Zhong    hzhong@irell.com

James A Milkey    jmilkey@irell.com

Jason G Sheasby    jsheasby@irell.com, mdonovan@irell.com

John M Desmarais    jdesmarais@desmaraisllp.com, ecfalerts@desmaraisllp.com, ecfnotices@desmaraisllp.com, jemden@desmaraisllp.com

Jonas R McDavit    jmcdavit@desmaraisllp.com, rharrits@desmaraisllp.com

Karim Z Oussayef    koussayef@desmaraisllp.com, ahenriques@desmaraisllp.com, ecfalerts@desmaraisllp.com

Michael Bechtel Regitz    mike.regitz@nortonrosefulbright.com, sheila.hill@nortonrosefulbright.com

Michael E Jones    mikejones@potterminton.com, jovallery@potterminton.com

Michael P Stadnick    mstadnick@desmaraisllp.com, gbrons@desmaraisllp.com, jemden@desmaraisllp.com

Paul A Bondor    pbondor@desmaraisllp.com, ecfalerts@desmaraisllp.com

Paul Isaac Margulies    paul.margulies@kayescholer.com, donna.baker@kayescholer.com

Richard Samson Krumholz    richard.krumholz@nortonrosefulbright.com, beau.cox@nortonrosefulbright.com, judy.burns@nortonrosefulbright.com

Robert C Harrits    rharrits@desmaraisllp.com

Robert Christopher Bunt     rcbunt@pbatyler.com, dattaway@pbatyler.com

Robert W Faulkner     rfaulkner@jamsadr.com

Tamir Packin     tpackin@desmaraisllp.com, ecfalerts@desmaraisllp.com, gbrons@desmaraisllp.com

Thomas C Werner     twerner@irell.com

Waheed U Khan     waheed.khan@nortonrosefulbright.com, sheila.hill@nortonrosefulbright.com

Zachary Truman Elsea     zelsea@irell.com, cmcintyre@irell.com, ewong@irell.com, mdonovan@irell.com, mtakagaki@irell.com

**2:13-cv-01079-RSP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=12/31/2014] [FileNumber=9331245-0] [760af57f087983c4a02dd7c89e883fcb32a1c58b729c082c9cff349250a2268921b90cd5ff70070d9e675ed58a5beba760bc7d93e358e072e3004059cc41c535]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=12/31/2014] [FileNumber=9331245-1] [91196fe07b24cfdc2684118cf5dc90042334e002b654fec7d77e5279c29b859525d3e1588206974b26775f1a58893606949d0a32669fb83b645f8b9b8b27cbba]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=12/31/2014] [FileNumber=9331245-2] [0e3ab7e3adff3849c27a1d01c8b3611793e166a4446465905fbafb1cfe97fdbc96c5de0998f9d298ec28b4ff04227657fb45f0260b9248d79c7ac185c3f76ee4]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=12/31/2014] [FileNumber=9331245-3] [bd981e9f3ed5c872f52c54a4f2e9b98eb248b9ef2e1c4fcc032b4f6fffa4d8e60e5f1fcf7c20d481267e5d14fda1e2a9faed0d2af60c1a92f4cc5db64aa0e44f]]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOCKSTAR TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff and Counterclaim-Defendant, ) <br> ) <br> v. ) <br> ) <br> ) <br> CISCO SYSTEMS, INC., ) <br> ) <br> ) <br> Defendant and Counterclaim-Plaintiff. ) <br> ) | Civil Action No. 13-cv-2020-SLR <br><br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER FOR TEMPORARY STAY

On November 17, 2014, at the request of Bockstar Technologies LLC ("Bockstar") and Cisco Systems Inc. ("Cisco"), the Court ordered a 45-day stay of all deadlines scheduled to occur before or on December 27, 2014, as to Plaintiff Bockstar's patent infringement claims against Defendant Cisco and Cisco's defenses and counterclaims against Bockstar in Civil Action No. 13-cv-2020-SLR (the "Original Case"), pending reduction of a binding term sheet to a definitive agreement settling all matters in controversy between Bockstar and Cisco and dismissing their claims and counterclaims against each other.

Bockstar and Cisco now report that an agreement was executed that will settle all matters in controversy between them (the "Agreement"), pending close of the transactions contemplated by the Agreement. Accordingly, Bockstar and Cisco jointly request that the Court stay the deadlines in the Original Case for an additional eighty (80) days while the parties to the Agreement obtain regulatory approvals and fulfill other customary conditions prerequisite to closing.

THEREFORE, Bockstar and Cisco HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that all deadlines stayed in the Court's November 17, 2014 Order, as well

as any other deadlines scheduled to occur before or on March 19, 2015 in the Original Case are stayed.

To the extent necessary, Bockstar and Cisco shall meet and confer after the expiration of the 80-day stay period to establish new dates for these and any subsequent deadlines.

Dated: December 29, 2014

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Gregory J. Brodzik* | */s/ Rodger D. Smith II* |
| Adam W. Poff (No. 3990) | Jack B. Blumenfeld (No. 1014) |
| Monté T. Squire (No. 4764) | Rodger D. Smith II (No. 3778) |
| Gregory J. Brodzik (No. 5722) | 1201 North Market Street |
| Rodney Square | P.O. Box 1347 |
| 1000 North King Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 571-6600 | jblumenfeld@mnat.com |
| apoff@ycst.com | rsmith@mnat.com |
| msquire@ycst.com | |
| gbrodzik@ycst.com | *Attorneys for Defendant* |
| | *Cisco Systems, Inc.* |
| *Attorneys for Plaintiff* | |
| *Bockstar Technologies LLC* | |

IT IS SO ORDERED, this ___ day of _____, 2014.

_____
The Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-2020 (SLR) |
| | ) | |
| CONSTELLATION TECHNOLOGIES LLC, et al., | ) | (Licensing Counterclaims Only) |
| | ) | |
| Counterclaim-Defendants. | ) | |
| CHARTER COMMUNICATIONS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-055 (SLR) |
| | ) | |
| ROCKSTAR CONSORTIUM US LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ARRIS GROUP, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-114 (SLR) |
| | ) | |
| CONSTELLATION TECHNOLOGIES LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR TEMPORARY STAY**

On November 17, 2014, at the request of Counterclaim-Plaintiff Cisco Systems, Inc. ("Cisco"); Plaintiffs Arris Group, Inc., Arris Enterprises, Inc., Arris Solutions, Inc., and General Instrument Corporation ("Arris"); Charter Communications Inc., WOW! Internet, Cable & Phone, Knology Inc., Suddenlink Communications, and Cable One Inc. ("Cable Service Providers"); and Defendants Constellation Technologies LLC ("Constellation") and Rockstar

Consortium US LP ("Rockstar"), the Court ordered a 45-day stay of all deadlines scheduled to occur before or on December 27, 2014, pending reduction of a binding term sheet to a definitive agreement settling all matters in controversy among Cisco, Arris, the Cable Service Providers, Constellation, and Rockstar.

Cisco, Arris, the Cable Service Providers, Constellation, and Rockstar now report that an agreement was executed that will settle all matters in controversy between them (the "Agreement"), pending close of the transactions contemplated by the Agreement. Accordingly, Cisco, Arris, the Cable Service Providers, Constellation, and Rockstar jointly request that the Court stay the deadlines for an additional eighty (80) days while the parties to the Agreement obtain regulatory approvals and fulfill other customary conditions prerequisite to closing.

THEREFORE, Cisco, Arris, the Cable Service Providers, Constellation, and Rockstar HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that all deadlines stayed in the Court's November 17, 2014 Order, as well as any other deadlines scheduled to occur before or on March 19, 2015 are stayed.

To the extent necessary, the Cisco, Arris, the Cable Service Providers, Constellation, and Rockstar shall meet and confer after the expiration of the 80-day stay period to establish new dates for these and any subsequent deadlines.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| */s/ Rodger D. Smith II* | */s/ Brian E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | Brian E. Farnan (#4089)<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Rockstar Consortium US LP and Constellation Technologies LLC* |

*Attorneys for Cisco Systems, Inc., Charter Communications, Inc., Cable One, Inc., ARRIS Group, Inc., ARRIS Enterprises, Inc., ARRIS Solutions, Inc., General Instrument Corporation, WideOpenWest Finance LLC a/k/a WOW! Internet, Cable & Phone and Knology, Inc., and Cequel Communications, LLC d/b/a Suddenlink Communications*

December 30, 2014

    IT IS SO ORDERED, this ___ day of _____, 2014.

                                              The Honorable Sue L. Robinson

3

1 | Courtland L. Reichman
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive Suite 510
2 | Redwood Shores, CA 94065
(650) 394-1400
3 | (650) 394-1422 (facsimile)

4 | Mike McKool (Admitted Pro Hac Vice)
mmckool@McKoolSmith.com
5 | Douglas A. Cawley (Admitted Pro Hac Vice)
dcawley@McKoolSmith.com
6 | Ted Stevenson III (Admitted Pro Hac Vice)
tstevenson@McKoolSmith.com
7 | David Sochia (Admitted Pro Hac Vice)
dsochia@McKoolSmith.com
8 | 300 Crescent Court, Suite 1500
Dallas, TX 75201
9 | (214) 978-4000
(214) 978-4044 (facsimile)
10
Joshua W. Budwin (Admitted Pro Hac Vice)
11 | jbudwin@McKoolSmith.com
300 W. 6th Street, Suite 1700
12 | Austin, TX 78701
(512) 692-8700
13 | (512) 692-8744 (facsimile)

14 | *Attorneys for Defendants Rockstar Consortium
U.S. LP and MobileStar Technologies LLC*

15

16 UNITED STATES DISTRICT COURT

17 NORTHERN DISTRICT OF CALIFORNIA

18 OAKLAND DIVISION

19

| | |
|---|---|
| 20 GOOGLE INC., | CASE NO. 13-cv-5933-CW |
| 21 Plaintiff, | **SECOND UNOPPOSED MOTION TO STAY CASE** |
| 22 v. | |
| 23 ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC, | |
| 24 Defendants. | |

Defendants Rockstar Consortium US LP and MobileStar Technologies LLC ("Rockstar") request that the Court order that all deadlines in this case be stayed an additional 80 days.  On November 25, 2014, the Court granted Rockstar's Corrected Unopposed Motion to Stay Case (Dkt. 143) in its Order (Dkt. 144).  RPX Corporation ("RPX") has agreed to purchase the patents-in-suit.  *See, e.g.,* Ex. 1 ("Rockstar Consortium Inc. has agreed to sell more than 4,000 patents to San Francisco-based RPX Corp., a patent clearinghouse that helps companies protect themselves from patent lawsuits.  The deal will put an end to several high-profile lawsuits filed by Rockstar against companies that make phones powered by the Android operating system."); Ex. 2 (reporting that "[t]he sale consists of the more than 4,000 patents still owned by Rockstar Consortium," and that "[t]he deal puts an end to litigation started last year by Rockstar against several handset manufacturers whose phones operate on Google Inc's Android operating system…").  RPX and Respondents are actively working to close the agreed-upon transaction, which is currently in escrow.  *See* Ex. 3 (describing escrow).  The requested extension of time will facilitate that process.  An additional 80-day stay is warranted due to the complexity of the agreed-upon transaction.  Accordingly, Rockstar requests that the Court stay all deadlines until March 26, 2015.

In the event the stay is lifted, the Parties agree to work together in good faith to submit a proposed revised case schedule.

| | | |
|---|---|---|
| 1 | DATED: December 31, 2014 | Respectfully submitted, |
| 2 | | McKOOL SMITH HENNIGAN, P.C. |
| 3 | | By /s/ Joshua W. Budwin |

MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive Suite 510
Redwood Shores, CA 94065
(650) 394-1400
(650) 394-1422 (facsimile)

Mike McKool (Admitted Pro Hac Vice)
mmckool@McKoolSmith.com
Douglas A. Cawley (Admitted Pro Hac Vice)
dcawley@McKoolSmith.com
Ted Stevenson III (Admitted Pro Hac Vice)
tstevenson@McKoolSmith.com
David Sochia (Admitted Pro Hac Vice)
dsochia@McKoolSmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (facsimile)

Joshua W. Budwin (Admitted Pro Hac Vice)
jbudwin@McKoolSmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700
(512) 692-8744 (facsimile)

*Attorneys for Rockstar Consortium US LP and MobileStar Technologies LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 31, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Joshua W. Budwin*
Joshua W. Budwin

| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **Sent:** | Monday, December 29, 2014 8:14 PM |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 2:13-cv-00893-JRG-RSP Rockstar Consortium US LP et al v. Google Inc Sealed Document |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Eastern District of TEXAS**

## Notice of Electronic Filing

The following transaction was entered by Nelson, Justin on 12/29/2014 at 10:14 PM CST and filed on 12/29/2014

**Case Name:**     Rockstar Consortium US LP et al v. Google Inc
**Case Number:**   2:13-cv-00893-JRG-RSP
**Filer:**
**Document Number:** 291

**Docket Text:**
**Sealed Joint Status Report and Request to Extend Stay Pending Finalization of Settlement (Nelson, Justin)**


**2:13-cv-00893-JRG-RSP Notice has been electronically mailed to:**

Alexander Lyle Kaplan     akaplan@susmangodfrey.com, kwhite@susmangodfrey.com

Amanda Bonn     abonn@susmangodfrey.com, hdanielson@susmangodfrey.com

Andrea Pallios Roberts     andreaproberts@quinnemanuel.com, josephleroy@quinnemanuel.com, lanceyang@quinnemanuel.com, patriciareilly@quinnemanuel.com

Andy Tindel     atindel@andytindel.com, speterson@andytindel.com

Antonio Sistos     antoniosistos@quinnemanuel.com, demeschaking@quinnemanuel.com, terririvers@quinnemanuel.com

Carl G Anderson     carlanderson@quinnemanuel.com, deniseharmon@quinnemanuel.com, joannaevans@quinnemanuel.com, KateBearman@quinnemanuel.com

Charles Kramer Verhoeven     charlesverhoeven@quinnemanuel.com, rhodapiland@quinnemanuel.com

Claire Abernathy Henry     claire@wsfirm.com, ak@wsfirm.com, wbc@wsfirm.com

David Folsom     dfolsom@jw.com, smontgomery@jw.com

David Keyzer     david@keyzerlaw.com

David A Perlson     davidperlson@quinnemanuel.com, calendar@quinnemanuel.com, dawnsiadatan@quinnemanuel.com, jessicaperlman@quinnemanuel.com

Daymon Jeffrey Rambin     jrambin@capshawlaw.com, ccapshaw@capshawlaw.com, ederieux@capshawlaw.com, hpeterson@capshawlaw.com, mbaker@capshawlaw.com, rhurse@capshawlaw.com

Deron R Dacus     ddacus@dacusfirm.com, dadams@dacusfirm.com, evanderburg@dacusfirm.com

Elizabeth L DeRieux     ederieux@capshawlaw.com, ccapshaw@capshawlaw.com, hpeterson@capshawlaw.com, jrambin@capshawlaw.com, mbaker@capshawlaw.com, rhurse@capshawlaw.com

Erik C Olson     eolson@fbm.com, calendar@fbm.com, shunt@fbm.com

Eugene Y Mar     emar@fbm.com, calendar@fbm.com, mclaros@fbm.com

Gregory Blake Thompson     blake@themannfirm.com, cdoerge@themannfirm.com, ma@themannfirm.com

James Mark Mann     mark@themannfirm.com, blake@themannfirm.com, cdoerge@themannfirm.com

John Pierre Lahad     jlahad@susmangodfrey.com, klok@susmangodfrey.com

Justin Adatto Nelson     jnelson@susmangodfrey.com, sschulze@susmangodfrey.com, tdenio@susmangodfrey.com

Kristin Malone     kmalone@susmangodfrey.com, ahightower@susmangodfrey.com

Lance Lin Yang     lanceyang@quinnemanuel.com, dinacomaduran@quinnemanuel.com

Mark M Supko     msupko@crowell.com, janastasia@crowell.com, lnoyola@crowell.com, ttucker@crowell.com

Max Lalon Tribble , Jr     mtribble@susmangodfrey.com, sschulze@susmangodfrey.com, tadkins@susmangodfrey.com

Meng Xi     mxi@susmangodfrey.com, eball@susmangodfrey.com

Michelle L Ernst     michelleernst@quinnemanuel.com

Parker C Folse , III     pfolse@susmangodfrey.com, jgrounds@susmangodfrey.com

Paul B Keller     paul.keller@allenovery.com, kurt.vellek@allenovery.com

Robert B Wilson     robertwilson@quinnemanuel.com

Roderick M Thompson     rthompson@fbm.com, adugan@fbm.com, calendar@fbm.com

Sam Stake     samstake@quinnemanuel.com

Sean S Pak     seanpak@quinnemanuel.com, susanneglobig@quinnemanuel.com

Shawn Daniel Blackburn     sblackburn@susmangodfrey.com, pwallace@susmangodfrey.com

Sidney Calvin Capshaw , III     ccapshaw@capshawlaw.com, , hpeterson@capshawlaw.com, jrambin@capshawlaw.com, mbaker@capshawlaw.com, rhurse@capshawlaw.com

Thomas John Ward , Jr     jw@wsfirm.com, ak@wsfirm.com, wbc@wsfirm.com

**2:13-cv-00893-JRG-RSP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=12/29/2014] [FileNumber=9328589-0] [98dfd73f9464077a221543fe8de7af5d6255335889f9909a32ed64e300bfc689f9 105d7b97074edc0ebb625037e0e85e297f25cd5cb64b892e2dff5ebb16da12]]