**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,<br><br>                     Debtors | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>Re: D.I. 14906<br>**Hearing Date: Feb. 3, 2015 at 10:00 a.m.**<br>**Response Deadline: Jan. 23, 2015 at 4:00 p.m.** |

**NOTICE OF MOTION OF THIRD PARTY ROCKSTAR FOR**
**PARTIAL STAY OF DISCOVERY PROTOCOL**

      PLEASE TAKE NOTICE that, Third party Rockstar Consortium US LP ("Movant"), by and through their undersigned counsel, has filed **MOTION OF THIRD PARTY ROCKSTAR FOR PARTIAL STAY OF DISCOVERY PROTOCOL** ("Motion"), which seeks the entry of an order partially staying certain aspects of the December 8, 2014 Order Approving Second Discovery Protocol In Connection With Order Extending Automatic Stay And Regulating Third Party Discovery.

      HEARING ON THE MOTION WILL BE HELD ON **February 3, 2015 at 10:00 A.M.** BEFORE THE HONORABLE KEVIN GROSS IN COURTROOM 3, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, WILMINGTON, DELAWARE.

      PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. on January 23, 2015.**

      At the same time, you must also serve a copy of the response on the Movant's attorneys:

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Brian E. Farnan<br>Michael J. Farnan<br>Farnan LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Ellisen S. Turner<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>eturner@irell.com |

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 2, 2015 | Respectfully submitted, |
| | FARNAN LLP |
| | */s/ Brian E. Farnan* |
| | Joseph J. Farnan, Jr. (#100245) |
| | Brian E. Farnan (#4089) |
| | Michael J. Farnan (#5165) |
| | 919 North Market Street, 12th Floor |
| | Wilmington, DE  19801 |
| | Telephone: (302) 777-0300 |
| | Facsimile: (302) 777-0301 |
| | farnan@farnanlaw.com |
| | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |
| | IRELL & MANELLA LLP |
| | Ellisen S. Turner (admitted *pro hac vice*) |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, California  90067 |
| | Telephone: (310) 277-1010 |
| | Facsimile:  (310) 203-7199 |
| | eturner@irell.com |
| | *Attorneys for Rockstar Consortium US LP* |