IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,<br><br>　　　　　　　Debtors | )<br>)<br>) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>) Jointly Administered<br>)<br>) Re: D.I. 14906,<br>) |

## [PROPOSED] ORDER

Having duly considered the Motion Of Third Party Rockstar For Partial Stay Of Discovery Protocol (the "Motion"), for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Paragraph 5 of the December 8, 2014 Order Approving Second Discovery Protocol In Connection With Order Extending Automatic Stay And Regulating Third Party Discovery (D.I. 14906) is hereby stayed solely with respect to Rockstar until the earlier of the conclusion of the RPX Transaction or eighty (80) days from the entry of this Order.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Kevin Gross