IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., *et al.*, ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket No. 14931** |
| ) | |

**CERTIFICATION OF
NO OBJECTION REGARDING DOCKET NO. 14931**

On December 12, 2014, Benesch, Friedlander, Coplan & Aronoff, LLP (the "Applicant"), filed its Thirty-Third Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From November 1, 2014 Through November 30, 2014 (the "Application"). Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than January 1, 2015, at 4:00 p.m. (ET). The undersigned hereby certifies that she has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the Debtors are authorized to pay Applicant $21,130.00, which represents 80% of the fees requested, and $393.22, which represents 100% of the expenses requested in the Application

8399538 v1

upon filing this Certification of No Objection and without the need for entry of a Court order approving Application.

| | |
|---|---|
| Dated: January 5, 2015 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |

                              By:   */s/ Jennifer R. Hoover*
                                       Jennifer R. Hoover, Esquire (No. 5111)
                                       222 Delaware Avenue, Suite 801
                                       Wilmington, DE 19801
                                       Telephone: (302) 442-7006
                                       Facsimile: (302) 442-7012
                                       jhoover@beneschlaw.com

                                       *Special Litigation Counsel to the Debtors*