IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 14961-14963, 14970-14976, 14984-14989, 15001-15008** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 5, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse
Kimberly Murray Cruse

Sworn to before me this
5 day of January, 2015

/s/ Notary Public
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>NORTEL NETWORKS INC., et al., <br><br>              Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  SHANBHAG, RAJ                          SHANBHAG, RAJ
        RAJ SHANBHAG                           639 LONSDALE AVE
        639 LONSDALE AVE                       FREMONT, CA 94539
        FREMONT CA 94539
```

Please note that your claim # 2213 in the above referenced case and in the amount of
    $58,749.65 allowed at $60,450.92  has been transferred (**unless previously expunged by court order**) to:

```
                                        HAIN CAPITAL HOLDINGS, LLC
                                        TRANSFEROR: SHANBHAG, RAJ
                                        ATTN: AMANDA RAPOPORT
                                        301 ROUTE 17, 7TH FLOOR
                                        RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14971     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2015                        David D. Bird, Clerk of Court

                                        /s/ Kimberly Murray
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice **was** mailed to the transferor, transferee, and debtor(s) counsel **by** first class mail, postage prepaid on  January 5, 2015.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BRAND, RICHARD C. | 281 ADDISON AVE. PALO ALTO CA 94301 |
| BROWN, SANDRA | 4655 LOWER RIVER ROAD LEWISTON NY 14092 |
| CARTER, JULIE | JULIE CARTER 1495 23RD STREET SW NAPLES FL 34117 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: BURKE, ROBERT JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: BURKE, ROBERT E. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: GRAHAM, ROBERT M JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: STANDEL JR., RICHARD R JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: STANDEL JR., RICHARD R., JR. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CURLEY, DONNA | 216 RANGEWAY ROAD # 173 NORTH BILLERICA MA 01862 |
| DAHL, STEVE A. | 1508 EDELWEISS DR ALLEN TX 75002-4671 |
| DJOKO, SURNJANI | 5411 LINCOLNSHIRE DR. RICHARDSON TX 75082 |
| FARMER, CECIL GREGORY | 621 A ST., N.E. WASHINGTON DC 20002 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BRAND, RICHARD C. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BROWN, SANDRA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CARTER, JULIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CURLEY, DONNA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DAHL, STEVE A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DJOKO, SURNJANI ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FARMER, CECIL GREGORY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HISCOE, DAVID ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JOHNSON, DONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JOHNSON, EVERETT GRIER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KADI, SERGIO ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MAUNG, ZAW ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MENDEZ, ROSITA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PARK, EDWARD N. III ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PETERS, SCOTT C. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PETTY, MELISSA J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REED, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROSENFELD, DAVID ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SHANBHAG, RAJ ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TYNDALL, RONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WALDHAUER, ROBERT B. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HISCOE, DAVID | 3448 BRADLEY PLACE RALEIGH NC 27607 |
| JOHNSON, DONALD | 2512 DANDELION LN ROWLETT TX 75089 |
| JOHNSON, EVERETT GRIER | 3404 APPLING WAY DURHAM NC 27703 |
| KADI, SERGIO | 16208 E LULLWATER DRIVE PANAMA CITY BEACH FL 32413 |
| MAUNG, ZAW | 4012 DUCLAIR DRIVE MCKINNEY TX 75070 |
| MENDEZ, ROSITA | 5500 CRESTWOOD DRIVE KANSAS CITY MO 64110 |
| PARK, EDWARD N. III | 817 WATER HICKORY DR. CARY NC 27519 |
| PETERS, SCOTT C. | 5520 CLAIRE ROSE LN NW ATLANTA GA 30327-4829 |
| PETTY, MELISSA J. | 417 CANDLER TRAIL CANTON GA 30115 |
| REED, MICHAEL | 744 E 74TH ST LOS ANGELES CA 90001 |
| ROSENFELD, DAVID | 1915 MOUNTAIN TRAIL DR CHARLOTTE NC 28214-5429 |
| SHANBHAG, RAJ | RAJ SHANBHAG 639 LONSDALE AVE FREMONT CA 94539 |
| THE YIELD MASTER FUND I, L.P. | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: J. SIVCO 4265 SAN FELIPE, 8TH FLOOR HOUSTON TX 77027 |
| TYNDALL, RONALD | 90 CALICO DRIVE APEX NC 27523 |
| WALDHAUER, ROBERT B. | 5039 RIVER ROCK WAY WOODSTOCK GA 30188 |

Total Number of Records Printed    49

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006