3

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
## Summary of Professionals

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, cash management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down.  Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, treasury systems management and oversight, accounts receivable, lease and real estate billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |
| Elizabeth Smith | Non-Officer | Associate - General accounting for employee related liabilities, benefit plan vendor contract oversight, benefit plan termination, plan regulatory oversight and reporting, and  Pension Investment Committee member. |
| Gary L. Storr | Non-Officer | Associate - Information technology systems & support, IT vendor contract management, data and document retention governance & maintenance ,finance systems administration & controls,  and data extraction & analysis. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of November 1, 2014 through November 30, 2014 | $ 263,244.75 | $ 1,992.32 | $ 265,237.07 |

Exhibit C                                                                                                                         Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, cash management, general accounting and controls, tax, information technology, human resources, and real estate management. Employee Benefits and Pension Investment Committee member. | 148.50 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, treasury systems management and oversight, accounts receivable, lease and real estate billing, bank | 136.00 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 104.75 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 141.00 |
| Elizabeth Smith | Non-Officer | Associate - General accounting for employee related liabilities, benefit plan vendor contract oversight, benefit plan termination, plan regulatory oversight and reporting, and Pension Investment Committee member. | 62.25 |
| Gary L. Storr | Non-Officer | Associate - Information technology systems & support, IT vendor contract management, data and document retention governance & maintenance ,finance systems administration & controls, and data extraction & analysis. | 113.25 |

| | |
|---|---|
| **Hours for the period of November 1, 2014 through November 30, 2014** | **705.75** |
| Billing Rate | $ 373.00 |
| **Fees for the period of November 1, 2014 through November 30, 2014** | **$ 263,244.75** |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 21.00 | $ 7,833.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 43.25 | $ 16,132.25 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 55.25 | $ 20,608.25 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 16.00 | $ 5,968.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 43.50 | $ 16,225.50 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 0.50 | $ 186.50 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 6.50 | $ 2,424.50 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 218.50 | $ 81,500.50 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 157.00 | $ 58,561.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 82.75 | $ 30,865.75 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 2.00 | $ 746.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 11.75 | $ 4,382.75 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 9.75 | $ 3,636.75 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 18.50 | $ 6,900.50 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 13.00 | $ 4,849.00 |
| Travel | Authorized travel to support Debtors projects. | 6.50 | $ 2,424.50 |
| **For the period of November 1, 2014 through November 30, 2014** | | **705.75** | **$ 263,244.75** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|

**Bankruptcy Reporting**

| | 11/7/2014 | William D. Cozart | Prepare October MOR. | |
| | 11/10/2014 | William D. Cozart | Prepare October MOR. | |
| | 11/11/2014 | William D. Cozart | Prepare October MOR. | |
| | 11/13/2014 | William D. Cozart | Prepare October MOR consolidation. | |
| | 11/14/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors MOR preparation matters - RE: Insurance Coverage for October 2014 MOR. | |
| | 11/14/2014 | William D. Cozart | Prepare October MOR. | |
| | 11/17/2014 | Timothy C. Ross | Reviewed materials and prepared for Debtors MOR for review - RE: October 2014 | |
| | 11/17/2014 | William D. Cozart | Prepare October MOR. | |
| | 11/18/2014 | Timothy C. Ross | Meeting with David Cozart to review and authorize the release of Debtors MOR - RE: October 2014 | |
| | 11/18/2014 | William D. Cozart | Prepare October MOR. | |
| | 11/18/2014 | William D. Cozart | Meeting with T. Ross to review October MOR. | |

**Bankruptcy Reporting Total**

**Cash Management**

| | 11/3/2014 | Kim Ponder | FCB deposit. | |
| | 11/3/2014 | Timothy C. Ross | Review and authorize Debtors bank deposits. | |
| | 11/4/2014 | Kim Ponder | FCB deposit. | |
| | 11/4/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 11/4/2014 | Timothy C. Ross | Follow-up with Wilmington Trust (A. Anderson) on Debtors banking matters | |
| | 11/5/2014 | Timothy C. Ross | Conference call with Wilmington Trust (S. Wyantt) | |
| | 11/5/2014 | Timothy C. Ross | Prepared and analyzed Debtors cash flow requirements and executed funding of disbursement bank accoun | |
| | 11/5/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 11/10/2014 | Kim Ponder | FCB deposit. | |
| | 11/10/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors banking matters - RE: Wilmington Trust | |
| | 11/10/2014 | Timothy C. Ross | Prepared for monthly conference call with Wilmington Trust | |
| | 11/12/2014 | Kim Ponder | FCB deposit. | |
| | 11/12/2014 | Timothy C. Ross | Prepared and analyzed Debtors cash flow requirements and executed funding of disbursement bank accoun | |
| | 11/12/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 11/13/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 11/13/2014 | Timothy C. Ross | Reviewed, authorized, and released entity disbursements | |
| | 11/14/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results - RE: October 2014 | |
| | 11/17/2014 | Kim Ponder | FCB deposit. | |
| | 11/17/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 11/17/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results - RE: October 2014 | |
| | 11/17/2014 | Timothy C. Ross | Received, reviewed, and responded to Wilmington Trust | |
| | 11/17/2014 | Timothy C. Ross | Reviewed, authorized, and released entity disbursements | |
| | 11/19/2014 | Kim Ponder | FCB deposit. | |
| | 11/19/2014 | Timothy C. Ross | Prepared and analyzed Debtors cash flow requirements and executed funding of disbursement bank accoun | |
| | 11/19/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 11/20/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 11/21/2014 | Kim Ponder | FCB deposit. | |
| | 11/21/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 11/24/2014 | Kim Ponder | FCB deposit. | |
| | 11/24/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 11/25/2014 | Kim Ponder | FCB deposit. | |
| | 11/25/2014 | Timothy C. Ross | Prepared and analyzed Debtors cash flow requirements and executed funding of disbursement bank accoun | |
| | 11/25/2014 | Timothy C. Ross | Received, reviewed, and responded to Wilmington Trust (S. Wyantt) | |
| | 11/26/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 11/26/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |

**Cash Management Total**

**Claims Administration**

| | 11/14/2014 | Timothy C. Ross | Conference call with CGSH (R. Eckenrod) - RE: claims issue | |
| | 11/14/2014 | Timothy C. Ross | Received, reviewed, and researched questions from CGSH (R. Eckenrod) - RE: claims issue | |
| | 11/17/2014 | Timothy C. Ross | Conference call with Chilmark (M. Kennedy) and CGSH (L. Schweitzer and B. Beller) - RE: claims issue | |
| | 11/17/2014 | Timothy C. Ross | Reviewed claims reconciliation package in preparation for call with Chilmark and CGSH. | |
| | 11/17/2014 | William D. Cozart | Meeting with M. Kennedy, L. Schweitzer, T. Ross to discuss claims | |
| | 11/18/2014 | William D. Cozart | Analysis of claims documentation. | |
| | 11/19/2014 | William D. Cozart | Prepare analysis of claims documentation. | |
| | 11/20/2014 | Timothy C. Ross | Worked Debtors claims matters - claims materials | |
| | 11/20/2014 | William D. Cozart | Analysis of claims documentation. | |
| | 11/21/2014 | Timothy C. Ross | Incorporated Chilmark comments to claims materials | |
| | 11/21/2014 | Timothy C. Ross | Conference call with CGSH (R. Eckenrod and B. Beller) - RE: claims issue | |
| | 11/21/2014 | William D. Cozart | Prepare analysis of claims documentation. | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/21/2014 | William D. Cozart | Conference call with CGSH (R. Eckenrod and B. Beller) - RE: claims issue |
| | 11/24/2014 | Timothy C. Ross | Worked CGSH questions and updated claims materials |
| | 11/24/2014 | Timothy C. Ross | Conference call with CGSH (R. Eckenrod and B. Beller) - RE: Review updates and answer questions re claims issue |
| | 11/24/2014 | William D. Cozart | Research and analysis re intercompany claim. |
| | 11/25/2014 | Timothy C. Ross | Conference call with CGSH (R. Eckenrod and B. Beller) - RE: claims issue |
| | 11/25/2014 | Timothy C. Ross | Worked CGSH questions and updated claims materials |
| | 11/25/2014 | William D. Cozart | Teleconference with T. Ross, R. Eckenrod, B. Beller CGSH to discuss claim. |
| | 11/25/2014 | William D. Cozart | Research and analysis re: intercompany claim. |
| | 11/26/2014 | William D. Cozart | Research and prepare analysis for intercompany claim. |

**Claims Administration Total**

**Compensation Application**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/7/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. |
| | 11/7/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. |
| | 11/7/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. |
| | 11/10/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. |
| | 11/10/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. |
| | 11/11/2014 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: October 2014 |
| | 11/13/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. |
| | 11/14/2014 | Elizabeth Smith | Compensation application preparation - RE: update time keeping records for week. |
| | 11/14/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. |
| | 11/14/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. |
| | 11/14/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. |
| | 11/19/2014 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: October 2014 report. |
| | 11/21/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. |
| | 11/21/2014 | Elizabeth Smith | Compensation application preparation - RE: update time keeping records for week. |
| | 11/21/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. |
| | 11/21/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. |
| | 11/21/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. |
| | 11/24/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. |
| | 11/25/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. |
| | 11/26/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. |
| | 11/26/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. |
| | 11/28/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. |

**Compensation Application Total**

**Discovery**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/3/2014 | Timothy C. Ross | Worked Debtors discovery related matters - RE: Delaware Court Hearing. |
| | 11/4/2014 | Timothy C. Ross | Worked Debtors discovery related matters - RE: Delaware Court Hearing. |
| | 11/5/2014 | Gary L. Storr | Correspondence with Mark Supko re subpoena response. |
| | 11/5/2014 | Timothy C. Ross | Worked Debtors discovery matters - RE: Third-Party Subpoenas. |
| | 11/6/2014 | Timothy C. Ross | Meeting with Crowell team to prepare for November 7 court hearing |
| | 11/7/2014 | Timothy C. Ross | Meeting with Crowell to prepare for November 7 court hearing |
| | 11/7/2014 | Timothy C. Ross | Attended Debtors court hearing |
| | 11/10/2014 | Deborah M. Parker | Discovery. |
| | 11/10/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors discovery matters |
| | 11/11/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matters |
| | 11/11/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko) -RE: Hearing |
| | 11/12/2014 | Gary L. Storr | Meeting with Mark Supko & Tim Ross re subpoena. |
| | 11/12/2014 | Gary L. Storr | Executed Livelink & Iron Mountain Searches to support subpoena response |
| | 11/12/2014 | Timothy C. Ross | Conference call with Crowell (M. Supko) and G. Storr - RE: requested searches against the various electronic data stores . |
| | 11/12/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matters - RE: Subpoena cost sharing status |
| | 11/13/2014 | Gary L. Storr | Executed Livelink & Iron Mountain Searches to support subpoena response |
| | 11/13/2014 | Timothy C. Ross | Worked Debtors discovery matters - RE: LiveLink/Iron Mountain Searching. |
| | 11/14/2014 | Gary L. Storr | Executed Livelink & Iron Mountain Searches to support subpoena response |
| | 11/14/2014 | Gary L. Storr | Meeting with Mark Supko & Tim Ross re subpoena. |
| | 11/16/2014 | Gary L. Storr | Executed Livelink & Iron Mountain Searches to support subpoena response |
| | 11/17/2014 | Gary L. Storr | Correspondence with Mark Supko re subpoena response. |
| | 11/17/2014 | Timothy C. Ross | Received, reviewed, and executed Debtors litigation matters |
| | 11/24/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors subpoena matters |

**Discovery Total**

**Electronic Data and Document Preservation**

| | 11/25/2014 | Timothy C. Ross | Worked document storage matter - document storage fees. |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | | | **Electronic Data and Document Preservation Total** |

**Entity Liquidation and Wind Down**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/4/2014 | Timothy C. Ross | Worked foreign branch matters |
| | 11/12/2014 | Timothy C. Ross | Worked entity matters - RE: Appointment letter. |
| | 11/18/2014 | Timothy C. Ross | Received, reviewed, and responded to E&Y regarding entity liquidation |
| | 11/18/2014 | Timothy C. Ross | Received, reviewed, and responded re: invoice. |
| | 11/18/2014 | Timothy C. Ross | Conference call with CGSH (K. Hailey, R. Eckenrod, and R. Reeb) - RE: Foreign entity liquidation and wind down review |
| | 11/18/2014 | Timothy C. Ross | Worked entity bank account closure |
| | 11/19/2014 | Timothy C. Ross | Received, reviewed, and actioned E&Y entity liquidation questions |
| | 11/25/2014 | Timothy C. Ross | Reviewed and authorized invoices for payment.. |
| | 11/25/2014 | Timothy C. Ross | Follow-up on entity bank account closure |
| | 11/25/2014 | William D. Cozart | Teleconference with R. Eckenrod CGSH re: reporting |
| | 11/25/2014 | William D. Cozart | Analysis of entity balance sheet. |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/3/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing |
| | 11/3/2014 | Kim Ponder | Month end close. |
| | 11/3/2014 | Timothy C. Ross | Worked Debtors finance and general accounting matters - RE: October 2014 financial close. |
| | 11/3/2014 | William D. Cozart | Prepare November billings. |
| | 11/3/2014 | William D. Cozart | Record daily cash receipts. |
| | 11/3/2014 | William D. Cozart | Prepare bank reconciliations for October. |
| | 11/4/2014 | Kim Ponder | Month end close. |
| | 11/4/2014 | Timothy C. Ross | Worked Debtors finance and general accounting matters - RE: October 2014 financial close. |
| | 11/5/2014 | Kim Ponder | Normal course payables - weekly payment proposal, cash summary and initiation of payments to vendors |
| | 11/5/2014 | Kim Ponder | Processed weekly Professional Fee applications. |
| | 11/5/2014 | Kim Ponder | Month end close. |
| | 11/5/2014 | Timothy C. Ross | Worked Debtors finance and general accounting matters - RE: October 2014 financial close. |
| | 11/5/2014 | William D. Cozart | Prepare October Bank Reconciliations. |
| | 11/5/2014 | William D. Cozart | Record daily cash receipts. |
| | 11/5/2014 | William D. Cozart | Prepare reconciliations for October. |
| | 11/6/2014 | Kim Ponder | Month end close. |
| | 11/6/2014 | Kim Ponder | Conference call with Iron Mountain. |
| | 11/6/2014 | William D. Cozart | Prepare reconciliations for October. |
| | 11/6/2014 | William D. Cozart | Prepare October Bank Reconciliations. |
| | 11/7/2014 | Kim Ponder | Normal course payables - invoice processing. |
| | 11/7/2014 | Kim Ponder | Bank statement vaulting. |
| | 11/7/2014 | Kim Ponder | GL reconciliations. |
| | 11/7/2014 | William D. Cozart | Prepare reconciliations for October. |
| | 11/10/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing |
| | 11/10/2014 | Kim Ponder | Received communication from Iron Mountain and compiled comparative spreadsheet for review |
| | 11/10/2014 | Kim Ponder | General ledger reconciliations. |
| | 11/10/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis. |
| | 11/10/2014 | William D. Cozart | Prepare reconciliations for October. |
| | 11/10/2014 | William D. Cozart | Update G&A Cost Allocation. |
| | 11/10/2014 | William D. Cozart | Record daily deposit. |
| | 11/11/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. |
| | 11/11/2014 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary |
| | 11/11/2014 | Kim Ponder | Various email and follow up on open items. |
| | 11/11/2014 | Kim Ponder | GL reconciliations. |
| | 11/11/2014 | William D. Cozart | Prepare bank reconciliations for October. |
| | 11/11/2014 | William D. Cozart | Prepare reconciliations for October. |
| | 11/12/2014 | Kim Ponder | Month end close. |
| | 11/12/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing |
| | 11/12/2014 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: October 2014 Financial closing. |
| | 11/12/2014 | William D. Cozart | Prepare reconciliations for October. |
| | 11/12/2014 | William D. Cozart | Record daily cash receipts. |
| | 11/13/2014 | Kim Ponder | Normal course payables - initiated payments to Professionals and other vendors |
| | 11/13/2014 | Kim Ponder | GL reconciliations. |
| | 11/13/2014 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: October 2014 Financial closing. |
| | 11/13/2014 | William D. Cozart | Prepare reconciliations for October. |
| | 11/13/2014 | William D. Cozart | Perform QuickBooks Month End Close. |
| | 11/14/2014 | Kim Ponder | Various email requests and follow-up. |
| | 11/14/2014 | Kim Ponder | Document retention. |
| | 11/14/2014 | William D. Cozart | Perform conversion test for QuickBooks. |
| | 11/17/2014 | Kim Ponder | QuickBooks upgrade testing and verification. |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/17/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing |
| | 11/17/2014 | William D. Cozart | Record daily cash receipts. |
| | 11/17/2014 | William D. Cozart | Perform conversion test for QuickBooks. |
| | 11/18/2014 | Kim Ponder | Normal course payables - draft payment proposal and cash summary |
| | 11/18/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission (includes time to resolve expense billing error) - RE: invoice RP1121592. |
| | 11/18/2014 | William D. Cozart | Prepare billings for November. |
| | 11/19/2014 | Kim Ponder | Received, researched and responded to inquiry from PwC. |
| | 11/19/2014 | Kim Ponder | Financial statement reconciliations. |
| | 11/19/2014 | Timothy C. Ross | Follow-up with PWC regarding payment processing matters - RE: Nortel - PwC outstanding receivables for tax service. |
| | 11/19/2014 | William D. Cozart | Process billings for November. |
| | 11/20/2014 | Kim Ponder | Normal course payables - initiated payments to vendors. |
| | 11/20/2014 | Kim Ponder | Received and reviewed documentation from Iron Mountain. |
| | 11/20/2014 | William D. Cozart | Record daily cash receipts. |
| | 11/20/2014 | William D. Cozart | Update G&A Cost Allocation calculation. |
| | 11/20/2014 | William D. Cozart | Prepare analysis of balance sheet for required year end entries |
| | 11/20/2014 | William D. Cozart | Prepare billings for November. |
| | 11/21/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing |
| | 11/21/2014 | Kim Ponder | Document retention. |
| | 11/21/2014 | Kim Ponder | Various email responses. |
| | 11/21/2014 | William D. Cozart | Prepare billings for November. |
| | 11/24/2014 | Kim Ponder | Normal course payables - invoice processing. |
| | 11/24/2014 | Kim Ponder | Final reconciliation and payment preparation re: Iron Mountain agreement |
| | 11/24/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis. |
| | 11/24/2014 | William D. Cozart | Record daily cash receipts. |
| | 11/25/2014 | Kim Ponder | Review and notarization of unclaimed property requests |
| | 11/25/2014 | Kim Ponder | Normal course payables - draft payment proposal and cash summary |
| | 11/25/2014 | Kim Ponder | Normal course payables - initiate payments to vendors. |
| | 11/25/2014 | William D. Cozart | Record daily cash receipts. |
| | 11/26/2014 | Kim Ponder | Follow up correspondence to Iron Mountain. |
| | 11/26/2014 | Kim Ponder | Month end close. |
| | 11/26/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank and GL account reconciliations - October 2014 |
| | 11/26/2014 | William D. Cozart | Update currency exchange rates in QuickBooks for November. |
| | 11/26/2014 | William D. Cozart | Record daily cash receipts. |

**Finance and General Accounting Total**

**Human Resources**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/3/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down |
| | 11/3/2014 | Elizabeth Smith | Researched benefit plan census data. |
| | 11/3/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit wind down matters |
| | 11/4/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. |
| | 11/4/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing). |
| | 11/4/2014 | Elizabeth Smith | Researched benefit plan census data. |
| | 11/4/2014 | Elizabeth Smith | Prepared month-end journal entries, reconciliations, and schedules. |
| | 11/4/2014 | Kim Ponder | Received, researched and responded to request for archived payroll data |
| | 11/5/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. |
| | 11/5/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, vendor query, review IM files) |
| | 11/5/2014 | Elizabeth Smith | Researched benefit plan census data. |
| | 11/6/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. |
| | 11/6/2014 | Deborah M. Parker | Misc. HR activities -(e.g. CGSH correspondence, WC, review IM files, vendor query, payroll inquiry) |
| | 11/6/2014 | Elizabeth Smith | Researched benefit plan census data. |
| | 11/7/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. |
| | 11/7/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing, IM file review) |
| | 11/7/2014 | Elizabeth Smith | Researched benefit plan census data. |
| | 11/7/2014 | Kim Ponder | Received, researched and responded to former employee request for proof of payment |
| | 11/10/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. |
| | 11/10/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, HR reporting) |
| | 11/10/2014 | Elizabeth Smith | Researched benefit plan census data. |
| | 11/10/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors HR matters - RE: Annual Report |
| | 11/11/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. |
| | 11/11/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, vendor inquiry). |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 11/11/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/12/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 11/12/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit wind down activities) | |
| | 11/12/2014 | Elizabeth Smith | Worked on benefit plan termination issues | |
| | 11/12/2014 | Elizabeth Smith | Worked on benefit plan termination issues | |
| | 11/12/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/12/2014 | Timothy C. Ross | Worked Debtors benefit matter | |
| | 11/13/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, filing, benefit wind down activities) | |
| | 11/13/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 11/13/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/14/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/17/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, WC, CGSH correspondence). | |
| | 11/17/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 11/17/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down | |
| | 11/17/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/18/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/19/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 11/19/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, vendor query). | |
| | 11/19/2014 | Elizabeth Smith | Attended conference call with retained professional re: benefit plan | |
| | 11/19/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/20/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 11/20/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, benefit wind down, filing) | |
| | 11/20/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/20/2014 | Elizabeth Smith | Prepared 2014 VEBA 5500. | |
| | 11/20/2014 | Kim Ponder | Received and responded to request for confirmation of employment for former employee | |
| | 11/21/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 11/21/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, filing) | |
| | 11/21/2014 | Elizabeth Smith | Prepared 2014 VEBA 5500. | |
| | 11/21/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 11/24/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 11/24/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 11/24/2014 | Deborah M. Parker | Misc. HR activities -(e.g. vendor query, filing, benefit wind down activities) | |
| | 11/24/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down | |
| | 11/25/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit wind down activities). | |
| | 11/25/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |

**Human Resources Total**

**Information Technology Operations**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/3/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/3/2014 | Gary L. Storr | Reviewed and processed ATT monthly billing statement. |
| | 11/3/2014 | Gary L. Storr | Assisted user with PC issue. |
| | 11/3/2014 | Gary L. Storr | Installation of Windows server on RTP server. |
| | 11/5/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/5/2014 | Gary L. Storr | Installation of Windows server on RTP server. |
| | 11/5/2014 | Gary L. Storr | Meeting with RLKS to discuss system status. |
| | 11/6/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/6/2014 | Gary L. Storr | Assisted user with PC issue. |
| | 11/6/2014 | Gary L. Storr | Installation of Windows server on RTP server. |
| | 11/10/2014 | Gary L. Storr | Addressed virus issue on QuickBooks server. |
| | 11/10/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/10/2014 | Gary L. Storr | Locked time period in employee database. |
| | 11/10/2014 | Gary L. Storr | Posted MOR for January-May 2014 to NNI Website. |
| | 11/10/2014 | Gary L. Storr | Installation of Windows server on RTP server. |
| | 11/11/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/11/2014 | Gary L. Storr | Posted MOR for June-September 2014 to NNI Website. |
| | 11/11/2014 | Gary L. Storr | Installation of QuickBooks upgrade. |
| | 11/11/2014 | Gary L. Storr | Repaired user PC hardware issue. |
| | 11/11/2014 | Gary L. Storr | Installed Flash on user PC. |
| | 11/12/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/12/2014 | Gary L. Storr | Reviewed and processed AT&T November billing statement. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/12/2014 | Gary L. Storr | Reviewed and processed 8x8 November billing statement. |
| | 11/12/2014 | Gary L. Storr | Reviewed and processed CSC November billing statement. |
| | 11/12/2014 | Gary L. Storr | Installation of QuickBooks upgrade. |
| | 11/12/2014 | Gary L. Storr | Reset user password for MS Exchange account. |
| | 11/13/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/13/2014 | Gary L. Storr | Executed QuickBooks close for October 2014 in QuickBooks upgrade. |
| | 11/17/2014 | Gary L. Storr | Setup user in new QuickBooks server and configure login. |
| | 11/17/2014 | Gary L. Storr | Researched Verizon billing issue and corresponded with Verizon |
| | 11/17/2014 | Gary L. Storr | Reconfigured RTP office printer drivers. |
| | 11/17/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/17/2014 | Gary L. Storr | Final conversion of QuickBooks to upgraded version. |
| | 11/17/2014 | Gary L. Storr | Updated employee tracking spreadsheet. |
| | 11/18/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/18/2014 | Gary L. Storr | Reviewed and processed Recall monthly billing statement for payment |
| | 11/18/2014 | Gary L. Storr | Attempted repair of corrupted PDF file at request of user. |
| | 11/18/2014 | Gary L. Storr | Updated employee tracking spreadsheet. |
| | 11/19/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/19/2014 | Gary L. Storr | Met with RLKS regarding system support transition. |
| | 11/19/2014 | Gary L. Storr | Reviewed and processed AT&T billing statement for payment. |
| | 11/20/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/20/2014 | Gary L. Storr | Reviewed and processed MS365 billing statement for payment |
| | 11/20/2014 | Gary L. Storr | Updated backup profile on user PC. |
| | 11/20/2014 | Gary L. Storr | Correspondence regarding user PC on-site repair coverage. |
| | 11/20/2014 | Gary L. Storr | Archived employee records from employee database. |
| | 11/20/2014 | Gary L. Storr | Documented employee database functions to facilitate transition to RLKS. |
| | 11/20/2014 | Gary L. Storr | Updated employee database spreadsheet to include activity through year-end 2016 |
| | 11/24/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/24/2014 | Gary L. Storr | Posted October 2014 MOR to Nortel-US.COM. |
| | 11/24/2014 | Gary L. Storr | Repaired virus issue on user PC. |
| | 11/24/2014 | Gary L. Storr | Assisted user in configuring QuickBooks server connection. |
| | 11/24/2014 | Gary L. Storr | Corresponded with HP regarding ongoing PC support. |
| | 11/24/2014 | Gary L. Storr | Corresponded with RLKS regarding ongoing MS365 support. |
| | 11/24/2014 | Gary L. Storr | Provided updated address changes to HR. |
| | 11/25/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 11/25/2014 | Gary L. Storr | Updated employee tracking spreadsheet for current period. |
| | 11/25/2014 | Gary L. Storr | Corresponded with HP regarding ongoing PC support. |
| | 11/25/2014 | Gary L. Storr | Reviewed virus issue on user PC. |
| | 11/25/2014 | Gary L. Storr | Offsite backup of QuickBooks company files. |
| | 11/25/2014 | Gary L. Storr | Documented knowledge transfer detail for handover to RLKS in 2015. |
| | 11/25/2014 | Gary L. Storr | Assisted user with PC network issue. |
| | 11/25/2014 | Gary L. Storr | Reset user password. |
| | 11/25/2014 | Gary L. Storr | Researched Advanced Notification for license. |

**Information Technology Operations Total**

**Insurance & Risk Management**

| | 11/3/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors insurance matters |
| | 11/11/2014 | Timothy C. Ross | Worked Debtors insurance and risk management matters |
| | 11/14/2014 | Timothy C. Ross | Received, reviewed and responded to Debtors insurance & risk management matters |
| | 11/18/2014 | Timothy C. Ross | Worked Debtors insurance matters |

**Insurance & Risk Management Total**

**Professional Fee Applications**

| | 11/10/2014 | Kim Ponder | Processed Professional Fee application filed. |
| | 11/10/2014 | Kim Ponder | Reconciled Fee Examiner reports to open Professional application balances. |
| | 11/11/2014 | Kim Ponder | Correspondence with CGSH and MNAT re: litigation costs. |
| | 11/13/2014 | Kim Ponder | Processed weekly fee applications filed by Professionals. |
| | 11/17/2014 | Kim Ponder | Processed Professional fee applications. |
| | 11/18/2014 | Kim Ponder | Preparation to remit holdbacks per 22nd Omnibus filing. |
| | 11/19/2014 | Kim Ponder | Processed weekly Professional fee applications. |
| | 11/19/2014 | Kim Ponder | Final reconciliation and payment preparation re: 22nd Omnibus order |
| | 11/20/2014 | Kim Ponder | Year end planning call with CGSH (RJ Coleman). |
| | 11/25/2014 | Kim Ponder | Processed weekly Professional fee applications filed. |

**Professional Fee Applications Total**

**Real Estate Management**

| | 11/5/2014 | Timothy C. Ross | Meeting with Johnson Controls (A. Lane) - RE: quarterly status review |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/10/2014 | Timothy C. Ross | Reviewed and authorized October 2014 invoicing for payment |
| | 11/11/2014 | Timothy C. Ross | Received, researched, and responded to tenant questions - RE: Profit Sharing Analysis for the period July 1, 2014 through September 30, 2014. |
| | 11/13/2014 | Timothy C. Ross | Reviewed and authorized monthly rent invoicing for payment |
| | 11/17/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: Tenant collection. |
| | 11/18/2014 | Timothy C. Ross | Prepared and submitted Rent roll for properties due December 1, 2014. |
| | 11/18/2014 | Timothy C. Ross | Prepared and submitted tenant rental income for invoicing - RE: December 1, 2014 rent |
| | 11/19/2014 | Timothy C. Ross | Reviewed documentation and authorized tenant credit memo - RE: excess space billing November 2014 |
| | 11/25/2014 | Gary L. Storr | Updated PTO values for E. Smith in employee report. |

**Real Estate Management Total**

**Residual Business Operations**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/3/2014 | Gary L. Storr | Reviewed Iron Mountain correspondence regarding account consolidation and reconciliation |
| | 11/4/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. |
| | 11/5/2014 | Gary L. Storr | Updated vendor master with new vendor in QuickBooks CC6112. |
| | 11/5/2014 | Gary L. Storr | Performed analysis of Iron Mountain inventory report response re outstanding billings and inventory reconciliation |
| | 11/6/2014 | Gary L. Storr | Meeting with Iron Mountain with Kim Ponder re outstanding billings |
| | 11/6/2014 | Timothy C. Ross | Monitored and actioned Debtors business correspondence and matters while on travel |
| | 11/7/2014 | Timothy C. Ross | Monitored and actioned Debtors business correspondence and matters while on travel |
| | 11/10/2014 | Timothy C. Ross | Reviewed and authorized expenses for reimbursement. |
| | 11/11/2014 | Gary L. Storr | Updated Bank Balances spreadsheet for November balances. |
| | 11/12/2014 | Gary L. Storr | Correspondence with Iron Mountain regarding outstanding billings |
| | 11/13/2014 | Gary L. Storr | Trained D. Cozart on QuickBooks close process. |
| | 11/18/2014 | Gary L. Storr | File searches at request of CGSH. |
| | 11/19/2014 | Timothy C. Ross | Reviewed invoices for payment and prepared Analysis - RE: November 2014 |
| | 11/21/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. |
| | 11/24/2014 | Gary L. Storr | Published updated PTO summaries for employees. |
| | 11/24/2014 | Gary L. Storr | Researched residual business matter at request of Dave Cozart. |
| | 11/24/2014 | Timothy C. Ross | Received, reviewed, and responded to entity matters - RE: Appointment letter |
| | 11/25/2014 | Deborah M. Parker | Unclaimed Property - research, document execution & signature. |
| | 11/25/2014 | Timothy C. Ross | Reviewed and authorized Debtors' abandoned property claims |
| | 11/25/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors matter |

**Residual Business Operations Total**

**Tax Matters**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/3/2014 | Gary L. Storr | Analysis regarding E&Y Information request. |
| | 11/3/2014 | Timothy C. Ross | Follow-up with E&Y (G. Davidson) - RE: foreign tax authorities. |
| | 11/6/2014 | Gary L. Storr | Meeting with S.Jacks, E&Y, to discuss request for tax data. |
| | 11/6/2014 | Gary L. Storr | Analysis & report generation regarding E&Y Information request |
| | 11/7/2014 | William D. Cozart | Data gathering to support information request. |
| | 11/10/2014 | Gary L. Storr | Analysis & report generation regarding E&Y Information request |
| | 11/11/2014 | Timothy C. Ross | Follow-up with E&Y (G. Davidson) - RE: Tax issue |
| | 11/13/2014 | Timothy C. Ross | Meeting with E&Y (J. Scott) - RE: Debtors tax project update. |
| | 11/14/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matter - RE: purchases. |
| | 11/17/2014 | Timothy C. Ross | Reviewed and authorized tax matters - RE: Nortel Networks Tax Returns October 2014 |
| | 11/18/2014 | Timothy C. Ross | Reviewed and authorized tax matters - RE: Debtors annual reports and fees |
| | 11/19/2014 | Timothy C. Ross | Meeting with E&Y (J. Scott and J. Woods) - RE: Debtors tax projects update. |
| | 11/20/2014 | Kim Ponder | Received, researched and responded to EY inquiry re: tax issue |
| | 11/20/2014 | Kim Ponder | Knowledge transfer regarding tax accounts from departing EY staff |
| | 11/25/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters |

**Tax Matters Total**

**Travel**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/6/2014 | Timothy C. Ross | Travel time from Wilmington, Delaware (Benesch office) to Raleigh, NC (home); includes flight delay (50% of 7.0 or 3.5) |
| | 11/7/2014 | Timothy C. Ross | Travel time from Raleigh, NC (home) to Wilmington, Delaware (Benesch office); includes flight delay (50% of 6.0 or 3.0) |

**Travel Total**

**For the period of November 1, 2014 through November 30, 2014**

## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of November 1, 2014 through November 30, 2014

| Expense Category | Expenses |
|---|---:|
| Airfare | 1,261.20 |
| Lodging | 482.90 |
| Meals | 66.08 |
| Parking | - |
| Ground Transportation | 108.50 |
| Office Expense | 73.64 |
| Professional | - |
| Miscellaneous | - |
| **For the period of November 1, 2014 through November 30, 2014** | **$ 1,992.32** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of November 1, 2014 through November 30, 2014

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 11/02/14 | Timothy C. Ross | Computer battery replacement. | Local (Raleigh, NC) |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | Best Buy | 73.64 |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ 73.64** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 11/07/14 | Timothy C. Ross | Debtors Motion Hearing - RE: Rockstar v. Google. | Wilmington, Delaware |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | US Airways (Economy Seats, Roundtrip) | 1,261.20 |
| | Lodging | Hotel Du Pont (One night stay) | 482.90 |
| | Meals | Various (Includes Meals for 11/6/14 to 11/7/14). | 66.08 |
| | Parking | | - |
| | Ground Transportation | White Horse Transportation (Home to Airport on 11/6 and retun on 11/7). | 108.50 |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ 1,918.68** |

**For the period of November 1, 2014 through November 30, 2014**     **$ 1,992.32**