IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
: Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1] : Jointly Administered
:
Debtors : **Re: Docket No. 14967**
:
---------------------------------------------------------X

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC.,** *ET AL.* **TO RETAIN AND EMPLOY WHITEFORD, TAYLOR & PRESTON LLC AS SUCCESSOR CO-COUNSEL,** *NUNC PRO TUNC* **TO NOVEMBER 17, 2014**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the *Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Whiteford, Taylor & Preston LLC as Successor Co-Counsel, Nunc Pro Tunc to November 17, 2014* (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., *et al*. with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court") on December 23, 2014.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application has appeared on the Court's docket in these cases. Pursuant to the *Notice of Application and Hearing*, which was filed and served contemporaneously with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226).

Application, objections to the Application were to be filed and served by no later than January 6, 2015 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Committee respectfully requests that the proposed form of order attached to the Application and attached hereto as <u>Exhibit A</u> be entered at the earliest convenience of the Court.

Dated: January 8, 2015
      Wilmington, Delaware

                                              */s/ Katherine Good*
                                      Christopher M. Samis (No. 4909)
                                      L. Katherine Good (No. 5101)
                                      WHITEFORD, TAYLOR & PRESTON LLC
                                      The Renaissance Centre
                                      405 North King Street, Suite 500
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 353-4144
                                      Facsimile: (302) 661-7950

                                      Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

                                      -and-

                                      Fred S. Hodara, Esq.
                                      AKIN GUMP STRAUSS HAUER & FELD LLP
                                      One Bryant Park
                                      New York, New York 10036
                                      Telephone:  (212) 872-1000
                                      Facsimile:  (212) 872-1002

                                      Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*