## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
:
*In re*                                                          :          Chapter 11
:
:          Case No. 09-10138 (KG)
Nortel Networks Inc., <u>et al.</u>,[1]                         :          Jointly Administered
:
Debtors          :          **Re:  Docket No. 14967**
:
-----------------------------------------------------------X

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., *ET AL.*
TO RETAIN AND EMPLOY WHITEFORD, TAYLOR & PRESTON LLC, AS
<u>SUCCESSOR CO-COUNSEL, *NUNC PRO TUNC* TO NOVEMBER 17, 2014</u>**

Upon the application (the "<u>Application</u>")[2] of the Official Committee of Unsecured

Creditors (the "<u>Committee</u>") in the chapter 11 cases of the above-captioned debtors and debtors

in possession (the "<u>Debtors</u>") for entry of an order authorizing the Committee to retain and

employ Whiteford, Taylor & Preston LLC[3] ("<u>WTP</u>") as its successor co-counsel *nunc pro tunc* to

November 17, 2014, and the Court having reviewed the Application, and the Court finding that

(a) the Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334; (b)

this is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2)(A); (c) the Court having found notice

of the Application to be sufficient under the circumstances and that no other or further notice

need be provided; and the Court having considered the Application and the Samis Affidavit; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("<u>NN CALA</u>") (4226).
[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.
[3] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor and Preston LLP in jurisdictions outside of Delaware.  For the avoidance of any doubt, this order authorizes the employment of both Whiteford, Taylor & Preston LLC and Whiteford Taylor & Preston LLP.

the Court having determined that the legal and factual bases set forth in the Application and the

Samis Affidavit establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED, *nunc pro tunc* to November 17, 2014.

2.      The Committee shall be, and hereby is, authorized to employ and retain WTP as

its successor co-counsel in accordance with the terms and conditions set forth in the Application.

3.      WTP shall be compensated in accordance with the procedures set forth in sections

330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules, and any

other such procedures as may be fixed by order of this Court.

4.      The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order in accordance with the Application.

5.      The Court shall retain jurisdiction over any and all issues arising from or related

to the implementation and interpretation of this Order.

Dated: January __, 2015
       Wilmington Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE