# EXHIBIT A

# NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 14820] | 9/1/14 - 9/30/14 | CDN$395,467.50 (Fees) CDN$12,310.87 (Expenses) | CDN$316,374.00 (Fees @ 80%) CDN$12,310.87 (Expenses @ 100%) | 11/25/14 | 12/16/14 |