## EXHIBIT A

### NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 14821] | 10/1/14 - 10/31/14 | CDN$113,308.50 (Fees)  CDN$1,359.41 (Expenses) | CDN$90,646.80 (Fees @ 80%)  CDN$1,359.41 (Expenses @ 100%) | 11/25/14 | 12/16/14 |