**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 11/1/2014 through 11/30/2014**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 36.00 | $31,500.00 |
| J. Borow | Executive Director | $875 | 34.80 | $30,450.00 |
| J. Hyland | Executive Director | $660 | 87.20 | $57,552.00 |
| N. Haslun | Managing Director | $635 | 2.90 | $1,841.50 |
| A. Cowie | Managing Director | $600 | 84.20 | $50,520.00 |
| J. Emerson | Consultant | $250 | 2.40 | $600.00 |
| J. Blum | Paraprofessional | $120 | 5.20 | $624.00 |
| M. Haverkamp | Paraprofessional | $120 | 1.90 | $228.00 |
| **For the Period 11/1/2014 through 11/30/2014** | | | **254.60** | **$173,315.50** |