## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 11/1/2014 through 11/30/2014**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 78.50 | $53,042.00 |
| 05. Professional Retention/Fee Application Preparation | 18.70 | $8,742.50 |
| 06. Attend Hearings/Related Activities | 24.80 | $19,010.50 |
| 08. Interaction/Mtgs w Creditors | 30.80 | $23,832.00 |
| 10. Recovery/SubCon/Lien Analysis | 42.50 | $29,597.50 |
| 11. Claim Analysis/Accounting | 23.80 | $14,395.00 |
| 13. Intercompany Transactions/Bal | 1.90 | $1,254.00 |
| 17. Analysis of Historical Results | 2.10 | $1,837.50 |
| 18. Operating and Other Reports | 3.50 | $2,482.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 14.70 | $9,480.00 |
| 26. Tax Issues | 13.30 | $9,642.50 |
| **For the Period 11/1/2014 through 11/30/2014** | **254.60** | **$173,315.50** |