# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 11/1/2014 through 11/30/2014**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 11/1/2014 | C. Kearns | 0.20 | Participated in conference call with F. Hodara (counsel) re: upcoming settlement conference. |
| 11/1/2014 | C. Kearns | 1.10 | Finalized analyses requested by counsel to use at settlement conference. |
| 11/3/2014 | C. Kearns | 1.80 | Prepared for settlement meeting with counsel and Cleary. |
| 11/3/2014 | C. Kearns | 2.80 | Participated in settlement meetings in D.E. with core parties. |
| 11/3/2014 | C. Kearns | 2.90 | Participated in settlement meetings in D.E. with core parties. |
| 11/4/2014 | A. Cowie | 0.20 | Discussed with Melker Sandberg, FTI key model input assumptions. |
| 11/4/2014 | C. Kearns | 0.70 | Participated in pre-hearing discussion with counsel re: issues to come up at trial. |
| 11/4/2014 | A. Cowie | 2.30 | Prepared revised recovery presentations for the UCC. |
| 11/5/2014 | C. Kearns | 0.80 | Reviewed and analyzed credit analysis prepared by market maker and discussed with counsel. |
| 11/6/2014 | A. Cowie | 1.30 | Prepared supporting analysis for weekly UCC call. |
| 11/10/2014 | J. Hyland | 2.70 | Continued analyzing proceeds allocation based upon certain assumptions. |
| 11/10/2014 | J. Hyland | 2.90 | Analyzed proceeds allocation based upon certain assumptions. |
| 11/12/2014 | C. Kearns | 0.30 | Emailed with counsel on allocation scenarios for upcoming in-person meeting with the committee. |
| 11/13/2014 | J. Hyland | 1.80 | Reviewed documentation submitted to UCC for UCC call. |
| 11/13/2014 | A. Cowie | 1.90 | Continued to prepare update of proceeds allocation deck. |
| 11/13/2014 | A. Cowie | 2.90 | Prepared update report and proceeds allocation deck. |
| 11/14/2014 | A. Cowie | 1.40 | Continued to prepare update and proceeds allocation deck. |
| 11/14/2014 | A. Cowie | 2.80 | Prepared update and proceeds allocation deck. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/14/2014 | A. Cowie | 2.90 | Continued to prepare update and proceeds allocation deck. |
| 11/17/2014 | C. Kearns | 0.30 | Discussed the status of our scenarios for upcoming trial during an in-person meeting with the committee. |
| 11/17/2014 | A. Cowie | 1.80 | Continued to analyze Wertheim deposition in regard to proceeds allocation calculations and related assumptions. |
| 11/17/2014 | A. Cowie | 2.70 | Analyzed Wertheim deposition in regard to proceeds allocation calculations and related assumptions. |
| 11/18/2014 | C. Kearns | 0.50 | Reviewed draft report for UCC and counsel on allocation related issues. |
| 11/18/2014 | A. Cowie | 2.70 | Continued to prepare case status update and proceeds allocation deck for UCC in-person meeting. |
| 11/18/2014 | A. Cowie | 2.80 | Continued to prepare case status update and proceeds allocation deck for UCC in-person meeting. |
| 11/18/2014 | A. Cowie | 2.90 | Prepared case status update and proceeds allocation deck for UCC in-person meeting. |
| 11/19/2014 | C. Kearns | 0.80 | Reviewed latest turn of draft report for UCC meeting re: allocation and other matters. |
| 11/19/2014 | A. Cowie | 2.40 | Continued to prepare revisions to proceeds allocation deck for in-person UCC meeting. |
| 11/19/2014 | J. Hyland | 2.60 | Continued reviewing allocation scenario deck for UCC. |
| 11/19/2014 | J. Hyland | 2.90 | Reviewed allocation scenario deck for UCC. |
| 11/19/2014 | A. Cowie | 2.90 | Prepared revisions to proceeds allocation deck for in-person UCC meeting. |
| 11/20/2014 | C. Kearns | 0.50 | Continued to develop deck for upcoming UCC meeting at request of counsel. |
| 11/20/2014 | J. Hyland | 2.00 | Reviewed proceeds allocation analysis and provided comments. |
| 11/20/2014 | A. Cowie | 2.90 | Revised proceeds allocation model for in-person UCC meeting deck. |
| 11/21/2014 | C. Kearns | 2.50 | Drafted presentation for UCC on allocation scenarios and key issues to resolve the case. |
| 11/21/2014 | J. Hyland | 2.50 | Continued reviewing analysis for UCC on proceeds allocations. |
| 11/21/2014 | J. Hyland | 2.90 | Reviewed analysis for UCC on proceeds allocation. |
| 11/22/2014 | C. Kearns | 0.80 | Prepared memo for counsel re: key issues and dynamics to get to potential resolution. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/22/2014 | J. Hyland | 2.60 | Reviewed draft proceeds allocation analysis for UCC. |
| 11/23/2014 | J. Hyland | 2.80 | Reviewed final proceeds allocation analysis for UCC. |
| Subtotal |  | 78.50 |  |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/2/2014 | J. Hyland | 0.90 | Reviewed September fee application. |
| 11/3/2014 | J. Hyland | 1.00 | Reviewed and forwarded to counsel the final September 30, 2014 fee application. |
| 11/10/2014 | J. Blum | 1.10 | Prepared October fee application. |
| 11/11/2014 | J. Hyland | 0.30 | Reviewed 22nd Omnibus fee order from counsel. |
| 11/11/2014 | J. Hyland | 0.30 | Prepared October fee estimate for counsel. |
| 11/14/2014 | A. Cowie | 0.80 | Analyzed October fee application. |
| 11/19/2014 | J. Hyland | 1.40 | Reviewed October fee application detail entries. |
| 11/20/2014 | J. Blum | 2.10 | Prepared October fee application. |
| 11/21/2014 | J. Blum | 0.60 | Prepared the Sixty-Third Interim fee application. |
| 11/21/2014 | M. Haverkamp | 0.60 | Prepared Sixty-Third interim fee application. |
| 11/21/2014 | J. Hyland | 1.10 | Reviewed October fee application. |
| 11/21/2014 | J. Blum | 1.20 | Prepared October fee application. |
| 11/21/2014 | M. Haverkamp | 1.20 | Prepared October fee application. |
| 11/25/2014 | M. Haverkamp | 0.10 | Prepared October fee application. |
| 11/25/2014 | J. Blum | 0.20 | Prepared Sixty-Third Interim fee application. |
| 11/25/2014 | J. Hyland | 0.80 | Finalized October fee application. |
| 11/25/2014 | J. Hyland | 1.00 | Reviewed and finalized the Sixty-Third interim fee application. |
| 11/25/2014 | J. Borow | 1.10 | Reviewed October fee applications. |
| 11/25/2014 | A. Cowie | 2.10 | Reviewed fee application documentation. |
| 11/26/2014 | J. Borow | 0.80 | Reviewed October fee application information and detail. |
| Subtotal |  | 18.70 |  |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **06. Attend Hearings/Related Activities** | | | |
| 11/4/2014 | C. Kearns | 0.90 | Attended hearing on PPI 9019. |
| 11/4/2014 | J. Borow | 1.10 | Continued attending part of hearing re PPI issue over teleconference. |
| 11/4/2014 | J. Borow | 1.30 | Continued attending part of hearing re PPI issue over teleconference. |
| 11/4/2014 | J. Borow | 1.40 | Attended part of hearing re: PPI issue over teleconference. |
| 11/4/2014 | J. Hyland | 1.70 | Continued participating in a portion of PPI hearing via conference call-in and follow-up analyses. |
| 11/4/2014 | J. Hyland | 1.80 | Participated in a portion of PPI hearing via conference call-in and follow-up analyses. |
| 11/4/2014 | J. Hyland | 2.40 | Continued participating in a portion of PPI hearing via conference call-in and follow-up analyses. |
| 11/4/2014 | C. Kearns | 2.90 | Attended hearing on PPI 9019. |
| 11/4/2014 | C. Kearns | 2.90 | Attended hearing on PPI 9019. |
| 11/5/2014 | J. Borow | 1.10 | Attended part of hearing on post-petition interest by teleconference. |
| 11/5/2014 | C. Kearns | 1.50 | Listened by phone to most of closing arguments - 9019 motion. |
| 11/5/2014 | J. Hyland | 2.90 | Participated via call-in to PPI hearing. |
| 11/5/2014 | A. Cowie | 2.90 | Listened to court proceedings in support of counsel regarding post-petition interest. |
| Subtotal | | 24.80 | |
| **08. Interaction/Mtgs w Creditors** | | | |
| 11/3/2014 | C. Kearns | 0.60 | Participated in post-meeting discussions with counsel and UCC members. |
| 11/4/2014 | C. Kearns | 0.20 | Set agenda re: issues for discussion at upcoming UCC in person meeting. |
| 11/4/2014 | J. Borow | 1.10 | Discussed with various creditors and parties in interest re: status of matter. |
| 11/6/2014 | J. Hyland | 1.10 | Participated in weekly UCC call with professionals and members. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/6/2014 | C. Kearns | 1.10 | Participated in UCC call to debrief re: case matters. |
| 11/6/2014 | J. Borow | 1.10 | Participated in meeting with UCC and professionals. |
| 11/12/2014 | J. Borow | 0.90 | Discussed with creditor/party in interest re: status of matter. |
| 11/13/2014 | C. Kearns | 0.30 | Responded to call from holder re: case status. |
| 11/13/2014 | J. Hyland | 0.30 | Participated in weekly UCC call with members and professionals. |
| 11/13/2014 | C. Kearns | 0.30 | Participated in call with the committee re: UCC matters. |
| 11/13/2014 | J. Borow | 0.30 | Participated in meeting with UCC and professionals to UCC. |
| 11/14/2014 | C. Kearns | 0.20 | Participated in call with counsel (D. Botter) regarding scenarios for upcoming UCC meeting. |
| 11/21/2014 | C. Kearns | 0.20 | Emailed with counsel re: key issues on tax claims and other matters. |
| 11/21/2014 | A. Cowie | 1.80 | Participated in meeting with counsel in regard to preparation for in-person UCC meeting. |
| 11/21/2014 | J. Hyland | 1.80 | Participated in call with counsel re: upcoming UCC meeting. |
| 11/21/2014 | C. Kearns | 1.80 | Participated by phone in a meeting with counsel to review key issues and material for presentation at in-person UCC meeting. |
| 11/24/2014 | C. Kearns | 0.50 | Outlined key issues to be discussed at UCC meeting. |
| 11/24/2014 | J. Hyland | 2.00 | Prepared for UCC call and reviewed UCC reports. |
| 11/24/2014 | J. Hyland | 2.10 | Continued preparing for UCC call and reviewed UCC reports. |
| 11/24/2014 | J. Borow | 2.20 | Reviewed information to be presented to UCC at in-person meeting. |
| 11/24/2014 | J. Hyland | 2.80 | Participated in UCC meeting with UCC members and professionals. |
| 11/24/2014 | C. Kearns | 2.80 | Participated in an in-person meeting with the UCC to discuss scenarios and related issues for overall case resolution. |
| 11/24/2014 | J. Borow | 2.80 | Attended in-person meeting with UCC and professionals to committee re: proceeds allocation and various other issues. |
| 11/25/2014 | C. Kearns | 0.40 | Debriefed from UCC meeting re: analyses and next steps. |
| 11/25/2014 | J. Hyland | 2.10 | Analyzed reports for the UCC. |
| Subtotal | | 30.80 | |

**Capstone Advisory Group, LLC**  **Page 5 of 9**
**Invoice for the 11/1/2014-11/30/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 11/1/2014 | A. Cowie | 2.10 | Continued to prepare creditor recovery summary presentation for counsel. |
| 11/1/2014 | A. Cowie | 2.80 | Prepared creditor recovery summary presentation for counsel. |
| 11/2/2014 | A. Cowie | 2.20 | Prepared creditor recovery summary presentation for counsel. |
| 11/3/2014 | C. Kearns | 0.30 | Reviewed various analyses on claims and assets re: recovery scenarios. |
| 11/3/2014 | A. Cowie | 2.70 | Prepared creditor recovery summary presentation for counsel. |
| 11/4/2014 | A. Cowie | 0.30 | Analyzed recovery model inputs based on updated estate level information. |
| 11/5/2014 | A. Cowie | 0.80 | Analyzed third-party recovery level as against the UCC recovery model calculations. |
| 11/18/2014 | J. Borow | 1.20 | Reviewed presentation to UCC re: potential recovery scenarios. |
| 11/18/2014 | J. Borow | 1.90 | Reviewed and analyzed of potential creditor recovery scenarios. |
| 11/19/2014 | J. Borow | 2.20 | Reviewed and amended presentation to UCC and counsel re various recovery scenarios. |
| 11/20/2014 | J. Borow | 1.90 | Continued review and analyses of potential creditor recovery scenarios. |
| 11/20/2014 | J. Borow | 2.10 | Reviewed presentation to UCC re: potential recovery scenarios. |
| 11/20/2014 | A. Cowie | 2.30 | Prepared presentation materials for creditor recovery analyses. |
| 11/21/2014 | J. Borow | 0.30 | Continued to review recovery scenarios and related analyses for presentation to the UCC. |
| 11/21/2014 | A. Cowie | 0.40 | Continued to prepare deck for UCC in regard to creditor recovery scenarios. |
| 11/21/2014 | A. Cowie | 2.60 | Continued to prepare deck for UCC in regard to creditor recovery scenarios. |
| 11/21/2014 | A. Cowie | 2.70 | Prepared deck for UCC in regard to creditor recovery scenarios. |
| 11/21/2014 | J. Borow | 2.90 | Reviewed recovery scenarios and related analyses for presentation to the UCC. |
| 11/21/2014 | A. Cowie | 2.90 | Prepared presentation materials on creditor recoveries.. |
| 11/23/2014 | A. Cowie | 2.90 | Prepared final revisions to deck for creditor recovery scenarios. |
| 11/24/2014 | A. Cowie | 2.90 | Finalized creditor recovery scenario calculations.. |
| 11/25/2014 | J. Borow | 2.10 | Reviewed creditor recovery calculations. |
| Subtotal | | 42.50 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 11/1/2014 | C. Kearns | 0.20 | Emailed with counsel on 9019 and NNCC bond motion. |
| 11/1/2014 | J. Hyland | 1.00 | Reviewed PPI analysis calculations. |
| 11/2/2014 | J. Hyland | 1.60 | Analyzed the replies in support of the 9019 motion. |
| 11/2/2014 | J. Hyland | 2.80 | Reviewed the replies in support of the 9019 motion. |
| 11/3/2014 | N. Haslun | 2.90 | Analyzed accrued bond interest at 11/23/14, 11/30/14 and 12/31/14. |
| 11/7/2014 | C. Kearns | 0.20 | Participated in conference call with F. Hodara (counsel) re: claims analysis and status. |
| 11/17/2014 | A. Cowie | 0.80 | Continued to analyze NNCC revised claim document. |
| 11/17/2014 | A. Cowie | 2.80 | Analyzed revised claim by NNCC bond holders. |
| 11/20/2014 | J. Emerson | 2.40 | Updated Nortel Bond Prices Table. |
| 11/22/2014 | J. Hyland | 1.30 | Reviewed Canadian claims schedule as of 11/3. |
| 11/24/2014 | C. Kearns | 0.50 | Read memo from counsel re: pending motion re: claim estimation. |
| 11/24/2014 | A. Cowie | 1.40 | Continued to prepare revised interest claim calculations. |
| 11/24/2014 | A. Cowie | 2.50 | Prepared revised interest claim calculations. |
| 11/26/2014 | J. Hyland | 2.40 | Reviewed PPI motions by parties. |
| 11/27/2014 | J. Hyland | 1.00 | Reviewed handwritten PPI appeal decision and related appeal process. |
| Subtotal | | 23.80 | |
| **13. Intercompany Transactions/Bal** | | | |
| 11/5/2014 | J. Hyland | 1.90 | Analyzed APAC Restructuring Manager's Report for October 2014 and analyzed trends in balances. |
| Subtotal | | 1.90 | |

**Capstone Advisory Group, LLC**  **Page 7 of 9**
 Invoice for the 11/1/2014-11/30/2014 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **17. Analysis of Historical Results** | | | |
| 11/5/2014 | J. Borow | 2.10 | Reviewed historical financial information provided by Canadian Monitor. |
| Subtotal | | 2.10 | |
| **18. Operating and Other Reports** | | | |
| 11/7/2014 | C. Kearns | 0.80 | Reviewed March MOR and reconciled to our assumptions is recovery models. |
| 11/20/2014 | J. Hyland | 2.70 | Analyzed NNI's October 2014 MOR and prior MORs. |
| Subtotal | | 3.50 | |
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 11/5/2014 | J. Hyland | 0.50 | Reviewed the November 2, 2014 CCAA cash flow report. |
| 11/17/2014 | J. Hyland | 2.80 | Continued analyzing cash forecasts. |
| 11/17/2014 | J. Hyland | 2.90 | Analyzed cash forecasts. |
| 11/18/2014 | J. Hyland | 2.00 | Reviewed cash balances and escrow balances. |
| 11/20/2014 | J. Hyland | 1.60 | Updated cash analysis based upon current information. |
| 11/20/2014 | A. Cowie | 2.80 | Analyzed current cash actual to forecast trending for the Estates. |
| 11/22/2014 | J. Hyland | 1.20 | Analyzed forecasted end of case cash by estate. |
| 11/24/2014 | A. Cowie | 0.90 | Analyzed current estate cash balances in preparation for in-person UCC meeting. |
| Subtotal | | 14.70 | |
| **26. Tax Issues** | | | |
| 11/9/2014 | C. Kearns | 0.50 | Analyzed tax scenarios as requested by counsel. |
| 11/10/2014 | C. Kearns | 0.50 | Conducted ongoing analysis of potential tax claims. |
| 11/11/2014 | J. Hyland | 0.20 | Conducted call with K. Rowe re: U.S. taxes. |
| 11/11/2014 | J. Hyland | 2.10 | Analyzed tax calculations. |
| 11/14/2014 | A. Cowie | 1.00 | Participated in call with K. Rowe (counsel) in regard to current status of tax issues impacting creditor recoveries. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/14/2014 | J. Hyland | 1.00 | Conducted call with K. Rowe re: U.S. taxes. |
| 11/14/2014 | J. Borow | 1.30 | Reviewed various tax issues. |
| 11/14/2014 | J. Borow | 1.60 | Reviewed previously issued memorandum by counsel re: various tax issues. |
| 11/14/2014 | J. Hyland | 2.90 | Analyzed U.S. taxes and calculations. |
| 11/19/2014 | J. Hyland | 1.80 | Reviewed tax summary for UCC. |
| 11/24/2014 | C. Kearns | 0.40 | Read memo on tax related issues for consideration by the UCC. |
| Subtotal | | 13.30 | |
| **Total Hours** | | **254.60** | |