**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 11-01-14 through 11-30-14**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Meals** | | | |
| 11/4/2014 | C. Kearns | Breakfast at DuPont Wilmington before court. | $24.00 |
| **Subtotal - Meals** | | | **$24.00** |
| **Telecom** | | | |
| 11/21/2014 | J. Hyland | Telephone calls to Toronto | $8.33 |
| **Subtotal - Telecom** | | | **$8.33** |
| **For the Period 11-01-14 through 11-30-14** | | | **$32.33** |