# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

December 1, 2014 through December 31, 2014

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Photos/Art/ Spec Duplicating | Out of Office | $5,575.78 |
| Meals | | 1,949.93 |
| Messenger Services | | 48.00 |
| Courier/Delivery Service | | 3,406.20 |
| In-House Duplicating | | 237.90 |
| Pacer | | 70.20 |
| Conference Calls | | 470.00 |
| Use of Facilities/Equipment | | 1,519.00 |
| **Total Expenses** | | **$13,277.01** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 01/12/15 11:32:52

PRO FORMA  369878                AS OF 12/31/14                                         INVOICE# ******

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1238943 | 11/01/14 | B | 1,086.20 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - PRINT B/W FROM PDF OR TIFF - 10,8 PAGES - 11/1/14 | 510 62 | 971 | 206293 |
| 1230979 | 11/03/14 | B | 3,408.25 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - PRINT B/W FROM TIFF OR PDF, TABS, (12) THREE-INCH CLEARVIEW BINDERS - 11/03/14 | 510 | 322 | 206208 |
| 1230769 | 11/25/14 | B | 97.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 11/25/14 | 510 | 684 | 206157 |
| 1230772 | 12/01/14 | B | 13.75 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - FAX BROADCAST - 12/1/14 | 510 | 684 | 206160 |
| 1230771 | 12/02/14 | B | 390.41 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, HAND DELIVERIES, POSTAGE - 12/02/14 | 510 | 684 | 206159 |
| 1230758 | 12/02/14 | B | 382.57 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY MEDIUM LITIGATION B/W, BINDERS, TABS - 12/2/14 | 510 | 684 | 206151 |
| 1230770 | 12/03/14 | B | 197.60 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 12/3/ | 510 14 | 684 | 206158 |
| 1231348 | 11/02/14 | B | 117.93 | Meals - AMERICAN EXPRESS - TARGET - SNACKS FO TRIAL GROUP - 11/2/14 | 512 | 400 | 206249 |
| 1231349 | 11/02/14 | B | 29.00 | Meals - AMERICAN EXPRESS - WASHINGTON STREET ALE HOUSE - WORKING DINNER - DAVE KELLEY - 11/2/14 | 512 | 400 | 206249 |
| 1230913 | 11/03/14 | B | 1,339.00 | Meals - AMERICAN EXPRESS - CAFFE GELATO - CATERED DINNER FOR 50 PEOPLE - 11/3/14 | 512 | 904 | 206189 |
| 1230920 | 11/03/14 | B | 224.00 | Meals - AMERICAN EXPRESS - CAFFE GELATO - LUNCHES FOR 10 - 11/3/14 | 512 | 904 | 206189 |
| 1230922 | 11/03/14 | B | 240.00 | Meals - AMERICAN EXPRESS - SUGARFOOT - LUNCH FOR 10 - 11/3/14 | 512 | 904 | 206189 |
| 1227653 | 11/25/14 | B | 3.00 | Messenger Service - 11/25/14 | 513S | 000 | |
| 1227659 | 11/25/14 | B | 3.00 | Messenger Service - 11/25/14 | 513S | 000 | |
| 1227660 | 11/25/14 | B | 3.00 | Messenger Service - 11/25/14 | 513S | 000 | |
| 1227672 | 11/26/14 | B | 3.00 | Messenger Service - 11/26/14 | 513S | 000 | |
| 1227674 | 11/26/14 | B | 3.00 | Messenger Service - 11/26/14 | 513S | 000 | |
| 1227679 | 11/26/14 | B | 3.00 | Messenger Service - 11/26/14 | 513S | 000 | |
| 1227684 | 11/26/14 | B | 3.00 | Messenger Service - 11/26/14 | 513S | 000 | |
| 1231000 | 12/01/14 | B | 3.00 | Messenger Service - 12/1/14 | 513S | 000 | |
| 1231004 | 12/01/14 | B | 3.00 | Messenger Service - 12/1/14 | 513S | 000 | |

| Nortel Networks, Inc. | | | | | PRO FORMA 369878 | AS OF 12/31/14 | | | INVOICE# ****** |
|---|---|---|---|---|---|---|---|---|---|
| 63989-DIP | | | | | | | | | |
| DATE: 01/12/15 11:32:52 | | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|---|
| 1231016 | 12/02/14 | B | 3.00 | Messenger Service - 12/2/14 | | 513S | 000 | |
| 1231023 | 12/02/14 | B | 3.00 | Messenger Service - 12/2/14 | | 513S | 000 | |
| 1231078 | 12/05/14 | B | 3.00 | Messenger Service - 12/5/14 | | 513S | 000 | |
| 1231143 | 12/11/14 | B | 3.00 | Messenger Service - 12/11/14 | | 513S | 000 | |
| 1231149 | 12/11/14 | B | 3.00 | Messenger Service - 12/11/14 | | 513S | 000 | |
| 1231156 | 12/11/14 | B | 3.00 | Messenger Service - 12/11/14 | | 513S | 000 | |
| 1231185 | 12/15/14 | B | 3.00 | Messenger Service - 12/15/14 | | 513S | 000 | |
| 1231269 | 11/01/14 | B | 54.33 | Court Costs - AMERICAN EXPRESS - USPS - OVERNIGHT SHIPMENTS - 11/1/14 | | 514 | 684 | 206218 |
| 1231268 | 11/06/14 | B | 54.33 | ourier/Delivery Service - AMERICAN EXPRESS - THREE OVERNIGHT SHIPMENTS - 11/6/14 | | 514 | 684 | 206218 |
| 1231256 | 11/13/14 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - THREE OVERNIGHT SHIPMENTS - 11/13/14 | | 514 | 684 | 206218 |
| 1229734 | 11/21/14 | B | 27.60 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/19/14 - 11/21/14 | | 514 | 000 | 205965 |
| 1231263 | 11/25/14 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - THREE OVERNIGHT DELIVERIES - 11/25/14 | | 514 | 684 | 206218 |
| 1229750 | 11/26/14 | B | 39.94 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 11/24/14 - 11/26/14 | | 514 | 000 | 205966 |
| 1226871 | 12/03/14 | B | 18.58 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226872 | 12/03/14 | B | 22.43 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226873 | 12/03/14 | B | 22.58 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226874 | 12/03/14 | B | 22.43 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226875 | 12/03/14 | B | 26.30 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226876 | 12/03/14 | B | 24.83 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1230342 | 12/03/14 | B | 12.60 | Courier/Delivery Service | | 514 | 322 | 206066 |
| 1226937 | 12/03/14 | B | 22.58 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226938 | 12/03/14 | B | 20.02 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1227007 | 12/03/14 | B | 33.24 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES - 12/3/14 | | 514 | 000 | 205804 |
| 1226931 | 12/03/14 | B | 12.60 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226932 | 12/03/14 | B | 22.43 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226933 | 12/03/14 | B | 22.58 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226934 | 12/03/14 | B | 18.58 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226935 | 12/03/14 | B | 18.58 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226936 | 12/03/14 | B | 25.09 | Courier/Delivery Service | | 514 | 322 | 205799 |
| 1226925 | 12/03/14 | B | 24.83 | Courier/Delivery Service | | 514 | 322 | 205799 |

Nortel Networks, Inc.     PRO FORMA 365878     AS OF 12/31/14     INVOICE# ******
63989-DIP
DATE: 01/12/15 11:32:52

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1226926 | 12/03/14 | B | 22.45 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226927 | 12/03/14 | B | 25.09 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226928 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226929 | 12/03/14 | B | 25.09 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226930 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226919 | 12/03/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226920 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226921 | 12/03/14 | B | 22.45 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226922 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226923 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226924 | 12/03/14 | B | 25.09 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226913 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226914 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226915 | 12/03/14 | B | 22.45 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226916 | 12/03/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226917 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226918 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226907 | 12/03/14 | B | 22.19 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226908 | 12/03/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226909 | 12/03/14 | B | 21.22 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226910 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226911 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226912 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226901 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226902 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226903 | 12/03/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226904 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226905 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226906 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226895 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226896 | 12/03/14 | B | 26.30 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226897 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226898 | 12/03/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226899 | 12/03/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226900 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226889 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226890 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226891 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |

Nortel Networks, Inc.                                                         PRO FORMA  369878           AS OF 12/31/14                                    INVOICE# ******
63989-DIP
DATE: 01/12/15 11:32:52

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1226892 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226893 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226894 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226883 | 12/03/14 | B | 26.18 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226884 | 12/03/14 | B | 26.30 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226885 | 12/03/14 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226886 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226887 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226888 | 12/03/14 | B | 23.66 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226877 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226878 | 12/03/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226879 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226880 | 12/03/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226881 | 12/03/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1226882 | 12/03/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 205799 |
| 1230825 | 12/05/14 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC- 12/5/14 | 514 | 000 | 206176 |
| 1238927 | 12/10/14 | B | 7.93 | Courier/Delivery Service | 514 | 000 | 206291 |
| 1230838 | 12/11/14 | B | 62.65 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - COURIER CHARGES FOR 12/10/14 12/11/14 | 514 - | 000 | 206177 |
| 1230127 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230128 | 12/12/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230129 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230130 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230191 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230192 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230193 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230207 | 12/12/14 | B | 33.24 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES - 12/12/14 | 514 | 000 | 206054 |
| 1230280 | 12/12/14 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 206062 |
| 1230281 | 12/12/14 | B | 20.02 | Courier/Delivery Service | 514 | 322 | 206062 |
| 1230185 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230186 | 12/12/14 | B | 22.19 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230187 | 12/12/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230188 | 12/12/14 | B | 21.22 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230189 | 12/12/14 | B | 25.09 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230190 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230179 | 12/12/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230180 | 12/12/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 206052 |

```
Nortel Networks, Inc.                                     PRO FORMA   365878        AS OF 12/31/14                              INVOICE# ******
63989-DIP
DATE: 01/12/15  11:32:52
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1230181 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230182 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230183 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230184 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230173 | 12/12/14 | B | 23.66 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230174 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230175 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230176 | 12/12/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230177 | 12/12/14 | B | 25.09 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230178 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230167 | 12/12/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230168 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230169 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230170 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230171 | 12/12/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230172 | 12/12/14 | B | 26.30 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230161 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230162 | 12/12/14 | B | 26.30 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230163 | 12/12/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230164 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230165 | 12/12/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230166 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230155 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230156 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230157 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230158 | 12/12/14 | B | 26.30 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230159 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230160 | 12/12/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230149 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230150 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230151 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230152 | 12/12/14 | B | 25.09 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230153 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230154 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230143 | 12/12/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230144 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230145 | 12/12/14 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230146 | 12/12/14 | B | 22.45 | Courier/Delivery Service | 514 | 322 | 206052 |

```
Nortel Networks, Inc.                                                     PRO FORMA  369878    AS OF 12/31/14                            INVOICE# ******
63989-DIP
DATE: 01/12/15 11:32:52
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1230147 | 12/12/14 | B | 22.19 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230148 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230137 | 12/12/14 | B | 26.18 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230138 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230139 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230140 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230141 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230142 | 12/12/14 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230131 | 12/12/14 | B | 22.45 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230132 | 12/12/14 | B | 22.45 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230133 | 12/12/14 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230134 | 12/12/14 | B | 25.09 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230135 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230136 | 12/12/14 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206052 |
| 1230226 | 12/15/14 | B | 12.60 | Courier/Delivery Service | 514 | 322 | 206061 |
| 1223907 | 12/01/14 | B | 1.60 | In-House Duplicating | 519 | 594 | |
| 1231714 | 12/10/14 | B | 12.00 | In-House Duplicating | 519 | 605 | |
| 1231713 | 12/10/14 | B | 9.00 | In-House Duplicating | 519 | 670 | |
| 1231715 | 12/12/14 | B | 2.40 | In-House Duplicating | 519 | 670 | |
| 1231716 | 12/29/14 | B | 0.20 | In-House Duplicating | 519 | 623 | |
| 1229057 | 11/30/14 | B | 70.20 | Pacer charges for the month of November | 529 | 000 | |
| 1238632 | 12/31/14 | B | 1,519.00 | Use of Facilities/Equipment - Storage of Tech from Trial- 12/1/14 - /12/31/14 | 540S | 400 | |
| 1223982 | 12/02/14 | B | 1.10 | In-House Printing - black & white Call time: 09:30; to | 541 | 684 | |
| 1223983 | 12/02/14 | B | 2.55 | In-House Printing - black & white Call time: 09:48; to | 541 | 684 | |
| 1223984 | 12/02/14 | B | 1.40 | In-House Printing - black & white Call time: 09:49; to | 541 | 684 | |
| 1223985 | 12/02/14 | B | 3.50 | In-House Printing - black & white Call time: 09:53; to | 541 | 684 | |
| 1223986 | 12/02/14 | B | 0.05 | In-House Printing - black & white Call time: 09:53; to | 541 | 684 | |
| 1223987 | 12/02/14 | B | 1.25 | In-House Printing - black & white Call time: 09:54; to | 541 | 684 | |
| 1223976 | 12/02/14 | B | 0.15 | In-House Printing - black & white Call time: 11:36; to | 541 | 684 | |
| 1223977 | 12/02/14 | B | 1.25 | In-House Printing - black & white Call time: 11:37; to | 541 | 684 | |
| 1223978 | 12/02/14 | B | 1.15 | In-House Printing - black & white Call time: 11:37; to | 541 | 684 | |
| 1223979 | 12/02/14 | B | 4.40 | In-House Printing - black & white Call time: 11:53; to | 541 | 684 | |
| 1223980 | 12/02/14 | B | 11.20 | In-House Printing - black & white Call time: 11:59; to | 541 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 01/12/15 11:32:52

PRO FORMA 369878   AS OF 12/31/14    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1223981 | 12/02/14 | B | 6.55 | In-House Printing - black & white Call time: 12:00; to | 541 | 684 | |
| 1223970 | 12/02/14 | B | 0.50 | In-House Printing - black & white Call time: 11:34; to | 541 | 684 | |
| 1223971 | 12/02/14 | B | 1.05 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1223972 | 12/02/14 | B | 0.05 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1223973 | 12/02/14 | B | 2.05 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1223974 | 12/02/14 | B | 0.15 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1223975 | 12/02/14 | B | 4.40 | In-House Printing - black & white Call time: 11:36; to | 541 | 684 | |
| 1223964 | 12/02/14 | B | 6.30 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |
| 1223965 | 12/02/14 | B | 4.05 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |
| 1223966 | 12/02/14 | B | 2.25 | In-House Printing - black & white Call time: 11:34; to | 541 | 684 | |
| 1223967 | 12/02/14 | B | 0.15 | In-House Printing - black & white Call time: 11:34; to | 541 | 684 | |
| 1223968 | 12/02/14 | B | 7.80 | In-House Printing - black & white Call time: 11:33; to | 541 | 684 | |
| 1223969 | 12/02/14 | B | 7.35 | In-House Printing - black & white Call time: 11:34; to | 541 | 684 | |
| 1223958 | 12/02/14 | B | 2.60 | In-House Printing - black & white Call time: 11:17; to | 541 | 684 | |
| 1223959 | 12/02/14 | B | 0.10 | In-House Printing - black & white Call time: 11:17; to | 541 | 684 | |
| 1223960 | 12/02/14 | B | 2.55 | In-House Printing - black & white Call time: 11:15; to | 541 | 684 | |
| 1223961 | 12/02/14 | B | 0.10 | In-House Printing - black & white Call time: 11:15; to | 541 | 684 | |
| 1223962 | 12/02/14 | B | 8.80 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1223963 | 12/02/14 | B | 0.10 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1223952 | 12/02/14 | B | 28.70 | In-House Printing - black & white Call time: 11:08; to | 541 | 684 | |
| 1223953 | 12/02/14 | B | 0.55 | In-House Printing - black & white Call time: 11:08; to | 541 | 684 | |
| 1223954 | 12/02/14 | B | 6.40 | In-House Printing - black & white Call time: 11:21; to | 541 | 684 | |
| 1223955 | 12/02/14 | B | 0.05 | In-House Printing - black & white Call time: 11:21; to | 541 | 684 | |
| 1223956 | 12/02/14 | B | 1.10 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1223957 | 12/02/14 | B | 0.05 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1223988 | 12/02/14 | B | 0.10 | In-House Printing - black & white Call time: 09:54; to | 541 | 684 | |
| 1223989 | 12/02/14 | B | 1.25 | In-House Printing - black & white Call time: 09:18; to | 541 | 684 | |
| 1223990 | 12/03/14 | B | 1.40 | In-House Printing - black & white Call time: 11:06; to | 541 | 684 | |
| 1223991 | 12/03/14 | B | 1.80 | In-House Printing - black & white Call time: 09:00; to | 541 | 684 | |
| 1223992 | 12/03/14 | B | 0.20 | In-House Printing - black & white Call time: 09:00; to | 541 | 684 | |

Nortel Networks, Inc.  PRO FORMA  369878  AS OF 12/31/14  INVOICE# ******
63989-DIP
DATE: 01/12/15 11:32:52

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1231717 | 12/04/14 | B | 1.50 | In-House Printing - black & white Call time: 10:41; to | 541 | 579 | |
| 1231718 | 12/04/14 | B | 0.05 | In-House Printing - black & white Call time: 10:41; to | 541 | 579 | |
| 1231719 | 12/09/14 | B | 6.40 | In-House Printing - black & white Call time: 18:31; to | 541 | 322 | |
| 1231720 | 12/09/14 | B | 2.55 | In-House Printing - black & white Call time: 09:47; to | 541 | 684 | |
| 1231721 | 12/10/14 | B | 1.50 | In-House Printing - black & white Call time: 14:16; to | 541 | 684 | |
| 1231722 | 12/10/14 | B | 0.05 | In-House Printing - black & white Call time: 14:16; to | 541 | 684 | |
| 1231723 | 12/11/14 | B | 0.95 | In-House Printing - black & white Call time: 14:41; to | 541 | 546 | |
| 1231724 | 12/11/14 | B | 0.25 | In-House Printing - black & white Call time: 14:41; to | 541 | 546 | |
| 1231725 | 12/11/14 | B | 5.25 | In-House Printing - black & white Call time: 15:13; to | 541 | 670 | |
| 1231726 | 12/11/14 | B | 1.50 | In-House Printing - black & white Call time: 15:13; to | 541 | 670 | |
| 1231727 | 12/17/14 | B | 2.55 | In-House Printing - black & white Call time: 14:46; to | 541 | 684 | |
| 1231728 | 12/18/14 | B | 17.00 | In-House Printing - black & white Call time: 16:35; to | 541 | 684 | |
| 1231729 | 12/18/14 | B | 2.55 | In-House Printing - black & white Call time: 16:28; to | 541 | 684 | |
| 1231730 | 12/18/14 | B | 2.50 | In-House Printing - black & white Call time: 14:06; to | 541 | 322 | |
| 1231732 | 12/19/14 | B | 1.50 | In-House Printing - black & white Call time: 15:37; to | 541 | 684 | |
| 1231733 | 12/19/14 | B | 0.30 | In-House Printing - black & white Call time: 15:37; to | 541 | 684 | |
| 1231731 | 12/19/14 | B | 2.50 | In-House Printing - black & white Call time: 10:07; to | 541 | 221 | |
| 1231734 | 12/22/14 | B | 4.40 | In-House Printing - black & white Call time: 14:40; to | 541 | 684 | |
| 1231735 | 12/22/14 | B | 23.00 | In-House Printing - black & white Call time: 14:53; to | 541 | 684 | |
| 1231736 | 12/23/14 | B | 1.90 | In-House Printing - black & white Call time: 13:51; to | 541 | 684 | |
| 1231737 | 12/23/14 | B | 8.00 | In-House Printing - black & white Call time: 16:56; to | 541 | 684 | |
| 1231250 | 11/04/14 | B | 212.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - 11/4/14 | 552H | 904 | 206218 |
| 1231251 | 11/05/14 | B | 79.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - 11/4/14 | 552H | 904 | 206218 |
| 1231253 | 11/05/14 | B | 72.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - 11/5/14 | 552H | 604 | 206218 |
| 1231257 | 11/07/14 | B | 107.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - 11/7/14 | 552H | 904 | 206218 |
| | | | 13,277.01 | | | | |