# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP  [Docket No. 14956] | 10/1/14 - 10/31/14 | £7,486.50 (Fees)  £12.54 (Expenses) | £5,989.20 (Fees @ 80%)  £12.54 (Expenses @ 100%) | 12/18/14 | 1/8/15 |