# CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on January 12, 2015, in the manner indicated upon the entities identified below.

| | |
|---|---|
| Date: January 12, 2015 | */s/ Tamara K. Minott* |
| Wilmington, Delaware | Tamara K. Minott (No. 5643) |

**Via Hand Delivery**

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
(Counsel for Hewlett-Packard)

**Via First Class Mail**

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(Counsel for Hewlett-Packard)

Andrew C. Gold
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016
(Counsel for Sterling Mets)