## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Dkt. Nos. 14950, 14949, 14999 |

### NOTICE OF FILING OF ITEMS DESIGNATED FOR RECORD ON APPEAL

**PLEASE TAKE NOTICE** that in accordance with Rule 8006-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Ernst & Young Inc., the court-appointed monitor of Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended pending before the Ontario Superior Court of Justice (Commercial List), together with the Canadian Debtors, filed the following items, which will be designated in the record of their appeal [Dkt. No. 14999] of the *Order Granting Debtors' Motion Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues*, entered by the United States Bankruptcy Court for the District of Delaware on December 18, 2014 [Dkt. No. 14950] and the accompanying *Opinion Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019*

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

*Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues* [Dkt. No. 14949]:

| Attached Hereto As Exhibit: | Description |
|---|---|
| 1 | Deposition Transcript, John Ray (incl. errata sheet and acknowledgment) [Hearing Held on November 4-5, 2014; Exhibit 105[2]] |
| 2 | Deposition Transcript, Michael Katzenstein [Hearing Held on November 4-5, 2014; Exhibit 106] |
| 3 | Deposition Transcript, Paul Wertheim [Hearing Held on November 4-5, 2014; Exhibit 107] |
| 4 | Email from T. Kreller to L. Schweitzer et al. re: Nortel, attaching Nortel - Draft Settlement Term Sheet  [Hearing Held on November 4-5, 2014; Exhibit 116] |
| 5 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement and Blackline [Hearing Held on November 4-5, 2014; Exhibit 117] |
| 6 | Email from J. Harris to L. Schweitzer et al. re: NORTEL: revised US PPI Settlement Agreement, attaching Blackline - Nortel US PPI Settlement Agreement and Nortel US PPI Settlement Agreement  [Hearing Held on November 4-5, 2014; Exhibit 118] |
| 7 | Email from T. Matz to L. Schweitzer et al. re: NORTEL: US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement dated July 17, 2014  [Hearing Held on November 4-5, 2014; Exhibit 119] |
| 8 | Cash Summary Spreadsheet [Hearing Held on November 4-5, 2014; Exhibit 120] |
| 9 | Email from K. Coleman to J. Pultman re: FW: Call? (0017242-00000008) [Hearing Held on November 4-5, 2014; Exhibit 121] |
| 10 | Spreadsheet -- Consolidated NNC Balance Sheet (including native sheet) [Hearing Held on November 4-5, 2014; Exhibit 122] |
| 11 | Spreadsheet - Country Detail Cash Summary (including native sheet) [Hearing Held on November 4-5, 2014; Exhibit 123] |
| 12 | Spreadsheet - Cash Summary (including native sheet) [Hearing Held on November 4-5, 2014; Exhibit 124] |
| 13 | Spreadsheet - Global Cash Summary (including native sheet) [Hearing Held on November 4-5, 2014; Exhibit 125] |
| 14 | Spreadsheet - Country Detail (including native sheet) [Hearing Held on November 4-5, 2014; Exhibit 126] |
| 15 | Email from A. Leblanc to J. Bromley et al re: Call [Hearing Held on November 4-5, 2014; Exhibit 127] |
| 16 | Email from A. Leblanc to J. Bromley et al. re: After Court  [Hearing Held on November 4-5, 2014; Exhibit 128] |

---

[2]    All referenced exhibit numbers shall be inclusive of attachments thereto.

| Attached Hereto As Exhibit: | Description |
|---|---|
| 17 | Email from L. Schweitzer to D. Dunne et al. re: PPI [Hearing Held on November 4-5, 2014; Exhibit 129] |
| 18 | Email from A. Leblanc to L. Schweitzer re: RE: Proposal [Hearing Held on November 4-5, 2014; Exhibit 130] |
| 19 | Email from A. Leblanc to R. Eckenrod et al. re: RE: NORTEL: revised US PPI Settlement Agreement [Hearing Held on November 4-5, 2014; Exhibit 131] |
| 20 | Email from A. Leblanc to L. Schweitzer re: Proposal [Hearing Held on November 4-5, 2014; Exhibit 132] |
| 21 | Email from A. Leblanc to L. Schweitzer et al. re: RE: NORTEL: revised US PPI Settlement Agreement [Hearing Held on November 4-5, 2014; Exhibit 133] |
| 22 | Email from T. Kreller to L. Schweitzer et al. re: Nortel interest calculation, attaching a spreadsheet entitled "Post-Petition Interest Calculations" [Hearing Held on November 4-5, 2014; Exhibit 134] |
| 23 | Email from T. Kreller to L. Schweitzer et al. re: Nortel interest calculation, attaching a spreadsheet entitled "Post-Petition Interest Calculations" [Hearing Held on November 4-5, 2014; Exhibit 135] |
| 24 | Spreadsheet entitled "Post-Petition Interest Calculations" [Hearing Held on November 4-5, 2014; Exhibit 136] |
| 25 | Email from F. Hodara to L. Schweitzer et al. re: RE: NORTEL: revised US PPI Settlement Agreement [Hearing Held on November 4-5, 2014; Exhibit 137] |
| 26 | Email from J. Harris to L. Schweitzer et al. re: NORTEL: revised US PPI Settlement Agreement, attaching Blackline - Nortel US PPI Settlement Agreement and Nortel US PPI Settlement Agreement  [Hearing Held on November 4-5, 2014; Exhibit 138] |
| 27 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised US PPI Settlement Agreement, attaching Schedule A to PPI Settlement Agreement – Amounts [Hearing Held on November 4-5, 2014; Exhibit 141] |
| 28 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement and Blackline  [Hearing Held on November 4-5, 2014; Exhibit 143] |
| 29 | Email from A. Leblanct to R. Eckenrod et al. re: RE: NORTEL: revised US PPI Settlement Agreement  [Hearing Held on November 4-5, 2014; Exhibit 146] |
| 30 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised: US PPI Settlement Agreement, attaching Schedule A to PPI Settlment - Amounts and Blackline  [Hearing Held on November 4-5, 2014; Exhibit 147] |
| 31 | Email from A. Pisa to L. Schweitzer et al. re: RE: NORTEL: US PPI Settlement Agreement [Hearing Held on November 4-5, 2014; Exhibit 150] |

| Attached Hereto As Exhibit: | Description |
|---|---|
| 32 | Email from L. Schweitzer to A. Leblanc et al. re: Re: NORTEL: revised US PPI Settlement Agreement [Hearing Held on November 4-5, 2014; Exhibit 151] |
| 33 | Email from L. Schweitzer to F. Hodara et al. re: NORTEL: revised US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement and Blackline  [Hearing Held on November 4-5, 2014; Exhibit 152] |
| 34 | Email from L. Schweitzer to F. Hodara et al. re: Fw: NORTEL: draft US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement [Hearing Held on November 4-5, 2014; Exhibit 155] |
| 35 | Email from D. Dunne to J. Ray re: Finished with our guys  [Hearing Held on November 4-5, 2014; Exhibit 157] |
| 36 | UNITED STATES OF AMERICA, Plaintiff- Appellee, v. Stuart H. WOLFF, Defendant-Appellant., No. 06-50683, 2007 WL 2041144 (9th Cir. May 24, 2007) (Appellate Brief)  [Hearing Held on November 4-5, 2014; Exhibit 158] |
| 37 | UNITED STATES OF AMERICA, Plaintiff, v. Stuart H. WOLFF, Defendant., No. CR05-398-PA, 2006 WL 5391721 (C.D. Cal. June 11, 2006) (Trial Motion, Memorandum and Affidavit)  [Hearing Held on November 4-5, 2014; Exhibit 159] |
| 38 | Joint Administrators' Report, NN (Ireland) Limited  [Hearing Held on November 4-5, 2014; Exhibit 160] |
| 39 | Joint Administrators' Report, NN S.A.  [Hearing Held on November 4-5, 2014; Exhibit 161] |
| 40 | Attachment to Proof of Claim of the Bank of New York Mellon, as Indenture Trustee, Relating to the Indenture Dated July 5, 2006 (Includes Indenture as attachment)  [Hearing Held on November 4-5, 2014; Exhibit 162] |
| 41 | Attachment to Proof of Claim of the Bank of New York Mellon, as Indenture Trustee, Relating to the Indenture Dated March 28, 2007 (Includes Indenture as attachment) [Hearing Held on November 4-5, 2014; Exhibit 163] |
| 42 | Nortel Networks Corporation Form 10-K [Hearing Held on November 4-5, 2014; Exhibit 165] |
| 43 | Nortel Networks Corporation Form 10-Q [Hearing Held on November 4-5, 2014; Exhibit 167] |
| 44 | Objection and Responses of Wilmington Trust, National Association, As Successor Indenture Trustee To Debtors' Request For Production of Documents  [Hearing Held on November 4-5, 2014; Exhibit 178] |
| 45 | Responses and Objections of the Monitor and the Canadian Debtors' to the Debtors' Document Production Requests  [Hearing Held on November 4-5, 2014; Exhibit 179] |
| 46 | Allocation Trial Transcript, Day 22 [Hearing Held on November 4-5, 2014; Exhibit 181] |
| 47 | Email from A. Leblanc to J. Bromley re: PPI [Hearing Held on November 4-5, 2014; Exhibit 182] |

| Attached Hereto As Exhibit: | Description |
|---|---|
| 48 | Email from D. Dunne to J. Bromley and J. Ray re: PPI  [Hearing Held on November 4-5, 2014; Exhibit 183] |
| 49 | Email from D. Dunne to J. Ray re: Call [Hearing Held on November 4-5, 2014; Exhibit 184] |
| 50 | Email from D. Dunne to J. Ray re: Can you talk?  [Hearing Held on November 4-5, 2014; Exhibit 185] |
| 51 | Email from D. Dunne to J. Ray re: FW: Updated Nortel Claimulator [Hearing Held on November 4-5, 2014; Exhibit 186] |
| 52 | Email from D. Dunne to J. Ray re: Hi [Hearing Held on November 4-5, 2014; Exhibit 188] |
| 53 | Email from D. Dunne to J. Ray re: Nt [Hearing Held on November 4-5, 2014; Exhibit 189] |
| 54 | Email from D. Dunne to J. Ray re: Call [Hearing Held on November 4-5, 2014; Exhibit 190] |
| 55 | Email from D. Dunne to J. Ray re: Call [Hearing Held on November 4-5, 2014; Exhibit 191] |
| 56 | Email from D. Dunne to J. Ray re: [Hearing Held on November 4-5, 2014; Exhibit 192] |
| 57 | Email from M. Kennedy to M. Sandberg re: Can you call me [Hearing Held on November 4-5, 2014; Exhibit 193] |
| 58 | Email from M. Sandberg to M. Kennedy, M. Katzenstein, J. Ray and M. Spragg re: Call this morning  [Hearing Held on November 4-5, 2014; Exhibit 194] |
| 59 | Email from J. Ray to D. Dunne re: [Hearing Held on November 4-5, 2014; Exhibit 195] |
| 60 | Email from J. Ray to D. Dunne re: [Hearing Held on November 4-5, 2014; Exhibit 196] |
| 61 | Email from J. Ray to D. Dunne re: [Hearing Held on November 4-5, 2014; Exhibit 197] |
| 62 | Email from J. Ray to D. Dunne re: [Hearing Held on November 4-5, 2014; Exhibit 198] |
| 63 | Email from J. Ray to D. Dunne re: Fwd: [Hearing Held on November 4-5, 2014; Exhibit 199] |
| 64 | Email from J. Ray to D. Dunne re: [Hearing Held on November 4-5, 2014; Exhibit 200] |
| 65 | Email from J. Ray to D. Dunne re:  [Hearing Held on November 4-5, 2014; Exhibit 201] |
| 66 | Email from J. Ray to D. Dunne re: [Hearing Held on November 4-5, 2014; Exhibit 202] |
| 67 | Email from J. Bromley to A. Leblanc re: [Hearing Held on November 4-5, 2014; Exhibit 203] |
| 68 | Email from J. Bromley to A. Leblanc, D. Dunne and B. Miller re: After Court [Hearing Held on November 4-5, 2014; Exhibit 204] |
| 69 | Email from J. Bromley to A. Leblanc, D. Dunne, L. Schweitzer and T. Kreller re: PPI  [Hearing Held on November 4-5, 2014; Exhibit 205] |

| Attached Hereto As Exhibit: | Description |
|---|---|
| 70 | Email from M. Sandberg to M. Kennedy, M. Katzenstein and M. Spragg re: Time to chat? [Hearing Held on November 4-5, 2014; Exhibit 206] |
| 71 | Email from D. Dunne to L. Schweitzer, L. Giambatista and J. Ray re: tomorrow  [Hearing Held on November 4-5, 2014; Exhibit 207] |
| 72 | 6/18/14 Emails between A. Leblanc and J. Bromley re: "PPI" [Hearing Held on November 4-5, 2014; Exhibit 209] |
| 73 | 6/18/14 Emails between A. Leblanc and J. Bromley [Hearing Held on November 4-5, 2014; Exhibit 210] |
| 74 | 7/8/14 Emails between A. Leblanc, J. Bromley and D. Dunne re: "Call" [Hearing Held on November 4-5, 2014; Exhibit 211] |
| 75 | 7/8/14 Emails between A. LeBlanc, D. Dunne and J. Bromley re: "Call" [Hearing Held on November 4-5, 2014; Exhibit 212] |
| 76 | 7/14/14 Emails between L. Schweitzer, L. Giambatista, and J. Ray re: "Tomorrow" [Hearing Held on November 4-5, 2014; Exhibit 213] |
| 77 | 7/14/14 "Draft Settlement Term Sheet" sent by T. Kreller to L. Schweitzer, et al. (with cover email) [Hearing Held on November 4-5, 2014; Exhibit 214] |
| 78 | 7/17/14 Draft proposed settlement agreement sent by T. Matz to L. Schweitzer, et al. (with cover email) [Hearing Held on November 4-5, 2014; Exhibit 215] |
| 79 | 7/18/14 Draft proposed settlement agreement sent by J. Harris to L. Schweitzer, et al. (with cover email) [Hearing Held on November 4-5, 2014; Exhibit 216] |
| 80 | 7/19/14 Email from L. Schweitzer to F. Hodara and D. Botter, et al., attaching "Nortel US PPI Settlement Agreement" [Hearing Held on November 4-5, 2014; Exhibit 217] |
| 81 | 7/19/14 Emails between L. Schweitzer and A. Leblanc re: "NORTEL: revised US PPI Settlement Agreement" [Hearing Held on November 4-5, 2014; Exhibit 218] |
| 82 | 7/19/14 Email from T. Kreller to L. Schweitzer, et al., attaching spreadsheet entitled "PPI Calculations by Issue 07 11 14" [Hearing Held on November 4-5, 2019; Exhibit 219] |
| 83 | 7/21/14 Draft proposed settlement agreement sent by R. Eckenrod to A. Leblanc, et al. (with cover email) [Hearing Held on November 4-5, 2014; Exhibit 220] |
| 84 | The Monitor and Canadian Debtors' requests for the production of documents directed to U.S. Debtors and Bondholders [Hearing Held on November 4-5, 2014; Exhibit 221] |
| 85 | The U.S. Debtors' responses and objections to the Monitor and Canadian Debtors' requests for the production of documents [Hearing Held on November 4-5, 2014; Exhibit 222] |
| 86 | The Bondholders' responses and objections to the Monitor and Canadian Debtors' requests for the production of documents [Hearing Held on November 4-5, 2014; Exhibit 223] |

| Attached Hereto As Exhibit: | Description |
|---|---|
| 87 | First Amended Joint Plan of Reorganization of Overseas Shipholding Group, Inc., filed in In re Overseas Shipholding Group, Inc., Case No. 12-20000 (PJW) (Bankr. D. Del.) on July 16, 2014 [Hearing Held on November 4-5, 2014; Exhibit 224] |
| 88 | 10/2/14 Emails between R. Eckenrod, L. Schweitzer, and B. Pensyl re: "Nortel PPI – Confidentiality of Discovery Materials" [Hearing Held on November 4-5, 2014; Exhibit 225] |
| 89 | Nortel Networks – NN APAC, Restructuring Manager's Report [Hearing Held on November 4-5, 2014; Exhibit 227] |
| 90 | Nortel Networks Corporation, Form 10-Q, for the Quarterly Period Ended June 30, 2012 [Hearing Held on November 4-5, 2014; Exhibit 232] |
| 91 | Demonstrative of Thomas Britven [Hearing Held on November 4-5, 2014; Exhibit 236] |
| 92 | Excel Spreadsheet titled "Cash Summary" [Hearing Held on November 4-5, 2014; Exhibit 237] |
| 93 | Proof of Claim #8761 filed by the Pension Benefit Guaranty Corporation on July 7, 2014, amending Proof of Claim #4736, on September 29, 2009. [Hearing Held on November 4-5, 2014; Exhibit 242] |
| 94 | Proof of Claim #8762 filed by the Pension Benefit Guaranty Corporation on July 7, 2014, amending Proof of Claim #4737, on September 29, 2009. [Hearing Held on November 4-5, 2014; Exhibit 243] |
| 95 | Proof of Claim #8763 filed by the Pension Benefit Guaranty Corporation on July 7, 2014, amending Proof of Claim #4735, on September 29, 2009. [Hearing Held on November 4-5, 2014; Exhibit 244] |
| 96 | Proof of Claim #8760 filed by the Pension Benefit Guaranty Corporation on July 7, 2014, amending Proof of Claim #4738, filed on September 29, 2009. [Hearing Held on November 4-5, 2014; Exhibit 245] |
| 97 | Memorandum Of Law Of Wilmington Trust, National Association, As Indenture Trustee, Regarding The Interest On Overdue Interest Dispute, In re Overseas Shipholding Grp., Inc., No. 12-20000-PJW (Bankr. D. Del. August 6, 2014) (D.I. 3758)  [Hearing Held on November 4-5, 2014; Exhibit 13] |
| 98 | Order Granting Claimants' Entitlement to Interest on Overdue Interest, In re Overseas Shipholding Grp., Inc., No. 12-20000-PJW (Bankr. D. Del. August 21, 2014) (D.I. 3838) [Hearing Held on November 4-5, 2014; Exhibit 14] |
| 99 | Demonstratives of the Canadian Interests for hearing held on November 4-5, 2014 |

Dated: January 13, 2015
        Wilmington, Delaware

                        **BUCHANAN INGERSOLL & ROONEY PC**

                        /s/ Kathleen A. Murphy
                        Mary F. Caloway (No. 3059)
                        Kathleen A Murphy (No. 5215)
                        919 North Market Street, Suite 1500
                        Wilmington, Delaware 19801
                        (302) 552-4200 (telephone)
                        (302) 552-4295 (facsimile)
                        mary.caloway@bipc.com
                        kathleen.murphy@bipc.com

                            - and -

                        **ALLEN & OVERY LLP**
                        Ken Coleman
                        Jacob S. Pultman
                        Daniel J. Guyder
                        John Kibler
                        1221 Avenue of the Americas
                        New York, New York 10020
                        (212) 610-6300 (telephone)
                        (212) 610-6399 (facsimile)
                        ken.coleman@allenovery.com
                        jacob.pultman@allenovery.com
                        daniel.guyder@allenovery.com
                        john.kibler@allenovery.com

                        *Attorneys for Ernst & Young Inc., as Monitor
                        and Foreign Representative of the Canadian Debtors*