**EXHIBIT 43**

(Part 3 of 3)

A

NORTEL NETWORKS LIMITED

By:  /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title: General Counsel-Corporate and
       Corporate Secretary

By:  /s/ CLARKE GLASPELL
Name: Clarke Glaspell
Title: Controller

NORTEL NETWORKS INC.

By:  /s/ JOHN J. RAY, III
Name: John J. Ray, III
Title: Principal Officer

ERNST & YOUNG INC. IN ITS
CAPACITY AS THE MONITOR OF
NORTEL NETWORKS CORPORATION
ET AL.,
AND NOT IN ITS PERSONAL
CAPACITY

By:  /s/ SHARON HAMILTON
Name: Sharon Hamilton
Title: Senior Vice-President

NORTEL NETWORKS CORPORATION

By:  /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title: General Counsel-Corporate and
       Corporate Secretary

By:  /s/ CLARKE GLASPELL
Name: Clarke Glaspell
Title: Controller

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF NORTEL
NETWORKS INC., ET. AL.

By:  AKIN GUMP STRAUSS HAUER &
FELD LLP, as Counsel to the Committee
and authorized signatory and not in its
individual capacity

By:  /s/ DAVID H. BOTTER
Name: David H. Botter
Title: Member of the Firm

S-1

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160785

A

**NORTEL NETWORKS TECHNOLOGY CORPORATION**

By:  /s/ ANNA VENTRESCA
Name:  Anna Ventresca
Title:  Director and Secretary

**NORTEL NETWORKS DE MEXICO, S.A. DE C.V.**

By:  /s/ ALLAN BIFIELD
Name:  Allan Bifield
Title:  Legal Representative

By:  /s/ ANNA VENTRESCA
Name:  Anna Ventresca
Title:  Legal Representative

**NORTEL DE MEXICO, S. DE R.L. DE C.V.**

By:  /s/ ALLAN BIFIELD
Name:  Allan Bifield
Title:  Legal Representative

By:  /s/ ANNA VENTRESCA
Name:  Anna Ventresca
Title:  Legal Representative

**NORTEL NETWORKS PERU S.A.C.**

By:  /s/ LUIS GASTANETA ALAYZA
Name:  Luis Gastañeta Alayza
Title:  Legal Representative

**NORTEL NETWORKS AUSTRALIA PTY. LIMITED**

By:  /s/ ALLAN BIFIELD
Name:  Allan Bifield
Title:  Director

By:  /s/ ANNA VENTRESCA
Name:  Anna Ventresca
Title:  Director

S-2

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160786

A

**PT NORTEL NETWORKS INDONESIA**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title:  Director


By:   /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title:  Director

**NORTEL NETWORKS MALAYSIA SDN. BHD.**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title:  Director


By:   /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title:  Director

**NORTEL NETWORKS NEW ZEALAND LIMITED**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title:  Director


By:   /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title:  Director

**NORTEL NETWORKS SINGAPORE PTE. LIMITED**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title:  Director


By:   /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title:  Director

**NORTEL NETWORKS SINGAPORE PTE. LIMITED** on behalf of **NORTEL NETWORKS SINGAPORE PTE. LIMITED – PHILIPPINES BRANCH**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title:  Director


By:   /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title:  Director

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160787

A

**NORTEL NETWORKS (ASIA) LIMITED**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title: Director

**NORTEL NETWORKS (ASIA) LIMITED** on behalf of **NORTEL NETWORKS (ASIA) LIMITED – PAKISTAN BRANCH**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title: Director

**NORTEL NETWORKS (ASIA) LIMITED** on behalf of **NORTEL NETWORKS (ASIA) LIMITED – TAIWAN BRANCH**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title: Director

**NORTEL NETWORKS (CHINA) LIMITED**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title: Legal Representative

**NORTEL NETWORKS (THAILAND) LIMITED**

By:   /s/ ALLAN BIFIELD
Name: Allan Bifield
Title: Director

By:   /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title: Director

**NORTEL NETWORKS KOREA LIMITED**

By:   /s/ CHRISTOPHER NOEL VAUGHAN JOHN
Name: Christopher Noel Vaughan John
Title: Representative Director

S-4

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160788

A

**NORTEL VIETNAM LIMITED**

By:    /s/ ALLAN BIFIELD
Name: Allan Bifield
Title:  General Director

**NORTEL NETWORKS (INDIA) PRIVATE
LIMITED**

By:    /s/ ALLAN BIFIELD
Name: Allan Bifield
Title:  Director

By:    /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title:  Director

**NORTEL NETWORKS
TELECOMMUNICATIONS EQUIPMENT
(SHANGHAI) CO. LIMITED**

By:    /s/ ANNA VENTRESCA
Name: Anna Ventresca
Title:  Legal Representative

**NORTEL NETWORKS DE ARGENTINA S.A.**

By:    /s/ JORGE NUÑEZ
Name: Jorge Nuñez
Title:  Legal Representative

**NORTEL NETWORKS DEL ECUADOR S.A.**

By:    /s/ ALLAN BIFIELD
Name: Allan Bifield
Title:  General Manager

S-5

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160789

A

**NORTEL NETWORKS GLOBAL
CORPORATION**

By:   /s/ ALLAN BIFIELD
Name:  Allan Bifield
Title:   Director and President

By:   /s/ ANNA VENTRESCA
Name:  Anna Ventresca
Title:   Director and Secretary

**NORTEL NETWORKS INTERNATIONAL
CORPORATION**

By:   /s/ ALLAN BIFIELD
Name:  Allan Bifield
Title:   Director and President

By:   /s/ ANNA VENTRESCA
Name:  Anna Ventresca
Title:   Director and Secretary

**NORTEL NETWORKS DEL URUGUAY S.A.**

By:   /s/ ALLAN BIFIELD
Name:  Allan Bifield
Title:   President of the Board of Directors

**NORTEL NETWORKS CHILE S.A.**

By:   /s/ ALLAN BIFIELD
Name:  Allan Bifield
Title:   Legal Representative

S-6

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160790

A

**NORTEL NETWORKS DE GUATEMALA LTDA.**

By:      /s/ Luis-Fernando Guerra Sanz
Name:  Luis-Fernando Guerra Sanz
Title:   Sole Administrator and Legal Representative

**NORTEL TRINIDAD & TOBAGO LIMITED**

By:      /s/ Luis-Fernando Guerra Sanz
Name:  Luis-Fernando Guerra Sanz
Title:   Director

**NORTEL NETWORKS KABUSHIKI KAISHA**

By:      /s/ Stephen Givens
Name:  Stephen Givens
Title:   Resident Director

**NORTELTECHNOLOGY EXCELLENCE CENTRE PRIVATE LIMITED**

By:      /s/ Luis-Fernando Guerra Sanz
Name:  Luis-Fernando Guerra Sanz
Title:   Director

S-7

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160791

A

**NORTEL NETWORKS (CALA) INC.**

By:    /s/ JOHN J RAY, III
Name:  John J Ray, III
Title:  Principal Officer

**QTERA CORPORATION**

By:    /s/ JOHN J RAY, III
Name:  John J Ray, III
Title:  Principal Officer

**XROS, INC.**

By:    /s/ JOHN J RAY, III
Name:  John J Ray, III
Title:  Principal Officer

**CORETEK, INC.**

By:    /s/ JOHN J RAY, III
Name:  John J Ray. III
Title:  Principal Officer

**ARCHITEL SYSTEMS (U.S.) CORPORATION**

By:    /s/ JOHN J RAY, III
Name:  John J Ray, III
Title:  Principal Officer

S-8

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160792

A

**NORTEL ALTSYSTEMS, INC. (previously "ALTEON WEBSYSTEMS, INC.")**

By:      /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

**NORTEL ALTSYSTEMS INTERNATIONAL INC. (previously "ALTEON WEBSYSTEMS INTERNATIONAL, INC.")**

By:      /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

**NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC.**

By:      /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

**NORTEL NETWORKS CABLE SOLUTIONS INC.**

By:      /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

**NORTEL NETWORKS CAPITAL CORPORATION**

By:      /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

**NORTEL NETWORKS HPOCS INC.**

By:      /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

S-9

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160793

**NORTEL NETWORKS INTERNATIONAL INC.**

By:  /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

**NORTEL NETWORKS OPTICAL COMPONENTS INC.**

By:  /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

**NORTHERN TELECOM INTERNATIONAL INC.**

By:  /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

**SONOMA SYSTEMS**

By:  /s/ JOHN J RAY, III
Name: John J Ray, III
Title:  Principal Officer

S-10

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160794

A

**SIGNED** for and on behalf of **Nortel Networks UK Limited** (in administration) by C.J. Hill as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. Hill

/s/ WILMA GRAHAM
_____
Witness signature

)
)
)

Name: Wilma Graham
Address:

**SIGNED** for and on behalf of **Nortel GmbH** (in administration) by C.J. Hill as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. Hill

/s/ WILMA GRAHAM
_____
Witness signature

)
)
)

Name: Wilma Graham
Address:

**SIGNED** for and on behalf of **Nortel Networks SpA** (in administration) by C.J. Hill as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. Hill

/s/ WILMA GRAHAM
_____
Witness signature

)
)
)

Name: Wilma Graham
Address:

S-11

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160795

A

**SIGNED** for and on behalf of **Nortel Networks Hispania S.A.** (in administration by C.J. Hill as Joint Administrator (acting (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL _____

/s/ WILMA GRAHAM _____
Witness signature

)
)
)

Name: Wilma Graham
Address:

**SIGNED** for and on behalf of **Nortel Networks B.V.** (in administration) by C.J. Hill as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL _____

/s/ WILMA GRAHAM _____
Witness signature

)
)
)

Name: Wilma Graham
Address:

**SIGNED** for and on behalf of **Nortel Networks AB** (in administration) by C.J. Hill as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL _____

/s/ WILMA GRAHAM _____
Witness signature

)
)
)

Name: Wilma Graham
Address:

S-12

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160796

A

**SIGNED** for and on behalf of **Nortel Networks N.V.** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL _____

<u>/s/ WILMA GRAHAM</u> _____
Witness signature

)
)
)

Name: Wilma Graham
Address:

**SIGNED** for and on behalf of **Nortel Networks (Austria) GmbH** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL _____

<u>/s/ WILMA GRAHAM</u> _____
Witness signature

)
)
)

Name: Wilma Graham
Address:

**SIGNED** for and on behalf of **Nortel Networks Portugal S.A.** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL _____

<u>/s/ WILMA GRAHAM</u> _____
Witness signature

)
)
)

Name: Wilma Graham
Address:

S-13

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160797

A

| | |
|---|---|
| **SIGNED** for and on behalf of **Nortel Networks s.r.o.** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of: | )<br>)<br>) | /s/ C.J. Hill |

/s/ Wilma Graham
_____
Witness signature

)
)
)

Name: Wilma Graham
Address:

| | |
|---|---|
| **SIGNED** for and on behalf of **Nortel Networks Polska Sp. z.o.o.** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of: | )<br>)<br>) | /s/ C.J. Hill |

/s/ Wilma Graham
_____
Witness signature

)
)
)

Name: Wilma Graham
Address:

S-14

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160798

A

**SIGNED** for and on behalf of **Nortel Networks France** ) /s/ KERRY TRIGG
**S.A.S.** (in administration) by <u>Kerry Trigg</u> acting as authorized )
representative for the Joint Administrators (acting as agent and )
without personal liability) in the presence of:

/s/ LEISA HARKIN
Witness signature )
)
)

Name: Leisa Harkin
Address: Ernst & Young LLP
1 More London Place
London, SE1 2AF
United Kingdom

S-15

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160799

A

**SIGNED** for and on behalf of **Nortel Networks Engineering Service kft** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL

/s/ WILMA GRAHAM
Witness signature

)
)
)

Name: Wilma Graham
Address:

**SIGNED** for and on behalf of **Nortel Networks Slovensko, s.r.o.** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL

/s/ WILMA GRAHAM
Witness signature

)
)
)

Name: Wilma Graham
Address:

**SIGNED** for and on behalf of **Nortel Networks Romania Srl** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)

/s/ C.J. HILL

/s/ WILMA GRAHAM
Witness signature

)
)
)

Name: Wilma Graham
Address:

S-16

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160800

A

| | | |
|---|---|---|
| **SIGNED** for and on behalf of **Nortel Networks Oy** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) ) | /s/ C.J. HILL |

/s/ WILMA GRAHAM
Witness signature                                                )
                                                                 )
                                                                 )
Name: Wilma Graham
Address:

| | | |
|---|---|---|
| **SIGNED** for and on behalf of **Nortel Networks International Finance & Holding B.V.** (in administration) by <u>C.J. Hill</u> as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) ) | /s/ C.J. HILL |

/s/ WILMA GRAHAM
Witness signature                                                )
                                                                 )
                                                                 )
Name: Wilma Graham
Address:                                                         )

S-17

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160801

A

**SIGNED** for and on behalf of **Nortel Networks Optical Components Limited** (in liquidation) by <u>Kerry Trigg</u> as liquidator (acting as agent and without personal liability), in the presence of:

)
)
)

/s/ KERRY TRIGG _____

/s/ LEISA HARKIN _____
Witness signature

)
)
)

Name: Leisa Harkin
Address: Ernst & Young LLP
1 More London Place
London, SE1 2AF
United Kingdom

S-18

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160802

A

SIGNED for and on behalf of **Nortel Networks (Ireland)**    )    /s/ DAVID HUGHES
**Limited** (in administration) by <u>David Hughes</u> as Joint    )
Administrator (acting as agent and without personal liability)    )
in the presence of:

<u>/s/ NIALL COVENEY</u>
Witness signature    )
    )
    )

Name: Niall Conveny
Address: c/o Ernst & Young
Harcourt Street
Dublin 2

S-19

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160803

A

**SIGNED** for and on behalf of **Nortel Networks (Northern**          )          /s/ KERRY TRIGG
**Ireland) Limited** (in liquidation) by <u>Kerry Trigg</u>, as liquidator          )
(acting as agent and without personal liability), in the presence          )
of:

/s/ LEISA HARKIN
Witness signature                                                        )
                                                                          )
                                                                          )

Name: Leisa Harkin
Address: Ernst & Young
1 More London Place
London SE1 2AF
United Kingdom

S-20

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160804

A

SIGNED for and on behalf of **Nortel Networks AG** by <u>Dave</u>     )     /s/ Dave Quane
<u>Quane</u> in the presence of:                                                      )
                                                                                              )

/s/ PERIHAN YAZICI
Witness signature


Name: Perihan Yazici                                )
Address: Nortel                                         )
Fleming House                                          )
71 King Street
Maidenhead U.K.
SL6 1DU

S-21

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160805

A

**SIGNED** by Alan Bloom                                    )    /s/ ALAN BLOOM
                                                            )
In his own capacity and on behalf of the Joint Administrators    )
without personal liability and solely for the benefit of the
provisions of this Agreement expressed to be conferred on or
given to the Joint Administrators:

/s/ WILMA GRAHAM
Witness signature

Name: Wilma Graham                                          )
Address:                                                    )
                                                            )

S-22

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160806

A

**SIGNED** by Kerry Trigg )
)
In her own capacity and on behalf of the Joint Liquidators )
without personal liability and solely for the benefit of the
provisions of this Agreement expressed to be conferred on or
given to the Joint Liquidators:

_/s/ Leisa Harkin_
Witness signature

Name: Leisa Harkin )
Address: Ernst & Young LLP )
1 More London Place )
London SE1 2AF
United Kingdom

/s/ KERRY TRIGG

S-23

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160807

A

SIGNED for and on behalf of Nortel Networks AS by <u>Dave Quane</u> in the presence of:   )
)
)

/s/ DAVE QUANE _____

/s/ PERIHAN YAZICI _____
Witness signature

   )
Name: Perihan Yazici   )
Address: Nortel Fleming House   )
71 King Street, Maidenhead
SL6 1DU United Kingdom

SIGNED for and on behalf of Nortel Networks South Africa (Pty) Limited by <u>Dave Quane</u> in the presence of:   )
)
)

/s/ DAVE QUANE _____

/s/ PERIHAN YAZICI _____
Witness signature

   )
   )
Name: Perihan Yazici   )
Address: Nortel Fleming House
71 King Street, Maidenhead
SL6 1DU United Kingdom

S-24

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160808

A

| | |
|---|---|
| **SIGNED** for and on behalf of **NORTEL NETWORKS S.A.** (in administration and secondary proceedings) by Maître Cosme Rogeau, in his capacity as French Liquidator (Mandataire Liquidateur), acting as agent and without personal liability, in the presence of: | ) ) ) ) ) |

/s/ COSME ROGEAU

Cosme Rogeau

| | |
|---|---|
| Witness signature | ) ) |
| /s/ RAJEEV SHARMA FOKEER | ) |

Name: Rajeev Sharma Fokeer
Address: Partner, FTPA
1 bis Avenue Foch
257116 Paris, France

S-25

*APAC/CALA Settlement Agreement – Signature Page*

A

| | |
|---|---|
| SIGNED for and on behalf of **Nortel networks S.A. (in administration and secondary proceedings)** by <u>C.J. Hill</u> acting as authorised representative for the Joint Administrators (acting as agent and without personal liability) in the presence of: | )<br>)<br>)<br>)    /s/ C.J. HILL _____ |
| Witness signature | )<br>)<br>) |
| /s/ WILMA GRAHAM _____<br>Name: Wilma Graham<br>Address: Ernst & Young LLP<br>1 More London Place<br>London SE1 2AF<br>United Kingdom | |

S-26

*APAC/CALA Settlement Agreement – Signature Page*

BHG0160810

**Schedule 1**

**Canadian Debtors**

1.   Nortel Networks Corporation
2.   Nortel Networks Limited
3.   Nortel Networks Global Corporation
4.   Nortel Networks International Corporation
5.   Nortel Networks Technology Corporation

A

**Schedule 2**

**US Debtors**

1. Nortel Networks Inc.
2. Architel Systems (U.S.) Corporation
3. CoreTek, Inc.
4. Nortel Altsystems, Inc. (previously "Alteon WebSystems, Inc.")
5. Nortel Altsystems International Inc. (previously "Alteon WebSystems International, Inc.")
6. Nortel Networks Applications Management Solutions Inc.
7. Nortel Networks Cable Solutions Inc.
8. Nortel Networks Capital Corporation
9. Nortel Networks (CALA) Inc.
10. Nortel Networks HPOCS Inc.
11. Nortel Networks International Inc.
12. Nortel Networks Optical Components Inc.
13. Northern Telecom International Inc.
14. Qtera Corporation
15. Sonoma Systems
16. Xros, Inc.

BHG0160812

A

## Schedule 3

### EMEA Debtors

1.  Nortel Networks UK Limited (In Administration)
2.  Nortel Networks (Ireland) Limited (In Administration)
3.  Nortel Networks NV (In Administration)
4.  Nortel Networks SpA (In Administration)
5.  Nortel Networks BV (In Administration)
6.  Nortel Networks Polska Sp z.o.o. (In Administration)
7.  Nortel Networks Hispania, SA (In Administration)
8.  Nortel Networks (Austria) GmbH (In Administration)
9.  Nortel Networks sro (In Administration)
10. Nortel Networks Engineering Services Kft (In Administration)
11. Nortel Networks Portugal SA (In Administration)
12. Nortel Networks Slovensko, sro (In Administration)
13. Nortel Networks Romania Srl (In Administration)
14. Nortel GmbH (In Administration)
15. Nortel Networks Oy (In Administration)
16. Nortel Networks AB (In Administration)
17. Nortel Networks International Finance & Holding BV (In Administration)
18. Nortel Networks France S.A.S. (In Administration)

BHG0160813

A

**Schedule 4**

**APAC Entities**

1. Nortel Networks (Asia) Limited
2. Nortel Networks Australia Pty. Limited
3. Nortel Networks (India) Private Limited
4. PT Nortel Networks Indonesia
5. Nortel Networks Japan (Japanese name is Nortel Networks Kabushiki Kaisha)
6. Nortel Networks Korea Limited
7. Nortel Networks Malaysia Sdn. Bhd.
8. Nortel Networks New Zealand Limited
9. Nortel Networks Singapore Pte Ltd
10. Nortel Networks (Thailand) Limited
11. Nortel Vietnam Limited
12. Nortel Networks (China) Limited
13. Nortel Networks Telecommunications Equipment (Shanghai) Co., Ltd
14. Nortel Technology Excellence Centre Private Limited

BHG0160814

**Schedule 5**

**CALA Entities**

1.   Nortel Networks de Argentina S.A.
2.   Nortel Networks Chile S.A.
3.   Nortel Networks del Ecuador S.A.
4.   Nortel Networks de Guatemala Ltda.
5.   Nortel Networks de Mexico, S.A. de C.V.
6.   Nortel Networks Perú S.A.C.
7.   Nortel Networks del Uruguay S.A.
8.   Nortel de Mexico, S. de R.L de C.V.
9.   Nortel Trinidad and Tobago Limited

BHG0160815

A

**Schedule 6**

**EMEA NFEs**

1.   Nortel Networks AS
2.   Nortel Networks AG
3.   Nortel Networks South Africa (Pty) Limited

BHG0160816

A

**Schedule 7**

**List of Global Sales**

Those sales pertaining to the following sale agreements and any related sale agreements entered into by any of the EMEA Debtors:

1.  The Asset Purchase Agreement entered into among certain of the Nortel Parties and Radware Ltd., as of February 19, 2009, as may have been amended from time to time until such transaction closed on April 1, 2009 (the "**Layer 4-7 Sale Agreement**")

2.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Telefonaktiebolaget L M Ericsson (publ), as of July 24, 2009, as may have been amended from time to time until such transaction closed on November 13, 2009. (the "**CDMA Sale Agreement**")

3.  The Amended and Restated Asset and Share Sale Agreement entered into among certain of the Nortel Parties and Avaya Inc., as of September 14, 2009, as may have been amended from time to time until such transaction closed on December 18, 2009 (the "**Enterprise Sale Agreement**")

4.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Ciena Corporation, as of November 24, 2009, as may have been amended from time to time until such transaction closed on March 31, 2010 (the "**MEN Sale Agreement**")

5.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Telefonaktiebolaget L M Ericsson (publ), as of November 24, 2009, as may have been amended from time to time until such transaction closed on March 31, 2010 (the "**GSM/GSM-R Sale Agreement**")

6.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Kapsch CarrierCom AG, as of November 24, 2009, as may have been amended from time to time until such transaction closed on March 31, 2010.

7.  The Asset Sale Agreement entered into among certain of the Nortel Parties and GENBAND Inc., as of December 22, 2009, as may have been amended from time to time until such transaction closed on May 28, 2010 (the "**CVAS Sale Agreement**")

8.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Telefonaktiebolaget L M Ericsson (publ), as of May 11, 2010, as may have been amended from time to time until such transaction closed on June 4, 2010 (the "**GSM Retained Contracts Sale Agreement**")

9.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Telefonaktiebolaget L M Ericsson (publ), as of September 24, 2010, as may have been amended from time to time until such transaction closed on March 11, 2011 (the "**MSS Sale Agreement**")

BHG0160817

A

10. The Asset Sale Agreement entered into among certain of the Nortel Parties and Rockstar Bidco, LP, as of June 30, 2011, as may have been amended from time to time until such transaction closed on July 29, 2011 (the "**Global IP Sale Agreement**")

11. The Transaction Agreement entered into among certain of the Nortel Parties and Hitachi, Ltd., as of October 25, 2009, as may have been amended from time to time until such transaction closed on December 8, 2009 (the "**Packet Core Sale Agreement**")

BHG0160818

A

**Schedule 8**

**Escrow Agreements**

1. CDMA/LTE Access

    Escrow Agreement dated as November 11, 2009 by and among NNC, NNL, NNI, the EMEA Filed Entities, the Estate Fiduciaries and the Escrow Agent.

2. Enterprise Solutions

    Escrow Agreement dated as of December 18, 2009, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Filed Entities, the Estate Fiduciaries and the Escrow Agent.

3. Metro Ethernet Networks

    MEN Distribution Escrow Agreement dated as of March 19, 2010, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Sellers and certain of their Affiliates as identified therein, NNSA, the Estate Fiduciaries and the Escrow Agent.

4. GSM/GSM-R

    GSM/GSM-R Distribution Escrow Agreement dated as of March 31, 2010, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Sellers as identified therein, NNSA, Nortel Networks (Asia) Limited, the entities identified therein as North American ALT Selling Debtors, the entities identified therein as EMEA ALT Selling Debtors, the Estate Fiduciaries and the Escrow Agent.

5. Carrier Voice-Over IP and Application Solutions

    CVAS Distribution Escrow Agreement dated as of May 27, 2010, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Sellers and certain of their Affiliates as identified therein, NNSA, the Estate Fiduciaries and the Escrow Agent.

6. GSM Retained Contracts

    GSM Retained Contracts Distribution Escrow Agreement dated June 3, 2010, and as amended from time to time, by and among NNL, NNI, Nortel Networks (CALA) Inc., the other entities identified therein as Sellers, the Estate Fiduciaries and the Escrow Agent.

BHG0160819

A

7. Multi-Service Switch

MSS Distribution Escrow Agreement dated as of March 11, 2001, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Sellers and Certain of their Affiliates as identified therein, NNSA, the Israeli Company, the Estate Fiduciaries and the Escrow Agent.

8. Layer 4-7

Escrow Agreement dated as of March 31, 2009 by and among NNI, NNL, those entities identified therein as EMEA Sellers, the Joint Administrators and the Escrow Agent.

BHG0160820

A

## Schedule 9

## Other Sales

1.  The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and 7522312 Canada Inc., as of June 17, 2010, as may have been amended from time to time until such transaction closed on June 30, 2010 (the "**Relay Sale Agreement**")

2.  The Share Purchase Agreement entered into between NNL and Telefonaktiebolaget L M Ericsson (publ), as of April 21, 2010, as may have been amended from time to time until such transaction closed on June 29, 2010 (the "**LG-Nortel Sale Agreement**")

3.  The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and CSC Holdings, LLC, dated November 23, 2011 (the "**IP Address Cablevision Sale Agreement**")

4.  The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and Salesforce.com, Inc., dated December 1, 2011 (the "**IP Address Salesforce Sale Agreement**")

5.  The Asset Sale Agreement entered into between NNI and Microsoft Cororation, as of March 16, 2011, as may have been amended from time to time until such transaction closed on May 11, 2011 (the "**US IP Address Sale Agreement**")

6.  The Asset Sale Agreement entered into among Guangdong Nortel Telecommunications Equipment Company Ltd. ("**GDNT**") and Ericsson (China) Communications Company Ltd., as of December 1, 2010, as may have been amended from time to time until such transaction closed on May 12, 2011 (the "**GDNT Sale Agreement**") [1]

7.  The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and Bell Aliant Regional Communications, Limited Partnership dated January 30, 2012

8.  The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and Vodafone Americas Inc. dated February 9, 2012, as amended

---

[1]   Notwithstanding the release provided in Section 4.1(a) hereof, Nortel Networks (China) Ltd does not release any claim it may have to sale proceeds arising from the GDNT Sale Agreement in its capacity as a shareholder of GDNT.

BHG0160821

A

## List of Appendices

Appendix A    -    Allocation of Sale Proceeds to Non-Filed Entities by Escrow Account

Appendix B    -    Payment of Settlement Amount to Settlement Payment Parties

Appendix C-1    -    Outstanding Balances as of September 30, 2011

Appendix C-2    -    Certain Payments Made After September 30, 2011

Appendix C-3    -    Certain Surviving Obligations

Appendix D    -    [Reserved]

Appendix E    -    Form of Amendments to Escrow Agreements

Appendix F    -    Form of Escrow Account Release Instructions

Appendix G    -    Form of Intermediate Distribution Account Release Instruction

Appendix H    -    Form of Full and Final Acknowledgement and Release (Paraguay)

BHG0160822

A

EXHIBIT 31

Certification

I, ALLAN BIFIELD, certify that:

1.  I have reviewed this quarterly report on Form 10-Q for the second quarter of 2012 of Nortel Networks Corporation;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  I am responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15 (e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  I have disclosed, based on my most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 9, 2012

/s/ ALLAN BIFIELD
Allan Bifield
Senior Vice-President, Corporate Services and Chief
  Financial Officer*

\* As Senior Vice-President, Corporate Services and Chief Financial Officer, Allan Bifield is performing the functions of a principal executive officer.

BHG0160823

A

EXHIBIT 32

**Certification**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(Subsections (a) and (b) of Section 1350, Chapter 63 of Title 18, United States Code)**

Pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code), the undersigned officer of Nortel Networks Corporation, a Canadian corporation (the "Company"), does hereby certify. to such officer's knowledge, that:

The Quarterly Report on Form 10-Q for the quarter ended June 30, 2012 (the "Form 10-Q") of the Company fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and information contained in the Form 10-Q fairly presents. in all material respects. the financial condition and results of operations of the Company.

Dated: August 9, 2012                     /s/ ALLAN BIFIELD
                                          Allan Bifield
                                          Senior Vice-President, Corporate Services and Chief Financial
                                              Officer*

*  As Senior Vice-President, Corporate Services and Chief Financial Officer, Allan Bifield is performing the functions of a principal
   executive officer.

BHG0160824