**<u>EXHIBIT 47</u>**

**EXHIBIT**

**182**

| From: | Leblanc, Andrew <ALeblanc@milbank.com> |
| Sent: | Wednesday, June 18, 2014 11:08 AM |
| To: | Bromley, James L. <jbromley@cgsh.com> |
| Subject: | RE: PPI |

We are not addressing the courts tomorrow. We are to file something "short" on Friday. Argument, if any, would be next week.

**From:** Bromley, James L. [mailto:jbromley@cgsh.com]
**Sent:** Wednesday, June 18, 2014 11:07 AM
**To:** Leblanc, Andrew
**Subject:** RE: PPI

Actually just heard about it as I'm in Eden prep. I assume you will take the lead addressing the courts tomorrow.

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
Assistant: bamiller@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
www.clearygottlieb.com | jbromley@cgsh.com

**From:** Leblanc, Andrew [mailto:ALeblanc@milbank.com]
**Sent:** Wednesday, June 18, 2014 9:36 AM
**To:** Bromley, James L.
**Subject:** PPI

I am sure you have heard by now what Newbould said to start the day. What are your thoughts on our proposed settlement?

**Milbank**
**Andrew M. Leblanc**
1850 K Street, N.W.
Suite 1100
Washington, D.C. 20006
Tel: 202-835-7574 Fax: 202-263-7574
Cell: 202-997-5702
aleblanc@milbank.com
www.milbank.com

===========================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
===========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

NNI-PPI-00000026

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.


============================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

NNI-PPI-00000027

**<u>EXHIBIT 48</u>**

EXHIBIT

183

exhibitsticker.com

**From:**      Dunne, Dennis <DDunne@milbank.com>
**Sent:**      Tuesday, July 1, 2014 11:13 PM
**To:**        Bromley, James L. <jbromley@cgsh.com>; 'John Ray' <jray@greylockpartnersllc.com>
**Subject:**   PPI

Do you have time to chat tomorrow?  Want to discuss the settlement issues.


=================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**<u>EXHIBIT 49</u>**

**EXHIBIT**

**184**

exhibitsticker.com

| From: | ddunne@milbank.com |
|---|---|
| Sent: | Wednesday, July 23, 2014 7:56 AM |
| To: | jravidity@earthlink.net; John J. Ray , III (jray@aviditypartners.com) (jray@aviditypartners.com) |
| Subject: | Call |

Do you have time for a quick call this morning?

=================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**EXHIBIT 50**

EXHIBIT

185

exhibitsticker.com

**From:**      ddunne@milbank.com
**Sent:**      Wednesday, July 23, 2014 2:26 PM
**To:**        John Ray <jray@avidpartners.com>
**Subject:**   Can you talk?

===========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

NNI-PPI-00000337

**<u>EXHIBIT 51</u>**

**EXHIBIT**

**186**

| | |
|---|---|
| **From:** | ddunne@milbank.com |
| **Sent:** | Wednesday, July 23, 2014 3:47 PM |
| **To:** | John J. Ray , III (jray@aviditypartners.com) (jray@aviditypartners.com) |
| **Subject:** | FW: Updated Nortel Claimulator |
| **Attach:** | image001.jpg; ATT00001.htm; Nortel Claim Calculator.xlsx; ATT00002.htm |

**From:** Stephen Blauner [mailto:sblauner@soluslp.com]
**Sent:** Wednesday, July 23, 2014 3:42 PM
**To:** Dunne, Dennis
**Subject:** Fwd: Updated Nortel Claimulator

Begin forwarded message:

> **From:** "CJ Lanktree <cj@soluslp.com>
> **Date:** July 23, 2014 at 8:30:16 AM EDT
> **To:** "Craig Chobor" <cchobor@soluslp.com>, "Stephen Blauner" <sblauner@soluslp.com>, "Scott Martin"
> <scottmartin@soluslp.com>
> **Subject: Updated Nortel Claimulator**
>
> Adjusted for simple and compounded interest for the different bond deals
>
> **C.J. Lanktree**
> *Partner*
>
> **Solus Alternative Asset Management LP**
> 410 Park Avenue | New York, NY 10022
> p: 212-284-4326 | f: 212-284-4320 | m: 973-885-5489
> cj@soluslp.com | www.soluslp.com

==========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**EXHIBIT 52**

**EXHIBIT**

188

exhibitsticker.com

| From: | ddunne@milbank.com |
|-------|--------------------|
| Sent: | Thursday, July 17, 2014 4:31 PM |
| To: | John J. Ray , III (jray@aviditypartners.com) (jray@aviditypartners.com) |
| Subject: | Hi |

John –

Do you have a minute to talk?  Want to see if we can resolve the last few open points.

Thanks.

==================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

NNI-PPI-00000344

**<u>EXHIBIT 53</u>**

EXHIBIT

189

| | |
|---|---|
| **From:** | ddunne@milbank.com |
| **Sent:** | Wednesday, July 23, 2014 3:07 PM |
| **To:** | John Ray <jray@avidilypartners.com>; Stephen Blauner <sblauner@soluslp.com> |
| **Subject:** | Nt |

Can we jump on my bridge: 888-385-6846; 555770.

=============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

NNI-PPI-00000345

**EXHIBIT 54**

| | |
|---|---|
| **From:** | ddunne@milbank.com |
| **Sent:** | Monday, July 21, 2014 9:54 AM |
| **To:** | jravidity@earthlink.net |
| **Subject:** | RE: Call |

**EXHIBIT**

**190**

Ready when you are.  At my desk – 212-530-5770.

**From:** John Ray [mailto:jravidity@earthlink.net]
**Sent:** Monday, July 21, 2014 8:48 AM
**To:** Dunne, Dennis
**Subject:** Re: Call

Sure email me when ready.

John Ray

On Jul 20, 2014, at 6:56 PM, "Dunne, Dennis" <DDunne@milbank.com> wrote:

> I am still running the traps on what we discussed yesterday.  On yet another call on it now.  Can we speak early tomorrow morning?
>
> Would 9:45 or 10:00 a.m. work for you?

=========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


=========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

NNI-PPI-00000346

**EXHIBIT 55**

| | |
|---|---|
| **From:** | ddunne@milbank.com |
| **Sent:** | Wednesday, July 23, 2014 8:14 AM |
| **To:** | 'John Ray' <Jray@avidutypartners.com> |
| **Subject:** | RE: Call |

EXHIBIT

191

exhibitsticker.com

Will call in 5 minutes.

**From:** John Ray [mailto:Jray@avidutypartners.com]
**Sent:** Wednesday, July 23, 2014 8:06 AM
**To:** Dunne, Dennis
**Subject:** Re: Call

Yes. 9173010667

**From:** Dennis Dunne <ddunne@milbank.com>
**Date:** Wednesday, July 23, 2014 at 7:56 AM
**To:** JJR <jravidity@earthlink.net>, JJR <Jray@avidutypartners.com>
**Subject:** Call

Do you have time for a quick call this morning?

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**EXHIBIT 56**

| | |
|---|---|
| **From:** | ddunne@milbank.com |
| **Sent:** | Tuesday, July 22, 2014 11:59 AM |
| **To:** | 'John Ray' <Jray@avid_partners.com> |
| **Subject:** | RE: Re: |

**EXHIBIT**

**192**

Where should I call you?  Cell?

**From:** John Ray [mailto:Jray@avidipartners.com]
**Sent:** Tuesday, July 22, 2014 10:48 AM
**To:** Dunne, Dennis
**Subject:** Re:

Sure.

**From:** Dennis Dunne <ddunne@milbank.com>
**Date:** Tuesday, July 22, 2014 at 10:32 AM
**To:** JJR <Jray@avidipartners.com>
**Subject:** RE:

Yes.  On with some of my guys now.  I can finish these calls with them in an hour or so.  Shall we speak at noon?

**From:** John Ray [mailto:Jray@avidipartners.com]
**Sent:** Tuesday, July 22, 2014 10:17 AM
**To:** Dunne, Dennis
**Subject:**

Can you do a quick call on process this week. I am out of pocket mostly Thursday and Friday.

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

NNI-PPI-00000348

**EXHIBIT 57**

| | |
|---|---|
| **From:** | mkennedy@chilmarkpartners.com |
| **Sent:** | Tuesday, July 22, 2014 4:38 PM |
| **To:** | Melker.sandberg@fticonsulting.com |
| **Subject:** | Can you call me |

**EXHIBIT**

**193**

exhibitsticker.com

When you get a chance.  I'm at 224-203-0218.

**EXHIBIT 58**

| | |
|---|---|
| **From:** | Melker.sandberg@fticonsulting.com |
| **Sent:** | Wednesday, July 23, 2014 9:39 AM |
| **To:** | mkennedy@chilmarkpartners.com |
| **Cc:** | mike.katzenstein@fticonsulting.com; John Ray <Jray@aviditypartners.com>; mark.spragg@fticonsulting.com |
| **Subject:** | Re: Call this morning |

**EXHIBIT**

**194**

exhibitsticker.com

Here's the dial in: 1-866-546-3377,5657915777# I am opening the line now.

Melker Sandberg
Managing Director
Corporate Finance  TMT, Technology, Media & Telecom Practice

F T I Consulting
+001.970.389.0432 mobile
melker.sandberg@fticonsulting.com
<applewebdata://FD7A20C5-2093-4A86-89B2-D4B372007F78/firstname.lastname@fti consulting.com>




On 7/23/14, 7:34 AM, "Sandberg, Melker"
<Melker.Sandberg@FTIConsulting.com> wrote:

>Yes. Will circulate in couple minutes
>
>Melker Sandberg
>970-389-0432
>
>Sent from my iPhone
>
>> On Jul 23, 2014, at 7:32 AM, "Mike Kennedy"
>><MKennedy@chilmarkpartners.com> wrote:
>>
>> That works for me. Can we use your dial in?
>>
>> On Jul 23, 2014, at 8:26 AM, "Sandberg, Melker"
>><Melker.Sandberg@FTIConsulting.com> wrote:
>>
>> Kennedy, how about 8:40 central / 9.40 eastern?
>>
>> Melker Sandberg
>> 970-389-0432
>>
>> Sent from my iPhone
>>
>>> On Jul 23, 2014, at 7:22 AM, "Mike Kennedy"

>>><MKennedy@chilmarkpartners.com> wrote:
>>>
>>> Mike/Melker.
>>>
>>> We need a quick call regarding our discussion last night. Can we have
>>>a conversation in the next 40 minutes (before 9:00 central).
>>>
>>> If so, let us know the time and a dial in number.
>>>
>>> Mike
>>
>>
>> Confidentiality Notice:
>> This email and any attachments may be confidential and protected by
>>legal privilege. If you are not the intended recipient, be aware that
>>any disclosure, copying, distribution or use of the e-mail or any
>>attachment is prohibited. If you have received this email in error,
>>please notify us immediately by replying to the sender and then delete
>>this copy and the reply from your system. Thank you for your cooperation.
>>
>>
>>

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

NNI-PPI-00000355

**EXHIBIT 59**

| | |
|---|---|
| **From:** | jray@greylockpartnersllc.com |
| **Sent:** | Saturday, July 19, 2014 1:49 PM |
| **To:** | ddunne@milbank.com |
| **Subject:** | |

**EXHIBIT**

195

exhibitsticker.com

Can we talk.

John Ray

**EXHIBIT 60**

| | |
|---|---|
| **From:** | jray@greylockpartnersllc.com |
| **Sent:** | Monday, July 14, 2014 7:25 PM |
| **To:** | ddunne@milbank.com |
| **Subject:** | |

**EXHIBIT**

**196**

Solved the issue we spoke about Saturday.

John Ray

**<u>EXHIBIT 61</u>**

| | |
|---|---|
| **From:** | jray@greylockpartnersllc.com |
| **Sent:** | Friday, July 11, 2014 4:45 AM |
| **To:** | ddunne@milbank.com |
| **Subject:** | |

**EXHIBIT**

197

exhibitsticker.com

Lisa and mike can do Tuesday so let me know what time works.

John Ray

NNI-PPI-00000362

**EXHIBIT 62**

| | |
|---|---|
| **From:** | jray@greylockpartnersllc.com |
| **Sent:** | Tuesday, July 22, 2014 4:36 PM |
| **To:** | ddunne@milbank.com |
| **Subject:** | |

EXHIBIT

198

exhibitsticker.com

Talked to Steve. Call me

John Ray

NNI-PPI-00000363

**EXHIBIT 63**

**EXHIBIT**

_____
199

| | |
|---|---|
| **From:** | John Ray <jray@greylockpartnersllc.com> |
| **Sent:** | Wednesday, July 23, 2014 11:33 AM |
| **To:** | ddunne@milbank.com |
| **Subject:** | Fwd: Re: |

FYI

John Ray


Begin forwarded message:

**From:** Stephen Blauner <sblauner@soluslp.com>
**Date:** July 23, 2014 at 11:31:54 AM EDT
**To:** John Ray <jray@greylockpartnersllc.com>
**Subject: Re:**

On plane about to take off.  Will call in about two hours.


Sent from my iPhone

> On Jul 23, 2014, at 11:23 AM, "John Ray" <jray@greylockpartnersllc.com> wrote:

Can you call?  9173010667


John Ray

**EXHIBIT 64**

| | |
|---|---|
| **From:** | John Ray <jray@greylockpartnersllc.com> |
| **Sent:** | Tuesday, July 22, 2014 3:49 PM |
| **To:** | ddunne@milbank.com |
| **Subject:** | <no subject> |

**EXHIBIT**

**200**

Call me when you can 9173010667

**EXHIBIT 65**

| | |
|---|---|
| **From:** | John Ray <Jray@aviditypartners.com> |
| **Sent:** | Tuesday, July 22, 2014 10:17 AM |
| **To:** | ddunne@milbank.com |
| **Subject:** | <no subject> |

**EXHIBIT**

**201**

Can you do a quick call on process this week. I am out of pocket mostly Thursday and Friday.

NNI-PPI-00000367

**<u>EXHIBIT 66</u>**

| From: | John Ray <Jray@avid(typartners.com> |
| Sent: | Tuesday, July 22, 2014 6:52 PM |
| To: | ddunne@milbank.com |
| Subject: | <no subject> |

**EXHIBIT**

202

exhibitsticker.com

Per Fred, Andy raised with fred an advance (against their charging lien) on the indenture trustees fees and expenses. Is this something you are looking for? Fred seemed fine with it—have yet to run by cleary

**EXHIBIT 67**

EXHIBIT

203

| | |
|---|---|
| **From:** | Bromley, James L. <jbromley@cgsh.com> |
| **Sent:** | Monday, June 23, 2014 1:36 PM |
| **To:** | Leblanc, Andrew <ALeblanc@milbank.com> |
| **Subject:** | RE: RE: |

Give me 5 min. have to step out of a meeting

_____

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
Assistant: bamiller@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
www.clearygottlieb.com ljbromley@cgsh.com


-----Original Message-----
From: Leblanc, Andrew [mailto:ALeblanc@milbank.com]
Sent: Monday, June 23, 2014 1:34 PM
To: Bromley, James L.
Subject: Re: RE:

Cell --2029975702.

> On Jun 23, 2014, at 1:32 PM, "Bromley, James L." <jbromley@cgsh.com> wrote:
>
> Sure.  Where can I reach you
>
> _____
> James L. Bromley
> Cleary Gottlieb Steen & Hamilton LLP
> Assistant: bamiller@cgsh.com
> One Liberty Plaza, New York NY 10006
> t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
> www.clearygottlieb.com ljbromley@cgsh.com
>
>
> -----Original Message-----
> From: Leblanc, Andrew [mailto:ALeblanc@milbank.com]
> Sent: Monday, June 23, 2014 1:31 PM
> To: Bromley, James L.
> Subject:
>
> Can we speak?
>
>
> =========================================================
>
> IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
> =========================================================
>
> This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
> This message is being sent from a law firm and may contain confidential or privileged information. If you are not the

> intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
> attachments without retaining a copy.
>
> Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
> its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.
>

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not
intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding
the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the
transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your
particular circumstances from an independent tax advisor.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the
employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately
notify the sender and delete this e-mail message from your computer.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

BHG-PPI-0000025

**<u>EXHIBIT 68</u>**

**EXHIBIT**

**204**

_____

**From:**       Bromley, James L. <jbromley@cgsh.com>
**Sent:**       Monday, June 16, 2014 2:44 PM
**To:**         Leblanc, Andrew <ALeblanc@milbank.com>
**Cc:**         Dunne, Dennis <DDunne@milbank.com>; Miller, Barbara A. <bamiller@cgsh.com>
**Subject:**    RE: After Court

Sounds good

---

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
Assistant: bamiller@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
www.clearygottlieb.com | jbromley@cgsh.com

**From:** Leblanc, Andrew [mailto:ALeblanc@milbank.com]
**Sent:** Monday, June 16, 2014 2:43 PM
**To:** Bromley, James L.
**Cc:** ddunne@milbank.com
**Subject:** RE: After Court

Yes.

888 385 6846
55 7574

**From:** Bromley, James L. [mailto:jbromley@cgsh.com]
**Sent:** Monday, June 16, 2014 2:42 PM
**To:** Leblanc, Andrew
**Cc:** Dunne, Dennis
**Subject:** RE: After Court

Sure.  Can you set up a dial in?

---

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
Assistant: bamiller@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
www.clearygottlieb.com | jbromley@cgsh.com

**From:** Leblanc, Andrew [mailto:ALeblanc@milbank.com]
**Sent:** Monday, June 16, 2014 2:42 PM
**To:** Bromley, James L.
**Cc:** ddunne@milbank.com
**Subject:** RE: After Court

Would 5:30 PM work for you?

**From:** Bromley, James L. [mailto:jbromley@cgsh.com]
**Sent:** Monday, June 16, 2014 2:28 PM
**To:** Leblanc, Andrew
**Cc:** Dunne, Dennis
**Subject:** RE: After Court

BHG-PPI-0000046

Happy to discuss. Let me know what works for you. I will be on the 611 train back to NY tonight and prepping a witness tomorrow in NY

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
Assistant: bsmiller@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
www.clearygottlieb.com | jbromley@cgsh.com

**From:** Leblanc, Andrew [mailto:ALeblanc@milbank.com]
**Sent:** Monday, June 16, 2014 2:25 PM
**To:** Bromley, James L.
**Cc:** ddunne@milbank.com
**Subject:** After Court

Jim,

Can we speak after court today to discuss the chambers' conference? I spoke quickly to Howard, but we wanted to discuss the dispute between us on PPI that was described by Jay as a "gating issue" – we would be willing to consider alternatives to litigating that issue if the Canadian side view it as that central to their inability to come to the table in a meaningful way.

Andy

**Milbank**
**Andrew M. Leblanc**
1850 K Street, N.W.
Suite 1100
Washington, D.C. 20006
Tel: 202-835-7574 Fax: 202-263-7574
Cell: 202-997-5702
aleblanc@milbank.com
www.milbank.com

==========================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
==========================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton

LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

BHG-PPI-0000048

**EXHIBIT 69**

**EXHIBIT**

**205**

| | |
|---|---|
| **From:** | Bromley, James L. <jbromley@cgsh.com> |
| **Sent:** | Wednesday, July 9, 2014 4:45 PM |
| **To:** | Leblanc, Andrew <ALeblanc@milbank.com> |
| **Cc:** | Dunne, Dennis <DDunne@milbank.com>; Schweitzer, Lisa M. <lschweitzer@cgsh.com>; Kreller, Tom <TKreller@milbank.com> |
| **Subject:** | RE: Ppi |

Ok. thanks

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
Assistant: bamiller@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
www.clearygottlieb.com jjbromley@cgsh.com

-----Original Message-----
From: Leblanc, Andrew [mailto:ALeblanc@milbank.com]
Sent: Wednesday, July 09, 2014 4:41 PM
To: Bromley, James L.
Cc: ddunne@milbank.com; Schweitzer, Lisa M.; tkreller@milbank.com
Subject: RE: Ppi

Ok. Let's use the following:

888 385 6846

55 7574

-----Original Message-----
From: Bromley, James L. [mailto:jbromley@cgsh.com]
Sent: Wednesday, July 09, 2014 3:47 PM
To: Leblanc, Andrew
Cc: Dunne, Dennis; Schweitzer, Lisa M.; Kreller, Tom
Subject: RE: Ppi

530 works for us. We have a hard stop at 6, but that should be plenty of time.

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
Assistant: bamiller@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
www.clearygottlieb.com jjbromley@cgsh.com

-----Original Message-----
From: Leblanc, Andrew [mailto:ALeblanc@milbank.com]
Sent: Wednesday, July 09, 2014 3:19 PM
To: Bromley, James L.
Cc: ddunne@milbank.com; Schweitzer, Lisa M.; tkreller@milbank.com
Subject: RE: Ppi

Does 4 PM work? Or 5:30?

-----Original Message-----
From: Leblanc, Andrew
Sent: Wednesday, July 09, 2014 1:33 PM

To: Bromley, James L.
Cc: Dunne, Dennis; Schweitzer, Lisa M.; Kreller, Tom
Subject: Re: Ppi

Tom and I could do anything after 4.  If 5:30 would work for you we would also have Dennis.

> On Jul 9, 2014, at 12:57 PM, "Bromley, James L." <jbromley@cgsh.com> wrote:
>
> Dennis/Andy
>
> Can we get on a call to discuss ppi?   What times would work for you guys?
>
> Jim
>
>
>
> _____
> James L. Bromley
> Cleary Gottlieb Steen & Hamilton LLP
> Assistant: bhouston@cgsh.com
> One Liberty Plaza, New York NY 10006
> t: +1 212 225 2264 | f: +1 212 225 3999 | m: +1 646 894 3014
> www.clearygottlieb.com | jbromley@cgsh.com
>
> This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
> intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
> attachments without retaining a copy.
>
> Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
> its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.
>

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

**<u>EXHIBIT 70</u>**

**EXHIBIT**

**206**

| | |
|---|---|
| **From:** | Sandberg, Melker <Melker.Sandberg@FTIConsulting.com> |
| **Sent:** | Friday, July 11, 2014 12:10 PM |
| **To:** | Mike Kennedy <MKennedy@chilmarkpartners.com>; Spragg, Mark <Mark.Spragg@FTIConsulting.com>; Katzenstein, Mike <Mike.Katzenstein@fticonsulting.com> |
| **Subject:** | Re: Time to chat? |

Mike, that works.  Let's use 1-866-546-3377,5657915777#

Melker Sandberg
970-389-0432

Sent from my iPhone

On Jul 11, 2014, at 9:55 AM, "Mike Kennedy" <MKennedy@chilmarkpartners.com> wrote:

How about we talk at 1:30 central today?

**From:** Sandberg, Melker [mailto:Melker.Sandberg@FTIConsulting.com]
**Sent:** Thursday, July 10, 2014 12:39 PM
**To:** Mike Kennedy
**Subject:** Time to chat?

Mike, we would like to have a quick chat with you today, tomorrow or over the weekend if possible.  What does your schedule look like?

Melker

**Melker Sandberg**
Managing Director
Corporate Finance – TMT, Technology, Media & Telecom Practice

**F T I Consulting**
+001.970.389.0432 mobile
melker.sandberg@fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

BHG-PPI-0000233

**EXHIBIT 71**

| | |
|---|---|
| **From:** | Dunne, Dennis </O=MILBANK/OU=MTHMUSA/CN=RECIPIENTS/CN=DDUNNE> |
| **Sent:** | Monday, July 14, 2014 2:54 PM |
| **To:** | 'Schweitzer, Lisa M.' <lschweitzer@cgsh.com> |
| **Cc:** | Giambatista, Lisa <lgiambatista@cgsh.com>; John J. Ray , III (jray@aviditypartners.com) |
| **Subject:** | RE: tomorrow |

**EXHIBIT**

**207**

We will get you something shortly.

---

**From:** Schweitzer, Lisa M. [mailto:lschweitzer@cgsh.com]
**Sent:** Monday, July 14, 2014 2:35 PM
**To:** Dunne, Dennis
**Cc:** Giambatista, Lisa; John J. Ray , III (jray@aviditypartners.com)
**Subject:** RE: tomorrow

Thanks Dennis.  Do you expect to send a proposal over today?

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lgiambatista@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2629 | f: +1 212 225 3999 | m: +1 646 610 1096
www.clearygottlieb.com | lschweitzer@cgsh.com

---

**From:** Dunne, Dennis [mailto:DDunne@milbank.com]
**Sent:** Monday, July 14, 2014 2:30 PM
**To:** Schweitzer, Lisa M.
**Cc:** Giambatista, Lisa; John J. Ray , III (jray@aviditypartners.com)
**Subject:** RE: tomorrow

Here is the list:

Dennis Dunne
Andy Leblanc
Al Pisa
Mike Katzenstein
Melker Sandberg

See you tomorrow.

---

**From:** Schweitzer, Lisa M. [mailto:lschweitzer@cgsh.com]
**Sent:** Monday, July 14, 2014 9:55 AM
**To:** Dunne, Dennis
**Cc:** Giambatista, Lisa; John J. Ray , III (jray@aviditypartners.com)
**Subject:** tomorrow

Dennis --

We have conference room 3802 reserved at our One Liberty office.  Can you let Lisa G., copied on this email, know who is coming so we can get everyone's name on security?  Thanks.

Lisa

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lgiambatista@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2629 | f: +1 212 225 3999 | m: +1 646 610 1096
www.clearygottlieb.com | lschweitzer@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s),
or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that
any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message
in error, please immediately notify the sender and delete this e-mail message from your computer.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

BHG-PPI-0000252