**<u>EXHIBIT 91</u>**



EXHIBIT

236

exhibitsticker.com

# Thomas W. Britven

CPA, CGMA, CFE, CVA, ABV, CLP

# Qualifications

 • **B.B.A., Accounting, University of Iowa**

 • **Certified Public Accountant**

 • **Chartered Global Management Accountant**

 • **Certified Fraud Examiner**

 • **Certified Valuation Analyst**

 • **Accredited in Business Valuation**

 • **Certified Licensing Professional**

 • **Graduate of Owner/President Management Program at Harvard Business School**

*Britven Primary Report, Appendix B*

June 5, 2014

**2**

# Experience

- **25+ years experience in Intellectual Property**

  - **Lumin Expert Group**

  - **Intellectual Property Practice Leader at Duff & Phelps**

  - **Current President, Licensing Executives Society Foundation**

*Britven Primary Report, Appendix B*

# Allocation Questions

**To determine:**

1. **Allocation based on Ownership Approach**

2. **Resulting percentage recovery by key creditor groups**

3. **Allocation based on Pro Rata Approach**

4. **Percentage recoveries comparison**

# Scope of Work

- **Reviewed legal filings**

- **Analyzed documents produced in this case by all the parties**

- **Performed independent research**

- **Reviewed company and industry information**

- **Reviewed work performed by Nortel auditors**

- **Reviewed Fact Witness Depositions**

- **Submitted Primary Report**

- **Studied relevant expert reports**

- **Submitted Rebuttal Report**

- **Deposed**

- **Reviewed Expert Witness Depositions and Affidavits**

- **Continued involvement since trial began**
  *Britven Primary Report, Appendix G;*
  *Britven Reply Report, pp. 2-3*

June 5, 2014

**5**

# 1: Ownership Allocation of $7.3b Sales Proceeds



7%

EMEA
$488m

79%

Canada
$5,805m

14%

US
$1,009m

*Britven Primary Report, Schedule 2*

June 5, 2014

6

# 2: Ownership Allocation Percentage Recovery

| Key Creditor Groups | Allocation | Claim | Recovery Percentage |
|---|---|---|---|
| Guaranteed Bondholders | $4,092m | $4,092m | 100% |
| US Creditors* | $1,235m | $1,300m | 95% |
| Canadian Creditors* | $2,057m | $3,506m | 59% |
| EMEA Creditors | $132m | $500m | 27% |
| UK Pension Trust | $1,310m | $3,000m | 44% |
| Total | | $12,398m | |

*Excludes Guaranteed Bondholders

*Britven Primary Report, Schedule 2*

June 5, 2014

7

# 3: Illustrative Pro Rata Allocation

|  | Canada | US | EMEA |
|---|---|---|---|
| Recovery Percentage | 71.2% | 71.2% | 71.2% |
| Total by Debtor Group | $5,410m | $926m | $2,492m |
| Projected Treasury Cash at June 30, 2014, after payment of Secured Claims, by Debtor | $343m | $744m | $438m |
| Pro Rata allocation of $7.3b Sales Proceeds | $5,067m | $182m | $2,054m |

*Britven Primary Report, Schedule 3*

# 4: Illustrative Percentage Recovery Comparison

| Key Creditor Group | 1<br><br>CCC Ownership<br><br>Britven | 2<br>Canadian Debtors and Monitor<br><br>Green | 3<br><br>US Interests<br><br>Kinrich | 4<br>EMEA Debtors<br>License Approach<br>Malackowski/Huffard | 5<br><br>Contribution Approach<br> | 6<br><br>UK Pension<br><br>Bazelon | 7<br><br>CCC Alternative Pro Rata<br>Britven |
|---|---|---|---|---|---|---|---|
| Guaranteed Bondholders | 100% | 100% | 100% | 100% | 100% | | 71% |
| US Creditors | 95% | 100% | 100% | 100% | 100% | | 71% |
| Canadian Creditors | 59% | 61% | 11% | 11% | 25% | | 71% |
| EMEA Creditors | 27% | 19% | 48% | 77% | 50% | | 71% |
| UK Pension Trust | 44% | 37% | 51% | 79% | 58% | | 71% |
| Undistributed Cash in NNI | $0 | $111m | $1,304m | $248m | $536m | | $0 |

*Britven Reply Report, Table 1 and Schedule 1*

June 5, 2014

# Valuation and Ownership – Nationally Accepted Textbooks

- "From a financial point of view, the value of a business or business interest is the sum of the expected future benefits **to its owner**…" [emphasis added]

  *Shannon P. Pratt and Alina V. Niculita, Valuing a Business: The Analysis and Appraisal of Closely Held Companies, 5th ed. (New York: McGraw Hill, 2008), p. 70*

- "The meaning of the word property, when used in connection with value and valuation, is closely associated with the idea of ownership.  In fact, a 'valuation' has been defined as the determination of the monetary value, at some specified date, of the property rights encompassed in an **ownership**."

  *Henry A. Babcock, Appraisal Principles and Procedures, (Washington, DC: American Society of Appraisers, 1980), p. 26.*

*Britven Primary Report, p. 20*

# Valuation and Ownership – Professional Standards

- Appraisal Standards Board, "Standards Rule 9-2," Uniform Standards of Professional Appraisal Practice, 2014-2015 ed. (Washington, DC: The Appraisal Foundation, 2013) directs the valuator to carefully consider and understand legal rights and other attributes associated with **ownership of the assets** being valued.

- AICPA Consulting Services Executive Committee,  "Ownership Information," Statement on Standard for Valuation Services No. 1, Valuation of a Business, Business Ownership Interest, Security, or Intangible Asset, 2014-2015 ed. (New York: American Institute of Certified Public Accountants, 2007) directs the valuator to carefully consider the **attributes of ownership** as consideration of same is essential to the valuation process.

*Britven Primary Report, p. 20*

# Value: In Nortel's Hands vs Safe Hands



$2,848m
Sales
Proceeds

$988m*
Nortel
Valuation

Nortel's Hands

Safe Hands

**\*excludes NGS**

*Britven Primary Report, pp. 29-32, 36, and 43; Trial Transcript, pp. 1083-1085; TR44557, pp. 2 and 31*

# 1: Line of Business Valuation and Allocation

| Step 1 Identify Assets Relinquished or Sold | Step 2 Identify the Owners | Step 3 Value | Allocate | |
|---|---|---|---|---|
| | | | US+ EMEA | CAN |
| Tangible Assets | Balance Sheet | $169m | $110m | $59m |
| Customer Relationships | Income Statement | $682m | $590m | $93m |
| Intellectual Property | Surrendered Licenses Patents | $1,143m $285m $858m | $285m | $858m |
| Purchaser Goodwill | Allocated in proportion to intangible assets | $853m | $426m | $427m |
| | | $2,848m | $1,411m | $1,438m |

*Britven Primary Report, pp. 20-37, Table 6, and Schedules 2.1, 2.5*

June 5, 2014

**13**

# 1: Purchase Price Allocation (PPA)

- 3rd party assessment of fair value

- Required for financial reporting under GAAP

- Prepared by purchaser or outside party

- Independently audited

- Fair value is an objective assessment of value based on a standard definition

- Values are notional and not buyer-specific

- Values are higher than what Participants could achieve

- Does not include "distress" effects

*Britven Primary Report, pp. 26-28*

June 5, 2014

**14**

# 1: Purchase Price Allocation (PPA)
## Ericsson acquisition of CDMA/LTE

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS- (Continued)**

NORTEL BUSINESS

| Net assets acquired | Book value | Fair value adjustments | Fair value |
|---|---|---|---|
| **Intangible assets** | | | |
| Intellectual property rights | - | 4,979 | 4,979 |
| Customer relationships | - | 811 | 811 |
| Goodwill | - | 2,957 | 2,957 |
| **Other assets and liabilities** | | | |
| Inventory | 187 | - | 187 |
| Property, plant and equipment | 261 | - | 261 |
| Other assets | 392 | - | 392 |
| Other liabilities | 1,242 | - | 1,242 |
| **Total purchase price** | | | 8,345 |

ERICSSON ANNUAL REPORT ON FORM 20- F 2009

| | Swedish Krona | US Dollars |
|---|---|---|
| IP | 4,979m | $728m |
| Customer Relationships | 811m | $119m |
| Goodwill | 2,957m | $432m |
| Other assets and liabilities | 187m<br>261m<br>392m<br>(1,242)m | $(59)m |

*Britven Primary Report, Schedule 4, footnote 1; TR40195*

# 1: Value of Surrendered Licenses in Hands of LPs

| | |
|---|---|
| Business Value in Nortel's Hands | $  988m |
| U.S. + EMEA RPSM Share | x 50.2% |
| U.S. + EMEA Business Value | $  496m |
| IP Percentage | x 57.3% |
| Value of Surrendered Licenses in hands of U.S. + EMEA | $  285m |

*Britven Primary Report, Table 6*

June 5, 2014

16

# 1: Basis for $988 Million

# $988m valuation consistent with 2008 financial statements

*Britven Primary Report, pp. 28-32; Britven Deposition, pp. 222-223 and 226-228; TR40269 , pp. 141-142, and 144; and TR45521*

# 1: Value of Surrendered Licenses to 3rd Party

**Assumption: Transferability restriction lifted and 3rd party steps into shoes of LP with both benefits and burdens of a license under the MRDA**

- **Limited field of use license**
- **Limited ability to sublicense**
- **Profit sharing provisions would remain**
- **IP vests with NNL wherever created**
- **MRDA not transferable**

*Britven Primary Report, pp. 15-17 and 28-29*

June 5, 2014

**18**

# 1: Value of Surrendered Licenses to 3rd Party

**De Minimis Value to a 3rd Party**

**Therefore highest value of the Surrendered Licenses is in the hands of Nortel**

*Britven Primary Report, pp. 28-29*

# 1: Reasonableness Check - LOBs

| Table 9<br>Value Allocable to US and EMEA Debtors' Total Amounts Under<br>D&P Analysis and Prospective Buyer Forecast Approach | |
|---|---|
| **Basis of Analysis** | **US/EMEA** |
| D&P Analysis (PPA Approach) | ≈ $1.4 billion |
| Prospective Buyer Forecast Approach | ≈ $1.0 billion |

*Britven Primary Report, Table 9*

# 1: Allocation of LOB Sales Proceeds to US/EMEA



**$2.8b LOB Sales Proceeds**

| Britven | Green | Kinrich | Malackowski/Huffard Contribution | License |
|---------|-------|---------|----------------------------------|---------|
| $1.4b 50% | $1.3b 46% | $2.5b 89% | $2.3b 82% | $2.5b 89% |

*Britven Primary Report, Schedule 2.1; Britven Reply Report, Schedules 2.1, 3.1, 4.1, and 5.1*

# 1: Ownership Allocation Result - LOBs

### By Nortel Debtor Group

| Assets | Sales Transactions | Canada | US | EMEA |
|---|---|---|---|---|
| Tangible Assets | $169m | $59m | $42m | $68m |
| Intangible Assets | | | | |
| Customer Relationships | $682m | $93m | $393m | $197m |
| IP | $1,143m | $858m | $228m | $57m |
| Purchaser Goodwill | $853m | $427m | $316m | $110m |
| **Total Business Sales** | **$2,848m** | **$1,438m** | **$979m** | **$432m** |

*Britven Primary Report, Schedule 2.1*

June 5, 2014

**22**

# 1: Rockstar Transaction In Context

Business Sales IP

Rockstar Sale

| Patents Sold in LOBs ≈ 2,700 | Patents Subject to Licenses ≈ 2,400 - 2,900 | Not Used Patents ≈ 4,100 - 4,600 |



+

Licenses Granted to Purchasers

+

Ownership of Patents Subject to Licenses

$1.1b

$4.5b

Britven Primary Report, pp. 39-42, Schedule 2.1, and Appendix E, pp. 5-8

June 5, 2014

**23**

# 1: Ownership Allocation Result

## By Nortel Debtor Group

| Assets | Sales Transactions | Canada | US | EMEA |
|---|---|---|---|---|
| Tangible Assets | $169m | $59m | $42m | $68m |
| Intangible Assets | | | | |
|    Customer Relationships | $682m | $93m | $393m | $197m |
|    IP | $1,143m | $858m | $228m | $57m |
|    Purchaser Goodwill | $853m | $427m | $316m | $110m |
| **Total Business Sales** | **$2,848m** | **$1,438m** | **$979m** | **$432m** |
| | | | | |
| Rockstar Transaction | $4,454m | $4,368m | $30m | $57m |
| **Total** | **$7,302m** | **$5,805m** | **$1,009m** | **$488m** |

*Britven Primary Report, Schedule 2.1*

June 5, 2014

**24**

# 3: Pro Rata Allocation Key

## Pro Rata is an Alternative Allocation Key

**Mechanism for allocation allowing for common dividend**

**Allocation to debtor groups**

**Estates will ultimately decide how to satisfy claims**

*Britven Primary Report, pp. 18-19, 47-48; Britven Deposition, pp. 57-59*

June 5, 2014

25

# 3: Pro Rata Methodology

**Factors in lock box proceeds, treasury cash and claims**

**Different inputs will produce different results, however methodology doesn't change**

*Britven Primary Report, pp. 47-48, and Schedule 3; Britven Deposition, pp. 288-289 and 300*

# 3: Pro Rata Computation

**Assets**

| | |
|---|---:|
| Projected Treasury Cash at June 30, 2014, after payment of Priority Claims [Britven Report schedule 5] | 1,525 |
| Sales Proceeds | 7,302 |
| Total assets available for distribution | **8,827** (a) |

**Claims**

| | Claims without consideration of guarantees | Pro rata Recovery by each Key Creditor Group | Equal Percentage Recovery to all Key Creditor Groups | Assets required in each Nortel Debtor Group in order to give effect to these recoveries[1] | | | |
|---|---:|---:|:---:|---:|---:|---:|---:|
| | | | | Canada | US | EMEA | Total |
| Unsecured claims | | | | | | | |
| Canada (NNL and subs) | 3,506 | (d) 2,496 | **71.2%** | 2,496 (e) | | | 2,496 |
| US (NNI and subs) | 1,300 | 926 | **71.2%** | | 926 | | 926 |
| EMEA | 500 | 356 | **71.2%** | | | 356 | 356 |
| | | | (c) | | | | |
| Claims subject to a guarantee or second claim | | | | | | | |
| UK Pension Trust | 3,000 | 2,136 | **71.2%** | - | | 2,136 | 2,136 |
| Guaranteed Bondholders | 4,092 | 2,913 | **71.2%** | 2,913 | - | | 2,913 |
| | 12,398 (b) | 8,827 | 71.2% | **5,410** | **926** | **2,492** | **8,827** |
| Projected Treasury Cash at June 30, 2014, after payment of Priority Claims, by Debtor | | | | 343 | 744 | 438 | 1,525 (f) |
| Required allocation of the Sales Proceeds | | | | **5,067** | **182** | **2,054** | **7,302** |

*Britven Primary Report, Schedule 3*

# Illustrative Claims Instructions

## Guaranteed Bondholders    $4,092m

| | Terms | Floating rate (LIBOR+4.25%) Senior Notes due July 15, 2011 | 10.125% Senior notes due July 15, 2013 | 10.75% Senior notes due July 15, 2016 | 7.875% notes due June 15, 2026 (NNCC debt guaranteed by NNL) | 1.75% convertible bonds due April 15, 2012 | 2.125% convertible bonds due April 15, 2014 | Total |
|---|---|---|---|---|---|---|---|---|
| [A] | Face value (US$) | 1,000 | 550 | 1,125 | 150 | 575 | 575 | 3,975 |
| | Interest | | | | | | | |
| [B] | Last interest payment date | 15-Oct-08 | 15-Jul-08 | 15-Jul-08 | 15-Dec-08 | 15-Oct-08 | 15-Oct-08 | |
| [C] | Filing date | 14-Jan-09 | 14-Jan-09 | 14-Jan-09 | 14-Jan-09 | 14-Jan-09 | 14-Jan-09 | |
| [D] | Interest rate | 8.309% | 10.125% | 10.750% | 7.875% | 1.750% | 2.125% | |
| [E] | Pre-filing | 21 | 28 | 61 | 1 | 3 | 3 | 117 |
| [F] | | 1,021 | 578 | 1,186 | 151 | 578 | 578 | 4,092 |

**Notes & Sources:**
[A]   TR40136, pp 17-19
[B]   Represents the last scheduled interest due date prior to the Filing date. TR40136, pp 17-19
[C]   TR43794, at pg 1.
[D]   TR40136, pp 17-19; LIBOR rate as of October 2008 was 4.0586% (see http://www.fedprimerate.com/libor/libor_rates_history.htm)
[E]   = [D] * ([C] - [B])/365 * [A]
[F]   = [A] + [E]

*Britven Primary Report, p. 18; TR40136, pp. 17-19; TR43794, p. 1; and http://www.fedprimerate.com/libor/libor_rates_history.htm.*

# Illustrative Claims Instructions

| | |
|---|---|
| **Guaranteed Bondholders** | **$4,092m** |
| **US creditors** | **$1,300m** |
| **Canadian creditors** | **$3,506m** |
| **EMEA creditors** | **$500m** |
| **UK Pension Trust** | **$3,000m** |
| **Total** | **$12,398m** |

Testimony of
**John Ray - May 21,2014**

Q. Do can we agree that no matter what the outcome of this allocation proceeding, a significant portion of the proceeds of the Rockstar transaction will go to the US estates and will also go to the Bondholders?

A. Okay. And you're excluding from this question the **over a billion dollars of general unsecured claims in the US estate?** Are you strictly talking about the Bondholder recover?

*Britven Primary Report, p. 18 and Schedule 6; Nortel Trial Transcript, p. 1456*

June 5, 2014

**29**

# Illustrative Claims Instructions

| | |
|---|---|
| **Guaranteed Bondholders** | **$4,092m** |
| **US creditors** | **$1,300m** |
| **Canadian creditors** | **$3,506m** |
| **EMEA creditors** | **$500m** |
| **UK Pension Trust** | **$3,000m** |
| **Total** | **$12,398m** |

Canadian Bonds                    $200
*TR40945, p. 168*

Pension shortfall            $2,000
*Testimony of Donald Sproule – May 15, 2014*

Benefits              $900 – 1,000
*Testimony of Donald Sproule – May 15, 2014*

China & Singapore Claims      $203

                              $3,303 - $3,403

*Britven Primary Report, p. 18 and Schedule 6; TR40945, p. 168; Nortel Trial Transcript, pp. 854-855*

June 5, 2014

**30**

# Illustrative Claims Instructions

**Guaranteed Bondholders**

**US creditors**

**Canadian creditors**

**EMEA creditors**

**UK Pension Trust**　　　**$3,000m**

**Total**

*Britven Primary Report, p. 18 and Schedule 6;
TR50310*



EY
Building a better
working world

Ernst & Young LLP
1 More London Place
London SE1 2AF

Tel: 020 7951 2000
Fax: 020 7951 1345
www.ey.com/uk

INVESTOR IN PEOPLE

TO ALL KNOWN CREDITORS

6 February 2014
Ref: MLP/7E/AB/DM/SE/LO3538/PCF16
Sam East
Direct line: +44 (0) 20 7951 3492
Email: seast1@uk.ey.com

Dear Sirs

**Nortel Networks UK Limited (In Administration) ("the Company")**

**High Court of Justice of England and Wales, Chancery Division, Companies Court
Case number 536 of 2009**

*The Pensions Regulator in the UK*

TPR, a UK statutory body, has made claims against several Nortel group companies in EMEA, including the Company (**"target companies"**), and North America. Its Determinations Panel issued a decision in June 2010 that FSDs should be issued, which would require the target companies to provide financial support to the Nortel Networks UK Limited pension scheme (the **"UK Pension Scheme"**). The UK Pension Scheme is estimated to have a deficit of c. GB£2.1 billion.

**"GB£2.1 billion" ≈ US$3,000m**

June 5, 2014

**31**

# 3: Illustrative Pro Rata Allocation

|  | Canada | US | EMEA |
|---|---|---|---|
| Recovery Percentage | 71.2% | 71.2% | 71.2% |
| Total by Debtor Group | $5,410m | $926m | $2,492m |
| Projected Treasury Cash at June 30, 2014, after payment of Secured Claims, by Debtor | $343m | $744m | $438m |
| Pro Rata allocation of $7.3b Sales Proceeds | $5,067m | $182m | $2,054m |

*Britven Primary Report, Schedule 3*

June 5, 2014

32

# Ownership Allocation Result + Treasury Cash



Allocated
Sales Proceeds

Allocated Sales Proceeds
plus Treasury Cash

*Britven Primary Report, Schedule 2*

June 5, 2014

33

# Where Does Cash End Up?



Allocated Sales Proceeds plus Treasury Cash

| EMEA $926m | 10% |
| Canada $6,148m | 70% |
| US $1,753m | 20% |
| | 100% |

Received by Key Creditor Groups

| EMEA - $132m | 2% |
| UKPT $1,310m | 15% |
| Canada $2,057m | 23% |
| Guaranteed Bondholders $4,092m | 46% |
| US $1,235m | 14% |
| | 100% |

*Britven Primary Report, Schedule 2*

June 5, 2014

34

# 3 & 4: Illustrative Percentage Recovery Comparison

| | 1<br><br>CCC Ownership | 2<br>Canadian Debtors and Monitor | 3<br><br>US Interests | 4<br><br>EMEA Debtors<br>License Approach | 5<br><br><br>Contribution Approach | 6<br><br>UK Pension | 7<br>CCC Alternative Pro Rata |
|---|---|---|---|---|---|---|---|
| Key Creditor Group | Britven | Green | Kinrich | Malackowski/Huffard | | Bazelon | Britven |
| Guaranteed Bondholders | 100% | 100% | 100% | 100% | 100% | | 71% |
| US Creditors | 95% | 100% | 100% | 100% | 100% | | 71% |
| Canadian Creditors | 59% | 61% | 11% | 11% | 25% | | 71% |
| EMEA Creditors | 27% | 19% | 48% | 77% | 50% | | 71% |
| UK Pension Trust | 44% | 37% | 51% | 79% | 58% | | 71% |
| Undistributed Cash in NNI | $0 | $111m | $1,304m | $248m | $536m | | $0 |

*Britven Reply Report, Table 1 and Schedule 1*

# 4: Illustrative Percentage Recovery Comparison

| | CCC | Canadian Debtors and Monitor |
|---|---|---|
| Key Creditor Group | Britven | Green |
| Guaranteed Bondholders | 100% | 100% |
| US Creditors | 95% | 100% |
| Canadian Creditors | 59% | 61% |
| EMEA Creditors | 27% | 19% |
| UK Pension Trust | 44% | 37% |
| Undistributed Cash in NNI | $0 | $111m |

**Green**

- **Similar interpretation of MRDA**

- **Different methodology yet comparable results**

*Britven Reply Report, pp. 33-34, Table 1 and Schedules 1, 2, and 2.1*

# 4: Illustrative Percentage Recovery Comparison

| | CCC | US Interests |
|---|---|---|
| Key Creditor Group | Britven | Kinrich |
| Guaranteed Bondholders | 100% | 100% |
| US Creditors | 95% | 100% |
| Canadian Creditors | 59% | 11% |
| EMEA Creditors | 27% | 48% |
| UK Pension Trust | 44% | 51% |
| Undistributed Cash in NNI | $0 | $1,304m |

## Kinrich

- **Allocation based on revenue**

- **Revenue not a proxy for relative profits under RPSM**

- **40% of R&D yet 70% of proceeds**

- **40% of losses yet 70% of proceeds**

*Britven Reply Report, pp. 4-24, Table 1, and Schedules 1, 3, and 3.1; Britven Primary Report, Schedule 8*

June 5, 2014

# 4: Illustrative Percentage Recovery Comparison

| | | EMEA Debtors | |
|---|---|---|---|
| | CCC | License Approach | Contribution Approach |
| Key Creditor Group | Britven | Malackowski/Huffard | |
| Guaranteed Bondholders | 100% | 100% | 100% |
| US Creditors | 95% | 100% | 100% |
| Canadian Creditors | 59% | 11% | 25% |
| EMEA Creditors | 27% | 77% | 50% |
| UK Pension Trust | 44% | 79% | 58% |
| Undistributed Cash in NNI | $0 | $248m | $536m |

**Malackowski / Huffard**

**License Approach (IP only)**

- **Results inconsistent with PPAs**

- **PPA value $1,143m**

- **Malackowski/Huffard value $765m**

*Britven Reply Report, pp. 3-17, 20-37, Tables 1 and 6, and Schedules 1, 2.1, 2.5, 4, and 4.1, Huffard Primary Report, p. 41*

June 5, 2014

38

# 4: Illustrative Percentage Recovery Comparison

| | CCC | EMEA Debtors | |
| --- | --- | --- | --- |
| | | License Approach | Contribution Approach |
| Key Creditor Group | Britven | Malackowski/Huffard | |
| Guaranteed Bondholders | 100% | 100% | 100% |
| US Creditors | 95% | 100% | 100% |
| Canadian Creditors | 59% | 11% | 25% |
| EMEA Creditors | 27% | 77% | 50% |
| UK Pension Trust | 44% | 79% | 58% |
| Undistributed Cash in NNI | $0 | $248m | $536m |

**Malackowski / Huffard**

- **R&D spend ≠ Contribution**

- **Disregards acquisitions**

- **Disregards MRDA - Ownership**

- **Disregards RPSM – 5 years**

*Britven Reply Report, pp. 3-17, 24-33, Table 1, and Schedules 1, 5, and 5.1*

# 3 & 4: Illustrative Percentage Recovery Comparison

| | CCC Alternative Pro Rata | UK Pension |
|---|---|---|
| Key Creditor Group | Britven | Bazelon |
| Guaranteed Bondholders | 71% | |
| US Creditors | 71% | |
| Canadian Creditors | 71% | |
| EMEA Creditors | 71% | |
| UK Pension Trust | 71% | |
| Undistributed Cash in NNI | $0 | |

**Bazelon**

- **Similar principles to Pro Rata**

- **Goes Beyond Debtor Groups**

- **Does not quantify**

*Britven Reply Report, pp. 6-8, 33-36, Table 1, and Schedule 1; Trial Transcript, pp. 2950-2952*

**EXHIBIT 92**

**EXHIBIT**

**237**

exhibitsticker.com

| | A | B |
|---|---|---|
| 1 | **in $M USD** | |
| 2 | | |
| 3 | | |
| 4 | **Region** | |
| 5 | | |
| 6 | Canada | |
| 7 | CALA | |
| 8 | Asia PAC | |
| 9 | Greater China | |
| 10 | LG Nortel | |
| 11 | **NNL Entities** | |
| 12 | | |
| 13 | US | |
| 14 | NGS | |
| 15 | **NNI Entities** | |
| 16 | | |
| 17 | UK | |
| 18 | Europe | |
| 19 | **EMEA** | |
| 20 | | |
| 21 | | |
| 22 | **Treasury Cash** | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | CDMA - Ericsson* | |
| 27 | Enterprise - Avaya | |
| 28 | Packet Core - Hitachi | |
| 29 | Layer 4-7 - Radware | |
| 30 | MEN - Ciena* | |
| 31 | GSM - Ericsson & Kapsch* | |
| 32 | GSM CALA - Ericsson | |
| 33 | CVAS- Genband* | |
| 34 | MSS - Ericsson* | |
| 35 | IP - Rockstar | |
| 36 | **Total Escrow Proceeds** | |
| 37 | **Cascading Directors D & O Trust** | |
| 38 | **Adjusted Gross Treasury Cash** | |

| | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Cash Summary** | | | | | | | | | | | | | | |
| 2 | *As of September 12, 2014* | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | Filing Date 14-Jan-09 | Q4-10 | Q1-11 | Q2-11 | Q3-11 | Q4-11 | Q1-12 | Q2-11 | July-12 | 31-Aug | 14-Sep | 28-Sep | 12-Oct | 26-Oct | 09-Nov |
| 5 | | | | | | | | | | | | | | | |
| 6 | $159 | $564 | $541 | $629 | $553 | $558 | $536 | $530 | $525 | $541 | $539 | $541 | $538 | $536 | $534 |
| 7 | $43 | $146 | $147 | $144 | $142 | $134 | $42 | $41 | $40 | $42 | $42 | $42 | $42 | $43 | $42 |
| 8 | $150 | $288 | $279 | $279 | $252 | $225 | $159 | $141 | $141 | $145 | $142 | $146 | $145 | $145 | $143 |
| 9 | $253 | $275 | $263 | $300 | $270 | $250 | $253 | $225 | $221 | $220 | $220 | $222 | $222 | $221 | $205 |
| 10 | $297 | | | | | | | | | | | | | | |
| 11 | $903 | $1,273 | $1,229 | $1,352 | $1,216 | $1,167 | $989 | $937 | $927 | $949 | $944 | $951 | $948 | $945 | $925 |
| 12 | | | | | | | | | | | | | | | |
| 13 | $676 | $976 | $951 | $990 | $1,046 | $1,024 | | | | | | | | | |
| 14 | $44 | | | | | | | | | | | | | | |
| 15 | | | | | | | $1,143 | $1,115 | $1,113 | $1,122 | $1,120 | $1,113 | $1,111 | $1,111 | $1,106 |
| 16 | | | | | | | | | | | | | | | |
| 17 | $344 | $367 | $382 | $366 | $352 | $347 | $360 | $352 | $348 | $354 | $353 | $361 | $360 | $358 | $354 |
| 18 | $368 | $500 | $529 | $531 | $485 | $443 | $434 | $407 | $407 | $407 | $406 | $415 | $414 | $414 | $413 |
| 19 | $712 | $867 | $911 | $897 | $838 | $790 | $793 | $759 | $754 | $761 | $759 | $775 | $774 | $771 | $768 |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | **$2,334** | **$3,116** | **$3,091** | **$3,238** | **$3,100** | **$2,981** | **$2,925** | **$2,811** | **$2,794** | **$2,831** | **$2,822** | **$2,839** | **$2,833** | **$2,828** | **$2,799** |
| 23 | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |
| 26 | | $ 1,055 | $ 1,055 | $ 1,055 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 |
| 27 | | $ 920 | $ 920 | $ 920 | $ 857 | $ 857 | $ 857 | $ 857 | $ 857 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 |
| 28 | | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 |
| 29 | | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 |
| 30 | | $ 659 | $ 659 | $ 659 | $ 647 | $ 647 | $ 647 | $ 647 | $ 647 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 |
| 31 | | $ 111 | $ 111 | $ 111 | $ 110 | $ 113 | $ 113 | $ 113 | $ 113 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 |
| 32 | | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 |
| 33 | | $ 182 | $ 182 | $ 182 | $ 147 | $ 146 | $ 146 | $ 146 | $ 146 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 |
| 34 | | | $ 54 | $ 54 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 |
| 35 | | | | | $ 4,470 | $ 4,455 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 |
| 36 | | $ 2,957 | $ 3,012 | $ 3,012 | $ 7,361 | $ 7,348 | $ 7,346 | $ 7,346 | $ 7,346 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 |
| 37 | | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 |
| 38 | | **$ 6,108** | **$ 6,138** | **$ 6,285** | **$ 10,495** | **$ 10,364** | **$ 10,307** | **$ 10,192** | **$ 10,176** | **$ 10,168** | **$ 10,159** | **$ 10,176** | **$ 10,169** | **$ 10,164** | **$ 10,135** |

NNC-NNL-PPI000002

| | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | 30-Nov | 14-Dec | 31-Dec | 11-Jan | 25-Jan | 08-Feb | 22-Feb | 15-Mar | 29-Mar | 12-Apr | 26-Apr | 17-May | 31-May | 14-Jun | 28-Jun |
| 5 | | | | | | | | | | | | | | | |
| 6 | $551 | $536 | $532 | $531 | $529 | $523 | $521 | $514 | $513 | $511 | $515 | $513 | $508 | $500 | $507 |
| 7 | $42 | $42 | $42 | $42 | $42 | $42 | $42 | $41 | $41 | $41 | $41 | $40 | $39 | $39 | $38 |
| 8 | $139 | $138 | $136 | $136 | $136 | $138 | $130 | $130 | $130 | $131 | $129 | $132 | $129 | $129 | $125 |
| 9 | $203 | $219 | $211 | $211 | $210 | $208 | $208 | $208 | $208 | $209 | $208 | $209 | $210 | $210 | $203 |
| 10 | | | | | | | | | | | | | | | |
| 11 | $935 | $936 | $922 | $920 | $917 | $911 | $901 | $893 | $892 | $892 | $894 | $894 | $886 | $877 | $872 |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | $1,102 | $1,099 | $1,094 | $1,091 | $1,089 | $1,082 | $1,125 | $1,122 | $1,105 | $1,085 | $1,077 | $1,070 | $1,000 | $995 | $982 |
| 16 | | | | | | | | | | | | | | | |
| 17 | $351 | $350 | $351 | $351 | $350 | $341 | $340 | $325 | $323 | $323 | $323 | $328 | $322 | $318 | $317 |
| 18 | $407 | $405 | $409 | $408 | $406 | $411 | $410 | $397 | $394 | $390 | $390 | $390 | $387 | $387 | $387 |
| 19 | $757 | $755 | $760 | $759 | $756 | $752 | $750 | $722 | $717 | $713 | $712 | $718 | $709 | $705 | $705 |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | $2,795 | $2,789 | $2,776 | $2,770 | $2,762 | $2,746 | $2,776 | $2,737 | $2,715 | $2,689 | $2,684 | $2,682 | $2,595 | $2,577 | $2,559 |
| 23 | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |
| 26 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 |
| 27 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 |
| 28 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 |
| 29 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 |
| 30 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 |
| 31 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 |
| 32 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 |
| 33 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 |
| 34 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 |
| 35 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,455 | $ 4,455 | $ 4,454 | $ 4,454 | $ 4,454 |
| 36 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 |
| 37 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 |
| 38 | $ 10,132 | $ 10,126 | $ 10,121 | $ 10,106 | $ 10,099 | $ 10,082 | $ 10,113 | $ 10,073 | $ 10,051 | $ 10,027 | $ 10,021 | $ 10,020 | $ 9,932 | $ 9,914 | $ 9,896 |

NNC-NNL-PPI000003

| | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | 12-Jul | 26-Jul | 09-Aug | 30-Aug | 13-Sep | 27-Sep | 11-Oct | 25-Oct | 08-Nov | 29-Nov | 13-Dec | 31-Dec | 17-Jan | 31-Jan | 14-Feb | 28-Feb |
| 5 | | | | | | | | | | | | | | | | |
| 6 | $503 | $501 | $499 | $490 | $487 | $479 | $474 | $471 | $465 | $450 | $441 | $436 | $497 | $486 | $479 | $480 |
| 7 | $38 | $37 | $34 | $34 | $34 | $34 | $34 | $34 | $34 | $34 | $34 | $34 | $34 | $34 | $34 | $34 |
| 8 | $128 | $128 | $126 | $122 | $122 | $122 | $125 | $126 | $128 | $127 | $127 | $128 | $128 | $127 | $127 | $118 |
| 9 | $199 | $197 | $197 | $193 | $194 | $192 | $193 | $192 | $190 | $190 | $190 | $189 | $72 | $72 | $72 | $71 |
| 10 | | | | | | | | | | | | | | | | |
| 11 | $867 | $863 | $857 | $840 | $836 | $828 | $825 | $823 | $817 | $801 | $791 | $787 | $731 | $719 | $711 | $702 |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | $981 | $980 | $979 | $972 | $971 | $961 | $960 | $959 | $954 | $952 | $941 | $925 | $919 | $842 | $842 | $829 |
| 16 | | | | | | | | | | | | | | | | |
| 17 | $312 | $310 | $304 | $308 | $307 | $298 | $311 | $312 | $298 | $289 | $269 | $268 | $272 | $294 | $285 | $289 |
| 18 | $386 | $385 | $384 | $384 | $384 | $383 | $392 | $392 | $395 | $393 | $393 | $387 | $387 | $382 | $381 | $387 |
| 19 | $697 | $696 | $688 | $693 | $691 | $680 | $703 | $704 | $693 | $682 | $662 | $656 | $658 | $675 | $666 | $675 |
| 20 | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | |
| 22 | $2,545 | $2,539 | $2,524 | $2,505 | $2,498 | $2,469 | $2,488 | $2,486 | $2,464 | $2,435 | $2,394 | $2,367 | $2,308 | $2,236 | $2,219 | $2,207 |
| 23 | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 |
| 27 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 |
| 28 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 |
| 29 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 |
| 30 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 |
| 31 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 |
| 32 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 |
| 33 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 |
| 34 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 |
| 35 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 |
| 36 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 |
| 37 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 |
| 38 | $ 9,882 | $ 9,876 | $ 9,861 | $ 9,842 | $ 9,835 | $ 9,806 | $ 9,826 | $ 9,823 | $ 9,801 | $ 9,772 | $ 9,731 | $ 9,704 | $ 9,645 | $ 9,573 | $ 9,557 | $ 9,544 |

NNC-NNL-PPI000004

| | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | 14-Mar | 28-Mar | 11-Apr | 25-Apr | 16-May | 30-May | 13-Jun | 11-Jul | 25-Jul | 15-Aug | 22-Aug | 12-Sep | Weekly Variance | | Variance since filing | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | $476 | $472 | $465 | $462 | $448 | $449 | $440 | $433 | $426 | $420 | $419 | $415 | ($4) | | $256 | | |
| 7 | $34 | $34 | $33 | $33 | $33 | $33 | $33 | $32 | $32 | $32 | $32 | $32 | ($0) | | ($12) | | |
| 8 | $114 | $107 | $108 | $108 | $108 | $104 | $104 | $103 | $104 | $92 | $92 | $91 | ($1) | | ($59) | | |
| 9 | $71 | $71 | $71 | $71 | $71 | $67 | $67 | $68 | $67 | $67 | $67 | $67 | $0 | | ($186) | | |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | $694 | $684 | $677 | $674 | $660 | $653 | $645 | $637 | $629 | $612 | $610 | $606 | ($4) | | $0 | | |
| 12 | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | |
| 15 | $819 | $819 | $819 | $819 | $819 | $819 | $819 | $760 | $781 | $793 | $793 | $760 | ($33) | | | | |
| 16 | | | | | | | | | | | | | | | | | |
| 17 | $272 | $261 | $258 | $250 | $252 | $241 | $241 | $232 | $224 | $212 | $208 | $209 | $1 | #REF! | ($135) | | |
| 18 | $405 | $405 | $403 | $403 | $401 | $397 | $396 | $387 | $391 | $385 | $380 | $379 | ($1) | #REF! | $11 | | |
| 19 | $677 | $666 | $662 | $653 | $653 | $638 | $637 | $619 | $615 | $597 | $588 | $588 | ($0) | | ($124) | | |
| 20 | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | |
| 22 | $2,191 | $2,169 | $2,158 | $2,146 | $2,132 | $2,110 | $2,101 | $2,015 | $2,025 | $2,002 | $1,990 | $1,953 | ($37) | | ($124) | | |
| 23 | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | |
| 26 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | $ 1,053 | | | | | |
| 27 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | $ 843 | | | | | |
| 28 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ - | $ 10 | $ 10 | $ 10 | $ 10 | | | | | |
| 29 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | $ 18 | | | | | |
| 30 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | $ 632 | | | | | |
| 31 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | $ 104 | | | | | |
| 32 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 1 | $ 1 | $ 1 | | | | | |
| 33 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | | | | | |
| 34 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | $ 46 | | | | | |
| 35 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,454 | $ 4,455 | $ 4,455 | $ 4,455 | | | | | |
| 36 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,302 | $ 7,303 | $ 7,303 | $ 7,303 | | | | | |
| 37 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | $ 35 | | | | | |
| 38 | $ 9,528 | $ 9,507 | $ 9,495 | $ 9,484 | $ 9,470 | $ 9,448 | $ 9,439 | $ 9,373 | $ 9,363 | $ 9,340 | $ 9,328 | $ 9,291 | | | | | |

NNC-NNL-PPI000005

| | BN | BO | BP | BQ | BR | BS |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | Canada | | Available | | Restricted Cash | |
| 5 | | | | | | |
| 6 | 1003 | NNL HQ | $ 1 | | $ 243 | |
| 7 | | | | | | |
| 8 | 1002 | NNL | $ 133 | | $ - | |
| 9 | | | | | | |
| 10 | 1001 | NNC | $ 7 | | $ 20 | |
| 11 | 1101 | NNTC | $ 8 | | $ - | |
| 12 | 1102 | NNIC | $ 2 | | $ - | |
| 13 | | | | | | |
| 14 | | Total | $ 151 | | $ 264 | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | ROW | | | | | |
| 19 | | | Available | | Restricted Cash | |
| 20 | | Total | $ 1,537 | | $ 1 | |
| 21 | | | | | | |
| 22 | Total Nortel | | Available | | Restricted Cash | |
| 23 | | Total | $ 1,689 | | $ 265 | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |

NNC-NNL-PPI000006

| | BT |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Total |
| 5 | |
| 6 | $ 244 |
| 7 | |
| 8 | $ 133 |
| 9 | |
| 10 | $ 28 |
| 11 | $ 8 |
| 12 | $ 2 |
| 13 | |
| 14 | $ 415 |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Total |
| 20 | $ 1,538 |
| 21 | |
| 22 | Total |
| 23 | $ 1,953 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |

NNC-NNL-PPI000007

| | A | B |
|---|---|---|
| 39 | | |
| 40 | * These include proceeds in transactional escrow accounts, some of which may be distributed to purchaser based on final purchase price and other adjustments. | |
| 41 | | |
| 42 | **FX Translation Summary:** | |
| 43 | • Rates are updated once per month | |
| 44 | Month over month impact (preliminary estimates): | |

NNC-NNL-PPI000008

|    | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 40 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 41 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 42 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 43 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 44 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

NNC-NNL-PPI000009

| | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | |

NNC-NNL-PPI000010

| | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | |

NNC-NNL-PPI000011

|    | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 39 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 40 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 41 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 42 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 43 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 44 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

NNC-NNL-PPI000012

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | As of September 12, 2014 | | | | | |
| 4 | | **NNL Controlled Entities** | | | | | |
| 5 | | **Country** | | **$m** | | | |
| 6 | | | | | | | |
| 7 | | **Canada** | | | **Asia** | | |
| 8 | | **NNL HQ** | **1003** | 244 | | | |
| 9 | | NNC | 1001 | 28 | NN Shanghai | 7121 | 5 |
| 10 | | NNL | 1002 | 133 | Hong Kong | 7100 | 21 |
| 11 | | NNTC | 1101 | 8 | Taiwan - 336 branch | 7110 | 0 |
| 12 | | NNIC | 1102 | 2 | NN China | 7120 | 41 |
| 13 | | | | 0 | | | 67 |
| 14 | | | | **415** | | | |
| 15 | | | | | | | |
| 16 | | Note: NNIC balance includes $527,878.05 from T&T, held here until dispute is resolved. | | | **JV's - Represents 100% of JV's Cash** | | |
| 17 | | | | | **GDNT** | 7124 | 0 |
| 18 | | | | | **NNCE** | 7125 | 0 |
| 19 | | | | | | | **0** |
| 20 | | | | | | | |
| 21 | | | | | **Greater China** | | **67** |
| 22 | | | | | | | |
| 23 | | | | | **ASIAPAC** | | |
| 24 | | | | | | | |
| 25 | | | | | **India - NNL** | **1003** | 0 |
| 26 | | | | | **Australia** | **6100** | 4 |
| 27 | | | | | **India - local sub** | **6111** | 51 |
| 28 | | | | | **PT NN Indonesia** | **6120** | 1 |
| 29 | | | | | **Korea** | **6140** | 0 |
| 30 | | | | | **Malaysia** | **6160** | 0 |
| 31 | | | | | **NN Mauritius** | **6170** | 0 |
| 32 | | | | | **NZ** | **6180** | 0 |
| 33 | | | | | **NN Asia - Pakistan** | **6190** | 16 |
| 34 | | | | | **NN Sing - Phil office** | **6200** | 0 |
| 35 | | | | | **Singapore** | **6210** | 15 |
| 36 | | | | | **Sri Lanka** | **6210** | 0 |
| 37 | | | | | **Thailand** | **6220** | 5 |
| 38 | | | | | **Vietnam** | **6231** | 0 |
| 39 | | | | | **NNIL - Vietnam Office** | | 0 |
| 40 | | | | | | | **91** |
| 41 | | | | | | | |

NNC-NNL-PPI000013

| | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Country Detail | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | EMEA | | | | US Controlled Entities | | | LEGEND - Filed Entities |
| 5 | CALA | | $m | Country | | | $m | Country | | $m | CCAA |
| 6 | | | | | | | | | | | UK / EMEA |
| 7 | Argentina | 3100 | 13 | UK | | | | NNI | 2001 | 575 | Israel |
| 8 | Brazil* | 3110 | NA | UK | | 4360 | 209 | NN CALA INC | 2002 | 85 | |
| 9 | Chile | 3130 | 0 | NNOCL | | 4361 | 0 | Alteon Websystems International | 2107 | 56 | |
| 10 | Colombia* | 3140 | NA | | | | | NNCC | 2110 | 2 | |
| 11 | Ecuador | 3150 | 0 | | | | | NNIII | 2112 | 33 | |
| 12 | Mexico | 3170 | 9 | Europe | | | | NNII | 2115 | 6 | |
| 13 | Mexico | 3171 | 5 | | | | | NN Guatemala | 3160 | 3 | |
| 14 | Paraguay | 3190 | 0 | NNIF&H | | 4002 | 97 | NN CALA (Puerto Rico) | 3270 | 0 | |
| 15 | Peru | 3200 | 0 | Austria | | 4100 | 1 | NN Trinidad & Tobago | 3280 | 0 | |
| 16 | Uruguay | 3210 | 4 | Belgium | | 4110 | 9 | NNI (Hungary) | 4202 | 0 | |
| 17 | Venezuela* | 3220 | NA | Bulgaria | | 4120 | 0 | NN Eastern Mediterranean | 5100 | 0 | |
| 18 | | | | Czech | | 4130 | 2 | NNI (Egypt) | 5110 | 0 | |
| 19 | | | | Denmark | | 4142 | 1 | NNI (Tunisia) | 5170 | 0 | |
| 20 | | | | Finland | | 4150 | 0 | NNII (Dubai) | 5180 | 0 | |
| 21 | | | | France - NN SA | | 4160 | 23 | Tasman | 6112 | 0 | |
| 22 | | | | NT France | | 4161 | 1 | NN Japan | 6130 | 0 | |
| 23 | | | | France - NNF | | 4162 | 35 | | | | |
| 24 | | | | MCT Gmbh | | 4179 | 0 | Note: US balances are for August 31, 2014 | | | |
| 25 | | | | NN Germany | | 4180 | 46 | | | | |
| 26 | | | | Hungary | | 4200 | 0 | | | | |
| 27 | | | | Hungary HOC | | 4201 | 0 | | | | |
| 28 | | | | Ireland | | 4210 | 88 | | | | |
| 29 | | | | Italy | | 4220 | 7 | | | | |
| 30 | | | | Holland | | 4240 | 18 | | | | |
| 31 | | | | Norway | | 4250 | 0 | | | | |
| 32 | | | | Poland | | 4260 | 20 | | | | |
| 33 | | | | Portugal | | 4270 | 3 | | | | |
| 34 | | | | Romania | | 4280 | 1 | | | | |
| 35 | | | | NN OOO - Russia | | 4290 | 0 | | | | |
| 36 | | | | Slovakia | | 4301 | 1 | | | | |
| 37 | | | | Spain | | 4310 | 21 | | | | |
| 38 | | | | Sweden | | 4320 | 1 | | | | |
| 39 | | | | Switzerland | | 4330 | 3 | | | | |
| 40 | | | | NN OC Switzerland | | 4331 | 0 | | | | |
| 41 | | | | NN Israel Comms Holding | | 5001 | 0 | | | | |

| | S |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |

NNC-NNL-PPI000015

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | Total | | 415 | | | 159 |
| 51 | | | | | | | |
| 52 | | * Nortel no longer has control over these entities and cannot validate bank balances | | | | | |

NNC-NNL-PPI000016

| | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | | | | Israel | | 5102 | 0 | | | | |
| 43 | | | | Saudi Arabia | | 5150 | 0 | | | | |
| 44 | | | | South Africa | | 5160 | 0 | | | | |
| 45 | | | | Nigeria | | 5190 | 0 | | | | |
| 46 | | | | | | | | | | | |
| 47 | | | | Europe Total | | | 379 | | | | |
| 48 | | | | | | | | | | | |
| 49 | | | | | | | | | | | |
| 50 | | | 32 | Total | | | 588 | Total | | 760 | |
| 51 | | | | | | | | | | | |
| 52 | | | | | | | | Total | 1,953 | | |

NNC-NNL-PPI000017

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | **Restricted Cash Detail** | | |
| 2 | | | *As of September 12, 2014* | | |
| 3 | | | | | |
| 4 | North America | | | EMEA | |
| 5 | Description | | Amount | Description | |
| 6 | Canada | | | | |
| 7 | | | | France/Algeria Citibank Deposit | 4160 |
| 8 | Chubb Escrow re. litigation | 1001 | 10 | | |
| 9 | Escrow - Osler D&O Trust | 1001 | 11 | GMBH Guarantee Col. | 4180 |
| 10 | EDC Collateral | 1003 | 0 | | |
| 11 | LGN proceeds | 1003 | 230 | Ireland Citi Cash Pledge | 4210 |
| 12 | Relay proceeds | 1003 | 1 | | |
| 13 | IP Address proceeds | 1003 | 13 | | |
| 14 | | | | | |
| 15 | US | | | | |
| 16 | | | | | |
| 17 | Utilities Order | 2001 | 1 | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | Total | 264 | Total | |
| 21 | | | | | |
| 22 | | Changes to Restricted Cash for the week ending November 5 | | | |
| 23 | | NA: | | | |
| 24 | | UK: | | | |
| 25 | | Europe: | | | |
| 26 | | Asia: | | | |
| 27 | | Cala: | | | |
| 28 | | Total $M | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |

NNC-NNL-PPI000018

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | Asia | | | CALA | | |
| 5 | Amount | Description | | Amount | Description | | Amount |
| 6 | | | | | | | |
| 7 | 0 | India BSNL AMC | 6111 | 0 | | | |
| 8 | | | | | | | |
| 9 | 0 | PVA accounts-China | 7124 | 0 | | | |
| 10 | | | | | | | |
| 11 | 0 | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | 0 | Total | | 0 | Total | | 0 |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | Total Restricted Cash | | 265 |
| 30 | | | | | Unused Facility | | |
| 31 | | | | | Total Unavailable | | 265 |

Asset Sale Escrow Account Summary

| | A | B | C |
|---|---|---|---|
| 1 | | | |
| 2 | **Asset** | **Purchaser** | **Account Type** |
| 3 | Layer 4-7 | Radware | Escrow |
| 4 | CDMA | Ericsson | Escrow |
| 5 | Enterprise | Avaya | Escrow |
| 6 | GSM | Ericsson & Kapsch | Escrow |
| 7 | GSM-CALA | Ericsson | Escrow |
| 8 | Packet Core | Hitachi | Escrow |
| 9 | MEN | Ciena | Escrow |
| 10 | | | Escrow |
| 11 | | | Escrow |
| 12 | | | Escrow |
| 13 | | | Escrow |
| 14 | | | Escrow |
| 15 | CVAS | Genband | Escrow |
| 16 | Cascading Directors D & O Trust ** | | Escrow |
| 17 | MSS | Ericsson | Escrow |
| 18 | | | |
| 19 | IP | Rockstar | Escrow |
| 20 | | | |
| 21 | * Balances in these accounts are not reflected in total escrow proceeds | | |
| 22 | ** On May 7, 2010 the Cascading Directors D & O Trust was funded $ 35 M from the CDMA proceeds held in escrow. | | |

NNC-NNL-PPI000020

Asset Sale Escrow Account Summary

| | D | E | F | G | H |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | **Account Description** | **Escrow Agent** | **Counterparty** | **Balance ($M)** | |
| 3 | Purchase Price | JP Morgan | 104% US Treasuries Collaterized | $ 18 | |
| 4 | Purchase Price** | JP Morgan | 104% US Treasuries Collaterized | $ 1,053 | |
| 5 | Purchase Price | JP Morgan | 104% US Treasuries Collaterized | $ 843 | |
| 6 | Purchase Price | JP Morgan | 104% US Treasuries Collaterized | $ 104 | |
| 7 | Purchase Price | JP Morgan | 104% US Treasuries Collaterized | $ 1 | |
| 8 | Purchase Price | JP Morgan | 104% US Treasuries Collaterized | $ 10 | |
| 9 | Purchase Price | JP Morgan | 104% US Treasuries Collaterized | $ 610 | |
| 10 | Tax | Citibank | Citibank MDA | $ 10 | |
| 11 | EMEA Tax | Citibank | Citibank MDA | $ 3 | |
| 12 | Italian Tax | Citibank | Citibank MDA | $ 1 | |
| 13 | Poland | Citibank | Citibank MDA | $ 1 | |
| 14 | TSA | Citibank | Citibank MDA | $ 8 | |
| 15 | Purchase Price | JP Morgan | 100% US Treasuries Collaterized | $ 140 | |
| 16 | D & O Trust | John T Evans | TD Waterhouse | $ 35 | |
| 17 | Purchase Price | JP Morgan | 104% US Treasuries Collaterized | $ 46 | |
| 18 | TSA | JP Morgan | 104% US Treasuries Collaterized | $ 0 | |
| 19 | Purchase Price | JP Morgan | 104% US Treasuries Collaterized | $ 4,455 | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |

NNC-NNL-PPI000021

**EXHIBIT 93**

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
| --- | --- |

| Name of Debtor: Nortel Networks Inc.<br>This claim is also deemed filed against<br>Nortel Networks Capital Corporation     Nortel Networks Applications Management Solutions Inc.<br>Nortel Altsystems Inc     Nortel Networks Optical Components Inc.<br>Nortel Altsystems International Inc.     Nortel Networks HPOCS Inc.<br>Xros, Inc.     Architel Systems (U.S.) Corporation<br>Sonoma Systems     Nortel Networks International, Inc.<br>Qtera Corporation     Northern Telecom International Inc.<br>CoreTek, Inc     Nortel Networks Cable Solutions Inc.<br>     Nortel Networks (CALA), Inc. | Case Number:<br><br>09-10138 (KG)<br><br>and the other jointly administered cases<br>on the attached list |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Pension Benefit Guaranty Corporation** | ☑ Check this box to indicate that this claim amends a previously filed claim. |
| --- | --- |
| Name and address where notices should be sent:<br>**Attn: Vicente Matias Murrell, Attorney**<br>**Office of the Chief Counsel**<br>**1200 K Street, N.W., Suite 340**<br>**Washington, D.C. 20005-4026**<br>Telephone number:  **202-326-4020, ext. 3580** | FILED / RECEIVED<br><br>JUL – 7 2014<br><br>Epiq Bankruptcy Solutions, LLC | **Court Claim Number:** <u>4736</u><br>(*If known*)<br><br><br>Filed on: <u>September 29, 2009</u> |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | | Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>Check this box if you are the debtor or trustee in this case. |

| **1. Amount of Claim as of Date Case Filed:** $ <u>0</u><br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim. |
| --- | --- |
| **2. Basis for Claim:** <u>Statutory Liability to the Nortel Networks Retirement Income Plan for unpaid minimum funding contributions under 26 U.S.C. §§ 412, 430 and 29 U.S.C. § 1082.</u> | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:** <u>N/A</u><br><br>  **3a. Debtor may have scheduled account as:** _____<br>  (See instruction #3a on reverse side) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br><br>**Value of Property:**$_____  **Annual Interest Rate___%**<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all p_____ <br>Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000008761<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br><br>**7. Documents:** Attach redacted ___ romissory notes, purchase orders, invoices, itemized statements o_ ___curity agreements. You may also attach a summary. Attach reda___ ___of a security interest. You may also attach a summary. (See ins___<br><br>DO NOT SEND ORIGINAL DO___ ___ESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(2). See attached statement.<br><br>**Amount entitled to priority:**<br><br>$ <u>0</u><br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br><br>July 3, 2014 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Garth D. Wilson*<br>Garth D. Wilson, Assistant Chief Counsel | FOR COURT USE ONLY |
| --- | --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT

242

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------X
                                            :
                                            :   Chapter 11
In re                                       :
                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹              :
                                            :   Jointly Administered
                 Debtors.                   :
                                            :   RE: D.I. 1639
                                            :
----------------------------------------------------------X
```

## ORDER APPROVING STIPULATION
## WITH THE PENSION BENEFIT GUARANTY CORPORATION

Upon the motion dated October 8, 2009 (the "Motion"),² of Nortel Networks Inc.

("NNI") and its affiliated Debtors, as Debtors and Debtors in possession in the above-captioned

jointly administered cases (the "Debtors"), for entry of an Order, as more fully described in the

Motion, approving a Stipulation (the "PBGC Stipulation") between NNI and the Pension Benefit

Guaranty Corporation (the "PBGC"), in the form attached as Exhibit B to the Motion, pursuant

to Section 105(a) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9019

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and adequate notice of

the Motion having been given as set forth therein; and it appearing that no other or further notice

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. f/k/a Alteon WebSystems, Inc. (9769), Nortel Altsystems International, Inc. f/k/a Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having further determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, and their creditors; and upon the record in these proceedings, including a hearing on the Motion held on October 13, 2009; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in all respects.

2. The Court approves the PBGC Stipulation, as it finds the PBGC Stipulation to be in the best interests of NNI, its estate, and its creditors.

3. Notwithstanding any provision in the Bankruptcy Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4. The requirements set forth in Rule 6003(b) of the Bankruptcy Rules are satisfied by the contents of the Motion or otherwise deemed waived.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October **13** , 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3170914.1

2

**Exhibit 1 – Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------------X

### STIPULATION REGARDING FILING OF CLAIMS BY PENSION BENEFIT GUARANTY CORPORATION

Nortel Networks, Inc. ("Nortel") and the above-referenced debtors and debtors in possession jointly administered under Case No. 09-10138 (KG) (collectively, the "Debtors") and the Pension Benefit Guaranty Corporation ("PBGC") have agreed that each proof of claim filed by PBGC in Case No. 09-10138 (KG) will be deemed to be filed separately in each of the Debtors' cases, for the reasons and on the terms and conditions set forth below:

### RECITALS

A.      The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

B.     By Order dated August 4, 2009, the Court set the general bar date for filing claims at September 30, 2009.

C.     The PBGC is a United States government corporation that administers the defined benefit pension plan termination insurance program under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1301-1461. By agreement dated September 8, 2009, the Nortel Network Retirement Income Plan was terminated effective July 17, 2009 and the PBGC was appointed statutory trustee of the Plan.

D.     The PBGC asserts that each of the Debtors was either a sponsor or a controlled group member of a sponsor of the Nortel Network Retirement Income Plan.

E.     The PBGC intends to assert four separate claims against each of the sixteen Debtors jointly and severally, for alleged liability to the pension plans and to the PBGC under 26 U.S.C. § 412, 29 U.S.C. §§ 1082(c)(11), 1307(e)(12), 1362(a), (b) and (c). Requiring that the PBGC file 64 separate proofs of claim would constitute a significant and unnecessary administrative burden on the Debtors, the PBGC, the Court and the Debtors' claims agent.

IT IS HEREBY STIPULATED AS FOLLOWS:

1.     Notwithstanding any provision of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, local bankruptcy rules, or any Order of the Court, each proof of claim filed by the PBGC (whether on its own behalf or on behalf of the Pension Plans) in Chapter 11 Case No. 09-10138 (KG) shall, at the time of its filing, be deemed filed not only in that case, but also in each of the other Debtors' Chapter 11 cases; provided that, with respect to each proof of claim filed, the PBGC must specifically identify each of the Debtors against which such proof of claim is being filed and the specific claim asserted against each such Debtor.

2

2.      This Stipulation is intended solely for the purpose of administrative convenience and shall not affect the substantive rights, or waive any objections or defenses of the Debtors, the PBGC or any other party in interest.

3.      The provisions of paragraphs 1 and 2 of this Stipulation and Order shall apply to any amendment that PBGC may make with respect to any proof of claim filed by the PBGC.

Dated:  September 24, 2009
          Wilmington, Delaware

ISRAEL GOLDOWITZ

/s/ Vicente Matias Murrell
CHARLES FINKE
Deputy Chief Counsel
STEPHEN D. SCHREIBER
Assistant Chief Counsel
VICENTE MATIAS MURRELL
Attorney
(MD Bar No. 9806240098)

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C.  20005-4026
Telephone:  (202) 326-4020, ext. 3580
Facsimile:  (202) 326-4112

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

     - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

3



**PBGC** Pension Benefit Guaranty Corporation
Protecting America's Pensions  1200 K Street, N.W., Washington, D.C. 20005-4026

July 3, 2014

**BY FEDERAL EXPRESS**

Nortel Networks Inc. Claims Processing
Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

### Re: Nortel Networks, Inc., (Bankr. D. Del. No. 09-10138 (KG))

To Whomever it May Concern:

Please find enclosed four (4) amended proofs of claim ("POC") to be filed against the above lead case number. By court order and stipulation, they are deemed filed in each of the cases jointly administered with the lead case number indicated above and as listed on each POC. For your reference, I have attached the stipulation, court order and a listing of PBGC's currently filed claims on the claims register.

Along with the originals, please find enclosed copies of each amended POC. Please date stamp each amended POC copy and enclose the same in the enclosed, self-addressed, stamped envelope.

Please feel free to contact me if you have any questions. Thank you for your time and attention to this matter.

Sincerely,

Vicente Matias Murrell
Attorney
Office of the Chief Counsel
(202) 326-4020, ext. 3580

Enclosures

| Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value | |
|---------|-----------|---------------|------------|-------------------|---|
| | 100815280 | PENSION BENEFIT GUARANTY CORP | | $0.00 | No Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4736 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $0.00 | Image |
| 4737 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $0.00 | Image |
| 4738 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $0.00 | Image |

Page 1 of 1 (20 items)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------X
                                            :
                                            :      Chapter 11
In re                                       :
                                            :      Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹              :
                                            :      Jointly Administered
                Debtors.                    :
                                            :
                                            :      RE: D.I. 1639
                                            :
-----------------------------------------------------------------X
```

## ORDER APPROVING STIPULATION
## WITH THE PENSION BENEFIT GUARANTY CORPORATION

Upon the motion dated October 8, 2009 (the "Motion"),² of Nortel Networks Inc.

("NNI") and its affiliated Debtors, as Debtors and Debtors in possession in the above-captioned

jointly administered cases (the "Debtors"), for entry of an Order, as more fully described in the

Motion, approving a Stipulation (the "PBGC Stipulation") between NNI and the Pension Benefit

Guaranty Corporation (the "PBGC"), in the form attached as Exhibit B to the Motion, pursuant

to Section 105(a) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9019

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and adequate notice of

the Motion having been given as set forth therein; and it appearing that no other or further notice

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. f/k/a Alteon WebSystems, Inc. (9769), Nortel Altsystems International, Inc. f/k/a Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having further determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, and their creditors; and upon the record in these proceedings, including a hearing on the Motion held on October 13, 2009; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED in all respects.

2.    The Court approves the PBGC Stipulation, as it finds the PBGC Stipulation to be in the best interests of NNI, its estate, and its creditors.

3.    Notwithstanding any provision in the Bankruptcy Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4.    The requirements set forth in Rule 6003(b) of the Bankruptcy Rules are satisfied by the contents of the Motion or otherwise deemed waived.

5.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October **13**, 2009
       Wilmington, Delaware

                              THE HONORABLE KEVIN GROSS
                              UNITED STATES BANKRUPTCY JUDGE

3170914.1

**Exhibit 1 – Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------------X

### STIPULATION REGARDING FILING OF CLAIMS BY PENSION BENEFIT GUARANTY CORPORATION

Nortel Networks, Inc. ("Nortel") and the above-referenced debtors and debtors in possession jointly administered under Case No. 09-10138 (KG) (collectively, the "Debtors") and the Pension Benefit Guaranty Corporation ("PBGC") have agreed that each proof of claim filed by PBGC in Case No. 09-10138 (KG) will be deemed to be filed separately in each of the Debtors' cases, for the reasons and on the terms and conditions set forth below:

### RECITALS

A.    The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

B.      By Order dated August 4, 2009, the Court set the general bar date for filing claims at September 30, 2009.

C.      The PBGC is a United States government corporation that administers the defined benefit pension plan termination insurance program under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1301-1461. By agreement dated September 8, 2009, the Nortel Network Retirement Income Plan was terminated effective July 17, 2009 and the PBGC was appointed statutory trustee of the Plan.

D.      The PBGC asserts that each of the Debtors was either a sponsor or a controlled group member of a sponsor of the Nortel Network Retirement Income Plan.

E.      The PBGC intends to assert four separate claims against each of the sixteen Debtors jointly and severally, for alleged liability to the pension plans and to the PBGC under 26 U.S.C. § 412, 29 U.S.C. §§ 1082(c)(11), 1307(e)(12), 1362(a), (b) and (c). Requiring that the PBGC file 64 separate proofs of claim would constitute a significant and unnecessary administrative burden on the Debtors, the PBGC, the Court and the Debtors' claims agent.

IT IS HEREBY STIPULATED AS FOLLOWS:

1.      Notwithstanding any provision of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, local bankruptcy rules, or any Order of the Court, each proof of claim filed by the PBGC (whether on its own behalf or on behalf of the Pension Plans) in Chapter 11 Case No. 09-10138 (KG) shall, at the time of its filing, be deemed filed not only in that case, but also in each of the other Debtors' Chapter 11 cases; provided that, with respect to each proof of claim filed, the PBGC must specifically identify each of the Debtors against which such proof of claim is being filed and the specific claim asserted against each such Debtor.

2

2.    This Stipulation is intended solely for the purpose of administrative convenience and shall not affect the substantive rights, or waive any objections or defenses of the Debtors, the PBGC or any other party in interest.

3.    The provisions of paragraphs 1 and 2 of this Stipulation and Order shall apply to any amendment that PBGC may make with respect to any proof of claim filed by the PBGC.

Dated:  September 24, 2009
        Wilmington, Delaware

ISRAEL GOLDOWITZ

*/s/ Vicente Matias Murrell*
CHARLES FINKE
Deputy Chief Counsel
STEPHEN D. SCHREIBER
Assistant Chief Counsel
VICENTE MATIAS MURRELL
Attorney
(MD Bar No. 9806240098)

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Facsimile: (202) 326-4112

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

3



Extremely Urgent

**EXHIBIT 94**

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Nortel Networks Inc.<br>This claim is also deemed filed against:<br>Nortel Networks Capital Corporation<br>Nortel Altsystems Inc<br>Nortel Altsystems International Inc.<br>Xros, Inc.<br>Sonoma Systems<br>Qtera Corporation<br>CoreTek, Inc.     Nortel Networks Applications Management Solutions Inc.<br>Nortel Networks Optical Components Inc.<br>Nortel Networks HPOCS Inc<br>Architel Systems (U.S.) Corporation<br>Nortel Networks International, Inc.<br>Northern Telecom International Inc.<br>Nortel Networks Cable Solutions Inc.<br>Nortel Networks (CALA), Inc. | Case Number:<br><br>09-10138 (KG)<br><br>and the other jointly administered cases<br>on the attached list |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Pension Benefit Guaranty Corporation** | ☑ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>**Attn: Vicente Matias Murrell, Attorney<br>Office of the Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026**<br>Telephone number:  **202-326-4020, ext. 3580** | FILED / RECEIVED<br><br>JUL – 7 2014<br><br>Epiq Bankruptcy Solutions, LLC | **Court Claim Number:** 4737<br>(*If known*)<br><br><br>Filed on: September 29, 2009 |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | | Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $83,392,500<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any** portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Statutory Liability under 29 U.S.C. § 1307 on account of the Nortel Networks Retirement Income Plan. See attached statement. (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** N/A<br><br>**3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other<br>**Describe:**<br><br>**Value of Property:$**_____ **Annual Interest Rate**___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all pay[...] [...]aking this proof of claim.<br><br>**7. Documents:** Attach redacted c[...] [...]missory notes, purchase orders, invoices, itemized statements or r[...] [...]urity agreements. You may also attach a summary. Attach redacte[...] [...]a security interest. You may also attach a summary. (*See instr[...]*<br><br>DO NOT SEND ORIGINAL DOC[...] [...]TROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: <br><br>*Filed: USBC - District of Delaware*<br>*Nortel Networks Inc., Et Al.*<br>*09-10138 (KG)*  *0000008762* | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(2). See attached statement.<br><br>**Amount entitled to priority:**<br><br>$   0<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | | |
|---|---|---|
| **Date:**<br><br>July 3, 2014 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Garth D. Wilson*<br>Garth D. Wilson, Assistant Chief Counsel | FOR COURT USE ONLY<br><br>**EXHIBIT**<br><br>**243** |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      )        Chapter 11
                                            )
NORTEL NETWORKS, INC., *et al.*             )        Case No. 09-10138 (KG)
                                            )        (Jointly Administered)
           Debtors.                         )
                                            )
_____)

## STATEMENT OF THE PENSION BENEFIT GUARANTY CORPORATION
## IN SUPPORT OF ITS AMENDED CLAIM FOR PENSION INSURANCE PREMIUMS

The Pension Benefit Guaranty Corporation ("PBGC") hereby submits this Statement in

Support of its amended claim against Nortel Networks, Inc. (the "Debtor") for pension insurance

premiums with respect to the Nortel Networks Retirement Income Plan (the "Pension Plan"),

stating[1]:

1.      PBGC is a wholly-owned United States government corporation, and an agency of

the United States, that administers the defined benefit pension plan termination insurance program

under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C.

§§ 1301-1461 (2012).  PBGC guarantees the payment of certain pension benefits upon the

termination of a single-employer pension plan covered by Title IV of ERISA.  When an

underfunded plan terminates, PBGC generally becomes trustee of the plan and, subject to certain

statutory limitations, pays the plan's unfunded benefits with its insurance funds.  *See* 29 U.S.C.

§§ 1321-1322, 1342, 1361.

---

[1] Pursuant to the Order, dated October 13, 2009, approving a stipulation between the debtors and PBGC dated September 24, 2009, copies of which are attached to the proof of claim, this amended claim is deemed filed against each of the debtors in this jointly administered proceeding that are specified on the list attached to the proof of claim.

1

2.      The Pension Plan is a single-employer defined benefit pension plan covered by Title IV of ERISA. *See* 29 U.S.C. § 1321.

3.      The Debtor was a contributing sponsor of the Pension Plan, 29 U.S.C. § 1301(a)(13), or a member of a contributing sponsor's controlled group, 29 U.S.C. § 1301(a)(14).

4.      On January 14, 2009, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor's proceeding has been administratively consolidated with the proceedings of 15 of its subsidiaries. Each of the other debtors are jointly and severally liable for the debt described herein.[2]

6.      The contributing sponsor of the Pension Plan or the Pension Plan's Plan Administrator is the designated payor of PBGC insurance premiums. 29 U.S.C. § 1307(a), (e).

7.      Each member of the contributing sponsor's controlled group is jointly and severally liable to PBGC for termination insurance premiums, and any interest and penalties thereon (collectively, "Termination Premiums") with respect to the Pension Plan. 29 U.S.C. § 1307(e)(2).

8.      Since the Pension Plan terminated effective July 17, 2009, under 29 U.S.C. § 1342, Termination Premiums at the rate of $1,250 per plan participant per year for three years are due upon plan termination. *See* 29 U.S.C. § 1306(a)(7)(A), *as amended* by § 8101(b) the Deficit Reduction Act of 2005 (Pub. L. 109-171) and by §§ 401(b) and 402(g)(2)(B) of the Pension Protection Act of 2006 (Pub. L. 109-280).

9.      This is an estimated general unsecured claim for Termination Premiums that the

---

[2]   Each of the debtors is either a contributing sponsor of the Pension Plan or a member of a contributing sponsor's controlled group and, therefore, jointly and severally liable for the statutory debt described in this proof of

2

Debtor owes to PBGC, in the amount of $83,392,500, since the Pension Plan terminated under 29 U.S.C. § 1342.

10.    Documents supporting this claim include the Pension Plan document with applicable amendments; relevant collateral agreements, if any; United States Internal Revenue Service Form 5500s; PBGC Annual Premium Payment forms; and annual actuarial valuation reports for the Pension Plan. On information and belief, the Debtor or a member of its controlled group has in its possession and control copies or originals of these documents.

11.    PBGC's investigation of this matter is continuing. The agency reserves the right to amend, modify, and supplement this proof of claim and/or to file additional proofs of claim. This claim may be subject to a right of setoff by PBGC as an agency of the United States government, and the right of the United States to withhold subject to offset amounts due from other federal entities. The filing of this proof of claim is not intended to be and shall not be construed as (1) an

claim and statement in support of claim.

3

election of remedy or (2) a waiver or limitation of any rights of PBGC, the Pension Plan or any of

its beneficiaries or participants.

Dated: July 3, 2014
Washington D.C.

ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
GARTH D. WILSON
Assistant Chief Counsel
VICENTE MATIAS MURRELL
Attorney
(MD Bar No. 9806240098)

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Facsimile: (202) 326-4112

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

          Debtors.

-------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I. 1639**

### ORDER APPROVING STIPULATION
### WITH THE PENSION BENEFIT GUARANTY CORPORATION

Upon the motion dated October 8, 2009 (the "Motion"),[2] of Nortel Networks Inc.

("NNI") and its affiliated Debtors, as Debtors and Debtors in possession in the above-captioned

jointly administered cases (the "Debtors"), for entry of an Order, as more fully described in the

Motion, approving a Stipulation (the "PBGC Stipulation") between NNI and the Pension Benefit

Guaranty Corporation (the "PBGC"), in the form attached as Exhibit B to the Motion, pursuant

to Section 105(a) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9019

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and adequate notice of

the Motion having been given as set forth therein; and it appearing that no other or further notice

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. f/k/a Alteon WebSystems, Inc. (9769), Nortel Altsystems International, Inc. f/k/a Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having further determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, and their creditors; and upon the record in these proceedings, including a hearing on the Motion held on October 13, 2009; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED in all respects.

2.      The Court approves the PBGC Stipulation, as it finds the PBGC Stipulation to be in the best interests of NNI, its estate, and its creditors.

3.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4.      The requirements set forth in Rule 6003(b) of the Bankruptcy Rules are satisfied by the contents of the Motion or otherwise deemed waived.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October **13**, 2009
       Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3170914.1

2

**Exhibit 1 – Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*                                    :     Chapter 11

                                           :
Nortel Networks Inc., *et al.*,[1]         :     Case No. 09-10138 (KG)

                                           :
                    Debtors.               :     Jointly Administered

                                           :

                                           :

-------------------------------------------------------X

### STIPULATION REGARDING FILING OF CLAIMS BY PENSION BENEFIT
### GUARANTY CORPORATION

Nortel Networks, Inc. ("Nortel") and the above-referenced debtors and debtors in

possession jointly administered under Case No. 09-10138 (KG) (collectively, the "Debtors") and

the Pension Benefit Guaranty Corporation ("PBGC") have agreed that each proof of claim filed

by PBGC in Case No. 09-10138 (KG) will be deemed to be filed separately in each of the

Debtors' cases, for the reasons and on the terms and conditions set forth below:

### RECITALS

A.      The Debtors have filed voluntary petitions under Chapter 11. Pursuant to

orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered under Case No. 09-10138 (KG).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:   Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel
Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems
(2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management
Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc.
(3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern
Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks
(CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available
at http://chapter11.epiqsystems.com/nortel.

B.    By Order dated August 4, 2009, the Court set the general bar date for filing claims at September 30, 2009.

C.    The PBGC is a United States government corporation that administers the defined benefit pension plan termination insurance program under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1301-1461. By agreement dated September 8, 2009, the Nortel Network Retirement Income Plan was terminated effective July 17, 2009 and the PBGC was appointed statutory trustee of the Plan.

D.    The PBGC asserts that each of the Debtors was either a sponsor or a controlled group member of a sponsor of the Nortel Network Retirement Income Plan.

E.    The PBGC intends to assert four separate claims against each of the sixteen Debtors jointly and severally, for alleged liability to the pension plans and to the PBGC under 26 U.S.C. § 412, 29 U.S.C. §§ 1082(c)(11), 1307(e)(12), 1362(a), (b) and (c). Requiring that the PBGC file 64 separate proofs of claim would constitute a significant and unnecessary administrative burden on the Debtors, the PBGC, the Court and the Debtors' claims agent.

IT IS HEREBY STIPULATED AS FOLLOWS:

1.    Notwithstanding any provision of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, local bankruptcy rules, or any Order of the Court, each proof of claim filed by the PBGC (whether on its own behalf or on behalf of the Pension Plans) in Chapter 11 Case No. 09-10138 (KG) shall, at the time of its filing, be deemed filed not only in that case, but also in each of the other Debtors' Chapter 11 cases; provided that, with respect to each proof of claim filed, the PBGC must specifically identify each of the Debtors against which such proof of claim is being filed and the specific claim asserted against each such Debtor.

2

2.      This Stipulation is intended solely for the purpose of administrative convenience and shall not affect the substantive rights, or waive any objections or defenses of the Debtors, the PBGC or any other party in interest.

3.      The provisions of paragraphs 1 and 2 of this Stipulation and Order shall apply to any amendment that PBGC may make with respect to any proof of claim filed by the PBGC.

Dated:  September 24, 2009
         Wilmington, Delaware

ISRAEL GOLDOWITZ

*/s/ Vicente Matias Murrell*
CHARLES FINKE
Deputy Chief Counsel
STEPHEN D. SCHREIBER
Assistant Chief Counsel
VICENTE MATIAS MURRELL
Attorney
(MD Bar No. 9806240098)

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone:  (202) 326-4020, ext. 3580
Facsimile:  (202) 326-4112.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

3



**PBGC** Pension Benefit Guaranty Corporation
Protecting America's Pensions  1200 K Street, N.W., Washington, D.C. 20005-4026

July 3, 2014

**BY FEDERAL EXPRESS**

Nortel Networks Inc. Claims Processing
Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

### Re: Nortel Networks, Inc., (Bankr. D. Del. No. 09-10138 (KG))

To Whomever it May Concern:

Please find enclosed four (4) amended proofs of claim ("POC") to be filed against the above lead case number. By court order and stipulation, they are deemed filed in each of the cases jointly administered with the lead case number indicated above and as listed on each POC. For your reference, I have attached the stipulation, court order and a listing of PBGC's currently filed claims on the claims register.

Along with the originals, please find enclosed copies of each amended POC. Please date stamp each amended POC copy and enclose the same in the enclosed, self-addressed, stamped envelope.

Please feel free to contact me if you have any questions. Thank you for your time and attention to this matter.

Sincerely,

Vicente Matias Murrell
Attorney
Office of the Chief Counsel
(202) 326-4020, ext. 3580

Enclosures

| Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value | |
|---------|------------|---------------|------------|-------------------|---|
| | 100815280 | PENSION BENEFIT GUARANTY CORP | | $0.00 | No Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4735 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $593,100,000.00 | Image |
| 4736 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $0.00 | Image |
| 4737 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $0.00 | Image |
| 4738 | | PENSION BENEFIT GUARANTY CORPORATION | 09/29/2009 | $0.00 | Image |

Page 1 of 1 (20 items)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                          :
                                          :       Chapter 11
*In re*                                   :
                                          :       Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1]       :
                                          :       Jointly Administered
                       Debtors.           :
                                          :       **RE: D.I. 1639**
                                          :
-----------------------------------------------------------X

### ORDER APPROVING STIPULATION
### WITH THE PENSION BENEFIT GUARANTY CORPORATION

Upon the motion dated October 8, 2009 (the "Motion"),[2] of Nortel Networks Inc.

("NNI") and its affiliated Debtors, as Debtors and Debtors in possession in the above-captioned

jointly administered cases (the "Debtors"), for entry of an Order, as more fully described in the

Motion, approving a Stipulation (the "PBGC Stipulation") between NNI and the Pension Benefit

Guaranty Corporation (the "PBGC"), in the form attached as Exhibit B to the Motion, pursuant

to Section 105(a) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9019

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and adequate notice of

the Motion having been given as set forth therein; and it appearing that no other or further notice

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. f/k/a Alteon WebSystems, Inc. (9769), Nortel Altsystems International, Inc. f/k/a Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having further determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, and their creditors; and upon the record in these proceedings, including a hearing on the Motion held on October 13, 2009; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED in all respects.

2.    The Court approves the PBGC Stipulation, as it finds the PBGC Stipulation to be in the best interests of NNI, its estate, and its creditors.

3.    Notwithstanding any provision in the Bankruptcy Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4.    The requirements set forth in Rule 6003(b) of the Bankruptcy Rules are satisfied by the contents of the Motion or otherwise deemed waived.

5.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October **13** , 2009
         Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3170914.1

2

**Exhibit 1 – Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                Debtors.

: Chapter 11
:
: Case No. 09-10138 (KG)
:
: Jointly Administered
:
:
:

--------------------------------------------------------------X

## STIPULATION REGARDING FILING OF CLAIMS BY PENSION BENEFIT
## GUARANTY CORPORATION

Nortel Networks, Inc. ("Nortel") and the above-referenced debtors and debtors in

possession jointly administered under Case No. 09-10138 (KG) (collectively, the "Debtors") and

the Pension Benefit Guaranty Corporation ("PBGC") have agreed that each proof of claim filed

by PBGC in Case No. 09-10138 (KG) will be deemed to be filed separately in each of the

Debtors' cases, for the reasons and on the terms and conditions set forth below:

### RECITALS

A.      The Debtors have filed voluntary petitions under Chapter 11.  Pursuant to

orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered under Case No. 09-10138 (KG).

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

B.    By Order dated August 4, 2009, the Court set the general bar date for filing claims at September 30, 2009.

C.    The PBGC is a United States government corporation that administers the defined benefit pension plan termination insurance program under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1301-1461.  By agreement dated September 8, 2009, the Nortel Network Retirement Income Plan was terminated effective July 17, 2009 and the PBGC was appointed statutory trustee of the Plan.

D.    The PBGC asserts that each of the Debtors was either a sponsor or a controlled group member of a sponsor of the Nortel Network Retirement Income Plan.

E.    The PBGC intends to assert four separate claims against each of the sixteen Debtors jointly and severally, for alleged liability to the pension plans and to the PBGC under 26 U.S.C. § 412, 29 U.S.C. §§ 1082(c)(11), 1307(e)(12), 1362(a), (b) and (c).  Requiring that the PBGC file 64 separate proofs of claim would constitute a significant and unnecessary administrative burden on the Debtors, the PBGC, the Court and the Debtors' claims agent.

IT IS HEREBY STIPULATED AS FOLLOWS:

1.    Notwithstanding any provision of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, local bankruptcy rules, or any Order of the Court, each proof of claim filed by the PBGC (whether on its own behalf or on behalf of the Pension Plans) in Chapter 11 Case No. 09-10138 (KG) shall, at the time of its filing, be deemed filed not only in that case, but also in each of the other Debtors' Chapter 11 cases; provided that, with respect to each proof of claim filed, the PBGC must specifically identify each of the Debtors against which such proof of claim is being filed and the specific claim asserted against each such Debtor.

2

2.      This Stipulation is intended solely for the purpose of administrative convenience and shall not affect the substantive rights, or waive any objections or defenses of the Debtors, the PBGC or any other party in interest.

3.      The provisions of paragraphs 1 and 2 of this Stipulation and Order shall apply to any amendment that PBGC may make with respect to any proof of claim filed by the PBGC.

Dated:  September 24, 2009
        Wilmington, Delaware

ISRAEL GOLDOWITZ

/s/ Vicente Matias Murrell
CHARLES FINKE
Deputy Chief Counsel
STEPHEN D. SCHREIBER
Assistant Chief Counsel
VICENTE MATIAS MURRELL
Attorney
(MD Bar No. 9806240098)

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Facsimile: (202) 326-4112

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

3



Extremely Urgent

FedEx Express — Package US Airbill    8026 9183 6899    0215    Recipient's Copy

**1 From**
Date

Sender's Name    OFFICE OF THE CHIEF COU    Phone 202 326-4000

Company PENSION BENEFIT GUARANTY CORP

Address 1200 K ST NW STE 340

City WASHINGTON

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name    Nortel Networks Inc. Claims Processing Center

Company c/o Epic Bankruptcy Solutions LLC

Address 757 Third Avenue    3rd Floor

City New York    State NY    ZIP 10017

0105023609

FILED/RECEIVED
JUL 07 2014
EPIC SYSTEMS

**4 Express Package Service**

**5 Packaging**

**6 Special Handling and Delivery Signature Options**

**7 Payment**   Bill to

611