**<u>EXHIBIT 99</u>**



**Net Assets for NNI Assuming a Change in the Tax Liability Outcome**

$ in thousands

Base Case: ($133M Tax Claim): $971.0
$400M Tax Claim: $704.4
$1,000M Tax Claim: $104.4



**Net Assets for NNI Assuming a Change in the Order of Payment Outcome**

$ in thousands



# Net Surplus for NNI Assuming a Change in the Allocation Outcome

$ in thousands

*Additional allocation approaches not shown above result in a net deficit for NNI including the CCC's alternative ownership approach, the EMEA license approach, and the pro rata approach.

# July 2014

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|  | **4:49 PM:** Bondholders circulate draft term sheet to NNI.<br><br>Term sheet does not include settlement amount.<br><br>[BHG-PPI-0000018/21] | Meeting of Bondholders and NNI is held at NY offices of Cleary Gottlieb.<br><br>**Starting Proposals:**<br>- Bondholders: 70% of PPI<br>- NNI: 30% of PPI<br><br>**Ending Proposals:**<br>- Bondholders: 60% of PPI<br>- NNI: 40% of PPI |  | **11:26 AM:** Bondholders circulate draft settlement agreement to NNI.<br><br>PPI settlement amount is **60%** of the $1.65 billion outstanding PPI.<br><br>[BHG-PPI-0000153/164]<br><br>**Afternoon:** Bondholders and NNI reach oral agreement on settlement amount of **55%** of PPI. | **2:59 PM:** Bondholders revise draft settlement agreement.<br><br>PPI settlement amount is **55%** of the $1.65 billion outstanding PPI.<br><br>[BHG-PPI-0000116/147] |  |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|  | **12:41 PM:** NNI circulates revised draft of the settlement agreement to the Bondholders.<br><br>PPI settlement amount is **$907 million.**<br><br>[BHG-PPI-0000082/115] | NNCC bondholders inform FTI that they are opting out of the settlement.<br><br>Phone call between FTI and Chilmark. Chilmark notifies FTI that NNI wants to stop accrual of PPI at 6/30/14.  FTI states that Bondholders wanted PPI to continue to accrue beyond 6/30/14. Chilmark states that they will discuss with John Ray. | .<br>Phone call between FTI and NNI.  NNI agrees to pay **$876 million** (full PPI through 6/30/14) + continuing PPI through 6/30/15 at a rate of **3.5%.**  Settlement amount to **$1.01 billion.**<br><br>Bondholders agree to this proposal. | Settlement agreement is executed.<br><br>NNCC bondholders are not included.<br><br>NNI files 9019 Motion. | **Scheduled PPI Dispute Hearing** |  |

# July 2014

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 **Draft Term Sheet Circulated** {BHG-PPI-0000018/21} | 15 **Meeting at Cleary Gottlieb** | 16 | 17 **Draft Settlement Agreement Circulated** **60% of PPI** [BHG-PPI-0000153/164] | 18 **Draft Settlement Agreement Circulated** **55% of PPI** [BHG-PPI-0000116/147] | 19 |
| 20 | 21 **Draft Settlement Agreement Circulated** **$907 million** [BHG-PPI-0000082/115] | 22 **NNCC Bondholders Opt Out of Settlement** | 23 **Revised Settlement Agreement** **$876 million + 3.5% interest up to $1.01 billion.** | 24 **Settlement Agreement Executed & NNI files 9019 Motion** | 25 **Scheduled PPI Dispute Hearing** | 26 |
| 27 | 28 | 29 | 30 | 31 | | |