**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: Docket No. 15042 |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

PLEASE TAKE NOTICE that Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group, hereby withdraws the *Monitor and Canadian Debtors' Statement Pursuant to Bankruptcy Rule 8006 of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* filed on January 13, 2015 at Docket No. 15042.

Date: January 13, 2015
　　　　Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Kathleen A. Murphy*
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801-3046
Telephone (302) 552-4200
Facsimile (302) 552-4295
Email:  mary.caloway@bipc.com
　　　　　 kathleen.murphy@bipc.com

*Attorney for Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*