IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Re: Dkt. Nos. 14950, 14949** |

**MONITOR AND CANADIAN DEBTORS' STATEMENT PURSUANT TO
BANKRUPTCY RULE 8009 OF ISSUES TO BE PRESENTED ON APPEAL AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended pending before the Ontario Superior Court of Justice (Commercial List), together with the Canadian Debtors (collectively, the "**Canadian Interests**"), hereby files this (i) statement of the issues to be presented on appeal of the *Order Granting Debtors' Motion Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues*, entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on December 18, 2014 (the "**PPI Order**") [Dkt. No. 14950] and the accompanying

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (the "**U.S. Debtors**").

1

*Opinion Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "**PPI Opinion**") [Dkt. No. 14949], and (ii) designation of the items to be included in the record on appeal.

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court erred in approving a settlement agreement, purporting to determine the amount of post-petition interest to be paid on settling bondholders' allowed claims under a future Chapter 11 plan, that does not comply with Section 1129(a)(7) of the Bankruptcy Code, which requires, *inter alia*, that an objecting creditor or equity holder receive no less under a proposed plan than in a Chapter 7 liquidation.

2. Whether the Bankruptcy Court erred in approving a settlement agreement that, by determining the amount of post-petition interest to be paid on settling bondholders' allowed claims under a future Chapter 11 plan, prevents the Canadian Debtors from exercising their Section 1129(a)(7) right to object to plan confirmation on that basis.

3. Whether the Bankruptcy Court erred in approving a settlement agreement abrogating the Canadian Debtors' rights under 1129(a)(7) without the Canadian Debtors' consent.

4. Whether the Bankruptcy Court erred in holding that the terms of the settlement agreement do not violate Section 1129(a)(7), including on the basis of its assumption that a Chapter 7 trustee could or would have reached the same settlement.

5. Whether the Bankruptcy Court erred in holding that the term "the legal rate" in Section 726(a)(5) does not require application of the federal judgment rate.

6. Whether the Bankruptcy Court erred in holding that a settlement agreement allowing post-petition interest at an amount that is nearly 900% of the amount determined using the federal judgment rate reflected the probability of success on the merits of the question of the meaning of "the legal rate".

7. Whether the Bankruptcy Court erred in determining that the settlement agreement satisfies the standards for approving a settlement under Bankruptcy Rule 9019.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Bankruptcy Rule 8009, the Canadian Interests designate the listed items for inclusion in the record of their appeal from the PPI Order and the PPI Opinion.

*In re Nortel Networks, Inc., et al.,* **Bankr. No. 09-10138 (KG)**

| Date | Dkt. No.[2] | Description |
|---|---|---|
| 1/14/2009 | 3 | Affidavit of John Doolittle |
| 12/8/2009 | 2095 | Debtors' Motion for an Order Pursuant to 11 U.S.C. § 363 Authorizing and Approving the Employment and Retention of John Ray as the Debtors' Principal Officer Nunc Pro Tunc to December 7, 2009 |
| 1/6/2010 | 2249 | Order Authorizing and Approving the Employment and Retention of John Ray as the Debtors' Principal Officer to December 7, 2009 |
| 1/19/2010 | 2288 | Notice of Filing of Thirty-Fifth Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings |
| 1/21/2010 | 2311 | Notice of Filing of Supplement to Thirty-Fifth Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings |
| 3/10/2010 | 2683 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 for an Order (I) Authorizing and Approving Nortel Network Inc.'s Entry into the Cascading Director's Trust Indenture, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief |
| 3/31/2010 | 2815 | Debtors' Motion for an (1) Order Authorizing and Approving NNI's Entry into Cascading Directors' Trust Indenture, (2) Authorizing and Approving the Related Side Agreement and (3) Granting Related Relief |

---

[2] All referenced docket numbers shall be inclusive of the exhibits thereto.

| | | |
|---|---|---|
| 9/11/2010 | 3922 | Debtors' Motion for Entry of an Order Approving a Cross-Border Protocol on the Resolution of Claims |
| 3/21/2011 | 5143 | Debtors' Motion for Entry of an Order (1) Authorizing and Approving the Sale of Internet Numbers Free and Clear Of All Liens, Claims, Encumbrances and Interests, (2) Authorizing and Approving Entry Into A Purchase and Sale Agreement, (3) Authorizing the Filing of Certain Documents Under Seal and (4) Granting Related Relief |
| 3/22/2011 | 5145 | Notice of Filing Sixty-First Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings |
| 3/31/2011 | 5188 | Monthly Operating Report No. 24, Nortel Networks Inc. et al |
| 4/6/2012 | 7503 | Notice of Filing of Eighty-Fourth Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings |
| 7/30/2012 | 8063 | Notice of Filing of Eighty-Seventh Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings |
| 6/21/2013 | 540 | Notice of Filing of Reports of the Monitor of the Canadian Debtors in the Canadian Proceedings (Nortel Networks Corporation, *et al.* Chapter 15 proceeding at case number 09-10164) |
| 7/30/2013 | 10385 | Verified Statement of DLA Piper LLP (US) Regarding Canadian Creditors Committee |
| 5/17/2013 | 10565 | Order Entering Allocation Protocol |
| 6/5/2013 | 10761 | Amended Verified Statement of DLA Piper LLP (US) |
| 12/17/2013 | 12618 | Debtors' Motion for Entry of an Order Approving the US Claims Litigation Settlement Agreement By and Among the Debtors, the Creditors' Committee, the Joint Administrators, the EMEA Debtors, NN Optical Components Ltd, Nortel Telecom France SA, The Liquidator, the French Liquidator, the UK Pension Parties and Certain Affiliates |
| 2/7/2014 | 560 | Notice of Filing of Reports of the Monitor of the Canadian Debtors in the Canadian Proceedings (Nortel Networks Corporation, *et al.* Chapter 15 proceeding at case number 09-10164) |
| 3/11/2014 | 13142 | Second Supplemental Verified Statement of Milbank, Tweed, Hadley & McCloy LLP and Pachulski Stang Ziehl & Jones LLP, Pursuant to Bankruptcy Rule 2019 |
| 3/17/2014 | 571 | Notice of Filing One-Hundred and Fourth Report of the Monitor (Nortel Networks Corporation, *et al.* Chapter 15 proceeding at case number 09-10164) |
| 4/4/2014 | 13262 | Monthly Operating Report No. 59, Nortel Networks Inc. et al |
| 4/30/2014 | 13431 | Monthly Operating Report No. 60, Nortel Networks Inc. et al |

| Date | Doc # | Description |
| --- | --- | --- |
| 5/12/2014 | 13553 | Pre-Trial Brief of the Monitor and Canadian Debtors - Allocation |
| 5/28/2014 | 13659 | Expert Report of Jeffrey Kinrich |
| 6/4/2014 | 13795 | Report of Philip Green Regarding the Allocation of Recoveries Among Nortel Entities |
| 6/4/2014 | 13800 | Expert Report of Thomas Britven on Valuation and Other Issues Related to the Allocation of Sales Proceeds to the Nortel Debtor Groups |
| 6/4/2014 | 13801 | Rebuttal Report of Thomas Britven |
| 6/19/2014 | 13880 | Nortel Canadian and US Insolvency Proceedings – Bondholder Claims Issues |
| 6/20/2014 | 13883 | Memorandum of the US Parties Regarding Interest Issues |
| 6/23/2014 | 13886 | Reply Memorandum of the Monitor to the Memorandum of the US Parties Regarding Bondholder Claims Issues |
| 6/23/2014 | 13887 | Statement of Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund In Support of Determination of the Post-Petition Interest Issue |
| 6/23/2014 | 13888 | Canadian Creditors Committee Reply Regarding Timing of Consideration of Bondholder Claims Issues |
| 6/27/2014 | 13906 | Transcript Regarding Hearing Held on June 27, 2014 |
| 6/30/2014 | 13910 | Scheduling Order re: Interest Issues |
| 7/8/2014 | 13963 | Transcript Regarding Allocation Trial Proceedings Held on May 12, 2014 |
| 7/8/2014 | 13980 | Transcript Regarding Allocation Trial Proceedings Held on June 18, 2014 |
| 7/8/2014 | 13981 | Transcript Regarding Allocation Trial Proceedings Held on June 19, 2014 |
| 7/8/2014 | 13983 | Transcript Regarding Allocation Trial Proceedings Held on June 23, 2014 |
| 7/8/2014 | 13984 | Transcript Regarding Allocation Trial Proceedings Held on June 24, 2014 |
| 7/15/2014 | 14019 | US Debtors' Submission on the Interest Issues |
| 7/15/2014 | 14021 | Brief of Wilmington Trust, National Association, As Successor Indenture Trustee, Addressing the Interest Issues |
| 7/15/2014 | 14022 | Brief of the UK Pension Claimants Regarding Post-Petition Interest Issues |
| 7/15/2014 | 14023 | Opening Brief of the Monitor and the Canadian Debtors Regarding Post-Petition Interest and Related Issues |
| 7/15/2014 | 14024 | Memorandum of Law of the Official Committee of the Unsecured Creditors Regarding Entitlement of US Creditors to Postpetition Interest |

| Date | Doc # | Description |
|---|---|---|
| 7/15/2014 | 14025 | Opening Brief of the *Ad Hoc* Group of Bondholders, Law Debenture Trust Company of New York, As Trustee, and The Bank of New York Mellon, As Trustee, With Respect to Monitor's Request that the Court Determine Bondholder Entitlement to Post-Petition Interest and Additional Bondholder Claims Issues Under U.S. Law |
| 7/15/2014 | 14027 | Written Submissions of the Canadian Creditors' Committee (Motion re Cross-Over Bonds) |
| 7/15/2014 | 14028 | Supplemental Opening Brief of Law Debenture Trust Company of New York, As Indenture Trustee for the NNCC Notes, With Respect to Monitor's Request that the Court Determine Bondholder Entitlement to Post-Petition Interest and Additional Bondholder Claims Issues Under U.S. Law |
| 7/15/2014 | 14029 | Joinder of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. In Bondholder Pleading |
| 7/15/2014 | 14030 | Verified Statement of Quinn Emanuel Urquhart & Sullivan, LLP Pursuant to Bankruptcy Rule 2019 |
| 7/15/2014 | 14032 | Written Submissions of the Canadian Creditors' Committee (Motion re Cross-Over Bonds) |
| 7/16/2014 | 14039 | Amended Brief of the UK Pension Claimants Regarding Post-Petition Interest Issues |
| 7/22/2014 | 14052 | Responding Brief of the UK Pension Claimants Regarding Post-Petition Interest Issues |
| 7/22/2014 | 14053 | Response of the *Ad Hoc* Group of Bondholders, Law Debenture Trust Company of New York, As Trustee, and The Bank of New York Mellon, As Trustee, To the Opening Briefs of the Monitor and Canadian Debtors, U.K. Pension Claimants, Canadian Creditors Committee, and Wilmington Trust Regarding Bondholder Entitlement to Post-Petition Interest and Additional Bondholder Claims Issues under U.S. Law |
| 7/22/2014 | 14054 | Reply Brief of the Monitor and the Canadian Debtors Regarding Post-Petition Interest and Related Issues |
| 7/22/2014 | 14055 | Reply Brief of Wilmington Trust, National Association, As Successor Indenture Trustee, Addressing the Interest Issues |
| 7/22/2014 | 14056 | Notice of Submission of the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund's Binder of Foreign Authorities Cited in the Responding Brief of the U.K. Pension Claimants Regarding Post-Petition Interest Issues |
| 7/22/2014 | 14057 | Supplemental Reply Brief of Law Debenture Trust Company of New York, As Indenture Trustee for the NNCC Notes, With Respect to Monitor's Request that the Court Determine Bondholder Entitlement to Post-Petition Interest and Additional Bondholder Claims Issues Under U.S. Law |
| 7/22/2014 | 14058 | Reply Brief of the Official Committee of Unsecured Creditors Regarding Entitlement of US Creditors to Postpetition Interest |
| 7/22/2014 | 14061 | Reply of the Canadian Creditors' Committee (Motion re Cross-Over Bonds) |

| | | |
|---|---|---|
| 7/24/2014 | 14076 | Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |
| 7/25/2014 | 14084 | Transcript Regarding Hearing Held on July 24, 2014 |
| 7/30/2014 | 14117 | Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery |
| 7/30/2014 | 14118 | Motion for Entry of an Order under U.S.C. §§ 102(1) and 105(a), Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice for Preliminary Objection and Motion of the Monitor and the Canadian Debtors for Entry of an Order Adjourning the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and Expediting Discovery |
| 8/4/2014 | 14161 | U.S. Debtors' Objection to the Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery |
| 8/5/2014 | 14165 | Joinder of the Ad Hoc Group of Bondholders to the Objection of the U.S. Debtors to the Motion of the Monitor and Canadian Debtors for Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery |
| 8/7/2014 | 14173 | Reply in Further Support of the Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery |
| 8/8/2014 | 14189 | Statement of the Official Committee of Unsecured Creditors of Nortel Networks, Inc. et al. in Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |
| 8/11/2014 | 14191 | Transcript Regarding Hearing Held on August 8, 2014 |
| 8/25/2014 | 14252 | Initial Post-Trial Brief (Allocation) of the Monitor and Canadian Debtors |
| 8/28/2014 | 14318 | Necessary Expenses Incurred for the Period July 1, 2014 through July 31, 2014 |

| | | |
|---|---|---|
| 8/29/2014 | 14340 | Statement of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. With Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to NNI Post-Petition Interest Dispute and Related Issues |
| 9/2/2014 | 14345 | Order Establishing Discovery Schedule and Other Procedures in Connection With the U.S. Debtors' 9019 Motion |
| 9/10/2014 | 14395 | The Monitor and the Canadian Debtors' Deposition Notice of John J. Ray III In Connection With the U.S. Debtors' 9019 Motion |
| 9/10/2014 | 14396 | The Monitor and the Canadian Debtors' Deposition Notice of Michael Katzenstein In Connection With the U.S. Debtors' 9019 Motion |
| 9/17/2014 | 600 | Notice of Filing One-Hundred and Seventh Report of the Monitor (Nortel Networks Corporation, *et al.* Chapter 15 proceeding at case number 09-10164) |
| 9/18/2014 | 14421 | Reply Closing Brief of the Canadian Creditors' Committee [Public Version] |
| 9/25/2014 | 603 | Notice of Filing One-Hundred and Eighth Report of the Monitor (Nortel Networks Corporation, *et al.* Chapter 15 proceeding at case number 09-10164) |
| 9/22/2014 | 14446 | The Monitor and Canadian Debtors' requests for the production of documents directed to U.S. Debtors and Bondholders |
| 10/03/2014 | 14496 | Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement |
| 10/03/2014 | 14497 | Declaration of Daniel J. Guyder In Support of Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement |
| 10/3/2014 | 14498 | Objection of Wilmington Trust, National Association, As Successor Indenture Trustee to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |
| 10/3/2014 | 14499 | Notice of Filing of the Expert Report of Paul Wertheim in Support of the Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement |
| 10/3/2014 | 14499-1 | Report of Paul Wertheim dated October 3, 2014 |

| | | |
|---|---|---|
| 10/6/2014 | 14534 | Joinder of UK Pension Claimants in Objections to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |
| 10/8/2014 | 14541 | Notice of Deposition of Murray McDonald |
| 10/8/2014 | 14542 | Notice of Deposition of Paul Wertheim |
| 10/14/2014 | 14564 | Joinder of the Canadian Creditors Committee in the Objections to the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to NNI Post-Petition Interest Dispute and Related Issues |
| 10/15/2014 | 14570 | Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald |
| 10/15/2014 | 14571 | Declaration of Russell Eckenrod in Support of Debtors' Motion for Order Compelling the Deposition of Murray McDonald |
| 10/15/2014 | 14572 | Debtors' Motion for Entry of an Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald |
| 10/16/2014 | 14573 | Objection of the Monitor and the Canadian Debtors to Debtors' Motion to Shorten Notice Relating to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald |
| 10/17/2014 | 14581 | Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald |
| 10/20/2014 | 14592 | Monitor's and Canadian Debtors' Objection to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald |
| 10/20/2014 | 14593 | Declaration of Jacob S. Pultman In Support of Monitor's and Canadian Debtors' Objection to Debtors' Motion for Entry of an Order Compelling the Deposition of Murray McDonald |
| 10/21/2014 | 14616 | Transcript Regarding Hearing Held on October 21, 2014 |
| 10/30/2014 | 14652 | Reply in Further Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |
| 10/30/2014 | 14653 | Reply of the Supporting Bondholders in Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |

| Date | Doc # | Description |
|---|---|---|
| 10/30/2014 | 14654 | Declaration of Brent M. Tunis in Support of Reply in Further Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |
| 10/30/2014 | 14656 | Statement of the Official Committee of Unsecured Creditors in Further Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement with Respect to the NNI Post-Petition Interest Dispute and Related Issues and Joinder to Replies of the Debtors and Ad Hoc Bondholder Group with Respect Thereto |
| 10/31/2014 | 14658 | Notice of Agenda of Matters Scheduled for Hearing on November 4, 2014 at 10:00 A.M. (Eastern Time) |
| 11/12/2014 | 14754 | Transcript Regarding Hearing Held on November 4, 2014 |
| 11/12/2014 | 14755 | Transcript Regarding Hearing Held on November 5, 2014 |
| | | Exhibits from the Hearing Held on November 4-5, 2014 without docket numbers are being filed contemporaneously herewith pursuant to Rule 8006-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. |
| | | The Canadian Interests' Demonstratives from the Hearing Held on November 4-5, 2014, which are being filed contemporaneously herewith pursuant to Rule 8006-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. |
| 12/18/2014 | 14949 | Opinion Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |
| 12/18/2014 | 14950 | Order Granting Debtors' Motion Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues |
| 12/31/2014 | 14999 | Notice of Appeal |

[*Remainder of Page Intentionally Left Blank*]

Dated: January 13, 2015
       Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

- and -

**ALLEN & OVERY LLP**
Ken Coleman
Jacob S. Pultman
Daniel J. Guyder
John Kibler
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
jacob.pultman@allenovery.com
daniel.guyder@allenovery.com
john.kibler@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor*
*and Foreign Representative of the Canadian Debtors*