## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------- X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **Re: D.I. 14926** |
| ------------------------------------------------------- X |  |

**CERTIFICATE OF NO OBJECTION REGARDING SEVENTIETH INTERIM APPLICATION OF HURON CONSULTING GROUP AS ACCOUNTING AND RESTRUCTURING CONSULTANT TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Seventieth Interim Application of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors and Debtors-In-Possession, For Allowance of Interim Compensation And For Interim Reimbursement of All Actual And Necessary Expenses Incurred For The Period of November 1, 2014 Through November 30, 2014** (the "Application") (D.I. 14926), filed on December 11, 2014.

The undersigned further certifies that Morris Nichols has caused a review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than December 31, 2014 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://epiq11.com/nortel.

Case 09-10138-MFW    Doc 15047    Filed 01/14/15    Page 2 of 2

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $52,753.95 | $0.00 | $42,203.16 | $42,203.16 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: January 14, 2015
     Wilmington, Delaware

                         CLEARY GOTTLIEB STEEN & HAMILTON LLP

                         James L. Bromley (admitted pro hac vice)
                         Lisa M. Schweitzer (admitted pro hac vice)
                         One Liberty Plaza
                         New York, New York 10006
                         Telephone:  (212) 225-2000
                         Facsimile:  (212) 225-3999

                         - and -

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Tamara K. Minott*
                         Derek C. Abbott (No. 3376)
                         Eric D. Schwartz (No. 3134)
                         Ann C. Cordo (No. 4817)
                         Tamara K. Minott (No. 5643)
                         1201 North Market Street, 16th Floor
                         P.O. Box 1347
                         Wilmington, DE  19899-1347
                         Telephone:  (302) 658-9200
                         Facsimile:  (302) 658-3989

                         Counsel for the Debtors and Debtors-In-Possession

8806489