IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>) Case No. 09-10138 (KG)<br>) Jointly Administered<br>)<br>) Re: Docket No. 290 |

**SUPPLEMENTAL DECLARATION OF JAY I. BOROW IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF CAPSTONE ADVISORY GROUP, LLC AS FINANCIAL ADVISOR, NUNC PRO TUNC TO JANUARY 26, 2009**

JAY I. BOROW, hereby declares:

1. I am a member of the firm and Executive Director of Capstone Advisory Group, LLC ("Capstone"), a professional services firm with offices located at 104 West 40th Street, 16th Floor, New York, New York 10018.

2. I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with Capstone's role as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (collectively, the "Debtors"). The purpose of this Supplemental Declaration is to fulfill Capstone's continuing obligation to update its disclosures as set forth in the *Application of the Official Committee of Unsecured Creditors for Order Authorizing the Employment and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

*Retention of Capstone Advisory Group, LLC as Financial Advisor, Nunc Pro Tunc to January 26, 2009* (the "Application") (Docket No. 290), and to update my initial declaration, dated February 13, 2009, submitted in connection therewith, first supplemental declaration, dated January 31, 2012 (Docket No. 7148), second supplemental declaration, dated November 19, 2012 (Docket No. 8972) and third supplemental declaration, dated August 9, 2013 (Docket No. 11280) (collectively, the "Prior Declarations").

3. On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware appointed the Committee. The Committee currently consists of three members: Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York, as indenture trustee; and The Bank of New York Mellon, as indenture trustee. On January 26, 2009, the Committee selected Capstone to serve as financial advisor pursuant to section 1103(a) of the Bankruptcy Code. This Court approved Capstone's retention pursuant to an order approving the Application, dated March 5, 2009 (Docket No. 431) (the "Capstone Retention Order").

4. The Committee has retained Whiteford, Taylor & Preston LLC[2] ('Whiteford Taylor") as successor co-counsel for these proceedings, *nunc pro tunc* to November 17, 2014.

5. In a matter wholly unrelated to these cases or Capstone's retention by the Committee, Capstone, as the court appointed receiver for G3K Displays, Inc., engaged Whiteford Taylor as counsel. Capstone makes this disclosure out of an abundance of caution and

---

[2] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor and Preston LLP in jurisdictions outside of Delaware. For the avoidance of any doubt, the retention order authorizes the employment of both Whiteford, Taylor & Preston LLC and Whiteford Taylor & Preston LLP.

to ensure its full compliance with Federal Rule of Bankruptcy Procedure 2014 and the Capstone Retention Order.

6. Consistent with prior years, on January 1, 2015 Capstone implemented its hourly rate increases. The hourly rate increases will be documented in our fee application covering the period January 1, 2015 through January 31, 2015 as required by these courts.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on January 14, 2015

_____
Jay I. Borow