UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Nortel Networks, Inc. | ) | Chapter 11 |
| Debtors | ) | Case No. 09-10138 |
| | ) | (Jointly Administered) |

NOTICE OF ADDRESS CHANGE FOR
SONAR CREDIT PARTNERS II, LLC

PLEASE TAKE NOTICE that Sonar Credit Partners II, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the new address set forth below, effective as of the date hereof.

Former Address
Sonar Credit Partners II, LLC
200 Business Park Drive, Suite 201
Armonk, NY 10504

**New Address**
**Sonar Credit Partners II, LLC**
**80 Business Park Drive, Suite 208**
**Armonk, NY 10504**

Sonar Credit Partners II, LLC

By: ___/s/ Michael I. Goldberg_____

Title: ___President, Sonar Asset Management____
       ___Group, Inc., its Managing Member_____

Date: ___1/14/2015_____