**Group Exhibit B**

**Nortel Networks, Inc.**
**IRS Ruling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence on 90 day ruling extension | 11/15/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review IRS's response to ruling redaction request, and draft correspondence to Cleary on same. | 11/17/2014 | $650.00 | 1.1 | $715 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review preliminary findings on DOF pool prior to team call. | 11/24/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft revised output schedule for discussion. | 11/24/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting with David Cozart and Kim Ponder on claims database and reconcilitations to accrued balances | 11/24/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Andrew Williams and Sarah Jacks on DOF pool project | 11/24/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Update project tracking schedule | 11/25/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Review of the master document | 11/3/2014 | $465.00 | 1.3 | $605 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Discussion with Antoinyce regarding the claims | 11/7/2014 | $465.00 | 1.3 | $605 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | DOF claims review - review 4 claims | 11/17/2014 | $465.00 | 1.7 | $791 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | DOF claims review - review lease claims | 11/17/2014 | $465.00 | 1.9 | $884 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | DOF claims review - review some of the MSA agreements | 11/17/2014 | $465.00 | 0.3 | $140 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | DOF claims review - research regarding trade creditors | 11/18/2014 | $465.00 | 1.8 | $837 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | DOF claims review - review some of the MSA agreements | 11/18/2014 | $465.00 | 0.8 | $372 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | DOF claims review - issue regarding licenses and excluded liabiliy | 11/21/2014 | $465.00 | 1.6 | $744 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | DOF claims review - continue to review claims | 11/21/2014 | $465.00 | 1.8 | $837 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Review invoices for DOF - IBM | 11/24/2014 | $465.00 | 1.8 | $837 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Review rules regarding excluded liabilities for DOF | 11/24/2014 | $465.00 | 1.2 | $558 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Review invoices for DOF - SMP | 11/25/2014 | $465.00 | 1.6 | $744 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Review invoices for DOF - IBM | 11/25/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Begin DOF memo | 11/25/2014 | $465.00 | 1.7 | $791 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Discussions with Sarah Jacks and Jeff Wood on DOF funding project | 11/24/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Continue DOF memo | 11/26/2014 | $465.00 | 0.9 | $419 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Discussions with Sarah Jacks and Antoinyce Eaton on claim review project | 11/24/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Williams,Andrew (US013426512) | Manager | Review rules regarding excluded liabilities for DOF | 11/26/2014 | $465.00 | 0.8 | $372 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Tax Year memos for NNI and the DOF - begin drafting internal memos to the file addressing various tax year change and tax year end issues raised by Cleary and internal EY team | 11/3/2014 | $465.00 | 2.5 | $1,163 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Tax Year memos for NNI and the DOF - continue drafting internal memos to the file addressing various tax year change and tax year end issues raised by Cleary and internal EY team | 11/6/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Tax Year memos for NNI and the DOF - finish drafting internal memos to the file addressing various tax year change and tax year end issues raised by Cleary and internal EY team | 11/7/2014 | $465.00 | 3.0 | $1,395 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Begin to prepare request for delay in public inspection for PLR | 11/11/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Continue drafting request for delay in public inspection for PLR | 11/12/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Finish drafting request for delay in public inspection for PLR | 11/14/2014 | $465.00 | 1.5 | $698 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Emails related to and assistance with the 90 day delay request for the PLR | 11/17/2014 | $465.00 | 1.0 | $465 |
| IRS Ruling | Jacks,Sarah Butler (US011990278) | Senior Manager | Conference call with Andrew Williams and Antoinyce Eaton on claim review project and status update | 11/24/2014 | $565.00 | 0.5 | $283 |
| IRS Ruling | Jacks,Sarah Butler (US011990278) | Senior Manager | Conference call with Andrew Williams, Jeff Wood, and Antoinyce Eaton to discuss DOF funding project | 11/24/2014 | $565.00 | 0.5 | $283 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Meeting with Andrew Williams and Sarah Jacks to discuss DOF funding and claims assumption implementation. | 10/29/2014 | $200.00 | 1.5 | $300 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Sampled four DOF funding claims for review in QSF claims pool. | 10/31/2014 | $200.00 | 1.8 | $360 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Researching DOF claims from EPIQ to determine qualified claims - researched 3 claims. | 11/3/2014 | $200.00 | 2.2 | $440 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Researching DOF claims in EPIQ to determine discrepancies in Nortel liability amounts and amounts determined per claim. | 11/3/2014 | $200.00 | 2.0 | $400 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | DOF claims - determining discrepancies between Nortel estimated liability and liability per claims in EPIQ. | 11/3/2014 | $200.00 | 1.8 | $360 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Comparing DOF claims and preparing questions for call with Andrew Williams. | 11/4/2014 | $200.00 | 2.0 | $400 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Call with Andrew Williams to discuss technical issues related to DOF claim funding. | 11/4/2014 | $200.00 | 0.5 | $100 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Call with Andrew Wiliams to discuss progress on DOF claims project. | 11/5/2014 | $200.00 | 0.5 | $100 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Researching and downloading claims previously unfound in EPIQ. | 11/5/2014 | $200.00 | 1.1 | $220 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Updating Nortel master DOF file for types of claims, claim amounts, and EY descriptions. | 11/5/2014 | $200.00 | 2.0 | $400 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Determining samples for DOF claims and beginning testing to determine whether claims are qualified or unqualified to be included in the DOF. | 11/5/2014 | $200.00 | 2.1 | $420 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Meeting with Andrew Williams to determine appropriate treatment of samples within DOF claims master file. | 11/6/2014 | $200.00 | 0.5 | $100 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Researching specific DOF claims as extracted by a random sample to be included in the sample pool. | 11/6/2014 | $200.00 | 2.3 | $460 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Updating the DOF claims master file for EY notes, claim amount, claim types and classifications. | 11/6/2014 | $200.00 | 1.9 | $380 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Testing trade payable, tort, and breach of contract claims to determine whether qualified within the DOF. | 11/6/2014 | $200.00 | 1.6 | $320 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Researching various trade payables, tort, breach of contract, and violation of law claims obtained from EPIQ to determine qualification in the DOF. | 11/7/2014 | $200.00 | 2.0 | $400 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Sampling claims extracted from the DOF claims master file in order to gain support for Nortel's DOF fund. | 11/7/2014 | $200.00 | 2.2 | $440 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Researching claims from EPIQ to determine DOF funding status. | 11/7/2014 | $200.00 | 1.8 | $360 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Finalized research for randomly selected Nortel claims to determine amount of liability and basis of claim per EPIQ documentation. | 11/10/2014 | $200.00 | 2.0 | $400 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Call with Andrew Williams to discuss DOF funding project and client deliverable with DOF information. | 11/20/2014 | $200.00 | 0.5 | $100 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Preparing a summary of DOF questions and open items to be addressed with Andrew Williams, Sarah Jacks, and Jeff Wood. | 11/21/2014 | $200.00 | 0.5 | $100 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Meeting with Andrew Williams and Sarah Jacks to discuss DOF funding project progress made thus far with master claims spreadsheet and next steps. | 11/24/2014 | $200.00 | 0.5 | $100 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Call with Jeff Wood, Sarah Jacks, and Andrew Williams to discuss DOF funding project, new template for formatting claims findings, key issues to note during review of claims, etc. | 11/24/2014 | $200.00 | 0.5 | $100 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Identifying reviewed claims and invoices and pulling them into a more concise format (client deliverable). | 11/24/2014 | $200.00 | 1.8 | $360 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Researching ramifications of general trade creditors and debtholders to determine appropriate treatment of various trade creditor claims, particularly, the treatment of royalties, pensions, and real estate. | 11/24/2014 | $200.00 | 1.2 | $240 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Identifying additional claims for review from the master claims pool and beginning sampling and review of these additional claims. | 11/24/2014 | $200.00 | 1.7 | $340 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Identifying reviewed claims and invoices and pulling them into a more concise format (client deliverable). | 11/25/2014 | $200.00 | 1.6 | $320 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Reviewing additional claims filed through EPIQ in order to identify claims that are eligible and ineligible for inclusion in the DOF. | 11/25/2014 | $200.00 | 2.2 | $440 |
| IRS Ruling | Eaton,Antoinyce Evangeline (US013073890) | Staff | Identifying breach of contract, tort, and violation of law claims that should be excluded from the DOF. | 11/25/2014 | $200.00 | 2.0 | $400 |
| IRS Ruling | Donovan,John C. (US011105186) | National Partner | Discussions with Tim Powell regarding tax year end for a DOF | 10/3/2014 | $700.00 | 1.5 | $1,050 |
| IRS Ruling | Donovan,John C. (US011105186) | National Partner | Review draft outline regarding accounting period for DOF | 10/22/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Donovan,John C. (US011105186) | National Partner | Review memos prepared by Tim Powell regarding accounting period issues (DOF year end change in year end) and discuss with Tim Powell | 11/4/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Begin review of additional deletions | 11/10/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Continue review of additional deletions | 11/13/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Motion follow up status | 11/7/2014 | $650.00 | 1.0 | $650 |
| | | | | | **Totals** | **92.6** | **$33,878** |

**Nortel Networks, Inc.**
**Modeling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review materials provided by Gary Storr (Nortel) for Section 1441 project. | 11/17/2014 | $650.00 | 3.0 | $ 1,950 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review and develop project plan around Section 1441 transaction file provided by client | 11/19/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Update with David Cozart (Nortel) on withholding project | 11/3/2014 | $565.00 | 0.2 | $ 113 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Prepare for meeting with Gary Storr (Nortel) | 11/5/2014 | $565.00 | 0.2 | $ 113 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Meeting with Gary Storr (Nortel) on 1441 withholding project | 11/6/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Abbott,Douglas J. (US012013835) | Partner | Formulate year end strategy for year end change | 11/10/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Abbott,Douglas J. (US012013835) | Partner | Briefing with Cleary on year end logistics | 11/10/2014 | $650.00 | 1.0 | $ 650 |
| | | | | **Totals** | | **8.9** | **$ 5,666** |