3

**<u>Exhibit C</u>**

**Nortel Networks, Inc.**

**Expenses**

| Engagement Code | Employee | Description | Transaction Date | Expenses |
|---|---|---|---|---|
| IRS Ruling | Carrington,Glenn (US012244587) | Taxi: Nortel Meeting in NY on IRS Ruling\\Airport to Hotel | 9/16/2014 | $85 |
| IRS Ruling | Carrington,Glenn (US012244587) | Taxi: Nortel Meeting on IRS Ruling\\EY office to airport | 9/17/2014 | $66 |
| | | | **Totals** | **$151** |