<s/>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br>Nortel Networks Inc., *et al.*<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>Re: D.I. 14746, 14535, 14906, 15019 |

## GOOGLE'S RESPONSE TO MOTION OF THIRD PARTY ROCKSTAR FOR PARTIAL STAY OF DISCOVERY PROTOCOL

　　　　　　　　　　　　　　　　　　　　　　　　FRIEDLANDER & GORRIS, P.A.

　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Gorris (Bar No. 5012)
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin P. Chapple (Bar No. 5871)
　　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Ave., Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
QUINN EMANUEL URQUHART &　　　　　　　　(302) 573-3500
SULLIVAN LLP　　　　　　　　　　　　　　　　(302) 573-3501 facsimile

Robert B. Wilson
Patrick D. Curran
Michelle Ernst
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100 facsimile

Charles K. Verhoeven
David Eiseman
David Perlson
Matthew D. Cannon
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

(additional counsel listed on signature page)

{FG-W0384192.}

## I. INTRODUCTION

1. Rockstar Consortium US LP ("Rockstar") moves the Court for an Order partially staying certain aspects of the December 8, 2014 Second Discovery Protocol, and in particular, Paragraph 5 that presently applies to Rockstar as the "Patent Owning Party." Google Inc. ("Google") does not oppose Rockstar's Motion. The patent cases between Rockstar and Google have been stayed pending the finalization of settlement agreements transferring the former Nortel patents from Rockstar to RPX Corporation and thereby resolving the underlying litigations. A similar stay with respect to the Second Discovery Protocol will preserve resources while the parties finalize an agreement that will likely extinguish any outstanding issues relating to Google's subpoenas seeking discovery from Nortel Networks Inc. ("NNI") and its corporate affiliates (collectively, "Debtors") as governed by the Second Discovery Protocol.[1]

## II. FACTUAL BACKGROUND

2. As the Court is aware, Google served subpoenas on NNI in two pending patent cases: *Rockstar Consortium US LP, et al. v. Google Inc.*, Case No. 13-893 (E.D. Tex.) ("Texas Case"); and *Google Inc. v. Rockstar Consortium US LP, et al.*, Case No. 13-5933 (N.D. Cal.) ("California Case").

3. On November 26, 2014, Google informed the Court about recent developments in the underlying litigations that would potentially resolve the issues relating to Google's subpoenas directed to NNI. *See* D.I. 14833. Specifically, Google

---

[1] Rockstar indicates that it conferred with Nortel prior to filing its motion for relief and states that Nortel does not oppose Rockstar's request. D.I. 15019 at 6, ¶ 13. Inexplicably, Rockstar did not attempt to meet and confer with Google regarding its motion. If it had, Google would have indicated that it does not oppose the partial stay that Rockstar requests, thereby obviating the need for Google to prepare and file this separate response.

advised the Court that both the Texas and California cases had been temporarily stayed – until December 29, 2014 and January 5, 2015, respectively – while the details of a final agreement were being negotiated that would resolve the disputes in both of the underlying litigations. *Id.*

4.  Since then, the courts in both cases have extended the temporary stays pending further negotiation of a final settlement agreement. On December 29, 2014, Plaintiffs Rockstar and Netstar Technologies LLC and Defendant Google filed a Sealed Joint Status Report and Request to Extend Stay Pending Finalization of Settlement. *Rockstar Consortium US LP, et al. v. Google Inc.*, Case No. 13-893, Dkt. 291 (E.D. Tex.). On January 5, 2015, the Texas court granted the motion and extended the stay until January 29, 2015. Ex. A. The court further ordered the parties to file a joint statement, including a status report, on January 29, 2015, and scheduled a status hearing on February 3, 2015. *Id.*

5.  On December 31, 2014, the defendants in the California case – Rockstar and MobileStar Technologies LLC – filed a Second Unopposed Motion to Stay Case. Ex. B. Defendants' motion states that "RPX Corporation ("RPX") has agreed to purchase the patents-in-suit" and "RPX and Respondents are actively working to close the agreed-upon transaction, which is currently in escrow." Ex. B at 1. Defendants therefore requested an additional 80-day stay "due to the complexity of the agreed-upon transaction." *Id.* On January 7, 2015, the California court granted the motion and extended the stay until March 26, 2015. Ex. C.

III.    **RESPONSE TO RELIEF REQUESTED**

6.  Rockstar seeks an Order staying Paragraph 5 of the Second Discovery Protocol that presently applies to Rockstar as the Patent Owning Party. D.I. 15019 at ¶ 9.

Rockstar argues that once the RPX transaction closes (thereby settling the underlying litigations), it will cease to be a Patent Owning Party as defined in the Second Discovery Protocol, and instead, RPX will become the Patent Owning Party, with all the rights and obligations pursuant to this Court's earlier discovery Orders. *Id.* According to Rockstar, enforcing Paragraph 5 now places Rockstar in an "untenable" position of having to review and assert or waive privilege over documents related to assets it has agreed to transfer to RPX. *Id.* at ¶ 11.

7.      Google does not oppose Rockstar's request for a stay. Indeed, had Rockstar provided notice to Google in advance of filing its Motion, Rockstar could have styled it as "unopposed." The finalization of the Rockstar-RPX transaction will likely resolve the outstanding discovery requests to Debtors and Rockstar's obligations under the Second Discovery Protocol relating to Google's third-party subpoenas. Therefore, temporarily staying Paragraph 5 of the Second Discovery Protocol in the interim will preserve the Court's and the parties' resources and will not prejudice Google's right to seek further relief from this Court, if necessary – including performance by Rockstar or a subsequent Patent Owning Party of its pending discovery obligations under the Second Discovery Protocol.

| | |
|---|---|
| DATED: January 16, 2015 | Respectfully submitted, |
| | FRIEDLANDER & GORRIS, P.A. |
| | */s/ Jeffrey M. Gorris* |
| | Jeffrey M. Gorris (Bar No. 5012) |
| | Benjamin P. Chapple (Bar No. 5871) |
| | 222 Delaware Ave., Suite 1400 |
| | Wilmington, DE  19801 |
| | (302) 573-3500 |
| | (302) 573-3501 facsimile |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
|    Robert B. Wilson | *Attorneys for Google Inc.* |
|    Patrick D. Curran | |
|    Michelle Ernst | |
| 51 Madison Avenue, 22nd Floor | |
| New York, New York 10010 | |
| (212) 849-7000 | |
| (212) 849-7100 facsimile | |

   Charles K. Verhoeven
   David Eiseman
   David A. Perlson
   Sean Pak
   Kristin J. Madigan
   Matthew D. Cannon
   Sam Stake
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

   Victoria F. Maroulis
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 facsimile

# CERTIFICATE OF SERVICE

I, Jeffrey M. Gorris, do hereby certify that on this 16th day of January, 2015, a copy of the foregoing **Google's Response to Motion of Third Party Rockstar for Partial Stay of Discovery Protocol** was caused to be served on the following parties via CM/ECF:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lisa M. Schweitzer
David H. Herrington
Inna Rozenberg
One Liberty Plaza New
York, NY 10006

MORRIS, NICHOLS, ARHST & TUNNEL LLP
Derek C. Abbott
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Office of the U.S. Trustee
Mark S. Kenney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

CROWELL & MORING LLP
Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover
Michael J. Barrie
222 Delaware Ave, Suite 801
Wilmington, DE 19801

FARNAN LLP
Joseph J. Farnan, Jr.
Brian E. Farnan
Michael J. Farnan
919 North Market Street, 12th Floor
Wilmington, DE 19801

IRELL & MANELLA LLP
Ellisen S. Turner
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

       */s/ Jeffrey M. Gorris*
       Jeffrey M. Gorris (No. 5012)