# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP, et al. | § § | |
| v. | § § | Case No. 2:13-CV-893-JRG-RSP |
| GOOGLE INC. | § § | |

## ORDER EXTENDING STAY

Regarding the parties' Joint Status Report and Request to Extend Stay Pending Finalization of Settlement (Dkt. No. 291), the Court hereby STAYS the case, including all deadlines, until January 29, 2015, at which time the parties shall file a joint statement including a status report.[1] The Court may entertain extending this stay for an additional period of time pending the outcome of the January 29, 2015 status report and the parties' progress toward a finalized settlement. Further, it is ORDERED that the hearing set for January 6, 2015 is hereby continued until February 3, 2015 at 1:30 p.m.

This ruling is without prejudice to the parties' ability to request further changes to the schedule and/or trial date at a later time.

**SIGNED this 5th day of January, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Minimally, the status report shall include details regarding the January 21, 2015 deadline detailed in the parties' sealed Joint Status Report (Dkt. No. 291).