# EXHIBIT B

Courtland L. Reichman
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive Suite 510
Redwood Shores, CA 94065
(650) 394-1400
(650) 394-1422 (facsimile)

Mike McKool (Admitted Pro Hac Vice)
mmckool@McKoolSmith.com
Douglas A. Cawley (Admitted Pro Hac Vice)
dcawley@McKoolSmith.com
Ted Stevenson III (Admitted Pro Hac Vice)
tstevenson@McKoolSmith.com
David Sochia (Admitted Pro Hac Vice)
dsochia@McKoolSmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (facsimile)

Joshua W. Budwin (Admitted Pro Hac Vice)
jbudwin@McKoolSmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700
(512) 692-8744 (facsimile)

*Attorneys for Defendants Rockstar Consortium
U.S. LP and MobileStar Technologies LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., | CASE NO. 13-cv-5933-CW |
| Plaintiff, | **SECOND UNOPPOSED MOTION TO STAY CASE** |
| v. | |
| ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC, | |
| Defendants. | |

Defendants Rockstar Consortium US LP and MobileStar Technologies LLC ("Rockstar") request that the Court order that all deadlines in this case be stayed an additional 80 days.  On November 25, 2014, the Court granted Rockstar's Corrected Unopposed Motion to Stay Case (Dkt. 143) in its Order (Dkt. 144).  RPX Corporation ("RPX") has agreed to purchase the patents-in-suit.  *See, e.g.,* Ex. 1 ("Rockstar Consortium Inc. has agreed to sell more than 4,000 patents to San Francisco-based RPX Corp., a patent clearinghouse that helps companies protect themselves from patent lawsuits.  The deal will put an end to several high-profile lawsuits filed by Rockstar against companies that make phones powered by the Android operating system."); Ex. 2 (reporting that "[t]he sale consists of the more than 4,000 patents still owned by Rockstar Consortium," and that "[t]he deal puts an end to litigation started last year by Rockstar against several handset manufacturers whose phones operate on Google Inc's Android operating system….").   RPX and Respondents are actively working to close the agreed-upon transaction, which is currently in escrow.  *See* Ex. 3 (describing escrow).  The requested extension of time will facilitate that process.  An additional 80-day stay is warranted due to the complexity of the agreed-upon transaction.  Accordingly, Rockstar requests that the Court stay all deadlines until March 26, 2015.

In the event the stay is lifted, the Parties agree to work together in good faith to submit a proposed revised case schedule.

Case No. 13-cv-5933-CW
SECOND UNOPPOSED MOTION TO STAY CASE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  December 31, 2014

Respectfully submitted,

McKOOL SMITH HENNIGAN, P.C.

By  /s/  Joshua W. Budwin

MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive Suite 510
Redwood Shores, CA 94065
(650) 394-1400
(650) 394-1422 (facsimile)

Mike McKool (Admitted Pro Hac Vice)
mmckool@McKoolSmith.com
Douglas A. Cawley (Admitted Pro Hac Vice)
dcawley@McKoolSmith.com
Ted Stevenson III (Admitted Pro Hac Vice)
tstevenson@McKoolSmith.com
David Sochia (Admitted Pro Hac Vice)
dsochia@McKoolSmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (facsimile)

Joshua W. Budwin (Admitted Pro Hac Vice)
jbudwin@McKoolSmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700
(512) 692-8744 (facsimile)

*Attorneys for Rockstar Consortium US LP and
MobileStar Technologies LLC*

-2-

Case No. 13-cv-5933-CW
SECOND UNOPPOSED MOTION TO STAY CASE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 31, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Joshua W. Budwin*
Joshua W. Budwin

Courtland L. Reichman
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive Suite 510
Redwood Shores, CA 94065
(650) 394-1400
(650) 394-1422 (facsimile)

Mike McKool (Admitted Pro Hac Vice)
mmckool@McKoolSmith.com
Douglas A. Cawley (Admitted Pro Hac Vice)
dcawley@McKoolSmith.com
Ted Stevenson III (Admitted Pro Hac Vice)
tstevenson@McKoolSmith.com
David Sochia (Admitted Pro Hac Vice)
dsochia@McKoolSmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (facsimile)

Joshua W. Budwin (Admitted Pro Hac Vice)
jbudwin@McKoolSmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700
(512) 692-8744 (facsimile)

*Attorneys for Defendants Rockstar Consortium*
*U.S. LP and MobileStar Technologies LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., | CASE NO. 13-cv-5933-CW |
| Plaintiff, | **DECLARATION OF JOSHUA W. BUDWIN IN SUPPORT OF SECOND UNOPPOSED MOTION TO STAY CASE** |
| v. | |
| ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC, | |
| Defendants. | |

I, Joshua W. Budwin, declare as follows:

1.      I am an attorney at the law firm of McKool Smith Hennigan, P.C., counsel for Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC in this matter.  I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of a new article by Ashby Jones, *Rockstar Consortium to Sell 4,000 Patents to RPX Corp. for $900 Million*, The Wall Street Journal, Dec. 23, 2014, online at http://www.wsj.com/articles/rockstar-consortium-to-sell-4-000-patents-to-rpx-corp-for-900-million-1419345685.

3.      Attached as Exhibit 2 is a true and correct copy of a new article by Andrew Chung, *RPX Buys Apple-Backed Rockstar Patents for $900 Million*, Reuters, Dec. 23, 2014, online at http://www.reuters.com/article/2014/12/23/us-rpx-rockstar-ip-idUSKBN0K11AI20141223.

4.      Attached as Exhibit 3 is a true and correct copy of RPX Corporation, Form 8-K dated December 22, 2014, online at http://www.sec.gov/Archives/edgar/data/1509432/000150943214000195/form8-kentryintoamaterial.htm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed December 31, 2014 in Austin, Texas.

DATED:  December 31, 2014            Respectfully submitted,

McKOOL SMITH HENNIGAN, P.C.

By _/s/  Joshua W. Budwin_____

MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive Suite 510
Redwood Shores, CA 94065
(650) 394-1400
(650) 394-1422 (facsimile)

Mike McKool (Admitted Pro Hac Vice)
mmckool@McKoolSmith.com
Douglas A. Cawley (Admitted Pro Hac Vice)
dcawley@McKoolSmith.com
Ted Stevenson III (Admitted Pro Hac Vice)
tstevenson@McKoolSmith.com
David Sochia (Admitted Pro Hac Vice)
dsochia@McKoolSmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (facsimile)

Joshua W. Budwin (Admitted Pro Hac Vice)
jbudwin@McKoolSmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700
(512) 692-8744 (facsimile)

*Attorneys for Rockstar Consortium US LP and*
*MobileStar Technologies LLC*

# Exhibit 1

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/rockstar-consortium-to-sell-4-000-patents-to-rpx-corp-for-900-million-1419345685

TECHNOLOGY

# Rockstar Consortium to Sell 4,000 Patents to RPX Corp. for $900 Million

Consortium Includes Apple, Microsoft, BlackBerry, Ericsson and Sony



CEO and founder of RPX Corp, John Amster photographed at his office in San Francisco. *DEW KELLY FOR THE WALL STREET JOURNAL*

By **ASHBY JONES**

Updated Dec. 23, 2014 1:30 p.m. ET

In yet another sign that the smartphone-patent wars are starting to cool, Apple Inc. and a handful of other big technology companies have agreed to sell the bulk of a jointly

Case 4:13-cv-08933-YVW Document 45-1 Filed 12/13/14 Page 3 of 5

owned portfolio of telecommunications patent assets for $900 million, less than a quarter of the $4.5 billion they paid for the full portfolio four years ago.

Rockstar Consortium Inc. has agreed to sell more than 4,000 patents to San Francisco-based RPX Corp. , a patent clearinghouse that helps companies protect themselves from patent lawsuits.

The deal will put an end to several high-profile lawsuits filed by Rockstar against companies that make phones powered by the Android operating system.

The

---

### READ MORE

- Google Settlement Shows Smartphone Patent Wars Dying Down
  (http://blogs.wsj.com/digits/2014/11/20/google-settlement-shows-smartphone-patent-wars-dying-down/)
  (Nov. 20)
- Patent Wars Erupt Again in Tech Sector With Lawsuits
  (http://www.wsj.com/news/articles/SB10001424052702303661404579176151080446542) (Nov. 3)
- Nortel Patent Probe Picks Up
  (http://www.wsj.com/news/articles/SB10001424053111903635604576476430510833852) (July 30, 2011)

---

companies that make up Rockstar—Apple, Microsoft Corp. , BlackBerry Ltd. , Ericsson Inc., and Sony Corp. —won a bidding war with Google Inc. to purchase the full portfolio of about 6,000 patents in 2011 from the bankrupt Nortel Networks Inc. The companies tucked 4,000 patents into Rockstar and distributed the remaining 2,000 patents among each other.

RPX will turn around and license the patents to a separate syndicate of about 30 other technology companies that include Google and Cisco Systems Inc.

Funds from the syndicate made up much of the $900 million paid for the patents.

"Peace is breaking out," said John Amster, the chief executive of RPX. "I think people have started to realize that licensing, not litigation, is the best way to make use of patents, and this deal is a significant acknowledgment of that reality."

Mark Chandler , Cisco's general counsel, called the deal "constructive for the entire industry."

Added Erich Andersen, deputy general counsel at Microsoft: "We joined Rockstar to ensure that both Microsoft and our industry would have broad access to the Nortel patent portfolio, and we're pleased to have accomplished that goal through this sale."

12/29/2014

Case 09-10138-MFW Doc 15058-2 Filed 01/16/15 Page 13 of 24
Case 4:13-cv-08935-cw Document 45-1 Filed 12/19/14 Page 4 of 5

"It's a fair price, and a very good deal for Ericsson," said Kasim Alfalahi, the company's chief intellectual property officer.

Spokespeople for Apple, Google, Sony and BlackBerry declined to comment.

Rockstar was created in 2011 as a vehicle for its owners to reach licensing deals with other players in the telecom world.

But Rockstar's efforts to license the patents didn't go as well as initially planned. "I figured that given the price that parties were willing to pay for these patents, talks to license them would be much easier," Rockstar Chief Executive John Veschi told The Wall Street Journal in a 2013 interview.

So Rockstar turned to the courtroom. Starting late last year, Rockstar sued several companies for allegedly infringing their patents, including Google and Cisco. Last month, Rockstar settled its suits against Google and Cisco. Financial details weren't disclosed, but Cisco told investors in early November that it had recorded a pretax charge of $188 million to settle the Rockstar litigation.

As part of the deal with RPX, Rockstar will drop the remainder of its suits, which include claims against Samsung Electronics Co. , LG Electronics Inc., HTC Corp. and Huawei Technologies Co.

The settlements follow others in the long-running smartphone patent wars.

For instance, in May, Apple and Google agreed to drop all lawsuits between the two companies, and in August, Apple and Samsung agreed to end all litigation between the two companies outside the U.S. Apple and Samsung are still battling in federal court in California, where Apple has won two jury verdicts finding that Samsung infringed its designs for the iPhone.

Whether the Rockstar companies recouped its $4.5 billion investment is an open question. In the minds of some experts, the $4.5 billion figure reflected the high point of a frothy market that developed for patents in the earlier days of the smartphone industry.

The Rockstar companies squeezed more than three years of use out of the 4,000 patents, and will keep licenses going forward. The 2,000 patents they held back from Rockstar—and aren't part of the sale to RPX—were among some of the most valuable in the Nortel portfolio.

Initially, the purchase of the 6,000 Nortel patents caused anxiety at the Justice Department. A chief concern was that Apple and Microsoft, which took ownership of many patents related to wireless standards, rather than leave them with Rockstar, would use the patents to quash competition.

The Justice Department ultimately blessed the deal in 2012 after getting concessions from the companies that they would agree to license the patents on "fair, reasonable and nondiscriminatory" terms.

The deal represents a significant move for RPX, which since its founding in 2008 has offered companies a way to cut back on their exposure to patent lawsuits, especially those bought by companies that profit from creations they themselves had no hand in creating, called "patent-assertion entities" or, less flatteringly, "trolls."

RPX's nearly 200 clients pay memberships that allow them access to any of RPX's patents to defend themselves. As a matter of policy, RPX doesn't use its patents to bring lawsuits.

Before the Rockstar deal, the publicly traded RPX had invested $890 million to acquire more than 4,900 patents.

**Write to** Ashby Jones at ashby.jones@wsj.com

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

Exhibit 2



EDITION: U.S.

SIGN IN | REGISTER

Search News & Quotes

HOME    BUSINESS    MARKETS    WORLD    POLITICS    TECH    OPINION    BREAKINGVIEWS    MONEY    LIFE    PICTURES    VIDEO

# RPX buys Apple-backed Rockstar patents for $900 million

BY ANDREW CHUNG

NEW YORK | Tue Dec 23, 2014 1:33pm EST

Tweet 18    Share    71    Share this  g+1  1    Email    Print

### RELATED NEWS

RPX Corp says buys Rockstar Consortium patent assets

U.S. appeals court cuts damages Zimmer must pay Stryker

Google looks to head off U.S. antitrust lawsuit over Android

### ANALYSIS & OPINION

Europe could edge past U.S. in race to courthouse

Do Sony employees have the right to sue over data breach?

### RELATED TOPICS

Tech »

Deals »

Media »

(Reuters) - Patent risk management company RPX Corp said on Tuesday it would buy patents owned by Apple Inc and other firms for $900 million, helping to further scale back lawsuits over smartphone technology.

The sale consists of the more than 4,000 patents still owned by Rockstar Consortium, which was formed from the $4.5 billion purchase of about 6,000 Nortel Network Corp patents in 2011 following its bankruptcy.

The deal puts an end to litigation started last year by Rockstar against several handset manufacturers whose phones operate on Google Inc's Android operating system, which fiercely competes with Apple mobile products.

While the sale price is far less than what Rockstar had paid for the original 6,000 patents, the most valuable 2,000 of them had already been distributed to consortium members, RPX Chief Executive John Amster said.

The deal was partly motivated by the Rockstar owners rethinking their strategy for the patents, Amster said, noting that he expects Rockstar will cease to exist in its current form after the sale.

RPX was formed primarily to buy patents before the sellers can be sued for infringement. The sellers pay RPX a fee that it says is cheaper than the cost of fighting the patents in court.

As part of the deal, RPX also said it will license the patents to more than 30 companies,

Login or register    Latest from My Wire    patent

lawsuits filed against them by Rockstar.

Besides Apple, Rockstar also includes Microsoft Corp, Sony Corp, Blackberry and Ericsson.

"I think they were not thrilled at the litigation and thought there was a more efficient way to get fair value for the portfolio," Amster said. "It could have taken many years more of litigation to get the same value.

Ericsson said the deal was good news for the industry. Microsoft said it "demonstrates our patent system working to promote innovation." Apple, Sony, Google and Blackberry all declined to comment.

The deal is the latest to help calm the protracted smartphone legal battles. Earlier this year,

### TRENDING ON REUTERS

Oil rises to $60 per barrel, Libya fire supports    1

New York City mayor heckled, booed at police graduation    2

Indonesia says missing AirAsia plane could be at 'bottom of sea' | ▶ VIDEO    3

Taliban declare 'defeat' of U.S., allies in Afghanistan    4

Google's Gmail blocked in China    5

### Follow Reuters



Facebook    Twitter    RSS    YouTube

### RECOMMENDED VIDEO

"The Interview" streams online ahead of theatrical release

FBI warns of Islamic State threat to Mississippi River bridge

Tim Burton and Helena Bonham Carter split - People

Sony reverses course, releases "The Interview"

Apple and Google agreed to drop all lawsuits between them, and Apple and Samsung Electronics Co Ltd did the same for litigation outside of the United States.

(Editing by Ted Botha, Chizu Nomiyama, Dan Grebler and Richard Chang)

FILED UNDER:  TECH    DEALS    MEDIA

Recommend    29 people recommend this. Be the first of your friends.

Tweet this      Link this      Share this      Digg this      Email      Print      Reprints

## More From Reuters

- **RPX buys Apple-backed Rockstar patents for $900 mln** | 23 Dec
- **"The Interview" streams online ahead of theatrical release** | 23 Dec
- **YouTube, Web channels show Sony's 'The Interview' a day before theaters** | 24 Dec
- **RPX Corp says buys Rockstar Consortium patent assets** | 23 Dec
- **DuPont, Monsanto settle patent lawsuits over seed technology** | 23 Dec

Back to top

| Reuters.com | Business | Markets | World | Politics | Technology | Opinion | Money | Pictures | Videos | Site Index |
| More from Reuters | Reuters News Agency | Brand Attribution Guidelines | Delivery Options |
| Support & Contact | Support | Corrections |
| Account Information | Register | Sign In |
| Connect with Reuters | Twitter | Facebook | LinkedIn | RSS | Podcast | Newsletters | Mobile |
| About | Privacy Policy | Terms of Use | Advertise With Us | AdChoices | Copyright |

Thomson Reuters is the world's leading source of intelligent information for businesses and professionals.

| Our Flagship financial information platform incorporating Reuters Insider | An ultra-low latency infrastructure for electronic trading and data distribution | A connected approach to governance, risk and compliance | Our next generation legal research platform | Our global tax workstation |

Thomsonreuters.com
About Thomson Reuters
Investor Relations
Careers
Contact Us

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires

fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.

# Exhibit 3

12/30/2014

Case 09-10138-MFW   Doc 15058-2   Filed 01/16/15   Page 19 of 24
Case 4:13-cv-05933-CW   Document 145-4   Filed 12/31/14   Page 2 of 5

8-K 1 form8-kxentryintoamaterial.htm 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
### Pursuant to Section 13 or 15(d) of
### the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): December 22, 2014

# RPX Corporation

(Exact name of registrant as specified in its charter)

| Delaware | 001-35146 | 26-2990113 |
|---|---|---|
| (State or other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

**One Market Plaza**

**Suite 800**

**San Francisco, CA 94105**

**(Address of principal executive offices, including zip code)**

**(866) 779-7641**

(Registrant's telephone number, including area code)

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2):

☐     Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐     Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

12/30/2014

Case 09-10138-MFW   Doc 15058-9   Filed 01/16/15   Page 21 of 24
Case 4:13-cv-03963-Cw   Document 45-4   Filed 12/31/14   Page 4 of 5

**Item 1.01 Entry into a Material Definitive Agreement.**

On December 22, 2014, RPX Corporation (the "Company") and RPX Clearinghouse LLC (a wholly-owned subsidiary of the Company) entered into an Asset Purchase Agreement by and among Rockstar Consortium US LP, Rockstar Consortium LLC, Bockstar Technologies LLC, Constellation Technologies LLC, MobileStar Technologies LLC, and NetStar Technologies LLC (the "Sellers"), for the purchase of substantially all of the patent assets owned or controlled by the Sellers (the "Transaction"), as well as other ancillary agreements, including but not limited to an Escrow Agreement by and among the Sellers, Citibank, N.A., acting as escrow agent, RPX Clearinghouse LLC and the Company (the "Escrow Agreement"). RPX Clearinghouse LLC will pay the Sellers $25 million as a non-refundable deposit within two business days of the execution of the Asset Purchase Agreement and, assuming the satisfaction of the third-party funding commitments described below and the satisfaction of the closing conditions under the Asset Purchase Agreement, the Sellers will receive an additional payment of $875 million from escrow pursuant to the Escrow Agreement upon the closing of the Transaction.

RPX Clearinghouse LLC has received funding commitments for the Transaction from a syndicate of more than 30 companies including an expected contribution of approximately $35 million from the Company. Upon the closing of the Transaction, which is subject to regulatory approval and other customary conditions, syndicate participants will receive non-exclusive licenses to the patent assets included in the Transaction, and RPX Clearinghouse will make the patent assets available for license to all other interested companies under fair, reasonable, and non-discriminatory terms.

On December 23, 2014, the Company issued a press release announcing the Transaction, the full text of which is attached hereto as Exhibit 99.1 and incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits.**

**(d) Exhibits.**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release issued by RPX Corporation dated December 23, 2014 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

RPX Corporation


By:     /s/ MARTIN E. ROBERTS
        _____
        Martin E. Roberts
        General Counsel


Dated: December 23, 2014

1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

12

13

14

15

16

17

18

19

| GOOGLE INC., | CASE NO. 13-cv-5933-CW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SECOND UNOPPOSED MOTION TO STAY CASE** |
| v. | |
| ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC, | |
| Defendants. | |

20

21

22

23

24

25

26

27

28

1         All deadlines in this case are stayed until March 26, 2015.  If the case has not settled by

2    March 26, 2015, the parties will a joint statement (or, if no agreement is reached, individual

3    statements) regarding a proposed schedule for the remainder of the case.

4

5         IT IS SO ORDERED.

6

7    DATED: _____        _____

8                                        The Honorable Claudia Wilken
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 13-cv-5933-CW
[PROPOSED] ORDER GRANTING SECOND UNOPPOSED MOTION TO STAY CASE