# EXHIBIT C

# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:13-cv-05933-CW

Google Inc. v. Rockstar Consortium US LP et al
Assigned to: Hon. Claudia Wilken
Cause: 35:271 Patent Infringement

Date Filed: 12/23/2013
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Google Inc.**                    represented by **Matthew S. Warren**
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, CA 94114
+1 (415) 895-2940
Fax: +1 (415) 895-2964
Email: matt@courtpapers.warrenlex.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Kramer Verhoeven**
Quinn Emanuel Urquhart Oliver &
Hedges L
50 California Street, 22nd Floor
San Francisco, Ca 94111
415-875-6600
Email:
charlesverhoeven@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**David Eiseman , IV**
Quinn Emanuel Urquhart & Sullivan
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email:
davideiseman@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Erik Christopher Olson**
Farella Braun Martel LLP
235 Montgomery Street
San Francisco, CA 94104
415-954-4400

Email: eolson@fbm.com
*ATTORNEY TO BE NOTICED*

**Eugene Y. Mar**
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4927
Fax: (415) 954-4480
Email: emar@fbm.com
*ATTORNEY TO BE NOTICED*

**Jason L Liu**
Quinn Emanuel Urquhart and Sullivan,
LLP
50 California St. 22nd Floor
San Francisco, CA 94111
415-875-6434
Email: jasonliu@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jordan Ross Jaffe**
Quinn Emanuel et al
555 Twin Dolphin Dr
5th Fl
Redwood Shores, CA 94065
650-801-5000
Email: jordanjaffe@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Kristin J. Madigan**
Quinn Emanuel Urquhart & Sullivan
San Francisco Office
50 California Street
22nd Floor
San Francisco, CA 94104
(415) 875-6600
Fax: (415) 875-6700
Email:
kristinmadigan@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Lindsay Cooper**
Quinn Emanuel
50 California
San Francisco, CA 94111
415-875-6449
Email:
lindsaycooper@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Matthew Cannon**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6412
Email: matthewcannon@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Patrick Daniel Curran**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: patrickcurran@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Roderick Manley Thompson**
Farella Braun & Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
415-954-4400
Fax: 415-954-4480
Email: rthompson@fbm.com
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
Quinn Emanuel Urquhart Oliver & Hedges L
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Fax: (650) 801-5100
Email: victoriamaroulis@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Rockstar Consortium US LP**       represented by  **Ashley Nicole Farris Moore**
McKool Smith, PC

300 Crescent Court, Suite 1500
Dallas, TX 75201
214-978-4000
Email: amoore@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Courtland Lewis Reichman**
McKool Smith Hennigan PC.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
650-394-1401
Fax: 650-394-1422
Email: creichman@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**David Sochia**
McKool Smith PC,
300 Crescent Court
Suite 1600
Dallas, TX 75201
214-978-4909
Fax: 214-978-4044
Email: dsochia@mckoolsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas A. Cawley**
McKool Smith Hennigan
A Professional Corporation
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4000
Fax: 214-978-4044
Email: dcawley@mckoolsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Wright Budwin**
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, TX 78701
512-692-8700
Fax: 512-692-8744
Email: jbudwin@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Joshua T. Morris**
McKool Smith
1999 K Street, NW

Suite 600
Washington, DC 20006-1011
202-370-8300
Email: jmorris@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Kathy Hsinjung Li**
McKool Smith, PC
300 W. 6th Street, Suite 1700
Austin, TX 78701
512-692-8700
Email: kli@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Mike McKool**
McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4002
Email: mmckool@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Mitchell Reed Sibley**
McKool Smith P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4044
Email: msibley@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Nicholas Michael Mathews**
McKool Smith
300 Crescent Court; Ste. 1500
Dallas, TX 75201
214-978-4000
Email: nmathews@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Richard Alan Kamprath**
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
214-978-4000
Email: rkamprath@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Theodore Stevenson , III**
McKool Smith, PC

300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4000
Email: tstevenson@mckoolsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Warren Henry Lipschitz**
McKool Smith, P.C.
300 Crescent Court
Dallas, TX 75201
214-978-4000
Email: wlipschitz@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MobileStar Technologies LLC**          represented by   **Ashley Nicole Farris Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtland Lewis Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Sochia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas A. Cawley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Wright Budwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua T. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathy Hsinjung Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mike McKool**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Reed Sibley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Michael Mathews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Alan Kamprath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Stevenson , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Warren Henry Lipschitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**MobileStar Technologies LLC**   represented by **Ashley Nicole Farris Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtland Lewis Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Sochia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas A. Cawley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Wright Budwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua T. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathy Hsinjung Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mike McKool**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Reed Sibley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Michael Mathews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Alan Kamprath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Stevenson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Warren Henry Lipschitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<ins>Counter-claimant</ins>**

**Rockstar Consortium US LP**                represented by    **Ashley Nicole Farris Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtland Lewis Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Sochia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas A. Cawley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Wright Budwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua T. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathy Hsinjung Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mike McKool**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Reed Sibley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Michael Mathews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Alan Kamprath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Stevenson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Warren Henry Lipschitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Google Inc.**      represented by    **Charles Kramer Verhoeven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Eiseman , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason L Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin J. Madigan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Cannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Daniel Curran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2014 | 142 | Unopposed MOTION to Stay filed by MobileStar Technologies LLC, Rockstar Consortium US LP. Responses due by 12/5/2014. Replies due by 12/12/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Budwin, Joshua) (Filed on 11/21/2014) Modified on 11/24/2014 (cpS, COURT STAFF). (Entered: 11/21/2014) |
| 11/22/2014 | 143 | CORRECTED Unopposed MOTION to Stay filed by MobileStar Technologies LLC, Rockstar Consortium US LP. Responses due by 12/8/2014. Replies due by 12/15/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Budwin, Joshua) (Filed on 11/22/2014) Modified on 11/24/2014 (cpS, COURT STAFF). (Entered: 11/22/2014) |
| 11/25/2014 | 144 | **Order granting 143 Motion to Stay entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 11/25/2014)** |
| 12/31/2014 | 145 | Second Unopposed MOTION to Stay Case filed by MobileStar Technologies LLC, Rockstar Consortium US LP. Responses due by 1/14/2015. Replies due by 1/21/2015. (Attachments: # 1 Declaration of Joshua W. Budwin, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Budwin, Joshua) (Filed on 12/31/2014) Modified on 12/31/2014 (cpS, COURT STAFF). (Entered: 12/31/2014) |
| 01/07/2015 | 146 | **Order granting 145 Motion to Stay entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/07/2015)** |