IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE
NEW CASTLE COUNTY

I, Norris Hicks, being duly sworn, depose and say:

1. I am employed by DLS Discovery, the noticing agent for the Debtor in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On January 14, 2015 I caused a true and correct copy of the following document to be served upon the parties on the attached list by Hand Delivery and USPS First Class Mail or in the manner indicated:

**Docket Number:** 15045

**The following document(s): MONITOR AND CANADIAN DEBTORS' STATEMENT PURSUANT TO BANKRUPTCY RULE 8009 OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

**Docket Number:** 15043

**The following document(s): NOTICE OF FILING OF ITEMS DESIGNATED FOR RECORD ON APPEAL**

**Exhibits 1 - 99**

Norris Hicks _____

SWORN TO AND SUBSCRIBED before me this 14th day of January 2015.

Jeremy Luzader NOTARY PUBLIC _____



NORTEL NETWORKS INC., *et al.*
Chapter 11  09-10138
*2002 Service list*

# SERVED VIA HAND DELIVERY

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
COUNSEL FOR THE DEBTORS
ATTN: DEREK ABBOTT, ERIC SCHWARTZ AND ANN C. CORDO
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19801

BAYARD, P.A.
CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. &
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19899

CHIPMAN BROWN CICERO & COLE, LLP
COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN: WILLIAM E. CHIPMAN, JR., MARK D. OLIVERE & ANN KASHISHIAN
1007 NORTH ORANGE STREET
SUITE 1110
WILMINGTON, DE 19801

OFFICE OF THE U.S. TRUSTEE
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

DLA PIPER LLP (US)
ATTN: SELINDA A. MELNIK, TIMOTHY HOEFFNER
COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE
1201 NORTH MARKET STREET, SUITE 2100
WILMINGTON, DE 19801

PACHULSKI STANG
ATTN: LAURA DAVIS JONES, PETER J. KEANE
919 N. MARKET ST. 17TH FL.
WILMINGTON, DE 19899-8705

DUANE MORRIS LLP
MICHAEL R. LASTOWSKI, ESQ.; CHRISTOPHER WINTER
COUNSEL TO GENBAND INC.
222 DELAWARE AVENUE
SUITE 1600
WILMINGTON, DE 19801-1659

PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC
ATTN: KEVIN M. CAPUZZI
COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP
1220 N. MARKET STREET, SUITE 950
WILMINGTON, DE 19801

WHITEFORD TAYLOR & PRESTON
ATTN: CHRISTOPHER M SAMIS ESQ, L. KATHERINE GOOD
405 N. KING STREET, SUITE 500
WILMINGTON, DE 19801

NORTEL NETWORKS INC., *et al.*
Chapter 11  09-10138
2002 Service list

# SERVED VIA USPS MAIL- First Class Mail

CLEARY GOTTLIEB STEEN & HAMILTON LLP
COUNSEL FOR THE DEBTOR
ATTN: JAMES L. BROMLEY AND LISA M. SCHWEITZER
Jeffrey A. Rosenthal AND Howard S. Zelbo
ONE LIBERTY PLAZA
NEW YORK, NY 10006

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED S. HODARA ESQ.; BRIAN M. KAHN
DAVID BOTTER
ONE BRYANT PARK
NEW YORK, NY 10036

QUINN EMANUEL URQUHART & SULLIVAN, LLP
SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND
DANIEL S. HOLZMAN, ESQ.
COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

VEDDER PRICE P.C.
ATTN: MICHAEL J. RIELA
1633 BROADWAY, 47TH FL
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN: BRIAN E. O'CONNOR, SAMEER ADVANI
WESTON T. EGUCHI, ANDREW HANRAHAN
787 7TH AVE
NEW YORK, NY 10019

KATTEN MUCHIN ROSENMAN LLP
ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE
KEVIN BAUM
575 MADISON AVENUE
COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION
NEW YORK, NY 10022-2585

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE ESQ.,Atara Miller.
ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ.
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005