UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING TWENTIETH QUARTERLY FEE APPLICATION OF JOHN RAY

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Twentieth Quarterly Fee of John Ray ("Application"), for the period from August 1, 2014 through October 31, 2014, seeking approval of fees that total $34,790.00. John Ray is Principal Officer of Nortel Networks, Inc.

### Background

1. Master, Sidlow & Associates, P.A. reviewed Mr. Ray's monthly fee application and the Application, including each of the billing entries shown in the exhibit to the monthly application, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

2. Master, Sidlow & Associates, P.A. prepared and submitted a preliminary report to John Ray. No response was required as there were no questioned fees in that report. Master, Sidlow & Associates, P.A. prepared this final report and submits the following findings and recommendations to the Court.

### Discussion of Findings
### Recomputation of Fees

3. Master, Sidlow & Associates, P.A. recomputed the fees requested in the Application. The hours billed by Mr. Ray were totaled and these amounts were multiplied by his hourly rate. The recomputation of fees did not reveal any discrepancies.

### Review of Fees

4. **Firm Staffing.** The Guidelines in Section II.A.3 state that "The following information should be provided in every fee application: … (3) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under Title 11."

The application provided the name, position, and hourly rate of the applicant's professional who billed time.

Mr. Ray billed a total of 49.70 hours with associated fees of $34,790.00. His hourly billing rate is $700.00.

5. **Hourly Rate Increases.** John Ray did not increase his hourly rate during the Application period.

6. **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states "…activity descriptions…shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that the fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Master, Sidlow & Associates, P.A. found the activity descriptions in the Application to be sufficiently detailed.

7.  **Travel.** Local Rule 2016-2(d) (viii) provides "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates…" John Ray states in his interim applications that "In accordance with Local Rule 2016-2, John Ray has reduced his request for compensation for non-working travel, if, any, to 50% of his normal rate."

8.  **John Ray Retention/Compensation.** Master, Sidlow & Associates, P.A. reviewed and identified entries related to the retention and compensation of John Ray. Mr. Ray billed 5.90 hours with associated fees of $4,130.00 to prepare his fee applications, which represents approximately 12% of the total fees billed by him.

## Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Twentieth Quarterly Fee Application of John Ray and the fees requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the amount of $34,790.00 for the period from August 1, 2014 through October 31, 2014, less any interim payments received by John Ray for fees under fee applications. A summary of the fee examiner's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _/s/ Judith M. Scarborough_
Judith M. Scarborough, CPA, CVA, CFF
2002 West 14th Street
Wilmington, DE 19806
Telephone: (302) 652-3480
Facsimile: (302) 656-8778
jscarborough@mastersidlow.com

Fee Examiner

**APPENDIX A**

JOHN RAY
SUMMARY OF FINDINGS
20TH QUARTERLY FEE APPLICATION (AUGUST 1, 2014 through OCTOBER 31, 2014)

**A.** **Amounts Requested and Computed**

| | |
|---|---|
| Fees Requested | $ 34,790.00 |
| Expenses Requested | - |
| TOTAL FEES AND EXPENSES REQUESTED | $ 34,790.00 |
| Fees Computed | $ 34,790.00 |
| Expenses Computed | - |
| TOTAL FEES AND EXPENSES COMPUTED | $ 34,790.00 |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | $ - |

**B.** **Recommended Fee Allowance and Expense Reimbursement**

| | |
|---|---|
| Fees Requested | $ 34,790.00 |
| RECOMMENDED FEE ALLOWANCE | $ 34,790.00 |
| Expenses Requested | - |
| RECOMMENDED EXPENSE REIMBURSEMENT | - |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | $ 34,790.00 |