# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 20, 2015 10:00 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### *Matter:*

OMNIBUS HEARING

**R / M #:**   15,055 / 0

VACATED:  Only status conference matter scheduled, moved to 2/17/15 @ 10 am

### *Appearances:*

### *Proceedings:*

NO HEARING HELD. AGENDA ITEMS:

#1 - Objection Adjourned to 2/17/15 @ 10 am; Objection with respect to reponse Adjourned to  3/17/15 @ 10 am

#2 - Order Entered
#3 - Status Conference - Adjourned to 2/17/15 at 10 am