Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2014

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/01/14 | MDR | Prepare Omnibus Hearing Binder for J. Hoover for the December 5, 2014 Omnibus Hearing | 0.80 |
| 12/02/14 | MDR | Prepare hearing binder for J. Hoover for the December 5, 2014 Hearing (0.50); Set M. Plevin up to appear telephonically in the Dec. 5, 2014 Hearing (0.30); Locate, download, print-out and forward a copy of the Order scheduling the December 5, 2014 Hearing and requesting discovery protocol to J. Hoover (0.20) | 1.00 |
| 12/02/14 | MDR | Draft certificate of service for filing; e-file and serve the Submission | 2.30 |
| 12/03/14 | MDR | Contact CourtCall and update start time for the December 5, 2014 Hearing | 0.10 |
| 12/03/14 | MDR | Finalize the Certificate of Service of the Debtors' Submission (.3); scan and save the Affidavit of Service re the service by facsimile to WorkSite(.2) | 0.50 |
| 12/04/14 | MDR | Download copy of the Notice of Agenda of the Hearing on December 5, 2014 for R. Goodman and give instruction to same re preparing hearing binder for J. Hoover | 0.20 |
| 12/04/14 | MDR | Research details needed by CourtCall for J. Regan to attend December 5, 2014 Hearing telephonically and make arrangements for same | 0.20 |
| 12/04/14 | MDR | Assemble the hearing binder and update label of same for J. Hoover | 1.00 |
| 12/05/14 | MDR | Hearing Preparation | 0.70 |
| 12/05/14 | MDR | Convert Certificate of Service of the Debtors' Submission to a Notice of Service | 0.20 |
| 12/10/14 | MDR | Review court docket for entry of the order approving the Second Discovery Protocol and forward same to J Hoover | 0.20 |
| 12/11/14 | MDR | Revise the Notice of Service of Debtors' Submission of Proposed Protocol for Third-Party Discovery, convert, e-file and serve same | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/15/14 | MDR | Review Court Docket, download Notice of Agenda for December 16, 2014 Omnibus Hearing and Relay information to J. Hoover | 0.20 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 7.70 | $1,925.00 |
| | | | 7.70 | $1,925.00 |
| | | TOTAL: | 7.70 | $1,925.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2014

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/04/14 | LMB | Review docket and prepare and file certificate of no objection regarding BFCA monthly fee application | 0.40 |
| 12/11/14 | LMB | Prepare BFCA monthly fee application for November 2014 | 1.00 |
| 12/11/14 | MDR | Attention to time entries for fee application | 0.30 |
| 12/12/14 | JRH | Review fee application and coordinate filing | 0.50 |
| 12/12/14 | LMB | Prepare and file BFCA monthly fee application for November 2014 | 0.50 |
| 12/29/14 | KMC | Confer with J. Hoover regarding CNO to 32nd monthly fee application | 0.20 |
| 12/29/14 | LMB | Review docket regarding objections to BFCA October fee application; prepare and file CNO regarding same | 0.30 |
| 12/30/14 | MDR | Draft the Certificate of No Objection to the Monthly Fee Application (.2); review Federal Rules of Civil Procedure re objection deadlines falling on a Federal Holiday (.3); office conference with K. Capuzzi re invalidity of an objection deadline falling on a Federal holiday (.2) | 0.70 |
| 12/31/14 | JRH | Review and revise CNO | 0.20 |
| 12/31/14 | KMC | Review CNO to 33rd monthly fee application and confer with J. Hoover regarding same; confer with J. Hoover regarding objection deadline | 0.40 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 0.70 | $301.00 |
| | | | 0.70 | $301.00 |
| **ASSOCIATE** | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 0.60 | $186.00 |
| | | | 0.60 | $186.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 2.20 | $385.00 |
| MICHELLE D. RUST | (MDR) | $250.00 | 1.00 | $250.00 |
| | | | 3.20 | $635.00 |
| | | TOTAL: | 4.50 | $1,122.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2014

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/02/14 | JRH | Review draft agenda and forward to co-counsel and email to T Minnot (.3) conference call with M Cheney and follow up email with M Supko and M Plevin (.3) | 0.60 |
| 12/02/14 | JRH | Conference call with M Cheney regarding status, Review Debtor's draft submission and provide comments, emails with Crowell Morning, coordinate filing and service of submission and draft protocol, coordinate with MNAT on service issue | 1.50 |
| 12/02/14 | KMC | Review discovery protocol and submission regarding same | 0.50 |
| 12/03/14 | JRH | Review agenda and coordinate with T Minnot regarding filing | 0.30 |
| 12/04/14 | JRH | Emails with M. Supko regarding status conference, review matters for conference and coordinate with M. Rust regarding telephonic appearance | 0.40 |
| 12/05/14 | JRH | Prepare for Hearing (.5), attend and participate in Nortel status conference (1.2), revise protocol and prepare form of order approving protocol and emails with co-counsel and court (.7) | 2.40 |
| 12/10/14 | JRH | Emails with M. Supko regarding entry of order | 0.10 |
| 12/11/14 | KMC | Review and revise notice of service of second discovery protocol and confer with M. Rust regarding filing and service of same | 0.30 |
| 12/19/14 | JRH | Emails with I. Shelton, Esquire regarding status | 0.10 |
| 12/23/14 | JRH | Telephone call made to L. Misztal regarding subpoena | 0.10 |
| 12/30/14 | JRH | Attention to Whitted-Justice subpoena issues and prepare substantive email to client regarding status and additional request | 1.00 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 6.50 | $2,795.00 |
| | | | 6.50 | $2,795.00 |
| **ASSOCIATE** | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 0.80 | $248.00 |
| | | | 0.80 | $248.00 |
| | | TOTAL: | 7.30 | $3,043.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 12/02/14 | MDR | Document Reproduction 4 copies | 0.40 |
| 12/03/14 | MDR | Document Reproduction 4 copies | 0.40 |
| 12/12/14 | LMB | Document Reproduction 50 copies | 5.00 |
| 12/12/14 | LMB | Document Reproduction 125 copies | 12.50 |
| 12/18/14 | JRH | Document Reproduction 46 copies | 4.60 |
| 12/18/14 | JRH | Document Reproduction 60 copies | 6.00 |
| 12/19/14 | JRH | Document Reproduction 4 copies | 0.40 |
| 12/19/14 | JRH | Document Reproduction 212 copies | 21.20 |
| 12/30/14 | JRH | Document Reproduction 262 copies | 26.20 |
| 12/31/14 | JRH | Document Reproduction 296 copies | 29.60 |

TOTAL: $106.30

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 12/12/14 | LMB | FedEx 12/12/14 Lisa Behra to Thomas P. Tinker E | 13.14 |
| 12/12/14 | LMB | FedEx 12/12/14 Lisa Behra to Mark Collins Chris | 13.14 |
| 12/12/14 | LMB | FedEx 12/12/14 Lisa Behra to Fred S. Hodara Esq | 13.14 |
| 12/12/14 | LMB | FedEx 12/12/14 Lisa Behra to Derek Abbott Eric | 13.14 |
| | | TOTAL: | $52.56 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/03/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 6 PAGES | 0.50 |
| 11/03/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |
| 11/03/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 8 PAGES | 0.60 |
| 11/03/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 1 PAGES | 0.10 |
| 11/03/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 9 PAGES | 0.70 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 14 PAGES | 1.10 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 12 PAGES | 1.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 5 PAGES | 0.40 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 25 PAGES | 2.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER NOVEMBER 2014 38 PAGES | 3.00 |

| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 2 PAGES | 0.20 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 6 PAGES | 0.50 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 2 PAGES | 0.20 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 2 PAGES | 0.20 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 2 PAGES | 0.20 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 24 PAGES | 1.90 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 8 PAGES | 0.60 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 6 PAGES | 0.50 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 21 PAGES | 1.70 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 20 PAGES | 1.60 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 24 PAGES | 1.90 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 6 PAGES | 0.50 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 14 PAGES | 1.10 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 4 PAGES | 0.30 |

```
11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    0.30
                    NOVEMBER 2014 4 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    1.00
                    NOVEMBER 2014 12 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    0.30
                    NOVEMBER 2014 4 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    1.20
                    NOVEMBER 2014 15 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    3.00
                    NOVEMBER 2014 38 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    3.00
                    NOVEMBER 2014 38 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    3.00
                    NOVEMBER 2014 38 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    1.50
                    NOVEMBER 2014 19 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    2.40
                    NOVEMBER 2014 30 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    2.30
                    NOVEMBER 2014 29 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    2.30
                    NOVEMBER 2014 29 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    1.40
                    NOVEMBER 2014 18 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    3.00
                    NOVEMBER 2014 38 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    2.30
                    NOVEMBER 2014 29 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    3.00
                    NOVEMBER 2014 38 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    3.00
                    NOVEMBER 2014 38 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    3.00
                    NOVEMBER 2014 38 PAGES

11/04/14   XXX      Court Case Mgmt charges-Pacer PACER                    3.00
                    NOVEMBER 2014 38 PAGES
```

| | | | |
|---|---|---|---:|
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 20 PAGES | 1.60 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 12 PAGES | 1.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 11 PAGES | 0.90 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 28 PAGES | 2.20 |
| 11/04/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 15 PAGES | 1.20 |
| 11/06/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 18 PAGES | 1.40 |
| 11/06/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 5 PAGES | 0.40 |
| 11/06/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 38 PAGES | 3.00 |
| 11/06/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 28 PAGES | 2.20 |
| 11/06/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>NOVEMBER 2014 4 PAGES | 0.30 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>DECEMBER 2014 9 PAGES | 0.70 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>DECEMBER 2014 16 PAGES | 1.30 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>DECEMBER 2014 38 PAGES | 3.00 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER<br>DECEMBER 2014 38 PAGES | 3.00 |

| | | | |
|---|---|---|---:|
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 10 PAGES | 0.80 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 11 PAGES | 0.90 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 2 PAGES | 0.20 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 10 PAGES | 0.80 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 4 PAGES | 0.30 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 26 PAGES | 2.10 |
| 12/02/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 6 PAGES | 0.50 |
| 12/04/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 38 PAGES | 3.00 |
| 12/04/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 2 PAGES | 0.20 |
| 12/04/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 4 PAGES | 0.30 |
| 12/04/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 4 PAGES | 0.30 |
| 12/04/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 38 PAGES | 3.00 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 19 PAGES | 1.50 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 5 PAGES | 0.40 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 38 PAGES | 3.00 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 12 PAGES | 1.00 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 5 PAGES | 0.40 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 1 PAGES | 0.10 |

| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 38 PAGES | 3.00 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 10 PAGES | 0.80 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 6 PAGES | 0.50 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 4 PAGES | 0.30 |
| 12/05/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 15 PAGES | 1.20 |
| 12/11/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 4 PAGES | 0.30 |
| 12/29/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 38 PAGES | 3.00 |
| 12/29/14 | XXX | Court Case Mgmt charges-Pacer PACER DECEMBER 2014 2 PAGES | 0.20 |

TOTAL:         $158.10

**Meals**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 12/24/14 | JRH | Meals - Vendor: PNC BANK   FOOD REF. TO HEARING NOV6-7 | 223.90 |
| | | TOTAL: | $223.90 |