# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., et al., | ) Case No. 09-10138 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, Esquire, hereby certify that on January 21, 2015, a true and correct copy of the foregoing document was served via overnight delivery or United States Mail, postage prepaid, upon all parties on the attached list.

Dated: January 21, 2015

                                       **BENESCH, FRIEDLANDER, COPLAN**
                                         **& ARONOFF LLP**

                  By:   */s/ Jennifer R. Hoover*
                            Jennifer R. Hoover, Esquire (No. 5111)
                            222 Delaware Avenue, Suite 801
                            Wilmington, DE  19801
                            Telephone:  (302) 442-7006
                            Facsimile:  (302) 442-7012
                            jhoover@beneschlaw.com

                            *Special Litigation Counsel to the Debtors*

8415462 v1

| | |
|---|---|
| Thomas P. Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE  19801-3519<br>*Via Overnight Delivery* | Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>*Via Overnight Delivery* |
| Nortel Networks, Inc.<br>Attn:  Accounts Payable<br>P.O. Box 13010<br>RTP, NC  27709<br>*Via United States Mail* | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036<br>*Via Overnight Delivery* |
| Derek C. Abbott<br>Eric D. Schwartz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>21st Floor<br>PO Box 1347<br>Wilmington, DE  19801<br>*Via Overnight Delivery* | Judith Scarborough<br>Master, Sidlow & Associates, P.A.<br>2002 West 14th Street<br>Wilmington, DE  19806<br>jscarborough@mastersidlow.com<br>*Via email* |
| Mark Kinney<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE  19801-3519<br>Mark.Kenney@usdoj.gov<br>*Via email* | |