# EXHIBIT A

# NORTEL NETWORKS INC., *et al*.
# CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 14699] | 8/1/14 - 8/31/14 | CDN$293,357.50 (Fees) CDN$5,526.02 (Expenses) | CDN$234,686.00 (Fees @ 80%) CDN$5,526.02 (Expenses @ 100%) | 11/4/14 | 11/26/14 |