

Jennifer R. Hoover
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801-1611
Direct Dial: 302.442.7006
Fax: 302.442.7012
jhoover@beneschlaw.com

January 22, 2015

<u>Via CM/ECF and Hand Delivery</u>
The Honorable Kevin Gross
United States Bankruptcy Court for the
District of Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801

Re:   *In re Nortel Networks Inc., et al.*, Case No. 09-10138 (KG) (Jointly Administered)

Dear Judge Gross:

This firm, together with Crowell & Moring LLP, represent the Debtors in the above-captioned case. On December 8, 2014, the Court entered the Order Approving Second Discovery Protocol in Connection with Order Extending Automatic Stay and Regulating Third Part Discovery [D.I. 14906]. Pursuant to paragraph 2 of the Second Discovery Protocol, the Debtors hereby submit a copy of the Discovery Mediator's Retention Agreement, attached hereto as <u>Exhibit A</u>, for the Court's records.

Counsel is available at the Court's convenience if Your Honor has any questions.

Respectfully,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

Jennifer R. Hoover

JRH:ds
cc: All counsel of record (via CM/ECF)