IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> Nortel Networks Inc., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br> Jointly Administered <br><br> Re: D.I. 14746, 14535, 14906, 15019 |

**CISCO'S RESPONSE TO MOTION OF THIRD PARTY ROCKSTAR
FOR PARTIAL STAY OF DISCOVERY PROTOCOL**

**I.   INTRODUCTION**

1. Rockstar Consortium US LP ("Rockstar") moves the Court for entry of an order partially staying certain aspects of the December 8, 2014 Second Discovery Protocol, specifically, Paragraph 5 that presently applies to Rockstar as the "Patent Owning Party" (hereinafter "the Motion To Stay"). Rockstar seeks a stay while the pending settlement agreements between Rockstar, Cisco, and other parties are finalized. Although Cisco Systems, Inc. ("Cisco") generally does not oppose the Motion To Stay, Cisco is currently involved in a litigation involving eleven (11) former Nortel patents. This litigation is not subject to a stay pending finalization of settlement agreements between Rockstar and Cisco, and materials in Nortel Networks Inc.'s ("Nortel") possession are likely to be highly relevant to Cisco's defenses. To those ends, Cisco and Nortel have agreed that, notwithstanding the stay, Nortel will provide Cisco with discovery in connection with the ongoing litigation involving the eleven former Nortel patents. As such, Cisco reserves all rights to enforce its discovery agreement with Nortel or, if necessary, to seek to lift the stay for further proceedings.

## II. FACTUAL BACKGROUND

2. As the Court is aware, Cisco anticipated serving a subpoena on Nortel in *Bockstar Technologies LLC v. Cisco Sys., Inc.*, 13-cv-02020 (D. Del.). That case is currently stayed pending regulatory approval of a patent acquisition that will result in settlement of the case.

3. Cisco is separately involved in a patent litigation with Spherix Incorporated ("Spherix") and its wholly owned subsidiary NNPT, LLC (hereinafter "Spherix Litigation"). Ex. A (First Amended Complaint in *Spherix Inc. v. Cisco Systems, Inc.*, 1:14-cv-00393-SLR (D. Del.)). The Spherix Litigation involves eleven former Nortel patents that were acquired by Rockstar and allegedly acquired by Spherix; five of those patents were allegedly subsequently transferred to Spherix's wholly-owned subsidiary NNPT, LLC. *Id.* ¶¶ 8-9 (Complaint from Spherix Litigation).

4. Discovery has not yet begun in the Spherix Litigation, and no schedule has been set by the Court. When discovery does commence, however, Cisco anticipates that discovery from Nortel will be relevant to numerous issues. Cisco has already formally requested that Nortel provide relevant materials to Cisco for use in the Spherix Litigation, and Nortel has already agreed to comply with this request. Ex. B (correspondence between Cisco and Nortel).

## III. RESPONSE TO RELIEF REQUESTED

5. Rockstar seeks an Order staying Paragraph 5 of the Second Discovery Protocol, which presently applies to Rockstar as the current Patent Owning Party. D.I. 15019 ¶ 9. Rockstar contends that once the settlement agreements with Cisco and others are finalized, Rockstar will cease to be the Patent Owning Party as defined in the Second Discovery Protocol. More precisely, according to Rockstar, as part of the finalization of the settlement agreements, third party RPX Clearinghouse LLC ("RPX") will acquire Rockstar's interest in Nortel patents. Rockstar further states that once that transaction receives regulatory approval and closes, RPX

will become the Patent Owning Party with all the rights and obligations pursuant to this Court's earlier discovery orders. *Id.* Rockstar contends that enforcing Paragraph 5 at this time places Rockstar in an "untenable" position of having to review and assert or waive privilege over documents related to assets it has agreed to transfer to RPX. *Id.* ¶ 11.

6.    Cisco, unlike other parties involved in litigations with Rockstar, is a defendant in a litigation involving Nortel patents that is not subject to a stay pending finalization of the RPX transaction—*i.e.*, the Spherix Litigation—and which involves patents originating with Nortel. Accordingly, materials in Nortel's possession are likely to be highly relevant to Cisco's defenses. As such, Cisco is pursuing discovery from Nortel regarding the patents at issue in the Spherix Litigation. As mentioned above, Cisco has already formally requested that Nortel provide relevant materials to Cisco for use in the Spherix Litigation, and Nortel agreed to comply with this request. As such, Cisco does not object to Rockstar's request for stay, but reserves all rights to enforce its discovery agreement or, if necessary, seek to lift the stay for further proceedings.

DATED: January 23, 2015

KIRKLAND & ELLIS LLP

Michael W. De Vries
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: michael.devries@kirkland.com

Jared D. Edgar
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

BIFFERATO LLC

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (No. 3273)
J. Zachary Haupt (No. 5344)
800 N. King Street, First Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Facsimile: (302) 792-7470
Email: cbifferato@bifferato.com

Email: jared.edgar@kirkland.com

DESMARAIS LLP

John M. Desmarais
Jonas R. McDavit
Dustin F. Guzior
230 Park Avenue
New York, New York 10169
Phone: (212) 351-3400
Facsimile: (212) 351-3401
Email: dguzior@desmaraisllp.com