# EXHIBIT B

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104

Jared D. Edgar
To Call Writer Directly:
(415) 439-1995
jared.edgar@kirkland.com

(415) 439-1400

www.kirkland.com

Facsimile:
(415) 439-1500

December 4, 2014

**Via Email**

Mark M. Supko
CROWELL &MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
msupko@crowell.com

      Re:    *Discovery Re Nortel Networks Inc.*

Mark:

      I am writing to formally request that Nortel Networks Inc. ("Nortel") provide Cisco Systems, Inc. ("Cisco") with certain materials related to the patents that Nortel and its affiliates transferred to Rockstar Bidco, LP under the 2011 Asset Sale Agreement, for use in connection with the ongoing patent litigation between Cisco and Spherix Inc. (*Spherix Inc. and NNPT, LLC v. Cisco Systems, Inc.*, No. 1:14-cv-00393-SLR and any related cases) ("Spherix Litigation"). In particular, we understand that Nortel agreed to provide the following materials to Cisco for use in litigations involving former Nortel patents, which includes the Spherix Litigation:

1. A set of approximately 1,850 bankruptcy allocation trial exhibits, which we understand have already been produced to Time Warner and Google;

2. Nortel bankruptcy allocation trial deposition transcripts for the six individuals specified in the proposed Second Discovery Protocol, which was filed with the bankruptcy court on December 2, 2014 (the "SDP");

3. Two bid evaluation documents that Nortel has located to date;

4. Search results from the application of the Common Search Terms – identified on Exhibit 1 to the SDP – to the Data Repositories, as defined in the SDP, which we understand have already been provided to Time Warner and Google; and

5. Search results from the application of case-specific search terms – to be provided by Cisco – to the Data Repositories.

# KIRKLAND & ELLIS LLP

Mark Supko
December 4, 2014
Page 2

      During our meet and confer on November 25, 2014, you confirmed that Nortel agrees that those materials will be provided to Cisco in the Spherix Litigation. With respect to items 4 and 5 above, we will proceed with next steps, as specified in the SDP, once we have the search results. As provided in Paragraph 11 of the SDP, we understand that the SDP will not affect or limit in any way Nortel's agreement to provide the aforementioned discovery to Cisco for use in the Spherix Litigation.

      Please confirm Nortel's agreement to provide the above materials to Cisco for use in the Spherix Litigation and please let us know a date certain by which those materials will be produced. Also, with respect to item number 5 above, we plan to follow up with Nortel shortly with a proposed list of case-specific search terms.

      Regards,

      */s/ Jared Edgar*

      Jared Edgar

1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



**Mark M. Supko**
**(202) 624-2734**
msupko@crowell.com

105185.0000198

December 8, 2014

<u>By Email</u>

Jared D. Edgar
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
jared.edgar@kirkland.com

Re:  <u>Third-Party Discovery of Nortel Networks Inc.</u>

Dear Jared:

I am writing in response to your letter dated December 4, 2014 requesting that Nortel Networks Inc. ("NNI") produce certain information to Cisco Systems, Inc. ("Cisco") in connection with the litigation styled *Spherix Inc. et al. v. Cisco Systems, Inc.*, No. 1:14-cv-00393-SLR (D. Del.).

Once the Delaware Bankruptcy Court enters the Second Discovery Protocol, we will initiate production of the documents described in items 1-3 of your letter. Regarding item 4, the hit counts for the Common Search Terms are attached. Finally, regarding item 5, we will wait to receive your proposed case-specific search terms

Sincerely,

*Mark Supko*

Mark Supko

Attachment

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  New York  ▪  San Francisco  ▪  Los Angeles  ▪  Orange County  ▪  Anchorage  ▪  London  ▪  Brussels