## CERTIFICATE OF SERVICE

I, Ian Connor Bifferato, do hereby certify that on this 23rd day of January, 2015, a copy of the foregoing **Cisco's Response to Motion of Third Party Rockstar for Partial Stay of Discovery Protocol** was caused to be served on the following parties via CM/ECF:

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Lisa M. Schweitzer
David H. Herrington
Inna Rozenberg
One Liberty Plaza
New York, NY 10006

CROWELL & MORING LLP
Mark D. Plevin
Mark S. Supko
James J. Regan
Matthew W. Cheney
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

MORRIS, NICHOLS, ARHST
& TUNNEL LLP
Derek C. Abbott
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
Jennifer R. Hoover
Michael J. Barrie
222 Delaware Ave, Suite 801
Wilmington, DE 19801

Office of the U.S. Trustee
Mark S. Kenney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

FARNAN LLP
Joseph J. Farnan, Jr.
Brian E. Farnan
Michael J. Farnan
919 North Market Street, 12th Floor
Wilmington, DE 19801

FRIEDLANDER & GORRIS, P.A.
Jeffrey M. Gorris
Benjamin P. Chapple
222 Delaware Ave., Suite 1400
Wilmington, DE 19801

IRELL & MANELLA LLP
Ellisen S. Turner
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Robert B. Wilson
Patrick D. Curran
Michelle Ernst
51 Madison Avenue, 22nd Floor
New York, New York 10010

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Victoria F. Maroulis
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven
Daivd Eiseman
David A. Perlson
Sean Pak
Kristin J. Madigan
Matthew D. Cannon
Sam Stake
50 California Street, 22nd Floor
San Francisco, California 94111

/s/ Ian Connor Bifferato
Ian Connor Bifferato