# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 0.70 | $795.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 31.60 | $15,140.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 2.20 | $1,555.00 |
| Retention of Professionals | 1.00 | $1,150.00 |
| Creditors' Committee Meetings | 97.60 | $75,723.00 |
| Court Hearings | 105.60 | $90,000.00 |
| Financial Reports and Analysis | 2.80 | $1,841.00 |
| General Claims Analysis/Claims Objections | 176.80 | $100,015.00 |
| Canadian Proceedings/Matters | 7.10 | $6,236.50 |
| Lift Stay Litigation | 14.10 | $12,052.50 |
| Tax Issues | 25.50 | $20,195.50 |
| Travel (billed at 50% of actual time) | 8.55 | $7,170.00 |
| Intercompany Analysis | 36.00 | $32,100.00 |
| **TOTAL** | **509.55** | **$363,973.50** |



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1580240 |
| ATTN: JOHN DOLITTLE | Invoice Date 01/20/15 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/14 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.70 | $795.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 31.60 | $15,140.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.20 | $1,555.00 |
| 0006 | Retention of Professionals | 1.00 | $1,150.00 |
| 0007 | Creditors Committee Meetings | 97.60 | $75,723.00 |
| 0008 | Court Hearings | 105.60 | $90,000.00 |
| 0009 | Financial Reports and Analysis | 2.80 | $1,841.00 |
| 0012 | General Claims Analysis/Claims Objections | 176.80 | $100,015.00 |
| 0014 | Canadian Proceedings/Matters | 7.10 | $6,236.50 |
| 0016 | Lift Stay Litigation | 14.10 | $12,052.50 |
| 0018 | Tax Issues | 25.50 | $20,195.50 |
| 0025 | Travel | 8.55 | $7,170.00 |
| 0029 | Intercompany Analysis | 36.00 | $32,100.00 |
| | TOTAL | 509.55 | $363,973.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                    Page 2
Invoice Number: 1580240                                                              January 20, 2015

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/19/14 | DHB | 0002 | Review notice of appearance and emails re same. | 0.10 |
| 11/20/14 | FSH | 0002 | Respond to inquiry of creditor re status. | 0.20 |
| 11/25/14 | FSH | 0002 | Respond to calls of creditors re status. | 0.40 |
| 11/05/14 | MCF | 0003 | Review October prebill for confidentiality and privilege. | 1.10 |
| 11/06/14 | MCF | 0003 | Review September prebill for confidentiality and privilege. | 1.90 |
| 11/06/14 | RAW | 0003 | Review expenses for privilege and confidentiality (2.1); communications with J. Lee and L. Jackson re: same (.2). | 2.30 |
| 11/07/14 | FSH | 0003 | Review pre-bill for September. | 0.40 |
| 11/07/14 | MCF | 0003 | Review September prebill for confidentiality and privilege (2.4); review October schedules (.8) and draft October fee application (1.4). | 4.60 |
| 11/07/14 | RAW | 0003 | Review expenses for privilege and confidentiality (.9); communications re: same with M. Fagen (.1) and J. Lee (.1). | 1.10 |
| 11/10/14 | MCF | 0003 | Review October prebill for confidentiality and privilege (1.4); continue drafting September fee application (1.2). | 2.60 |
| 11/10/14 | RAW | 0003 | Emails re: expense details with J. Moore (.2) and N. Stabile (.1), and call with N. Stabile re: same (.1) and emails re prebill with N. Kunen, L. Jackson, M. Fagen (.1). | 0.50 |
| 11/11/14 | FSH | 0003 | Examine draft interim fee order. | 0.10 |
| 11/11/14 | MCF | 0003 | Review October prebill for confidentiality and privilege. | 1.10 |
| 11/12/14 | MCF | 0003 | Review October prebill for confidentiality and privilege. | 0.90 |
| 11/13/14 | PJS | 0003 | Review and prepare documents re fee application. | 1.90 |
| 11/13/14 | MCF | 0003 | Revise September fee application (.3) and prepare same for F. Hodara review (.4); continue to revise October prebill for privilege and confidentiality (.6). | 1.30 |
| 11/15/14 | FSH | 0003 | Review and comment on September fee app. | 0.50 |
| 11/15/14 | MCF | 0003 | Email with F. Hodara re September fee application. | 0.10 |
| 11/18/14 | PJS | 0003 | Review and prepare documents re fee application. | 4.90 |
| 11/18/14 | MCF | 0003 | Review October schedules (.9); begin drafting October fee application (1.4); emails with C. Samis re September fee application (.2). | 2.50 |
| 11/19/14 | BMK | 0003 | Review and comment on Oct Fee app | 0.30 |
| 11/19/14 | MCF | 0003 | Revise and assemble October fee application for B. Kahn review (.9); edit same (.1) and email to F. Hodara re same (.3). | 1.30 |
| 11/20/14 | FSH | 0003 | Work on monthly fee app and provide comments to M. Fagen. | 0.50 |
| 11/20/14 | MCF | 0003 | Emails with F. Hodara re October fee application (.2); revise same (.4) and assemble for filing (.3); send to C. Samis re same (.1) and emails with accounting (.1). | 1.10 |
| 11/21/14 | MCF | 0003 | Draft interim fee application. | 0.50 |
| 11/24/14 | FSH | 0003 | Review and execute interim fee application. | 0.10 |
| 11/06/14 | FSH | 0004 | Examine fee applications and examiner reports of various parties. | 0.40 |
| 11/10/14 | FSH | 0004 | Examine fee application. | 0.10 |
| 11/24/14 | FSH | 0004 | Review fee applications. | 0.20 |
| 11/24/14 | MCF | 0004 | Review Capstone monthly fee application (.3) and emails with J. Hyland re same (.1). | 0.40 |
| 11/25/14 | MCF | 0004 | Review Capstone interim fee application (.3) and emails with J. Hyland re same and October fee application (.2) and fee examiner schedules (.1); emails with Ashurst re fee applications (.2) and coordinate with local counsel re same (.2). | 1.00 |
| 11/26/14 | MCF | 0004 | Email C. Samis re Ashurst interim fee application. | 0.10 |
| 11/04/14 | FSH | 0006 | Communications re Delaware counsel w/ RLF, D. Golden, A. Qureshi. | 0.40 |
| 11/05/14 | FSH | 0006 | Communications w/ RLF, D. Botter, B. Kahn, M. Fagen, Committee members re counsel issue. | 0.30 |
| 11/06/14 | FSH | 0006 | Communications RLF, M. Fagen, B. Kahn re transition and application. | 0.30 |
| 11/05/14 | FSH | 0007 | Communications w/ M. Fagen, D. Botter A. Qureshi, B. Kahn re agenda and issues for Committee meeting. | 0.40 |
| 11/05/14 | DHB | 0007 | Email communications re Committee meeting and next steps (.2); | 0.40 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | review agenda and emails re same (.1) (.1). | |
| 11/05/14 | BMK | 0007 | Prepare for committee call (1.1) and emails with M. Fagen and team re same (.2). | 1.30 |
| 11/05/14 | MCF | 0007 | Draft agenda (.2) and minutes (.2) for Committee call. Emails with B. Kahn (.1) and F. Hodara (.1) re same. Send same to Committee (.1). | 0.70 |
| 11/05/14 | RAW | 0007 | Prepare for committee call (.2) and review correspondence re: same (.3). | 0.50 |
| 11/06/14 | FSH | 0007 | Prep for committee meeting (.2). Attend same (1.2) and meet with D. Botter, B. Kahn, A. Qureshi, R. Wirakesuma, A. Evans and M. Fagen to follow up (.4); review minutes (.1) and email re Committee member personnel (.1). | 2.00 |
| 11/06/14 | RAJ | 0007 | Call with Committee re developments (1.2); post-call meeting with Committee advisors (.4). | 1.60 |
| 11/06/14 | AQ | 0007 | Participate in Committee call (1.2); follow-up meeting with team (.4). | 1.60 |
| 11/06/14 | DHB | 0007 | Prepare for Committee call (.7); attend same (1.2) and follow-up meeting (.4). | 2.30 |
| 11/06/14 | BMK | 0007 | Prepare for committee call (0.6); attend committee call (1.2); follow up to same (0.4) | 2.20 |
| 11/06/14 | MCF | 0007 | Prepare for (.3) and participate in (1.2) Committee call and post call (.4). | 1.90 |
| 11/06/14 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, M. Fagen, R. Wirakesuma (1.2); post-call discussion (.4). | 1.60 |
| 11/06/14 | RAW | 0007 | Prepare for (.1) and attend committee call (1.2) and follow up to same (.4). | 1.70 |
| 11/11/14 | FSH | 0007 | Communications w/ BK re agenda for upcoming meeting (.3) and commence analysis re same (.4). Provide comments (.3). | 1.00 |
| 11/11/14 | AQ | 0007 | Review and edit agenda for in-person meeting (.1); emails re same (.1). | 0.20 |
| 11/11/14 | DHB | 0007 | Review agenda for in-person Committee meeting (.1) and emails re same (.1). | 0.20 |
| 11/11/14 | BMK | 0007 | Work on agenda for in-person committee mtg. | 0.70 |
| 11/12/14 | FSH | 0007 | Further communications w/ B. Kahn, D. Botter re agenda (.1) and analyze issues for upcoming Committee meeting (.2). Review draft Committee call minutes (.1). | 0.40 |
| 11/12/14 | DHB | 0007 | Review agenda for Committee meeting (.2) and emails re presentation (.1). | 0.30 |
| 11/12/14 | BMK | 0007 | Prepare draft agenda for in-person committee meeting | 0.60 |
| 11/12/14 | MCF | 0007 | Draft agenda for Committee call (.2) and minutes (.2) and Committee consent (.2); emails with B. Kahn re same (.1) and emails with FR team re same and presentations (.2); revise same (.2) and send same to Committee (.2). | 1.30 |
| 11/12/14 | RAW | 0007 | Update committee call sheet (.3); emails re: same with M. Fagen (.1). Prepare for committee call (.2). | 0.60 |
| 11/13/14 | FSH | 0007 | Communications w/ B. Kahn, D. Botter, C. Samis re Committee issues (.2). Communications re Committee meeting, follow-up (.3). | 0.50 |
| 11/13/14 | RAJ | 0007 | Participate in Committee call. | 0.30 |
| 11/13/14 | DHB | 0007 | Prepare for Committee call (.2); attend same (.3). | 0.50 |
| 11/13/14 | BMK | 0007 | Prepare for committee call (0.2); participate in committee call (.3) | 0.50 |
| 11/13/14 | JYY | 0007 | Reviewing Committee call summary from R. Wirakesuma. | 0.20 |
| 11/13/14 | MCF | 0007 | Prepare for Committee call (.3); participate in same (.3). | 0.60 |
| 11/13/14 | AME | 0007 | Review summary of Committee Call. | 0.10 |
| 11/13/14 | RAW | 0007 | Prepare for committee call (.2); attend same (.3); summarize call for F. Hodara and J. Yecies (1.1). | 1.60 |
| 11/14/14 | DHB | 0007 | Telephone call with Capstone re presentation for in-person Committee meeting. | 0.20 |
| 11/18/14 | FSH | 0007 | Communications w/ D. Botter re upcoming committee meeting (.1). | 0.20 |

| <u>Date</u> | <u>Tkpr</u> | <u>Task</u> | | <u>Hours</u> |
|------|------|------|------|------|
| | | | Work on agenda for same (.1). | |
| 11/19/14 | BMK | 0007 | Review Capstone materials for upcoming committee meeting | 0.80 |
| 11/20/14 | MCF | 0007 | Review Capstone presentation for in-person committee meeting (.9) and emails with team and Capstone re same (.2). | 1.10 |
| 11/21/14 | FSH | 0007 | Meeting w/ Capstone, D. Botter, B. Kahn, A. Qureshi, K. Rowe, M. Fagen R. Wirakesuma re same and related issues (2.0). Communications w/ D. Botter, A. Qureshi, B. Kahn re upcoming meeting (.3). Meet w/ M. Fagen re agenda (.1). Communications re allocation deck w/ Capstone, K. Rowe, D. Botter (.3). Review and comment on revised version (.9). Examine further revised version (.5). | 4.10 |
| 11/21/14 | RAJ | 0007 | Review Capstone analysis of recovery scenarios (.5); emails among Akin, Capstone re same (.2); meeting with Capstone and Akin teams re recovery scenarios (2.0). | 2.70 |
| 11/21/14 | AQ | 0007 | Review and analyze tax insert for UCC presentation (.2). Meet with Capstone re preparation for in-person committee meeting (partial) (.9). Review and edit decks for committee meeting (1.1, .3). | 2.50 |
| 11/21/14 | DHB | 0007 | Further review and extensive comments re Capstone deck (1.2); conference with team re same (partial) (.5). | 1.70 |
| 11/21/14 | BMK | 0007 | Attend portion of meeting to prepare for in-person committee meeting (0.5); review materials for same (0.7) | 1.20 |
| 11/21/14 | JYY | 0007 | Emails with A. Evans regarding Committee meeting. | 0.10 |
| 11/21/14 | KMR | 0007 | Participated in meeting in preparation for committee meeting (partial) (1.8).  Work on tax update slides for Committee meeting (2.5). | 4.30 |
| 11/21/14 | MCF | 0007 | Review Capstone recovery presentation re Committee call (.7, .5) and emails with team re same (.4); meet with team re same (2.0); revise tax presentation re Committee call (1.2), confer with R. Wirakesuma (.1) and emails with K. Rowe (.2) re same. Revise agenda for Committee meeting (.1); confer with F. Hodara re same (.1) and draft email to Committee re same (.4) and prepare for in-person Committee meeting (.6). | 6.30 |
| 11/21/14 | RAW | 0007 | Prep for meeting re: in-person committee meeting (.3); review Capstone deck (.4); attend same (2.0); revise tax presentation to committee (1.8); communications with M. Fagen (.1), K. Rowe (.1) re: same. | 4.70 |
| 11/22/14 | RAJ | 0007 | Review and comment on K. Rowe draft slides for Committee presentation (.5); emails re same (.2). | 0.70 |
| 11/22/14 | DHB | 0007 | Email communications and review of documents in preparation for Committee meeting (.5); review Capstone presentation changes (.4). | 0.90 |
| 11/22/14 | KMR | 0007 | Work on tax slides for Committee meeting. | 2.30 |
| 11/22/14 | MCF | 0007 | Work on tax deck for Committee meeting (1.2) and email with team re same (.5). | 1.70 |
| 11/22/14 | RAW | 0007 | Correspondence re: presentation materials for in-person committee meeting w/ R. Johnson, M. Fagen, K. Rowe, etc. | 0.20 |
| 11/23/14 | FSH | 0007 | Analyze and comment on tax deck for Committee meeting (.4). Communications w/ K. Rowe, M. Fagen, D. Botter re same (.2). Review revisions (.1).  Communications w/ D. Botter, B. Kahn, M. Fagen, A. Qureshi re upcoming committee meeting (.3). Review preparations for same (.3). Review and comment on revised Capstone deck (.4). Communications re same w/ Capstone (.2). | 1.90 |
| 11/23/14 | AQ | 0007 | Prepare outline re mediation and arbitration issues for UCC meeting (.6); review emails re meeting (.2). Review and analyze emails re preparation for in-person UCC meeting (.2). Review and analyze revised Capstone deck for UCC meeting (.4). | 1.40 |
| 11/23/14 | DHB | 0007 | Further review of Capstone deck for UCC meeting (.5).  Review tax deck for Committee meeting (.4); emails re same (.1) (.1). | 1.10 |
| 11/23/14 | KMR | 0007 | Work on tax slides for Committee meeting. | 1.50 |
| 11/23/14 | MCF | 0007 | Finalize decks for Committee meeting and transmit same to Committee (2.4); emails re same (.5); prepare for next day Committee meeting (.5). | 3.40 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/23/14 | RAW | 0007 | Emails with F. Hodara and A. Qureshi re: in-person committee meeting. | 0.20 |
| 11/24/14 | FSH | 0007 | Final preparation for in-person Committee meeting including communications w/ M. Fagen, B. Kahn, D. Botter, C. Kearns, review of documents, preparation of outline (.9). Attend same (2.8). Further meeting w/ Committee members and advisors re issues raised at meeting (.8). Follow-up from meeting (.3). | 4.80 |
| 11/24/14 | AQ | 0007 | Communicate with Cassels to prepare for Committee meeting (.2); attend in-person committee meeting (2.8). | 3.00 |
| 11/24/14 | DHB | 0007 | Prepare for Committee meeting (1.4); attend same (2.8). | 4.20 |
| 11/24/14 | BMK | 0007 | Prepare for in-person committee meeting (0.3); attend in-person committee meeting (2.8). | 3.10 |
| 11/24/14 | JYY | 0007 | Reviewing summary of Committee meeting from M. Fagen. | 0.10 |
| 11/24/14 | KMR | 0007 | Attended portion of committee meeting (2.5).  Continued review of tax update slides for Committee meeting (1.6). | 4.10 |
| 11/24/14 | MCF | 0007 | Prepare for (2.2) and participate in (2.8) in-person Committee meeting telephonically. | 5.00 |
| 11/24/14 | RAW | 0007 | Review summary of in-person committee meeting | 0.30 |
| 11/02/14 | FSH | 0008 | Continue preparation for hearing, outlines. | 1.40 |
| 11/02/14 | DHB | 0008 | Prepare for hearing. | 1.20 |
| 11/03/14 | DHB | 0008 | Continue preparation for hearing, including review of all pleadings and exhibits (2.5); review Monitor demonstrative (.8). | 3.30 |
| 11/03/14 | RAW | 0008 | Circulate hearing calendar update (.2); respond to inquiries re: hearing time change (.1). | 0.30 |
| 11/04/14 | FSH | 0008 | Attend court hearing. Final preparation for hearing on 9019 motion and of argument outline (1.2). Meet w/ C. Kearns and US interests in advance of hearing (.5). Meet w/ Milbank and Cleary re argument prep (.4). Communications w/ A. Qureshi re continuation of hearing and re argument (.3). Communications w/ D. Botter re same (.2). Meet w/ NNI representatives re case issues (1.0). Review information from hearing and analyze same in connection with argument (1.7). | 12.80 |
| 11/04/14 | RAJ | 0008 | Hearing on 9019 motion to approve post-petition interest (PPI) dispute (portions) (1.7, .7, 1.9, 1.3). | 5.60 |
| 11/04/14 | AQ | 0008 | Prepare for (.5) and attend (7.5) PPI hearing. | 8.00 |
| 11/04/14 | DHB | 0008 | Prepare for hearing (1.2); attend same (7.5) and follow-up (1.1). | 9.80 |
| 11/04/14 | BMK | 0008 | Telephonic appearance at hearing on PPI settlement (partial). | 2.70 |
| 11/04/14 | JYY | 0008 | Confer with A. Evans regarding preparing for PPI hearing (.4); reviewing summary of hearing from A. Evans (.3); reviewing PPI briefing (2.4). | 3.10 |
| 11/04/14 | MCF | 0008 | Participate in 9019 hearing telephonically. | 6.10 |
| 11/04/14 | AME | 0008 | Attend PPI Hearing in Wilmington (7.5); prepare for same (.3). Communicate with C. Samis at RLF re: coordinating document prep for PPI hearing (.5); communicate with J. Yecies re: PPI hearing (.2); communicate with A. Qureshi re: PPI hearing (.3). | 8.80 |
| 11/04/14 | RAW | 0008 | Attend PPI settlement hearing telephonically (partial). | 5.50 |
| 11/05/14 | FSH | 0008 | Preparation for Day 2 of 9019 hearing (.9). Meet w/ Cleary and Milbank re same (.2). Confer w/ DB re same (.3). Communications w/ Capstone, D. Botter, B. Kahn re claim analysis (.2). Attend Day 2 of 9019 hearing (2.8). Communications re same (.1). | 4.50 |
| 11/05/14 | RAJ | 0008 | Hearing on 9019 motion to approve PPI dispute (portions) (1.3, 1.5). | 2.80 |
| 11/05/14 | AQ | 0008 | Attend PPI hearing (telephonically). | 2.80 |
| 11/05/14 | DHB | 0008 | Attend ppi hearing (2.8) and confer with F. Hodara (.3); consider Monitor closing issues and review re same (1.2). | 4.30 |
| 11/05/14 | BMK | 0008 | Telephonic appearance at PPI settlement hearing (partial). | 1.50 |
| 11/05/14 | JYY | 0008 | Update regarding PPI hearing (.8); review correspondence regarding discovery and PPI items (.4). | 1.20 |
| 11/05/14 | MCF | 0008 | Participate in portion of ppi hearing telephonically (1.4); email to Committee re same (.3). | 1.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/05/14 | AME | 0008 | Attend PPI hearing telephonically. | 2.90 |
| 11/05/14 | RAW | 0008 | Attend PPI settlement hearing telephonically (partial) (1.7); review summary of same (.1). | 1.80 |
| 11/06/14 | FSH | 0008 | Communications re upcoming court hearing w/ RLF, M. Fagen (.2), review agenda and court call info (.2). | 0.40 |
| 11/07/14 | FSH | 0008 | Review pleadings for hearing (.4). Participate telephonically in stay hearing (2.9). Follow-up w/ RAJ (.1). | 3.40 |
| 11/07/14 | RAJ | 0008 | Appear at hearing on motion to enforce automatic stay re third-party discovery (3.6) and emails with F. Hodara re same (.1). | 3.70 |
| 11/07/14 | DHB | 0008 | Continue review of pleadings in preparation for hearing (1.5); attend hearing (telephonically) (3.0); email communications following disconnection (.2). | 4.70 |
| 11/07/14 | RAW | 0008 | Circulate calendar invite re: third party discovery conference. | 0.10 |
| 11/11/14 | MCF | 0008 | Emails with team re fee hearing. | 0.20 |
| 11/18/14 | FSH | 0008 | Communications w/ C. Samis, M. Fagen, D. Botter re upcoming hearing. | 0.20 |
| 11/18/14 | MCF | 0008 | Emails with C. Samis and team re fee hearing. | 0.20 |
| 11/25/14 | FSH | 0008 | Examine hearing agenda. | 0.10 |
| 11/25/14 | MCF | 0008 | Review agenda for 12/2 hearing (.1); review docket re same (.2) and email to team re same (.2). | 0.50 |
| 11/06/14 | RAW | 0009 | Circulate debtors' monthly operating reports. | 0.40 |
| 11/07/14 | FSH | 0009 | Examine newly filed MORs. | 0.30 |
| 11/07/14 | RAW | 0009 | Circulate debtors' monthly operating reports. | 0.30 |
| 11/13/14 | FSH | 0009 | Examine court-filed report. | 0.20 |
| 11/19/14 | RAJ | 0009 | Review MORs and cash (.4); emails re Capstone cash analysis (.2). | 0.60 |
| 11/20/14 | MCF | 0009 | Emails with R. Wirakesuma re October MOR (.1); review same (.2). | 0.30 |
| 11/20/14 | RAW | 0009 | Circulate NNI monthly operating reports | 0.60 |
| 11/21/14 | RAW | 0009 | Circulate October MOR | 0.10 |
| 11/02/14 | RAW | 0012 | Correspondence re: claims settlement. | 0.20 |
| 11/02/14 | CNE | 0012 | Research case law regarding NNCC claim motion. | 4.20 |
| 11/03/14 | FSH | 0012 | Review Cleary response re 9019 settlement (.7). Work on hearing outline (.8). Confer w/ C. Kearns (.2). Communications w/ C. Samis re hearing, meeting (.1). Review demonstratives (.4). | 2.40 |
| 11/03/14 | RAJ | 0012 | Review Monitor's proposed demonstrative exhibits for hearing on Rule 9019 motion to approve Post-Petition Interest (PPI) settlement (.3); emails re PPI hearing (.2). | 0.50 |
| 11/03/14 | AQ | 0012 | Review trial exhibits and prepare for 9019 testimony (2.8); confer with Milbank and Cleary re same (.4). | 3.20 |
| 11/03/14 | JYY | 0012 | Confer with A. Evans regarding preparation for PPI hearing (.4); reviewing correspondence regarding PPI hearing (.3); PPI items (.5). | 1.20 |
| 11/03/14 | MCF | 0012 | Research and memo re NNCC claim motion (4.8) and email with C. Eisenhut re same (.4) and review C. Eisenhut research re same (.8); discuss HP claim settlement with R. Wirakesuma (.5) and MNAT (.5). | 7.00 |
| 11/03/14 | AME | 0012 | Communicate with A. Qureshi re: prep for PPI hearing (.3); prepare documents for PPI hearing (3.6). | 3.90 |
| 11/03/14 | RAW | 0012 | Review claims settlement issue and all accompanying documentation (1.8); discuss with M. Fagen (.5); discuss with D. Culver at MNAT (.5); draft email to team summarizing the issue (.9). | 3.70 |
| 11/03/14 | CNE | 0012 | Research case law regarding NNCC claim motion (3.8); draft email to M. Fagen describing results of research (.7); draft summaries of cases cited in motion (1.5); research case law regarding motion (.7). | 6.70 |
| 11/04/14 | MCF | 0012 | Research and memo re NNCC claim motion (5.6); emails with C. Eisenhut re same (.3); review C. Eisenhut research re same (.3). | 6.20 |
| 11/04/14 | CNE | 0012 | Research case law regarding NNCC claim motion. | 1.80 |
| 11/05/14 | DHB | 0012 | Email communications re NNCC claim issues with team (.3); consider next steps (.4). | 0.70 |
| 11/05/14 | MCF | 0012 | Draft NNCC claim memo and research (6.9) and email with B. Kahn re | 7.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 7
Invoice Number: 1580240                                                January 20, 2015

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | same (.1) and confer with C. Eisenhut re same (.2). | |
| 11/05/14 | AME | 0012 | Communicate with R. Johnson re: PPI hearing (.2); communicate with A. Qureshi re: PPI hearing (.1). | 0.30 |
| 11/05/14 | CNE | 0012 | Research case law re bondholder motion (3.2); draft emails to M. Fagen detailing results of research and including summaries of relevant cases (1.3). | 4.50 |
| 11/06/14 | FSH | 0012 | Review info re UTAM claim and confer w/ M. Fagen re same (.2). Follow-up from PPI hearing, reports, issues, documents (.5). | 0.70 |
| 11/06/14 | RAJ | 0012 | Analyze PPI issues in connection with 9019 settlement. | 0.50 |
| 11/06/14 | DHB | 0012 | Review UTAM email and agreement (.2). Consider Monitor ppi argument (.5). Office conference with M. Fagen (.2) and work related to consideration of NNCC claim motion issues (.2). | 1.10 |
| 11/06/14 | MCF | 0012 | NNCC claim motion research and memo (4.7) and confer with D. Botter (.2); confer with B. Beller of Cleary re claim settlement (.2) and email to team re same (.5); email to Committee re same (.3). | 5.90 |
| 11/06/14 | AME | 0012 | Communicate with J. Yecies re: update on PPI issues. | 0.50 |
| 11/06/14 | RAW | 0012 | Review summary of claim settlement. | 0.30 |
| 11/07/14 | RAJ | 0012 | Emails with Akin team re PPI strategy. | 0.30 |
| 11/07/14 | DHB | 0012 | Telephone calls with creditors re PPI argument (.5); emails re issues related to allocation (.2); office conference with M. Fagen re NNCC claim issues (.1). | 0.80 |
| 11/07/14 | MCF | 0012 | Memo re NNCC claim motion (4.2) and email with D. Botter re same (.1). | 4.30 |
| 11/07/14 | RAW | 0012 | Communications with RLF, M. Fagen and R. Johnson re: PPI hearing transcripts. | 0.30 |
| 11/10/14 | FSH | 0012 | Analyze issues re motion of bondholder. | 0.20 |
| 11/10/14 | AQ | 0012 | Review and analyze NNCC claim motion (.6) and emails regarding same (.2). | 0.80 |
| 11/10/14 | DHB | 0012 | Review NNCC claim pleadings and argument (.8); review applicable law re same (.8); begin review and revisions to Committee memo re same (1.4); office conference with M. Fagen re same (.1); email communications re NNCC claim motion and timing (.1); telephone call with J. Tecce re same (.1). | 3.30 |
| 11/10/14 | MCF | 0012 | Begin research re aspect of PPI settlement (1.3) and begin drafting memo re same (.8) and confer with D. Botter re same (.1). Research re NNCC claim motion (3.2) and continue drafting memo re same (2.5). | 7.90 |
| 11/11/14 | FSH | 0012 | Communications w/ M. Fagen, D. Botter re pending claims issues (.2). Review aspects of PPI hearing transcript (.5). | 0.70 |
| 11/11/14 | RAJ | 0012 | Emails re transcripts of PPI hearing. | 0.20 |
| 11/11/14 | DHB | 0012 | Begin review of issues and precedent re ppi settlement. | 1.20 |
| 11/11/14 | BMK | 0012 | Review emails re: ppi legal issues | 0.80 |
| 11/11/14 | MCF | 0012 | Research re aspect of PPI settlement (1.9) and draft memo re same (1.2). | 3.10 |
| 11/11/14 | AME | 0012 | Attend to PPI settlement document management. | 0.30 |
| 11/12/14 | FSH | 0012 | Examine Capstone analysis re bond claims. | 0.10 |
| 11/12/14 | DHB | 0012 | Continue to consider issues with respect to ppi settlement (.6); consider NNCC claim issues (.5). | 1.10 |
| 11/12/14 | MCF | 0012 | Research re aspect of NNCC claim motion. | 2.40 |
| 11/13/14 | DHB | 0012 | Consider NNCC claim next steps and memo (.4); office conference with M. Fagen re NNCC claim motion and presentation (.5). | 0.90 |
| 11/13/14 | MCF | 0012 | Meet with D. Botter re NNCC claim motion (.5); begin revising same (3.7). | 4.20 |
| 11/14/14 | MCF | 0012 | Drafting and revising memo re NNCC claim motion (4.5) and research re same (4.4). | 8.90 |
| 11/15/14 | MCF | 0012 | Continue to revise NNCC claim motion memo. | 1.60 |
| 11/17/14 | DHB | 0012 | Consider bond claim issues (.1) and emails re same (.1); telephone call with holder re same (.2); telephone call with R. Jacobs re distribution issues (.1); emails re NNCC claim motion and next steps (.1). | 0.60 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/17/14 | MCF | 0012 | Work on memo analyzing NNCC claim motion (5.6); research re same (1.8) and emails with C. Eisenhut re same (.3); review C. Eisenhut research (1.2) and incorporate into memo (1.0). | 9.90 |
| 11/17/14 | CNE | 0012 | Research case law re bondholder motion (2.8, 1.9); draft emails to M. Fagen re results (.7, .4). | 5.80 |
| 11/18/14 | MCF | 0012 | Continue drafting memo re claims motion (4.3) and research re same (1.6); confer with C. Eisenhut re powerpoint slides re same (.1); review same (.6) and edits (.5). | 7.10 |
| 11/18/14 | CNE | 0012 | Review memorandum regarding bondholders' motion (1.8); draft power point presentation summarizing the findings in the memorandum (2.2). | 4.00 |
| 11/19/14 | DHB | 0012 | Office conference with M. Fagen re NNCC claim analysis (.1); begin review and major revisions to NNCC claim memo (1.3). | 1.40 |
| 11/19/14 | MCF | 0012 | Revise powerpoint slides re NNCC claim motion (.6) and email C. Eisenhut re same (.2); email with B. Kahn re motion memo (.1) and edit same (.9) and confer with D. Botter re same (.1). Review and revise slides (.4). | 2.30 |
| 11/19/14 | CNE | 0012 | Review draft power point presentation for errors and completeness | 0.30 |
| 11/20/14 | DHB | 0012 | Continue substantial revisions to NNCC claim motion memo (1.6); office conference with M. Fagen and B. Kahn re changes thereto (.5). | 2.10 |
| 11/20/14 | BMK | 0012 | Conf with Botter, Fagen re: NNCC claims estimation memo (.5); follow up with M. Fagen re: same (.1) | 0.60 |
| 11/20/14 | MCF | 0012 | Prepare for (.2) and meet with (.5) D. Botter and B. Kahn re bondholder memo. Revise memo (4.8) and confer with B. Kahn re same (.1). | 5.60 |
| 11/21/14 | FSH | 0012 | Review info re NNCC claim motion (.2). Participate in call w/ Milbank and Cleary re same (.3). | 0.50 |
| 11/21/14 | AQ | 0012 | Review NNCC motion (.1) and call with Cleary and Milbank re same (.3). | 0.40 |
| 11/21/14 | DHB | 0012 | Review new draft of NNCC claim memo and revise (1.0); multiple office conferences with M. Fagen and B. Kahn re same (.2) (.1); call with Cleary and Milbank re same (.3). | 1.60 |
| 11/21/14 | BMK | 0012 | Review and comment on NNCC claims estimation motion memo (.6); conferences with D. Botter and M. Fagen re same (.2, .1). | 0.90 |
| 11/21/14 | MCF | 0012 | Revise NNCC claim memo slides (.9); revise memo (1.4) and confer with B. Kahn and D. Botter re same (.2, .1) and revise same (3.4) and email D. Botter, F. Hodara and B. Kahn re same (.1). Call with Cleary and Milbank re same (.3). | 6.40 |
| 11/23/14 | FSH | 0012 | Review deck re NNCC claim motion. | 0.40 |
| 11/23/14 | DHB | 0012 | Review and revise deck re NNCC claim motion (.6); emails re same (.1). | 0.70 |
| 11/24/14 | FSH | 0012 | Communications w/ D. Botter and C. Kearns re NNCC claims. | 0.10 |
| 11/24/14 | MCF | 0012 | Revise NNCC claim memo (1.9); emails with D. Botter re same (.3); prepare same (.2); and revise same (.2); begin drafting objection to estimation motion (2.1) and email with B. Kahn re same (.2). | 4.90 |
| 11/25/14 | MCF | 0012 | Drafting objection to estimation motion. | 5.40 |
| 11/26/14 | MCF | 0012 | Drafting objection to estimation motion (9.2) and emails with B. Kahn re same (.3). | 9.50 |
| 11/28/14 | MCF | 0012 | Review info re objection. | 0.20 |
| 11/03/14 | RAJ | 0014 | Review Monitor's factum and book of authorities re motion for leave to appeal Canadian decision re PPI. | 0.60 |
| 11/12/14 | MCF | 0014 | Review bonds' draft reply factum re motion for leave (.7) and emails with team re same (.2). | 0.90 |
| 11/13/14 | FSH | 0014 | Communications re CN interest appeal. | 0.10 |
| 11/13/14 | RAJ | 0014 | Review draft reply brief re motion for leave to appeal Canadian PPI decision (.3); emails re same (.2). | 0.50 |
| 11/13/14 | DHB | 0014 | Begin review of PPI/Canadian appellate briefs and emails re same. | 0.60 |
| 11/14/14 | FSH | 0014 | Review and analyze briefs on CN appellate matter. | 1.50 |
| 11/14/14 | AQ | 0014 | Review and analyze Canadian PPI appeal pleading (.4) and emails with | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                           Page 9
Invoice Number: 1580240                                                       January 20, 2015

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| | | | Cassells re same (.1). | |
| 11/15/14 | DHB | 0014 | Consider Canadian PPI/distribution issues (.2) and emails re same (.1). | 0.30 |
| 11/26/14 | FSH | 0014 | TC M. Wunder re Chartis payment. | 0.10 |
| 11/27/14 | FSH | 0014 | Review info re Canadian appeal (.1) and communications w/ Cassels re same (.1). | 0.20 |
| 11/27/14 | MCF | 0014 | Review CN order granting leave to appeal Justice Newbould decision on ppi (.3); emails with Cassels and Akin team re same (.2); review appellate path (.3) and draft email to Committee re same (.5). | 1.30 |
| 11/28/14 | DHB | 0014 | Review Canadian PPI decsion on leave (.3) and emails re same (.2). | 0.50 |
| 11/04/14 | JYY | 0016 | Reviewing correspondence regarding third party discovery items. | 0.40 |
| 11/05/14 | RAJ | 0016 | Review Debtors' reply in support of motion to stay third-party discovery (.8); analyze third-party discovery filings opposing motion to enforce stay (1.3, .4). | 2.50 |
| 11/06/14 | FSH | 0016 | Review stay/ discovery pleadings. | 0.50 |
| 11/06/14 | RAJ | 0016 | Further review of discovery requests made by third parties in patent infringement litigation (.7); analyze issues re stay (.5); call and emails with US Debtors' counsel re third-party discovery (.2). | 1.40 |
| 11/06/14 | DHB | 0016 | Email communications re new representative (.1); begin review of new pleadings re automatic stay issues (.8); office conferences with R. Johnson and M. Fagen re hearing (.1) (.1). | 1.10 |
| 11/07/14 | RAJ | 0016 | Review third parties' further submissions in opposition to motion to enforce stay (1.3); confer with U.S. Debtors' counsel re third-party discovery issues and possibility of discovery mediator (.2); emails re outcome of hearing (.1, .3). | 1.90 |
| 11/07/14 | RAW | 0016 | Review summary of third party discovery hearing. | 0.10 |
| 11/10/14 | FSH | 0016 | Review stay order and follow-up from hearing. | 0.20 |
| 11/10/14 | RAJ | 0016 | Analyze order signed by Judge Gross re third-party discovery and automatic stay (.3); emails re order (.2); review redacted transcripts and documents to be produced to third parties (.6); emails re same (.2). | 1.30 |
| 11/10/14 | JYY | 0016 | Reviewing team correspondence regarding third party discovery. | 0.20 |
| 11/10/14 | MCF | 0016 | Review order extending stay to cover third party discovery (.4); email to team re same (.3). | 0.70 |
| 11/13/14 | RAJ | 0016 | Prepare summary of third party discovery issues (.6); emails re same (.2). | 0.80 |
| 11/17/14 | RAJ | 0016 | Review Canadian preliminary objection re third-party discovery costs (.2) and emails re same (.1). | 0.30 |
| 11/17/14 | MCF | 0016 | Review Canadian Interests' preliminary objection to Debtors' motion to share third party discovery costs (.3) and email to team summarizing same (.3). | 0.60 |
| 11/18/14 | RAJ | 0016 | Review emails and redacted transcripts for third-party production. | 0.50 |
| 11/21/14 | FSH | 0016 | Analyze information and issues related to discovery and stay litigation. | 0.20 |
| 11/26/14 | RAJ | 0016 | Review correspondence to court regarding third-party patent litigation and requested stay of discovery (.2); emails re same (.1). | 0.30 |
| 11/26/14 | MCF | 0016 | Review letters to Judge Gross re Rockstar litigation (.4, .2) and emails with F. Hodara and Akin team re same (.2, .1, .2). | 1.10 |
| 11/05/14 | KMR | 0018 | Continued review of tax issues (.7); email to team re same (.3). | 1.00 |
| 11/06/14 | KMR | 0018 | Continued review of NNI tax issues. | 0.80 |
| 11/07/14 | DHB | 0018 | Consider tax issues (.2) and emails re same (.2). | 0.40 |
| 11/09/14 | FSH | 0018 | Analyze tax issue (.3) and communications w/ K. Rowe, Capstone and D. Botter re same (.2). | 0.50 |
| 11/09/14 | DHB | 0018 | Email communications re tax issues. | 0.40 |
| 11/09/14 | KMR | 0018 | Reviewed and responded to emails re: tax issues. | 1.60 |
| 11/10/14 | FSH | 0018 | Further communications w/ C. Kearns, K. Rowe and D. Botter re tax analysis. | 0.20 |
| 11/10/14 | DHB | 0018 | Email communications re tax issues (.2); consider same (.2). | 0.40 |
| 11/10/14 | KMR | 0018 | Reviewed and responded to emails re: tax issues. | 1.00 |
| 11/11/14 | KMR | 0018 | Continued review of tax issues (0.7); discussions with Hyland re: tax | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1580240

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | issues in modeling (0.4). | |
| 11/12/14 | FSH | 0018 | Analyze tax concept (.1) and communications w/ K. Rowe and D. Botter re same (.1). | 0.20 |
| 11/12/14 | KMR | 0018 | Reviewed and responded to emails re: tax (0.5); continued review of Capstone financial projections re same (0.7). | 1.20 |
| 11/13/14 | FSH | 0018 | Review status of tax issue. | 0.20 |
| 11/13/14 | KMR | 0018 | Continue review of Capstone materials on projected recoveries and underlying assumptions re: tax costs (1.7); reviewed tax issue (.6). | 2.30 |
| 11/14/14 | BMK | 0018 | Review emails re: US tax issues. | 0.40 |
| 11/14/14 | KMR | 0018 | Reviewed tax issues (0.3); call with capstone representatives (1.0); work on tax issues (1.4). | 2.70 |
| 11/15/14 | KMR | 0018 | Continued review of tax issue. | 0.70 |
| 11/16/14 | KMR | 0018 | Research (.5) and work on tax item (1.2). | 1.70 |
| 11/17/14 | FSH | 0018 | Review tax info (.1). Communications w/ K. Rowe and D. Botter re same (.1). | 0.20 |
| 11/17/14 | DHB | 0018 | Email communications re tax (.2); begin review and consideration of same (.4). | 0.60 |
| 11/17/14 | BMK | 0018 | Review emails re: NNI tax issues | 0.30 |
| 11/17/14 | KMR | 0018 | Continued review of tax issues (1.5); drafted emails re: same (1.7). | 3.20 |
| 11/19/14 | KMR | 0018 | Work on tax update. | 2.50 |
| 11/20/14 | KMR | 0018 | Began reviewing tax update deck. | 1.20 |
| 11/24/14 | MCF | 0018 | Review draft tax settlement (.4) and email to Akin team re same (.3). | 0.70 |
| 11/03/14 | AQ | 0025 | Travel to Wilmington for settlement conference.(actual time - 2.8 hours) | 1.40 |
| 11/03/14 | DHB | 0025 | Travel to Wilmington for hearing. (actual time - 2.0 hours) | 1.00 |
| 11/04/14 | AQ | 0025 | Travel DE to NY. (actual time - 2.3 hours) | 1.15 |
| 11/04/14 | AME | 0025 | Travel to Delaware for PPI hearing (2.5); travel to NYC after PPI hearing (2.3). (actual time - 4.8 hours) | 2.40 |
| 11/05/14 | FSH | 0025 | Non-productive travel time on return from Delaware Court. (actual time - 1.8 hours) | 0.90 |
| 11/05/14 | DHB | 0025 | Non-working travel from Delaware. (actual time - 2.0 hours) | 1.00 |
| 11/07/14 | RAJ | 0025 | Travel to/from Wilmington for hearing (non-working portions only). (actual time - 1.4 hours) | 0.70 |
| 11/01/14 | DHB | 0029 | Extensive emails with team re Capstone settlement deck (.3) and review of same (.4). | 0.70 |
| 11/01/14 | BMK | 0029 | Review Capstone materials in advance of settlement conference. | 0.80 |
| 11/02/14 | FSH | 0029 | Continue work on Capstone deck and materials for conference hearing. | 0.80 |
| 11/02/14 | DHB | 0029 | Review final Capstone deck for settlement conference. | 0.50 |
| 11/03/14 | FSH | 0029 | Prepare for settlement conference (1.0). Meet w/ Cleary (.8). Attend conference (5.8). Follow-up w/ Committee members and representatives (1.5). | 9.10 |
| 11/03/14 | RAJ | 0029 | Multiple emails with Akin team re settlement conference. | 0.50 |
| 11/03/14 | AQ | 0029 | Calls and emails with team re settlement talks. | 0.50 |
| 11/03/14 | DHB | 0029 | Extensive email re settlement conference and next steps. | 0.40 |
| 11/03/14 | BMK | 0029 | Emails re: status of settlement conference. | 0.70 |
| 11/03/14 | LWL | 0029 | Compile current Allocation trial press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/03/14 | MCF | 0029 | Emails with team re settlement discussions. | 0.40 |
| 11/03/14 | BRG | 0029 | Organize allocation documents for J. Yecies (.1). Emails w/ J. Yecies regarding same (.1). | 0.20 |
| 11/05/14 | FSH | 0029 | Confer w/ Capstone and FTI re research report re settlement (.3). Analyze issues related to allocation (.4). | 0.70 |
| 11/05/14 | LWL | 0029 | Compile current allocation trial press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/05/14 | RAW | 0029 | Attend to distribution list for nortel allocation trial press coverage emails. | 0.20 |
| 11/06/14 | FSH | 0029 | Outline analysis of allocation settlement issues (.3). Communications w/ D. Botter and CK re concepts (.2). Respond to calls of creditors re | 0.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE

Invoice Number: 1580240

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | allocation status (.3). | |
| 11/06/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/06/14 | JYY | 0029 | Reviewing correspondence regarding settlement discussions. | 0.70 |
| 11/06/14 | BRG | 0029 | Assist A. Evans re organization of allocation case documents (1.2). Email w/ C. Doniak regarding same (.1). | 1.30 |
| 11/07/14 | FSH | 0029 | Confer w/ C. Kearns re updated allocation analysis. | 0.40 |
| 11/07/14 | MCF | 0029 | Review info re creditor recoveries in allocation scenarios. | 0.60 |
| 11/08/14 | KMR | 0029 | Reviewed and responded to email re: allocation proposals. | 1.00 |
| 11/10/14 | FSH | 0029 | Analyze allocation issues in connection w/ upcoming Committee meeting. | 0.80 |
| 11/10/14 | RAJ | 0029 | Analyze allocation settlement issue. | 0.60 |
| 11/10/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/11/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/11/14 | BRG | 0029 | Organize allocation materials for A. Evans. | 0.50 |
| 11/12/14 | FSH | 0029 | Analyze aspects of proposed terms (.2). Communications w/ Capstone re same (.1). | 0.30 |
| 11/13/14 | RAJ | 0029 | Analyze plan issues related to allocation dispute (.4); review caselaw re same (.7). | 1.10 |
| 11/13/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/14/14 | RAJ | 0029 | Review independent analysis of allocation dispute and issues (1.2); emails re same (.2). | 1.40 |
| 11/14/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/17/14 | FSH | 0029 | Review info from A. Qureshi re allocation issue. | 0.10 |
| 11/17/14 | RAJ | 0029 | Analyze allocation proposal. | 0.50 |
| 11/17/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/18/14 | FSH | 0029 | Communications w/ Cassels re allocation issue (.1). Communications w/ A. Qureshi re same (.1). | 0.20 |
| 11/19/14 | FSH | 0029 | Review information on allocation issue and comm's w/ D. Botter, C Kearns re same. | 0.20 |
| 11/19/14 | DHB | 0029 | Email communications re recoveries (.1); begin review of Capstone recoveries presentation (.4). | 0.50 |
| 11/19/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/19/14 | JYY | 0029 | Case management items for allocation. | 0.10 |
| 11/20/14 | FSH | 0029 | Review Capstone deck, provide comments (1.2). Analyze issues re allocation (.5). | 1.70 |
| 11/20/14 | RAJ | 0029 | Review analyses of potential allocation scenarios and amounts of recovery. | 0.60 |
| 11/20/14 | DHB | 0029 | Continue review of Capstone recoveries deck (.4); emails re same (.2) (.1). | 0.70 |
| 11/20/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/20/14 | JYY | 0029 | Case management items for allocation. | 0.30 |
| 11/20/14 | BRG | 0029 | Organize documents and records re allocation. | 0.20 |
| 11/21/14 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 11/24/14 | RAJ | 0029 | Analyze issues regarding appellate scenarios, alternative dispute resolution scenarios, and impacts on recoveries regarding allocation disputes. | 2.80 |
| 11/24/14 | BRG | 0029 | Organize case records and documents re allocation. | 0.70 |
| 11/25/14 | FSH | 0029 | Confer w/ C. Kearns re allocation issues. | 0.20 |

| Date | Tkpr | Task | Hours |
|------|------|------|-------|
| | | Total Hours | 509.55 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| F S  HODARA | 67.90 | at | $1150.00 | = | $78,085.00 |
| R A  JOHNSON | 37.80 | at | $915.00 | = | $34,587.00 |
| A  QURESHI | 27.45 | at | $950.00 | = | $26,077.50 |
| D H  BOTTER | 59.80 | at | $1050.00 | = | $62,790.00 |
| K M  ROWE | 34.20 | at | $760.00 | = | $25,992.00 |
| B M  KAHN | 19.40 | at | $715.00 | = | $13,871.00 |
| J Y  YECIES | 7.60 | at | $645.00 | = | $4,902.00 |
| M C  FAGEN | 167.80 | at | $500.00 | = | $83,900.00 |
| A M  EVANS | 20.80 | at | $405.00 | = | $8,424.00 |
| R A  WIRAKESUMA | 27.60 | at | $405.00 | = | $11,178.00 |
| C N  EISENHUT | 27.30 | at | $405.00 | = | $11,056.50 |
| P J  SPROFERA | 6.80 | at | $295.00 | = | $2,006.00 |
| B R  GIFFORD | 2.90 | at | $195.00 | = | $565.50 |
| L W  LANPHEAR | 2.20 | at | $245.00 | = | $539.00 |

|  |  |
|--|--|
| Current Fees | $363,973.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|--|--|
| Computerized Legal Research - Lexis | $436.50 |
| Computerized Legal Research - Westlaw | $1,169.41 |
| Courier Service/Messenger Service- Off Site | $44.33 |
| Court Cost | $214.00 |
| Duplication - In House | $101.40 |
| Document Production - In House | $2.40 |
| Meals - Business | $344.20 |
| Meals (100%) | $1,913.41 |
| Audio and Web Conference Services | $4,025.65 |
| Telephone - Long Distance | $-191.00 |
| Telephone - Cell/ Pagers | $162.00 |
| Travel - Airfare | $786.60 |
| Travel - Ground Transportation | $463.30 |
| Travel - Lodging (Hotel, Apt, Other) | $589.10 |
| Travel - Telephone & Fax | $39.00 |
| Travel - Train Fare | $1,759.00 |

|  |  |
|--|--|
| Current Expenses | $11,859.30 |

|  |  |
|--|--|
| **Total Amount of This Invoice** | **$375,832.80** |