# EXHIBIT C

**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,605.91 |
| Conference Calls/Telephone/Web Conference Services | $3,996.65 |
| Courier Service/Postage | $44.33 |
| Court Cost | $214.00 |
| Duplicating (billed at $.10 per page) | $103.80 |
| Meals/Committee Meeting Expenses | $2,257.61 |
| Travel Expenses – Airfare | $786.60 |
| Travel Expenses – Ground Transportation | $463.30 |
| Travel Expenses – Lodging | $589.10 |
| Travel Expenses – Telephone & Fax | $39.00 |
| Travel Expenses – Train Fare | $1,759.00 |
| **TOTAL** | **$11,859.30** |