# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE　　　　　　　　　Invoice Number　　1580240
ATTN: JOHN DOLITTLE　　　　　　　　　　　　　　　　　　　　　　Invoice Date　　　01/20/15
2221 LAKESIDE BOULEVARD　　　　　　　　　　　　　　　　　　　Client Number　　　687147
RICHARDSON, TX 75082　　　　　　　　　　　　　　　　　　　　　Matter Number　　　　0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/14 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/19/14 | Travel - Ground Transportation Cab to court; Medallion cab | $7.10 |
| 08/19/14 | Travel - Ground Transportation Cab home after attending court; Medallion cab | $7.50 |
| 08/19/14 | Travel - Ground Transportation Cab to court; Checker Taxi | $10.00 |
| 08/20/14 | Travel - Telephone & Fax Calls (while on vacation) with Botter et al. regarding matter issues.; AT&T | $39.00 |
| 09/17/14 | Travel - Train Fare Subway fare to/from Cleary to attend meeting.; NYC subway | $5.00 |
| 09/24/14 | Travel - Ground Transportation Taxi to Airport-Re: Trial in Toronto, Canada; Uber Taxi | $67.00 |
| 10/06/14 | Meals (100%) Meal ordered in to office while working late.; N. Stabile; Meal in office-working late; Seamless | $11.54 |
| 10/06/14 | Travel - Ground Transportation Taxi home after working late in office.; Uber Taxi | $8.38 |
| 10/15/14 | Travel - Train Fare Subway fare to/from Cleary to attend meeting.; NYC subway | $5.00 |
| 10/16/14 | Meals (100%) 10/10/14 - R. Wirakesuma VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $215.57 |

| Date | Description | Amount |
|---|---|---|
| 10/16/14 | 2033800316; DATE: 10/16/2014. Committee call - 8 people Meals (100%) 10/16/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800316; DATE: 10/16/2014 Committee call - 9 people | $169.19 |
| 10/17/14 | Courier Service/Messenger Service- Off Site 10/8/14: To Cassels Brock & Blackwell LLP VENDOR: UPS SUPPLY CHAIN SOLUTIONS; INVOICE#: 986164685; DATE: 10/17/2014 | $11.21 |
| 10/17/14 | Telephone - Cell/ Pagers international wireless and data charges from allocation trial in Toronto.; AT&T Wirelss | $162.00 |
| 10/22/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1882387 DATE: 10/26/2014 Fagen Matthew - Maguro Sushi - 10/22/2014 | $27.81 |
| 10/22/14 | Travel - Ground Transportation Taxi cab to Cleary's midtown office for Nortel deposition.; NYC Taxi Cab | $16.70 |
| 10/23/14 | Meals (100%) 10/21/14 - P. Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800317; DATE: 10/23/2014 Telephonic Hearing - 5 people | $119.49 |
| 10/23/14 | Meals (100%) 10/23/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800317; DATE: 10/23/2014 Committee call - 8 people | $169.19 |
| 10/27/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1898374 DATE: 11/2/2014 Fagen Matthew - Maguro Sushi - 10/27/2014 | $28.01 |
| 10/27/14 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 24; DATE ORDERED: 10/27/14 | $2.40 |
| 10/28/14 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: EISENHUT CATHERINE; Charge Type: TOC DOCUMENT LINKS; Quantity: 2.0 | $90.00 |
| 10/28/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1898374 DATE: 11/2/2014 Fagen Matthew - Maguro Sushi - 10/28/2014 | $28.06 |
| 10/29/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1898374 DATE: 11/2/2014 Fagen Matthew - Maguro Sushi - | $29.32 |

| | | |
|---|---|---:|
| 10/29/14 | 10/29/2014<br>Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 717998 DATE: 11/7/2014<br> Vendor: Executive Royal Voucher #: 480107 Date: 10/29/2014 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 480107 Date: 10/29/2014 Name: Fred Hodara | $48.19 |
| 10/30/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1898374 DATE: 11/2/2014<br>Fagen Matthew - Shun Lee West - 10/30/2014 | $19.42 |
| 10/30/14 | Meals (100%)  10/28/14 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800318; DATE: 10/30/2014<br>Team meeting re 9019 Settlement - 10 people | $242.19 |
| 10/30/14 | Meals (100%)  10/29/14 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800318; DATE: 10/30/2014<br>Call w/ parties re 9019 settlement - 7 people | $116.93 |
| 10/30/14 | Meals (100%)  10/30/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800318; DATE: 10/30/2014<br>Committee call - 8 people | $169.19 |
| 11/02/14 | Computerized Legal Research - Westlaw User: EISENHUT,CATHERINE Date: 11/2/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 11/02/14 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: EISENHUT  CATHERINE; Charge Type: TOC DOCUMENT LINKS; Quantity: 4.0 | $180.00 |
| 11/03/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/3/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 11/03/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1191242 DATE: 11/12/2014<br> Vendor: Dial Car Voucher #: DLA4069916 Date: 11/03/2014 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA4069916 Date: 11/03/2014 Name: David Botter | $134.73 |
| 11/03/14 | Travel - Train Fare  Train fare from NY to Delaware for Nortel hearing; Business class Amtrak | $159.00 |
| 11/03/14 | Meals - Business  Refreshments after attending hearings in Wilmington; F. | $143.00 |

| Date | Description | Amount |
|---|---|---|
| 11/03/14 | Hodara, Nortel Committee members (8 people); Cherry Tree Hospitality Group Travel - Ground Transportation  Taxi from Amtrak station to hotel for stay in Wilmington to attend hearing; Diamond State Taxi | $10.00 |
| 11/03/14 | Travel - Ground Transportation  Taxi to Amtrak station to attend hearing in Wilmington; Medallion cab | $10.20 |
| 11/03/14 | Travel - Train Fare  Train to Wilmington to attend hearing; Business class Amtrak | $179.00 |
| 11/03/14 | Travel - Airfare  Airfare for travel to Philly/Wilmington to attend settlement conference and PPI hearing in Nortel case.; Airfare for Nortel travel; Delta Air Lines Economy | $786.60 |
| 11/03/14 | Travel - Ground Transportation  Taxi cab from Philly airport to Wilmington for settlement conferences and PPI hearing in Nortel case.; UBER | $76.00 |
| 11/03/14 | Travel - Train Fare  Train fare from Wilmington to NY after settlement conferences and PPI hearing in Nortel case.; Business class Amtrak | $179.00 |
| 11/03/14 | Travel - Lodging (Hotel, Apt, Other)  Hotel stay in Wilmington for Nortel settlement conferences and PPI hearing.; Hotel stay; Sheraton 1 night | $260.20 |
| 11/03/14 | Travel - Ground Transportation  Taxi from Wilmington train station to Hotel Dupont re: court hearing ($10.00, including tip).; Nortel - Wilmington Taxi | $10.00 |
| 11/03/14 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS; INVOICE#: 525996; DATE: 11/7/2014 - SENDER'S NAME: A. EVANS; JOB NUMBER: 1845681; PICKUP: 1 BRYANT PARK; DESTINATION: 88 LEORNARD ST; DATE: 11/03/2014 | $33.12 |
| 11/03/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1903741 DATE: 11/9/2014<br>Fagen Matthew - Maguro Sushi - 11/03/2014 | $28.98 |
| 11/03/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 161596 DATE: 11/3/2014<br>NAME: BOTTER DAVID TICKET #: 0640413238 DEPARTURE DATE: 11/03/2014 ROUTE: UNKNOWN | $32.00 |
| 11/03/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 161596 DATE: 11/3/2014<br>NAME: BOTTER DAVID TICKET #: 7789090318 DEPARTURE DATE: 11/03/2014 ROUTE: NYP WIL NYP Business class | $293.00 |
| 11/04/14 | Computerized Legal Research - Westlaw | $95.99 |

| Date | Description | Amount |
|---|---|---|
| 11/04/14 | Computerized Legal Research - Lexis User: FAGEN,MATTHEW Date: 11/4/2014 AcctNumber: 1000193694 ConnectTime: 0.0 Service: COLLIER SERVICE; Employee: EISENHUT CATHERINE; Charge Type: TOC DOCUMENT LINKS; Quantity: 1.0 | $45.00 |
| 11/04/14 | Travel - Train Fare  Train fare from Delware to NY for Nortel hearing; Business class Amtrak | $179.00 |
| 11/04/14 | Travel - Train Fare  Change fee for return trip from Delaware for Nortel hearing; Amtrak | $80.00 |
| 11/04/14 | Travel - Train Fare  Train to Wilmington to attend hearing; Business class Amtrak | $179.00 |
| 11/04/14 | Meals - Business  Meals in hotel during stay to attend hearing; F. Hodara; Hotel DuPont (2 meals) | $64.80 |
| 11/04/14 | Travel - Lodging (Hotel, Apt, Other)  Hotel stay to attend hearings in Wilmington; Hotel stay in Delaware to attend hearing; Hotel DuPont 1 night | $328.90 |
| 11/04/14 | Meals - Business  Lunch while attending hearing in Wilmington; F. Hodara, A. Qureshi, D. Botter, C. Evans, Samis, C. Kearns (6 people); Ernest & Scott Taproom | $125.50 |
| 11/04/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1903741 DATE: 11/9/2014 Fagen Matthew - Maguro Sushi - 11/04/2014 | $29.37 |
| 11/04/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 162839 DATE: 11/4/2014 NAME: BOTTER DAVID TICKET #: 0640467543 DEPARTURE DATE: 11/03/2014 ROUTE: UNKNOWN | $32.00 |
| 11/05/14 | Duplication - In House  Photocopy - User # 990100, NY, 1014 page(s) | $101.40 |
| 11/05/14 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-14; DATE: 11/5/2014 | $4,025.65 |
| 11/05/14 | Computerized Legal Research - Westlaw User: EISENHUT,CATHERINE Date: 11/5/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $63.14 |
| 11/05/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/5/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $34.13 |
| 11/05/14 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: EISENHUT CATHERINE; Charge Type: TOC DOCUMENT LINKS; Quantity: 2.0 | $90.00 |
| 11/05/14 | Travel - Ground Transportation  Taxi | $12.50 |

| Date | Description | Amount |
|---|---|---|
| | from train to office after attending hearing; Medallion cab | |
| 11/05/14 | Meals - Business  Breakfast with Fred Hodara re: court hearing.; D. Botter, F. Hodara; Nortel - Loma Coffee | $10.90 |
| 11/05/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1903741 DATE: 11/9/2014<br>Fagen Matthew - Maguro Sushi - 11/05/2014 | $28.09 |
| 11/05/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 163510 DATE: 11/5/2014<br>NAME: BOTTER DAVID TICKET #: 0640494673 DEPARTURE DATE: 11/03/2014 ROUTE: UNKNOWN | $32.00 |
| 11/05/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 163510 DATE: 11/5/2014<br>NAME: BOTTER DAVID TICKET #: 3730034669 DEPARTURE DATE: 11/03/2014 ROUTE: NYP WIL NYP | $35.00 |
| 11/06/14 | Meals (100%)  11/6/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800319; DATE: 11/6/2014<br>Committee call - 10 people | $234.52 |
| 11/06/14 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 164312 DATE: 11/6/2014<br>NAME: FAGEN MATTHEW C TICKET #: 0640531871 DEPARTURE DATE: 11/07/2014 ROUTE: UNKNOWN | $32.00 |
| 11/07/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/7/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $123.72 |
| 11/07/14 | Travel - Train Fare  Purchase of train ticket to travel from home to Delaware for Nortel hearing on motion to enforce the automatic stay; Business class Amtrak | $159.00 |
| 11/07/14 | Travel - Train Fare  Purchase of train ticket to travel home from Delaware after Nortel hearing on motion to enforce the automatic stay; Business class Amtrak | $179.00 |
| 11/07/14 | Travel - Ground Transportation  Taxi from home to Newark Penn Station en route to Delaware for Nortel hearing on motion to enforce the automatic stay; Classic1 Limousine | $45.00 |
| 11/10/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/10/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $65.70 |
| 11/10/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1906456 DATE: 11/16/2014<br>Fagen Matthew - Maguro Sushi - | $29.01 |

| Date | Description | Amount |
|---|---|---|
| 11/11/14 | 11/10/2014 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 11/11/14 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $18.00 |
| 11/11/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/11/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $172.36 |
| 11/11/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1906456 DATE: 11/16/2014 Fagen Matthew - Shun Lee West - 11/11/2014 | $18.88 |
| 11/12/14 | Telephone - Long Distance Cancellation of: 09-10138 / Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent VENDOR: COURTCALL LLC; INVOICE#: 6484355; DATE: 9/26/2014 - Cust.# 165839 | $-191.00 |
| 11/12/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/12/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $65.70 |
| 11/13/14 | Court Cost 11/13/14 - David Botter VENDOR: COURTCALL LLC; INVOICE#: 6573945; DATE: 11/13/2014 - Account No: CCDA-98-007 | $30.00 |
| 11/13/14 | Court Cost 11/13/14 - David Botter VENDOR: COURTCALL LLC; INVOICE#: 6573945A; DATE: 11/13/2014 - Account No: CCDA-98-007 | $77.00 |
| 11/13/14 | Court Cost 11/13/14 - David Botter VENDOR: COURTCALL LLC; INVOICE#: 6573945B; DATE: 11/13/2014 - Account No: CCDA-98-007 | $77.00 |
| 11/13/14 | Court Cost 11/13/14 - David Botter VENDOR: COURTCALL LLC; INVOICE#: 6573945C; DATE: 11/13/2014 - Account No: CCDA-98-007 | $30.00 |
| 11/13/14 | Meals (100%) 11/13/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800321; DATE: 11/13/2014 Committee call - 8 people | $169.19 |
| 11/14/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/14/2014 AcctNumber: 1000193694 | $180.89 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                               Page 8
Invoice Number: 1580240                                                January 20, 2015

| Date | Description | Amount |
|---|---|---|
| 11/14/14 | ConnectTime: 0.0<br>Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1906456 DATE: 11/16/2014<br>Fagen Matthew - Shun Lee West - 11/14/2014 | $29.46 |
| 11/18/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/18/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $167.67 |
| 11/19/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/19/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $106.66 |
| 11/20/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/20/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $17.07 |
| 11/21/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 11/21/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $25.60 |
| | Current Expenses | $11,859.30 |