# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 59.80 | $62,790.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 67.90 | $78,085.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 37.80 | $34,587.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 27.45 | $26,077.50 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 34.20 | $25,992.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 19.40 | $13,871.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 7.60 | $4,902.00 |
| Matthew C. Fagen | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $500 | 167.80 | $83,900.00 |
| Catherine N. Eisenhut | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $405 | 27.30 | $11,056.50 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 20.80 | $8,424.00 |
| Rebecca A. Wirakesuma | Associate for 1 year; Admitted in 2014; Financial Restructuring Department | $405 | 27.60 | $11,178.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brian R. Gifford | Legal Assistant for 1 year; Litigation Department | $195 | 2.90 | $565.50 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 6.80 | $2,006.00 |
| Leslie W. Lanphear | Librarian for 18 years | $245 | 2.20 | $539.00 |

Total Amount of Fees: **$363,973.50**
Total Number of Hours: **509.55**
Blended Hourly Rate: **$714.30**