# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General Case Administration | 0.40 | $460.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 14.50 | $6,860.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 1.40 | $1,220.00 |
| Retention of Professionals | 3.10 | $2,048.00 |
| Creditors' Committee Meetings | 19.90 | $15,405.50 |
| Court Hearings | 7.50 | $5,194.50 |
| Financial Reports and Analysis | 0.20 | $100.00 |
| General Claims Analysis/Claims Objections | 83.10 | $60,479.00 |
| Canadian Proceedings/Matters | 59.10 | $49,259.50 |
| Lift Stay Litigation | 6.50 | $5,116.00 |
| Tax Issues | 7.30 | $6,666.00 |
| Labor Issues/Employee Benefits | 0.20 | $230.00 |
| Plan, Disclosure Statement & Plan Related Documentation | 0.20 | $230.00 |
| Travel (billed at 50% of actual time) | 0.80 | $732.00 |
| Intercompany Analysis | 5.30 | $4,993.50 |
| Intellectual Property | 7.80 | $5,386.00 |
| **TOTAL** | **217.30** | **$164,380.50** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

Invoice Number   1580242
Invoice Date     01/21/15
Client Number    687147
Matter Number    0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/14 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|      |                                                         | HOURS  | VALUE       |
|------|---------------------------------------------------------|--------|-------------|
| 0002 | General Case Administration                             | 0.40   | $460.00     |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports       | 14.50  | $6,860.50   |
| 0004 | Analysis of Other Professionals Fee Applications/Reports| 1.40   | $1,220.00   |
| 0006 | Retention of Professionals                              | 3.10   | $2,048.00   |
| 0007 | Creditors Committee Meetings                            | 19.90  | $15,405.50  |
| 0008 | Court Hearings                                          | 7.50   | $5,194.50   |
| 0009 | Financial Reports and Analysis                          | 0.20   | $100.00     |
| 0012 | General Claims Analysis/Claims Objections               | 83.10  | $60,479.00  |
| 0014 | Canadian Proceedings/Matters                            | 59.10  | $49,259.50  |
| 0016 | Lift Stay Litigation                                    | 6.50   | $5,116.00   |
| 0018 | Tax Issues                                              | 7.30   | $6,666.00   |
| 0019 | Labor Issues/Employee Benefits                          | 0.20   | $230.00     |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 0.20 | $230.00    |
| 0025 | Travel                                                  | 0.80   | $732.00     |
| 0029 | Intercompany Analysis                                   | 5.30   | $4,993.50   |
| 0032 | Intellectual Property                                   | 7.80   | $5,386.00   |
|      | TOTAL                                                   | 217.30 | $164,380.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/04/14 | FSH | 0002 | Respond to call of creditor re status and claims (.2). Communications w/ D. Botter, C. Kearns and Committee members re pending issues (.2). | 0.40 |
| 12/01/14 | MCF | 0003 | Email with B. Kahn re November timekeeping (.1); and email to team re same (.2); emails with retained professional fees and expenses re (.2) and emails with accounting re same (.2). | 0.70 |
| 12/02/14 | MCF | 0003 | Emails with accounting re expense reimbursement (.1); emails with retained professional re same (.2). | 0.30 |
| 12/04/14 | MCF | 0003 | Begin reviewing November prebill re confidentiality and privilege (1.3); emails and calls with retained professional, vendor and accounting re expenses (.5). | 1.80 |
| 12/05/14 | MCF | 0003 | Review November prebill for confidentiality and privilege. | 2.10 |
| 12/10/14 | MCF | 0003 | Review November prebill for confidentiality and privilege. | 1.60 |
| 12/12/14 | MCF | 0003 | Review November prebill for confidentiality and privilege. | 1.70 |
| 12/15/14 | MCF | 0003 | Review and revise November bill for confidentiality and privilege (2.5); emails with accounting re fees (.2) and email with MNAT re same (.1); email same to F. Hodara (.1). | 2.90 |
| 12/16/14 | MCF | 0003 | Review and revise November bill for confidentiality and privilege. | 1.50 |
| 12/17/14 | PJS | 0003 | Review and prepare documents re fee application. | 1.90 |
| 12/01/14 | FSH | 0004 | Examine fee applications. | 0.20 |
| 12/01/14 | MCF | 0004 | Review Cassels spreadsheets re August, September and October fees (.2) and emails with M. Wunder re same (.1). | 0.30 |
| 12/09/14 | MCF | 0004 | Emails with J. Hyland and C. Samis re Capstone fee application matters. | 0.30 |
| 12/15/14 | FSH | 0004 | Examine fee applications. | 0.20 |
| 12/23/14 | FSH | 0004 | Examine fee applications. | 0.20 |
| 12/29/14 | FSH | 0004 | Review fee applications. | 0.20 |
| 12/02/14 | MCF | 0006 | Emails with C. Samis and F. Hodara re Richards Layton & Finger/Whiteford Taylor matter transition letter. | 0.30 |
| 12/03/14 | FSH | 0006 | Review Whiteford transfer letter (.1) and communications re same (.1). | 0.20 |
| 12/03/14 | MCF | 0006 | Email with F. Hodara re matter transition letter (.2); emails to Mark Collins (.2) and C. Samis (.1) re same. | 0.50 |
| 12/05/14 | MCF | 0006 | Review and comment on draft Capstone supplemental declaration. | 0.60 |
| 12/21/14 | MCF | 0006 | Review draft Whiteford Taylor retention application (.5); edit same (.2) and emails with B. Kahn re same (.1). | 0.80 |
| 12/22/14 | FSH | 0006 | Review and comment on Whiteford retention application. | 0.50 |
| 12/23/14 | BMK | 0006 | Finalize WTP retention application | 0.20 |
| 12/02/14 | FSH | 0007 | Communications w/ Capstone, D. Botter, B. Kahn re upcoming Committee meeting. | 0.20 |
| 12/03/14 | FSH | 0007 | Review Committee call agenda and minutes (.1) and communications re same (.1). Prepare presentation for Committee (.1). | 0.30 |
| 12/03/14 | DHB | 0007 | Review agenda and minutes and revise (.2); office conferences with M. Fagen and R. Johnson re call prep (.1) (.1). | 0.40 |
| 12/03/14 | MCF | 0007 | Draft agenda for Committee call (.2) and minutes (.2); revise same (.1, .1) and email to Committee re same (.2). | 0.80 |
| 12/03/14 | RAW | 0007 | Attend to preparations for committee call (.2); emails with M. Fagen re: same (.1). | 0.30 |
| 12/04/14 | FSH | 0007 | Final prep for Committee call (.1). Participate in same (.3). | 0.40 |
| 12/04/14 | RAJ | 0007 | Call with Committee. | 0.30 |
| 12/04/14 | AQ | 0007 | Participate in Committee call. | 0.30 |
| 12/04/14 | DHB | 0007 | Prepare for Committee call (.2); attend same (.3) and follow-up with B. Kahn (.1). | 0.60 |
| 12/04/14 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.3); follow up to same with D. Botter (.1). | 0.60 |
| 12/04/14 | KMR | 0007 | Attended creditors committee meeting. | 0.30 |
| 12/09/14 | FSH | 0007 | Confer w/ C. Kearns re upcoming meeting (.1). Email w/ M. Fagen re same (.1). | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                Page 3
Invoice Number: 1580242                                                                          January 21, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/10/14 | FSH | 0007 | Review and comment on proposed agenda (.1). Communications w/ Capstone, M. Fagen, D. Botter, RAJ re same (.3). | 0.40 |
| 12/10/14 | MCF | 0007 | Draft agenda for Committee call (.3) and minutes (.1) and emails with B. Kahn (.1) and team (.2) re same; send materials to Committee (.3). | 1.00 |
| 12/11/14 | FSH | 0007 | Communications w/ Capstone and Cassels re upcoming Committee meeting (.3). Attend same (.8). | 1.10 |
| 12/11/14 | RAJ | 0007 | Call with Committee (.8); post-call discussion with B. Kahn and M. Fagen (.1); re follow up (.2). | 1.10 |
| 12/11/14 | AQ | 0007 | Attend Committee call. | 0.80 |
| 12/11/14 | DHB | 0007 | Attend Committee call. | 0.80 |
| 12/11/14 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.8); follow up to same (0.1) | 1.10 |
| 12/11/14 | KMR | 0007 | Attended creditors committee meeting. | 0.70 |
| 12/11/14 | MCF | 0007 | Prepare for (.4) and participate in (.8) Committee call and post-call (.1). Emails with C. Samis re Committee call (.2). | 1.50 |
| 12/11/14 | AME | 0007 | Attend Committee Call with F. Hodara, A. Qureshi, D. Botter, R. Johnson, K. Rowe, B. Kahn, M. Fagen, R. Wirakesuma (.8). Draft summary of Committee Call discussion re: UKP Claims decision for lit associate team (.3) | 1.10 |
| 12/11/14 | RAW | 0007 | Prepare for (.3) and attend committee call (.8). | 1.10 |
| 12/12/14 | JYY | 0007 | Reviewing Committee Call summary from A. Evans. | 0.20 |
| 12/17/14 | FSH | 0007 | Review agenda (.1) and communications w/ M. Fagen re same (.1). Outline matters for Committee call (.2). Review draft Committee call minutes (.1). | 0.50 |
| 12/17/14 | BMK | 0007 | Review emails re: committee call agenda and minutes | 0.20 |
| 12/17/14 | MCF | 0007 | Draft agenda (.2) and minutes (.2) for Committee call; emails with B. Kahn (.1) and F. Hodara (.1) re same; revise same and send to Committee (.2). | 0.80 |
| 12/18/14 | FSH | 0007 | Review materials for Committee call (.2). Email w/ B. Kahn (.1) and further prep for same (.1). Participate in same (.3). | 0.70 |
| 12/18/14 | RAJ | 0007 | Call with Committee (.3); emails re same (.3). | 0.60 |
| 12/18/14 | AQ | 0007 | Prepare for (.1) and participate in (.3) Committee call. | 0.40 |
| 12/18/14 | KMR | 0007 | Attended creditors committee meeting. | 0.30 |
| 12/18/14 | MCF | 0007 | Attend Committee call. | 0.30 |
| 12/18/14 | AME | 0007 | Attend Committee Call with F. Hodara, A. Qureshi, R. Johnson, K. Rowe, B. Kahn, M. Fagen (.3); follow-up re same (.2). | 0.50 |
| 12/01/14 | FSH | 0008 | Communications w/ M. Fagen, D. Botter re upcoming hearing (.1). Examine revised stip language (.1). | 0.20 |
| 12/01/14 | MCF | 0008 | Emails with C. Samis (.2) and FR team (.2) re 12/2 hearing. Review limited response of HP re stipulation (.2) and email to team re same (.2); review certificate of no objection (.1) and email to team re same (.1) and emails with C. Samis re same (.1). | 1.10 |
| 12/01/14 | RAW | 0008 | Review correspondence re: tomorrow's hearing (.2); update calendars re: hearing cancellation (.1). | 0.30 |
| 12/03/14 | FSH | 0008 | Examine agenda and communications re upcoming hearing. | 0.20 |
| 12/05/14 | RAJ | 0008 | Appear at hearing on third-party discovery issues. | 1.00 |
| 12/05/14 | DHB | 0008 | Prepare for (.1) and attend (1.0) Rockstar hearing telephonically; emails re same (.1). | 1.20 |
| 12/05/14 | MCF | 0008 | Attend Nortel hearing telephonically. | 1.30 |
| 12/12/14 | FSH | 0008 | Examine court agenda. | 0.10 |
| 12/12/14 | MCF | 0008 | Review agenda for 12/16 hearing (.2); emails with local counsel re same (.2); review CNO (.1) and email team re same (.2). | 0.70 |
| 12/15/14 | FSH | 0008 | Follow-up re upcoming hearing. | 0.10 |
| 12/15/14 | MCF | 0008 | Emails with Cleary and MNAT (.2) and team (.2) re 12/16 hearing; review order (.1) and hearing cancellation notice (.1). | 0.60 |
| 12/19/14 | RAW | 0008 | Circulate hearing cancellation notice to team (.1) and correspondence re: same with M. Fagen and J. Lee (.1) and with IT re: same (.4). | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 4
Invoice Number: 1580242  January 21, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/21/14 | FSH | 0008 | Communications re upcoming court hearings. | 0.10 |
| 12/19/14 | MCF | 0009 | Quick review of November MOR (.1) and email to Capstone re same (.1). | 0.20 |
| 12/01/14 | BMK | 0012 | Review and comment on objection to estimation motion (1.2); confer with M. Fagen re same (.2). | 1.40 |
| 12/01/14 | MCF | 0012 | Confer with B. Kahn re objection to estimation motion (.2); revise same (2.5) and emails with D. Botter and B. Kahn re same (.2). | 2.90 |
| 12/02/14 | DHB | 0012 | Review and substantial revisions to NNCC claim pleading. | 2.30 |
| 12/02/14 | MCF | 0012 | Emails with D. Botter and B. Kahn re objection to estimation motion (.3); revise same (1.6). Emails with D. Botter re revised intercompany claims (.2); review presentation re same (1.3) and emails re same (.2). | 3.60 |
| 12/03/14 | FSH | 0012 | Confer w/ DB re NNCC pleading (.1). Communications w/ Committee members re same (.1). Review case law (.4). Review and edit draft pleading (.6). Meet w/ D. Botter and M. Fagen re same (.3). Review and analyze info from debtor re claim and communications w/ Committee members, B. Kahn and D. Botter re same (.4). TC Quinn re same (.1). Review claim info (.1). | 2.10 |
| 12/03/14 | RAJ | 0012 | Review draft objection to NNCC estimation motion (.3); emails re same (.3). | 0.60 |
| 12/03/14 | DHB | 0012 | Revise new draft of NNCC claim pleading (1.6) and confer with F. Hodara re same (.1); meet with M. Fagen re same (.2); meet with F. Hodara and M. Fagen re same (.3); telephone call with creditor re status of NNCC claim motion (.5); review presentation re pre-petition claim (.5); emails re same (.1) (.1); emails re settlement of books and records (.2) (.1); telephone call with L. Schweitzer re same (.2). | 3.90 |
| 12/03/14 | MCF | 0012 | Confer with D. Botter re objection to estimation motion (.2); revise same (.7) and emails with D. Botter, B. Kahn and F. Hodara re same (.2); meet with D. Botter and F. Hodara re same (.3); revise same (.1) and email same to Committee (.2); review emails re partial settlement (.3); draft email to Committee re update (.4) and email with B. Kahn re same (.1); email same to Committee (.1). | 2.60 |
| 12/04/14 | FSH | 0012 | Examine pleading re NNCC adjournment (.1). Examine Capstone claims reconciliation info (.1). Examine same from Cleary (.2). | 0.40 |
| 12/04/14 | MCF | 0012 | Analyze postpetition interest issues (1.9) and draft memo re same (2.1). Review notice of adjournment re NNCC claims motion (.2) and email to team re same (.1). | 4.20 |
| 12/05/14 | FSH | 0012 | Review amended schedules re claims. | 0.20 |
| 12/05/14 | DHB | 0012 | Email communications re NNCC schedules amendment and review of same. | 0.20 |
| 12/05/14 | MCF | 0012 | Review Debtors' draft amended NNI and NNCC schedules re claims (.7) and emails with D. Botter (.1) and Capstone (.2) re same. | 1.00 |
| 12/08/14 | FSH | 0012 | Examine claims information. | 0.10 |
| 12/08/14 | MCF | 0012 | Work on memo analyzing ppi on unsecured claims. | 2.70 |
| 12/09/14 | FSH | 0012 | Review M. Fagen memo re treatment of certain claims and analyze issues therein (.5). Confer w/ M. Fagen re same (.2). | 0.70 |
| 12/09/14 | MCF | 0012 | Work on memo analyzing ppi on unsecured claims (2.9) and meet with F. Hodara re same (.2); revise same (.7) and emails with team re same (.3). | 4.10 |
| 12/10/14 | FSH | 0012 | Examine corr. among parties re schedules (.1). Review revised M. Fagen memo (.1). | 0.20 |
| 12/10/14 | MCF | 0012 | Review amended schedules re claims (.8); emails with Capstone (.1) and Committee (.1) re same. | 1.00 |
| 12/11/14 | FSH | 0012 | Analyze claim issue (.3). Meet w/ Capstone, D. Botter, M. Fagen re same (.8). | 1.10 |
| 12/11/14 | DHB | 0012 | Review memo re PPI and consider issues (.4); meet with F. Hodara, M. Fagen and Capstone re same (.8). | 1.20 |
| 12/11/14 | MCF | 0012 | Prepare for (.3) and participate in (.8) meeting with F. Hodara, D. Botter | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Invoice Number: 1580242  January 21, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | and Capstone re ppi issues. | |
| 12/12/14 | AQ | 0012 | Emails and calls re NNCC claim motion. | 0.20 |
| 12/15/14 | FSH | 0012 | Analyze claims issues (.1). Confer w/ D. Botter re same (.1). | 0.20 |
| 12/18/14 | LGB | 0012 | Review post-petition interest settlement decision/order. | 1.00 |
| 12/18/14 | FSH | 0012 | Review PPI decision (1.6). Communications w/ Capstone, RAJ, A. Qureshi, B. Kahn, D. Botter re same (.7). Analyze issues related to decision (.8). | 3.10 |
| 12/18/14 | RAJ | 0012 | Analyze PPI decision (2.0); emails with committee counsel re same (.2). | 2.20 |
| 12/18/14 | AQ | 0012 | Review and analyze PPI decision (1.2). Communications with team re PPI decision (.2). | 1.40 |
| 12/18/14 | BMK | 0012 | Begin review of PPI Settlement decision and order | 0.90 |
| 12/18/14 | JYY | 0012 | Reviewing PPI decision. | 2.10 |
| 12/18/14 | MCF | 0012 | Review (1.7) and summarize (4.6) ppi decision. | 6.30 |
| 12/19/14 | FSH | 0012 | Numerous communications w/ bondholders, Cassels re PPI decision (1.0). Work on summary for Committee (1.8) and confer with M. Fagen re same (.2). Review published articles (.1). Communications w/ Capstone (.2), RAJ (.2) re foregoing matters. | 3.50 |
| 12/19/14 | RAJ | 0012 | Further analyze PPI opinion (.7); review and provide comments to M. Fagen's analysis of PPI decision for Committee (.8); confer with F. Hodara re same (.2); analyze appellate issues re PPI decision (1.8); confer with A. Evans re appellate research (.3, .2); follow up emails with A. Qureshi, F. Hodara re appellate issues (.3). | 4.30 |
| 12/19/14 | AQ | 0012 | Emails re PPI decision appellate issues. | 0.20 |
| 12/19/14 | JYY | 0012 | Reviewing PPI decision. | 1.30 |
| 12/19/14 | MCF | 0012 | Continue summary of ppi decision (3.2); confer with F. Hodara re same (.2); revise same (2.1) and emails with team re same (.2); email same to Committee (.1). | 5.80 |
| 12/19/14 | AME | 0012 | Research issues related to potential appeal of 9019 settlement and draft summary of findings (2.3), communicate with R. Johnson re: same (.3, .2). | 2.80 |
| 12/21/14 | FSH | 0012 | Analyze potential appeal info. | 0.20 |
| 12/22/14 | FSH | 0012 | Examine info re creditor claims (.2). Confer w/ Cleary re PPI issues (.5). Communications w/ M. Fagen re creditor claims (.1). | 0.80 |
| 12/22/14 | RAJ | 0012 | Review appellate issues re timing and re direct certification (.5); emails with A. Evans re same (.2). | 0.70 |
| 12/22/14 | DHB | 0012 | Review order and decision on PPI settlement. | 1.20 |
| 12/22/14 | MCF | 0012 | Begin review of claims info (.4) and emails with F. Hodara re same (.3). | 0.70 |
| 12/22/14 | AME | 0012 | Research issues re: appeal of PPI decision (1.4), communicate with R. Johnson re: same (.2) | 1.60 |
| 12/23/14 | FSH | 0012 | Communications w/ M. Fagen re claim reconciliation (.1). Review info re same (.2). | 0.30 |
| 12/23/14 | BMK | 0012 | Emails re: claims issues | 0.40 |
| 12/23/14 | MCF | 0012 | Review claims info (.8); summarize same (.6) and emails with F. Hodara and D. Botter re same (.2, .3). | 1.90 |
| 12/23/14 | AME | 0012 | Review Akin summary of PPI Decision. | 0.40 |
| 12/31/14 | FSH | 0012 | Review notice of appeal re PPI decision (.1) and communications w/ Committee, B. Kahn, M. Fagen and M. Wunder re same (.2). | 0.30 |
| 12/31/14 | RAJ | 0012 | Review Monitor's notice of appeal of PPI decision (.1); emails with Akin team re same (.1); consult appellate rules (.1). | 0.30 |
| 12/31/14 | DHB | 0012 | Review notice of appeal re PPI decision and emails re same. | 0.20 |
| 12/31/14 | BMK | 0012 | Review notice of appeal re: PPI settlement | 0.30 |
| 12/31/14 | JYY | 0012 | Reviewing correspondence from M. Fagen regarding PPI appeal. | 0.10 |
| 12/31/14 | MCF | 0012 | Review notice of appeal of ppi decision (.2); emails with FR team re same (.2); email same to Committee (.2). | 0.60 |
| 12/31/14 | AME | 0012 | Review correspondence from team re: Monitor's notice of appeal from PPI decision. | 0.20 |
| 12/01/14 | FSH | 0014 | Analyze EMEA claim issue in Canadian proceeding. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 6
Invoice Number: 1580242  January 21, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/02/14 | FSH | 0014 | Analyze UK claims issue in Canadian proceedings and communicate w/ Ashursts re same. | 0.40 |
| 12/03/14 | LGB | 0014 | Review e-mail re pensions scheme ruling and impact on Nortel. | 0.30 |
| 12/05/14 | MCF | 0014 | Review CN service materials including hardship fund increase motion record (.6), claims settlement motion record (.4) and Monitor Report (.4) and emails with Cassels re same (.1). | 1.50 |
| 12/06/14 | FSH | 0014 | Review motions re hardship payments and liability insurance settlement. | 0.40 |
| 12/08/14 | RAJ | 0014 | Review Canadian leave to appeal on PPI issues. | 0.20 |
| 12/08/14 | DHB | 0014 | Review Canadian leave pleading. | 0.50 |
| 12/09/14 | FSH | 0014 | TC M. Wunder and R. Jacobs re matters pending in Canada (.1). Email R. Jacobs re same (.1). Communications re J. Newbould ruling re UKP claim (.4). | 0.60 |
| 12/09/14 | RAJ | 0014 | Analyze Canadian decision on UKPC claims (2.4); multiple emails with Akin and Cassels team re same (.5). | 2.90 |
| 12/09/14 | AQ | 0014 | Review and analyze Neubould decision re UK pension claim and emails with team re same. | 1.30 |
| 12/09/14 | DHB | 0014 | Begin review of UKPC Canadian decision (1.0) and emails re same (.4). | 1.40 |
| 12/09/14 | KMR | 0014 | Began reviewing Canadian decision on UK pension claims. | 1.20 |
| 12/09/14 | MCF | 0014 | Begin review of Canadian UKPC claims decision (2.8); emails with Committee advisors re same (.4); draft email to Committee re same (.3) and emails re same (.1). | 3.60 |
| 12/09/14 | AME | 0014 | Review Canadian UPKC Claims decision and team's correspondence re: same (.2); communicate with J. Yecies and C. Weinreb re: same (.2). | 0.40 |
| 12/10/14 | LGB | 0014 | Review UK pension decision from Canadian court. | 4.00 |
| 12/10/14 | FSH | 0014 | Commence review decision of J. Newbould re UKP claims (2.6). Communications re same w/ D. Botter, A. Qureshi, RAJ, Cleary (.4). | 3.00 |
| 12/10/14 | RAJ | 0014 | Further analyze Canadian decision on UKPC claims (1.8); emails with Akin and Cleary re same (.3). | 2.10 |
| 12/10/14 | DHB | 0014 | Continue review of Canadian claims decision. | 0.70 |
| 12/10/14 | KMR | 0014 | Continue review of Canadian opinion on UK pension claims. | 2.40 |
| 12/10/14 | MCF | 0014 | Continue review of Canadian UKPC claims decision (3.3) and emails with team (.2) and Cleary (.1) re decision. Review Canadian motions scheduled for following week (.9). | 4.50 |
| 12/11/14 | FSH | 0014 | Examine issues re Canadian UK claims and research re same (1.0). Continue review and analysis of decision (1.9). Communications w/ Cleary re same (.1). Meet w/ Cassels, Capstone, RAJ, D. Botter, B. Kahn, A. Qureshi, R. Wirakesuma, re same (.5). Further communications w/ foregoing re same (.4). | 3.90 |
| 12/11/14 | RAJ | 0014 | Review analysis of expert evidence in Canadian decision on UKPC claims (.4); develop points for discussion with Committee (.6); meeting/call with Akin, Cassels and Capstone teams re Canadian decision (.5); review BNA report on transfer pricing aspects of decision (.2). | 1.70 |
| 12/11/14 | AQ | 0014 | Analyze issues related to Project Swift (.9). Professionals' call re UK decision (.5). | 1.40 |
| 12/11/14 | KMR | 0014 | Continued review of Canadian UK claims opinion. | 1.20 |
| 12/11/14 | MCF | 0014 | Analyze Canadian UKPC claims decision (.7) and previous memos re guarantee claims (.7) and emails with team re same (.3). Review notice of decision filed in US court (.2) and emails with team re same (.2). | 2.10 |
| 12/11/14 | RAW | 0014 | Meet w/ team re Canadian UKPC decision. | 0.50 |
| 12/12/14 | FSH | 0014 | Examine Chubb info (.1). Review aspects of J. Newbould opinion (.2). Call w/ Cleary re same (.5). | 0.80 |
| 12/12/14 | RAJ | 0014 | Further analyze issues in Canadian UKPC decision (1.2); call with Debtors' counsel re decision and strategy (.5); review news reports re same (.2). | 1.90 |
| 12/12/14 | AQ | 0014 | Review and analyze materials related to Newbould UKP decision (.6). Call with Cleary re Newbould decision (.5). | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 7
Invoice Number: 1580242  January 21, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/12/14 | DHB | 0014 | Conference call with Cleary re UKPC decision (.5); continue review of decision (1.0). | 1.50 |
| 12/12/14 | JYY | 0014 | Reviewing Canadian UKPC claims decision. | 0.60 |
| 12/12/14 | MCF | 0014 | Prepare for (.3) and participate in (.5) call with Cleary re Canadian UKPC decision. Continue to analyze decision (.8). Review filed motion in Canadian court (.8). | 2.40 |
| 12/15/14 | FSH | 0014 | Analyze Canadian UK claims issues. | 0.50 |
| 12/16/14 | RAJ | 0014 | Further analyze Canadian UKPC claims issues. | 1.40 |
| 12/17/14 | FSH | 0014 | Examine Canadian motion info. | 0.30 |
| 12/17/14 | JYY | 0014 | Reviewing Canadian UKCP claims opinion. | 1.10 |
| 12/18/14 | RAJ | 0014 | Review consent order and related documents re Canadian motion for leave to appeal UKPC claims (.1); emails re same (.1); review Ontario Court of Appeal's endorsement re "interest stops" ruling (.2). | 0.40 |
| 12/18/14 | KMR | 0014 | Continued analysis of Canadian decision on UK claims (1.4); meeting with group re: same (0.2); reviewed PPI decision (0.6). | 2.20 |
| 12/18/14 | MCF | 0014 | Emails re CN order extending time for appeal of UKP claims decision. | 0.20 |
| 12/21/14 | FSH | 0014 | Review SEC dismissal info. | 0.10 |
| 12/22/14 | JYY | 0014 | Reviewing claims decision. | 1.40 |
| 12/23/14 | JYY | 0014 | Reviewing Claims decision. | 0.70 |
| 12/02/14 | FSH | 0016 | Follow-up re stay litigation (.1). Examine NNL response re cost sharing (.1). | 0.20 |
| 12/02/14 | RAJ | 0016 | Follow up re status of third-party discovery/stay litigation. | 0.20 |
| 12/02/14 | MCF | 0016 | Review Debtors' proposed discovery protocol re third-party discovery and pleading re same (1.5) and email to team summarizing same (.4). | 1.90 |
| 12/03/14 | RAJ | 0016 | Analyze Debtors' proposed protocol for third-party discovery (.5); review agenda re same (.2); review objections (.4). | 1.10 |
| 12/04/14 | FSH | 0016 | Review third party discovery protocol and related issues. | 0.30 |
| 12/04/14 | RAJ | 0016 | Review status of Canadian motion to lift stay re third-party discovery costs (.2); emails with Canadian co-counsel re same (.2); prepare for hearing on third-party discovery (.5); emails with Delaware counsel re same (.3). | 1.20 |
| 12/05/14 | FSH | 0016 | Follow-up re third-party discovery disclosure hearing follow up. | 0.10 |
| 12/05/14 | RAJ | 0016 | Review filings re third-party discovery issues (.5); emails re outcome of hearing (.2). | 0.70 |
| 12/08/14 | FSH | 0016 | Examine filed discovery protocol. | 0.10 |
| 12/08/14 | RAJ | 0016 | Review as-entered third-party discovery order. | 0.20 |
| 12/08/14 | MCF | 0016 | Review discovery protocol order (.3) and email to team re same (.2). | 0.50 |
| 12/08/14 | FSH | 0018 | Review aspects of tax communications and consider next steps. | 0.30 |
| 12/15/14 | FSH | 0018 | Numerous communications re tax w/ D. Botter, K. Rowe, Capstone, Cleary, Milbank (1.0). Review same (.3). Analyze issues re same (.3). | 1.60 |
| 12/15/14 | DHB | 0018 | Email correspondence re tax (.5); conference call with Cleary re same (.6); telephone call with J. Bromley re same (.2). | 1.30 |
| 12/15/14 | KMR | 0018 | Email exchanges re: tax (0.5); reviewed files relating to same (0.7); conference call with Cleary re: same (0.7). | 1.90 |
| 12/23/14 | KMR | 0018 | Began work on outline of U.S. tax issues. | 2.20 |
| 12/17/14 | FSH | 0019 | Review pension info (.1). Communications w/ Ashurst re pending matters (.1). | 0.20 |
| 12/08/14 | FSH | 0022 | Analyze plan issue. | 0.20 |
| 12/05/14 | RAJ | 0025 | Travel to/from Wilmington for hearing (non-working portion only). (actual time = 1.60 hours) | 0.80 |
| 12/03/14 | JYY | 0029 | Reviewing correspondence from M. Fagen re allocation. | 0.10 |
| 12/04/14 | FSH | 0029 | Analyze allocation issues. | 0.50 |
| 12/09/14 | AQ | 0029 | Consider implications of UK pension ruling on allocation (.2); emails with team re same (.1). | 0.30 |
| 12/15/14 | FSH | 0029 | Review info from Capstone re allocation (.1). Communications w/ D. Botter and C. Kearns re same (.1). | 0.20 |
| 12/17/14 | RAJ | 0029 | Emails among Akin team re allocation and MRDA issues. | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1580242

Page 8  
January 21, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/17/14 | AQ | 0029 | Review and analyze allocation materials relevant to UKP decision and consider settlement dynamics. | 1.60 |
| 12/17/14 | KMR | 0029 | Reviewed transfer pricing aspects of the opinion from the Canadian court on UK claims (1.2); drafted email re: same (0.4). | 1.60 |
| 12/18/14 | FSH | 0029 | Analysis of allocation questions (.3). Review updated Capstone analysis and confer w/ Capstone re same (.5). | 0.80 |
| 12/03/14 | FSH | 0032 | Review IP sale info and communications re same. | 0.20 |
| 12/03/14 | MCF | 0032 | Review draft documents re proposed IP sales (.4, .4, .3) and emails with Capstone and Cassels re same (.2). | 1.30 |
| 12/24/14 | FSH | 0032 | Analyze information re IP valuations (.4) and communications w/ D. Botter, A. Qureshi, B. Kahn, Capstone re same (.2). | 0.60 |
| 12/24/14 | RAJ | 0032 | Analyze reports and information re Rockstar sale to RPX (.5); draft email to Capstone and Akin teams with analysis of IP licensing issues (.3); multiple emails among Capstone and Akin with analysis of RPX significance (.2, .2). | 1.20 |
| 12/24/14 | AQ | 0032 | Review information related to Rockstar sale and consider allocation implications. | 0.40 |
| 12/24/14 | BMK | 0032 | Emails re: Rockstar patent sale | 0.60 |
| 12/24/14 | MCF | 0032 | Emails with F. Hodara, Akin and Capstone teams re IP. | 0.50 |
| 12/24/14 | AME | 0032 | Review correspondence with Cassels team re: patent sales. | 0.20 |
| 12/26/14 | MCF | 0032 | Emails with F. Hodara and B. Kahn re patent sale email to Committee. | 0.30 |
| 12/28/14 | MCF | 0032 | Draft patent sale email to Committee. | 0.80 |
| 12/29/14 | FSH | 0032 | Review email for Committee re IP. | 0.10 |
| 12/29/14 | BMK | 0032 | Review email summary re: Rockstar sale (0.2); emails with Fagen, Hodara re: same (0.1) | 0.30 |
| 12/29/14 | JYY | 0032 | Reviewing summary and article from M. Fagen regarding Rockstar patents. | 0.40 |
| 12/29/14 | MCF | 0032 | Finish drafting patent sale email to Committee (.4); email with B. Kahn re same (.1); email with F. Hodara re same (.1) and email same to Committee (.2). | 0.80 |
| 12/29/14 | AME | 0032 | Review correspondence from M. Fagen re: Rockstar patent sale to RPX. | 0.10 |
| | | | Total Hours | 217.30 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| L G BECKERMAN | 5.30 | at | $1050.00 | = | $5,565.00 |
| F S HODARA | 35.30 | at | $1150.00 | = | $40,595.00 |
| R A JOHNSON | 27.30 | at | $915.00 | = | $24,979.50 |
| A QURESHI | 9.40 | at | $950.00 | = | $8,930.00 |
| D H BOTTER | 17.40 | at | $1050.00 | = | $18,270.00 |
| K M ROWE | 14.00 | at | $760.00 | = | $10,640.00 |
| B M KAHN | 6.00 | at | $715.00 | = | $4,290.00 |
| J Y YECIES | 8.00 | at | $645.00 | = | $5,160.00 |
| M C FAGEN | 82.60 | at | $500.00 | = | $41,300.00 |
| A M EVANS | 7.30 | at | $405.00 | = | $2,956.50 |
| R A WIRAKESUMA | 2.80 | at | $405.00 | = | $1,134.00 |
| P J SPROFERA | 1.90 | at | $295.00 | = | $560.50 |

Current Fees                                                                                             $164,380.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:  
    Computerized Legal Research - Lexis                    $297.90

NORTEL NETWORKS INC. CREDITORS COMMITTEE Page 9
Invoice Number: 1580242 January 21, 2015

| | |
|---|---:|
| Computerized Legal Research - Westlaw | $353.25 |
| Document Production - In House | $357.00 |
| Meals - Business | $12.03 |
| Meals (100%) | $1,576.38 |
| Audio and Web Conference Services | $2,825.31 |
| Travel - Ground Transportation | $158.27 |
| Travel - Telephone & Fax | $38.00 |
| Travel - Train Fare | $298.00 |

Current Expenses $5,916.14

**Total Amount of This Invoice** **$170,296.64**