# EXHIBIT C

**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $651.15 |
| Conference Calls/Telephone/Web Conference Services | $2,825.31 |
| Duplicating (billed at $.10 per page) | $357.00 |
| Meals/Committee Meeting Expenses | $1,588.41 |
| Travel Expenses – Ground Transportation | $158.27 |
| Travel Expenses – Telephone & Fax | $38.00 |
| Travel Expenses – Train Fare | $298.00 |
| **TOTAL** | **$5,916.14** |