# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1580242 |
| ATTN: JOHN DOLITTLE | Invoice Date 01/21/15 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/14 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 06/24/14 | Travel - Ground Transportation  Taxi home from Airport  Re: Traveling back from trial; NYC Taxi | $25.33 |
| 08/05/14 | Travel - Ground Transportation  Taxi home-worked late reviewing and editing post-trial submissions.; NYC Taxi | $14.30 |
| 08/21/14 | Travel - Ground Transportation  Taxi home-worked late  Re: post-trial submissions prep.; NYC Taxi | $29.30 |
| 09/18/14 | Meals - Business  Coffee purchased while attending closing arguments.; J. Sorkin; Starbucks | $12.03 |
| 11/03/14 | Document Production - In House REQUESTOR: A EVANS; DESCRIPTION: COLOR COPIES; QUANTITY: 1857; DATE ORDERED: 11/3/14 | $185.70 |
| 11/03/14 | Document Production - In House REQUESTOR: A EVANS; DESCRIPTION: COLOR COPIES; QUANTITY: 513; DATE ORDERED: 11/3/14 | $51.30 |
| 11/11/14 | Travel - Telephone & Fax  Wi-fi charge to work on Nortel matter during flight to London; T-Mobile | $19.00 |

| Date | Description | Amount |
|---|---|---|
| 11/12/14 | Travel - Telephone & Fax  Wi-fi charge on American Airlines flight to work on Nortel matter; American Airlines wifi (no receipt) | $19.00 |
| 11/17/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1911845 DATE: 11/23/2014 Fagen Matthew - Maguro Sushi - 11/17/2014 | $28.43 |
| 11/18/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1911845 DATE: 11/23/2014 Fagen Matthew - !Savory - 11/18/2014 | $19.42 |
| 11/20/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1911845 DATE: 11/23/2014 Fagen Matthew - Shun Lee West - 11/20/2014 | $31.82 |
| 11/21/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1911845 DATE: 11/23/2014 Fagen Matthew - Benares - 11/21/2014 | $29.52 |
| 11/22/14 | Travel - Ground Transportation  Weekend working taxi home.; Uber | $16.73 |
| 11/23/14 | Document Production - In House REQUESTOR: N FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 1200; DATE ORDERED: 11/23/14 | $120.00 |
| 11/24/14 | Travel - Ground Transportation  Cab to car after attending meeting; Uber | $22.61 |
| 11/24/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1927074 DATE: 11/30/2014 Fagen Matthew - !Savory - 11/24/2014 | $29.72 |
| 11/25/14 | Meals (100%)  11/21/14 - R. Wirakesuma VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800323; DATE: 11/25/2014 Meeting re settlement discussions (6 people) | $169.19 |
| 11/25/14 | Meals (100%)  11/21/14 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800323; DATE: 11/25/2014 Meeting re Solus Motion (5 people) | $77.95 |
| 11/25/14 | Meals (100%)  11/24/14 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800323; DATE: 11/25/2014 In-person committee meeting (21 people) | $877.80 |
| 11/25/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1927074 DATE: 11/30/2014 Fagen Matthew - Maguro Sushi - 11/25/2014 | $29.61 |
| 12/01/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: | $29.17 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1580242

Page 3  
January 21, 2015

| Date | Description | Amount |
|---|---|---|
| 12/02/14 | 1932188 DATE: 12/7/2014 Fagen Matthew - !Savory - 12/01/2014 Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1932188 DATE: 12/7/2014 Fagen Matthew - Maguro Sushi - 12/02/2014 | $28.63 |
| 12/04/14 | Travel - Train Fare  Purchase of train ticket to travel from Newark Penn Station to Wilmington for hearing on third-party discovery issues; Business Class Amtrak | $149.00 |
| 12/04/14 | Meals (100%)  12/04/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800325; DATE: 12/4/2014 Committee call (8 people) | $169.19 |
| 12/05/14 | Audio and Web Conference Services  For the Month of November, 2014 VENDOR: TELCONF LLC; INVOICE#: 12001-01001-14; DATE: 12/5/2014 | $2,825.31 |
| 12/05/14 | Travel - Ground Transportation  Taxi from home to Newark Penn Station en route to Wilmington for hearing on third-party discovery issues; Classic1 Limousine | $50.00 |
| 12/05/14 | Travel - Train Fare  Purchase of train ticket to travel from Wilmington to NY office after attending hearing on third-party discovery issues; Business Class Amtrak | $149.00 |
| 12/09/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1934879 DATE: 12/14/2014 Fagen Matthew - !Savory - 12/09/2014 | $32.15 |
| 12/10/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1934879 DATE: 12/14/2014 Fagen Matthew - !Savory - 12/10/2014 | $23.78 |
| 12/11/14 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: JOHNSON  ROBERT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $90.00 |
| 12/11/14 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: JOHNSON  ROBERT; Charge Type: TOC DOCUMENT LINKS; Quantity: 1.0 | $45.00 |
| 12/12/14 | Computerized Legal Research - Westlaw User: JOHNSON,ROBERT A Date: 12/12/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $24.75 |
| 12/17/14 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 12/17/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $117.32 |
| 12/19/14 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 12/19/2014 | $126.71 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 4
Invoice Number: 1580242                                                                    January 21, 2015

| Date | Description | Amount |
|---|---|---|
| | AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 12/19/14 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: JOHNSON ROBERT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 12/19/14 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: JOHNSON ROBERT; Charge Type: TOC DOCUMENT LINKS; Quantity: 1.0 | $45.00 |
| 12/19/14 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: JOHNSON ROBERT; Charge Type: SEARCHES; Quantity: 1.0 | $86.40 |
| 12/19/14 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: JOHNSON ROBERT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $18.00 |
| 12/22/14 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 12/22/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| | Current Expenses | $5,916.14 |