# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 17.40 | $18,270.00 |
| Lisa G. Beckerman | Partner for 15 years; Admitted in 1989; Financial Restructuring Department | $1,050 | 5.30 | $5,565.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 35.30 | $40,595.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 27.30 | $24,979.50 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 9.40 | $8,930.00 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 14.00 | $10,640.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 6.00 | $4,290.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 8.00 | $5,160.00 |
| Matthew C. Fagen | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $500 | 82.60 | $41,300.00 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 7.30 | $2,956.50 |
| Rebecca A. Wirakesuma | Associate for 1 year; Admitted in 2014; Financial Restructuring Department | $405 | 2.80 | $1,134.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 1.90 | $560.50 |

Total Amount of Fees:     **$164,380.50**
Total Number of Hours:    **217.30**
Blended Hourly Rate:      **$756.47**