## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X<br>*In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors.<br><br>------------------------------------------------------------X | :<br>:　Chapter 11<br>:<br>:　Case No. 09-10138 (KG)<br>:<br>:　Jointly Administered<br>:<br>:　**Related D.I.s: 14999, 15043, 15045**<br>:<br>: |

### NOTICE OF FILING OF ITEMS IN RECORD ON APPEAL

**PLEASE TAKE NOTICE** that on December 31, 2014, a Notice of Appeal (Docket No. 14999) was filed appealing the *Order Granting Debtors' Motion Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "Settlement Order") (Docket No. 14950) and the accompanying *Opinion Regarding Debtors' Motion Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "Opinion") (Docket No. 14949) entered by this Court on December 18, 2014.

**PLEASE TAKE FURTHER NOTICE** that, on January 13, 2015, the *Notice of Filing of Items Designated for Record on Appeal* (Docket No. 15043) (the "Appellants' Record Filing")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

and the *Monitor and Canadian Debtors' Statement Pursuant to Bankruptcy Rule 8009 of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* (Docket No. 15045) (the "Appellants' Designation") were filed in connection with the Notice of Appeal.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors will file the *Appellees' Counterdesignation Of Record On Appeal And Statement Of Issues To Be Presented On Appeal* (the "Counterdesignation"), in which they designate certain additional items to be included in the record on appeal and correct the versions of certain other items as described in or attached to the Appellants' Record Filing and Appellants' Designation.

**PLEASE TAKE FURTHER NOTICE** that, in order to ensure that those documents identified in the Counterdesignation are included in the record on appeal, those documents referenced therein that are not otherwise available on the main docket in these Chapter 11 cases are attached hereto as **Exhibits A-J**.

[*REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*]

<table>
<tr><td>Dated: January 26, 2015<br>Wilmington, Delaware</td><td>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession*</td></tr>
</table>

3