**Exhibit B**

**Email from B. Pensyl to B. Beller et al. re: Discovery**
**[Hearing Held on November 4-5, 2014; Exhibit 246]**

## Eckenrod, Russell D.

| | |
|---|---|
| **From:** | Bradley.Pensyl@AllenOvery.com |
| **Sent:** | Friday, October 17, 2014 5:01 PM |
| **To:** | Beller, Benjamin S.; Eckenrod, Russell D.; Zelbo, Howard S.; Bromley, James L.; Rosenthal, Jeffrey A.; nbassett@milbank.com; aleblanc@milbank.com; ljones@pszjlaw.com; pkeane@pszjlaw.com; dabbott@mnat.com; acordo@mnat.com |
| **Cc:** | Jacob.Pultman@AllenOvery.com |
| **Subject:** | Nortel Discovery |
| **Attachments:** | NY-#20623820-v1-Letter_to_Cleary_Dated_Oct_17_2014.PDF; Monitor and Canadian Debtors' Response to Document Production Requests.pdf; NNC-NNL-PPI000022.pdf; NNC-NNL-PPI000025.pdf; NNC-NNL-PPI000027.pdf; NNC-NNL-PPI000028.pdf; NNC-NNL-PPI000028.xlsx; NNC-NNL-PPI000029.pdf; NNC-NNL-PPI000029.xls; NNC-NNL-PPI000030.pdf; NNC-NNL-PPI000030.xlsx; NNC-NNL-PPI000031.pdf; NNC-NNL-PPI000034.pdf; NNC-NNL-PPI000034.xlsm; NNC-NNL-PPI000035.pdf; NNC-NNL-PPI000035.xlsx; NNC-NNL-PPI000036.pdf; NNC-NNL-PPI000075.pdf |

Counsel: Attached is a letter and enclosures relating to 9019 Motion discovery.

**Bradley S. Pensyl | Associate**
**Allen & Overy LLP**

1221 Avenue of the Americas | New York | NY 10020 | USA
Direct +1 212 610 6304 | Tel +1 212 610 6300
Fax +1 212 610 6399
www.allenovery.com



-------------------------------------------------------------------------------------------------------------------------------
--------

The foregoing e-mail may contain US tax advice. If so, please read the following carefully:

Unless otherwise expressly stated in the foregoing message, this advice was not intended or written to be used, and cannot be used, by any person for the purpose of avoiding US federal tax-related penalties that may be imposed with respect to the matters addressed. Some of this advice may have been written to support the promotion or marketing of the transactions or matters addressed to persons other than our client. For such advice, be advised that the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed and if you are a person other than our client, you should seek advice based on your particular circumstances from an independent tax advisor. In addition, unless expressly stated to the contrary in the foregoing message, nothing herein shall be construed to impose a limitation on disclosure by any person of the tax treatment or tax structure of any transaction that is addressed herein.

This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: 212 610 6300
Fax: 212 610 6399
http://www.allenovery.com

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorised and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional legal practice with lawyers admitted to practice in a variety of jurisdictions.

1

The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen & Overy LLP and of the non-members who are designated as partners is open to inspection at its registered office, One Bishops Square London E1 6AD and at the above address.

For further information about how Allen & Overy LLP is regulated, please see our website at www.allenovery.com/aoweb/legal