**Exhibit C**

**Chart entitled "Post-Petition Interest"
shown and handed to Court during Hearing Held on November 4-5, 2014**



Settlement Agreement Section 2.2 (PPI Settlement Amount); NNI-PPI-00000119-121 (basis for calculation of PPI at contract rate and federal judgment rate)  2