**Exhibit D**

**Summary of Wertheim Expert Testimony,
entitled "The Weeds", shown and handed to Court
during Closing Arguments of Hearing Held on November 4-5, 2014**

# The "Weeds"

|  | **NNI** | **NNL** |
|---|---|---|
| **Assets** | ✧ Sale IP Addresses<br>✧ Cash repatriation from APAC, China, and CALA<br>✧ D&O Trust | ✧ Sale of IP Addresses<br>✧ Dividend from NN Ireland<br>✧ Dividend from NNSA (France)<br>✧ Cash repatriation from APAC, China, and CALA<br>✧ D&O Trust |
| **Claims** | ✧ Amount of PBGC claim and payment by NNI subsidiaries<br>✧ Tax claim against NNI<br>✧ PPI to NNCC bondholders<br>✧ US GUC pool | ✧ Whether NNL is liable for all consolidated claims<br>✧ Claims resolution in NNL<br>✧ Offset for payment from Health & Welfare Trust<br>✧ PPI appeal in Canada |