**Exhibit H**

**Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised: US PPI Settlement Agreement, attaching Schedule A to PPI Settlment - Amounts and Blackline
[Hearing Held on November 4-5, 2014; Exhibit 147]**

| | |
|---|---|
| **From:** | Eckenrod, Russell D. <reckenrod@cgsh.com> |
| **Sent:** | Tuesday, July 22, 2014 9:58 PM |
| **To:** | aleblanc@milbank.com; JHarris@milbank.com; ddunne@milbank.com; apisa@milbank.com; tkreller@milbank.com; tmatz@milbank.com |
| **Cc:** | Schweitzer, Lisa M. <lschweitzer@cgsh.com> |
| **Subject:** | RE: NORTEL: revised US PPI Settlement Agreement |
| **Attach:** | 2926876_2(Schedule A to PPI Settlement Agreement – Amounts (CGSH DRAFT 7-22-14)).DOCX; Blackline v 7-21.rtf |

Thank you, Andy, that lines up with our understanding as well after consultation with our FA (subject to further internal review/comment), so I have incorporated into the attached revised Schedule A with a blackline against the prior version.

Russell D. Eckenrod
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lpujals@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2706 | f: +1 212 225 3999
www.clearygottlieb.com | reckenrod@cgsh.com

**From:** Leblanc, Andrew [mailto:ALeblanc@milbank.com]
**Sent:** Tuesday, July 22, 2014 8:15 PM
**To:** Eckenrod, Russell D.; JHarris@milbank.com; ddunne@milbank.com; apisa@milbank.com; tkreller@milbank.com; tmatz@milbank.com
**Cc:** Schweitzer, Lisa M.
**Subject:** RE: NORTEL: revised US PPI Settlement Agreement

Here are the numbers I understand are final:

1. 7.875% Notes pre-petition interest claim amount: After discussions and further research we agree with the US Debtor amount of $951,562
2. 7.875% Notes unamortized OID amount: The amount in Schedule A needs to change to $400,669
3. 10.75% Notes unamortized OID amount: The amount in Schedule A needs to change to $6,228,818

**From:** Eckenrod, Russell D. [mailto:reckenrod@cgsh.com]
**Sent:** Tuesday, July 22, 2014 3:51 PM
**To:** Leblanc, Andrew; Harris, Jennifer; Dunne, Dennis; Pisa, Albert A.; Kreller, Tom; Matz, Tom
**Cc:** Schweitzer, Lisa M.
**Subject:** RE: NORTEL: revised US PPI Settlement Agreement

Thank you, we will check internally on whether that is necessary. In the meantime, I attach for your review a draft of the motion to approve the settlement with accompanying proposed order. This draft remains subject to further internal and client review. Please let us know of any questions or comments you may have – happy to discuss.

Russell D. Eckenrod
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lpujals@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2706 | f: +1 212 225 3999
www.clearygottlieb.com | reckenrod@cgsh.com

**From:** Leblanc, Andrew [mailto:ALeblanc@milbank.com]
**Sent:** Tuesday, July 22, 2014 3:26 PM
**To:** Eckenrod, Russell D.; JHarris@milbank.com; ddunne@milbank.com; apisa@milbank.com; tkreller@milbank.com; tmatz@milbank.com
**Cc:** Schweitzer, Lisa M.
**Subject:** RE: NORTEL: revised US PPI Settlement Agreement

We have some comments on this. Let me know if you need the FA痴 to speak directly:

1. 7.875% Notes pre-petition interest claim amount: Difference is $35,313 in total. The US Debtors list the pre-petition interest claim as $951,562 – the actual claim shows this to be $984,375 plus $2,500 in fees owed to the trustee for a total of $986,875
2. 7.875% Notes unamortized OID amount: Very small difference - $2,019 total difference. The US Debtors list the unamortized OID as $398,650, according to our calculations it is $400,669. The difference is due to rounding as the US Debtor appears to round up the number of years since the issuance of the debt.
3. 10.75% Notes unamortized OID amount: Relatively small difference - $18,750 total difference. The US Debtors list the unamortized OID as $6,222,656, according to our calculations it is $6,203,906.

**From:** Eckenrod, Russell D. [mailto:reckenrod@cgsh.com]
**Sent:** Tuesday, July 22, 2014 9:01 AM
**To:** Leblanc, Andrew; Harris, Jennifer; Dunne, Dennis; Pisa, Albert A.; Kreller, Tom; Matz, Tom
**Cc:** Schweitzer, Lisa M.
**Subject:** RE: NORTEL: revised US PPI Settlement Agreement

**SUBJECT TO FRE 408 AND ANY OTHER APPLICABLE PRIVILEGES**
**PRIVILEGED AND CONFIDENTIAL**

All:

Further to the below, I attach a draft of Schedule A to the Agreement, indicating the claims and amounts of principal and pre-petition interest to be allowed pursuant to the settlement agreement. This schedule remains subject to further internal review and comment. Please let us know if you have any comments or are signed off on this schedule.

Russell D. Eckenrod
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lpujals@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2706 | f: +1 212 225 3999
www.clearygottlieb.com | reckenrod@cgsh.com

**From:** Eckenrod, Russell D.
**Sent:** Monday, July 21, 2014 12:41 PM
**To:** 'ALeblanc@milbank.com'; 'JHarris@milbank.com'; 'ddunne@milbank.com'; 'apisa@milbank.com'; 'tkreller@milbank.com'; 'tmatz@milbank.com'
**Cc:** Schweitzer, Lisa M.
**Subject:** RE: NORTEL: revised US PPI Settlement Agreement

**SUBJECT TO FRE 408 AND ANY OTHER APPLICABLE PRIVILEGES**
**PRIVILEGED AND CONFIDENTIAL**

All:

I attach a revised draft of the settlement agreement, clean and blacklined against your Friday version. This draft remains subject to further internal and client review, but is being circulated now in the interests of time.

---

Russell D. Eckenrod
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lpujals@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2706 | f: +1 212 225 3999
www.clearygottlieb.com | reckenrod@cgsh.com

---

**From:** Leblanc, Andrew [mailto:ALeblanc@milbank.com]
**Sent:** Sunday, July 20, 2014 7:24 PM
**To:** Schweitzer, Lisa M.; JHarris@milbank.com
**Cc:** ddunne@milbank.com; apisa@milbank.com; tkreller@milbank.com; tmatz@milbank.com
**Subject:** RE: NORTEL: revised US PPI Settlement Agreement

Any update on the draft review? We would like to be in a position to get signatures tomorrow, if possible, but we need a final doc before that happens.

---

**From:** Schweitzer, Lisa M. [mailto:lschweitzer@cgsh.com]
**Sent:** Friday, July 18, 2014 4:30 PM
**To:** Harris, Jennifer
**Cc:** Dunne, Dennis; Pisa, Albert A.; Leblanc, Andrew; Kreller, Tom; Matz, Tom
**Subject:** RE: NORTEL: revised US PPI Settlement Agreement

Thanks Jennifer. We will review and come back to you on the draft.
Can you folks send us a summary of the holdings of your group members so we can get a ball park of how much of each series is represented if we sign? Many thanks.

---

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cverga@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2629 | f: +1 212 225 3999 | m: +1 646 610 1096
www.clearygottlieb.com | lschweitzer@cgsh.com

---

**From:** Harris, Jennifer [mailto:JHarris@milbank.com]
**Sent:** Friday, July 18, 2014 2:59 PM
**To:** Schweitzer, Lisa M.
**Cc:** ddunne@milbank.com; apisa@milbank.com; aleblanc@milbank.com; tkreller@milbank.com; tmatz@milbank.com
**Subject:** NORTEL: revised US PPI Settlement Agreement

**SUBJECT TO FRE 408 AND ANY OTHER APPLICABLE PRIVILEGES**
**PRIVILEGED AND CONFIDENTIAL**

Lisa,

Enclosed please find a revised draft of the PPI Settlement Agreement, clean and blacklined against the version sent to you yesterday. Please note the draft remains subject to review by our clients and the indenture trustees in all respects.

Best regards,
Jennifer

**Jennifer P. Harris | Milbank**
601 South Figueroa Street | Los Angeles, CA 90017
T: +1 213.892.4344 | F: +1 213.892.4744
jharris@milbank.com | www.milbank.com

---

**From:** Matz, Tom
**Sent:** Thursday, July 17, 2014 8:26 AM
**To:** Schweitzer, Lisa M.
**Cc:** Dunne, Dennis; Pisa, Albert A.; Leblanc, Andrew; Kreller, Tom
**Subject:** NORTEL: US PPI Settlement Agreement

**SUBJECT TO FRE 408 AND ANY OTHER APPLICABLE PRIVILEGES**
**PRIVILEGED AND CONFIDENTIAL**

Lisa,

Further to our discussions on Tuesday, attached is a draft settlement agreement regarding PPI. This draft agreement is subject to ongoing client and internal review but in the interests of time, we wanted to get it to you for your review and consideration.

We would be pleased to continue our discussions this afternoon.

Tom

---

**Thomas J. Matz | Milbank**
One Chase Manhattan Plaza | New York, NY 10005
P: +1 212.530.5885 | F: +1 212.822.5885
tmatz@milbank.com | www.milbank.com


=============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.


=============================================================

NNI-PPI-00000226

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.


==============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.


==============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

PRIVILEGED AND CONFIDENTIAL
SUBJECT TO FRE 408 AND ALL SIMILAR RULES
ATTORNEY WORK PRODUCT
CGSH DRAFT 7-22-14

## SCHEDULE A

| Claim No. | Indenture Trustee | Debtor | Notes | Principal Amount | Pre-petition Interest | Unamortized OID | Total Allowed Claim |
|---|---|---|---|---|---|---|---|
| 3971 | Bank of New York Mellon | NNI | 1.750% Convertible Notes | 575,000,000 | 2,487,674 | - | 577,487,674 |
| 3971 | Bank of New York Mellon | NNI | 2.125% Convertible Notes | 575,000,000 | 3,020,746 | - | 578,020,746 |
| **Subtotal – Claim No. 3971 – 2007 Indenture Notes** | | | | **1,150,000,000** | **5,508,420** | **-** | **1,155,508,420** |
| 3972 | Bank of New York Mellon | NNI | L+4.25% Floating Rate Notes | 1,000,000,000 | 22,419,965 | - | 1,022,419,965 |
| 3972 | Bank of New York Mellon | NNI | 10.125% Notes | 550,000,000 | 27,689,063 | - | 577,689,063 |
| 3972 | Bank of New York Mellon | NNI | 10.750% Notes | 1,125,000,000 | 60,132,812 | (6,228,818) | 1,178,903,994 |
| **Subtotal – Claim No. 3972 – 2006 Indenture Notes** | | | | **2,675,000,000** | **110,241,840** | **(6,228,818)** | **2,779,013,022** |
| 8446[1] | Law Debenture Trust Company of New York | NNCC | 7.875% Notes | 150,000,000 | 951,562 | (400,669) | 150,550,893 |
| **Subtotal – Claim No. 8446 – 7.875% Notes** | | | | **150,000,000** | **951,562** | **(400,669)** | **150,550,893** |
| **TOTAL – GUARANTEED BONDS** | | | | **3,975,000,000** | **116,701,822** | **(6,629,487)** | **4,085,072,335** |

---

[1] The Parties acknowledge and agree that amended Claim No. 8446 supersedes Claim No. 3946, which is disallowed.

[NEWYORK 2926876_2]

CONFIDENTIAL                                                                 NNI-PPI-00000228

| Claim No. | Indenture Trustee | Debtor | Notes | | |
|---|---|---|---|---|---|
| **Principal Amount** | **Pre-petition Interest** | **Unamortized OID** | | | |
| **Total Allowed Claim** | | | | | |
| | | | | | |
| 3971 | Bank of New York Mellon | NNI | 1.750% Convertible Notes | | |
| 575,000,000 | 2,487,674 | - | 577,487,674 | | |
| 3971 | Bank of New York Mellon | NNI | 2.125% Convertible Notes | | |
| 575,000,000 | 3,020,746 | - | 578,020,746 | | |
| **Subtotal - Claim No. 3971 - 2007 Indenture Notes** | | | 1,150,000,000 | 5,508,420 | - |
| | | | 1,155,508,420 | | |
| | | | | | |
| 3972 | Bank of New York Mellon | NNI | L+4.25% Floating Rate Notes | | |
| 1,000,000,000 | 22,419,965 | - | 1,022,419,965 | | |
| 3972 | Bank of New York Mellon | NNI | 10.125% Notes | 550,000,000 | |
| 27,689,063 | - | 577,689,063 | | | |
| 3972 | Bank of New York Mellon | NNI | 10.750% Notes | 1,125,000,000 | |
| 60,132,812 | (~~6,222,656~~6,228,818) | ~~1,178,910,156~~1,178,903,994 | | | |
| **Subtotal - Claim No. 3972 - 2006 Indenture Notes** | | | 2,675,000,000 | 110,241,840 | |
| | | | (~~6,222,656~~6,228,818) | | |
| | | | ~~2,779,019,184~~2,779,013,022 | | |
| | | | | | |
| 8446[1] | Law Debenture Trust Company of New York | NNCC | 7.875% Notes | | |
| 150,000,000 | 951,562 | (~~398,650~~400,669) | | | |
| ~~150,552,912~~150,550,893 | | | | | |
| **Subtotal - Claim No. 8446 - 7.875% Notes** | | | 150,000,000 | 951,562 | |
| | | | (~~398,650~~400,669) | | |
| | | | ~~150,552,912~~150,550,893 | | |
| | | | | | |

CONFIDENTIAL

| TOTAL - GUARANTEED BONDS | 3,975,000,000 | 116,701,822 | |
| --- | --- | --- | --- |
| | | (~~6,621,306~~6,629,487) | |
| | | ~~4,085,080,516~~4,085,072,335 | |

CONFIDENTIAL                                                                                                                    NNI-PPI-00000230