**Exhibit J**

**Email from D. Dunne to J. Ray re: FW: Updated Nortel Claimulator, attaching Nortel Claim Calculator.xlsx**
**[Hearing Held on November 4-5, 2014; Exhibit 186]**

| | |
|---|---|
| **From:** | ddunne@milbank.com |
| **Sent:** | Wednesday, July 23, 2014 3:47 PM |
| **To:** | John J. Ray , III (jray@aviditypartners.com) (jray@aviditypartners.com) |
| **Subject:** | FW: Updated Nortel Claimulator |
| **Attach:** | image001.jpg; ATT00001.htm; Nortel Claim Calculator.xlsx; ATT00002.htm |

**From:** Stephen Blauner [mailto:sblauner@soluslp.com]
**Sent:** Wednesday, July 23, 2014 3:42 PM
**To:** Dunne, Dennis
**Subject:** Fwd: Updated Nortel Claimulator

Begin forwarded message:

> **From:** "CJ Lanktree" <cj@soluslp.com>
> **Date:** July 23, 2014 at 8:30:16 AM EDT
> **To:** "Craig Chobor" <cchobor@soluslp.com>, "Stephen Blauner" <sblauner@soluslp.com>, "Scott Martin" <scottmartin@soluslp.com>
> **Subject: Updated Nortel Claimulator**
>
> Adjusted for simple and compounded interest for the different bond deals
>
> **C.J. Lanktree**
> *Partner*
>
> **Solus Alternative Asset Management LP**
> 410 Park Avenue | New York, NY 10022
> p: 212-284-4326 | f: 212-284-4320 | m: 973-885-5489
> cj@soluslp.com| www.soluslp.com

===============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

NNI-PPI-00000339

# Nortel

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Filing Date | 1/14/2009 | | | | | | | | | | | | | | |
| Today | 11/2/2014 | | | | | | | | | | | | | | |
| Distribution Date | 6/30/2015 | | | | | | | | | | | | | | |

| Issuer | Security Type | Coupon (%) | Maturity Date | Notional Amt (mm) | Last Coupon | Interest Calculation | Accrued Principle | Accrued Pre Petition | Accrued Post Petition | Total Claim | Cash Amount Principle | Cash Amount Accrued | Cash Amount Total | Settlement Amount Principle | Settlement Amount Pre Petition | Settlement Amount Post Petition | Implied Recovery | Market Price | Implied IRR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NNI | Senior Notes | L+425 [1] | 7/15/2011 | $ 1,000 | 10/15/2008 | Simple | 100.0% | 2.2% | 50.7% | 153.0% | $ 1,000 | $ 530 | $ 1,530 | 100% | 100% | 55% | 130% | 109% | 34% |
| NNI | Senior Notes | 10.125% | 7/15/2013 | 550 | 7/15/2008 | Simple | 100.0% | 5.0% | 59.7% | 164.7% | 550 | 356 | 906 | 100% | 100% | 55% | 138% | 116% | 33% |
| NNI | Senior Notes | 10.750% | 7/15/2016 | 1,125 | 7/15/2008 | Simple | 100.0% | 5.3% | 63.4% | 168.7% | 1,125 | 773 | 1,898 | 100% | 100% | 55% | 140% | 117% | 35% |
| NNI | Senior Notes | 1.750% | 4/15/2012 | 575 | 10/15/2008 | Compounded | 100.0% | 0.4% | 10.8% | 111.2% | 575 | 65 | 640 | 100% | 100% | 55% | 106% | 103% | 12% |
| NNI | Senior Notes | 2.125% | 4/15/2014 | 575 | 10/15/2008 | Compounded | 100.0% | 0.5% | 13.2% | 113.8% | 575 | 79 | 654 | 100% | 100% | 55% | 108% | 103% | 14% |
| NNCC | Senior Notes | 7.875% | 6/15/2026 | $ 150 | 12/15/2008 | Simple | 100.0% | 0.6% | 46.4% | 147.0% | $ 150 | $ 70 | $ 220 | 100% | 100% | 100% | 147% | 117% | 41% |
| NNL | Senior Notes | 6.875% | 9/1/2023 | $ 200 | 9/1/2008 | Simple | 100.0% | 2.5% | 40.5% | 143.0% | $ 200 | $ 86 | $ 286 | 100% | 100% | 55% | 125% | 48% | |
| | | | | | | | | | | Total | $ 4,175 | $ 1,959 | $ 6,134 | | | | | | |

(1) FRN @ filing    9.003%