IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Related D.I.s: 14999, 15043, 15045** |

**APPELLEES' COUNTERDESIGNATION OF RECORD ON APPEAL
AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Nortel Networks Inc. ("NNI"), and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors" or "Appellees") hereby respectfully submit, in accordance with Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellees' Counterdesignation of Record on Appeal and Statement of Issues to be Presented on Appeal (the "Counterdesignation") in response to the *Notice of Filing of Items Designated for Record on Appeal* (Docket No. 15043) (the "Appellants' Record Filing") and the *Monitor and Canadian Debtors' Statement Pursuant to Bankruptcy Rule 8009 of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* (Docket No. 15045) (the "Appellants' Designation") filed in connection with the Notice of Appeal dated December 31, 2014 (Docket No. 14999) from the *Order Granting Debtors' Motion Pursuant To Bankruptcy*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "<u>Settlement Order</u>") (Docket No. 14950) and the accompanying *Opinion Regarding Debtors' Motion Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "<u>Opinion</u>") (Docket No. 14949) entered by this Court on December 18, 2014.

I. **Counterdesignation of Record on Appeal**

Appellees hereby submit the following counterdesignations to the record on appeal:

A. **Additional Items**

| Date of Document | Docket No.[2] | Description of Document |
|---|---|---|
| 9/29/2009 | 15093-1 | Proof of Claim #4735 filed by the Pension Benefit Guaranty Corporation on September 29, 2009 |
| 10/25/2013 | 12116 | Objection of Wilmington Trust, N.A. as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee |
| 11/15/2013 | 12399 | Order Regarding Objection of Wilmington Trust, N.A. as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee |
| 11/18/2013 | 12409 | Transcript Regarding Hearing Held on November 15, 2013 |
| 1/7/2014 | 12785 | Order Approving the US Claims Litigation Settlement Agreement By and Among The Debtors, The Creditors' Committee, the Joint Administrator, the EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, The Liquidator, The French Liquidator, the UK Pension Parties and Certain Affiliates |

---

[2] All referenced docket numbers shall be inclusive of the exhibits thereto.

2

| Date of Document | Docket No. | Description of Document |
|---|---|---|
| 7/8/2014 | 13978 | Transcript Regarding Allocation Trial Proceedings Held on June 6, 2014 |
| 10/17/2014 | 15093-2 | Email from B. Pensyl to B. Beller et al. re: Discovery [Hearing Held on November 4-5, 2014; Exhibit 246] |
| 11/4/2014 | 15093-3 | Chart entitled "Post-Petition Interest" shown and handed to Court during Hearing Held on November 4-5, 2014 [As attached to the Opinion as Exhibit A, and attached to the Counterdesignation Index as Appellee Exhibit 2] |
| 11/5/2014 | 15093-4 | Summary of Wertheim Expert Testimony, entitled "The Weeds", shown and handed to Court during Closing Arguments of Hearing Held on November 4-5, 2014 |

B.   **Corrected Items**[3]

| Date of Document | Docket No. (if applicable) | Description of Document |
|---|---|---|
| 7/18/2014 | 15093-5 | Email from J. Harris to L. Schweitzer et al. re: NORTEL: revised US PPI Settlement Agreement, attaching Blackline – Nortel US PPI Settlement Agreement and Nortel US PPI Settlement Agreement [Hearing Held on November 4-5, 2014; Exhibit 138] |
| 7/22/2014 | 15093-6 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised US PPI Settlement Agreement, attaching Schedule A to PPI Settlement Agreement - Amounts [Hearing Held on November 4-5, 2014; Exhibit 141] |
| 7/21/2014 | 15093-7 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement and Blackline [Hearing Held on November 4-5, 2014; Exhibit 143] |

---

[3]   The following items were included in the Appellants' Designation, but the corresponding exhibits attached to the Appellants' Record Filing omitted parts of each exhibit. Accordingly, the Debtors have filed true and correct copies of these exhibits, as entered at the hearing held on November 4-5, 2014, including all attachments thereto, at the indicated docket numbers. In addition, the Debtors have corrected the description of one exhibit (Docket No. 15092-10) so that it accurately describes the full contents of that exhibit as entered at the hearing held on November 4-5, 2014, including attachments thereto.

| Date of Document | Docket No. | Description of Document |
|---|---|---|
| 7/22/2014 | 15093-8 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised: US PPI Settlement Agreement, attaching Schedule A to PPI Settlment - Amounts and Blackline [Hearing Held on November 4-5, 2014; Exhibit 147] |
| 7/21/2014 | 15093-9 | Email from L. Schweitzer to F. Hodara et al. re: NORTEL: revised US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement and Blackline [Hearing Held on November 4-5, 2014; Exhibit 152] |
| 7/23/2014 | 15093-10 | Email from D. Dunne to J. Ray re: FW: Updated Nortel Claimulator, attaching Nortel Claim Calculator .xlsx [Hearing Held on November 4-5, 2014; Exhibit 186] |

For the sake of clarity, Appellees also designate for the record on appeal all exhibits and any other attachments to the items designated in this Counterdesignation and Appellant's Designation.

II. **Issues to be Presented on Appeal**

Appellees reserve the right to identify and respond to any issues raised by Appellants in the Appellants' record filing and any briefs filed in the appeal of the Settlement Order.

**RESERVATION OF RIGHTS**

Appellees expressly reserve, and do not waive, their right to supplement this Counterdesignation and/or to object to, or otherwise supplement or move to strike or modify, some or all of any designations made by the Appellants. The Appellees' service of this Counterdesignation and accompanying index shall not waive or otherwise affect any rights, remedies, challenges and objections the Appellees may have with respect to the standing or capacity of any parties, including without limitation any parties served with this Counterdesignation or accompanying index, to appeal the Settlement Order. This filing, and

Appellees' service thereof, is made expressly subject to, and without waiver of any and all rights, remedies, challenges and objections.

| | |
|---|---|
| Dated:  January 26, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |