IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                                    Debtors.                   :   Jointly Administered
                                                               :
                                                               :   **Related D.I.s: 14999, 15043, 15045**
                                                               :
---------------------------------------------------------------X

## INDEX OF APPELLEES' COUNTERDESIGNATION OF RECORD ON APPEAL

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), pursuant to Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Code for the District of Delaware (the "Local Rules"), hereby submit, by their undersigned counsel, the Index of Appellants' Designation and Appellee's Counterdesignation of Record on Appeal (the "Index") in conjunction with Appellees' Counterdesignation of Record on Appeal and Statement of Issues to Be Presented on Appeal, dated January 27, 2014. (the "Counterdesignation")[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

[2] All designations identified in this Index include all documents, exhibits, attachments, and supplements to the item designated, whether filed publicly or under seal. All D.I. entries within the below charts refer to the docket of the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 (KG). All terms not otherwise defined herein shall have the meaning ascribed to them in the Counterdesignation.

**I.   Index of Appellants Counterdesignation of Record on Appeal: Additional Items**

| Date | Docket No. | Item |
|---|---|---|
| 9/29/2009 | 15093-1 | Proof of Claim #4735 filed by the Pension Benefit Guaranty Corporation on September 29, 2009 |
| 10/25/2013 | 12116 | Objection of Wilmington Trust, N.A. as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee |
| 11/15/2013 | 12399 | Order Regarding Objection of Wilmington Trust, N.A. as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee |
| 11/18/2013 | 12409 | Transcript Regarding Hearing Held on November 15, 2013 |
| 1/7/2014 | 12785 | Order Approving the US Claims Litigation Settlement Agreement By and Among The Debtors, The Creditors' Committee, the Joint Administrator, the EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, The Liquidator, The French Liquidator, the UK Pension Parties and Certain Affiliates |
| 7/8/2014 | 13978 | Transcript Regarding Allocation Trial Proceedings Held on June 6, 2014 |
| 10/17/2014 | 15093-2 | Email from B. Pensyl to B. Beller et al. re: Discovery [Hearing Held on November 4-5, 2014; Exhibit 246] |
| 11/4/2014 | 15093-3 | Chart entitled "Post-Petition Interest" shown and handed to Court during Hearing Held on November 4-5, 2014 |
| 11/5/2014 | 15093-4 | Summary of Wertheim Expert Testimony, entitled "The Weeds", shown and handed to Court during Closing Arguments of Hearing Held on November 4-5, 2014 |

## II. Index of Appellants Counterdesignation of Record on Appeal: Corrected Items[3]

| Date | Docket No. | Item |
| --- | --- | --- |
| 7/18/2014 | 15093-5 | Email from J. Harris to L. Schweitzer et al. re: NORTEL: revised US PPI Settlement Agreement, attaching Blackline – Nortel US PPI Settlement Agreement and Nortel US PPI Settlement Agreement [Hearing Held on November 4-5, 2014; Exhibit 138] |
| 7/22/2014 | 15093-6 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised US PPI Settlement Agreement, attaching Schedule A to PPI Settlement Agreement - Amounts [Hearing Held on November 4-5, 2014; Exhibit 141] |
| 7/21/2014 | 15093-7 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement and Blackline [Hearing Held on November 4-5, 2014; Exhibit 143] |
| 7/22/2014 | 15093-8 | Email from R. Eckenrod to A. Leblanc et al. re: RE: NORTEL: revised: US PPI Settlement Agreement, attaching Schedule A to PPI Settlment - Amounts and Blackline [Hearing Held on November 4-5, 2014; Exhibit 147] |
| 7/21/2014 | 15093-9 | Email from L. Schweitzer to F. Hodara et al. re: NORTEL: revised US PPI Settlement Agreement, attaching Nortel US PPI Settlement Agreement and Blackline [Hearing Held on November 4-5, 2014; Exhibit 152] |
| 7/23/2014 | 15093-10 | Email from D. Dunne to J. Ray re: FW: Updated Nortel Claimulator, attaching Nortel Claim Calculator.xlsx [Hearing Held on November 4-5, 2014; Exhibit 186] |

---

[3] The following items were included in the Appellants' Designation, but the corresponding exhibits attached to the Appellants' Record Filing omitted parts of each exhibit. Accordingly, the Debtors have filed true and correct copies of these exhibits, as entered at the hearing held on November 4-5, 2014, including all attachments thereto, at the indicated docket numbers. In addition, the Debtors have corrected the description of one exhibit (Docket No. 15093-10) so that it accurately describes the full contents of that exhibit as entered at the hearing held on November 4-5, 2014, including attachments thereto.

Dated: January 26, 2015
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*