## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                                       :      Chapter 11
                                                       :
In re                                                  :      Case No. 09-10138 (KG)
                                                       :
Nortel Networks Inc., et al.,[1]                       :      Jointly Administered
                                                       :
                          Debtors.                     :      Re: D.I. 15094 & 15095
-------------------------------------------------------X
```

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 26, 2015, copies of the following were served in the manner indicated upon the individuals identified on the attached service list.

1.    Appellees' Counterdesignation of Record on Appeal and Statement of Issues to be Presented on Appeal (D.I. 15094, Filed 1/26/15); and

2.    Index of Appellees' Counterdesignation of Record on Appeal (D.I. 15095, Filed 1/26/15).

Dated: January 27, 2015        CLEARY GOTTLIEB STEEN & HAMILTON LLP
       Wilmington, DE          James L. Bromley (admitted *pro hac vice*)
                               Lisa M. Schweitzer (admitted *pro hac vice*)
                               One Liberty Plaza
                               New York, New York 10006
                               Telephone:  (212) 225-2000
                               Facsimile:  (212) 225-3999

                               - and -

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Ann C. Cordo_____

Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*