# SERVICE LIST

**VIA HAND-DELIVERY**

Charlene D. Davis
Justin Alberto
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Mary F. Caloway
Kathleen A. Murphy
Buchanan Ingersoll & Rooney PC
919 N. Market Street, Suite 1500
Wilmington, DE 19801

US Trustee
Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

William E. Chipman, Jr.
Mark D. Olivere
Ann M. Kashishian
Chipman Brown Cicero & Cole, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

Selinda A. Melnick
Timothy Hoeffner
DLA Piper LLP (USA)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Michael R. Lastowski
Christopher M. Winter
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Laura Davis Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Kevin M. Capuzzi
Pinckney Weidinger Urban & Joyce LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801

Christopher M. Samis
L. Katherine Good
Whiteford Taylor & Preston
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Atara Miller
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Brian E. O'Connor
Sameer Advani
Weston T. Eguchi
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Ken Coleman
Jacob S. Pultman
Daniel J. Guyder
John Kibler
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Michael J. Riela
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Fred S. Hodara
David H. Botter
Brad M. Kahn
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Craig A. Barbarosh
David Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Susheel Kirpalani
James C. Tecce
Daniel Holzman
Quinn Emanuel Urquhart & Sullivan
52 Madison Avenue, 22nd Floor
New York, NY 10010

8837463