IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
:
*In re*                                                          :    Chapter 11
                                                                 :
Nortel Networks Inc., *et al.*,                                  :    Case No. 09-10138 (KG)
                                                                 :
                                    Debtors.[1]                  :    Jointly Administered
                                                                 :
                                                                 :
---------------------------------------------------------------- X    Re: Docket Nos. 14949, 14950, 14999, 15043, 15045,
                                                                      15093, 15094 & 15095

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO THE APPELLEES' COUNTERDESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "Debtors" or "Appellees"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Appellees' Counterdesignation of Record on Appeal and Statement of Issues To Be Presented on Appeal* (Docket No. 15094) (the "Counterdesignation") including certain related submissions,[2] submitted in accordance with Rule 8009 of the Federal Rules of Bankruptcy Procedure, in response to the *Notice of Filing of Items Designated for Record on Appeal* (Docket No. 15043) (the "Appellants' Record Filing") and the *Monitor and Canadian Debtors' Statement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

[2] In connection with the Counterdesignation, the Appellees filed the *Notice of Filing of Items in Record on Appeal* (Docket No. 15093) and the *Index of Appellees' Counterdesignation of Record on Appeal* (Docket No. 15095).

*Pursuant to Bankruptcy Rule 8009 of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* (Docket No. 15045) (the "Appellants' Designation") filed in connection with the Notice of Appeal dated December 31, 2014 (Docket No. 14999) from the *Order Granting Debtors' Motion Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "Settlement Order") (Docket No. 14950) and the accompanying *Opinion Regarding Debtors' Motion Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "Opinion") (Docket No. 14949) entered by this Court on December 18, 2014.

## THE COMMITTEE'S JOINDER

The Committee hereby joins the counterdesignations set forth in the Appellees' Counterdesignation. In addition, the Committee expressly reserves its right to supplement the Appellee's Counterdesignation and/or to object to, or otherwise supplement or move to strike or modify, some or all of any designations made by the Appellants.

Dated: January 27, 2015  
      Wilmington, Delaware

Respectfully submitted,

By: _____  
Christopher M. Samis (No. 4909)  
Whiteford, Taylor & Preston LLC  
The Renaissance Centre  
405 North King Street, Suite 500  
Wilmington, DE 19801  
Telephone: (302) 353-4144

and

Fred S. Hodara (*pro hac vice*)  
David H. Botter (*pro hac vice*)  
Abid Qureshi (*pro hac vice*)  
Robert Johnson (*pro hac vice*)  
Brad Kahn (*pro hac vice*)  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
Tel.: (212) 872-1000

Co-counsel to the Committee