## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on January 27, 2015 a copy of the foregoing **Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the Appellees' Counterdesignation of Record on Appeal and Statement of Issues to be Presented on Appeal** was served on the parties on the attached list and in the manner indicated thereon.

_____
Christopher M. Samis (No. 4909)

# SERVICE LIST

**VIA HAND-DELIVERY**

Charlene D. Davis
Justin Alberto
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Mary F. Caloway
Kathleen A. Murphy
Buchanan Ingersoll & Rooney PC
919 N. Market Street, Suite 1500
Wilmington, DE 19801

US Trustee
Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

William E. Chipman, Jr.
Mark D. Olivere
Ann. M. Kashishian
Chipman Brown Cicero & Cole, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

Selinda A. Melnick
Timothy Hoeffner
DLA Piper LLP (USA)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Atara Miller
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Brian E. O'Connor
Sameer Advani
Weston T. Eguchi
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Ken Coleman
Jacob S. Pultman
Daniel J. Guyder
John Kibler
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Michael R. Lastowski
Christopher M. Winter
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Laura Davis Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Kevin M. Capuzzi
Pinckney Weidinger Urban & Joyce LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899-1347

Michael J. Riela Vedder
Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Craig A. Barbarosh
David Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Susheel Kirpalani James
C. Tecce
Daniel Holztan
Quinn Emanuel Urquhart & Sullivan 52
Madison Avenue, 22nd Floor
New York, NY 10010