IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Related D.I.s: 14999, 15043, 15045** |

**SUPPORTING BONDHOLDERS' COUNTERDESIGNATION
OF RECORD ON APPEAL AND RESERVATION OF RIGHTS
REGARDING ISSUES TO BE PRESENTED ON APPEAL**

The Supporting Bondholders[2] ("Appellees") submit this *Counterdesignation of Record on Appeal and Reservation of Rights Regarding Issues to be Presented on Appeal*, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, in response to the *Monitor and Canadian Debtors' Statement Pursuant to Bankruptcy Rule 8009 of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* (Docket No. 15045) (the "Appellants' Designation") and *Notice of Filing of Items Designated for Record on Appeal* (Docket No. 15043) (the "Appellants' Record Filing"), both filed in connection with the Notice of Appeal dated December 31, 2014 (Docket No. 14999) from the Settlement Order.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] The term "Supporting Bondholders" refers to those entities holding certain bonds issued or guaranteed by NNC, NNL, and NNI that executed the Settlement Agreement approved by the Court in the *Order Granting Debtors' Motion Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (Docket No. 14950) (the "Settlement Order").

DOCS_DE:197642.1

- 2 -

### I.  Counterdesignation of Record on Appeal

The Supporting Bondholders join in the request of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), to supplement and/or correct the record on appeal as set forth in the Debtors' *Counterdesignation of Record on Appeal and Statement of Issues to be Presented on Appeal* (Docket No. 15094) (the "Debtors' Counterdesignation"), filed on January 26, 2015.  The Supporting Bondholders further join the Debtors in designating for the record on appeal all attachments and/or exhibits to the items listed in the Appellants' Designation, the Appellants' Record Filing, and the Debtors' Counterdesignation.  The Supporting Bondholders reserve the right to further modify or correct the record on appeal in accordance with Federal Rule of Bankruptcy Procedure 8009(e).

### II.  Reservation of Rights Regarding Issues on Appeal

The Supporting Bondholders disagree with the Appellants' statement of the issues on appeal and reserve the right to present a counterstatement of the issues on appeal in their appellate brief in accordance with Federal Rule of Bankruptcy Procedure 8014.

*[Remainder of page left intentionally blank.]*


Dated:  January 27, 2015

        **PACHULSKI STANG ZIEHL & JONES LLP**

        */s/ Peter J. Keane*
        Laura Davis Jones (No. 2436)
        Peter J. Keane (No. 5503)
        919 N. Market Street, 17th Floor
        PO Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:  (302) 652-4400

        -and-

        **MILBANK, TWEED, HADLEY & McCLOY LLP**
        Dennis F. Dunne
        Albert A. Pisa
        Andrew M. Leblanc
        Atara Miller
        1 Chase Manhattan Plaza
        New York, New York 10005-1413
        Telephone:  (212) 530-5000
        Facsimile:  (212) 530-5219

        -and-

        Thomas R. Kreller
        601 S. Figueroa Street, 30th Floor
        Los Angeles, California 90017
        Telephone: (213) 892-4463
        Facsimile: (213) 629-5063

        *Attorneys for the Supporting Bondholders*