IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
                                                            :   Chapter 11
*In re*                                                     :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,                             :
                                                            :   Jointly Administered
           Debtors.                      :
                                                            :
                                                            :   **Related Docket No. 15099**
                                                            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 27th day of January, 2015, I caused a true and correct copy of the following document to be served upon the parties on the attached service list in the manner indicated thereon:

**Supporting Bondholders' Counterdesignation of Record on Appeal and Reservation of Rights Regarding Issues to Be Presented on Appeal.**

_____
Peter J. Keane (Bar No. 5503)

DOCS_DE:189885.5 61026/001

**Nortel – Special Service List**
Case No. 09-10138 (KG)
Document No. 197643
9 – Hand Delivery
7 – First Class Mail

**Hand Delivery**
(Counsel for the Debtors and Debtors in Possession)
Eric D. Schwartz, Esq.
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Tamara K. Minott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347

**Hand Delivery**
Charlene D. Davis, Esq.
Justin Alberto, Esq.
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Hand Delivery**
Mary F. Caloway, Esq.
Kathleen A. Murphy, Esq.
Buchanan Ingersoll & Rooney PC
919 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
William E. Chipman, Jr., Esq.
Mark D. Olivere, Esq.
Ann M. Kashishian, Esq.
Chipman Brown Cicero & Cole, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

**Hand Delivery**
Selinda A. Melnick, Esq.
Timothy Hoeffner, Esq.
DLA Piper LLP (USA)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

**Hand Delivery**
Michael Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Hand Delivery**
Kevin M. Capuzzi, Esq.
Pinckney Weidinger Urban & Joyce LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801

**Hand Delivery**
Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801

**First Class Mail**
(Counsel for the Debtors and Debtors in Possession)
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**First Class Mail**
Brian E. O'Connor, Esq.
Sameer Advani, Esq.
Weston T. Eguchi, Esq.
Andrew Hanrahan, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

2

**First Class Mail**
Ken Coleman, Esq.
Jacob S. Pultman, Esq.
Daniel J. Guyder, Esq.
John Kibler, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

**First Class Mail**
Michael J. Riela, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**First Class Mail**
Fred S. Hodara, Esq.
David H. Botter, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

**First Class Mail**
Craig A. Barbarosh, Esq.
David Crichlow, Esq.
Karen B. Dine, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

**First Class Mail**
Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Daniel Holzman, Esq.
Quinn Emanuel Urquhart & Sullivan
52 Madison Avenue, 22nd Floor
New York, NY 10010