UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

**Case Number:** 09-10138          BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc The Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post Petition Interest Dispute and Related Issues

**Docket #:**          **Date Entered:**

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 14999 | Date Filed: | 12/31/14 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Record on Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Ernst & Young Inc., the Monitor

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Mary Caloway
Buchanan Ingersoll & Rooney PC
919 North Market St
Suite 1500
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Ann Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market St
P.O. Box 1347
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: | ○ | ● |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/28/15            **by:** Sara Hughes
                                  **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  14-46