# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 12/10/2014 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 535 | $ 535.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 12/17/2014 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 535 | $ 535.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/11/2014 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/1/2014 | Reviewed and updated underlying employee claims analysis. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/1/2014 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/1/2014 | Reviewed and updated employee claim communication documents analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/1/2014 | Updated employee claims analysis based on revised Nortel notes. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/1/2014 | Updated employee claims analysis and documented notes regarding the same. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/2/2014 | Updated employee claim notes based on comments from Cleary. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/2/2014 | Reviewed and updated employee claim communication documents analysis. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/2/2014 | Reviewed and updated notes regarding employee claims analyses. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/2/2014 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/2/2014 | Investigated certain employee claim items per request from Cleary. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/2/2014 | Reconciled employee claims analyses against claims database per M. Cilia of RLKS. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/3/2014 | Reviewed and updated employee claims analyses and documented notes. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/3/2014 | Reconciled employee claims analysis against claims database | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/3/2014 | Reviewed and updated underlying employee claims analysis. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/3/2014 | Updated employee claims analysis based on revised Nortel notes. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/4/2014 | Analyzed various employee claims and documented notes. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/4/2014 | Reviewed and updated employee claims analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/4/2014 | Reconciled employee claims analysis against claims database | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/4/2014 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/4/2014 | Updated employee claims analysis against claims database | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/5/2014 | Reviewed and updated employee claims analysis. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/5/2014 | Reviewed updated claims register and documented notes accordingly. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/5/2014 | Updated employee claims analysis based on comments from Cleary. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/5/2014 | Analyzed various employee claims and documented notes. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/5/2014 | Updated employee claims analysis based on Nortel position. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/5/2014 | Investigated various employee claim issues per request from Cleary. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/8/2014 | Updated employee claims communication documents analysis. | 0.6 | 535 | $ 321.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/8/2014 | Reviewed and updated employee claims analysis based on comments from Epiq. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/8/2014 | Updated employee claims analyses based on claims review. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/8/2014 | Reconciled updated claims register to employee claims analyses. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/9/2014 | Analyzed unsecured claims register and documented notes accordingly. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/9/2014 | Investigated various employee claim issues per request from Cleary. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/9/2014 | Investigated certain employee claim items per request from Cleary. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/9/2014 | Analyzed employee claims analyses and documented notes. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/10/2014 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/10/2014 | Reconciled employee claims analysis against claims database | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/10/2014 | Reviewed and updated employee claims analysis. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/11/2014 | Analyzed various employee claims and documented notes. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/11/2014 | Corresponded with A. Tsai of Epiq regarding claims register. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/12/2014 | Investigated various employee claim issues per request from Cleary. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/12/2014 | Updated employee claim notes based on comments from Cleary. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/12/2014 | Updated employee claims analysis based on Nortel position. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/12/2014 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/12/2014 | Analyzed employee claims analyses and documented notes. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/15/2014 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/15/2014 | Investigated various employee claim issues per request from Cleary. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/15/2014 | Reconciled updated claims register to employee claims analyses. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/15/2014 | Analyzed various employee claims and documented notes. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/16/2014 | Investigated various employee claim issues per request from Cleary. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/16/2014 | Reconciled employee claims analysis against claims database | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/16/2014 | Reviewed and updated employee claims analysis. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/17/2014 | Reviewed and updated various employee claims analyses. | 0.8 | 535 | $ 428.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/17/2014 | Reviewed and updated employee claims analysis. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/17/2014 | Updated employee claims analysis based on comments from Cleary. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/17/2014 | Updated employee claims analysis based on revised Nortel notes. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/18/2014 | Created a claims analysis of all claims filed against a certain debtor for R. Eckenrod of Cleary. | 0.9 | 535 | $ 481.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/18/2014 | Reconciled employee claims analysis against claims database | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/18/2014 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/18/2014 | Reviewed and updated employee claim communication analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/19/2014 | Analyzed various employee claims and documented notes. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/19/2014 | Updated employee claims analyses based on claims review. | 1.9 | 535 | $ 1,016.50 |
| 25 | Case Administration | Coley P. Brown | 12/24/2014 | Reviewed recent case developments and documented notes accordingly. | 1.0 | 535 | $ 535.00 |
| 25 | Case Administration | James Lukenda | 12/15/2014 | Nortel - update file on current case developments. | 0.2 | 725 | $ 145.00 |
| 25 | Case Administration | James Lukenda | 12/24/2014 | Nortel - reading on case developments communication with Huron director. | 0.4 | 725 | $ 290.00 |