# Exhibit B

Case 09-10138-MFW    Doc 15102-3    Filed 01/28/15    Page 2 of 2

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  | - |