IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15089** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 28, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray Cruse

Sworn to before me this
25th day of January, 2015

_____
Notary Public

REGINA AMPOERO
Notary Public, State of New York
No. 01AM6064308
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

              Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   UNITED STATES DEBT RECOVERY XI, L.P.
         TRANSFEROR: BANK OF THE WEST
         ATTN: NATE JONES, ESQ.
         5575 KIETZKE LANE, SUITE A
         RENO, NV 89511

Please note that your claim # 107 in the above referenced case and in the amount of
    $799,270.29 allowed at $799,270.29  has been transferred **(unless previously expunged by court order)** to:

         OPTICAL NN HOLDINGS, LLC
         TRANSFEROR: UNITED STATES DEBT RECOVERY
         ATTN: MICHAEL G. LINN
         ONE MARITIME PLAZA, SUITE 2100
         SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         DISTRICT OF DELAWARE
         824 NORTH MARKET STREET, 3RD FLOOR
         WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15089      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2015                           David D. Bird, Clerk of Court

                                          /s/ Kimberly Murray
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2015.

# EXHIBIT B

```
TIME: 15:26:00                                    NORTEL NETWORKS INC.                                              PAGE:   1
DATE: 01/28/15                                      CREDITOR LISTING

Name                          Address
OPTICAL NN HOLDINGS, LLC      TRANSFEROR: UNITED STATES DEBT RECOVERY ATTN: MICHAEL G. LINN ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
UNITED STATES DEBT RECOVERY XI, L.P.  TRANSFEROR: BANK OF THE WEST ATTN: NATE JONES, ESQ. 5575 KIETZKE LANE, SUITE A RENO NV 89511

Total Number of Records Printed    2
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006