IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Nortel Networks Inc., et al.[1] | ) | Chapter 11 |
| | ) | |
| Debtors | ) | 09-10138 (KG) |
| | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR
REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of Cole Schotz P.C. substitutes its appearance for Clark Hill PLC and Perkins Coie LLP as counsel for SNMP Research International, Inc. and SNMP Research, Inc. in the above-captioned cases and requests that all notices given or required to be given and all papers served or required to be served be given to and served upon the following:

Norman L. Pernick
Nicholas J. Brannick
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302.652.3131
Facsimile: 302.574.2106
E-mail: npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

53651/0001-11457057v1

G. David Dean
Cole Schotz P.C.
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202
Telephone: 410.230.0660
Facsimile: 410.528.9402
E-mail: ddean@coleschotz.com

PLEASE TAKE FURTHER NOTICE that Clark Hill PLC and Perkins Coie LLP further request that the Clerk of the United States Bankruptcy Court for the District of Delaware remove them from the electronic and paper noticing matrix in the above-captioned adversary proceeding for SNMP Research International, Inc. and SNMP Research, Inc.

| /s/ Karen M. Grivner | /s/ Nicholas J. Brannick |
|---|---|
| Karen M. Grivner (No. 4372) | Norman L. Pernick (No. 2290) |
| CLARK HILL PLC | Nicholas J. Brannick (No. 5721) |
| 824 N. Market Street, Suite 710 | COLE SCHOTZ P.C. |
| Wilmington, Delaware 19801 | 500 Delaware Avenue, Suite 1410 |
| Telephone: 302.250.4750 | Wilmington, DE 19801 |
| Facsimile: 302.421.9439 | Telephone: 302.652.3131 |
| E-mail: kgrivner@clarkhill.com | Facsimile: 302.574.2106 |
|  | E-mail: npernick@coleschotz.com |
|  |         nbrannick@coleschotz.com |
| -and- | -and- |
| /s/ Schuyler G. Carroll |  |
| Schuyler G. Carroll | G. David Dean |
| Jeffrey D. Vanacore | Cole Schotz P.C. |
| PERKINS COIE LLP | 300 E. Lombard Street, Suite 2000 |
| 30 Rockefeller Center, 22nd Floor | Baltimore, MD 21202 |
| New York, NY 10112-0015 | Telephone: 410.230.0660 |
| Telephone: 212.262.6900 | Facsimile: 410.528.9402 |
| Facsimile: 212.977.1635 | E-mail: ddean@coleschotz.com |
| E-mail: SCarroll@perkinscoie.com |  |
|         JVanacore@perkinscoie.com |  |
| *Former Counsel to SNMP Research International, Inc. and SNMP Research, Inc.* | *Current Counsel to SNMP Research International, Inc. and SNMP Research, Inc.* |

Dated: January 29, 2015