# EXHIBIT A

To print this report, please use your browser's print feature.

New Window    Help    Personalize Page    http

Expense Report    Expense Receipt

**BNY MELLON**

## Expense Report          **0000754607**

Robert Major                    **Employee ID:**  000250785

| | |
|---|---|
| **Report Date:** | 01/08/2015    12:52:49PM    **Status:**    Paid |
| **Description:** | Nortel Settlement Conference |
| **Business Purpose:** | Other Purpose |

**Comment:**

Personalize | Find |      First  1-13 of 13  Last

| | Date | Expense Type | Merchant | Department | Long Description | Monetary Amount | Currency Code |
|---|---|---|---|---|---|---|---|
| 1 | 10/15/2014 | Travel/Air/Train | AMERICAN EXPRESS INTERACTIVE LOWTOUCH:AG | 6882199 | AMEX REF#:737850039248 0030102781 02 - booking fee | 20.00 | USD |
| 2 | 11/03/2014 | Taxi & Other | DELAWARE EXPRESS SHU NEWARK | 6882199 | AMEX REF#:737850039248 005010191225 - car fare from from PHI to Wilmington, DE | 88.00 | USD |
| 3 | 11/04/2014 | Taxi & Other | jenniferfamilytaxi Philadelphia | 6882199 | AMEX REF#:737850039248 005010191451 - cab fare from Wilmington, DE to PHI | 78.73 | USD |
| 4 | 11/04/2014 | Tolls & Parking | PORT COLUMBUS PARKIN COLUMBUS | 6882199 | AMEX REF#:737850039248 005010200163 - | 34.00 | USD |
| 5 | 11/04/2014 | Meals During Travel | DNC TRAVEL - DETRO 5 DETROIT | 6882199 | AMEX REF#:737850039248 005010200532 - | 27.79 | USD |
| 6 | 11/04/2014 | Meals During Travel | 09 PHL DE PHILADELPHIA | 6882199 | AMEX REF#:737850039248 005011300478 - | 16.00 | USD |
| 7 | 11/03/2014 | Meals During Travel | ONLINE CAFE DETROIT | 6882199 | AMEX REF#:737850039248 005011300565 - | 15.22 | USD |
| 8 | 10/15/2014 | Travel/Air/Train | DELTA AIR LINES INC. PHOENIX | 6882199 | AMEX REF#:737850039248 006000278973 - roundtrip airfare from CMH to PHI | 453.20 | USD |
| 9 | 11/04/2014 | Lodging | SHERATON SUITES WILM WILMINGTON | 6882199 | Hotel Wizard: Lodging | 189.00 | USD |
| 10 | 11/04/2014 | Lodging-Room Tax | SHERATON SUITES WILM WILMINGTON | 6882199 | Hotel Wizard: Lodging-Room Tax | 18.90 | USD |
| 11 | 11/04/2014 | Meals During Travel | SHERATON SUITES WILM WILMINGTON | 6882199 | Hotel Wizard: Meals During Travel | 10.00 | USD |
| 12 | 11/04/2014 | Meals During Travel | SHERATON SUITES WILM WILMINGTON | 6882199 | Hotel Wizard: Meals During Travel | 13.00 | USD |
| 13 | 11/04/2014 | Phone & Internet during travel | SHERATON SUITES WILM WILMINGTON | 6882199 | Hotel Wizard: Phone & Internet during travel (Other Expenses) | 6.95 | USD |

**Expense Report Totals**

| | |
|---|---|
| **Employee Expenses:** | 970.79 USD |
| **Non-Reimbursable Expenses:** | 0.00 USD |
| **Prepaid Expenses:** | 0.00 USD |
| **Employee Credits:** | 0.00 USD |
| **Vendor Credits:** | 0.00 USD |
| **Cash Advances Applied:** | 0.00 USD |
| **Total Due Employee:** | 0.00 USD |
| **Total Due Vendor:** | 970.79 USD |

I certify that the information provided above is an accurate record of expenses incurred.

Employee Signature                    Date

Case 09-10138-MFW    Doc 15106-2    Filed 01/29/15    Page 3 of 5

_____

Approved By                          Date

Return to Expense Sheet

Expense Report | Expense Receipt





New Window | Help | Personalize Page | http

Expense Report Expense Receipt

To print this report, please use your browser's print feature.

BNY MELLON

## Expense Report 0000757268

Robert Major **Employee ID:** 000250785

**Report Date:** 01/08/2015 12:54:25PM **Status:** Paid

**Description:** Nortel UCC Meeting

**Business Purpose:** Other Purpose

**Comment:**

Personalize | Find | First 1-2 of 2 Last

| | Date | Expense Type | Merchant | Department | Long Description | Monetary Amount | Currency Code |
|---|---|---|---|---|---|---|---|
| 1 | 11/06/2014 | Travel/Air/Train | AMERICAN EXPRESS INTERACTIVE LOWTOUCH\AG | 6882199 | AMEX REF#:737850039248 003010212543 - | 20.00 | USD |
| 2 | 11/06/2014 | Travel/Air/Train | DELTA AIR LINES INC. PHOENIX | 6882199 | AMEX REF#:737850039248 006000213440 - | 996.20 | USD |

Expense Report Totals

| | | |
|---|---|---|
| **Employee Expenses:** | 1,016.20 | USD |
| **Non-Reimbursable Expenses:** | 0.00 | USD |
| **Prepaid Expenses:** | 0.00 | USD |
| **Employee Credits:** | 0.00 | USD |
| **Vendor Credits:** | 0.00 | USD |
| **Cash Advances Applied:** | 0.00 | USD |
| **Total Due Employee:** | 0.00 | USD |
| **Total Due Vendor:** | 1,016.20 | USD |

I certify that the information provided above is an accurate record of expenses incurred.

Employee Signature Date

Approved By Date

Return to Expense Sheet

Expense Report | Expense Receipt

To print this report, please use your browser's print feature.

## Expense Report

**0000767300**

Robert Major

**Employee ID:** 000250785

| | | |
|---|---|---|
| **Report Date:** | 01/08/2015    12:50:40PM | **Status:**    Paid |
| **Description:** | Nortel UCC Meeting | |
| **Business Purpose:** | Other Purpose | |

**Comment:**

Personalize | Find |      First  1-6 of 6  Last

| | Date | Expense Type | Merchant | Department | Long Description | Monetary Amount | Currency Code |
|---|---|---|---|---|---|---|---|
| 1 | 11/24/2014 | Meals During Travel | Kaffe 1668 New York | 6882199 | AMEX REF#:737850039248 005010138684 - | 9.01 | USD |
| 2 | 11/24/2014 | Tolls & Parking | PORT COLUMBUS PARKIN COLUMBUS | 6882199 | AMEX REF#:737850039248 005010158287 - | 17.00 | USD |
| 3 | 11/24/2014 | Travel/Air/Train | MTA MVM*CHAMBERS ST- NEW YORK | 6882199 | AMEX REF#:737850039248 005010159038 - | 2.75 | USD |
| 4 | 11/25/2014 | Meals During Travel | OTG MANAGEMENT JFK, PHILADELPHIA | 6882199 | AMEX REF#:737850039248 005010169556 - | 12.69 | USD |
| 5 | 11/25/2014 | Meals During Travel | OTG MANAGEMENT JFK, PHILADELPHIA | 6882199 | AMEX REF#:737850039248 005010169557 - | 22.84 | USD |
| 6 | 11/25/2014 | Meals During Travel | OTG MANAGEMENT JFK, PHILADELPHIA | 6882199 | AMEX REF#:737850039248 005010169558 - | 38.66 | USD |

**Expense Report Totals**

| | |
|---|---|
| **Employee Expenses:** | 102.95 USD |
| **Non-Reimbursable Expenses:** | 0.00 USD |
| **Prepaid Expenses:** | 0.00 USD |
| **Employee Credits:** | 0.00 USD |
| **Vendor Credits:** | 0.00 USD |
| **Cash Advances Applied:** | 0.00 USD |
| **Total Due Employee:** | 0.00 USD |
| **Total Due Vendor:** | 102.95 USD |

I certify that the information provided above is an accurate record of expenses incurred.

_____

Employee Signature                    Date

_____

Approved By                    Date

Return to Expense Sheet

Expense Report | Expense Receipt