IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X  Chapter 11
:
*In re* : Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. :
:
---------------------------------------------------------X

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 3, 2015 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1. Motion of Third Party Rockstar for Partial Stay of Discovery Protocol (D.I. 15019, Filed 1/2/15).

   Objection Deadline: January 23, 2015 at 4:00 p.m. (ET).

   Responses Received:

   (a) Google's Response to Motion of Third Party Rockstar for Partial Stay of Discovery Protocol (D.I. 15058, Filed 1/16/15); and

   (b) Cisco's Response to Motion of Third Party Rockstar for Partial Stay of Discovery Protocol (D.I. 15087, Filed 1/23/15).

   Related Pleading:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a)  Order Approving Second Discovery Protocol in Connection with Order Extending Automatic Stay and Regulating Third Party Discovery (D.I. 14906, Entered 12/8/14); and

(b)  Letter to The Honorable Kevin Gross from Jennifer R. Hoover, Esq., Enclosing the Discovery Mediator's Retention Agreement (D.I. 15082, Filed 1/22/15).

<u>Status</u>: The hearing on this matter will go forward.

Dated: January 30, 2015  
Wilmington, DE

CROWELL & MORING LLP  
Mark D. Plevin (admitted pro hac vice)  
Mark S. Supko (admitted pro hac vice)  
James J. Regan  
Matthew W. Cheney  
1001 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
Telephone: (202) 624-2500  
Facsimile: (202) 628-5116

- and -

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP  
    */s/ Jennifer R. Hoover*  
Jennifer R. Hoover (No. 5111)  
Michael J. Barrie (No. 4684)  
222 Delaware Ave., Suite 801  
Wilmington, Delaware 19801  
Telephone: (302) 442-7010  
Facsimile: (302) 442-7012

*Counsel for Debtors and Debtors in Possession*

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
Wilmington, DE  19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 425-4663

*Counsel for Debtors and Debtors in Possession*