**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X  Chapter 11
:
*In re*                                                                     :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                             :  Jointly Administered
:
                      Debtors.    :  **Re: D.I. 15107**
---------------------------------------------------------X

### NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on January 30, 2015, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on February 3, 2015 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: January 30, 2015
Wilmington, DE

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Tamara K. Minott*
       Eric D. Schwartz (No. 3134)
       Derek C. Abbott (No. 3376)
       Ann C. Cordo (No. 4817)
       Tamara K. Minott (No. 5643)
       1201 North Market Street, 16th Floor
       Wilmington, DE  19899-1347
       Telephone:  (302) 658-9200
       Facsimile:  (302) 658-3989

       *Counsel for the Debtors and Debtors in Possession*

8645027.5

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**Via Fax**

Farnan LLP
Joseph Farnan, Jr.
Brian Farnan
Michael Farnan
919 N. Market St.
Wilmington, DE 19801
Fax: 302-777-0301

Irell & Manella LLP
Ellisen Turner
1800 Avenue of the Stars
Los Angeles, CA 90067
Fax: 310-203-7199

Quinn Emanuel Urquhart & Sullivan LLP
Robert Wilson
Patrick Curran
Michelle Ernst
51 Madison Ave.
New York, NY 10010
Fax: 212-849-7100

Quinn Emanuel Urquhart & Sullivan LLP
Charles Verhoeven
David Eiseman
David Perlson
Sean Pak
Kristin Madigan
Matthew Cannon
50 California St.
San Francisco, CA 94111
Fax: 415-875-6700

Quinn Emanuel Urquhart & Sullivan LLP
Victoria Maroulis
555 Twin Dolphin Dr.
Redwood Shores, CA 94065
Fax: 650-801-5100

Kirkland & Ellis LLP
Michael De Vries
333 South Hope St.
Los Angeles, CA 90071
Fax: 213-680-8500

Kirkland & Ellis LLP
Jared Edgar
555 California St.
San Francisco, CA 94104
Fax: 415-439-1500

Bifferato LLC
Ian Connor Bifferato
J. Zachary Haupt
800 N. King St.
Wilmington, DE 19801
Fax: 302-792-7470

Desmarais LLP
John Desmarais
Jonas McDavit
Dustin Guzioe
230 Park Ave.
New York, NY 10169
Fax: 212-351-3401

Crowell & Moring LLP
Mark Plevin
Mark Supko
James Regan
Matthew Cheney
1001 Pennsylvania Ave.
Washington, D.C. 20004
Fax: 202-628-5116

Benesch Friedlander Coplan & Aronoff LLP
Jennifer Hoover
Michael Barrie
222 Delaware Ave.
Wilmington, DE 19801
Fax: 302-442-7012