**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **28 January 2015**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **381735**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 12,449.50 |
| For the period 1 December 2014 to 31 December 2014, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 11.28 |
| | 0.00 | | 12,460.78 |
| | | VAT | 0.00 |
| | | Total | 12,460.78 |
| | | **Balance Due** | **12,460.78** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 381735 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/12/2014
Prebill Number:944161

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner | Angela Pearson | 2.90 | 2,233.00 | (C0012) |
|  |  | **2.90** | **2,233.00** |  |
| Partner | Marcus Fink | 3.80 | 2,698.00 | (C0012) |
|  |  | **3.80** | **2,698.00** |  |
| Senior Associate | Antonia Croke | 0.20 | 116.00 | (C0003) |
|  |  | 2.60 | 1,508.00 | (C0007) |
|  |  | 7.80 | 4,524.00 | (C0029) |
|  |  | **10.60** | **6,148.00** |  |
| Senior Associate | Andy Wright | 0.20 | 106.00 | (C0012) |
|  |  | **0.20** | **106.00** |  |
| Associate | Lindsey Roberts | 0.80 | 364.00 | (C0003) |
|  |  | 0.60 | 273.00 | (C0007) |
|  |  | 0.50 | 227.50 | (C0029) |
|  |  | **1.90** | **864.50** |  |
| Trainee | Nicole Lim | 2.00 | 400.00 | (C0003) |
|  |  | **2.00** | **400.00** |  |
|  | **TOTAL** | **21.40** | **12,449.50** |  |

## Matter: CCN01.00001 - BANKRUPTCY

### C0003 Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.20 | 580.00 | 116.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.80 | 455.00 | 364.00 |
| **Trainee** | | | | |
| NLIM | Nicole Lim | 2.00 | 200.00 | 400.00 |
| | | | Total | **880.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/12/2014 | Lindsey Roberts | INTD | Emails to/from Billing; email to B Kahn re: the same | 0.30 | 455.00 | 136.50 |
| 15/12/2014 | Nicole Lim | REVI | Reviewing pre-bill for November's fee application and email to Costs re the same | 0.20 | 200.00 | 40.00 |
| 16/12/2014 | Lindsey Roberts | READ | Review minor comments on pre-bill | 0.10 | 455.00 | 45.50 |
| 17/12/2014 | Nicole Lim | REVI | Preparing November fee application | 1.40 | 200.00 | 280.00 |
| 18/12/2014 | Antonia Croke | LETT | Emails re Ash fee app | 0.20 | 580.00 | 116.00 |
| 18/12/2014 | Lindsey Roberts | DRFT | Review and amends to fee application | 0.30 | 455.00 | 136.50 |
| 18/12/2014 | Lindsey Roberts | LETT | Email to C Samis re: CND | 0.10 | 455.00 | 45.50 |
| 18/12/2014 | Nicole Lim | DRFT | Preparing November fee application and email to Matthew Fagen | 0.40 | 200.00 | 80.00 |
| | | | | | | **880.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0007      Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** |  |  |  |  |
| ACROKE | Antonia Croke | 2.60 | 580.00 | 1,508.00 |
| **Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 0.60 | 455.00 | 273.00 |
|  |  |  | Total | 1,781.00 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2014 | Antonia Croke | READ | Review Agenda for UCC call, 24/11/14 minutes and Debtors' discovery proposal | 0.60 | 580.00 | 348.00 |
| 04/12/2014 | Antonia Croke | ATTD | Attend UCC Call | 0.30 | 580.00 | 174.00 |
| 11/12/2014 | Antonia Croke | LETT | Emails LROBER re UCC call | 0.10 | 580.00 | 58.00 |
| 11/12/2014 | Antonia Croke | ATTD | Attend UCC call | 0.80 | 580.00 | 464.00 |
| 11/12/2014 | Antonia Croke | READ | Review Agenda for UCC Call and supporting docs | 0.40 | 580.00 | 232.00 |
| 17/12/2014 | Antonia Croke | LETT | Email LROBER | 0.10 | 580.00 | 58.00 |
| 18/12/2014 | Antonia Croke | READ | Review Agenda for UCC call and minutes from 11/12/14 UCC meeting | 0.20 | 580.00 | 116.00 |
| 18/12/2014 | Antonia Croke | LETT | Emails LROBER re UCC call | 0.10 | 580.00 | 58.00 |
| 18/12/2014 | Lindsey Roberts | LETT | Emails with ACROKE re: UCC Weekly call | 0.10 | 455.00 | 45.50 |
| 18/12/2014 | Lindsey Roberts | READ | Review of agenda and minutes of previous meeting | 0.10 | 455.00 | 45.50 |
| 18/12/2014 | Lindsey Roberts | PHON | Weekly UCC Call | 0.40 | 455.00 | 182.00 |
|  |  |  |  |  |  | **1,781.00** |

Matter: CCN01.00001 - BANKRUPTCY

# C0012     General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.90 | 770.00 | 2,233.00 |
| MDF | Marcus Fink | 3.80 | 710.00 | 2,698.00 |
| **Senior Associate** | | | | |
| ACW | Andy Wright | 0.20 | 530.00 | 106.00 |
| | | | Total | **5,037.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2014 | Angela Pearson | LETT | Emails to Fred Hondra etc on Kaupthing Judgment | 0.40 | 770.00 | 308.00 |
| 03/12/2014 | Andy Wright | INTD | With Marcus Fink re impact of High Court judgment in Kaupthing case | 0.20 | 530.00 | 106.00 |
| 03/12/2014 | Marcus Fink | LETT | Review email from Fred Hodara at Akin. Consider applicability of judgement in Trustee of the Singer & Friedlander Ltd Pension and Assurance Scheme v Corbett [2014] EWHC 3038 (Ch) concerning the ability of UK pension trustees to trade/sell debts owed to them in an administration. Provide case analysis and report on applicability to UK statutory debt owed to the Nortel UK pension scheme trustees to Akin | 3.80 | 710.00 | 2,698.00 |
| 09/12/2014 | Angela Pearson | READ | Review emails re: Pensions judgment | 0.50 | 770.00 | 385.00 |
| 10/12/2014 | Angela Pearson | READ | Review judgment re: Pensions claims | 2.00 | 770.00 | 1,540.00 |
| | | | | | | **5,037.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0029 Intercompany Analysis

| | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Senior Associate** | | | |
| ACROKE   Antonia Croke | 7.80 | 580.00 | 4,524.00 |
| **Associate** | | | |
| LROBER   Lindsey Roberts | 0.50 | 455.00 | 227.50 |
| | | Total | 4,751.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2014 | Antonia Croke | LETT | Emails re pension's decision | 0.20 | 580.00 | 116.00 |
| 03/12/2014 | Antonia Croke | READ | Review NNCC noteholders' estimation motion | 0.80 | 580.00 | 464.00 |
| 03/12/2014 | Antonia Croke | LETT | Review email re adjournment of NNCC noteholders' estimation motion | 0.10 | 580.00 | 58.00 |
| 10/12/2014 | Lindsey Roberts | READ | Review of emails on Pension and UKPC claims judgment in Canada | 0.40 | 455.00 | 182.00 |
| 11/12/2014 | Antonia Croke | READ | Review emails re Canadian Justice Newbould decision re UKPC claims; review sections of judgment | 1.30 | 580.00 | 754.00 |
| 11/12/2014 | Antonia Croke | LETT | Review Ltr from Monitor to Judge Gross | 0.10 | 580.00 | 58.00 |
| 12/12/2014 | Antonia Croke | READ | Review Canadian Ct judgment of Newbould J on UKPC claims (continuing) | 2.40 | 580.00 | 1,392.00 |
| 12/12/2014 | Antonia Croke | LETT | Review Monitor's certificate re French Effective Date | 0.10 | 580.00 | 58.00 |
| 17/12/2014 | Antonia Croke | LETT | Emails Akin re Ash team changes | 0.20 | 580.00 | 116.00 |
| 18/12/2014 | Antonia Croke | LETT | Review email re letter to Newbould J and PPI judgment | 0.10 | 580.00 | 58.00 |
| 18/12/2014 | Antonia Croke | LETT | Review email from Peter J. Keane Re: In re Nortel Networks, Inc., et al., Case No. 09-10138 (KG) (Bankr. D. Del.) | 0.10 | 580.00 | 58.00 |
| 18/12/2014 | Antonia Croke | LETT | Review email from Michael Shakra Re: Consent and Order Extending Time for Notice of Motion re Leave to Appeal | 0.10 | 580.00 | 58.00 |
| 18/12/2014 | Antonia Croke | LETT | Review Judge Gross Order re PPI Settlement Decision, the Judge's Opinion and email re same | 1.10 | 580.00 | 638.00 |
| 18/12/2014 | Lindsey Roberts | READ | Review of emails re: PPI Settlement Order | 0.10 | 455.00 | 45.50 |
| 19/12/2014 | Antonia Croke | LETT | Review Akin Summary of PPI Settlement Agreement Opinion and email from Fagen, Matthew re same | 1.20 | 580.00 | 696.00 |
| | | | | | | 4,751.50 |