**Exhibit C**

**DISBURSEMENT SUMMARY**

**DECEMBER 01, 2014 THROUGH DECEMBER 31, 2014**

| Document Production | £11.28 |
|---|---:|
| **TOTAL** | **£11.28** |