**Exhibit D**

**Disbursements Detailed Breakdown**

Document Production 188 copies @ 0.06p per copy                                                                 11.28