**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD DECEMBER 01, 2014 THROUGH DECEMBER 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £770[1] | 2.90 | 2,233.00 |
| Marcus Fink | Partner for 1 years; Admitted in 2001 in England and Wales; Employment Incentives and Pensions Group, London | £710 | 3.80 | 2,698.00 |
| Antonia Croke | Associate for 7 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £580 | 10.60 | 6,148.00 |
| Andy Wright | Associate for 5 years; Admitted in 2009 in England and Wales; Employment Incentives and Pensions Group, London | £530 | 0.20 | 106.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 1.90 | 864.50 |
| Nicole Lim | Trainee Solicitor; Dispute Resolution Group, London | £200 | 2.00 | 400.00 |
| **TOTAL** | | | **21.40** | **12,449.50** |

---

[1] As of May 01, 2014 Angela Pearson's hourly billing rate should have been increased from £715 to £770. Due to a system error it was only increased to £740. This error was rectified on June 19, 2014.

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 01, 2014 THROUGH DECEMBER 31, 2014

| **Project Category** | **Total Hours** | **Total Fees (£)** |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 3.00 | 880.00 |
| Creditors Committee Meetings | 3.20 | 1,781.00 |
| General Claims Analysis/Claims Objections | 6.90 | 5,037.00 |
| Intercompany Analysis | 8.30 | 4,751.50 |
| **TOTAL** | **21.40** | **12,449.50** |