**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **Re: D.I. 15110** |
| ------------------------------------------------------X |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 2, 2015, a copy of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On February 3, 2015 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: February 2, 2015
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://chapter11.epiqsystems.com/nortel.

**Via Fax**

Ken Coleman Esq
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Peter Keane
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004
Fax: 212-422-4726

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

James Patton
Edwin Harron
John Dorsey
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801
Fax: 302-571-1253

Mary F. Caloway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
405 North King St., Suite 500
Wilmington, DE 19801
Fax: 302-661-7950

Joseph Farnan, Jr.
Brian Farnan
Michael Farnan
Farnan LLP
919 N. Market St.
Wilmington, DE 19801
Fax: 302-777-0301

Ellisen Turner
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
Fax: 310-203-7199

Robert Wilson
Patrick Curran
Michelle Ernst
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave.
New York, NY 10010
Fax: 212-849-7100

Charles Verhoeven
David Eiseman
David Perlson
Sean Pak
Kristin Madigan
Matthew Cannon
Quinn Emanuel Urquhart & Sullivan LLP
50 California St.
San Francisco, CA 94111
Fax: 415-875-6700

Victoria Maroulis
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Dr.
Redwood Shores, CA 94065
Fax: 650-801-5100

Michael De Vries
Kirkland & Ellis LLP
333 South Hope St.
Los Angeles, CA 90071
Fax: 213-680-8500

Jared Edgar
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104
Fax: 415-439-1500

Ian Connor Bifferato
J. Zachary Haupt
Bifferato LLC
800 N. King St.
Wilmington, DE 19801
Fax: 302-792-7470

John Desmarais
Jonas McDavit
Dustin Guzioe
Desmarais LLP
230 Park Ave.
New York, NY 10169
Fax: 212-351-3401

Mark Plevin
Mark Supko
James Regan
Matthew Cheney
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, D.C. 20004
Fax: 202-628-5116

Jennifer Hoover
Michael Barrie
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Wilmington, DE 19801
Fax: 302-442-7012