**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF REPORT OF THE MONITOR OF THE
CANADIAN DEBTORS IN THE CANADIAN PROCEEDINGS**

     **PLEASE TAKE NOTICE** that on February 3, 2015, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries (collectively, the "**Canadian Debtors**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed in the above-captioned cases the One Hundred and Twelfth Report of the Monitor, dated February 3, 2015 (the "**Report**"), a copy of which is annexed hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

[*Intentionally Left Blank*]

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: February 3, 2015
Wilmington, Delaware

        **BUCHANAN INGERSOLL & ROONEY PC**

        /s/  Kathleen A. Murphy
        Mary F. Caloway (No. 3059)
        Kathleen A. Murphy (No. 5215)
        1105 North Market Street, Suite 1900
        Wilmington, Delaware 19801
        (302) 552-4200 (telephone)
        (302) 552-4295 (facsimile)
        mary.caloway@bipc.com
        kathleen.murphy@bipc.com

        -and-

        **ALLEN & OVERY LLP**

        Ken Coleman
        Daniel Guyder
        1221 Avenue of the Americas
        New York, NY  10020
        (212) 610-6300 (telephone)
        (212) 610-6399 (facsimile)
        ken.coleman@allenovery.com
        daniel.guyder@allenovery.com

        *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*