**EXHIBIT A**

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC  [Docket No. 15033] | 11/1/14 - 11/30/14 | $173,315.50 (Fees)  $32.33 (Expenses) | $138,652.40 (Fees @ 80%)  $32.33 (Expenses @ 100%) | 1/9/15 | 1/30/15 |