# **<u>EXHIBIT A</u>**

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

December 01, 2014 through December 31, 2014

| **Project Category** | **Total Hours** | **Total Fees** |
| --- | --- | --- |
| Case Administration | 0.80 | $840.00 |
| Fee and Employment Applications | 25.70 | $13,236.50 |
| Litigation | 40.70 | $30,851.00 |
| Analysis of Canadian Law | 12.10 | $11,157.00 |
| Canadian CCAA Proceedings/Matters | 89.30 | $72,586.50 |
| U.S. Proceedings/Matters | 3.40 | $2,346.00 |
| **TOTAL** | 172.0 | $131,017.00 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 04/12/2014 | review status of Canadian proceedings and timetable; | 0.8 | 840.00 | 12738615 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 01/12/2014 | E-mail timekeepers to release time for fee application preparation | 0.1 | 81.50 | 12729043 |
| Gray | William | 01/12/2014 | Work on monthly fee application | 0.3 | 283.50 | 12737880 |
| Bauer | Alison D. | 04/12/2014 | Attention to CNO request | 0.1 | 81.50 | 12737536 |
| Gray | William | 04/12/2014 | Work on fee application | 0.3 | 283.50 | 12747919 |
| Gray | William | 05/12/2014 | Work on fee applications | 0.4 | 378.00 | 12747876 |
| Collins | Allan | 08/12/2014 | attention to November fee application (0.2) and confer with B. Yu regarding same (0.1); | 0.3 | 88.50 | 12745269 |
| Collins | Allan | 09/12/2014 | attention to November fee application; | 2.6 | 767.00 | 12770965 |
| Gray | William | 10/12/2014 | Work on fee application | 0.6 | 567.00 | 12747907 |
| Collins | Allan | 10/12/2014 | attention to November fee application; | 1.6 | 472.00 | 12770966 |
| Collins | Allan | 10/12/2014 | attention to November fee application; | 1.6 | 472.00 | 12772156 |
| Gray | William | 11/12/2014 | Work on time detail for monthly fee apps | 0.4 | 378.00 | 12750869 |
| Gray | William | 12/12/2014 | Review fee applications | 0.5 | 472.50 | 12754271 |
| Gray | William | 15/12/2014 | Work on fee application | 0.6 | 567.00 | 12763676 |
| Gray | William | 16/12/2014 | Work on fee application | 0.5 | 472.50 | 12763685 |
| Collins | Allan | 16/12/2014 | attention to November fee application; | 1.8 | 531.00 | 12772236 |
| Gray | William | 17/12/2014 | Finalize fee application; review certificates of no objection | 0.8 | 756.00 | 12763688 |
| Collins | Allan | 17/12/2014 | attention to November fee application; | 3.7 | 1,091.50 | 12770654 |
| Bauer | Alison D. | 18/12/2014 | Review of November fee application | 0.5 | 407.50 | 12765815 |
| Collins | Allan | 18/12/2014 | attention to November fee application (2.6); confer with B. Yu regarding same (0.2); | 2.8 | 826.00 | 12770967 |
| Gray | William | 19/12/2014 | Final review of monthly fee application | 1.3 | 1,228.50 | 12767880 |
| Collins | Allan | 19/12/2014 | attention to November fee application; | 0.8 | 236.00 | 12772249 |
| Gray | William | 22/12/2014 | Work on fee application | 0.6 | 567.00 | 12770715 |
| Collins | Allan | 22/12/2014 | attention to November fee application; | 1.6 | 472.00 | 12772222 |
| Bauer | Alison D. | 23/12/2014 | attention to November fee application | 0.3 | 244.50 | 12772020 |
| Gray | William | 29/12/2014 | Work on Fee Application | 1.2 | 1,134.00 | 12775110 |
| Gray | William | 30/12/2014 | Work on fee application | 0.4 | 378.00 | 12775121 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 09/12/2014 | reviewing decision from claims trial and email regarding same (0.7); | 0.7 | 560.00 | 12746967 |
| Bomhof | Scott A. | 09/12/2014 | reviewing decision of Newbould J. regarding UKPT claims and reviewing claims submissions of Monitor and UKPT; | 2.9 | 2,610.00 | 12747878 |
| Slavens | Adam | 10/12/2014 | reviewing decision of Newbould J. on UK Pension Claims and briefs filed in connection with same (7.5); conference call and email correspondence with working group re same (1.0); | 8.5 | 5,865.00 | 12749628 |
| Gray | Andrew | 10/12/2014 | reviewing Nortel pension claims decision (1.9); discussing same with co-counsel (1.8); | 3.7 | 2,960.00 | 12752534 |
| Shaunessy | Patrick | 10/12/2014 | analysis of of Ontario Superior Court decision re UKPC (1.5); noting issues regarding the decision (1.0); sending email re results of analysis (0.3) | 2.8 | 924.00 | 12753703 |
| Gray | William | 11/12/2014 | Review Newbould decision and confer with S. Bomhof re implications; | 0.5 | 472.50 | 12750868 |
| Gray | Andrew | 11/12/2014 | reviewing and considering trial decision on UK pension claims and discussing same (0.8); reviewing court materials for pending CCAA matters (0.3); | 1.1 | 880.00 | 12752566 |
| Shaunessy | Patrick | 11/12/2014 | reviewing remainder of Ontario Superior Court of Justice decision re UKPC and noting issues (2.0); sending email report of findings re same (0.3) | 2.3 | 759.00 | 12753704 |
| Shaunessy | Patrick | 12/12/2014 | preparing a summary chart of all comments on OSCJ decision re UKPC (1.5); sending email regarding same (0.2) | 1.7 | 561.00 | 12753705 |
| Gray | William | 12/12/2014 | Review Neubold decision and implications for allocation | 1.4 | 1,323.00 | 12754273 |
| Gray | William | 15/12/2014 | Work on appellate issues | 0.7 | 661.50 | 12763677 |
| Gray | William | 17/12/2014 | Work on appellate issues | 0.6 | 567.00 | 12763689 |
| Bomhof | Scott A. | 18/12/2014 | reviewing order and written opinion of Judge Gross regarding US post-petition interest settlement and discussing same with A. Gray and A. Slavens (2.5); arrange for delivery of Judge Gross ruling to Justice Newbould (.3); analyze implications of US ppi ruling on allocation and discussing same with T. DeMarinis and W. Gray (2.0); | 4.8 | 4,320.00 | 12765765 |
| Gray | Andrew | 18/12/2014 | reviewing interest decision of Judge Gross (0.6); discussing impact of the decision and appeal issues (0.2); reviewing email on Canadian appellate procedures and issues (0.4); | 1.2 | 960.00 | 12765939 |
| DeMarinis | Tony | 18/12/2014 | review and consideration of ruling and opinion of Judge Gross on PPI settlement (1.3); discussion with Scott Bomhof regarding same (0.1); | 1.4 | 1,470.00 | 12766739 |
| Gray | William | 18/12/2014 | Review PPI decision and consult with S. Bomhof regarding the same | 1.6 | 1,512.00 | 12767876 |
| Gray | William | 19/12/2014 | Review post-petition interest settlement approval by Judge Gross | 0.8 | 756.00 | 12767879 |
| Gray | William | 22/12/2014 | Review PPI decision | 1.3 | 1,228.50 | 12770714 |
| Gray | William | 29/12/2014 | Work on appeal issues re Judge Gross decision | 0.7 | 661.50 | 12775109 |
| Bomhof | Scott A. | 31/12/2014 | review Monitor's notice of appeal regarding US ppi ruling and analyze ruling and impact on | 2.0 | 1,800.00 | 12777188 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| | | | allocation issuer; | | | |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 03/12/2014 | conducting Canadian legal research re appeal process and related matters; | 3.0 | 2,070.00 | 12736062 |
| Slavens | Adam | 04/12/2014 | conducting Canadian legal research re post-petition interest; | 1.3 | 897.00 | 12738790 |
| DeMarinis | Tony | 11/12/2014 | analysis in relation to Canadian ruling on UK pension claims (2.0): reading materials associated with same (1.5): | 3.5 | 3,675.00 | 12755602 |
| DeMarinis | Tony | 12/12/2014 | analysis relating to Canadian claims matters; | 2.0 | 2,100.00 | 12755663 |
| DeMarinis | Tony | 19/12/2014 | review and analysis in connection with Canadian proceedings, including in relation to prospective appeal on PPI matters and outstanding rulings on proceeds allocation; | 2.3 | 2,415.00 | 12771052 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/12/2014 | exchange e-mails with G. Finlayson and reviewing appeal period requirements and report to L. Schweitzer regarding ppi appeal (1.0); telephone call with L. Schweitzer regarding distressed ownership fund issues (.2); | 1.2 | 1,080.00 | 12728780 |
| Bomhof | Scott A. | 02/12/2014 | exchange emails with L. Pillon (counsel to Chartis) and M. Wunder regarding payment of court ordered cost award to NNI (.3); meeting with A. Slavens regarding update on cost-sharing motion (.2); | 0.5 | 450.00 | 12730569 |
| Slavens | Adam | 02/12/2014 | reviewing email correspondence re cost sharing motion and comments on cost sharing mechanics and discuss same with S. Bomhof; | 0.6 | 414.00 | 12733911 |
| Slavens | Adam | 02/12/2014 | reviewing and considering disposition of court of appeal re interest stops appeal; | 0.5 | 345.00 | 12733912 |
| Slavens | Adam | 02/12/2014 | reviewing Chapter 11 case court documents; | 2.5 | 1,725.00 | 12733928 |
| Bomhof | Scott A. | 03/12/2014 | telephone conversation with C. Armstrong re status of Google "lift stay" motion and discuss same with M. Plevin (0.4); review 3 Project Airspace draft sale agreements and follow-up on vesting order issues with C. Armstrong (2.0); | 2.4 | 2,160.00 | 12734890 |
| Slavens | Adam | 03/12/2014 | email correspondence with S. Bomhof and M. Plevin re cost sharing motion; | 0.3 | 207.00 | 12736048 |
| Slavens | Adam | 03/12/2014 | reviewing email correspondence re sales processes update and agreements re same; | 1.7 | 1,173.00 | 12736050 |
| DeMarinis | Tony | 03/12/2014 | review materials in the Canadian proceedings; | 0.7 | 735.00 | 12736179 |
| Slavens | Adam | 04/12/2014 | reviewing draft notice of appeal (1.5); reviewing record re leave to appeal (2.5); | 4.0 | 2,760.00 | 12738786 |
| Bomhof | Scott A. | 04/12/2014 | reviewing materials for December 17 motion regarding hardship fund and Chub settlement (1.0); reviewing CCAA claims chart (.5); | 1.5 | 1,350.00 | 12745094 |
| Slavens | Adam | 05/12/2014 | reviewing record re post-petition interest issue (3.8); email correspondence with L. Schweitzer, S. Bomhof and A. Gray re same (0.1); | 3.9 | 2,691.00 | 12741626 |
| Bomhof | Scott A. | 05/12/2014 | exchange e-mails with M. Plevin and review issues related to cost-sharing motion (.4); reviewing discovery protocol (.7); | 1.1 | 990.00 | 12745152 |
| Slavens | Adam | 07/12/2014 | reviewing and commenting on revised notice of appeal (0.8); email correspondence with L. Schweitzer, S. Bomhof and A. Gray (0.1); | 0.9 | 621.00 | 12741853 |
| Slavens | Adam | 08/12/2014 | reviewing CCAA case court materials re motion returnable December 17, 2014; | 2.3 | 1,587.00 | 12745258 |
| Slavens | Adam | 08/12/2014 | reviewing notice of appeal (0.3); email correspondence with P. Bell, L. Schweitzer, S. Bomhof and A. Gray re same (0.2); | 0.5 | 345.00 | 12745263 |
| Bomhof | Scott A. | 08/12/2014 | exchange messages with M. Plevin regarding cost sharing issues; | 0.2 | 180.00 | 12747872 |
| Slavens | Adam | 09/12/2014 | reviewing decision of Newbould J. on UK Pension Claims (2.5); email correspondence with S. Bomhof re same (0.1); | 2.6 | 1,794.00 | 12747306 |
| DeMarinis | Tony | 09/12/2014 | reading decision of the Canadian court as released; | 0.7 | 735.00 | 12750109 |
| Gray | William | 10/12/2014 | Review Newbould decision regarding UKPT claims (1.4); conference with S. Bomhof regarding same (.30); | 1.7 | 1,606.50 | 12747904 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 10/12/2014 | analysis and planning in relation to UK pension claimants' decision and inter-company matters (2.0): consideration of legal and procedural issues (1.4); | 3.4 | 3,570.00 | 12750130 |
| Bomhof | Scott A. | 10/12/2014 | reviewing Monitor submissions and UKPT submissions on UKPT claims (2.6); analyze decision of Justice Newbould regarding UKPT claims (2.7); confer with W. Gray regarding same (0.3); telephone call with D.J. Miller regarding UKPT claims decision (.7); telephone call with Cleary team and A. Gray and A. Slavens regarding UKPT claims decision (1.0); | 7.3 | 6,570.00 | 12750849 |
| Bomhof | Scott A. | 11/12/2014 | reviewing UKPT claims ruling and consider implications for allocation (2.1); reviewing Monitor's motion record regarding increase to hardship fund (.8); reviewing Monitor's motion record regarding Chubb settlement (.8); reviewing appeal issues regarding UKPT decision and confer with W. Gray regarding same (1.7); reviewing Monitor's motion record regarding approval of IP address sale to Charter Communications (.8); | 6.2 | 5,580.00 | 12751087 |
| Slavens | Adam | 11/12/2014 | reviewing decision of Newbould J. on UK Pension Claims and briefs filed in connection with same; | 6.3 | 4,347.00 | 12752837 |
| Bomhof | Scott A. | 12/12/2014 | review Goodmans/Bennett Jones email exchange re Certificate for appeal materials (0.3); review motion records for December 17 motions and review impact of Chubb settlement on ERISA settlement with NNI (2.9); analyze Justice Newbould ruling on UKPC claims (2.2); telephone conversation with M. Gotlieb re UKPC claims ruling (0.5); | 5.9 | 5,310.00 | 12754191 |
| Slavens | Adam | 12/12/2014 | reviewing CCAA case court materials re motion returnable December 17, 2014; | 2.9 | 2,001.00 | 12755319 |
| Slavens | Adam | 12/12/2014 | reviewing decision of Newbould J. on UK Pension Claims and briefs filed in connection with same; | 2.0 | 1,380.00 | 12755327 |
| DeMarinis | Tony | 12/12/2014 | planning and analysis relating to ruling on UK pension claims and consequences of same; | 2.5 | 2,625.00 | 12755623 |
| Slavens | Adam | 15/12/2014 | preparing for motion returnable December 17, 2014; | 1.0 | 690.00 | 12758562 |
| Bomhof | Scott A. | 15/12/2014 | reviewing motion records for December 17 motions regarding Hardship fund, Chubb settlement and IP address sale (1.5); reviewing e-mail exchange between L. Lipner and J. Roy regarding Chubb settlement issues (.3); telephone call with M. Plevin regarding cost-sharing motion (.3); telephone call with M. Gottlieb regarding CCAA ruling on UKPT claims (.4); | 2.5 | 2,250.00 | 12760254 |
| DeMarinis | Tony | 15/12/2014 | review and consideration of Canadian claims matters and ruling of Newbould, J. (0.8); analysis of impact of judicial ruling (0.9); | 1.7 | 1,785.00 | 12764293 |
| Bomhof | Scott A. | 16/12/2014 | analyze Justice Newbould ruling on UKPT claims | 3.3 | 2,970.00 | 12760343 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | and appeal options (1.9); reviewing materials for December 17 motion regarding Hardship fund, Chubb settlement and IP address sale and exchange messages with M. Wunder regarding same (1.2); update A. Slavens on cost-sharing motion status (.2); | | | |
| Slavens | Adam | 16/12/2014 | preparing for motion returnable December 17, 2014 (0.8); telephone call with M. Wunder re same (0.2); email correspondence with S. Bomhof re same (0.1); | 1.1 | 759.00 | 12761552 |
| Slavens | Adam | 16/12/2014 | reviewing CCAA case court documents; | 1.6 | 1,104.00 | 12761569 |
| Bomhof | Scott A. | 17/12/2014 | discussing motion before Newbould J. with A. Slavens and reviewing issued orders (.7); reviewing UKPT claims ruling and consider appeal issues (.4); | 1.1 | 990.00 | 12764215 |
| Slavens | Adam | 17/12/2014 | attending motion returnable December 17, 2014 (3.0); preparing for same (1.0); preparing reporting email to L. Schweitzer and L. Lipner re same (0.2); | 4.2 | 2,898.00 | 12764307 |
| Slavens | Adam | 18/12/2014 | reviewing opinion and order of Judge Gross re PPI settlement (3.0); coordinating service and filing of same (1.0); conference call with S. Bomhof and A. Gray re same (0.4); | 4.4 | 3,036.00 | 12766477 |
| DeMarinis | Tony | 18/12/2014 | review and consideration of materials served in connection with appeal of Canadian PPI decision, extension of time for same, and related matters; | 0.9 | 945.00 | 12766740 |
| Slavens | Adam | 19/12/2014 | preparing email correspondence to Newbould J. re opinion and order of Judge Gross; | 0.9 | 621.00 | 12769080 |
| Slavens | Adam | 19/12/2014 | reviewing email correspondence re appeal of PPI decision; | 0.3 | 207.00 | 12769140 |

U.S. Proceedings/Matters

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/12/2014 | reviewing Chapter 11 case court documents; | 2.0 | 1,380.00 | 12729995 |
| Slavens | Adam | 22/12/2014 | reviewing Chapter 11 case court documents; | 1.4 | 966.00 | 12770461 |