# **<u>EXHIBIT B</u>**

# EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

December 01, 2014 through December 31, 2014

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Duplicating/Printing | 2,072 pages @ .10 per pg | $207.20 |
| Process Server Filing | | $30.59 |
| Taxi & Travel | | $17.56 |
| Computerized Court Searches | | $41.60 |
| Telephone | Long Distance | $6.43 |
| **Grand Total Expenses** | | **$303.38** |

**Nortel**
**December 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 271 | Process Server Filing | 18/12/2014 | $ 30.59 | filing opinion regarding debtors' motion pursuant to Bankruptcy Rule 9019 approving settlement agreement by and among Nortel Networks Inc., the Supprting Bondlholders, and the Bank of New York Mellon with respect to the NNI post-petition interest dispute and related issues; and order granting such motion; |
| 303 | Taxi & Travel | 17/12/2014 | 7.81 | Taxi & Travel Slavens, Adam; Taxi/Car Service - court to court |
| 303 | Taxi & Travel | 17/12/2014 | 9.75 | Taxi & Travel Slavens, Adam; Taxi/Car Service - office from court to office |
| | | | **$ 17.56** | |
| 800 | Telephone Call | 10/12/2014 | $ 6.43 | Telephone Call Global Crossing, Inv # 19105700 SLAVENS, ADAM |
| 801 | Copies | 18/12/2014 | 2.20 | Copies |
| 808 | Laser Printing | 03/12/2014 | 9.60 | Laser Printing |
| 808 | Laser Printing | 05/12/2014 | 11.30 | Laser Printing |
| 808 | Laser Printing | 08/12/2014 | 52.90 | Laser Printing |
| 808 | Laser Printing | 09/12/2014 | 3.9 | Laser Printing |
| 808 | Laser Printing | 10/12/2014 | 22.3 | Laser Printing |
| 808 | Laser Printing | 11/12/2014 | 14.6 | Laser Printing |
| 808 | Laser Printing | 12/12/2014 | 13.1 | Laser Printing |
| 808 | Laser Printing | 12/12/2014 | 19.4 | Laser Printing |
| 808 | Laser Printing | 16/12/2014 | 23.4 | Laser Printing |
| 808 | Laser Printing | 18/12/2014 | 5 | Laser Printing |
| 808 | Laser Printing | 18/12/2014 | 24.6 | Laser Printing |
| 4801 | Duplicating | 19/12/2014 | 0.2 | Duplicating |
| 4808 | Laser Printing | 09/12/2014 | 0.6 | Laser Printing |
| 4808 | Laser Printing | 09/12/2014 | 0.6 | Laser Printing |
| 4808 | Laser Printing | 17/12/2014 | 0.6 | Laser Printing |
| 4808 | Laser Printing | 18/12/2014 | 0.1 | Laser Printing |
| 4808 | Laser Printing | 18/12/2014 | 0.1 | Laser Printing |
| 4808 | Laser Printing | 18/12/2014 | 1.8 | Laser Printing |
| 4808 | Laser Printing | 18/12/2014 | 0.8 | Laser Printing |
| 4808 | Laser Printing | 18/12/2014 | 0.1 | Laser Printing |
| | | | **$207.20** | |
| 4147 | Computerized Court Searches | 17/12/2014 | 16.9 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 17/12/2014 | 0.1 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 17/12/2014 | 24.6 | Computerized Court Searches Pacer |
| | | | **$ 41.60** | |
| | | | **$303.38** | |