# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
November 1, 2014 - November 30, 2014

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Nov 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 4.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 159.5 |
| 15 | Travel | 16.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **179.5** |

**Summary of Services Rendered by Professional**

| Name | Nov 2014 Hours |
|---|---|
| Michael Kennedy, Member | 148.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 13.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 18.5 |
| James Elish, Analyst | - |
| **TOTAL** | **179.5** |

**Nortel Networks, Inc**
November 1, 2014 - November 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Nov 2014 Hours | Code |
|---|---|---:|---:|
| 11/1/2014 | Prepare, review and discuss material re: claims litigation | 4.0 | 14 |
| 11/2/2014 | Prepare, review and discuss material re: claims litigation | 5.0 | 14 |
| 11/2/2014 | Travel to DE | 4.0 | 15 |
| 11/3/2014 | Meetings w/ other Nortel estate professionals re: litigation | 10.0 | 14 |
| 11/3/2014 | Calls and communications with Cleary and management re: litigation | 4.0 | 14 |
| 11/4/2014 | Claim litigation trial and communications with Cleary and management | 8.0 | 14 |
| 11/4/2014 | Prepare, review and discuss material re: claims litigation | 4.0 | 14 |
| 11/5/2014 | Claim litigation trial and communications with Cleary and management | 5.0 | 14 |
| 11/5/2014 | Calls and communications with Cleary and management re: litigation | 3.0 | 14 |
| 11/5/2014 | Travel to Chicago | 4.0 | 15 |
| 11/6/2014 | Prepare, review and discuss material re: claims litigation | 6.0 | 14 |
| 11/7/2014 | Prepare, review and discuss material re: litigation and NNCC | 6.0 | 14 |
| 11/11/2014 | Prepare, review and discuss material re: claims litigation | 7.0 | 14 |
| 11/12/2014 | Prepare, review and discuss material re: claims litigation | 4.0 | 14 |
| 11/12/2014 | Calls and communications with Cleary and management re: litigation | 2.0 | 14 |
| 11/13/2014 | Meetings and communication w/ Cleary & others re litigation | 3.0 | 14 |
| 11/13/2014 | Prepare, review and discuss material re: litigation and NNCC | 5.0 | 14 |
| 11/14/2014 | Calls and communications with Cleary and management re: litigation | 4.0 | 14 |
| 11/17/2014 | Meetings and communication w/ Cleary & others re litigation | 3.0 | 14 |
| 11/17/2014 | Review RM Report | 1.0 | 1 |
| 11/17/2014 | Review US management material | 2.0 | 1 |
| 11/18/2014 | Prepare, review and discuss material re: litigation and NNCC | 5.0 | 14 |
| 11/18/2014 | Review cash flash report | 1.0 | 1 |
| 11/19/2014 | Prepare, review and discuss material re: litigation and NNCC | 4.0 | 14 |
| 11/20/2014 | Prepare, review and discuss material re: litigation and NNCC | 5.0 | 14 |
| 11/21/2014 | Prepare, review and discuss material re: litigation and NNCC | 4.0 | 14 |
| 11/22/2014 | Prepare, review and discuss material re: litigation and NNCC | 3.0 | 14 |
| 11/24/2014 | Calls and communications with Cleary and management re: litigation | 3.0 | 14 |
| 11/24/2014 | Prepare, review and discuss material re: litigation and NNCC | 5.0 | 14 |
| 11/25/2014 | Prepare, review and discuss material re: litigation and NNCC | 6.0 | 14 |
| 11/26/2014 | Prepare, review and discuss material re: litigation and NNCC | 5.0 | 14 |
| 11/27/2014 | Prepare, review and discuss material re: claims litigation | 4.0 | 14 |
| 11/28/2014 | Prepare, review and discuss material re: claims litigation | 6.0 | 14 |
| 11/29/2014 | Calls and communications with Cleary and management re: litigation | 3.0 | 14 |
| **Nov 2014 Total** | | **148.0** | |

**Nortel Networks, Inc**
November 1, 2014 - November 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Nov 2014 Hours | Code |
|---|---|---|---|
| 11/2/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/3/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/4/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/5/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/6/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/10/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/12/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/18/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/21/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/24/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/25/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Nov 2014 Total** | | **13.0** | |

**Nortel Networks, Inc**
November 1, 2014 - November 30, 2014 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Nov 2014 Hours | Code |
|---|---|---|---|
| 11/3/2014 | Research/analysis related to litigation matters | 2.0 | 14 |
| 11/3/2014 | Travel to Wilmington, DE | 4.0 | 15 |
| 11/4/2014 | Hearing re: PPI dispute | 7.5 | 14 |
| 11/4/2014 | Travel to Chicago | 4.0 | 15 |
| 11/5/2014 | Research/analysis related to litigation matters | 1.0 | 14 |
| | **Nov 2014 Total** | **18.5** | |