# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2014 Through November 30, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 11/3/14-11/6/14 | Flight to New York, NY | $ 498.67 |
| Mike Kennedy | 11/3/14-11/5/15 | Flight Philadelphia, PA to Chicago, IL | $ 446.91 |
| Mike Kennedy | 11/3/14-11/6/14 | Hotel (three nights) | $ 1,000.00 |
| Mike Kennedy | 11/3/14-11/6/14 | Ground Transportation | $ 180.00 |
| Mike Kennedy | 11/3/14-11/6/14 | Breakfast (three people) | $ 45.00 |
| Mike Kennedy | 11/3/14-11/6/14 | Breakfast (two people) | $ 30.00 |
| Mike Kennedy | 11/3/14-11/6/14 | Dinner | $ 20.00 |
| Jamie Ellis | 11/3/14-11/4/14 | Flight to Philadelphia, PA | $ 678.20 |
| Jamie Ellis | 11/3/14-11/4/14 | Hotel (one night) | $ 250.00 |
| Jamie Ellis | 11/3/14-11/4/14 | Ground Transportation | $ 256.73 |
| Jamie Ellis | 11/3/14-11/4/14 | Dinner | $ 30.00 |
| Jamie Ellis | 11/3/14-11/4/14 | Dinner | $ 12.00 |
| Chilmark | 10/9/2014 | Conference calls | $ 21.23 |
| **Total Expenses** | | | **$ 3,468.74** |

Note: All airfare is being charged at a coach class rate.