# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**December 1, 2014 - December 31, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Dec 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 12.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 7.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 110.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 137.0 |

**Summary of Services Rendered by Professional**

| Name | Dec 2014 Hours |
|---|---|
| Michael Kennedy, Member | 102.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 22.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 13.0 |
| James Elish, Analyst | - |
| **TOTAL** | 137.0 |

**Nortel Networks, Inc**
December 1, 2014 - December 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Dec 2014 Hours | Code |
|---|---|---:|---:|
| 12/1/2014 | Prepare, review and discuss material re: NNCC | 5.0 | 14 |
| 12/2/2014 | Travel to New York | 4.0 | 15 |
| 12/2/2014 | Prepare, review and discuss material re: NNCC | 4.0 | 14 |
| 12/3/2014 | Prepare, review and discuss material re: NNCC | 5.0 | 14 |
| 12/3/2014 | Meeting with various creditor parties | 3.0 | 7 |
| 12/4/2014 | Travel to Chicago | 4.0 | 15 |
| 12/4/2014 | Prepare, review and discuss material re: litigation and NNCC | 2.0 | 14 |
| 12/5/2014 | Prepare, review and discuss material re: litigation and NNCC | 6.0 | 14 |
| 12/8/2014 | Prepare, review and discuss material re: litigation and NNCC | 5.0 | 14 |
| 12/8/2014 | Cash forecast | 1.0 | 1 |
| 12/9/2014 | Prepare, review and discuss material re: litigation and NNCC | 5.0 | 14 |
| 12/9/2014 | Prepare, review and discuss material re: allocation litigation | 6.0 | 14 |
| 12/10/2014 | Prepare, review and discuss material re: Canadian claims report | 2.0 | 1 |
| 12/10/2014 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 12/10/2014 | Prepare, review and discuss material re: Monitor report | 2.0 | 1 |
| 12/11/2014 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 12/12/2014 | Prepare, review and discuss material re: allocation litigation | 6.0 | 14 |
| 12/15/2014 | Review and communication re claims | 4.0 | 7 |
| 12/15/2014 | Calls & communication with Cleary re: claims litigation | 2.0 | 14 |
| 12/17/2015 | Review US management material | 2.0 | 1 |
| 12/18/2014 | Review cash flash report | 1.0 | 1 |
| 12/18/2014 | Prepare, review and discuss material re: allocation litigation | 4.0 | 14 |
| 12/19/2014 | Prepare, review and discuss material re: allocation litigation | 6.0 | 14 |
| 12/21/2014 | Review RM Report | 3.0 | 1 |
| 12/22/2014 | Review Monitors' Cash forecast | 1.0 | 1 |
| 12/23/2014 | Calls & communication with Cleary re: litigation/allocation | 2.0 | 14 |
| 12/29/2014 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 12/30/2014 | Calls & communication with Cleary re: litigation/allocation | 2.0 | 14 |
| **Dec 2014 Total** | | **102.0** | |

**Nortel Networks, Inc**
December 1, 2014 - December 31, 2014 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Dec 2014 Hours | Code |
|---|---|---|---|
| 12/1/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 12/2/2014 | Calls, analysis and review re: Litigation matters and strategy; meetings w/ company & advisors | 2.0 | 14 |
| 12/3/2014 | Calls, analysis and review re: Litigation matters and strategy; meetings w/ company & advisors | 4.0 | 14 |
| 12/4/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/9/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/10/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/12/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 12/16/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/18/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/19/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/30/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Dec 2014 Total** | | **22.0** | |

**Nortel Networks, Inc**
December 1, 2014 - December 31, 2014 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Dec 2014 Hours | Code |
|---|---|---|---|
| 12/4/2014 | Research/analysis related to litigation matters | 3.0 | 14 |
| 12/11/2014 | Research/analysis related to litigation matters | 6.0 | 14 |
| 12/18/2014 | Research/analysis related to litigation matters | 4.0 | 14 |
| **Dec 2014 Total** | | **13.0** | |