# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2014 Through December 31, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 12/1/14-12/3/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 12/1/14-12/3/14 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 12/1/14-12/3/14 | Ground Transportation | $ 190.00 |
| Mike Kennedy | 12/1/14-12/3/14 | Breakfast | $ 10.00 |
| Mike Kennedy | 12/1/14-12/3/14 | Breakfast | $ 10.00 |
| Mike Kennedy | 12/1/14-12/3/14 | Dinner | $ 50.00 |
| Mike Kennedy | 12/1/14-12/3/14 | Dinner | $ 20.00 |
| **Total Expenses** | | | **$ 2,277.33** |

Note: All airfare is being charged at a coach class rate.