**Exhibit B**

**EXPENSE SUMMARY**[1]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))


December 1, 2014 through December 31, 2014

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $182.89 |
| Travel – Transportation | | 36.70 |
| Travel – Lodging | | 11,988.00 |
| Travel – Meals | | 876.38 |
| Mailing and Shipping Charges | | 52.82 |
| Scanning Charges (at $0.10/page) | | 8.60 |
| Duplicating Charges (at $0.10/page) | | 125.90 |
| Color Duplicating Charges (at $0.65/page) | | 263.90 |
| Facsimile Charges (at $1.00/page) | | 15.00 |
| Legal Research | Lexis | 818.88 |
| | Westlaw | 5,215.21 |
| Late Work – Meals | | 99.75 |
| Late Work – Transportation | | 2,525.03 |
| Conference Meals | | 78.39 |
| Other Charges | | 1,459.63 |
| Expert Expenses | | 40,279.73 |
| **Grand Total Expenses** | | **$64,026.81** |

---

[1]     Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
December 1, 2014 through December 31, 2014

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative | |
|------|--------|-----------|---|
| | | | |
| **Telephone** | | | |
| | | | |
| 6/11/2014 | 0.85 | Conference Call Charges Conf. ID : Name: James L. Bromley | |
| 7/24/2014 | 0.15 | TEL & TEL N366000001842140788 Brod | |
| 9/15/2014 | 3.67 | Conference Call Charges Conf. ID : | Name: Darryl G. Stein |
| 9/15/2014 | 6.67 | Conference Call Charges Conf. ID : | Name: David H. Herrington |
| 9/16/2014 | 3.14 | Conference Call Charges Conf. ID : | Name: Darryl G. Stein |
| 9/17/2014 | 1.52 | Conference Call Charges Conf. ID : | Name: Eugene Karlik |
| 9/17/2014 | 6.83 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 9/19/2014 | 1.23 | Conference Call Charges Conf. ID : | Name: Laura Bagarella |
| 9/19/2014 | 7.04 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 9/19/2014 | 8.37 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 9/21/2014 | 4.37 | Conference Call Charges Conf. ID : | Name: Darryl G. Stein |
| 9/23/2014 | 13.06 | Conference Call Charges Conf. ID : | Name: Jeffrey A. Rosenthal |
| 9/24/2014 | 3.61 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 9/24/2014 | 3.70 | Conference Call Charges Conf. ID : | Name: Eugene Karlik |
| 9/24/2014 | 11.08 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 9/29/2014 | 6.33 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 9/30/2014 | 3.36 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 10/1/2014 | 1.55 | Conference Call Charges Conf. ID : | Name: Eugene Karlik |
| 10/1/2014 | 1.92 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 10/1/2014 | 2.47 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 10/2/2014 | 7.10 | Conference Call Charges Conf. ID : | Name: Boris Gelfand |
| 10/3/2014 | 3.14 | Conference Call Charges Conf. ID : | Name: Ronald Coleman |
| 10/3/2014 | 4.07 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 10/6/2014 | 6.72 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 10/8/2014 | 2.53 | Conference Call Charges Conf. ID : | Name: Eugene Karlik |
| 10/8/2014 | 4.58 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 10/9/2014 | 1.08 | Conference Call Charges Conf. ID : | Name: Kara A. Hailey |
| 10/14/2014 | 0.99 | Conference Call Charges Conf. ID : | Name: Ronald Coleman |
| 10/14/2014 | 6.11 | Conference Call Charges Conf. ID : | Name: Brent Tunis |
| 10/15/2014 | 0.96 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 10/15/2014 | 4.58 | Conference Call Charges Conf. ID : | Name: Corey Goodman |
| 10/22/2014 | 2.45 | Conference Call Charges Conf. ID : | Name: Eugene Karlik |
| 10/24/2014 | 9.89 | Conference Call Charges Conf. ID : | Name: Kara A. Hailey |
| 10/28/2014 | 5.11 | Conference Call Charges Conf. ID : | Name: Alexandra McCown |

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/28/2014 | 6.48 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 10/29/2014 | 2.10 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 10/30/2014 | 2.47 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 10/30/2014 | 6.21 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 11/4/2014 | 2.84 | Conference Call Charges Conf. ID :    Name: Alexandra McCown |
| 11/5/2014 | 3.45 | Conference Call Charges Conf. ID :    Name: Eugene Karlik |
| 11/5/2014 | 5.52 | Conference Call Charges Conf. ID :    Name: Alexandra McCown |
| 11/7/2014 | 3.59 | Conference Call Charges Conf. ID :    Name: Ronald Coleman |
| **TOTAL:** | **182.89** | |
| | | |
| **Travel - Transportation[1]** | | |
| | | |
| 3/20/2014 | 74.88 | TRAVEL - TRANSPORTATION - Luft Trip to California (ride to airport) |
| 5/8/2014 | 26.62 | TRAVEL - TRANSPORTATION - McCown Trip to Delaware (ride to train station) |
| 5/18/2014 | 69.48 | TRAVEL - TRANSPORTATION - Gopaul Trip to Delaware (ride to train station) |
| 7/14/2014 | 20.17 | TRAVEL - TRANSPORTATION - McKay Trip to Toronto (2 rides within Toronto on 5/23/14) |
| 10/30/2014 | -639.63 | TRAVEL - TRANSPORTATION - (credit) |
| 11/3/2014 | 148.84 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| 11/3/2014 | 155.32 | TRAVEL - TRANSPORTATION - Bromley Trip to Delaware (ride to train station) |
| 11/7/2014 | 20.00 | TRAVEL - TRANSPORTATION - McCown Trip to Delaware (ride within Delaware) |
| 11/7/2014 | 161.02 | TRAVEL - TRANSPORTATION - Rozenberg Trip to Delaware (ride to train station) |
| **TOTAL:** | **36.70** | |
| | | |
| **Travel - Lodging** | | |
| | | |
| 9/21/2014 | 324.00 | TRAVEL - LODGING - Stein Trip to Delaware (1 night) |
| 9/22/2014 | 324.00 | TRAVEL - LODGING - Stein Trip to Delaware (1 night) |
| 9/23/2014 | 324.00 | TRAVEL - LODGING - Stein Trip to Delaware (1 night) |
| 11/3/2014 | 324.00 | TRAVEL - LODGING - Bromley Trip to Delaware (1 night) |
| 11/3/2014 | 324.00 | TRAVEL - LODGING - Eckenrod Trip to Delaware (1 night) |
| 11/3/2014 | 324.00 | TRAVEL - LODGING - Gianis Trip to Delaware (1 night) |
| 11/3/2014 | 324.00 | TRAVEL - LODGING - Schweitzer Trip to Delaware (1 night) |
| 11/3/2014 | 324.00 | TRAVEL - LODGING - Tunis Trip to Delaware (1 night) |
| 11/4/2014 | 324.00 | TRAVEL - LODGING - Schweitzer Trip to Delaware (1 night) |
| 11/5/2014 | 324.00 | TRAVEL - LODGING - Beller Trip to Delaware (1 night on 11/3/14) |
| 11/6/2014 | 324.00 | TRAVEL - LODGING - Beller Trip to Delaware (1 night on 11/4/14) |
| 11/6/2014 | 324.00 | TRAVEL - LODGING - Gianis Trip to Delaware (1 night on 11/4/14) |
| 11/6/2014 | 324.00 | TRAVEL - LODGING - Tunis Trip to Delaware (1 night on 11/4/14) |
| 11/25/2014 | 648.00 | TRAVEL - LODGING - Kennedy (Chilmark Partners) Trip to Delaware (2 nights from 9/21/14 - 9/22/14 - authorized by Schweitzer) |

**EXPENSE SUMMARY**

December 1, 2014 through December 31, 2014

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/25/2014 | 648.00 | TRAVEL - LODGING - Trial Vendor Trip to Delaware (2 nights from 9/21/14 - 9/22/14 - authorized by Schweitzer) |
| 11/25/2014 | 648.00 | TRAVEL - LODGING - Trial Vendor Trip to Delaware (2 nights from 9/21/14 - 9/22/14 - authorized by Schweitzer) |
| 11/25/2014 | 648.00 | TRAVEL - LODGING - Trial Vendor Trip to Delaware (2 nights from 9/21/14 - 9/22/14 - authorized by Schweitzer) |
| 11/25/2014 | 972.00 | TRAVEL - LODGING - Ferguson Trip to Delaware (3 nights from 9/21/14 - 9/23/14) |
| 11/25/2014 | 972.00 | TRAVEL - LODGING - Trial Vendor Trip to Delaware (3 nights from 9/21/14 - 9/23/14 - authorized by Schweitzer) |
| 11/25/2014 | 972.00 | TRAVEL - LODGING - Trial Vendor Trip to Delaware (3 nights from 9/21/14 - 9/23/14 - authorized by Schweitzer) |
| 11/25/2014 | 1,296.00 | TRAVEL - LODGING - Cusack Trip to Delaware (4 nights from 9/20/14 - 9/23/14) |
| 11/25/2014 | 1,296.00 | TRAVEL - LODGING - Smoler Trip to Delaware (4 nights from 9/20/14 - 9/23/14) |
| 1/21/2015 | -324.00 | TRAVEL - LODGING - Dandelet Trip to Delaware (credit) |
| **TOTAL:** | **11,988.00** | |
| | | |
| **Travel - Meals** | | |
| | | |
| 7/14/2014 | 23.24 | TRAVEL - MEALS - McKay Trip to Toronto (meal on 5/23/14) |
| 7/14/2014 | 24.86 | TRAVEL - MEALS - McKay Trip to Toronto (meal on 5/6/14) |
| 9/22/2014 | 31.60 | TRAVEL - MEALS - Stein Trip to Delaware |
| 9/24/2014 | 43.83 | TRAVEL - MEALS - Gopaul Trip to Toronto (meal on 9/20/14) |
| 11/3/2014 | 3.00 | TRAVEL - MEALS - Schweitzer Trip to Delaware |
| 11/3/2014 | 3.99 | TRAVEL - MEALS - Rosenthal Trip to Delaware |
| 11/3/2014 | 41.10 | TRAVEL - MEALS - Bromley Trip to Delaware |
| 11/4/2014 | 17.00 | TRAVEL - MEALS - Schweitzer Trip to Delaware |
| 11/4/2014 | 27.20 | TRAVEL - MEALS - Gianis Trip to Delaware |
| 11/4/2014 | 31.90 | TRAVEL - MEALS - Bromley Trip to Delaware |
| 11/4/2014 | 400.00 | TRAVEL - MEALS - Schweitzer Trip to Delaware (8 attendees) |
| 11/5/2014 | 7.25 | TRAVEL - MEALS - Schweitzer Trip to Delaware |
| 11/5/2014 | 42.00 | TRAVEL - MEALS - Schweitzer Trip to Delaware |
| 11/6/2014 | 7.00 | TRAVEL - MEALS - Beller Trip to Delaware |
| 11/6/2014 | 23.00 | TRAVEL - MEALS - Beller Trip to Delaware |
| 11/7/2014 | 3.31 | TRAVEL - MEALS - McCown Trip to Delaware |
| 11/25/2014 | 3.00 | TRAVEL - MEALS - Cusack Trip to Delaware (meal on 9/20/14) |
| 11/25/2014 | 3.00 | TRAVEL - MEALS - Cusack Trip to Delaware (meal on 9/22/14) |
| 11/25/2014 | 3.00 | TRAVEL - MEALS - Cusack Trip to Delaware (meal on 9/24/14) |
| 11/25/2014 | 3.00 | TRAVEL - MEALS - Ferguson Trip to Delaware (meal on 9/22/14) |
| 11/25/2014 | 3.50 | TRAVEL - MEALS - Trial Vendor Trip to Delaware (meal on 9/23/14 - authorized by Schweitzer) |
| 11/25/2014 | 9.00 | TRAVEL - MEALS - Ferguson Trip to Delaware (meal on 9/23/14) |
| 11/25/2014 | 16.40 | TRAVEL - MEALS - Trial Vendor Trip to Delaware (meal on 9/21/14 - authorized by Schweitzer) |
| 11/25/2014 | 27.60 | TRAVEL - MEALS - Cusack Trip to Delaware (meal on 9/21/14) |
| 11/25/2014 | 27.60 | TRAVEL - MEALS - Smoler Trip to Delaware (meal on 9/21/14) |
| 11/25/2014 | 50.00 | TRAVEL - MEALS - Kennedy (Chilmark Partners) Trip to Delaware (meal on 9/22/14 - authorized by Schweitzer) |
| **TOTAL:** | **876.38** | |

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 11/5/2014 | 14.73 | SHIPPING CHARGES Inv#: 284006808  Track#: 621938952439 |
| 11/7/2014 | 14.73 | SHIPPING CHARGES Inv#: 284295986  Track#: 621938952976 |
| 11/20/2014 | 23.36 | SHIPPING CHARGES Inv#: 285487158  Track#: 621938956879 |
| **TOTAL:** | **52.82** | |
| | | |
| **Scanning Charges (@ $0.10/page)** | | |
| | | |
| 12/1/2014 | 0.20 | NY SCAN TO PDF |
| 12/1/2014 | 0.20 | NY SCAN TO PDF |
| 12/3/2014 | 0.20 | NY SCAN TO PDF |
| 12/9/2014 | 3.70 | NY SCAN TO PDF |
| 12/16/2014 | 0.10 | NY SCAN TO PDF |
| 12/16/2014 | 0.10 | NY SCAN TO PDF |
| 12/16/2014 | 0.10 | NY SCAN TO PDF |
| 12/16/2014 | 0.20 | NY SCAN TO PDF |
| 12/16/2014 | 0.20 | NY SCAN TO PDF |
| 12/16/2014 | 0.70 | NY SCAN TO PDF |
| 12/16/2014 | 2.70 | NY SCAN TO PDF |
| 12/17/2014 | 0.20 | NY SCAN TO PDF |
| **TOTAL:** | **8.60** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.20 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.20 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.20 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.20 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/1/2014 | 0.80 | NY DUPLICATING XEROX |
| 12/1/2014 | 0.90 | NY DUPLICATING XEROX |
| 12/1/2014 | 1.10 | NY DUPLICATING XEROX |
| 12/1/2014 | 1.30 | NY DUPLICATING |
| 12/1/2014 | 12.60 | NY DUPLICATING |
| 12/2/2014 | 1.10 | NY DUPLICATING XEROX |
| 12/2/2014 | 7.90 | NY DUPLICATING XEROX |
| 12/2/2014 | 14.20 | NY DUPLICATING XEROX |
| 12/3/2014 | 3.60 | NY DUPLICATING XEROX |
| 12/3/2014 | 4.40 | NY DUPLICATING XEROX |
| 12/5/2014 | 0.30 | NY DUPLICATING |
| 12/5/2014 | 0.30 | NY DUPLICATING |
| 12/9/2014 | 2.80 | NY DUPLICATING |
| 12/10/2014 | 0.70 | NY DUPLICATING |
| 12/15/2014 | 4.20 | NY DUPLICATING XEROX |
| 12/16/2014 | 0.80 | NY DUPLICATING XEROX |
| 12/19/2014 | 9.70 | NY DUPLICATING XEROX |
| 12/19/2014 | 15.90 | NY DUPLICATING XEROX |
| 12/19/2014 | 16.10 | NY DUPLICATING XEROX |
| 12/23/2014 | 8.80 | NY DUPLICATING |
| 12/29/2014 | 1.00 | NY DUPLICATING |
| 12/29/2014 | 15.60 | NY DUPLICATING |
| **TOTAL:** | **125.90** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 12/4/2014 | 1.30 | NY COLOR PRINTING |
| 12/4/2014 | 10.40 | NY COLOR PRINTING |
| 12/9/2014 | 10.40 | NY COLOR PRINTING |
| 12/15/2014 | 120.90 | NY COLOR PRINTING |
| 12/15/2014 | 120.90 | NY COLOR PRINTING |
| **TOTAL:** | **263.90** | |
| | | |
| **Facsimile Charges (@ $1.00/page)** | | |
| | | |
| 12/1/2014 | 3.00 | NY FAX PAGE CHARGE |
| 12/1/2014 | 3.00 | NY FAX PAGE CHARGE |
| 12/1/2014 | 3.00 | NY FAX PAGE CHARGE |
| 12/1/2014 | 3.00 | NY FAX PAGE CHARGE |
| 12/1/2014 | 3.00 | NY FAX PAGE CHARGE |

| Date | Amount | Narrative |
|------|--------|-----------|
| **TOTAL:** | **15.00** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 10/1/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/1/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/1/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/2/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/2/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/2/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/3/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/3/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/3/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/6/2014 | 41.37 | COMPUTER RESEARCH - LEXIS |
| 11/7/2014 | 261.30 | COMPUTER RESEARCH - LEXIS |
| 11/10/2014 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 11/12/2014 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 11/12/2014 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 11/12/2014 | 59.88 | COMPUTER RESEARCH - LEXIS |
| 11/14/2014 | 174.20 | COMPUTER RESEARCH - LEXIS |
| 11/20/2014 | 48.99 | COMPUTER RESEARCH - LEXIS |
| 11/20/2014 | 163.31 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **818.88** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 11/2/2014 | 538.28 | COMPUTER RESEARCH - WESTLAW |
| 11/3/2014 | 3.48 | COMPUTER RESEARCH - WESTLAW |
| 11/3/2014 | 235.61 | COMPUTER RESEARCH - WESTLAW |
| 11/6/2014 | 14.55 | COMPUTER RESEARCH - WESTLAW |
| 11/7/2014 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 11/7/2014 | 1,332.63 | COMPUTER RESEARCH - WESTLAW |
| 11/8/2014 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 11/9/2014 | 69.13 | COMPUTER RESEARCH - WESTLAW |
| 11/10/2014 | 3.48 | COMPUTER RESEARCH - WESTLAW |
| 11/10/2014 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 11/10/2014 | 276.09 | COMPUTER RESEARCH - WESTLAW |
| 11/11/2014 | 220.21 | COMPUTER RESEARCH - WESTLAW |
| 11/11/2014 | 236.48 | COMPUTER RESEARCH - WESTLAW |
| 11/12/2014 | 0.36 | COMPUTER RESEARCH - WESTLAW |

| Date | Amount | Narrative |
|---|---|---|
| 11/12/2014 | 128.91 | COMPUTER RESEARCH - WESTLAW |
| 11/13/2014 | 150.68 | COMPUTER RESEARCH - WESTLAW |
| 11/14/2014 | 29.47 | COMPUTER RESEARCH - WESTLAW |
| 11/17/2014 | 3.48 | COMPUTER RESEARCH - WESTLAW |
| 11/18/2014 | 114.43 | COMPUTER RESEARCH - WESTLAW |
| 11/19/2014 | 137.62 | COMPUTER RESEARCH - WESTLAW |
| 11/19/2014 | 563.13 | COMPUTER RESEARCH - WESTLAW |
| 11/20/2014 | 409.37 | COMPUTER RESEARCH - WESTLAW |
| 11/20/2014 | 528.78 | COMPUTER RESEARCH - WESTLAW |
| 11/24/2014 | 3.48 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **5,215.21** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 11/7/2014 | 9.77 | Late Work Meals - McCown |
| 11/11/2014 | 21.33 | Late Work Meals - Gianis |
| 12/9/2014 | 23.58 | Late Work Meals - Lipner |
| 12/10/2014 | 15.00 | Late Work Meals - O'Keefe |
| 12/13/2014 | 15.07 | Late Work Meals - Rappoport |
| 12/16/2014 | 15.00 | Late Work Meals - O'Keefe |
| **TOTAL:** | **99.75** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 4/10/2014 | 36.42 | Late Work Transportation - Gianis |
| 4/18/2014 | -5.80 | Late Work Transportation - (credit) |
| 4/18/2014 | -5.63 | Late Work Transportation - (credit) |
| 4/18/2014 | -5.63 | Late Work Transportation - (credit) |
| 4/18/2014 | -4.48 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.83 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |

| Date | Amount | Narrative |
|------|--------|-----------|
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -3.25 | Late Work Transportation - (credit) |
| 4/18/2014 | -1.88 | Late Work Transportation - (credit) |
| 4/18/2014 | -1.88 | Late Work Transportation - (credit) |
| 4/18/2014 | -1.88 | Late Work Transportation - (credit) |
| 4/18/2014 | -1.88 | Late Work Transportation - (credit) |
| 4/18/2014 | -1.63 | Late Work Transportation - (credit) |
| 4/18/2014 | -1.63 | Late Work Transportation - (credit) |
| 4/18/2014 | -1.41 | Late Work Transportation - (credit) |
| 5/5/2014 | 28.62 | Late Work Transportation - McCown |
| 5/5/2014 | 47.22 | Late Work Transportation - Zelbo |
| 5/8/2014 | 29.96 | Late Work Transportation - McCown (ride after midnight on 5/7/14) |
| 5/8/2014 | 37.90 | Late Work Transportation - McCown (package delivery) |
| 10/13/2014 | 21.78 | Late Work Transportation - Gianis |
| 10/14/2014 | 81.34 | Late Work Transportation - O'Keefe |
| 10/15/2014 | 19.05 | Late Work Transportation - Gianis |
| 10/15/2014 | 22.88 | Late Work Transportation - Ferguson |
| 10/15/2014 | 48.31 | Late Work Transportation - Gelfand |
| 10/15/2014 | 96.93 | Late Work Transportation - O'Keefe |
| 10/16/2014 | 19.05 | Late Work Transportation - Gianis |
| 10/17/2014 | 29.96 | Late Work Transportation - McCown |
| 10/21/2014 | 25.45 | Late Work Transportation - Tunis |
| 10/21/2014 | 32.52 | Late Work Transportation - Gianis |
| 10/21/2014 | 45.21 | Late Work Transportation - McKay |
| 10/21/2014 | 55.46 | Late Work Transportation - Smoler |
| 10/22/2014 | 26.50 | Late Work Transportation - Tunis (ride from meeting) |
| 10/22/2014 | 29.00 | Late Work Transportation - Tunis (ride to meeting) |
| 10/22/2014 | 37.14 | Late Work Transportation - Tunis |
| 10/22/2014 | 39.95 | Late Work Transportation - Smoler |
| 10/22/2014 | 51.79 | Late Work Transportation - Rosenthal |
| 10/23/2014 | 54.30 | Late Work Transportation - package delivery |
| 10/27/2014 | 19.82 | Late Work Transportation - Gianis |
| 10/27/2014 | 23.38 | Late Work Transportation - Ferguson |
| 10/27/2014 | 31.90 | Late Work Transportation - McKay |

**EXPENSE SUMMARY**

December 1, 2014 through December 31, 2014

In re Nortel Networks Inc., et al.

(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/27/2014 | 98.43 | Late Work Transportation - Schweitzer |
| 10/28/2014 | 29.96 | Late Work Transportation - McCown |
| 10/28/2014 | 33.86 | Late Work Transportation - Valette |
| 10/28/2014 | 37.93 | Late Work Transportation - McKay |
| 10/28/2014 | 41.65 | Late Work Transportation - Gianis |
| 10/28/2014 | 42.77 | Late Work Transportation - Ferguson |
| 10/28/2014 | 97.45 | Late Work Transportation - Schweitzer |
| 10/29/2014 | 25.06 | Late Work Transportation - Ferguson |
| 10/29/2014 | 44.89 | Late Work Transportation - Rosenthal |
| 10/29/2014 | 61.70 | Late Work Transportation - Smoler |
| 10/29/2014 | 102.48 | Late Work Transportation - Schweitzer |
| 10/30/2014 | 11.90 | Late Work Transportation - Gianis |
| 10/30/2014 | 29.96 | Late Work Transportation - Gianis (ride after midnight on 10/29/14) |
| 10/31/2014 | 25.59 | Late Work Transportation - Ferguson |
| 10/31/2014 | 97.35 | Late Work Transportation - Ferguson (package delivery) |
| 11/1/2014 | 26.62 | Late Work Transportation - Tunis |
| 11/1/2014 | 104.32 | Late Work Transportation - Ferguson |
| 11/2/2014 | 95.30 | Late Work Transportation - Schweitzer |
| 11/4/2014 | 34.41 | Late Work Transportation - Forrest |
| 11/5/2014 | 143.47 | Late Work Transportation - Schweitzer |
| 11/10/2014 | 94.92 | Late Work Transportation - O'Keefe |
| 11/11/2014 | 23.25 | Late Work Transportation - Dubrowski |
| 11/11/2014 | 24.89 | Late Work Transportation - Gianis |
| 11/12/2014 | 156.50 | Late Work Transportation - Schweitzer |
| 11/13/2014 | 20.66 | Late Work Transportation - McCown |
| 11/14/2014 | 46.67 | Late Work Transportation - Rosenthal |
| 11/18/2014 | 22.94 | Late Work Transportation - McCown |
| 11/19/2014 | 25.70 | Late Work Transportation - Gianis |
| 11/20/2014 | 28.62 | Late Work Transportation - Gianis |
| **TOTAL:** | **2,525.03** | |
| | | |
| **Conference Meals** | | |
| | | |
| 12/3/2014 | 78.39 | Conference Meals (9 attendees) |
| **TOTAL:** | **78.39** | |
| | | |
| **Other** | | |
| | | |
| 12/22/2014 | 317.07 | Outside Duplicating |
| 12/29/2014 | 1,100.00 | Electronic Dataroom Services |

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/30/2014 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 12/30/2014 | 30.58 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| **TOTAL:** | **1,459.63** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 1/20/2015 | 1,440.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| 1/20/2015 | 12,271.73 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].)[2] |
| 1/20/2015 | 26,568.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **40,279.73** | |
| | | |
| | | |
| **GRAND TOTAL:** | **64,026.81** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |
| [2] The amount stated herein was converted from the local currency to United States dollars using the September 2014 average Bank of Canada exchange rate. | | |