## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                       :
*In re*                                                :    Chapter 11
                                                       :
Nortel Networks Inc., *et al.,*[1]                     :    Case No. 09-10138 (KG)
                                                       :
                                    Debtors.           :    Jointly Administered
                                                       :
                                                       :    **Objection Deadline: February 16, 2015 at 4:00 p.m.**
                                                       :    **(ET)**
                                                       :
                                                       :
-------------------------------------------------------X

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014.**

Exhibit A:    Summary of Professionals
Exhibit B:    Summary of Projects and Project Descriptions
Exhibit C:    Summary of Fees and Expenses
Exhibit D:    Summary of Time by Professional
Exhibit E:    Summary of Fees by Project
Exhibit F:    Time Description Detail by Project
Exhibit G:    Summary of Expenses by Category
Exhibit H:    Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, December 1, 2014 through December 31, 2014, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

---

[1]        The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Mergis' fees for this period are $251,775.00.  Mergis incurred $1,254.33 in expenses during this period.

Dated:  February 2, 2015
        Raleigh, North Carolina

THE MERGIS GROUP

Brandi Privette

*Practice  Director*

2

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, cash management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, treasury systems management and oversight, accounts receivable, lease and real estate billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |
| Elizabeth Smith | Non-Officer | Associate - General accounting for employee related liabilities, benefit plan vendor contract oversight, benefit plan termination, plan regulatory oversight and reporting, and Pension Investment Committee member. |
| Gary L. Storr | Non-Officer | Associate - Information technology systems & support, IT vendor contract management, data and document retention governance & maintenance ,finance systems administration & controls, and data extraction & analysis. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of December 1, 2014 through December 31, 2014 | $ 251,775.00 | $   1,254.33 | $ 253,029.33 |

Exhibit C

# Exhibit D

## The Mergis Group
### Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include,  operating budget oversight, cash management, general accounting and controls, tax, information technology, human resources, and real estate management.  Employee Benefits and Pension Investment Committee member. | 128.00 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, treasury systems management and oversight, accounts receivable, lease and real estate billing, bank | 166.50 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 96.50 |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 134.50 |
| Elizabeth Smith | Non-Officer | Associate - General accounting for employee related liabilities, benefit plan vendor contract oversight, benefit plan termination, plan regulatory oversight and reporting, and  Pension Investment Committee member. | 42.00 |
| Gary L. Storr | Non-Officer | Associate - Information technology systems & support, IT vendor contract management, data and document retention governance & maintenance ,finance systems administration & controls,  and data extraction & analysis. | 107.50 |

| | | | |
|---|---|---|---|
| **Hours for the period of  December 1, 2014 through December 31, 2014** | | | **675.00** |
| Billing Rate | | | $      373.00 |
| **Fees for the period of December 1, 2014 through December 31, 2014** | | | **$  251,775.00** |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $          - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 14.00 | $    5,222.00 |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. | 48.75 | $  18,183.75 |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data  maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 13.00 | $    4,849.00 |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. | 13.00 | $    4,849.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. | 8.50 | $    3,170.50 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 1.00 | $      373.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with all of all of the above | 3.00 | $    1,119.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 300.75 | $ 112,179.75 |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 112.75 | $  42,055.75 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 102.50 | $  38,232.50 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. | 0.75 | $      279.75 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 6.00 | $ 2,238.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 11.50 | $ 4,289.50 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 35.00 | $ 13,055.00 |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 4.50 | $ 1,678.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of December 1, 2014 through December 31, 2014** | | **675.00** | **$ 251,775.00** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| **Bankruptcy Reporting** | | | | |
| | 12/5/2014 | William D. Cozart | Draft November MOR Consolidation and Report. | |
| | 12/11/2014 | William D. Cozart | Prepare MOR Consolidation. | |
| | 12/11/2014 | William D. Cozart | Prepare November MOR. | |
| | 12/12/2014 | Timothy C. Ross | Received, reviewed, and confirmed Debtors insurance coverage for MOR preparation | |
| | 12/12/2014 | William D. Cozart | Prepare November MOR. | |
| | 12/15/2014 | Timothy C. Ross | Reviewed and authorized Debtors MOR for release (Includes .5 hour meeting with D. Cozart) - RE: November 2014 | |
| | 12/15/2014 | Timothy C. Ross | Meeting with T. Ross to review November MOR. | |
| | 12/17/2014 | William D. Cozart | Teleconference with E. Smith and CGSH L. Lipner re: November MOR. | |
| | **Bankruptcy Reporting Total** | | | |
| **Cash Management** | | | | |
| | 12/1/2014 | Kim Ponder | FCB and VEBA deposits. | |
| | 12/1/2014 | Timothy C. Ross | Conference call with Wilmington Trust - RE: Debtors' investments | |
| | 12/1/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 12/2/2014 | Kim Ponder | FCB deposit. | |
| | 12/2/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 12/3/2014 | Timothy C. Ross | Prepared and analyzed Debtors four cash flow requirements and executed funding of disbursement bank account | |
| | 12/3/2014 | Timothy C. Ross | Reviewed, authorized, and released disbursements. | |
| | 12/4/2014 | Timothy C. Ross | Received, reviewed, and responded to Wilmington Trust - RE: investments | |
| | 12/4/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 12/5/2014 | Kim Ponder | VEBA deposit. | |
| | 12/8/2014 | Timothy C. Ross | Received, reviewed, and actioned foreign subsidiary disbursements | |
| | 12/8/2014 | Timothy C. Ross | Follow-up on banking matters - RE: entity bank accounts. | |
| | 12/8/2014 | Timothy C. Ross | Prepared for monthly conference call with Wilmington Trust - RE: investments | |
| | 12/9/2014 | Timothy C. Ross | Reviewed, authorized, and released entity disbursements | |
| | 12/9/2014 | Timothy C. Ross | Conference call with Wilmington Trust (S. Wyant) - RE: investments | |
| | 12/10/2014 | Kim Ponder | FCB and VEBA deposits. | |
| | 12/10/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors banking matters - RE: Positive pay alert from First Citizens Bank | |
| | 12/10/2014 | Timothy C. Ross | Prepared and analyzed Debtors cash flow requirements and executed funding of disbursement bank account | |
| | 12/10/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 12/10/2014 | Timothy C. Ross | Reviewed and authorized refund deposits to the Nortel Health and Welfare Trust. | |
| | 12/11/2014 | Timothy C. Ross | Reviewed, authorized, and released disbursements - RE: entity | |
| | 12/11/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 12/11/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 12/12/2014 | Kim Ponder | FCB deposit. | |
| | 12/12/2014 | Timothy C. Ross | Worked Debtors banking matters | |
| | 12/12/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results - RE: November 2014 | |
| | 12/16/2014 | Kim Ponder | FCB deposit. | |
| | 12/16/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 12/17/2014 | Timothy C. Ross | Prepared and analyzed Debtors cash flow requirements and executed funding of disbursement bank accoun | |
| | 12/17/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results (completed work started on 12/12) - RE: November 2014. | |
| | 12/17/2014 | Timothy C. Ross | Received, reviewed, and responded to Wilmington Trust - RE: investments | |
| | 12/18/2014 | Kim Ponder | FCB and VEBA deposits. | |
| | 12/18/2014 | Timothy C. Ross | Conference call with Wilmington Trust (S. Wyant) - RE: investments | |
| | 12/18/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 12/18/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 12/19/2014 | Kim Ponder | Initiated FCB transfer to WT. | |
| | 12/19/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 12/22/2014 | Timothy C. Ross | Reviewed, authorized, and released disbursements. | |
| | 12/31/2014 | Kim Ponder | FCB & VEBA deposits and month end cash transfers. | |
| | 12/31/2014 | Timothy C. Ross | Conference call with Wilmington Trust (S. Wyant) - re: investments | |
| | 12/31/2014 | Timothy C. Ross | Received, reviewed and worked Debtors cash management matters - RE: investments | |
| | 12/31/2014 | Timothy C. Ross | Prepared and analyzed Debtors cash flow requirements and executed funding of disbursement bank accoun | |
| | 12/31/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | **Cash Management Total** | | | |
| **Claims Administration** | | | | |
| | 12/1/2014 | Kim Ponder | Claims reconciliation update. | |
| | 12/2/2014 | Kim Ponder | Claims reconciliation update. | |
| | 12/2/2014 | Timothy C. Ross | Received, reviewed, and responded to CGSH question - RE: claims issue | |
| | 12/2/2014 | Timothy C. Ross | Conference call with CGSH (B. Beller) - RE: claims issue | |
| | 12/3/2014 | Timothy C. Ross | Received, reviewed, and responded to RLKS - RE: Claims Reconciliation. | |
| | 12/4/2014 | Timothy C. Ross | Conference call with Capstone (J. Hyland and A. Cowie) - RE: Claim. | |
| | 12/16/2014 | Kim Ponder | Transmittal of claims payment | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 12/18/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims matters - RE: claims research (E. Smith). | |
| | 12/19/2014 | Timothy C. Ross | Worked Debtors claims matters - RE: Account, Balance Sheet. | |
| | 12/22/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims matters - Re: Transition Discussion. | |

**Claims Administration Total**

**Compensation Application**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 12/4/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/4/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/5/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/5/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/5/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/12/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/12/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/12/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/12/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/12/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/16/2014 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: November 2014 | |
| | 12/19/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/19/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/19/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/19/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/19/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/26/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/26/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/26/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/26/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |
| | 12/26/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | |

**Compensation Application Total**

**Discovery**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 12/1/2014 | Timothy C. Ross | Received, reviewed and actioned Debtors service of process notifications (4) - RE: Subpoena | |
| | 12/2/2014 | Timothy C. Ross | Received, reviewed and responded to Crowell - RE: Subpoena. | |
| | 12/9/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification - RE: Subpoenas | |
| | 12/11/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors discovery matters | |
| | 12/11/2014 | Timothy C. Ross | Conference call with CGSH (L. Lipner) - RE: subpoena | |
| | 12/11/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors third party discovery subpoena matter | |
| | 12/15/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors third party subpoena matters from Crowell | |
| | 12/17/2014 | Timothy C. Ross | Received, reviewed, and executed Debtors litigation related matters | |
| | 12/18/2014 | Timothy C. Ross | Received, reviewed, and executed Debtors litigation related matters | |
| | 12/19/2014 | Timothy C. Ross | Reviewed and authorized Debtor invoices for payment | |
| | 12/31/2014 | Timothy C. Ross | Worked Debtors discovery matters | |

**Discovery Total**

**Electronic Data and Document Preservation**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 12/9/2014 | Timothy C. Ross | Worked branch document storage and retention extension. | |

**Electronic Data and Document Preservation Total**

**Entity Liquidation and Wind Down**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 12/1/2014 | Timothy C. Ross | Received, reviewed, and responded to entity matter - RE: BOD MINUTES AND LIQUIDATION REPORT | |
| | 12/10/2014 | Timothy C. Ross | Reviewed and authorized invoices for payment. | |
| | 12/10/2014 | Timothy C. Ross | Worked local director matters - RE: F/U with CGSH and Marsh, Inc. | |
| | 12/12/2014 | Timothy C. Ross | Conference call with CGSH (K. Haley, R. Eckenrod, and R. Reeb) - RE: Foreign Subsidiary Wind Down | |
| | 12/19/2014 | Timothy C. Ross | Conference call with E&Y (J. Woods) - RE: foreign subsidiary wind down. | |
| | 12/31/2014 | Timothy C. Ross | Reviewed and authorized entity legal fees - RE: Legal Fees - December, 2014 | |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 12/1/2014 | Kim Ponder | Month end close. | |
| | 12/1/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: November 2014 Financial Closing. | |
| | 12/1/2014 | Timothy C. Ross | Reviewed and authorized professional fees | |
| | 12/1/2014 | Timothy C. Ross | Reviewed and authorized bank reconciliations - RE: September 2014 Bank Reconciliations | |
| | 12/1/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission - RE: RP1128395 | |
| | 12/1/2014 | William D. Cozart | Prepare bank reconciliations for November. | |
| | 12/1/2014 | William D. Cozart | Research re QuickBooks issues. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 12/1/2014 | William D. Cozart | Prepare analysis of balance sheet changes. | |
| | 12/2/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | |
| | 12/2/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 12/2/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: November 2014 Financial Closing. | |
| | 12/2/2014 | William D. Cozart | Prepare analysis of balance sheet changes for October | |
| | 12/2/2014 | William D. Cozart | Prepare billings for December. | |
| | 12/2/2014 | William D. Cozart | Prepare November Bank Reconciliations. | |
| | 12/3/2014 | Kim Ponder | Telephone meeting with CGSH (RJ Coleman) re: costs claim. | |
| | 12/3/2014 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary | |
| | 12/3/2014 | Kim Ponder | Month end close. | |
| | 12/3/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: November 2014 Financial Closing. | |
| | 12/3/2014 | William D. Cozart | Record cash receipts. | |
| | 12/3/2014 | William D. Cozart | Prepare November Bank Reconciliations. | |
| | 12/3/2014 | William D. Cozart | Prepare account reconciliations for November. | |
| | 12/4/2014 | Kim Ponder | Normal course payables - initiated payments to vendors | |
| | 12/4/2014 | Kim Ponder | Month end close. | |
| | 12/4/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank and GL account reconciliations - October 2014 | |
| | 12/4/2014 | Timothy C. Ross | Reviewed and authorized contract employee expenses | |
| | 12/4/2014 | William D. Cozart | Prepare account reconciliations fro November. | |
| | 12/4/2014 | William D. Cozart | Prepare November Bank Reconciliations. | |
| | 12/5/2014 | Kim Ponder | Bank statement scanning and storage. | |
| | 12/5/2014 | Kim Ponder | Month end close. | |
| | 12/5/2014 | William D. Cozart | Record cash receipts. | |
| | 12/5/2014 | William D. Cozart | Review and analysis of cash disbursements. | |
| | 12/5/2014 | William D. Cozart | Prepare and send correspondence re: Cash balances | |
| | 12/5/2014 | William D. Cozart | Prepare account reconciliations for November. | |
| | 12/8/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 12/8/2014 | Kim Ponder | Month end close. | |
| | 12/8/2014 | Kim Ponder | Vendor account maintenance and update. | |
| | 12/8/2014 | Timothy C. Ross | Reviewed and authorized staffing time submission. | |
| | 12/8/2014 | Timothy C. Ross | Reviewed and authorized employee expense reimbursements - RE: G. Storr and K. Ponder | |
| | 12/8/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: November 2014 Financial Close. | |
| | 12/8/2014 | William D. Cozart | Prepare account reconciliations. | |
| | 12/9/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | |
| | 12/9/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 12/9/2014 | Kim Ponder | Month end close. | |
| | 12/9/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: November 2014 Financial Close. | |
| | 12/9/2014 | William D. Cozart | Received, reviewed and responded to correspondence re: entity operations | |
| | 12/9/2014 | William D. Cozart | Prepared correspondence with bank regarding monthly statement timing | |
| | 12/9/2014 | William D. Cozart | Establish new vendor in QuickBooks. | |
| | 12/9/2014 | William D. Cozart | Prepare billings for December. | |
| | 12/9/2014 | William D. Cozart | Prepare November bank reconciliations. | |
| | 12/9/2014 | William D. Cozart | Prepare account reconciliations. | |
| | 12/10/2014 | Kim Ponder | Normal course payables - weekly payment proposal and cash summary | |
| | 12/10/2014 | Kim Ponder | GL reconciliations. | |
| | 12/10/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: November 2014 Financial Close. | |
| | 12/10/2014 | William D. Cozart | Process daily cash receipts. | |
| | 12/10/2014 | William D. Cozart | Prepare bank reconciliations. | |
| | 12/10/2014 | William D. Cozart | Close the month of November in QuickBooks. | |
| | 12/11/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | |
| | 12/11/2014 | Kim Ponder | Normal course payables - initiated payments to vendors | |
| | 12/11/2014 | Kim Ponder | GL reconciliations. | |
| | 12/11/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission | |
| | 12/11/2014 | William D. Cozart | Record cash receipts. | |
| | 12/12/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | |
| | 12/12/2014 | Kim Ponder | GL reconciliations. | |
| | 12/12/2014 | Kim Ponder | Received, researched and responded to request for foreign vendor payment details | |
| | 12/12/2014 | William D. Cozart | Prepare government reports. | |
| | 12/15/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | |
| | 12/15/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 12/15/2014 | Kim Ponder | Year end planning. | |
| | 12/15/2014 | Kim Ponder | Various email responses. | |
| | 12/15/2014 | Kim Ponder | Draft weekly payment proposal. | |
| | 12/15/2014 | Timothy C. Ross | Reviewed and authorized YE 2014 Professional's disbursements schedule | |
| | 12/15/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank reconciliations - RE: November 2014. | |
| | 12/15/2014 | William D. Cozart | Record cash receipts. | |
| | 12/15/2014 | William D. Cozart | Prepare government reports. | |
| | 12/16/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | |
| | 12/16/2014 | Kim Ponder | Correspondence received, researched and response | |
| | 12/16/2014 | Kim Ponder | GL recons. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project ( | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 12/16/2014 | Kim Ponder | Various emails and vendor discussions regarding year end process | |
| | 12/16/2014 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations - RE: November 2014 | |
| | 12/16/2014 | William D. Cozart | Prepare government reports. | |
| | 12/16/2014 | William D. Cozart | Prepare January Billings. | |
| | 12/16/2014 | William D. Cozart | Record daily cash receipts. | |
| | 12/17/2014 | Kim Ponder | Normal course payables - finalized year end payment proposal and cash summary | |
| | 12/17/2014 | Kim Ponder | Document retention. | |
| | 12/17/2014 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations (completed work started on 12/16) - RE: November 2014 | |
| | 12/17/2014 | William D. Cozart | Record cash receipts. | |
| | 12/17/2014 | William D. Cozart | Prepare billings documentation. | |
| | 12/17/2014 | William D. Cozart | Prepare government reports. | |
| | 12/17/2014 | William D. Cozart | Set up vendor in QuickBooks. | |
| | 12/18/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | |
| | 12/18/2014 | Kim Ponder | Normal course payables - initiated payments to vendors | |
| | 12/18/2014 | Kim Ponder | Reviewed current invoicing and provided comments to Iron Mountain | |
| | 12/18/2014 | Kim Ponder | Review and notarization of unclaimed property filings. | |
| | 12/18/2014 | William D. Cozart | Prepare government reports. | |
| | 12/18/2014 | William D. Cozart | Prepare account reconciliations. | |
| | 12/19/2014 | Kim Ponder | Normal course payables - initiated payments to Professionals. | |
| | 12/19/2014 | Kim Ponder | Year end transaction review and planning. | |
| | 12/19/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtor tax document request - RE: Request for new tax forms for Nortel | |
| | 12/19/2014 | William D. Cozart | Teleconference with R. Eckenrod (CGSH) re: balance sheet analysis. | |
| | 12/19/2014 | William D. Cozart | Prepare government reports. | |
| | 12/19/2014 | William D. Cozart | Prepare balance sheet analysis. | |
| | 12/22/2014 | Kim Ponder | Received and responded to various emails. | |
| | 12/22/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis. | |
| | 12/22/2014 | Timothy C. Ross | Reviewed and authorized contract services fees for payment | |
| | 12/22/2014 | William D. Cozart | Record cash receipts. | |
| | 12/22/2014 | William D. Cozart | Prepare balance sheet analysis. | |
| | 12/22/2014 | William D. Cozart | Process cash disbursements. | |
| | 12/23/2014 | Kim Ponder | Received and responded to various emails. | |
| | 12/23/2014 | William D. Cozart | Record cash receipts. | |
| | 12/23/2014 | William D. Cozart | Prepare government reports. | |
| | 12/24/2014 | William D. Cozart | Record cash receipts. | |
| | 12/24/2014 | William D. Cozart | Update G&A Cost Allocation. | |
| | 12/26/2014 | Kim Ponder | Received and responded to various emails. | |
| | 12/26/2014 | William D. Cozart | Prepare Government reports. | |
| | 12/29/2014 | Kim Ponder | Various emails and verification of bank account balances. | |
| | 12/29/2014 | William D. Cozart | Record cash receipts. | |
| | 12/29/2014 | William D. Cozart | Prepare Government reports. | |
| | 12/30/2014 | Kim Ponder | Received and responded to email. | |
| | 12/30/2014 | William D. Cozart | Received, reviewed and responded to correspondence re: bank statements | |
| | 12/30/2014 | William D. Cozart | Record cash receipts. | |
| | 12/30/2014 | William D. Cozart | Prepare Government reports. | |
| | 12/30/2014 | William D. Cozart | Update G&A Cost allocation. | |
| | 12/31/2014 | Kim Ponder | Normal course payables - drafted final 2014 payment proposal & cash summary and initiated payments to vendors | |
| | 12/31/2014 | Kim Ponder | Received and responded to requests for W-9's. | |
| | 12/31/2014 | Kim Ponder | Intercompany invoice processing. | |
| | 12/31/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 12/31/2014 | William D. Cozart | Prepare Government reports. | |
| | 12/31/2014 | William D. Cozart | Record Cash Receipts. | |
| | 12/31/2014 | William D. Cozart | Prepare December billings. | |
| | 12/31/2014 | William D. Cozart | Load December month end exchange rates to QuickBooks. | |

**Finance and General Accounting Total**

**Human Resources**

| | 12/1/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 12/1/2014 | Deborah M. Parker | Misc. HR activities -(e.g. CGSH correspondence, claims inquiries/research). | |
| | 12/1/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down | |
| | 12/1/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 12/1/2014 | Elizabeth Smith | Prepared E. Smith transition documentation. | |
| | 12/1/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors benefit plan matters - RE: VEBA trust (BofA). | |
| | 12/2/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 12/2/2014 | Deborah M. Parker | Mtg. with CGSH and Seyfarth. | |
| | 12/2/2014 | Deborah M. Parker | Misc. HR activities -(e.g. WC, filing). | |
| | 12/2/2014 | Elizabeth Smith | Prepared RDS transition documentation. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 12/2/2014 | Kim Ponder | Received, researched and responded to prior year insurance matter | |
| | 12/2/2014 | Timothy C. Ross | Reviewed and authorized deposits to the Northern Telecom Health & Welfare Trust. | |
| | 12/2/2014 | Timothy C. Ross | Conference call with E. Smith - RE: Work Transition in preparation for YE Departure. | |
| | 12/3/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/3/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research). | |
| | 12/3/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 12/4/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/4/2014 | Deborah M. Parker | Misc. HR activities -(e.g. WC, HR documentation, claims inquiries/research). | |
| | 12/4/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 12/8/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down | |
| | 12/9/2014 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, benefit wind down activities, payroll inquiry) | |
| | 12/9/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/9/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  benefit plan wind down | |
| | 12/10/2014 | Elizabeth Smith | Performed benefit plan administrative tasks | |
| | 12/10/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  benefit plan wind down | |
| | 12/11/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/11/2014 | Deborah M. Parker | Misc. HR activities -(e.g. vendor query,  benefit wind down activities) | |
| | 12/11/2014 | Elizabeth Smith | Performed benefit plan administrative tasks | |
| | 12/11/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down | |
| | 12/12/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/12/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit wind down activities, filing) | |
| | 12/12/2014 | Timothy C. Ross | Worked Debtors benefit wind down matters | |
| | 12/15/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/15/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit wind down activities) | |
| | 12/16/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/16/2014 | Deborah M. Parker | Mtg. with CGSH and E. Smith. | |
| | 12/16/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing). | |
| | 12/16/2014 | Elizabeth Smith | Attended conference call with Cleary, Deb Parker, and Mary Cilia re:  plan data | |
| | 12/16/2014 | Elizabeth Smith | Research benefit plan census data | |
| | 12/17/2014 | Deborah M. Parker | Meeting with Mercer and E. Smith. | |
| | 12/17/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing). | |
| | 12/17/2014 | Elizabeth Smith | Attended conference call with Mercer and Deb Parker re:  benefit plan | |
| | 12/17/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  benefit plan wind down | |
| | 12/17/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 12/18/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/18/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, WC, HR documentation, benefit inquiry). | |
| | 12/18/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 12/18/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down | |
| | 12/19/2014 | Deborah M. Parker | Mtg. with Seyfarth. | |
| | 12/19/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/19/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit inquiry, WC, benefit wind down) | |
| | 12/19/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down | |
| | 12/19/2014 | Timothy C. Ross | Reviewed and authorized Debtors refund deposits to the Northern Telecom Health and Welfare Trust | |
| | 12/22/2014 | Deborah M. Parker | Correspondence received, reviewed and responded re:  HR data | |
| | 12/22/2014 | Elizabeth Smith | Performed benefit plan administrative duties | |
| | 12/22/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 12/23/2014 | Deborah M. Parker | HR Transition. | |
| | 12/23/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/23/2014 | Elizabeth Smith | Worked on HR transition. | |
| | 12/23/2014 | Elizabeth Smith | Performed benefit plan administrative duties | |
| | 12/30/2014 | Elizabeth Smith | Prepared transition documentation. | |
| | 12/30/2014 | Elizabeth Smith | Researched benefit plan census data. | |
| | 12/31/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 12/31/2014 | Elizabeth Smith | Researched benefit plan census data. | |

**Human Resources Total**

**Information Technology Operations**

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project ( | Date | Professional | Project Work Description | H |
|-----------|------|--------------|--------------------------|---|
| | 12/1/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/1/2014 | Gary L. Storr | Corresponded with HP regarding ongoing PC support. | |
| | 12/1/2014 | Gary L. Storr | Updated QuickBooks with Intuit upgrade and configured all company files accordingly | |
| | 12/1/2014 | Gary L. Storr | Corresponded with CSC regarding ongoing billing issue. | |
| | 12/1/2014 | Gary L. Storr | Corresponded with Autonomy regarding 2015 restore forecast | |
| | 12/1/2014 | Gary L. Storr | Reconciled QuickBooks online bank transaction issue. | |
| | 12/1/2014 | Gary L. Storr | Resolved user issue with PC application. | |
| | 12/1/2014 | Kim Ponder | QuickBooks upgrade testing. | |
| | 12/2/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/2/2014 | Gary L. Storr | Assisted user with remote login issue. | |
| | 12/2/2014 | Gary L. Storr | Reviewed and processed AT&T billing statement for payment. | |
| | 12/2/2014 | Gary L. Storr | Set up administrative access to AT&T account for Kim Ponder. | |
| | 12/2/2014 | Gary L. Storr | Documented archive process for knowledge transfer. | |
| | 12/2/2014 | Gary L. Storr | Corrected QuickBooks login issue. | |
| | 12/2/2014 | Gary L. Storr | Researched Domain registration and ownership re potential domain sale. | |
| | 12/3/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/3/2014 | Gary L. Storr | Reviewed and processed Frontier billing statement for payment | |
| | 12/3/2014 | Gary L. Storr | Updated Bank Balances spreadsheet to accommodate FY 2015 & 2016. | |
| | 12/3/2014 | Gary L. Storr | Ran virus scan and conducted troubleshooting on user PC. | |
| | 12/3/2014 | Gary L. Storr | Weekly meeting with RLKS to discuss system status. | |
| | 12/4/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/4/2014 | Gary L. Storr | Repaired issue on user PC. | |
| | 12/4/2014 | Gary L. Storr | Documented Bank Balances process for knowledge transfer. | |
| | 12/4/2014 | Gary L. Storr | Documented MS Licensing Login process and set up administration account for RLKS. | |
| | 12/5/2014 | Gary L. Storr | Correspondence with NNL regarding domain nortel.com. | |
| | 12/8/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/8/2014 | Gary L. Storr | Renewed Nortel.Com domain. | |
| | 12/8/2014 | Gary L. Storr | Corresponded with NNL regarding domain renewal. | |
| | 12/8/2014 | Gary L. Storr | Reviewed and processed Akibia monthly billing statement. | |
| | 12/8/2014 | Gary L. Storr | Documented Data Center procedures for knowledge transfer. | |
| | 12/8/2014 | Gary L. Storr | Ran offsite backups. | |
| | 12/9/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/9/2014 | Gary L. Storr | Prepared and loaded Bank Balances software on D.Cozarts PC. | |
| | 12/9/2014 | Gary L. Storr | Renewed PC support on HP PC laptops for 2015. | |
| | 12/9/2014 | Gary L. Storr | Documented IT administrative procedures for knowledge transfer. | |
| | 12/9/2014 | Gary L. Storr | Research and correspondence regarding support of UKA VNX5100 storage array | |
| | 12/9/2014 | Timothy C. Ross | Reviewed and authorized Debtors IT matters - RE: Renewal of Nortel.COM Domain | |
| | 12/10/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/10/2014 | Gary L. Storr | Performed analysis and troubleshooting on storage array | |
| | 12/10/2014 | Gary L. Storr | Addressed issue with corrupted QuickBooks company file. | |
| | 12/10/2014 | Gary L. Storr | Corrected issue with monthly compensation spreadsheet. | |
| | 12/10/2014 | Timothy C. Ross | Received, reviewed, and authorized Debtors IT invoicing - RE: AT&T. | |
| | 12/11/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/11/2014 | Gary L. Storr | Moved QuickBooks backup folder to QB15 server. | |
| | 12/11/2014 | Gary L. Storr | Correspondence regarding HP PC support agreement. | |
| | 12/11/2014 | Gary L. Storr | Research and correspondence regarding support of UKA VNX5100 storage array | |
| | 12/11/2014 | Gary L. Storr | Transition and knowledge transfer to RLKS. | |
| | 12/12/2014 | Gary L. Storr | Reported issue to EMC regarding storage array outage | |
| | 12/12/2014 | Timothy C. Ross | Reviewed and authorized Debtors IT matter | |
| | 12/15/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/15/2014 | Gary L. Storr | Posted Summary Annual Reports to Nortel.Com. | |
| | 12/15/2014 | Gary L. Storr | Resolved issue with corrupted QuickBooks company file. | |
| | 12/15/2014 | Gary L. Storr | Performed file conversion  on XIF files to support HR request. | |
| | 12/15/2014 | Gary L. Storr | Debugged and resolved issue with Bank Balances automation. | |
| | 12/15/2014 | Gary L. Storr | Correspondence regarding EMC array support | |
| | 12/15/2014 | Gary L. Storr | Renewed HP Care Pack services. | |
| | 12/15/2014 | Gary L. Storr | Assisted user establishing credentials and connecting to AT&T web tool. | |
| | 12/15/2014 | Gary L. Storr | Correspondence with Akibia re 2015 contract extension. | |
| | 12/15/2014 | Gary L. Storr | Converted closed QuickBooks company files to current version. | |
| | 12/15/2014 | Timothy C. Ross | Reviewed and authorized Debtors expense reimbursement - RE: HP Care Services Purchase | |
| | 12/16/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/16/2014 | Gary L. Storr | Updated Employee spreadsheet to accommodate 2015 & 2016. | |
| | 12/16/2014 | Gary L. Storr | Correspondence regarding EMC array support | |
| | 12/17/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/17/2014 | Gary L. Storr | Updated Employee spreadsheet to accommodate 2015 & 2016. | |
| | 12/17/2014 | Gary L. Storr | Corrected issue on Accuimage Server. | |
| | 12/17/2014 | Gary L. Storr | Meeting with RLKS to finalize transition. | |
| | 12/18/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/18/2014 | Gary L. Storr | Final transition activities. | |
| | 12/18/2014 | William D. Cozart | Train on Data Center walkthrough. | |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project ( | Date | Professional | Project Work Description | H |
|-----------|------|--------------|--------------------------|---|
| | 12/19/2014 | Gary L. Storr | Updated employee spreadsheet to accommodate 2015 PTO entitlements. | |
| | 12/22/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 12/23/2014 | Gary L. Storr | RLKS Final Transition meeting. | |
| | 12/29/2014 | Gary L. Storr | RLKS Final Transition meeting. | |
| **Information Technology Operations Total** | | | | |

**Insurance & Risk Management**

| | 12/2/2014 | Timothy C. Ross | Reviewed and authorized Debtors insurance invoice for payment processing | |
| | 12/9/2014 | Timothy C. Ross | Reviewed and authorized Debtors invoicing | |
| **Insurance & Risk Management Total** | | | | |

**Professional Fee Applications**

| | 12/5/2014 | Kim Ponder | Processed Professional fee applications. | |
| | 12/9/2014 | Timothy C. Ross | Received, researched, and responded to Capstone (J. Hyland) - RE: August Fee Application | |
| | 12/12/2014 | Kim Ponder | Processed professional fee applications filed. | |
| | 12/19/2014 | Kim Ponder | Processed Professional fee applications filed. | |
| **Professional Fee Applications Total** | | | | |

**Real Estate Management**

| | 12/4/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors real estate matters | |
| | 12/9/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | |
| | 12/11/2014 | Timothy C. Ross | Reviewed and executed Debtors property management matters | |
| | 12/16/2014 | Timothy C. Ross | Reviewed Debtors receivables and worked collection matters. | |
| | 12/16/2014 | Timothy C. Ross | Prepared and submitted Rent roll for properties | |
| | 12/16/2014 | Timothy C. Ross | Prepared and submitted tenant rental income for invoicing | |
| | 12/18/2014 | Timothy C. Ross | Meeting with Johnson Controls, Inc. (A. Lane) - RE: Property management review | |
| | 12/18/2014 | Timothy C. Ross | Follow-up on Debtors collection matters | |
| | 12/22/2014 | Timothy C. Ross | Reviewed and authorized rent invoices for payment | |
| | 12/22/2014 | Timothy C. Ross | Worked Debtors collection matters | |
| | 12/31/2014 | Timothy C. Ross | Received, reviewed and worked Debtors property management matter | |
| **Real Estate Management Total** | | | | |

**Residual Business Operations**

| | 12/1/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 12/1/2014 | Gary L. Storr | Corresponded with Iron Mountain regarding closure of billing issue | |
| | 12/2/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 12/2/2014 | Gary L. Storr | Researched payment history re settlement. | |
| | 12/2/2014 | Timothy C. Ross | Reviewed and authorized site invoices and updated site reserve analysis | |
| | 12/3/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 12/3/2014 | Gary L. Storr | Reviewed and conducted knowledge transfer on Bank Balances process with D.Cozart | |
| | 12/3/2014 | Timothy C. Ross | Received, researched, and responded to CGSH questions - RE: Supply Agreement | |
| | 12/4/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 12/8/2014 | Gary L. Storr | Ran monthly employee compensation report and submitted to vendor | |
| | 12/8/2014 | Gary L. Storr | Ran monthly accrual report. | |
| | 12/8/2014 | Gary L. Storr | Reviewed and finalized Bank Balances knowledge transfer documentation. | |
| | 12/10/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors residual business matter - RE: paymen | |
| | 12/10/2014 | Timothy C. Ross | Worked Debtors residual business matters - re: agreement extension | |
| | 12/11/2014 | Gary L. Storr | Research re: litigation issue | |
| | 12/12/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 12/15/2014 | Timothy C. Ross | Received, reviewed, and responded to Airbus - RE: Debtors Royalty License renewal | |
| | 12/15/2014 | Timothy C. Ross | Received and actioned Debtors service of process notification | |
| | 12/16/2014 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 12/16/2014 | Gary L. Storr | Adjusted Project Code validations in employee database. | |
| | 12/18/2014 | Deborah M. Parker | Unclaimed Property - research, document execution & signature. | |
| | 12/18/2014 | Timothy C. Ross | Reviewed and authorized Debtors abandoned property claim refund requests | |
| | 12/19/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matters - RE: Request for Consent to Assignment Carondelet Health. | |
| | 12/23/2014 | Timothy C. Ross | Monitored Debtors incoming emails for action. | |
| | 12/24/2014 | Timothy C. Ross | Monitored Debtors incoming emails for action. | |
| | 12/29/2014 | Timothy C. Ross | Monitored Debtors incoming emails for action. | |
| | 12/30/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE: Airbus extension agreement (Cassidian/CML). | |
| | 12/30/2014 | Timothy C. Ross | Monitored Debtors incoming emails for action. | |
| **Residual Business Operations Total** | | | | |

**Tax Matters**

## Exhibit F

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Project C | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 12/1/2014 | Timothy C. Ross | Worked entity tax matters - RE: Closing tax inspection. | |
| | 12/8/2014 | Timothy C. Ross | Worked entity tax matters - RE: fees related with the closing tax inspection. | |
| | 12/8/2014 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: E&Y Nortel November Billing. | |
| | 12/11/2014 | Timothy C. Ross | Reviewed and authorized tax matters - Re: Tax Returns November 2014 | |
| | 12/15/2014 | Timothy C. Ross | Reviewed and executed Debtors tax matters - RE: State tax entity | |
| | 12/15/2014 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: State tax Payment | |
| | 12/16/2014 | Kim Ponder | Received, reviewed and forwarded tax correspondence to EY re: entity | |
| | 12/18/2014 | Kim Ponder | Received, reviewed and forwarded correspondence to EY re:  entity | |
| | 12/18/2014 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: Annual Reports | |

**Tax Matters Total**

**For the period of December 1, 2014 through December 31, 2014**

**<u>Exhibit G</u>**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of December 1, 2014 through December 31, 2014

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 1,206.35 |
| Professional | - |
| Miscellaneous | 47.98 |
| **For the period of December 1, 2014 through December 31, 2014** | **$    1,254.33** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of December 1, 2014 through December 31, 2014

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 12/08/14 | Gary L. Storr | Renewal of Nortel.Com Domain. | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | Network Solutions | | 47.98 |
| | **Total** | | | $        47.98 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 12/15/14 | Gary L. Storr | Renewal of HP Care Pack Services | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Hewlett Packard | | 1,105.93 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | | $     1,105.93 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 12/15/14 | Gary Storr | Office supplies | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | SpyHunter PC Software | | 42.69 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | | $        42.69 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 12/10/14 | Kim Ponder | Office supplies | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Office Depot | | 57.73 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | | $        57.73 |

**For the period of December 1, 2014 through December 31, 2014**                         $     1,254.33