# EXHIBIT B



**CASSELS BROCK**
LAWYERS

Cassels Brock LLP
2100, Scotia Plazza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE # 1953102**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| November 25, 2014 | 46992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $  128,431.00 |
| Disbursements | 1,163.25 |
| **Total Amount Due** | **$  129,594.25** CDN |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____

Expiry Date: _____  Amount:
_____

Cardholder Name:
_____

Signature:
_____

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

## Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 11/30/14**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/2/2014 | MWU | 3 | Complete August 2014 fee application. | 1.4 |
| 11/2/2014 | MWU | 3 | Prepare September 2014 fee account. | 1.4 |
| 11/3/2014 | SAH | 31 | Conducting legal research regarding Canadian appeal issues. | 1.9 |
| 11/3/2014 | RSK | 12 | Review of CCC factum in response to Canadian PPI decision leave to appeal motion. | 0.4 |
| 11/3/2014 | RSK | 12 | Review of factum and Motion Record of Monitor in response to bondholders' Canadian PPI leave to appeal motion. | 1.1 |
| 11/3/2014 | MWU | 31 | Review Monitor's factum and CCC group Canadian factum supporting Monitor's opposition to bondholder group leave to appeal request for Canadian PPI decision. | 2.6 |
| 11/3/2014 | MWU | 3 | Prepare September 2014 fee account. | 1.2 |
| 11/3/2014 | RJA | 31 | Review Monitor and CCC reply briefs to PPI leave application. | 2.9 |
| 11/4/2014 | SAH | 31 | Conducting Canadian legal research regarding appeal strategy. | 1.9 |
| 11/4/2014 | MS | 8 | Attending U.S. court call hearing of post-petition interest motion. | 5.9 |
| 11/4/2014 | RSK | 8 | Participated in U.S. PPI settlement hearing (by teleconference). | 5.2 |
| 11/4/2014 | MWU | 8 | Attend to U.S. court claims settlement approval hearing (telephonically) (part). | 4 |
| 11/4/2014 | RJA | 12 | Discussion with S. Kukulowicz regarding NNI PPI settlement hearing. | 0.1 |
| 11/4/2014 | RJA | 8 | Participated in portion of court hearing regarding PPI settlement (part hearing). | 1.2 |
| 11/5/2014 | SAH | 31 | Conducting Canadian legal research regarding appeal for PPI motion. | 1.2 |
| 11/5/2014 | MS | 8 | Attending U.S. court call hearing of post-petition | 3.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| | | | interest motion. | |
| 11/5/2014 | RSK | 12 | Review of responding factums for PPI leave to appeal motion and timeline for determination. | 2.1 |
| 11/5/2014 | RSK | 8 | Participated in U.S. PPI settlement hearing (part). | 2.2 |
| 11/5/2014 | MWU | 8 | Attend court hearing (telephonically) (part) for approval of claims settlement between U.S. debtors and bondholders regarding PPI. | 2.4 |
| 11/5/2014 | MWU | 31 | Review and analyze Canadian case law and related Canadian estate distribution issues regarding PPI. | 1.6 |
| 11/5/2014 | RJA | 31 | Research Canadian case authority regarding PPI issues. | 1.9 |
| 11/6/2014 | SAH | 31 | Conducting Canadian legal research in respect of PPI appeal motion. | 2.3 |
| 11/6/2014 | RSK | 12 | Review of email correspondence from Akin Gump regarding settlement of claims. | 0.1 |
| 11/6/2014 | RSK | 7 | Participated in Committee call. | 1.3 |
| 11/6/2014 | MWU | 7 | Prepare for and attend UCC meeting. | 1.3 |
| 11/6/2014 | MWU | 31 | Review Canadian motion material regarding document discovery requests. | 0.7 |
| 11/6/2014 | MWU | 12 | Review report to UCC regarding payment to NNI based on claims settlement as creditor, and settlement of claims. | 0.1 |
| 11/6/2014 | RJA | 7 | Participated in UCC call. | 1.3 |
| 11/6/2014 | RJA | 31 | Analysis of PPI legal issues and case authority for Canadian appeal. | 1.4 |
| 11/7/2014 | SAH | 31 | Conducting Canadian legal research regarding Canadian PPI appeal timeline and related issues. | 2.6 |
| 11/10/2014 | MWU | 3 | Prepare October 2014 fee account. | 1.7 |
| 11/10/2014 | MWU | 31 | Consider Canadian appeal issues and process in connection with Canadian PPI appeal, and confer with Cassels Brock lawyers regarding same. | 1.6 |
| 11/11/2014 | RSK | 7 | Review email correspondence regarding in person Committee meeting and consider Canadian presentation of Canadian appeal process. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/11/2014 | MWU | 3 | Prepare September 2014 fee application. | 0.8 |
| 11/11/2014 | RJA | 17 | Consider Canadian appeal routes and presentation material. | 0.9 |
| 11/11/2014 | RJA | 31 | Discussion with Cassels team regarding PPI appeal issues. | 0.4 |
| 11/12/2014 | SAH | 31 | Telephone conversation with M. Sassi to discuss Canadian appeal routes and timing. | 0.3 |
| 11/12/2014 | SAH | 31 | Review and analysis of Canadian appeal issues regarding PPI decision and allocation decision. | 3.7 |
| 11/12/2014 | SAH | 31 | Prepare summary of Canadian appeal issues and timing for UCC and advisors. | 2.6 |
| 11/12/2014 | MS | 31 | Review and analysis of Canadian appeal issues regarding PPI decision and allocation decision. | 0.6 |
| 11/12/2014 | RSK | 31 | Research and discussions with Cassels team regarding reply factum for Canadian PPI appeal. | 0.7 |
| 11/12/2014 | RSK | 12 | Review of draft Canadian PPI reply factum of bondholders. | 0.9 |
| 11/12/2014 | RSK | 31 | Exchange email correspondence with Cassels team regarding appeal timeline issues. | 0.5 |
| 11/12/2014 | MWU | 31 | Analyze draft reply factum of bondholder group regarding Canadian court PPI decision. | 0.8 |
| 11/12/2014 | MWU | 31 | Review factums filed by CCAA Monitor and CCC in connection with Canadian motion for leave to appeal Canadian PPI decision by the bondholders. | 1.6 |
| 11/12/2014 | RJA | 31 | Analysis of issues for Canadian PPI reply factum. | 0.7 |
| 11/12/2014 | RJA | 31 | Review draft bondholder Canadian PPI reply factum. | 0.9 |
| 11/12/2014 | RJA | 31 | Review Canadian PPI leave to appeal factums of CCC and Monitor. | 1.9 |
| 11/12/2014 | JDI | 31 | Review of Canadian PPI leave to appeal factum of Monitor regarding Canadian post-petition interest decision. | 0.7 |
| 11/12/2014 | JDI | 31 | Review of leave to appeal factum of Canadian Creditors' Committee regarding Canadian post-petition interest decision. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/12/2014 | JDI | 31 | Review and analysis of draft Canadian PPI leave to appeal reply factum of bondholders. | 0.7 |
| 11/13/2014 | GBS | 31 | Consider Canadian proceeding PPI decision appeal issues. | 0.2 |
| 11/13/2014 | GBS | 31 | Meet with Cassels team regarding Canadian appeal issues. | 0.1 |
| 11/13/2014 | SAH | 31 | Prepare summary of Canadian appeal routes and timing for UCC and advisors. | 4.8 |
| 11/13/2014 | MS | 31 | Review and analysis of Canadian appeal issues regarding PPI decision and allocation decision. | 2.6 |
| 11/13/2014 | MSU | 31 | Researching Canadian case law regarding appeal procedures. | 4.7 |
| 11/13/2014 | RSK | 31 | Review of final served bondholder reply factum. | 0.4 |
| 11/13/2014 | RSK | 31 | Exchange email correspondence with J. Dietrich regarding bondholder reply factum. | 0.2 |
| 11/13/2014 | RSK | 7 | Participated in Committee call. | 0.3 |
| 11/13/2014 | MWU | 7 | Prepare for presentation to UCC on Canadian matters and instructions to M. Sassi regarding same. | 0.8 |
| 11/13/2014 | MWU | 7 | Attend on UCC call. | 0.3 |
| 11/13/2014 | MWU | 31 | Review analysis regarding Canadian appeal issues regarding Canadian court decisions and potential overlap with U.S. proceedings. | 2.6 |
| 11/13/2014 | RJA | 29 | Continue analysis of allocation paths and issues regarding potential next steps. | 2.9 |
| 11/13/2014 | RJA | 7 | Participate in UCC call. | 0.3 |
| 11/14/2014 | GBS | 31 | Consider Canadian appeal issues. | 0.4 |
| 11/14/2014 | SAH | 31 | Prepare summary of Canadian appeal routes and timing for UCC and advisors. | 7.2 |
| 11/14/2014 | SAH | 31 | Providing instructions to M. Sassi regarding summary of Canadian appeal routes for UCC and advisors. | 0.8 |
| 11/14/2014 | MS | 31 | Review and analysis of Canadian appeal issues regarding PPI decision and allocation decision. | 4.1 |
| 11/14/2014 | HFE | 31 | Review Canadian appeal timeline chart. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/14/2014 | MSU | 31 | Research regarding Canadian appeal procedures. | 1.4 |
| 11/14/2014 | RSK | 31 | Review of email correspondence from Akin Gump regarding CCAA distribution issues. | 0.1 |
| 11/14/2014 | RSK | 31 | Office conference with M. Sassi regarding Canadian appeal timeline and options. | 0.3 |
| 11/14/2014 | MWU | 29 | Exchange email correspondence with Akin Gump regarding allocation issues. | 0.3 |
| 11/14/2014 | MWU | 29 | Confer with Cassels lawyers regarding allocation issues. | 0.3 |
| 11/14/2014 | MWU | 31 | Continue review and analysis of Canadian appeal issues regarding Canadian PPI decision. | 1.3 |
| 11/14/2014 | RJA | 29 | Review correspondence from Akin Gump regarding allocation issues. | 0.2 |
| 11/14/2014 | RJA | 29 | Discussions with Cassels Brock team regarding Canadian allocation issues. | 0.3 |
| 11/14/2014 | RJA | 29 | Continue detailed analysis of Canadian PPI issues and timeline. | 2.2 |
| 11/15/2014 | RSK | 31 | Exchange email correspondence with Cassels team regarding Canadian estate distribution issues. | 0.4 |
| 11/17/2014 | SAH | 31 | Canadian research regarding Canadian appeal routes and timing. | 2.9 |
| 11/17/2014 | MWU | 29 | Review and analyze potential appeal issues regarding Canadian PPI order and allocation decision, and potential alternative solutions. | 1.6 |
| 11/17/2014 | RJA | 31 | Telephone call with Akin Gump regarding PPI appeal issues. | 0.1 |
| 11/17/2014 | RJA | 31 | Email correspondence with Akin Gump and Cassels teams regarding Canadian PPI appeal issues. | 0.2 |
| 11/18/2014 | SAH | 31 | Conducting Canadian legal research on appeal routes of allocation decision. | 4.3 |
| 11/18/2014 | SAH | 31 | Revising summary of Canadian appeal routes. | 2.9 |
| 11/18/2014 | RSK | 31 | Review of appeal timeline chart and memo and exchanged email correspondence with Cassels team. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | CASSELS BROCK LLP | Invoice # 1953102 |
|---|---|---|---|---|

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/18/2014 | MWU | 29 | Email correspondence to and from Akin Gump regarding cross-border claims and Canadian estate distribution issues, and confer with Cassels lawyers regarding same. | 0.5 |
| 11/18/2014 | MWU | 3 | Prepare September, 2014 fee application. | 0.7 |
| 11/18/2014 | RJA | 31 | Email correspondence with Cassels team regarding Canadian PPI appeal issues and timeline. | 0.2 |
| 11/19/2014 | SAH | 31 | Meeting with H. Fender to provide instructions regarding Canadian appeal research. | 0.4 |
| 11/19/2014 | HFE | 31 | Review and analysis of Canadian appeal timelines regarding Canadian PPI decision and allocation decision. | 2.7 |
| 11/19/2014 | RSK | 31 | Review of summary of Canadian PPI appeal and timelines. | 0.3 |
| 11/19/2014 | RSK | 31 | Exchange email correspondence with S. Holland regarding Canadian appeal timelines. | 0.3 |
| 11/19/2014 | MWU | 31 | Review Canadian PPI appeal court filings, and legal briefs. | 0.5 |
| 11/20/2014 | SAH | 31 | Review and analysis of Canadian appeal issues regarding PPI decision and allocation decision. | 6.8 |
| 11/20/2014 | MS | 31 | Review and analysis of Canadian appeal issues regarding Canadian PPI decision. | 3 |
| 11/20/2014 | HFE | 31 | Review summary of Canadian appeal regarding PPI decision and allocation decision. | 1.2 |
| 11/20/2014 | RSK | 31 | Review of revised Canadian appeal timeline memo and provide comments. | 0.7 |
| 11/20/2014 | RSK | 31 | Office conference with M. Sassi regarding summary of Canadian appeal timelines and tests for leave to appeal. | 0.3 |
| 11/20/2014 | MWU | 31 | Review and consider Canadian appeal process regarding allocation decision, and review draft memo regarding same to prepare for UCC meeting. | 1.3 |
| 11/20/2014 | RJA | 31 | Review draft Cassels Canadian law memo regarding appeal options and routes. | 1.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/21/2014 | SAH | 31 | Research and prepare summary of Canadian appeal issues regarding PPI decision and allocation decision. | 6.9 |
| 11/21/2014 | DRW | 31 | Research and correspondence regarding Canadian appeal routes. | 1.1 |
| 11/21/2014 | MS | 31 | Review and analysis of Canadian appeal issues regarding Canadian PPI decision and allocation decision. | 1.6 |
| 11/21/2014 | RSK | 31 | Office conference with Cassels team regarding various Canadian appeal issues. | 0.7 |
| 11/21/2014 | RSK | 31 | Review of revisions to appeal chart and memo for UCC. | 0.8 |
| 11/21/2014 | MWU | 31 | Prepare chart of Canadian appeal process in Canadian proceeding, and confer with Cassels Brock regarding same, for presentation at UCC meeting. | 2.8 |
| 11/21/2014 | MWU | 7 | Review materials circulated by UCC advisors for in-person UCC meeting. | 0.8 |
| 11/21/2014 | RJA | 7 | Review materials circulated by Akin Gump team for in-person Committee meeting. | 1.6 |
| 11/21/2014 | RJA | 31 | Analysis of appellate litigation path in Canada for allocation decision. | 1.3 |
| 11/21/2014 | RJA | 31 | Discussions with Cassels team regarding appellate litigation path in Canada for allocation and PPI decisions. | 1.1 |
| 11/21/2014 | RJA | 7 | Revise draft Canadian materials for Committee meeting. | 0.9 |
| 11/23/2014 | SAH | 31 | Conducting Canadian legal research regarding Canadian appeal routes for allocation trial decision. | 4.9 |
| 11/23/2014 | RSK | 7 | Review of Capstone settlement recovery scenarios presentation. | 0.3 |
| 11/24/2014 | SAH | 31 | Drafting summary of Canadian appeal routes. | 2.7 |
| 11/24/2014 | SAH | 31 | Analysis of Canadian appeal routes. | 2.2 |
| 11/24/2014 | RSK | 7 | Attended in person Committee meeting. | 3.3 |
| 11/24/2014 | RSK | 7 | Preparation for presentation to UCC regarding Canadian appeal routes and timelines. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/24/2014 | MWU | 25 | Travel to NYC for UCC in person meeting. | 3.8 |
| 11/24/2014 | MWU | 7 | Attend in person UCC meeting at Akin Gump office. | 3.3 |
| 11/24/2014 | MWU | 25 | Return travel from UCC in person meeting in New York to Toronto. | 3.6 |
| 11/24/2014 | RJA | 7 | Attend in-person Committee meeting at Akin Gump offices. | 3.3 |
| 11/24/2014 | RJA | 29 | Review Capstone sensitivity analysis regarding allocation recoveries. | 1.1 |
| 11/25/2014 | MWU | 3 | Complete October 2014 account. | 0.9 |
| 11/25/2014 | MWU | 3 | Complete October 2014 fee application. | 1.2 |
| 11/25/2014 | MWU | 3 | Prepare quarterly fee application. | 0.5 |
| 11/25/2014 | MWU | 29 | Review Capstone sensitivity analysis and consider Canadian issues regarding allocation and distribution. | 0.8 |
| 11/25/2014 | RJA | 29 | Review Capstone sensitivity analysis on allocation issues. | 1.1 |
| 11/25/2014 | RJA | 31 | Consider allocation appellate issues and resolution paths. | 0.8 |
| 11/26/2014 | SAH | 31 | Conducting legal research regarding Canadian appeal route. | 2.6 |
| 11/26/2014 | MWU | 31 | Email correspondence and call with NNI Canadian counsel regarding Canadian court order and fee award, and call to Akin Gump to discuss. | 0.3 |
| 11/26/2014 | RJA | 31 | Review and analysis of Canadian PPI leave to appeal motion material. | 1.3 |
| 11/27/2014 | RSK | 31 | Exchange email correspondence with Cassels team and Akin Gump regarding Canadian leave to appeal issues. | 0.5 |
| 11/27/2014 | RSK | 31 | Review of Ontario Court of Appeal order granting leave to appeal Canadian PPI decision. | 0.3 |
| 11/27/2014 | MWU | 31 | Review and analyze Ontario Court of Appeal endorsement regarding leave for appeal application of Canadian PPI order, and review PPI order in connection therewith. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/27/2014 | MWU | 31 | Email correspondence to and from UCC advisors regarding Canadian PPI order appeal issues. | 0.4 |
| 11/27/2014 | RJA | 31 | Review endorsement of Ontario Court of Appeal regarding PPI leave decision. | 0.1 |
| 11/27/2014 | RJA | 31 | Email correspondence with Akin Gump and Cassels Brock teams regarding Court of Appeal PPI leave decision. | 0.2 |
| 11/27/2014 | RJA | 31 | Consider PPI appeal next steps and procedural issues. | 0.8 |
| 11/28/2014 | SAH | 31 | Review of Canadian appeal court endorsement regarding PPI leave to appeal motion. | 0.6 |
| 11/28/2014 | MWU | 31 | Correspondence to NNI's Canadian counsel regarding Canadian litigation issues. | 0.2 |
| 11/28/2014 | MWU | 31 | Analyze Canadian PPI decision appeal process next steps and court filings. | 0.3 |
| | | | **Total** | **215.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-11-

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

## Time Summary

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Daniel Waldman | Associate | Advocacy | Ontario - 2010 | 1.1 | $420.00 | $462.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.7 | $945.00 | $661.50 |
| Hilary Fender | Student | Students |  | 4.5 | $175.00 | $787.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 1.6 | $660.00 | $1,056.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 52.8 | $795.00 | $41,976.00 |
| Michelle Sutkiewicz | Student | Students |  | 6.1 | $175.00 | $1,067.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 21.3 | $390.00 | $8,307.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 34.9 | $750.00 | $26,175.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 25.5 | $900.00 | $22,950.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 66.5 | $420.00 | $27,930.00 |
|  |  |  |  |  |  | $131,372.50 |
|  | Less: Non-Working Travel Time Discount (50% of $5,883.00) |  |  |  |  | -$2,941.50 |
| TOTAL |  |  |  | 215.0 | CDN. | $128,431.00 |

TOTAL PROFESSIONAL FEES     $ 131,372.50  
Less: Non- Working Travel Time Discount (50% of $5,883.00)     ( 2,941.50)

TOTAL PROFESSIONAL FEES     $ 128,431.00

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | |
|---|---|
| CASSELS BROCK LLP<br>The Official Committee of Unsecured Creditors<br>Re: Nortel Networks Inc, et al. | Invoice # 1953102<br>Matter # 46992-00001 |

**Non-Taxable Disbursements**

| | |
|---|---:|
| Copies | 103.80 |
| Library Computer Searches | 978.00 |
| Meals / Beverages | 33.58 |
| Travel / Ground Transportation | 47.87 |
| **Total Disbursements** | **1,163.25** |

| | |
|---|---:|
| **Total Disbursements and Tax** | 1,163.25 |
| **Total Fees, Disbursements & Tax** | $ 129,594.25 CDN |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 9.8 | 7,791.00 |
| 0007 | Creditors Committee Meetings | 20.5 | 16,657.50 |
| 0008 | Court Hearings | 24.4 | 16,314.00 |
| 0012 | General Claims Analysis/Claims Objections | 4.8 | 4,294.50 |
| 0017 | General Adversary Proceedings | 0.9 | 675.00 |
| 0025 | Travel | 7.4 | 5,883.00 |
| 0029 | Intercompany Analysis | 11.3 | 8,632.50 |
| 0031 | Canadian Proceedings/Matters | 135.9 | 71,125.00 |
|  |  |  | $ 131,372.50 |
|  | Less: Non-Working Travel Time Discount (50% of $5,883.00) |  | -2,941.50 |
| **TOTAL** |  | **215.0** | **$ 128,431.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Case 09-10138-MFW    Doc 15157-3    Filed 02/04/15    Page 15 of 18
-14-

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 9/25/2014 | MAPLE LEAF TAXI-S. HOLLAND September 25, 2014 | 1 | 9.75 |
| 11/3/2014 | Copies | 3 | 0.30 |
| 11/3/2014 | Copies | 9 | 0.90 |
| 11/3/2014 | Copies | 10 | 1.00 |
| 11/3/2014 | Copies | 2 | 0.20 |
| 11/3/2014 | Copies | 3 | 0.30 |
| 11/3/2014 | Copies | 3 | 0.30 |
| 11/3/2014 | Copies | 2 | 0.20 |
| 11/3/2014 | Copies | 5 | 0.50 |
| 11/3/2014 | Copies | 4 | 0.40 |
| 11/3/2014 | Copies | 5 | 0.50 |
| 11/4/2014 | Copies | 2 | 0.20 |
| 11/4/2014 | Copies | 8 | 0.80 |
| 11/4/2014 | Copies | 3 | 0.30 |
| 11/4/2014 | Copies | 13 | 1.30 |
| 11/4/2014 | Copies | 2 | 0.20 |
| 11/4/2014 | Copies | 2 | 0.20 |
| 11/4/2014 | Copies | 3 | 0.30 |
| 11/4/2014 | Copies | 7 | 0.70 |
| 11/5/2014 | Copies | 37 | 3.70 |
| 11/5/2014 | Copies | 31 | 3.10 |
| 11/5/2014 | Copies | 37 | 3.70 |
| 11/5/2014 | Copies | 12 | 1.20 |
| 11/5/2014 | Copies | 2 | 0.20 |
| 11/5/2014 | Copies | 3 | 0.30 |
| 11/5/2014 | Copies | 9 | 0.90 |
| 11/6/2014 | Copies | 5 | 0.50 |
| 11/6/2014 | Copies | 6 | 0.60 |
| 11/6/2014 | Copies | 4 | 0.40 |
| 11/6/2014 | Copies | 4 | 0.40 |
| 11/6/2014 | Copies | 20 | 2.00 |
| 11/6/2014 | Copies | 31 | 3.10 |
| 11/6/2014 | Copies | 8 | 0.80 |
| 11/7/2014 | Copies | 4 | 0.40 |
| 11/7/2014 | Copies | 23 | 2.30 |
| 11/7/2014 | Copies | 4 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 11/7/2014 | Copies | 22 | 2.20 |
| 11/7/2014 | Copies | 53 | 5.30 |
| 11/7/2014 | Copies | 23 | 2.30 |
| 11/10/2014 | Copies | 23 | 2.30 |
| 11/10/2014 | Copies | 10 | 1.00 |
| 11/10/2014 | Copies | 2 | 0.20 |
| 11/10/2014 | Copies | 23 | 2.30 |
| 11/10/2014 | Copies | 2 | 0.20 |
| 11/11/2014 | Copies | 2 | 0.20 |
| 11/12/2014 | Copies | 20 | 2.00 |
| 11/12/2014 | Copies | 20 | 2.00 |
| 11/12/2014 | Copies | 3 | 0.30 |
| 11/13/2014 | Copies | 2 | 0.20 |
| 11/13/2014 | Copies | 5 | 0.50 |
| 11/13/2014 | Copies | 2 | 0.20 |
| 11/13/2014 | Copies | 2 | 0.20 |
| 11/13/2014 | Copies | 8 | 0.80 |
| 11/13/2014 | Copies | 2 | 0.20 |
| 11/13/2014 | Copies | 22 | 2.20 |
| 11/13/2014 | Copies | 3 | 0.30 |
| 11/13/2014 | Copies | 9 | 0.90 |
| 11/13/2014 | Copies | 3 | 0.30 |
| 11/13/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1.0 | 90.00 |
| 11/13/2014 | Library Computer Searches/Westlaw done by M. Sutkiewicz | 1.0 | 120.00 |
| 11/13/2014 | Working meals - M. Sutkiewicz and H. Fender - November 13, 2014 | 1.0 | 33.58 |
| 11/14/2014 | Copies | 3 | 0.30 |
| 11/14/2014 | Copies | 2 | 0.20 |
| 11/14/2014 | Copies | 4 | 0.40 |
| 11/14/2014 | Copies | 4 | 0.40 |
| 11/14/2014 | Copies | 4 | 0.40 |
| 11/14/2014 | Library Computer Searches/Westlaw done by M. Sutkiewicz | 1.0 | 138.00 |
| 11/15/2014 | Library Computer Searches/Westlaw done by M. Sutkiewicz | 1.0 | 126.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 11/15/2014 | Library Computer Searches/Westlaw done by M. Sutkiewicz | 1.0 | 72.00 |
| 11/16/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1.0 | 360.00 |
| 11/17/2014 | Copies | 11 | 1.10 |
| 11/17/2014 | Copies | 10 | 1.00 |
| 11/17/2014 | Copies | 4 | 0.40 |
| 11/17/2014 | Copies | 4 | 0.40 |
| 11/17/2014 | Copies | 13 | 1.30 |
| 11/17/2014 | Copies | 4 | 0.40 |
| 11/17/2014 | Copies | 4 | 0.40 |
| 11/17/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1.0 | 54.00 |
| 11/18/2014 | Copies | 7 | 0.70 |
| 11/18/2014 | Copies | 23 | 2.30 |
| 11/18/2014 | Copies | 10 | 1.00 |
| 11/18/2014 | Copies | 11 | 1.10 |
| 11/19/2014 | Copies | 4 | 0.40 |
| 11/21/2014 | Copies | 10 | 1.00 |
| 11/21/2014 | Copies | 4 | 0.40 |
| 11/21/2014 | Copies | 26 | 2.60 |
| 11/21/2014 | Copies | 7 | 0.70 |
| 11/21/2014 | Copies | 6 | 0.60 |
| 11/21/2014 | Copies | 13 | 1.30 |
| 11/21/2014 | Copies | 4 | 0.40 |
| 11/21/2014 | Copies | 6 | 0.60 |
| 11/21/2014 | Copies | 5 | 0.50 |
| 11/21/2014 | Copies | 4 | 0.40 |
| 11/21/2014 | Copies | 32 | 3.20 |
| 11/21/2014 | Copies | 7 | 0.70 |
| 11/21/2014 | Copies | 32 | 3.20 |
| 11/21/2014 | Copies | 10 | 1.00 |
| 11/21/2014 | Copies | 7 | 0.70 |
| 11/21/2014 | Copies | 2 | 0.20 |
| 11/21/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1.0 | 18.00 |
| 11/24/2014 | R. Jacobs - Taxi in New York for for UCC meeting. November 24, 2014 | 1.0 | 38.12 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                              Invoice # 1953102
The Official Committee of Unsecured Creditors                 Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 11/25/2014 | Copies | 21 | 2.10 |
| 11/25/2014 | Copies | 2 | 0.20 |
| 11/25/2014 | Copies | 24 | 2.40 |
| 11/25/2014 | Copies | 6 | 0.60 |
| 11/25/2014 | Copies | 23 | 2.30 |
| 11/25/2014 | Copies | 10 | 1.00 |
| 11/25/2014 | Copies | 2 | 0.20 |
| 11/25/2014 | Copies | 10 | 1.00 |
| 11/25/2014 | Copies | 12 | 1.20 |
| 11/25/2014 | Copies | 11 | 1.10 |
| 11/26/2014 | Copies | 2 | 0.20 |
| 11/26/2014 | Copies | 6 | 0.60 |
| 11/27/2014 | Copies | 4 | 0.40 |
| 11/27/2014 | Copies | 21 | 2.10 |

**TOTAL**                                                     **$ 1,163.25**

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.