**EXHIBIT C**

Legal*13535126.3

## DISBURSEMENT SUMMARY
## NOVEMBER 1 TO NOVEMBER 30, 2013
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>
| | |
|---|---|
| Copies | $ 103.80 |
| Library Computer Searches | $ 978.00 |
| Meals / Beverages | $ 33.58 |
| Travel / Ground Transportation | $ 47.87 |
| Total Non-Taxable Disbursements | **$ 1,163.25 CDN.** |