**EXHIBIT D**

Legal*13535126.3

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 9/25/2014 | MAPLE LEAF TAXI-S. HOLLAND September 25, 2014 | 1 | 9.75 |
| 11/3/2014 | Copies | 3 | 0.30 |
| 11/3/2014 | Copies | 9 | 0.90 |
| 11/3/2014 | Copies | 10 | 1.00 |
| 11/3/2014 | Copies | 2 | 0.20 |
| 11/3/2014 | Copies | 3 | 0.30 |
| 11/3/2014 | Copies | 3 | 0.30 |
| 11/3/2014 | Copies | 2 | 0.20 |
| 11/3/2014 | Copies | 5 | 0.50 |
| 11/3/2014 | Copies | 4 | 0.40 |
| 11/3/2014 | Copies | 5 | 0.50 |
| 11/4/2014 | Copies | 2 | 0.20 |
| 11/4/2014 | Copies | 8 | 0.80 |
| 11/4/2014 | Copies | 3 | 0.30 |
| 11/4/2014 | Copies | 13 | 1.30 |
| 11/4/2014 | Copies | 2 | 0.20 |
| 11/4/2014 | Copies | 2 | 0.20 |
| 11/4/2014 | Copies | 3 | 0.30 |
| 11/4/2014 | Copies | 7 | 0.70 |
| 11/5/2014 | Copies | 37 | 3.70 |
| 11/5/2014 | Copies | 31 | 3.10 |
| 11/5/2014 | Copies | 37 | 3.70 |
| 11/5/2014 | Copies | 12 | 1.20 |
| 11/5/2014 | Copies | 2 | 0.20 |
| 11/5/2014 | Copies | 3 | 0.30 |
| 11/5/2014 | Copies | 9 | 0.90 |
| 11/6/2014 | Copies | 5 | 0.50 |
| 11/6/2014 | Copies | 6 | 0.60 |
| 11/6/2014 | Copies | 4 | 0.40 |
| 11/6/2014 | Copies | 4 | 0.40 |
| 11/6/2014 | Copies | 20 | 2.00 |
| 11/6/2014 | Copies | 31 | 3.10 |
| 11/6/2014 | Copies | 8 | 0.80 |
| 11/7/2014 | Copies | 4 | 0.40 |
| 11/7/2014 | Copies | 23 | 2.30 |
| 11/7/2014 | Copies | 4 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 11/7/2014 | Copies | 22 | 2.20 |
| 11/7/2014 | Copies | 53 | 5.30 |
| 11/7/2014 | Copies | 23 | 2.30 |
| 11/10/2014 | Copies | 23 | 2.30 |
| 11/10/2014 | Copies | 10 | 1.00 |
| 11/10/2014 | Copies | 2 | 0.20 |
| 11/10/2014 | Copies | 23 | 2.30 |
| 11/10/2014 | Copies | 2 | 0.20 |
| 11/11/2014 | Copies | 2 | 0.20 |
| 11/12/2014 | Copies | 20 | 2.00 |
| 11/12/2014 | Copies | 20 | 2.00 |
| 11/12/2014 | Copies | 3 | 0.30 |
| 11/13/2014 | Copies | 2 | 0.20 |
| 11/13/2014 | Copies | 5 | 0.50 |
| 11/13/2014 | Copies | 2 | 0.20 |
| 11/13/2014 | Copies | 2 | 0.20 |
| 11/13/2014 | Copies | 8 | 0.80 |
| 11/13/2014 | Copies | 2 | 0.20 |
| 11/13/2014 | Copies | 22 | 2.20 |
| 11/13/2014 | Copies | 3 | 0.30 |
| 11/13/2014 | Copies | 9 | 0.90 |
| 11/13/2014 | Copies | 3 | 0.30 |
| 11/13/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1.0 | 90.00 |
| 11/13/2014 | Library Computer Searches/Westlaw done by M. Sutkiewicz | 1.0 | 120.00 |
| 11/13/2014 | Working meals - M. Sutkiewicz and H. Fender - November 13, 2014 | 1.0 | 33.58 |
| 11/14/2014 | Copies | 3 | 0.30 |
| 11/14/2014 | Copies | 2 | 0.20 |
| 11/14/2014 | Copies | 4 | 0.40 |
| 11/14/2014 | Copies | 4 | 0.40 |
| 11/14/2014 | Copies | 4 | 0.40 |
| 11/14/2014 | Library Computer Searches/Westlaw done by M. Sutkiewicz | 1.0 | 138.00 |
| 11/15/2014 | Library Computer Searches/Westlaw done by M. Sutkiewicz | 1.0 | 126.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 11/15/2014 | Library Computer Searches/Westlaw done by M. Sutkiewicz | 1.0 | 72.00 |
| 11/16/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1.0 | 360.00 |
| 11/17/2014 | Copies | 11 | 1.10 |
| 11/17/2014 | Copies | 10 | 1.00 |
| 11/17/2014 | Copies | 4 | 0.40 |
| 11/17/2014 | Copies | 4 | 0.40 |
| 11/17/2014 | Copies | 13 | 1.30 |
| 11/17/2014 | Copies | 4 | 0.40 |
| 11/17/2014 | Copies | 4 | 0.40 |
| 11/17/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1.0 | 54.00 |
| 11/18/2014 | Copies | 7 | 0.70 |
| 11/18/2014 | Copies | 23 | 2.30 |
| 11/18/2014 | Copies | 10 | 1.00 |
| 11/18/2014 | Copies | 11 | 1.10 |
| 11/19/2014 | Copies | 4 | 0.40 |
| 11/21/2014 | Copies | 10 | 1.00 |
| 11/21/2014 | Copies | 4 | 0.40 |
| 11/21/2014 | Copies | 26 | 2.60 |
| 11/21/2014 | Copies | 7 | 0.70 |
| 11/21/2014 | Copies | 6 | 0.60 |
| 11/21/2014 | Copies | 13 | 1.30 |
| 11/21/2014 | Copies | 4 | 0.40 |
| 11/21/2014 | Copies | 6 | 0.60 |
| 11/21/2014 | Copies | 5 | 0.50 |
| 11/21/2014 | Copies | 4 | 0.40 |
| 11/21/2014 | Copies | 32 | 3.20 |
| 11/21/2014 | Copies | 7 | 0.70 |
| 11/21/2014 | Copies | 32 | 3.20 |
| 11/21/2014 | Copies | 10 | 1.00 |
| 11/21/2014 | Copies | 7 | 0.70 |
| 11/21/2014 | Copies | 2 | 0.20 |
| 11/21/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1.0 | 18.00 |
| 11/24/2014 | R. Jacobs - Taxi in New York for for UCC meeting. November 24, 2014 | 1.0 | 38.12 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1953102  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 11/25/2014 | Copies | 21 | 2.10 |
| 11/25/2014 | Copies | 2 | 0.20 |
| 11/25/2014 | Copies | 24 | 2.40 |
| 11/25/2014 | Copies | 6 | 0.60 |
| 11/25/2014 | Copies | 23 | 2.30 |
| 11/25/2014 | Copies | 10 | 1.00 |
| 11/25/2014 | Copies | 2 | 0.20 |
| 11/25/2014 | Copies | 10 | 1.00 |
| 11/25/2014 | Copies | 12 | 1.20 |
| 11/25/2014 | Copies | 11 | 1.10 |
| 11/26/2014 | Copies | 2 | 0.20 |
| 11/26/2014 | Copies | 6 | 0.60 |
| 11/27/2014 | Copies | 4 | 0.40 |
| 11/27/2014 | Copies | 21 | 2.10 |

**TOTAL**                                                                                  **$ 1,163.25**

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.