# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Daniel Waldman | Associate | Advocacy | Ontario - 2010 | 1.1 | $420.00 | $462.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.7 | $945.00 | $661.50 |
| Hilary Fender | Student | Students | | 4.5 | $175.00 | $787.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 1.6 | $660.00 | $1,056.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 52.8 | $795.00 | $41,976.00 |
| Michelle Sutkiewicz | Student | Students | | 6.1 | $175.00 | $1,067.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 21.3 | $390.00 | $8,307.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 34.9 | $750.00 | $26,175.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 25.5 | $900.00 | $22,950.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 66.5 | $420.00 | $27,930.00 |
| | | | | | | $131,372.50 |
| Less: | Non-Working Travel Time Discount (50% of $5,883.00) | | | | | -$2,941.50 |
| TOTAL | | | | 215.0 | CDN. | $128,431.00 |