IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et al.</u>, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15112-15113, 15117-15121, 15127-15129, 15140-15144, 15150** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 5, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
5th day of February, 2015

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

                    Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BABB, LISA I
             8425 CATSKILL CT
             PLANO, TX 75025-4212

Please note that your claim # 1452 in the above referenced case and in the amount of
     $37,173.46 allowed at $39,839.16  has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: BABB, LISA I
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15142    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/05/2015

                            David D. Bird, Clerk of Court

                            /s/ Kimberly Murray
                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 5, 2015.

# EXHIBIT B

TIME: 11:22:55
DATE: 02/05/15

PAGE: 1

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BABB, LISA I | 8425 CATSKILL CT PLANO TX 75025-4212 |
| CARDINAL, PAUL J | 9N559 KASHARE TR ELGIN IL 60124 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: LOWE, RICHARD JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| DEALTO, ANDREA C. | 9100 GRASSINGTON WAY RALEIGH NC 27615 |
| FERNANDES, DEAN | 76 ALEXANDRIA DR MANALAPAN NJ 07726 |
| GRIFFIN, LARNA E. | 8212 MUIRFIELD DRIVE FUQUAY VARINA NC 27526 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BABB, LISA I ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CARDINAL, PAUL J ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DEALTO, ANDREA C ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GRIFFIN, LARNA E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KELLY, DON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LIMERICK, CURTIS P. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCCOY, LAWRENCE W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PANDYA, VAISHALI ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RODRIGUEZ, ABELARDO ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STUMPF, TERRY L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TSAO, ALEX ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WHITWORTH, MARY JANE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WOODS, WILLIAM P ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| KELLY, DON | 2000 E. ARAPAHO ROAD APT 5140 RICHARDSON TX 75081 |
| LIMERICK, CURTIS P. | 508 SAGINAW COURT ALLEN TX 75013 |
| MCCOY, LAWRENCE W. | 321 CHAPARRAL DRIVE RICHARDSON TX 75080 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: UNITED STATES DEBT RECOVERY ATTN: MICHAEL G. LINN ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| PANDYA, VAISHALI | VAISHALI PANDYA 3037 SUMMERHILL CT SAN JOSE CA 95148 |
| TAYLOR, TONYA | 615 OXFORD DRIVE WYLIE TX 75098 |
| RODRIGUEZ, ABELARDO | ABELARDO RODRIGUEZ 2815 RIO BRAZOS SAN ANTONIO TX 78259-2629 |
| RODRIGUEZ, ABELARDO | 9585 GOLDENROD CIRCLE GARDEN RIDGE TX 78266 |
| STUMPF, TERRY L. | 4421 WOODMILL RUN APEX NC 27539 |
| TSAO, ALEX | 2 MOCCASIN LANE CHELMSFORD MA 01824 |
| UNITED STATES DEBT RECOVERY XI, L.P. | TRANSFEROR: BANK OF THE WEST ATTN: KATE JONES, ESQ. 5575 KIETZKE LANE, SUITE A RENO NV 89511 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: FERNANDES, DEAN ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: TAYLOR, TONYA ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| WHITWORTH, MARY JANE | 9215 WOODLAND TREE LANE CUMMING GA 30028 |
| WOODS, WILLIAM P | 30903 CATARINA DRIVE WESTLAKE VILLAGE CA 91362 |

Total Number of Records Printed          35

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006