# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,*[1] | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : | **Re: D.I.'s 9362, 9412, 9418, 9441,** |
|  | : | **9451, 9641, 10016, 10484, 11201,** |
|  | : | **11821, 12504, 13237, 13240, 13250** |

-------------------------------------------------------X

## CERTIFICATION OF COUNSEL REGARDING THE PROPOSED SCHEDULING ORDER FOR HEARING ON MOTION OF AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING LATE FILED CLAIMS

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the *Scheduling Order For Hearing On Motion Of Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims* (the "Proposed Order"), attached as **Exhibit A** hereto:

1.      On February 1, 2013, the members of an ad hoc committee of Canadian employees terminated pre-petition (the "Ad Hoc Committee") filed the *Motion Of Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims* [D.I. 9362] (the "Motion").

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2.       On February 12, 2013, the Debtors filed the *U.S. Debtors' Objection To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims* [D.I. 9412].

3.       On February 13, 2013, the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (the "Committee") filed the *Joinder Of The Official Committee Of Nortel Networks Inc., Et Al. To The Debtors' Objection To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims* [D.I. 9418].

4.       On February 15, 2013, Ernst & Young, Inc., the court-appointed monitor (the "Monitor") in the CCAA proceedings of Nortel Networks Corporation and its affiliated CCAA debtors filed the *Statement And Reservation Of Rights Of The Monitor On Behalf Of The Canadian Nortel Debtors In Relation To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims* [D.I. 9441].

5.       On February 19, 2013, the ad hoc group of bondholders in the Debtors' chapter 11 case (the "Bondholder Group") filed the *Joinder Of Nortel Ad Hoc Group Of Bondholders To U.S. Debtors' Objection To Motion For Entry Of An Order Allowing Late-Filed Claims* [D.I. 9451].

6.       On March 13, 2013, this Court entered the *Order Approving Stipulation And Agreement Governing Production, Exchange And Filing Of Confidential Materials Related To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Filing Of Claims After The Bar Date [D.I. 9362]* [D.I. 9641], which order approved a stipulation regarding the treatment of confidential materials in connection with

2

discovery with respect to the Motion between the Debtors, the Ad Hoc Committee, the Committee and the Bondholder Group.

7.    The Debtors and the Ad Hoc Committee negotiated and agreed upon a schedule for discovery with respect to the Motion, which this Court so ordered on April 9, 2013 in the *Order Approving The Stipulated Protocol Regarding Discovery With Respect To The Issue Of "Excusable Neglect" In Connection With The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Filing Of Claims After The Bar Date* [D.I. 10016] (the "Discovery Order").    The Discovery Order was subsequently amended on May 10, 2013, [D.I. 10484], July 24, 2013 [D.I. 11201], October 7, 2013 [D.I. 11821], and November 26, 2013 [D.I. 12504].

8.    Pursuant to the Discovery Order, the Debtors and the Committee deposed 14 of the members of the Ad Hoc Committee between February 3 and February 14, 2014.

9.    On March 27, 2014, the Ad Hoc Committee filed the *Supplemental Memorandum In Support Of Motion Of Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Claims To Be Filed After The Bar Date (Related To Document Numbers 9362, 9412, 9418, 9441)* [D.I. 13240].

10.    On March 28, 2014, the Ad Hoc Committee submitted the *Letter To The Honorable Kevin Gross From Rachel B. Mersky, Esq. Regarding Supplemental Brief And Re-Noticed Hearing* [D.I. 13244] seeking to schedule oral argument on the Motion for April 22, 2014.

11.    On March 31, 2014, the Debtors submitted the *Letter To The Honorable Kevin Gross Re Canadian Claims* [D.I. 13245] objecting to the Ad Hoc Committee's proposed schedule.

12.     On March 31, 2014, the Court entered the *Order Denying Request For Oral Argument At This Time* [D.I. 13250] (the "Order") denying the Ad Hoc Committee's request to set the Motion for hearing on April 22, 2014, and ordering that argument would not be scheduled until after the conclusion of the Allocation Trial (as defined in the Order).

13.     The Allocation Trial concluded on September 24, 2014.

14.     The Debtors and the Ad Hoc Committee have agreed to proceed with the Motion as set forth in the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

*[Remainder of Page Intentionally Left Blank]*

4

Dated:  February 6, 2015
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*