# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2014 through January 31, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**HOURS/BILLABLE AMOUNTS BY PROJECT**
**John Ray-Nortel**

| | |
|---|---|
| Name: | John J. Ray, III |
| Working Dates: | Start Date 11/1/14 — End Date 1/31/15 |
| Enter Billing Rate/Hr: | 700.00 |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 6.50 | $700.00 | $4,550.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 38.00 | $700.00 | $26,600.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 4.00 | $350.00 | $1,400.00 |
| 11 | Fee Application | 5.10 | $700.00 | $3,570.00 |
| | **Hours/Billing Amount for Period:** | **53.60** | | **$36,120.00** |

## Nortel TIME SHEET           53.6
John Ray

| Date | Description | Professional | No. (1-11) | Hours Worked |
|---|---|---|---|---|
| 11/1/14 | Review revised draft of PPI reply and comment to Cleary | John Ray | 7 | 2.0 |
| 11/2/14 | Prepare for meetings on 11/3 and hearing on 11/4 | John Ray | 7 | 6.0 |
| 11/3/14 | Meeting with other estates on PPI settlement | John Ray | 7 | 6.0 |
| 11/4/14 | Hearing on PPI settlement | John Ray | 7 | 8.0 |
| 11/5/14 | Further hearing on PPI setttlement | John Ray | 7 | 3.0 |
| 11/5/14 | Travel from PPI settlement hearing | John Ray | 10 | 4.0 |
| 11/5/14 | Review of motion to extend automatic stay related to Rockstar litigation | John Ray | 7 | 1.5 |
| 11/5/14 | Communication with other estates related to production of public versions of trial exhibits | John Ray | 7 | 0.5 |
| 11/13/14 | Review status report related to West Palm Beach environmental site | John Ray | 3 | 1.5 |
| 11/14/14 | Excecute PPI agreement amendement | John Ray | 7 | 0.5 |
| 11/18/14 | Reviewing agreement related to allowing access to certain individuals related to Rockstar patents | John Ray | 7 | 1.0 |
| 11/18/14 | Prepare and file Aug-Oct fee app | John Ray | 11 | 3.1 |
| 11/19/14 | Prepare and file quarterly fee app | John Ray | 11 | 2.0 |
| 11/20/14 | PA tax dispute execution of stipulation | John Ray | 3 | 0.5 |
| 11/21/14 | Update related to West Palm Beach environmental site | John Ray | 3 | 2.0 |
| 11/26/14 | Update related to cost sharing request related to Rockstar subpoenas; communication with Crowell | John Ray | 7 | 0.8 |
| 12/3/14 | Meeting with Cleary related to NNCC bonds; prepare for meeting (3.0) and meeting (3.0) | John Ray | 7 | 6.0 |
| 12/4/14 | Call with creditor regarding inquiry related to the status of litigation | John Ray | 7 | 0.8 |
| 12/8/14 | Update on SNMP litigation | John Ray | 7 | 2.0 |
| 12/11/14 | Further update reated to West Palm Beach site from W Preston | John Ray | 3 | 2.5 |