# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2014 through January 31, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# GREYLOCK PARTNERS LLC

## EXPENSE SUMMARY
**November 1, 2014 through January 31, 2015**

**Client: Nortel Networks Inc**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline (Coach class) | | $ 800.00 |
| Travel – Lodging | | 1,600.00 |
| Travel – Transportation | | 200.00 |
| Travel – Meals | | - |
| Office Expenses | | - |
| TOTAL | | $ 2,600.00 |
| | | |

## John Ray Time and Expense - Nortel

PERIOD: November 1, 2014 through January 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 11/2/14 | Coach class flight to hearing in Delaware | $ 300.00 | $ - | $ - | | | John Ray |
| 11/2/14 | Hotel for estate meeting and hearing | | $ 200.00 | $ - | | | John Ray |
| 11/3/14 | Hotel for estate meeting and hearing | | $ 200.00 | | | | John Ray |
| 11/4/14 | Hotel for estate meeting and hearing | | $ 200.00 | | | | John Ray |
| 12/2/14 | Coach class flight to NY for meeting with Cleary re NNCC bonds and hotel; car service from Laguardia | $ 500.00 | $ 500.00 | $ 100.00 | | | John Ray |
| 12/3/14 | Hotel in NY for meeting with Cleary; | | $ 500.00 | | | | John Ray |
| 12/4/15 | Car service to Laguardia | | | $ 100.00 | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | Totals: | $ 800.00 | $ 1,600.00 | $ 200.00 | $ - | $ - | |