**EXHIBIT B**

Legal*13772941.2



**CASSELS BROCK**
L A W Y E R S

Cassels Brock LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE # 1954709**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| February 6, 2015 | 46992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $   44,734.00 |
| Disbursements | 2,065.09 |
| **Total Amount Due** | **$   46,799.09 CDN** |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____
Expiry Date: _____ Amount:
_____
Cardholder Name:
_____
Signature:
_____

| | | | | |
|---|---|---|---|---|
| CASSELS BROCK LLP<br>The Official Committee of Unsecured Creditors<br>Re: Nortel Networks Inc, et al. | | | | Invoice # 1954709<br>Matter # 46992-00001 |

### Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 12/31/14**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/1/2014 | RJA | 12 | Consider Canadian PPI decision appeal issues and next steps. | 0.3 |
| 12/2/2014 | MWU | 31 | Call with NNI's Canadian counsel to discuss Canadian PPI appeal, and U.S. Interests' participation, and confer with Cassels Brock lawyers regarding same. | 0.4 |
| 12/2/2014 | MWU | 31 | Review recovery analyses prepared by Capstone, and consider Canadian estate distribution issues. | 1.4 |
| 12/3/2014 | RSK | 32 | Review of draft protocol for third party discovery. | 0.7 |
| 12/3/2014 | RSK | 24 | Review of asset sale agreements for 3 different transactions for internet protocol addresses and related email correspondence with UCC advisors. | 1.1 |
| 12/3/2014 | MWU | 24 | Receive and review proposed sale transaction agreements, and summary of terms, and report to UCC advisors regarding same. | 1.1 |
| 12/3/2014 | MWU | 31 | Correspondence with Akin Gump regarding Canadian PPI decision appeal issues, and reporting to UCC. | 0.3 |
| 12/3/2014 | MWU | 12 | Review update from Akin Gump regarding adjournment of motion regarding NNCC noteholders' claim estimation. | 0.3 |
| 12/4/2014 | RSK | 31 | Review of draft Notice of Appeal by Bondholders (re: Canadian PPI decision). | 0.3 |
| 12/4/2014 | RSK | 7 | Participated in Committee call. | 0.6 |
| 12/4/2014 | RSK | 31 | Review court material regarding third party production requests. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*13772561.1

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1954709  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/4/2014 | MWU | 7 | Prepare for Canadian update report to UCC for Committee meeting. | 0.3 |
| 12/4/2014 | MWU | 7 | Attend on UCC call. | 0.6 |
| 12/4/2014 | MWU | 31 | Review draft notice of appeal by Canadian bondholders regarding Canadian PPI decision appeal. | 0.5 |
| 12/5/2014 | RSK | 31 | Review of motions by Monitor and Canadian Debtors regarding increase of hardship fund and settlement with Chubb. | 1.1 |
| 12/5/2014 | MWU | 31 | Review of Canadian motion records for December court hearings including Monitor's report and draft court orders, and forward to UCC advisors with explanatory comments. | 1.2 |
| 12/7/2014 | RSK | 31 | Review of revised Notice of Appeal from Canadian counsel for Bondholders. | 0.4 |
| 12/8/2014 | MWU | 31 | Review multiple drafts of notice of appeal to be filed by bondholders in Canadian proceeding regarding Canadian PPI decision, and forward to Akin Gump with commentary. | 1 |
| 12/9/2014 | RSK | 12 | Review of Canadian court decision regarding UKPC claims against Canadian debtors. | 2.1 |
| 12/9/2014 | RSK | 29 | Review of email correspondence from Akin Gump analyzing claims decision. | 0.4 |
| 12/9/2014 | MWU | 12 | Email correspondence with Akin Gump and Cassels Brock regarding Canadian court UKPC claims decision. | 0.4 |
| 12/9/2014 | RJA | 12 | Review Canadian court decision on UKPC claims. | 1 |
| 12/9/2014 | RJA | 12 | Email correspondence with Akin Gump team regarding Canadian court decision on UKPC claims. | 0.3 |
| 12/9/2014 | RJA | 7 | Email correspondence with Akin Gump and Cassels Brock regarding Canadian report for UCC call. | 0.2 |
| 12/10/2014 | RSK | 12 | Further review and analysis of Canadian court UKPC claims decision. | 1.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1954709  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/10/2014 | RSK | 24 | Review of asset sale agreement involving sale of IP addresses to Charter Communications. | 0.5 |
| 12/10/2014 | RSK | 29 | Review of motion record regarding IP address sale to Charter Communications. | 0.4 |
| 12/10/2014 | RSK | 12 | Review of email correspondence between counsel for Monitor/Canadian Debtors and Bondholders regarding Canadian PPI appeal record. | 0.3 |
| 12/10/2014 | MWU | 24 | Review Canadian motion record for internet protocol address sale by Canadian debtors with Monitor's report and draft Canadian order, and related background material. | 1.4 |
| 12/10/2014 | MWU | 31 | Email correspondence with UCC advisors regarding proposed sale transaction involving Canadian debtors, and review related agreements. | 1.1 |
| 12/10/2014 | MWU | 7 | Prepare Canadian case update reports for UCC on Committee call. | 0.7 |
| 12/11/2014 | MS | 31 | Analysis of UKPC claims trial briefs and Canadian court decision. | 1.2 |
| 12/11/2014 | RSK | 31 | Preparation for presentation of Canadian status report on Committee call. | 0.5 |
| 12/11/2014 | RSK | 31 | Conference call with Akin Gump and Cassels Brock regarding Canadian court UKPC claims decision. | 0.6 |
| 12/11/2014 | RSK | 7 | Participated in Committee call. | 0.5 |
| 12/11/2014 | RSK | 12 | Correspondence with S. Holland and M. Sassi regarding analysis of Canadian court UKPC claims decision. | 0.4 |
| 12/11/2014 | MWU | 7 | Prepare for Canadian proceeding update presentation to UCC. | 0.6 |
| 12/11/2014 | MWU | 7 | Attend on UCC call. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1954709  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/11/2014 | MWU | 12 | Correspondence with Cassels lawyers regarding analysis of Canadian decision regarding UKPC claims, and provide instructions for required review for update to UCC. | 0.3 |
| 12/12/2014 | MSU | 12 | Analysis of UKPC claims trial briefs and Canadian court decision. | 1.1 |
| 12/12/2014 | RSK | 31 | Review of respondents' certificate regarding Canadian PPI appeal. | 0.1 |
| 12/12/2014 | RSK | 31 | Review of Canadian motion materials regarding Chubb insurance settlement. | 0.4 |
| 12/13/2014 | SAH | 12 | Preparing summary and analysis of Canadian court UKPC claims decisions. | 2.9 |
| 12/13/2014 | MSU | 12 | Analysis of Canadian court decision regarding UKPC claims, and trial submissions. | 7.1 |
| 12/14/2014 | MSU | 31 | Continued analysis of Canadian court decision regarding UKPC claims, and trial submissions. | 3.9 |
| 12/15/2014 | SAH | 31 | Preparing summary of Canadian court UKPC claims decision. | 5.1 |
| 12/15/2014 | MS | 31 | Compilation of analysis of Canadian court PPI decision. | 4.6 |
| 12/15/2014 | MSU | 31 | Preparing summary of Canadian court UKPC claims decision and UKPC trial brief. | 9.2 |
| 12/15/2014 | MWU | 31 | Review Canadian court filing regarding EMEA claims settlement. | 0.3 |
| 12/16/2014 | SAH | 31 | Revising and finalizing summary of Canadian court UKPC claims decision. | 2.9 |
| 12/16/2014 | MS | 31 | Prepare summary of analysis of Canadian court PPI decision. | 3.3 |
| 12/16/2014 | RSK | 31 | Review of analysis of Canadian court UKPC claims decision. | 0.3 |
| 12/16/2014 | MWU | 31 | Call with NNI's Canadian counsel to discuss Canadian court headings. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1954709  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/16/2014 | MWU | 31 | Review Canadian court filings to prepare for multiple Canadian motions, and provide instructions to M. Sassi regarding court attendance. | 0.5 |
| 12/17/2014 | MS | 31 | Preparation for attending Canadian court hearing. | 0.4 |
| 12/17/2014 | MS | 8 | Attending Canadian court hearing for three motions pertaining to Canadian employee hardship fund, Chubb settlement and internet protocol address sale approval. | 2.2 |
| 12/17/2014 | RSK | 31 | Review of issued orders regarding increase of Canadian employee hardship fund, Chubb settlement and internet protocol address sale. | 0.3 |
| 12/17/2014 | MWU | 31 | Receive update from Canadian court hearings, reviewed issued Canadian court orders and send to UCC advisors with commentary. | 0.3 |
| 12/17/2014 | MWU | 12 | Review and analyze Monitor's certificate regarding effective date for EMEA claims settlement agreement with Canadian debtors, and review related settlement agreement and Canadian court approval order. | 0.9 |
| 12/18/2014 | RSK | 31 | Review of Canadian court consent order regarding extension of time for filing appeal for Canadian UKPC claims decision. | 0.2 |
| 12/18/2014 | RSK | 12 | Review of US PPI settlement decision and order. | 0.8 |
| 12/18/2014 | RSK | 7 | Participated in Committee call. | 0.4 |
| 12/18/2014 | MWU | 7 | Prepare for presentation of Canadian case updates for UCC call including review of UKPC claims settlement agreement. | 1.2 |
| 12/18/2014 | MWU | 7 | Attend on UCC call. | 0.4 |
| 12/18/2014 | MWU | 31 | Review Canadian court order regarding extension of time to file notice of motion for leave to appeal Canadian court decision regarding UKPC claims, and report to UCC advisors and related correspondence. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1954709  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/18/2014 | RJA | 7 | Participate in Committee call. | 0.4 |
| 12/18/2014 | RJA | 12 | Initial review of U.S. court PPI claims decision. | 1.8 |
| 12/19/2014 | RSK | 12 | Further review of US PPI claims settlement decision and Akin Gump summary. | 0.8 |
| 12/22/2014 | RSK | 12 | Review of Akin Gump email correspondence regarding US PPI settlement decision. | 0.2 |
| 12/22/2014 | MWU | 29 | Review correspondence from UCC advisors regarding U.S. Court decision regarding claims settlement. | 0.3 |
| 12/26/2014 | RSK | 24 | Review of email correspondence from Akin Gump and Capstone regarding transactions involving former Nortel patents. | 0.2 |
| 12/26/2014 | MWU | 24 | Review article regarding former Nortel patents and email correspondence with UCC advisors regarding same. | 0.3 |
| 12/30/2014 | RP | 29 | Organize court filings and related documents from allocation trial and closing arguments. | 3.5 |
| 12/31/2014 | RSK | 12 | Review of Notice of Appeal filed by Monitor/Canadian Debtors regarding PPI settlement and related email correspondence from Akin Gump. | 0.3 |
| | | | **TOTAL** | **84.20** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1954709  
Matter # 46992-00001

**Time Summary**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 16.9 | $795.00 | $13,435.50 |
| Michelle Sutkiewicz | Student | Students | | 21.3 | $175.00 | $3,727.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 11.7 | $390.00 | $4,563.00 |
| Rose Plue | Law Clerk | Advocacy | | 3.5 | $320.00 | $1,120.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 4.0 | $750.00 | $3,000.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 15.9 | $900.00 | $14,310.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 10.9 | $420.00 | $4,578.00 |
| **TOTAL** | | | | **84.2** | **CDN.** | **$44,734.00** |

TOTAL PROFESSIONAL FEES           $  44,734.00

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 298.50 |
| Binding, Tabs, Disks, etc | 2.75 |
| Library Computer Searches | 252.00 |
| Meals / Beverages | 32.89 |
| Travel / Ground Transportation | 1,478.95 |
| **Total Disbursements** | **2,065.09** |

Total Disbursements and Tax           2,065.09

Total Fees, Disbursements & Tax           $   46,799.09 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1954709  
Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0007 | Creditors Committee Meetings | 6.4 | 5,218.50 |
| 0008 | Court Hearings | 2.2 | 858.00 |
| 0012 | General Claims Analysis/Claims Objections | 23.1 | 12,743.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 4.6 | 3,846.00 |
| 0029 | Intercompany Analysis | 4.6 | 2,078.50 |
| 0031 | Canadian Proceedings/Matters | 42.6 | 19,359.50 |
| 0032 | U.S Proceedings/Matters | 0.7 | 630.00 |
| | | | |
| **TOTAL** | | **84.2** | **$ 44,734.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1954709  
Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 9/21/2014 | Maple Leaf Taxi - M. Guncay | 1 | 82.00 |
| 11/4/2014 | Taxi for M. Wunder on November 4, 2014 | 1 | 9.25 |
| 11/24/2014 | Working meal for M. Wunder traveling to NYC on November 24, 2014 | 1 | 11.11 |
| 11/24/2014 | Taxi from Akin Gump office to NYC Airport - W. Wunder on November 24, 2014 | 1 | 52.61 |
| 11/24/2014 | Travel - Taxi from NY Airport to Akin Gump office for UCC meeting - R. Jacobs on November 24, 2014 | 1 | 58.09 |
| 11/24/2014 | Parking at Toronto Airport for meetings in NY for R. Jacobs on November 24, 2014 | 1 | 49.56 |
| 11/24/2014 | R. Jacobs - Taxi in New York while attending UCC meeting | 1 | 57.72 |
| 11/24/2014 | R. Jacobs - Hotel room in New York while attending UCC meeting | 1 | 500.00 |
| 11/24/2014 | Taxi from Toronto Airport to Eglinton for M. Wunder - November 24, 2014 | 1 | 57.52 |
| 11/24/2014 | Taxi from Eglinton to Toronto Airport for M. Wunder - November 24, 2014 | 1 | 49.56 |
| 11/25/2014 | Taxi from Eglinton to Scotia Plaza for M. Wunder - November 25, 2014 | 1 | 23.01 |
| 12/2/2014 | Copies | 4 | 0.40 |
| 12/2/2014 | Copies | 6 | 0.60 |
| 12/2/2014 | Copies | 11 | 1.10 |
| 12/2/2014 | Copies | 9 | 0.90 |
| 12/3/2014 | Copies | 32 | 3.20 |
| 12/3/2014 | Copies | 31 | 3.10 |
| 12/3/2014 | Copies | 5 | 0.50 |
| 12/3/2014 | Copies | 29 | 2.90 |
| 12/4/2014 | Air Canada return flight to New York for meetings for W. Wunder on November 24, 2014 | 1 | 539.63 |
| 12/4/2014 | Copies | 20 | 2.00 |
| 12/4/2014 | Copies | 9 | 0.90 |
| 12/4/2014 | Copies | 2 | 0.20 |
| 12/4/2014 | Copies | 3 | 0.30 |
| 12/8/2014 | Copies | 220 | 22.00 |
| 12/8/2014 | Copies | 35 | 3.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| CASSELS BROCK LLP | | Invoice # 1954709 |
|---|---|---|
| The Official Committee of Unsecured Creditors | | Matter # 46992-00001 |
| Re: Nortel Networks Inc, et al. | | |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 12/8/2014 | Copies | 15 | 1.50 |
| 12/8/2014 | Copies | 29 | 2.90 |
| 12/8/2014 | Copies | 2 | 0.20 |
| 12/8/2014 | Copies | 3 | 0.30 |
| 12/8/2014 | Copies | 20 | 2.00 |
| 12/9/2014 | Copies | 32 | 3.20 |
| 12/9/2014 | Copies | 5 | 0.50 |
| 12/9/2014 | Copies | 5 | 0.50 |
| 12/9/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 180.00 |
| 12/10/2014 | Copies | 128 | 12.80 |
| 12/10/2014 | Copies | 2 | 0.20 |
| 12/10/2014 | Copies | 128 | 12.80 |
| 12/10/2014 | Copies | 2 | 0.20 |
| 12/10/2014 | Copies | 128 | 12.80 |
| 12/10/2014 | Copies | 7 | 0.70 |
| 12/10/2014 | Copies | 2 | 0.20 |
| 12/10/2014 | Copies | 2 | 0.20 |
| 12/10/2014 | Copies | 13 | 1.30 |
| 12/10/2014 | Copies | 12 | 1.20 |
| 12/10/2014 | Copies | 14 | 1.40 |
| 12/10/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 72.00 |
| 12/11/2014 | Copies | 2 | 0.20 |
| 12/11/2014 | Copies | 6 | 0.60 |
| 12/11/2014 | Copies | 3 | 0.30 |
| 12/11/2014 | Copies | 40 | 4.00 |
| 12/11/2014 | Copies | 11 | 1.10 |
| 12/11/2014 | Copies | 9 | 0.90 |
| 12/11/2014 | Copies | 49 | 4.90 |
| 12/11/2014 | Copies | 11 | 1.10 |
| 12/11/2014 | Copies | 149 | 14.90 |
| 12/11/2014 | Copies | 60 | 6.00 |
| 12/11/2014 | Copies | 349 | 34.90 |
| 12/11/2014 | Copies | 242 | 24.20 |
| 12/11/2014 | Copies | 128 | 12.80 |
| 12/11/2014 | Copies | 237 | 23.70 |
| 12/11/2014 | Copies | 20 | 2.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | |
|---|---|---|---|
| CASSELS BROCK LLP | | Invoice # 1954709 | |
| The Official Committee of Unsecured Creditors | | Matter # 46992-00001 | |
| Re: Nortel Networks Inc, et al. | | | |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 12/12/2014 | Copies | 12 | 1.20 |
| 12/12/2014 | Copies | 128 | 12.80 |
| 12/12/2014 | Copies | 13 | 1.30 |
| 12/12/2014 | Copies | 3 | 0.30 |
| 12/12/2014 | Copies | 29 | 2.90 |
| 12/15/2014 | Copies | 23 | 2.30 |
| 12/15/2014 | Copies | 23 | 2.30 |
| 12/15/2014 | Copies | 31 | 3.10 |
| 12/15/2014 | Copies | 128 | 12.80 |
| 12/15/2014 | Copies | 2 | 0.20 |
| 12/15/2014 | Copies | 13 | 1.30 |
| 12/15/2014 | Copies | 31 | 3.10 |
| 12/15/2014 | Copies | 16 | 1.60 |
| 12/15/2014 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 12/15/2014 | Copies | 6 | 0.60 |
| 12/15/2014 | Copies | 6 | 0.60 |
| 12/15/2014 | Working meal for M. Sutkiewicz on December 15, 2014 | 1 | 21.78 |
| 12/16/2014 | Copies | 12 | 1.20 |
| 12/16/2014 | Copies | 6 | 0.60 |
| 12/16/2014 | Copies | 2 | 0.20 |
| 12/16/2014 | Copies | 26 | 2.60 |
| 12/16/2014 | Copies | 6 | 0.60 |
| 12/17/2014 | Copies | 11 | 1.10 |
| 12/17/2014 | Copies | 2 | 0.20 |
| 12/17/2014 | Copies | 26 | 2.60 |
| 12/18/2014 | Copies | 3 | 0.30 |
| 12/18/2014 | Copies | 6 | 0.60 |
| 12/18/2014 | Copies | 6 | 0.60 |
| 12/18/2014 | Copies | 6 | 0.60 |
| 12/18/2014 | Copies | 4 | 0.40 |
| 12/18/2014 | Copies | 50 | 5.00 |
| 12/18/2014 | Copies | 8 | 0.80 |
| 12/18/2014 | Copies | 5 | 0.50 |
| 12/19/2014 | Copies | 5 | 0.50 |
| 12/19/2014 | Copies | 50 | 5.00 |
| 12/22/2014 | Copies | 2 | 0.20 |
| 12/22/2014 | Copies | 4 | 0.40 |
| | **TOTAL** | | **$ 2,065.09** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.