**EXHIBIT C**

## DISBURSEMENT SUMMARY
## DECEMBER 1 TO DECEMBER 31, 2013
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $ 298.50 |
| Binding, Tabs, Disks, etc. | $ 2.75 |
| Library Computer Searches | $ 252.00 |
| Meals / Beverages | $ 32.89 |
| Travel / Ground Transportation | $ 1,478.95 |
| **Total Non-Taxable Disbursements** | **$ 2,065.09 CDN.** |