# EXHIBIT D

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1954709
Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 9/21/2014 | Maple Leaf Taxi - M. Guncay | 1 | 82.00 |
| 11/4/2014 | Taxi for M. Wunder on November 4, 2014 | 1 | 9.25 |
| 11/24/2014 | Working meal for M. Wunder traveling to NYC on November 24, 2014 | 1 | 11.11 |
| 11/24/2014 | Taxi from Akin Gump office to NYC Airport - W. Wunder on November 24, 2014 | 1 | 52.61 |
| 11/24/2014 | Travel - Taxi from NY Airport to Akin Gump office for UCC meeting - R. Jacobs on November 24, 2014 | 1 | 58.09 |
| 11/24/2014 | Parking at Toronto Airport for meetings in NY for R. Jacobs on November 24, 2014 | 1 | 49.56 |
| 11/24/2014 | R. Jacobs - Taxi in New York while attending UCC meeting | 1 | 57.72 |
| 11/24/2014 | R. Jacobs - Hotel room in New York while attending UCC meeting | 1 | 500.00 |
| 11/24/2014 | Taxi from Toronto Airport to Eglinton for M. Wunder - November 24, 2014 | 1 | 57.52 |
| 11/24/2014 | Taxi from Eglinton to Toronto Airport for M. Wunder - November 24, 2014 | 1 | 49.56 |
| 11/25/2014 | Taxi from Eglinton to Scotia Plaza for M. Wunder - November 25, 2014 | 1 | 23.01 |
| 12/2/2014 | Copies | 4 | 0.40 |
| 12/2/2014 | Copies | 6 | 0.60 |
| 12/2/2014 | Copies | 11 | 1.10 |
| 12/2/2014 | Copies | 9 | 0.90 |
| 12/3/2014 | Copies | 32 | 3.20 |
| 12/3/2014 | Copies | 31 | 3.10 |
| 12/3/2014 | Copies | 5 | 0.50 |
| 12/3/2014 | Copies | 29 | 2.90 |
| 12/4/2014 | Air Canada return flight to New York for meetings for W. Wunder on November 24, 2014 | 1 | 539.63 |
| 12/4/2014 | Copies | 20 | 2.00 |
| 12/4/2014 | Copies | 9 | 0.90 |
| 12/4/2014 | Copies | 2 | 0.20 |
| 12/4/2014 | Copies | 3 | 0.30 |
| 12/8/2014 | Copies | 220 | 22.00 |
| 12/8/2014 | Copies | 35 | 3.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                          Invoice # 1954709
The Official Committee of Unsecured Creditors             Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Description | Qty | Amount |
|------|-------------|----:|-------:|
| 12/8/2014 | Copies | 15 | 1.50 |
| 12/8/2014 | Copies | 29 | 2.90 |
| 12/8/2014 | Copies | 2 | 0.20 |
| 12/8/2014 | Copies | 3 | 0.30 |
| 12/8/2014 | Copies | 20 | 2.00 |
| 12/9/2014 | Copies | 32 | 3.20 |
| 12/9/2014 | Copies | 5 | 0.50 |
| 12/9/2014 | Copies | 5 | 0.50 |
| 12/9/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 180.00 |
| 12/10/2014 | Copies | 128 | 12.80 |
| 12/10/2014 | Copies | 2 | 0.20 |
| 12/10/2014 | Copies | 128 | 12.80 |
| 12/10/2014 | Copies | 2 | 0.20 |
| 12/10/2014 | Copies | 128 | 12.80 |
| 12/10/2014 | Copies | 7 | 0.70 |
| 12/10/2014 | Copies | 2 | 0.20 |
| 12/10/2014 | Copies | 2 | 0.20 |
| 12/10/2014 | Copies | 13 | 1.30 |
| 12/10/2014 | Copies | 12 | 1.20 |
| 12/10/2014 | Copies | 14 | 1.40 |
| 12/10/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 72.00 |
| 12/11/2014 | Copies | 2 | 0.20 |
| 12/11/2014 | Copies | 6 | 0.60 |
| 12/11/2014 | Copies | 3 | 0.30 |
| 12/11/2014 | Copies | 40 | 4.00 |
| 12/11/2014 | Copies | 11 | 1.10 |
| 12/11/2014 | Copies | 9 | 0.90 |
| 12/11/2014 | Copies | 49 | 4.90 |
| 12/11/2014 | Copies | 11 | 1.10 |
| 12/11/2014 | Copies | 149 | 14.90 |
| 12/11/2014 | Copies | 60 | 6.00 |
| 12/11/2014 | Copies | 349 | 34.90 |
| 12/11/2014 | Copies | 242 | 24.20 |
| 12/11/2014 | Copies | 128 | 12.80 |
| 12/11/2014 | Copies | 237 | 23.70 |
| 12/11/2014 | Copies | 20 | 2.00 |

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1954709
Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---|---|
| 12/12/2014 | Copies | 12 | 1.20 |
| 12/12/2014 | Copies | 128 | 12.80 |
| 12/12/2014 | Copies | 13 | 1.30 |
| 12/12/2014 | Copies | 3 | 0.30 |
| 12/12/2014 | Copies | 29 | 2.90 |
| 12/15/2014 | Copies | 23 | 2.30 |
| 12/15/2014 | Copies | 23 | 2.30 |
| 12/15/2014 | Copies | 31 | 3.10 |
| 12/15/2014 | Copies | 128 | 12.80 |
| 12/15/2014 | Copies | 2 | 0.20 |
| 12/15/2014 | Copies | 13 | 1.30 |
| 12/15/2014 | Copies | 31 | 3.10 |
| 12/15/2014 | Copies | 16 | 1.60 |
| 12/15/2014 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 12/15/2014 | Copies | 6 | 0.60 |
| 12/15/2014 | Copies | 6 | 0.60 |
| 12/15/2014 | Working meal for M. Sutkiewicz on December 15, 2014 | 1 | 21.78 |
| 12/16/2014 | Copies | 12 | 1.20 |
| 12/16/2014 | Copies | 6 | 0.60 |
| 12/16/2014 | Copies | 2 | 0.20 |
| 12/16/2014 | Copies | 26 | 2.60 |
| 12/16/2014 | Copies | 6 | 0.60 |
| 12/17/2014 | Copies | 11 | 1.10 |
| 12/17/2014 | Copies | 2 | 0.20 |
| 12/17/2014 | Copies | 26 | 2.60 |
| 12/18/2014 | Copies | 3 | 0.30 |
| 12/18/2014 | Copies | 6 | 0.60 |
| 12/18/2014 | Copies | 6 | 0.60 |
| 12/18/2014 | Copies | 6 | 0.60 |
| 12/18/2014 | Copies | 4 | 0.40 |
| 12/18/2014 | Copies | 50 | 5.00 |
| 12/18/2014 | Copies | 8 | 0.80 |
| 12/18/2014 | Copies | 5 | 0.50 |
| 12/19/2014 | Copies | 5 | 0.50 |
| 12/19/2014 | Copies | 50 | 5.00 |
| 12/22/2014 | Copies | 2 | 0.20 |
| 12/22/2014 | Copies | 4 | 0.40 |
| | **TOTAL** | | **$ 2,065.09** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.