# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 16.9 | $795.00 | $13,435.50 |
| Michelle Sutkiewicz | Student | Students | | 21.3 | $175.00 | $3,727.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 11.7 | $390.00 | $4,563.00 |
| Rose Plue | Law Clerk | Advocacy | | 3.5 | $320.00 | $1,120.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 4.0 | $750.00 | $3,000.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 15.9 | $900.00 | $14,310.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 10.9 | $420.00 | $4,578.00 |
| | | | | | | |
| TOTAL | | | | 84.2 | CDN. | $44,734.00 |