Ellen Brady (Nortel)
1630 Dry Fork Rd.
Ashland City, TN 37015

FILED 2015 FEB 10 PM 12:37 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Feb. 2, 2015

Dear Annie,

  Please take me <u>off</u> of the mailing list(s) to send out confirmation of the ongoing Bankruptcy Court papers.

  I don't need them anymore since our case is closed.

Sincerely,
Ellen Brady
Ellen Brady