**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period
From August 1, 2014 through October 31, 2014, unless otherwise specified**

**Hearing: February 17, 2015 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A. Notice Of Twenty-Third Interim Fee Application Request (D.I. 14812, Filed 11/24/14).

   1. Sixty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2014 Through August 31, 2014 (D.I. 14569, Filed 10/15/14);

   2. Certification Of No Objection Regarding Sixty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2014 Through August 31, 2014 [Docket No. 14569] (No Order Required) (D.I. 14743, Filed 11/7/14);

   3. Sixty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2014 Through September 30, 2014 (D.I. 14796, Filed 11/19/14);

   4. Certification Of No Objection Regarding Sixty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2014 Through September 30, 2014 [Docket No. 14796] (No Order Required) (D.I. 14943, Filed 12/15/14);

   5. Sixty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2014 Through October 31, 2014 (D.I. 14800, Filed 11/20/14);

   6. Certification Of No Objection Regarding Sixty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

      Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2014 Through October 31, 2014 [Docket No. 14800] (No Order Required) (D.I. 14944, Filed 12/15/14); and

7. Fee Examiner's Final Report Regarding Twenty-Third Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP (D.I. 15086, Filed 01/23/15).

Ashurst LLP

B. Notice Of Twenty-Third Interim Fee Application Request (D.I. 14832, Filed 11/26/14).

1. Sixty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2014 Through August 31, 2014 (D.I. 14483, Filed 9/29/14);

2. Certification Of No Objection Regarding Sixty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2014 Through August 31, 2014 [Docket No. 14483] (No Order Required) (D.I. 14626, Filed 10/22/14);

3. Sixty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2014 Through September 30, 2014 (D.I. 14663, Filed 10/31/14);

4. Certification Of No Objection Regarding Sixty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2014 Through September 30, 2014 [Docket No. 14663] (No Order Required) (D.I. 14823, Filed 11/25/14);

5. Sixty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2014 Through October 31, 2014 (D.I. 14825, Filed 11/25/14);

6. Certification Of No Objection Regarding Sixty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of

        Expenses For Services Rendered During The Period From October 1, 2014 Through October 31, 2014 [Docket No. 14825] (No Order Required) (D.I. 14953, Filed 12/18/14); and

7.    Fee Examiner's Final Report Regarding Twenty-Third Interim Fee Application of Ashurst LLP (D.I. 15070, Filed 1/20/15).

<u>Benesch, Friedlander, Coplan & Aronoff, LLP</u>

C.    Fifteenth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Litigation Counsel For The Debtors, For The Period From July 1, 2014 Through October 31, 2014 (D.I. 14780, Filed 11/18/14).

    1.    Thirty-First Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From July 1, 2014 Through September 30, 2014 (D.I. 14638, Filed 10/27/14);

    2.    Certificate Of No Objection Regarding Thirty-First Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From July 1, 2014 Through September 30, 2014 (D.I. 14894, Filed 12/4/14);

    3.    Thirty-Second Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From October 1, 2014 Through October 31, 2014 (D.I. 14777, Filed 11/18/14);

    4.    Certificate Of No Objection Regarding Thirty-Second Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From October 1, 2014 Through October 31, 2014 (D.I. 14969, Filed 12/29/14); and

    5.    Fee Examiner's Final Report Regarding Fifteenth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff, LLP (D.I. 15069, Filed 1/20/15).

<u>Capstone Advisory Group, LLC</u>

D.    Notice Of Twenty-Third Interim Fee Application Request (D.I. 14828, Filed 11/25/14).

    1.    Sixty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered

      During The Period From August 1, 2014 Through August 31, 2014 (D.I. 14651, Filed 7/24/14);

2.   Certification Of No Objection Regarding Sixty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2014 Through August 31, 2014 [Docket No. 14651] (No Order Required) (D.I. 14914, Filed 12/9/14);

3.   Sixty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2014 Through September 30, 2014 (D.I. 14679, Filed 11/3/14);

4.   Certification of No Objection Regarding Sixty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2014 Through September 30, 2014 [Docket No. 14679] (No Order Required) (D.I. 14822, Filed 11/25/14);

5.   Sixty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2014 Through October 31, 2014 (D.I. 14823, Filed 11/25/14);

6.   Certification of No Objection Regarding Sixty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2014 Through October 31, 2014 [Docket No. 14823] (No Order Required) (D.I. 14945, Filed 12/17/14); and

7.   Fee Examiner's Final Report Regarding Twenty-Third Interim Fee Application of Capstone Advisory Group, LLC (D.I. 15074, Filed 1/20/15).

<u>Cassels Brock & Blackwell LLP</u>

E.   Notice Of Third Interim Fee Application Request (D.I. 14827, Filed 11/25/14).

  1.   Sixth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of

        Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1 To August 31, 2014 (D.I. 14699, Filed 11/4/14);

2. Certification of No Objection Regarding Sixth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1 To August 31, 2014 (D.I. 15080, Filed 1/21/15);

3. Seventh Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2014 To September 30, 2014 (D.I. 14820, Filed 11/25/14);

4. Certification Of No Objection Regarding Seventh Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2014 To September 30, 2014 (D.I. 15028, Filed 1/8/15);

5. Eighth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2014 To October 31, 2014 (D.I. 14821, Filed 11/25/14);

6. Certification Of No Objection Regarding Eighth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2014 To October 31, 2014 (D.I. 15029, Filed 1/8/15); and

7. Fee Examiner's Final Report Regarding Notice Of Third Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 15073, Filed 1/20/15).

Chilmark Partners LLC

F. Nineteenth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period August 1, 2014 Through October 31, 2014 (D.I. 14810, Filed 11/21/14).

    1. Fifty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2014 Through August 31, 2014 (D.I. 14580, Filed 10/16/14);

2. Certificate of No Objection Regarding Fifty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2014 Through August 31, 2014 (D.I. 14739, Filed 11/7/14);

3. Fifty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2014 Through September 30, 2014 (D.I. 14637, Filed 10/24/14);

4. Certificate of No Objection Regarding Fifty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2014 Through September 30, 2014 (D.I. 14773, Filed 11/17/14);

5. Fifty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2014 Through October 31, 2014 (D.I. 14802, Filed 11/20/14);

6. Certificate of No Objection Regarding Fifty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2014 Through October 31, 2014 (D.I. 14935, Filed 12/12/14); and

7. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Chilmark Partners, LLC (D.I. 15071, Filed 1/20/15).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G. Twenty-Third Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period August 1, 2014 Through October 31, 2014 (D.I. 14806, Filed 11/21/14).

1. Sixty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014 (D.I. 14487, Filed 9/30/14);

2. Certificate Of No Objection Regarding Sixty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014 (D.I. 14623, Filed 10/22/14);

3. Sixty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14648, Filed 10/30/14);

4. Certificate Of No Objection Regarding Sixty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14808, Filed 11/21/14 );

5. Seventieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14798, Filed 11/19/14);

6. Certificate Of No Objection Regarding Seventieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14928, Filed 12/11/14; and

7. Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 15134, Filed 2/3/15).

Crowell & Morning LLP

H. Twenty-Second Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2014 Through October 31, 2014 (D.I. 14830, Filed 11/25/14).

1. Fifty-Third Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014 (D.I. 14594, Filed 10/20/14);

2. Certificate Of No Objection Regarding Fifty-Third Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For

        Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014 (D.I. 14758, Filed 11/12/14);

3. Fifty-Fourth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14766, Filed 11/14/14);

4. Certificate Of No Objection Regarding Fifty-Fourth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14907, Filed 12/8/14);

5. Fifty-Fifth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14826, Filed 11/25/14);

6. Certificate Of No Objection Regarding Fifty-Fifth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14948, Filed 12/18/14); and

7. Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of Crowell & Moring LLP (D.I. 15072, Filed 1/20/15).

<u>Ernst & Young LLP</u>

I. Twenty-Third Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of August 1, 2014 Through October 31, 2014 (D.I. 14835, Filed 11/26/14).

    1. Thirty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2014 Through August 31, 2014 (D.I. 14634, Filed 10/23/14);

    2. Certificate Of No Objection Regarding Thirty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2014 Through August 31, 2014 (D.I. 14765, Filed 11/14/14);

3. Thirty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of September 1, 2014 Through September 30, 2014 (D.I. 14770, Filed 11/17/14);

4. Certificate Of No Objection Regarding Thirty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of September 1, 2014 Through September 30, 2014 (D.I. 14916, Filed 12/10/14);

5. Thirty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of October 1, 2014 Through October 31, 2014 (D.I. 14834, Filed 11/26/14);

6. Certificate Of No Objection Regarding Thirty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of October 1, 2014 Through October 31, 2014 (D.I. 14951, Filed 12/18/14);

7. Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of Ernst & Young LLP (D.I. 15133, Filed 2/3/15).

Huron Consulting Group

J. Twenty-Third Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period August 1, 2014 Through October 31,2014 (D.I. 14805, Filed 11/21/14).

1. Sixty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014 (D.I. 14461, Filed 9/23/14);

2. Certificate Of No Objection Regarding Sixty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014  (D.I. 14576, Filed 10/16/14);

3. Sixty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14631, Filed 10/23/14);

4. Certificate Of No Objection Regarding Sixty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14764, Filed 11/14/14);

5. Sixty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14744, Filed 11/10/14);

6. Certificate Of No Objection Regarding Sixty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 15046, Filed 1/14/15); and

7. Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of Huron Consulting Group (D.I. 15075, Filed 1/20/15).

John Ray

K. Twentieth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period August 1, 2014 Through October 31, 2014 (D.I. 14795, Filed 11/19/14).

1. Forty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through October 31, 2014 (D.I. 14782, Filed 11/18/14);

2. Certificate Of No Objection Regarding Forty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through October 31, 2014 (D.I. 14938, Filed 12/15/14); and

3. Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of John Ray (D.I. 15062, Filed 1/16/15).

Morris, Nichols, Arsht & Tunnell LLP

L. Twenty-Third Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2014 Through October 31, 2014 (D.I. 14801, Filed 11/20/14).

1. Sixty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014 (D.I. 14468, Filed 9/24/14);

2. Certificate of No Objection Regarding Sixty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014 (D.I. 14577, Filed 10/16/14);

3. Sixty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14601, Filed 10/20/14);

4. Certificate Of No Objection Regarding Sixty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14757, Filed 11/12/14);

5. Seventieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14797, Filed 11/19/14);

6. Certificate Of No Objection Regarding Seventieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14929, Filed 12/11/14); and

7. Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 15066, Filed 1/20/15).

RLKS Executive Solutions, LLC

M. Eighteenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period August 1, 2014 Through October 31, 2014 (D.I. 14818, Filed 11/25/14).

1. Forty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through October 31, 2014 (D.I. 14814, Filed 11/25/14);

2. Certificate Of No Objection Regarding Forty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through October 31, 2014 (D.I. 14947, Filed 12/17/14); and

3. Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of RLKS Executive Solutions LLC (D.I. 15068, Filed 1/20/15).

Torys LLP

N. Sixteenth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period August 1, 2014 Through October 31, 2014 (D.I. 14829, Filed 11/25/14).

1. Forty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014 (D.I. 14568, Filed 10/15/14);

2. Certificate Of No Objection Regarding Forty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2014 Through August 31, 2014  (D.I. 14729, Filed 11/6/14);

3. Forty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14759, Filed 11/12/14);

4. Certificate Of No Objection Regarding Forty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2014 Through September 30, 2014 (D.I. 14895, Filed 12/4/14);

5. Forty-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And

For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14816, Filed 11/25/14);

6. Certificate Of No Objection Regarding Forty-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2014 Through October 31, 2014 (D.I. 14946, Filed 12/17/14); and

7. Fee Examiner's Final Report Regarding Sixteenth Quarterly Fee Application of Torys LLP (D.I. 15067, Filed 1/20/15).