# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 12/1/2014 through 12/31/2014**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 12.00 | $10,500.00 |
| J. Borow | Executive Director | $875 | 19.40 | $16,975.00 |
| J. Hyland | Executive Director | $660 | 41.40 | $27,324.00 |
| M. Dansky | Executive Director | $625 | 0.60 | $375.00 |
| A. Cowie | Managing Director | $600 | 30.20 | $18,120.00 |
| J. Emerson | Consultant | $250 | 5.00 | $1,250.00 |
| J. Blum | Paraprofessional | $120 | 2.90 | $348.00 |
| **For the Period 12/1/2014 through 12/31/2014** | | | **111.50** | **$74,892.00** |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the 12/1/2014-12/31/2014 Fee Statement**

# Nortel Networks Corporation