**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 12/1/2014 through 12/31/2014**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 9.20 | $6,288.50 |
| 05. Professional Retention/Fee Application Preparation | 11.10 | $5,478.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 0.60 | $378.00 |
| 08. Interaction/Mtgs w Creditors | 20.40 | $14,747.50 |
| 10. Recovery/SubCon/Lien Analysis | 17.00 | $11,820.00 |
| 11. Claim Analysis/Accounting | 42.70 | $28,604.50 |
| 17. Analysis of Historical Results | 2.10 | $1,837.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 0.50 | $330.00 |
| 26. Tax Issues | 2.40 | $1,584.00 |
| 33. Intellectual Property | 5.50 | $3,824.00 |
| **For the Period 12/1/2014 through 12/31/2014** | **111.50** | **$74,892.00** |

**Capstone Advisory Group, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 1 of 1**
**Invoice for the 12/1/2014-12/31/2014 Fee Statement**