# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 12/1/2014 through 12/31/2014**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 12/1/2014 | C. Kearns | 0.50 | Conducted ongoing analysis of allocation scenarios at request of counsel. |
| 12/3/2014 | C. Kearns | 0.40 | Read documents and emails from counsel re: NNCC motion. |
| 12/9/2014 | J. Hyland | 1.80 | Analyzed IPA transactions. |
| 12/10/2014 | A. Cowie | 0.80 | Continued to analyze internet protocol address proposed sale figures for reasonableness. |
| 12/10/2014 | J. Hyland | 2.00 | Reviewed IPA transaction documentation. |
| 12/10/2014 | A. Cowie | 2.40 | Analyzed internet protocol address proposed sale figures for reasonableness. |
| 12/11/2014 | J. Hyland | 0.30 | Reviewed IPA sale summary. |
| 12/18/2014 | C. Kearns | 1.00 | Prepared updated scenarios for counsel to reflect PPI settlement and Canada UKP decision. |
| Subtotal | | 9.20 | |
| **05. Professional Retention/Fee Application Preparation** | | | |
| 12/1/2014 | J. Hyland | 0.20 | Prepared November fee estimate for counsel. |
| 12/4/2014 | J. Hyland | 1.20 | Prepared revised conflicts affidavit. |
| 12/8/2014 | J. Blum | 0.70 | Prepared Nortel November fee application. |
| 12/16/2014 | A. Cowie | 1.80 | Continued to analyze November fee application. |
| 12/16/2014 | A. Cowie | 2.90 | Analyzed November fee application. |
| 12/18/2014 | J. Hyland | 1.10 | Reviewed detailed time descriptions for November fee application. |
| 12/23/2014 | J. Hyland | 1.00 | Re-reviewed November fee application. |
| 12/29/2014 | J. Blum | 0.90 | Prepared the November fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/29/2014 | J. Blum | 1.30 | Prepared the November fee application. |
| Subtotal | | 11.10 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2014 | A. Cowie | 0.30 | Participated in call with T. Ross (Nortel) re: revised intercompany claims for NNCC and case issues. |
| 12/9/2014 | J. Hyland | 0.30 | Conducted call with T. Ross re: fee application and case status. |
| Subtotal | | 0.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/3/2014 | C. Kearns | 0.10 | Participated in call with D. Botter (counsel) re: next steps with UCC members. |
| 12/4/2014 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC members and professionals. |
| 12/4/2014 | C. Kearns | 0.30 | Participated in UCC call with UCC professionals. |
| 12/4/2014 | J. Borow | 0.30 | Met with UCC and professionals to the UCC re: follow up on agenda issues. |
| 12/10/2014 | J. Hyland | 0.20 | Conducted call with M. Fagan (counsel) re: case status. |
| 12/11/2014 | C. Kearns | 0.20 | Participated in post-call discussion of next steps with counsel. |
| 12/11/2014 | J. Borow | 0.50 | Participated in UCC meeting pre-call with Canadian counsel and counsel. |
| 12/11/2014 | J. Hyland | 0.50 | Participated in pre-UCC call with UCC professionals. |
| 12/11/2014 | C. Kearns | 0.50 | Participated in pre-call discussion with counsel and Canadian Counsel re: Newbold decision on UKP claims against Canada. |
| 12/11/2014 | J. Hyland | 0.80 | Prepared for UCC call and pre-call. |
| 12/11/2014 | J. Hyland | 0.80 | Participated in weekly UCC call with UCC members and professionals. |
| 12/11/2014 | C. Kearns | 0.80 | Participated in UCC call with case professionals. |
| 12/11/2014 | J. Borow | 0.80 | Met with UCC and professionals to UCC re: case matters. |
| 12/11/2014 | A. Cowie | 1.10 | Prepared discussion notes and claims analysis for UCC meeting. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/12/2014 | J. Borow | 1.10 | Discussed with party in interest re: status of matter. |
| 12/17/2014 | J. Hyland | 2.80 | Reviewed documentation for UCC meeting. |
| 12/18/2014 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC members and professionals. |
| 12/18/2014 | J. Hyland | 0.30 | Participated in pre-UCC call with counsel. |
| 12/18/2014 | C. Kearns | 0.30 | Participated in call with UCC re: latest on Canadian docket. |
| 12/18/2014 | J. Borow | 0.30 | Met with professionals and UCC. |
| 12/18/2014 | J. Hyland | 0.50 | Participated in post-UCC call with counsel. |
| 12/18/2014 | A. Cowie | 2.20 | Continued to prepare discussion notes and finalized presentation deck for UCC meeting. |
| 12/18/2014 | A. Cowie | 2.90 | Prepared discussion notes and finalized presentation deck for UCC meeting. |
| 12/22/2014 | J. Borow | 1.20 | Discussed with creditors and parties in interest re: status of matter. |
| 12/23/2014 | J. Borow | 1.30 | Discussed with creditors and parties in interest re: status of matter. |
| Subtotal | | 20.40 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/2/2014 | J. Borow | 2.10 | Reviewed various recovery issues and related scenarios. |
| 12/11/2014 | C. Kearns | 0.60 | Reviewed recovery scenarios re: claims assumptions in light of Canada UKP claim decisions. |
| 12/12/2014 | C. Kearns | 0.50 | Outlined latest round of recovery scenarios at request of counsel. |
| 12/12/2014 | A. Cowie | 2.90 | Prepared creditor recovery model with updated input assumptions. |
| 12/17/2014 | C. Kearns | 0.40 | Reviewed draft analysis for counsel re: claims recovery and scenarios. |
| 12/17/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation recovery calculations. |
| 12/18/2014 | J. Hyland | 2.80 | Reviewed recovery calculations based upon PPI decision. |
| 12/18/2014 | J. Hyland | 2.80 | Continued to review recovery calculations based upon PPI decision. |
| 12/23/2014 | J. Hyland | 2.10 | Analyzed allocation assumptions for recovery calculations. |
| Subtotal | | 17.00 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 12/2/2014 | C. Kearns | 0.20 | Emailed with counsel re: PPI appeal in Canada and Solus motion in D.E. court. |
| 12/3/2014 | A. Cowie | 0.90 | Continued to analyze NNCC claims document in regard to claim as revised. |
| 12/3/2014 | J. Borow | 1.10 | Reviewed motions and filings re: claims in the matters. |
| 12/3/2014 | J. Hyland | 1.30 | Reviewed NNI's calculation for NNCC interest calculation. |
| 12/3/2014 | J. Hyland | 2.00 | Analyzed bond interest calculations. |
| 12/3/2014 | A. Cowie | 2.80 | Analyzed NNCC claims document in regard to claim as revised. |
| 12/4/2014 | J. Hyland | 0.30 | Participated on call with T. Ross re: NNI's calculations for NNCC interest calculation. |
| 12/4/2014 | A. Cowie | 0.60 | Continued to analyze NNCC detailed claim figures and associated calculations. |
| 12/4/2014 | J. Hyland | 1.00 | Analyzed PPI calculation based upon multiple dates. |
| 12/4/2014 | A. Cowie | 2.90 | Analyzed NNCC detailed claim figures and associated calculations. |
| 12/8/2014 | J. Borow | 1.20 | Reviewed decision by Canadian court re: pension claim. |
| 12/9/2014 | C. Kearns | 0.50 | Emailed with counsel re: Canada UKP decision. |
| 12/9/2014 | A. Cowie | 0.90 | Analyzed Newbold claims decision's impact on claims and recoveries. |
| 12/10/2014 | J. Borow | 1.10 | Reviewed analysis re: interest rate issues. |
| 12/10/2014 | C. Kearns | 1.20 | Continued to read decision on UKP claim Canadian Litigation. |
| 12/10/2014 | A. Cowie | 1.90 | Continued to analyze Newbold's UKP claim decision's impact on creditor recoveries. |
| 12/10/2014 | J. Borow | 2.10 | Reviewed issues pertaining to computation of post-petition interest. |
| 12/10/2014 | A. Cowie | 2.90 | Analyzed Newbold's UKP claim decision's impact on creditor recoveries. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/11/2014 | J. Hyland | 0.40 | Reviewed bond pricing data. |
| 12/11/2014 | J. Hyland | 0.40 | Participated on portion of call with counsel re: PPI. |
| 12/11/2014 | C. Kearns | 0.70 | Participated in call with counsel re: scenarios for post-petition rate of Interest. |
| 12/11/2014 | J. Borow | 0.70 | Discussed with counsel re: Canadian court decision on U.K. pension parties' claims in the Canadian estate. |
| 12/11/2014 | C. Kearns | 1.00 | Finished reading Newbold UKP claim decisions and possible ramifications to settlement outcomes. |
| 12/11/2014 | J. Emerson | 2.50 | Updated the Nortel bonds trading price table for claims analysis. |
| 12/12/2014 | J. Hyland | 1.60 | Reviewed PPI calculations. |
| 12/12/2014 | J. Emerson | 2.50 | Compiled Nortel indenture details from Bloomberg. |
| 12/15/2014 | C. Kearns | 0.20 | Emailed with counsel on PPI related issues. |
| 12/15/2014 | J. Borow | 1.20 | Reviewed issues pertaining to post-petition interest. |
| 12/16/2014 | J. Borow | 1.40 | Continued review of issues pertaining to post-petition interest. |
| 12/18/2014 | J. Borow | 0.90 | Reviewed issues relating to U.K. pension obligations. |
| 12/18/2014 | J. Hyland | 2.70 | Reviewed Judge Gross' decision on PPI. |
| 12/19/2014 | C. Kearns | 1.00 | Read PPI decision and considered impact. |
| 12/22/2014 | C. Kearns | 0.30 | Emailed with counsel re: PPI decision and discussions with Cleary. |
| 12/23/2014 | C. Kearns | 0.30 | Emailed with counsel re: PPI and related issues. |
| Subtotal | | 42.70 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/19/2014 | J. Borow | 2.10 | Reviewed financial reports issued by U.S. Debtor and Canadian Debtors. |
| Subtotal | | 2.10 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/8/2014 | J. Hyland | 0.50 | Reviewed 11/30 CCAA cash flow forecasts. |
| Subtotal | | 0.50 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **26. Tax Issues** | | | |
| 12/22/2014 | J. Hyland | 2.40 | Reviewed tax matters as they relate to recoveries. |
| Subtotal | | 2.40 | |
| **33. Intellectual Property** | | | |
| 12/5/2014 | C. Kearns | 0.30 | Reviewed status of recent IP sale information. |
| 12/24/2014 | C. Kearns | 0.50 | Emailed with counsel and team re: recent Rockstar patent bulk sale. |
| 12/24/2014 | M. Dansky | 0.60 | Researched IP issues relating to Rockstar patent sale. |
| 12/24/2014 | J. Hyland | 1.10 | Read public information regarding Rockstar. |
| 12/24/2014 | J. Hyland | 1.70 | Read multiple articles on Rockstar portfolio and commented to counsel. |
| 12/29/2014 | C. Kearns | 0.20 | Emailed with committee re: recent data sale of IP. |
| 12/29/2014 | J. Hyland | 1.10 | Reviewed additional articles on IP sales. |
| Subtotal | | 5.50 | |
| **Total Hours** | | **111.50** | |