**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 12/1/2014 through 12/31/2014**

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| **Airfare/ Train** | | | |
| 12/17/2014 | J. Hyland | Flight to NYC from ORD for meeting. | $846.20 |
| **Subtotal - Airfare/ Train** | | | **$846.20** |
| **Auto Rental/Taxi** | | | |
| 12/17/2014 | J. Hyland | Taxi from NY airport to office during NYC trip. | $62.00 |
| 12/18/2014 | J. Hyland | Taxi to NY airport from Akin during NYC trip. | $100.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$162.00** |
| **Hotel** | | | |
| 12/18/2014 | J. Hyland | Hotel for NYC trip. | $346.61 |
| **Subtotal - Hotel** | | | **$346.61** |
| **Meals** | | | |
| 12/17/2014 | J. Hyland | Meal during NYC trip. | $16.13 |
| 12/17/2014 | J. Hyland | Meal during NYC trip. | $10.11 |
| 12/18/2014 | J. Hyland | Meal during NYC trip. | $16.84 |
| 12/18/2014 | J. Hyland | Meal during NYC trip. | $13.07 |
| **Subtotal - Meals** | | | **$56.15** |
| **Mileage** | | | |
| 12/17/2014 | J. Hyland | Mileage to/from ORD/home for NYC trip. | $22.40 |
| **Subtotal - Mileage** | | | **$22.40** |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Parking/ Tolls** | | | |
| 12/17/2014 | J. Hyland | Tolls for NYC trip. | $6.00 |
| 12/18/2014 | J. Hyland | Parking at O' Hare for NYC trip. | $57.00 |
| **Subtotal - Parking/ Tolls** | | | **$63.00** |
| **Telecom** | | | |
| 12/19/2014 | CAG Direct | Direct charges for conference calls: 11/14/2014 $9.63 (four attendees - Hyland), 11/20/2014 $5.04 (four attendees - J. Borow). | $14.67 |
| **Subtotal - Telecom** | | | **$14.67** |
| **For the Period 12/1/2014 through 12/31/2014** | | | $1,511.03 |