**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
*In re*

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

---------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. 15169**

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on February 12, 2015, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on February 17, 2015 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: February 12, 2015
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8645027.6

**Via Overnight Mail**

ASM Capital
Attn: Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.
BLDG. 100, Ste. 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

**Via Fax**

Pinckney, Urban, Weidenger & Joyce, LLC
Joanne P. Pinckney, Esq.
1220 Market Street, Suite 950
Wilmington, DE 19801
Fax: 302-655-5213

Quinn Emanuel Urquhart & Sullivan LLP
Susheel Kirpalani
James C. Tecce
Daniel Holzman
Kate Scherling
51 Madison Ave.
New York, NY 10010
Fax: 212-849-7100