## **CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Twenty-Third Ordinary Course Professional Quarterly Statement** was caused to be made on February 12, 2015, in the manner indicated upon the entities identified on the attached service list.

Date: February 12, 2015

                                                  */s/ Ann C. Cordo*
                                                    Ann C. Cordo (No. 4817)

8887783.1