LECLAIRRYAN
ROBERT S. MCWHORTER (SBN 226186)
*Robert.McWhorter@leclairryan.com*
980 9th Street, 16th Floor
Sacramento, CA  95814
Telephone:  916.449.9690
Facsimile:  (916) 449-9694

Attorney for Creditor
Bell Microproducts, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No:      09-10138-KG |
| Debtor. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR
REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of LeClairRyan substitutes its appearance for Nossaman LLP as counsel for Avnet International (Canada) Ltd., as successor in interest to Bell Microproducts Canada-Tenex Data ULC, and Avnet, Inc., as successor in interest to Bell Microproducts Inc. in the above-captioned cases and requests that all notices given or required to be given and all papers served or required to be served be given to and served upon the following:

Robert S. McWhorter
LeClairRyan LLP
980 9th Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 449-9690
Facsimile: (916) 449-9694
Email: Robert.McWhorter@leclairryan.com
Amy.Smith@leclairryan.com

PLEASE TAKE FURTHER NOTICE that Nossaman LLP further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove it from the electronic and paper noticing matrix in the above-captioned adversary proceeding for Bell Microproducts, Inc.

Dated: February 12, 2015

_/s/ John T. Kennedy_
John T. Kennedy (SBN 137738)
Nossaman LLP
621 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
Email: jkennedy@nossaman.com

_Former Counsel to Creditor_
_Bell Microproducts, Inc._

Dated: February 12, 2015

_/s/ Robert S. McWhorter_
Robert S. McWhorter (SBN 226186)
LeClairRyan
980 9th Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 449-9690
Facsimile: (916) 449-9694
Email: Robert.McWhorter@leclairryan.com

_Current Counsel to Creditor_
_Bell Microproducts, Inc._

NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR
REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX