IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:   Chapter 11
*In re*   :
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]   :
:   Jointly Administered
          Debtors.   :
:   **RE: D.I. 15172**
:
---------------------------------------------------------X

**NOTICE OF FILING OF CORRECTED EXHIBIT A TO
NOTICE OF FILING AND SERVICE OF DEBTORS' TWENTY-THIRD
ORDINARY COURSE PROFESSIONAL QUARTERLY STATEMENT**

PLEASE TAKE NOTICE that on February 12, 2015, Nortel Networks Inc. ("NNI") and certain of its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Notice of Filing and Service of Debtors' Twenty-Third Ordinary Course Professional Quarterly Statement* [D.I. 15172] (the "Notice").

PLEASE TAKE FURTHER NOTICE THAT that the Debtors inadvertently attached the Debtors' Twenty-Second Ordinary Course Professional Quarterly Statement for April 1, 2014 – June 30, 2014 (the "Twenty-Second Quarterly Statement") as Exhibit A to the Notice, rather than the Debtors' Twenty-Third Ordinary Course Professional Quarterly Statement for July 1, 2014 – September 30, 2014 (the "Twenty-Third Quarterly Statement").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

PLEASE TAKE FURTHER NOTICE THAT that attached hereto as Exhibit A is the Twenty-Third Quarterly Statement.

| | |
|---|---|
| Dated:  February 12, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and the Debtors in Possession* |