**Debtors' Twenty-Third Ordinary Course Professional Quarterly Statement for July 1, 2014 – September 30, 2014**

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $0.00 | $0.00 | $2,024.00 | $0.00 | $1,150.00 | $0.00 | $0.00 | $0.00 | **$3,174.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $29,545.00 | $2480.74 | $5,590.00 | $0.00 | $12,481.50 | $0.00 | $0.00 | $0.00 | **$47,616.50** |
| KPMG | Auditing services related to Long-term Investment Plan | $49,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$49,290.00** |
| Ford & Harrison | Employment legal services relating to employee benefit matters | $2,480.70 | $0.00 | $2,014.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$4,495.20** |
| Seyfarth Shaw | General labor and employment legal services, including representation in employment and employee benefit matters | $0.00 | $0.00 | $0.00 | $0.00 | $2,516.85 | $0.00 | $0.00 | $0.00 | **$2,516.85** |
| Hunton & Williams | General legal services pertaining to Florida and California corporate governance matters | $0.00 | $0.00 | $0.00 | $0.00 | $507.50 | $0.00 | $0.00 | $0.00 | **$507.50** |