## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing of Corrected Exhibit A to Notice of Filing and Service of Debtors' Twenty-Third Ordinary Course Professional Quarterly Statement** was caused to be made on February 12, 2015, in the manner indicated upon the entities identified on the attached service list.

Date:  February 12, 2015

*/s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

8887783.1