# **<u>EXHIBIT A</u>**

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 01, 2015 through January 31, 2015

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Fee and Employment Applications | 18.3 | $8,023.50 |
| Litigation | 20.8 | $18,444.00 |
| Analysis of Canadian Law | 33.5 | $26,898.50 |
| Canadian CCAA Proceedings/Matters | 67.2 | $56,207.00 |
| U.S. Proceedings/Matters | 13.7 | $10,630.50 |
| **TOTAL** | 153.5 | $120,203.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 05/01/2015 | Attention to fee application report | 0.2 | 168.00 | 12779100 |
| Gray | William | 05/01/2015 | Review fee application | 0.5 | 472.50 | 12784544 |
| Gray | William | 07/01/2015 | Work on fee application | 0.4 | 378.00 | 12784564 |
| Collins | Allan | 08/01/2015 | confer with J. Brentnall in account regarding fee application; | 0.2 | 59.00 | 12826389 |
| Gray | William | 09/01/2015 | Work on fee applications | 0.5 | 472.50 | 12796356 |
| Gray | William | 12/01/2015 | Work on fee application | 0.8 | 756.00 | 12796362 |
| Collins | Allan | 12/01/2015 | attention to December fee application; | 1.4 | 413.00 | 12828627 |
| Gray | William | 13/01/2015 | Work on fee application | 0.3 | 283.50 | 12796408 |
| Collins | Allan | 14/01/2015 | confer with B. Yu regarding December fee application (.2); attention to same (.6); | 0.8 | 236.00 | 12813718 |
| Collins | Allan | 14/01/2015 | multiple emails relating to Certificate of No Objection for November fee application; | 0.3 | 88.50 | 12826425 |
| Collins | Allan | 15/01/2015 | attention to December fee application; | 1.7 | 501.50 | 12813721 |
| Collins | Allan | 16/01/2015 | attention to December fee application; | 0.6 | 177.00 | 12825739 |
| Collins | Allan | 20/01/2015 | attention to December fee application (1.8); calendar date relating to upcoming hearing (.2); | 2.0 | 590.00 | 12825736 |
| Collins | Allan | 22/01/2015 | attention to December fee application; | 1.1 | 324.50 | 12825741 |
| Gray | William | 23/01/2015 | Work on fee application | 0.7 | 661.50 | 12821126 |
| Bauer | Alison D. | 26/01/2015 | Follow up on Nortel and respond to fee app questions with Collins | 0.2 | 168.00 | 12814899 |
| Collins | Allan | 26/01/2015 | attention to December fee application; | 2.2 | 649.00 | 12825737 |
| Bauer | Alison D. | 28/01/2015 | Review and comment upon December fee application | 0.6 | 504.00 | 12819480 |
| Collins | Allan | 28/01/2015 | draft December fee application; | 3.8 | 1,121.00 | 12825735 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 05/01/2015 | reviewing draft appeal materials relating to interest and email regarding same; | 1.4 | 1,155.00 | 12779403 |
| Gray | William | 05/01/2015 | Review issues regarding PPI appeal | 0.7 | 661.50 | 12784543 |
| Gray | Andrew | 06/01/2015 | reviewing and discussing appeal materials relating to post-filing interest (0.8); | 0.8 | 660.00 | 12781003 |
| Slavens | Adam | 07/01/2015 | reviewing Rockstar court materials and related documents re cost-sharing motion (2.4); conference call with M. Plevin and S. Bomhof re same (0.5); reviewing and commenting on draft email to J. Ray re same (0.4); | 3.3 | 2,557.50 | 12783577 |
| Gray | Andrew | 07/01/2015 | email and telephone conference regarding appeal material (0.9); reviewing appeal materials (0.4); | 1.3 | 1,072.50 | 12783634 |
| Bomhof | Scott A. | 07/01/2015 | telephone call with M. Plevin and A. Slavens and provide comments on report to J. Roy regarding cost-sharing motion; | 1.6 | 1,400.00 | 12784518 |
| Gray | William | 07/01/2015 | Legal research regarding PPI appeal issues | 1.6 | 1,512.00 | 12784566 |
| Gray | William | 09/01/2015 | Review issues regarding post-petition interest appeal | 1.1 | 1,039.50 | 12796355 |
| Gray | William | 13/01/2015 | Work on post-petition interest issues on appeal appellate matter | 0.8 | 756.00 | 12796411 |
| Bomhof | Scott A. | 14/01/2015 | reviewing Monitor's filings with the US Court regarding ppi settlement appeal; | 0.5 | 437.50 | 12800125 |
| Gray | William | 15/01/2015 | Work on post-petition interest appeal issues | 0.7 | 661.50 | 12796380 |
| Gray | Andrew | 15/01/2015 | reviewing appeal material relating to the US interest issue (0.3); | 0.3 | 247.50 | 12797637 |
| Gray | William | 16/01/2015 | Work on PPI appeal issues | 0.8 | 756.00 | 12808982 |
| Gray | William | 16/01/2015 | Work on appeal issues from EMEA and Canadian monitor | 1.6 | 1,512.00 | 12808983 |
| Gray | William | 22/01/2015 | Work on appeal issues for both EMEA appeal and PPI apeal | 1.3 | 1,228.50 | 12809013 |
| Gray | William | 22/01/2015 | Work on PPI appeal issues | 0.6 | 567.00 | 12809014 |
| Gray | William | 23/01/2015 | Work on appeal issues | 1.2 | 1,134.00 | 12821128 |
| Gray | Andrew | 26/01/2015 | reviewing motion to strike interest appeal materials (0.4); | 0.4 | 330.00 | 12815178 |
| Gray | William | 26/01/2015 | Work on appeal issues | 0.8 | 756.00 | 12821132 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 05/01/2015 | reviewing cases cited in factum re appeal of PPI decision; | 3.0 | 2,325.00 | 12779719 |
| Slavens | Adam | 06/01/2015 | reviewing cases cited in factum re appeal of PPI decision; | 4.5 | 3,487.50 | 12781280 |
| Bomhof | Scott A. | 12/01/2015 | reviewing SCC decision in Century Services and note-up decision regarding ppi appeal; | 1.8 | 1,575.00 | 12793412 |
| Slavens | Adam | 13/01/2015 | conducting Canadian legal research re cost sharing motion; | 6.8 | 5,270.00 | 12792434 |
| Slavens | Adam | 14/01/2015 | conducting Canadian legal research re cost sharing motion; | 6.7 | 5,192.50 | 12794814 |
| Slavens | Adam | 21/01/2015 | reviewing Rules of Civil Procedure and UKP claims appeal court documents (4.3); preparing reporting emails to B. Beller re same (1.0); | 5.3 | 4,107.50 | 12807886 |
| Slavens | Adam | 22/01/2015 | conducting Canadian legal research re motion of monitor in PPI appeal; | 3.0 | 2,325.00 | 12810723 |
| DeMarinis | Tony | 26/01/2015 | review and analysis relating inter-company rights and claims, and cross-over stakeholders; | 1.5 | 1,635.00 | 12815636 |
| DeMarinis | Tony | 29/01/2015 | reading court materials on pending appeal and related issues; | 0.9 | 981.00 | 12823242 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 04/01/2015 | reviewing draft factum re appeal of PPI decision; | 0.8 | 620.00 | 12779905 |
| Bomhof | Scott A. | 05/01/2015 | reviewing draft appeal factum of bondholders regarding ppi ruling of Justice Newbould and regarding new law in same (3.6); exchange e-mails with J. Bromley and H. Zelbo regarding comments on appeal factum (1.6); exchange messages with M. Wunder regarding ppi appeal materials (.2); | 5.4 | 4,725.00 | 12778457 |
| Slavens | Adam | 05/01/2015 | reviewing and commenting on draft factum re appeal of PPI decision (3.6); email correspondence with S. Bomhof, A. Gray and Cleary re same (0.5); | 4.1 | 3,177.50 | 12779717 |
| Slavens | Adam | 06/01/2015 | reviewing and commenting on draft factum re appeal of PPI decision (3.8); email correspondence with S. Bomhof, A. Gray and Cleary re same (0.5); | 4.3 | 3,332.50 | 12781278 |
| Bomhof | Scott A. | 06/01/2015 | reviewing revised draft bondholder factum and providing comments on same regarding Canadian ppi ruling (1.3); exchange e-mails with Cleary regarding ppi appeal factum (.3); exchange messages with M. Plevin regarding cost-sharing order (.2); reviewing issues related to US ppi order and appeal of Canadian ppi order (.5); confer with W. Gray regarding PPI issues (0.5); | 2.8 | 2,450.00 | 12781371 |
| Gray | William | 06/01/2015 | Conference with S. Bomhof regarding PPI issues; | 0.5 | 472.50 | 12784553 |
| Slavens | Adam | 07/01/2015 | email correspondence with S. Bomhof, A. Gray and Cleary re draft factum re appeal of PPI decision (0.4); reviewing same (0.5); | 0.9 | 697.50 | 12783575 |
| Bomhof | Scott A. | 07/01/2015 | reviewing factum and supporting case law regarding bondholder appeal factum for Canadian ppi order; | 4.0 | 3,500.00 | 12784516 |
| Bomhof | Scott A. | 08/01/2015 | reviewing brief of authorities filed by bondholders regarding appeal of Canadian ppi order; | 4.0 | 3,500.00 | 12784527 |
| Slavens | Adam | 08/01/2015 | reviewing factum and brief of authorities of the bondholders re appeal of PPI decision; | 2.8 | 2,170.00 | 12786346 |
| Bomhof | Scott A. | 09/01/2015 | Review appeal materials filed by Bondholders re; Canadian ppi order; | 1.2 | 1,050.00 | 12787462 |
| Slavens | Adam | 09/01/2015 | email correspondence with L. Schweitzer and S. Bomhof re PPI appeal; | 0.3 | 232.50 | 12788152 |
| Slavens | Adam | 12/01/2015 | reviewing IP address asset purchase agreement, draft approval and vesting order and related documentation; | 2.7 | 2,092.50 | 12790027 |
| Slavens | Adam | 12/01/2015 | reviewing CCAA case court documents; | 2.1 | 1,627.50 | 12790028 |
| Bomhof | Scott A. | 12/01/2015 | reviewing e-mail from C. Armstrong including executed APA for additional IP addresses and | 1.2 | 1,050.00 | 12793411 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | exchange e-mails with L. Schweitzer with respect to same; | | | |
| Slavens | Adam | 14/01/2015 | reviewing CCAA case court documents and Rules of Civil Procedure (1.0); preparing reporting email to B. Beller, R. Eckenrod and S. Bomhof (0.5); | 1.5 | 1,162.50 | 12794817 |
| Bomhof | Scott A. | 14/01/2015 | follow up on pending Canadian court deadlines regarding stay extension, Monitor reply to appeal of ppi order and UKPT appeal of claims ruling; | 1.2 | 1,050.00 | 12800124 |
| Bomhof | Scott A. | 15/01/2015 | exchange emails with DJ Miller regarding UKPT leave to appeal claims determination; | 0.3 | 262.50 | 12800131 |
| Slavens | Adam | 16/01/2015 | email correspondence with S. Bomhof and Cleary re motion for leave to appeal filed by UKP re UKP claims decision; | 0.4 | 310.00 | 12800773 |
| DeMarinis | Tony | 16/01/2015 | review UKPC's notice of motion to appeal December 9/14 claims decision; | 0.5 | 545.00 | 12801008 |
| Slavens | Adam | 17/01/2015 | reviewing notice of motion for leave to appeal filed by UKP re UKP claims decision and documents related thereto; | 4.0 | 3,100.00 | 12800769 |
| Slavens | Adam | 19/01/2015 | reviewing notice of motion for leave to appeal filed by UKP re UKP claims decision and documents related thereto; | 1.1 | 852.50 | 12805287 |
| DeMarinis | Tony | 19/01/2015 | review and analysis of UKPC claims appeal matters (0.4); reading related materials (0.6); | 1.0 | 1,090.00 | 12806374 |
| Slavens | Adam | 20/01/2015 | email correspondence with B. Beller re status of UKP appeal (0.2); reviewing CCAA case court documents (0.5); | 0.7 | 542.50 | 12805318 |
| Bomhof | Scott A. | 21/01/2015 | reviewing amended leave to appeal application filed by UKPT; | 0.7 | 612.50 | 12814368 |
| Slavens | Adam | 22/01/2015 | reviewing motion record, factum and book of authorities of monitor re motion in PPI appeal; | 2.5 | 1,937.50 | 12810719 |
| Bomhof | Scott A. | 22/01/2015 | reviewing Monitor's motion to strike portions of Bondholders leave to appeal record regarding appeal of ppi order (1.0); reviewing and updating law in Monitor's motion to strike (2.1); | 3.1 | 2,712.50 | 12815254 |
| Slavens | Adam | 23/01/2015 | reviewing motion record, factum and book of authorities of monitor re motion in PPI appeal (1.3); preparing reporting email to B. Beller re same (0.3); | 1.6 | 1,240.00 | 12813861 |
| Bomhof | Scott A. | 23/01/2015 | reviewing motion record for sale of IP addresses to Alibaba and forward same to L. Lipner; | 1.0 | 875.00 | 12814375 |
| Slavens | Adam | 26/01/2015 | reviewing CCAA case court materials re motion returnable February 5, 2015 (2.4); email correspondence with M. Wunder and S. Bomhof re same (0.4); | 2.8 | 2,170.00 | 12815563 |
| DeMarinis | Tony | 27/01/2015 | planning and reviews in connection with pending | 2.0 | 2,180.00 | 12817837 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | appeal, allocation ruling, and other matters in the proceedings; | | | |
| Slavens | Adam | 28/01/2015 | reviewing CCAA case court documents re pending appeals; | 4.0 | 3,100.00 | 12820408 |
| DeMarinis | Tony | 30/01/2015 | reading materials in the Canadian proceedings; | 1.3 | 1,417.00 | 12825281 |
| Bomhof | Scott A. | 30/01/2015 | reviewing IP address sale motion materials; | 0.4 | 350.00 | 12827510 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 02/01/2015 | reviewing notice of appeal and related court documents re opinion and order of Judge Gross re PPI settlement; | 4.7 | 3,642.50 | 12777429 |
| Slavens | Adam | 15/01/2015 | reviewing monitor's statement of issues on appeal and record on appeal re PPI settlement decision; | 3.9 | 3,022.50 | 12797940 |
| Slavens | Adam | 19/01/2015 | reviewing Chapter 11 case court documents; | 2.0 | 1,550.00 | 12805286 |
| Slavens | Adam | 26/01/2015 | reviewing Chapter 11 case court materials re third party stay and related matters; | 2.9 | 2,247.50 | 12815567 |
| Bauer | Alison D. | 28/01/2015 | E-mail from and to S. Bomhof regarding U.S. docket and appeals process | 0.2 | 168.00 | 12820174 |