# **<u>EXHIBIT B</u>**

# EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 01, 2015 through January 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating/Printing | 3,323 pages@ .10 per pg | $332.30 |
| Computer Research | Westlaw | $11.96 |
| Computerized Court Searches | | $7.20 |
| **Grand Total Expenses** | | **$351.46** |

**Nortel**
**January 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 801 | Copies | 20/01/2015 | 0.90 | Copies |
| 801 | Copies | 21/01/2015 | 0.60 | Copies |
| 808 | Laser Printing | 05/01/2015 | 7.80 | Laser Printing |
| 808 | Laser Printing | 06/01/2015 | 4.10 | Laser Printing |
| 808 | Laser Printing | 07/01/2015 | 0.30 | Laser Printing |
| 808 | Laser Printing | 08/01/2015 | 257.90 | Laser Printing |
| 808 | Laser Printing | 12/01/2015 | 4.80 | Laser Printing |
| 808 | Laser Printing | 15/01/2015 | 1.90 | Laser Printing |
| 808 | Laser Printing | 19/01/2015 | 2.40 | Laser Printing |
| 808 | Laser Printing | 22/01/2015 | 42.70 | Laser Printing |
| 808 | Laser Printing | 23/01/2015 | 5.50 | Laser Printing |
| 4808 | Laser Printing | 26/01/2015 | 0.60 | Laser Printing |
| 4808 | Laser Printing | 28/01/2015 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 28/01/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 28/01/2015 | 1.70 | Laser Printing |
| 4808 | Laser Printing | 28/01/2015 | 0.10 | Laser Printing |
| | | | **$ 332.30** | |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 14/01/2015 | $ 11.96 | On Line Research Charges -WestlaweCarswell Incl. |
| 4147 | Computerized Court Searches | 29/01/2015 | $ 7.20 | Computerized Court Searches Pacer |
| | | | **$ 351.46** | |