Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2015

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/05/15 | KMC | Review and revise final CNO regarding 33rd monthly fee application and confer with M. Rust regarding filing and service of same | 0.20 |
| 01/05/15 | MDR | Update and forward the CNO for the 33rd Monthly Fee Application to K Capuzzi | 0.10 |
| 01/05/15 | MDR | Convert, e-file and circulate the Certificate of No Objection to the 33rd Monthly Fee Application | 0.20 |
| 01/14/15 | LMB | Prepare BFCA monthly fee application for December 2014 | 0.30 |
| 01/15/15 | LMB | Prepare BFCA monthly fee application for December 2014 | 0.40 |
| 01/20/15 | JRH | Review and comment on Nortel Fee App | 0.50 |
| 01/21/15 | LMB | Prepare and file BFCA monthly fee application for December 2014 | 0.60 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 0.50 | $215.00 |
| | | | 0.50 | $215.00 |
| ASSOCIATE | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 0.20 | $62.00 |
| | | | 0.20 | $62.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 1.30 | $227.50 |
| MICHELLE D. RUST | (MDR) | $250.00 | 0.30 | $75.00 |
| | | | 1.60 | $302.50 |
| | | TOTAL: | 2.30 | $579.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2015

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/02/15 | JRH | Review emails regarding Rockstar Motion for Protective Order | 0.30 |
| 01/02/15 | JRH | Review matter and conference call with Q. Emanuel | 0.50 |
| 01/02/15 | KMC | Review Rockstar motion for protective order and confer with J. Hoover regarding same; confer with M. Rust regarding hearing date and objection deadline | 0.50 |
| 01/02/15 | MDR | Update the litigation calendar(.2); start hearing binder for February 3, 2015 hearing(.2) | 0.40 |
| 01/08/15 | JRH | Prepare for conference call (.5); conference call with D. Parker and T. Ross and A. Lane regarding Whitted-Justice subpoena and status (.50) | 1.00 |
| 01/12/15 | JRH | Telephone call received from D. Parker regarding subpoena | 0.30 |
| 01/16/15 | KMC | Review Google response to Rockstar motion to stay | 0.30 |
| 01/16/15 | MDR | Download Google's Response to Motion of Third Party Rockstar for Partial Stay of Discovery Protocol from the docket, print-out, save and forward copies to J. hoover | 0.30 |
| 01/20/15 | JRH | Email with L. Misztal regarding subpoena | 0.20 |
| 01/22/15 | JRH | Coordinate with K. Capuzzi regarding Nortel letter regarding engagement of discovery mediator for filing | 0.50 |
| 01/22/15 | KMC | Communicate with co-counsel regarding discovery mediation retention agreement letter (.30); prepare letter to Court regarding same (.40); attend to filing and service of letter to Court regarding discovery mediation retention agreement (.40) | 1.10 |
| 01/22/15 | MDR | E-file and serve the Letter to Judge Gross enclosing a copy of the Discovery Mediator's Retention Agreement | 0.40 |
| 01/26/15 | KMC | Review Cisco response to Rockstar motion to stay | 0.30 |
| 01/27/15 | JRH | Review agenda and respond to T. Minnot, MNAT, regarding agenda comments, etc. | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/29/15 | JRH | Review and respond to email from M. Plevin regarding hearing | 0.30 |
| 01/29/15 | KMC | Attend to agenda and binder issues for 2.3.2015 hearing | 0.20 |
| 01/29/15 | MDR | Update pleading jacket | 0.10 |
| 01/30/15 | JRH | Telephone call with J. Gorris and numerous emails regarding Rockstar motion and status of hearing (.40); telephone call with J. Regan, Esq. (.40); coordinate regarding agenda filing (.20) | 1.00 |
| 01/30/15 | KMC | Review agenda for 2.3.2015 hearing and attend to preparation of attorney hearing binder; attend to hearing issues | 0.50 |
| 01/30/15 | MDR | Prepare Omnibus Hearing Binder for J. Hoover | 0.90 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 4.40 | $1,892.00 |
| | | | 4.40 | $1,892.00 |
| **ASSOCIATE** | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 2.90 | $899.00 |
| | | | 2.90 | $899.00 |
| **PARALEGAL** | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 2.10 | $525.00 |
| | | | 2.10 | $525.00 |
| | | TOTAL: | 9.40 | $3,316.00 |

Document Reproduction

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/13/15 | JRH | Document Reproduction 15 copies | 1.50 |
| 01/21/15 | LMB | Document Reproduction 56 copies | 5.60 |
| 01/21/15 | LMB | Document Reproduction 31 copies | 3.10 |
| 01/21/15 | LMB | Document Reproduction 124 copies | 12.40 |
| | | TOTAL: | $22.60 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/21/15 | LMB | FedEx 01/21/15 Lisa Behra to Thomas P. Tinker E | 13.71 |
| 01/21/15 | LMB | FedEx 01/21/15 Lisa Behra to Mark Collins Chris | 13.71 |
| 01/21/15 | LMB | FedEx 01/21/15 Lisa Behra to Fred S. Hodara | 13.71 |
| 01/21/15 | LMB | FedEx 01/21/15 Lisa Behra to Derek Abbott Eric | 13.71 |
| | | TOTAL: | $54.84 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/20/15 | MDR | Delivery Fee - Outside - Vendor: PARCELS, INC multiple inner city deliveries | 60.00 |
| | | TOTAL: | $60.00 |

## Outside Professional Services

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/20/15 | MDR | Outside Professional Services - Vendor: PARCELS, INC inv 549208 | 65.00 |
| | | TOTAL: | $65.00 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/05/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 2 PAGES | 0.20 |
| 01/15/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 38 PAGES | 3.00 |
| 01/16/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 8 PAGES | 0.60 |
| 01/22/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 1 PAGES | 0.10 |
| 01/22/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 8 PAGES | 0.60 |
| 01/22/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 14 PAGES | 1.10 |
| 01/22/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 1 PAGES | 0.10 |
| 01/22/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 12 PAGES | 1.00 |
| 01/22/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 38 PAGES | 3.00 |
| 01/28/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 10 PAGES | 0.80 |
| 01/30/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 38 PAGES | 3.00 |
| 01/30/15 | XXX | Court Case Mgmt charges-Pacer PACER JANUARY 2015 1 PAGES | 0.10 |

TOTAL: $13.60