Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP | 8/1/14-10/31/14 | $20,963.50 | $16,770.80 | $4,192.70 | $1,125.29 | $22,088.79 | $0.00 | $22,088.79 | $540,160.26 | $540,160.26 |
| Chilmark Partners, LLC | 8/1/14-10/31/14 | $750,000.00 | $600,000.00 | $150,000.00 | $11,822.29 | $761,822.29 | $0.00 | $761,822.29 | $13,615,405.94 | $13,615,325.94 |
| Cleary Gottlieb Steen & Hamilton LLP | 8/1/14-10/31/14 | $6,095,998.00 | $4,876,798.40 | $1,219,199.60 | $1,026,650.70 | $7,122,648.70 | $3,068.50[2] | $7,119,580.20 | $298,264,232.84 | $298,212,679.69 |
| Crowell & Moring LLP | 8/1/14-10/31/14 | $677,303.50 | $541,842.80 | $135,460.70 | $15,516.31 | $692,819.81 | $1,124.90[3] | $691,694.91 | $1,553,695.89 | $1,552,570.99 |
| Ernst & Young LLP | 8/1/14-10/31/14 | $1,661,210.00 | $1,328,968.00 | $332,242.00 | $12,226.00 | $1,673,436.00 | $382.52[4] | $1,673,053.48 | $28,203,713.99 | $28,203,331.47 |
| Huron Consulting Group | 8/1/14-10/31/14 | $134,669.70 | $107,735.76 | $26,933.94 | $0.00 | $134,669.70 | $0.00 | $134,669.70 | $8,322,774.85 | $8,322,774.85 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] Please note that this amount reflects a reduction in expenses totaling $3,068.50 per the *Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP* (D.I. 15134).

[3] Please note that this amount reflects a reduction in fees and expenses totaling $1,124.90 per the *Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of Crowell & Moring LLP* (D.I. 15072).

[4] Please note that this amount reflects a reduction in expenses totaling $382.52 per the *Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of Ernst & Young LLP* (D.I. 15133).

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| John Ray | 8/1/14-10/31/14 | $34,790.00 | $27,832.00 | $6,958.00 | $0.00 | $34,790.00 | $0.00 | $34,790.00 | $3,612,326.01 | $3,612,326.01 |
| Morris, Nichols, Arsht & Tunnell LLP | 8/1/14-10/31/14 | $307,859.50 | $246,287.60 | $61,571.90 | $29,196.29 | $337,055.79 | $0.00 | $337,055.79 | $8,092,204.24 | $8,089,943.24 |
| RLKS Executive Solutions LLC | 8/1/14-10/31/14 | $318,389.00 | $254,711.20 | $63,677.80 | $11,012.77 | $329,401.77 | $0.00 | $329,401.77 | $8,259,188.67 | $8,259,188.67 |
| Torys LLP | 8/1/14-10/31/14 | $1,384,097.00 | $1,107,277.60 | $276,819.40 | $28,801.74 | $1,412,898.74 | $0.00 | $1,412,898.74 | $16,909,864.95 | $16,909,864.95 |
| **TOTALS** | | $11,385,280.20 | $9,108,224.16 | $2,277,056.04 | $1,136,351.39 | $12,521,631.59 | $4,575.92 | $12,517,055.67 | $387,373,567.64 | $387,318,166.07 |

2