IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re Nortel Networks Inc., et al.<br>Debtors | ) ) ) ) ) ) ) ) | Chapter 11<br><br>09-10138 (KG)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of G. David Dean, Esquire, of Cole Schotz P.C. to represent the Debtors in the above-referenced cases.

**COLE SCHOTZ P.C.**

Dated: February 18, 2015          By:   /s/ Nicholas J. Brannick
                                        Nicholas J. Brannick (No. 5721)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, DE 19801
                                        Telephone: (302) 652-3131
                                        nbrannick@coleschotz.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

53651/8888-11536096v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Maryland, Virginia and the District of Columbia, the U.S. District Courts for the District of Maryland, Eastern District of Virginia and District of Columbia, the U.S. Bankruptcy Courts for the District of Maryland, Eastern and Western District of Virginia and District of Columbia, and the U.S. Court of Appeals for the Fourth and Ninth Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

                          **COLE SCHOTZ P.C.**

                          /s/ G. David Dean
                          G. David Dean, Esquire
                          300 E. Lombard Street, Suite 2000
                          Baltimore, MD 21202
                          Telephone: (410) 528-2972
                          ddean@coleschotz.com