IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al.*, | ) Case No. 09-10138 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

**SIXTEENTH QUARTERLY APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR THE PERIOD FROM <u>NOVEMBER 1, 2014 THROUGH JANUARY 31, 2015</u>**

| | |
|---|---|
| Name of Applicant: | Benesch Friedlander Coplan & Aronoff LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | November 8, 2010 *nunc pro tunc* to September 17, 2010 |
| Period for which Compensation and Reimbursement of Expenses is Sought: | November 1, 2014 through January 31, 2015 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $36,398.00 |
| Amount of Expense Reimbursement Allowed as Actual, Reasonable and Necessary: | $1,150.12 |

8475235 v1

**SUMMARY OF MONTHLY FEE APPLICATIONS FOR COMPENSATION PERIOD**

| Fee Application Filed: | Total Fees Requested: | Total Expenses Requested: | Certification of No Objection Filed: | Approved Fees: | Approved Expenses: | Amount of Holdback Sought: |
|---|---|---|---|---|---|---|
| 12/12/2014 [Docket No. 14777] 11/01/14 – 11/30/14 | $26,412.50 | $393.22 | 12/29/14 | $21,130.00 | $393.22 | $5,282.50 |
| 1/21/2015 [Docket No. 15078] 12/01/14 – 12/31/14 | $6,090.00 | $540.86 | 02/13/15 | $4,872.00 | $540.86 | $1,218.00 |
| 2/18/2015 [Docket No. 15182] 01/01/15 – 01/31/15 | $3,895.50 | $216.04 | To be filed after 3/10/2015 | $3,116.40 | $216.04 | $779.10 |
| TOTAL: | $36,398.00 | $1,150.12 | | $29,118.40 | $1,150.12 | $7,279.60 |

In accordance with the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated February 4, 2009 entered at Docket No. 222 (the "Monthly Compensation Order"), Benesch Friedlander Coplan & Aronoff LLP seeks interim approval of the full amount of fees and expenses set forth in the above-referenced fee applications (with the release of all holdbacks) and authorization for the above-captioned debtors and debtors-in-possession to pay the amounts requested in such fee applications in full.

8475235 v1

WHEREFORE, Benesch Friedlander Coplan & Aronoff LLP respectfully requests that the Court enter an order and grant such other and further relief as is just and proper.

Dated: February 18, 2015

          **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Jennifer R. Hoover*
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Avenue, Suite 801
       Wilmington, DE  19801
       Telephone:  (302) 442-7006
       Facsimile:  (302) 442-7012
       jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

## CUMULATIVE COMPENSATION BY PROFESSIONAL

| Name of Professional | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael J. Barrie, Esquire | Partner since 2008. Member of the DE Bar since 2000. Member of the PA Bar since 2000. | $495.00 | 0.20 | $99.00 |
| Jennifer R. Hoover, Esquire | Partner since 2012. Member of the DE Bar since 2007. Member of the PA Bar since 2001. | $430.00 | 55.50 | $23,865.00 |
| Kevin M. Capuzzi, Esquire | Associate since 2014. Member of the DE Bar since 2010. | $310.00 | 19.00 | $5,890.00 |
| Stephen M. Ferguson, Esquire | Associate since 2012. Member of the DE Bar since 2008. | $335.00 | 0.40 | $134.00 |
| Lisa M. Behra, Paralegal | Paralegal since 1999 | $175.00 | 7.20 | $1,260.00 |
| Michelle D. Rust, Paralegal | Paralegal since 2014 | $250.00 | 20.60 | $5,150.00 |
| **TOTALS:** | | | **102.90** | **$36,398.00** |

8475235 v1

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 7.70 | $1,925.00 |
| Firm Retention/Fees | 12.00 | $2,922.00 |
| Litigation | 83.20 | $31,551.00 |
| **Totals** | **102.90** | **$36,398.00** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Photocopying | In-house | $208.90 |
| Photocopying/Courier/E-filing | Parcels, Inc./Reliable | $235.00 |
| Delivery Charges | Federal Express | $310.62 |
| Long Distance | | $0.00 |
| Postage | | $0.00 |
| Filing Fees | | $0.00 |
| Computer Research | Westlaw/Pacer | $171.70 |
| Meals | | $223.90 |
| Outside Professional Services | Parcels, Inc. (Virtual Docket) | $0.00 |
| Local Counsel Fee | Womble Carlyle | $0.00 |
| **Total** | | **$1,150.12** |

8475235 v1