# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2015 through January 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $90.00 |
| Photos/Art/ Spec Duplicating | Out of Office | 1,527.81 |
| Travel | | 284.80 |
| Courier/Delivery Service | | 1,783.80 |
| Computer Research | Westlaw | 157.14 |
| In-House Duplicating | | 71.70 |
| Postage | | 95.07 |
| Pacer | | 11.30 |
| Process Server | | 391.08 |
| Conference Calls | | 44.00 |
| Use of Facilities/Equipment | | 1,519.00 |
| **Total Expenses** | | **$5,975.70** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1248846 | 12/10/14 | B | 90.00 | Court Costs - AMERICAN EXPRESS - USBC - AMEND SCHEDULES - 12/10/14 | 503 | 904 | 206724 |
| 1239043 | 12/18/14 | B | 197.20 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - FAX BROADCAST - 12/18/14 | 510 | 684 | 206366 |
| 1247623 | 01/09/15 | B | 1,049.93 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPS, POSTAGE, HA DELIVERIES -1/9/15 | 510 ND | 971 | 206643 |
| 1247627 | 01/15/15 | B | 193.20 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 1/15/ | 510 15 | 684 | 206647 |
| 1249336 | 01/26/15 | B | 67.73 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, POSTAGE, HAND DELIVER - 1/26/15 | 510 Y | 684 | 206854 |
| 1249337 | 01/26/15 | B | 19.75 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, HAND DELIVERIES - 1/26/15 | 510 | 684 | 206855 |
| 1243636 | 11/04/14 | B | 101.60 | Travel - ROADRUNNER EXPRESS INC. - CAR FOR MI KENNEDDY FROM HOTEL DUPONT TO PHL INTERNATION - 11/4/14 | 511 AL | 209 | 206537 |
| 1243637 | 11/07/14 | B | 183.20 | Travel - ROADRUNNER EXPRESS INC. - CAR TO AND FROM PHL INTERNATIONAL FROM DOWNTOWN WILMINGT - 11/6/14 AND 11/7/14 | 511 ON | 209 | 206537 |
| 1248834 | 12/03/14 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - 12/3/14 | 514 | 684 | 206724 |
| 1241063 | 12/19/14 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 12/18/14 - 12/19/14 | 514 | 000 | 206402 |
| 1241065 | 12/23/14 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 12/23/14 | 514 | 000 | 206403 |
| 1241043 | 12/31/14 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 12/31/14 | 514 | 000 | 206401 |
| 1247736 | 01/05/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - COURIER SERVICES THROUGH 1/10/15 | 514 | 000 | 206654 |
| 1247488 | 01/15/15 | B | 33.63 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 206630 |
| 1247498 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247499 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247500 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247501 | 01/15/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247502 | 01/15/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247503 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247504 | 01/15/15 | B | 16.48 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247505 | 01/15/15 | B | 27.36 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247506 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247507 | 01/15/15 | B | 22.91 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247508 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |

Nortel Networks, Inc.                                                    PRO FORMA  369970      AS OF 01/31/15                                       INVOICE# ******
63989-DIP
DATE: 02/18/15 15:37:50

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1247509 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247510 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247511 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247512 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247513 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247514 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247515 | 01/15/15 | B | 20.45 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247516 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247517 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247518 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247519 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247520 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247521 | 01/15/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247522 | 01/15/15 | B | 22.91 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247523 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247524 | 01/15/15 | B | 22.17 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247525 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247526 | 01/15/15 | B | 26.15 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247527 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247528 | 01/15/15 | B | 22.65 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247529 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247530 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247531 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247532 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247533 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247534 | 01/15/15 | B | 26.15 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247535 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247536 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247537 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247538 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247539 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247540 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247541 | 01/15/15 | B | 27.13 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247542 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247543 | 01/15/15 | B | 25.06 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247544 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247545 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247546 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/18/15 15:37:50

PRO FORMA 369970   AS OF 01/31/15   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1247547 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247548 | 01/15/15 | B | 26.15 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247549 | 01/15/15 | B | 22.91 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247550 | 01/15/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247551 | 01/15/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247552 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247553 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247554 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247555 | 01/15/15 | B | 26.15 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247556 | 01/15/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247557 | 01/15/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247558 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247559 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247560 | 01/15/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247561 | 01/15/15 | B | 27.36 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247562 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247563 | 01/15/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247564 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247565 | 01/15/15 | B | 27.36 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247566 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247567 | 01/15/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 206632 |
| 1247588 | 01/15/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206634 |
| 1247750 | 01/17/15 | B | 24.95 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC- COURIER SERVICES THROUGH 1/17/15 | 514 | 000 | 206655 |
| 1260814 | 01/30/15 | B | 20.45 | Courier/Delivery Service | 514 | 322 | 206956 |
| 1260815 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 206956 |
| 1261391 | 01/30/15 | B | 33.63 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 206969 |
| 1247838 | 01/20/15 | B | 157.14 | Computer Research - Westlaw Search Performed by: ALLEMAN,WILLIAM | 515 | 964 | |
| 1239215 | 12/31/14 | B | 6.30 | In-House Duplicating | 519 | 971 | |
| 1241132 | 01/08/15 | B | 0.40 | In-House Duplicating | 519 | 605 | |
| 1241133 | 01/12/15 | B | 19.20 | In-House Duplicating | 519 | 684 | |
| 1242665 | 01/14/15 | B | 9.60 | In-House Duplicating | 519 | 605 | |
| 1247426 | 12/05/14 | B | 5.95 | Postage - 12/5/14 | 520 | 000 | |
| 1247429 | 12/05/14 | B | 5.46 | Postage - 12/5/14 | 520 | 000 | |
| 1247433 | 12/12/14 | B | 60.00 | Postage - 12/12/14 | 520 | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/18/15 15:37:50  

PRO FORMA  369970    AS OF 01/31/15    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1247451 | 12/19/14 | B | 9.87 | Postage - 12/19/14 | 520 | 000 | |
| 1247455 | 12/19/14 | B | 1.40 | Postage - 12/19/14 | 520 | 000 | |
| 1247458 | 12/19/14 | B | 7.35 | Postage - 12/19/14 | 520 | 000 | |
| 1247468 | 12/24/14 | B | 4.06 | Postage - 12/24/14 | 520 | 000 | |
| 1247473 | 12/24/14 | B | 0.98 | Postage - 12/24/14 | 520 | 000 | |
| 1243459 | 12/31/14 | B | 11.30 | Pacer charges for the month of December | 529 | 000 | |
| 1261412 | 01/31/15 | B | 1,519.00 | Use of Facilities/Equipment - PARTNER OFFICE STORAGE - JANUARY 2015 | 540S | 400 | |
| 1239216 | 01/05/15 | B | 5.25 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1239217 | 01/05/15 | B | 0.25 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1239940 | 01/06/15 | B | 1.00 | In-House Printing - black & white Call time: 17:58; to | 541 | 605 | |
| 1239941 | 01/06/15 | B | 0.05 | In-House Printing - black & white Call time: 17:58; to | 541 | 605 | |
| 1241134 | 01/12/15 | B | 1.60 | In-House Printing - black & white Call time: 15:51; to | 541 | 684 | |
| 1241135 | 01/12/15 | B | 2.40 | In-House Printing - black & white Call time: 15:53; to | 541 | 684 | |
| 1241136 | 01/12/15 | B | 3.95 | In-House Printing - black & white Call time: 14:09; to | 541 | 684 | |
| 1241137 | 01/13/15 | B | 3.95 | In-House Printing - black & white Call time: 13:59; to | 541 | 684 | |
| 1241138 | 01/13/15 | B | 3.70 | In-House Printing - black & white Call time: 14:03; to | 541 | 684 | |
| 1241139 | 01/13/15 | B | 0.15 | In-House Printing - black & white Call time: 14:03; to | 541 | 684 | |
| 1242666 | 01/14/15 | B | 1.10 | In-House Printing - black & white Call time: 17:34; to | 541 | 605 | |
| 1242667 | 01/14/15 | B | 0.10 | In-House Printing - black & white Call time: 17:34; to | 541 | 605 | |
| 1242668 | 01/14/15 | B | 1.10 | In-House Printing - black & white Call time: 17:45; to | 541 | 605 | |
| 1242669 | 01/14/15 | B | 0.10 | In-House Printing - black & white Call time: 17:45; to | 541 | 605 | |
| 1244519 | 01/21/15 | B | 1.50 | In-House Printing - black & white Call time: 19:10; to | 541 | 605 | |
| 1244520 | 01/21/15 | B | 0.30 | In-House Printing - black & white Call time: 19:10; to | 541 | 605 | |
| 1244521 | 01/26/15 | B | 1.70 | In-House Printing - black & white Call time: 18:20; to | 541 | 605 | |
| 1244522 | 01/26/15 | B | 1.75 | In-House Printing - black & white Call time: 18:22; to | 541 | 605 | |
| 1244523 | 01/26/15 | B | 1.65 | In-House Printing - black & white Call time: 18:24; to | 541 | 605 | |
| 1256794 | 01/30/15 | B | 4.50 | In-House Printing - black & white Call time: 17:08; to | 541 | 904 | |
| 1256795 | 01/30/15 | B | 0.10 | In-House Printing - black & white Call time: 17:08; to | 541 | 904 | |
| 1239041 | 12/17/14 | B | 391.08 | Process Server - DLS DISCOVERY - BANKRUPTCY SERVICE ON 40 PARTIES - 12/17/14 | 550 | 684 | 206364 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/18/15 15:37:50

PRO FORMA 369970        AS OF 01/31/15        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1248851 | 12/12/14 | B | 44.00 | Conference Calls - AMERICAN EXPRESS - COURTCA -12/12/14 | 552H | 904 | 206724 |
| | | | 5,975.70 | | | | |