IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                       Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 15165 & 15175** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 19, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Kimberly Murray Cruse

Sworn to before me this
19th day of February, 2015

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

          Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    DIV X NETWORKS
        4780 EASTGATE MALL
        SAN DIEGO, CA 92121

DIV X NETWORKS
10350 SCIENCE CENTER DR.
SAN DIEGO CA 92121

Please note that your schedule in the above referenced case and in the amount of $77,738.50 has been transferred **(unless previously expunged by court order)** to:

        TRC MASTER FUND LLC
        TRANSFEROR: DIV X NETWORKS
        ATTN: TERREL ROSS
        PO BOX 633
        WOODMERE, NY 11598

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        DISTRICT OF DELAWARE
        824 NORTH MARKET STREET, 3RD FLOOR
        WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15175 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2015

David D. Bird, Clerk of Court

/s/ Kimberly Murray
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 19, 2015.

# EXHIBIT B

```
TIME: 11:52:16                                    NORTEL NETWORKS INC.                                              PAGE:   1
DATE: 02/19/15                                      CREDITOR LISTING

Name                     Address
DIV X NETWORKS           10350 SCIENCE CENTER DR. SAN DIEGO CA 92121
DIV X NETWORKS           4780 EASTGATE MALL SAN DIEGO CA 92121
DMITRY FONAREV           10 JOHN POULIER RD LEXINGTON MA 02421
HAIN CAPITAL HOLDINGS, LLC   TRANSFEROR: DMITRY FONAREV ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
TRC MASTER FUND LLC      TRANSFEROR: DIV X NETWORKS ATTN: TERREL ROSS PO BOX 633 WOODMERE NY 11598

Total Number of Records Printed     5
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006