## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: March 12, 2015 at 4:00 p.m.**<br>**Hearing Date: To be determined** |

### SEVENTIETH MONTHLY AND FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014</u>

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 19, 2009, *nunc pro tunc* to January 26, 2009 |
| Monthly period for which compensation and reimbursement are sought: | November 1, 2014 through November 16, 2014 |
| Amount of Monthly Compensation sought as actual, reasonable, and necessary: | $12,444.00    (80% of $15,555.00) |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable, and necessary: | $4,942.88 |
| Final Period for which compensation and reimbursement are sought: | January 26, 2009 through  November 16, 2014[2] |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2]  Richards, Layton and Finger, P.A. ("RL&F") has rendered and anticipates rendering additional services and anticipates incurring additional reimbursable expenses in connection with its retention as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") for the period November 17, 2014 through the date

Amount of Final Compensation sought as
actual, reasonable, and necessary:                    $1,209,144.50[3]

Amount of Final Expense Reimbursement
sought as actual, reasonable, and necessary:      $221,910.78[4]

This is a(n): _X_ monthly      ____ interim      _X__     final application

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 3/31/09 | 1/26/09 - 2/28/09 | $33,806.50 | $9,013.45 |
| 4/27/09 | 3/1/09 - 3/31/09 | $9,557.50 | $2,370.03 |
| 5/28/09 | 4/1/09 - 4/30/09 | $5,003.00 | $579.58 |
| 6/30/09 | 5/1/09 - 5/31/09 | $5,940.50 | $1,746.88 |
| 7/31/09 | 6/1/09 - 6/30/09 | $11,247.50 | $1,479.03 |
| 8/28/09 | 7/1/09 - 7/31/09 | $7,799.50 | $1,883.69 |
| 9/30/09 | 8/1/09 - 8/31/09 | $5,632.00 | $579.60 |
| 10/29/09 | 9/1/09 - 9/30/09 | $10,652.50 | $1,651.38 |
| 11/30/09 | 10/1/09 - 10/31/09 | $7,559.00 | $1,899.58 |
| 12/31/09 | 11/1/09 - 11/30/09 | $5,920.00 | $1,424.32 |

---

of the Final Fee Hearing (the "Estimated Period") as follows: (i) combined attorney and paralegal time which is anticipated to be less than $5,000 in total fees; and (ii) expenses including, but not limited to photocopying, postage, business meals and delivery charges which is anticipated to be less than $1,000 (together, the "Estimated Amounts"). The foregoing figures are merely estimates and are strictly without prejudice to RL&F's right to request payment for all fees and expenses incurred in connection with its representation of the Committee during the Estimated Period. RL&F will true-up all fees and expenses incurred during the Estimated Period prior to the hearing to consider approval of this final fee application and will reflect its actual, reconciled, compensation figures in the form of order presented to the Court at the hearing to consider approval of this final application. Moreover, RL&F will file appropriate time and expense detail with the Court with respect to its fees and expenses incurred during the Estimated Period.

[3] This amount is subject to augmentation based on the fees incurred by RL&F during the Estimated Period. As set forth above, the Estimated Amounts are estimates without prejudice to RL&F's right to true-up all fees and expenses prior to the hearing on this final application.

[4] This amount is subject to augmentation based on the fees incurred by RL&F during the Estimated Period. As set forth above, the Estimated Amounts are estimates without prejudice to RL&F's right to true-up all fees and expenses prior to the hearing on this final application.

RLF1 11402297v.1

| | | | |
|---|---|---|---|
| 1/27/10 | 12/1/09 - 12/31/09 | $7,969.50 | $2,546.64 |
| 2/23/10 | 1/1/10 - 1/31/10 | $7,779.50 | $2,896.33 |
| 3/26/10 | 2/1/10 - 2/28/10 | $9,673.50 | $2,025.44 |
| 4/28/10 | 3/1/10 - 3/31/10 | $15,121.50 | $4,944.86 |
| 5/26/10 | 4/1/10 - 4/30/10 | $3,958.50 | $928.23 |
| 6/24/10 | 5/1/10 - 5/31/10 | $4,552.00 | $656.31 |
| 7/29/10 | 6/1/10 - 6/30/10 | $7,002.00 | $610.59 |
| 8/25/10 | 7/1/10 - 7/31/10 | $7,160.50 | $708.00 |
| 9/30/10 | 8/1/10 - 8/31/10 | $8,999.50 | $743.10 |
| 10/22/10 | 9/1/10 - 9/30/10 | $11,743.00 | $914.94 |
| 11/19/10 | 10/1/10 - 10/31/10 | $9,773.00 | $880.56 |
| 12/23/10 | 11/1/10 - 11/30/10 | $10,174.50 | $1,285.36 |
| 1/27/11 | 12/1/10 - 12/31/10 | $9,435.00 | $2,467.63 |
| 2/25/11 | 1/1/11 - 1/31/11 | $9,257.50 | $1,577.91 |
| 3/18/11 | 2/1/11 - 2/28/11 | $7,777.00 | $991.55 |
| 4/27/11 | 3/1/11 - 3/31/11 | $8,985.50 | $785.77 |
| 5/25/11 | 4/1/11 - 4/30/11 | $25,558.00 | $1,659.92 |
| 6/23/11 | 5/1/11 - 5/31/11 | $16,602.00 | $1,366.02 |
| 7/20/11 | 6/1/11 - 6/30/11 | $34,746.00 | $17,651.49 |
| 8/16/11 | 7/1/11 - 7/31/11 | $19,498.50 | $1,855.69 |
| 9/27/11 | 8/1/11 - 8/31/11 | $14,110.50 | $2,243.58 |
| 10/19/11 | 9/1/11 - 9/30/11 | $20,344.00 | $956.79 |
| 11/21/11 | 10/1/11 - 10/31/11 | $16,196.00 | $3,501.41 |
| 12/22/11 | 11/1/11 - 11/30/11 | $12,571.00 | $1,849.43 |
| 1/25/12 | 12/1/11 - 12/31/11 | $8,644.00 | $416.69 |
| 2/23/12 | 1/1/12 - 1/31/12 | $5,437.50 | $444.82 |
| 3/21/12 | 2/1/12 - 2/29/12 | $15,896.50 | $1,281.19 |

RLF1 11402297v.1

| | | | |
|---|---|---|---|
| 4/24/12 | 3/1/12 - 3/31/12 | $21,358.00 | $2,033.24 |
| 5/18/12 | 4/1/12 - 4/30/12 | $9,653.00 | $630.86 |
| 6/25/12 | 5/1/12 - 5/31/12 | $17,041.50 | $714.05 |
| 7/26/12 | 6/1/12 - 6/30/12 | $11,818.00 | $775.83 |
| 8/23/12 | 7/1/12 - 7/31/12 | $13,581.50 | $2,017.84 |
| 9/26/12 | 8/1/12 - 8/31/12 | $19,444.50 | $1,634.84 |
| 10/31/12 | 9/1/12 - 9/30/12 | $13,158.50 | $621.75 |
| 11/21/12 | 10/1/12 - 10/31/12 | $11,332.00 | $1,411.55 |
| 12/28/12 | 11/1/12 - 11/30/12 | $11,483.00 | $2,676.89 |
| 1/28/13 | 12/1/12 - 12/31/12 | $4,512.50 | $413.68 |
| 2/22/13 | 1/1/13 - 1/31/13 | $9,967.00 | $1,573.44 |
| 3/26/13 | 2/1/13 - 2/28/13 | $14,807.00 | $1,913.89 |
| 4/29/13 | 3/1/13 - 3/31/13 | $20,029.50 | $4,580.15 |
| 5/24/13 | 4/1/13 - 4/30/13 | $29,386.50 | $3,846.53 |
| 7/29/13 | 5/1/13 - 5/31/13 | $29,606.00 | $1,705.30 |
| 7/26/13 | 6/1/13 - 6/30/13 | $21,742.00 | $4,126.11 |
| 8/30/13 | 7/1/13 - 7/31/13 | $16,653.50 | $553.88 |
| 9/27/13 | 8/1/13 - 8/31/13 | $9,434.50 | $3,816.35 |
| 10/22/13 | 9/1/13 - 9/30/13 | $15,102.00 | $434.44 |
| 11/26/13 | 10/1/13 - 10/31/13 | $24,203.00 | $1,836.51 |
| 12/18/13 | 11/1/13 - 11/30-13 | $17,360.00 | $1,583.10 |
| 1/30/14 | 12/1/13 - 12/31/13 | $10,296.50 | $620.83 |
| 2/26/14 | 1/1/14 - 1/31/14 | $37,244.50 | $4,609.85 |
| 3/20/14 | 2/1/14 - 2/28/14 | $18,807.00 | $1,448.73 |
| 4/30/14 | 3/1/14 - 3/31/14 | $20,944.50 | $9,755.67 |
| 5/28/14 | 4/1/14 - 4/30/14 | $50,665.00 | $4,202.78 |
| 7/1/14 | 5/1/14 - 5/31/14 | $111,623.00 | $23,891.17 |

RLF1 11402297v.1

| 7/31/14 | 6/1/14 - 6/30/14 | $66,031.00 | $27,691.09 |
| 8/27/14 | 7/1/14 - 7/31/14 | $30,526.50 | $4,989.67 |
| 9/24/14 | 8/1/14 - 8/31/14 | $29,638.50 | $4,425.90 |
| 10/29/14 | 9/1/14 - 9/30/14 | $34,625.50 | $14,523.74 |
| 11/25/14 | 10/1/14 - 10/31/14 | $9,429.00 | $1,090.45 |
| 2/20/15 | 11/1/14 - 11/16/14 | $15,555.00 | $4,942.88 |

RLF1 11402297v.1

## MONTHLY COMPENSATION BY PROFESSIONAL
## NOVEMBER 1, 2014 THROUGH NOVEMBER 16, 2014

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $800 | 0.1 | $80.00 |
| Christopher M. Samis | Joined firm as associate in 2006. Member of DE & PA Bars since 2006. | $465 | 25.8 | $11,997.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $235 | 13.9 | $3,266.50 |
| Lindsey A. Edinger | Paralegal since 2013. Joined firm in 2013. | $235 | 0.9 | $211.50 |
| **TOTAL** | | | **40.7** | **$15,555.00** |

| | |
|---|---|
| Grand Total | $15,555.00 |
| Attorney Compensation | $12,077.00 |
| Total Attorney Hours | 25.9 |
| Blended Rate | $466.29 |

RLF1 11402297v.1

## FINAL COMPENSATION BY PROFESSIONAL
## <u>JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014</u>

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $610 | 2.1 | $1,281.00 |
| | | $675 | 2.9 | $1,957.50 |
| | | $725 | 16.8 | $12,180.00 |
| | | $750 | 0.3 | $225.00 |
| | | $775 | 0.6 | $465.00 |
| | | $800 | 12.7 | $10,160.00 |
| Robert J. Stearn, Jr. | Joined Firm as associate in 1990. Director in 1998. Member of DE Bar since 1990. | $600 | 0.1 | $60.00 |
| | | $650 | 1.0 | $650.00 |
| Russell Silberglied | Joined firm as associate in 1995. Director in 2002. Member of PA & DE Bars since 1996 | $625 | 0.1 | $62.50 |
| Mark A. Kurtz | Joined firm as associate in 2004. Member of De Bar since 2005. | $280 | 0.5 | $140.00 |
| Michael W. Romanczuk | Joined firm as associate in 2004. Member of DE Bar since 2005. | $280 | 43.6 | $12,208.00 |
| | | $365 | 1.0 | $365.00 |
| Christopher M. Samis | Joined firm as associate in 2006. Member of DE Bar since 2006. | $275 | 162.1 | $44,577.50 |
| | | $315 | 123.5 | $38,902.50 |
| | | $340 | 308.9 | $105,026.00 |
| | | $375 | 210.6 | $78,975.00 |
| | | $450 | 361.1 | $162,495.00 |
| | | $465 | 733.5 | $341,077.50 |
| | | $225 | 1.6 | $360.00 |
| | | ½ Travel | | |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| L. Katherine Good | Joined firm as associate in 2007.  Member of PA Bar since 2007.  Member of DE Bar since 2008 | $450 | 0.6 | $270.00 |
| | | $465 | 2.0 | $930.00 |
| Drew G. Sloan | Joined firm as associate in 2007.  Member of DE Bar since 2007. | $255 | 47.7 | $12,163.50 |
| | | $315 | 58.5 | $18,427.50 |
| | | $340 | 71.0 | $24,140.00 |
| | | $375 | 73.8 | $27,675.00 |
| Andrew C. Irgens | Joined firm as associate in 2008.  Member of DE Bar since 2009. | $230 | 0.9 | $207.00 |
| | | $255 | 6.1 | $1,555.50 |
| | | $325 | 6.9 | $2,242.50 |
| | | $400 | 1.6 | $640.00 |
| Travis A. McRoberts | Joined firm as associate in 2008.  Member of DE Bar since 2009. | $230 | 5.3 | $1,219.00 |
| | | $280 | 0.1 | $28.00 |
| Travis S. Hunter | Joined firm as associate in 2009.  Member of DE Bar since 2009. | $415 | 0.3 | $124.50 |
| Robert C. Maddox | Joined firm as associate in 2009.  Member of DE Bar since 2009. | $240 | 5.8 | $1,392.00 |
| Tyler Semmelman | Joined firm as associate in 2009.  Member of DE Bar since 2009. | $240 | 0.5 | $120.00 |
| | | $255 | 1.8 | $459.00 |
| | | $300 | 1.8 | $540.00 |
| | | $415 | 5.5 | $2,282.50 |
| Marisa Terranova | Joined firm as associate in 2009.  Member of NJ Bar since 2008.  Member of DE Bar since 2009.  Member of NY Bar since 2010. | $280 | 1.9 | $532.00 |
| Amanda R. Steele | Joined firm as associate in 2010.  Member of DE Bar since 2010. | $350 | 21.3 | $7,455.00 |
| | | $390 | 11.8 | $4,602.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Will Romanowicz | Joined firm as associate in 2012.  Member of DE Bar since 2012. | $340 | 0.3 | $102.00 |
| Shawna C. Bray | Joined firm as associate in 2013.  Member of DE Bar since 2014. | $250 | 2.8 | $700.00 |
| Allison Q. Gerhart | Summer Associate 2011. | $190 | 13.0 | $2,470.00 |
| Jesse Miller | Summer Associate 2014. | $200 | 15.4 | $3,080.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $185 | 90.6 | $16,761.00 |
|  |  | $195 | 216.2 | $42,159.00 |
|  |  | $200 | 196.9 | $39,380.00 |
|  |  | $205 | 211.8 | $43,419.00 |
|  |  | $215 | 200.4 | $43,086.00 |
|  |  | $225 | 76.6 | $17,235.00 |
|  |  | $235 | 142.7 | $33,534.50 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $185 | 0.8 | $148.00 |
|  |  | $195 | 0.6 | $117.00 |
|  |  | $200 | 15.5 | $3,100.00 |
|  |  | $205 | 2.2 | $451.00 |
|  |  | $215 | 4.0 | $860.00 |
|  |  | $225 | 1.7 | $382.50 |
|  |  | $235 | 0.6 | $141.00 |
| Cathy M. Greer | Paralegal since 1990. Joined firm in 2000. | $195 | 1.5 | $292.50 |
|  |  | $200 | 0.7 | $140.00 |
|  |  | $205 | 2.5 | $512.50 |
|  |  | $215 | 2.7 | $580.50 |

RLF1 11402297v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rebecca C. Speaker | Paralegal since 2002. Joined firm in 2001. | $195 | 1.7 | $331.50 |
| | | $200 | 0.9 | $180.00 |
| | | $205 | 0.8 | $164.00 |
| | | $215 | 3.7 | $795.50 |
| | | $225 | 1.1 | $247.50 |
| | | $235 | 6.6 | $1,551.00 |
| Aja E. McDowell | Paralegal since 2002. Joined firm in 2002. | $185 | 0.2 | $37.00 |
| | | $195 | 1.1 | $214.50 |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $185 | 0.7 | $129.50 |
| | | $195 | 5.4 | $1,053.00 |
| | | $200 | 0.5 | $100.00 |
| Marisa C. DeCarli | Paralegal since 2009. Joined firm in 2009. | $195 | 11.5 | $2,242.50 |
| | | $200 | 0.1 | $20.00 |
| Robyn K. Sinclair | Paralegal since 2010. Joined firm in 2010. | $195 | 2.5 | $487.50 |
| | | $200 | 1.1 | $220.00 |
| | | $205 | 0.9 | $184.50 |
| Jamie E. Schairer | Paralegal since 2013. Joined firm in 2013. | $195 | 3.3 | $643.50 |
| | | $200 | 4.4 | $880.00 |
| | | $205 | 1.6 | $328.00 |
| Lindsey A. Edinger | Paralegal since 2013. Joined firm in 2013. | $215 | 5.3 | $1,139.50 |
| | | $225 | 8.9 | $2,002.50 |
| | | $235 | 14.6 | $3,431.00 |
| Tracy A. Cameron | CMA Paralegal since 2005. Joined firm in 1992 | $100 | 9.8 | $980.00 |
| | | $195 | 10.9 | $2,125.50 |
| Rochelle I. Warren | CMA | $90 | 20.3 | $1,827.00 |
| Brenda D. Tobin | CMA | $100 | 115.5 | $11,550.00 |
| | | $105 | 39.8 | $4,179.00 |

RLF1 11402297v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amy B. Anderson | CMA | $100 | 10.7 | $1,070.00 |
|  |  | $105 | 1.7 | $178.50 |
| Daniel D. White | MIS | $235 | 16.8 | $3,948.00 |
| Michael L. Collins | MIS | $200 | 0.4 | $80.00 |
| **TOTAL** |  |  | 3810.5 | $1,209,144.50 |

| | |
|---|---|
| Grand Total | $1,209,144.50 |
| Attorney Compensation | $924,524.50 |
| Total Attorney Hours | 2339.7 |
| Blended Rate | $395.14 |

RLF1 11402297v.1

## MONTHLY COMPENSATION BY PROJECT CATEGORY
### NOVEMBER 1, 2014 THROUGH NOVEMBER 16, 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 0.0 | $0.00 |
| Creditor Inquiries (B) | 0.0 | $0.00 |
| Meetings (C) | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases (D) | 0.0 | $0.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Reorganization/Disclosure Statement (F) | 0.0 | $0.00 |
| Use, Sale, Lease of Assets (G) | 0.0 | $0.00 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 0.0 | $0.00 |
| Court Hearings (J) | 31.3 | $12,817.00 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 0.0 | $0.00 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 1.8 | $814.00 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 0.0 | $0.00 |
| RL&F Fee Applications (R-1) | 0.7 | $233.50 |
| Fee Applications of Others (R-2) | 6.9 | $1,690.50 |
| Vendor/Suppliers (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **40.7** | **$15,555.00** |

RLF1 11402297v.1

## FINAL COMPENSATION BY PROJECT CATEGORY
## JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 261.9 | $60,806.50 |
| Creditor Inquiries (B) | 3.7 | $1,108.00 |
| Meetings (C) | 5.6 | $1,528.50 |
| Executory Contracts/Unexpired Leases (D) | 2.9 | $918.00 |
| Automatic Stay/Adequate Protection (E) | 7.0 | $2,478.50 |
| Plan of Reorganization/Disclosure Statement (F) | 8.2 | $2,762.00 |
| Use, Sale, Lease of Assets (G) | 29.3 | $11,966.00 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 168.5 | $61,853.50 |
| Court Hearings (J) | 1388.3 | $458,885.50 |
| General Corporate/Real Estate (K) | 0.2 | $55.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 2.1 | $652.50 |
| Employee Issues (M) | 63.4 | $22,694.50 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.8 | $360.00 |
| Litigation/Adversary Proceedings (P) | 692.0 | $282,231.00 |
| RL&F Retention (Q-1) | 72.0 | $19,503.50 |
| Retention of Others (Q-2) | 66.1 | $19,951.50 |
| RL&F Fee Applications (R-1) | 250.4 | $64,907.00 |
| Fee Applications of Others (R-2) | 786.3 | $196,068.00 |
| Vendor/Suppliers (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 1.6 | $360.00 |
| Utilities (U) | 0.2 | $55.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **3810.5** | **$1,209,144.50** |

RLF1 11402297v.1

**MONTHLY EXPENSE SUMMARY**
**NOVEMBER 1, 2014 THROUGH NOVEMBER 16, 2014**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $161.23 |
| Conference Calling | | $1,136.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating - 10,253 @ $.10/pg<br>Printing - 2,323 @ $.10/pg | $1,257.60 |
| Outside Reproduction | | $0.00 |
| Electronic Legal Research | | $0.00 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | Diaz Data Services | $363.60 |
| Travel Expenses | *Please see the attached chart* | $1,482.84 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble, Fed Ex | $183.68 |
| Postage | | $22.12 |
| Binding | | $27.50 |
| Business Meals | *Please see the attached chart* | $208.75 |
| Document Retrieval | Pacer | $83.90 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| Stationery Supplies | | $15.66 |
| **TOTAL** | | **$4,942.88** |

14

| BUSINESS MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Meal & # of people | Description | Amount |
| 11/4/2014 | Manhattan Bagel | Breakfast for 7 | Hearing 11/4/14 | $95.00 |
| 11/4/2014 | Cavanaugh's | Lunch for 7 | Hearing 11/4/14 | $113.75 |
| TOTAL | | | | $208.75 |

| TRAVEL EXPENSE DETAIL | | | | |
|---|---|---|---|---|
| Date Posted | Provider | # of People and Destination | Description | Amount |
| 11/4/2014 | Hotel DuPont | 3 rooms - K. Kearns, D. Botter & F. Hodara | Lodging for Co-Counsel for 11/4/14 & 11/5/14 hearing | $1,482.84 |
| TOTAL | | | | $1,482.84 |

RLF1 11402297v.1

## FINAL EXPENSE SUMMARY
## JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $2,348.96 |
| Conference Calling | | $9,094.96 |
| In-House Reproduction (Duplication/Printing) | Copies 474,719 @ $.10/pg Printing 198,715 @ $.10/pg | $67,343.40 |
| Outside Reproduction | | $47,338.70 |
| Electronic Legal Research | | $4,934.89 |
| Filing/Court Fees | | $4,684.10 |
| Court Reporting | | $15,311.65 |
| Travel Expenses | *[See individual charts attached hereto and to each previously filed Monthly Fee Application]* | $1,546.84 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | | $26,093.24 |
| Postage | | $13,941.91 |
| Binding | | $677.00 |
| Business Meals | *[See individual charts attached hereto and to each previously filed Monthly Fee Application]* | $6,062.86 |
| Document Retrieval | | $10,146.48 |
| Equipment Rental | | $3,732.34 |
| Professional Services | | $5,936.04 |
| Overtime | | $1,064.24 |
| Stationery Supplies | | $1,653.17 |
| **TOTAL** | | **$221,910.78** |

16

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: March 12, 2015 at 4:00 p.m.** |
| | ) **Hearing Date: To be determined** |

### SEVENTIETH MONTHLY AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Court's Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members,* dated February 4, 2009 [Docket No. 222] (the "Administrative Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this Seventieth Monthly and Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors (the "Committee") for the Period From January 26, 2009 through November 16, 2014 (the "Application"). By this Application, RL&F seeks a monthly allowance pursuant to the Administrative Order with respect to the sums

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

of $12,444.00 (80% of which is $15,555.00 ) as compensation and $4,942.88 for reimbursement

of actual and necessary expenses for a total of $17,386.88 for the period November 1, 2014

through and including November 16, 2014 (the "Monthly Compensation Period") and a final

allowance pursuant to the Administrative Order with respect to the sums of $1,209,144.50 as

compensation and $221,910.78 for reimbursement of actual and necessary expenses for a total of

$1,431,055.28 for the period January 26, 2009 through and including November 16, 2014 (the

"Final Compensation Period")[2].  In support of this Application, RL&F respectfully represents as

follows:

## Background

1.    On January 14, 2009, (the "Petition Date"), each of the Debtors filed

voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.    On March 19, 2009, this Court entered an order authorizing the retention

of RL&F as co-counsel to the Committee, *nunc pro tunc* to January 26, 2009 (the "Retention

Order").  The Retention Order authorized RL&F to be compensated on an hourly basis and to be

reimbursed for actual and necessary out-of-pocket expenses.

---

[2]    Richards, Layton and Finger, P.A. ("RL&F") has rendered and anticipates rendering additional services
and anticipates incurring additional reimbursable expenses in connection with its retention as co-counsel to the
Official Committee of Unsecured Creditors (the "Committee") for the period November 17, 2014 through the date
of the Final Fee Hearing (the "Estimated Period") as follows: (i) combined attorney and paralegal time which is
anticipated to be less than $5,000 in total fees; and (ii) expenses including, but not limited to photocopying, postage,
business meals and delivery charges which is anticipated to be less than $1,000 (together, the "Estimated
Amounts").  The foregoing figures are merely estimates and are strictly without prejudice to RL&F's right to request
payment for all fees and expenses incurred in connection with its representation of the Committee during the
Estimated Period.  RL&F will true-up all fees and expenses incurred during the Estimated Period prior to the hearing
to consider approval of this final fee application and will reflect its actual, reconciled, compensation figures in the
form of order presented to the Court at the hearing to consider approval of this final application.  Moreover, RL&F
will file appropriate time and expense detail with the Court with respect to its fees and expenses incurred during the
Estimated Period.

3.    On November 19, 2014, RL&F withdrew its appearance as co-counsel to the Committee and Whiteford Taylor and Preston LLC ("WTP") entered its appearance as proposed successor co-counsel to the Committee.

4.    On January 13, 2015, this Court entered an order authorizing the retention of WTP as successor co-counsel to the Committee *nunc pro tunc* to November 17, 2014.

<u>**Compensation Paid and Its Source**</u>

5.    All services for which compensation is requested by RL&F were performed for or on behalf of the Committee.

6.    RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

<u>**Fee Statements**</u>

7.    RL&F's fee statement for the Monthly Compensation Period is attached hereto as <u>Exhibit A</u>.  RL&F's fee statements relating to the Final Compensation Period[3] were attached as <u>Exhibit A</u> to each of the previously filed monthly fee application, and are incorporated herein as though fully set forth herein. These statements contain daily time logs describing the time spent by each attorney and paraprofessional for this period.  To the best of

---

[3] As set forth above, RL&F will true-up all fees and expenses incurred during the Estimated Period prior to the hearing to consider approval of this final Application and will reflect its actual, reconciled, compensation figures in the form of order presented to the Court at the hearing to consider approval of this final Application.  RL&F will file appropriate time and expense detail with the Court with respect to its fees and expenses incurred during the Estimated Period.

3

RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Administrative Order.

### Actual and Necessary Expenses

8.     A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Monthly Compensation Period is attached hereto as Exhibit B.  A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Final Compensation Period[4] were attached as Exhibit B to each of the previously filed monthly fee applications, and are incorporated herein as though fully set forth herein. RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs.  Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

9.     Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost.  RL&F currently is under contract to pay these providers a flat fee every month.  Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

10.     RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services.  In addition, RL&F believes that such charges are in

---

[4] As set forth above, RL&F will true-up all fees and expenses incurred during the Estimated Period prior to the hearing to consider approval of this final Application and will reflect its actual, reconciled, compensation figures in the form of order presented to the Court at the hearing to consider approval of this final Application.  RL&F will file appropriate time and expense detail with the Court with respect to its fees and expenses incurred during the Estimated Period.

accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

11.     The attorneys of RL&F who have rendered professional services in these cases for the Monthly Compensation Period are as follows:  Mark D. Collins and Christopher M. Samis. The paraprofessionals of RL&F who have provided service to these attorneys in these cases for the Monthly Compensation Period are as follows: Barbara J. Witters and Lindsey A. Edinger.   The attorneys of RL&F who have rendered professional services in these cases for the Final Compensation Period are as follows: Mark D. Collins, Robert J. Stearn, Jr., Russell Silberglied, Mark A. Kurtz, Michael W. Romanczuk, Christopher M. Samis, L. Katherine Good, Drew G. Sloan, Andrew C. Irgens, Travis A. McRoberts, Travis S. Hunter, Robert C. Maddox, Tyler Semmelman, Marisa Terranova, Amanda R. Steele, Will Romanowicz, Shawna C. Bray, Allison Q. Gerhart and Jesse Miller. The paraprofessionals of RL&F who have provided service to these attorneys in these cases for the Final Compensation Period are as follows: Barbara J. Witters, Ann Jerominski, Cathy M. Greer, Rebecca C. Speaker, Aja E. McDowell, Janel Gates, Marisa C. DeCarli, Robyn K. Sinclair, Jamie E. Schairer, Lindsey A. Edinger, Tracy A. Cameron, Rochelle I. Warren, Brenda D. Tobin, Amy B. Anderson, Daniel D. White and Michael L. Collins.

12.     RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in

RLF1 11402297v.1

connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

13.    The services rendered by RL&F during the Monthly Compensation Period and the Final Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A attached hereto and Exhibit A attached to each of the previously filed monthly fee applications. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto and Exhibit A attached to each of the previously filed monthly fee applications.

A.    Case Administration/Miscellaneous Matters

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $60,806.50; Total Hours: 261.9

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.    Creditor Inquiries

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $1,108.00; Total Hours: 3.7

This category includes all matters related to responding to creditor inquiries.

C.    Meetings

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

6

Final Compensation Period: Fees: $1,528.50; Total Hours: 5.6

This category includes all matters related to preparing for and attending meetings with debtors, the creditors' committees, individual creditors, the U.S. Trustee and counsel.

D.    Executory Contracts/Unexpired Leases

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $918.00; Total Hours: 2.9

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.    Automatic Stay/Adequate Protection

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $2,478.50; Total Hours: 7.0

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.    Plan of Reorganization/Disclosure Statement

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $2,762.00; Total Hours: 8.2

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G.    Use, Sale, Lease of Assets

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $11,966.00; Total Hours: 29.3

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.    Cash Collateral/DIP Financing

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $0.0; Total Hours: 0.0

This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.    Claims Administration

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $61,853.50; Total Hours: 168.5

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.    Court Hearings

Monthly Compensation Period; Fees: $12,817.00; Total Hours: 31.3

Final Compensation Period; Fees: $458,885.50; Total Hours: 1388.3

This category includes all matters relating to preparation for and attendance at court hearings.

K.    General Corporate/Real Estate

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $55.00; Total Hours: 0.2

8

This category includes all matters relating to transactional, corporate governance and related matters involving the Debtors' business operations or the Committee's governance that are not part of a plan of reorganization or disclosure statement.

L.    Schedules/SOFA/U.S. Trustee Reports

Monthly Compensation Period: Fees: $0.0; Total Hours:  0.0

Final Compensation Period: Fees: $652.50; Total Hours: 2.1

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M.    Employee Issues

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $22,694.50; Total Hours: 63.4

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.    Environmental

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $0.0; Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O.    Tax Issues

Monthly Compensation Period: Fees:  $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $360.00; Total Hours: 0.8

9

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

P.      Litigation/Adversary Proceedings

Monthly Compensation Period: Fees: $814.00; Total Hours: 1.8

Final Compensation Period: Fees: $282,231.00; Total Hours: 692.0

This category includes all matters relating to litigation and adversary proceedings.

Q-1.    RL&F Applications

Monthly Compensation Period: Fees:  $0.0; Total Hours:  0.0

Final Compensation Period: Fees: $19,503.50; Total Hours: 72.0

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2.    Retention of Others

Monthly Compensation Period: Fees: $0.0; Total Hours:  0.0

Final Compensation Period: Fees: $19,951.50; Total Hours: 66.1

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.    RL&F Fee Application

Monthly Compensation Period: Fees: $233.50; Total Hours: 0.7

Final Compensation Period: Fees: $64,907.00; Total Hours: 250.4

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

10

R-2.    Fee Application of Others

Monthly Compensation Period: Fees:  $1,690.50; Total Hours: 6.9

Final Compensation Period: Fees: $196,068.00; Total Hours: 786.3

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.    Vendor/Suppliers

Monthly Compensation Period: Fees: $0.0; Total Hours:  0.0

Final Compensation Period: Fees: $0.0; Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.    Non-Working Travel

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $360.00; Total Hours: 1.6

This category includes all travel time not otherwise chargeable.

U.    Utilities

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $55.00; Total Hours: 0.2

This category includes all matters related to utility issues.

V.    Insurance

Monthly Compensation Period: Fees: $0.0; Total Hours: 0.0

Final Compensation Period: Fees: $0.0; Total Hours: 0.0

This category includes all matters related to insurance policies or coverage.

11

### Valuation of Services

14.     Attorneys and paraprofessionals of RL&F have expended a total of 40.7

hours in connection with this matter during the Monthly Compensation Period, as follows:

### MONTHLY COMPENSATION PERIOD

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 0.1 | $800 |
| Christopher M. Samis | 25.8 | $465 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 13.9 | $235 |
| Lindsey A. Edinger | 0.9 | $235 |

15.     Attorneys and paraprofessionals of RL&F have expended a total of 3810.5

hours in connection with this matter during the Final Compensation Period, as follows:

### FINAL COMPENSATION PERIOD

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 2.1 | $610 |
| Mark D. Collins | 2.9 | $675 |
| Mark D. Collins | 16.8 | $725 |
| Mark D. Collins | 0.3 | $750 |
| Mark D. Collins | 0.6 | $775 |
| Mark D. Collins | 12.7 | $800 |
| Robert J. Stearn, Jr. | 0.1 | $600 |
| Robert J. Stearn, Jr. | 1.0 | $650 |
| Russell Silberglied | 0.1 | $625 |
| Mark A. Kurtz | 0.5 | $280 |
| Michael W. Romanczuk | 43.6 | $280 |
| Michael W. Romanczuk | 1.0 | $365 |
| Christopher M. Samis | 162.1 | $275 |
| Christopher M. Samis | 123.5 | $315 |
| Christopher M. Samis | 308.9 | $340 |
| Christopher M. Samis | 210.6 | $375 |
| Christopher M. Samis | 361.1 | $450 |
| Christopher M. Samis | 733.5 | $465 |
| Christopher M. Samis | 1.6 | $225 ½ Travel |
| L. Katherine Good | 0.6 | $450 |
| L. Katherine Good | 2.0 | $465 |
| Drew G. Sloan | 47.7 | $255 |

12

| | | |
|---|---|---|
| Drew G. Sloan | 58.5 | $315 |
| Drew G. Sloan | 71.0 | $340 |
| Drew G. Sloan | 73.8 | $375 |
| Andrew C. Irgens | 0.9 | $230 |
| Andrew C. Irgens | 6.1 | $255 |
| Andrew C. Irgens | 6.9 | $325 |
| Andrew C. Irgens | 1.6 | $400 |
| Travis A. McRoberts | 5.3 | $230 |
| Travis A. McRoberts | 0.1 | $280 |
| Travis S. Hunter | 0.3 | $415 |
| Robert C. Maddox | 5.8 | $240 |
| Tyler Semmelman | 0.5 | $240 |
| Tyler Semmelman | 1.8 | $255 |
| Tyler Semmelman | 1.8 | $300 |
| Tyler Semmelman | 5.5 | $415 |
| Marisa Terranova | 1.9 | $280 |
| Amanda R. Steele | 21.3 | $350 |
| Amanda R. Steele | 11.8 | $390 |
| Will Romanowicz | 0.3 | $340 |
| Shawna C. Bray | 2.8 | $250 |
| Alison Q. Gerhart | 13.0 | $190 |
| Jesse Miller | 15.4 | $200 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 90.6 | $185 |
| Barbara J. Witters | 216.2 | $195 |
| Barbara J. Witters | 196.9 | $200 |
| Barbara J. Witters | 211.8 | $205 |
| Barbara J. Witters | 200.4 | $215 |
| Barbara J. Witters | 76.6 | $225 |
| Barbara J. Witters | 142.7 | $235 |
| Ann Jerominski | 0.8 | $185 |
| Ann Jerominski | 0.6 | $195 |
| Ann Jerominski | 15.5 | $200 |
| Ann Jerominski | 2.2 | $205 |
| Ann Jerominski | 4.0 | $215 |
| Ann Jerominski | 1.7 | $225 |
| Ann Jerominski | 0.6 | $235 |
| Cathy M. Greer | 1.5 | $195 |
| Cathy M. Greer | 0.7 | $200 |
| Cathy M. Greer | 2.5 | $205 |
| Cathy M. Greer | 2.7 | $215 |
| Rebecca C. Speaker | 1.7 | $195 |
| Rebecca C. Speaker | 0.9 | $200 |
| Rebecca C. Speaker | 0.8 | $205 |

13

| | | |
|---|---|---|
| Rebecca C. Speaker | 3.7 | $215 |
| Rebecca C. Speaker | 1.1 | $225 |
| Rebecca C. Speaker | 6.6 | $235 |
| Aja E. McDowell | 0.2 | $185 |
| Aja E. McDowell | 1.1 | $195 |
| Janel Gates | 0.7 | $185 |
| Janel Gates | 5.4 | $195 |
| Janel Gates | 0.5 | $200 |
| Marisa C. DeCarli | 11.5 | $195 |
| Marisa C. DeCarli | 0.1 | $200 |
| Robyn K. Sinclair | 2.5 | $195 |
| Robyn K. Sinclair | 1.1 | $200 |
| Robyn K. Sinclair | 0.9 | $205 |
| Jamie E. Schairer | 3.3 | $195 |
| Jamie E. Schairer | 4.4 | $200 |
| Jamie E. Schairer | 1.6 | $205 |
| Lindsey A. Edinger | 5.3 | $215 |
| Lindsey A. Edinger | 8.9 | $225 |
| Lindsey A. Edinger | 14.6 | $235 |
| Tracy A. Cameron | 9.8 | $100 |
| Tracy A. Cameron | 10.9 | $195 |
| Rochelle I. Warren | 20.3 | $90 |
| Brenda D. Tobin | 115.5 | $100 |
| Brenda D. Tobin | 39.8 | $105 |
| Amy B. Anderson | 10.7 | $100 |
| Amy B. Anderson | 1.7 | $105 |
| Daniel D. White | 16.8 | $235 |
| Michael L. Collins | 0.4 | $200 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto and Exhibit A to each of the previously filed monthly fee applications. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Committee during the Monthly Compensation Period is $15,555.00 and during the Final Compensation Period is $1,209,144.50.[5]

16.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and

---

[5]    This amount is subject to augmentation based on the fees incurred by RL&F during the Estimated Period.  As set forth above, the Estimated Amounts are estimates without prejudice to RL&F's right to true-up all fees and expenses prior to the hearing on this final fee Application.

14

reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period January 26, 2009 through November 16, 2014, a final allowance be made to RL&F pursuant to the terms of the Administrative Order, with respect to the sum of $1,209,144.50 as compensation for necessary professional services rendered, and the sum of $221,910.78 as reimbursement of actual necessary costs and expenses, for a total of $1,431,055.28[6] and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper. A copy of the proposed final order is attached hereto as Exhibit C.

Dated: February 20, 2015        Respectfully submitted,
       Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: collins@rlf.com
        steele@rlf.com

*Former Co-Counsel to the Committee*

---

[6] This amount is subject to augmentation based on the fees incurred by RL&F during the Estimated Period. As set forth above, the Estimated Amounts are estimates without prejudice to RL&F's right to true-up all fees and expenses prior to the hearing on this final fee Application.

15

## VERIFICATION

STATE OF DELAWARE   )
            ) SS:
COUNTY OF NEW CASTLE  )

    Amanda R. Steele, after being duly sworn according to law, deposes and says:

    a)  I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

    b)  I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

    c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

                       Amanda R. Steele (No. 5530)

SWORN AND SUBSCRIBED before me
this 20th day of February, 2015.

Notary Public
My Commission Expires: 1/30/17