# **<u>EXHIBIT A</u>**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | December 15, 2014<br>Invoice 471519<br>Page 3<br>Client #  732310<br><br>Matter # 165839 |

For services through November 16, 2014
relating to  Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/14 | Review e-mail from M. Fagen re: 11/4/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Fagen re: same (.1); Review e-mail from M. Wunder re: 11/4/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1); Retrieve re: 11/4/14 agenda pleadings (.6); Prepare 11/4/14 hearing binder for C Samis (.8); Retrieve re: 11/4/14 amended agenda (.1); E-mail to distribution re: same (.1); Review 11/4/14 hearing binders x five sets (.5) | Paralegal — Barbara J. Witters | 2.70 hrs. | 235.00 | $634.50 |
| 11/03/14 | Call from A. Evans re: preparation for 11/4/14 hearing (.2); Emails to A. Evans re: preparation for 11/4/14 hearing (.2); Email to A. Qureshi re: pre-PPI mediation session (.1); Prepare for 11/4/14 hearing (2.5); Meet with B. Witters re: preparation for 11/4/14 hearing (.3); Email to M. Fagen re: preparation for 11/4/14 hearing (.1) | Associate — Christopher M. Samis | 3.40 hrs. | 465.00 | $1,581.00 |
| 11/04/14 | Review e-mail from M. Fagen re: F. Hodara 11/7/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Fagen re: same (.1) | Paralegal — Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 11/04/14 | Prepare for 11/4/14 hearing (2.0); Attend 11/4/14 hearing (7.5); Emails to A. Evans re: 11/4/14 hearing logistics (.5); Email to A. Cordo re: 11/4/14 hearing logistics (.1) | Associate — Christopher M. Samis | 10.10 hrs. | 465.00 | $4,696.50 |
| 11/04/14 | Email correspondence with C. Samis and A. Steele re: dial ins (.1); Email correspondence with M. Fagen re: dial ins for 11/5/14 hearing (.1); Register M. Fagen for 11/5/14 dial in (.1); Register A. Qureshi for 11/5/14 dial in (.2); Register A. Evans for 11/5/14 dial in (.1); Register M. Wunder for 11/5/14 dial in (.1); Register C. Kearns for 11/5/14 dial in (.2) | Paralegal — Lindsey A. Edinger | 0.90 hrs. | 235.00 | $211.50 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | December 15, 2014<br>Invoice 471519<br>Page 4<br>Client #  732310<br><br>Matter # 165839 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/14 | Prepare for 11/5/14 hearing (1.0); Attend 11/5/14 hearing (3.5); Email to A. Cordo re: 11/5/14 hearing logistics (.2) | | | | |
| | Associate  Christopher M. Samis | | 4.70 hrs. | 465.00 | $2,185.50 |
| 11/05/14 | Reviewed agenda for 11/7/14 hearing | | | | |
| | Director  Mark D. Collins | | 0.10 hrs. | 800.00 | $80.00 |
| 11/06/14 | Retrieve re: pleadings for 11/7/14 agenda (.5); Review e-mail from M. Fagen re: D. Botter telephonic appearance for 11/7/14 (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Fagen re: same (.1); Prepare 11/7/14 hearing binders (2.0) | | | | |
| | Paralegal  Barbara J. Witters | | 2.80 hrs. | 235.00 | $658.00 |
| 11/07/14 | Assist with preparation of 11/7/14 hearing | | | | |
| | Paralegal  Barbara J. Witters | | 0.50 hrs. | 235.00 | $117.50 |
| 11/07/14 | Prepare for 11/7/14 hearing (1.0); Attend 11/7/14 hearing (4.0); Emails to R. Johnson re: 11/7/14 hearing logistics (.2); Email to B. Witters re: 11/7/14 hearing logistics (.1) | | | | |
| | Associate  Christopher M. Samis | | 5.30 hrs. | 465.00 | $2,464.50 |
| 11/11/14 | Review e-mail from Diaz Data re: 11/4/14 & 11/5/14 hearing transcripts (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal  Barbara J. Witters | | 0.20 hrs. | 235.00 | $47.00 |
| 11/13/14 | Circulate to distribution re: 11/7/14 hearing transcript | | | | |
| | Paralegal  Barbara J. Witters | | 0.10 hrs. | 235.00 | $23.50 |
| 11/13/14 | Retrieve 11/19/14 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal  Barbara J. Witters | | 0.20 hrs. | 235.00 | $47.00 |

Total Fees for Professional Services    $12,817.00

TOTAL DUE FOR THIS INVOICE    $12,817.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519
Page 5
Client #  732310

Matter #  165839

| | |
|---|---:|
| BALANCE BROUGHT FORWARD | $7,299.30 |
| **TOTAL DUE FOR THIS MATTER** | **$20,116.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 15, 2014  
Invoice 471519  
Page 6  

Client #  732310

Matter # 165839

For services through November 16, 2014  
relating to Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 11/03/14 | Emails to J. Alberto re: pre-PPI mediation session (.2); Call to D. Abbott re: pre-PPI mediation session (.2); Emails to F. Hodara, A. Qureshi and others re: pre-PPI mediation session (.3); Email to F. Hodara re: pre-PPI mediation session (.1); Emails to A. Cordo re: pre-PPI mediation session (.2); Email to A. Qureshi re: pre-PPI mediation session (.1); Meetings with A. Qureshi re: pre-PPI mediation session (.6) | | | |
| Associate | Christopher M. Samis | 1.70 hrs. | 465.00 | $790.50 |
| 11/12/14 | Finalize and file affidavit of service re: statement of committee in support of 9019 NNI | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |

| | |
|---|---|
| Total Fees for Professional Services | $814.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$814.00** |
| BALANCE BROUGHT FORWARD | $10,248.20 |
| **TOTAL DUE FOR THIS MATTER** | **$11,062.20** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | December 15, 2014<br>Invoice 471519<br>Page 7<br>Client #  732310<br><br>Matter # 165839 |

For services through November 16, 2014
relating to  RLF Fee Applications

| | | | | | |
|---|---|---|---|---|---|
| 11/03/14 | Email to B. Kahn re: RL&F electronic fee data for September 2014 | | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | | $46.50 |
| | | | | | |
| 11/05/14 | Emails to B. Kahn re: communications with fee auditor | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | | $93.00 |
| | | | | | |
| 11/12/14 | E-mail to B. Kahn re: RLF October estimated fees and expenses (.1);<br>Review RLF October bill memos (.3) | | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | | $94.00 |

| | |
|---|---|
| Total Fees for Professional Services | $233.50 |
| TOTAL DUE FOR THIS INVOICE | $233.50 |
| BALANCE BROUGHT FORWARD | $1,004.10 |
| **TOTAL DUE FOR THIS MATTER** | **$1,237.60** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

December 15, 2014  
Invoice 471519  
Page 8  
Client # 732310

Matter # 165839

For services through November 16, 2014  
relating to Fee Applications of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/14 | Review e-mail from M. Fagen re: Capstone September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 11/04/14 | Review e-mail from M. Wunder re: Cassels Brock August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1) | Paralegal | Barbara J. Witters | 1.10 hrs. | 235.00 | $258.50 |
| 11/05/14 | Emails to M. Fagen re: sealed time records (.2); Email to T. Minott re: sealed time records (.1) | Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 11/06/14 | Retrieve re: notice of substitution of counsel and Cassels retention application (.2); E-mail to C. Samis re: pdfs and word versions of same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 11/07/14 | Prepare cno re: Akin Gump August fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 11/10/14 | Prepare exhibit B re: 22nd interim fee order | Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 11/11/14 | Prepare exhibit B re: 22nd interim fee order (1.5); E-mail to fee professionals re: same (.1); Review e-mails re: comments to exhibit B of same (.2); Revise exhibit B re: same (.2) | Paralegal | Barbara J. Witters | 2.00 hrs. | 235.00 | $470.00 |

Nortel Creditors Committee                                           December 15, 2014
c/o Fred S. Hodara, Esq.                                             Invoice 471519
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                                      Page 9
New York NY  10036                                                   Client #  732310

                                                                     Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 11/12/14 | E-mail to A. Croke re: 22nd interim fee exhibit B (.1); Review e-mail from N. Lim re: comments to same (.1); Revise exhibit B re: 22nd interim fee order (.5); E-mail to M. Maddox re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 235.00 | $188.00 |

                                        Total Fees for Professional Services        $1,690.50


**TOTAL DUE FOR THIS INVOICE**                                       **$1,690.50**
BALANCE BROUGHT FORWARD                                              $2,743.60

**TOTAL DUE FOR THIS MATTER**                                        **$4,434.10**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

December 15, 2014  
Invoice 471519  
Page 10  
Client # 732310  

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 13.90 | 235.00 | 3,266.50 |
| Christopher M. Samis | 25.80 | 465.00 | 11,997.00 |
| Lindsey A. Edinger | 0.90 | 235.00 | 211.50 |
| Mark D. Collins | 0.10 | 800.00 | 80.00 |
| TOTAL | 40.70 | $382.19 | 15,555.00 |

**TOTAL DUE FOR THIS INVOICE**                                                                 $20,497.88

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310