# **EXHIBIT B**



RICHARDS
LAYTON &
FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

December 15, 2014
Invoice 471519

Page 1
Client #  732310
Matter #  165839

---

For disbursements incurred through November 16, 2014
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $27.50 |
| Business Meals | $208.75 |
| Conference Calling | $1,136.00 |
| Court Reporter Services | $363.60 |
| Document Retrieval | $83.90 |
| Long distance telephone charges | $161.23 |
| Messenger and delivery service | $183.68 |
| Photocopying/Printing 10,253 @ $.10/pg. / 2,323 @ $.10/pg. | $1,257.60 |
| Postage | $22.12 |
| Stationery Supplies | $15.66 |
| Travel Expense | $1,482.84 |

Other Charges $4,942.88

TOTAL DUE FOR THIS INVOICE **$4,942.88**

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519

Page 2

Client #  732310

Matter #  165839

BALANCE BROUGHT FORWARD                            $1,090.45

**TOTAL DUE FOR THIS MATTER**                      **$6,033.33**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 15, 2014
Invoice 471519

Page 11

Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 10/30/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/30/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/30/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/30/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/03/14 | Binding/Tabs Velobinding | | BIND |
| | | Amount = $2.50 | |
| 11/03/14 | Binding/Tabs Velobinding | | BIND |
| | | Amount = $15.00 | |
| 11/03/14 | CourtCall | | CONFCALL |
| | | Amount = $261.00 | |
| 11/03/14 | Photocopies | | DUP.10CC |
| | | Amount = $24.00 | |
| 11/03/14 | Photocopies | | DUP.10CC |
| | | Amount = $256.20 | |
| 11/03/14 | Photocopies | | DUP.10CC |
| | | Amount = $350.40 | |
| 11/03/14 | 12123191778 Long Distance | | LD |
| | | Amount = $34.75 | |
| 11/03/14 | 12128728027 Long Distance | | LD |
| | | Amount = $26.41 | |
| 11/03/14 | 12128721000 Long Distance | | LD |
| | | Amount = $2.78 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519

Page 12

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 11/03/14 | 12128727453 Long Distance | | LD |
| | Amount = $84.78 | | |
| 11/03/14 | 12128728072 Long Distance | | LD |
| | Amount = $9.73 | | |
| 11/03/14 | 12128728027 Long Distance | | LD |
| | Amount = $1.39 | | |
| 11/03/14 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 11/03/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $0.80 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $2.30 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/03/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519
Page 13
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $2.10 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519
Page 14
Client #  732310

| Date | Description | | |
|------|-------------|---|---|
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/03/14 | Postage | | POST |
| | | Amount =  $8.96 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount =  $2.50 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount =  $12.10 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount =  $7.40 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount =  $7.00 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount =  $34.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519
Page 15

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 11/03/14 | Printing | Amount = $1.90 | DUP.10CC |
| 11/03/14 | Printing | Amount = $3.90 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/03/14 | Printing | Amount = $3.30 | DUP.10CC |
| 11/03/14 | Printing | Amount = $1.30 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.90 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.60 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.60 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/03/14 | Printing | Amount = $4.40 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.80 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.30 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.50 | DUP.10CC |
| 11/03/14 | Printing | Amount = $4.60 | DUP.10CC |
| 11/03/14 | Printing | Amount = $4.50 | DUP.10CC |
| 11/03/14 | Printing | Amount = $63.40 | DUP.10CC |
| 11/03/14 | Printing | Amount = $0.60 | DUP.10CC |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519

Page 16

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $3.40 | |
| 11/03/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/03/14 | Stationary Supplies | | STAT |
| | | Amount = $15.66 | |
| 11/04/14 | CAVANAUGH'S RESTAURANT: Food Service | | MEALSCL |
| | | Amount = $113.75 | |
| 11/04/14 | HOTEL DUPONT: Acct 072197 | | TRAV |
| | | Amount = $1,482.84 | |
| 11/04/14 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | | Amount = $363.60 | |
| 11/04/14 | MANHATTAN BAGEL COMPANY: Food Service | | MEALSCL |
| | | Amount = $95.00 | |
| 11/04/14 | Photocopies | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/04/14 | Photocopies | | DUP.10CC |
| | | Amount = $84.00 | |
| 11/04/14 | Messenger and delivery | | MESS |
| | | Amount = $10.15 | |
| 11/04/14 | Messenger and delivery | | MESS |
| | | Amount = $61.55 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519

Page 17

Client #  732310

| 11/04/14 | Messenger and delivery | | MESS |
| | | Amount =   $7.20 | |
| 11/04/14 | Messenger and delivery | | MESS |
| | | Amount =   $7.20 | |
| 11/04/14 | Postage | | POST |
| | | Amount =   $13.16 | |
| 11/04/14 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 11/04/14 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 11/04/14 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 11/04/14 | Printing | | DUP.10CC |
| | | Amount =   $6.40 | |
| 11/04/14 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 11/04/14 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 11/04/14 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 11/05/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | | Amount =   $30.48 | |
| 11/05/14 | Messenger and delivery | | MESS |
| | | Amount =   $29.15 | |
| 11/05/14 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 11/05/14 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 11/05/14 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 11/06/14 | Binding/Tabs Velobinding | | BIND |
| | | Amount =   $10.00 | |
| 11/06/14 | Photocopies | | DUP.10CC |
| | | Amount =   $193.40 | |
| 11/06/14 | Photocopies | | DUP.10CC |
| | | Amount =   $117.20 | |
| 11/06/14 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519
Page 18
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 11/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/06/14 | Printing | | DUP.10CC |
| | | Amount =  $49.00 | |
| 11/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/06/14 | Printing | | DUP.10CC |
| | | Amount =  $4.50 | |
| 11/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 11/07/14 | 12128728072 Long Distance | | LD |
| | | Amount =  $1.39 | |
| 11/07/14 | Messenger and delivery | | MESS |
| | | Amount =  $14.90 | |
| 11/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 11/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/10/14 | Messenger and delivery | | MESS |
| | | Amount =  $10.15 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519
Page 19
Client #  732310

| Date | Description | | Code |
|------|-------------|--------|------|
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 11/10/14 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 11/11/14 | CourtCall | | CONFCALL |
| | | Amount = $445.00 | |
| 11/11/14 | CourtCall | | CONFCALL |
| | | Amount = $330.00 | |
| 11/11/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/11/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/11/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/11/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/11/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/11/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/12/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/12/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/12/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/12/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/13/14 | CourtCall | | CONFCALL |
| | | Amount = $100.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 15, 2014
Invoice 471519

Page 20

Client #  732310

TOTALS FOR   732310

Official Committee of the Board of Directors of Nortel
Networks Inc

Expenses    $4,942.88