CLAIMS REGISTER AS OF 02/19/15                                                                                          PAGE: 1,057
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                          CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | SYED, IQBAL<br>4516 SOUTHGATE DRIVE<br>PLANO, TX 75024 | 07174 | 58,364.29 CLAIMED UNSECURED | 03/29/10 | ** LATE FILED ** |
| NO CASE | T-SYSTEMS NORTH AMERICA INC<br>701 WARRENVILLE ROAD<br>LISLE, IL 60532-1375 | 07116 | 22,935.48 CLAIMED UNSECURED<br>**** EXPUNGED **** | 02/22/10<br>06/07/11 | DOCKET NUMBER: 5624 |
| NO CASE | T-SYSTEMS NORTH AMERICA, INC.<br>1901 BUTTERFIELD RD STE 700<br>DOWNERS GROVE, IL 60515-5403 | 03105 | 7,135.48 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/17/09<br>03/08/12 | DOCKET NUMBER: 7354 |
| NO CASE | TAN-ATICHAT, EDDIE<br>46879 CRAWFORD ST<br>FREMONT, CA 94539 | 06483 | 144,614.63 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/29/09<br>12/09/13 | DOCKET NUMBER: 12603 |
| NO CASE | TANNOR PARTNERS CREDIT FUND II, LP<br>TRANSFEROR: TELESOFT<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | 03428 | 17,517.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/22/09<br>06/07/11 | DOCKET NUMBER: 5623 |
| NO CASE | TAYLOR, KENNETH<br>9401 SHADOW OAK WAY<br>RALEIGH, NC 27615 | 03462 | 56,303.27 CLAIMED UNSECURED | 09/22/09 | |
| NO CASE | TAYLOR, THERESA R.<br>5435 TAYLOR AVE.<br>PORT ORANGE, FL 32127 | 00787 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/31/09<br>05/08/12 | DOCKET NUMBER: 7620 |
| NO CASE | TEASLEY, CLIFFORD W<br>7322 STAGGSVILLE RD<br>BAHAMA, NC 27503 | 02123 | 0.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/24/09<br>05/08/12 | DOCKET NUMBER: 7620 |
| NO CASE | TECHNISCHE UNIVERSITAT ILMENAU<br>PF 10 05 65<br>ILMENAU  98684<br>GERMANY | 02610 | 40,000.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/04/09<br>09/30/10 | DOCKET NUMBER: 4053 |
| NO CASE | TELSTRAT INTERNATIONAL, LLP<br>ATTN: JENNIFER SLACK<br>6900 K AVENUE<br>PLANO, TX 75074 | 04395 | 0.00 SCHEDULED<br>53,792.60 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/28/09<br>09/30/10 | DOCKET NUMBER: 4053 |
| NO CASE | TENG, YAO-HUA<br>200 CLARENCE WAY<br>FREMONT, CA 94539 | 01746 | 58,855.20 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/17/09<br>05/08/12 | DOCKET NUMBER: 7620 |

U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CLAIMS REGISTER AS OF 02/19/15                                                                                    PAGE: 1,058
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR: NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                     CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | TENNETI, SURYA<br>97 ORION RD<br>PISCATAWAY, NJ 08854-5412 | 03175 | 0.00 SCHEDULED<br>54,500.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 09/18/09<br>09/23/14 | DOCKET NUMBER: 14458 |
| NO CASE | TESSY, LEITH<br>157 CEDAR STREET<br>LEXINGTON, MA 02421 | 07294 | 412,835.00 CLAIMED PRIORITY | 06/15/10 | AMENDS CLAIM 4755 |
| NO CASE | TESTFORCE SYSTEMS INC<br>9450 TRANS CANADA<br>ST LAURENT, QC H4S 1R7<br>CANADA | 02785 | 72,942.87 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/09/09<br>04/14/10 | DOCKET NUMBER: 2882 |
| NO CASE | TESTFORCE SYSTEMS INC<br>7879 - 8TH STREET NE #111<br>CALGARY, AB T2E 7B2<br>CANADA | 02790 | 72,942.87 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/09/09<br>09/30/10 | DOCKET NUMBER: 4053 |
| NO CASE | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 02787 | 72,942.87 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/09/09<br>04/14/10 | DOCKET NUMBER: 2882 |
| NO CASE | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 02789 | 72,942.87 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/09/09<br>04/14/10 | DOCKET NUMBER: 2882 |
| NO CASE | TEXAS INSTRUMENTS INC<br>12500 T.I. BLVD. M/S 8688<br>ATTENTION: CHARLIE HILL<br>DALLAS, TX 75284-5152 | 02340 | 3,496.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/28/09<br>09/30/10 | DOCKET NUMBER: 4053 |
| NO CASE | THE NEU GROUP INC<br>135 KATONAH AVENUE<br>3RD FLOOR<br>KATONAH, NY 10536 | 02039 | 5,203.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/24/09<br>11/08/10 | DOCKET NUMBER: 4256 |
| NO CASE | THE YIELD MASTER FUND I, L.P.<br>TRANSFEROR: CRT SPECIAL INVESTMENTS LLC<br>ATTN: J. SIVCO<br>4265 SAN FELIPE, 8TH FLOOR<br>HOUSTON, TX 77027 | 01491 | 0.00 CLAIMED UNSECURED | 05/19/09 | CLAIMED UNDET<br><br>Amended By Claim Number 3821 |
| NO CASE | THE YIELD MASTER FUND I, L.P.<br>TRANSFEROR: CRT SPECIAL INVESTMENTS LLC<br>ATTN: J. SIVCO<br>4265 SAN FELIPE, 8TH FLOOR<br>HOUSTON, TX 77027 | 04272 | 702,176.55 CLAIMED UNSECURED | 09/28/09 | |

CLAIMS REGISTER AS OF 02/19/15                                                                                              PAGE: 1,059
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR: NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                               CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN 56003 | 02493 | 1,100.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/31/09<br>04/14/10 | DOCKET NUMBER: 2882 |
| NO CASE | THOMAS, DELORIS F<br>101 EAST TIFFANY LAKES DR., APT. 4<br>WEST PALM BEACH, FL 33407 | 02103 | 0.00 CLAIMED PRIORITY<br>0.00 CLAIMED SECURED<br>18,000.00 CLAIMED UNSECURED<br>18,000.00 TOTAL CLAIMED<br>**** EXPUNGED **** | 08/24/09<br>03/05/13 | DOCKET NUMBER: 9585 |
| NO CASE | THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | 00373 | 36,744.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 02/23/09<br>03/04/14 | DOCKET NUMBER: 13091 |
| NO CASE | THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | 02045 | 37,000.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/24/09<br>02/26/10 | DOCKET NUMBER: 2563 |
| NO CASE | THOMSON, GEORGE<br>28 NORTHUMBERLAND<br>NASHVILLE, TN 37215 | 04236 | 217,474.58 CLAIMED UNSECURED | 09/28/09 | |
| NO CASE | THOMSON, PAUL AND DORINNE<br>14204 53 AVE NW<br>EDMONTON, AB T6H 0T1<br>CANADA | 05595 | 3,239.52 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/30/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | THOMSON, SANDRA AND DORINNE<br>5 HUNCHAK WAY UNIT 16<br>ST ALBERT, AB T8N 6E9<br>CANADA | 05593 | 3,240.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/30/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | THORBOURNE, STELLA AND RONALD<br>5012 - 143 AVE. NW<br>EDMONTON, AB T5A 4R8<br>CANADA | 03066 | 1,355.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/16/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | THORPE, WANDA M<br>6412 FAIRVIEW DR.<br>PENSACOLA, FL 32505 | 07344 | 0.00 CLAIMED UNSECURED | 07/12/10 | ** LATE FILED **CLAIMED UNDET |
| NO CASE | TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 108<br>NAC UNI EDIF MANSION BLANCA P5<br>QUITO<br>ECUADOR | 05842 | 6,720.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 10/02/09<br>01/31/11 | DOCKET NUMBER: 4779 |

CLAIMS REGISTER AS OF 02/19/15                                            PAGE: 1,060
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR: NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300, NASHVILLE, TN 37228                     CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC 27592-9241 | 01642 | 43,061.76 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/05/09<br>02/26/10 | DOCKET NUMBER: 2563 |
| NO CASE | TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC 27592-9241 | 01692 | 43,061.76 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/13/09<br>02/28/14 | DOCKET NUMBER: 13076 |
| NO CASE | TODARO, THOMAS<br>3209 VIRGINIA CREEPER LANE<br>WILLOW SPRING, NC 27592-9241 | 04399 | 43,061.76 CLAIMED PRIORITY<br>**** EXPUNGED **** | 09/28/09<br>02/28/14 | DOCKET NUMBER: 13076 |
| NO CASE | TOGASAKI, GORDON S.<br>SHOTO 1-19-3, SHIBUYA-KU<br>TOKYO  150-0046<br>JAPAN | 04730 | 542,832.21 CLAIMED UNSECURED | 09/29/09 | |
| NO CASE | TORNES, RANDY<br>4761 PAXTON LN<br>FRISCO, TX 75034 | 01335 | 183,160.53 CLAIMED PRIORITY | 06/11/09 | |
| NO CASE | TORRES, LOIS W<br>7240 GEORGE AVE<br>NEWARK, CA 94560 | 02871 | 46,243.49 CLAIMED PRIORITY<br>46,243.49 CLAIMED UNSECURED<br>46,243.49 TOTAL CLAIMED<br>**** EXPUNGED **** | 09/11/09<br>10/03/12 | Claim out of balance<br>DOCKET NUMBER: 8634 |
| NO CASE | TOWNLEY, JEFF<br>4104 PICARDY DR.<br>RALEIGH, NC 27612 | 01008 | 166,553.77 CLAIMED PRIORITY<br>**** EXPUNGED **** | 04/24/09<br>02/26/10 | DOCKET NUMBER: 2563 |
| NO CASE | TOWNLEY, JEFF<br>4115 ENGLISH GARDEN WAY<br>RALEIGH, NC 27612 | 04429 | 213,000.00 CLAIMED PRIORITY | 09/28/09 | |
| NO CASE | TOWNLEY, JEFF<br>4115 ENGLISH GARDEN WAY<br>RALEIGH, NC 27612 | 05628 | 195,117.30 CLAIMED PRIORITY | 09/30/09 | Amends claim 1008 |
| NO CASE | TRALNBERG, BEN<br>9-52304 RR233<br>SHERWOOD PARK, AB T8B 1C9<br>CANADA | 04084 | 4,050.30 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/28/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | TRAVERS, JOHN<br>2821 LA NEVASCA LANE<br>CARLSBAD, CA 92009 | 00963 | 71,095.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 04/17/09<br>02/26/10 | DOCKET NUMBER: 2563 |

```
                                                      CLAIMS REGISTER AS OF 02/19/15                                                      PAGE:  1,061
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                                            CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | TRISKO, KRISTEN W<br>8 ELIZABETH LANE<br>DANVILLE, CA 94526 | 03356 | 0.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 09/21/09<br>05/08/12 | DOCKET NUMBER: 7620 |
| NO CASE | TROP, PRUNER & HU, P.C.<br>1616 S. VOSS RD., STE. 750<br>HOUSTON, TX 77057 | 03759 | 661.50 CLAIMED UNSECURED | 09/25/09 | |
| NO CASE | TROSCLAIR, TERRY<br>2507 SAGE RIDGE DRIVE<br>FRISCO, TX 75034 | 01412 | 23,920.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 06/25/09<br>04/14/10 | DOCKET NUMBER: 2882 |
| NO CASE | TROY, CATHERINE<br>142 TREBLE COVE RD<br>N BILLERICA, MA 01862 | 01979 | 0.00 SCHEDULED<br>19,974.40 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/21/09<br>01/21/10 | DOCKET NUMBER: 2315 |
| NO CASE | TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | 01450 | 19,974.40 CLAIMED UNSECURED<br>**** EXPUNGED **** | 06/29/09<br>01/21/10 | DOCKET NUMBER: 2315 |
| NO CASE | TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | 01975 | 19,974.40 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/21/09<br>01/21/10 | DOCKET NUMBER: 2315 |
| NO CASE | TROY, CATHERINE E<br>142 TREBLE COVE RD<br>N BILLERICA, MA 01862 | 01977 | 19,974.40 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/21/09<br>01/21/10 | DOCKET NUMBER: 2315 |
| NO CASE | TSC INC.<br>18 ALPHONSE CRES.<br>MISSISSAUGA, ON L5M 1A5<br>CANADA | 02908 | 4,095.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/14/09<br>09/30/10 | DOCKET NUMBER: 4053 |
| NO CASE | TULLO, JOHN A<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | 01443 | 75,426.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 06/29/09<br>09/23/14 | DOCKET NUMBER: 14458 |
| NO CASE | TURNER, BRAD<br>198 ALEXANDER CT.<br>LUCAS, TX 75002 | 06139 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 11/19/09 | Amends claim number 1513 from 7/10/2009 |
| NO CASE | TURNER, JAMES C<br>726 UNION CHAPEL ROAD<br>LOUISVILLE, MS 39339 | 02312 | 372.22 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/28/09<br>05/08/12 | DOCKET NUMBER: 7620 |
| NO CASE | TURNER, JUANITA M<br>7116 BLAYLOCK RD<br>BAHAMA, NC 27503 | 02374 | 21,000.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/31/09<br>03/05/13 | DOCKET NUMBER: 9585 |

```
                                                    CLAIMS REGISTER AS OF 02/19/15                                                         PAGE:   1,062
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                                    CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | TUV RHEINLAND<br>TUV RHEINLAND OF NORTH AMERICA<br>PO BOX 33222<br>HARTFORD, CT 06150-3222 | 01878 | 84,135.61 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/20/09<br>03/08/12 | DOCKET NUMBER: 7354 |
| NO CASE | TWISTED PAIR SOLUTIONS<br>3131 ELLIOTT AVENUE, SUITE 200<br>SEATTLE, WA 98121 | 06081 | 0.00 SCHEDULED<br>6,000.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 11/02/09<br>10/14/10 | DOCKET NUMBER: 4163 |
| NO CASE | TYRRELL, SHELDON C<br>46 SPRING ISLAN DR<br>OKATIE, SC 29909 | 03809 | 180,735.84 CLAIMED PRIORITY | 09/25/09 | |
| NO CASE | TYSON, JOHN F.<br>7 HARTFORD PLACE<br>OTTAWA, ON K2R-1A5<br>CANADA | 04762 | 201,401.55 CLAIMED UNSECURED | 09/29/09 | |
| NO CASE | UNISYSTEMS SA<br>19-23 AL PANTON STREET<br>WALLITHEA  17671<br>GREECE | 03420 | 120,224.01 CLAIMED ADMINISTRATIVE<br>**** EXPUNGED **** | 09/22/09<br>08/18/10 | Claim amount of 91,175.50 EUROS<br>DOCKET NUMBER: 3799 |
| NO CASE | UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS B3J3B7<br>CANADA | 02772 | 5,587.15 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/08/09<br>03/09/11 | DOCKET NUMBER: 5089 |
| NO CASE | UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS B3J 3B7<br>CANADA | 06196 | 5,675.59 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/07/09<br>03/08/12 | Amends claim 2772<br>DOCKET NUMBER: 7354 |
| NO CASE | UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: VERIDAN CONNECTIONS<br>5575 KIETZKE LANE, SUITE A<br>RENO, NV 89511 | 01684 | 102,246.60 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/12/09<br>03/08/12 | DOCKET NUMBER: 7354 |
| NO CASE | UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: KHADBAI, AZIZ<br>5575 KIETZKE LANE, SUITE A<br>RENO, NV 89511 | 00833 | 10,950.00 CLAIMED PRIORITY<br>1,243,838.91 CLAIMED UNSECURED<br>1,254,788.91 TOTAL CLAIMED | 04/06/09 | |
| NO CASE | UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: KHADBAI, AZIZ<br>5575 KIETZKE LANE, SUITE A<br>RENO, NV 89511 | 04219 | 0.00 SCHEDULED<br>400,984.09 CLAIMED PRIORITY | 09/28/09 | Amends claim 833<br><br>Amended By Claim Number 8026 |

```
                                           CLAIMS REGISTER AS OF 02/19/15                                            PAGE: 1,063
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                       CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

CASE          CLAIMANT NAME & ADDRESS                    CLAIM #          AMOUNT/DESCRIPTION              DATE          REMARKS
───────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────
NO CASE       UNITED STATES DEBT RECOVERY XI, LP         03706            168,361.82 CLAIMED UNSECURED    09/24/09      Amends claim 390.
              TRANSFEROR: PALMER, CAROLYN G.
              5575 KIETZKE LANE, SUITE A
              RENO, NV 89511

NO CASE       USX FEDERAL CREDIT UNION                   02163                 0.00 SCHEDULED             08/24/09
              600 GRANT                                                   12,700.00 CLAIMED UNSECURED
              PITTSBURGH, PA 15219                                        **** WITHDRAWN ****

NO CASE       VAHDAT, VAHID                              02252            42,456.00 CLAIMED PRIORITY      08/27/09
              4247 BONAVITA PLACE                                         **** EXPUNGED ****              01/21/10      DOCKET NUMBER: 2315
              ENCINO, CA 91436

NO CASE       VAHDAT, VAHID                              02253                 0.00 SCHEDULED             08/27/09
              4247 BONA VITA PLACE                                        42,456.00 CLAIMED PRIORITY
              ENCINO, CA 91436                                            **** EXPUNGED ****              01/21/10      DOCKET NUMBER: 2315

NO CASE       VAHDAT, VAHID                              02350            42,456.00 CLAIMED PRIORITY      08/28/09
              4247 BONAVITA PLACE                                         **** EXPUNGED ****              01/21/10      DOCKET NUMBER: 2315
              ENCINO, CA 91436

NO CASE       VAHDAT, VAHID                              02390            42,456.00 CLAIMED PRIORITY      08/31/09
              4247 BONAVITA PLACE                                         **** EXPUNGED ****              03/04/14      DOCKET NUMBER: 13091
              ENCINO, CA 91436

NO CASE       VAN, RICHARD A                             01724            40,000.00 CLAIMED UNSECURED     08/17/09
              42106 COSMIC DR                                             **** EXPUNGED ****              03/05/13      DOCKET NUMBER: 9585
              TEMECULA, CA 92592-3279

NO CASE       VANDYKE, DELIA M                           02618             8,110.19 CLAIMED PRIORITY      09/04/09
              2067 SANDERS RD                                             **** EXPUNGED ****              03/22/12      DOCKET NUMBER: 7432
              STEM, NC 27581

NO CASE       VARMA, ANJALI                              03001            38,365.38 CLAIMED UNSECURED     09/14/09
              3308 ROSEDALE AVE                                           **** EXPUNGED ****              12/12/12      DOCKET NUMBER: 9098
              DALLAS, TX 75205

NO CASE       VARVIS, PETER                              04492                11.28 CLAIMED UNSECURED     09/29/09
              C/O SCOTIA TRUST AS AGENTS                                  **** EXPUNGED ****              06/24/10      DOCKET NUMBER: 3219
              202, 10060 JASPER AVE
              EDMONTON, AB T5J 3R8
              CANADA

NO CASE       VASERFIRER, IRINA                          04326               159.66 CLAIMED UNSECURED     09/28/09
              1426 LUCKENBACH DR
              ALLEN, TX 75013
```

```
                                                  CLAIMS REGISTER AS OF 02/19/15                                                PAGE: 1,064
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                                  CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

CASE       CLAIMANT NAME & ADDRESS                        CLAIM #           AMOUNT/DESCRIPTION            DATE         REMARKS

NO CASE    VASTINE, TIMOTHY                               04593                  0.00 SCHEDULED           09/29/09
           106 TEJAS TRAIL                                                  29,952.40 CLAIMED PRIORITY    05/08/12     DOCKET NUMBER: 7620
           CRANDALL, TX 75114                                                   **** EXPUNGED ****

NO CASE    VAUGHN, DON                                    01493             51,100.00 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       04/02/13     DOCKET NUMBER: 9938
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01494              7,407.75 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       01/21/10     DOCKET NUMBER: 2324
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01495             26,456.04 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       01/21/10     DOCKET NUMBER: 2324
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01496             97,005.32 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       01/21/10     DOCKET NUMBER: 2324
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01497             21,142.59 CLAIMED PRIORITY    07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       01/21/10     DOCKET NUMBER: 2324
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01498             31,695.46 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       01/21/10     DOCKET NUMBER: 2324
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01499            530,465.01 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       01/21/10     DOCKET NUMBER: 2324
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01500             75,600.00 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       04/02/13     DOCKET NUMBER: 9938
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01501              2,520.00 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01502              9,525.60 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE
           PLANO, TX 75074

NO CASE    VAUGHN, DON                                    01503             50,000.00 CLAIMED UNSECURED   07/09/09
           3825 RIDGETOP LANE                                                   **** EXPUNGED ****       04/02/13     DOCKET NUMBER: 9938
           PLANO, TX 75074
```

```
                                       CLAIMS REGISTER AS OF 02/19/15                                             PAGE:  1,065
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                    CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | VAUGHN, MICHAEL<br>124 HELEN PLACE<br>COOKEVILLE, TN 38506 | 05655 | 16,089.69 CLAIMED PRIORITY<br>**** EXPUNGED **** | 09/30/09<br>10/22/13 | DOCKET NUMBER: 11979 |
| NO CASE | VAUGHN, MICHAEL<br>124 HELEN PLACE<br>COOKEVILLE, TN 38506 | 05656 | 0.00 SCHEDULED<br>21,920.19 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/30/09<br>10/22/13 | DOCKET NUMBER: 11979 |
| NO CASE | VENTURA, JAYNE<br>229 24TH STREET<br>MANHATTAN BEACH, CA 90266 | 07051 | 418,182.00 CLAIMED UNSECURED | 02/01/10 | ** LATE FILED ** |
| NO CASE | VENTURA, JAYNE L<br>229 24TH STREET<br>MANHATTAN BEACH, CA 90266 | 01683 | 223,774.00 CLAIMED UNSECURED | 08/12/09 | |
| NO CASE | VENTURINO, STEPHEN<br>1212 JOHNSON RD.<br>PALMYRA, NY 14522 | 02907 | 10,950.00 CLAIMED PRIORITY<br>64,672.16 CLAIMED UNSECURED<br>75,622.16 TOTAL CLAIMED<br>**** EXPUNGED **** | 09/14/09<br>12/12/12 | DOCKET NUMBER: 9098 |
| NO CASE | VERINT AMERICAS INC.<br>ATTN: PAIGE HONEYCUTT<br>800 NORTH POINT PARKWAY<br>ALPHARETTA, GA 30005 | 08723 | 44,572.50 CLAIMED UNSECURED | 12/26/13 | ** LATE FILED ** |
| NO CASE | VIA, RICHARD<br>8805 LINDLEY MILL RD<br>SNOW CAMP, NC 27349 | 04582 | 144,138.59 CLAIMED PRIORITY | 09/29/09 | |
| NO CASE | VIRTUAL CONSOLE LLC<br>7035 LOUBET ST<br>FOREST HILLS, NY 11375-5847 | 01772 | 3,098.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/18/09<br>11/08/10 | DOCKET NUMBER: 4256 |
| NO CASE | VO, KHAI TUAN<br>608 TAYLOR TRAIL<br>MURPHY, TX 75094 | 00397 | 29,096.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 02/24/09<br>03/22/12 | DOCKET NUMBER: 7431 |
| NO CASE | VOGEL, ELAINE E<br>25953 80TH AVE<br>ST. CLOUD, MN 56301 | 02764 | 182.33 CLAIMED PRIORITY<br>**** EXPUNGED **** | 09/08/09<br>05/08/12 | DOCKET NUMBER: 7620 |
| NO CASE | VOGEL, VAL<br>14703 48 ST NW<br>EDMONTON, AB T5Y 2X2<br>CANADA | 05594 | 9,356.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/30/09<br>06/24/10 | DOCKET NUMBER: 3219 |

```
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.                        CLAIMS REGISTER AS OF 02/19/15                                                    PAGE:  1,066
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:   NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                                                       CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

```
CASE       CLAIMANT NAME & ADDRESS                       CLAIM #          AMOUNT/DESCRIPTION              DATE         REMARKS
─────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────
NO CASE    VORWALLNER, ROBERT                            05998                 0.00 CLAIMED UNSECURED     09/22/09     Claim for 1,000 shares Nortel Networks Corp.
           JELLA-LEPMANN-STR.18/L                                        **** EXPUNGED ****              06/24/10     DOCKET NUMBER: 3219
           MUNCHEN  81673
           GERMANY

NO CASE    WACKES, CHARLES F                             02052            35,000.00 CLAIMED UNSECURED     08/24/09
           PMB 21873                                                     **** EXPUNGED ****              04/02/13     DOCKET NUMBER: 9938
           PO BOX 2428
           PENSACOLA, FL 32513-2428

NO CASE    WADFORD, DEBORAH B.                           08340            35,772.99 CLAIMED UNSECURED     08/13/12
           319 SHERRON RD.
           DURHAM, NC 27703

NO CASE    WAINHOUSE RESEARCH, LLC                       00648            15,000.00 CLAIMED UNSECURED     03/20/09
           ATTN: MARC BEATTIE                                            **** EXPUNGED ****              01/21/10     DOCKET NUMBER: 2315
           34 DUCK HILL TERRACE
           DUXBURY, MA 02332

NO CASE    WALES, SCOTT                                  00907            28,874.78 CLAIMED UNSECURED     04/13/09
           414 ROYAL VIEW ROAD
           SALADO, TX 76571

NO CASE    WALKER, EILEEN A                              02643            81,640.44 CLAIMED UNSECURED     09/04/09
           1659 NE DAPHNE CT.                                            **** EXPUNGED ****              03/22/12     DOCKET NUMBER: 7432
           BEND, OR 97701

NO CASE    WALKER, JUDITH F.                             07639            24,700.67 CLAIMED UNSECURED     03/14/11
           106 ASHMONT LANE                                              **** EXPUNGED ****              04/17/13     DOCKET NUMBER: 10157
           DURHAM, NC 27713

NO CASE    WALTERS, PEGGY                                00992            93,321.16 CLAIMED UNSECURED     04/21/09
           1012 BARRYMORE LN                                             **** EXPUNGED ****              10/22/13     DOCKET NUMBER: 11980
           ALLEN, TX 75013

NO CASE    WALTON, WILLIAM                               08222                 0.00 CLAIMED UNSECURED     03/19/12
           10210 ARROW CREEK DR.                                         **** EXPUNGED ****              04/17/13     DOCKET NUMBER: 10157
           APT 107
           RALEIGH, NC 27617

NO CASE    WALTRIP, KENNETH                              04402                 0.00 SCHEDULED            09/28/09
           4904 HOT SPRINGS TRL                                          60,002.40 CLAIMED UNSECURED
           FORT WORTH, TX 76137-4162

NO CASE    WANDERLICK, JEFFREY                           00997            26,084.19 CLAIMED PRIORITY      04/22/09
           4 WHISPERING PINES LANE                                       **** EXPUNGED ****              09/23/14     DOCKET NUMBER: 14458
           MERRIMACK, NH 03054
```

PAGE: 1,067
CLAIMS REGISTER AS OF 02/19/15
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR: NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228
CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | WANG, CHIHWEI<br>4325 WONDERLAND DR.<br>PLANO, TX 75093 | 00977 | 38,368.80 CLAIMED UNSECURED<br>**** EXPUNGED **** | 04/20/09<br>01/21/10 | DOCKET NUMBER: 2315 |
| NO CASE | WANG, JIN<br>23110 TURTLE ROCK TER<br>CLARKSBURG, MD 20871-4503 | 02578 | 20,000.00 CLAIMED UNSECURED | 09/03/09 | |
| NO CASE | WANG, YIPING<br>1617 NAVARRO DR.<br>ALLEN, TX 75013 | 06712 | 0.00 SCHEDULED<br>36,086.44 CLAIMED PRIORITY<br>**** EXPUNGED **** | 01/14/10<br>04/17/13 | DOCKET NUMBER: 10157 |
| NO CASE | WARREN, BEN<br>37 CREST LN<br>WATSONVILLE, CA 95076 | 01813 | 601,015.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/19/09<br>10/18/13 | DOCKET NUMBER: 11969 |
| NO CASE | WARREN, BEN<br>37 CREST LN<br>WATSONVILLE, CA 95076 | 07638 | 999,029.86 CLAIMED PRIORITY<br>999,029.86 CLAIMED UNSECURED<br>999,029.86 TOTAL CLAIMED<br>**** EXPUNGED **** | 03/04/11<br>10/18/13 | Claim out of balance; Amends claim 1813<br>DOCKET NUMBER: 11969 |
| NO CASE | WATSON, DALE<br>342 WOODLAND PATH<br>DALLAS, GA 30132 | 04585 | 9,675.89 CLAIMED PRIORITY | 09/29/09 | |
| NO CASE | WATSON, JOHN JR<br>4638 COLONIAL AVE<br>JACKSONVILLE, FL 32210 | 03289 | 0.00 SCHEDULED<br>23,000.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 09/21/09<br>03/05/13 | DOCKET NUMBER: 9585 |
| NO CASE | WEATHERLY, JEWELL HILL<br>215 MELROSE DRIVE<br>PINEHURST, NC 28374 | 05851 | 187,289.60 CLAIMED ADMINISTRATIVE<br>**** EXPUNGED **** | 10/05/09<br>03/03/10 | DOCKET NUMBER: 2625 |
| NO CASE | WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 01354 | 25,619.57 CLAIMED UNSECURED<br>**** EXPUNGED **** | 06/08/09<br>09/30/10 | DOCKET NUMBER: 4053 |
| NO CASE | WEBSTER, DONNA J<br>716 DUTCH HILL RD<br>OAKDALE, PA 15071 | 02195 | 0.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/26/09<br>10/22/13 | DOCKET NUMBER: 11980 |
| NO CASE | WENHAM, TERENCE<br>136 CARDINAL DRIVE<br>ROSWELL, GA 30075 | 03322 | 73,000.00 CLAIMED PRIORITY | 09/21/09 | CLAIMED UNLIQ |

```
                                                      CLAIMS REGISTER AS OF 02/19/15                                         PAGE:  1,068
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                     CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | WENZEL, ELFRIEDE AND HANS-JUERGEN<br>DIETESHEIMER STR. 27<br>OFFENBACH  63073<br>GERMANY | 06000 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/28/09<br>06/24/10 | THE CLAIM AMOUNT IS 5,500 EUROS<br>DOCKET NUMBER: 3219 |
| NO CASE | WESSELOW, STEPHEN<br>113 BRAELANDS DR<br>CARY, NC 27518 | 05940 | 13,886.46 CLAIMED PRIORITY<br>13,886.46 CLAIMED UNSECURED<br>13,886.46 TOTAL CLAIMED | 10/09/09 | ** LATE FILED **<br>Claim out of balance |
| NO CASE | WEST, GLINDA<br>5945 W PARKER RD APT 2523<br>PLANO, TX 75093-7764 | 06079 | 0.00 SCHEDULED<br>20,792.43 CLAIMED PRIORITY | 11/02/09 | ** LATE FILED ** |
| NO CASE | WESTON SOLUTIONS<br>WESTON SOLUTIONS INC<br>1400 WESTON WAY<br>ATTN: STEPHEN N. FREED<br>WEST CHESTER, PA 19380-1492 | 02689 | 410,139.09 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/08/09<br>02/26/10 | DOCKET NUMBER: 2563 |
| NO CASE | WEYAND, CHRIS<br>305 LAGO GRANDE TRAIL<br>WYLIE, TX 75098 | 03229 | 14,374.03 CLAIMED UNSECURED | 09/18/09 | |
| NO CASE | WI-FI ALLIANCE<br>3925 WEST BRAKER LANE<br>AUSTIN, TX 78759-5316 | 02466 | 575.34 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/31/09<br>06/07/11 | DOCKET NUMBER: 5623 |
| NO CASE | WIGGIN, CHRISTOPHER<br>PO BOX 223<br>528 N. SHORE ROAD<br>SPOFFORD, NH 03462 | 04588 | 14,195.95 CLAIMED PRIORITY | 09/29/09 | |
| NO CASE | WILDEE, CHANDARA<br>4821 BASILDON CT<br>APEX, NC 27539 | 07998 | 31,628.80 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/20/11<br>10/22/13 | DOCKET NUMBER: 11979 |
| NO CASE | WILDER, ROBERT A<br>955 RIVER OVERLOOK CT<br>ATLANTA, GA 30328 | 02859 | 146,617.68 CLAIMED PRIORITY<br>**** EXPUNGED **** | 09/11/09<br>10/03/12 | DOCKET NUMBER: 8634 |
| NO CASE | WILLIAMS, PAUL, JR.<br>5509 PINE DR<br>RALEIGH, NC 27606 | 07013 | 0.00 SCHEDULED<br>4,974.81 CLAIMED PRIORITY<br>52,581.42 CLAIMED UNSECURED<br>57,556.23 TOTAL CLAIMED<br>**** EXPUNGED **** | 01/27/10<br>04/17/13 | DOCKET NUMBER: 10157 |
| NO CASE | WILLIAMS, SHARON R.<br>6632 JOHNSON MILL RD<br>DURHAM, NC 27712 | 01984 | 34,910.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/21/09<br>01/21/10 | DOCKET NUMBER: 2315 |

```
                                                  CLAIMS REGISTER AS OF 02/19/15                                                          PAGE:  1,069
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR: NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                                    CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | WILLIAMS, YVONNE J.<br>PO BOX 26628<br>TAMARAC, FL 33320 | 08448 | 51,923.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 01/17/13<br>10/22/13 | DOCKET NUMBER: 11980 |
| NO CASE | WILLIS TN INC<br>26 CENTURY BOULEVARD<br>NASHVILLE, TN 37214 | 05559 | 0.00 SCHEDULED<br>0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/30/09<br>08/18/10 | DOCKET NUMBER: 3799 |
| NO CASE | WILSON, JOHN<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | 04569 | 131,069.81 CLAIMED PRIORITY | 09/29/09 | |
| NO CASE | WILSON, JOHN<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | 06639 | 131,069.81 CLAIMED UNSECURED | 01/08/10 | ** LATE FILED ** |
| NO CASE | WILSON, MICHAEL R.<br>8013 BURTON<br>CANTON, MI 48187 | 03400 | 2,719.20 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/21/09<br>10/03/12 | DOCKET NUMBER: 8634 |
| NO CASE | WINJE, NORA<br>678 COOLEDGE AVE<br>ATLANTA, GA 30306 | 02982 | 0.00 SCHEDULED<br>113,360.19 CLAIMED UNSECURED | 09/14/09 | |
| NO CASE | WINJE, NORA<br>678 COOLEDGE AVE<br>ATLANTA, GA 30306 | 02983 | 18,358.00 CLAIMED UNSECURED | 09/14/09 | |
| NO CASE | WIRELESS COMMUNICATIONS<br>1333 H STREET NW<br>WASHINGTON, DC 20005 | 02025 | 0.00 CLAIMED<br>**** EXPUNGED **** | 08/24/09<br>10/14/10 | DOCKET NUMBER: 4163 |
| NO CASE | WIREWERKS<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | 01790 | 327.10 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/19/09<br>03/08/12 | DOCKET NUMBER: 7354 |
| NO CASE | WITHROW, ROBERT<br>27 GREENWOOD TER<br>SWAMPSCOTT, MA 01907-2126 | 04086 | 892.36 CLAIMED UNSECURED | 09/28/09 | |
| NO CASE | WITSCHEN, WALTER<br>13543 90 ST. NW<br>EDMONTON, AB TSE 3M9<br>CANADA | 04201 | 12,988.57 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/28/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | WOINSKY, MELVIN N<br>300 OCEAN AVE N #4B<br>LONGBRANCH, NJ 07740 | 04010 | 0.00 CLAIMED PRIORITY | 09/25/09 | CLAIMED UNLIQ<br>Claim Partially Expunged per D.I. 9938 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
                                                 CLAIMS REGISTER AS OF 02/19/15                                             PAGE:  1,070
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                              CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | WOLFSON, CASH<br>7704 MICHAEL CT<br>MCKINNEY, TX 75071 | 01244 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 05/26/09<br>01/21/10 | DOCKET NUMBER: 2324 |
| NO CASE | WONG, CHO L<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT<br>HONG KONG | 04152 | 56,250.00 CLAIMED UNSECURED | 09/28/09 | CLAIMED UNLIQ |
| NO CASE | WONG, PAUL AND JURAN<br>9309 - 158TH ST. NW<br>EDMONTON, AB T5R 2C6<br>CANADA | 03060 | 2,910.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/16/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | WOO, DENNIS<br>9763 66 AVE NW<br>EDMONTON, AB T6E0M4<br>CANADA | 04766 | 50,859.62 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/29/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | WOODLEY, DARLA AND DAVID<br>9307 - 175 AVE. NW<br>EDMONTON, AB T5Z 2C5<br>CANADA | 03067 | 6,614.63 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/16/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | WOODLEY, DAVID<br>9307 - 175 AVE. NW<br>EDMONTON, AB T5Z 2C5<br>CANADA | 03065 | 3,111.79 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/16/09<br>06/24/10 | DOCKET NUMBER: 3219 |
| NO CASE | WOOTEN, JAMES A.<br>110 QUAIL RIDGE<br>ANGIER, NC 27501 | 04043 | 104,218.24 CLAIMED UNSECURED | 09/28/09 | |
| NO CASE | WOOTEN, JAMES A.<br>110 QUAIL RDG<br>ANGIER, NC 27501-9406 | 04774 | 478,560.05 CLAIMED UNSECURED | 09/29/09 | CLAIMED UNLIQ |
| NO CASE | WORSLEY, SHIRLEY E<br>PO BOX 1495 509 SIMCOE ST<br>NIAGARA ON THE LAKE, ON L0S1J-0<br>CANADA | 01448 | 0.00 CLAIMED UNSECURED | 06/29/09 | CLAIMED UNLIQ<br>"32,927.64 per annum" |
| NO CASE | WORTHY, THOMAS R.<br>1740 SW MONARCH CLUB DRIVE<br>PALM CITY, FL 34990 | 03726 | 0.00 CLAIMED ADMINISTRATIVE<br>**** EXPUNGED **** | 09/24/09<br>03/03/10 | DOCKET NUMBER: 2619 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
                                              CLAIMS REGISTER AS OF 02/19/15                                          PAGE:  1,071
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                        CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

CASE       CLAIMANT NAME & ADDRESS                      CLAIM #           AMOUNT/DESCRIPTION              DATE        REMARKS
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | WRIGHT, KATRINA<br>1631 W 37TH STREET<br>RIVERA BEACH, FL 33404 | 08460 | 0.00 CLAIMED SECURED<br>**** EXPUNGED **** | 02/14/13<br>10/22/13 | DOCKET NUMBER: 11979 |
| NO CASE | WRIGHT, NATASHA<br>3215 KIRBY STREET<br>DURHAM, NC 27713 | 03549 | 0.00 CLAIMED PRIORITY<br>0.00 CLAIMED SECURED<br>**** EXPUNGED **** | 09/15/09<br>05/08/12 | DOCKET NUMBER: 7620 |
| NO CASE | XIANG, JING<br>100 CANTERBURY HILL RD<br>ACTON, MA 01720 | 05563 | 37,359.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/30/09<br>12/12/12 | DOCKET NUMBER: 9098 |
| NO CASE | XU, BIN AND LI XI<br>RENETTENWEG 18<br>HAMBURG  22393<br>GERMANY | 05911 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/30/09<br>06/24/10 | Claimant asserts a claim amount of 3650 EURO<br>DOCKET NUMBER: 3219 |
| NO CASE | YAHYAPOUR, KAZEM<br>6100 CRESCENT KNOLL DR<br>RALEIGH, NC 27614 | 02017 | 252,000.00 CLAIMED PRIORITY | 08/24/09 | |
| NO CASE | YAN, MINGJIAN<br>25004 JOHNSON FARM RD<br>GAITHERSBURG, MD 20882-3725 | 02388 | 29,085.68 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/31/09<br>03/22/12 | DOCKET NUMBER: 7432 |
| NO CASE | YANKEE GROUP<br>YANKEE GROUP RESEARCH INC<br>PO BOX 845282<br>BOSTON, MA 02284-5282 | 01817 | 42,300.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 08/19/09<br>01/21/10 | DOCKET NUMBER: 2315 |
| NO CASE | YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX 75081 | 01586 | 20,764.59 CLAIMED PRIORITY<br>**** EXPUNGED **** | 07/23/09<br>10/18/13 | DOCKET NUMBER: 11969 |
| NO CASE | YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>26 WAH SING STREET<br>KWAI CHUNG  1<br>HONG KONG | 04781 | 10,000.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 09/29/09<br>11/08/10 | DOCKET NUMBER: 4256 |
| NO CASE | YOUNG, DAVID<br>2528 SADDLERIDGE ROAD<br>RALEIGH, NC 27615 | 07871 | 94,036.80 CLAIMED PRIORITY | 07/29/11 | Amended By Claim Number 8748 |
| NO CASE | YOUNG, MASON<br>8000 HONG KONG PL<br>DULLES, VA 20189-8000 | 01266 | 31,138.98 CLAIMED PRIORITY<br>**** EXPUNGED **** | 06/03/09<br>10/18/13 | DOCKET NUMBER: 11969 |

```
                                                      CLAIMS REGISTER AS OF 02/19/15                                                              PAGE:  1,072
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                                            CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

| CASE    | CLAIMANT NAME & ADDRESS                                                   | CLAIM # | AMOUNT/DESCRIPTION                                                                                                                                   | DATE                 | REMARKS                                    |
|---------|---------------------------------------------------------------------------|---------|------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------|--------------------------------------------|
| NO CASE | YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226                  | 02733   | 0.00 SCHEDULED<br>10,950.00 CLAIMED PRIORITY<br>10,950.00 CLAIMED SECURED<br>31,312.44 CLAIMED UNSECURED<br>42,262.44 TOTAL CLAIMED<br>**** EXPUNGED **** | 09/08/09<br>01/21/10 | Claim out of balance<br>DOCKET NUMBER: 2315 |
| NO CASE | YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226                  | 02735   | 10,950.00 CLAIMED PRIORITY<br>10,950.00 CLAIMED SECURED<br>31,312.44 CLAIMED UNSECURED<br>42,262.44 TOTAL CLAIMED<br>**** EXPUNGED ****                | 09/08/09<br>01/21/10 | Claim out of balance<br>DOCKET NUMBER: 2315 |
| NO CASE | YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226                  | 02737   | 0.00 SCHEDULED<br>10,950.00 CLAIMED PRIORITY<br>10,950.00 CLAIMED SECURED<br>31,312.44 CLAIMED UNSECURED<br>42,262.44 TOTAL CLAIMED<br>**** EXPUNGED **** | 09/08/09<br>01/21/10 | Claim out of balance<br>DOCKET NUMBER: 2315 |
| NO CASE | YOUNG, TINA L<br>670 W. WALCOTT<br>PILOT POINT, TX 76258                  | 03727   | 1,000,000.00 CLAIMED PRIORITY<br>**** EXPUNGED ****                                                                                                  | 09/24/09<br>03/05/13 | DOCKET NUMBER: 9585                         |
| NO CASE | YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA 95014                | 01716   | 15,000.00 CLAIMED UNSECURED                                                                                                                          | 08/17/09             |                                            |
| NO CASE | YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA 95014                | 01717   | 0.00 SCHEDULED<br>2,500.00 CLAIMED UNSECURED                                                                                                         | 08/17/09             |                                            |
| NO CASE | ZEE MEDICAL SERVICE CO<br>1721 A JUNCTION AVENUE, PO BOX 610878<br>SAN JOSE, CA 95161-0878 | 01747 | 0.00 SCHEDULED<br>0.00 CLAIMED UNSECURED<br>**** EXPUNGED ****                                                                                        | 08/17/09<br>03/09/11 | DOCKET NUMBER: 5089                         |
| NO CASE | ZHU, YIQUN<br>1006 NAVARRO DR<br>ALLEN, TX 75013-1173                     | 05871   | 23,164.00 CLAIMED PRIORITY<br>0.00 CLAIMED SECURED<br>**** EXPUNGED ****<br>23,164.00 TOTAL CLAIMED                                                   | 10/05/09<br>03/22/12 | DOCKET NUMBER: 7431                         |
| NO CASE | ZIMMERLI, GARY L<br>3110 SW 70TH AVE<br>PORTLAND, OR 97225                | 05447   | 5,055.00 CLAIMED PRIORITY<br>5,055.00 CLAIMED UNSECURED<br>5,055.00 TOTAL CLAIMED<br>**** EXPUNGED ****                                               | 09/30/09<br>05/08/12 | Claim out of balance<br>DOCKET NUMBER: 7620 |

CLAIMS REGISTER AS OF 02/19/15                                                                    PAGE: 1,073
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                    CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| NO CASE | ZONE 4 SOLUTIONS INC.<br>25 ERSKINE PL.<br>NEPEAN, ON K2H 8R8<br>CANADA | 00699 | 5,880.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/23/09<br>09/30/10 | DOCKET NUMBER: 4053 |
| NO CASE | ZONE 4 SOLUTIONS INC.<br>25 ERSKINE PL.<br>NEPEAN, ON K2H 8R8<br>CANADA | 00700 | 4,410.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/23/09<br>09/30/10 | DOCKET NUMBER: 4053 |
| NO CASE | ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX 75252 | 02937 | 0.00 SCHEDULED<br>10,950.00 CLAIMED PRIORITY<br>116.53 CLAIMED UNSECURED<br>11,066.53 TOTAL CLAIMED<br>**** EXPUNGED **** | 09/14/09<br>01/21/10 | DOCKET NUMBER: 2315 |

```
U.S. BANKRUPTCY COURT - NORTEL NETWORKS INC.                CLAIMS REGISTER AS OF 02/19/15                                      PAGE:  1,074
CHAPTER 11 CASE NO. 09-10138 (KG) JOINTLY ADMINISTERED
DEBTOR:  NORTEL NETWORKS INC., 220 ATHENS WAY, SUITE 300 , NASHVILLE, TN 37228                                                  CASE FILE DATE: 01/14/09
ATTORNEY: CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA NEW YORK, NY 10006 212-225-2000 ATTN: JAMES L. BROMLEY, ESQ.
```

```
            TOTALS FOR CASE NO. : 09-10138 (KG) JOINTLY ADMINISTERED
            DEBTOR: NORTEL NETWORKS INC.

                                       #                Amount
Scheduled    - PRIORITY                7             23,409.54
             - SECURED                 0                  0.00
             - UNSECURED              13            404,912.81

     Total Scheduled                 135            428,322.35

Claimed      - ADMINISTRATIVE          0                  0.00
             - PRIORITY              211         21,421,734.62
             - SECURED                13          1,583,814.66
             - UNSECURED             284         70,257,665.47

     Total Claimed                 1,464         93,263,214.75

Allowed      - ADMINISTRATIVE          4             22,237.95
             - PRIORITY                5              5,101.96
             - SECURED                 1              1,973.10
             - UNSECURED               5            196,108.72

     Total Allowed                     6            225,421.73


     Total Expunged                  962         77,203,093.72

     Total Withdrawn                  37          9,661,620.52
```

EPIQ BANKRUPTCY SOLUTIONS, LLC