# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**January 1, 2015 - January 31, 2015**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Jan 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 9.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 111.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **120.0** |

**Summary of Services Rendered by Professional**

| Name | Jan 2014 Hours |
|---|---|
| Michael Kennedy, Member | 94.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 22.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 4.0 |
| James Elish, Analyst | - |
| **TOTAL** | **120.0** |

**Nortel Networks, Inc**
January 1, 2015 - January 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Jan 2014 Hours | Code |
|---|---|---|---|
| 1/5/2015 | Prepare, review and discuss material re: litigation | 4.0 | 14 |
| 1/6/2015 | Prepare, review and discuss material re: litigation | 6.0 | 14 |
| 1/7/2015 | Review cash flash report | 1.0 | 1 |
| 1/9/2015 | Review cash flash report | 1.0 | 1 |
| 1/9/2015 | Prepare, review and discuss material re: litigation | 4.0 | 14 |
| 1/9/2015 | Calls & communication with Cleary re: issues list | 3.0 | 14 |
| 1/12/2015 | Prepare, review and discuss material re: litigation | 6.0 | 14 |
| 1/13/2015 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 1/14/2015 | Review CCAA claims summary | 1.0 | 1 |
| 1/14/2015 | Prepare, review and discuss material re: allocation litigation | 3.0 | 14 |
| 1/15/2015 | Prepare, review and discuss material re: canadian claims | 2.0 | 14 |
| 1/15/2015 | Prepare, review and discuss material re: allocation litigation | 4.0 | 14 |
| 1/16/2015 | Prepare, review and discuss material re: canadian claims | 3.0 | 14 |
| 1/19/2015 | Prepare, review and discuss material re: canadian claims | 6.0 | 14 |
| 1/20/2015 | Review cash flash report | 1.0 | 1 |
| 1/20/2015 | Prepare, review and discuss material re: canadian claims | 4.0 | 14 |
| 1/21/2015 | Prepare, review and discuss material re: canadian claims | 4.0 | 14 |
| 1/22/2015 | Prepare, review and discuss material re: canadian claims | 6.0 | 14 |
| 1/23/2015 | Calls & communication with Cleary re: claims litigation | 2.0 | 14 |
| 1/23/2015 | Review US management material | 3.0 | 1 |
| 1/26/2015 | Prepare, review and discuss material re: allocation litigation | 4.0 | 14 |
| 1/26/2015 | Review CCAA cash budget | 1.0 | 1 |
| 1/27/2015 | Prepare, review and discuss material re: allocation litigation | 6.0 | 14 |
| 1/28/2015 | Review liquidation report from 4th estate | 1.0 | 1 |
| 1/28/2015 | Calls, analysis and review re: Litigation matters and strategy; meetings w/ company & advisors | 4.0 | 14 |
| 1/29/2015 | Calls, analysis and review re: Litigation matters and strategy; meetings w/ company & advisors | 6.0 | 14 |
| 1/30/2015 | Calls, analysis and review re: Litigation matters and strategy; meetings w/ company & advisors | 3.0 | 14 |
| **Jan 2014 Total** | | **94.0** | |

**Nortel Networks, Inc**
January 1, 2015 - January 31, 2015 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Jan 2014 Hours | Code |
|---|---|---|---|
| 1/5/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/6/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/21/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/22/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/26/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 1/28/2015 | Calls, analysis and review re: Litigation matters and strategy; meetings w/ company & advisors | 4.0 | 14 |
| 1/29/2015 | Calls, analysis and review re: Litigation matters and strategy; meetings w/ company & advisors | 6.0 | 14 |
| 1/30/2015 | Calls, analysis and review re: Litigation matters and strategy; meetings w/ company & advisors | 3.0 | 14 |
| **Jan 2014 Total** | | **22.0** | |

**Nortel Networks, Inc**
January 1, 2015 - January 31, 2015 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Jan 2014 Hours | Code |
|---|---|---:|---:|
| 1/8/2015 | Research/analysis related to litigation matters | 1.0 | 14 |
| 1/23/2015 | Research/analysis related to litigation matters | 3.0 | 14 |
| | **Jan 2014 Total** | **4.0** | |