# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2015 Through January 31, 2015

NONE