IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                              :      Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          :      Case No. 09-10138 (KG)
:
                       Debtors.               :      Jointly Administered
:
:
:
---------------------------------------------------------X

**SEVENTEENTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2014 THROUGH JANUARY 31, 2015**

        In accordance with the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (D.I. 11082) (the "Fee Examiner Order"), Torys LLP ("Torys") hereby submits its Sixteenth Quarterly Fee Application Request (the "Request") for the period November 1, 2014 through and including January 31, 2015[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for November [D.I. 14968], December [D.I. 15137], and January [D.I. 15178] contain detailed listings of Torys' requested fees and expenses for the Application Period.

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 12/23/14 [D.I. 14968] | 11/01/14 – 11/30/14 | $125,479.00 | $189.53 | 01/14/15 [D.I. 15050] | $100,383.20 | $189.53 | $25,095.80 |
| 02/03/15 [D.I. 15137] | 12/01/14 – 12/31/14 | $131,017.00 | $303.38 | Pending | $104,813.60 | $303.38 | $26,203.40 |
| 02/13/15 [D.I. 15178] | 01/01/15 – 01/31/15 | $120,203.50 | $351.46 | Pending | $96,162.80 | $351.46 | $24,040.70 |
| **TOTAL** |  | **$376,699.50** | **$844.37** |  | **$301,359.60** | **$844.37** | **$75,339.90** |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

On July 10, 2013, the Court entered the Fee Examiner Order which modifies the Interim Compensation Procedures Order by requiring, among other things, for Monthly and Quarterly Fee Application Requests to be sent to the Fee Examiner.

Simultaneously with the filing of this Application, Torys has followed the procedures set forth in the Fee Examiner Order by submitting the Fee and Expense Detail to the Fee Examiner.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: February 23, 2015
      New York, New York

TORYS LLP

*/s/ Alison D. Bauer*
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas, 23rd Floor
New York, New York  10036
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the*
*Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 01, 2014 through January 31, 2015

| Name of Professional Person | Position of the Applicant and Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alison D. Bauer | Partner/Bankruptcy (called to the bar in 1995; 10 years in current position) | $820.17 | 5.8 | $4,757.00 |
| Scott A. Bomhof | Partner/Bankruptcy (called to the bar in 1995; 14 years in current position) | $892.60 | 98.6 | $88,010.00 |
| Tony DeMarinis | Partner/Bankruptcy (called to the bar in 1989; 20 years in current position) | $1,054.09 | 70.4 | $74,208.00 |
| Mitch Frazer | Partner/Corporate (called to the bar in 2001; 5 years in current position) | $900.00 | 1.0 | $900.00 |
| Andrew Gray | Partner/Litigation (called to the bar in 2002; 5 years in current position) | $807.39 | 14.2 | $11,465.00 |
| William Gray | Partner/Bankruptcy (called to the bar in 1981; 14 years in current position) | $945.00 | 46.7 | $44,131.50 |
| Thomas Yeo | Counsel/Corporate (called to the bar in 2001; 3 years in current position) | $815.00 | 0.8 | $652.00 |
| Adam Slavens | Associate/Bankruptcy (called to the bar in 2007; 8 years in current position) | $730.12 | 175.2 | $127,917.50 |
| Allan Collins | Paralegal | $295.00 | 70.5 | $20,797.50 |

4

| Jamil Jivani | Legal Intern | $330.00 | 4.9 | $1,617.00 |
|---|---|---|---|---|
| Patrick Shaunessy | Articling Student (graduated law school; passed bar exam) | $330.00 | 6.8 | $2,244.00 |
| **Total** | | | 494.9 | $376,699.50 |
| **GRAND TOTAL:** | **$376,699.50** | | | |
| **BLENDED RATE:** | **$761.16** | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

CUMULATIVE COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 01, 2014 through January 31, 2015

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 2.5 | $2,625.00 |
| Fee and Employment Applications | 93.0 | $41,357.00 |
| Litigation | 89.9 | $76,601.00 |
| Analysis of Canadian Law | 73.3 | $63,046.50 |
| Canadian CCAA Proceedings/Matters | 219.1 | $180,093.50 |
| U.S. Proceedings/Matters | 17.1 | $12,976.50 |
| **TOTAL** | **494.9** | **$376,699.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 01, 2014 through January 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $39.11 |
| Computerized Court Searches | | $48.8 |
| Courier | | $20.48 |
| Duplicating/Printing | 6,813pgs @ .10 per pg | $681.3 |
| Process Server Filing | | $30.59 |
| Taxi & Travel | | $17.56 |
| Telephone | Long Distance | $6.53 |
| **Grand Total Expenses** | | **$844.37** |