IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related to Docket No. 15184** |

## NOTICE OF WITHDRAWAL OF MOTION AND ORDER FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that that SNMP Research International, Inc. and SNMP Research, Inc. hereby withdraw their Motion and Order for Admission Pro Hac Vice [D.I. 15184].

**COLE SCHOTZ P.C.**

Dated: February 23, 2015         By:    */s/ Nicholas J. Brannick*
                                         Nicholas J. Brannick (No. 5721)
                                         500 Delaware Avenue, Suite 1410
                                         Wilmington, DE 19801
                                         Telephone: (302) 652-3131
                                         nbrannick@coleschotz.com

                                         *Counsel for SNMP Research International,
                                         Inc. and SNMP Research, Inc.*

53651/8888-11553356v1