IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>                      Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 15106**<br>) |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR REIMBURESMENT OF EXPENSES INCURRED BY A
COMMITTEE MEMBER FOR THE PERIOD NOVEMBER 1, 2014 THROUGH
NOVEMBER 30, 2014 [DOCKET NO. 15106] (NO ORDER REQUIRED)**

      The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Third Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses (the "Application") by Committee Member Bank of New York Mellon (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

      Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Order"), the Debtors are authorized to pay one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: February 23, 2015
      Wilmington, Delaware

                                                                    /s/ Katherine Good
                                           Christopher M. Samis (No. 4909)
                                           L. Katherine Good (No. 5101)
                                           WHITEFORD, TAYLOR & PRESTON LLC
                                           The Renaissance Centre
                                           405 North King Street, Suite 500
                                           Wilmington, Delaware 19801
                                           Telephone: (302) 353-4144
                                           Facsimile: (302) 661-7950

                                           -and-

                                           Fred S. Hodara, Esq.
                                           AKIN GUMP STRAUSS HAUER & FELD LLP
                                           One Bryant Park
                                           New York, New York 10036
                                           Telephone: (212) 872-1000
                                           Facsimile: (212) 872-1002

                                           Co-Counsel to the Official Committee of Unsecured
                                           Creditors of Nortel Networks Inc., *et al*.

# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Committee Member's Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Expenses Requested in Application | Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Bank of New York Mellon [Docket No. 15106] | 11/1/14 - 11/30/14 | $2,089.94 (Expenses) | $2,089.94 (Expenses @ 100%) | 1/29/15 | 2/19/15 |