**EXHIBIT A**

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 15091] | 11/1/14 - 11/30/14 | $363,973.50 (Fees)<br><br>$11,859.30 (Expenses) | $291,178.80 (Fees @ 80%)<br><br>$11,859.30 (Expenses @ 100%) | 1/26/15 | 2/17/15 |