# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP [Docket No. 15092] | 12/1/14 - 12/31/14 | $164,380.50 (Fees) $5,916.14 (Expenses) | $131,504.40 (Fees @ 80%) $5,916.14 (Expenses @ 100%) | 1/26/15 | 2/17/15 |