## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| SNMP Research International, Inc. and | ) | |
| SNMP Research, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proceeding No. 11-53454 (KG) |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.*, Nortel | ) | |
| Networks Corporation, Nortel Networks | ) | |
| Limited, Nortel Networks Global | ) | |
| Corporation, Nortel Networks International | ) | |
| Corporation, Nortel Networks Technology | ) | |
| Corporation, Avaya Inc., Radware Ltd., and | ) | |
| John Doe Defendants 1 – 100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of G. David Dean, Esquire, of Cole Schotz P.C. to represent SNMP Research International, Inc. and SNMP Research, Inc. in the above-referenced cases.

**COLE SCHOTZ P.C.**

Dated: February 23, 2015          By:     */s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
nbrannick@coleschotz.com
*Counsel for SNMP Research International,*
*Inc. and SNMP Research, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: February 24th, 2015**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Maryland, Virginia and the District of Columbia, the U.S. District Courts for the District of Maryland, Eastern District of Virginia and District of Columbia, the U.S. Bankruptcy Courts for the District of Maryland, Eastern and Western District of Virginia and District of Columbia, and the U.S. Court of Appeals for the Fourth and Ninth Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
G. David Dean, Esquire
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202
Telephone:  (410) 528-2972
ddean@coleschotz.com