## Exhibit B

### EXPENSE SUMMARY[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2015 through January 31, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Transportation | | $2,783.72 |
| Travel – Meals | | 23.50 |
| Mailing and Shipping Charges | | 178.98 |
| Duplicating Charges (at $0.10/page) | | 338.10 |
| Color Duplicating Charges (at $0.65/page) | | 3.90 |
| Legal Research | Lexis | 609.12 |
| | Westlaw | 3,783.55 |
| Late Work – Transportation | | 982.76 |
| Conference Meals | | 34.84 |
| Other Charges | | 13,717.06 |
| Expert Expenses | | 3,698,103.11 |
| **Grand Total Expenses** | | **$3,720,558.64** |

---

[1] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
|---|---|---|
| **January 1, 2015 through January 31, 2015** | | **(Case No. 09-10138 (KG))** |

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| **Travel - Transportation**[1] | | |
| 11/13/2013 | 8.39 | TRAVEL - TRANSPORTATION - Forrest Trip to London (ride within London on 11/13/13) |
| 11/13/2013 | 10.08 | TRAVEL - TRANSPORTATION - Forrest Trip to London (ride within London on 11/13/13) |
| 7/21/2014 | 268.00 | TRAVEL - TRANSPORTATION - Chung Trip to Delaware (roundtrip train ticket) |
| 11/25/2014 | 52.25 | TRAVEL - TRANSPORTATION - McKay Trip to Toronto (booking fee) |
| 11/25/2014 | 44.08 | TRAVEL - TRANSPORTATION - McKay Trip to Toronto (fare difference) |
| 11/25/2014 | 265.57 | TRAVEL - TRANSPORTATION - McKay Trip to Toronto (fare difference) |
| 11/25/2014 | 548.83 | TRAVEL - TRANSPORTATION - McKay Trip to Toronto (roundtrip airplane ticket) |
| 11/25/2014 | 52.25 | TRAVEL - TRANSPORTATION - Ricchi Trip to Toronto (booking fee) |
| 11/25/2014 | 44.08 | TRAVEL - TRANSPORTATION - Ricchi Trip to Toronto (fare difference) |
| 11/25/2014 | 265.57 | TRAVEL - TRANSPORTATION - Ricchi Trip to Toronto (fare difference) |
| 11/25/2014 | 548.83 | TRAVEL - TRANSPORTATION - Ricchi Trip to Toronto (roundtrip airplane ticket) |
| 12/3/2014 | 49.79 | TRAVEL - TRANSPORTATION - Kennedy (Chilmark Partners) Trip to New York (ride to airport - authorized by Schweitzer) |
| 12/29/2014 | 45.00 | TRAVEL - TRANSPORTATION - Kennedy (Chilmark Partners) Trip to Delaware (booking fee - authorized by Schweitzer) |
| 12/29/2014 | 268.00 | TRAVEL - TRANSPORTATION - Kennedy (Chilmark Partners) Trip to Delaware (roundtrip train ticket - authorized by Schweitzer) |
| 12/29/2014 | 45.00 | TRAVEL - TRANSPORTATION - Ray (client) Trip to Delaware (booking fee - authorized by Schweitzer) |
| 12/29/2014 | 268.00 | TRAVEL - TRANSPORTATION - Ray (client) Trip to Delaware (roundtrip train ticket - authorized by Schweitzer) |
| **TOTAL:** | **2,783.72** | |
| **Travel - Meals** | | |
| 11/21/2013 | 23.50 | TRAVEL - MEALS - Forrest Trip to London (meal on 11/21/13) |
| **TOTAL:** | **23.50** | |
| **Mailing & Shipping Charges** | | |
| 11/24/2014 | 12.59 | SHIPPING CHARGES Inv#: 285928834  Track#: 771969943408 |
| 12/1/2014 | 30.26 | SHIPPING CHARGES Inv#: 139017535  Track#: 621938959569 |
| 12/2/2014 | 15.12 | SHIPPING CHARGES Inv#: 286886295  Track#: 621938960210 |
| 12/11/2014 | 22.93 | SHIPPING CHARGES Inv#: 287629726  Track#: 621938963609 |
| 12/15/2014 | 20.80 | SHIPPING CHARGES Inv#: 288077213  Track#: 805537024918 |
| 12/16/2014 | 19.38 | SHIPPING CHARGES Inv#: 288244349  Track#: 621938964844 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**January 1, 2015 through January 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 12/17/2014 | 12.36 | SHIPPING CHARGES Inv#: 288398450  Track#: 805537024930 |
| 12/18/2014 | 30.10 | SHIPPING CHARGES Inv#: 139851872  Track#: 621938966115 |
| 12/30/2014 | 15.44 | SHIPPING CHARGES Inv#: 289741318  Track#: 621938969272 |
| **TOTAL:** | **178.98** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 1/7/2015 | 1.40 | NY DUPLICATING XEROX |
| 1/7/2015 | 2.20 | NY DUPLICATING XEROX |
| 1/8/2015 | 23.20 | NY DUPLICATING |
| 1/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 1/12/2015 | 4.20 | NY DUPLICATING XEROX |
| 1/12/2015 | 10.00 | NY DUPLICATING XEROX |
| 1/12/2015 | 10.00 | NY DUPLICATING XEROX |
| 1/12/2015 | 12.00 | NY DUPLICATING XEROX |
| 1/12/2015 | 15.00 | NY DUPLICATING XEROX |
| 1/12/2015 | 15.00 | NY DUPLICATING XEROX |
| 1/12/2015 | 19.80 | NY DUPLICATING XEROX |
| 1/12/2015 | 22.60 | NY DUPLICATING XEROX |
| 1/12/2015 | 50.50 | NY DUPLICATING XEROX |
| 1/12/2015 | 53.40 | NY DUPLICATING XEROX |
| 1/14/2015 | 8.00 | NY DUPLICATING |
| 1/15/2015 | 0.30 | NY DUPLICATING |
| 1/15/2015 | 1.00 | NY DUPLICATING XEROX |
| 1/16/2015 | 0.20 | NY DUPLICATING |
| 1/16/2015 | 0.20 | NY DUPLICATING XEROX |
| 1/16/2015 | 0.40 | NY DUPLICATING XEROX |
| 1/16/2015 | 0.60 | NY DUPLICATING XEROX |
| 1/16/2015 | 0.80 | NY DUPLICATING XEROX |
| 1/16/2015 | 0.80 | NY DUPLICATING XEROX |
| 1/16/2015 | 0.80 | NY DUPLICATING XEROX |
| 1/16/2015 | 2.80 | NY DUPLICATING XEROX |
| 1/16/2015 | 3.60 | NY DUPLICATING XEROX |
| 1/22/2015 | 7.60 | NY DUPLICATING XEROX |
| 1/22/2015 | 15.10 | NY DUPLICATING XEROX |
| 1/23/2015 | 0.10 | NY DUPLICATING |
| 1/23/2015 | 0.10 | NY DUPLICATING |
| 1/23/2015 | 0.10 | NY DUPLICATING |
| 1/23/2015 | 0.10 | NY DUPLICATING |
| 1/23/2015 | 0.10 | NY DUPLICATING |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**January 1, 2015 through January 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
| --- | --- | --- |
| 1/23/2015 | 0.10 | NY DUPLICATING |
| 1/23/2015 | 0.10 | NY DUPLICATING |
| 1/23/2015 | 4.50 | NY DUPLICATING XEROX |
| 1/26/2015 | 0.10 | NY DUPLICATING |
| 1/26/2015 | 0.10 | NY DUPLICATING |
| 1/26/2015 | 0.10 | NY DUPLICATING |
| 1/26/2015 | 0.10 | NY DUPLICATING |
| 1/26/2015 | 0.10 | NY DUPLICATING |
| 1/26/2015 | 0.10 | NY DUPLICATING |
| 1/28/2015 | 0.40 | NY DUPLICATING |
| 1/28/2015 | 13.00 | NY DUPLICATING |
| 1/29/2015 | 1.30 | NY DUPLICATING XEROX |
| 1/30/2015 | 33.60 | NY DUPLICATING |
| 1/30/2015 | 0.20 | NY DUPLICATING XEROX |
| 1/30/2015 | 2.20 | NY DUPLICATING XEROX |
| **TOTAL:** | **338.10** | |

**Color Duplicating/Printing Charges (@ $0.65/page)**

| Date | Amount | Narrative |
| --- | --- | --- |
| 1/29/2015 | 3.90 | NY COLOR PRINTING |
| **TOTAL:** | **3.90** | |

**Legal Research - Lexis**

| Date | Amount | Narrative |
| --- | --- | --- |
| 10/4/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/4/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/4/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/5/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/5/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/5/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/6/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/6/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/6/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/7/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/7/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/7/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/8/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/8/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/8/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/9/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |

Case 09-10138-MFW   Doc 15211-3   Filed 02/24/15   Page 5 of 8

| EXPENSE SUMMARY | In re Nortel Networks Inc., et al. |
| January 1, 2015 through January 31, 2015 | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
| --- | --- | --- |
| 10/9/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/9/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/10/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/10/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/10/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/11/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/11/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/11/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/12/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/12/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/12/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/13/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/13/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/13/2014 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/14/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/14/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/14/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/15/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/15/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/15/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/16/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/16/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/16/2014 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/17/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/17/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/17/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/18/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/18/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/18/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/19/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/19/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/19/2014 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/20/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/20/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/20/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/21/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/21/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/21/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/22/2014 | 1.70 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/22/2014 | 1.71 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
|---|---|---|---|
| **January 1, 2015 through January 31, 2015** | | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 10/22/2014 | 1.72 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/23/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/23/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/23/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/25/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/25/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/25/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/26/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/26/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/26/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/27/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/27/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/27/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/28/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/28/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/28/2014 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/29/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/29/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/29/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/30/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/30/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/30/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/31/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/31/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/31/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/14/2014 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 12/14/2014 | 87.10 | COMPUTER RESEARCH - LEXIS |
| 12/14/2014 | 174.20 | COMPUTER RESEARCH - LEXIS |
| 1/7/2015 | 43.55 | COMPUTER RESEARCH - LEXIS |
| 1/7/2015 | 76.21 | COMPUTER RESEARCH - LEXIS |
| 1/7/2015 | 135.01 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **609.12** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 12/1/2014 | 85.72 | COMPUTER RESEARCH - WESTLAW |
| 12/8/2014 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/8/2014 | 225.11 | COMPUTER RESEARCH - WESTLAW |
| 12/9/2014 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/9/2014 | 319.80 | COMPUTER RESEARCH - WESTLAW |

EXPENSE SUMMARY
January 1, 2015 through January 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 12/10/2014 | 394.52 | COMPUTER RESEARCH - WESTLAW |
| 12/11/2014 | 61.07 | COMPUTER RESEARCH - WESTLAW |
| 12/11/2014 | 236.91 | COMPUTER RESEARCH - WESTLAW |
| 12/12/2014 | 27.76 | COMPUTER RESEARCH - WESTLAW |
| 12/12/2014 | 128.91 | COMPUTER RESEARCH - WESTLAW |
| 12/13/2014 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 12/14/2014 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/15/2014 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 12/16/2014 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 12/18/2014 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 12/18/2014 | 219.87 | COMPUTER RESEARCH - WESTLAW |
| 12/19/2014 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/19/2014 | 168.97 | COMPUTER RESEARCH - WESTLAW |
| 1/7/2015 | 98.21 | COMPUTER RESEARCH - WESTLAW |
| 1/12/2015 | 208.82 | COMPUTER RESEARCH - WESTLAW |
| 1/12/2015 | 653.69 | COMPUTER RESEARCH - WESTLAW |
| 1/13/2015 | 134.32 | COMPUTER RESEARCH - WESTLAW |
| 1/14/2015 | 173.17 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **3,783.55** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 3/21/2014 | 35.99 | Late Work Transportation - McKay |
| 4/30/2014 | 17.96 | Late Work Transportation - Grube |
| 11/30/2014 | 49.18 | Late Work Transportation - Tunis |
| 12/3/2014 | 87.12 | Late Work Transportation - O'Keefe |
| 12/3/2014 | 30.74 | Late Work Transportation - Schweitzer |
| 12/4/2014 | 43.32 | Late Work Transportation - Kaufman |
| 12/8/2014 | 41.70 | Late Work Transportation - Herrington |
| 12/9/2014 | 31.79 | Late Work Transportation - Lipner |
| 12/9/2014 | 29.96 | Late Work Transportation - Parthum |
| 12/10/2014 | 34.41 | Late Work Transportation - Forrest |
| 12/10/2014 | 81.35 | Late Work Transportation - O'Keefe |
| 12/11/2014 | 44.10 | Late Work Transportation - Herrington |
| 12/15/2014 | 28.50 | Late Work Transportation - Rappoport |
| 12/16/2014 | 36.64 | Late Work Transportation - Coleman |
| 12/16/2014 | 30.13 | Late Work Transportation - Lipner |
| 12/16/2014 | 98.82 | Late Work Transportation - O'Keefe |
| 12/17/2014 | 47.26 | Late Work Transportation - Kahn |
| 12/23/2014 | 185.24 | Late Work Transportation - Bromley |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**January 1, 2015 through January 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 1/6/2015 | 28.55 | Late Work Transportation - Herrington |
| **TOTAL:** | **982.76** | |
| | | |
| **Conference Meals** | | |
| | | |
| 12/19/2014 | 34.84 | Conference Meals (4 attendees) |
| **TOTAL:** | **34.84** | |
| | | |
| **Other** | | |
| | | |
| 1/8/2015 | 12,583.83 | Electronic Database Services |
| 1/29/2015 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 1/29/2015 | 1,100.00 | Electronic Dataroom Services |
| 1/30/2015 | 21.25 | Money Order for Apostilles |
| **TOTAL:** | **13,717.06** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 2/11/2015 | 1,550.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| 2/11/2015 | 2,263.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| 2/11/2015 | 100,649.26 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| 2/18/2015 | 3,593,640.85 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **3,698,103.11** | |
| | | |
| **GRAND TOTAL:** | **3,720,558.64** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |