IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                        Debtors.                               :   Jointly Administered
                                                               :
                                                               :   Hearing date: March 26, 2015 at 10:00 a.m. (ET)
                                                               :   Objections due: February 24, 2015 at 4:00 p.m. (ET)
                                                               :   Reply due: March 13, 2015 at 4:00 p.m. (ET)
                                                               :
                                                               :   RE: D.I. 9362, 9412, 9418, 9441, 9451, 9641, 10016,
                                                               :   10484, 11201, 11821, 12504, 13237, 13240, 13250
---------------------------------------------------------------X

**U.S. DEBTORS' SUPPLEMENTAL OBJECTION TO THE MOTION OF
THE AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED
PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING LATE FILED CLAIMS**

*DOCUMENT TO BE KEPT UNDER SEAL – FILED UNDER SEAL PURSUANT TO THE ORDER APPROVING STIPULATION AND AGREEMENT GOVERNING PRODUCTION, EXCHANGE AND FILING OF CONFIDENTIAL MATERIALS RELATED TO THE MOTION OF THE AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING FILING OF CLAIMS AFTER THE BAR DATE (D.I. 9641)*

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Jeffrey A. Rosenthal (admitted *pro hac vice*) | Derek C. Abbott (No. 3376) |
| Lisa M. Schweitzer (admitted *pro hac vice*) | Ann C. Cordo (No. 4817) |
| One Liberty Plaza | 1201 North Market Street |
| New York, New York 10006 | P.O. Box 1347 |
| Telephone: (212) 225-2000 | Wilmington, Delaware 19899-1347 |
| Facsimile: (212) 225-3999 | Telephone: (302) 658-9200 |
| | Facsimile: (302) 658-3989 |

*Counsel for the Debtors and Debtors in Possession*

Dated:   February 24, 2015
         Wilmington, Delaware

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.