# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
| SNMP Research International, Inc.<br>and<br>SNMP Research, Inc.,<br><br>                Plaintiffs,<br><br>                v.<br><br>Nortel Networks Inc., *et. al.*,<br>Nortel Networks Corporation,<br>Nortel Networks Limited,<br>Nortel Networks Global Corporation,<br>Nortel Networks International Corporation,<br>Genband US LLC,<br>GENBAND, Inc.,<br>Performance Technologies, Inc.,<br>Perftech (PTI) Canada,<br>Avaya Inc.,<br>Radware Ltd.,<br><br>and<br><br>John Doe Defendants 1-100,<br><br>                Defendants. | Adv. Proc. No. 11-53454 (KG) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON FEBRUARY 27, 2015 AT 2:00 P.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

made aware of this extended deadline.  CourtCall will not accept reservations after the extended deadline has passed without permission of chambers.  Please do not contact chambers prior to the expiration of the extended deadline.

**STATUS CONFERENCE**

1. Notice of (I) Adjournment of Briefing Schedule and (II) February 27, 2015 Status Conference in Adversary Proceedings (Adv. D.I. 138, Filed 2/11/2015).

    Responses Received:  N/A

    Related Pleading:

    (a) Notice of Filing of Report of the Monitor of the Canadian Debtors in the Canadian Proceedings (D.I. 15135, Filed 2/3/2015);

    (b) Debtors' Motion for Entry of an Order Establishing (A) a Claims Resolution Protocol (B) a Litigation Timetable and (C) a Discovery Plan (Adv. D.I. 137, Filed 2/3/2015);

    (c) Limited Objection of Avaya Inc. to Debtors' Motion for an Order Establishing (A) a Claims Resolution Protocol (B) a Litigation Timetable and (C) a Discovery Plan (Adv. D.I. 140, Filed 2/13/2015); and

    (d) SNMP's Opposition to Debtors' Motion for Entry of an Order Establishing (A) Claims Resolution Protocol (B) a Litigation Timetable and (c) a Discovery Plan (Adv. D.I. 141, Filed 2/13/2015).

    Status: The status conference will go forward in order to provide the Court an update on the status of the suit, which will move forward now that the mediation process has terminated.  As part of this update, the parties will report on the hearing scheduled for 10am EST on February 27, 2015 before Justice Newbould of the Ontario Superior Court of Justice (the "Canadian Court"), relating to (i) the motion of the Canadian Debtors[2] seeking an order from the Canadian Court approving a protocol to govern proceedings in the Canadian Court to determine the claims of SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMPRI") against the Canadian Debtors, including a litigation timetable and a discovery plan; and (ii) the motion of SNMPRI seeking an order from the Canadian Court to lift the stay under the Companies' Creditors Arrangement Act so that SNMPRI's claims against the Canadian Debtors may instead proceed before this Court.

---

[2] The Canadian Debtors are Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation.

| | |
|---|---|
| Dated: February 25, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>David H. Herrington (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |