**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7145**

WRITER'S INTERNET ADDRESS
**robertwilson@quinnemanuel.com**

February 25, 2015

The Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

Re:   *In re Nortel Networks Inc., et al.*, Case No. 09-10138 (KG), Re: Dkt. No. 14476

Dear Judge Gross:

My firm, Quinn Emanuel Urquhart & Sullivan LLP, along with Friedlander & Gorris, P.A., represent Google Inc. ("Google") in the above-captioned case in connection with third-party discovery from Debtor Nortel Networks, Inc. ("NNI") relating to the sale of the Nortel patent portfolio to Rockstar Bidco, LP. As you will recall, in my letter of November 26, 2014, I wrote to inform the Court of recent events in which the two pending Rockstar cases involving Google – *Rockstar Consortium US LP, et al. v. Google Inc.*, Case No. 13-893 (E.D. Tex.) ("Texas Case") and *Google Inc. v. Rockstar Consortium US LP, et al.*, Case No. 13-5933 (N.D. Cal.) ("California Case") – had been temporarily stayed while the details of a final agreement were negotiated that would resolve the disputes in the underlying litigations. I write to inform the Court that the Texas and California Cases have now been dismissed.

On January 29, 2015, the parties in the Texas Case – plaintiffs Rockstar Consortium US LP ("Rockstar") and NetStar Technologies LLC, and defendant Google – filed a Joint Motion to Dismiss. (Ex. A.) The motion states that the parties "have resolved Rockstar's claims for relief against Google and Google's counterclaims for relief against Rockstar asserted in this case." (*Id.* at 1.) The motion requests that the Court "dismiss Rockstar claims for relief against Google with prejudice and Google's claims, defenses or counterclaims for relief against Rockstar with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same." (*Id.*) The Texas court granted the motion to dismiss on January 29, 2015. (Ex. B.)

On February 18, 2015, the parties in the California Case – plaintiff Google, and defendants Rockstar and MobileStar Technologies LLC – filed a Joint Motion to Dismiss. (Ex. C.) The

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

motion states that the parties "have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case." (*Id.* at 1.) The motion requests that the Court "dismiss Plaintiff's claims for relief against Defendants without prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same." (*Id.*)  The California court granted the motion to dismiss on February 19, 2015. (Ex. D.)

In light of these recent events, Google hereby withdraws its subpoenas to NNI in the underlying Texas and California Cases, and will not participate further in the proceedings in this Court concerning third-party discovery from NNI, including the currently-scheduled hearing on March 3, 2015. Google greatly appreciates the Court's time and attention to this matter.[1]

Respectfully submitted,

Robert B. Wilson

---

[1] Counsel for Google has notified counsel for Debtors regarding the dismissal of the Texas and California Cases and Google's intent to file this letter. Debtors do not object to Google's request to withdraw its subpoenas to NNI.