# EXHIBIT A

Case 09-10138-MFW    Doc 15220-1    Filed 02/25/15    Page 2 of 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

**ROCKSTAR CONSORTIUM US LP
AND NETSTAR TECHNOLOGIES
LLC,**

      **Plaintiffs,**

    **v.**

**GOOGLE INC.,**

      **Defendant.**

**Case No. 2:13-cv-00893-JRG-RSP**

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiffs Rockstar Consortium US LP and NetStar Technologies LLC ("Rockstar") and Defendant Google, Inc. ("Google") have resolved Rockstar's claims for relief against Google and Google's counterclaims for relief against Rockstar asserted in this case.

NOW, THEREFORE, Rockstar and Google, through their attorneys of record, request this Court to dismiss Rockstar claims for relief against Google with prejudice and Google's claims, defenses or counterclaims for relief against Rockstar with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

January 29, 2015

Respectfully submitted,

 /s/  Justin A. Nelson

/s/ David Perlson

Max L. Tribble, Jr. – Lead Counsel
State Bar No. 20213950
Alexander L. Kaplan, State Bar No. 24046185
John P. Lahad, State Bar No. 24068095
Shawn Blackburn, State Bar No. 24089989
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

mtribble@susmangodfrey.com
akaplan@susmangodfrey.com
jlahad@susmangodfrey.com
sblackburn@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
Parker C. Folse, III, WA State Bar No. 24895
**SUSMAN GODFREY L.L.P.**
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
jnelson@susmangodfrey.com
pfolse@susmangodfrey.com

Amanda K. Bonn, CA State Bar No. 270891
Meng Xi, CA State Bar No. 280099
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
abonn@susmangodfrey.com
mxi@susmangodfrey.com

T. John Ward, Jr., State Bar No. 00794818
Claire Abernathy Henry, State Bar No.
24053063
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX  75606-1231
Telephone: (903) 757-6400
Facsimile:  (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com

J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Charles K. Verhoeven
  charlesverhoeven@quinnemanuel.com
David A. Perlson
  davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

***Attorneys for Google Inc.***

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
D. Jeffrey Rambin, State Bar No. 00791478
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX  75647
Telephone: (903) 236-9800
Facsimile:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com


*Attorneys for Rockstar Consortium US LP
and NetStar Technologies LLC*

Case 09-10138-MFW   Doc 15220-1   Filed 02/25/15   Page 5 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 29th day of January, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/  Justin A. Nelson*