# EXHIBIT C

1 | **[Counsel Listed on Signature Page]**
2
3
4
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | OAKLAND
11 | Google Inc.,
12 |            Plaintiff, | Case No. 4:13-cv-5933-CW
13 |    v. | **JOINT MOTION TO DISMISS**
14 | Rockstar Consortium US LP and MobileStar Technologies LLC, | Hon. Claudia Wilken
15
16 |            Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      Plaintiff Google Inc. ("Plaintiff") and Defendants Rockstar Consortium U.S. LP and MobileStar

3  Technologies LLC (collectively, "Defendants") have resolved Plaintiff's claims for relief against

4  Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

5      NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this

6  Court to dismiss Plaintiff's claims for relief against Defendants without prejudice and Defendants'

7  claims, defenses, or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees,

8  costs of court and expenses borne by the party incurring the same.

-1-

Case No. 4:13-cv-5933-CW         **JOINT MOTION TO DISMISS**

1 | DATED: February 18, 2015

2 | MCKOOL SMITH, P.C.                               QUINN EMANUEL URQUHART & SULLIVAN, LLP

4 | By */s/ David Sochia*                            By: */s/ Patrick D. Curran*
  | Courtland L. Reichman                            Charles K. Verhoeven (Cal. Bar No. 170151)
  | MCKOOL SMITH HENNIGAN, P.C.                      Sean Pak (Cal. Bar No. 219032)
  | 255 Shoreline Drive Suite 510                    David Eiseman (Cal. Bar No. 114758)
  | Redwood Shores, CA 94065                         Kristin J. Madigan (Cal. Bar No. 233436)
  | (650) 394-1400                                   quinn-google-n.d.cal.-13-
  | (650) 394-1422 (facsimile)                       05933@quinnemanuel.com
  |                                                  50 California Street, 22nd Floor
  | Mike McKool (Admitted Pro Hac Vice)              San Francisco, California 94111
  | mmckool@McKoolSmith.com                          (415) 875-6600
  | Douglas A. Cawley (Admitted Pro Hac Vice)        (415) 875-6700 facsimile
  | dcawley@McKoolSmith.com
  | Ted Stevenson III (Admitted Pro Hac Vice)        Victoria F. Maroulis (Cal. Bar No. 202603)
  | tstevenson@McKoolSmith.com                       quinn-google-n.d.cal.-13-
  | David Sochia (Admitted Pro Hac Vice)             05933@quinnemanuel.com
  | dsochia@McKoolSmith.com                          555 Twin Dolphin Drive, 5th Floor
  | 300 Crescent Court, Suite 1500                   Redwood Shores, California 94065
  | Dallas, TX 75201                                 (650) 801-5000
  | (214) 978-4000                                   (650) 801-5100 facsimile
  | (214) 978-4044 (facsimile)
  |                                                  Patrick D. Curran (Cal. Bar No. 241630)
  | Joshua W. Budwin (Admitted Pro Hac Vice)         quinn-google-n.d.cal.-13-
  | jbudwin@McKoolSmith.com                          05933@quinnemanuel.com
  | 300 W. 6th Street, Suite 1700                    51 Madison Avenue, 22nd Floor
  | Austin, TX 78701                                 New York, New York 10010
  | (512) 692-8700                                   (212) 849-7000
  | (512) 692-8744 (facsimile)                       (212) 849-7100 facsimile

20 | *Attorneys for Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC*    *Attorneys for Plaintiff Google Inc.*

-2-

Case No. 4:13-cv-5933-CW                                                                 **JOINT MOTION TO DISMISS**

## ATTESTATION

I, Patrick D. Curran, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that David Sochia has concurred in this filing.

DATED: February 18, 2015

>    */s/ Patrick D. Curran*
>    Patrick D. Curran