# EXHIBIT D

1  **[Counsel Listed on Signature Page]**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| Google Inc., | |
| Plaintiff, | Case No. 4:13-cv-5933-CW |
| v. | **JOINT MOTION TO DISMISS** |
| Rockstar Consortium US LP and MobileStar Technologies LLC, | Hon. Claudia Wilken |
| Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Google Inc. ("Plaintiff") and Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC (collectively, "Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants without prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

-1-

Case No. 4:13-cv-5933-CW  **JOINT MOTION TO DISMISS**

1 | DATED: February 18, 2015

2 | MCKOOL SMITH, P.C.                                QUINN EMANUEL URQUHART & SULLIVAN,
3 |                                                   LLP

4 | By */s/ David Sochia*                             By: */s/ Patrick D. Curran*
   | Courtland L. Reichman                            Charles K. Verhoeven (Cal. Bar No. 170151)
5 | MCKOOL SMITH HENNIGAN, P.C.                       Sean Pak (Cal. Bar No. 219032)
   | 255 Shoreline Drive Suite 510                    David Eiseman (Cal. Bar No. 114758)
6 | Redwood Shores, CA 94065                          Kristin J. Madigan (Cal. Bar No. 233436)
7 | (650) 394-1400                                    quinn-google-n.d.cal.-13-
   | (650) 394-1422 (facsimile)                       05933@quinnemanuel.com
8 |                                                   50 California Street, 22nd Floor
   | Mike McKool (Admitted Pro Hac Vice)              San Francisco, California 94111
9 | mmckool@McKoolSmith.com                           (415) 875-6600
   | Douglas A. Cawley (Admitted Pro Hac Vice)        (415) 875-6700 facsimile
10 | dcawley@McKoolSmith.com
11 | Ted Stevenson III (Admitted Pro Hac Vice)        Victoria F. Maroulis (Cal. Bar No. 202603)
   | tstevenson@McKoolSmith.com                       quinn-google-n.d.cal.-13-
12 | David Sochia (Admitted Pro Hac Vice)             05933@quinnemanuel.com
   | dsochia@McKoolSmith.com                          555 Twin Dolphin Drive, 5th Floor
13 | 300 Crescent Court, Suite 1500                   Redwood Shores, California 94065
   | Dallas, TX 75201                                 (650) 801-5000
14 | (214) 978-4000                                   (650) 801-5100 facsimile
   | (214) 978-4044 (facsimile)
15 |                                                   Patrick D. Curran (Cal. Bar No. 241630)
16 | Joshua W. Budwin (Admitted Pro Hac Vice)         quinn-google-n.d.cal.-13-
   | jbudwin@McKoolSmith.com                          05933@quinnemanuel.com
17 | 300 W. 6th Street, Suite 1700                    51 Madison Avenue, 22nd Floor
   | Austin, TX 78701                                 New York, New York 10010
18 | (512) 692-8700                                   (212) 849-7000
19 | (512) 692-8744 (facsimile)                       (212) 849-7100 facsimile

20 | *Attorneys for Defendants Rockstar*              *Attorneys for Plaintiff Google Inc.*
   | *Consortium U.S. LP and MobileStar*
21 | *Technologies LLC*

22
23
24
25
26
27
28 | Case No. 4:13-cv-5933-CW                         -2-                          **JOINT MOTION TO DISMISS**

## ATTESTATION

I, Patrick D. Curran, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that David Sochia has concurred in this filing.

DATED: February 18, 2015

>   */s/ Patrick D. Curran*
>   Patrick D. Curran

-3-

Case No. 4:13-cv-5933-CW      **JOINT MOTION TO DISMISS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC,<br><br>　　　　Defendants. | CASE NO. 13-cv-5933-CW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

On this day, Plaintiff Google Inc. ("Plaintiff") and Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC (collectively, "Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants without prejudice and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed without prejudice and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

DATED: February 19, 2015

*(signed)* Claudia Wilken

The Honorable Claudia Wilken
United States District Judge

-1-

Case No. 13-cv-5933-CW
[PROPOSED] ORDER GRANTING MOTION TO DISMISS