# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | **Re: D.I. 15219** |
| ------------------------------------------------------X | : | |
| SNMP Research International, Inc. and SNMP Research, Inc., | : | Adv. Case No. 11-53454 (KG) |
| Plaintiffs, | : | **Re: D.I. 144** |
| v. | : | |
| Nortel Networks Inc., et. al., Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation, Genband US LLC, GENBAND, Inc., Performance Technologies, Inc., Perftech (PTI) Canada, Avaya Inc., Radware Ltd., and John Doe Defendants 1-100, | : | |
| Defendants. | : | |
| ------------------------------------------------------X | | |

## NOTICE OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

PLEASE TAKE NOTICE that on February 25, 2015, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on February 27, 2015 at 2:00 P.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

| | |
|---|---|
| Dated: February 25, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

8645027.7

**Via Fax**

Cole Schotz, P.C.
Nicholas J. Brannick, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Fax: 302-652-3117

Cole Schotz, P.C.
G. David Dean, Esq.
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202
Fax: 410-230-0667

King & Ballow Law Offices
Richard S. Busch, Esq.
Andrew Coffman, Esq.
315 Union Street, Suite 1100
Nashville, TN 37201
Fax: 615-726-5417

Egerton, McAfee, Armistead &
Davis, P.C.
John L. Wood, Esq.
900 S. Gay Street
Knoxville, TN 37902
Fax: 865-525-5293

John J. Monaghan, Esq.
Joshua C. Krumholz, Esq.
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
Fax: 617-523-6850

Barbra R. Parlin, Esq.
Holland & Knight
31 West 52nd Street
New York, NY 10019
Fax: 212-385-9010