# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 1/1/2015 through 1/31/2015**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $895 | 7.40 | $6,623.00 |
| J. Borow | Executive Director | $895 | 6.40 | $5,728.00 |
| J. Hyland | Executive Director | $675 | 34.90 | $23,557.50 |
| A. Cowie | Managing Director | $625 | 17.70 | $11,062.50 |
| J. Blum | Paraprofessional | $120 | 4.10 | $492.00 |
| M. Haverkamp | Paraprofessional | $120 | 0.20 | $24.00 |
| **For the Period 1/1/2015 through 1/31/2015** | | | **70.70** | **$47,487.00** |