## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 1/1/2015 through 1/31/2015**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 5.80 | $4,707.00 |
| 05. Professional Retention/Fee Application Preparation | 15.10 | $8,042.00 |
| 08. Interaction/Mtgs w Creditors | 9.40 | $7,298.00 |
| 10. Recovery/SubCon/Lien Analysis | 12.60 | $8,080.00 |
| 11. Claim Analysis/Accounting | 15.70 | $11,323.50 |
| 18. Operating and Other Reports | 3.10 | $1,937.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 5.20 | $3,490.00 |
| 33. Intellectual Property | 3.80 | $2,609.00 |
| **For the Period 1/1/2015 through 1/31/2015** | **70.70** | **$47,487.00** |