# Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 1/1/2015 through 1/31/2015

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 1/7/2015 | C. Kearns | 0.20 | Emailed with counsel on next steps for proceeds allocation. |
| 1/8/2015 | C. Kearns | 0.20 | Emailed with counsel on proceeds allocation next steps. |
| 1/20/2015 | C. Kearns | 0.20 | Emailed with counsel re: tax analysis and related proceeds allocation. |
| 1/26/2015 | C. Kearns | 0.30 | Emailed with counsel re: Canada IP address sale. |
| 1/26/2015 | J. Hyland | 2.20 | Reviewed IPA sale documentation and analysis. |
| 1/29/2015 | J. Borow | 0.70 | Analyzed potential settlement issues. |
| 1/29/2015 | C. Kearns | 1.60 | Met with counsel to discuss proceeds allocation issues re: Canada claim base, PPI, allocation and planned related matters. |
| 1/31/2015 | C. Kearns | 0.40 | Emailed with counsel re: possible alternatives for PPI for GUCC claims coupled with distribution related issues. |
| Subtotal | | 5.80 | |
| **05. Professional Retention/Fee Application Preparation** | | | |
| 1/8/2015 | J. Hyland | 1.90 | Reviewed November 2014 fee application and provided comments. |
| 1/9/2015 | M. Haverkamp | 0.20 | Edited December monthly fee application. |
| 1/9/2015 | J. Blum | 0.60 | Prepared November fee application. |
| 1/9/2015 | J. Borow | 1.20 | Reviewed December fee application. |
| 1/12/2015 | J. Borow | 1.10 | Reviewed fee application and supplemental affidavit. |
| 1/12/2015 | J. Blum | 1.10 | Prepared the December Nortel fee application. |
| 1/12/2015 | J. Hyland | 1.20 | Finalized supplemental declaration of J. Borow for Capstone. |
| 1/13/2015 | A. Cowie | 2.40 | Reviewed December fee application. |
| 1/14/2015 | A. Cowie | 2.10 | Analyzed December fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/21/2015 | A. Cowie | 0.90 | Analyzed December fee application. |
| 1/28/2015 | J. Blum | 0.70 | Prepared the December Nortel fee application. |
| 1/28/2015 | J. Blum | 0.90 | Prepared the December Nortel fee application. |
| 1/29/2015 | J. Blum | 0.80 | Prepared the December Nortel fee application. |
| Subtotal | | 15.10 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/8/2015 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC members and professionals. |
| 1/8/2015 | J. Borow | 0.30 | Participated in UCC and professionals to UCC call. |
| 1/8/2015 | J. Borow | 1.30 | Prepared for meeting with UCC. |
| 1/14/2015 | C. Kearns | 0.30 | Emailed with the committee on Monitor's PPI appeal and status of other issues on Canadian docket. |
| 1/22/2015 | A. Cowie | 0.30 | Prepared discussion points for weekly UCC call. |
| 1/22/2015 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC members and professionals. |
| 1/22/2015 | J. Borow | 0.30 | Attended meeting with UCC and counsel to UCC re: status of matter. |
| 1/22/2015 | C. Kearns | 0.80 | Discussed with counsel via telephone after UCC call various issues related to Canadian claim base and potential allocation resolution. |
| 1/22/2015 | J. Hyland | 1.40 | Reviewed documentation for UCC call. |
| 1/28/2015 | J. Hyland | 2.00 | Reviewed documentation distributed to UCC for UCC call. |
| 1/29/2015 | J. Borow | 0.70 | Participated in weekly call with UCC and professionals to committee. |
| 1/29/2015 | J. Hyland | 0.70 | Participated in UCC call with UCC members and UCC professionals. |
| 1/29/2015 | C. Kearns | 0.70 | Participated in UCC call to discuss PPI and feedback from creditor on various allocation related issues. |
| Subtotal | | 9.40 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/28/2015 | A. Cowie | 2.10 | Analyzed creditor recovery scenarios in regard to alternate PPI assumptions. |

**Capstone Advisory Group, LLC**  Page 2 of 4
**Invoice for the 1/1/2015-1/31/2015 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/29/2015 | A. Cowie | 0.80 | Analyzed creditor recovery scenarios in regard to alternate PPI assumptions. |
| 1/30/2015 | J. Hyland | 1.60 | Continued analyzing recoveries based upon allocation assumptions. |
| 1/30/2015 | J. Hyland | 2.50 | Analyzed recoveries based upon allocation assumptions. |
| 1/30/2015 | A. Cowie | 2.70 | Continued to analyze creditor recovery scenarios in regard to alternate PPI assumptions. |
| 1/30/2015 | A. Cowie | 2.90 | Analyzed creditor recovery scenarios in regard to alternate PPI assumptions. |
| Subtotal | | 12.60 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/5/2015 | J. Hyland | 1.30 | Reviewed articles from counsel re: PPI. |
| 1/6/2015 | C. Kearns | 0.30 | Monitored PPI appeal related document. |
| 1/7/2015 | J. Hyland | 1.10 | Reviewed Monitor's appeal decision re: PPI. |
| 1/12/2015 | C. Kearns | 0.20 | Emailed with counsel re: PPI and other related issues. |
| 1/13/2015 | C. Kearns | 0.30 | Emailed with counsel re: Monitor PPI appeal and next steps. |
| 1/19/2015 | C. Kearns | 0.20 | Emailed with counsel re: allocation and PPI. |
| 1/19/2015 | J. Hyland | 2.70 | Continued analyzing U.S. and Canadian claims data. |
| 1/19/2015 | J. Hyland | 2.90 | Analyzed U.S. and Canadian claims data. |
| 1/23/2015 | C. Kearns | 0.30 | Emailed with counsel re: post-petition interest. |
| 1/28/2015 | C. Kearns | 0.30 | Read PPI submissions by the parties. |
| 1/28/2015 | J. Hyland | 2.40 | Analyzed Canadian claims. |
| 1/29/2015 | J. Borow | 0.80 | Reviewed post-petition interest issues and related computations. |
| 1/29/2015 | J. Hyland | 2.00 | Analyzed Canadian claims base. |
| 1/30/2015 | C. Kearns | 0.30 | Emailed with counsel on possible PPI rates for GUCCs. |
| 1/31/2015 | C. Kearns | 0.60 | Analyzed sensitivities re: possible outcomes for PPI for GUCC claims. |
| Subtotal | | 15.70 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 1/12/2015 | A. Cowie | 0.50 | Analyzed November Restructuring Manager report prepared by the Company for impact on creditor recovery model. |
| 1/12/2015 | A. Cowie | 1.70 | Analyzed monthly operating reports for impact to creditor recovery model. |
| 1/14/2015 | A. Cowie | 0.90 | Analyzed Canadian debtor monthly reporting in regard to impact on creditor recovery model. |
| Subtotal | | 3.10 | |
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 1/12/2015 | A. Cowie | 0.40 | Analyzed global cash report for impact on creditor recovery model. |
| 1/19/2015 | J. Hyland | 2.80 | Reviewed cash trends and forecasts. |
| 1/23/2015 | J. Hyland | 2.00 | Analyzed cash activity from NNL. |
| Subtotal | | 5.20 | |
| **33. Intellectual Property** | | | |
| 1/16/2015 | C. Kearns | 0.20 | Emailed with committee re: Rockstar related litigation. |
| 1/16/2015 | J. Hyland | 0.90 | Reviewed Google's responses to Rockstar motion and supporting documents. |
| 1/23/2015 | J. Hyland | 2.70 | Reviewed Cisco's response to Rockstar's motion including attachments. |
| Subtotal | | 3.80 | |
| **Total Hours** | | **70.70** | |