IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                Debtors.

: Chapter 11
:
: Case No. 09-10138 (KG)
:
: Jointly Administered
:
: RE: D.I. 9362, 9412, 9418, 9441, 9451, 9641, 10016, 10484,
: 11201, 11821, 12504, 13237, 13240, 13250

------------------------------------------------------------X

## DECLARATION OF MICHELLE J. PARTHUM IN SUPPORT OF U.S. DEBTORS' SUPPLEMENTAL OBJECTION TO THE MOTION OF THE AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING LATE FILED CLAIMS

Pursuant to 28 U.S.C. § 1746, Michelle J. Parthum hereby declares as follows:

1. I am an attorney with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for the U.S. Debtors in this matter, and am admitted *pro hac vice* to practice before this Court. I submit this declaration in support of the *U.S. Debtors' Supplemental Objection to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims*.

2. Attached to this declaration are true and correct copies of the following documents:

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their counsel is available at http://dm.epiq11.com/nortel.

| Exhibit[2] | Document |
|---|---|
| 4 | Letter from Elena King, dated Jan. 28, 2009[*] |
| 9 | LI02784-85, LinkedIn Discussion titled "Creditor Submissions," dated Apr. 7, 2009 |
| 11 | LI00915-18, LinkedIn Discussion titled "July 16 – Update on Activities with KM," dated July 16, 2009 |
| 13 | LI01851-54, LinkedIn Discussion titled "Claims in the US Court – Some People Received a Letter…," dated Nov. 25, 2009 |
| 16 | Letter from Nortel Retirees and Former Employees Protection Canada, dated approximately Jan. 2013 |
| 18 | Questions from Listeners – Koskie Minsky Webcast, dated Aug. 25, 2009 |
| 21 | Termination Letter, dated Nov. 19, 2008[*] |
| 38 | Ernie Briard Proof of Claim, dated Sept. 29, 2009 |
| 43 | Koskie Minsky Pensioners, Former Employees and Disabled Employees News Bulletin, dated Aug. 5, 2009 |
| 44 | Koskie Minsky Pensioners, Former Employees and Disabled Employees News Bulletin, dated Aug. 19, 2009 |
| 45 | Koskie Minsky Pensioners, Former Employees and Disabled Employees News Bulletin, dated Sept. 29, 2009 |
| 46 | LI00619-52, LinkedIn Discussion titled "ok so I received an email today…," dated approximately Jan. 2013 |
| 49 | Twenty-Second Report of the Monitor, dated Sept. 25, 2009 |
| 57 | Koskie Minsky LLP website, "Nortel Networks Corporation > Developments" |
| 58 | Koskie Minsky Pensioners, Former Employees and Disabled Employees News Bulletin, dated Aug. 12, 2009 |

---

[2]   To avoid confusion, exhibits marked during depositions retain the exhibit numbers assigned when marked. Exhibits not marked during depositions are numbered beginning with 110.

[*]   These exhibits were redacted for marking during depositions and are attached here in the same form as marked.

| Exhibit[2] | Document |
|---|---|
| 63 | July 12, 2012 E-mail from Michael Campbell, attaching July 10, 2012 Letter from Susan Philpott, Koskie Minsky, to Gale Rubenstein, Goodmans LLP |
| 110 | Recognition of the U.S. Claims Bar Order, dated Aug. 14, 2009 |
| 111 | Motion Record – Recognition of Various Orders, dated Aug. 11, 2009 |
| 112 | Claims Procedure Order, dated July 30, 2009 |
| 113 | Screen shot of Ernst & Young Inc., Restructuring Document Centre, Nortel Networks Corporation [CCAA Monitor] website, dated Feb. 18, 2015 |
| 114 | Screen shot of Epiq Systems, Nortel Networks, Inc. website, dated Feb. 18, 2015 |
| 115 | Koskie Minsky Pensioners and Former Employees News Bulletin, dated July 15, 2009 |
| 116 | Koskie Minsky Pensioners and Former Employees News Bulletin, dated July 22, 2009 |
| 117 | E-mail from Rachel B. Mersky, Esq., to Lisa M. Schweitzer et al., attaching "Additional Nortel Discovery Chart" (additional attachments omitted), dated Sept. 29, 2014 |
| 118 | Excerpts from the deposition transcript of Ernie Briard, dated Feb. 4, 2014 |
| 119 | Letter from Jeffrey A. Rosenthal to Susan Philpott, Esq., dated Oct. 3, 2014 |
| 120 | Letter from Timothy E. Hoeffner, Esq., to Jeffrey A. Rosenthal, dated Oct. 22, 2014 |
| 121 | E-mail from Barbara Walancik, Esq., to Jeffrey A. Rosenthal, dated Oct. 22, 2014 |
| 122 | Letter from Jeffrey A. Rosenthal to Barbara Walancik, Esq., dated Oct. 30, 2014 |
| 123 | E-mail (Parts I and II) from Barbara Walancik, Esq., to Jeffrey A. Rosenthal, attaching Letter from Mark Zigler, Esq., (additional attachments omitted), dated Nov. 7, 2014 |
| 124 | E-mail from Barbara Walancik, Esq., to Jeffrey A. Rosenthal, attaching Letter from Mark Zigler, Esq., (additional attachments omitted), dated Nov. 26, 2014 |
| 125 | Letter from Jeffrey A. Rosenthal to Mark Zigler, Esq., dated Dec. 3, 2014 |
| 126 | Letter from Mark Zigler, Esq., to Jeffrey A. Rosenthal, dated Dec. 9, 2014 |

| Exhibit[2] | Document |
|---|---|
| 127 | Letter from Jeffrey A. Rosenthal to Rachel B. Mersky, Esq., dated Nov. 12, 2014 |
| 128 | Letter from Rachel B. Mersky, Esq., to Jeffrey A. Rosenthal, dated Nov. 21, 2014 |
| 129 | Letter from Jeffrey A. Rosenthal to Rachel B. Mersky, Esq., dated Nov. 25, 2014 |
| 130 | Excerpts from the deposition transcript of Pierre Pierre Blais, dated Feb. 10, 2014 |
| 131 | Excerpts from the deposition transcript of Chris Buchanan, dated Feb. 13, 2014 |
| 132 | Excerpts from the deposition transcript of Michael Campbell, dated Feb. 6, 2014 |
| 133 | Excerpts from the deposition transcript of Jane Longchamps, dated Feb. 12, 2014 |
| 134 | Excerpts from the deposition transcript of Julia Piggott, dated Feb. 5, 2014 |
| 135 | Excerpts from the deposition transcript of Paul Roddick, dated Feb. 12, 2014 |
| 136 | Excerpts from the deposition transcript of Paula Klein, dated Feb. 11, 2014 |
| 137 | Excerpts from the deposition transcript of John Paul Ruprecht, dated Feb. 10, 2014 |
| 138 | Excerpts from the deposition transcript of Shirley Trowbridge, dated Feb. 3, 2014 |
| 139 | Excerpts from the deposition transcript of Anthony Law, dated Feb. 3, 2014 |
| 140 | Notice to Creditors re: Notice of Claims Procedure for the Debtors Pursuant to the Companies' Creditors Arrangement Act, dated July 30, 2009 |
| 141 | Excerpts from the deposition transcript of Anthony Cinicolo, dated Feb. 14, 2014 |
| 142 | LI02864-65, LinkedIn Discussion titled "Would anyone be willing to send KM a copy of their termination package to help out with the negotiations for the claims process?," dated July 29, 2009 |
| 143 | Selected Proofs of Claim |
| 144 | Excerpts from the deposition transcript of Daniel Jin-Ming Leung, dated Feb. 5, 2014 |
| 145 | Excerpts from the deposition transcript of Betsy Hung, dated Feb. 4, 2014 |

| Exhibit[2] | Document |
|---|---|
| 146 | Sixteenth Report of the Monitor, dated July 24, 2009 |

The U.S. Debtors reserve all evidentiary objections they may raise with respect to documents attached to this Declaration, including documents that were produced by Movants or other third parties.

Executed on February 24, 2015, in New York, NY.

_____
Michelle J. Parthum