# EXHIBIT 9

- Search for people, jobs, companies, and more     Advanced

Home    Profile    Network    Jobs    Interests                    Business Services    Upgrade

Remarkable Legal Billing - 60 Pages of Advice You Can Implement Today. Download Your Free Copy Today!

**Recently Severed Canadian Nortel Employees**                945 members    Member

Discussions    Promotions    Jobs    Members    Search

**Creditor Submissions**

Chris Buchanan
Consultant

Any news on how and when we submit our claims and why this is delayed in Canada versus US.

You're invited to join OPEN Forum, a community for entrepreneurs

You                OPEN Forum

Exchange advice  Make smart decisions.

+ Follow Chris

Like • Comment (4) • Follow • Reply Privately • April 7, 2009

**Comments**

4 comments

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

It is just a totally different process in Canada versus the USA. It is my understanding that the claims process is unlikely to be published until either shortly before or at the same time as when Nortel publishes their recovery plan to the court.

Like • Reply privately • Flag as inappropriate • April 8, 2009

**Dawn Desplanque**
Technical Writer / Technical Documentation Specialist

I remember in February - I think it was the 13th, Nortel was to ask the court for an extension, and it was my understanding that "something" was to be prepared to challenge that, AND Nortel did the request for extension in advance of the February date: they got the extension.

I truly hope that we do not face that kind of thing on April 20 or 21st.

Like • Reply privately • Flag as inappropriate • April 8, 2009

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

I don't recall asking the lawyers to challenge the extension for us. Nortel is likely to ask and get granted another extension when their current one runs out in May (I think). People need to be prepared for this to go on for many, many more months before Nortel files their plan.

Like • Reply privately • Flag as inappropriate • April 9, 2009

**Dawn Desplanque**
Technical Writer / Technical Documentation Specialist

Ok - I may have gotten my wires crossed

Things are really slow here in Canada, in getting the claims filed, as opposed to the USA.

I hope the court does not cause any further delays when the April dates come along

Like • Reply privately • Flag as inappropriate • April 9, 2009

**Latest Activity**

René Lafrance, PEng, PMP, CMA has joined the group.
8 hours ago

Bob Shumsky has joined the group
8 hours ago

David Sloan, M Eng commented in the group on MS Profile distribution for partially paid pension plan members Dave - I spoke to MS last week as I was also under the impression that I should have received the profile data by now They told me that the 13 days ago

See all activity ▶

About | Feedback | Privacy & Terms
LinkedIn Corp © 2013

**EXHIBIT 9**
2-3-14

Add a comment

☑ Send me an email for each new comment.

Home | Profile | • Search for people, jobs, companies, and more | Advanced | Business Services | Upgrade

Attorney Wanted
We need attorneys to help our legal clients
Free trial to view cases.

Attention Law Firms
Learn the biggest website mistake lawyers make costing thousands monthly

ADS YOU MAY BE INTERESTED IN

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers | Publishers | Language

Upgrade Your Account

LinkedIn Corporation © 2013 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback