# EXHIBIT 13

# DOCUMENT INFO



BegDoc#:    LI01851

EndDoc#:    LI01854

# DOCUMENT INFO

- Search for people, jobs, companies, and more...     Advanced

Home  • Profile  Network  Jobs  Interests                                     Business Services    Upgrade

Are You an Attorney? - We need more attorneys in your area. Apply now for membership.

### Recently Severed Canadian Nortel Employees

942 members    Member

Discussions  Promotions  Jobs  Search

## Claims in the US Court - Some People Received a Letter...

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

It has come to my attention that some of you received in the mail a letter containing the information in Docket 1919 (which can be found at http://chap11.epiqsystems.com/docket/docketlist.aspx?pk=48f43852-fa84-4f30-8fb3-4f605af7c8d0)

This letter encouraged you to file your employee claims in the USA even though you were on Canadian Payroll.

+ Follow Paula

I have sent an email to KM asking them to clarify the criteria for receiving such a letter and a recommendation on what you should do about it.

Like • Comment (16) • Follow • Reply Privately • November 25, 2009

### Comments

16 comments

**Pierre Pierre Blais**
Experienced Senior Architect and Manager, Software Engineering, Telecommunications and Embedded Systems

The information in the docket will be confusing to some Canadians as it states "With respect to the Canadian proceedings, a general bar date of September 30, 2009 at 4:00 p.m. (prevailing Eastern Time) was established by the Canadian Court.", making it sound as we have missed the boat.

Just ton confirm: we are still waiting for information on how to submit our claims in Canada, correct?

Like • Reply privately • Flag as inappropriate • November 26, 2009

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

I agree, the statement is confusing. However, there is no claims process yet for Canadian employee/compensation related claims. The lastest word from the lawyers is that it will not be in place until Q1 2010. I will post information on LinkedIn and email everyone for whom I have an email address as soon as I get any details that can be shared.

At the legal call today, I asked about this letter that some of you received. Mark Zigler (Koskie Minsky) advised me the following. You only need to file a claim in the US as per the information you received in the mail if you were on US payroll for Nortel or if you believe you have a claim against the US Estate (NNI) because of some contractual agreement related to your employment.

If you need help in filing this claim, you can contact Andrea McKinnon (from Koskie Minsky) at amckinnon@kmlaw.ca who can in turn put you in touch with a lawyer in Delaware who can help you with the filing.

Mark does not understand what the criteria was for sending out this letter. He speculates that it was sent to all people with a US mailing address as a precaution.

Like • Reply privately • Flag as inappropriate • November 26, 2009

### ADS YOU MAY BE INTERESTED IN

**Is Your Firm Listed?**
List your law firm across the Internet. Enter law firm address to start now

**Vehicle Product Liability**
If you're a Lawyer handling accident cases, we help you if its a defect case

**Paralegal Boot Camp**
No time for training? Let us train your new hires. 2-day Atlanta event

### Latest Activity

Anatoli Loewen likes this discussion by Paula Klein Email re: Discovery Process for US Claim
3 days ago

Anatoli Loewen likes this discussion by Paul Roddick Trial date: January 6, 2014
3 days ago

Lynda Farant likes this discussion by Paula Klein Email re: Discovery Process for US Claim
18 days ago

See all activity ▶

About | Feedback | Privacy & Terms
LinkedIn Corp. © 2013

www.linkedin.com/groupItem?goback=%2Egna_1770226&commentID=-1&item=10251443&type=member&gid=1770226&view=&replyComment=true#lastComment  1/4

LI01851


Luc

**Luc Durand**
Project Manager at Paradox Security Systems

From what Paula says, it looks like if you only worked for R&D or manufacturing in Canada, then you are out of luck as to filing a claim in the states then?
Like • Reply privately • Flag as inappropriate • December 1, 2009


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Yes, I believe if you only worked in Canada then you need to wait for the Canadian claims process for compensation/employee claims to be put in place and file using that process.
Like • Reply privately • Flag as inappropriate • December 1, 2009


Betsy

**Betsy Hung**
Carrier VoIP Systems Engineer

I have been waiting for the time to file our claim. This has dragged for too long for the claim process. What is E&Y doing? I am afraid that when it is the time (hopefully Q1 this year), there isn't any money left.
Like • Reply privately • Flag as inappropriate • January 19, 2010


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Apparently the reason that the Canadian claims process is going so slowly is that E&Y has been busy with the work associated with the sale of the Nortel business units. This has been their top priority.

The assets of the company will not be allocated until at least the following 3 things happen.

1) The Canadian claims process is in place and the claims applications have been collected
2) all of the sale transactions have completed
3) Negotiations for how the money in the lock boxes (proceeds of the sales) will be allocated have completed

The bottom line is that even if the claims process were to be put in place today, you are not going to see any money for many more months to come - if I had to take a guess, I would say end of 2010 at the earliest.
Like • Reply privately • Flag as inappropriate • January 19, 2010


Chris

**Chris Buchanan**
Consultant

Well not a surprise. We will all need tax consultants to sort this out. Just dissapointing that we cannot see our claim on Nortel after a whole year.

Seems to me this is going to rumble on forever: assuming they default on the pension side then our pensions need to be revalued - which means revenue canada has to go back and reassess the value of our pension plan contributions.

With some payout on severance then we will get additional RRSP headroom. At the moment I fell like I am funding the whole government of Canada - am I the only one to feel this way?
Like • Reply privately • Flag as inappropriate • January 19, 2010


Lyle

**Lyle Button**
Experienced Leader in Product and Project Management

If this is not resolved until the end of the year, will that mean that (assuming we get anything) all of our EIC benefits will be clawed back PLUS we will have exceeded the time within which we can make an EI claim? Can someone at KM clarify what happens with EI?
Like • Reply privately • Flag as inappropriate • January 19, 2010


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

I am not sure I understand the question properly...what do you mean "we will have exceeded the time within which we can make an EI claim"?
Like • Reply privately • Flag as inappropriate • January 19, 2010

LI01852


Lyle

**Lyle Button**
Experienced Leader in Product and Project Management

Probably easier to explain with an example. A person is let go on Jan 2009. He is eligible for and receives EI benefits for 12 months. In January of 2011, our claims with Nortel are settled and this person receives severance representing 6 months of working pay rate. EIC claws back the first 6 months of EIC benefit received. Can this person (assuming he was still not employed during this time) file EIC to extend the claim period for these same 6 months?

Like • Reply privately • Flag as inappropriate • January 19, 2010


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

OK, I understand now. That is an excellent question. I am not sure if KM would be able to answer it but I will ask. We may have to break down and ask the Service Canada / EI folks. Give me a few days and I will try to find out from KM first.

Like • Reply privately • Flag as inappropriate • January 20, 2010


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Still waiting on a reply from KM on this question

Like • Reply privately • Flag as inappropriate • January 26, 2010


Ed

**Ed Juskevicius**
Manager at Industry Canada

Hi. I have located an information page that suggests people who received EI payments in 2009 may be immune from having it "clawed back", as long as they did not receive more than one week of EI benefits in the preceeding ten years.

http://www.servicecanada.gc.ca/eng/ei/information/repayment_2009.shtml

I hope I am reading this correctly.

Like • Reply privately • Flag as inappropriate • January 26, 2010


Luc

**Luc Durand**
Project Manager at Paradox Security Systems

I had a meeting with an EI agent in May 2009 and remember asking that specific question. He answered that if you had been working for more than 10 years without claiming EI, then there would be no "clawed back". Hope this helps..

Like • Reply privately • Flag as inappropriate • January 27, 2010


Lyle

**Lyle Button**
Experienced Leader in Product and Project Management

Thanks for the inputs. I think this case is different from the clawback scenarios you describe. I still think formal advice is needed and I wouldn't go direct to EI because the answer depends on who answers the phone and you run the risk of the agent screwing with your benefits.

Severance pay impacts the start date for allocation on an EI claim, even if the severance is paid after an EI claim has ended, such as in a bankruptcy. Normally, this extends the period of the claim and if you remain eligible (ie not working), you still get the benefits. However, the maximum claim extension is 52 weeks.

What I don't understand is the impact of this 52 week claim extension limit. It is likely that this will be in the courts for at least that long. You may need to repay EI received for the severance period but be unable to file a claim extension because of the passage of time. Net result, you get screwed out of receiving EI benefits.

Like • Reply privately • Flag as inappropriate • January 27, 2010


Lyle

**Lyle Button**
Experienced Leader in Product and Project Management

I spoke today with an EI representative that was conducting an EI workshop at ITO2.0. Assume that you received EI benefits for 52 weeks then another 52 weeks later, you received severance representing 20 weeks of pay. You will first need to pay back the 20 weeks of EI benefits that you received during the severance period. Then you apply to extend benefits for an additional 20 weeks. Then you submit reports for those 20 weeks (10 reports) with an EI agent. You then get the 20 weeks of EI benefit back.

So, the administrative shell game is: pay them, apply to get your money back; prove you deserve

LI01853

it: they give it back to you. Your tax dollars at work.

This assumes of course that you are still eligible for benefits during those 20 extended weeks, as backed up by the reports that you file. He said that there is no time limit for doing this.

Like • Reply privately • Flag as inappropriate • January 29, 2010



Add a comment...

☑ Send me an email for each new comment.      [Add Comment]

**Paralegal Cert In 14 Week**
Get your Paralegal Certificate Online from Boston U CPE in only 14 Weeks!

**Like Penn State Football?**
Watch Penn State vs. Indiana and enjoy Unlimited Beverages during the game!

ADS YOU MAY BE INTERESTED IN

Help Center   About   Press : Blog   Careers ; Advertising   Talent Solutions   Tools   Mobile ; Developers   Publishers ; Language   Upgrade Your Account

LinkedIn Corporation © 2013   User Agreement !  Privacy Policy '  Community Guidelines ;  Cookie Policy !  Copyright Policy !  Send Feedback

www.linkedin.com/groupItem?goback=%2Egna_1770226&commentID=-1&item=10251443&type=member&gid=1770226&view=&readyComment=true#lastComment   4/4

LI01854