# EXHIBIT 38

**EXHIBIT 38**
2-4-14

# PROOF OF CLAIM

United States Bankruptcy Court for the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

In Re: Nortel Networks Inc., et al., Debtors.
Chapter 11
Case No. 09-10138 (KG)
Jointly Administered

Name of Debtor Against Which Claim is Held: **Nortel Networks Inc.**
Case No. of Debtor: **09-10138**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

**Ernie Briard**
**5 Promenade Ave**
**Ottawa, Ontario, CANADA**
**K2E-5X4**
Telephone number: **613-799-3257**  Email Address: **erniebriard@rogers.com**

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: _____ (If known)
Filed on: _____

Name and address where payment should be sent (if different from above):
Telephone number: _____ Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ **40,493.42**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **Lump sum pension benefit**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **1446**
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   Amount entitled to priority:
   $ **40,493.42**

6. Credits: The amount of all payments on this claim has been credited [...]

7. Documents: Attach redacted copies of any documents, orders, invoices, itemized statements of running accounts [...] may also attach a summary. Attach redacted copies of [...] You may also attach a summary. (See definition of "r[...]
   **DO NOT SEND ORIGINAL DOCUMENTS.** ATT SCANNING.
   If the documents are not available, please explain:

Filed: USBC - District of Delaware
Nortel Networks Inc., ET AL
09-10138 (KG)    0000004713

FOR COURT USE ONLY
**FILED / RECEIVED**
**SEP 29 2009**
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: **Sept. 28 '09**
Signature: [signed] **Ernie Briard**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

00107
EB

00108
EB

.ercer OneView - Tools (US)                                                                              Page 1 of 2

Ernie Briard | Log out |    Wed 4 Feb 2009                **NORTEL**

Home > Tools > Tools (US)                                                                    **About the tools**

**Short Term Calculator**                                                                    **How final are the results?**
                                                                                             These tools provide estimates
See your estimated results                                                                   only. Benefits ultimately payable
                                                                                             to you will be based on final data
If you retire from Nortel on December 31, 2007 :                                             and determined in accordance
                                                                                             with the rules of the plan and
You are eligible to receive a qualified monthly benefit of              $240.90              applicable law.

You are eligible to receive a qualified lump sum benefit of            $40,191.09            **What to do if you need advice**
                                                                                             This Website does not provide
                                                                                             financial, investment, tax, legal,
You are eligible to receive a non-qualified monthly benefit of           $1.81               accounting, or other advice. If
                                                                                             you need advice, seek help from
You are eligible to receive a non-qualified lump sum benefit of         $302.33              a professional advisor.

                                                                                             **Downloads**

Payments will start on                                              August 01, 2009          Adobe Acrobat Reader allows
                                                                                             you to view and print PDF files.

                                                                                             Download it from the Adobe Site

→ 40,493.42

Upon your death, your spouse would be eligible to start receiving a qualified lifetime pension
benefit of $107.98 per month and a non-qualified pension benefit of $1.00 per month. This quote
is based on a form that pays a lifetime pension to you and then continues paying 50% of the
pension amount to your spouse after your death.

See the detailed report to learn about other possible forms of pension that you can choose.

Get a Pension Quote for a different date

Review Pension Quotes saved from earlier sessions

If you want to print this page, use your Internet browser print feature (set to print Landscape).
To print other pages use the Print Page feature at the top of the page.

https://www.merceroneview.com/NORTEL/Default.aspx?path=Home/MyTools/MyTools...   04/02/2009

00109
EB

# NORTEL NETWORKS INC. PENSION SERVICE PLAN
## BENEFIT CALCULATION STATEMENT



| | |
|---|---|
| Employee Name | BRIARD, ERNIE |
| Social Security Number: | XXX-XX-1238 |
| Vested Status: | Yes |
| Vesting Service: | 21 |
| Benefit Service: | 8 |
| NNL Service Credits: | 13.73 |
| Qualified Final Average Earnings: | $132,481.23 |
| Unlimited Final Average Earnings: | $133,477.77 |
| Accumulated Percentage Credits: | 88.99% |
| Grandfathered Benefit Calculated: | No |

| | |
|---|---|
| Calculation Type: | Projection |
| Date of Hire: | March 03, 1986 |
| Plan Eligible Date: | November 22, 1999 |
| Employee Date of Birth: | February 10, 1957 |
| Spouse Date of Birth: | October 27, 1957 |
| Termination Date: | March 02, 2009 |
| Standard Severance End Date: | December 31, 2007 |
| Vacation Days: | 0 |
| Calculation End Date: | December 31, 2007 |
| Retirement Date: | April 01, 2009 |

### IMMEDIATE QUALIFIED RETIREMENT BENEFIT - Age 52 – Benefit Start Date: August 01, 2009

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $794.79 | |
| 10 Year Certain: | $770.95 | |
| 50% J & S: | $712.49 | $356.25 |
| 75% J & S: | $680.70 | $510.53 |
| 100% J & S: | $655.44 | $655.44 |
| *Lump Sum: | $132,466.87 | - Payable on Benefit Start Date plus processing time |

*Handwritten notes: -25% tax / - Roll to RRSP-IRA / Hex to a Invest vehicles?*

*Qualified Lump Sums of $1,000 or less will be automatically paid in 1 payment. Employees may roll their Lump Sum over to a tax deferred plan or IRA. Surviving spouses may roll their Lump Sum over to an IRA. Rollover is Not available to other Beneficiaries.

### IMMEDIATE NON-QUALIFIED RETIREMENT BENEFIT - Age 52 – Benefit Start Date: August 01, 2009

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $5.98 | |
| 10 Year Certain: | $5.80 | |
| 50% J & S: | $5.36 | $2.68 |
| 75% J & S: | $5.12 | $3.84 |
| 100% J & S: | $4.93 | $4.93 |
| *Lump Sum: | $996.44 | - Payable on Benefit Start Date plus processing time |

*A Non-qualified Lump Sum benefit of less than 50% of your unlimited FAE is paid as a one-time Lump Sum; if it is 50% or more of your unlimited FAE, it is paid as a 15 Year Term Certain monthly payment. Rollover to a tax deferred Plan or IRA is NOT available to any recipient of a Non-Qualified Retirement Benefit.

### QUALIFIED NORMAL RETIREMENT BENEFIT
### Age 65 – Start Date: March 01, 2022

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $2,134.55 | |
| 10 Year Certain: | $1,963.79 | |
| 50% J & S: | $1,913.52 | $956.76 |
| 75% J & S: | $1,828.14 | $1,371.11 |
| 100% J & S: | $1,760.31 | $1,760.31 |

Lump Sum to be determined at actual retirement date.

### NON-QUALIFIED NORMAL RETIREMENT BENEFIT
### Age 65 - Start Date: March 01, 2022

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $16.06 | |
| 10 Year Certain: | $14.78 | |
| 50% J & S: | $14.40 | $7.20 |
| 75% J & S: | $13.75 | $10.31 |
| 100% J & S: | $13.24 | $13.24 |

Lump Sum to be determined at actual retirement date.

Note: This Benefit Calculation Statement presents your pension benefits based on your personal data & applicable tables in effect on the date the calculation was prepared. Since this data & the tables change over time, a final calculation will be completed immediately prior to your actual Retirement/Benefit Start Date based on the data & tables in effect on the date the final calculation is prepared. This final calculation will be used to determine your payable benefit. If you attained age 50 with at least 4 years of vesting service as of December 31, 1998, you are eligible for Grandfather benefits under the prior plan. If the Grandfather clause applies, your benefits were calculated using the current plan provisions AND the prior plan provisions. The benefit amounts on this statement, including lump sum payments, are based upon the greater of the two formulas. The written provisions of the Nortel Networks Retirement Income Plan (as it applies to Pension Service Plan Members) determines the amount of the benefit that will be paid to you. You may not rely on any error in this benefit calculation statement (whether caused by data entry, the calculation process, erroneous data in the system, or any other cause) to grant you rights to a benefit greater than that described for you under the terms of the Plan.

Calculation ID: 660926 Prepared on December 03, 2008

00111
EB

00112
EB