# EXHIBIT 46

# DOCUMENT INFO

EXHIBIT

46

2-5-14

PENGAD 800-631-6989

BegDoc#:        LI00619

EndDoc#:        LI00652

# DOCUMENT INFO

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

‹ Search for people, jobs, companies, and more...   |   Advanced

Home    Profile    Network    Jobs    Interests                                    Business Services    Upgrade

**Is Your Firm Listed? - List your law firm across the Internet. Enter law firm address to start now**



**Recently Severed Canadian Nortel Employees** 🔒

942 members   |   Member   i   ↗

Discussions    Promotions    Jobs    Search

Penn State Smeal MBA
**Corporate Connections.**
**Career Results.**

Position yourself for the future: from your internship to the perfect post-MBA job and across the arc of your career.

PENNSTATE
SMEAL
College of Business

[ LEARN MORE ]



**ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, I would ned to send a retainer fee of 475.00 to Koshkie. anyone else get this?** Manager's Choice

Charles Salameh
Vice President/General Manager: Enterprise Services - Americas at Hewlett-Packard

• Follow Charles

Like (2) • Comment (214) • Follow • Reply Privately • 8 months ago

Comments

👍 Diane Jankowski, Jim Moncrieff like this

💬 214 comments



Charles Salameh
Vice President/General Manager: Enterprise Services - Americas at Hewlett-Packard

aparently we need to send the retainer to make the claim against nortel US by jan 25. im curious if anyone else got this email

Like · Reply privately · Flag as inappropriate · 8 months ago



Charles Salameh
Vice President/General Manager, Enterprise Services - Americas at Hewlett-Packard

HOW WILL U.S. COUNSEL RECEIVE INSTRUCTIONS?
In order to create an efficient process for retaining and instructing U.S. counsel, an Ad Hoc Committee of Former Canadian Employees has been created with Paula Klein and Mike Campbell serving as representatives. Instructions on proceedings will be provided to U.S. Counsel by the Ad Hoc Committee in order to keep the costs of administering the claims in the U.S. Bankruptcy Court at a minimum.
SOME ADVANTAGES AND DISADVANTAGES OF BRINGING A U.S. CLAIM
Nortel Canada is not expected to pay the full amount of employee compensation claims. The advantage to bringing a claim against Nortel U.S. is that, if the claim is successful, it is believed that there is a greater likelihood that the full amount of the claim will be paid.
The disadvantages are the cost of bringing the claim, and a material risk that the claim will not succeed. There may also be a possible delay in settling your overall claim while the U.S. proceeding is resolved.
WHAT HAPPENS IF I DO NOT FILE A CLAIM AGAINST NORTEL U.S.?
If you do not join this group and seek to file a claim against Nortel U.S., then you will only have a claim against Nortel Canada (currently being processed by the Monitor).
In the absence of a separate filed and accepted claim against Nortel U.S., you will not receive any payment from Nortel U.S. If you do not join this group and take advantage of this group approach to file a claim in the Nortel U.S. process, no claim will be made on your behalf, and you will only receive a payment on your severance claim from the Canadian estate.
WHERE CAN I GET MORE INFORMATION?
We strongly advise that you check the LinkedIn group created for "Recently Severed Canadian Nortel Employees" and join the group if you haven't already. The Group can be found online at the following link.
http://www.linkedin.com/groups?gid=1770226&trk=hb_side_g
NEXT STEPS
Your court-appointed representatives wish to determine: (1) whether a sufficient number of employees have a claim; (2) whether a sufficient number of employees with a claim wish to proceed on the basis of a group retainer of U.S. counsel.

Latest Activity


Anatoli Loewen likes this discussion by Paula Klein Email re: Discovery Process for US Claim
2 days ago


Anatoli Loewen likes this discussion by Paul Roddick Trial date: January 6, 2014
2 days ago


Lynda Farant likes this discussion by Paula Klein Email re: Discovery Process for US Claim
17 days ago

See all activity ▸

About  |  Feedback  |  Privacy & Terms
LinkedIn Corp. © 2013

LI00619

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

If you wish to proceed with a U.S. claim and believe you have a claim please complete the two documents attached and return them. and your retainer payment of $475.00 to Monzack Mersky McLaughlin and Browder P.A. c/o Koskie Minsky LLP BEFORE FRIDAY JANUARY 25, 2013. The first document is the Retainer of Ms. Rachel B. Mersky. It requires you to confirm that you have not received notice from Nortel U.S. of your potential claim against Nortel U.S. It also requires you to send to Ms. Mersky a copy of your contract or letter with Nortel that contains the severance arrangement you had with Nortel.

The second form is an authorization for Koskie Minsky LLP to charge your VISA a retainer amount to be held in trust on your account by Koskie Minsky LLP and Monzack Mersky McLaughlin and Browder P.A. If you wish to pay your retainer by VISA. you may authorize Koskie Minsky LLP to charge $475.00 to your VISA account.

You may also send Koskie Minsky LLP a certified cheque or money order for the amount of $475.00. payable to "Koskie Minsky LLP in trust for Monzack Mersky McLaughlin and Browder P.A."

Please send your signed Retainer together with the $475 retainer fee to Koskie Minsky LLP by Friday January 25, 2013. If you are sending the retainer fee by VISA Authorization please send it by fax or email to:
By fax. 416-204-2906
By email: nortel@kmlaw.ca

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**David Hudson**
Teaching, Research and Consulting

I received the same, Charles.

Like  · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Yes, this is legitimate.

Like  · Reply privately · Flag as inappropriate · 8 months ago



**Mike Lee**
Retired from Nortel

I'm in.

Like  · Reply privately · Flag as inappropriate · 8 months ago



**Charles Salameh**
Vice President/General Manager· Enterprise Services - Americas at Hewlett-Packard

im in - however i guess my biggest concern is the line hat says our payment may be held us while US proceedings take place. Paula since you and Micheal are named in the document - and realizing i am only asking for your perspective - what are your thoughts? is this worth the risk? financialy the risk of $475 is small - its the delay part that worries me. was thinking about waiting to hear how Jan 14th goes first?

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Chris York**
Director. Channel Sales & Marketing at DragonWave Inc.

So if only 100 people decide to participate. the retainer jumps up to $1,425?

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

I have been trying to find some time to write up a short explanation on what has been happening with this activity but I have been swamped with my day job and home stuff.

Hopefully, the letter is self explanatory. Unfortunately, there is a lot of uncertainty about how this will pan out.

1) The claims bar date in the US has passed. So the first hurdle is to get the US courts to "raise" the claims bar date to allow us to submit our claims. We require legal counsel in the US to file the motion to have the claims bar date raised. There is no guarantee that the court will allow it to be raised, however, Mersky believes we have a good case since we were not provided with official notice of the fact that we might have had claims to begin with.

2) If we succeed in getting the claims bar raised the next hurdle is to get the US court to accept that our claims are valid. Again. nothing is certain however the lawyers believe that we have a good case based on the language in our termination letters.

LI00620

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

3) If we succeed in getting our claims accepted, there may be some negotiation that takes place between the two estates (Canada / US) on how our claims would be paid out. This is the potential delay that the letter refers to. Unfortunately, I cannot speculate as to the likelihood of this or quantify the delay.

There are a few other points that I want to make sure people understand. First and foremost, this is NOT a class action or similar group claim. Each person has to make the determination for themselves whether or not they believe this is a worthwhile activity. If you do NOT sign up and pay your retainer your claim will NOT be filed in the US court and you will not be eligible for any potential payouts.

There are approx 300 people who we believe have paperwork and potential claims. The $475 is based on an assumption that approx half of those people will sign up. It is also based on a good faith estimate of the expected total costs of this endeavor. We do not know yet whether or not this will be more or less than this estimate. If it ends up costing less than what is collected, then people will be refunded the balance of the unspent money. When the money collected is exhausted, Mersky will ask for additional funds and each person will have an opportunity to decide whether to continue or drop out. If there is insufficient money collected to even proceed to the first hurdle, we will contact those people who did sign up and advise them of the additional costs. Each person will have the chance to decide whether to continue or to drop out at that point (and have their money refunded so long as the legal process has not started).

Some people have asked me what I am going to do. I am going to sign up. Personally, I think $475 is a small amount of money to pay for the chance to get a payout in both Canada and the US. In theory, I could get close to 100 cents on the dollar. Also, I think $475 is a very small retainer compared to what it would cost me to retain legal counsel in the US on my own.

Like · Reply privately · Flag as inappropriate · 8 months ago


Tat

**Tat Lam**
Telecommunications Professional

I received the email this afternoon. I'm in, but I would like to have some safe guard against a much higher retainer cost due to low participation.

Since the deadline is 2013-01-25, can we add up the total number by 6pm Thursday 2013-01-17? So far, there are only 3 (Charles S, Mike L and Tat L), I can't afford a $47500 retainer!

Can I ask NRPC/Paula/Michael to do an email survey the commitment of the 300+ folks who has received this email? Thanks again, NRPC/Paula/Michael.

Like · Reply privately · Flag as inappropriate · 8 months ago


Michael

**Michael McCorkle**
Treasury and Banking Executive

Makes sense to me. My severance contract is between Nortel Networks Ltd. But paragraph 1 includes the referenced Nortel Networks Corporation and subs language. Also, paragraph 4 says "Conditional upon your compliance with all terms of this Agreement....the Corporation shall:..." and then it lists off the payments due to me. So it clearly seems to be an obligation of NNC and its subsidiaries, etc. Nowhere does it say that my claim is in any way limited to Nortel's Canadian entities.

Like · Reply privately · Flag as inappropriate · 8 months ago


Michael

**Michael McCorkle**
Treasury and Banking Executive

I am in, by the way. But I think Tat Lam's suggestion is an excellent one.

Like · Reply privately · Flag as inappropriate · 8 months ago


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

I do not have the time or ability to conduct such a survey. What I can do though is post periodic updates as to how many people have sent in their forms to KM.

Like · Reply privately · Flag as inappropriate · 8 months ago


Peter

**Peter Mitenko**
Digital HW Designer

In.

Like · Reply privately · Flag as inappropriate · 8 months ago

LI00621

10/2/13    oks o I received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Lynda Farant**
Performance Coordinator at EORLA - Eastern Ontario Regional Laboratory Association

I'm in!

Lynda        Like  · Reply privately · Flag as inappropriate  · 8 months ago



**raj singh**

I got the email this afternoon........... count me in.

raj        Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Looks ok to me. Especially if our chance of getting 100% of our claim return from Canadian court
is slim. The question is : how come suddenly we find out that we can place a claim under the US
entity ? God ! Where were all our highly paid lawyers since 4 years ? Now we have less then 2
weeks to gather 50 K with a chance that this claim comes to late ? Shame on all our lawyers !
Sorry for my english et j'espère que les employés du Québec comme moi qui ont ce genre de
Denis        réclamations vont joindre le groupe. En passant, je suis de ceux qui n'ont jamais eu de nouvelles
de E&Y suite aux corrections sur ma trousse de réclamation que je leur ai fait parvenir il y a plus
d'un an ! Désolant !!!

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**J.P. Ruprecht**
Senior Product Manager - Enterprise at BlackBerry

<extract from NRPC letter> "Ms. Mersky has estimated that the initial retainer would need to be
about $50,000, and a very rough estimate of the total cost of litigating the allowance of filing the
claim could be as high as $100,000."
J.P.        Does this mean the following: in addition to the initial retainer $475, the very rough estimate for
the total cost of litigation is an additional $475 for a total of $950. Did I understand correctly?

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Daljit Ghotra**
Product Engineer at Sustainable Energy

I am in.

Daljit        Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

My 2 cents is : you are right.

Denis        Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

JP, no the $475 assumes approx 50% uptake and should be enough to cover the expected costs.

Paula        Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

JP, no the $475 assumes approx 50% uptake and should be enough to cover the expected costs.

Paula        Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Paula, why then the letter mention this : "une estimation très
approximative du coût total pour plaider l'autorisation de dépôt de réclamations pourrait s'élever à
100,000 $. To me this means we can expect to pay 100K at the final. If we happen to be only 100
Denis        members to join that would mean 1K each ? No ?

Like  · Reply privately · Flag as inappropriate  · 8 months ago

LI00622

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Anthony Law, PMP**
Senior Test Consultant at Canada Revenue Agency

I am in.

Anthony    Like · Reply privately · Flag as inappropriate · 8 months ago



**Bob Mcleod**
Exploring career possibilities...

I have NOT received an invitation to this party. Does every severed Canadian former employee
qualify, or is this a specific subset?

Bob

Since KM are already being paid on our behalf by the Nortel estate, why is this action separate?

Having paid retainers to Nelligan and Payne on two occasions, for no result, I need to understand
this one a little better.

Thanks for any info. Bob.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Phil Wang**
Internet Service and Security

It is quite not sure to "raise" the claims bar date in the US. A possibility is to file a late claim. I
found this related article,
http://delawarebankruptcy.foxrothschild.com/2012/08/articles/bankruptcy-law-basics/when-will-a-
bankruptcy-court-allow-a-latefiled-claim/.

Phil

<excerpt>
Courts generally consider four factors in deciding whether a claimant has established excusable
neglect. In re Garden Ridge Corp., 348 B.R. at 645, citing Hefta v. Official Comm. of Unsecured
Creditors (In re American Classic Voyages Co.), 405 F.3 133 (3d Cir. 2005). These factors include
(i) the danger of prejudice to the debtor; (ii) the length of delay and its impact on the judicial
proceedings; (iii) the reason for the delay, including whether the delay was within the reasonable
control of the movant; and, (iv) whether the creditor acted in good faith. Id. "All factors must be
considered and balanced; no one factor trumps the others."
</excerpt>

Personally, I am not decided to join.

Like · Reply privately · Flag as inappropriate · 8 months ago

**Charles Gale**
Associate Director of Engineering - Voice and Video at Northwestel

Despite our protests that pensioners and severance claimants were in conflict of interest, we were
forced to have a single council represent us. If it has now been determined by that council, very
late in the game, that something should have been done in the US, then it should be up to our
representatives to retain US representation as part of their job to represent our interests, (and bill
the estate accordingly). It should not be up to us to separately fund an activity, especially since
we were previously denied this - back at the start.

Charles

Frankly, this feels low probability, and smells like one more pick at our pockets.

If the US court decides that it will not open the doors again for us (and risk reopening them for
possibly dozens of other groups), what portion of this retainer would we expect returned? $475
may be a trivial amount for some, but certainly not for everyone.

I'll need more convincing before I sign on.

Like · Reply privately · Flag as inappropriate · 8 months ago

**Denis Paradis**
Administration contrats - CHUM

Other question · Why are we suddenly pushed to take a decision in a short period of time(before
Jan 25) since we are in any case far beyond the time where we should had place our claim ?

Denis

Charles, I agree with your comment. Looks like our representatives have miss the boat in not
advising us that our claims could have been placed also against the US entity in the beginning !

Like · Reply privately · Flag as inappropriate · 8 months ago

LI00623

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Chris Buchanan**
Consultant

Chris

I am in.

Anybody know an easy bank to rob? ... kidding but having just sorted out the 2009 RRSP/tax mess I do not have money to throw away. At the same timee to give up the horses, the slots and the lotto for a while. :)

I think KM should give a cost if #1 does not happen.

Which raises one issue for me which somebody touched on this earlier. KM were appointed to represent all ex-Nortel employees. It would appear most of the time was spent on the majority of that group: the pensioners.

HOWEVER, it should include our group and by my logic, the cost of this action should be covered?

ALSO, have KM be negligent in not identifying this earlier. They are the lawyers and I assume they came upon this issue late in the day.

Given the history and the negligence was not unintentional, why not propose that they only get paid if we get paid - they take their costs out of the payout should it come?

I then think a $200 retainer for them to legally represent me would be OK.

Like  · Reply privately · Flag as inappropriate · 8 months ago



**Michael McCorkle**
Treasury and Banking Executive

Michael

The logic I have heard so far that the US should "open the doors" has been that the US entity failed to inform us of their obligations to us. That's fine as far as it goes. But the US would likely argue, for what it is worth, that they were not aware of these liabilities since they were not direct parties to the agreements their parent entered into. We should also be arguing that KM, our legal representatives, failed to inform us or the courts of our rights here. And we should argue that Ernst and Young was negligent when they sent us our information packages on what was owed to us. I reviewed the package sent to me by EY. The first sentence of that document (Your Information Statement Package) led me to believe that they were listing ALL Nortel Network Corporation's liabilities to us--not just those of Nortel Canada. That should have been the time that at the very least they informed us that we have other claims we should file with subsidiaries of NNC.

Nelligan aren't part of this process, of course, but I am one of the ones who paid them funds to advise me of my rights under my severance agreement. Pretty frustrating that they missed this pretty basic clause when they reviewed it for me.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Denis / Charles, the reality is that KM has not been paid to look after our interests in the US courts. In fact, to some extent, you could argue that doing so would actually be in conflict to our interests in Canada. The fact that the possibility of a cross border claim exists has only recently come to light. Remember that there are 3 other law firms (in addition to KM) who have or currently represent terminated employees at one time or another who also missed the fact that this was a possibility. I don't personally think that we have been misrepresented because we are only now discovering that we might have this claim.

Bob, unless you have termination paperwork (i.e. a signed agreement between you and Nortel outlining your severance obligations) this does not apply to you. Based on the list I received from KM, I do not think this applies to you.

Charles, we are told by Mersky that raising the bar for us will be heard on its own ments and that doing so does not "open the floodgates" as you put it. As I mentioned before, we have a good argument for them to do so since we did not formally receive notice.

Denis, the reason that we are pushing for urgency is that the estate mediation starts next week. Mersky feels that we should try to get our claim in ASAP so that they are taken into consideration as part of those or any subsequent discussions. Furthermore, now that we know that we might have a claim, any delay to us taking action will not be looking upon favorably by the courts.

Chris, KM cannot represent us in this matter. This is a matter before the US courts. We need a US lawyer. KM is simply assisting with the logistics of communicating with the affected individuals.

LI00624

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Michael, I agree that it is frustrating that none of Nelligan, Juroviesky, Waddsworth identified this as a possibility. Still, I remain of the opinion that $475 spent is worth the chance of getting a top up on my severance payout. I would encourage you to pass along your thoughts about potential arguments in our favor directly to Mersky.

One of the things that I am not sure is mentioned in the letter is that Mersky already represents 4 individuals who have severance claims in Canada who decided on their own (for various reasons) to cross claim in the US. Those claims were filed before the bar date and accepted. This is why she believes that we have a reasonable chance of success. I do not have any other details about who those people are or their specific situations that led them to seek US counsel so I can't answer any additional questions in that regard.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Stephen Leuty**
Project Manager, Engineering and Design at Flextronics

Stephen

I didn't receive such an email and dont have the attachments referred to in Charles posting above. Who is eligible for this, any severed person? How would I join?

Like (1) · Reply privately · Flag as inappropriate · 8 months ago

Scott K. likes this



**John Rouette**
Senior Consultant, UC Sales Specialist at Bell

John

Paula, if KM cannot represent us in this matter, only help with logistcs to bring it up, then I suspect we'll subsequently need to hire yet another lawyer to represent us in the US, right? If so, this will no doubt cost us yet more money beyond the $475. So are we spending $475 in order to open the door to spend hundreds more? Thousands more?

Maybe I've been watching too many lawyer shows lately, but I'm wary that this is just another opportunty for them to grab yet more money from this case. Can we use our "credit" from Nelligan for this, from last time we lost out?

I'm undecided so far, but need to think about it, and see more of this discussion. BTW, I haven't received the letter yet.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Kelly McDonald**
Manager Consulting - Technology Strategy & Architecture

Kelly

What are the criteria to be part of the group of 300. I have my severance letter, but not sure what I should be looking for

Like · Reply privately · Flag as inappropriate · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Denis

Thank you Paula for your time and all the responses you did came up with ; these answers clarify the situation. Still, I think the Jan 24 deadline is to close. We are a little group(300) with these claims and not sure that we can gather 100+ to join in that short period of time. How can we have an idea of the participation rate in a so short notice ! Ex: some could be in vacation right now and will find out of this possible claim way after the fact !

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Stephen / John / Kelly, none of you are on the list of eligible individuals that I received from KM / E&Y.

Almost all eligible individuals have been contacted via email.

To summarize (again), in order to be eligible

1) You must have termination paperwork (i.e. a signed agreement between you and Nortel outlining your severance obligations).

2) The paperwork must contain language "As used in this Agreement the term "Corporation" shall

LI00625

10/2/13  ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so. I would ned to send a retainer fee of 475.00 t...

mean Nortel Network Corporation, its subsidiaries and affiliates, their successors and assigns and all their past and present officer, directors, employees and agents (in their individual and representative capacities), in every case, individually and collectively."

3) You must be owed outstanding severance money from this agreement.

If you did not receive an email with the details and you believe that you should be eligible, please contact KM immediately at nortel@kmlaw.ca

John, the $475 retainer that is being asked of the 300 or so affected individuals is precisely to hire a lawyer in the US to take up our case.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Denis, almost all of the individuals have been contacted via email. I suspect most, if not all of them would monitor their email during vacations. I know that I certainly do. If we get close to the Jan 24 deadline and find that there are insufficient people, we can evaluate the situation. In the meantime, I think that two weeks is sufficient time for people to read the letter and think about how they want to react.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Denis

Pour le bénéfice des membres francophones qui sont admissibles, la réponse de Paula ci-haut s'applique intégralement. Le point 2) se lit comme suit sur le mail que nous avons reçu de nortel@kmlaw.ca

« Aux fins du présent Accord, . leurs successeurs et ayants droit et tous leurs dirigeants, administrateurs, employés et agents passés et actuels (en leurs qualités de personnes et de représentants), dans tous les cas, individuellement et collectivement ». En outre, je n'ai pas reçu d'avis de Nortel Networks Inc. quant à une date de forclusion eu égard au droit de déposer une preuve de réclamation. »

Suffit juste de regarder sur notre lettre de cessation d'emploi avec Nortel si les termes ci-haut mentionné sont présents. Perso. sur la mienne il est indiqué : "le terme « Société » désigne Nortel Networks Corporation, ses filiales et sociétés affiliées ......."
donc ça me semble assez clair que je fais parti du groupe.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Scott Ramey**
Experienced Sr ICT Strategist, Architect, & Bus Dev prime

Scott

I received the email yesterday as well and have checked the wording in my severance letter. Perhaps it's inconsequential, but the wording in my contract is identical to the wording that is required with the exception of a single word. The email specifies "As used in this Agreement...,", whereas my severance letter specifies "As used in this letter...".

Did anyone else have this subtle difference ?
Paula - should I assume that I am eligible ?
Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Denis

Correction: voici le point 2) dont parle Paula tel qu'il apparaît en français dans les documents associés au mail qu'on a reçu de norte@kmlaw.ca

« Aux fins du présent Accord, le terme « Société » désigne Nortel Networks Corporation, ses filiales et sociétés affiliées, leurs successeurs et ayants droit et tous leurs dirigeants, administrateurs, employés et agents passés et actuels (en leurs qualités de personnes et de représentants), dans tous les cas, individuellement et collectivement ». En outre, je n'ai pas reçu d'avis de Nortel Networks Inc. quant à une date de forclusion eu égard au droit de déposer une preuve de réclamation. »

Si dans votre lettre de cessation d'emploi, vous avez les termes ci-haut mentionnés vous faites parti du groupe qui a une possible poursuite contre Nortel US, moyennant l'envoi d'une somme de 475$ avant le 25 janvier.

Like  · Reply privately · Flag as inappropriate  · 8 months ago

LI00626

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Scott. my letter also says "letter" and not "agreement". Either language is fine.

Paula    Like   • Reply privately • Flag as inappropriate  • 8 months ago



**Bob Mcleod**
Exploring career possibilities...

Thanks Paula. I understand now. As always, I appreciate the effort you make to keep everyone
Bob     well informed.

So, the eligible group would be people who were severed before the beginning of CCAA (Jan 14,
2009 IIRC). Those of us who were let go later did not receive any letter or agreement regarding
severance.

Good luck to those who choose to pursue this action. It would be nice if there were some "happy
endings" in this whole sordid affair.

Bob

Like   • Reply privately • Flag as inappropriate  • 8 months ago



**Chris Buchanan**
Consultant

Paula: thanks again for helping on this with your busy commitments etc.
Chris
Stirred up interest and chat we have not seen for YEARS; not to forget that Monday is the 4th
anniversary of the collapse of Nortel!!!

Which leads to my first comment: I still have not received a response to my claim on Nortel
Canada. Is there any kind of target end date??

This then leads to a second question: what would be our claim on Nortel US as the rules there are
quite different? Is there going to be some guidance.

Lastly re KM: interesting. Are they paid by Nortel Canada specifically. I had thought they were
paid to represent Nortel Canada employees - a subtle distinction. Which of course leads to the
obvious question: was there a court appointed lawyer equivalent to KM in the US?

Like   • Reply privately • Flag as inappropriate  • 8 months ago



**Betsy Hung**
Carrier VoIP Systems Engineer

I received the email yesterday and is going through the details.
Betsy   Like   • Reply privately • Flag as inappropriate  • 8 months ago



**David Hesidence. CCADC. PMP**
Addictions Counselor at Sogge and Associates

In
David   Like   • Reply privately • Flag as inappropriate  • 8 months ago



**John Rouette**
Senior Consultant, UC Sales Specialist at Bell

Thanks Paula. The first two items in the list are applicable to me. as I have exactly that wording in
my termination letter (also with the caveat that it says "letter" and not "agreement"). But the third
item in your list, "..must be owed outstanding severance from this agreement..." may be why I've
John    been excluded. I was terminated after Jan 14 (March 9 to be precise), which means that I was not
offered any severance pay in the letter itself. However, I don't believe that means I am not actually
entitled to any severance. I was terminated over the phone with 3 hours notice, and never received
a cent after that. Is this just an oversight on the part of KM, or does the before-or-after Jan 14 date
actually change whether or not we can participate in this?

Like (1) • Reply privately • Flag as inappropriate  • 8 months ago

👍 Greg B. likes this



**Steven Herzog**
Vice President. Strategy and Execution at MD Physician Services

Received the letter, and I'm in.
Steven

LI00627

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Paula, as always, you're doing a great job answering questions and keeping the conversation on track. Thanks for being such a strong advocate!

Like  · Reply privately · Flag as inappropriate  · 8 months ago



Andre Maunce. Eng (OIQ). PMP. ITILv3
Business Analyst within Department of Defence Portfolio at AM345 Consulting/Consultants Inc.

I'm in.

Andre     Like  · Reply privately · Flag as inappropriate  · 8 months ago



Thuong Qui Duong
Software Designer

I'm in.

Thuong     Like  · Reply privately · Flag as inappropriate  · 8 months ago
Qui



Scott Ramey
Experienced Sr ICT Strategist, Architect. & Bus Dev prime

I'm in.

Scott     Like  · Reply privately · Flag as inappropriate  · 8 months ago



Paula Klein
Business Manager Traffic Safety and Security Division at 3M

Does anyone know a Hong Zhang who was laid off from Nortel in Ottawa on Jan 11. 2009? If so,
Paula     can you please advise them to contact KM at nortel@kmlaw.ca or to call at 1-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. We
have been unable to find contact information for this person and want to advise them of their
potential claim.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



Michael Campbell
Principal at Tirna Partners

All,

Michael

Just some comments after watching the conversation for a while.

First, you're welcome... Paula and I have devoted a great deal of time and serious amount of effort
to get this pushed through a very lengthy process. You can't possibly know what we had to do to
get that note out to you yesterday.

First, KM identified to us that this was a possibility.

This is a US claim, and they are not paid to represent us in US proceedings, as they have no
legal ability to practice in the US.

They have been doing all the work gratis as this is not related to the CAN process and therefore
can not charge the CAN estate, so we should appreciate their effort as well.

Second, we needed to get a legal opinion around the viability of raising the bar date and the
validity of the language in our agreements. This took some time as no US law firms were at all
excited about providing an assessment without a client to pay.

Third, we had to identify the individuals that were affected by the wording and pull together a list of
contract information. We needed to get that so that we could reach out when we were ready to
go. (BTW, please reach out to everyone you know who is in the same situation and get them to
call KM).

Fourth, we needed to let the US estate know that we have a number of individuals in this state.

Fifth, we had to locate a US legal team willing to take our case. We have been very fortunate to
locate a firm that has dealt with this type of case before and has a working relationship with the
US court and the US estate.

And finally, we had to prepare all of the communications that you received yesterday to make
sure that the information got out in a timely fashion. The fact that the US estate has settled with
their HWT claimants somewhat forced our hand to get this going.

In any legal proceedings there is no guarantee that we will succeed. If you want a guarantee, then
we are not able to do that, and you should put your money elsewhere.
I think, based on what we've heard, that we have a reasonable shot at this.

LI00628

10/2/13  ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Paula and I have also persuaded the NRPC board to seed some cash to get the legal firm engaged and get the legal process started prior to signing everyone, since time is of the essence here. If you are not an NRPC member, I'd ask that you consider getting a membership as a way of expressing thanks for the NRPC's kind and timely assistance to this group.

If you think you have an agreement that contains the words that Paula noted above and have not been contacted, pls get in touch with KM right away to get your name on the list.

I have to say that I am disappointed to see the statements around assigning blame around this information. And that's all I will say, as I want to use this forum to get questions answered and get folks informed about the proceedings so as to reach the largest group in the shortest time.

And I'm IN!

MAC

Like · Reply privately · Flag as inappropriate · 8 months ago



Paula Klein
Business Manager Traffic Safety and Security Division at 3M

Paula

I have received the following FAQ from KM. Please take the time to read through it before you ask any additional questions. Thank you!

FREQUENTLY ASKED QUESTIONS

In response to the Notice that was sent to approximately 300 former Nortel employees on January 11, 2013, we have received a number of queries, which we will attempt to address below:

1. I didn't receive the package.

The communication that is referred to on LinkedIn was only sent to those former Nortel employees who:

i. Received an employment contract or letter terminating your employment between approximately January 2007 and January 2009 that contained a clause substantially the same as the following text: "As used in this letter the term "Corporation" shall mean Nortel Network Corporation, its subsidiaries and affiliates, their successors and assigns and all their past and present officer, directors, employees and agents (in their individual and representative capacities), in every case, individually and collectively.";

ii. The payment of their severance and termination was suspended by Nortel upon its filing for creditor protection in January 2009, and

iii. A claim in the United States has not been filed on their behalf and they were not notified that they could file a claim.

If you meet all the above characteristics, please send a copy of your letter of termination and severance package to nortel@kmlaw.ca and it will be reviewed and responded to.

2. If I received Notice from the NRPC, how do I determine what my severance and termination claim is in order to decide whether to participate?

Please check the Compensation Claims package you received from the Monitor, Ernst & Young. If you are not able to locate it, please request a copy of the package from the Monitor. You can contact them as follows: Hotline: 1-866-942-7177 Email: nortel.monitor@ca.ey.com

3. I received Notice from the NRPC but the wording in my termination package is different from the one provided as an example. Do I still qualify?

As long as the language is substantially the same as the following, the use of the word "letter" or "agreement" will not affect your eligibility: "As used in this Agreement the term "Corporation" shall mean Nortel Network Corporation, its subsidiaries and affiliates, their successors and assigns and all their past and present officer, directors, employees and agents (in their individual and representative capacities), in every case, individually and collectively.";

If you are not sure, please send a copy of your termination package to nortel@kmlaw.ca and it will be reviewed and you will be contacted about your letter or agreement.

4. What if U.S. Counsel does not collect enough retainer fees in order to proceed with the initial steps?

If U.S. Counsel is not able to collect enough retainer fees in order to proceed with the initial steps, the Ad Hoc Committee of Former Canadian Employees will make a determination and notify you about the next steps.

LI00629

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

**5. What if U.S. Counsel Cannot Complete All Tasks Required With the Retainer?**

If U.S. Counsel is not able to complete all the tasks with the retainer fees that are collected, U.S. Counsel will seek instructions. As this is speculative at this point, the method by which this will be conducted cannot be determined, however, it is likely that instructions will be sought from the Ad Hoc Committee and notice will be provided.

**6. If I fax or email my documents in, do I also have to send the originals by regular mail?**
No, the fax or email is sufficient as long as the documents are visible and have been sent completely.

Like (1) · Reply privately · Flag as inappropriate   · 8 months ago

👍 Michael C. likes this


**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

**7. What if I can't meet the January 25, 2013 deadline because I'm out of the country and don't have access to my documents?**

Please send an email to nortel@kmlaw.ca as soon as possible and advise us if you are not able to meet the January 25, 2013 deadline.

**8. I have more questions – who can I contact?**
Please post your questions in the LinkedIn group and this FAQ will be updated for the benefit of others who may also have similar questions.

Like  · Reply privately · Flag as inappropriate · 8 months ago


**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

John, I apologize. I was not aware that individuals received termination letters post the CCAA filing. Please see item #1 of the FAQ I have just posted. You should contact KM. The details on how to do this are in the FAQ.

Like  · Reply privately · Flag as inappropriate  · 8 months ago


**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Chris, E&Y are still working on the claims. I am still waiting for mine too. They are about half way through I think (I cannot recall the exact details but I have them somewhere buried in my email). I will be posting answers to your other questions in the next version of the FAQ...it should arrive soon. I have to go feed my child now :-)

Like · Reply privately · Flag as inappropriate · 8 months ago


**John Rouette**
Senior Consultant, UC Sales Specialist at Bell

John

Thanks Paula, not to worry. I will do that immediately. I think using the phrase "bringing a US claim" should be enough for them to know what I am referring to, right?

As always, many thanks to you and Michael for all your hard work and diligence in helping us all out so much, all the time. It is very much appreciated. Guys, please don't take any of the negative comments on this forum personally - it's just that this whole situation has affected people's lives (and often, the 'rest' of people's lives) so deeply and dramatically, and that everybody's just so frustrated about the unfairness of it all, sometimes folks just need to vent. We are truly lucky to have you guys always doing the right thing for us. Thank you.

Like (2) · Reply privately · Flag as inappropriate · 8 months ago

👍 Mary B., Umakanth T. like this


**Paul Roddick**
Telecommunications Professional

Paul

My agreement contains the 'subsidiaries and affiliates' clause... I'm in.
I agree with Michael McCorkle, Denis Paradis,... - I'm disappointed we're facing a missed deadline & other obstacles, even tho' this clause + allocation issues were visible in 1Q09 & earlier. Notwithstanding the tasks and free effort involved, this does seem to be a huge miss by our legal reps. Not a KM-confidence-booster.

Like  · Reply privately · Flag as inappropriate · 8 months ago

LI00630

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Chris Buchanan**
Consultant

Chris

Paula/Mike, do you have a view on this off the KM website:

http://www.kmlaw.ca/Case-Central/Overview/?rid=107

Specifically it states: "On May 27, 2009, the Ontario Superior Court of Justice (Commercial List) granted a Representation Order appointing Koskie Minsky LLP as Representative Counsel for all former employees of Nortel. In accordance with the Representation Order, KM will act as Representative Counsel to all former employees of Nortel, unless specifically excepted or unless the individual chooses otherwise."

This says nothing about the US or Canada - it is about the employees. Am I missing something?

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Umakanth Thirugnanam**
Submarine Sonar Electrical Engineer and Project Manager

Umakanth

Thank you for the hard work, Paula and Mike. You've been at it for a long time on our behalf.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Greg Bennett**
at Ericsson

Greg

I would like to see an explicit response to John Rouette's question, since I am in the same boat and don't agree I should be treated differently just because my severance isn't "in writing".

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Michael Campbell**
Principal at Tima Partners

Michael

Chris,

The appointment text is for Canada, endorsed by a Canadian Judge, in the Canadian legal process. By definition, Morewetz cannot appoint anyone to represent us in the US legal system. They are not representing all employees, just those in Canada.

Paul,

KM brought this to our attention, and asked us to make a call to pursue it. Obviously we decided to proceed once we had opinions from the US legal team.

None of us flagged this either. We all had the letters and read them over and over.. We know that a handful of folks figured this out, and it seems they know because they had worked in the US and got notice.

The US proceedings are not in KM's legal mandate nor are they qualified to make legal pleasing and opinions for the US. I'm personally thanking them for flagging the opportunity to possibly get 100% on the dollar.

Greg,

We are seeing KM on Monday, as the Court representatives are heading to downtown Toronto to participate in the mediation process to see if we can agree how to split up the estate for eventual settlements. I will ask about the lack of a settlement letter, but I think will be the fact that there was no contract in place for those folks and therefore no language to be challenged.

Mike M,

Part of the real issue here was that we have multiple countries involved in the proceedings, each with their own set of laws, lawyers and clients and set of claimants all focused on dealing with their issues. We are setting a lot of precedents for a legal proceeding of this size.

Nortel US and Nortel CAN should have checked their claims and seen if there were any cross claims and notified us. They did not. Ultimately, that is where the issue will lie, and that is the fact that we need to convince the US Judge to agree with.

Let's not speculate or offer suggestions that may ultimately give the US estate any wiggle room. They did not notify us and that is the legal point we will hang our hat on to get the bar date lifted.

MAC

Like  · Reply privately · Flag as inappropriate  · 8 months ago

LI00631

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Charlie Cheng**
The Dentist's Choice in Eastern Ontario and Outaouais

Is there a similar situation with Nortel US employee who received the contract (agreement) around the same time frame? i.e. they can also file a claim against Nortel Canada? Since Nortel have multiple subsidiaries, e.g. Nortel Europe, do we have the opportunity to file claims against Nortel Europe? Thanks to Paula and Micahel for all your effort in bringing this claim to our attention.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

Thanks Mike and understand in one way. But if you stand back it does not as clearly we need US representation.

I was driving to the obvious follow-on question: was an equivalent to KM appointed in the US?

Like · Reply privately · Flag as inappropriate · 8 months ago



**Charles Gale**
Associate Director of Engineering - Voice and Video at Northwestel

Like everyone else, I'm frustrated and that sometimes impacts how I express things. But my early comment was not intended as a rant (at least not entirely) and so I accidentally masked what I still believe is a valid question: Let me try again:

FACT: KM was appointed as our sole legal representatives.
FACT: KM has determined that some of us require US legal representation.
QUESTION: Why is KM not retaining that US representation (sub-contract in familiar terms) as part of their exclusive representation of Canadian employees?

When I hire someone to do work on my house I don't have to pay the people he/she hires - that's his/her problem. If they determine they need a specialist for something, they hire them. I get one bill.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paul Roddick**
Telecommunications Professional

Mike - lots of very good questions here about KM's actions and responsibilities re this item. I think a direct response from KM would be appropriate. KM is our sole court-appointed legal rep - not clear why they felt they could throw this over the wall to RSCNE. and so late. I didn't think we were allowed another separate legal rep at this point (in US or anywhere) - we signed to make KM our rep. Let's hear from MarkZ/SusanP.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

I concur with Charles' way of summarizing.

I will repeat the text from the KM website on Nortel:

"On May 27, 2009, the Ontario Superior Court of Justice (Commercial List) granted a Representation Order appointing Koskie Minsky LLP as Representative Counsel for all former employees of Nortel........, unless specifically excepted or unless the individual chooses otherwise."

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

I concur with Charles' way of summarizing.

I will repeat the text from the KM website on Nortel:

"On May 27, 2009, the Ontario Superior Court of Justice (Commercial List) granted a Representation Order appointing Koskie Minsky LLP as Representative Counsel for all former employees of Nortel........, unless specifically excepted or unless the individual chooses otherwise."

Like · Reply privately · Flag as inappropriate · 8 months ago

LI00632

10/2/13    oks o i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Greg, I think I answered John's question (and admitted my error). If you have a letter with the wording in it, contact KM.

Charlie, we did receive confirmation from E&Y (I think) that there is NO similar wording in the termination letters of people who were working in the US. Therefore, we believe that there is no opportunity for this to "open the floodgates" so to speak.

Chris / Paul / Charles, the representation orders are limited to CANADA. We have that statement from KM already. They are not paid to do any work for us relative to activities in the US. They are doing the work to help us get representation gratis. That is, they are not billing us or the Canadian Estate for this work. I, personally, am thankful for this. Furthermore, there is no equivalent court appointed rep for employees in the US. As I mentioned, I hope to have a more full explanation of this in the next version of the FAQ.

Like · Reply privately · Flag as inappropriate · 8 months ago



**J.P. Ruprecht**
Senior Product Manager - Enterprise at BlackBerry

J.P.

Thank you Paula and Mike for your ongoing support and efforts, it is very much appreciated. You are both awesome!

I do have a question about the $57M Settlement Agreement (those with severance paperwork received a $3K payment, which I believe applied to this same group of folks as this Nortel US claim).

Are there any terms in the Settlement Agreement that would remove our ability to make this claim against NN Corporation or NN US? I looked through it, didn't see any terms that seemed to impact this potential claim (but I am, by no means, an expert)...

URL for Settlement Agreement:
http://documentcentre.eycan.com/eycm_library/Project%20Copperhead/English/Employee%20Se
ttlement%20Document%20Package/SettlementAgreementdatedFebruary82010.pdf

A couple of articles on the Settlement Agreement - as a refresher:

http://m.theglobeandmail.com/report-on-business/benefits-extended-for-nortel-ex-
employees/article1460547/?service=mobilehttp://retire-secure.blogspot.ca/2010/02/nortel-reaches-
agreement-with-nrpc-on.html

Like · Reply privately · Flag as inappropriate · 8 months ago



**Seanna Watson**
Freelance Technical Writer

Seanna

The FAQ refers to terminations between 2007 and 2009. Are people terminated after 2009 still eligible (my termination date was March 2012, but I do have documentation stating that I am owed severance)

Like · Reply privately · Flag as inappropriate · 8 months ago



**John Rouette**
Senior Consultant, UC Sales Specialist at Bell

John

Greg, as per Paula's instructions, I have sent an email to KM, stating that I would like to participate, and included a scanned copy of my termination letter. As soon as I hear anything back from them, I will post it here.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Jim Carew**
Director North America CTM at BlackBerry

Jim

I just received it a couple of days ago and am traveling this week but will try to digest the comments on this thread as well as the letter.

Does anyone what form the notice "Further, I did not receive notice from Nortel Networks Inc. of a bar date regarding the right to file a Proof of Claim." would have taken? An email, form letter, etc??? Just to make sure we were not, if fact, informed?

Like · Reply privately · Flag as inappropriate · 8 months ago

LI00633

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...





**Sergio Fiszman**
Chief Enterprise Architect MAXIMUS Canada

I have also sent an email to KM, stating that I would like to participate. and included a scanned copy of my termination letter.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Seanna, please contact KM and ask them for advice on your specific situation. The details on what to do are in the FAQ.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Jim, I believe the notice shod have been a letter to your last known address but I will confirm with Mersky.

Like · Reply privately · Flag as inappropriate · 8 months ago



**David Hesidence, CCADC. PMP**
Addictions Counselor at Sogge and Associates

Better late than never as the old adage goes. I am in. Paula and Michael, thank you for hard work and diligence to uncover this opportunity for us.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Jim Carew**
Director North America CTM at BlackBerry

Thank you very much Paula. I do appear to have this text with the exception of "letter: versus "agreemenet", likely nothing. But I will double check all my paperwork to see if there is anything regarding a notification from Nortel Networks Inc. of a bar date. Pretty safe to assume though that none of us got one from the comments I am seeing so far.

Thank you again Paula for your dedication to the cause.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Jim, I do not believe that we received notice. The only exception to this may have been people who were US citizens and/or people on US payroll at the time of Chapter 11 filing and/or people who were at one time on US payroll? We are getting the FAQ updated with an official response so stay tuned...it might take a day or so.

P.S. you are welcome

Like · Reply privately · Flag as inappropriate · 8 months ago



**Jim Carew**
Director North America CTM at BlackBerry

Thanks again Paula and Michael for your information as well (didn't mean to exclude you).

Count me in as well, and will send in the paperwork this week.

Like · Reply privately · Flag as inappropriate · 8 months ago

**Greg Bennett**
at Ericsson

k. time for an impossible question. :-)

Michael at some point in this conversation stated that with the US claim addition, he welcomed the "opportunity to get possibly close" to 100%.

I realize that mediation sessions only start this week, but Michael's statement implies a certain level of base information/rumour I haven't personally seen.

Are there any rough opinions on what the current Canadian percentages might be looking at? Alternatively, are the estimates on the US side significantly different that such a hopeful statement can be made?

LI00634

10/2/13   ok so I received an email today - looked official asking me if I wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Like · Reply privately · Flag as inappropriate · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Greg, good question.

Right now . I know that Nortel US bonds are trading at 1.17$ for 1$. So that gives us an idea that US bondholders thinks they will get all their capital back(not sure about getting also the interest due on these bonds thought). I can't get a site that gives me the same info on Nortel canadian bonds. I while ago these Nortel CDA bonds were trading well below their US counterparts.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Michael Campbell**
Principal at Trima Partners

We have been running scenarios on the various possible outcomes for the Canadian and US estate payouts to see what we might do as the mediation unfolds...

We are under NDA, and don't want our positions to get out pre-negotiations, so we cannot talk about the actual numbers. The prevailing wisdom is that the US creditors and particularly the bondholders who have bonds that are guaranteed in both Canada and the US will get very close to 100% of their claims. The Canadian estate will not do as well.

The negotiations will either succeed and we will have certainty on the splits and recovery percentages, or it will fail and we will be into extended legal wrangling.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Did find a site with all canadian corporate bonds listings but no Nortel appears. Weird ! Here is the site for US Nortel bonds .

http://cxa.marketwatch.com/finra/BondCenter/BondDetail.aspx?ID=NjU2NTY5QUc1

Like · Reply privately · Flag as inappropriate · 8 months ago



**Velma LeBlanc**
Communications Strategy, Implementation, Writing, and Editing

I'm in too, and agree with Paula that $475 is a small investment/gamble for the possible return. Paula/Mike - THANK YOU so much your continuing efforts on this. The amount of time that you have given to this effort on all of our behalves is truly incredible and much appreciated.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Michael,

Can we consider that joining the group and paying 475$ is like an 'insurance'. If it happens that we don't get 100% of our claims back in these negociations at least we still have a card in our hands that is : a possible pursuit against the US estate ?

Like · Reply privately · Flag as inappropriate · 8 months ago



**Jacek Jarmoc**
President at Jarmoc & Associates Inc

Paula and Michael,THANK YOU for your continuous leadership and active involvement. I am in.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

I was out of town when the eMail from KM was received. Just got home and indeed found the same wording with "letter" instead of "agreement".

Anyways, assuming that is not material I am in for sure....

Like · Reply privately · Flag as inappropriate · 8 months ago

LI00635

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of $475.00 t...




Ray

**Ray Patterson**
Updated. .

Commenting that I will also proceed to participate...just a thought...if the wording is generic enough ( "Corporation and subsidiaries") to potentially relate to the US Estate, why would there not be an equal potential in each of the other Estates?

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Darwin

**Darwin Thom**
Senior Hardware Designer

Read everything carefully and understand the risk... I'm in!
Thanks Paula and Michael for all you efforts. it's much appreciated!

Like  · Reply privately · Flag as inappropriate · 8 months ago


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Ray, we are expecting that the US will receive the most significant portion (dollar wise) of the assets. Therefore the potential benefits of taking on a legal challenge in the USA would seem worth the cost. I personally do not believe it would be worth the cost or effort to do so in other jurisdictions. Of course, anyone can find legal representation in those other countries and get an opinion for themselves. After Canada and the US, the UK estate is likely going to be the next largest recipient of money.

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Shirley

**Shirley Trowbridge**
Events Services

I am in - will be sending the paperwork in the next day or two...

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Michael

**Michael Schwarz**
Senior Software Consultant at NTT Data

I am in similar situation to John Rouette - i.e. received a termination letter with the magic "Nortel Network Corporation, its subsidiaries and affiliates" wording but did not receive an email from KM. I have sent an email off to nortel@kmlaw.ca to determine whether I am eligible for a claim against Nortel US.

I was terminated on Jan. 6, 2010. I have a feeling there's a lot more than 300 people who received these termination letters.

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Michael

**Michael Schwarz**
Senior Software Consultant at NTT Data

You can get a list of all Nortel bonds that are still trading at:
http://cxa.gtm.idmanagedsolutions.com/finra/BondCenter/QuickScreener.aspx?
ShowResult=true&BondType=Corporate&Symbol=NT&YieldMin=&YieldMax=&CouponMin=&Cou
ponMax=&MaturityMin=&MaturityMax=

All these bonds were issued by Nortel Networks Ltd or Northern Telecom Capital Corp. Not sure there was ever any bonds issued by the Canadian subsidiary (i.e. for the purpose of comparison). Who would buy such a thing? :)

Note that the current prices of the bonds do not necessarily indicate an expected return of 100% from the US estate. For example. there is one bond that matured in 2011. The interest owed from 2009 to 2011 plus principal should result in a price of around $124 (assuming that this would all be paid today). Since the bond is trading around $108.25, buyers of the bond seem to be expecting to be paid around 85% of what is owed.

One bond is trading at a significantly lower price than the others ($59 vs $100+). No idea why this is.

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Paul

**Paul Roddick**
Telecommunications Professional

Mediation started today. Is Justice Winkler aware of this action? Is there any reaction from him or other parties? Should we contact our MPP & MP to ask support from the 4 gov't agencies represented in CCAA? thx.

Like  · Reply privately · Flag as inappropriate  · 8 months ago

LI00636

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Thomas Pintwala**
Retired at Private

I'm In. I will send in the paperwork ASAP.

Thomas

Like · Reply privately · Flag as inappropriate · 8 months ago



**Tim Fort**
Retired from Nortel Networks

I received the email, after KM called to request my email address.

Tim

My termination met all the criteria noted in their email. and above.

However, I have more at stake than basic severance, since I was supposed to transition into retirement when my severance period ended. Unfortunately, due to the severance being discontinued, not only was that not paid to completion, but I was also not paid the TRA.

Does anyone know if the proposed US claims are substantially the same as the CDN claims?

If the US claims are to include ALL of the amounts outlined in the CCAA Proceedings ("Your Compensation Claim Amount") Package I received from E&Y, then I'm in.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

FYI: I got a call from KM just to check my details and if I was going to file a claim.

Chris

My guess is they are being proactive. If you have not received a call I would suggest calling to confirm - my guess is that things are getting interesting with the mediation (horse trading or horse stealing?) going on this week.

If you have not heard then a quick call would not be big deal - I assume strong support from us will help the case. The number is 416-595-2702, a Daniel answered.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Tim, I have sent your question to KM and I should get an answer in the next version of the FAQ for you.

Paula

Chris, KM is calling everyone on their list because of the importance of this issue and because people have to explicitly opt in as opposed to being automatically included as part of the class or group. It has nothing to do with the mediation.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Anthony Cinicolo, PMP**
Project Manager - Public Safety at Government of Canada

I'm in, mailed my info today. Thanks again Paula and Mike.

Anthony

Like · Reply privately · Flag as inappropriate · 8 months ago



**Marie Devlin**
Communications at Embassy of Sweden

I am in too. Thanks a million to Paula and Michael. Now let's keep our fingers crossed!!

Marie

Like · Reply privately · Flag as inappropriate · 8 months ago



**Julia Piggott**
General Manager at JKnX Consulting Inc.

I am in. Rec'd email and a call from KM today. Very grateful to Mike and Paula for all of the effort in keeping us informed and keeping our legal representatives on track.

Julia

Like (1) · Reply privately · Flag as inappropriate · 8 months ago

👍 Michael C. likes this



**Richard X.**
Telecommunication Specialist

I'm in. Thanks Mike and Paula for all your time.

LI00637

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Richard   Like · Reply privately · Flag as inappropriate · 8 months ago



**Christine Anderson**
Director, Weekend to End Women's Cancers - Australia

Christine

Hi Paula/Michael, thanks for all your help. Apologies if you've already explained this, but can you please tell me:
- is there a maximum cap to our retainer fee per person for the US? if this drags out in the courts indefinitely, will our retainer bill just continue to climb, perhaps even exceeding any eventual payout, or will it be capped at some level that has already been confirmed? The estimate of $50k-100k sounds fine, but certainly has the potential to climb in my view given that Nortel will surely fight back.
Thanks

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Christine, there is no cap. However, it is important to note that unlike the proceedings in Canada which we are involved in, this is an individual situation. Each person must decide for themselves whether to "hire" Mersky as their lawyers. And at any point you can decide to terminate your agreement with her thus limiting your financial liability. The other good thing about our situation is that there are a number of stages (or hurdles as I mentioned in an earlier post) along the way. These stages will make for good decision points for those people with concerns to evaluate whether or not they want to continue. Of course I hope that as many people as possible sign up and stick with it, so to speak. The more people we have on board, the more weight we will carry in the eyes of the court.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Michael McCorkle**
Treasury and Banking Executive

Michael

Paula and Mike C  As with so many others on this site, I applaud and thank you for your time, efforts and great advice throughout this process--a process that reached the four year milestone yesterday!

Mike C: I am happy to rely on your advice on how to proceed re how to present to the US courts. Was just expressing frustration that no one (including myself) noted the expanded language in our severance agreements and what that could mean for us. I am sure the US courts will be made aware that all of us have been doing our best to perfect our claims over the past four years, including working closely with our appointed Canadian legal advisers and with Ernst and Young.

Michael Schwartz: Thanks for sharing the Nortel bond quotes. The value of each of these bonds is based on 3 things. the interest rate, the obligor and the guarantor. The Capital Corp bond has the high value is does because it is guaranteed by the US entity, NNI. And this underlines what Mike and Paula have been saying--if we have a direct claim on NNI our chance of recovery is huge relative to only having claims on the Canadian estate. Investors holding NNI issued or guaranteed obligations clearly expect those obligations to be fully, or substantially fully, honored. Hopefully this action on our part will move us into that category, since pure Canadian claims will surely end up being paid out at a fraction of their face value.

Mike M.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Diane Earl**
Sr Manager. Project Management Centre of Excellence at Rogers Communications

Diane

I'm in!

Like · Reply privately · Flag as inappropriate · 8 months ago



**George Mah**
Senior Test Engineer at Shaw Cablesystems

George

Reluctantly in, the lawyers have already made enough from this mess!

Like · Reply privately · Flag as inappropriate · 8 months ago



**Harvey Woo**
Telephony Analyst at Shaw Communications

Harvey

I did not receive the letter(?) but I agree the lawyers have made enough money.... this should have been done on a % of the received settlement.. not requiring people to pay a retainer. Considering they don't even know if the claim will be accepted by the US court.

Like · Reply privately · Flag as inappropriate · 8 months ago

LI00638

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



J.P. Ruprecht
Senior Product Manager - Enterprise at BlackBerry

J.P.

I was looking through the FAQ from NNI (Nortel US) for US employees with pre-bankruptcy severance packages and read statements about "priority".
I wonder if our claims on NNI would be considered the same "priority" as a US employee with a severance package and/or what our US "priority" for this claim would be (eg. would our claim be considered same priority as guaranteed obligations to Bond holders). It makes a big difference. In Canada, our claims are "unsecured".

http://www.nortel-us.com/creditors/faq-schedule-amendments/

Additionally, according to the Monitor's Oct 24 report:
$27.2B in accepted and reviewed claims against Nortel
$10.2B Cash total, including $7.3B from divestiture (in lockbox) and $2.8B in treasury cash across the different Nortel entities

http://documentcentre.eycan.com/eycm_library/Project%20Copperhead/English/Monitor's%20Reports/Eighty-Ninth%20Report%20of%20the%20Monitor.pdf

Like · Reply privately · Flag as inappropriate · 8 months ago



raj singh
--

raj

Paula . I was in the same situation as Tim Fort, and he has a very valid question that needs clarification from KM. Having read the signed contract very carefully, the text specifically refers to and addresses severence, TRA, and pension/retirement benefits payable etc.
So the key question is : Does the total compensation amount, as verified and tabled in Canada("Your Compensation Claim Amount"), equally applicable as the base amount that shoud be tabled as the claim amount against Nortel U.S.
I am very interested in getting this clarification from KM.

Thank you again for all your fantastic work.

Like · Reply privately · Flag as inappropriate · 8 months ago



Mark Turner
Program Manager at Statistics Canada

Mark

Also in. Thanks Paula and Mike.

Like · Reply privately · Flag as inappropriate · 8 months ago



Normand Pelletier
Travailleur indépendant du secteur Conseil en management

Normand

Got the e-mail and a call from KM. I'm in. Thanks Paula and Mike.

Like · Reply privately · Flag as inappropriate · 8 months ago

Dave Frame
Quality Manufacturing Specialist at BW Technologies by Honeywell



Dave

I just wonder if this is throwing good money after bad.... still debating. The lawyers keep getting richer and ....

Like · Reply privately · Flag as inappropriate · 8 months ago



Mary Brennan
Writing and Editing Professional

Mary

I am thinking about it as well . ..

Like · Reply privately · Flag as inappropriate · 8 months ago



Jane Longchamps
Manager, Federal Government

Jane

I am in.

Like · Reply privately · Flag as inappropriate · 8 months ago

Cynthia Bourden
Engineer / Project Manager

Cynthia

I will also participate, and will send in the paper work this week.

www.linkedin.com/groupItem?commentID=-1&item=203648448&type=member&gid=1770226&view=&readyComment=true#lastComment

LI00639

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Thank you once again Paula and Mike!

Like • Reply privately • Flag as inappropriate • 8 months ago



**Pradeep Srivastava**
Research & Development

I am in and will send paper and money this week. Let us hope that it works in our favour.

Pradeep

Like • Reply privately • Flag as inappropriate • 8 months ago



**John Rouette**
Senior Consultant, UC Sales Specialist at Bell

Hi again Paula,
As per your FAQ, I sent an email and scanned copy of my termination letter to KM a couple of days ago, but have not received a reply yet. How long does it usually take them to reply? And what are the next steps if they don't - probably a phone call, but to who?
Thanks.

John

Like • Reply privately • Flag as inappropriate • 8 months ago



**Jim O'Connor**
Bike Technician at Bushtukah

I have a copy of my termination letter signed by my manager. However I did not take a copy of the letter that I returned. If we are successful, what proof, if any, will we need to proof that we indeed qualify? Just wishful thinking......
Anyways I'm in assuming my letter is sufficient proof.

Jim

Like • Reply privately • Flag as inappropriate • 8 months ago



**Jim O'Connor**
Bike Technician at Bushtukah

Logistic question: Is it possible to scan and submit the retainer and proof letter via e-mail? I hate snail mail and don't trust it.

Jim

Like • Reply privately • Flag as inappropriate • 8 months ago



**Julia Piggott**
General Manager at JKnX Consulting Inc.

Yes - I scanned my retainer, visa auth and termination letter, emailed them to KM and asked for confirmation of receipt and received that about 24 hours later.

Julia

Like • Reply privately • Flag as inappropriate • 8 months ago



**Tat Lam**
Telecommunications Professional

I did what Julia has done late last night and emailed in. I asked for a confirmation of KM receiving them and verifying that they are in order. I received KM confirmation email before 0930 this morning. I did call KM in the afternoon to make sure emailing scanned documents are acceptable.

Tat

Like • Reply privately • Flag as inappropriate • 8 months ago



**Debbie McBeth**
Executive Office Professional

I am in and thank you Paula for all your efforts. I do hope though that this is not the first of Many cheques they will want.

Debbie

Like • Reply privately • Flag as inappropriate • 8 months ago



**Diane Mignault**
Coordonnatrice de Produit

Paula, Michael, first, many many thanks to both of you for your involvement on our behalf. I have no words to describe how much I appreciate your dedication and commitment to represent ME, because I feel as if this is being done just for me personally. I'm in. Thanks again and regards

Diane

Like • Reply privately • Flag as inappropriate • 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Jim, a scan of both the forms is fine. Email them to nortel@kmlaw.ca. Also, the original letter from your manager should be fine as proof.

Paula

LI00640

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

John, give KM a call using the number posted in the FAQ.

We are working on some final edits to the next version of the FAQ. I hope to be able to post it this afternoon.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

A heartfelt "you are welcome" from both Mike and me to everyone! It has been a long 4 years and it often seems that we are no closer to getting what we are owed. It is my stubbornness that keeps me going :-)

Like (3) · Reply privately · Flag as inappropriate · 8 months ago

👍 Mark T., Diane M. and 1 other like this



**Tina Thomas**
Director, Marketing and Fund Development

Me too. It cannot be said enough; thank you Paula and Mike for representing/advocating/informing us for so many years.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

I have posted version #2 of the FAQ under a separate discussion so that it can be more easily accessed. Please take the time to read through it before you post questions. Thank you.

http://www.linkedin.com/groupItem?
view=&gid=1770226&type=member&item=205269608&qid=9569d607-e313-492a-9f4e-
deffa736c226&trk=group_most_recent_nch-0-b-
ttl&goback=%2Egsm_1770226_1_*2_*2_*2_lna_PENDING_*2%2Eanp_1770226_1358378896626
_1%2Eanp_1770226_1358378896627_1%2Egmr_1770226%2Egde_1770226_member_20526960
8%2Egmr_1770226

Like · Reply privately · Flag as inappropriate · 8 months ago



**John Rouette**
Senior Consultant, UC Sales Specialist at Bell

Thanks Paula. I read through it. Dang, looks like I was yet again in exactly the wrong place at the wrong time. I think I am doomed to get screwed by this company. The news about Dunn yesterday just rubs salt in the wound. Thanks for your help anyway.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Dave Wanamaker**
Writer, Gardener, Philospher in Retirement

I'm in. with thanks. By the way, this is an old picture; I've aged a lot in the past 4 years :)

Like · Reply privately · Flag as inappropriate · 8 months ago



**John Rouette**
Senior Consultant, UC Sales Specialist at Bell

I know what you mean, Dave! I think we all have. Just be glad you still have hair!

Like · Reply privately · Flag as inappropriate · 8 months ago



**Robert McLellan**
Chief Enterprise Architect / Assistant Director Enterprise Architecture Services at Statistics Canada

I have the letter with the wording (I was terminated June 10 2009) and will send it to KM to get confirmation of eligibility. With a yes from them, I'm in. Big thanks to Paula and Mike, and also to Jane L for flagging this to me. I almost feel like a bond holder now ;-)

Like (1) · Reply privately · Flag as inappropriate · 8 months ago

👍 Lynda F. likes this



**Robert McLellan**
Chief Enterprise Architect / Assistant Director Enterprise Architecture Services at Statistics Canada

Hmmm. It seems I may have been a bit hasty in my optimism - have just read FAQ #2. We'll see!

LI00641

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Like · Reply privately · Flag as inappropriate · 8 months ago



**Charles Salameh**
Vice President/General Manager: Enterprise Services - Americas at Hewlett-Packard

interesting - had a conversation with an ex - Nortel manager from US and was told that she received her settlement with US estate last week - she was paid 85% of her claim

Charles

Like · Reply privately · Flag as inappropriate · 8 months ago



**Tracey B.**
Senior Test Engineer/ CI Test Team Lead, CTFL, CTAL-TM at Thales Canada

I didn't recieve an email.

Tracey

Like · Reply privately · Flag as inappropriate · 8 months ago




**Charles Gale**
Associate Director of Engineering - Voice and Video at Northwestel

Charles, can you confirm you friend actually received money, as opposed to being told it was going to be 85%? If they have started paying out settlement, I don't see any chance of our claim being accepted. After wrestling with this for a few days, I have decided to join in. However, if payouts are really happening...

Charles

Like · Reply privately · Flag as inappropriate · 8 months ago



**Charles Salameh**
Vice President/General Manager: Enterprise Services - Americas at Hewlett-Packard

she got the cheque because she took a negotiated settlement.....i also joined and beleive that we have claim potential - i had a legal friend look at my package and he would agree very much worth the 475.

Charles

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

To the best of my knowledge the US Estate has not paid out anything yet. The money is all still in the lockboxes. There is mediation ongoing this week between the various estates and creditors to try to come to an agreement on how the money will ultimately be divided up. It is my understanding, however, that there are some US companies that have been buying former US employee severance claims and offering 85 cents on the dollar with the expectation that those claims will ultimately be worth more than that once the dust settles and the payments start to flow.

Paula

Like · Reply privately · Flag as inappropriate · 8 months ago



**Charles Salameh**
Vice President/General Manager: Enterprise Services - Americas at Hewlett-Packard

you are correct paula = thats exactly what happenned to her. which is pretty interesting that companies would be that confident

Charles

Like · Reply privately · Flag as inappropriate · 8 months ago



**Charles Gale**
Associate Director of Engineering - Voice and Video at Northwestel

Thanks for the clarification, Paula. My paperwork is on it's way shortly - count me as in.

Charles

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

So far, KM has received and processed forms for 52 people who are going to participate. Please keep the paperwork flowing. The more people we get the more weight our claim has.

Paula

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

Paula  maybe stating the obvious but that cut-off date precludes anyone else being represented. Is that right.

Chris

Also, an observation - the bigger the group, the bigger the claim, the more resistance by those

LI00642

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

rich bond-holders.

Last, but not least: we were told we were represented by KM. I know you said this was specifically about the Canadian estate although that is not what KM wrote. Also, worth saying I noticed an advert for a large legal comapnay that specifically made a thing about they have expertise in the US as well as Canada. If the US court rejects our claims when we should have claimed - then is there not negligence...... maybe worth a separate thread and understand we should wait for the courts to rule, but at the same time the clock is ticking.......

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

Paula: separate but related question.

Chris

I have still not received a response to my claim from December 2012. Any view of when this is going to happen (closure for all the claims)? I know this is with the lawyers but do you get visibility of plans to close?

Also, if our claim against the US estate is given the OK how long would we likely have to put in actual claims?... and in this case is it expected to be the same claim as against Canada? My gut feel is no and we need to be preparing that new claim fairly soon. We will need the US guidelines....

Like · Reply privately · Flag as inappropriate · 8 months ago



**John Rouette**
Senior Consultant, UC Sales Specialist at Bell

John

I've been pinged by a couple of folks who are interested to know what I've heard back from KM, regarding those of us that were laid off in the weeks following Jan14. I got an email back from KM today, and it is verbatim from Paula's FAQ #2. Basically, because our letter does mention any severance, we are not eligible to participate in this. Our claim can apparently only be against Nortel Canada due to this. So it's back to maybe getting cents on the dollar for me. Good luck to those of you who are able to participate.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Chris,

If you do not send in your documents or at least contact Mersky before the cut off date and make alternate arrangements, you will not be represented in the motion that will be put before the US court.

I don't share your opinion that the bigger the group, the more resistance by the bond holder. Let's agree to disagree here.

I don't understand if you have a question or not in your third point. Please restate your question if you do have one and I will try to answer.

The claims in Canada are still being reviewed. I believe they are about half way through. I do not have a timeline for when they will be finished.

As far as the US claims go, I do not know how long we will be given to prepare our claims or what the process will be. When will share that information when we have it to ensure that people have the maximum time possible.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

Thanks Paula.

Chris

To make it clear I did sign-on with KM on Monday morning and they have acknowledged receipt. I am very much in!

You did not answer my first point (for other readers) - if one has not signed up with KM in the next week then is any other claim against the US not possible?

Ignore my other point for now.

Like · Reply privately · Flag as inappropriate · 8 months ago

LI00643

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

I guess if you want to make a claim yourself using alternate legal representation that would be possible. But, as I said, if you do not send in your documents or at least contact Mersky before the cut off date and make alternate arrangements, you will not be represented in the motion that Mersky will put before the US court.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Susan Petrella**
Project Coordinator at Axia NetMedia Corp.

Susan

KM is very good about acknowledging receipt of docs right away. On the 15th, I sent them PDFs of my docs plus a copy of the money order and the registered mail number. They responded with an acknowledgement right away and my registered letter is being deliver today.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Ken Newman**
Telecomunications Engineering Technologist at JTL Communications

Ken

I'm in. Thanks Paula and Mike for your ongoing efforts on all our behalves. I really appreciate it.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Betsy Hung**
Carrier VoIP Systems Engineer

Betsy

I'm in. I emailed a scanned copy of my Termination Letter and the signed Retainer to 'nortel@kmlaw.ca'. Should I also need to send the same to 'rmersky@monlaw.com'? As soon as I hear from KM, I will send my VISA payment of $475.

Thanks!

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Kevin Smith**
Semi-retired in Alberta

Kevin

I am in as well. Faxed in the paperwork yesterday. Thanks Paula and Mike for all of your efforts.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**Pradeep Srivastava**
Research & Development

Pradeep

Today I sent Retainer consent, VISA authorization and termination letter to KM and they have also acknowledged the receipt.

Thanks to Paula & Mike for their effort

Like  · Reply privately · Flag as inappropriate  · 8 months ago





**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

Betsy, you do not need to send anything to Mersky. KM is collecting all the applications and payments and forwarding them on. You should also send in your scanned Visa payment form now unless you are waiting for answers to questions from KM.

Like (1)  · Reply privately · Flag as inappropriate  · 8 months ago
👍 Betsy H. likes this



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

72 people have signed up so far.

Like  · Reply privately · Flag as inappropriate  · 8 months ago



**David Hesidence, CCADC, PMP**
Addictions Counselor at Sogge and Associates

David

Sent my paperwork in yesterday.

Like  · Reply privately · Flag as inappropriate  · 8 months ago

LI00644

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Bing Wen CISSP CISA CCE GCIH**
Senior IT Security Coordinator (Infrastructure) at House of Commons

I emailed the docs yesterday. Will follow up with a certified cheque Monday.

Bing    Like • Reply privately • Flag as inappropriate • 8 months ago

.



**Ellison Chan, MBA, RHU**
at Voxis Maxis Inc.

Sounds strange to me. I have received letter in the past and no retainer fee was required. In these
Ellison    class action cases, they usually take a percentage of the settlement. That's usually if the lawyers
have done their assessment and think there's a good chance of winning. In this case since they
ask for a retainer they intend to make their money up front, so they probably assessed that the
chances of winning are not that good.

Like (2) • Reply privately • Flag as inappropriate • 8 months ago

👍 Mary B., w L. like this



**Guy Brunelle**
Conseiller Hydro-Québec

An important point here - If it happens you have received "US Claim fill request letter" almost 4
Guy    years ago but you did not feel you were aimed by this because you thought you were
represented by KM in Canada and had no action to do.
Was these letters were sent via registred mail - if not - or were they sent to the right address -
been on the list of those who potentially received this US Claim letter - Does it make us
automaticly uneligible for this US Claim ?

I have sent a copy of this question to KM and Mersky and awaiting for their answer.

Like • Reply privately • Flag as inappropriate • 8 months ago



**Mohan Sundaramoorthy, PMP, P.Eng.**
Systems Analyst at Government of Canada

I am in (reluctantly).
Mohan

My termination met all the criteria in the email. (Except it was stated as letter instead of
agreement). Also received the call from KM last week.

Thank you Paula and Mike C for your valuable time and efforts!

Like • Reply privately • Flag as inappropriate • 8 months ago



**Jim Moncrieff**
Verification Specialist

I'm in - just sent my PDF's off to KM... Thank you Paula and Michael and everyone else that
Jim    provided info!

Like • Reply privately • Flag as inappropriate • 8 months ago



**Jeffrey Robertson**
Senior Business and Market Analyst at Conversant Intellectual Property Management, formerly
MOSAID

Jeffrey    I sent a scan of my termination letter (which, coming after CCCA, contains no mention of
severance) to KM last week. Any idea how long before I should expect an emailed reply?

Like • Reply privately • Flag as inappropriate • 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Jeffrey, email KM and ask for confirmation. If you did not explicitly ask for a response, they would
Paula    not have sent one.

Like • Reply privately • Flag as inappropriate • 8 months ago



**Jeffrey Robertson**
Senior Business and Market Analyst at Conversant Intellectual Property Management, formerly
MOSAID

Jeffrey    Actually, it just landed in my inbox. Basically, since we were in CCCA and my letter doesn't
mention severance, I'm out of luck.

Like • Reply privately • Flag as inappropriate • 8 months ago

LI00645

 10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...


Mary

**Mary Brennan**
Writing and Editing Professional

My termination letter is legit, but I am out. I don't trust the process, or that it will only cost $475.00. Hopefully those who are "in" are successful.

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Vittorio

**Vittorio Lndia**
Manager of Infrastructure Service Operations at House of Commons

I'm in. Just sent in my PDFs. Thanks to Paula and Michael for keeping at it for so long.

To be completely honest, I was reluctant to join at first, but there is power in numbers and you can't score unless you take a shot.

Best of luck to all of us :-)

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Pierre
Pierre

**Pierre Pierre Blais**
Experienced Senior Architect and Manager. Software Engineering, Telecommunications and Embedded Systems

Any update on how many of the affected employees are in (so far)?

If we run the risk of throwing good money after bad, some of us would like to know in order to better gauge our risk.

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Denis

**Denis Paradis**
Administration contrats - CHUM

The saga continues :

The Hon. Warren K. Winkler, the Chief Justice of Ontario who was appointed to mediate the bankruptcy proceedings of Nortel Networks Corporation, today announced that the mediation has been extended.

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Pierre Pierre, as of yesterday (Monday) evening there were 90 people signed up. I have not received an update today. KM has been focused on the mediation activities.

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Gary

**Gary Blair**
Mechanical Designer

Is VISA the only accepted credit card or could MasterCard also be used?

Like  · Reply privately · Flag as inappropriate  · 8 months ago


John

**John Oram**
KM/Technical Solutions Manager @ CARE Canada

Hi Paula. Of the 300 eligible folks, I am just wondering if we've had enough participants submit their retainer fee prior to the Jan. 25th deadline?

Like  · Reply privately · Flag as inappropriate  · 8 months ago


Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Gary, only visa.

John, as I said above, we have 90 people so far. 150 or more would be ideal but we have enough to press forward.

Like  · Reply privately · Flag as inappropriate  · 8 months ago

Bashar

**Bashar Abdullah**
Product Line Architect at Ciena

I missed the post on the eligibility requirement(s) for the 300 ex-employees that are claimed to be eligible. Can anyone fill me in on what are the criteria?

LI00646

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Like · Reply privately · Flag as inappropriate · 8 months ago



**David Hudson**
Teaching, Research and Consulting

Bashar - look for the FAQ in this thread.

David

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

There is an updated FAQ (version #2) posted at

Paula

http://www.linkedin.com/groupItem?
view=&gid=1770226&type=member&item=205269608&qid=bd02b592-9ed1-4baa-8314-
725314cceecc&trk=group_featured_list-0-b-
ttl&goback=%2Egde_1770226_member_203648448%2Egmr_1770226%2Egfl_1770226

Another good tip is that I always tag the most relevant discussions as "Manager's Choice". You
can find those by first clicking on the Discussions tab, then on "see all" under Manager's Choice,
which is located on the right side of the screen.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Chris Buchanan**
Consultant

Chris

Paul, thanks for all the work. Will there be some kind of checkpoint during proceedings should
legal costs rise? Has KM looked at some arrangement where the lawyer does take some risk?

To everyone who has not signed up but eligible: I encourage you to sign up. Clearly this will spread
the costs.

PS  For me this is a no-brainer. I am not a gambler but you just have to do a business case on
the cost versus likely return.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Bashar Abdullah**
Product Line Architect at Ciena

Found the eligibility requirements ... thanks for keeping us informed.

Bashar

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paul Johnson**
Field Service Technician at Bell Mobility

Not getting in on this is kind of like not joining in on the office lotto pool. Mind you I have never
won the lotto either...

Paul

Nevertheless, I will be signing up.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Greg Bennett**
at Ericsson

except that not all of us are allowed to play this lottery...

Greg

Like · Reply privately · Flag as inappropriate · 8 months ago



**Rod Hooge**
Wireless Network Technician

do we need to send in a copy of our termination letter with the Retainer document

Rod

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Rod, yes please send your termination letter with your other documents.

Paula

Chris, yes we will have checkpoints. Not sure on the details yet. We have also asked for a
webcast. No details yet.

KM approached 3 law firms. None of them were "willing to take risks" if by that you mean, work
on contingency. Certainly Mersky has already started doing work without receiving any money

LI00647

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, I would ned to send a retainer fee of 475.00 t...

yet.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Craig Hunter**
Software Release (loadbuild)

I am in , as well. Although I have many doubts about this.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Ray Jones**
Project Manager at CAE Flightscape

I'm in. Just sent in my PDFs. Thank you Paula and Michael for your organizing efforts.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Christina Graham**
Product Business Management

I am in as well. Thanks for all of your efforts.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Norby Dippold**
Retired and enjoying it

I am in, sent my info to them last night via email.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Thava Paskaran**
Software Designer

I am in. I sent my docs on Tuesday. Hoping for good outcome.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Pierre Pierre Blais**
Experienced Senior Architect and Manager, Software Engineering, Telecommunications and Embedded Systems

This may be relevant and help you decide whether to join:

http://www.cra-arc.gc.ca/tx/ndvdls/tpcs/ncm-tx/rtrn/cmpltng/ddctns/lns206-236/229/cmmssn/fs-eng.html

Like · Reply privately · Flag as inappropriate · 8 months ago



**Pierre Pierre Blais**
Experienced Senior Architect and Manager, Software Engineering, Telecommunications and Embedded Systems

Specifically:

You can deduct legal fees you paid in the year to collect or establish a right to collect salary or wages.

[You should consult a financial adviser about this and must not rely on my suggestion.]

Like · Reply privately · Flag as inappropriate · 8 months ago



**Norby Dippold**
Retired and enjoying it

I would suggest that we should ask for a receipt for Income Tax purposes from KM.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Pierre Pierre Blais**
Experienced Senior Architect and Manager, Software Engineering, Telecommunications and Embedded Systems

Clarification requested. Reading the NRPC letter, I find "Ms. Mersky has estimated that the initial retainer would need to be about $50,000, and a very rough estimate of the total cost of litigating the allowance of filing the claim could be as high as $100,000. This is a good faith estimate and actions by Nortel U.S. could result in lesser or greater costs."

Does "litigating the allowance of filing the claim" stand for the full claim or only the filing of the

LI00648

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

claim to lift the bar?

I read the FAQs and did not find the answer to this, but may just have missed it.

Like · Reply privately · Flag as inappropriate · 8 months ago



Paula Klein
Business Manager Traffic Safety and Security Division at 3M

Paula

The $100K refers to the cost of all three hurdles I referred to.
1) Filing the motion to have the claims bar date lifted (and arguing any objections)
2) Filing the motions to have our claims accepted as valid (and arguing any objections)
3) Filing the actual claims

Like · Reply privately · Flag as inappropriate · 8 months ago




Pierre Pierre Blais
Experienced Senior Architect and Manager, Software Engineering, Telecommunications and
Embedded Systems

Pierre
Pierre

Thank you Paula for the clear response! I trust this will make it easier for folks to join in.

Like · Reply privately · Flag as inappropriate · 8 months ago




Mahdi Smaoui
Client Technical Advisor

Mahdi

I am in. I just sent my docs.

Paula and Michael, the usual big great thanks!

Like · Reply privately · Flag as inappropriate · 8 months ago




Denis Paradis
Administration contrats - CHUM

Denis

No end in sight for this saga ............ Bravo !!!!!

http://www.reuters.com/article/2013/01/24/idUSnCCNz6h7a+1c0+MKW20130124

Like · Reply privately · Flag as inappropriate · 8 months ago



Ron Pon. CISSP
IT Security Engineer at Treasury Board of Canada

Ron

I am in. I just sent my docs.

Like · Reply privately · Flag as inappropriate · 8 months ago




J.P. Ruprecht
Senior Product Manager - Enterprise at BlackBerry

J.P.

I'm in. Emailed my paperwork to nortel@kmlaw.com last night.

Like · Reply privately · Flag as inappropriate · 8 months ago



John Rouette
Senior Consultant, UC Sales Specialist at Bell

John

"Not getting in on this is kind of like not joining in on the office lotto pool. Mind you I have never
won the lotto either... Nevertheless, I will be signing up."
Ha ha - great comparison Paul!

I find it very disappointing that those of us terminated after Jan 14 cannot participate due to a
wording technicality, even though we are all really in the same boat.

And from Denis' news, sounds like the Canadian creditors are not going to get a fair shake, so
looks like I'm doomed to get screwed either way...

(sorry - just venting....)

Like (1) · Reply privately · Flag as inappropriate · 8 months ago

👍 Rolf M. likes this



Greg Bennett
at Ericsson

Greg

I totally agree with you John. I've been greatly resisting putting my feelings to words, mostly
because it's nobody's fault in this group that we're not all being treated the same.

LI00649

10/2/13   ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...

Like (1) · Reply privately · Flag as inappropriate · 8 months ago

Seanna W. likes this



**Rolf Meier**
System Architect at Xilinx

Rolf

I was terminated after jan 14 and I don't qualify, so my comment is as an observer. I find it curious that with the lawyers being awarded millions of dollars by the estate, that after 4 years they find it necessary to nickel and dime folks with $475. Personally, I am down $200 in the whole affair due to Nelligan et al. After that experience, I am quite surprised by the number of people who are willing to gamble another $475. I would tell the lawyers that they can have the $475 after they succeed, not up front.

Like (1) · Reply privately · Flag as inappropriate · 8 months ago

w L. likes this



**Betsy Hung**
Carrier VoIP Systems Engineer

Betsy

I have a question to ask.

The $475 is the procedural fee for the delay entry to the claim party in the US. is there any precedence, or the lawyer is trying the precedence? They should be able to answer this question.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Betsy Hung**
Carrier VoIP Systems Engineer

Betsy

I mean the lawyer is trying to set the precedence?

Like · Reply privately · Flag as inappropriate · 8 months ago



**Betsy Hung**
Carrier VoIP Systems Engineer

Betsy

I just emailed my VISA authorization form to KM along with the Retainer PDF and my Termination Letter PDF to KM that were sent few days ago. Waiting for their acknowledgement receipt.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Charles Gale**
Associate Director of Engineering - Voice and Video at Northwestel

Charles

I believe we are into the last hour to respond...

Like · Reply privately · Flag as inappropriate · 8 months ago



**Denis Paradis**
Administration contrats - CHUM

Denis

If we listen to some CAW representatives the mediation failed because it would allow for the unjust treatment of former Nortel workers, disabled employees and pensioners while allowing the current holders of Nortel's debt to demand payment in full. For several months judge Winkler supposedly met with all the parties to find out what would they propose as a settlement. My question is . why did he decided to organize this meeting 14-18 if afterwords we find out that some parties(retirees and bondholders) were still that far apart ? How could that been a success ? Isn't that another lost of time and money thrown out for nothing ?

May be someone could start a discussion on this matter ? I tried but do not know how to proceed.

Like · Reply privately · Flag as inappropriate · 8 months ago



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Paula

I'll likely get the final number on Monday some time but as of Friday morning we were 148 strong!

Like (2) · Reply privately · Flag as inappropriate · 8 months ago

J.P. R., Anthony C. like this



**Diane Jankowski**
Coordinator, Investor Relations

Diane

Paula, has there been an update on the number of participants.

Like · Reply privately · Flag as inappropriate · 8 months ago

LI00650

10/2/13   ok so i received an email today~ looked official asking me if i wanted to make a claim against Nortel US and if so, i would ned to send a retainer fee of 475.00 t...



**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Final number is still to be confirmed but the last count was 170.

Like · Reply privately · Flag as inappropriate  · 8 months ago



Paula

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Final count is 176 participants. The motion was filed in US court on Friday, Feb 1. Objections must be received by Feb 12th and a hearing is scheduled for Feb 19th. If the motion is granted, we will have 30 days to file our claims.

Mersky will be sending all 176 people an email with more details on Monday.

Like (2) · Reply privately · Flag as inappropriate  · 8 months ago

Diane J., Anthony C. like this



Denis

**Denis Paradis**
Administration contrats - CHUM

Thanks Paula for your work. Well appreciated.
This allows us to keep a little hope in a most heartbreaking process.

Like · Reply privately · Flag as inappropriate  · 8 months ago



Julia

**Julia Piggott**
General Manager at JKnX Consulting Inc.

Activity in motion......I rec'd an email from Mersky this morning. It was only an acknowledgement of processing my retainer fee. Are we expecting more infor today wrt the court activities and claims process? Did anyone else receive anything from Mersky today? thx!

Like · Reply privately · Flag as inappropriate  · 7 months ago



Shirley

**Shirley Trowbridge**
Events Services

I received an email today with a receipt attached for the retainer fee....

Like · Reply privately · Flag as inappropriate  · 7 months ago





Michael

**Michael McCorkle**
Treasury and Banking Executive

As to topics for the 14th, I am sure KM will give us as detailed an update as they are legally able to. Most importantly, I would like to hear their views on whether there is any way to force compromise on the various parties and bring this to a close in the foreseeable future. Or do we just watch the cash balances shrink further and further? There appears to be no economic incentive on the part of the US bondholders to compromise, at least as long as the US pot remains large enough to pay them out in full. Is there any realistic likelihood (or precedent) of the US court making a decision to force a haircut on the bondholders against their will, or are we just dreaming to think that that would happen? Bond prices seem to be holding up quite well, so the holders must not be too concerned.

The UK pension authority is likely driven as much by political considerations as economic in the huge $1B+ claim it is making against the US estate. What are the chances of it getting allocated any of the US funds? And if it does not receive any, does it have any leverage to keep the US courts from reaching a settlement without them?

With no sovereign courts having the ability to force settlements on the others, with the power of the bondholders in the US and the government run pension fund in the UK, and with the mediator having thrown up his hands in defeat, how will this nightmare ever end?

Thanks

Like · Reply privately · Flag as inappropriate  · 7 months ago



Denis

**Denis Paradis**
Administration contrats - CHUM

Le plus grand scandale n'est pas que Nortel fut administré pendant des années par une direction cupide qui n'a jamais su prendre les décisions qui s'imposaient. Pas non plus l'histoire des 'manigances' comptables pour présenter le temps d'un quart des profits sur papier pour permettre la distribution de 12.8 millions en bonus. Pas non plus, les bonus qui continuent de se distribuer malgré que la cie ce soit mis sur la loi de la protection envers les créanciers.En fait, le plus grand scandale il s'opère depuis 4 ans sous nos yeux ; 800 millions en frais juridiques, 3 médiations qui furent de cuisants échecs(on se demande encore pourquoi 3 ????) et tous les délais par dessus

LI00651

10/2/13    ok so i received an email today - looked official asking me if i wanted to make a claim against Nortel US and if so, I would ned to send a retainer fee of 475.00 t...

délais de ce processus cautionné sans jamais aucune opposition de la part de la cour. Tout ça alors que les principaux intéressés(ex-employés et retraités) sont toujours laissé dans la plus grande noirceur sur les tenants et aboutissants de cette interminable et scandaleuse saga.

Like  · Reply privately · Flag as inappropriate  · 7 months ago

Paula Klein
Business Manager Traffic Safety and Security Division at 3M

Paula

I have added 3 more questions to the FAQ

http://www.linkedin.com/groupItem?
view=&gid=1770226&type=member&item=212562600&qid=dcbd60b5-7110-4045-a2e3-
37eba9da1fa7&trk=group_most_recent_rich-0-b-
ttl&goback=%2Egmr_1770226%2Egde_1770226_member_205269608%2Egmr_1770226%2Egde
_1770226_member_212562600%2Egmr_1770226%2Egfl_1770226%2Egde_1770226_member_20
3648448%2Egmr_1770226

Like  · Reply privately · Flag as inappropriate  · 7 months ago



Add a comment...

✓  Send me an email for each new comment.

Add Comment



**Lawyer Wanted**
Are you a lawyer ready to take on new cases?
If so, click here.

**Successful Women Network**
Apply to the Worldwide Who's Who network for Successful Women.

ADS YOU MAY BE INTERESTED IN

**Help Center**  About  Press  Blog |  Careers  Advertising |  Talent Solutions |  Tools |  Mobile  Developers ;  Publishers  Language

**Upgrade Your Account**

LinkedIn Corporation © 2013   User Agreement   Privacy Policy :  Community Guidelines |  Cookie Policy '  Copyright Policy ·  **Send Feedback**

LI00652