# EXHIBIT 57

EXHIBIT
57
2-6-14
PENGAD 800-631-6989

http://www.koskieminsky.com/Case-Central/Overview/Status-Of-Case/?rid=107

# KOSKIE MINSKY LLP

Print this Page

Home > Case Central > Nortel Networks Corporation > Developments

# Nortel Networks Corporation

Version française

## Developments

| | |
|---|---|
| April 8, 2013 | On April 8, 2013, a letter was sent to the Department of Justice by Norman Tobias, Tax Counsel at Koskie Minsky LLP, requesting a response to the correspondence from Koskie Minsky LLP and the notice of objections that have been filed to-date. To see a copy of this letter please click here. |
| April 3, 2013 | On April 3, 2013, Justice Morawetz and Judge Gross released written reasons for their March 8, 2013 approval of the Allocation Protocol and set January 6, 2014 as the date on which both courts will commence hearing the trial for the remaining claims and allocation issues.<br><br>To view a copy of the Endorsement of Justice Morawetz please click **here.**<br><br>To view a copy of Opinion of Judge Gross please click **here** and to view a copy of the Order of Judge Gross please click **here**. |
| April 1, 2013 | For those who received one or more payment(s) out of the Nortel Health and Welfare Trust ("HWT") in 2011 in connection with the termination of group term life insurance coverage, or in connection with the termination of Survivor Benefits, the deadline to submit your Notice of Objection is **April 30, 2013.**<br><br>If you have any questions please e-mail us at nortel@kmlaw.ca or call us on our hotline at 1-866-777-6344. |
| March 20, 2013 | A Disabled Employees Progress Report was mailed out on March 20, 2013. To view a copy, please click here. |
| March 8, 2013 | On March 8, 2013, Justice Morawetz and Judge Gross released decisions approving the Allocation Protocol that was originally before the court in June 2011. The Allocation Protocol provides for the U.S. and Canadian Courts to determine the claims and |

allocation issues that remain before the parties.

For more information please visit our Allocation Litigation tab at the following **link**. A webinar was held on February 14, 2013. To view the answers to questions that were received before and during the webinar please click **here.**

March 4, 2013

To view the archived version of the webcast held on February 14,2013 please click on the following link:

http://bellwebcasting.ca/audience/index.asp?eventid=46152239

Tax slips were mailed out by the Monitor, Ernst & Young, today to those who received payments from Nortel in 2012 in respect of various sources of income in 2012. If you received a payment from the Termination Fund, the Health and Welfare Trust or the Hardship Fund in 2012 and have not received your tax slips please contact the Monitor at 1-866-942-7177.

Februar y 25, 2013

For those who are receiving pensions, please note that Northern Trust, the custodian of the registered pension plans in January 2012 and February 2012, sent tax slips a couple of weeks ago and there were a number of incorrect addresses. The custodian of the pension plan from March 2012 to December 2012, CIBC Mellon, will also be sending their tax slips shortly. If you have not received your tax slip for your payments or it went to the wrong address and you were still able to pick it up, please make sure that Morneau Shepell, the administrator of the registered pension plan, has your correct address. Please contact Morneau directly by calling:

Negotiated Plan Members: 1-877-392-2073

Managerial Plan Members: 1-877-392-2074

**Upcoming Webinar:**

Koskie Minsky will be hosting a webcast on February 14, 2013 from 1:00 - 2:00 p.m. The webinar will provide an update on an upcoming communication from the pension administrator, Morneau Shepell, as well as various issues expected to be addressed in the coming months.

Februar y 14, 2013

Presenters at the webinar will include: Hamish Dunlop of Morneau Shepell, Don Sproule of the NRPC as well as various financial and legal advisors.

Please click here for a PDF version of the February 14th webcast slides.

Participants can register for the webcast through the following link http://www.bellwebcasting.ca/audience/index.asp?eventid=46152239

A dial-in audio-only option will be available to individuals who do not have internet access and wish to listen in to the webinar. If you do not have access to the internet and would like to listen in to the webinar, please leave a message on Koskie Minsky's toll

free hotline at 1.866.777.6344 indicating your name, telephone number and that you wish to participate in the webinar by telephone. A Koskie Minsky representative will call you back to provide you with details about how to dial in.

The webinar will be presented in English with slides in English. The French slides are available for you at the following link and you will be able to ask questions in French and have a response in French.

Februar
y 14,
2013

If you have any questions following the webinar, please don't hesitate to ask them by e-mail at nortel@kmlaw.ca.

In the coming weeks, you will receive T4 or T4A slips (or R1 slips if you reside in Quebec), in respect of the various sources of Nortel income that you received in 2012. Depending on the types of payments you received in 2012, you may receive more than one slip related to Nortel.

Februar
y 11,
2013

Individuals who received payments in 2012 from Nortel's registered pension plans will receive a tax slip issued by Northern Trust and CIBC Mellon as there was a change in custodian in 2012. The tax slips from Northern Trust reflect payments made in January 2012 and February 2012 and were mailed last week, so please watch your mail. The tax slips from CIBC Mellon reflect payments made from March 2012 to December 2012 and will be mailed in the next few weeks.

You may also receive separate T4A, T4 or R1 slips for other payments you may have received by or through Nortel in 2012, including certain distributions from the Nortel Health and Welfare Trust. These tax slips will be mailed out in the next few weeks.

Februar
y 1,
2013

U.S. Counsel has filed a notice of motion with respect to certain pre-filing terminated employees for claims against the U.S. Debtor for termination and severance. For more information please visit the LinkedIn group "Recently Severed Canadian Nortel Employees". If you are not a member, please join the group by visiting the following link: http://www.linkedin.com/groups?gid=1770226&trk=hb_side_g

January
31,
2013

The Ontario Superior Court of Justice (Commercial List) extended the deadline for submitting applications as part of the Employee Hardship Application Process as well as the stay period until May 3, 2013.

January
24,
2013

The Honourable Justice Warren K. Winkler, Chief Justice of Ontario ended the mediation that started on January 14, 2013 today, announcing that a mediated agreement was not reached.

January
11,
2013

A Notice has been sent by the NRPC to approximately 300 former Nortel employees. If you have any questions regarding this Notice please see the LinkedIn group "Recently Severed Canadian Nortel Employees". If you are not a member, please join the group by visiting the following link:
http://www.linkedin.com/groups?gid=1770226&trk=hb_side_g

Novem
ber 14,
2012

Chief Justice Winkler has scheduled a mediation session in Toronto the week of January 14 to 18, 2013 to resolve all matters relating to the allocation of Nortel's assets. For more information regarding the mediation, please click here.

October
30,

The Ontario Superior Court of Justice (Commercial List) extended the deadline for submitting applications as part of the Employee Hardship Application Process as well as

2012    the stay period until February 2, 2013.

A mailing was recently sent to those individuals who received one or more payment(s) out of the Nortel Health and Welfare Trust ("HWT") in 2011 in connection with the

October termination of group term life insurance coverage, or in connection with the termination 4, 2012 of Survivor Benefits.

For more information please refer to the Nortel Tax Appeal Tab available here.

August
31,     A Disabled Employees Progress Report was mailed out on August 30, 2012. To view a
2012    copy, please click here.

### Updated Hardship Fund Eligibility Criteria

On July 27, 2012 the Court approved the expansion of the scope of the Hardship Fund to include Nortel pensioners and survivors, allowing them to apply for a payment from the Fund for circumstances which satisfy the requirements. Payments from the Hardship Fund are treated as an advance on future distributions, so any amount awarded will be deducted from the recipient's ultimate Compensation Claims recovery from the Nortel estate.

The Hardship Fund has been in place since July 30, 2009. It was originally established in response to urgent financial need experienced by former Nortel employees who had no income because they lost their job with Nortel. Small lump sum payments of up to 8 weeks' salary (based on a maximum weekly salary of up to $1,200 per week) were made to individuals who qualified under the terms of the Fund as an "advance" on any future distribution to be made on their claims against the Nortel estate. The Hardship Fund committee also had discretion to approve payments in cases of medical or other emergencies in an amount of up to $2,500.

August
3, 2012 Nortel pensioners and survivors were ineligible under the original version of the Hardship Fund Eligibility Criteria. Since the pension cutbacks last summer, however, the Court-appointed Representatives became aware of situations of serious financial hardship among pensioners and sought the expansion that was approved by the Court on July 27.

If you are a Nortel pensioner or survivor and you are in a position of immediate financial hardship, you may request a payment from the Fund by completing a Hardship Payment Application. Koskie Minsky can help you complete this form. This will be a private and confidential process, and you will not be required to share your personal information with anyone other than the Monitor, who is responsible for assessing your application, and your Representative Counsel.

**Eligibility:** In order to be eligible for a Hardship Payment, there are certain criteria you must satisfy, including:

- You must be a member of one of Nortel's defined benefit pension plans
- You must have had your pension reduced effective August 2011

- You must have a Compensation Claim against Nortel (i.e. you received an Information Statement through the Compensation Claims process)

In addition, you must demonstrate that you are in a situation of urgent or immediate financial hardship. Typical examples of financial hardship include the inability to cover your required drug costs, to pay your rent or to buy groceries. If you are experiencing hardship but you are unsure whether your situation qualifies under the expanded criteria, please contact Koskie Minsky at 1.866.777.6344 to discuss your situation.

**Note:** *The maximum amount that will be payable to you under the expanded criteria is $5,000. It is not guaranteed that you will be approved for a payment, and if you receive a payment it may not be for the maximum $5,000 amount. Any amount that you do receive will be subject to applicable taxes, and the payment will be a lump sum advance on your distribution from the Nortel estate. To be clear, your ultimate distribution from the Nortel estate will be reduced by any amount that you are awarded from the Hardship Fund.*

The updated Eligibility Requirements and the Hardship Payment Application Form will be available through the Monitor's website at www.ey.com/ca/nortel, Koskie Minsky's website at www.kmlaw.ca and the NRPC website at www.nortelpensioners.ca. If you have any questions, please contact Koskie Minsky at 1.866.777.6344.
**Important Message – Timeline for filing a Notice of Objection**

As you may be aware, on July 19, 2011 the Canada Revenue Agency ("CRA") issued adverse tax rulings which provided that lump sum payments made in connection with the termination of group term life insurance, survivor income benefits and survivor transition benefits are to be included in income and subject to tax.

Discussions are ongoing between Koskie Minsky LLP, your Representative Counsel and Department of Justice lawyers regarding the process by which the correctness of the adverse tax rulings issued will be tested in the Tax Court of Canada.

May 28, 2012 We have received questions about the deadline for filing a notice of objection to your assessment for the 2011 taxation year. Given the time that may have already elapsed since the date that appears on your notice of assessment in respect of the 2011 taxation year, you should be aware that an individual must object by the **later** of: i) 90 days after the date of sending of the notice of assessment; and ii) one year after your filing due date for the year.

The later of the two relevant deadlines by which you must file a notice of objection to your assessment in respect of the 2011 taxation year is the date that is one year after your filing due date for the 2011 taxation year. Generally, the filing due date for your 2011 year is April 30, 2012. For those who carried on a business in 2011, the filing due date is June 15, 2012. Therefore you have at least until April 30, 2013 to file an objection.

After the details concerning the process by which the adverse tax rulings issues will be tested have been finalized, an information package will be mailed to affected pensioners and LTD life beneficiaries. The information package will set out specific instructions for filing a notice of objection. Please be patient until you receive this information package, as we have plenty of time left to file.

**Update on Compensation Claims Process**

The Monitor has been reviewing the Requests for Correction and Proofs of Claim received. There were a total of approximately 2000 Requests for Correction and Proofs of Claim received. The process of review consists of identifying the requested corrections or claim, reviewing supporting documentation and communicating with the claimants for additional clarification or documentation where necessary. This detailed process is necessary to ensure the Requests for Correction and Proofs of Claim are accurately and fully understood before any determinations are made regarding the claims.

May 2, 2012

In order to expedite matters, the Monitor is not waiting until responses to all 2000 of the Requests for Correction and Proofs of Claim have been prepared to begin responding. The Monitor will be sending responses to approximately 400 of them in the next several days. The Monitor will be responding to the balance in similarly sized batches over the next number of months.

**PLEASE NOTE: YOU DO NOT HAVE TO DO ANYTHING IF YOU FILED A REQUEST FOR CORRECTION OR A PROOF OF CLAIM. THE MONITOR WILL RESPOND IN DUE COURSE. THE FACT THAT SOME PEOPLE WILL RECEIVE A RESPONSE BEFORE OTHERS HAS NO SIGNIFICANCE.**

As you may be aware, the Court-appointed Representatives, through their legal counsel Koskie Minsky LLP, will be testing the correctness in law of certain Advance Income Tax Rulings adverse to taxpayers that were issued by the CRA in July 2011 to the effect that lump sum payments made in connection with the termination of group term life insurance coverage and in connection with termination of survivor income benefits are to be included in income subject to tax (the "Tax Court References").

April 24, 2012

After you file your income tax returns, CRA will send you an assessment. Individuals who wish to preserve their entitlement to have their 2011 taxation year reassessed in the event of a favourable outcome on one or both of the Tax Court References must file a Notice of Objection in a timely manner to the assessment received from CRA in respect of the 2011 year (and 2012 year return when applicable). Those individuals resident in Québec must also file a Notice of Objection in a timely manner to the assessment received from Revenu Québec in respect of the same year or years.

Koskie Minsky is in the process of preparing a package of information elaborating upon the manner in which the affected individuals can preserve their rights to be reassessed in the event of a favourable outcome on the Tax Court References. Please be patient. You will receive this package in the coming weeks.

**Important Note:** Only object to your 2011 assessment if you received a T4A for these benefits that is dated 2011. If you did not receive a 2011 T4A, you do not have to object at this time.

| | |
|---|---|
| April 2, 2012 | A letter was mailed today on behalf of the court appointed representatives to deferred pensioners of the Nortel pension plans. To view this letter, please click here. |
| March 26, 2012 | On March 20, 2012, Justice Morawetz of the Ontario Superior Court of Justice released written reasons related to an Endorsement of October 6, 2011 in which the Court refused to grant an adjournment of the motion for Court approval of the Nortel Compensation Claims Process. The Nortel Compensation Claims Process was approved by the Court on October 6, 2011 and is now underway. To view a copy of the October 6 and March 20 Endorsements, please click here. |
| March 5, 2012 | We are pleased to report that on March 2 the Court approved a HWT distribution to the LTD Beneficiaries and Survivors. The distribution is expected to be paid in mid to late March 2012. Please click here to obtain more information about the upcoming distribution. If you wish to view a copy of the Court Order, please click here. |

In the coming weeks, you will receive T4 or T4A slips (or R1 slips if you reside in Quebec), in respect of the various sources of Nortel income that you received in 2011. Depending on the types of payments you received in 2011, you may receive more than one T4A related to Nortel.

Individuals who received payments in 2011 from Nortel's registered pension plans will receive a tax slip issued by Northern Trust. The Payee name on this slip will refer to 'TNTC as paying agent' and also should make reference to the Nortel Networks Pension Plans. These tax slips were mailed last week, so please watch your mail.

Februar y 22, 2012

You will receive separate T4A, T4 or R1 slips for other payments you may have received by or through Nortel in 2011, including certain distributions from the Nortel Health and Welfare Trust. Please note that the tax slip(s) you receive will not include any HWT distribution amounts that you received on account of LTD income benefits. Your tax slip will include amounts you received from the HWT on account of LTD Life, LTD Optional Life or Pensioner Life, as these amounts are subject to tax. These tax slips will be mailed on or before February 29, 2012. You should not expect to receive your tax slip(s) related to these payments until early March of 2012.

We are pleased to report that on March 2 the Monitor will be seeking Court approval for a proposed HWT distribution to the LTDs Beneficiaries and Survivors.

Several weeks ago, the court-appointed Representatives through legal counsel asked the Monitor to consider paying a further HWT distribution before all outstanding financial and accounting matters are finalized. The Monitor has now concluded that it is reasonable to pay such a distribution to the LTD Beneficiaries on account of their income and life benefits (other than pensioner life) and to the Survivors on account of their income benefits.

January 31, 2012

The Monitor is proposing to distribute 10% of the Income Benefits and LTD Life and Optional Life Benefits. The proposed distribution would bring the total of all distributions on these benefits to 35%, which exceeds the original illustration of 33.8.

This further 10% distribution is anticipated to be approximately the final distribution for these benefits, but one that will be subject to adjustment once the outstanding financial and accounting matters are finalized. The adjustment could be in the form of either a further distribution from the HWT on these benefits or, if necessary, a deduction from future distributions on pensioner life (if you are entitled to pensioner life) or, if insufficient, from future recoveries against your Compensation Claims in the Nortel estate, whenever these occur.

There will not be a distribution on account of pensioner life or to pensioners at this time.

The proposed distribution is subject to Court approval, which will be sought on March 2, 2012. If the distribution is approved by the Court on March 2, it is expected the distribution will be paid sometime in March. Information about the specific date of the proposed payment is not yet available. If you would like to obtain information about how much the proposed payment to you will be, please refer to the Beneficiary Estimated Allocation Statement ('BEAS') that you received in the past. If you are an LTD Beneficiary, the proposed distribution will be 10% of your LTD Income, LTD Life and Optional Life Benefits. If you are a Survivor, the proposed distribution will be 10% of your Income Benefit. As was the case in the past, distributions in respect of LTD Income Benefits are not subject to tax. However, taxes will be withheld from distributions made on account of Survivor income benefits, LTD Life Benefits and LTD Optional Life Benefits.

Please note that the deadline to submit most Form Bs and Proof of Claim forms has passed as of 4:00pm EST on January 6, 2012. If you have not yet received an Information Statement package, please contact the Monitor, Ernst & Young, at 1-866-942-7177 or nortel.monitor@ca.ey.com to inquire whether an Information Statement package was prepared for you.

January 10, 2012

If you have recently moved and have not reported your change of address, please complete a Change of Address Form, which is available at: www.kmlaw.ca/Case-Central/Overview/Page/?rid=107&cpid=24.

**Cheques for Partial Payment of Pensioner Life Insurance Claims are Being Mailed**

The Court on November 8, 2011 approved an interim distribution from the Nortel Health and Welfare Trust (HWT) on account of Pensioner Life. The first instalment from the assets of the HWT is now being mailed by E&Y as a cheque. The bulk of the cheques have now been mailed, but some 600 are awaiting clearance and may take until December 16 to process. We will let you know when the last mailing has taken place. We request that you wait until at least December 16 to contact E&Y if you do not have your cheque.

December 3, 2011

If you have entitlement to a claim for "Pensioner Life (including ADB, if applicable)" based on data available as of December 31, 2010, you should shortly be receiving a cheque for 20% of your Form A claim amount minus withholding tax.

If you believe you have a valid claim for Life Insurance and it was not reflected in your Form A claims document, you should submit a Form C to E&Y. Please note that not all pensioners have Life Insurance claims.

As Nortel's HWT proceeds to be wound up, we expect there will be a second and smaller distribution (~5 to 7%) from the HWT sometime in 2012. We will keep you apprised of developments.

The residual amount of your Pensioner Life claim (total claim minus the two instalments from the HWT) will be a claim on the Nortel Canadian estate payable at cents on the dollar when the estate is settled.

Also note that the NRPC along with KM are working to remove the taxation of the Life Insurance benefits. If we are successful, you may have to re-file your 2011 income tax to recover taxes paid. Hold on to your tax documents. Again we will keep you apprised of developments.

**Please Note:** There are a small number of individuals who received their Pensioner Life distribution payment by direct deposit in mid-November. If you have already received a direct deposit payment for this interim HWT distribution on account of Pensioner Life, then you will not receive a cheque in December. *If you are a Nortel pensioner who has not received a direct deposit payment from the Nortel HWT in the past, then any HWT distribution you receive will be paid by cheque.*

Pensioners who have a claim for Pensioner Life will receive HWT distributions on account of Pensioner Life in the range of approximately 27-28% of entitlement. As outlined in the Monitor's Seventy-Sixth Report to the Court, the Monitor believes the total ultimate distribution from the HWT is likely to meet or exceed 33.8% of the value of the Participating Benefits. However, the value of the Pensioner Life relating to Pensioners will be reduced as a result of actual 2010 Pensioner Life premiums. The effective distribution to Pensioners, taking into account the 2010 premiums, as shown in the illustrative scenario is 27.6%.

The HWT distributions to survivors and disabled employees will not be subject to any reduction for 2010 Pensioner Life premiums. This applies to all survivor and disabled benefits, including distributions to disabled employees for Pensioner Life. Therefore, disabled employees who have a claim for Pensioner Life are likely to receive at least 33.8% of their Pensioner Life entitlement through distributions from the HWT.

These projections still remain subject to contingencies.

To view the archived versions of the webcasts held on November 10 and 11, 2011 please click on the following links.

November 11, 2011

| Webinar for all Former Employees of Nortel November 10, 2011 |
| --- |

http://www.bellwebcasting.ca/audience/index.asp?eventid=14184206

**Webinar for all Nortel LTD Beneficiaries**
**November 10, 2011**
http://www.bellwebcasting.ca/audience/index.asp?eventid=60511415

**Webinar for all Former Employees of Nortel (French)**
**November 11, 2011**
http://www.bellwebcasting.ca/audience/index.asp?eventid=71340578

## INTERIM HWT DISTRIBUTION IN RESPECT OF PENSIONER LIFE INSURANCE

The Court on November 8, 2011 approved an interim distribution from the Nortel Health and Welfare Trust (HWT) on account of pensioner life insurance. To view a copy of the Order, please click here. This means that each pensioner and disabled employee who has an entitlement to pensioner life insurance can expect to receive a distribution from the Nortel HWT before the end of 2011.

Interim distributions have previously been made from the HWT in relation to LTD Income, SIBs, STBs and LTD Life and LTD Optional Life. No interim distribution has yet been made on account of pensioner life insurance benefits, as the process for confirming pensioner life entitlements, including relevant personal information and level of coverage, for making distributions to pensioners was not as advanced as it is for the LTD beneficiaries of the trust.

Novem ber 9, 2011

The Former Employees' Representatives and the CAW requested that a distribution be made as soon as practicable to pensioners in order to alleviate to some extent any hardship pensioners may be experiencing as a result of the recent reductions to registered monthly pension payments. The LTD Beneficiaries' Representative and the CAW have also requested that a distribution be made to LTD Beneficiaries on account of their future pensioner life insurance claims from the HWT. Given these concerns, the Monitor recommended to the Court that an interim distribution be made to all Participating Beneficiaries of the Nortel HWT who are entitled to pensioner life based on the date and claims value established for the Compensation Claims Process. The payment to be made is at the level of 20% of the total Pensioner Life liability and will result in an aggregate distribution of approximately $22.2M to Pensioner and LTD Beneficiaries of the trust. The Monitor is of the view that this recommended level of distribution will permit adjustment in a future distribution both for corrected personal information and to adjust for any difference in the HWT Allocation Methodology and the Compensation Claims Methodology. Therefore, no prejudice will result from this interim distribution.

The Representatives and their advisors, including Independent Counsel, and the CAW agree that an interim distribution to Participating Beneficiaries on account of Pensioner Life should not be delayed while Pensioner Life data and claims values are being

confirmed.

The Monitor's motion was approved by the Court on November 8, 2011. It is now expected that this interim HWT distribution will take place before the end of the 2011. Distributions in respect of life insurance are taxable and will be subject to withholding tax. A withholding rate of 10% will be applied to the majority of the claims, however, there are some larger distributions that will be subject to a higher withholding rate.

It is possible you may experience delays as a result of a lack of complete information relating to the retiree group. Please be patient and understand that such errors will be corrected once the proper information is obtained.

**If you have not yet received an Information Statement package, please do not panic.** There are a number of reasons you may have not yet received your package, including:

- Your package is still en route to you by mail. Packages were mailed between November 2 and 7, and delivery time will vary;
- Your package may have been mailed to an incorrect address; or
- An Information Statement has not been prepared for you.

**Steps to be Taken:**

1. **Be patient.** Your package may be in the mail. Please wait until November 14, 2011 to contact the Monitor about the status of your package.
2. If you have not received a package by November 14, please contact the Monitor to inquire whether an Information Statement package was prepared for you.
3. If you have recently moved and have not reported your change of address, please complete a Change of Address Form, which is available on the KM or Monitor websites. If you do not have access to the internet, please contact KM or the Monitor by telephone to request that a Change of Address Form be mailed to you.
4. Please do not panic if you have not received an Information Statement before the Nov. 10 webinar or the live information session that you are planning to attend. You can still attend these sessions without an Information Statement. Once you eventually receive your package you will be able to:

   o Access the webinar/information session presentation online at http://www.kmlaw.ca/.
   o Listen to the webinar online at http://www.kmlaw.ca/.
   o Pose questions to KM, the Monitor or the counsel for the CAW-Canada by telephone or by email.

Novem ber 4, 2011

October 26, 2011 A letter regarding important information about upcoming webinars and meetings for Disabled Employees of Nortel Networks Corp. et al. was recently mailed out. To view a copy of this letter, please click here.

October On October 6, 2011 the Ontario Superior Court of Justice approved a Compensation

18,
2011

Claims Process through which the claims of all employees and former employees of Nortel will be valued. In accordance with the Compensation Claims Process, individual Information Statement Packages will be mailed to former employees and disabled employees of Nortel within 21 business days of October 6, 2011. You will be provided with an opportunity to review your Information Statement Package and to make any corrections to the personal information data that was used to value your claim. If you feel that you have a claim that is not covered in the Information Statement Package that you receive, you will also be provided with an opportunity to file a proof of claim. Please note that the deadline to make any correction to the Information Statement and to file a proof of claim form is at 4:00pm Eastern Standard Time on January 6, 2012.

A series of webinars and live information sessions have been scheduled in order to provide more information about the Compensation Claims Process. The meetings will consist of a presentation, after which the audience may ask questions. Only Nortel former employees, disabled and/or their spouses may attend. These are **not** public meetings. To view a copy of the information sessions schedule, which will take place in various cities across the country, please click here.

A series of webinars has also been scheduled for November 10 and 11. Please take note of the following times and dates:

---

**Webinar for all Former Employees of Nortel**
**November 10, 2011**
**10:00am EST**
To access this webinar:
http://www.bellwebcasting.ca/audience/index.asp?eventid=14184206

**Webinar for all Nortel LTD Beneficiaries**
**November 10, 2011**
**2:00pm EST**
To access this webinar:
http://www.bellwebcasting.ca/audience/index.asp?eventid=60511415

**Webinar for all Former Employees of Nortel (French)**
**November 11, 2011**
**2:00pm EST**
To access this webinar:
http://www.bellwebcasting.ca/audience/index.asp?eventid=71340578

---

October
6, 2011

On October 6, 2011 the Ontario Superior Court of Justice approved the Compensation Claims Methodology Order and the Compensation Claims Procedure Order (the "Compensation Claims Process") with written reasons to follow. To view a copy of the two related Orders please click here.

The Compensation Claims Process is a process through which to value the claims of all

former employees, including pensioners and surviving spouses, and disabled employees of Nortel. There will be many developments in the coming months. During this period, Representative Counsel, the court-appointed Representatives and their advisors will be holding a number of webinars and live information sessions for Nortel's pensioners, former employees and disabled employees. Please check the KM website frequently in order to keep informed about progress and important dates.

To view the archived versions of the webcasts held on September 30, 2011 please click on the following links:

Septem
ber 30,
2011

| |
|---|
| **Webinar for all Former Employees of Nortel (English)** |
| **September 30, 2011** |
| To access this webinar: |
| http://www.bellwebcasting.ca/audience/index.asp?eventid=94520204 |
| |
| **Webinar for all LTD Beneficiaries** |
| **September 30, 2011** |
| To access this webinar: |
| http://bellwebcasting.ca/audience/index.asp?eventid=40459841 |
| |
| **Webinar for all Former Employees of Nortel (French)** |
| **September 30, 2011** |
| To access this webinar: |
| http://bellwebcasting.ca/audience/index.asp?eventid=17817324 |

Septem
ber 23,
2011

To view the archived version of the September 22nd webcast, please click on the following link:

http://bellwebcasting.ca/audience/index.asp?eventid=93883477

Septem
ber 21,
2011

A letter regarding important information about upcoming webinars for Disabled Employees of Nortel Networks Corp. et al. was recently mailed out. To view a copy of this letter, please click here.

A motion has been scheduled for October 6, 2011 beginning at 10:00 a.m. at 361 University Ave. This motion is for the approval of a Compensation Claims Process that is being proposed by the Applicants.

Septem
ber 20,
2011

A series of webinars will be hosted by Representative Counsel to provide important information about the forthcoming Compensation Claims Process. During these webinars, you will have the opportunity to learn more about this special claims process that is being proposed for the compensation-related claims that have been lost from Nortel. Please take note of the following times and dates:

| |
|---|
| **Webinar for all Former Employees of Nortel** |
| **September 22, 2011** |
| **3:00-5:00pm EST** |
| To access this webinar: |

http://bellwebcasting.ca/audience/index.asp?eventid=93883477

**Webinar for all Former Employees of Nortel (English)**
**September 30, 2011**
**10:30am-12:00pm EST**
To access this webinar:
http://www.bellwebcasting.ca/audience/index.asp?eventid=94520204

**Webinar for all Nortel LTD Beneficiaries**
**September 30, 2011**
**12:30-1:30pm EST**
To access this webinar:
http://bellwebcasting.ca/audience/index.asp?eventid=40459841

**Webinar for all Former Employees of Nortel (French)**
**September 30, 2011**
**2:00-4:00pm EST**
To access this webinar:
http://bellwebcasting.ca/audience/index.asp?eventid=17817324

August 25, 2011

The Court on August 23, 2011 approved an interim distribution from Nortel's HWT on account of LTD Life and LTD Optional Life Benefits to LTD Beneficiaries. The amount of the Fourth Interim Distribution from the HWT will be 25% of LTD Life and LTD Optional Life Benefit calculated in accordance with the Approved HWT Allocation Methodology. It is expected that these interim distributions will be made by the end of September 2011.

Please click here to view a copy of the Court's endorsement and Order. More information about the Fourth HWT Interim Distribution can be found in the Monitor's Seventy-Third Report to the Court, which is located on the Monitor's website at www.ey.com/nortel.

**Important Announcement from Morneau - Notarized Declarations**

Morneau Shepell has announced they will be modifying the requirement for notarized declarations for members of Nortel's pension plans who are reporting an error in the reported province-of-employment information contained in the letters from Morneau dated July 11, 2011.

August 5, 2011

For those members who are reporting non-Ontario service where Morneau had indicated Ontario service (and therefore the change they are reporting will, in most cases, decrease the pension they are entitled to), Morneau will not require a notarized declaration.

For those people who are reporting Ontario service where Morneau had indicated they had non-Ontario service (and therefore the change they are reporting will, in most cases, increase the pension they are entitled to), Morneau will still require the notarized declaration. A dated signature by the retiree will be sufficient.

Please note that if you have specific reasons why it is impractical for you to swear a notarized declaration, you should contact Morneau administrators by telephone.

As indicated in the letters from Morneau, members who have documentary evidence indicating province of employment do not need a notarized declaration.

The CRA has released its Advance Income Tax Ruling ('CRA Ruling'), which applies to distributions that are made from the Nortel HWT. To view a copy of this document please click here.

The CRA has made four separate rulings, which can be located on page 7 of the CRA Ruling. Each ruling applies to a distinct group of benefits, and therefore not all rulings will apply to you. The CRA's four rulings are summarized as:

A. **LTD Income Benefit Payments – (Not Taxable)**: Distributions that are made from the Nortel HWT to Disabled Employees in respect of LTD Income Benefit payments *are not taxable*. Any distribution paid from the Nortel HWT in respect of LTD Income Benefits will not be included in a Disabled Employee's income for purpose of the *Income Tax Act* (Canada). This means that there will be no amounts related to federal income tax withheld from HWT distributions that are related to LTD Income Benefits.

B. **Retiree and LTD Life Insurance – (Taxable)**: Distributions that are made from the Nortel HWT to Retirees and Disabled Employees in respect of a life Insurance benefit *is taxable*. Any distribution paid from the Nortel HWT in respect of life insurance benefits will be included in your income for the purpose of the *Income Tax Act* (Canada) in the year of receipt. This means that any HWT distribution you receive that is related to Retiree or LTD life insurance will be subject to federal income tax withholding.

July 27, 2011

C. **Survivor Income and Survivor Transition Benefits – (Taxable)**: Distributions that are made from the Nortel HWT to individuals who have an entitlement to a Survivor Income Benefit or Survivor Transition Benefit *are taxable*. Any distribution paid from the Nortel HWT in respect of Survivor Income or Survivor Transition Benefits will be included in the recipient's income for the purpose of the *Income Tax Act* (Canada) in the year of receipt. This means that any HWT distribution you receive that is related to a Survivor Income or Survivor Transition Benefits will be subject to federal income tax withholding.

D. **Non-Residents of Canada**: No Disabled Employee, LTD Life Beneficiary, Retired Employee or Entitled Survivor who is a non-resident of Canada will have disposed of a taxable Canadian property for income tax purposes.

Please take note that the CRA Ruling applies **only** to distributions that are made from the Nortel HWT. This CRA Ruling does not apply to any distribution that will be made in the future from the Nortel estate. Subsequent Advance Income Tax Rulings Requests will be submitted with the CRA, if necessary, for payments that will be made from the Nortel estate in the future.

If you are a Quebec resident, please note that a request for an advance income tax ruling has been submitted with your provincial taxing authority, Revenu Quebec, and that this ruling will also affect you. Revenu Quebec has not yet delivered its ruling and we do not know when this will occur. More information will be posted on this website once it becomes available.

You may contact Representative Counsel if you have questions after your review of the CRA Ruling.

| | |
|---|---|
| July 27, 2011 | To view the FAQ related to the content based on the webinar on Pension Plan Cutbacks held on July 22, 2011, please click here. |
| July 25, 2011 | To view the archived version of the July 22nd webcast, please click on the following link:<br><br>http://www.bellwebcasting.ca/audience/index.asp?eventid=74164979 |
| July 22, 2011 | Please click here for a PDF version of the July 22nd webcast slides. |
| July 19, 2011 | To view a copy of the letter that was mailed to all disabled employees on July 19, 2011 please click here. |

**Upcoming Webinar:**

Koskie Minsky will be hosting a webcast on July 22, 2011 from 1:00 - 3:00 p.m. for all members of Nortel's pension plans. Representatives from Morneau Shepell, the current Administrator of Nortel's pension plans, will be in attendance at the webinar to deliver a presentation about important issues related to Nortel's pension plans and to respond to questions.

| | |
|---|---|
| July 11, 2011 | Questions on this topic may be provided to Koskie Minsky in advance either by calling our toll free hotline at 1.866.777.6344 or sending an e-mail to nortel@kmlaw.ca.<br><br>Participants can register for the webcast through the following link<br>http://www.bellwebcasting.ca/audience/index.asp?eventid=74164979<br><br>A dial-in audio-only option will be available to individuals who do not have internet access. You can register for this service by leaving a voice message on our hotline with your name and telephone number. |
| July 11, 2011 | Members of Nortel's two defined benefit pension plans, the Nortel Networks Negotiated Pension Plan and the NNL Managerial and Non-Negotiated Pension Plan, should expect to receive a letter from Morneau Shepell, the current Administrator of the Plans, in the next few weeks. This letter will advise Plan members of important issues relating to your pensions, including the upcoming pension reductions that many Plan members will experience effective August 25, 2011.<br><br>For more information please visit the Morneau Shepell website at<br><br>https://www.pensionwindups.morneaushepell.com/_private/select_plan.asp?DURL=/en/ |

plan_info/plan_info.asp.

Koskie Minsky will be hosting a webcast on July 22, 2011 from 1:00 - 3:00 p.m. for all members of Nortel's pension plans. Representatives from Morneau Shepell will be in attendance at the webcast to deliver a presentation about these important issues and to respond to your questions. Please see below for information on how to register for the July 22 webcast.

July 8,
2011
To view the archived version of the Nortel Former Employee Information Session on Ontario's Trillium Drug Program held on July 5th, please register by clicking here.

The Canadian and US Courts have issued an interim order requiring parties to

June 29,
2011
participate in a mandatory mediation with Ontario's Chief Justice Winkler presiding. To view copies of the Canadian Court's endorsements dated June 17, 2011 and June 29, 2011, please click here.

Koskie Minsky will be holding an information session by webcast on July 5, 2011 at 10:30 a.m. to provide all former Nortel employees under age 65 from Ontario who have significant drug costs with information about the Ontario's Trillium Drug Program (TDP). The TDP is intended for Ontario residents who have a valid Ontario Health Card and who have high prescription drug costs in relation to their net household income. A spokesperson from the Ministry of Health will be providing information about the TDP and will be available for questions.

June 24,
2011
Questions on this topic may be provided to Koskie Minsky in advance either by calling our toll free hotline at 1.866.777.6344 or sending an e-mail to nortel@kmlaw.ca. We strongly recommend you review the fact sheet, guidebook and application form before the webcast, which can be accessed at the following website:
www.health.gov.on.ca/english/public/pub/drugs/trillium.html

Participants can register for the webcast through the following link
http://www.bellwebcasting.ca/audience/index.asp?eventid=47571962

A dial-in audio-only option will be available to individuals who do not have internet access. You can register for this service by leaving a voice message on our hotline with your name and telephone number.

The Court has approved the Monitor's request that a third interim distribution be made to all Income Beneficiaries of Nortel's health and welfare trust. Please click here to view a copy of the Third HWT Interim Distribution Order and click here to view a copy of the Court's Endorsement.

June 21,
2011
The Third Interim Distribution will provide some financial relief to Income Beneficiaries before the final distribution of Nortel's HWT corpus. The Monitor's Report on the original HWT motion indicated that the Income Beneficiaries would be paid approximately 33.8% of the Actuarial Value of their Income Benefits calculated in accordance with the Approved HWT Allocation Methodology. Prior to this third distribution, all Income Beneficiaries received up to 5 months salary or 10% of their Income Benefits (whichever was less) from the January Interim Distribution and the May/June Interim distribution combined. The Third Interim Distribution, together with

the previous distributions, will provide a total of 25% of the Actuarial value of the Income Benefits. The balance of the Income Beneficiaries' entitlement, being approximately 8.8%, will be paid in a further distribution from the HWT. The timing for this final payment is unknown. Like the previous two distributions, the Third Interim Distribution will be credited against Income Beneficiaries' future distribution from Nortel's HWT, and all distributions from the HWT will be deducted from claims against the Nortel estate.

The payments are expected to be made at the end of July.

The Supreme Court of Canada today denied leave to appeal from a decision of the Ontario Court of Appeal dated January 7, 2011 regarding the allocation of the assets of Nortel's health and welfare trust. Leave had been sought by a small group of Nortel's disabled employees who opposed the decision of the CCAA judge of November 9, 2010 approving an allocation which gave all beneficiaries approximately 34% of their entitlements in the Trust. Please click here to view a copy of the Supreme Court's Judgment.

June 9, 2011

The Monitor's website indicates that a motion will be brought to the Ontario Superior Court of Justice on or before June 30, 2011 for approval of a further interim distribution to bring all Income Beneficiaries to 25% of their Income Benefits calculated in accordance with the Approved HWT Allocation Methodology. The Monitor's website further indicates that a motion for approval of an interim distribution in respect of life insurance benefits, as well as an application for approval of the final distribution of the HWT, will be brought as soon as practicable. For more information, please visit the Monitor's website at www.ey.com/ca/nortel.

Please click here to view a copy of a media release issued today by Susan Kennedy, the court-appointed Representative for Nortel Disabled Employees.

The Court has approved the Monitor's request that a second interim distribution be made to Income Beneficiaries of Nortel's HWT. Please click here to view a copy of the May/June Interim Distribution Order.

May 3, 2011

The May/June Interim Distribution will provide some financial relief to Income Beneficiaries before the final distribution of Nortel's HWT corpus. For the majority of Income Beneficiaries, the May/June Interim Distribution will result in a lump sum payment representing 2 months of payable income benefits. No individual will receive an amount that exceeds two months of payable benefits, but some individuals may receive less, depending on their individual circumstances. The May/June Interim Distribution will be the amount that, when taken with the January Interim Distribution, will be 10% of the individual's Income Benefits calculated in accordance with the Approved HWT Allocation Methodology. Like the January Interim Distribution, the May/June Interim Distribution will be credited against Income Beneficiaries' future distribution from Nortel's HWT.

The payments are expected to be made at the end of May.

**Pension Unlocking Option for Disabled Employees Suffering Financial Hardship**

April 25, 2011

Disabled Employees who are eligible to retire and who wish to receive a monthly pension should contact Morneau to commence the retirement process. Ontario's Superintendent of Financial Services has also provided its approval to the Administrator to permit certain lump sum transfers to Nortel's Disabled Employees. The Superintendent has approved interim transfers of up to 50% of the estimated commuted value that you are expected to ultimately receive from the Plan (that is, 50% of your pension value calculated at the estimated funded ratio; so, if the funded ratio is 60%, you could transfer up to 30% of your pension value) to a locked-in retirement account for Nortel's Disabled Employees, regardless of whether or not you are currently eligible to receive a monthly pension. The intent of this extraordinary permission is to permit those Disabled Employees who are suffering financial hardship to access a portion of their pension funds through an application to their provincial pension regulator to unlock their pension monies. Click here to access the Ontario Financial Hardship Unlocking form. This option will be available to Disabled Employees who have accrued benefits from employment in Ontario, Alberta and Nova Scotia. Disabled Employees who wish to take advantage of this option should contact Morneau to request an election form. **Note that once you have chosen to take your partial CV transfer, you will not be permitted to apply to start your pension from the Nortel plan. The remainder of your pension entitlement (the total of which will be reduced to the wind-up funded ratio) will be paid out pursuant to the final wind-up of the Plan.**
**IMPORTANT: Incorrect Information Being Circulated re Nortel Severance Claims**

April 6, 2011

There is incorrect information being circulated relating to the claims against the Canadian estate of Nortel. All employment- based claims will be dealt with through a special "Compensation Claims Process". You will be notified about that process once it has been finalized. Your claims will be calculated for you as part of that process. You will be provided with a claims package which identifies the nature and amount of the claims that will be made on your behalf, and a summary of the data from Nortel's records upon which your claims have been calculated. Before the claims process can be implemented, court approval will be required. Koskie Minsky and the court-appointed representatives (Donald Sproule, Michael Campbell, David Archibald and Susan Kennedy) will be conducting information sessions and/or webinars to explain the process and the basis for calculating your claims.

Please disregard any information you receive relating to the Compensation Claims Process unless it arrives from Koskie Minsky, Ernst & Young or the court-appointed Representatives. Please note that the Compensation Claims Process in Canada has not yet been finalized. It is not necessary to take any action at this time and it will not be necessary (except in very few special circumstances) to fill out a claim form. Any documentation that is delivered to Ernst & Young Inc. will not be accepted at this time.

Please contact the NRPC through their website at www.nortelpensioners.ca, or Koskie Minsky at 1.866.777.6344 or by email at nortel@kmlaw.ca if you have any questions

relating to the Compensation Claims Process. However, at this time, none of Koskie Minsky, the NRPC or the Monitor are able to advise you about the amount of your severance claim because it has not yet been calculated.

A Disabled Employees Progress Report was mailed out on March 8, 2011. To view a copy, click here.

March
8, 2011 For a copy of the document prepared by the CNELTD Steering Committee entitled "Provincial Government Assistance for People with Disabilities and/or High Drug Costs" please click here.

Morneau Shepell Ltd. ("Morneau"), the Administrator of Nortel's pension plans, recently has made several announcements related to Nortel's pension plans. To access full information provided by Morneau about these announcements, please visit the Morneau website at http://www.pensionwindups.morneausobeco.com

### Superintendent's Approval for Commencement of New Pensions

Over the past several months, members of Nortel's pension plans who recently became eligible for retirement have been experiencing delays in the commencement of new pensions. Morneau has now received consent from Ontario's Superintendent of Financial Services to start new pension payments at a level of 50% of full entitlement. For Plan members with Ontario service, new pensions will take into account any amounts payable under Ontario's Pension Benefit Guarantee Fund (PBGF). From what we understand, this means that for individuals who worked their careers in Ontario, new pensions that are commenced at a reduced rate of 50% will be topped up by the PBGF to ensure that the first $1,000 is guaranteed. Therefore, a member with Ontario service who is entitled to a pension of $1,000 per month under the Plan rules will start their

Februar pension at a level of $1,000 per month (half of which is paid by the pension fund and
y 16,    half by the PBGF). A member with Ontario service who is entitled to a pension of
2011     $2,000 per month will start their pension at a rate of $1,500 (the first $1,000 of which is guaranteed by the PBGF and the second $1,000 to be paid at a reduced rate of 50%). Full PBGF protection will apply only to Plan members who worked their entire career in Ontario; partial PBGF coverage will apply proportionately to that portion of pension service which was accrued in Ontario; for those who were employed outside of Ontario, the PBGF is not applicable.

All amounts are subject to future adjustment, including in accordance with the final wind-up ratio for the Plans.

Quebec pension legislation does not permit the commencement of new pension payments to those who are not yet in receipt of a pension. The Administrator is permitted to provide temporary advance payments to Quebec members which will be deducted, with interest, from the commuted value transfer that will ultimately be paid to them. Although Quebec members cannot commence a monthly pension from the Nortel Plans now or in the future, Quebec Plan members will have the opportunity at some point in the future to transfer funds into an investment vehicle that will allow for the establishment of a monthly income stream. When this stage is reached, those who are

affected will be required to make an individual investment decision based on their individual circumstances.

Plan members who have already requested a retirement quote from Morneau should receive a Retirement Election Option Form in the near future. Those who have not yet requested a retirement estimate or commenced the retirement process, but who are eligible to retire and who wish to do so, should contact Morneau immediately at 1.877.392.2073 or through their website at www.morneaushepell.com.

All Plan members will receive a general communication from Morneau in the near future, which will provide more information about these and other issues related to Nortel's registered pension plans. Please direct all pension-specific inquiries to Morneau Shepell at 1.877.392.2073.

## Superintendent's Approval of Partial Commutations for Nortel's Disabled Employees

Disabled Employees who are eligible to retire and who wish to receive a monthly pension should contact Morneau to commence the retirement process. Ontario's Superintendent of Financial Services has also provided its approval to the Administrator to permit certain lump sum transfers to Nortel's Disabled Employees. The Superintendent has approved interim transfers of up to 50% of the estimated commuted value that you are expected to ultimately receive from the Plan (that is, 50% of your pension value calculated at the estimated funded ratio; so, if the funded ratio is 60%, you could transfer up to 30% of your pension value) to a locked-in retirement account for Nortel's Disabled Employees, regardless of whether or not you are currently eligible to receive a monthly pension. The intent of this extraordinary permission is to permit those Disabled Employees who are suffering financial hardship to access a portion of their pension funds through an application to their provincial pension regulator to unlock their pension monies. Click here to access the Ontario Financial Hardship Unlocking form. This option will be available only to Disabled Employees who have accrued benefits from employment in Ontario, Alberta and Nova Scotia. Those three provinces are the only ones where unlocking pension funds is permitted by the applicable pension legislation. Disabled Employees who wish to take advantage of this option should contact Morneau to request an election form. **Note that once you have chosen to take your partial CV transfer, you will not be permitted to apply to start your pension from the Nortel plan. The remainder of your pension entitlement (the total of which will be reduced to the wind-up funded ratio) will be paid out pursuant to the final wind-up of the Plan.**

Please watch for the general communication that all Plan members will receive from Morneau in the near future, as it will provide you with more information about retirement, the partial commutation option for Disabled Employees and other issues related to Nortel's registered pension plans. Please direct all pension-specific inquiries to Morneau Shepell at 1.877.392.2073.

**Upcoming Sun Life Deadlines**

The health, dental and life insurance coverage that Nortel provided in the past through Sun Life ended effective December 31, 2010. Only claims incurred on or before December 31, 2010 are covered. **Please be sure to submit all health and dental claims to Sun Life by February 28, 2011, as claims will not be accepted for processing after that date.**

January 28, 2011

Any disabled employees who have been advised of a life insurance conversion option (i.e. conversion from the group policy to an individual policy) with Sun Life **must exercise this right on or before January 31, 2011.**

**Supreme Court of Canada Denies UK Pension Regulator's Application for Leave to Appeal**

The Supreme Court of Canada has dismissed the UK Pension Regulator's application for leave to appeal. The Ontario Court of Appeal had previously upheld a decision of the Ontario Superior Court of Justice, providing that the results of certain foreign proceedings were unenforceable in Canada. The SCC's decision means that results reached in UK proceedings involving Nortel's UK pension plan will not be enforceable in the Canadian court system. Please follow the following link for more information:

January 27, 2011

scc.lexum.umontreal.ca/en/news_release/2011/11-01-27.3a/11-01-27.3a.html

Please note that the SCC's decision does not mean that UK parties are prohibited from asserting a pension claim in Canada. Rather, parties in the UK and other European countries will have an opportunity to file a claim in Canada through the EMEA Claims Procedure Order, which was granted by the Ontario Superior Court of Justice on January 14, 2011. Such claims must be filed with the Monitor by March 18, 2011. Please note that the EMEA Claims Procedure Order does not affect pensioners, former employees or disabled employees, as those claims will be subject to a separate Compensation Claims Procedure, the details of which currently remain subject to discussion.

**NRPC WEBCAST FOR PENSIONERS, SURVIVORS AND FORMER EMPLOYEES OF NORTEL – JANUARY 28th, 2011**

The NRPC is hosting a webcast on January 28th, 2011 from 1:00 – 3:00 Eastern to provide an update for those unable to attend one of the five NRPC town hall meetings that are being held during January. The webcast will cover progress on political actions, replacement insurance and topics for terminated employees. Legal actions will not be covered during this NRPC webcast and Koskie Minsky will not be represented on the call. Further Koskie Minsky webcasts will be scheduled in the future so please visit our website regularly for announcements about upcoming webcasts.

January 14, 2011

Participants who wish to register for the NRPC's January 28 webcast can do so through the following link:

http://www.bellwebcasting.ca/audience/index.asp?eventid=28512209

Anyone without Internet access can call dial-in (listen only) by first registering through Koskie Minsky. Please leave a voicemail with your name and telephone number on the Koskie Minsky hotline at:

1-866-777-6344 between January 17th – 26th.

A representative will contact you to provide the dial-in number for the webcast.

December 22, 2010

A Disabled Employee Progress Report was mailed out on December 21, 2010. To view a copy, please click here.

In part as a result of the application for leave to appeal the Court's recent HWT decision, there can be no full and final distribution of the funds in Nortel's Health and Welfare Trust before the end of 2010, as was originally hoped. In order to provide interim financial relief for those individuals who are about to experience a cessation of monthly income benefits, the Disabled Employees' Representative, the Former Employees' Representatives and the CAW asked the Monitor to bring a motion for an interim distribution to HWT income beneficiaries who are currently in receipt of income benefits.

December 20, 2010

The Monitor's motion for an interim distribution was approved by the Court on December 15, 2010. To view a copy of the Order, please click here. To view a copy of the Endorsement, please click here. A lump sum distribution of 10% of the present value of eligible beneficiaries' total income benefit claim to a maximum of 3 months of benefits will be made to income beneficiaries of Nortel's Health and Welfare Trust (HWT). The Monitor is of the opinion that this level of interim distribution is prudent, reasonable and will not prejudice other HWT beneficiaries or benefits. **It is expected that income beneficiaries will receive the interim cash distribution from funds held in the HWT on or around January 31, 2011.** The interim distribution will be treated as an advance on income beneficiaries' ultimate claim to be paid from the funds held in the HWT. Please contact the Monitor if you have any questions.

December 10, 2010

All Manulife packages were mailed on or before December 1, 2010. If you have not received a package yet, please contact Manulife directly at 1-800-370-7057 to request that they send you a package. This number is now active and was established specifically for former Nortel employees who wish to contact Manulife to get additional information or to apply for coverage. The number can be used to call Manulife from anywhere in Canada and the continental US.

**1. Upcoming Changes to Existing Sun Life Health, Dental and Life Insurance Coverage:**

December 9, 2010

Many Nortel retirees, former employees and disabled employees currently receive health, dental and life insurance coverage through Sun Life. It is important to note that your current coverage with Sun Life ends effective December 31, 2010. All claims under the current coverage must be incurred by December 31, 2010 and must be submitted to Sun Life prior to February 28, 2011. Please be sure to submit all claims to

Sun Life by the February 28, 2011 deadline, as no claims will be accepted for processing after that date.

## 2. December 2 Mailing – Alternative Manulife Health, Dental and Life Insurance Coverage:

The NRPC, in conjunction with the CAW and Nortel's disabled employees, has worked with advisors to establish alternative health, dental and life insurance coverage that will be available after your current coverage ends. It is voluntary and you must pay for it. After an analysis of the various options and costs, the NRPC has endorsed the coverage that Manulife Financial has offered to make available to all former Nortel employees without evidence of insurability as of January 1, 2011. Packages outlining the details of the Manulife Financial coverage and enrolment information were mailed to all retirees, former employees and disabled employees of Nortel during the week of December 2. To discuss any questions you may have about the Manulife coverage, please contact Manulife directly after December 13 on the toll-free line that has been established for Nortel former employees. Please note that the toll-free hotline, 1.800.370.7057, is not operational until December 13, 2010.

The Manulife coverage is an optional program and if you choose to participate, you will be required to cover the premiums and other associated costs. If you decide to purchase coverage from Manulife, all of your transactions will be directly with Manulife. To determine whether the Manulife coverage is the best option for you, you may wish to discuss your needs and preferences with family members or other individuals that you trust. You may also wish to investigate other options such as provincial drug programs for which you may be eligible. The NRPC has prepared a newsletter outlining some of the provincial drug programs that may be applicable to you. To view a copy of that document, please click here.

## 3. LTD Updates:

In accordance with the Settlement Agreement, Nortel's disabled employees will be terminated from employment with Nortel, effective December 31, 2010. There will be a number of important upcoming changes. These changes are outlined in a Termination Package that was recently mailed to Nortel's disabled employees. To view a copy of the Termination Package, please click here. In addition to outlining the upcoming changes to your health, dental and life insurance coverage, the Termination Package also outlines issues pertaining to Nortel's defined contribution and defined benefit pension plans. Please be sure to review your Termination Package. You may contact the Monitor or your Representative Counsel with questions or concerns.

If you are a member of one of Nortel's pension plans and have questions that are specific to your pension, please contact Morneau Sobeau:

Managerial Plan - 1-877-392-2074

Non-Negotiated Plan – 1-877-392-2073

Email – nortelwindup@morneausobeco.com

Disabled employees who are members of Nortel's pension plans under the defined benefit ("DB") provisions received a letter from Nortel in mid-September, which outlined changes to your pension contributions. The letter informed eligible individuals about a one-time "top-up" deposit that will be made to compensate you for the value of the DB benefit that you would have accrued under the DB plan during the October 1 – December 31 period but couldn't because the Plan will be wound up effective September 30, 2010. We expect the one-time "top-up" deposit to take place in late December 2010. For eligible Canadian residents, the deposit will be made directly into your existing investment account with Sun Life. For eligible individuals who reside outside of Canada, the one-time deposit will be made into your after-tax savings vehicle (ATSV) account.

Novem ber 23, 2010

All individuals in receipt of long-term disability payments, survivor income benefits and survivor transition benefits have or will soon receive a statement in the mail which sets out their personal information for verification. This personal information was used to calculate the preliminary estimates in the Beneficiary Estimated Allocation Statement. The Data Verification Statements for disabled employees contain a column entitled 'net monthly LTD-income payment'. Please take note that the amount set out in that column is net of Canada Pension Plan (CPP) disability payments, Workplace Safety & Insurance Board (WSIB) payments and other income benefits you receive that offset your monthly LTD-income payment. However, the amount referred to in that column is **not** net of tax or other statutory deductions that regularly reduce your monthly LTD-income payments. Please note that for this reason, the amount in the 'net monthly LTD-income payment' column will not be precisely the same as the dollar amount of the net monthly payment you actually receive. You may contact your Representative Counsel or the Monitor with questions or concerns.

To view the most recent Disabled Employees Progress Report that will be mailed out within the next week, please click here. Pour consulter ce document en français, cliquez ici

Novem ber 10, 2010

To view the Update for Disabled Employees concerning the recent release of the Nortel Health and Welfare decision, which was sent to Nortel disabled employees only, please click here. Pour consulter ce document français, cliquez ici. Please note that the Beneficiary Estimated Allocation Statement (BEAS) referred to in this update applies only to disabled employees and to individuals in receipt of survivor income and survivor transition benefits. If you are a pensioner, a surviving spouse of a pensioner who receives a surviving spouse pension, a deferred pensioner or a terminated employee, you should not have received a BEAS.

Novem ber 9, 2010

The Ontario Superior Court of Justice released its decision today granting the Monitor's motion with respect to the proposed methodology for the allocation of the corpus of Nortel's Health and Welfare Trust. To view a copy of the decision, please click here.

Novem ber 8,

In late August 2010, all recipients of long term disability benefits ("LTD-income"), survivor income benefits ("SIB") or survivor transition benefits ("STB") received a

2010    Beneficiary Estimated Allocation Statement ("BEAS") from the Monitor. The statement
        included a preliminary estimate of your LTD-Income, basic and/or optional life benefit,
        STB or SIB benefit values as of December 31, 2010 based on data as at June 30, 2010.
        All individuals who received a BEAS can expect to receive another letter from the
        Monitor in November, which will ask you to confirm the personal information that was
        used to calculate the preliminary estimate of your LTD-Income, STB or SIB benefit. If
        the information contained on the form is correct, you are not required to take any action.
        If there are inaccuracies in the data contained on the form, then you must make the
        applicable corrections and return the form to the Monitor. You may direct any questions
        to the Monitor at 1.866.942.7177 or nortel.monitor@ca.ey.com, or to your
        Representative counsel at 1.866.777.6344 or nortel@kmlaw.ca.

        **Termination Fund: Upcoming Payments**

        The Settlement Agreement that was approved by the Court on March 31, 2010
        established a Termination Fund for the benefit of certain Nortel terminated employees
        who were still owed termination or severance payments. All terminated employees who
        are eligible for this payment received a letter in September indicating their eligibility
Novem   and outlining the method of payment.
ber 1,
2010
        **Please note that cash payments will begin to be made effective October 29, 2010.**
        Some individuals who commenced employment with Nortel prior to 1996 were eligible
        for a retiring allowance and therefore were provided the option for their Termination
        Fund payment to be made directly into an RRSP account. Please note that transfers into
        RRSP accounts are still being processed. Individuals who chose this option should not
        expect their payment for several more weeks.

        The Superintendent of Financial Services announced today that it has appointed
        Morneau Sobeco Limited Partnership (Morneau Sobeco) as the new plan administrator,
        effective October 1, 2010, for Nortel's two defined benefit pension plans:

        the Nortel Networks Negotiated Pension Plan (registration number 587766), and the
        Nortel Networks Limited Managerial and Non-Negotiated Pension Plan (registration
        number 342048) (the "Pension Plans"). In accordance with the March 31 Court-
        approved Settlement Agreement, Nortel will cease to make contributions to the Pension
        Plans and will no longer act as plan administrator effective September 30, 2010. Going
Septem  forward, Morneau Sobeco will be the administrator of the Nortel pension plans and
ber 23, ultimately will be responsible for the wind-up of the Pension Plans. Morneau Sobeco
2010    was selected as the wind-up administrator through a tendering process. Given the firm's
        level of experience in pension plan wind-ups, we have confidence in their competence
        and in their ability to deal with large scale pension plan wind-ups such as Nortel's.
        Effective October 1, 2010, questions should be directed to the new plan administrator,
        Morneau Sobeco Limited Partnership at www.morneausobeco.com. To review more
        information about the Superintendent's recent appointment, please visit the Financial
        Services Commission of Ontario website at
        http://www.fsco.gov.on.ca/english/pensions/nortel.asp. While there will be changes to
        the administration of the Pension Plans effective October 1, 2010, there should be no
        immediate change to your pension. You should receive your normal pension cheque in

October. Once Morneau Sobeco's appointment takes effect on October 1, a review of the Pension Plans will commence and a wind-up report will be prepared. You may experience a reduction to your pension in the future, likely after the wind-up report is completed and approved, as necessary. We will post more information on our website as it becomes available.

Effective October 1, 2010 inquiries regarding Nortel's pension plans should be directed to Morneau Sobeco at:

www.pensionwindups.morneausobeco.com

nortelwindup@morneausobeco.com

Negotiated Plan (phone): 1-877-392-2073

Managerial Plan (phone): 1-877-392-2074
On October 1, 2010, the NNL Non-Negotiated and Negotiated Pension Plans will transition to a new administrator appointed by the Superintendent of Financial Services for Ontario.

As a result of the change in administration, all active employees who are members of the Pension Plans, including disabled employees who are on long-term disability, will experience changes that will take effect on October 1. Although you will cease to earn benefits under Nortel's existing Defined Benefit and Defined Contribution plans on October 1, Nortel has established a mechanism to make payment of DC contributions and to provide a "top-up" deposit for grandfathered members of the Defined Benefit plan for the period between October 1 through December 31, 2010 while you remain an active employee of Nortel in compensation for the value of the defined benefit that you would have earned.

September 22, 2010    Canadian LTD participants in the Defined Contribution and the Defined Benefit pension plans recently received correspondence outlining these changes and providing information about how future payments and investments will be made. Please read the information in this correspondence carefully and note that you are required to take positive action only if you do not already have an existing Employee Investment/Savings Plan account with Sun Life. Many disabled employees will already have an existing account with Sun Life however if you do not, please create one by completing the form you have been provided and returning it to Sun Life by 4:00pm on September 27.

The correspondence you received provides you with several investment options, and which option you choose, if any, is a personal decision. If you have any questions about which investment option you should choose, please speak to your personal investment or financial advisor. If you do not choose any option, you will be placed into the default option (as outlined on the form).

If you have questions about whether you already have an existing account with Sun Life, please contact Sun Life at 1.866.733.8612. You may contact KM at 1.866.777.6344, or if you are a member of the CAW, your counsel at 1.800.268.5763 with other questions.

If you believe that you should have received this correspondence but have not, please contact us immediately.

Septem ber 14, 2010

Please visit the HWT Document Package tab to the right of this page for new information that has been posted concerning recipients of LTD, SIB and STB income

Septem ber 9, 2010

Sack Goldblatt Mitchell (SGM), independent counsel for the disabled employees, advising them for the purposes of the allocation of the assets in Nortel's Health and Welfare Trust, will be hosting a webcast entitled "Nortel Disabled Employees Webcast - Health and Welfare Trust Distribution" on September 8, 2010 at 12:00 p.m. To view the archived webcast please click here.

Septem ber 1, 2010

Koskie Minsky held a webcast today from 3:00 to 5:00 p.m. to provide all pensioners and former employees with an update on Nortel's CCAA proceedings. To view the archived webcast please click here.

Please click here for a PDF version of the September 1st webcast slides.

August 31, 2010

**Nortel Pension Plan Election Information for Terminated Employees**: If you have received a termination option statement from Nortel and/or Mercer, please respond promptly. In order that your option form is processed prior to Nortel transferring administration of the Plan to the FSCO-appointed administrator on October 1, 2010, your signed package with all required documents must be received **as soon as possible** at the following address: Nortel Pension Service Centre, 70 University Avenue, P.O. Box 5, Toronto, ON, M5J 2M4, Canada.

Packages received after August 31, 2010, may be processed after October 1, 2010, under the direction of the FSCO-appointed administrator.

**WEBCAST FOR THE DISABLED EMPLOYEES ON THE NORTEL HWT-SEPTEMBER 8, 2010 AT 12 P.M.**

August 30, 2010

Sack Goldblatt Mitchell (SGM), independent counsel for the disabled employees, advising them for the purposes of the allocation of the assets in Nortel's Health and Welfare Trust, will be hosting a webcast entitled "Nortel Disabled Employees Webcast - Health and Welfare Trust Distribution" on September 8, 2010 at 12:00 p.m. Participants can register through the following link:

http://bellwebcasting.ca/audience/index.asp?eventid=95260255

A dial-in audio (listen only) option will be available to individuals who **do not** have internet access. You **must** register for this service through SGM. Information on how to participate in the webcast and how to register for the audio only option will be posted on the SGM website during the week of August 30. Please visit the SGM website at http://www.sgmlaw.com/ for more information.

## WEBCAST FOR PENSIONERS SURVIVORS AND FORMER EMPLOYEES OF NORTEL - SEPTEMBER 1, 2010 FROM 3:00-5:00 P.M.

August 25, 2010

Koskie Minsky will be hosting an NRPC webcast on September 1, 2010 from 3:00-5:00 p.m. to provide all pensioners and former employees with an update on Nortel's CCAA proceedings. Participants can register through the following link:

http://bellwebcasting.ca/audience/index.asp?eventid=97668092

A dial-in audio (listen only) option will be available to individuals who **do not** have internet access. You **must** register for this service through Koskie Minsky. Please leave a voicemail with your name and telephone number on our hotline messaging service, and a representative from our office will contact you to discuss registration and to provide you with the dial-in number for the webcast.

August 18, 2010

KM releases a Nortel Pensioner and Former Employee News Bulletin. To view a copy, please click here.

August 17, 2010

KM releases a Nortel Disabled Employee News Bulletin. To view a copy, please click here.

KM releases a revised Disabled Employee Progress Report. To view a copy, please click here.

August 6, 2010

KM releases a revised News Bulletin. To view this document click here.

July 15, 2010

Over the past several months, the Canada Revenue Agency ("CRA") has been reviewing Nortel's practice for the calculation of individuals' pensions that include a foreign service earnings component. As a result of this issue, some pension plan members who have foreign earnings and who recently became retirement eligible have experienced process delays and/or have been receiving reduced monthly pensions or transfers based on pension calculations that exclude foreign service earnings.

The CRA recently completed its review and has concluded that Nortel's historical practice of including foreign service earnings as eligible earnings for the purposes of pension benefits is acceptable. The CRA will continue to permit the calculation of pensions in accordance with this practice. Going forward, it is clear that plan members in receipt of monthly pensions that include foreign service earnings will experience no change to their monthly pension payments. For those individuals who have experienced delays and/or reduced pensions, these issues have now been resolved. Mercer will immediately begin to recalculate affected pensions, however, it may take six to eight weeks to complete most of the recalculations and to implement the appropriate payments and transfers.

Individuals who have already received and submitted an option statement to Mercer will now have their pensions calculated with the inclusion of foreign service earnings. If you

have experienced a temporary reduction in your monthly pension or transfer amount based on a calculation that excludes foreign service earnings, you will receive either a lump sum top-up payment or additional transfer amount, as applicable, to compensate you for that reduction. If you received an option statement from Mercer in the past, but have not yet completed your form, please proceed to submit your option statement to Mercer and your pension and/or commuted value entitlement will be calculated with the inclusion of your foreign service earnings. Please contact Mercer with questions that are specific to these issues.

Please note that the CRA continues to review tax issues related to Pension Adjustment Reversals and tax on cash payments of the commuted value of registered pensions. We will advise once this review is complete and a conclusion has been reached by the CRA. On June 25, 2010 the Court released its reasons for decision on the annuity matter motion. To view these reasons please click here. The decision restores the payment of annuities to a group of retirees of Nortel who stopped receiving these payments as of January 14, 2009, the date the company filed for CCAA protection. The annuities in question were created with deferred compensation that the individuals in question had accrued during their employment with Nortel. For tax reasons the annuities were

June 28, structured so that Nortel received the payments from Sun Life, and then passed them on
2010    to the individual annuitants.

After an analysis based on contract and trust law principles, the Court found that Nortel was being unjustly enriched by retaining the annuity payments, and noted that Nortel was merely a conduit through which payments flowed to the ultimate annuitant. The Court imposed a constructive trust in order to restore these annuity payments to the individual annuitants.

June 28, A Disabled Employee Progress Report was mailed out on June 24, 2010. To view a
2010    copy, please click here.

June 22, The Court of Appeal orally dismissed an appeal by the UK Pension Regulator on June
2010    16, 2010. To view a copy of the related endorsement released on June 22, 2010, please click here.

The Court of Appeal released its decision today denying leave to appeal on a motion that was heard in writing on May 31, 2010. A group of individuals sought leave to appeal the March 31 decision of the Ontario Superior Court of Justice, which approved

June 3, a Settlement Agreement reached by various parties on March 30, 2010. The Settlement
2010    Agreement provides for the continuation of LTD income, medical, dental and life insurance benefits through 2010, and also for a lump sum payment as an advance distribution to certain eligible terminated employees. To view a copy of the endorsement, please click here.

Over the past several months, parties have been seeking to resolve a number of tax issues that have arisen during Nortel's CCAA proceedings, which has led to a dialogue

June 1, with the Canada Revenue Agency (the "CRA"). The CRA has been provided with
2010    written submissions on three tax issues, including issues that involve foreign service earnings, Pension Adjustment Reversals ("PAR") and tax on cash payments of the commuted value of registered pensions. The CRA is now actively studying these issues

and we expect a reply in the coming weeks. While the CRA continues to express a willingness to consider potential solutions, we cannot provide you with further information until such time as the CRA completes its analysis and provides us with its position. We will advise on these issues as soon as possible.

April 29, 2010

Please click here to view the archived webinar of April 28, 2010

Koskie Minsky held a webcast to provide all disabled employees with an update on Nortel's CCAA proceedings.

April 28, 2010

Please click here for a PDF version of the April 28th webcast.

Koskie Minsky will be holding a webinar on April 28, 2010 at 2:00 p.m. to provide all disabled employees with an update on Nortel's CCAA proceedings. Participants can register through the following link:

April 23, 2010

http://events.startcast.com/events6/383/C0008/Default.aspx

A dial-in audio-only option will be available to individuals who do not have internet access. You can register for this service by leaving a voice message on our hotline with your name and telephone number.

Koskie Minsky held a webcast to provide all pensioners and former employees with an update on Nortel's CCAA proceedings.

April 20, 2010

Veuillez cliquer ici pour consulter la version PDF du contenu de la conférence Internet du 20 avril 2010.

April 20, 2010

KM releases a Frequently Asked Questions report. To view this document click here.

The CRA has been consulted regarding the foreign service earnings issue and the preliminary response was positive. The CRA is open to discussing the matter and to receiving written submissions. We are encouraged by CRA's willingness to listen and are hopeful that ultimately it will agree that foreign service earnings can be included in determining your pension from Nortel's registered pension plan. However, there is no certainty at this point concerning resolution of this matter. We expect to meet with the CRA in May and will provide a further up-date after that meeting.

April 13, 2010

Following the March 31, 2010 court approval of the Settlement Agreement, which provides for the continuation of LTD income, medical, dental and life insurance benefits through 2010, Nortel employees in receipt of long-term disability benefits received a letter from Nortel. To view a copy of the letter please click here.

April 9, 2010

Please note the letter does not discuss other sources of recovery for you from Nortel. Although your LTD income benefits and your medical, dental and life insurance benefits will end on December 31, 2010, which is the date your employment with Nortel

will be terminated, you have other sources of recovery. The first distribution you will receive, which is targeted to be effected before the end of 2010, is from Nortel's Health and Welfare Trust. You will also receive a distribution from Nortel's estate. We are not yet certain when this distribution will be made. Your court-appointed Representative, Representative Counsel and their advisors are looking into options for some form of ongoing medical benefits post-December 31, 2010. We will advise of developments.

If there are any questions or concerns, please do not hesitate to contact Representative Counsel at 1.866.777.6344.

Please also do not hesitate to contact the Monitor at 1.866.942.7177 or 1.416.943.4439.

April 8, 2010
The reasons for the decision concerning the approval of the Amended and Restated Settlement Agreement were released today. To view this document please click here.

April 5, 2010
KM releases News Bulletin. To view this document click here.

March 31, 2010
The judge has approved the Amended and Restated Settlement Agreement, which will ensure the continuation of health, dental, life and income benefits through 2010. To view a copy of the Settlement Approval Order and the Amended and Restated Settlement Agreement, please click here.

The Court-appointed Representatives for the Former Employees, the Court-appointed Representative for the employees of Nortel on long term disability, and Representative Counsel Koskie Minsky LLP, executed an Amended and Restated Settlement Agreement, which will ensure the continuation of health, dental, life and income benefits through 2010.

A motion for court approval of the Amended and Restated Settlement Agreement has been scheduled for March 31, 2010 at 10:00 a.m. at 393 University Ave.

Court materials will be posted on the Monitor's website at www.ey.com/ca/nortel as they become available.

March 30, 2010

Les représentants des anciens employés et la représentante des employés de Nortel en congé d'invalidité de longue durée nommés par le tribunal ainsi que le représentant juridique Koskie Minsky s.r.l. ont signé une entente de règlement modifiée et mise à jour, qui assurera le maintien des prestations de soins de santé, de soins dentaires, d'assurance-vie et de revenu pendant toute l'année 2010.

L'audience d'une requête visant l'approbation de l'entente de règlement modifiée et mise à jour par le tribunal est fixée au 31 mars 2010 à 10 heures au 393, University Avenue.

Les documents soumis au tribunal seront publiés sur le site Web du contrôleur à l'adresse www.ey.com/ca/nortel au fur et à mesure de leur disponibilité

March 26,
The decision concerning the approval of the Employee Settlement Agreement was released today. To view a copy of the decision please click here.

2010

March 5, 2010

The court hearing concerning the approval of the Employee Settlement Agreement was completed Friday afternoon, March 5. The judge will advise when he has made a decision and it will be posted on this website when it becomes available.

Februar y 26, 2010

We have been advised by the Court that the hearing on March 3, 2010 will now take place at 361 University Avenue, Toronto, Ontario at 10:30 a.m. 361 University Avenue is wheelchair accessible from the University Avenue entrance and has wheelchair accessible washrooms. Please refer to the security desk on the main floor for the Honourable Justice Morawetz's courtroom.

Februar y 25, 2010

The Settlement Agreement, which is subject to Court approval on March 3, 2010, has been posted in both French and English. To view a copy of the English version, please click here.

Februar y 23, 2010

Koskie Minsky held a webcast to provide all pensioners, former employees and disabled employees with an update on Nortel's CCAA proceedings.

Please click here for a PDF version of the February 23rd webcast.

KM releases a Frequently Asked Questions report. To view this document click here.

Februar y 17, 2010

- For FAQs that relate to General and Contextual matters, please click here.
- For FAQs that relate to The Settlement Agreement, please click here.
- For FAQs that relate specifically to Former Employees with Termination/Severance Claims, please click here.

- For FAQs that relate specifically to Pensioners, please click here.
- For FAQs that relate specifically to Disabled Employees, please click here.

As part of the negotiations following court approval of the final Canadian Funding Agreement, Koskie Minsky LLP, the NRPC and the CNELTD announced today that the Court-Appointed Representatives for the Former Employees, along with the Court-Appointed Representative for the employees of Nortel on long term disability, and representative counsel Koskie Minsky LLP, have reached a deal to ensure the continuation of benefits through 2010.

Februar y 8, 2010

To view a copy of the NRPC Press Release which outlines the details of this Agreement, please click here. To view a copy of this document in French, please click here. To view a copy of the CNELTD Press Release which outlines the details of this Agreement, please click here. To view a copy of this document in French, please click here.

The full details of the Agreement, which is subject to court approval on March 3, 2010, will be available on the website of the Monitor at www.ey.com/ca/nortel by February 11th. Individuals who intend to appear and oppose the Agreement in Court must complete a Notice of Appearance in the prescribed form, which will be available at www.ey.com/ca/nortel. The Notice of Appearance must be submitted to the Monitor and the Monitor's counsel, as detailed on that document, by 10:30 a.m. EST on March 1, 2010. If you wish to appear in Court to oppose the Agreement, you must do so as an independent party at your own expense.

A letter describing the settlement will be sent to all pensioners, former employees and disabled employees of Nortel on or before February 16, 2010. Further, the Representatives will hold a webcast information session on February 23, 2010 to explain the agreement and its impact. A dial-in audio-only option will be available to individuals who do not have internet access. You can register for this service by leaving a voice message on our hotline with your name and telephone number. In the interim, please direct all inquiries concerning the Agreement to the NRPC, the CNELTD, Representative Counsel or the Monitor.

Februar y 1, 2010
Koskie Minsky held a webcast to provide all pensioners, former employees and disabled employees with an update on Nortel's CCAA proceedings. Participants can review the archive through the following link:

www.nortelpensioners.ca

January 25, 2010
Koskie Minsky will be holding a webcast to provide all pensioners, former employees and disabled employees with an update on Nortel's CCAA proceedings. The webcast will take place on February 2, 2010 from 3:00 - 5:00 p.m. Information on how to participate in the webcast will be provided to you as it becomes available.

**Court Approves Final Canadian Funding Agreement**

The Canadian and U.S. Courts have approved a final Canadian Funding Agreement ("CFA") which will see the flow of additional funds from Nortel's U.S. entities to its Canadian entities. This additional funding is critical to the continued operations of Nortel's Canadian entities, and was necessary in order to facilitate the ongoing sales processes of Nortel's business units. It also contains funding for retiree health benefits and pension contributions but only to March 31, 2010. Our main concern is to extend funding past that date as well as to obtain additional funding for LTD coverage and for severance pay issues arising from Nortel's ongoing operations.

January 21, 2010
As part of the CFA settlement, it has been recognized that Nortel Networks Inc., one of the company's U.S. entities, will have a $2.067 billion claim against the Canadian estate. This $2 billion claim relates to overpayments by NNI to NNL under the Transfer Pricing Agreements that existed during the period from January 1, 2001 to December 31, 2005. Nortel's transfer pricing arrangements that were in place during the 2001 to 2005 period have been under review by Canadian and United States taxing authorities for several years. After extensive discussion and review of Nortel's transfer pricing structure, it has been determined that during this period, NNI made a number of transfer pricing overpayments and that a $2 billion inter-company adjustment is necessary to satisfy this overpayment. To rectify the overpayments, NNL and NNI have both entered Advanced Pricing Arrangements with their respective taxing authority. These arrangements will apply to the years of 2001 through 2005, and will provide for a negative adjustment to NNL's income of $2 billion and a corresponding positive adjustment to NNI's income. The $2 billion pre-filing claim that has been established in favour of NNI will settle these extremely complex tax issues that exist involving both the Canada Revenue Agency and the U.S. Internal Revenue Service.

The claim, and in particular its magnitude, was of great concern to counsel for the Former and Disabled Employees, the NPRC, the CNELTD, and to all Canadian creditors generally. After much discussion with counsel for the company, the Monitor and other interested parties, Koskie Minsky was satisfied that the settlement reached is the best outcome given the circumstances. While the existence of this large claim clearly is undesirable, the settlement of the claim at $2.067 billion will avoid a potentially larger claim against the Canadian estate in the future. Further, the settlement will avoid delays in the distribution of Nortel's estate, and will preclude uncertain, risky and expensive litigation regarding Nortel's past Transfer Pricing Arrangements which would involve various taxing authorities and dilute recoveries from the estate. The claim is "unsecured"; i.e., at the same ranking as the pensioner, former employee and disabled employee claims.

To address our main concern, Representative Counsel insisted that the order approving the CFA specifically express the Court's ongoing ability to determine and grant relief concerning pension, health and disability benefits. Representative Counsel together with the court appointed Representatives are currently involved in negotiations surrounding the continuance of these benefits past the date of March 31, 2010 and possible resolution of some other claims. We insisted that language be included in the order to ensure that the Court was in no way precluded from approving any future settlement and/or any related cash expenditures. The order as entered reflects Representative Counsel's requests. The judge noted that parties are expected to negotiate in good faith to attempt to reach a settlement with respect to these benefits prior to January 29, 2010. The order also directs the Monitor to advise the Court on the status of these negotiations by January 29, 2010. Your Representatives and Representative Counsel will report further as developments arise. If we cannot reach an agreement, we will take action before the court to obtain ongoing funding and seek a court order to that effect. If this course of action is necessary, Representative Counsel will fight strongly for the continuation of health benefits and LTD income benefits, and the judge will be required to make an ultimate determination as to the length and source of your benefit funding.

Both Courts approved the CFA. Although the majority of objections were resolved in the days leading up to the hearing, there was one formal objection to the motion in Canada, made by the U.K. pension administrator. The Court, however, dismissed this objection with written reasons to follow. We believe that simply opposing the CFA would have been counterproductive as it would have prevented funds flowing into Canada which can be used to fund your benefits, and furthermore, an objection likely would have been overruled by the Courts.

After approving the Canadian Funding Agreement, the Court granted an extension of Nortel's stay of proceedings in Canada until April 23, 2010. The Court also extended the Employee Hardship Process until April 23, 2010. Representative Counsel and the Representatives are currently negotiating the benefits funding extension agreements and other issues of concern with the company, the Monitor and other stakeholders.

January 15,    A mailing was sent to all disabled employees of Nortel in order to update individuals on the status of Nortel's CCAA proceedings and to inform them of potential effects on their

| | |
|---|---|
| 2010 | LTD income and health benefits. To view a copy of the letter in English please <u>click here</u>. |
| January 6, 2010 | The webinar that was originally scheduled for January 7, 2010 has been postponed to later in January. The date and time will be posted when finalized. |
| | The court has approved an extension of the deadline for the Hardship Application Process to January 31, 2010. |
| Decemb er 27, 2009 | To view a copy of the Updated Eligibility Requirements in English, click on the following link: |

Updated Eligibility Requirements (English)

| | |
|---|---|
| Decemb er 23, 2009 | The Former Employees will seek leave to appeal to the Supreme Court of Canada from the decision of the Ontario Court of Appeal dated November 26, 2009. The Court of Appeal's decision concerns Nortel's requirement to make payment of termination and severance pay owing in accordance with provincial minimum standards employment legislation. |
| Decemb er 18, 2009 | The Court approves an extension of Nortel's CCAA stay of proceedings until January 29, 2010. |
| Decemb er 7, 2009 | KM releases News Bulletin. To view this document <u>click here</u>. |
| Decemb er 7, 2009 | KM, the NRPC and the CNELTD will be holding a webcast for Pensioners, Former Employees and Disabled Employees in January. The final date will be announced once confirmed. |
| | There have been recent discussions and news reports surrounding Nortel's employee incentive and retention bonus plans. |
| Decemb er 4, 2009 | We are working to understand the proposed incentive programs, and to consider their overall effect. We do not have confirmation on the accuracy of the figures cited in recent news reports. We also do not know how these figures were obtained, or how they relate to Nortel's CCAA proceedings. From what we understand, the figures cited in these reports have not yet been brought before the Court for approval. |
| | It is the responsibility of the Court to monitor employee compensation, and to approve compensation that is appropriate. KM and the court-appointed representatives want to ensure that these incentive programs are necessary and appropriate and that they do not come at the expense of payments owed to the retiree, severed and disabled employees. If necessary, we will object to the payments when Court-approval is sought. |
| | We continue to address the situation and will report accordingly. |
| Novem ber 30, 2009 | The Monitor releases its Thirty-Second Report, which provides certain information in respect of the Northern Telecom Health & Welfare Trust and the employee hardship application process. To view a copy of the Monitor's Thirty-Second Report, please <u>click here</u>. |

| | |
|---|---|
| November 26, 2009 | Court of Appeal for Ontario releases decision regarding Nortel's requirement to make payment of termination and severance pay owing in accordance with provincial minimum standards employment legislation. To view a copy of this decision, please click here.<br><br>KM will be hosting a webcast for Disabled Employees of Nortel on October 27, 2009 at 3:00 pm EST. Participants can register through one of the following links:<br><br>http://events.startcast.com/events6/383/C0004/Default.aspx |
| October 26, 2009 | http://events.startcast.com/events6/Default.aspx?EID=2d763719-b878-4720-adb1-9bd7ef066770<br><br><br>The webcast will consist of a one hour presentation, followed by a one hour question and answer period. Representatives of KM and of Ernst & Young Inc., the court-appointed Monitor, will be in attendance at the webcast. |
| September 29, 2009 | KM releases Weekly News Bulletin. To view this document click here. |
| September 28, 2009 | **The CNELTD Steering Committee Calls For Volunteers**<br><br>For those who wish to volunteer with the CNELTD Steering Committee, please click here to view instructions. Please note that the CNELTD have requested submissions by midnight on Wednesday, September 30 2009. |
| September 23, 2009 | In accordance with the Representation Order for Disabled Employees dated July 30, 2009, individuals who are part of the LTD Beneficiary group are entitled to opt out of the Representation Order and obtain and pay for their own counsel. In order to opt out of the Representation Order, you must file an opt-out letter with the Monitor by September 25, 2009. The Monitor will accept opt-out letters from LTD Benefiaciaries that are postmarked by the deadline. |
| September 22, 2009 | KM Law posts Information Update for Disabled Employees. To view this document, please click here. |
| August 27, 2009 | To view the archive of the webcast, please register at the NRPC website by clicking here. |
| August 27, 2009 | On August 26, 2009 the Monitor sent out a mailing to all Disabled Employees. The mailing includes a letter from Representative Counsel, a copy of the Representation Order and a copy of the Opt-Out Form. These documents can be viewed on the Monitor's website at www.ey.com/ca/nortel. |
| August 26, 2009 | **Leave to Appeal Granted**<br><br>The Court of Appeal for Ontario released a decision today granting leave to appeal to the Former Employees. The Former Employees sought leave to appeal a decision of the CCAA Court dealing with Nortel's requirement to make payment of termination and |

severance pay owing in accordance with provincial minimum standards employment legislation.

The appeal will be heard on October 1, 2009 at 9:30 a.m.

**On August 25, 2009 from 4:30 - 6:30 pm**, KM and Don Sproule of the NRPC will host a Webcast, which will be broadcast to Former Employees, Pensioners and Disabled Employees across the country. KM will be giving a short presentation followed by a Q&A session to provide you with an update on the status of the Nortel CCAA proceedings and to allow the opportunity to ask questions about this process. The presentations will be given in English, but we will be able to answer questions asked in French.

August 25, 2009

Details for how to connect to the Webcast as well as the minimum computer hardware and software requirements to participate will be made available soon. In the meantime, please mark your calendars. For those of you unable to attend the Webcast, the session will be recorded and the playback will be available at www.nortelpensioners.ca. If you want to submit any questions in advance, you can do so by emailing them to Paula Klein at pklein@nortelpensioners.ca.

August 25, 2009

Please click here for a PDF version of the August 25th webcast.

August 19, 2009

KM releases Weekly News Bulletin. To view this document click here.

August 14, 2009

A conference call between KM and the Canadian Nortel Employees on Long-Term Disability (CNELTD) Committee is scheduled for 2:00 p.m. on August 18, 2009. For more information, please contact the court-appointed Representative, Susan Kennedy, at kennedy.robinson@rogers.com.

August 12, 2009

KM releases Weekly News Bulletin. To view this document click here.

August 5, 2009

KM releases Weekly News Bulletin. To view this document click here.

**Canadian Claims Procedure Not Applicable to Pensioners, Former Employees or LTD Recipients**

On July 30, 2009, the court approved a Claims Procedure for Nortel's creditors in Canada. .

July 31, 2009

**THIS CLAIMS PROCESS DOES NOT APPLY TO CANADIAN PENSIONERS, FORMER EMPLOYEES OR LTD RECIPIENTS.** KM is negotiating a separate simplified claims process for all Former Employees, including pensioners, whereby we will prepare the original claims with data from the company and Monitor and send them out to people for verification. This way individuals will not be in the difficult position of having to calculate and submit their own claims. All Former Employee claims will be included in this separate Claims Procedure, as will any lost benefits, including pension

and health benefits. Once the process has been determined, we will post information about it on our website. LTD recipients continue to receive their benefits from Nortel and as such, do not have a claim against Nortel as yet. Should claims crystallize, Koskie Minsky as Representative Counsel will also file claims on behalf of LTD recipients.

July 31, 2009

On July 30, 2009 the court approved a Hardship Proposal Process by which individuals who are experiencing hardship may apply for early distribution of funds from Nortel. There are specific requirements that must be complied with in order to be qualified to apply. Please refer to our website periodically, as we will be posting the hardship process procedure next week.

July 30, 2009

Koskie Minsky has been appointed as Representative Counsel to all LTD Employees, subject to certain exceptions. To view the Rep Order, click here.

July 30, 2009

An upcoming Court date has been announced for July 30, 2009. At this hearing, a number of issues will be dealt with. KM will advise Former Employees once issues to be dealt with have been clarified. KM will be in attendance at the July 30 hearing. Canadian Claims Procedure Not Applicable to Pensioners and Former Employees

July 27, 2009

Nortel is seeking court approval of a Claims Procedure for the company's creditors in Canada, which will require non-employment related claims to be filed by September 30, 2009. **THIS CLAIMS PROCESS DOES NOT APPLY TO CANADIAN PENSIONERS OR FORMER EMPLOYEES OF NORTEL**. KM is negotiating a separate simplified claims process for all Former Employees, including pensioners, whereby we will prepare the original claims with data from the company and Monitor and send them out to people for verification. This way individuals will not be in the difficult position of having to calculate and submit their own claims. TRAs will be included in this separate Claims Procedure, as will any lost benefits, including pension and health benefits. Once we have determined the process for Pensioners and other Former Employees, we will post information about it on our website.

July 23, 2009

There has been recent discussion surrounding the establishment of a Claims Process in the U.S. Bankruptcy Court. The U.S. Claims Process does not affect Former Employees in respect of their potential claims against Nortel in Canada. A Claims Process has not been announced in Nortel's Canadian CCAA Proceedings. Please visit the KM website and the Monitor's website.

July 22, 2009

KM releases Weekly News Bulletin. To view this document click here.

TO ALL FORMER CANADIAN EMPLOYEES OF NORTEL

July 21, 2009

On July 17, 2009, the Pension Benefit Guaranty Corporation (PBGC), a United States government agency, made an announcement concerning Nortel's U.S. pension plan. The PBGC's announcement states that the Nortel Networks Retirement Income Plan will be terminated and that the PBGC will seek to take over the plan assets and assume responsibility for paying benefits.

If you are a member of Nortel's Canadian unionized and/or salaried pension plan, your plan is not affected by the PBGC's announcement. **The PBGC's announcement applies**

**only to former U.S. employees of Nortel who belong to the company's pension plan administered in the United States.**

There have been no announcements made with respect to Nortel's Canadian pension plans, the Nortel Networks Limited Managerial and Non-Negotiated Pension Plan and the Nortel Networks Negotiated Pension Plan. Pensions in Canada continue to be paid until further notice. To keep updated on the status of your pension plan in Canada, please visit www.nortelpensioners.ca.

July 15, KM releases Weekly News Bulletin. To view this document click here.
2009

July 8, KM releases Weekly News Bulletin. To view this document click here.
2009

### Clarification of KM's Representation Order

On June 30, KM attended at a Court appearance on behalf of Former Employees to discuss outstanding issues surrounding KM's Representation Order for Pensioners and Former Employees.

June 30, The official Representation Order has now been approved and signed by Judge
2009    Morawetz. It has been confirmed that KM represents all Pensioners and Former Employees of Nortel, with certain exceptions, including those individuals who opt out of this representation. KM will not be representing employees who are still working at Nortel.

To view a copy of the Weekly News Bulletin please click here. Pour consulter ce document en français, cliquez ici.

**Joint Hearing between Canadian CCAA Court and U.S. Bankruptcy Court**

**Interim Funding and Settlement Agreement (IFSA):** On June 29, the judges in both courts (Justice Morawetz in Toronto and Justice Gross in Delaware) approved an agreement that will ensure $157M in new funding flows from Nortel's US subsidiary Nortel Networks Inc., to Nortel's Canadian parent company, Nortel Networks Limited. The funding will permit Canadian operations to continue through to the end of September, 2009. This arrangement replaces, for now and for CCAA purposes, the "transfer pricing system" (TPS) within Nortel. The TPS was designed to rebalance the
June 29, internal disparity at Nortel between the Canadian company's expenditures, especially on
2009    R&D, which the whole company benefited from, and the US subsidiary's revenues. Those payments under the TPS were stopped when Nortel filed for court protection on January 14, 2009.

**Bid Process and Asset Sale Agreement with Nokia Siemens Network:** The Courts in both Canada and Delaware also approved the bid and sale process agreed to between Nortel and Nokia Siemens, with some adjustments which resulted from creditors' objections. Nokia Siemens and Nortel had agreed to a "stalking horse" process whereby Nokia Siemens' agreement to purchase the majority of the CDMA and LTE business from Nortel for $650 million will be tested in an auction process. Other entities will be

permitted to submit bids for the same business and Nortel will choose the winning bid, subject to certain parameters and court approval. New bids are due by July 21st, and the auction will be held in the US on July 24, 2009. A request from a bondholder group – Matlin Patterson, who contends that they will put together a bid which will resemble a restructuring plan – to delay the process for two weeks was rejected.

June 16, 2009

Three motions have been scheduled for June 16, 2009. In its first motion, Nortel will seek certain relief in connection with the ERISA Litigation. In its second motion, Nortel will seek to approve and seal portions of the settlement between Nortel Networks Limited, Flextronics Telecom Systems Ltd. and Flextronics Corporation. In a third motion, the Recently Severed Calgary Employees will bring a motion to lift the Stay of Proceedings in order to comply with the requirements of s. 119 of the Canada Business Corporations Act.

We received the Court's judgment on June 1, 2009. The Court's decision does two things. Going forward, a new and reduced transfer ratio of 69% will apply to commuted value transfers out of the Plans.

Secondly, the Court agreed with KM, Nortel and the Monitor that "Transition Members" should be treated differently in the circumstances. Transition Members are individuals who received election forms to exercise their commuted value payments at the transfer ratios of 85/86% and who:

1. have requested but did not receive a commuted value payment as of May 21, 2009; or

June 1, 2009

2. have not yet returned their preferred option as of May 21, 2009.

There are approximately 490 individuals in the Transition Member group.

In balancing the interests of all Nortel pension plan members, the Court held that Transition Members are entitled to receive (or elect to receive) the commuted value of their pension at the 85/86% transfer ratio. For those who have not sent in their forms, they must deliver them to Mercer within the applicable deadlines.

The postponed commuted value payouts that were promised for May 25, 2009, will be made as quickly as possible. As we know that you are anxious to receive your commuted value payments, we will update you immediately once we receive any further information in this regard.

June 1, 2009

On June 1, 2009, the Court granted two motions by Nortel for the "Hitachi License Agreement" and the "Nortel-LGE Joint Venture Sales Process". For the motion materials on these asset sales, please visit the Monitor's website.

May 28, 2009

On May 28, 2009, Nortel brought a motion to seek advice and direction from the Court with regard to pension transfers. Nortel sought to reduce the transfer ratio on commuted value transfers out of the Plans from 85/86% to 69%. KM appeared on behalf of all former employees at this motion. The Former Employees supported the reduction to 69% as a prudent and preservative move, but were concerned about election forms sent to those who had been recently terminated. Prior to the motion, KM worked with Nortel to reach a solution for "Transition Members" who had already been provided with a

package setting out their termination options, including a commuted value transfer ratio of 85/86%. The Financial Services Commission of Ontario ("FSCO") opposed the solution presented by KM and Nortel. No other creditors opposed the motion.

May 20, 2009

In a decision released May 20, 2009, the motion brought by Donald Sproule, David Archibald and Michael Campbell was granted, and Koskie Minsky LLP was appointed as Representative Counsel for all former employees of Nortel. The written reasons of the Honourable Justice Morawetz were released on May 27, 2009.

April 28, 2009

In an Order dated April 28, 2009, Nortel's CCAA stay period was extended to July 30, 2009.

January 14, 2009

In an Initial Order dated January 14, 2009, Nortel was granted protection from its creditors under the CCAA.