# EXHIBIT 113



# Ernst & Young Inc.
Restructuring Document Centre

**HIDE**
- Document Centre Home
- Exit Document Centre

# Nortel Networks Corporation [CCAA Monitor]

This page is for information purposes only and you should consult your financial or legal adviser if you have any questions or concerns about your rights or obligations.
Please note that when available in both languages, the documents for this company have been provided in both French and English. However, some or all of the documents may only be available in one language and as such users should refer to both the English and French sections (if applicable) to view all available documents for this engagement. (en français)

Search* [               ]   All ▼  [Search] [Reset]
*Default is to search all document titles, select check box(es) to restrict search to specific folders.

- Documents
  - English
    - Avaya Sale Agreement
    - Cease Trade Order
    - Certain IP Transaction and License Rejection Procedure Documents
    - Ciena Sale Agreement
    - Claims Process
    - Compensation Claims Procedure
    - Court Orders
    - EMEA Claims Documentation
    - Employee Settlement Document Package
    - Employees, Former Employee and Disabled Employee Representative Orders
    - Ericsson Sale Agreement
    - Genband Sale Agreement
    - Hardship Payments Process
    - Monitor's Reports
    - Motion Materials
    - Notice to Creditors
    - Other Court Submissions
    - Other Motions and Endorsements
    - Service List
    - Shareholder Matters
    - U.S. Chapter 15 Proceedings
  - Français
    - Avis aux Créanciers
    - Documentation relative à la fiducie de santé et de bien-être
    - Ordonnances de représentation des employés, des anciens employés et des employés invalides
    - Procédure pour les réclamations de compensation
    - Processus de présentation d'une demande d'indemnité pour difficultés d'existence
    - Trousse d'information relative au règlement visant les employés

- Termination and Severance Claim Methodology
- Patent Award Methodology
- Proof of Claim Document Package - English
- Proof of Claim Document Package - French
- Change of address form
- Information Regarding the Death of Compensation Claimant
- Notification of Death form

*Deadline for submission of most Form Bs and Proof of Claims is January 6, 2012, 4:00 pm Eastern Time.*

**Claims Process:**
- CCAA claims Update January 5, 2015
- Notice of Claims Procedure
- Canadian CCAA Proof of Claim Form
- Guide to completing Proof of Claim form
- Claims Procedure Order
- EMEA Proof of Claim Package

*Deadline for submission of most proof of claims is September 30, 2009, 4:00pm Eastern Time*

**Hardship Application documents:**
- Notice of Hardship Application Process
- Eligibility requirements
- Hardship Application

*The application deadline has been extended to April 3, 2015*

**Foreign Proceedings:**
For information on the U.S. Chapter 11 proceedings, you can contact the U.S. claims agent:
Epiq Bankruptcy Solutions, LLC
Attn: Nortel Address Updates,
757 Third Avenue, 3rd Floor,
New York, NY 10017,
Tel: 646-282-2500  Fax: 646-282-2521
or go to the U.S. claims agent website at
http://chapter11.epiqsystems.com/nortel

© Ernst & Young LLP All Rights Reserved

LANGUAGE: EN ▼