# EXHIBIT 114

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430

Sign In

 debtorMatrix

Home | Claims | Docket | Key Documents | Service List | Cross-Case Search

Nortel Networks Inc. (change...)

# Nortel Networks, Inc.



General Information | Asset Sales | Key Parties | Deferred Compensation Pleadings | Retiree Settlement Documents | LTD Settlement Documents | Other

## General Information

On January 14, 2009, Nortel Networks Inc. ("NNI") and fourteen (14) of its subsidiaries (collectively, the "Debtors") filed petitions in the United States Bankruptcy Court for the District of Delaware seeking relief under chapter 11 of the United States Bankruptcy Code. The Debtors' cases have been assigned to Judge Kevin Gross. The Debtors' cases are being jointly administered for procedural purposes, meaning that all pleadings will be maintained on the case docket for Nortel Networks Inc., Case No. 09-10138 (the "Main Case Docket"). The Main Case Docket can be accessed through the website maintained by the United States Bankruptcy Court for the District of Delaware http://www.deb.uscourts.gov. An unofficial version of the docket is accessible by selecting the "Docket" link at the top of this page.

On January 14, 2009, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC") and NNI's direct corporate parent Nortel Networks Limited, together with certain of their affiliates (collectively, the "Canadian Debtors") filed an application with the Ontario Superior Court of Justice (Commercial List) under the Companies' Creditors Arrangement Act (Canada), seeking relief from their creditors (collectively, the "Canadian Proceedings"). The Canadian Court appointed Ernst & Young Inc. to serve as Monitor for the Canadian Proceedings. On January 14, 2009, Ernst & Young Inc., as foreign representative for the Canadian Debtors, filed petitions for recognition of the

## Case Information

### Section 341 Meeting of Creditors

Pursuant to section 341 of the Bankruptcy Code, the United States Trustee for the District of Delaware has continued the meeting of creditors to **11:00 a.m. (ET), on August 24, 2009** at the J. Caleb Boggs Federal Building, 844 North King Street, Room 2112, Wilmington, Delaware 19801.

### Debtors

**Lead Debtor:**
Case No: 09-10138   Nortel Networks Inc.

**Related Debtors:**
Case No: 09-10139   Nortel Networks Capital Corporation
Case No: 09-10140   Nortel Altsystems Inc.
Case No: 09-10141   Nortel Altsystems International Inc.
Case No: 09-10142   Xros, Inc.
Case No: 09-10143   Sonoma Systems
Case No: 09-10144   Qtera Corporation
Case No: 09-10145   CoreTek, Inc.
Case No: 09-10146   Nortel Networks Applications Management Solutions Inc.
Case No: 09-10147   Nortel Networks Optical Components Inc.
Case No: 09-10148   Nortel Networks HPOCS Inc.
Case No: 09-10149   Architel Systems (U.S.) Corporation
Case No: 09-10150   Nortel Networks International Inc.
Case No: 09-10151   Northern Telecom International Inc.

## Claim Form

### Proof of Claim Forms

On August 4, 2009, the Court entered an order fixing the general bar date for the filing of proofs of claim or interest in the U.S. The deadline for filing of proofs of claim against the Debtors in these cases has been set by the Bankruptcy Court as follows:

General Bar Date: **September 30, 2009 at 4:00 p.m. (prevailing Eastern Time)**

Completed forms can be sent to the following addresses:

**If by First-Class Mail:**
Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**If by Hand Delivery or Overnight Mail:**
Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

A blank proof of claim form can be obtained here.

Instructions for filing a proof of claim can be found here.

The Debtors' Schedules of Assets and Liabilities can be found here.