# EXHIBIT 117

**Parthum, Michelle J.**

| | |
|---|---|
| **From:** | Rachel B. Mersky <rmersky@monlaw.com> |
| **Sent:** | Monday, September 29, 2014 3:55 PM |
| **To:** | Schweitzer, Lisa M.; VanLare, Jane; Rosenthal, Jeffrey A.; Parthum, Michelle J. |
| **Cc:** | Michael C. Hochman; p.d.klein@rogers.com; Michael Campbell |
| **Subject:** | Nortel-Claims of Former Canadian Employees |
| **Attachments:** | 2008_11_11_Nortel_Letter_of_Termination_Funamoto.pdf; Dispute Notice; DISPUTE NOTICE : VICKI MCGILLIVRAY EMPL # 763792; FW: DISPUTE NOTICE : VICKI MCGILLIVRAY EMPL # 763792; RE: NORTEL CLAIM EMPLOYEE # 763792 Vicki McGillivray - resent; Re: DISPUTE NOTICE : VICKI MCGILLIVRAY EMPL # 763792; Re: NORTEL CLAIM EMPLOYEE # 763792 Vicki McGillivray - resent; Additional Nortel Discovery Chart (00161645xCDE20).xls |

Lisa,

In furtherance of moving this matter to a conclusion as soon as we can and without waiving any arguments that we have already exceeded all reasonable discovery requests in regards to the Motion to Allow Claims After the Bardate, I have addressed your additional requests with each member of the Ad Hoc Committee.

I attach a spreadsheet showing the responses to the additional renewed request to determine if any documents remained that have yet to be produced. Two clients produced additional documents. Mr. Funamoto produced a letter of termination which he was not sure he had produced earlier.(See attached) Vicki McGillivray found emails relating to her TRA (Transitional Retirement Allowance) that may be responsive to the discovery request (See attached). In addition to the emails from Ms McGillivary's that are attached there are two emails for which a claim of attorney client privilege is being asserted. The two privileged emails are identified for the privilege log as : 1. Email dated 8/7/2012 from James Harmun, Esq. Koskie-Minsky LLP re disputed Transitional Retirement Allowance and 2. Email dated 8/8/2012 from James Harmun , Esq., Koskie-Minsky re Transitional Retirement Allowance.

I also attach a spread sheet referencing the Ad Hoc Committee members responses to the additional review to determine if documents exist that had not been previously produced and which identify, as best each member could recollect(when possible) if and when(where appropriate) they joined the Linked-In Group for Severed Canadian Nortel Employees.

As previously stated, I am not authorized to accept service for Koskie-Minsky. If you believe that there is further discovery you must obtain from Koskie-Minsky please advise and proceed so that this can be calendared expeditiously. Also please provide some dates for availability of a hearing.

If you are not prepared at this time to agree to identify hearing dates please confirm that this matter will be set for a Status Conference at the next Omnibus Hearing date or we can request a teleconference with the Court to address the status and scheduling of this matter.

I look forward to hearing from you. Thanks, Rachel


Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
P (302) 656-8162
F (302) 656-2769
Email rmersky@monlaw.com

IMPORTANT NOTICE: This email, including all attachments, may contain attorney-client communications or other privileged, confidential, protected, and/or non-public information. If you are not an intended recipient (even if it was sent to your email address), please notify the sender by replying to this message and then deleting it. Unintended recipients may not use, store, reproduce, distribute, disseminate, or retransmit this message or its contents.

IRS CIRCULAR 230 NOTICE: Unless otherwise specifically stated, U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

| The US Debtors (i.e. Nortel) have requested that each member confirm that they have produced all responsive documents in their custody or control including copies of emails or documents stored on computers in their custody or control. Please recheck any paper or electronic files you have in your custody or control.   Do you have any responsive documents that you have not previously produced?  If yes, please email them to Rachel Mersky at rmersky@monlaw.com | If there are no other responsive documents please confirm that you produced all responsive documents in your custody. | I am a member of the Recently Severed Canadian Nortel Employees group on LinkedIn. | If yes, I joined the group (to the best of my knowledge) on the following date (DD-MM-YYYY): | Please enter your first name: | Please enter your last name: |
|---|---|---|---|---|---|
| No | Yes, I have produced all responsive documents | No | | Harold | Prystie |
| No | Yes, I have produced all responsive documents | Yes | 15/2/2009 | Tim | Gilchrist |
| No | Yes, I have produced all responsive documents | Yes | 25-08-2010 | Graham | Russell |
| No | Yes, I have produced all responsive documents | Yes | 03/03/2009 | Theresa | Partridge |
| No | Yes, I have produced all responsive documents | No | | Wayne | Roebothan |
| No | Yes, I have produced all responsive documents | Yes | | Debbie | McBeth |
| No | Yes, I have produced all responsive documents | Yes | 05/06/2011 | Raymond | Jones |
| No | Yes, I have produced all responsive documents | Yes | 17-01-2009 | Richard | Bruce |
| No | Yes, I have produced all responsive documents | Yes | 01/05/2009 | Sandra | Leaver |
| No | Yes, I have produced all responsive documents | Yes | 22-01-2009 | Gilles | Montsion |
| No | Yes, I have produced all responsive documents | Yes | 24-02-2009 | Yvon | Lemyre |
| No | Yes, I have produced all responsive documents | Yes | 22-01-2009 | Krzysztof | Winnicki |
| No | Yes, I have produced all responsive documents | Yes | 30-01-2009 | Laurence | Tyler |
| No | Yes, I have produced all responsive documents | Yes | 15-02-2009 | Christina | Graham |
| **Yes** | **No, I have additional responsive documents I h** | **Yes** | **24-08-2010** | **Vicki** | **McGillivray** |
| No | Yes, I have produced all responsive documents | Yes | 01/02/2009 | Arnis | Slempers |
| No | Yes, I have produced all responsive documents | Yes | 06/06/2009 | fusun | horsun |
| No | Yes, I have produced all responsive documents | Yes | 23-03-2009 | Michael | Campbell |
| No | Yes, I have produced all responsive documents | Yes | 05/03/2009 | Kevin | Chapman |
| No | Yes, I have produced all responsive documents | Yes | 01/05/2010 | André | Maurice |
| No | Yes, I have produced all responsive documents | Yes | 01/04/2009 | Ann | McRuvie |
| No | Yes, I have produced all responsive documents | Yes | | Miguel | Planas |
| No | Yes, I have produced all responsive documents | Yes | 22-01-2009 | David | Hesidence |
| No | Yes, I have produced all responsive documents | Yes | 19-01-2009 | Philip | Mcdonald |
| No | Yes, I have produced all responsive documents | Yes | 01/03/2009 | kenneth | ramey |
| No | Yes, I have produced all responsive documents | Yes | 14-02-2009 | Adrian | Gee |
| No | Yes, I have produced all responsive documents | Yes | 15-01-2009 | Darwin | Thom |
| No | Yes, I have produced all responsive documents | Yes | 15-01-2009 | srinivasan | Ramaswamy |
| No | Yes, I have produced all responsive documents | Yes | 03/01/2009 | Bradley | Dicks |
| No | Yes, I have produced all responsive documents | Yes | 01/09/2009 | Don | ELLIS |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| No  | Yes, I have produced all responsive document | Yes | 01/01/2010 | Cathy | Deevey |
| No  | Yes, I have produced all responsive document | Yes | 15-02-2009 | Stuart | Krahn |
| No  | Yes, I have produced all responsive document | No  |            | DIANE | BOUTILIER |
| No  | Yes, I have produced all responsive document | Yes | 15/03/2009 | Karon | Ackerman |
| No  | Yes, I have produced all responsive document | Yes | 14-01-2013 | James | Moncrieff |
| No  | Yes, I have produced all responsive document | Yes | 30-01-2009 | Steven | Price |
| **Yes** | **No, I have additional responsive documents I h** | **Yes** | **29-01-2009** | **Jeremy** | **Funamoto** |
| No  | Yes, I have produced all responsive document | Yes | 16-01-2009 | Mohan | Sundaramoorthy |
| No  | Yes, I have produced all responsive document | Yes | 31-03-2009 | Francois | Venne |
| No  | Yes, I have produced all responsive document | Yes | 23-02-2009 | JONATHAN | MATTHIES |
| No  | Yes, I have produced all responsive document | Yes | 27-01-2009 | Tim | Tober |
| No  | Yes, I have produced all responsive document | Yes | 12/10/2009 | Oscar | Vargas |
| No  | Yes, I have produced all responsive document | Yes | 16-01-2009 | Betsy | Hung |
| No  | Yes, I have produced all responsive document | Yes | 01/03/2013 | John | Boileau |
| No  | Yes, I have produced all responsive document | Yes | 15-03-2009 | Jim | Paarsmarkt |
| No  | Yes, I have produced all responsive document | Yes | 27-04-2009 | Daniel | Leung |
| No  | Yes, I have produced all responsive document | No  |            | Joanne | Marcantonio |
| No  | Yes, I have produced all responsive document | Yes | 16-01-2009 | Vittorio | Lindia |
| No  | Yes, I have produced all responsive document | Yes |            | Troy | Kelly |
| No  | Yes, I have produced all responsive document | Yes | 01/09/2012 | Eric | Chan |
| No  | Yes, I have produced all responsive document | Yes |            | TINA | THOMAS |
| No  | Yes, I have produced all responsive document | No  |            | James | Aweya |
| No  | Yes, I have produced all responsive document | Yes | 27-01-2009 | Xuefeng | Cai |
| No  | Yes, I have produced all responsive document | Yes | 19-01-2009 | Nancy | Beavan |
| No  | Yes, I have produced all responsive document | Yes | 15-01-2009 | charles | salameh |
| No  | Yes, I have produced all responsive document | Yes | 28-01-2009 | DAWN | DESPLANQUE |
| No  | Yes, I have produced all responsive document | Yes | 02/01/2009 | Denise | Dziubaniuk |
| No  | Yes, I have produced all responsive document | Yes | 15-1-2009 | Thavaputhiran | Paskaran |
| No  | Yes, I have produced all responsive document | Yes | 01/02/2010 | Ed (Edward) | Wilton |
| No  | Yes, I have produced all responsive document | Yes | 01/03/2009 | Thomas | Wong |
| Yes | Yes, I have produced all responsive document | Yes | 27-01-2009 | Jane | Longchamps |
| No  | Yes, I have produced all responsive document | Yes | 12/06/2009 | Bing | Wen |
| No  | Yes, I have produced all responsive document | Yes | 11/04/2009 | Katharine | Turbide |
| No  | Yes, I have produced all responsive document | Yes | 30-01-2009 | Gerald | Monforton |
| No  | Yes, I have produced all responsive document | Yes | 01/03/2009 | Marie | Devlin |
| No  | Yes, I have produced all responsive document | Yes | 01/15/2009 | Man-Tat   (Tat) | Lam |
| No  | Yes, I have produced all responsive document | Yes | 01/10/2009 | Denis | Paradis |
| No  | Yes, I have produced all responsive document | Yes | 16-01-2009 | Mitra | Rahimpour |
| No  | Yes, I have produced all responsive document | Yes | 19-01-2009 | Kenneth | Newman |
| No  | Yes, I have produced all responsive document | Yes | 09/02/2009 | Joanne | Read |
| No  | Yes, I have produced all responsive document | Yes | 20-01-2009 | THUONG QUI | DUONG |
| No  | Yes, I have produced all responsive document | Yes | 01/05/2009 | Diane | Mignault |
| No  | Yes, I have produced all responsive document | Yes | 02/24/2009 | MARIN | SAMPALEANU |
| No  | Yes, I have produced all responsive document | Yes | 21-01-2009 | Keith | Davies |
| No  | Yes, I have produced all responsive document | Yes | 20-01-2009 | Mike | Lee |

| | | | | | |
|---|---|---|---|---|---|
| No | Yes, I have produced all responsive document | Yes | 01/07/2009 | Mark | Babula |
| No | Yes, I have produced all responsive document | Yes | 16-01-2009 | PAUL | RODDICK |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Chris | York |
| No | Yes, I have produced all responsive document | Yes | 09/02/2009 | Anthony | Law |
| No | Yes, I have produced all responsive document | Yes | 01/03/2009 | Steven | Herzog |
| No | Yes, I have produced all responsive document | Yes | 25-01-2013 | David | Couser |
| No | Yes, I have produced all responsive document | Yes | 20-01-2009 | Claude | Royer |
| No | Yes, I have produced all responsive document | Yes | 01/03/2009 | Adrian | Rosvick |
| No | Yes, I have produced all responsive document | Yes | 01/03/2009 | Ronnie | Pon |
| No | Yes, I have produced all responsive document | Yes | 02/04/2009 | Tadeusz | Drwiega |
| No | Yes, I have produced all responsive document | Yes | 11/08/2014 | Mark | Milton |
| No | Yes, I have produced all responsive document | Yes | 27-01-2009 | Laurier | Dumas |
| No | Yes, I have produced all responsive document | Yes | 14-01-2013 | Thomas | Pintwala |
| No | Yes, I have produced all responsive document | Yes | 13-09-2012 | Guangzhi (Richard) | Xiao |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Alex | Pierson |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Pedro | Sanchez |
| No | Yes, I have produced all responsive document | Yes | 01/03/2010 | Kristi | Orr |
| No | Yes, I have produced all responsive document | Yes | 17-01-2013 | Normand | Pelletier |
| No | Yes, I have produced all responsive document | Yes | 12/06/2009 | Pradeep | Srivastava |
| No | Yes, I have produced all responsive document | Yes | 04/01/2009 | Anna | Paluzzi |
| No | Yes, I have produced all responsive document | Yes | 01/06/2012 | Martin | Carbonneau |
| No | Yes, I have produced all responsive document | Yes | 01/03/2009 | Rob | Cooke |
| No | Yes, I have produced all responsive document | Yes | 19-01-2009 | Shirley | Trowbridge |
| No | Yes, I have produced all responsive document | Yes | 20-02-2009 | Line | Bisson |
| No | Yes, I have produced all responsive document | Yes | 01/03/2009 | Francois | Delisle |
| No | Yes, I have produced all responsive document | No | | Nalin | Mistry |
| No | Yes, I have produced all responsive document | Yes | 01/20/2013 | Norman | Dillon |
| No | Yes, I have produced all responsive document | Yes | 03/03/2011 | Jason | Chung |
| No | Yes, I have produced all responsive document | Yes | 01/06/2009 | Kevin | Preston |
| No | Yes, I have produced all responsive document | Yes | 15-04-2009 | Charles | Gale |
| No | Yes, I have produced all responsive document | Yes | 01/04/2010 | Jeremy | Storer |
| No | Yes, I have produced all responsive document | Yes | 20-01-2009 | Cynthia | Bourden |
| No | Yes, I have produced all responsive document | Yes | 18-01-2009 | Diane | Earl |
| No | Yes, I have produced all responsive document | Yes | 19-01-2009 | Danny | Ma |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Lynda | Farant |
| No | Yes, I have produced all responsive document | Yes | 17-01-2009 | Julia | Piggott |
| No | Yes, I have produced all responsive document | Yes | 16-01-2009 | John-Paul | Ruprecht |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Sergio | Fiszman |
| No | Yes, I have produced all responsive document | Yes | 23-02-2009 | Bernard | Beaudin |
| No | Yes, I have produced all responsive document | Yes | 01/03/2009 | Wesley | Mundy |
| No | Yes, I have produced all responsive document | Yes | 01/16/2009 | Leonard | De Baets |
| No | Yes, I have produced all responsive document | Yes | 01/03/2009 | Joseph (legal first name) or Ch | Buchanan |
| No | Yes, I have produced all responsive document | Yes | 20-01-2009 | Kamal | Tauh |
| No | Yes, I have produced all responsive document | Yes | 01/05/2009 | Craig | Hunter |
| No | Yes, I have produced all responsive document | Yes | 12/10/2012 | Norbert | Dippold |

| | | | | | |
|---|---|---|---|---|---|
| No | Yes, I have produced all responsive document | Yes | 01/04/2009 | Kevin | Smith |
| No | Yes, I have produced all responsive document | Yes | 15-01-2009 | Anthony | Cinicolo |
| No | Yes, I have produced all responsive document | Yes | 01/18/2009 | John | Dunning |
| No | Yes, I have produced all responsive document | Yes | 15-01-2009 | James | O'Connor |
| No | Yes, I have produced all responsive document | Yes | 28-01-2009 | Jim | Mastronardi |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Ernie | Briard |
| No | Yes, I have produced all responsive document | Yes | 29-01-2009 | Wendy | Herman |
| No | Yes, I have produced all responsive document | Yes | 15-01-2009 | Mahdi | Smaoui |
| No | Yes, I have produced all responsive document | Yes | 15-02-2009 | Peter | Carbone |
| No | Yes, I have produced all responsive document | Yes | 01/03/2009 | Emma Kyoung | Ryu |
| No | Yes, I have produced all responsive document | Yes | 31-12-2010 | Carmine | Morra |
| No | Yes, I have produced all responsive document | Yes | 25-02-2009 | Jim | Carew |
| No | Yes, I have produced all responsive document | Yes | 27/01/2009 | Scott | Shephard |
| No | Yes, I have produced all responsive document | Yes | 13-01-2014 | Timothy | Fort |
| No | Yes, I have produced all responsive document | Yes | 01/06/2009 | Nancy | Ray |
| No | Yes, I have produced all responsive document | Yes | 16-01-2009 | David | Hudson |
| No | Yes, I have produced all responsive document | Yes | 15-01-2009 | Pierre Pierre | Blais |
| No | Yes, I have produced all responsive document | Yes | 19-01-2013 | Rod | Hooge |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Heather | McIntosh |
| No | Yes, I have produced all responsive document | Yes | 01/10/2009 | Paul | Johnson |
| No | Yes, I have produced all responsive document | Yes | 30/01/2009 | Velma | LeBlanc |
| No | Yes, I have produced all responsive document | Yes | 01/22/2009 | DIANE | JANKOWSKI |
| No | Yes, I have produced all responsive document | Yes | 16-01-2009 | Mark | Turner |
| No | Yes, I have produced all responsive document | Yes | 15-03-2009 | Kenneth Raymond | Patterson |
| No | Yes, I have produced all responsive document | Yes | 12/01/2013 | June | Hylarides |
| No | Yes, I have produced all responsive document | Yes | 31-01-2009 | George | Mah |
| No | Yes, I have produced all responsive document | No | | Rajinderpal(Raj) | Singh |
| No | Yes, I have produced all responsive document | Yes | 15-01-2009 | Susan | Petrella |
| No | Yes, I have produced all responsive document | Yes | 23/01/2009 | Karen | Greco |
| No | Yes, I have produced all responsive document | Yes | 15-01-2009 | Josy | Murdoch |
| No | Yes, I have produced all responsive document | No | | Dennis | Wilson |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Peter | Mitenko |
| No | Yes, I have produced all responsive document | No | | Kim | Gallagher |
| No | Yes, I have produced all responsive document | Yes | 01/02/2009 | Diane | Rose-Lavigne |
| No | Yes, I have produced all responsive document | Yes | 15/1/2009 | Paula | Klein |
| No | Yes, I have produced all responsive document | Yes | 15/2/2009 | Jacek | Jarmoc |