# EXHIBIT 118

*In Re:*
*NORTEL NETWORKS INC., et al*

*ERNIE BRIARD*
*February 4, 2014*
*Confidential*



126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
**www.ELLENGRAUER.com**

*Original File 106213B.TXT*
*Min-U-Script® with Word Index*

```
 1  A P P E A R A N C E S: (Cont'd)
 2
 3  MONZACK MERSKY MCLAUGHLIN AND BROWDER
 4  Counsel for the Ad Hoc Committee of Canadian
 5  Employees Terminated Pre-Petition
 6       400 - 1201 N. Orange Street
 7       Wilmington, DE  19801
 8  BY:  RACHEL B. MERSKY, ESQ.
 9       Tel.  302.656.8162
10
11
12  KOSKIE MINSKY, LLP
13  Counsel for the Canadian Former Employees
14  and the Canadian Creditors Committee
15       20 Queen Street West
16       Suite 900, Box 52
17  BY:  SUSAN PHILPOTT, ESQ.
18       Toronto, Ontario  M5H 3R3
19       Tel.  416.977.8353
20
21
22
23
24
25
```

```
 1                    BRIARD - CONFIDENTIAL
 2           A.    Yes.
 3           Q.    Have you ever participated?
 4           A.    Yes, I joined one or two, I
 5   believe, along the way for mainly, I think, the
 6   Canadian pension aspect because I was also worried
 7   about the Canadian pension of course.
 8           Q.    You were aware during this period
 9   of time that Koskie Minsky had been appointed by
10   the Canadian court, correct?
11           A.    Yes, that's correct.
12           Q.    And that their responsibility was
13   representing Canadian employees specifically with
14   respect to the Canadian proceedings, correct?
15           A.    That's correct.
16           Q.    And you knew in fact they're not
17   U.S. lawyers; fair to say?
18           A.    That's fair to say.
19           Q.    In fact, that's one of the reasons
20   why you kind of felt that you were on your own with
21   respect to filing your pension claim, because they
22   weren't lawyers that you could turn to to help you
23   with the U.S. claim, correct?
24           A.    Fair.  Fair enough.
25           Q.    Do you recall Koskie Minsky every
```

```
 1                BRIARD - CONFIDENTIAL
 2   anybody ever tell you from January of 2009 until
 3   January 2013 about information that had been
 4   generated by the U.S. Debtors about what's
 5   appropriate to file there?
 6           A.   No.
 7           Q.   Had you, prior to engaging
 8   Ms. Mersky in January of 2013, ever solicited any
 9   legal advice from a U.S. lawyer about what should
10   be filed in the United States?
11           A.   No.
12           Q.   Had you ever asked anybody at
13   Koskie Minsky to help advise you with respect to
14   what you should file in the United States?
15           A.   No.
16           Q.   Did there come a time when you
17   came to believe that you should have filed your
18   severance in the United States?
19           A.   Yes.
20           Q.   How did that come about?
21           A.   The NRPC sent out a note that said
22   anybody out there that's got this phraseology in
23   your severance package, you will have a claim in
24   the U.S., and I quickly ran upstairs and grabbed my
25   severance package and looked for that phrase and
```