# EXHIBIT 119

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

Writer's Direct Dial: +1 212 225 2086
E-Mail: jrosenthal@cgsh.com

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
JONATHAN I BLACKMAN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
CRAIG B BROD
MITCHELL A LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H ROHN
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES

JAMES L BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI, JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE McLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P McCRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER

AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY JR
KATHLEEN M EMBERGER
WALLACE L LARSON, JR
JAMES D SMALL
AVRAM E LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
MEYER H FEDIDA
CAROLINE F HAYDAY
JOHN V HARRISON
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

October 3, 2014

<u>BY E-MAIL</u>

Susan Philpott, Esq.
Koskie Minsky LLP
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario
M5H 3R3

Re:  Nortel Networks Inc., No. 09-10138 (KG)

Dear Susan:

      I write regarding the motion of a group of severed Nortel Canada employees (the "Movants") for leave to file late claims in the U.S. Bankruptcy proceedings (the "Motion").

      As you are aware from having attended several of the employees' depositions, Koskie Minsky's communications with the Movants are a central issue with respect to the Motion.  This is evident in the Supplemental Memorandum in Support of the Motion of the Ad Hoc Committee of Canadian Employees [D.I. 13240], filed on March 27, 2014 (the "Supp. Mem."), in which Movants argue that they were "repeatedly advised by Koskie Minsky that there would be a special claims process created for them" and were "repeatedly told that they should do nothing" in respect of any potential claims other than to "wait for the special claims process that was going to be created for former employees employed in Canada."  Supp. Mem. at 5.  Documents produced by and testimony elicited from Movants also refer to written and oral communications from Koskie Minsky, including internet postings and speaking engagements which former employees attended.

      We informed Movants' U.S. counsel some time ago of our need for discovery from Koskie Minsky, but were advised that she would not assist us in procuring it.

Counsel to Movants has asked that the Motion be heard promptly, and accordingly, the U.S. Debtors request Koskie Minsky's agreement to voluntarily provide limited discovery directed to issues implicated by the Motion. We ask that you please review the four categories of documents attached to this letter and advise us by next Friday, October 10 as to whether your firm will produce them voluntarily and whether you consent to appear for a deposition. We would be pleased to discuss a reasonable period of time for the production of documents and a mutually convenient time and location for your deposition to be taken thereafter.

Please do not hesitate to contact me or my colleague Michelle Parthum should you wish to discuss this request.

Very truly yours,

Jeffrey Rosenthal / myp

Jeffrey A. Rosenthal

Attachment

cc:  Rachel B. Mersky, Esq.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

For purposes of these requests, "Communications" means communications between Koskie Minsky and any Movant, whether directed to such Movant individually or a group of former Nortel employees generally or communicated in a manner reasonably anticipated to be accessible by any Movant; and also means communications between Koskie Minsky and Movants' U.S. counsel or any representative of Movants' U.S. counsel.

REQUEST NO. 1:  All Communications and other documents concerning the U.S. Debtors' proceedings, including without limitation Communications and other documents (i) concerning the claims process or any Bar Date in the U.S. Debtors' proceedings, (ii) sufficient to show the date on which the legal basis for the Motion was first conceived of and the date on which it was first communicated to any Movant, or (iii) concerning the recommendation, selection or retention of potential U.S. counsel to Movants and any facilitation of such counsel's representation of Movants.

REQUEST NO. 2:  All Communications and other documents concerning Koskie Minsky's role as representative of former employees in the CCAA proceedings in Canada, and whether or not it represented or was providing advice to former employees with respect to the U.S. Debtors' proceedings or the creditor protection proceedings of any other non-Canadian Nortel affiliate.

REQUEST NO. 3:  Documents reflecting Koskie Minsky's involvement in considering, planning, reviewing, analyzing, drafting, editing, filing, facilitating or pursuing the Motion or any related filings and discovery.

REQUEST NO. 4:  All Communications or other documents between Koskie Minsky or any other counsel or representative to Movants, on the one hand, and Ernst & Young LLP in its capacity as court-appointed Monitor in the CCAA proceedings or any of the Monitor's representatives, on the other hand, concerning (i) the claims process in the U.S. Debtors' proceedings, (ii) the Motion or its subject matter, (iii) whether or not Movants had or have a basis to file a claim against the U.S. Debtors and any reasons therefor, or (iv) any relationship between Movants' claims against the U.S. Debtors and the allocation dispute, including any potential impact of such claims.