# EXHIBIT 121

## Rosenthal, Jeffrey A.

| | |
|---|---|
| **From:** | Barbara Walancik <bwalancik@kmlaw.ca> |
| **Sent:** | Wednesday, October 22, 2014 2:21 PM |
| **To:** | Rosenthal, Jeffrey A. |
| **Cc:** | Mark Zigler; Simon Archer; 'Hoeffner, Timothy'; Selinda.Melnik@dlapiper.com; 'rmersky@monlaw.com' (rmersky@monlaw.com) |
| **Subject:** | Nortel |

Jeff,

Further to the letter of Timothy Hoeffner dated October 22, 2014, we concur with the position taken by Mr. Hoeffner with respect to your request to us for voluntary production of documents and deposition discovery related to the Motion filed in the Nortel U.S. Debtors' chapter 11 cases by certain former employees of the Nortel Canadian Debtors. We respectfully request that you withdraw your request.

Thank you,

**Barbara Walancik**
**Koskie Minsky LLP**
Barristers & Solicitors
20 Queen Street West, Suite 900, Box 52
Toronto, Ontario  M5H 3R3
Tel:  416.542.6288
Fax: 416.204.2906

*This email message is privileged, confidential and subject to copyright. Any unauthorized use or disclosure is prohibited.*

*Le contenu du présent courrier est privilégié, confidentiel et soumis à des droits d'auteur. Il est interdit de l'utiliser ou de le divulguer sans autorisation.*

1