# EXHIBIT 122

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
HOWARD S. ZELBO
DAVID E. BRODSKY
MICHAEL R. LAZERWITZ
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES

JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE McLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. McGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER

AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
MEYER H. FEDIDA
CAROLINE F. HAYDAY
JOHN V. HARRISON
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

Writer's Direct Dial: +1 212 225 2086
E-Mail: jrosenthal@cgsh.com

October 30, 2014

VIA E-MAIL

Barbara Walancik, Esq.
Koskie Minsky LLP
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario M5H 3R3

Re:  Nortel Networks Inc., No. 09-10138 (KG)

Dear Barbara:

I write in response to your October 22 e-mail, and also to the October 22 letter of Timothy Hoeffner of DLA Piper LLP.

At the outset, the U.S. Debtors are surprised to have received any communication regarding this matter from Mr. Hoeffner "on behalf of the Canadian Creditors Committee (the 'CCC')." My October 3 letter was not directed to the CCC, which is not a party in this matter, nor to Koskie Minsky as counsel to the CCC. Rather, my letter was directed to Koskie Minsky itself. If DLA Piper is counsel to Koskie Minsky, please let us know. Otherwise, we would respectfully request a response to this letter from your firm.

Turning to the substance of your e-mail, the U.S. Debtors regret Koskie Minsky's decision not to comply voluntarily with the U.S. Debtors' limited discovery requests. Koskie Minsky's conduct in representing the Movants has been clearly implicated by the Movants' testimony and filings in a manner material to the Motion, and the U.S. Debtors' requests are targeted to that relevant conduct. If denied an opportunity to pursue this discovery, we will seek to have an adverse inference drawn against Movants, who ultimately bear the burden of proving the basis for the relief they seek.

Barbara Walancik, Esq., p. 2

With respect to your objections to the U.S. Debtors' document requests, they lack any specificity. The U.S. Debtors obviously believe that all of their requests are proper, but to the extent that you have specific objections as to one or more requests, please articulate your specific objections and we will be happy to meet and confer with you regarding those objections in the hope that we can clarify or limit them in a manner that will secure your cooperation.

As to our request for a deposition, the case law cited by Mr. Hoeffner is inapposite. Koskie Minsky is not opposing counsel of record in this matter – the Movants claim to be represented only by Rachel Mersky in this proceeding – and thus cases regarding the propriety of deposing opposing counsel are irrelevant. Moreover, where counsel has knowledge that makes him or her in effect a fact witness in a matter, such as here, depositions are appropriate and commonplace. See Johnston Dev. Grp., Inc. v. Carpenters Local Union No. 1578, 130 F.R.D. 348, 352 (D.N.J. 1990) ("In cases where the attorney's conduct itself is the basis of a claim or defense, there is little doubt that the attorney may be examined as any other witness." (citing Jamison v. Miracle Mile Rambler, Inc., 536 F.2d 560 (3d Cir. 1976)).

We recognize that Koskie Minsky is outside the jurisdiction of the U.S. Bankruptcy Court, and pursuing discovery by means of international conventions would be expensive and time-consuming. Accordingly, we depend on your voluntary cooperation with our limited discovery requests. Should Koskie Minsky refuse to comply, the U.S. Debtors reserve all rights, including, as noted above, asking the Court to draw an adverse inference against Movants.

Given the continued pressure we are receiving from Ms. Mersky as a result of the three weeks it took to receive your initial refusal, we ask that you please advise us by November 5 whether you are willing to change your position.

Very truly yours,

Jeffrey A. Rosenthal

cc: Rachel B. Mersky, Esq.