# EXHIBIT 123

## Rosenthal, Jeffrey A.

| | |
|---|---|
| **From:** | Barbara Walancik <bwalancik@kmlaw.ca> |
| **Sent:** | Friday, November 07, 2014 4:55 PM |
| **To:** | Rosenthal, Jeffrey A. |
| **Cc:** | rmersky@monlaw.com; timothy.hoeffner@dlapiper.com; Mark Zigler; Simon Archer |
| **Subject:** | In re Nortel Networks, Inc., No. 09-10138 (KG) - Part 1 of 2 |
| **Attachments:** | Letter to J Rosenthal November 7 2014.PDF; August 5, 2009 KM News Bulletin.pdf; August 12, 2009 KM News Bulletin.pdf; August 19, 2009 KM News Bulletin.pdf; December 7, 2009 KM News Bulletin.pdf; July 15, 2009 KM News Bulletin.pdf; July 22, 2009 KM News Bulletin.pdf; September 29, 2009 KM News Bulletin.pdf |

Mr. Rosenthal,

Please see the attached correspondence and documents. A second email will follow with further documents.

Thank you,

**Barbara Walancik**
**Koskie Minsky LLP**
Barristers & Solicitors
20 Queen Street West, Suite 900, Box 52
Toronto, Ontario  M5H 3R3
Tel:  416.542.6288
Fax: 416.204.2906

*This email message is privileged, confidential and subject to copyright. Any unauthorized use or disclosure is prohibited.*

*Le contenu du présent courrier est privilégié, confidentiel et soumis à des droits d'auteur. Il est interdit de l'utiliser ou de le divulguer sans autorisation.*

1

## Rosenthal, Jeffrey A.

| | |
|---|---|
| **From:** | Barbara Walancik <bwalancik@kmlaw.ca> |
| **Sent:** | Friday, November 07, 2014 4:55 PM |
| **To:** | Rosenthal, Jeffrey A. |
| **Cc:** | rmersky@monlaw.com; timothy.hoeffner@dlapiper.com; Mark Zigler; Simon Archer |
| **Subject:** | In re Nortel Networks, Inc., No. 09-10138 (KG) - Part 2 of 2 |
| **Attachments:** | KM letter to Gale Rubenstein - July 10 2012.pdf; July 10 2012 e-mail to Gale Rubenstein re letter to counsel.pdf; July 10 2012 reply to Gale Rubenstein.pdf; NRPC FAQ.pdf; NRPC Letter January 11 2013.pdf; Visa Authorization - KM.pdf; December 7 2012 e-mail to Megan Fleming.pdf; List of Pre-Filing terminated employees.pdf |

Please find attached the remainder of the documents.


Thank you,

**Barbara Walancik**
**Koskie Minsky LLP**
Barristers & Solicitors
20 Queen Street West, Suite 900, Box 52
Toronto, Ontario  M5H 3R3
Tel:  416.542.6288
Fax: 416.204.2906

*This email message is privileged, confidential and subject to copyright. Any unauthorized use or disclosure is prohibited.*

*Le contenu du présent courrier est privilégié, confidentiel et soumis à des droits d'auteur. Il est interdit de l'utiliser ou de le divulguer sans autorisation.*

1



November 7, 2014

**Mark Zigler**
Direct Dial: 416-595-2090
Direct Fax: 416-204-2877
mzigler@kmlaw.ca

**Via E-mail**

Jeffrey A. Rosenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Dear Jeff:

Re:   **Nortel Networks, Inc. No.09-10138 (KG)**

I write in response to your letters dated October 3rd and 30th, 2014, wherein you asked Koskie Minsky LLP to voluntarily provide you with documents and appear for deposition in connection with the motion filed by former employees of the Canadian Debtors against the US Debtors (the "Motion").

We do not agree with the characterization in your letters of our firm's role in this Motion. We are court appointed counsel in Canada to the Movants with respect to their claims and as such have a lawyer client relationship that involves what we call "solicitor client privilege". We also represent the Movants with respect to the allocation litigation and your document requests reference privileged material pertaining to the allocation dispute. As such any deposition requests, even if we were within your jurisdiction, is an attempt to depose opposing counsel.

As outlined in the letter from Timothy Hoeffner dated October 22, 2014, Koskie Minsky LLP has not appeared in the Motion, the US Debtors have not served a subpoena nor filed with the U.S. Court a Notice of service of discovery as required by the Local Rules of Court. As you acknowledge in your letter, the Court does not have jurisdiction over Koskie Minsky LLP in this matter.

We therefore do not believe an adverse inference can be drawn from Koskie Minsky LLP not voluntarily producing documents and appearing for deposition, when all you are attempting to do is launch a collateral attempt to obtain privileged information from a law firm outside of the Court's jurisdiction.



Page 2

Despite this, in an effort to move the Motion forward and as an accommodation we enclose a production of certain documents you requested, the production of which shall not be deemed to be an admission of relevance or jurisdiction of the Court over Koskie Minsky LLP, nor an automatic waiver of privilege where the document has been produced inadvertently.

We trust that this will serve your

Yours truly,

KOSKIE MINSKY LLP

Mark Zigler
MZ:jd

c      Rachel B. Mersky, Esq.
       Timothy Hoeffner, Esq.

1326486v1