# EXHIBIT 124

## Rosenthal, Jeffrey A.

| | |
|---|---|
| **From:** | Barbara Walancik <bwalancik@kmlaw.ca> |
| **Sent:** | Wednesday, November 26, 2014 11:03 AM |
| **To:** | Rosenthal, Jeffrey A. |
| **Cc:** | rmersky@monlaw.com; timothy.hoeffner@dlapiper.com; Mark Zigler; Simon Archer |
| **Subject:** | In re Nortel Networks, Inc., No. 09-10138 (KG) |
| **Attachments:** | Letter to J Rosenthal November 26 2014.PDF; Koskie Minsky LLP Schedule B.PDF; March 27 2012 Email exchange.pdf; March 26 2012 Email exchange.pdf; February 22 2012 Email exchange.pdf; February 22 2012 Email exchange 2.pdf; February 21 2012 Email exchange.pdf |

Mr. Rosenthal,

Please see the attached correspondence.
Thank you,

**Barbara Walancik**
**Koskie Minsky LLP**
Barristers & Solicitors
20 Queen Street West, Suite 900, Box 52
Toronto, Ontario  M5H 3R3
Tel:  416.542.6288
Fax: 416.204.2906

*This email message is privileged, confidential and subject to copyright. Any unauthorized use or disclosure is prohibited.*

*Le contenu du présent courrier est privilégié, confidentiel et soumis à des droits d'auteur. Il est interdit de l'utiliser ou de le divulguer sans autorisation.*

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

1



**KOSKIE MINSKY**LLP
BARRISTERS & SOLICITORS

November 26, 2014

**Mark Zigler**
Direct Dial: 416-595-2090
Direct Fax: 416-204-2877
mzigler@kmlaw.ca

**Via E-mail - *WITHOUT PREJUDICE***

Jeffrey A. Rosenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Dear Jeff:

      **Re:**    **Nortel Networks, Inc. No.09-10138 (KG)**

I write further to our letter dated November 7, 2014, wherein Koskie Minsky LLP voluntarily provided on a without prejudice basis, with documents in response to the following requests for productions of documents:

- Communications and documents concerning the claims proceedings, claims process and Bar Date in the U.S. Debtor's proceedings; and,
- Communications and documents between Koskie Minsky LLP and the U.S Debtor's counsel and the Monitor's counsel with respect to the issue raised in the Movants Motion.

We disagree with your characterization of our production as "self-selected documents" and as a "refusal to make complete productions". We further reiterate our position that we do not believe an adverse inference can be drawn by Koskie Minsky LLP not voluntarily producing certain documents as your document request referenced privileged material pertaining to the allocation dispute or documents that were either solicitor client privileged or prepared in contemplation of litigation.

Despite our disagreement with respect to your document request, Koskie Minsky LLP has completed a further review of its documents and is producing on a without prejudice basis, the further attached documents.

In an attempt to move the Motion forward further we are also enclosing a list equivalent to a Schedule B under the Ontario *Rule of Civil Procedure* providing documents that are or were in the possession, control or power of Koskie Minsky LLP, and that it objects to producing because it claims they are privileged (the "Privilege Log").



Page 2

We further reiterate our position on voluntarily appearing for a deposition.

Yours truly,

**KOSKIE MINSKY LLP**

Mark Zigler
MZ:jd

c    Rachel B. Mersky, Esq.
     Timothy Hoeffner, Esq.

1341098v1