# EXHIBIT 125

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

Writer's Direct Dial: +1 212 225 2086
E-Mail: jrosenthal@cgsh.com

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
JONATHAN I BLACKMAN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
CRAIG B BROD
MITCHELL A LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L BROMLEY

MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI, JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER
AMY R SHAPIRO

JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY, JR
KATHLEEN M EMBERGER
WALLACE L LARSON, JR
JAMES D SMALL
AVRAM E LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
MEYER H FEDIDA
JOHN V HARRISON
CAROLINE F HAYDAY
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

December 3, 2014

VIA EMAIL

Mark Zigler, Esq.
Koskie Minsky LLP
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario
M5H 3R3

Re:   *In re Nortel Networks, Inc.*, Case No. 09-10138 (KG)

Dear Mark:

Thank you for your letter of November 26, 2014.

As an initial matter, we are confused by the words "without prejudice" in bold, capital letters at the top of your letter. Is it your position that the contents of your letter may not be disclosed to the Court, such that the parties are to litigate as if your letter was not sent? We do not wish to breach any confidentiality, so we hope you will provide your official position that can be disclosed by us or the Movants to the Court. For the avoidance of doubt, this and all of our other communications to date on this subject are "on the record."

With regard to substance, our unsuccessful efforts to obtain your firm's voluntary cooperation for the past two months provide a clear basis for an adverse inference against your clients. Among other reasons:

- While you state your disagreement with our characterization of Koskie Minsky's production as "self-selected documents," none of your firm's correspondence has either (i) identified the requests to which you are responding and those to which you are not, (ii) disclosed whether you have made a complete production of documents related to a single request, (iii) provided any basis on which you

- selected the documents you have sent to us or (iv) articulated specific objections to any of our requests. You also have not produced any documents responsive to certain requests, including requests where it is implausible for you not to have any relevant documents;

- You have made blanket assertions of privilege and refused production with respect to documents that are indisputably not privileged. For example, communications between your firm and counsel for the Monitor with respect to Movants' claims are neither privileged nor irrelevant. By way of another example, given the standards for relief, there is no privilege that permits your clients (on whose behalf any privilege is being asserted) to seek approval to file late claims while concealing from the Court the dates on which they or their representatives first considered claims against the U.S. Debtors; and

- Koskie Minsky continues to refuse to appear for a deposition notwithstanding its significant role in and unique knowledge with respect to certain events leading up to the filing of the Motion, including the specific timing of the Motion relative to the Bar Date.

As you know, absent time-consuming and expensive measures to compel foreign discovery, we have no means to obtain your documents and testimony over your refusal or to challenge your baseless assertions of privilege. As your clients have the burden of establishing their right to the relief they are seeking, it is neither required nor appropriate for the U.S. Debtors to undertake such additional burden and expense because of your non-cooperation. If you reconsider any of your positions before we commit to a date for our Court submission, please let us know promptly as we would be pleased to resolve this disagreement amicably. Otherwise, this is not an issue we need debate further with you. Ms. Mersky has been urging us to schedule a hearing date (we are awaiting her response to our most recent communication last week attempting to move forward), and the litigants will address the propriety of an adverse inference with the Court at the appropriate time.

Very truly yours,

Jeffrey A. Rosenthal

cc:   Rachel Mersky, Esq.