# EXHIBIT 126



**KOSKIE MINSKY** LLP
BARRISTERS & SOLICITORS

December 9, 2014

Mark Zigler
Direct Dial: 416-595-2090
Direct Fax: 416-204-2877
mzigler@kmlaw.ca

**Via E-mail - *WITH PREJUDICE***

Jeffrey A. Rosenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Dear Jeff:

**Re: Nortel Networks, Inc. No.09-10138 (KG)**

As a preliminary matter, we confirm that our correspondence and all material we have voluntarily disclosed to you may be disclosed to the court.

Your letter dated December 3, 2014 is inconsistent with your response to Rachel B. Mersky dated November 25, 2014, in which you indicated that you are prepared to proceed with scheduling a hearing of the Motion. We have already voluntarily produced all non-privileged documents and provided a privilege log with respect to all privileged records and believe that any further exchange with respect to your requests is simply an attempt to delay the Motion and create further costs to the Movants. Further, your persistent demands for the voluntary production of documents and deposition are not productive nor persuasive as we have not changed our position as outlined in letters dated October 22nd, November 7th and 26th.

We suggest that you proceed with your discussions with Ms. Mersky directly regarding setting a hearing date.

Yours truly,

**KOSKIE MINSKY LLP**

Mark Zigler
MZ:jd

c    Rachel B. Mersky, Esq.
     Timothy Hoeffner, Esq.

1366412v1