# EXHIBIT 127

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
JONATHAN I BLACKMAN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
CRAIG B BROD
MITCHELL A LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES

JAMES L BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER

AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY JR
KATHLEEN M EMBERGER
WALLACE L LARSON, JR
JAMES D SMALL
AVRAM E LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
MEYER H FEDIDA
CAROLINE F HAYDAY
JOHN V HARRISON
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

Writer's Direct Dial: +1 212 225 2086
E-Mail: jrosenthal@cgsh.com

November 12, 2014

VIA E-MAIL

Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Re:  In re Nortel Networks, Inc., No. 09-10138 (KG)

Dear Rachel:

      I write in reference to the U.S. Debtors' efforts to obtain the voluntary cooperation of Koskie Minsky LLP in connection with your clients' motion for leave to file late claims in the U.S. Debtors' bankruptcy proceedings.

      Since you have been copied on all correspondence with Koskie Minsky, have had your own direct communications on this issue with us, are aware of the deposition testimony regarding Koskie Minsky's role in connection with your clients' alleged claims and the timing of their motion, and explicitly cite Koskie Minsky's advice as a basis for the requested relief in the Supplemental Memorandum in Support of the Motion of the Ad Hoc Committee of Canadian Employees [D.I. 13240], filed on March 27, 2014, we do not need to debate the reasons for our pursuit of discovery from Koskie Minsky.

      Thus far, Koskie Minsky has refused all cooperation except its production last Friday of a handful of self-selected documents. We were given no explanation of a basis on which the 15 documents were cherry-picked by Koskie Minsky for production, and certainly reserve all rights with regard to your use of such documents in light of Koskie Minsky's refusal to make a complete production. No party (or third party) is entitled to produce only those documents it desires and withhold all others.

       Given our expressed intent to seek, *inter alia*, an adverse inference from the Court against your and Koskie Minsky's mutual clients as a result of Koskie Minsky's refusal to cooperate, we write to make one final request that you secure Koskie Minsky's voluntary cooperation in the production of all requested non-privileged documents (and presentation of a log of any documents withheld on privilege grounds) and participation in a deposition. Should they agree to cooperate, we reiterate our willingness to meet and confer with them to address any objections they identify with respect to specific document requests.

       We know that you are eager to move this matter forward and we share that desire. Therefore, please respond by this Friday, November 14 with whether you and/or your clients are willing to procure Koskie Minsky's cooperation and, if so, the date by which their complete production will be made and when they are available for a deposition. If not, having spent the past month trying unsuccessfully to obtain their cooperation, and having made clear to you the consequences we will seek, there would be no need for further debate on this issue (either the basis for the requests or whether the U.S. Debtors would be entitled to an adverse inference, which we can argue before the Court rather than to each other) and we will move forward without their cooperation.

       The U.S. Debtors reserve all rights.

       Very truly yours,

       Jeffrey A. Rosenthal