# EXHIBIT 129

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
JONATHAN I BLACKMAN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
CRAIG B BROD
MITCHELL A LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L BROMLEY

MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI, JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER
AMY R SHAPIRO

JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY JR
KATHLEEN M EMBERGER
WALLACE L LARSON JR
JAMES D SMALL
AVRAM E LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
MEYER H FEDIDA
JOHN V HARRISON
CAROLINE F HAYDAY
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

Writer's Direct Dial. +1 212 225 2086
E-Mail. jrosenthal@cgsh.com

November 25, 2014

VIA E-MAIL

Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Re: In re Nortel Networks, Inc., No. 09-10138 (KG)

Dear Rachel:

We write in response to your letter dated November 21, 2014 declining to assist us in our effort to obtain discovery from Koskie Minsky. Because it is beyond reasonable dispute that your clients have the ability to obtain their counsel Koskie Minsky's cooperation, we intend to seek an adverse inference against them at the appropriate time.

As I stated in my November 12 letter, "having made clear to you the consequences we will seek, there would be no need for further debate on this issue" if you refuse our request because "we can argue before the Court rather than to each other." Therefore, we decline to debate the points in your letter further other than to note that we disagree with a number of factual assertions and arguments in your letter, including what Koskie Minsky has provided and committed to providing to us.

Given that we have exhausted our efforts to obtain voluntary discovery – either directly from Koskie Minsky or indirectly through you or your clients – without success (other than the receipt of a handful of documents Koskie Minsky selectively provided to us), we are prepared to proceed with scheduling a hearing on your clients' Motion. In so doing, however, we do not agree with you that the "discovery process on this limited issue is complete" – that will ultimately depend on whether the Court elects to dispose of the Motion on bases that are

collective to the entire group or whether Judge Gross concludes that there are individual fact-specific findings necessary to the decision.

      We believe that the next step is for us to speak after the holiday weekend and select a mutually convenient date to request of the Court for a hearing on your Motion. Please let me know if you agree and, if so, when you would be available for a call between us.

Very truly yours,

Jeffrey A. Rosenthal