# EXHIBIT 142

- Search for people, jobs, companies, and more.     Advanced    47

Attn: Compliance Officers - Learn from your peers with the Society of Corporate Compliance and Ethics.

 **Recently Severed Canadian Nortel Employees**    945 members       *i*

Discussions | Promotions | Jobs | Members | Search



### Would anyone be willing to send KM a copy of their termination package to help out with the negotiations for the claims process?

**Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

I am looking for a small number of people who would be willing to send KM a copy of their termination package. This would apply only to people laid off BEFORE Jan 14th

In particular, I would be interested in volunteers who were JCI 1-3.

+ Follow Paula

KM has a meeting this afternoon with the Monitor to start the discussions around the employee claims process They (KM) would like to take a look at the termination packages in order to get a sense of what Nortel typically was giving as severance.

If you would be willing to help out in this way, please send me an email at p.d klein@nortel.com and I will give you the email addresses to send your package to  PLEASE NOT NOT SEND ME YOUR TERMINATION PACKAGE DIRECTLY

Like · Comment (3) · Follow · Reply Privately · July 29, 2009

---

**Comments**

💬 3 comments

 **Tat Lam**
Telecommunications Professional

Do you mean your non-Nortel email address instead of p.d.klein@nortel.com?

Tat   Like · Reply privately · Flag as inappropriate · July 29, 2009

 **Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

Yes, I did  Talk about subliminal messaging and having Nortel on the brain.

Paula

Please send to p.d.klein@rogers com

:-)

Like · Reply privately · Flag as inappropriate · July 30, 2009

 **Paula Klein**
Business Manager Traffic Safety and Security Division at 3M

I have enough examples now. Thank you everyone!

Paula   Like · Reply privately · Flag as inappropriate · July 30, 2009


Add a comment.

☑ Send me an email for each new comment.

---

**ADS YOU MAY BE INTERESTED IN**

 **Make Places, Not Projects**
Learn More About The Masters in Real Estate Development From Auburn Univ.

 **Take Better Depositions**
NITA Deposition Skills program will teach you effective questioning methods

**Latest Activity**

 René Lafrance, PEng, PMP, CMA has joined the group.
9 hours ago

 Bob Shumsky has joined the group
9 hours ago

 David Sloan, M Eng. commented in the group on MS Profile distribution for partially paid pension plan members: Dave - I spoke to MS last week as I was also under the impression that I should have received the profile data by now. They told me that the...
13 days ago

See all activity ▶

---

About | Feedback | Privacy & Terms

LinkedIn Corp © 2013

LI02864

- Search for people, jobs, companies, and more    Advanced
Eagle is a One Stop Shop    Diffuse Tension: 4 Steps
EAGLE We are a full service oil and gas land    Leaders Restore employee momentum when
brokerage    stressful circumstances arise.

ADS YOU MAY BE INTERESTED IN

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile    Developers | Publishers | Language |
Upgrade Your Account
LinkedIn Corporation © 2013 | User Agreement | Privacy Policy    Community Guidelines | Cookie Policy    Copyright Policy    Send Feedback

http://www.linkedin.com/groupItem?view=&gid=1770226&type...    11/5/2013

LI02865