# EXHIBIT 144

*In Re:*
*NORTEL NETWORKS INC., et al*

*DANIEL JIN-MING LEUNG*
*February 5, 2014*
*Confidential*



126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 106214B.TXT*
*Min-U-Script® with Word Index*

```
 1              LEUNG - CONFIDENTIAL
 2         A.   A little bit.
 3         Q.   Do you remember at all what you
 4   found confusing?
 5         A.   Not specifically.  It was very
 6   wordy, I guess, from the documents I am used to
 7   reading.
 8         Q.   Did you feel that you understood
 9   it when you signed it and returned it?
10         A.   In its entirety, I would say I had
11   a good understanding.
12         Q.   Did you ask anyone else to read
13   through the letter?
14         A.   No.
15         Q.   Did you ever show it to a lawyer?
16         A.   No.  Well, not including, I guess,
17   when I submitted the documents to Ms. Mersky.
18         Q.   Sure.  At the time before you
19   signed it, did you have a chance to go over it with
20   a lawyer?
21         A.   No, I did not.
22         Q.   I'd like to direct you to the
23   third paragraph on the first page of this letter,
24   it starts "As used."  Do you see where I am?
25         A.   Yes.
```

```
 1                    LEUNG - CONFIDENTIAL
 2              Q.   It says there:
 3                   "As used in this letter, the
 4              term 'Corporation' shall mean Nortel
 5              Networks Corporation, its
 6              subsidiaries and affiliates, their
 7              successors and assigns, and all of
 8              their past and present officers,
 9              directors, employees and agents (in
10              their individual and representative
11              capacities), in every case,
12              individually and collectively."
13              Do you have a memory of reading that
14   paragraph in particular?
15              A.   Yes.
16              Q.   You do?  What do you remember
17   about reading it?
18              A.   How I interpreted it at the time
19   was that the corporation meant Nortel in its
20   entirety.  I guess I was used to, you know, working
21   with such a team that was based in the U.S., I'm in
22   Canada, we had teammates in Turkey as well, I just
23   thought that meant Nortel and all its subsidiaries,
24   it's an overarching company.
25              Q.   So it sounds like that was
```

```
 1                    LEUNG - CONFIDENTIAL
 2           A.   No, not that I recall.
 3           Q.   This does not look familiar?
 4           A.   No, it does not.
 5           Q.   Do you recall at any point in time
 6   seeing any document that referred to the bankruptcy
 7   proceedings that were going on in the United
 8   States?
 9           A.   No, not that I recall.
10           Q.   Do you remember ever hearing any
11   conversation that referred to the bankruptcy
12   process going on in the United States?
13           A.   There might have been activity on
14   the LinkedIn news feeds but I really didn't look
15   into it in that detail.
16           Q.   Do you remember ever reading or
17   seeing any source in the media that referred to the
18   bankruptcy process for Nortel in the United States?
19           A.   No, not that I recall.
20           Q.   So is it safe to assume that you
21   never took steps to investigate the process in the
22   United States?
23           A.   Yes.
24           Q.   I'd like to show you what's been
25   marked as Exhibit 6.  Does this appear to be a
```

```
 1                  LEUNG - CONFIDENTIAL
 2   Minsky?
 3           A.    Yes.
 4           Q.    Did you ever visit the Koskie
 5   Minsky website?
 6           A.    Yes, I did.
 7           Q.    About how often would you say you
 8   visited it?
 9           A.    Probably once or twice a year.
10           Q.    Did you think, since Paula
11   characterized it as an excellent website to get
12   information about what is going on from a legal
13   perspective, that it might be worthwhile to visit
14   it more frequently?
15           MS. MERSKY:   Objection, there was no
16   representation that he read that or knew about
17   that.
18           BY MS. PARTHUM:
19           Q.    You can answer the question.
20           A.    Do you mind repeating it?
21           Q.    Sure.  Paula says here this is an
22   excellent website for you to obtain information
23   about what's going on from a legal perspective, the
24   KM website.  I'm just wondering whether you thought
25   that it might be helpful to check the website more
```

1              LEUNG - CONFIDENTIAL
2     than once or twice a year?
3              A.    It might have been but I guess I
4     didn't have the time to really dive into it.  For
5     me, I thought it was important to have my name,
6     address, contact information ready so if they
7     needed information from me, I could provide it.
8              Q.    So you made sure that they had a
9     way to contact you when they had updates?
10             A.    If they needed to, yes.
11             Q.    If you skip the next longer
12    paragraph and go to the next short one beginning
13    "All the official."  Do you see where I am?
14             A.    Yes.
15             Q.    It states:
16                  "All the official court
17                  documents can be found on the Ernst
18                  & Young (the 'Monitor') document
19                  repository.  If you need bedtime
20                  reading, take a look here."
21             And she lists the website.  So this is
22    the website that you mentioned earlier that you
23    visited, I think you said maybe five to 10 times?
24             A.    Yes.
25             Q.    Do you recall whether you ever

```
 1                LEUNG - CONFIDENTIAL
 2    the United States?
 3            A.   Not prior to January 2013.
 4            THE REPORTER:  Could we take five?
 5            MS. PARTHUM:  Sure.
 6            -- RECESS AT 3:30 --
 7            -- UPON RESUMING AT 3:40 --
 8            BY MS. PARTHUM:
 9            Q.   Mr. Leung, did you ever hear
10    anything about a group of bondholders that had
11    claims in the Nortel bankruptcy?
12            A.   No.
13            Q.   So you never heard anything about
14    the fact that bondholders were able to claim in
15    both the United States and Canada?
16            A.   No.
17            Q.   I'd like to show you what's been
18    marked as Exhibit 11.  If you look at the topic of
19    this posting, it says "July 16 - Update on
20    activities with KM."  And it's posted by Paula
21    Klein.  Do you see that?
22            A.   Yes.
23            Q.   If you turn to the second page,
24    I'm looking at the top of the second page where it
25    says "2) Claims Process."  Do you see where I am?
```

```
 1              LEUNG - CONFIDENTIAL
 2         A.   Yes.
 3         Q.   Paula Klein posts:
 4              "KM has informed us that a
 5    claims process will be announced for
 6    U.S. creditors tomorrow with a
 7    claims bar date of September 30,
 8    2009.  This includes U.S. pensioner
 9    and employee claims as well."
10              Did you do anything to investigate the
11    possibility of filing a claim in the U.S. before
12    the U.S. bar date?
13         A.   No.
14         Q.   We were talking a bit earlier
15    about your termination letter and the severance
16    amount that was stated in your termination letter.
17              Was it your understanding that the
18    entity that would pay you your termination would be
19    the same entity that had been paying you your
20    paycheque?
21         A.   Yes.
22         Q.   What did you understand that
23    entity to be?
24         A.   Nortel, I guess just the company.
25         Q.   Just the global Nortel?
```

```
 1                 LEUNG - CONFIDENTIAL
 2              Q.   Now, this newsletter was dated
 3    August 5th, 2009.  Is it fair to assume that on
 4    August 5th, 2009 or around that time the claims
 5    process would have been of interest to you?
 6              A.   Not in particular.
 7              Q.   You didn't have a particular
 8    interest in the claims process in August 2009?
 9              A.   Maybe in the later months of 2009,
10    like September or late August, but not July.
11              Q.   Okay.  I'm going to show you
12    Exhibit 45.  So this is another newsletter in the
13    same format and it's dated September 29th, 2009.
14    Do you think around this period of time the claims
15    process would have been more of interest to you?
16              A.   Yeah, I cannot recall
17    specifically.
18              Q.   Well, if you wouldn't mind just
19    turning to the page that's marked 45 on the bottom,
20    I think it's the last page.  And if you look at the
21    section with the bold heading, "The Claims
22    Process," and that first sentence there says:
23                   "A U.S. claims process has been
24              released."
25                   Do you remember encountering anything
```

```
 1                    LEUNG - CONFIDENTIAL
 2      like this type of information in a KM news
 3      bulletin?
 4              A.   I cannot recall, but if I did read
 5      it, I probably at the time would not have
 6      understood what it meant.
 7              Q.   Why do you think you would not
 8      have understood that?
 9              A.   I guess I just didn't understand
10      the claims process in different countries, there's
11      different procedures, so, like I mentioned before,
12      it was more putting -- letting KM let me know if
13      there was anything that they needed from me.
14              Q.   Do you think at the time around
15      September 2009 if you had read something in a KM
16      news bulletin that you didn't understand, do you
17      think you would have contacted KM to ask about it?
18              A.   Probably not.
19              Q.   Why not?
20              A.   I guess I wasn't totally invested
21      in it and I knew that I was part of the claims
22      process and I guess I just didn't have the time for
23      -- to look into it a bit deeper.
24              Q.   Were you aware that Koskie Minsky
25      posted webinars for former employees?
```

```
 1              LEUNG - CONFIDENTIAL
 2   otherwise I don't think I would have attended.  I
 3   don't recall what it was though.
 4         Q.   So the webinars were not the type
 5   of thing that you would attend out of general
 6   curiosity about the process?
 7         A.   No.
 8         Q.   Now, you mentioned that you
 9   attended one or two of these but that you didn't
10   participate?
11         A.   Yes.
12         Q.   What did you mean by that?
13         A.   Just listening in and just trying
14   to get a quick update on what was happening.  And I
15   remember it was always just it's still happening,
16   please be patient.  I remember that's the
17   reiteration of that message over and over again.
18   That's what I recall from those meetings.
19         Q.   So is it fair to assume that you
20   did not submit questions to the webinars?
21         A.   Yes, I did not.
22         Q.   Do you recall whether you ever
23   reviewed a document that compiled questions and
24   answers from a KM webinar?
25         A.   Not that I recall, no.
```

```
 1                  LEUNG - CONFIDENTIAL
 2            Q.    If you had been aware that such a
 3   document existed at the time, do you think that you
 4   would have read it?
 5            A.    Probably not.
 6            Q.    Why not?
 7            A.    I guess I was, again, being more
 8   passive in this situation, and if something really
 9   needed my attention, I would think that KM would
10   contact me.
11            Q.    It might be kind of a lot to wade
12   through other people's questions.  What did you
13   understand to be the scope of Koskie Minsky's
14   representation?
15            A.    From my understanding it would be
16   affecting all former employees of Nortel who were
17   affected by the bankruptcy that had severance
18   claims, and they would be the cumulative body
19   representing this group.
20            Q.    Did you believe that Koskie Minsky
21   was representing you in any other proceeding aside
22   from the Canadian CCAA proceedings?
23            A.    Yes, if that was necessary, then
24   they would be the be-all/end-all kind of contact of
25   representation.
```

```
 1                  LEUNG - CONFIDENTIAL
 2             Q.   So you believed that whatever
 3   proceedings may have been happening that were
 4   relevant to former employees, Koskie Minsky would
 5   have been representing you in all of those
 6   proceedings?
 7             A.   Yes.
 8             Q.   But at the time you did not have a
 9   clear understanding that there were, in fact,
10   proceedings happening in different places; is that
11   right?
12             A.   Yes.
13             Q.   Do you remember whether Koskie
14   Minsky told you that they would represent former
15   employees in all proceedings?
16             A.   Not specifically, no.
17             Q.   Did they tell you that in a
18   general way, from what you remember?
19             A.   I guess not in that context.  I
20   remember just they'd represent us and I think
21   that's the extent I understood.  I knew I was being
22   looked after and I thought they would be
23   representative of me with, I guess, the rest of us
24   severed employees.
25             Q.   So is it fair to say at the time
```