# EXHIBIT 145

*In Re:*
*NORTEL NETWORKS INC., et al*

*BETSY HUNG*
*February 4, 2014*
*Confidential*



126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 106213A.TXT*
*Min-U-Script® with Word Index*

```
 1                  HUNG - CONFIDENTIAL
 2   -- they are the -- whatever we discuss in the
 3   LinkedIn is people rant, people use a channel to
 4   rant their feeling, or maybe, I don't know,
 5   unlucky, blah blah blah.  But it is used for
 6   employee to share information.
 7              So I just wait for the Monitor, the
 8   official channel, whatever they send me is the
 9   official.
10              Q.   Did you periodically check the
11   Monitor's website?
12              A.   No, to be honest, only in the
13   beginning, and then besides all this language that
14   I read, sometimes I read so many times I still
15   don't understand what they are talking about.
16              Q.   Do you recall reading Monitor
17   reports?
18              A.   No.  Not that many times.
19              Q.   A few times you read them?
20              A.   No, the first -- maybe the first I
21   do read it and I still don't understand, that's why
22   I send email, you know, just tell me when I submit
23   the claim.  And then the response, as you said, in
24   the Exhibit 28, whatever, and then we will be
25   instruct what to do.
```

```
 1                  HUNG - CONFIDENTIAL
 2    you to sign off.
 3              Q.    Yes.
 4              A.    You need to pay.  And that is my
 5    understanding, is that group was mainly for the
 6    retire -- with the retire employee for pension.  So
 7    to me is not relevant to what I am after.
 8              Q.    Do you recall signing onto their
 9    mailing list?
10              A.    I did in the beginning until they
11    ask you to pay, then they kick me out, I think,
12    then I cannot get in.
13              Q.    Do you remember when that was?
14              A.    I don't remember.  This was
15    January 2009, maybe January 2010, one year later.
16              Q.    So you were on their mailing list
17    until about January 2010?
18              A.    Approximately.
19              Q.    Approximately.  In the next
20    paragraph it says:
21                    "KM's website is another
22                    excellent website for you to obtain
23                    information about what is going on
24                    from a legal perspective.  The URL
25                    for that is..."
```

```
 1              HUNG - CONFIDENTIAL
 2         And then it lists a website.
 3         And earlier it refers to Koskie Minsky.
 4    Do you recall ever visiting the KM website?
 5         A.   I can't recall but I may do it,
 6    but if I do it, it just like a bunch of document
 7    that I don't understand, okay?
 8         Q.   How often did you visit their
 9    website?
10         A.   I visit once, maybe, oh, what,
11    lawyer's language, so you just stop.
12         Q.   Did you talk to any lawyers at
13    that point --
14         A.   No.
15         Q.   -- to explain the language?
16         A.   No.
17         Q.   Towards the bottom, maybe the
18    second paragraph from the bottom, it says:
19              "If you have friends and
20              colleagues who are ex-Nortel
21              Canadian employees who are not part
22              of this group, please send them the
23              following URL which will generate a
24              request to join this group."
25         Do you see that?
```

```
 1                  HUNG - CONFIDENTIAL
 2   so if I don't get the page, then I tell people,
 3   right?
 4          Q.   If you read something and you
 5   didn't want to share it with others, would you --
 6          A.   Why do I not do that?  This is
 7   information sharing so that people can help each
 8   other.
 9          Q.   Okay.  Were there ever times that
10   you read something on LinkedIn that you didn't
11   comment?
12          A.   I stopped doing it now because
13   it's overwhelming, then it's a daily basis, it's
14   too many now.
15          Q.   At any point -- in 2009 is it
16   possible that you read something and didn't
17   comment?
18          A.   It's possible that I won't comment
19   because it's not relevant to me and it's not
20   relevant information.  Like, sometimes pension, not
21   relevant to me, then I won't comment.
22          Q.   And information about the claims
23   bar date in the U.S., would you consider that
24   relevant information?
25          A.   I have -- it's not relevant at
```

```
 1                    HUNG - CONFIDENTIAL
 2    that time that I don't know I need to take action.
 3    So at that time is not relevant.
 4            Q.    So if you saw a post on LinkedIn
 5    that had September 30th, 2009, you would not have
 6    considered it relevant?
 7            A.    Like I said, it's a U.S. claim.
 8    Canadian claim, people living in Canada follow the
 9    Canadian claim.  People living in U.S., my
10    colleague, they follow the U.S. claim.  It's just
11    like an information session.  Oh, people, U.S. is
12    doing it and I say when is Canada doing the claim.
13    That's what it means to me.
14            Q.    Do you remember discussions about
15    the U.S. bar date?
16            A.    No.  I don't recall about it.
17            Q.    And if you heard them, you would
18    have considered them irrelevant?
19            A.    No, if I heard it, it's just like
20    oh, it's for employee there, they are ahead of us
21    in this process.  That's what it means to me.
22            Q.    You just said, and I just want to
23    make sure I understood it, that if you did hear
24    about it you would have thought that it was not
25    relevant to you?
```

```
 1                    HUNG - CONFIDENTIAL
 2            A.   I would have thought that this is
 3   the process, the Monitor, whatever they are in
 4   U.S., they define the process and they set up, they
 5   will be ahead of us in Canada.  That's how I
 6   interpret.
 7            Q.   I'm sorry, just to go back, if you
 8   heard or you saw, for example like here it talks
 9   about September 30th, 2009, did I understand you
10   correctly that at the time in 2009 you would not
11   have considered this information relevant to you?
12            A.   Because, as I said --
13            MS. MERSKY:  Answer yes or no.
14            THE WITNESS:  It would -- no -- yes or
15   no?
16            BY MS. VANLARE:
17            Q.   Is it correct that you would not
18   have considered this information relevant?
19            A.   Yes, is correct, that is for
20   people living in -- employee in U.S., that's
21   relevant to them in U.S.  That's what I interpret.
22            Q.   Ms. Hung, this is a LinkedIn post,
23   the topic is "What should we do with U.S.
24   Bankruptcy Court claim request form, if anything?"
25   And then the post says:
```