IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15212** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse

Sworn to before me this
25th day of February, 2015

/s/ Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

               Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   PERRY, ROY F.
      6719 WALKER CT
      LONGMONT, CO 80503

Please note that your claim # 8109 in the above referenced case and in the amount of $1,453.26 allowed at $2,193.15 has been transferred **(unless previously expunged by court order)** to:

VONWIN CAPITAL MANAGEMENT, LP
TRANSFEROR: PERRY, ROY F.
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      DISTRICT OF DELAWARE
      824 NORTH MARKET STREET, 3RD FLOOR
      WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15212 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/25/2015                       David D. Bird, Clerk of Court

                                     /s/ Kimberly Murray
                                     _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 25, 2015.

# EXHIBIT B

```
TIME: 16:40:03                                    NORTEL NETWORKS INC.
DATE: 02/25/15                                     CREDITOR LISTING                                          PAGE:   1

Name                              Address
PERRY, ROY F.                     6719 WALKER CT LONGMONT CO 80503
ROY PERRY                         6719 WALKER COURT LONGMONT CO 80503
VONWIN CAPITAL MANAGEMENT, LP     TRANSFEROR: PERRY, ROY F. ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, LP     TRANSFEROR: ROY PERRY ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016

Total Number of Records Printed           4
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006