**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Re: Docket No. 15109** |
|  | ) |  |

**CERTIFICATION OF NO OBJECTION REGARDING SEVENTY-FIRST**
**MONTHLY APPLICATION OF ASHURST LLP, EUROPEAN COUNSEL FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM**
**ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**
**FOR SERVICES RENDERED DURING THE PERIOD FROM DECEMBER 1, 2014**
**THROUGH DECEMBER 31, 2014 [DOCKET NO. 15109] (NO ORDER REQUIRED)**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Seventy-First Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Ashurst LLP (the "Applicant") listed on <u>Exhibit A</u> attached hereto. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on <u>Exhibit A</u>.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation

Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and

one hundred percent (100%) of the expenses requested in the Application upon the filing of this

Certification of No Objection and without the need for entry of a Court order approving the

Application.

Dated: February 26, 2015
      Wilmington, Delaware

                                    */s/ Katherine Good*
                                  Christopher M. Samis (No. 4909)
                                  L. Katherine Good (No. 5101)
                                  Whiteford Taylor & Preston LLC
                                  The Renaissance Centre
                                  405 North King Street, Suite 500
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 353-4144
                                  Facsimile: (302) 661-7950

                                  -and-

                                  Fred S. Hodara, Esq.
                                  Akin Gump Strauss Hauer & Feld LLP
                                  One Bryant Park
                                  New York, New York 10036
                                  Telephone:  (212) 872-1000
                                  Facsimile:  (212) 872-1002

                                  Co-Counsel to the Official Committee of Unsecured
                                  Creditors of Nortel Networks Inc., *et al.*