## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 15109] | 12/1/14 - 12/31/14 | £12,449.50 (Fees)<br><br>£11.28 (Expenses) | £9,959.60 (Fees @ 80%)<br><br>£11.28 (Expenses @ 100%) | 2/2/15 | 2/23/15 |