IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | ) ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*, | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**JOINDER OF NORTEL AD HOC GROUP OF BONDHOLDERS TO
U.S. DEBTORS' SUPPLEMENTAL OBJECTION TO MOTION FOR ENTRY OF AN
<u>ORDER ALLOWING LATE-FILED CLAIMS</u>**

The ad hoc group of bondholders (the "<u>Bondholder Group</u>")[1] hereby joins in the U.S. Debtors' Supplemental Objection to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-petition for Entry of an Order Allowing Late Filed Claims [Docket No. 15216] (the "<u>Supplemental Objection</u>")[2] and respectfully requests that the Motion be denied with prejudice for the reasons set forth in the Supplemental Objection, as well as those set forth in the Bondholder Group's joinder, dated February 19, 2013 [Docket No. 9451], to the U.S. Debtors' initial objection to the Motion.

*[Remainder of page left intentionally blank.]*

---

[1] The Bondholder Group consists of entities that hold bonds issued or guaranteed by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc., and Nortel Networks Capital Corporation.

[2] Capitalized terms used but not otherwise defined herein shall of the meanings set forth in the Supplemental Objection.

DOCS_DE:198461.1

- 2 -

Dated: February 26, 2015

**PACHULSKI STANG ZIEHL & JONES LLP**

By: _/s/ Peter J. Keane_
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       pkeane@pszjlaw.com

       -and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**

Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Attorneys for Ad Hoc Group of Bondholders*