**Exhibit B**

# Invoice

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **26 February 2015**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **383757**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 2,454.50 |
| For the period 1 January 2015 to 31 January 2015, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 1.02 |
| | 0.00 | | 2,455.52 |
| | | VAT | 0.00 |
| | | Total | 2,455.52 |
| | | **Balance Due** | **2,455.52** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 383757 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.

# ashurst

The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2015

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Associate | Lindsey Roberts | 0.50 | 227.50 | (C0003) |
|  |  | 1.10 | 500.50 | (C0007) |
|  |  | 0.40 | 182.00 | (C0029) |
|  |  | 1.90 | 864.50 | (C0031) |
|  |  | **3.90** | **1,774.50** |  |
| Trainee | Nicole Lim | 0.80 | 160.00 | (C0003) |
|  |  | **0.80** | **160.00** |  |
| Trainee | Max Strasberg | 2.60 | 520.00 | (C0003) |
|  |  | **2.60** | **520.00** |  |
|  | **TOTAL** | **7.30** | **2,454.50** |  |

Matter: CCN01.00001 - BANKRUPTCY

## C0003  Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---:|---:|---:|
| **Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 0.50 | 455.00 | 227.50 |
| **Trainee** |  |  |  |  |
| NLIM | Nicole Lim | 0.80 | 200.00 | 160.00 |
|  |  |  | Total | **387.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/01/2015 | Lindsey Roberts | LETT | Emails to/from costs team, Brad Kahn and WI Plan re: fee/expenses estimates and fee application | 0.30 | 455.00 | 136.50 |
| 21/01/2015 | Lindsey Roberts | READ | Review of Fee Examiner report | 0.10 | 455.00 | 45.50 |
| 22/01/2015 | Nicole Lim | REVI | Reviewing pre-bill for December fee application and email to Costs re the same | 0.30 | 200.00 | 60.00 |
| 22/01/2015 | Nicole Lim | DRFT | Drafting December fee application | 0.40 | 200.00 | 80.00 |
| 27/01/2015 | Lindsey Roberts | INTD | Discussion with NLIM re: fee application | 0.10 | 455.00 | 45.50 |
| 27/01/2015 | Nicole Lim | INTD | Preparing monthly fee application and discussion with LROBER re the same | 0.10 | 200.00 | 20.00 |

387.50

### C0007     Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.10 | 455.00 | 500.50 |
| | | | Total | **500.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 22/01/2015 | Lindsey Roberts | PHON | UCC Weekly Call | 0.40 | 455.00 | 182.00 |
| 29/01/2015 | Lindsey Roberts | PHON | Weekly UCC call (including review of agenda and accompanying documents) | 0.70 | 455.00 | 318.50 |
| | | | | | | 500.50 |

# C0029     Intercompany Analysis

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 0.40 | 455.00 | 182.00 |
|  |  |  | Total | **182.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | Lindsey Roberts | READ | Review of email re: Rockster Patent Sale to RPX | 0.10 | 455.00 | 45.50 |
| 27/01/2015 | Lindsey Roberts | READ | Review of emails re: IP Address sale to Alibaba | 0.30 | 455.00 | 136.50 |
|  |  |  |  |  |  | 182.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>      <u>**European Proceedings/Matters**</u>

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---:|---:|---:|
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.90 | 455.00 | 864.50 |
| **Trainee** | | | | |
| MSTRAS | Max Strasberg | 2.60 | 200.00 | 520.00 |
| | | | Total | 1,384.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 30/01/2015 | Lindsey Roberts | CASE | Arranging for summary of the judgment; emails to/from Nortel team re the same | 0.50 | 455.00 | 227.50 |
| 30/01/2015 | Lindsey Roberts | LETT | Review and comments on summary of AG opinion & call with Max to discuss | 1.40 | 455.00 | 637.00 |
| 30/01/2015 | Max Strasberg | REVI | Reviewing and summarising AG decision in French and discussing with LROBER | 2.60 | 200.00 | 520.00 |
| | | | | | | 1,384.50 |