**Exhibit C**

**DISBURSEMENT SUMMARY**

**JANUARY 01, 2015 THROUGH JANUARY 31, 2015**

| Document Production | £1.02 |
|---|---:|
| **TOTAL** | **£1.02** |