**Exhibit D**

**Disbursements Detailed Breakdown**

Document Production 17 A4 sheets @ 0.06p per sheet                    1.02