**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 01, 2015 THROUGH JANUARY 31, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 3.90 | £1,774.00 |
| Nicole Lim | Trainee Solicitor; Dispute Resolution Group, London | £200 | 0.80 | £160.00 |
| Max Strasberg | Trainee Solicitor; Competition Group, London | £200 | 2.60 | £520.00 |
| **TOTAL** | | | **7.30** | **£2,454.50** |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 01, 2015 THROUGH JANUARY 31, 2015

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 1.30 | 387.50 |
| Creditors Committee Meetings | 1.10 | 500.50 |
| Intercompany Analysis | 0.40 | 182.00 |
| European Proceedings/Matters | 4.50 | 1,384.50 |
| **TOTAL** | **7.30** | **2,454.50** |