**EXHIBIT B**

Legal*13851397.2



**CASSELS BROCK**
LAWYERS

Cassels Brock LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

**OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA**

**INVOICE # 1956256**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| February 25, 2015 | 46992-00001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $ 61,897.00 |
| Disbursements | 125.93 |
| **Total Amount Due** | $ **62,022.93** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____
    Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____

Expiry Date: _____ Amount: _____

Cardholder Name:
_____

Signature:
_____

-2-

| CASSELS BROCK & BLACKWELL LLP | Invoice # 1956256 |
|---|---|
| The Official Committee of Unsecured Creditors | Matter # 46992-00001 |
| Re: Nortel Networks Inc, et al. | |

**Invoice Detail**

**TO PROFESSIONAL SERVICES RENDERED up to and including 01/31/15**

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 1/1/2015 | MWU | 3 | Prepare November, 2014 fee account. | 2.8 |
| 1/2/2015 | RP | 29 | Organize court filings and related documents for allocation trial. | 4.3 |
| 1/2/2015 | MWU | 31 | Review of lengthy Canadian court order regarding UKPC claims against Canadian debtors. | 3.3 |
| 1/2/2015 | MWU | 12 | Review summary/analysis of UKPC claims Canadian court decision and submissions by parties prepared for UCC advisors. | 1.4 |
| 1/3/2015 | MWU | 3 | Prepare December, 2014 fee account. | 2.2 |
| 1/3/2015 | MWU | 31 | Review news reports regarding Nortel proceedings, forward to UCC advisors with commentary, and email exchanges with advisors. | 0.4 |
| 1/3/2015 | MWU | 32 | Review of notice of appeal filed by Canadian Monitor in U.S. Court regarding U.S. PPI settlement decision. | 0.3 |
| 1/3/2015 | MWU | 24 | Review and analyze U.S. motion filed by Rockstar for lift of stay for third party discovery protocol regarding patent portfolio. | 1.1 |
| 1/3/2015 | MWU | 3 | Prepare November, 2014 fee application. | 2.2 |
| 1/4/2015 | MWU | 12 | Review U.S. court decision regarding approval of settlement of EMEA claims in U.S. estate. | 2.3 |
| 1/4/2015 | MWU | 12 | Review UCC advisor prepared summary of U.S. court decision regarding EMEA-US Debtors claims settlement. | 0.6 |
| 1/4/2015 | RJA | 31 | Review draft Canadian PPI appeal factum of ad hoc bondholder group. | 1.9 |
| 1/5/2015 | RSK | 12 | Review of draft Canadian PPI appeal factum of bondholders. | 0.9 |
| 1/5/2015 | RSK | 31 | Telephone attendance with bondholders' Canadian counsel regarding bondholder PPI factum. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*13652871.1

| | | | | |
|---|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | | Invoice # 1956256 | |
| The Official Committee of Unsecured Creditors | | | Matter # 46992-00001 | |
| Re: Nortel Networks Inc, et al. | | | | |

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 1/5/2015 | MWU | 31 | Review draft Canadian law factum by bondholders for appeal of Canadian PPI order. | 1.7 |
| 1/5/2015 | MWU | 31 | Correspondence and calls with UCC advisors and Canadian counsel for NNI regarding Canadian appeal proceeding. | 0.4 |
| 1/6/2015 | RSK | 31 | Review of revised appeal factum of Bondholders. | 0.6 |
| 1/6/2015 | MWU | 31 | Continue review of Canadian court decision regarding UKPC claims in Canadian estate. | 1 |
| 1/6/2015 | MWU | 31 | Review revised draft Canadian factum for bondholders for appeal of Canadian PPI decision, and forward to UCC advisors with commentary. | 0.7 |
| 1/8/2015 | RSK | 7 | Participated in Committee call. | 0.5 |
| 1/8/2015 | MWU | 31 | Prepare for Canadian proceeding update for UCC meeting. | 0.1 |
| 1/8/2015 | MWU | 7 | Attend on UCC call. | 0.5 |
| 1/8/2015 | MWU | 31 | Review bondholder group appeal book and book of authorities regarding Canadian PPI appeal. | 1.4 |
| 1/8/2015 | RJA | 7 | Participate in Committee call. | 0.5 |
| 1/8/2015 | RJA | 12 | Further review of bonds' Canadian PPI appeal factum. | 1.7 |
| 1/14/2015 | RSK | 12 | Review of Monitor's statement of issues on appeal from PPI settlement decision. | 0.2 |
| 1/14/2015 | MWU | 12 | Review court filings by Monitor regarding appeal of U.S. court decision regarding approval of EMEA claims settlement with U.S. estate, and reporting by Akin Gump regarding same. | 0.8 |
| 1/15/2015 | MWU | 31 | Confer with NNI's Canadian counsel regarding Canadian case issues. | 0.3 |
| 1/15/2015 | MWU | 12 | Review Canadian proceeding court orders regarding claims settlement and analyze Canadian claims to be resolved. | 0.8 |
| 1/17/2015 | RSK | 31 | Review of UKPC notice of motion for leave to appeal Canadian claims decision. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*15852671.1

CASSELS BROCK & BLACKWELL LLP  Invoice # 1956256
The Official Committee of Unsecured Creditors  Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 1/19/2015 | MWU | 31 | Review notice of appeal filed by UKPC in Canadian proceeding regarding Canadian court decision regarding UKPC claims against Canadian estate, and reporting to UCC advisors regarding same. | 1.2 |
| 1/21/2015 | RSK | 31 | Review of email correspondence from Akin Gump and exchanged email correspondence with M. Wunder regarding amended notice of motion by UKPC for leave to appeal. | 0.3 |
| 1/22/2015 | MWU | 12 | Review UKPC Canadian claims decision and assess UKPC notice of motion for leave to appeal regarding same, and prepare presentation to UCC. | 1.4 |
| 1/22/2015 | MWU | 7 | Attend on UCC call. | 0.4 |
| 1/22/2015 | MWU | 29 | Call with Akin Gump and Cassels regarding structuring issues regarding claims issues. | 0.4 |
| 1/22/2015 | MWU | 12 | Review and analyze filed reports and information relating to Canadian claims. | 1.4 |
| 1/22/2015 | RJA | 7 | Participate in Committee call. | 0.4 |
| 1/22/2015 | RJA | 12 | Telephone conversation with Akin Gump regarding Canadian pension claim issues. | 0.3 |
| 1/22/2015 | RJA | 12 | Analysis of Canadian pension claim issues. | 0.9 |
| 1/23/2015 | RSK | 31 | Review of notice of motion by Monitor/Canadian debtors to strike portions of Bondholders Canadian PPI decision appeal materials. | 0.8 |
| 1/23/2015 | MWU | 24 | Review Canadian motion record and. Monitor's report regarding sale of Internet protocol addresses to Alibaba, and assess court order with prior sales orders. | 0.8 |
| 1/23/2015 | MWU | 12 | Confer with R. Jacobs regarding Canadian claims analysis and review Capstone claims analysis. | 0.6 |
| 1/23/2015 | RJA | 31 | Review Monitor's Canadian proceeding motion to sell IP addresses to Alibaba subsidiary. | 0.7 |
| 1/24/2015 | RSK | 31 | Review of motion record of Monitor/Canadian Debtors regarding approval of IP address transaction. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*13352671.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1956256  
Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 1/26/2015 | MS | 12 | Confer with K. Taylor regarding analysis of Canadian claims issues including review of publicly filed documents and court reports. | 0.4 |
| 1/26/2015 | MS | 12 | Meet with M. Wunder and R. Jacobs regarding research and review regarding Canadian claims issues. | 0.5 |
| 1/26/2015 | RSK | 31 | Review of email correspondence from Akin Gump regarding Canadian debtors Canadian Alibaba IP address sale approval motion. | 0.2 |
| 1/26/2015 | MWU | 12 | Confer with R. Jacobs regarding Canadian claims issues and due diligence review. | 0.3 |
| 1/26/2015 | MWU | 12 | Review court documents in Canadian proceeding regarding claims and claims status including Canadian pension plans. | 1.8 |
| 1/26/2015 | RJA | 12 | Work on detailed analysis of Canadian pension claim issues. | 1.9 |
| 1/27/2015 | MS | 12 | Call with M. Wunder regarding research and review regarding Canadian claims issues. | 0.4 |
| 1/27/2015 | MS | 12 | Research and review regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 3.2 |
| 1/27/2015 | KRT | 19 | Due diligence regarding Canadian pension wind up and deficiency claim issues. | 0.5 |
| 1/27/2015 | HFE | 12 | Research and review regarding Canadian claims issues including review of publicly filed documents and court reports. | 3.6 |
| 1/27/2015 | HFE | 12 | Meet with M. Sassi to discuss research and review regarding Canadian claims issues. | 0.6 |
| 1/27/2015 | HFE | 12 | Meet with M. Sassi to discuss findings regarding Canadian claims analysis. | 0.5 |
| 1/27/2015 | MWU | 12 | Call with Cassels lawyers and others to discuss Canadian claims issues including pension related claims. | 0.6 |
| 1/27/2015 | MWU | 12 | Review and analyze reports and court filings regarding Canadian claims issues. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*13852871.1

CASSELS BROCK & BLACKWELL LLP  Invoice # 1956256
The Official Committee of Unsecured Creditors  Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 1/27/2015 | RJA | 12 | Continued analysis regarding Canadian pension claim issues. | 1.3 |
| 1/28/2015 | RSK | 31 | Further review of Monitor/Canadian Debtors motion to strike portion of bondholders' Canadian PPI decision appeal material. | 0.5 |
| 1/28/2015 | RSK | 29 | Review of email correspondence regarding Canadian pension claims. | 0.3 |
| 1/28/2015 | MWU | 12 | Review summary of Canadian pension claims issues and consider additional due diligence. | 0.8 |
| 1/28/2015 | MWU | 12 | Email correspondence with UCC advisors regarding Canadian claims questions and analysis of case issues, and confer with Cassels lawyers. | 0.7 |
| 1/28/2015 | MWU | 31 | Review notice of motion by Monitor and Canadian debtors regarding bondholders' appeal of Canadian PPI decision, and prepare update summary for UCC presentation. | 1 |
| 1/28/2015 | RJA | 31 | Review motion record from Monitor regarding Canadian motion to strike bonds' appeal record. | 0.7 |
| 1/28/2015 | RJA | 31 | Email correspondence with UCC advisors regarding Monitor motion record to strike portion of bonds' Canadian appeal record. | 0.4 |
| 1/28/2015 | RJA | 29 | Analysis of Canadian pension issues and claims. | 1.9 |
| 1/29/2015 | SAH | 31 | Review of motion materials of the Monitor to strike portion of bondholders' Canadian appeal material, and analyze Canadian tests for appeal. | 3.6 |
| 1/29/2015 | SAH | 31 | Conducting legal research regarding Canadian appeal issues. | 2.9 |
| 1/29/2015 | MS | 12 | Research and review regarding Canadian claims issues including review of publicly filed documents. | 1.7 |
| 1/29/2015 | RSK | 12 | Exchange email correspondence with Cassels Brock lawyers regarding Canadian claims analysis. | 0.4 |
| 1/29/2015 | RSK | 31 | Exchange email correspondence with S. Holland regarding issues on Monitor's Canadian motion to strike in Canadian appeal. | 0.3 |
| 1/29/2015 | RSK | 31 | Exchange email correspondence with UCC advisors regarding Monitor's Canadian motion to strike. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*13852871.1

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 1956256
The Official Committee of Unsecured Creditors  Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 1/29/2015 | RSK | 7 | Participated in Committee call. | 0.8 |
| 1/29/2015 | MWU | 31 | Email correspondence with Cassels lawyers and Akin Gump regarding Monitor motion in Canadian PPI appeal proceeding to strike portion of bondholders' appeal material. | 0.4 |
| 1/29/2015 | MWU | 7 | Preparation for presentation of Canadian case status for UCC call. | 0.3 |
| 1/29/2015 | MWU | 7 | Attend on UCC call. | 0.8 |
| 1/29/2015 | MWU | 12 | Confer with Cassels lawyers regarding Canadian claims issues, and analysis of Canadian claims. | 1.2 |
| 1/29/2015 | RJA | 7 | Participate in Committee call. | 0.8 |
| 1/29/2015 | RJA | 12 | Detailed analysis of Canadian pension claim issues. | 2.4 |
| 1/30/2015 | SAH | 31 | Discussion with G. Shaw regarding Canadian PPI appeal. | 0.2 |
| 1/30/2015 | MS | 12 | Research and review regarding Canadian claims issues including review of publicly filed documents. | 1.1 |
| 1/30/2015 | MS | 12 | Prepare for and attend on call with Cassels lawyers regarding Canadian claims issues and analysis. | 0.8 |
| 1/30/2015 | KRT | 12 | Review Canadian pension issues including deficiency claim. | 0.5 |
| 1/30/2015 | RSK | 12 | Conference call with Cassels team regarding Canadian creditor claims and pension issues. | 0.7 |
| 1/30/2015 | MWU | 12 | Attend on call with Cassels lawyers to discuss Canadian pension claims issues. | 0.7 |
| 1/30/2015 | RJA | 29 | Meeting/call with CBB team regarding Canadian pension issues and claims. | 0.7 |
| 1/30/2015 | RJA | 12 | Conduct analysis on Canadian pension claims. | 1.9 |
| | | | | **91.3** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*5852671.1

-8-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1956256  
Matter # 46992-00001

**Time Summary**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Hilary Fender | Student | Students | | 4.7 | $175.00 | $822.50 |
| Kristin Taylor | Partner | Employment/ Labour | Ontario - 1995 | 1.0 | $825.00 | $825.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 39.9 | $795.00 | $31,720.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 8.1 | $390.00 | $3,159.00 |
| Rose Plue | Law Clerk | Advocacy | | 4.3 | $320.00 | $1,376.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 18.4 | $750.00 | $13,800.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 8.2 | $900.00 | $7,380.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 6.7 | $420.00 | $2,814.00 |
| | | | | | | |
| **TOTAL** | | | | **91.3** | **CDN.** | **$61,897.00** |

**TOTAL PROFESSIONAL FEES**  $ 61,897.00

**Non-Taxable Disbursements**

   Copies                                                          122.20  
   Binding, Tabs, Disks, etc                    3.73  
   **Total Disbursements**                    125.93  
**Total Disbursements and Tax**                             **125.93**

**Total Fees, Disbursements & Tax**  $  **62,022.93** CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*13852671.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1956256  
Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 7.2 | $5,724.00 |
| 0007 | Creditors Committee Meetings | 5.0 | $4,035.00 |
| 0012 | General Claims Analysis/Claims Objections | 42.1 | $27,053.00 |
| 0019 | Labour Issues/Employee Benefits | 0.5 | $412.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.9 | $1,510.50 |
| 0029 | Intercompany Analysis | 7.6 | $3,914.00 |
| 0031 | Canadian Proceedings/Matters | 26.7 | $19,009.50 |
| 0032 | U.S Proceedings/Matters | 0.3 | $238.50 |
| **TOTAL** | | **91.3** | **$ 61,897.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*15852671.1

CASSELS BROCK & BLACKWELL LLP           Invoice # 1956256
The Official Committee of Unsecured Creditors    Matter # 46992-00001
Re: Nortel Networks Inc, et al.

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 1/5/2015 | Copies | 2 | 0.20 |
| 1/5/2015 | Copies | 3 | 0.30 |
| 1/5/2015 | Copies | 3 | 0.30 |
| 1/5/2015 | Copies | 3 | 0.30 |
| 1/5/2015 | Copies | 2 | 0.20 |
| 1/5/2015 | Copies | 39 | 3.90 |
| 1/5/2015 | Copies | 2 | 0.20 |
| 1/5/2015 | Copies | 39 | 3.90 |
| 1/6/2015 | Copies | 3 | 0.30 |
| 1/6/2015 | Copies | 2 | 0.20 |
| 1/6/2015 | Copies | 42 | 4.20 |
| 1/6/2015 | Copies | 39 | 3.90 |
| 1/6/2015 | Copies | 2 | 0.20 |
| 1/7/2015 | Copies | 42 | 4.20 |
| 1/7/2015 | Copies | 2 | 0.20 |
| 1/7/2015 | Copies | 11 | 1.10 |
| 1/8/2015 | Copies | 30 | 3.00 |
| 1/8/2015 | Copies | 3 | 0.30 |
| 1/8/2015 | Copies | 4 | 0.40 |
| 1/8/2015 | Copies | 2 | 0.20 |
| 1/8/2015 | Copies | 2 | 0.20 |
| 1/8/2015 | Copies | 2 | 0.20 |
| 1/8/2015 | Copies | 2 | 0.20 |
| 1/8/2015 | Copies | 8 | 0.80 |
| 1/8/2015 | Copies | 11 | 1.10 |
| 1/8/2015 | Copies | 5 | 0.50 |
| 1/8/2015 | Copies | 11 | 1.10 |
| 1/8/2015 | Copies | 18 | 1.80 |
| 1/8/2015 | Copies | 42 | 4.20 |
| 1/8/2015 | Binding, Tabs, Disks, etc | 1 | 3.73 |
| 1/9/2015 | Copies | 10 | 1.00 |
| 1/9/2015 | Copies | 10 | 1.00 |
| 1/9/2015 | Copies | 10 | 1.00 |
| 1/12/2015 | Copies | 10 | 1.00 |
| 1/12/2015 | Copies | 13 | 1.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*1585287.1

| | CASSELS BROCK & BLACKWELL LLP | | Invoice # 1956256 |
|---|---|---|---|
| | The Official Committee of Unsecured Creditors | | Matter # 46992-00001 |
| | Re: Nortel Networks Inc, et al. | | |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 1/12/2015 | Copies | 11 | 1.10 |
| 1/12/2015 | Copies | 13 | 1.30 |
| 1/12/2015 | Copies | 12 | 1.20 |
| 1/13/2015 | Copies | 8 | 0.80 |
| 1/13/2015 | Copies | 8 | 0.80 |
| 1/13/2015 | Copies | 13 | 1.30 |
| 1/13/2015 | Copies | 2 | 0.20 |
| 1/13/2015 | Copies | 8 | 0.80 |
| 1/14/2015 | Copies | 11 | 1.10 |
| 1/14/2015 | Copies | 2 | 0.20 |
| 1/14/2015 | Copies | 12 | 1.20 |
| 1/14/2015 | Copies | 53 | 5.30 |
| 1/16/2015 | Copies | 2 | 0.20 |
| 1/16/2015 | Copies | 3 | 0.30 |
| 1/16/2015 | Copies | 16 | 1.60 |
| 1/16/2015 | Copies | 42 | 4.20 |
| 1/16/2015 | Copies | 3 | 0.30 |
| 1/16/2015 | Copies | 3 | 0.30 |
| 1/19/2015 | Copies | 7 | 0.70 |
| 1/19/2015 | Copies | 3 | 0.30 |
| 1/20/2015 | Copies | 3 | 0.30 |
| 1/20/2015 | Copies | 10 | 1.00 |
| 1/20/2015 | Copies | 3 | 0.30 |
| 1/20/2015 | Copies | 3 | 0.30 |
| 1/20/2015 | Copies | 7 | 0.70 |
| 1/21/2015 | Copies | 2 | 0.20 |
| 1/21/2015 | Copies | 2 | 0.20 |
| 1/21/2015 | Copies | 28 | 2.80 |
| 1/22/2015 | Copies | 15 | 1.50 |
| 1/22/2015 | Copies | 2 | 0.20 |
| 1/22/2015 | Copies | 25 | 2.50 |
| 1/22/2015 | Copies | 6 | 0.60 |
| 1/22/2015 | Copies | 2 | 0.20 |
| 1/22/2015 | Copies | 10 | 1.00 |
| 1/22/2015 | Copies | 10 | 1.00 |
| 1/22/2015 | Copies | 3 | 0.30 |
| 1/22/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*13852871.1

Case 09-10138-MFW    Doc 15241-3    Filed 02/26/15    Page 13 of 14

-12-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1956256  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 1/22/2015 | Copies | 23 | 2.30 |
| 1/22/2015 | Copies | 10 | 1.00 |
| 1/22/2015 | Copies | 2 | 0.20 |
| 1/22/2015 | Copies | 10 | 1.00 |
| 1/23/2015 | Copies | 2 | 0.20 |
| 1/23/2015 | Copies | 55 | 5.50 |
| 1/26/2015 | Copies | 23 | 2.30 |
| 1/26/2015 | Copies | 2 | 0.20 |
| 1/26/2015 | Copies | 2 | 0.20 |
| 1/26/2015 | Copies | 4 | 0.40 |
| 1/27/2015 | Copies | 55 | 5.50 |
| 1/27/2015 | Copies | 23 | 2.30 |
| 1/27/2015 | Copies | 24 | 2.40 |
| 1/27/2015 | Copies | 7 | 0.70 |
| 1/27/2015 | Copies | 7 | 0.70 |
| 1/27/2015 | Copies | 2 | 0.20 |
| 1/27/2015 | Copies | 5 | 0.50 |
| 1/27/2015 | Copies | 42 | 4.20 |
| 1/27/2015 | Copies | 15 | 1.50 |
| 1/28/2015 | Copies | 5 | 0.50 |
| 1/28/2015 | Copies | 2 | 0.20 |
| 1/28/2015 | Copies | 3 | 0.30 |
| 1/28/2015 | Copies | 20 | 2.00 |
| 1/28/2015 | Copies | 20 | 2.00 |
| 1/28/2015 | Copies | 5 | 0.50 |
| 1/28/2015 | Copies | 5 | 0.50 |
| 1/28/2015 | Copies | 2 | 0.20 |
| 1/28/2015 | Copies | 3 | 0.30 |
| 1/29/2015 | Copies | 2 | 0.20 |
| 1/29/2015 | Copies | 20 | 2.00 |
| 1/29/2015 | Copies | 7 | 0.70 |
| 1/30/2015 | Copies | 2 | 0.20 |
| 1/30/2015 | Copies | 2 | 0.20 |
| 1/30/2015 | Copies | 5 | 0.50 |
| 1/30/2015 | Copies | 4 | 0.40 |
| 1/30/2015 | Copies | 6 | 0.60 |
| 1/30/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*13852671.1

| | CASSELS BROCK & BLACKWELL LLP | Invoice # 1956256 |
| | The Official Committee of Unsecured Creditors | Matter # 46992-00001 |
| | Re: Nortel Networks Inc, et al. | |

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| | **Total** | | $ 125.93 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*1585287.1