# EXHIBIT C

Legal*13851397.2

## DISBURSEMENT SUMMARY
## DECEMBER 1 TO DECEMBER 31, 2013
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>
  Copies      $   122.20
  Binding, Tabs, Disks, etc.      <u>$     3.73</u>

Total Non-Taxable Disbursements      **$   125.93 CDN.**