**EXHIBIT D**

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1956256  
Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 1/5/2015 | Copies | 2 | 0.20 |
| 1/5/2015 | Copies | 3 | 0.30 |
| 1/5/2015 | Copies | 3 | 0.30 |
| 1/5/2015 | Copies | 3 | 0.30 |
| 1/5/2015 | Copies | 2 | 0.20 |
| 1/5/2015 | Copies | 39 | 3.90 |
| 1/5/2015 | Copies | 2 | 0.20 |
| 1/5/2015 | Copies | 39 | 3.90 |
| 1/6/2015 | Copies | 3 | 0.30 |
| 1/6/2015 | Copies | 2 | 0.20 |
| 1/6/2015 | Copies | 42 | 4.20 |
| 1/6/2015 | Copies | 39 | 3.90 |
| 1/6/2015 | Copies | 2 | 0.20 |
| 1/7/2015 | Copies | 42 | 4.20 |
| 1/7/2015 | Copies | 2 | 0.20 |
| 1/7/2015 | Copies | 11 | 1.10 |
| 1/8/2015 | Copies | 30 | 3.00 |
| 1/8/2015 | Copies | 3 | 0.30 |
| 1/8/2015 | Copies | 4 | 0.40 |
| 1/8/2015 | Copies | 2 | 0.20 |
| 1/8/2015 | Copies | 2 | 0.20 |
| 1/8/2015 | Copies | 2 | 0.20 |
| 1/8/2015 | Copies | 2 | 0.20 |
| 1/8/2015 | Copies | 8 | 0.80 |
| 1/8/2015 | Copies | 11 | 1.10 |
| 1/8/2015 | Copies | 5 | 0.50 |
| 1/8/2015 | Copies | 11 | 1.10 |
| 1/8/2015 | Copies | 18 | 1.80 |
| 1/8/2015 | Copies | 42 | 4.20 |
| 1/8/2015 | Binding, Tabs, Disks, etc | 1 | 3.73 |
| 1/9/2015 | Copies | 10 | 1.00 |
| 1/9/2015 | Copies | 10 | 1.00 |
| 1/9/2015 | Copies | 10 | 1.00 |
| 1/12/2015 | Copies | 10 | 1.00 |
| 1/12/2015 | Copies | 13 | 1.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*19852671.1

CASSELS BROCK & BLACKWELL LLP  Invoice # 1956256
The Official Committee of Unsecured Creditors  Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 1/12/2015 | Copies | 11 | 1.10 |
| 1/12/2015 | Copies | 13 | 1.30 |
| 1/12/2015 | Copies | 12 | 1.20 |
| 1/13/2015 | Copies | 8 | 0.80 |
| 1/13/2015 | Copies | 8 | 0.80 |
| 1/13/2015 | Copies | 13 | 1.30 |
| 1/13/2015 | Copies | 2 | 0.20 |
| 1/13/2015 | Copies | 8 | 0.80 |
| 1/14/2015 | Copies | 11 | 1.10 |
| 1/14/2015 | Copies | 2 | 0.20 |
| 1/14/2015 | Copies | 12 | 1.20 |
| 1/14/2015 | Copies | 53 | 5.30 |
| 1/16/2015 | Copies | 2 | 0.20 |
| 1/16/2015 | Copies | 3 | 0.30 |
| 1/16/2015 | Copies | 16 | 1.60 |
| 1/16/2015 | Copies | 42 | 4.20 |
| 1/16/2015 | Copies | 3 | 0.30 |
| 1/16/2015 | Copies | 3 | 0.30 |
| 1/19/2015 | Copies | 7 | 0.70 |
| 1/19/2015 | Copies | 3 | 0.30 |
| 1/20/2015 | Copies | 3 | 0.30 |
| 1/20/2015 | Copies | 10 | 1.00 |
| 1/20/2015 | Copies | 3 | 0.30 |
| 1/20/2015 | Copies | 3 | 0.30 |
| 1/20/2015 | Copies | 7 | 0.70 |
| 1/21/2015 | Copies | 2 | 0.20 |
| 1/21/2015 | Copies | 2 | 0.20 |
| 1/21/2015 | Copies | 28 | 2.80 |
| 1/22/2015 | Copies | 15 | 1.50 |
| 1/22/2015 | Copies | 2 | 0.20 |
| 1/22/2015 | Copies | 25 | 2.50 |
| 1/22/2015 | Copies | 6 | 0.60 |
| 1/22/2015 | Copies | 2 | 0.20 |
| 1/22/2015 | Copies | 10 | 1.00 |
| 1/22/2015 | Copies | 10 | 1.00 |
| 1/22/2015 | Copies | 3 | 0.30 |
| 1/22/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*15852874.1

-12-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1956256  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 1/22/2015 | Copies | 23 | 2.30 |
| 1/22/2015 | Copies | 10 | 1.00 |
| 1/22/2015 | Copies | 2 | 0.20 |
| 1/22/2015 | Copies | 10 | 1.00 |
| 1/23/2015 | Copies | 2 | 0.20 |
| 1/23/2015 | Copies | 55 | 5.50 |
| 1/26/2015 | Copies | 23 | 2.30 |
| 1/26/2015 | Copies | 2 | 0.20 |
| 1/26/2015 | Copies | 2 | 0.20 |
| 1/26/2015 | Copies | 4 | 0.40 |
| 1/27/2015 | Copies | 55 | 5.50 |
| 1/27/2015 | Copies | 23 | 2.30 |
| 1/27/2015 | Copies | 24 | 2.40 |
| 1/27/2015 | Copies | 7 | 0.70 |
| 1/27/2015 | Copies | 7 | 0.70 |
| 1/27/2015 | Copies | 2 | 0.20 |
| 1/27/2015 | Copies | 5 | 0.50 |
| 1/27/2015 | Copies | 42 | 4.20 |
| 1/27/2015 | Copies | 15 | 1.50 |
| 1/28/2015 | Copies | 5 | 0.50 |
| 1/28/2015 | Copies | 2 | 0.20 |
| 1/28/2015 | Copies | 3 | 0.30 |
| 1/28/2015 | Copies | 20 | 2.00 |
| 1/28/2015 | Copies | 20 | 2.00 |
| 1/28/2015 | Copies | 5 | 0.50 |
| 1/28/2015 | Copies | 5 | 0.50 |
| 1/28/2015 | Copies | 2 | 0.20 |
| 1/28/2015 | Copies | 3 | 0.30 |
| 1/29/2015 | Copies | 2 | 0.20 |
| 1/29/2015 | Copies | 20 | 2.00 |
| 1/29/2015 | Copies | 7 | 0.70 |
| 1/30/2015 | Copies | 2 | 0.20 |
| 1/30/2015 | Copies | 2 | 0.20 |
| 1/30/2015 | Copies | 5 | 0.50 |
| 1/30/2015 | Copies | 4 | 0.40 |
| 1/30/2015 | Copies | 6 | 0.60 |
| 1/30/2015 | Copies | 2 | 0.20 |

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1956256  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
|      | **Total** |          | $ 125.93 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*15852871.1