**EXHIBIT E**

Legal*13851397.2

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD JANUARY 1, 2015 THROUGH JANUARY 31, 2015
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Hilary Fender | Student | Students | | 4.7 | $175.00 | $822.50 |
| Kristin Taylor | Partner | Employment/Labour | Ontario - 1995 | 1.0 | $825.00 | $825.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 42.2 | $795.00 | $33,549.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 8.1 | $390.00 | $3,159.00 |
| Rose Plue | Law Clerk | Advocacy | | 4.3 | $320.00 | $1,376.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 18.4 | $750.00 | $13,800.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 8.2 | $900.00 | $7,380.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 6.7 | $420.00 | $2,814.00 |
| | | | | | | |
| TOTAL | | | | 91.3 | CDN. | $61,897.00 |