IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,                             :    Case No. 09-10138 (KG)
                                                            :    Jointly Administered
                    Debtors.                                :
                                                            :
                                                            :    **Related Docket No. 15234**
                                                            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 26th day of February, 2015, I caused a true and correct copy of the following document to be served upon the parties on the attached service list in the manner indicated thereon:

> **Joinder of Nortel Ad Hoc Group of Bondholders to U.S. Debtors' Supplemental Objection to Motion for Entry of an Order Allowing Late-Filed Claims.**

_____
Peter J. Keane (Bar No. 5503)

DOCS_DE:189885.5 61026/001

**Nortel – Special Service List**
Case No. 09-10138 (KG)
Document No. 198462
13 – Electronic Delivery

**Electronic Delivery**
dabbott@mnat.com
acordo@mnat.com
(Counsel for the Debtors and Debtors in Possession)
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP

**Electronic Delivery**
mark.kenney@usdoj.gov
Mark Kenney, Esq.
Office of the U.S. Trustee

**Electronic Delivery**
csamis@wtplaw.com
kgood@wtplaw.com
Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston

**Electronic Delivery**
mparthum@cgsh.com
jrosenthal@cgsh.com
lschweitzer@cgsh.com
Michelle J. Parthum, Esq.
Jeffrey A. Rosenthal, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP

**Electronic Delivery**
fhodara@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
Fred S. Hodara, Esq.
David H. Botter, Esq.
Abid Qureshi, Esq.
Akin Gump Strauss Hauer & Feld

**Electronic Delivery**
rmersky@monlaw.com
Rachel Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.

**Electronic Delivery**
tkreller@milbank.com
Thomas Kreller, Esq.
Milbank Tweed Hadley & McCloy LLP