**Exhibit B**

**Exhibit B**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Fida,Saira (US013597236) | Taxi: Car service from client office to the airport \\Client Office to Airport | 1/14/2015 | 17.31 |
| Fida,Saira (US013597236) | Taxi: Working at client - Car service home from the airport\\MIA airport to Home | 1/15/2015 | 42.00 |
| Fida,Saira (US013597236) | Air: Working at client - Economy Class - Flight Invoice Booking Reference RHTLUF Trip ID 11662521559 Booking Number RHTLUF-1S\\RHTLUF | 1/7/2015 | 481.20 |
| Fida,Saira (US013597236) | Dinner: Working at client - Dinner while traveling | 1/12/2015 | 21.34 |
| Fida,Saira (US013597236) | Dinner: Working at client - Dinner while at client | 1/13/2015 | 13.92 |
| Fida,Saira (US013597236) | Taxi: Working at client - Car service to the airport\\Office to Airport | 1/20/2015 | 12.80 |
| Fida,Saira (US013597236) | Dinner: Working at client - dinner while at client | 1/14/2015 | 2.03 |
| Fida,Saira (US013597236) | Lodge: Working at client - Hotel room and breakfast charged to the room daily for two nights. \\RHTLUF | 1/15/2015 | 505.86 |
| Fida,Saira (US013597236) | Air: Working at client - Flight - Online ticket Fee Invoice Booking Reference RHTLUF Trip ID 11662521559 Booking Number RHTLUF-1S \\RHTLUF | 1/7/2015 | 7.00 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from Nortel offices | 1/7/2015 | 12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from nortel\\home to/from nortel | 1/19/2015 | 12.65 |
| Wood,Jeffrey T (US013081390) | CellPhnExp: Required for client service for internet service while traveling | 1/14/2015 | 347.90 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 1/19/2015 | 16.10 |
| Wood,Jeffrey T (US013081390) | CellPhnExp: Required for client services | 1/19/2015 | 137.68 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location for a meeting. The origin was the EY office and the destination was Research Triangle Park.\\EY Office; RTP | 1/20/2015 | 16.10 |
| Kenny,John Michael (US013191545) | Air: Economy Class: Client Meeting in Raleigh,North Carolina\\SEYMEW | 1/7/2015 | 7.00 |
| Kenny,John Michael (US013191545) | Air: Economy Class: Client Meeting in Raleigh,North Carolina\\SEYMEW | 1/7/2015 | 359.58 |
| Kenny,John Michael (US013191545) | Airport Parking: Client Meeting in Raleigh,North Carolina | 1/14/2015 | 22.00 |
| Kenny,John Michael (US013191545) | Lodge: Client Meeting in Raleigh,North Carolina\\SEYMEW | 1/15/2015 | 148.69 |
| Kenny,John Michael (US013191545) | Brkft: Client Meeting in Raleigh,North Carolina | 1/14/2015 | 16.47 |
| Kenny,John Michael (US013191545) | Taxi: Client Meeting in Raleigh,North Carolina\\Airport to Hotel | 1/13/2015 | 37.74 |
| Quigley,Nicholas W. (US012838221) | Parking: Parking at airport during trip to NC for Nortel meeting. | 1/14/2015 | 42.00 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Quigley,Nicholas W. (US012838221) | Air: Economy class: Nortel flight to Raleigh for Nortel meeting in January\\OK | 12/26/2014 | 740.28 |
| Quigley,Nicholas W. (US012838221) | Mileage: Nortel roundtrip mileage to/from airport\\EY Detroit /DTW /Home | 1/14/2015 | 25.88 |
| Quigley,Nicholas W. (US012838221) | Brkft: Nortel Breakfast | 1/14/2015 | 9.88 |
| Quigley,Nicholas W. (US012838221) | Air: Nortel AMEX fee\\OKBDLV | 12/26/2014 | 7.00 |
| Quigley,Nicholas W. (US012838221) | Lodge: Nortel Lodging\\OKBDLV | 1/16/2015 | 148.69 |
| Tilmann,Saul D (US012384492) | Taxi: Raleigh / Detroit Trip\\airport to hotel. | 1/13/2015 | 38.52 |
| Tilmann,Saul D (US012384492) | Lodge: Raleigh / Detroit Trip. DURHAM MARRIOTT CITY CENTER booking fee. | 1/11/2015 | 3.95 |
| Tilmann,Saul D (US012384492) | Lodge: Raleigh /Detroit Trip. DURHAM MARRIOTT CITY CENTER 17966046\\O | 1/11/2015 | 148.69 |
| | | Totals | 3,402.91 |