**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: TBD |

**NOTICE OF TWENTY-FOURTH INTERIM FEE APPLICATION REQUEST**

Name of Applicant:  Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:  November 1, 2014 through January 31, 2015[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $295,694.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $1,543.36

This is (a)n:  _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's November and December 2014 and January 2015 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 01/09/2015 Docket No. 15033 | 11/1/2014 to 11/30/2014 | $47,487.00 | $0.00 | $37,989.60 | $0.00 | $9,497.40 |
| Date Filed 02/12/2015 Docket No. 15170 | 12/1/2014 to 12/31/2014 | $74,892.00 | $1,511.03 | Pending Obj. Deadline $59,913.60 | Pending Obj. Deadline $1,511.03 | $14,978.40 |
| Date Filed 02/25/2015 Docket No. 15230 | 1/1/2015 to 1/31/2015 | $173,315.50 | $32.33 | Pending Obj. Deadline $138,652.40 | Pending Obj. Deadline $32.33 | $34,663.10 |
| **TOTALS:** | | $295,694.50 | $1,543.36 | $236,555.60 | $1,543.36 | $59,138.90 |

Summary of any Objections to Fee Applications:  None.

Dated: February 26, 2015
      New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*