**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                        )
In re:                                  )   Chapter 11
                                        )   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]        )   Jointly Administered
                                        )
            Debtors.                    )   **Hearing Date**: TBD
_____  )


# NOTICE OF TWENTY-FOURTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | November 1, 2014 through January 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary | £22,390.50 (US $34,481.37)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £24.84 (US $38.25)[3] |

This is (a)n:  X  interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.54 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.54 as published by Bloomberg.com on the date of this application.

39940199

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/18/2014 Docket No. 14956 | 11/01/2014 – 11/30/2014 | £7,486.50 | £12.54 | £5,989.20 | £12.54 | £1,497.30 |
| Date Filed: 02/02/2015 Docket No. 15109 | 12/01/2014 – 12/31/2014 | £12,449.50 | £11.28 | £9,959.60 | £11.28 | £2,489.90 |
| Date Filed: 02/26/2015 Docket No. 15240 | 01/01/2015 – 01/31/2015 | £2,454.50 | £1.02 | £1,963.60 | £1.02 | £490.90 |
| **TOTALS:** | | **£22,390.50** | **£24.84** | **£17,912.40** | **£24.84** | **£4,478.10** |

Summary of any Objections to Fee Applications: None.

Dated: February 27, 2015
London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

39940199