# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 1, 2015 THROUGH JANUARY 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 0.10 | $125.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 15.30 | $9,385.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 3.00 | $2,365.50 |
| Retention of Professionals | 8.80 | $6,930.50 |
| Creditors' Committee Meetings | 24.90 | $21,217.00 |
| Court Hearings | 3.10 | $2,601.50 |
| Financial Reports and Analysis | 0.70 | $669.50 |
| General Claims Analysis/Claims Objections | 55.00 | $43,260.50 |
| Canadian Proceedings/Matters | 14.80 | $13,837.50 |
| Lift Stay Litigation | 5.30 | $4,526.00 |
| Labor Issues/Employee Benefits | 43.50 | $33,887.50 |
| Plan, Disclosure Statement & Plan Related Documentation | 32.20 | $33,781.50 |
| Intercompany Analysis | 10.80 | $9,867.50 |
| Intellectual Property | 1.10 | $1,032.50 |
| **TOTAL** | **218.60** | **$183,487.50** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

Invoice Number 1585781
Invoice Date 02/23/15
Client Number 687147
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.10 | $125.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 15.30 | $9,385.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 3.00 | $2,365.50 |
| 0006 | Retention of Professionals | 8.80 | $6,930.50 |
| 0007 | Creditors Committee Meetings | 24.90 | $21,217.00 |
| 0008 | Court Hearings | 3.10 | $2,601.50 |
| 0009 | Financial Reports and Analysis | 0.70 | $669.50 |
| 0012 | General Claims Analysis/Claims Objections | 55.00 | $43,260.50 |
| 0014 | Canadian Proceedings/Matters | 14.80 | $13,837.50 |
| 0016 | Lift Stay Litigation | 5.30 | $4,526.00 |
| 0019 | Labor Issues/Employee Benefits | 43.50 | $33,887.50 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 32.20 | $33,781.50 |
| 0029 | Intercompany Analysis | 10.80 | $9,867.50 |
| 0031 | European Proceedings/Matters | 1.10 | $1,032.50 |
| | TOTAL | 218.60 | $183,487.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 2
Invoice Number: 1585781  February 23, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/12/15 | FSH | 0002 | Email w/ M. Fagen re pending matters. | 0.10 |
| 01/05/15 | MCF | 0003 | Review and edit prebill for confidentiality and privilege. | 1.20 |
| 01/07/15 | FSH | 0003 | Review December billing materials. | 0.40 |
| 01/12/15 | MCF | 0003 | Review and edit prebills for confidentiality and privilege. | 1.20 |
| 01/14/15 | FSH | 0003 | Examine report of fee examiner (.1) and communications w/ M. Fagen, B. Kahn, D. Botter re same (.1). | 0.20 |
| 01/14/15 | MCF | 0003 | Review fee examiner preliminary report (.5) and emails with team re same (.1). | 0.60 |
| 01/16/15 | FSH | 0003 | Analyze draft fee response and communications w/ D. Botter and M. Fagen re same. | 0.20 |
| 01/16/15 | MCF | 0003 | Draft response to fee examiner preliminary report (.7); email same to B. Kahn (.1); email to F. Hodara and D. Botter (.1). | 0.90 |
| 01/20/15 | FSH | 0003 | Finalize response to fee examiner. | 0.10 |
| 01/20/15 | MCF | 0003 | Draft November (1.2) and December (.9) fee applications; emails re next fee hearing (.2). Edit draft response to fee examiner (.2); email with B. Kahn re same (.1) and email to F. Hodara and D. Botter re same (.1). | 2.70 |
| 01/21/15 | BMK | 0003 | Review and comment on November and December fee applications | 0.50 |
| 01/22/15 | JRW | 0003 | Prepare schedules for November and December monthly fee statements (2.2); pull requested documents for M. Fagen (.4). | 2.60 |
| 01/23/15 | MCF | 0003 | Review November and December fee schedules (1.2); prepare November and December fee applications for F. Hodara (.8); review fee examiner final report re Akin Gump 23rd interim application (.1) and email same to team (.1). | 2.20 |
| 01/26/15 | FSH | 0003 | Review November and December fee apps (1.1); confer with M. Fagen re same (.2). | 1.30 |
| 01/26/15 | MCF | 0003 | Confer with F. Hodara re fee applications (.2); prepare November fee application for filing (.4); edit December fee application (.3); prepare same for filing (.3). | 1.20 |
| 01/13/15 | FSH | 0004 | Examine fee application. | 0.10 |
| 01/20/15 | FSH | 0004 | Review fee app of advisor and communications w/ Cleary, M. Fagen re same (.3). Review examiner reports (.2). | 0.50 |
| 01/20/15 | KMR | 0004 | Reviewed prof. bills (.3); reviewed and responded to related emails (.2). | 0.50 |
| 01/20/15 | MCF | 0004 | Review other professional bills (.3) and emails with team re same (.2); review fee examiner final reports re other Committee professionals (.3) and send same to respective professionals (.2). | 1.00 |
| 01/26/15 | FSH | 0004 | Examine fee examiner reports. | 0.20 |
| 01/28/15 | MCF | 0004 | Review and comment on draft Committee member expense application (.5) and emails with B. Kahn (.1) and C. Samis (.1) re same. | 0.70 |
| 01/06/15 | KMR | 0006 | Began reviewing revised EY services contract. | 0.40 |
| 01/06/15 | MCF | 0006 | Review notice of amendment to E&Y Statement of Work (.4); email same to team (.2); emails with team re E&Y (.3) and review E&Y fee structure (.3). | 1.20 |
| 01/07/15 | FSH | 0006 | Review materials re retention of professional and scope of services (.5) and communications w/ K. Rowe, D. Botter re same (.2). | 0.70 |
| 01/07/15 | DHB | 0006 | Email communications re E&Y amended tax work. | 0.20 |
| 01/07/15 | KMR | 0006 | Reviewed new EY agreement for services (.8); research relating to new tasks listed by EY (2.2). | 3.00 |
| 01/08/15 | KMR | 0006 | Continued review of EY fee proposal (1.4); call to B. McRae (0.2). | 1.60 |
| 01/09/15 | FSH | 0006 | Confer w/ M. Fagen re Capstone supplemental declaration (.1). Examine retention info from Whiteford (.1). | 0.20 |
| 01/09/15 | MCF | 0006 | Revise Capstone supplemental declaration (.4); email with B. Kahn re same (.1); confer with F. Hodara re same (.1). | 0.60 |
| 01/13/15 | MCF | 0006 | Review Capstone supplemental declaration (.4) and emails with J. Hyland (.1) and C. Samis (.2) re same. Review order approving Whiteford retention application (.1) and send same to team (.1). | 0.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/07/15 | FSH | 0007 | Review materials for upcoming Committee meeting (.3). Meet w/ M. Fagen re same (.2). | 0.50 |
| 01/07/15 | AQ | 0007 | Emails regarding Committee call. | 0.20 |
| 01/07/15 | DHB | 0007 | Review Committee call agenda. | 0.10 |
| 01/07/15 | MCF | 0007 | Draft agenda for Committee call (.2); email with B. Kahn re same (.1); confer with F. Hodara re same (.2); draft minutes (.1); revise agenda (.1) and draft email to Committee re same (.2). | 0.90 |
| 01/07/15 | RAW | 0007 | Prepare for Committee call (.1); review correspondence re: substantive items for call and relevant analysis (.2). | 0.30 |
| 01/08/15 | FSH | 0007 | Prepare for Committee call (.2). Meet w/ D. Botter, M. Fagen, R. Wirakesuma to discuss pending issues for Committee (.3). Participate in Committee call (.3). Follow-up session with R. Johnson, D. Botter, B. Kahn, M. Fagen and R. Wirakesuma on issues raised in call (.3). | 1.10 |
| 01/08/15 | RAJ | 0007 | Call with Committee re developments and strategy (.3); post-call meeting with Committee professionals (.3). | 0.60 |
| 01/08/15 | DHB | 0007 | Prepare for Committee call (.3); attend same (.3) and follow-up (.3). | 0.90 |
| 01/08/15 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.3); follow up to same (0.3) | 0.80 |
| 01/08/15 | MCF | 0007 | Prepare for (.3) and participate in pre-call (.3) and Committee call (.3). Post-call discussions (.3). | 1.20 |
| 01/08/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, R. Johnson, K. Rowe, B. Kahn, M. Fagen, R. Wirakesuma. | 0.30 |
| 01/08/15 | RAW | 0007 | Prepare for committee call (.2); attend pre-call meeting (.3); attend committee call (.3); and post call discussion (.3). | 1.10 |
| 01/13/15 | FSH | 0007 | Communications w/ Capstone, D. Botter, B. Kahn re upcoming meeting (.1). Analyze issues for same (.2). | 0.30 |
| 01/13/15 | DHB | 0007 | Email communications re next Committee call and other matters. | 0.20 |
| 01/13/15 | MCF | 0007 | Emails re Committee call. | 0.20 |
| 01/14/15 | FSH | 0007 | Communications w/ Committee, M. Fagen, D. Botter re upcoming meeting. | 0.10 |
| 01/14/15 | MCF | 0007 | Emails re Committee call (.1); cancel call (.2). | 0.30 |
| 01/20/15 | FSH | 0007 | Analyze matters for Committee meeting (.2). Emails w/ M. Fagen re same (.1). | 0.30 |
| 01/21/15 | FSH | 0007 | Finalize agenda (.2) and comms w/ M. Fagen, D. Botter, RAJ re same (.1). | 0.30 |
| 01/21/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails with team re same (.1); prepare minutes (.2); email same to Committee (.1). | 0.60 |
| 01/22/15 | FSH | 0007 | TC C. Kearns re upcoming Committee meeting (.1). Prep for same (.4). Participate in same (.4). Meet w/ Capstone, D. Botter, A. Qureshi, A. Lilling, R. Johnson, M. Fagen, A. Evans and R. Wirakesuma re same (.3) and continue to analyze issues raised in same (.2). | 1.40 |
| 01/22/15 | RAJ | 0007 | Call with Committee (.3); post-call meeting with Committee professionals re next steps (.3). | 0.60 |
| 01/22/15 | AQ | 0007 | Committee call (.3). Professionals' post-call meeting (.3) and emails re same (.1). | 0.70 |
| 01/22/15 | DHB | 0007 | Prepare for Committee call (.2); attend same (.3) and follow-up discussion with team (.3). | 0.80 |
| 01/22/15 | ASL | 0007 | Portion of Committee call (.2) and post-call conference (.3). | 0.50 |
| 01/22/15 | MCF | 0007 | Prepare for (.1) and participate in (.3) Committee call and post-call with team (.3). | 0.70 |
| 01/22/15 | AME | 0007 | Attend Committee Call with F. Hodara, A. Qureshi, D. Botter, R. Johnson, K. Rowe, M. Fagen, R. Wirakesuma (.3). Confer with F. Hodara, A. Qureshi, D. Botter, R. Johnson, K. Rowe, M. Fagen, R. Wirakesuma re: issues raised on Committee call (.3) and emails re same (.2). | 0.80 |
| 01/22/15 | RAW | 0007 | Prepare for committee call (.5); attend same (.3); attend follow up to same (.3). | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 4
Invoice Number: 1585781  February 23, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/28/15 | FSH | 0007 | Analyze issues for agenda (.1) and communications w/ M. Fagen, D. Botter, RAJ re same (.2). | 0.30 |
| 01/28/15 | AQ | 0007 | Review and analyze materials in preparation for Committee call. | 0.30 |
| 01/28/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails with team re same (.3); draft minutes (.1); revise agenda (.1) and send materials to Committee (.2). | 0.90 |
| 01/29/15 | FSH | 0007 | Final prep for Committee meeting (.5). Attend same (.7). | 1.20 |
| 01/29/15 | AQ | 0007 | Attend Committee call. | 0.70 |
| 01/29/15 | DHB | 0007 | Prepare for Committee call (.3); attend same (.7) and follow-up emails (.1). | 1.10 |
| 01/29/15 | BMK | 0007 | Prepare for committee call (0.2); attend same (0.7). | 0.90 |
| 01/29/15 | MCF | 0007 | Prepare for (.2) and participate in (.7) Committee call. | 0.90 |
| 01/29/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, A. Qureshi, B. Kahn, M. Fagen, R. Wirakesuma. | 0.70 |
| 01/29/15 | RAW | 0007 | Prepare for committee call (.3); attend same (.7). | 1.00 |
| 01/13/15 | FSH | 0008 | Communications w/ Cleary re upcoming hearing (.1). Communications w/ D. Botter and M. Fagen re same (.1). | 0.20 |
| 01/13/15 | RAJ | 0008 | Emails with Akin team re upcoming hearings. | 0.10 |
| 01/15/15 | FSH | 0008 | Communications re upcoming hearing (.1). Examine agenda (.1). | 0.20 |
| 01/15/15 | RAJ | 0008 | Emails re hearing on NNCC noteholder motion. | 0.10 |
| 01/16/15 | FSH | 0008 | Examine court agenda (.1). Communications w/ D. Botter and Cleary re same (.1). | 0.20 |
| 01/16/15 | RAJ | 0008 | Emails re hearing on NNCC noteholder motion. | 0.10 |
| 01/16/15 | DHB | 0008 | Email communications re omnibus and adjournment of same. | 0.10 |
| 01/16/15 | MCF | 0008 | Review email re 1/20 hearing (.1); review hearing cancellation notice (.1) and emails with team re same (.1). | 0.30 |
| 01/16/15 | RAW | 0008 | Update calendar markers re: hearing cancellation (.1); emails with M. Fagen re: same (.1). | 0.20 |
| 01/20/15 | FSH | 0008 | Update hearing info. | 0.10 |
| 01/20/15 | JYY | 0008 | Reviewing correspondence regarding hearing. | 0.10 |
| 01/20/15 | RAW | 0008 | Update calendar invites re: rescheduled hearing | 0.10 |
| 01/21/15 | MCF | 0008 | Emails with C. Samis (.1) and communications with R. Johnson (.1) re hearing transcripts. | 0.20 |
| 01/30/15 | FSH | 0008 | Examine court agenda (.1) and communications w/ RAJ re Rockstar hearing (.1). | 0.20 |
| 01/30/15 | DHB | 0008 | Email comms re omnibus hearing. | 0.10 |
| 01/30/15 | MCF | 0008 | Review hearing agenda (.1); emails with team re same (.2); assemble materials for R. Johnson (.4) and emails with local counsel re same (.1). | 0.80 |
| 01/12/15 | FSH | 0009 | Analyze info in MOR. | 0.20 |
| 01/20/15 | MCF | 0009 | Review December 2014 MOR (.2); email to team re same (.1). | 0.30 |
| 01/26/15 | FSH | 0009 | Review cash info. | 0.20 |
| 01/04/15 | AME | 0012 | Review correspondence from Cassels team re: Canadian news on Monitor's notice of appeal from US PPI decision | 0.10 |
| 01/05/15 | RAJ | 0012 | Review news reports re Monitor's appeal of US post-petition interest ruling. | 0.30 |
| 01/06/15 | FSH | 0012 | Analyze ppi decision appellate issues. | 0.10 |
| 01/06/15 | RAJ | 0012 | Review appellate rules and issues re Monitor's appeal of PPI decision (.4, .3); emails with A. Evans re further research on appellate issues (.2); review A. Evans report on appellate timetable (.2). | 1.10 |
| 01/06/15 | JYY | 0012 | Reviewing articles regarding PPI decision. | 0.10 |
| 01/06/15 | AME | 0012 | Research issues re: PPI appeal briefing (2.2), draft summary of findings (1.9), communicate with R. Johnson re: same (.4) | 4.50 |
| 01/08/15 | RAJ | 0012 | Analyze appellate issues re Monitor's appeal of ppi decision. | 0.50 |
| 01/08/15 | AME | 0012 | Communications with F. Hodara, D. Botter, R. Johnson, K. Rowe, B. Kahn, M. Fagen, R. Wirakesuma re: update on PPI decision and other issues. | 0.50 |
| 01/09/15 | FSH | 0012 | TC Cleary re claims issues, appeal issues (.3). Communications w/ A. | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1585781

Page 5  
February 23, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Qureshi, RAJ, D. Botter re same (.3). | |
| 01/09/15 | RAJ | 0012 | Review appeal issues (.2); multiple emails with Akin team re Monitor's appeal, framing of issues, and procedure (.3, .1); emails to/from A. Evans re revisions in appellate rules re designation of record on appeal (.2). | 0.80 |
| 01/09/15 | JYY | 0012 | Reviewing update regarding US PPI appeal. | 0.30 |
| 01/09/15 | AME | 0012 | Review recent changes to the Bankruptcy Rules re ppi appeal and draft summary of findings (.4), communicate with R. Johnson re: same (.2); review correspondence with team re: PPI appeal (.1) | 0.70 |
| 01/12/15 | FSH | 0012 | Research re pending claim (1.3). Communications w/ Cleary re claims (.1). | 1.40 |
| 01/13/15 | RAJ | 0012 | Review Monitor's designation of issues on appeal of PPI decision (.2); emails with Akin team re same (.1); review rules re timing of counter-designation (.1). | 0.40 |
| 01/13/15 | MCF | 0012 | Review Monitor's statement of issues on appeal from ppi settlement order (.4); emails to team summarizing same (.4); review bankruptcy rules re same (.4) and emails with local counsel re same (.3). | 1.50 |
| 01/14/15 | FSH | 0012 | Examine analysis of Monitor's issues on appeal. | 0.40 |
| 01/14/15 | RAJ | 0012 | Analyze Monitor's designation of record on appeal (.3); emails re same (.1). | 0.40 |
| 01/14/15 | DHB | 0012 | Review and consider PPI issues on appeal (.3) and emails re same (.1). | 0.40 |
| 01/14/15 | JYY | 0012 | Reviewing PPI update from M. Fagen. | 0.20 |
| 01/14/15 | MCF | 0012 | Further emails with team re Monitor's statement of issues on appeal from ppi settlement decision (.2) and email Committee re same (.2). | 0.40 |
| 01/21/15 | RAJ | 0012 | Review status of PPI appeal and filings by Monitor (1.6); calls with bondholder group's counsel re appellate record (.1, .2); review appellate rules re filing of counter-designations (.5); analyze appellate issues (1.2); emails with A. Evans re appellate issues (.3). | 3.90 |
| 01/21/15 | JYY | 0012 | Update regarding PPI appeal from A. Evans. | 0.30 |
| 01/21/15 | AME | 0012 | Communicate with R. Johnson and N. Bassett (Milbank) re: PPI appeal and designations of the record (.4); communicate with R. Johnson re: PPI appeal and designations of the record (.5) | 0.90 |
| 01/22/15 | RAJ | 0012 | Review status of Monitor appeal of PPI issues (.4); analyze issues for counter-designation of issues and of record for appeal (.8); calls and emails re counter-designations (.2, .2); review issues re claims (.5); emails with A. Evans re same (.3). | 2.40 |
| 01/22/15 | CDD | 0012 | Review pleadings in late-filed claims matter (1.8); emails with M. Fagen and A. Qureshi re same (.3). | 2.10 |
| 01/22/15 | AME | 0012 | Communicate with R. Johnson re: designations of the record for PPI appeal (.2); review notes of PPI Hearing to identify exhibits and demonstratives (.2) | 0.40 |
| 01/23/15 | RAJ | 0012 | Review status of counter-designations by appellees re PPI decision (.4, .3); confer with A. Evans re counter-designations (.3); review rules changes re appeals (.3); review potential record on appeal (.5); multiple emails with Debtors and with counsel to bondholder group re appellate filings (.3, .2, .2); develop plans for Committee filing re appeal (.2). | 2.70 |
| 01/23/15 | AQ | 0012 | Review and edit draft stipulation regarding canadian employee claims trial (.6). Emails with Cleary re canadian employee claims trial (.2). | 0.80 |
| 01/23/15 | JYY | 0012 | Reviewing update from R. Johnson regarding PPI appeal. | 0.30 |
| 01/23/15 | AME | 0012 | Review correspondence between R. Johnson and Cleary re: PPI Appeal (.2); review correspondence between R. Johnson and Milbank re: PPI Appeal (.1); communicate with R. Johnson and FR team re: UCC Joinder to the Appellee's Counterdesignations of the Record on the PPI Appeal (.3) | 0.60 |
| 01/24/15 | AQ | 0012 | Review and analyze pleadings re late-filed Canadian employee claims (2.3) and emails regarding same (.4). Review designations and counter-designations of record re PPI appeal (.2). | 2.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1585781  

Page 6  
February 23, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/24/15 | JYY | 0012 | Reviewing update from A. Evans regarding Canadian employees late-filed claims motion (.1); email with A. Evans regarding same (.1). | 0.20 |
| 01/24/15 | AME | 0012 | Communicate with A. Qureshi and C. Doniak re: Canadain employees late-filed claims motion and upcoming claims litigation. | 0.30 |
| 01/25/15 | AME | 0012 | Communicate with R. Johnson re: UCC Joinder to Appellees' Counterdesignation of the Record on the PPI Appeal. | 0.30 |
| 01/26/15 | FSH | 0012 | Work on PPI appeal issues. | 0.10 |
| 01/26/15 | RAJ | 0012 | Multiple emails re counter-designation of record on appeal re PPI decision (.7); review and comment on draft joinder re same (.2). | 0.90 |
| 01/26/15 | BMK | 0012 | Review joinder to counterdesignation on ppi settlement appeal | 0.30 |
| 01/26/15 | JYY | 0012 | Communicate with A. Evans regarding draft joinder regarding PPI appeal (.4); reviewing draft joinder (.2). | 0.60 |
| 01/26/15 | MCF | 0012 | Emails with A. Evans re draft joinder to counterdesignation of items in ppi appeal (.2); review and edit draft joinder (.4); emails with A. Evans and team re same (.2). Review Debtors' counterdesignations (.5) and email to team re same (.1). | 1.40 |
| 01/26/15 | AME | 0012 | Draft and revise UCC Joinder to Appellees' Counterdesignation of the Record on the PPI Appeal (1.8), communicate with R. Johnson (.4) and M. Fagen (.7) re: same; circulate UCC Joinder to Akin FR team and communicate with team and C. Samis (Delaware counsel) re: same (.4); | 3.30 |
| 01/27/15 | FSH | 0012 | Review PPI counter designation draft (.3), debtors pleading (.3) and identified docs (.3). | 0.90 |
| 01/27/15 | AQ | 0012 | Review and analyze documents related to Canadian employee late-filed claims motion. | 1.40 |
| 01/27/15 | DHB | 0012 | Review appellate documents and emails re same. | 0.20 |
| 01/27/15 | JYY | 0012 | Reviewing draft joinder and email with A. Evans regarding same. | 0.10 |
| 01/27/15 | MCF | 0012 | Emails re joinder to appellees' counterdesignation of issues on ppi appeal (.4); revise same (.2) and emails re revisions (.3); circulate filed copy; review bondholders' joinder (.2) and email re same (.1). | 1.20 |
| 01/27/15 | AME | 0012 | Review and revise UCC Joinder to Appellees' Counterdesignation of the Record on the PPI Appeal (.8), communicate with M. Fagen and C. Samis (Delaware counsel) re: same (.5); review Supporting Bondholders' Counterdesignation of Record on the PPI Appeal (.1) | 1.40 |
| 01/28/15 | AQ | 0012 | Confer with Cleary re late-filed claims status. | 0.20 |
| 01/28/15 | CDD | 0012 | Review pleadings and proposed discovery schedule re later filed claims litigation (2.1); draft calendar for hearing (.4); emails with team re same (.2); confer with Debtors' counsel re same (.2). | 2.90 |
| 01/28/15 | AME | 0012 | Communicate with C. Doniak and B. Gifford re: late-filed employees claims. | 0.20 |
| 01/28/15 | BRG | 0012 | Prepare and index claims pleadings for attorney review (.9); Correspond w/ C. Doniak regarding same (.2). | 1.10 |
| 01/29/15 | FSH | 0012 | Examine notice re ppi appellate mediation (.1) and communications re same (.2). | 0.30 |
| 01/29/15 | MCF | 0012 | Review filing re ppi appeal docketing and appellate docket (.5); review magistrate judge order (.2) and email to team re same (.1). | 0.80 |
| 01/29/15 | BRG | 0012 | Organize claims trial records. | 0.10 |
| 01/30/15 | AQ | 0012 | Review and analyze emails re US claims issues. | 0.20 |
| 01/30/15 | BMK | 0012 | Analysis of US claims issues | 0.80 |
| 01/31/15 | FSH | 0012 | Analyze issues in respect of US claims (.8). Communications w/ RAJ, D. Botter, M. Fagen, Capstone, B. Kahn re same (.4). | 1.20 |
| 01/31/15 | RAJ | 0012 | Analyze issues re US claims (.7); multiple emails with Committee professionals re same (.5); draft analysis of 9019 issues re same (.3). | 1.50 |
| 01/31/15 | MCF | 0012 | Consider claims issues (.6) and extensive emails with Akin and Capstone teams re same (.5). | 1.10 |
| 01/02/15 | FSH | 0014 | Examine info re CDN lawsuit. | 0.20 |
| 01/05/15 | RAJ | 0014 | Review bondholder group's draft factum for appeal of Canadian ppi ruling. | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 7
Invoice Number: 1585781  February 23, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/06/15 | MCF | 0014 | Review draft factum re bonds' appeal of Cdn. interest decision. | 1.90 |
| 01/07/15 | FSH | 0014 | Examine info re CDN creditors. | 0.20 |
| 01/07/15 | RAJ | 0014 | Review final filed factum of bondholder group in CDN re CDN ppi appeal. | 0.30 |
| 01/07/15 | MCF | 0014 | Review final factum re Bonds' Canadian interest decision appeal. | 1.10 |
| 01/08/15 | DHB | 0014 | Review Bonds CDN factum on PPI. | 1.20 |
| 01/09/15 | FSH | 0014 | Review Ad Hoc Committee brief on CDN interest appeal (.9). Analyze issues therein (.8). Analyze other appellate information (.2). | 1.90 |
| 01/12/15 | FSH | 0014 | Analyze issue in CDN PPI appeal (.3). Email w/ B. Kahn re same (.2). | 0.50 |
| 01/16/15 | FSH | 0014 | Examine motion for leave to appeal of UKP from CDN claims decision (.3) and analyze issues under same (.2). | 0.50 |
| 01/16/15 | RAJ | 0014 | Review UKP notice of motion for leave to appeal CDN UKP claims decision. | 0.40 |
| 01/21/15 | FSH | 0014 | Analyze issues re UKPC CDN appeal. | 0.60 |
| 01/21/15 | AQ | 0014 | Emails re CDN PPI and CDN claims' ruling appeals. | 0.20 |
| 01/21/15 | MCF | 0014 | Review UKPC amended notice of appeal of CDN claims decision (.6) and emails with F. Hodara re same (.1). | 0.70 |
| 01/24/15 | FSH | 0014 | Examine CDN IP address sale info. | 0.20 |
| 01/26/15 | FSH | 0014 | Communications w/ M. Fagen, Capstone, Cassels, re CDN IP address sale. | 0.20 |
| 01/26/15 | DHB | 0014 | Email communications re CDN IP address sales. | 0.20 |
| 01/26/15 | MCF | 0014 | Review CDN motion record re IP address sale to Alibaba (.3); emails with Cassels and team re same (.2); review info re same (.1). | 0.60 |
| 01/27/15 | MCF | 0014 | Review filed CDN Monitor reports. | 0.50 |
| 01/28/15 | MCF | 0014 | Review CDN materials re motion to strike bonds' appellate materials (.9) and emails with team re same (.2). | 1.10 |
| 01/29/15 | FSH | 0014 | Review Monitor's CDN motion re record (.5) and comm's w/ D. Botter and Cassels re same (.2). | 0.70 |
| 01/29/15 | AQ | 0014 | Review and analyze factum re motion to strike CDN appeal materials (.3) and emails regarding same (.2). | 0.50 |
| 01/29/15 | DHB | 0014 | Review Monitor motion to strike in CDN PPI appeal (.5); emails re same (.2). | 0.70 |
| 01/02/15 | RAJ | 0016 | Review Rockstar motion to temporarily stay portion of third-party discovery protocol (.3); emails with Akin team re same (.1). | 0.40 |
| 01/02/15 | JYY | 0016 | Reviewing correspondence from M. Fagen regarding third party discovery/ stay. | 0.10 |
| 01/02/15 | JRW | 0016 | Pull Rockstar motion for M. Fagen. | 0.70 |
| 01/06/15 | FSH | 0016 | Examine stay/ discovery pleading and related matters (.3). TC RAJ re motion (.1). | 0.40 |
| 01/06/15 | RAJ | 0016 | Confer with F. Hodara re Rockstar motion to stay discovery protocol (.1); further review details of third-party discovery issues in motion for stay (.3). | 0.40 |
| 01/16/15 | FSH | 0016 | Email w/ M. Fagen re Google response. | 0.10 |
| 01/16/15 | RAJ | 0016 | Review Google response to Rockstar motion (.1) and related emails (.1). | 0.20 |
| 01/16/15 | MCF | 0016 | Review Google pleading re Rockstar stay motion (.2); summarize same to team (.2) and emails with F. Hodara re same (.1). | 0.50 |
| 01/20/15 | FSH | 0016 | Examine status of pending stay motion. | 0.20 |
| 01/23/15 | MCF | 0016 | Review Cisco response to Rockstar motion for stay (.4) and email to team summarizing same (.2). | 0.60 |
| 01/24/15 | FSH | 0016 | Analyze procedural issues in RAJ and A. Qureshi notes (.5). Examine CISCO response re discovery/ stay (.1). | 0.60 |
| 01/30/15 | RAJ | 0016 | Emails re Rockstar motion for stay of third party discovery protocol (.4); review Cisco objection to motion (.2); review other filings related to motion (.5). | 1.10 |
| 01/12/15 | ASL | 0019 | Review materials for F. Hodara query re pension issues (.8); consider issues (.5). | 1.30 |
| 01/13/15 | FSH | 0019 | TC A. Lilling re pension issue (.3). Follow-up (.3). | 0.60 |

| | | | | |
|---|---|---|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | | | | Page 8 |
| Invoice Number: 1585781 | | | | February 23, 2015 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/13/15 | ASL | 0019 | Research for F. Hodara meeting re pension issues (1.6); confer with F. Hodara (.2); follow on research (1.1); attend to F. Hodara query (.3). | 3.20 |
| 01/15/15 | ASL | 0019 | Pension research (1.4); prepare analysis re: pension issues (2.4). | 3.80 |
| 01/16/15 | ASL | 0019 | Prepare memorandum and complete pension research. | 6.20 |
| 01/20/15 | BES | 0019 | Review of memo regarding pension matters (.5) and confer with A. Lilling re same (.1). | 0.60 |
| 01/20/15 | ASL | 0019 | Revise pension memo (1.1); confer with B. Simonetti (.1). | 1.20 |
| 01/20/15 | EDF | 0019 | Review and revise memo re pension issues. | 0.80 |
| 01/21/15 | FSH | 0019 | Review memo re pension issues (.6). Meet w/ A. Lilling re same (.3). Analyze issues re same (.9). Communications w/ D. Botter, B. Kahn, M. Fagen re research (.4). | 2.20 |
| 01/21/15 | BMK | 0019 | Review pensions analyses for Hodara | 0.40 |
| 01/21/15 | ASL | 0019 | Review pension memo comments of E. Field (.6); follow on research (1.1); review materials (.5); revise memo (.3); confer with E. Field (.1); revise memo (.2); confer with F. Hodara (.3). | 2.90 |
| 01/21/15 | EDF | 0019 | Call with A. Lilling re pension memo (.1); draft email re pension memo (.2). | 0.30 |
| 01/22/15 | BES | 0019 | Meeting w/ Lilling re pension (0.4); review of same (0.2). | 0.60 |
| 01/22/15 | DZV | 0019 | Research and review law and administrative guidance regarding private pension plans in Canada (3.4); confer with A. Lilling regarding Canadian pension issues (1.5); follow-up research regarding same (0.8). | 5.70 |
| 01/22/15 | ASL | 0019 | Consider Canadian pension issues (.7); pension research and analysis (2.5); confer with B. Simonetti re: pension issues (.4); confer with D. Vira re: pension issues (1.5); prepare pension notes (.9). | 6.00 |
| 01/22/15 | MCF | 0019 | Consider pension issues (.3); emails with D. Vira re same (.2) and call with Canadian counsel re same (.1). | 0.60 |
| 01/26/15 | ASL | 0019 | Consider pension issues. | 1.90 |
| 01/28/15 | BES | 0019 | Meeting w/ Lilling re pension matters. | 0.40 |
| 01/28/15 | ASL | 0019 | Consider pension issues (1.4) and meet with S. Simonetti re same (.4). | 1.80 |
| 01/29/15 | ASL | 0019 | Review and analyze pension memoranda (2.2); research same (3). | 2.50 |
| 01/30/15 | FSH | 0019 | Analyze issues in A. Lilling note re pension claims (.2). Review M. Fagen note re same (.2) and analyze same (.1). | 0.50 |
| 01/21/15 | FSH | 0022 | Email w/ D. Botter re plan issues (.1). Analyze issues (.1). | 0.20 |
| 01/22/15 | FSH | 0022 | Meet w/ party in interest re plan issues (2.0). Analyze and outline same and next steps (1.0); TC Cassels re same (.7). | 3.70 |
| 01/23/15 | FSH | 0022 | Call w/ creditor re plan concepts (.5). Call w/ another creditor re same (.2). Outline concepts (.4) and email D. Botter, Capstone re same (.2). | 1.30 |
| 01/23/15 | AQ | 0022 | Emails regarding plan issues. | 0.20 |
| 01/24/15 | FSH | 0022 | Communications w/ Cassels re plan concepts (.2). Analyze plan concept (.3) and communications w/ D. Botter re same (.1). | 0.60 |
| 01/24/15 | DHB | 0022 | Email communications re plan issues. | 0.20 |
| 01/26/15 | FSH | 0022 | TCs w/ R. Jacobs, party re plan issues (.3). Analyze same (.5). | 0.80 |
| 01/28/15 | FSH | 0022 | Meet w/ A. Qureshi, D. Botter re plan concepts (.7). Analyze same and next steps (.9). Communications w/ CK, A. Qureshi, B. Kahn, D. Botter re next steps (.4). | 2.00 |
| 01/28/15 | AQ | 0022 | Confer with F. Hodara and D. Botter re plan construct. | 0.60 |
| 01/28/15 | DHB | 0022 | Office conference with F. Hodara, A. Qureshi re plan concepts (.7); consider same (.3) and follow-on emails re same (.2). | 1.20 |
| 01/28/15 | MCF | 0022 | Extensive emails with Akin, Capstone and Cassels teams re plan concepts. | 0.50 |
| 01/29/15 | FSH | 0022 | Communications re meetings w/ party, D. Botter, Capstone (.3). Continue analysis of plan concepts and prep for meeting w/ Capstone (2.4). Attend same (1.5). | 4.20 |
| 01/29/15 | AQ | 0022 | Meet with Capstone regarding plan scenarios. | 1.50 |
| 01/29/15 | DHB | 0022 | Prepare for (.6) and meet with Capstone team re potential plan concepts (1.5). | 2.10 |
| 01/29/15 | BMK | 0022 | Prepare for team meeting re: plan issues (0.3); attend meeting with | 1.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                     Page 9
Invoice Number: 1585781                                                                      February 23, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Hodara, Botter, Qureshi, Fagen, Capstone team re: same (1.5) | |
| 01/29/15 | MCF | 0022 | Meeting with F. Hodara, D. Botter, A. Qureshi and Capstone teams re plan concepts (1.5); research re same (2.7) and draft email to team re same (.9). | 5.10 |
| 01/30/15 | FSH | 0022 | Review materials for call w/ creditor re plan concepts (.3). Participate in same (.8). Analyze issues and memo re same (.8). Communications w/ B. Kahn, D. Botter, Capstone re same (.4). | 2.30 |
| 01/30/15 | AQ | 0022 | Review and analyze emails re plan concepts and consider same. | 0.40 |
| 01/30/15 | MCF | 0022 | Research re plan concepts. | 1.40 |
| 01/31/15 | FSH | 0022 | TC J. Bromley re numerous pending plan issues (.4). Follow up re same and analyze issues (1.2). | 1.60 |
| 01/31/15 | DHB | 0022 | Extended email correspondence re issues and consideration of same. | 0.50 |
| 01/02/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 01/02/15 | AME | 0029 | Review correspondence from Cassels team and M. Fagen re: Canadian allocation news updates. | 0.10 |
| 01/05/15 | FSH | 0029 | Review recent information re parties and allocation related issues. | 0.50 |
| 01/05/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.30 |
| 01/06/15 | FSH | 0029 | Analyze aspects of recent court decisions in context of allocation issues. | 1.40 |
| 01/06/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 01/07/15 | FSH | 0029 | Outline allocation next steps analysis (.8). Communications w/ D. Botter, M. Fagen and C. Kearns re same (.3). | 1.10 |
| 01/07/15 | DHB | 0029 | Consider and email communications re allocation next steps and press reports. | 0.30 |
| 01/07/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 01/07/15 | JYY | 0029 | Reviewing article regarding allocation case status (.3); confer with D. Botter regarding same (.1); confer with A. Evans regarding case status (.5). | 0.90 |
| 01/09/15 | FSH | 0029 | Email w/ A. Qureshi re pending allocation issues (.1). Follow-up (.1). | 0.20 |
| 01/09/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 01/12/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 01/14/15 | FSH | 0029 | Examine published article re pending allocation decision. | 0.10 |
| 01/20/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.30 |
| 01/21/15 | DHB | 0029 | Telephone call with creditors re status and allocation issues (.3); office conference with F. Hodara re same (.1). | 0.40 |
| 01/21/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.40 |
| 01/22/15 | KMR | 0029 | Reviewed status of the allocation case. | 0.80 |
| 01/28/15 | JYY | 0029 | Email with A. Evans regarding allocation case update. | 0.10 |
| 01/29/15 | KMR | 0029 | Update on status of the allocation case. | 0.70 |
| 01/30/15 | FSH | 0029 | Communications w/ case parties re pending issues (.1). Outline matters for upcoming party meeting (.7). | 0.80 |
| 01/30/15 | DHB | 0029 | Communications and preparations re allocation case. | 1.20 |
| 01/30/15 | LWL | 0029 | Compile current allocation-related press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 01/30/15 | FSH | 0031 | Analyze aspects of attorney general's decision re NNSA (.4) and communications w/ Ashursts re same (.2). | 0.60 |
| 01/30/15 | MCF | 0031 | Review emails re UK NNSA employee decision (.2); review Ashurst summary re same (.3). | 0.50 |

                                                                          Total Hours    218.60

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                    Page 10
Invoice Number: 1585781                                                                     February 23, 2015

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 46.80 | at | $1250.00 | = | $58,500.00 |
| R A JOHNSON | 19.60 | at | $975.00 | = | $19,110.00 |
| B E SIMONETTI | 1.60 | at | $935.00 | = | $1,496.00 |
| A QURESHI | 10.80 | at | $1095.00 | = | $11,826.00 |
| D H BOTTER | 12.10 | at | $1150.00 | = | $13,915.00 |
| A S LILLING | 31.30 | at | $730.00 | = | $22,849.00 |
| K M ROWE | 7.00 | at | $810.00 | = | $5,670.00 |
| E D FIELD | 1.10 | at | $910.00 | = | $1,001.00 |
| B M KAHN | 5.50 | at | $775.00 | = | $4,262.50 |
| J Y YECIES | 3.30 | at | $710.00 | = | $2,343.00 |
| M C FAGEN | 43.20 | at | $565.00 | = | $24,408.00 |
| A M EVANS | 15.10 | at | $495.00 | = | $7,474.50 |
| R A WIRAKESUMA | 3.80 | at | $495.00 | = | $1,881.00 |
| D Z VIRA | 5.70 | at | $725.00 | = | $4,132.50 |
| C D DONIAK | 5.00 | at | $605.00 | = | $3,025.00 |
| J R WATTERS | 3.30 | at | $230.00 | = | $759.00 |
| B R GIFFORD | 1.20 | at | $210.00 | = | $252.00 |
| L W LANPHEAR | 2.20 | at | $265.00 | = | $583.00 |

Current Fees                                                                                $183,487.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $287.10 |
| Computerized Legal Research - Westlaw | $30.08 |
| Duplication - In House | $123.20 |
| Meals (100%) | $492.38 |
| Audio and Web Conference Services | $1,894.43 |
| Travel - Ground Transportation | $20.50 |

Current Expenses                                                                            $2,847.69

**Total Amount of This Invoice**                                                            **$186,335.19**