# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $317.18 |
| Conference Calls/Telephone/Web Conference Services | $1,894.43 |
| Duplicating (billed at $.10 per page) | $123.20 |
| Meals/Committee Meeting Expenses | $492.38 |
| Travel Expenses – Ground Transportation | $20.50 |
| **TOTAL** | **$2,847.69** |