# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1585781 |
| Invoice Date | 02/23/15 |
| Client Number | 687147 |
| Matter Number | 0001 |

---

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/27/14 | Travel - Ground Transportation Cab home after working late; Medallion cab | $10.00 |
| 11/04/14 | Travel - Ground Transportation Cab home after working late; Medallion cab | $10.50 |
| 12/18/14 | Meals (100%) 12/12/14 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800327; DATE: 12/18/2014 (call with parties re UKPC claims decision) (6 people) | $112.79 |
| 12/18/14 | Meals (100%) 12/18/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800327; DATE: 12/18/2014 Committee call (10 people) | $169.19 |
| 12/18/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1939988 DATE: 12/21/2014 Fagen Matthew - Maguro Sushi - 12/18/2014 | $28.09 |
| 01/02/15 | Computerized Legal Research - Westlaw User: HODARA,FRED S Date: 1/2/2015 AcctNumber: 1000193694 ConnectTime: | $6.11 |

| | | | |
|---|---|---|---|
| | 0.0 | | |
| 01/05/15 | Audio and Web Conference Services Expenses for the month of Nov. 2014 VENDOR: TELCONF LLC; INVOICE#: 01001-01001-15; DATE: 1/5/2015 | $473.61 | |
| 01/05/15 | Audio and Web Conference Services Expenses for the month of Nov. 2014 VENDOR: TELCONF LLC; INVOICE#: 01001-01001-15; DATE: 1/5/2015 | $947.21 | |
| 01/05/15 | Audio and Web Conference Services Expenses for the month of Nov. 2014 VENDOR: TELCONF LLC; INVOICE#: 01001-01001-15; DATE: 1/5/2015 | $473.61 | |
| 01/07/15 | Computerized Legal Research - Westlaw User: HODARA,FRED S Date: 1/7/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $7.75 | |
| 01/07/15 | Computerized Legal Research - Other Document retrieval in various courts from 10/1-12/31/14 VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q42014; DATE: 1/7/2015 | $287.10 | |
| 01/08/15 | Meals (100%) 1/8/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800330; DATE: 1/8/2015 Committee Call (8 people) | $153.51 | |
| 01/13/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1965733 DATE: 1/18/2015 Lilling Austin - Haru Times Square - 01/13/2015 | $28.80 | |
| 01/14/15 | Computerized Legal Research - Westlaw User: JOHNSON,ROBERT A Date: 1/14/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $16.22 | |
| 01/28/15 | Duplication - In House Photocopy - User # 990100, NY, 1210 page(s) | $121.00 | |
| 01/29/15 | Duplication - In House Photocopy - User # 990100, NY, 22 page(s) | $2.20 | |
| | Current Expenses | | $2,847.69 |