# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2014 Hourly Billing Rate | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,050 | $1,150 | 12.10 | $13,915.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,150 | $1,250 | 46.80 | $58,500.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $915 | $975 | 19.60 | $19,110.00 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $950 | $1095 | 10.80 | $11,826.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $760 | $810 | 7.00 | $5,670.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $715 | $775 | 5.50 | $4,262.50 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $645 | $710 | 3.30 | $2,343.00 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $500 | $565 | 43.20 | $24,408.00 |
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $405 | $495 | 15.10 | $7,474.50 |
| Rebecca A. Wirakesuma | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $405 | $495 | 3.80 | $1,881.00 |
| Daniel Z. Vira | Senior Attorney for 5 years; Admitted in 1992; ERISA Department | $680 | $725 | 5.70 | $4,132.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2014 Hourly Billing Rate | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Christine D. Doniak | Senior Attorney for 6 years; Admitted in 1998; Litigation Department | $565 | $605 | 5.00 | $3,025.00 |
| Jessica R. Watters | Legal Assistant for 3 years; Financial Restructuring Department | $215 | $230 | 3.30 | $759.00 |
| Brian R. Gifford | Legal Assistant for 2 years; Litigation Department | $195 | $210 | 1.20 | $252.00 |
| Leslie W. Lanphear | Librarian for 19 years | $245 | $265 | 2.20 | $583.00 |

Total Amount of Fees:     **$183,487.50**
Total Number of Hours:    **218.60**
Blended Hourly Rate:      **$839.37**