**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, <br><br> Debtors | Chapter 11 <br><br> Case No. 09-10138 (KG) <br> Jointly Administered <br><br> Re: D.I. 15019 <br><br> **Hearing Date: March 3, 2015, at 10:00 a.m.** |

**NOTICE OF WITHDRAWAL OF MOTION OF THIRD PARTY ROCKSTAR**
**FOR PARTIAL STAY OF DISCOVERY PROTOCOL**

PLEASE TAKE NOTICE that Third party Rockstar Consortium US LP ("Rockstar") hereby withdraws the MOTION OF THIRD PARTY ROCKSTAR FOR PARTIAL STAY OF DISCOVERY PROTOCOL (D.I. 15019) (the "Motion").  Third party RPX Corporation, through its subsidiary RPX Clearinghouse LLC ("RPX"), has acquired the patent portfolio that Debtors sold to Rockstar Bidco, LP through the Asset Sale Agreement dated June 30, 2011 (the "Former Nortel Patents"). Rockstar is therefore no longer a "Patent Owning Party" under the December 8, 2014 Order Approving Second Discovery Protocol In Connection With Order Extending Automatic Stay And Regulating Third Party Discovery (D.I. 14906) (the Discovery Protocol").   Rockstar has provided RPX notice of the Discovery Protocol, and of Rockstar's intent to withdraw this Motion.

Dated: February 27, 2015

FARNAN LLP

By:  /s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 Market Street, 12th Floor
Wilmington, DE  19801
Telephone:  (302) 777-0300
bfarnan@farnanlaw.com

and

IRELL & MANELLA LLP
Ellisen S. Turner (admitted *pro hac vice*)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Rockstar Consortium US LP*