**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc. <u>et al.</u>,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Hearing Date: TBD** |
| ) | |

## NOTICE OF TWENTY-FOURTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2014 through January 31, 2015[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $711,841.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $20,623.13 |

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's November and December 2014 and January 2015 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 1/26/15 Docket No. 15091 | 11/1/14 – 11/30/14 | $363,973.50 | $11,859.30 | $291,178.80 | $11,859.30 | $72,794.70 |
| Date Filed: 1/26/15 Docket No. 15092 | 12/1/14 – 12/31/14 | $164,380.50 | $5,916.14 | $131,504.40 | $5,916.14 | $32,876.10 |
| Date Filed: 2/27/15 Docket No. 15247 | 1/1/15 – 1/31/15 | $183,487.50 | $2,847.69 | Pending Obj deadline $146,790.00 | Pending Obj deadline $2,847.69 | $36,697.50 |
| TOTALS: | | $711,841.50 | $20,623.13 | $569,473.20 | $20,623.13[3] | $142,368.30 |

Summary of any Objections to Fee Applications:  None.

Dated: February 27, 2015
    New York, New York

          Fred S. Hodara
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.