# EXHIBIT A

**Time Detail**

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Vikas Farswani | 27-Mar-14 | 6.00 | $2,958.00 | Cross-check old census data to ensure the correct pension benefits are being valued (3.0); validate individual pension liability claims for all participants in the Special Pension Credit Plan (3.0). |
| Vikas Farswani | 28-Mar-14 | 4.00 | $1,972.00 | Cross-check old census data to ensure the correct pension benefits are being valued (2.0); validate individual pension liability claims for all participants in the Special Pension Credit Plan (2.0). |
| Vikas Farswani | 31-Mar-14 | 3.00 | $1,479.00 | Reflect census updates as confirmed by Nortel (2.0); re-compute pension liability claims (based on same assumptions used previously) for certain participants based on cencus updates (1.0). |
| Vikas Farswani | 1-Apr-14 | 1.00 | $493.00 | Re-compute pension liability claims (based on same assumptions used previously) for certain participants based on census updates (1.0). |
| Vikas Farswani | 2-Apr-14 | 2.00 | $986.00 | Provide a revised summary of pension liability claims to Cleary Gotlieb and Nortel (2.0). |
| Vikas Farswani | 29-Sep-14 | 8.00 | $3,944.00 | Validate pension liability calculations for all 20 participants in the Special Pension Benefit Plan (8.0). |
| Vikas Farswani | 30-Sep-14 | 8.00 | $3,944.00 | Validate pension liability calculations for all 33 participants in the Special Pension Credit Plan - Work output provided to Cleary Gotlieb LLP (8.0). |
| Kevin Gontowski | 16-Oct-14 | 0.25 | $172.56 | Review liability claims and data for SERP participants (0.25). |
| Vikas Farswani | 21-Oct-14 | 8.00 | $4,083.20 | Conference call  with Laura B. (counsel for Nortel) and Elizabeth Smith (Nortel) on SERP census data reconciliation (1.5); validate liability claims and data for all the 76 participants in the SERP (6.5). |
| Kevin Gontowski | 21-Oct-14 | 1.50 | $1,035.36 | Conference call on 10/21/2014 with Laura B. (counsel for Nortel) and Elizabeth Smith (Nortel) on SERP census data reconciliation (1.5). |
| Vikas Farswani | 22-Oct-14 | 8.00 | $4,083.20 | Continue validating liability claims and data for all the 76 participants in the SERP (8.0). |
| Vikas Farswani | 23-Oct-14 | 8.50 | $4,338.40 | Prepare updated data listing for the Restoration Plan census data and validation of claims for 1,016 records (4.0); continue validating liability claims and data for all the 76 participants in the SERP (4.5). |
| Julie Mayer | 27-Oct-14 | 1.00 | $80.04 | Research assistance by Mercer Washington Resource Group (1.0). |
| Vikas Farswani | 3-Nov-14 | 8.00 | $4,083.20 | Continue preparing updated data listing for the Restoration Plan census data and validation of claims for 1,016 records (8.0). |
| Vikas Farswani | 4-Nov-14 | 1.00 | $510.40 | Continue preparing updated data listing for the Restoration Plan census data and validation of claims for 1,016 records (1.0). |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Kevin Gontowski | 4-Nov-14 | 0.75 | $517.68 | Prepare updated data listing for the Restoration Plan census data and validation of claims for 1,016 records (0.75). |
| Kevin Gontowski | 7-Nov-14 | 0.25 | $172.56 | Continue preparing updated data listing for the Restoration Plan census data and validation of claims for 1,016 records (0.25). |
| Vikas Farswani | 13-Nov-14 | 0.50 | $255.20 | Additional census data clean-ups performed for the Special Pension Benefit Plan (SPB)- 2 records, Special Pension Credit Plan (SPC)-3 records and the SERP- 1 record (0.5). |
| Vikas Farswani | 19-Nov-14 | 3.00 | $1,531.20 | Continue updating census data for the SPB, SPC & SERP plans using Segal's census data (20 records) (1.0); calculate updated liability claims based on those edits (1.0); conference call with Elizabeth Smith at Nortel regarding same (1.0). |
| Kevin Gontowski | 20-Nov-14 | 0.25 | $172.56 | Calculate updated liability claims based on updated census data (0.25). |
| Julie Mayer | 21-Nov-14 | 2.00 | $160.08 | Research assistance by Mercer Washington Resource Group (2.0). |
| Kevin Gontowski | 24-Nov-14 | 0.25 | $172.56 | Additional updates to census data for the SPB, SPC & SERP plans (0.25). |
| Vikas Farswani | 26-Nov-14 | 7.00 | $3,572.80 | Revise individual liability claims based on alternate scenarios provided by Nortel for several plan participants under all four pension plans - SPB, SPC, SERP and Restoration (7.0). |
| Kevin Gontowski | 26-Nov-14 | 2.25 | $1,553.04 | Revise individual liability claims based on alternate scenarios provided by Nortel for several plan participants under all four pension plans - SPB, SPC, SERP and Restoration (2.25). |
| Julie Mayer | 22-Dec-14 | 2.00 | $160.08 | Research assitance by Mercer Washington Resource Group (2.0). |
| Vikas Farswani | 12-Jan-15 | 2.50 | $1,276.00 | Two conference calls with Nortel working group on claims validation and subsequent research into Restoration plan (2.5). |
| Vikas Farswani | 13-Jan-15 | 3.00 | $1,531.20 | Research Restoration Plan liability claims (3.0). |
| Kevin Gontowski | 14-Jan-15 | 0.25 | $172.56 | Additional research for Restoration Plan liability claims (0.25). |
| Kevin Gontowski | 15-Jan-15 | 0.50 | $345.12 | Research into Restoration Plan liability claims including work related to locating plan administration (paper) files for Nortel (0.5). |
| Vikas Farswani | 26-Jan-15 | 2.75 | $1,403.60 | Telephone conferences with Nortel working group regarding Restoration plan claims (2.75). |
| | **Totals:** | **95.50** | **$47,158.60** | |