# EXHIBIT B

**Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 28-Feb-14 | $1,341.30 | Legal - Administrative. |
| 31-Mar-14 | $74.25 | Legal - Administrative. |
| 30-Apr-14 | $360.00 | Legal - Administrative. |
| 31-May-14 | $27.45 | Legal - Administrative. |
| 31-Jul-14 | $49.35 | Legal - Administrative. |
| 30-Nov-14 | $154.80 | Legal - Administrative. |
| **Total:** | **$2,007.15** | |