# EXHIBIT C



FREEBORN & PETERS LLP                            2                           March 11, 2014

No: 100125699

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L120] Analysis/Strategy

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Feb 27, 2014* | ***Eggert, Devon J.***<br>Multiple e-mail correspondence with client working group regarding open items for finalizing fee application (0.3); review fee application exhibits to ensure compliance with time detail requirements (0.8); multiple e-mail correspondence with Katie Sheldon regarding finalizing fee application for filing (0.2). | 1.30 | 396.50 |
| *Feb 27, 2014* | ***Sheldon, Kathryn C.***<br>Draft Nortel twentieth interim fee application (1.2); e-mail correspondence to Devon Eggert regarding same (0.3). | 1.50 | 322.50 |
| *Feb 28, 2014* | ***Eggert, Devon J.***<br>Review draft quarterly fee application and related documents for application for period of November 2013 through January 2014 (0.5); multiple e-mail correspondence with Cynthia Zaleta regarding comments to same (0.1); multiple e-mail correspondence with Katie Sheldon regarding finalizing and filing fee application (0.2). | 0.80 | 244.00 |
| *Feb 28, 2014* | ***Sheldon, Kathryn C.***<br>Final edits to twentieth interim fee application (1.2); draft notice and certificate of service (0.3); file same (0.3); coordinate service of same (0.2); draft email to fee examiner (0.2); e-mail correspondence to Devon Eggert regarding same (0.2). | 2.40 | 516.00 |
| | Total [L120] Analysis/Strategy | 6.00 | 1,479.00 |



**FREEBORN & PETERS LLP**

3    March 11, 2014

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 2.10 | 305.00 | $640.50 |
| Sheldon, Kathryn C. | 3.90 | 215.00 | $838.50 |
| TOTAL HOURS | 6.00 | | |

TOTAL FEES                                                                                 $1,479.00

**DISBURSEMENTS**

**[E101] Copying**

*Feb 28, 2014    FIRM    Photocopying*                                        10.20

Total [E101] Copying                                                                        $10.20
Total Inception to Date [E101] Copying                                          $264.58

**DISBURSEMENT SUMMARY**

Photocopying                                                                                    10.20
TOTAL DISBURSEMENTS                                                              $10.20

TOTAL FEES AND DISBURSEMENTS                                              $1,489.20

c:\bills\636569.bil

3063536v1/06774-0022



FREEBORN & PETERS LLP                                            2                                April 11, 2014

No: 100127711

For professional services rendered with regard to:

Re: Nortel Networks

### [L120] Analysis/Strategy

| Date | Timekeeper | | Hours | Fees |
|---|---|---|---|---|
| *Mar 31, 2014* | *Eggert, Devon J.* <br> Review fee auditor's preliminary report (0.2). | | 0.20 | 61.00 |
| *Mar 31, 2014* | *Sheldon, Kathryn C.* <br> E-mail correspondence to Devon Eggert regarding preliminary report on twentieth fee application (0.1). | | 0.10 | 21.50 |
| Total [L120] Analysis/Strategy | | | 0.30 | 82.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.20 | 305.00 | $61.00 |
| Sheldon, Kathryn C. | 0.10 | 215.00 | $21.50 |
| TOTAL HOURS | 0.30 | | |

TOTAL FEES                                                                                                      $82.50

TOTAL FEES AND DISBURSEMENTS                                                    $82.50

c:\bills\638581.bil

3083466v1/06774-0022

# Freeborn

FREEBORN & PETERS LLP

2

May 13, 2014

No: 100131268
For professional services rendered with regard to:
Re: Nortel Networks

**[L120] Analysis/Strategy**

| Date | Timekeeper | Description | Hours | Fees |
|---|---|---|---|---|
| *Apr 2, 2014* | **Sheldon, Kathryn C.** | Review fee examiner's preliminary report on twentieth fee application (0.2); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 | 64.50 |
| *Apr 9, 2014* | **Eggert, Devon J.** | Review draft revised statement of work (0.2); review e-mail correspondence from client working group regarding same (0.1). | 0.30 | 91.50 |
| *Apr 10, 2014* | **Eggert, Devon J.** | Review and prepare for telephone conference with John Dempsey and Vikas Farswani regarding new statement of work for Nortel for retention and fee application issues (0.2); attend same (0.4); revise draft statement of work based upon same (0.2). | 0.80 | 244.00 |

Total [L120] Analysis/Strategy                                                                       1.40            400.00

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 1.10 | 305.00 | $335.50 |
| Sheldon, Kathryn C. | 0.30 | 215.00 | $64.50 |
| TOTAL HOURS | 1.40 | | |

TOTAL FEES                                                                                                                  $400.00

TOTAL FEES AND DISBURSEMENTS                                                                  $400.00
c:\bills\642138.bil

# Freeborn

FREEBORN & PETERS LLP                                  2                                         June 9, 2014

No: 100133498

For professional services rendered with regard to:

*Re: Nortel Networks*

**[L120] Analysis/Strategy**

| Date | Timekeeper | Description | Hours | Fees |
|---|---|---|---|---|
| *May 21, 2014* | **Eggert, Devon J.** | Telephone conference with John Dempsey regarding status of fee applications (0.1). | 0.10 | 30.50 |
| | Total [L120] Analysis/Strategy | | 0.10 | 30.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.10 | 305.00 | $30.50 |
| TOTAL HOURS | 0.10 | | |

TOTAL FEES                                                                                       $30.50

TOTAL FEES AND DISBURSEMENTS                                                                     $30.50

c:\bills\644368.bil

3117619v1/06774-0022

# Freeborn

FREEBORN & PETERS LLP                                2                              August 11, 2014

No: 100141814

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L120] Analysis/Strategy

| | | | |
|---|---|---|---|
| *Jun 4, 2014* | **Sheldon, Kathryn C.**<br>Review order on twentieth omnibus fee application (0.1). | 0.10 | 21.50 |
| | Total [L120] Analysis/Strategy | 0.10 | 21.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Sheldon, Kathryn C. | 0.10 | 215.00 | $21.50 |
| TOTAL HOURS | 0.10 | | |
| TOTAL FEES | | | $21.50 |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| *Jul 16, 2014* | JPT | *Appearance fee*<br>VENDOR: American Express; INVOICE#: STMT07/16/14; DATE: 7/16/2014<br>06/10 – CourtCall fee for appearance on Fee Application for the period of November 1, 2013 – January 31, 2014 | 30.00 |

Total [E114] Witness Fees                                                                                  $30.00
Total Inception to Date [E114] Witness Fees                                                $148.00



FREEBORN & PETERS LLP

2

December 9, 2014

No: 100153749

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L120] Analysis/Strategy

| | | | |
|---|---|---|---|
| **Nov 21, 2014** | **Sheldon, Kathryn C.**<br>Draft documents for next interim fee application (0.7); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.80 | 172.00 |
| | Total [L120] Analysis/Strategy | 0.80 | 172.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Sheldon, Kathryn C. | 0.80 | 215.00 | $172.00 |
| TOTAL HOURS | 0.80 | | |
| TOTAL FEES | | | $172.00 |

TOTAL FEES AND DISBURSEMENTS                             $172.00

c:\bills\664619.bil

3250787v1/06774-0022