# EXHIBIT B

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  **Fees and Disbursements Through 11/30/14**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter:** 105185.0000198/ Litigation  **Proforma Joint Group #**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7033814 | 11/04/14 | | 0022 | 2086005 | 001474 | Inhouse Duplicating | $0.40 |
| 7054805 | 11/04/14 | | 0016 | 2101308 | 005550 | Comp. Library Research SIMMS, CHARLES W | $55.97 |
| 7054806 | 11/04/14 | | 0016 | 2101308 | 001835 | Comp. Library Research CHENEY, MATTHEW | $15.19 |
| 7034112 | 11/05/14 | 503091 | 0023 | 2086298 | 001474 | Outside Duplicating - - VENDOR: Chris Cianci Document Scanning Costs | $77.18 |
| 7038394 | 11/12/14 | 209159 | 0041 | 2090243 | 001474 | Train Fare Supko, Mark M. Travel to Wilmington for Hearing at Bankruptcy Court 11/06/2014 - 11/07/2014 WAS/WIL | $308.00 |
| 7038395 | 11/12/14 | 209159 | 0045 | 2090243 | 001474 | Other Travel Expenses (Hotel Internet) Supko, Mark M. Travel to Wilmington for Hearing at Bankruptcy Court | $12.95 |
| 7038396 | 11/12/14 | 209159 | 0043 | 2090243 | 001474 | Hotel Supko, Mark M. Travel to Wilmington for Hearing at Bankruptcy Court | $157.41 |
| 7038397 | 11/12/14 | 209159 | 0047 | 2090243 | 001474 | Travel Expense - Meals (Dinner for four) Supko, Mark M. Travel to Wilmington for Hearing at Bankruptcy Court Tim Ross, Mark D. Plevin, Matthew Cheney | $213.00 |
| 7038398 | 11/12/14 | 209159 | 0037 | 2090243 | 001474 | Meals (Lunch) Supko, Mark M. Travel to Wilmington for Hearing at Bankruptcy Court | $8.28 |
| 7038399 | 11/12/14 | 209159 | 0008 | 2090243 | 001474 | Local Transportation (Parking) Supko, Mark M. Travel to Wilmington for Hearing at Bankruptcy Court | $44.00 |
| 7038459 | 11/12/14 | 209069 | 0037 | 2090243 | 001835 | Meals Cheney, Matthew Trial preparation lunch Mark D. Plevin, James J. Regan | $11.50 |
| 7038460 | 11/12/14 | 209069 | 0041 | 2090243 | 001835 | Train Fare Cheney, Matthew Travel to Delaware for trial 11/06/2014 - 11/07/2014 DC/Delaware | $118.50 |
| 7038461 | 11/12/14 | 209069 | 0040 | 2090243 | 001835 | Air fare (Travel Agent Fee) Cheney, Matthew Travel to Delaware for trial | $17.50 |
| 7038462 | 11/12/14 | 209069 | 0040 | 2090243 | 001835 | Air fare (Travel Agent Fee) Cheney, Matthew Travel to Delaware for trial | $17.50 |
| 7038463 | 11/12/14 | 209069 | 0045 | 2090243 | 001835 | Other Travel Expenses (Hotel Internet) Cheney, Matthew Travel to Delaware for trial | $6.48 |
| 7038464 | 11/12/14 | 209069 | 0047 | 2090243 | 001835 | Travel Expense - Meals Cheney, Matthew Travel to Delaware for trial | $17.10 |
| 7040516 | 11/14/14 | | 0007 | 2091780 | 006634 | In-House Network Printing | $28.20 |
| 7045512 | 11/14/14 | 503457 | 0006 | 2095359 | 006316 | Express Delivery FEDEX From: SHANA HARRIS To: MICHELLE ERNST, ESQ , 51 MADISON AVENUE, QUINN EMANUEL URQUHART & SU LLI, NEW YORK CITY, NY 10010 US Tracking Number: 565130224845 Invoice Number: 284801034 | $85.75 |
| 7045513 | 11/14/14 | 503457 | 0006 | 2095359 | 006316 | Express Delivery FEDEX From: SHANA HARRIS To: C BRANDON RASH, ES Q, 901 NEW YORK AVENUE, NW, FINNEGAN, HENDERSON, FARABOW,, WASHINGTON, DC 200014413 US Tracking    Number: 565130224889 Invoice Number: 284801034 | $33.85 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan      **Fees and Disbursements Through 11/30/14**
**Client:** 105185/ Nortel Networks Corp      **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter:** 105185.0000198/ Litigation      **Proforma Joint Group #**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7053151 | 11/14/14 | 503643 | 0006 | 2099837 | 006316 | Express Delivery FEDEX From: SHANA HARRIS To: DUSTIN F GUZIOR, E SQ, 230 PARK AVENUE, DESMARAIS LLP, NEW YORK, NY 10169 US Tracking Number: 565130224834 Invoice Number: 285543040 | $38.97 |
| 7054807 | 11/20/14 | | 0016 | 2101308 | 000272 | Comp. Library Research YOON,TACIE | $217.09 |
| 7054808 | 11/21/14 | | 0016 | 2101308 | 000272 | Comp. Library Research YOON,TACIE | $593.30 |
| 7050774 | 11/26/14 | 209738 | 0045 | 2098562 | 000302 | Other Travel Expenses Regan, James J. Attend meeting with client and hearing before bankruptcy court Home (Arlington) / Wilmington, DE | $64.96 |
| 7050775 | 11/26/14 | 209738 | 0008 | 2098562 | 000302 | Local Transportation Regan, James J. Attend meeting with client and hearing before bankruptcy court Home (Arlington) / Wilmington, DE | $15.00 |
| 7050776 | 11/26/14 | 209738 | 0047 | 2098562 | 000302 | Travel Expense - Meals Regan, James J. Attend meeting with client and hearing before bankruptcy court | $28.56 |
| 7050778 | 11/26/14 | 209738 | 0200 | 2098562 | 000302 | Miscellaneous Regan, James J. Attend meeting with client and hearing before bankruptcy court | $10.00 |
| 7050779 | 11/26/14 | 209738 | 0045 | 2098562 | 000302 | Other Travel Expenses Regan, James J. Attend meeting with client and hearing before bankruptcy court Courthouse / Hotel & train station | $24.00 |
| 7050780 | 11/26/14 | 209738 | 0043 | 2098562 | 000302 | Hotel Regan, James J. Attend meeting with client and hearing before bankruptcy court | $157.41 |
| 7050781 | 11/26/14 | 209738 | 0047 | 2098562 | 000302 | Travel Expense - Meals Regan, James J. Attend meeting with client and hearing before bankruptcy court | $27.41 |
| 7050782 | 11/26/14 | 209738 | 0045 | 2098562 | 000302 | Other Travel Expenses Regan, James J. Attend meeting with client and hearing before bankruptcy court Wilmington, DE / Home (Arlington) | $64.96 |
| 7050783 | 11/26/14 | 209738 | 0008 | 2098562 | 000302 | Local Transportation Regan, James J. Attend meeting with client and hearing before bankruptcy court Wilmington, DE / Home (Arlington) | $15.00 |
| 7051379 | 11/26/14 | 209647 | 0043 | 2098562 | 001835 | Hotel Cheney, Matthew Travel to Delaware for trial | $78.70 |
| 7046278 | 11/30/14 | 505197* | 0152 | 2096533 | 000302 | Pacer Service Charge | $66.30 |
| | | | | | | **Total Disbursements** | **$2,630.42** |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000198/ Litigation  

**Fees and Disbursements Through 11/30/14**  
**Last Date Billed 12/30/14 (Through 10/31/14)**  
**Proforma Joint Group #**

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $158.57 |
| 0007 | In-House Network Printing | $28.20 |
| 0008 | Local Transportation | $74.00 |
| 0016 | Comp. Library Research | $881.55 |
| 0022 | Inhouse Duplicating | $0.40 |
| 0023 | Outside Duplicating | $77.18 |
| 0037 | Meals | $19.78 |
| 0040 | Air fare & Travel Agent Fees | $35.00 |
| 0041 | Train Fare | $426.50 |
| 0043 | Hotel | $393.52 |
| 0045 | Other Travel Expenses | $173.35 |
| 0047 | Travel Expense - Meals | $286.07 |
| 0152 | Pacer Service Charge | $66.30 |
| 0200 | Miscellaneous | $10.00 |
| | **Total Disbursements** | **$2,630.42** |

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan     Fees and Disbursements Through 11/30/14
Client: 105185/ Nortel Networks Corp     Last Date Billed 12/30/14 (Through 10/31/14)
Matter: 105185.0000201/ Litigation     Proforma Joint Group #

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7033280 | 11/04/14 | 503434 | 0034 | 2085795 | 000302 | Transcripts-Deposition CAM/Matter - Vendor: TransPerfect Translations International Inc. - Deposition services; certified copy; delivery; exhibits; PDF; Rough ASCII Inv# 703248 Date: 10/29/2014 | $1,756.00 |
| 7054810 | 11/05/14 | | 0016 | 2101308 | 001835 | Comp. Library Research CHENEY,MATTHEW | $17.99 |
| 7038249 | 11/12/14 | 209132 | 0040 | 2090243 | 001052 | Air fare (Coach/Economy) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing 11/04/2014 - 11/08/2014 SFO/DCA | $777.63 |
| 7038250 | 11/12/14 | 209132 | 0040 | 2090243 | 001052 | Air fare (Travel Agent Fee) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing | $35.00 |
| 7038251 | 11/12/14 | 209132 | 0008 | 2090243 | 001052 | Local Transportation Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing SF to SFO | $66.00 |
| 7038252 | 11/12/14 | 209132 | 0045 | 2090243 | 001052 | Other Travel Expenses (Taxi) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing DCA/Hhotel | $18.00 |
| 7038253 | 11/12/14 | 209132 | 0044 | 2090243 | 001052 | Hotel (2 Nights) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing | $600.00 |
| 7038254 | 11/12/14 | 209132 | 0200 | 2090243 | 001052 | Miscellaneous Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing | $5.00 |
| 7038255 | 11/12/14 | 209132 | 0045 | 2090243 | 001052 | Other Travel Expenses (Taxi) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing C&M/Union Station | $11.00 |
| 7038256 | 11/12/14 | 209132 | 0045 | 2090243 | 001052 | Other Travel Expenses (Taxi) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing Wlmington Train Station/Beneich Office | $9.00 |
| 7038257 | 11/12/14 | 209132 | 0045 | 2090243 | 001052 | Other Travel Expenses (Taxi) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing Beneich Office/Westin | $20.00 |
| 7038258 | 11/12/14 | 209132 | 0043 | 2090243 | 001052 | Hotel Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing | $157.41 |
| 7038259 | 11/12/14 | 209132 | 0045 | 2090243 | 001052 | Other Travel Expenses (Taxi) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing Union Station/JW Marriott | $13.00 |
| 7038260 | 11/12/14 | 209132 | 0047 | 2090243 | 001052 | Travel Expense - Meals Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing | $94.20 |

**915057**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000201/ Litigation  

**Fees and Disbursements Through 11/30/14**  
**Last Date Billed 12/30/14 (Through 10/31/14)**  
**Proforma Joint Group #**

| ID | Date | | | | | Description | Amount |
|---|---|---|---|---|---|---|---|
| 7038261 | 11/12/14 | 209132 | 0044 | 2090243 | 001052 | Hotel (1 Night) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing | $300.00 |
| 7038262 | 11/12/14 | 209132 | 0045 | 2090243 | 001052 | Other Travel Expenses (Taxi) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing Hotel/DCA | $15.00 |
| 7038263 | 11/12/14 | 209132 | 0047 | 2090243 | 001052 | Travel Expense - Meals Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing | $6.98 |
| 7038264 | 11/12/14 | 209132 | 0008 | 2090243 | 001052 | Local Transportation Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing SFO/Home | $53.00 |
| 7038265 | 11/12/14 | 209132 | 0041 | 2090243 | 001052 | Train Fare Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing 11/06/2014 - 11/06/2014 PHL/Wilmington | $237.00 |
| 7038266 | 11/12/14 | 209132 | 0040 | 2090243 | 001052 | Air fare (Travel Agent Fee) Plevin, Mark D. Prepare in DC with other C&M attorneys for and then attend Bankruptcy Court hearing | $35.00 |
| 7038465 | 11/12/14 | 209069 | 0047 | 2090243 | 001835 | Travel Expense - Meals Cheney, Matthew Travel to Delaware for trial | $17.10 |
| 7038466 | 11/12/14 | 209069 | 0045 | 2090243 | 001835 | Other Travel Expenses (Hotel Internet) Cheney, Matthew Travel to Delaware for trial | $6.47 |
| 7038467 | 11/12/14 | 209069 | 0040 | 2090243 | 001835 | Air fare Cheney, Matthew Travel to Delaware for trial | $17.50 |
| 7038468 | 11/12/14 | 209069 | 0040 | 2090243 | 001835 | Air fare Cheney, Matthew Travel to Delaware for trial | $17.50 |
| 7038469 | 11/12/14 | 209069 | 0041 | 2090243 | 001835 | Train Fare Cheney, Matthew Travel to Delaware for trial 11/06/2014 - 11/07/2014 DC/Delaware | $118.50 |
| 7038470 | 11/12/14 | 209069 | 0037 | 2090243 | 001835 | Meals Cheney, Matthew Trial preparation lunch Mark D. Plevin, James J. Regan | $11.49 |
| 7040517 | 11/14/14 | | 0022 | 2091780 | 000272 | Inhouse Duplicating | $28.00 |
| 7054809 | 11/19/14 | | 0016 | 2101308 | 000272 | Comp. Library Research YOON,TACIE | $177.91 |
| 7051380 | 11/26/14 | 209647 | 0043 | 2098562 | 001835 | Hotel Cheney, Matthew Travel to Delaware for trial | $78.71 |

**Total Disbursements** **$4,700.39**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**  **Fees and Disbursements Through 11/30/14**
**Client: 105185/ Nortel Networks Corp**  **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter: 105185.0000201/ Litigation**  **Proforma Joint Group #**

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0008 | Local Transportation | $119.00 |
| 0016 | Comp. Library Research | $195.90 |
| 0022 | Inhouse Duplicating | $28.00 |
| 0034 | Transcripts-Deposition | $1,756.00 |
| 0037 | Meals | $11.49 |
| 0040 | Air fare & Travel Agent Fees | $882.63 |
| 0041 | Train Fare | $355.50 |
| 0043 | Hotel | $236.12 |
| 0044 | Hotel | $900.00 |
| 0045 | Other Travel Expenses | $92.47 |
| 0047 | Travel Expense - Meals | $118.28 |
| 0200 | Miscellaneous | $5.00 |
| | **Total Disbursements** | **$4,700.39** |