# EXHIBIT A

**915070**



## BILLABLE PROFORMA

| | |
|---|---|
| Billing Attorney: 000302/ James J. Regan | Fees and Disbursements Through 12/31/14 |
| Client: 105185/ Nortel Networks Corp | Last Date Billed 11/21/14 (Through 08/31/14) |
| Matter: 105185.0000121/ Wanland | Bill Cycle: M |
| | Matter Open Date: Jan 14, 2009 |
| Proforma Generation Date: 02/26/1514:14:06 | Proforma Joint Group # 105185 |

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $8,951.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | $0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$8,951.50** | | |

| | | | |
|---|---|---|---|
| Address: | Nortel Accounts Payable | YTD Fees Billed | $0.00 |
| | P.O. Box 280510 | YTD Disb Billed | $0.00 |
| | Nashville, TN 37728 | | |
| | | LTD Fees Billed | $186,542.50 |
| | | LTD Disb Billed | $2,605.96 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 13056135 | 12/02/14 | Welt, M. | Email with Mr. Lipner (Cleary) re next steps for finalizing draft settlement and communicating with class counsel. | 0.30 | $196.50 |
| 12978073 | 12/03/14 | Welt, M. | Emails with Mr. Lipner (Cleary) re preparation for call, including highlighting open issues and factual background to discuss (0.8); reviewing matter history and forwarding emails to Mr. Cheney and Ms. Almy to provide background on strategy and settlement drafting (0.4); call with Mr. Lipner (Cleary), Mr. Cheney, and Ms. Almy re course of action re strategy for settlement agreement, including issues with subpoena and Canadian entity (1.4). | 2.60 | $1,703.00 |
| 13000720 | 12/03/14 | Almy, M. | Conference call with Messrs. Lipner (Cleary) and | 1.00 | $730.00 |

DCACTIVE-31007110.1

**915070**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000121/ Wanland

Fees and Disbursements Through 12/31/14
Last Date Billed 11/21/14 (Through 08/31/14)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | Cheney and Ms. Welt to discuss settlement terms. | | |
| 13028672 | 12/08/14 | Welt, M. | Review plaintiffs complaint for initial factual allegations, case history from Ms. Kramer re negotiations with class counsel re fees and key terms (1.2); review draft and additional edits from Mr. Lipner (Cleary) re settlement agreement (1.1); email with Ms. Almy re status of redline review and next steps (0.2). | 2.50 | $1,637.50 |
| 13028674 | 12/09/14 | Welt, M. | Meet with Mr. Cheney and Ms. Almy in advance of call with Mr. Lipner (Cleary) to discuss Mr. Lipner's edits and strategy re how to proceed (0.4); call with Mr. Lipner (Cleary), Mr. Cheney, and Ms. Almy to discuss additional edits and changes to settlement agreement and strategy for working with client re final approval (1.6); email Ms. Kramer re history of negotiation re fees (0.2). | 2.20 | $1,441.00 |
| 13021183 | 12/09/14 | Almy, M. | Prepare for call with Mr. Lipner (Cleary) on redlines of Settlement Agreement. | 0.20 | $146.00 |
| 13021185 | 12/09/14 | Almy, M. | Call with Mr. Lipner (Cleary) to review and revise Settlement Agreement. | 2.00 | $1,460.00 |
| 13028677 | 12/10/14 | Welt, M. | Review updated reviewed draft of settlement agreement from Mr. Lipner (Cleary). | 0.60 | $393.00 |
| 13028679 | 12/11/14 | Welt, M. | Draft bullets re settlement benefits for Mr. Lipner (Cleary) (0.8); email with Ms. Almy re next steps (0.2). | 1.00 | $655.00 |
| 13065051 | 12/12/14 | Welt, M. | Review file for indication of negotiations re fee payment (0.6); email Mr. Lipner (Cleary) re settlement benefits (0.3). | 0.90 | $589.50 |
| | | | **Professional Services Total** | **13.30** | **$8,951.50** |

DCACTIVE-31007110.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000121/ Wanland

Fees and Disbursements Through 12/31/14
Last Date Billed 11/21/14 (Through 08/31/14)
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001800 | Counsel | Welt, M. | 655.00 | 10.10 | $6,615.50 |
| 001830 | Partner | Almy, M. | 730.00 | 3.20 | $2,336.00 |
| | | | **Fees Value** | **13.30** | **$8,951.50** |

DCACTIVE-31007110.1

**915071**



## BILLABLE PROFORMA

Billing Attorney: 000302/ James J. Regan
Client: 105185/ Nortel Networks Corp
Matter: 105185.0000198/ Litigation

Proforma Generation Date: 02/26/1514:14:07

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Bill Cycle: M
Matter Open Date: Aug 6, 2014
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $61,777.00 | Unallocated Cash | $134,335.80 |
| Total Disbursements This Proforma | $1,641.57 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$63,418.57** | | |
| Address:  Nortel Networks Corp | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $635,845.50 |
| | | LTD Disb Billed | $12,959.39 |
| | | A/R Balance This Matter | $-5,860.79 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12971863 | 12/01/14 | Supko, M. | Correspondence with counsel for Google, TWC, and Rockstar re draft of Second Discovery Protocol (0.2); analyze requesting parties' proposed revisions to Second Discovery Protocol and provide comments re same for Messrs. Plevin and Regan (0.7); telephone conference with Messrs. Plevin and Regan re strategy for responding to requesting parties' proposed revisions to Second Discovery Protocol (1.0); prepare revisions to Second Discovery Protocol in view of revisions proposed by requesting parties (1.5); correspondence with requesting parties re | 3.80 | $3,154.00 |

DCACTIVE-31007110.1

**915071**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | revisions to Second Discovery Protocol (0.2); correspondence with Mr. Price (Potter Anderson) re Discovery Mediator position (0.2). | | |
| 12974257 | 12/01/14 | Plevin, M. | Review and analyze comments by Google, TWC, and others on draft discovery protocol (0.3); review M. Supko's comments on proposed changes by Google, TWC, and others (0.1); teleconference with M. Supko and J. Regan re same (0.8). | 1.20 | $942.00 |
| 13002021 | 12/01/14 | Regan, J. | Review emails from counsel for Google, TWC, and Rockstar re draft of discovery protocol (0.2); review and analyze comments from Google and Time Warner re discovery protocol (0.5); exchange emails with Crowell and Moring LLP team re Google suggestions to discovery protocol (0.3); review suggested responses from Crowell and Moring LLP team re same (0.1); telephone conference with Messrs. Supko and Plevin re strategy for responding to requesting parties' proposed revisions to discovery protocol (1.0); follow-on submission and correspondences with requesting parties re revisions to discovery protocol (0.2). | 2.30 | $2,242.50 |
| 13021846 | 12/01/14 | Jackson, S. | Update search term hit count spreadsheet to reflect hit counts for additional store of documents collected for purposes of the Allocation Litigation (0.6); review revisions to draft discovery protocol proposed by requesting parties (0.3); review and confirm correctness of revised redactions to transcripts of depositions of former Nortel employees (0.7). | 1.60 | $936.00 |
| 13000423 | 12/02/14 | Cheney, M. | Review and analyze email exchanges among | 0.60 | $408.00 |

DCACTIVE-31007110.1

**915071**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | counsel re discovery protocol. | | |
| 13000430 | 12/02/14 | Cheney, M. | Teleconference with Ms. Hoover (Benesch) re status of negotiations re discovery protocol, filing of same, and hearing. | 0.20 | $136.00 |
| 13002140 | 12/02/14 | Regan, J. | Review emails from Messrs. Supko and Seitz and Ms. Keller re discovery mediator position (0.2); exchange emails with co-counsel re discovery protocol issues (0.4); attention to correspondences from M. Supko and T. Ross (NNI) re subpoena served by VTech (0.1); review and analyze several rounds of revisions to discovery protocol by counsel for the requesting parties and Rockstar (1.5); confer with Messrs. Supko and Plevin re same and provide feedback re revised draft (0.5); review response from client re same (0.2); draft response to counsel for Rockstar re discovery issues (0.5); confer with Time Warner and Google counsel re remaining issues concerning discovery protocol (0.2); follow-on review of additional edits to discovery protocol (0.2);      confer with Crowell and Moring LLP team re notice issues (0.3); attention to and review correspondences from Ms. Hoover (Benesch) and Mr. Supko re discovery protocol, cover pleading, and filing/service logistics (0.4). | 4.50 | $4,387.50 |
| 12976897 | 12/02/14 | Supko, M. | Correspondence with Mr. Seitz (Seitz Ross) re discovery mediator position (0.1); prepare email to opposing counsel re responses received from discovery mediator candidates and selection of same (0.2); correspondence with Ms. Hoover (Benesch) re status of discovery protocol negotiations (0.1); continue working on discovery | 6.60 | $5,478.00 |

DCACTIVE-31007110.1

**915071**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | protocol, including review/implementation of several rounds of revisions proposed by counsel for the requesting parties and Rockstar (3.0); consult with Messrs. Regan and Plevin re proposed revisions to discovery protocol and strategy re same (0.5); telephone conference with counsel for the requesting parties and Rockstar re issues with discovery protocol (0.6); work on cover pleading for discovery protocol, including consultation with Messrs. Plevin and Regan re same (1.3); conversation and correspondence with Ms. Hoover (Benesch) re discovery protocol, cover pleading, and filing/service logistics (0.2); serve courtesy copy of filing on counsel for requesting parties and Rockstar (0.1); correspondence and conversation with Mr. Ruegger (Dentons) re potential discovery of third-party in view of discovery protocol (0.3); correspondence with Ms. Keller (Shaw Keller) re draft retainer agreement (0.2). | | |
| 12978068 | 12/02/14 | Plevin, M. | Review incoming comments on draft protocol for third-party discovery, and exchange e-mails with M. Supko and J. Regan re same, including further proposed changes (0.7); revise draft cover pleading for the discovery protocol (0.7); participate in conference call with Mr. Turner (Irell & Manella), Mr. Guzior (Desmarais), and Mr. Wilson (Quinn Emanuel) re last remaining disputed issue concerning the discovery protocol (0.8); teleconference with M. Supko re draft cover pleading (0.1). | 2.30 | $1,805.50 |
| 12978719 | 12/03/14 | Supko, M. | Consult with Messrs. Regan and Plevin re strategy for hearing before Judge Gross re discovery | 0.60 | $498.00 |

DCACTIVE-31007110.1

**915071**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | protocol (0.5); report to Ms. Fu at    Microsoft re status of Google's subpoena to Mr. Fortman (former NNI employee) (0.1). | | |
| 12979271 | 12/03/14 | Plevin, M. | Exchange e-mails with M. Supko and J. Regan re preparation for December 5th hearing and issues related to cost-sharing among the estates (0.6); exchange e-mails with Mr. Oxford (EMEA debtors) re same and further extension of time for him to respond to the cost-sharing motion (0.1); exchange e-mails with Mr. Bomhof (Canadian counsel) re cost-sharing among the estates (0.1). | 0.80 | $628.00 |
| 13002184 | 12/03/14 | Regan, J. | Confer with Mr. Cheney re hearing and strategy (0.2); exchange emails with and conference call with Messrs. Supko and Plevin re status conference agenda and cost-sharing issues (0.7); confer with local counsel re same (0.2); review court order in preparation for hearing (0.3). | 1.40 | $1,365.00 |
| 13022195 | 12/03/14 | Jackson, S. | Check stay status of Google and Time Warner litigations and update deposition tracking spreadsheet based on stay status and additional information received regarding discovery in Spherix litigations. | 0.60 | $351.00 |
| 13002238 | 12/04/14 | Regan, J. | Review and analyze emails from Crowell and Moring LLP team re protocol hearing strategy (0.5); review and exchange emails with Messrs. Supko, Plevin and Ruegger re third-party's request to revise discovery protocol (1.0). | 1.50 | $1,462.50 |
| 12988278 | 12/04/14 | Supko, M. | Correspondence with Messrs. Wilson (Quinn Emanuel) and Guzior (Desmarais) re preparation for status conference (0.2); correspondence and telephone calls with Mr. Ruegger (Dentons) re | 5.10 | $4,233.00 |

DCACTIVE-31007110.1

**915071**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan                Fees and Disbursements Through 12/31/14
Client:  105185/ Nortel Networks Corp                    Last Date Billed 12/30/14 (Through 10/31/14)
Matter:  105185.0000198/ Litigation                      Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | third-party's request to revise Second Discovery Protocol (1.6); consult with Mr. Plevin re same (0.2); consult with Ms. Hoover (Benesch) re status conference (0.1); prepare for status conference, including review of relevant documents while on train to Wilmington, Delaware (2.5); analyze Second Discovery Protocol and hit count spreadsheet re next steps for discovery (0.5). | | |
| 12996064 | 12/04/14 | Plevin, M. | Exchange e-mails with M. Supko re preparation for tomorrow's bankruptcy court hearing (0.2); conference with M. Cheney re EMEA inquiry re cost-sharing motion (0.1); teleconference with Mr. Huberty (EMEA debtors) re status of cost-sharing issues and coordination re tomorrow's hearing (0.2). | 0.50 | $392.50 |
| 12997478 | 12/05/14 | Supko, M. | Correspondence with Ms. McCown (Cleary) re discovery status in view of Rockstar settlements (0.1); continue preparing for hearing at Bankruptcy Court re discovery protocol, including analyzing jurisdictional issue, revisions proposed by third-party to discovery protocol, and notice issues (4.0); participate in hearing at Bankruptcy Court re discovery protocol issues (1.0); correspondence with Messrs. Plevin and Regan re hearing (0.2); prepare report to Mr. Ross (NNI) re hearing and adoption of Second Discovery Protocol, and consult with Messrs. Plevin and Regan re same (0.3); analyze implications of second discovery protocol on outstanding and impending discovery requests while traveling back to DC from Wilmington, including correspondence with Mr. Jackson re ESI search issues (1.3); correspondence with Ms. Hoover | 7.30 | $6,059.00 |

DCACTIVE-31007110.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | (Benesch) re draft of proposed order and revisions to discovery protocol, and consult with Mr. Plevin re revisions to same (0.3); correspondence with Mr. Turner (Irell & Manella) re status of discovery requests (0.1). | | |
| 13002265 | 12/05/14 | Regan, J. | Review emails from and confer with Mr. Cheney re background concerning allocation issues (0.1); participate on conference call with Judge Gross re draft discovery protocol (1.2); follow-on conference with Mr. Cheney re outcome of hearing and next steps (0.1); follow-on emails with Messrs. Cheney and Plevin re same (0.2); conference call with Cleary and Mr. Cheney re cost-sharing issues (0.5); review and edit draft order (0.4); review and edit draft letter to client re hearing and adoption of discovery protocol (0.3); review and edit draft response to VTech counsel third-party subpoena issues (0.2). | 3.00 | $2,925.00 |
| 13000483 | 12/05/14 | Cheney, M. | Teleconference with Mr. Regan, Ms. Rozenberg (Cleary) and Ms. McCown (Cleary) re background re allocation issues. | 0.50 | $340.00 |
| 13001849 | 12/05/14 | Plevin, M. | Attend bankruptcy court hearing on draft discovery protocol via CourtCall (1.2); exchange e-mails with M. Supko and J. Regan re outcome of hearing and next steps (0.1); review and comment on M. Supko draft client report re same (0.1); review and comment on proposed order (0.2). | 1.60 | $1,256.00 |
| 12997488 | 12/06/14 | Supko, M. | Review proposed order filed with court re discovery protocol (0.1); report to Mr. Ross (NNI) re same (0.1). | 0.20 | $166.00 |
| 13044264 | 12/07/14 | Regan, J. | Review and analyze correspondence with client re | 0.40 | $390.00 |

DCACTIVE-31007110.1

**915071**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | proposed order filed with court concerning discovery protocol and next steps. | | |
| 13006989 | 12/08/14 | Supko, M. | Consult with Mr. Jackson re NNI data repository issue, including research re same. | 0.40 | $332.00 |
| 13024734 | 12/08/14 | Regan, J. | Review information from Mr. Plevin re third-party subpoena issues (0.2); exchange emails with Mr. Supko re Cisco litigation and follow-on conference with Mr. Supko re same (0.4). | 0.60 | $585.00 |
| 13028830 | 12/09/14 | Jackson, S. | Perform research re chain of title issues in light of newly served third-party subpoena (0.7); draft summary of research and analysis and provide same to Mr. Supko for review (0.2). | 0.90 | $526.50 |
| 13044829 | 12/10/14 | Regan, J. | Attention to correspondences from M. Supko and opposing counsel re Cisco litigation (0.3); exchange emails with client re same (0.2). | 0.50 | $487.50 |
| 13044858 | 12/11/14 | Regan, J. | Exchange emails with M. Supko and client re newly served subpoenas (0.3); confer with Mr. Supko re same (0.8); exchange emails with co-counsel re trial and deposition exhibits (0.3); exchange emails with client re new third-party subpoena issues, including attention to correspondences from opposing counsel re same (0.4). | 1.80 | $1,755.00 |
| 13017266 | 12/11/14 | Supko, M. | Correspondence with Ms. Rozenberg (Cleary) re Second Discovery Protocol and document production issues (0.2); consult with Mr. Jackson re same (0.1). | 0.30 | $249.00 |
| 13018791 | 12/12/14 | Dahl, M. | Review and analyze trial transcripts and exhibits in preparation for providing to third-party for review (0.5); follow-up telephone conference with Mr. Jackson re review process, pricing, and | 0.60 | $180.00 |

DCACTIVE-31007110.1

**915071**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | loading data to database for third party review (0.1). | | |
| 13028914 | 12/12/14 | Jackson, S. | Coordinate with Ms. Harris and Mr. Dahl re provision of unredacted documents to third-party for review per agreed and ordered second discovery protocol (0.6); advise Mr. Supko on recommended approach to provide same to third-party (0.1). | 0.70 | $409.50 |
| 13029048 | 12/12/14 | Harris, S. | Draft correspondence to Crowell and Moring LLP's Practice Technology Department re options for protecting document confidentiality. | 0.20 | $49.00 |
| 13044936 | 12/13/14 | Regan, J. | Confer with Mr. Supko re cost-sharing issues and new subpoena request. | 0.50 | $487.50 |
| 13046634 | 12/15/14 | Regan, J. | Review emails with client re new third-party request issues (0.2); exchange emails with Mr. Supko re same (0.5); exchange emails with Mr. Plevin re cost-sharing issue (0.5). | 1.20 | $1,170.00 |
| 13029735 | 12/15/14 | Plevin, M. | Teleconference with Mr. Bomhof (Canadian counsel) to coordinate re cost-sharing motion in light of December 17th hearing in Toronto (0.1); draft and send e-mail to M. Supko, J. Regan, and M. Cheney re status of current subpoena issues and possibility of revising current cost-sharing motion (0.1). | 0.20 | $157.00 |
| 13028228 | 12/15/14 | Supko, M. | Consult with Mr. Jackson re unredacted documents and privilege log issues (0.1); perform research re cost-sharing issues (0.7). | 0.80 | $664.00 |
| 13031066 | 12/16/14 | Supko, M. | Review and analyze certain agreements re cost-sharing and discovery issues (0.5); correspondence with Mr. Turner (Irell & Manella) re procedures for making unredacted exhibits available for | 0.70 | $581.00 |

DCACTIVE-31007110.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan
Client: 105185/ Nortel Networks Corp
Matter: 105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | inspection (0.2). | | |
| 13031797 | 12/16/14 | Plevin, M. | Review draft letter to Mr. Pollack (Duane Morris) re new third-party subpoena and NNI's response thereto (0.1); prepare comments on same and email comments to M. Supko for review (0.2). | 0.30 | $235.50 |
| 13046643 | 12/16/14 | Regan, J. | Exchange mails with Mr. Supko re new third-party subpoena issues (0.1); review and analyze letter from opposing counsel re third-party subpoena issues (0.5); draft comments for response to opposing counsel re same (0.3); emails with Mr. Cheney re same (0.1). | 1.00 | $975.00 |
| 13033266 | 12/17/14 | Supko, M. | Correspondence with Mr. Turner (Irell & Manella) re inspection of unredacted trial exhibits and deposition transcripts, including research re same (0.2); consult with Mr. Jackson re same (0.1). | 0.30 | $249.00 |
| 13035972 | 12/18/14 | Supko, M. | Correspondence with Mr. Werner (Irell & Manella) re conditions for making trial exhibits and deposition transcripts available for review by third-party (0.1); consult with Messrs. Jackson and Dahl re same (0.1); correspondence with Ms. Rozenberg (Cleary) re deadlines for privilege log and sealing motion, including review of discovery orders and calculation of same (0.2); consult with Messrs. Regan and Plevin re current status of Nortel discovery matters (0.2); correspondence with Ms. Keller (Shaw Keller) re retainer agreement (0.1). | 0.70 | $581.00 |
| 13046687 | 12/18/14 | Regan, J. | Review and respond to emails with Mr. Supko re status of various subpoena matters (0.5); confer with Mr. Cheney re same (0.5). | 1.00 | $975.00 |
| 13046712 | 12/19/14 | Regan, J. | Review information from Mr. Supko re discovery | 1.50 | $1,462.50 |

DCACTIVE-31007110.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000198/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | status and cost-sharing strategy (0.3); confer with Messrs. Supko, Plevin, and Cheney re same (1.0); review information from Mr. Plevin re cost-sharing issues (0.2). | | |
| 13042521 | 12/19/14 | Plevin, M. | Meet with J. Regan, M. Supko, and M. Cheney re case status and next steps (0.5); review Judge Gross' Rule 9019 order on the bondholders' interest claims to determine if the order contains any content relevant to the issues Crowell and Moring LLP is handling (0.5). | 1.00 | $785.00 |
| 13039547 | 12/19/14 | Supko, M. | Meet with Messrs. Regan, Plevin and Cheney re discovery status and cost-sharing strategy. | 0.50 | $415.00 |
| 13040654 | 12/20/14 | Supko, M. | Correspondence with Mr. Edgar (Kirkland & Ellis) re third-party's discovery requests, including investigation of issue re same (0.3); correspondence with Mr. Pollack (Duane Morris) re another third-party's discovery requests (0.2); review draft mediation agreement sent by Ms. Keller (Shaw Keller), research issues re same, and prepare extensive revisions to same (2.3); correspondence with Mr. Plevin re same (0.1). | 2.90 | $2,407.00 |
| 13040660 | 12/21/14 | Supko, M. | Review revisions to draft mediation agreement sent by Mr. Plevin. | 0.20 | $166.00 |
| 13042460 | 12/21/14 | Plevin, M. | Review and provide comments to M. Supko on proposed discovery mediator's draft retention agreement. | 0.20 | $157.00 |
| 13058817 | 12/21/14 | Regan, J. | Review and analyze proposed retainer agreement from discovery mediator (0.8); review suggested edits from M. Plevin and M. Supko re same (0.3). | 1.10 | $1,072.50 |
| 13040766 | 12/22/14 | Supko, M. | Continue working on retention agreement for Discovery Mediator, including incorporation of | 0.50 | $415.00 |

DCACTIVE-31007110.1

**915071**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan  
Client:  105185/ Nortel Networks Corp  
Matter:  105185.0000198/ Litigation  

Fees and Disbursements Through 12/31/14  
Last Date Billed 12/30/14 (Through 10/31/14)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | edits suggested by Mr. Plevin and correspondence with Ms. Keller (Shaw Keller) re same. | | |
| 13051573 | 12/23/14 | Supko, M. | Correspondence with Mr. Sasse and opposing counsel re conflicts issue in view of third-party discovery request. | 0.20 | $166.00 |
| 13057598 | 12/29/14 | Plevin, M. | Review news article re the sale of certain patents and draft e-mail to M. Supko and J. Regan re same and potential implications for Nortel. | 0.10 | $78.50 |
| 13059122 | 12/29/14 | Regan, J. | Exchange emails with Mr. Supko re update on continuing litigation (0.5); review and analyze information provided by Mr. Plevin re the sale of certain patents (0.3). | 0.80 | $780.00 |
| 13059125 | 12/30/14 | Regan, J. | Review articles re sale of Rockstar patents to RPX and status of Google-Rockstar settlement discussion (0.5); exchange emails with M. Plevin and M. Supko re strategy concerning same (0.9); confer with Mr. Cheney re same (0.2). | 1.60 | $1,560.00 |
| 13059590 | 12/30/14 | Supko, M. | Review articles re sale of Rockstar patents to RPX (0.3); correspondence with Messrs. Plevin and Regan re implications of same on third-party discovery requests (0.3); correspondence with Mr. Werner (Irell & Manella) re Rockstar's proposed motion to stay, including consultation with Messrs. Regan and Plevin re response to same, and research re status of Rockstar litigations (0.6). | 1.20 | $996.00 |
| 13062245 | 12/30/14 | Plevin, M. | Review e-mail from M. Supko re status of Google-Rockstar settlement discussion (0.1); exchange e-mails with M. Supko and J. Regan re sale of certain Rockstar patents to RPX and potential impact on Nortel discovery issues (0.3); draft proposed e-mail to Mr. Ray (NNI) re RPX | 0.80 | $628.00 |

DCACTIVE-31007110.1

**915071**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan       Fees and Disbursements Through 12/31/14
Client:  105185/ Nortel Networks Corp       Last Date Billed 12/30/14 (Through 10/31/14)
Matter:  105185.0000198/ Litigation       Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | transaction and potential impact on NNI discovery issues (0.4). | | |
| 13062617 | 12/31/14 | Supko, M. | Review and comment on draft email to Mr. Ray (NNI) re strategy for cost-sharing motion (0.2); correspondence with Mr. Plevin re revised draft (0.1). | 0.30 | $249.00 |
| 13064707 | 12/31/14 | Plevin, M. | Exchange e-mails with M. Supko and J. Regan re proposed revised e-mail to Mr. Ray (NNI) concerning strategy re the cost-sharing motion and next steps (0.1); review Rockstar's draft motion to stay and draft and send e-mail to M. Supko re strategy concerning same (0.2). | 0.30 | $235.50 |
| | | | **Professional Services Total** | **72.50** | **$61,777.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 006634 | Counsel | Jackson, S. | 585.00 | 3.80 | $2,223.00 |
| 004269 | Lit Support | Dahl, M. | 300.00 | .60 | $180.00 |
| 006316 | Paralegal | Harris, S. | 245.00 | .20 | $49.00 |
| 000302 | Partner | Regan, J. | 975.00 | 24.70 | $24,082.50 |
| 001052 | Partner | Plevin, M. | 785.00 | 9.30 | $7,300.50 |
| 001474 | Partner | Supko, M. | 830.00 | 32.60 | $27,058.00 |
| 001835 | Partner | Cheney, M. | 680.00 | 1.30 | $884.00 |
| | | **Fees Value** | | **72.50** | **$61,777.00** |

DCACTIVE-31007110.1

**915072**



## BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client: 105185/ Nortel Networks Corp
Matter:  105185.0000200/ Litigation

Proforma Generation Date:  02/26/1514:14:08

Fees and Disbursements Through 12/31/14
Last Date Billed 12/30/14 (Through 10/31/14)
Bill Cycle:  M
Matter Open Date:  Aug 29, 2014
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $3,275.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | $0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$3,275.00** | | |
| Address:    Nortel Networks Corp | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $19,147.50 |
| | | LTD Disb Billed | $3.20 |
| | | A/R Balance This Matter | $4,029.54 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12971864 | 12/01/14 | Supko, M. | Correspondence with Mr. Ross (NNI) re new subpoenas served in Spherix litigation (0.2); begin reviewing same (0.5). | 0.70 | $581.00 |
| 12976881 | 12/02/14 | Supko, M. | Correspondence with Mr. Hanley (Kenyon) re depositions (0.1); consult with Mr. Jackson re same (0.1). | 0.20 | $166.00 |
| 12978718 | 12/03/14 | Supko, M. | Correspondence with Messrs. Hanley (Kenyon) and Kenny (Kenyon) re Spherix depositions (0.1); consult with Mr. Jackson re deposition scheduling and review updated spreadsheet re same (0.2). | 0.30 | $249.00 |
| 12988246 | 12/04/14 | Supko, M. | Correspondence with Verizon's counsel re | 0.10 | $83.00 |

DCACTIVE-31007110.1

**915072**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302/ James J. Regan      Fees and Disbursements Through 12/31/14
Client: 105185/ Nortel Networks Corp      Last Date Billed 12/30/14 (Through 10/31/14)
Matter: 105185.0000200/ Litigation      Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | depositions. | | |
| 13022400 | 12/05/14 | Jackson, S. | Compile list of parties in all pending litigations involving Spherix Incorporated and provide same to Mr. Supko. | 1.20 | $702.00 |
| 12999788 | 12/07/14 | Supko, M. | Analyze hit count data, including research re repositories (0.6); correspond with Mr. Jackson re repository issue (0.1). | 0.70 | $581.00 |
| 13015075 | 12/09/14 | Supko, M. | Correspondence with Mr. Ross (NNI) re third-party subpoena, and review same (0.2); consult with Mr. Jackson re same, including search of PTO assignment records (0.2). | 0.40 | $332.00 |
| 13015071 | 12/10/14 | Supko, M. | Correspondence with Mr. Ross (NNI) re new subpoena, and review same. | 0.20 | $166.00 |
| 13031068 | 12/16/14 | Supko, M. | Correspondence with Verizon's counsel re confidential documents produced by former Nortel employee, including review of Nortel's obligations re same under Second Discovery Protocol. | 0.50 | $415.00 |
| | | | **Professional Services Total** | **4.30** | **$3,275.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 006634 | Counsel | Jackson, S. | 585.00 | 1.20 | $702.00 |
| 001474 | Partner | Supko, M. | 830.00 | 3.10 | $2,573.00 |
| | | | **Fees Value** | **4.30** | **$3,275.00** |

DCACTIVE-31007110.1

**915073**



## BILLABLE PROFORMA

| | |
|---|---|
| Billing Attorney:  000302/ James J. Regan | Fees and Disbursements Through 12/31/14 |
| Client:  105185/ Nortel Networks Corp | Last Date Billed  (Through ) |
| Matter:  105185.0000202/ Litigation | Bill Cycle:  M |
| | Matter Open Date:  Dec 12, 2014 |
| Proforma Generation Date:  02/26/1514:14:09 | Proforma Joint Group # |

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,241.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | $0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,241.00** | | |
| Address:    Nortel Networks Corp | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12976867 | 12/02/14 | Supko, M. | Review subpoenas served by VTech (0.3); correspondence with Mr. Ross (NNI) re same (0.1). | 0.40 | $332.00 |
| 12978721 | 12/03/14 | Supko, M. | Correspondence with Mr. Ross (NNI) re VTech subpoenas. | 0.10 | $83.00 |
| 12997480 | 12/05/14 | Supko, M. | Prepare letter to Mr. Nuttall (Steptoe) re impropriety of VTech subpoena (0.5); consult with Messrs. Plevin and Regan re same (0.1); finalize and send same, including research re current status of litigation and identity of Spherix's counsel (0.2). | 0.80 | $664.00 |

DCACTIVE-31007110.1

**915073**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000202/ Litigation

Fees and Disbursements Through 12/31/14
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 13035982 | 12/18/14 | Supko, M. | Correspondence with Mr. Abramic (Steptoe) re VTech subpoenas. | 0.20 | $166.00 |
| 13039551 | 12/19/14 | Supko, M. | Correspondence with VTech's counsel re subpoena and meet-and-confer on discovery requests. | 0.20 | $166.00 |
| 13056916 | 12/29/14 | Supko, M. | Correspondence with Mr. Abramic (Steptoe) re meet-and-confer on VTech discovery requests. | 0.10 | $83.00 |
| 13059588 | 12/30/14 | Supko, M. | Prepare for meet-and-confer with VTech's counsel re discovery requests (0.3); telephone conference with Mr. Abramic (Steptoe) to meet-and-confer on VTech's discovery requests (0.5); prepare email to Mr. Ross (NNI) requesting information re cordless phone business at issue in VTech litigation (0.1). | 0.90 | $747.00 |
| | | | **Professional Services Total** | **2.70** | **$2,241.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | 830.00 | 2.70 | $2,241.00 |
| | | **Fees Value** | | **2.70** | **$2,241.00** |

DCACTIVE-31007110.1