# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2014 Through December 31, 2014

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Local Transportation | Airport Parking | $24.00 |
| Train fare | Amtrak | $272.00 |
| Hotel | Westin or Hyatt | $202.40 |
| Travel Expense - Meals | Breakfast, Lunch, & Dinner | $56.54 |
| Other Travel Expenses | Miscellaneous | $10.00 |
| Electronic Discovery | Advanced Discovery, LLC | $1,004.63 |
| Computer Research | Pacer Service Center | $72.00 |
| **TOTAL** | | **$1,641.57** |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  **Fees and Disbursements Through 12/31/14**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter:** 105185.0000198/ Litigation  **Proforma Joint Group #**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7066730 | 12/12/14 | 210324 | 0041 | 2107874 | 001474 | Train Fare (Amtrak) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court 12/04/2014 - 12/05/2014 WAS/WIL | $272.00 |
| 7066731 | 12/12/14 | 210324 | 0047 | 2107874 | 001474 | Travel Expense - Meals Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $2.00 |
| 7066732 | 12/12/14 | 210324 | 0047 | 2107874 | 001474 | Travel Expense - Meals (Dinner) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $42.00 |
| 7066733 | 12/12/14 | 210324 | 0043 | 2107874 | 001474 | Hotel Supko (Double Tree - 1 night), Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $202.40 |
| 7066734 | 12/12/14 | 210324 | 0047 | 2107874 | 001474 | Travel Expense - Meals (Breakfast) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $7.20 |
| 7066735 | 12/12/14 | 210324 | 0047 | 2107874 | 001474 | Travel Expense - Meals Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $5.34 |
| 7066736 | 12/12/14 | 210324 | 0008 | 2107874 | 001474 | Local Transportation (Parking) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $24.00 |
| 7066737 | 12/12/14 | 210324 | 0045 | 2107874 | 001474 | Other Travel Expenses (Taxi) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court DE Train Station/Hotel | $10.00 |
| 7068590 | 12/16/14 | 504126 | 0158 | 2110366 | 000302 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Processing and producing production volumes NNI- Google001, NNI-TWC001 and NNI-Verizon001 at request of Ms. Harris per Mr. Jackson. Inv# B133657 Date: 11/25/2014 | $1,004.63 |
| 7071208 | 12/31/14 | 505197* | 0152 | 2111905 | 000302 | Pacer Service Charge | $72.00 |
| | | | | | | **Total Disbursements** | **$1,641.57** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0008 | Local Transportation | $24.00 |
| 0041 | Train Fare | $272.00 |
| 0043 | Hotel | $202.40 |
| 0045 | Other Travel Expenses | $10.00 |
| 0047 | Travel Expense - Meals | $56.54 |
| 0152 | Pacer Service Charge | $72.00 |
| 0158 | Electronic Discovery | $1,004.63 |
| | **Total Disbursements** | **$1,641.57** |

DCACTIVE-31007110.1