**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) Chapter 11 |
| In re: | ) |
| | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 15157** |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING NINTH
MONTHLY APPLICATION OF CASSELS BROCK & BLACKWELL LLP, CANADIAN
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
INTERIM ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT
OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD
FROM NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014
[DOCKET NO. 15157] (NO ORDER REQUIRED)**

The undersigned hereby certifies that she has received no answer, objection or

any other responsive pleading with respect to the Ninth Monthly Fee Application for

Compensation and Reimbursement of Expenses (the "Application") of Cassels Brock &

Blackwell LLP (the "Applicant") listed on <u>Exhibit A</u> attached hereto. The undersigned further

certifies that she has reviewed the Court's docket in this case and no answer, objection or other

responsive pleading to the Application appears thereon.[2] The Application was filed with the

Court on the date listed on <u>Exhibit A</u>.

Pursuant to the Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: February 27, 2015
      Wilmington, Delaware

          */s/ Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*