# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 15157] | 11/1/14 - 11/30/14 | CDN$128,431.00 (Fees)  CDN$1,163.25 (Expenses) | CDN$102,744.80 (Fees @ 80%)  CDN$1,163.25 (Expenses @ 100%) | 02/04/15 | 02/25/15 |