# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2014 Through December 31, 2014

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Local Transportation | Airport Parking | $24.00 |
| Train fare | Amtrak | $272.00 |
| Hotel | Westin or Hyatt | $202.40 |
| Travel Expense - Meals | Breakfast, Lunch, & Dinner | $56.54 |
| Other Travel Expenses | Miscellaneous | $10.00 |
| Electronic Discovery | Advanced Discovery, LLC | $1,004.63 |
| Computer Research | Pacer Service Center | $72.00 |
| **TOTAL** | | **$1,641.57** |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  **Fees and Disbursements Through 12/31/14**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter:** 105185.0000198/ Litigation  **Proforma Joint Group #**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7066730 | 12/12/14 | 210324 | 0041 | 2107874 | 001474 | Train Fare (Amtrak) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court 12/04/2014 - 12/05/2014 WAS/WIL | $272.00 |
| 7066731 | 12/12/14 | 210324 | 0047 | 2107874 | 001474 | Travel Expense - Meals Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $2.00 |
| 7066732 | 12/12/14 | 210324 | 0047 | 2107874 | 001474 | Travel Expense - Meals (Dinner) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $42.00 |
| 7066733 | 12/12/14 | 210324 | 0043 | 2107874 | 001474 | Hotel Supko (Double Tree - 1 night), Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $202.40 |
| 7066734 | 12/12/14 | 210324 | 0047 | 2107874 | 001474 | Travel Expense - Meals (Breakfast) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $7.20 |
| 7066735 | 12/12/14 | 210324 | 0047 | 2107874 | 001474 | Travel Expense - Meals Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $5.34 |
| 7066736 | 12/12/14 | 210324 | 0008 | 2107874 | 001474 | Local Transportation (Parking) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court | $24.00 |
| 7066737 | 12/12/14 | 210324 | 0045 | 2107874 | 001474 | Other Travel Expenses (Taxi) Supko, Mark M. Travel to Wilmington, DE for status conference at bankruptcy court DE Train Station/Hotel | $10.00 |
| 7068590 | 12/16/14 | 504126 | 0158 | 2110366 | 000302 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Processing and producing production volumes NNI- Google001, NNI-TWC001 and NNI-Verizon001 at request of Ms. Harris per Mr. Jackson. Inv# B133657 Date: 11/25/2014 | $1,004.63 |
| 7071208 | 12/31/14 | 505197* | 0152 | 2111905 | 000302 | Pacer Service Charge | $72.00 |
| | | | | | | **Total Disbursements** | **$1,641.57** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0008 | Local Transportation | $24.00 |
| 0041 | Train Fare | $272.00 |
| 0043 | Hotel | $202.40 |
| 0045 | Other Travel Expenses | $10.00 |
| 0047 | Travel Expense - Meals | $56.54 |
| 0152 | Pacer Service Charge | $72.00 |
| 0158 | Electronic Discovery | $1,004.63 |
| | **Total Disbursements** | **$1,641.57** |

- 17 of 21 -

DCACTIVE-31007110.1

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**November 1, 2014 through January 31, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 12,142.01 |
| Travel – Lodging | 9,077.57 |
| Travel – Transportation | 3,270.04 |
| Travel – Meals | 1,683.93 |
| Office Expenses | - |
| TOTAL | $ 26,173.55 |
| | |

## Nortel Expense Report

**PERIOD:** November 1, 2014 through January 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 11/12/2014 | Travel to Client site | $305.84 | $259.92 | $73.60 | $57.88 | | Brandon Bangerter | Economy airfare; Avis car rental; one night hotel; lunch - $13.33 (RP,BB), dinner - $44.55(RP,BB) |
| 11/12/2014 | Travel to Client site | $435.70 | $259.92 | $127.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night hotel |
| 11/13/2014 | Travel from Client site | $305.84 | | $76.00 | $54.23 | | Brandon Bangerter | Economy airfare; airport parking; lunch - RP,BB |
| 11/13/2014 | Travel from Client site | $435.70 | | $92.00 | | | Raj Perubhatla | Economy airfare; airport transportation |
| 11/18/2014 | Travel to Client site | $346.70 | $248.57 | $41.92 | | | Brandon Bangerter | Economy airfare; Avis rental car ; one night hotel |
| 11/18/2014 | Travel to Client site | $346.70 | $248.57 | | | | Raj Perubhatla | Economy airfare; one night hotel |
| 11/19/2014 | Travel from Client site | $346.70 | | $61.00 | $21.39 | | Brandon Bangerter | Economy airfare; airport parking; lunch - RP,BB, G.Storr |
| 11/19/2014 | Travel from Client site | $346.70 | | $92.00 | $25.00 | | Raj Perubhatla | Economy airfare; airport transportation; dinner - RP, BB |
| 12/10/2014 | Travel to Client site | $194.70 | $265.59 | $88.48 | | | Brandon Bangerter | Economy airfare; Avis rental car ; one night hotel |
| 12/10/2014 | Travel to Client site | $194.70 | $265.60 | | | | Raj Perubhatla | Economy airfare; one night hotel |
| 12/11/2014 | RTP Stay | | $265.60 | | $64.50 | | Raj Perubhatla | One night hotel; dinner - RP, BB |
| 12/12/2014 | Travel from Client site | $194.70 | | $95.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 12/12/2014 | Travel from Client site | $194.70 | | $92.00 | | | Raj Perubhatla | Economy airfare; airport transportation |
| 12/17/2014 | Travel to Client site | $346.11 | $269.47 | $172.40 | | | Kathryn Schultea | Economy airfare; Hertz rental car - $77.86 ; one night hotel; car to airport - $95 |
| 12/18/2014 | Travel from Client site | $346.11 | | $182.40 | | | Kathryn Schultea | Economy airfare; Hertz rental car - $77.86 ; car from airport - $105 |
| 1/5/2015 | Travel to Client site | $235.35 | $203.17 | $91.02 | $105.23 | | Brandon Bangerter | Economy airfare; one night hotel; Avis car rental; lunch - $52.08(RP,BB), dinner -$53.15(RP,BB) |
| 1/5/2015 | Travel to Client site | $235.35 | $203.17 | $92.00 | | | Raj Perubhatla | Economy airfare; one night hotel; car to airport |
| 1/6/2015 | RTP Stay | | $203.17 | | $66.78 | | Brandon Bangerter | One night hotel; lunch - $13.33(RP,BB), dinner -$53.45(RP,BB) |
| 1/6/2015 | RTP Stay | | $203.17 | | | | Raj Perubhatla | One night hotel |
| 1/7/2015 | Travel from Client site | $235.35 | | $57.00 | $21.94 | | Brandon Bangerter | Economy airfare; lunch -$21.94 (RP,BB); airport parking |
| 1/7/2015 | Travel from Client site | $235.35 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport |
| 1/11/2015 | Travel to Client site | $284.70 | $231.54 | $83.84 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis car rental |
| 1/11/2015 | Travel to Client site | $401.85 | $231.55 | $92.00 | | | Raj Perubhatla | Economy airfare; one night hotel; car to airport |
| 1/12/2015 | RTP Stay | | $231.55 | | $70.30 | | Brandon Bangerter | One night hotel; lunch -$17.15 (RP,BB), dinner -$53.15 (RP, BB) |
| 1/12/2015 | RTP Stay | | $231.55 | | | | Raj Perubhatla | One night hotel |
| 1/13/2015 | Travel from Client site | $284.70 | | | | | Brandon Bangerter | Economy airfare |
| 1/13/2015 | Travel from Client site | $401.85 | | $92.00 | $22.77 | | Raj Perubhatla | Economy airfare; car from airport; lunch |
| 1/19/2015 | Travel to Client site | $401.85 | $303.30 | $166.97 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis car rental |
| 1/19/2015 | Travel to Client Site | $351.85 | $235.65 | $58.38 | | | Daniel Tollefsen | Economy airfare; Enterprise rental car ; one night hotel |
| 1/19/2015 | Travel to Client Site | $358.35 | $235.65 | $77.00 | | | Felicia Buenrostro | Economy airfare; one night hotel; car to airport |
| 1/19/2015 | Travel to Client Site | $355.86 | $235.65 | $60.00 | $294.00 | | Kathryn Schultea | Economy airfare; one night hotel; car to airport; lunch $62 (KS, FB, DT, LB); dinner -$232 (KS, FB, DT, LB) |
| 1/19/2015 | Travel to Client Site | $397.85 | $235.65 | $77.00 | | | Leticia Barrios | Economy airfare; one night hotel; car to airport |
| 1/19/2015 | Travel to Client site | $401.85 | $303.30 | $92.00 | | | Raj Perubhatla | Economy airfare; one night hotel; car to airport |
| 1/20/2015 | RTP Stay | | $303.30 | | $27.57 | | Brandon Bangerter | One night hotel; lunch - RP,BB |
| 1/20/2015 | RTP Stay | | $235.65 | $58.38 | | | Daniel Tollefsen | Enterprise rental car ; one night hotel |
| 1/20/2015 | RTP Stay | | $235.65 | | $94.73 | | Felicia Buenrostro | One night hotel; dinner - FB,KS,DT,LB |
| 1/20/2015 | RTP Stay | | $235.65 | | $63.56 | | Kathryn Schultea | One night hotel; lunch (FB,KS,DT,LB) |
| 1/20/2015 | RTP Stay | | $235.65 | | | | Leticia Barrios | One night hotel |
| 1/20/2015 | RTP Stay | | $303.30 | | | | Raj Perubhatla | One night hotel |
| 1/21/2015 | Travel from Client site | $401.85 | | $57.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 1/21/2015 | RTP Stay | | $235.65 | $58.38 | | | Daniel Tollefsen | Enterprise rental car ; one night hotel |
| 1/21/2015 | RTP Stay | | $235.65 | | | | Felicia Buenrostro | One night hotel |

## Nortel Expense Report

**PERIOD:** November 1, 2014 through January 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 1/21/2015 | RTP Stay | | $235.65 | | $294.43 | | Kathryn Schultea | One night hotel; lunch - $62 (KS, FB, DT, LB); dinner - $232.43 (KS, FB, DT, LB) |
| 1/21/2015 | RTP Stay | | $235.65 | | | | Leticia Barrios | One night hotel |
| 1/21/2015 | Travel from Client site | $401.85 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport |
| 1/22/2015 | Travel from Client Site | $351.85 | | $168.86 | $125.96 | | Daniel Tollefsen | Economy airfare; Enterprise rental car ($58.38); airport parking ($110.48); Lunch (KS, FB, DT, LB) |
| 1/22/2015 | Travel from Client Site | $358.35 | | $59.00 | | | Felicia Buenrostro | Economy airfare; car from airport |
| 1/22/2015 | Travel from Client Site | $355.86 | | $60.00 | $47.57 | | Kathryn Schultea | Econom airfare; car from airport; dinner (KS, FB, LB) |
| 1/22/2015 | Travel from Client Site | $397.85 | | $59.00 | | | Leticia Barrios | Economy airfare; car from airport |
| 1/26/2015 | Travel to Client site | $237.85 | $248.57 | $91.41 | $57.49 | | Brandon Bangerter | Economy airfare; one night hotel; Avis car rental; dinner -RP,BB |
| 1/26/2015 | Travel to Client site | $237.85 | $225.87 | $92.00 | | | Raj Perubhatla | Economy airfare; one night hotel; car to airport |
| 1/27/2015 | RTP Stay | | $248.57 | | $66.55 | | Brandon Bangerter | One night hotel; lnch -$14.16 (RP,BB), dinner -$52.39 (RP,BB) |
| 1/27/2015 | RTP Stay | | $225.87 | | | | Raj Perubhatla | One night hotel |
| 1/28/2015 | Travel from Client site | $237.85 | | $57.00 | $35.27 | | Brandon Bangerter | Economy airfare; lunch -$13.33 (RP,BB), dinner -$21.94 (RP,BB), airport parking |
| 1/28/2015 | Travel from Client site | $237.85 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport |
| 12/11/2014 | RTP Stay | | $265.60 | | $66.78 | | Brandon Bangerter | One night hotel; lunch - BB,RP,G.Storr |
| | | $ 12,142.01 | $ 9,077.57 | $ 3,270.04 | $ 1,683.93 | $ - | | |