IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Nortel Networks Inc., *et al.*, | ) | |
| | ) | Case No. 09-10138 (KG) |
| Debtors. | ) | |
| | ) | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE         :
                          : SS.
NEW CASTLE COUNTY         :

Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that he is employed as a Partner for the law firm of Whiteford, Taylor & Preston LLC, and that on the 25th day of February, 2015, he caused the following document filed under seal to be served on the parties on the attached Service List in the manner indicated:

- Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.* to the U.S. Debtors' Supplemental Objection to the Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. No. 15217).

Dated: February 25, 2015                WHITEFORD, TAYLOR & PRESTON LLC

                                        */s/ Christopher M. Samis*
                                        Christopher M. Samis (#4909)
                                        The Renaissance Centre
                                        405 North King Street, Suite 500
                                        Wilmington, DE 19801
                                        Telephone: (302) 357-3266
                                        Facsimile: (302) 357-3288
                                        Email: csamis@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 25th day of February 2015

*Lou Anne S. Smeltzer*
Notary Public

Lou Anne S. Smeltzer
NOTARY PUBLIC
State of Delaware
My Commission Expires June 30, 2015

Service List

*Via Hand Delivery*
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

*Via Hand Delivery*
Mark Kenney, Esq.
Office of The United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*Via U.S. First Class Mail*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Via Hand Delivery*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 North Market Street
PO Box 2031
Wilmington, DE 19899-1347

*2129837*