# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date: 11/1/2014  End Date: 1/31/2015
**Enter Billing Rate/Hr:** 545.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 363.20 | $545.00 | $197,944.00 |
| 2 | Facility Document Inventory & Evacuation Review | 175.90 | $545.00 | $95,865.50 |
| 3 | Human Resources - Employee Related Projects | 23.60 | $545.00 | $12,862.00 |
| 4 | Fee Apps | 14.00 | $545.00 | $7,630.00 |
| 5 | Non-working travel | 144.50 | $272.50 | $39,376.25 |
| 6 | Claims Administration, Reconciliation & Resolution | 179.50 | $545.00 | $97,827.50 |
| 7 | Tax/Finance Matters and Budget Projects | 17.10 | $545.00 | $9,319.50 |
| 8 | Misc Debtor Issues and Communications | 15.00 | $545.00 | $8,175.00 |
| 9 | Analyst Support and Case Modeling | 103.40 | $545.00 | $56,353.00 |
| | **Hours/Billing Amount for Period:** | **1036.20** | | **$525,352.75** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/1/2014 | Netbackup job monitoring / fixes | Brandon Bangerter | 1 | 1.1 |
| 11/2/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.5 |
| 11/3/2014 | Netbackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 2.4 |
| 11/4/2014 | Server maintenance / application of required patches | Brandon Bangerter | 1 | 2.8 |
| 11/5/2014 | IT Weekly conference call | Raj Perubhatla | 1 | 0.5 |
| 11/6/2014 | Cleanup of failed jobs / reconfigure policies and restart jobs / policy fixes / new QuickBooks server tests | Brandon Bangerter | 1 | 2.2 |
| 11/7/2014 | Netbackup jobs monitoring / server maintenance-new QB server | Brandon Bangerter | 1 | 1.5 |
| 11/9/2014 | Netbackup job monitoring / applying updates | Brandon Bangerter | 1 | 1.3 |
| 11/9/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.5 |
| 11/10/2014 | Application of update patches on servers with additional configuration changes | Brandon Bangerter | 1 | 2.2 |
| 11/10/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.2 |
| 11/11/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.1 |
| 11/12/2014 | Livelink troubleshooting, fixes / searches requests / updates | Brandon Bangerter | 1 | 5.3 |
| 11/12/2014 | On-site meetings for IT in RTP | Raj Perubhatla | 1 | 4.5 |
| 11/13/2014 | Livelink updates for requested searches | Brandon Bangerter | 1 | 5.1 |
| 11/13/2014 | On-site meetings for IT in RTP | Raj Perubhatla | 1 | 5.0 |
| 11/13/2014 | Ironmountain searches | Raj Perubhatla | 1 | 4.5 |
| 11/14/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 1.2 |
| 11/14/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 11/16/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.1 |
| 11/17/2014 | Ironmountain searches | Raj Perubhatla | 1 | 3.2 |
| 11/19/2014 | Overview of responsibilities and transition of duties from IT manager | Brandon Bangerter | 1 | 7.5 |
| 11/19/2014 | On-site meetings for IT in RTP | Raj Perubhatla | 1 | 7.5 |
| 11/19/2014 | IT transition diligence | Raj Perubhatla | 1 | 2.7 |
| 11/20/2014 | IT transition diligence - office365 | Raj Perubhatla | 1 | 4.7 |
| 11/21/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.3 |
| 11/24/2014 | Server maintenance review / patch updates / password updates / meeting with IT manager on issues | Brandon Bangerter | 1 | 2.7 |
| 11/24/2014 | IT transition diligence | Raj Perubhatla | 1 | 3.7 |
| 11/25/2014 | Application of update patches on servers with additional configuration changes | Brandon Bangerter | 1 | 2.4 |
| 11/25/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.2 |
| 11/26/2014 | IT transition diligence - office365 | Raj Perubhatla | 1 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/28/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 1.6 |
| 11/30/2014 | Cleanup of failed jobs / reconfigure policies and restart jobs as necessary | Brandon Bangerter | 1 | 1.8 |
| 12/1/2014 | Netbackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 2.3 |
| 12/2/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 1.8 |
| 12/3/2014 | Meeting with IT manager on hardware issues / QuickBooks server | Brandon Bangerter | 1 | 1.2 |
| 12/3/2014 | IT Transition preparation and call | Raj Perubhatla | 1 | 1.2 |
| 12/5/2014 | Server maintenance review / patch updates / password updates | Brandon Bangerter | 1 | 2.7 |
| 12/7/2014 | Netbackup job monitoring / applying updates | Brandon Bangerter | 1 | 1.5 |
| 12/8/2014 | Server maintenance / application of required patches | Brandon Bangerter | 1 | 2.3 |
| 12/11/2014 | Meeting with IT manager on transition on duties and responsibilities | Brandon Bangerter | 1 | 9.1 |
| 12/11/2014 | IT Transition meetings on-site in RTP | Raj Perubhatla | 1 | 9.0 |
| 12/12/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.4 |
| 12/12/2014 | HR Tracker Sharepoint investigation | Raj Perubhatla | 1 | 4.7 |
| 12/14/2014 | Netbackup policy maintenance / configuration updates | Brandon Bangerter | 1 | 1.6 |
| 12/15/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 1.2 |
| 12/15/2014 | Office365Sharepoint infrastructure configuration analysis | Raj Perubhatla | 1 | 3.5 |
| 12/16/2014 | Overview of responsibilities and duties of IT manager | Brandon Bangerter | 1 | 2.1 |
| 12/16/2014 | Office365 Sharepoint Lists administration analysis | Raj Perubhatla | 1 | 4.5 |
| 12/17/2014 | Meeting with IT manager and review of Sharepoint server / time and HR call tracker | Brandon Bangerter | 1 | 1.3 |
| 12/17/2014 | Weekly IT call | Raj Perubhatla | 1 | 1.0 |
| 12/18/2014 | Server maintenance / application of required patches | Brandon Bangerter | 1 | 2.3 |
| 12/19/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.6 |
| 12/19/2014 | IT Transition items diligence | Raj Perubhatla | 1 | 6.5 |
| 12/22/2014 | Application of update patches on servers with additional configuration changes | Brandon Bangerter | 1 | 2.3 |
| 12/22/2014 | IT Transition diligence for HR specific tasks | Raj Perubhatla | 1 | 5.7 |
| 12/23/2014 | Meeting with IT Manager on final technical coverage issues / backup jobs restarts / fixes | Brandon Bangerter | 1 | 2.1 |
| 12/23/2014 | IT Transition meetings call | Raj Perubhatla | 1 | 1.0 |
| 12/26/2014 | Netbackup jobs monitoring / Offsite NAS configuration, connection, testing | Brandon Bangerter | 1 | 1.8 |
| 12/26/2014 | IT Transition items diligence | Raj Perubhatla | 1 | 1.5 |
| 12/27/2014 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.2 |
| 12/29/2014 | Netbackup monitoring / Server maintenance / application of required patches | Brandon Bangerter | 1 | 2.3 |
| 12/29/2014 | IT Transition items diligence | Raj Perubhatla | 1 | 1.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/30/2014 | Cleanup of failed jobs / reconfigure policies and restart jobs as necessary | Brandon Bangerter | 1 | 1.7 |
| 12/30/2014 | IT Transition items diligence | Raj Perubhatla | 1 | 2.3 |
| 12/31/2014 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 1.3 |
| 1/1/2015 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.3 |
| 1/2/2015 | Policy updates / freezing tapes / applying new changes | Brandon Bangerter | 1 | 2.1 |
| 1/4/2015 | IT Transition planning and diligence for January 2015 | Raj Perubhatla | 1 | 4.0 |
| 1/5/2015 | Server hardware failures / replacement, tape drive replacement addition of new tapes, inventory | Brandon Bangerter | 1 | 5.4 |
| 1/5/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 6.0 |
| 1/6/2015 | Build, install, and configure additional servers for claims project / Troubleshoot h/w issues | Brandon Bangerter | 1 | 8.7 |
| 1/6/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 9.0 |
| 1/7/2015 | Meeting with Manager to discuss IT invoices, akibia tickets, passwords, and access | Brandon Bangerter | 1 | 2.3 |
| 1/7/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 2.0 |
| 1/8/2015 | Conference call on H/W support contract / necessary updates, monitoring of netbackup jobs | Brandon Bangerter | 1 | 2.4 |
| 1/9/2015 | Server maintenance / application of required patches | Brandon Bangerter | 1 | 1.8 |
| 1/12/2015 | H/W testing and troubleshooting, replacing failed H/W, Support contract agreement and updates. | Brandon Bangerter | 1 | 8.7 |
| 1/12/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 9.0 |
| 1/13/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 8.0 |
| 1/14/2015 | Netbackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 2.1 |
| 1/14/2015 | IT infrastructure montioring and support | Raj Perubhatla | 1 | 1.7 |
| 1/15/2015 | Server maintenance / application of required patches / review support agreement | Brandon Bangerter | 1 | 3.6 |
| 1/15/2015 | Windows server configuration | Raj Perubhatla | 1 | 4.7 |
| 1/15/2015 | IT infrastructure montioring and support | Raj Perubhatla | 1 | 3.8 |
| 1/16/2015 | Application of update patches on servers with additional configuration changes | Brandon Bangerter | 1 | 2.8 |
| 1/19/2015 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.4 |
| 1/20/2015 | Troubleshooting tape library and replacing failed hardware / Virus definition updates on Prod servers | Brandon Bangerter | 1 | 8.6 |
| 1/20/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 8.5 |
| 1/21/2015 | Claims server build and configure / Production server patch application and testing | Brandon Bangerter | 1 | 7.2 |
| 1/21/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 7.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/22/2015 | Netbackup jobs monitoring / BOXI backups / server configuration updates | Brandon Bangerter | 1 | 1.3 |
| 1/22/2015 | IT infrastructure montioring and support for Unix and Oracle | Raj Perubhatla | 1 | 4.7 |
| 1/23/2015 | Status update meeting on document review | Kathryn Schultea | 1 | 0.8 |
| 1/23/2015 | Cleanup of failed jobs / reconfigure policies and restart jobs as necessary | Brandon Bangerter | 1 | 1.4 |
| 1/23/2015 | IT infrastructure montioring and support for Unix and Oracle | Raj Perubhatla | 1 | 4.5 |
| 1/27/2015 | SAP BW troubleshooting on both UK/US instances / rebuild claims centos server | Brandon Bangerter | 1 | 9.6 |
| 1/27/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 9.5 |
| 1/28/2015 | Conf Call - Document Retention Update | Kathryn Schultea | 1 | 1.3 |
| 1/28/2015 | SAP BW troubleshooting and hardware replacement / rebuild centos server with earlier OS version | Brandon Bangerter | 1 | 7.2 |
| 1/28/2015 | OnSite Transition and Support for IT | Raj Perubhatla | 1 | 8.0 |
| 1/29/2015 | Netbackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 1.8 |
| 1/30/2015 | Nortel Tax update review and preparation for meeting next week | Brandon Bangerter | 1 | 1.1 |
| 1/30/2015 | IT infrastructure montioring and support for Unix and Oracle | Raj Perubhatla | 1 | 1.7 |
| 1/30/2015 | Windows server configuration | Raj Perubhatla | 1 | 1.3 |
| 11/12/2014 | Correspondence - Live Link/Iron Mountain search requests | Kathryn Schultea | 2 | 0.8 |
| 1/13/2015 | Record Review NNI Raleigh | Leticia Barrios | 2 | 5.0 |
| 1/13/2015 | Review of NNI records - Raleigh, NC | Daniel Tollefsen | 2 | 5.0 |
| 1/13/2015 | Record Review NNI Raleigh | Felicia Buenrostro | 2 | 5.0 |
| 1/14/2015 | Correspondence - Iron Mountain - NNI boxes in Raleigh, box review, contract follow-up | Kathryn Schultea | 2 | 2.2 |
| 1/14/2015 | Record Review NNI Raleigh | Leticia Barrios | 2 | 5.0 |
| 1/14/2015 | Review of NNI records - Raleigh, NC | Daniel Tollefsen | 2 | 5.0 |
| 1/14/2015 | Record Review NNI Raleigh | Felicia Buenrostro | 2 | 4.5 |
| 1/15/2015 | Record Review NNI Raleigh | Leticia Barrios | 2 | 5.0 |
| 1/15/2015 | Review of NNI records - Raleigh, NC | Daniel Tollefsen | 2 | 5.0 |
| 1/15/2015 | Record Review NNI Raleigh | Felicia Buenrostro | 2 | 5.5 |
| 1/19/2015 | Onsite discussion re Iron Mountain boxes | Kathryn Schultea | 2 | 5.0 |
| 1/20/2015 | Document Inventory at Iron Mountain RTP | Leticia Barrios | 2 | 8.0 |
| 1/20/2015 | Documentation of records inventory located at Iron Mountain RTP facility | Daniel Tollefsen | 2 | 8.0 |
| 1/20/2015 | Document Inventory at Iron Mountain RTP | Felicia Buenrostro | 2 | 8.0 |
| 1/21/2015 | Document Inventory at Iron Mountain RTP | Leticia Barrios | 2 | 8.0 |
| 1/21/2015 | Documentation of records inventory located at Iron Mountain RTP facility | Daniel Tollefsen | 2 | 8.0 |
| 1/21/2015 | Document Inventory at Iron Mountain RTP | Felicia Buenrostro | 2 | 8.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/22/2015 | Document Inventory at Iron Mountain RTP | Leticia Barrios | 2 | 8.0 |
| 1/22/2015 | Documentation of records inventory located at Iron Mountain RTP facility | Daniel Tollefsen | 2 | 8.0 |
| 1/22/2015 | Document Inventory at Iron Mountain RTP | Felicia Buenrostro | 2 | 8.0 |
| 1/23/2015 | Correspondence - Iron Mountain boxes pulled in Raleigh | Kathryn Schultea | 2 | 1.0 |
| 1/26/2015 | Record Review NNI Richardson | Leticia Barrios | 2 | 5.0 |
| 1/26/2015 | Review of NNI records - Richardson | Daniel Tollefsen | 2 | 5.0 |
| 1/26/2015 | Review of NNI Records - Richardson | Felicia Buenrostro | 2 | 4.8 |
| 1/27/2015 | Correspondence - Iron Mountain - NNI boxes in Richardson | Kathryn Schultea | 2 | 1.3 |
| 1/27/2015 | Record Review NNI Richardson | Leticia Barrios | 2 | 5.0 |
| 1/27/2015 | Review of NNI records - Richardson | Daniel Tollefsen | 2 | 5.0 |
| 1/27/2015 | Review of NNI Records - Richardson | Felicia Buenrostro | 2 | 5.4 |
| 1/28/2015 | Review of NNI Records - Richardson | Felicia Buenrostro | 2 | 6.5 |
| 1/29/2015 | Review of NNI records - Richardson | Daniel Tollefsen | 2 | 4.8 |
| 1/29/2015 | Review of NNI Records - Richardson | Felicia Buenrostro | 2 | 3.3 |
| 1/30/2015 | Correspondence - NNI Egypt Document Destruction | Kathryn Schultea | 2 | 1.3 |
| 1/30/2015 | Correspondence - Iron Mountain - Record Review NNI boxes in Richardson | Kathryn Schultea | 2 | 2.5 |
| 11/3/2014 | Correspondence - NNI Motion to Extend/Enforce Automatic Stay | Kathryn Schultea | 3 | 0.5 |
| 11/11/2014 | Correspondence - 2015 Professional fees Proposal | Kathryn Schultea | 3 | 1.5 |
| 11/11/2014 | Correspondence - Former Employee appeal review and similar follow-up | Kathryn Schultea | 3 | 0.4 |
| 12/2/2014 | Conf. Call - Workers Comp. Policy | Kathryn Schultea | 3 | 0.5 |
| 12/2/2014 | Correspondence - Self insured WC Policy requirements in California | Kathryn Schultea | 3 | 0.3 |
| 12/18/2014 | Correspondence - EE HR Matters - Transition discussion | Kathryn Schultea | 3 | 0.6 |
| 12/22/2014 | Conf. Call - Transition | Kathryn Schultea | 3 | 1.0 |
| 1/5/2015 | Correspondence - EY SOW for 2015 | Kathryn Schultea | 3 | 1.5 |
| 1/6/2015 | Correspondence - HR Matters - 2015 professional billing rates; data review and internal discussions and planning | Kathryn Schultea | 3 | 1.3 |
| 1/6/2015 | Correspondence - NNI Cost sharing with Debtors | Kathryn Schultea | 3 | 0.6 |
| 1/7/2015 | Conf. Call - re: 2015 Billing Rate | Kathryn Schultea | 3 | 0.5 |
| 1/7/2015 | Correspondence and Planning for further transition matters | Kathryn Schultea | 3 | 3.0 |
| 1/8/2015 | Correspondence - HR Matters - billing reviews | Kathryn Schultea | 3 | 0.3 |
| 1/9/2015 | Correspondence and Planning for further transition matters | Kathryn Schultea | 3 | 0.8 |
| 1/9/2015 | Conf. Call - Weekly Debrief | Kathryn Schultea | 3 | 0.8 |
| 1/20/2015 | Onsite discussion re HR Matters - Transitional work follow-up discusssions | Kathryn Schultea | 3 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/28/2015 | Correspondence - NNI Director and Officer Insurance Policy | Kathryn Schultea | 3 | 1.0 |
| 1/28/2015 | Correspondence - EBC and PIC discussion | Kathryn Schultea | 3 | 0.5 |
| 1/29/2015 | Review Pension Plan Documents | Leticia Barrios | 3 | 5.0 |
| 11/30/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 12/31/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 1/30/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 2.0 |
| 1/31/2015 | Monthly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 1/31/2015 | Monthly Fee Application Work | Leticia Barrios | 4 | 2.0 |
| 1/31/2015 | Monthly Fee Application Work | Daniel Tollefsen | 4 | 2.0 |
| 11/12/2014 | Non-working travel: EWR-RDU | Brandon Bangerter | 5 | 3.0 |
| 11/12/2014 | Non Working Travel from Newark to Raleigh | Raj Perubhatla | 5 | 4.5 |
| 11/13/2014 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 4.5 |
| 11/13/2014 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 4.5 |
| 11/18/2014 | Non-working travel: EWR-RDU | Brandon Bangerter | 5 | 3.0 |
| 11/19/2014 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 4.5 |
| 11/19/2014 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 4.5 |
| 12/10/2014 | Non-working travel: EWR-RDU | Brandon Bangerter | 5 | 3.5 |
| 12/12/2014 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 4.5 |
| 12/12/2014 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 4.5 |
| 12/17/2014 | Non-Working Travel: NY - RDU | Kathryn Schultea | 5 | 3.0 |
| 12/18/2014 | Non-Working Travel: RDU - IAH | Kathryn Schultea | 5 | 4.0 |
| 1/5/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 4.5 |
| 1/5/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 4.5 |
| 1/7/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 4.5 |
| 1/7/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 4.5 |
| 1/11/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 4.5 |
| 1/11/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 4.5 |
| 1/13/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 4.5 |
| 1/19/2015 | Non-Working Travel: IAH-RDU | Kathryn Schultea | 5 | 4.0 |
| 1/19/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 4.5 |
| 1/19/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 4.5 |
| 1/19/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 3.5 |
| 1/19/2015 | Non-Working travel- Houston to Raleigh | Daniel Tollefsen | 5 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/19/2015 | Non-Working travel (Houston to Raleigh) | Felicia Buenrostro | 5 | 3.5 |
| 1/21/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 4.5 |
| 1/21/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 4.5 |
| 1/22/2015 | Non-Working Travel: RDU - IAH | Kathryn Schultea | 5 | 4.0 |
| 1/23/2015 | Non-Working travel (Raleigh Houston) | Leticia Barrios | 5 | 3.5 |
| 1/23/2015 | Non-Working travel (Raleigh to Houston) | Felicia Buenrostro | 5 | 3.5 |
| 1/25/2015 | Non-Working travel- Houston to Raleigh | Daniel Tollefsen | 5 | 3.5 |
| 1/26/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 4.5 |
| 1/26/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 4.5 |
| 1/28/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 4.5 |
| 1/28/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 4.5 |
| 11/2/2014 | Review of ASM claims for potential settlement at Cleary's request | Mary Cilia | 6 | 3.5 |
| 11/5/2014 | Correspondence - Liberty claims with California OSIP | Kathryn Schultea | 6 | 0.7 |
| 11/5/2014 | Conference Call with Cleary and Huron and related follow up re: Employee Claims | Mary Cilia | 6 | 0.9 |
| 11/5/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.3 |
| 11/6/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.8 |
| 11/7/2014 | Correspondence - NQ Pension Census Data for Mercer's Claims | Kathryn Schultea | 6 | 1.0 |
| 11/7/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 1.2 |
| 11/10/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.3 |
| 11/11/2014 | Correspondence - Employee Medical Claim matters | Kathryn Schultea | 6 | 0.3 |
| 11/12/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.4 |
| 11/13/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.3 |
| 11/14/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.4 |
| 11/15/2014 | Claims DB Maintenance | Raj Perubhatla | 6 | 8.2 |
| 11/17/2014 | Correspondence received, reviewed and responded re: Employee Claims and Notice Revisions | Mary Cilia | 6 | 1.8 |
| 11/18/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.3 |
| 11/19/2014 | Correspondence received, reviewed and responded re: Employee and Non-Employee Claims | Mary Cilia | 6 | 0.7 |
| 11/20/2014 | Conference Call with Cleary and related research requested re: Claims and Conflicts Review | Mary Cilia | 6 | 3.7 |
| 11/26/2014 | Claims DB Maintenance | Raj Perubhatla | 6 | 5.5 |
| 12/1/2014 | Correspondence received, reviewed and responded re: Claims reconciliation | Mary Cilia | 6 | 0.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/2/2014 | Correspondence received, reviewed and responded re: Claims reconciliation and employee claims | Mary Cilia | 6 | 0.6 |
| 12/3/2014 | Conference Call with Cleary and Huron re: Employee claims | Mary Cilia | 6 | 0.3 |
| 12/3/2014 | Correspondence - Claims Reconciliation | Kathryn Schultea | 6 | 1.0 |
| 12/7/2014 | Preparation of file for Cleary re: Nortel Altsystems claims | Mary Cilia | 6 | 2.5 |
| 12/8/2014 | Preparation of file for Cleary re: Nortel Altsystems claims | Mary Cilia | 6 | 1.3 |
| 12/10/2014 | Conference Call with Cleary and Huron and related follow up re: Employee claims | Mary Cilia | 6 | 0.9 |
| 12/12/2014 | Review of revised file with additional ASM claims for potential settlement at Cleary's request | Mary Cilia | 6 | 3.5 |
| 12/14/2014 | Review of revised file with additional ASM claims for potential settlement at Cleary's request | Mary Cilia | 6 | 2.3 |
| 12/15/2014 | Review of revised file with additional ASM claims for potential settlement at Cleary's request | Mary Cilia | 6 | 4.7 |
| 12/16/2014 | Conference Call with Cleary, D. Parker and E. Smith re: Non-Qual pension differences from Segal | Mary Cilia | 6 | 0.8 |
| 12/17/2014 | Conference Call with Cleary and Huron re: Employee claims and related follow up on ASM claims analysis | Mary Cilia | 6 | 1.7 |
| 12/18/2014 | Correspondence - Claims Reconciliation and related research | Kathryn Schultea | 6 | 4.0 |
| 12/22/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 1.5 |
| 12/22/2014 | Conf. Call - Nortel and Cleary non-qual pension request | Kathryn Schultea | 6 | 0.8 |
| 12/22/2014 | Correspondence - LTD Settlement distribution - Employee claim | Kathryn Schultea | 6 | 0.8 |
| 12/23/2014 | Review of revised claims report and update of claims database | Mary Cilia | 6 | 1.8 |
| 12/23/2014 | Conf. Call - Cleary non-qual pension request | Kathryn Schultea | 6 | 0.5 |
| 12/29/2014 | Claims DB maintenance | Raj Perubhatla | 6 | 6.7 |
| 12/30/2014 | Claims DB updates for Epiq loads | Raj Perubhatla | 6 | 6.2 |
| 12/31/2014 | Correspondence received, reviewed and responded re: Employee Claims | Mary Cilia | 6 | 0.6 |
| 1/1/2015 | Correspondence received, reviewed and responded re: Non-employee claims | Mary Cilia | 6 | 0.3 |
| 1/2/2015 | Correspondence received, reviewed and responded re: Employee claim inquiry | Mary Cilia | 6 | 0.2 |
| 1/5/2015 | Correspondence sent and responses reviewed re: Employee claim inquiry | Mary Cilia | 6 | 0.3 |
| 1/6/2015 | Correspondence sent and responses reviewed re: EPIQ claims updates | Mary Cilia | 6 | 0.3 |
| 1/6/2015 | Call with employee, research and related follow up e-mails re: claim inquiry | Mary Cilia | 6 | 0.8 |
| 1/7/2015 | Follow up e-mails re: employee claim inquiry | Mary Cilia | 6 | 0.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/7/2015 | Review of claims update report from EPIQ and e-mails w/ EPIQ and R. Perubhatla re: Database updates | Mary Cilia | 6 | 0.9 |
| 1/7/2015 | Conference Call with Cleary and Huron re: Employee claims and related follow up | Mary Cilia | 6 | 0.7 |
| 1/7/2015 | Claims database updates for Epiq files | Raj Perubhatla | 6 | 4.7 |
| 1/12/2015 | Correspondence received, reviewed and responded re: Non-qualified pension benefits | Mary Cilia | 6 | 0.3 |
| 1/12/2015 | Correspondence received, reviewed and responded re: ASM Claims | Mary Cilia | 6 | 0.2 |
| 1/13/2015 | Conference Call with Cleary re: ASM Claims and related follow up analysis and e-mails | Mary Cilia | 6 | 0.8 |
| 1/14/2015 | Correspondence received, reviewed and responded re: International Pension Plan Claim | Mary Cilia | 6 | 0.4 |
| 1/14/2015 | Claims updates and related review of December docket and e-mails with EPIQ and Cleary | Mary Cilia | 6 | 6.8 |
| 1/14/2015 | Review of documents and e-mails related to International Pension Plan claim | Mary Cilia | 6 | 1.5 |
| 1/14/2015 | Conference Call with Cleary and Huron re: Employee claims | Mary Cilia | 6 | 0.3 |
| 1/14/2015 | Claims Application development | Raj Perubhatla | 6 | 6.7 |
| 1/15/2015 | Follow up conference call with Cleary and related follow up re: ASM Claims | Mary Cilia | 6 | 0.8 |
| 1/15/2015 | Review of International Pension Plan documents and follow up e-mails with E. Smith and D. Parker | Mary Cilia | 6 | 1.3 |
| 1/15/2015 | Review of claims and e-mails w/ Cleary regarding status of certain claims | Mary Cilia | 6 | 1.7 |
| 1/15/2015 | Review of docket and claims register and related e-mails w/ EPIQ regarding issues related to claims register updates from the docket | Mary Cilia | 6 | 1.3 |
| 1/16/2015 | Conf Call - Weekly Debrief w/claims update | Kathryn Schultea | 6 | 1.2 |
| 1/16/2015 | Further e-mails related to International Pension Plan with E. Smith and D. Parker | Mary Cilia | 6 | 0.7 |
| 1/16/2015 | Claims database updates and related e-mails with Raj regarding database issues | Mary Cilia | 6 | 1.2 |
| 1/18/2015 | Review prior quarter's claim updates from EPIQ, review load files and update database | Mary Cilia | 6 | 3.4 |
| 1/18/2015 | Run and review claims status reports | Mary Cilia | 6 | 1.8 |
| 1/19/2015 | Follow up e-mails re: International Pension Plan | Mary Cilia | 6 | 0.3 |
| 1/20/2015 | Onsite work re Claims status updates, open items; correspondence on related matters; discussions with EY | Kathryn Schultea | 6 | 4.0 |
| 1/20/2015 | Read, review and respond to e-mails re: claims issues and upcoming claim meetings in Raleigh | Mary Cilia | 6 | 0.9 |
| 1/20/2015 | Review of claims and related e-mails to Cleary and EY for status updates | Mary Cilia | 6 | 2.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/21/2015 | Onsite work re Claims - missing document details and claims reconciliation and related follow-up | Kathryn Schultea | 6 | 7.5 |
| 1/21/2015 | Conference Call with Cleary and Huron re: Employee claims and related follow up | Mary Cilia | 6 | 1.1 |
| 1/21/2015 | Review of data and preparation of initial draft of updated claims status presentation for upcoming claims status meeting; related update e-mail to K. Schultea | Mary Cilia | 6 | 4.6 |
| 1/21/2015 | Review of post-petition settlement letter issues in comparison to claims register and related e-mails to EPIQ | Mary Cilia | 6 | 1.1 |
| 1/22/2015 | Onsite work re Claims - missing document details and claims reconciliation and related follow-up | Kathryn Schultea | 6 | 4.0 |
| 1/22/2015 | Claims Employee Detail report issues for claims count investigation | Raj Perubhatla | 6 | 4.3 |
| 1/22/2015 | Claims database nightly updates issue investigation | Raj Perubhatla | 6 | 4.8 |
| 1/23/2015 | Correspondence - NNI Claims website | Kathryn Schultea | 6 | 0.6 |
| 1/23/2015 | Update of claims database and claims status presentation for upcoming claims status meeting | Mary Cilia | 6 | 2.7 |
| 1/26/2015 | Correspondence - Non Qual Claims | Kathryn Schultea | 6 | 1.0 |
| 1/26/2015 | Read, review and respond to e-mails with E. Smith re: Non-qualified pension claims | Mary Cilia | 6 | 0.2 |
| 1/27/2015 | Conf Call - Non Qual Claim Summary | Kathryn Schultea | 6 | 1.2 |
| 1/27/2015 | E-mails related to upcoming meeting in Raleigh | Mary Cilia | 6 | 0.3 |
| 1/28/2015 | Read, review and repond to e-mails re: employee and non-employee claim issues | Mary Cilia | 6 | 0.4 |
| 1/28/2015 | Test the Claims Database | Leticia Barrios | 6 | 5.0 |
| 1/28/2015 | Claims Database review and testing | Daniel Tollefsen | 6 | 5.0 |
| 1/29/2015 | Conf Call - Non Qual pension claim review and related follow-up with internal review | Kathryn Schultea | 6 | 1.8 |
| 1/29/2015 | Conference Call with Cleary and Huron re: Claims status and upcoming claims meeting and related follow up | Mary Cilia | 6 | 1.8 |
| 1/29/2015 | Conference call with E. Smith, D. Parker, Cleary and K. Schultea re: non-qualified pension claims | Mary Cilia | 6 | 1.0 |
| 1/30/2015 | Correspondence - Claims database discussion and related review and follow-up | Kathryn Schultea | 6 | 2.0 |
| 1/30/2015 | Read, review and repond to e-mails re: employee claim issues | Mary Cilia | 6 | 0.3 |
| 1/30/2015 | Claims updates for issues with Claims master out of sync with Epiq | Raj Perubhatla | 6 | 3.7 |
| 1/30/2015 | Claims Application development | Raj Perubhatla | 6 | 1.8 |
| 1/31/2015 | Review of and analysis on claims G/L reconciliation for upcoming meeting in Raleigh | Mary Cilia | 6 | 3.3 |
| 11/4/2014 | EY update call--KS,DA,AB,JW--2015 fee structure | Richard Lydecker | 7 | 0.5 |
| 11/7/2014 | EY update call--JS,DA,AB--tax compliance/audit matters | Richard Lydecker | 7 | 0.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/14/2014 | Conf. Call - w/EY on 2015 fee structure and related follow-up | Kathryn Schultea | 7 | 1.0 |
| 11/19/2014 | Correspondence - Nortel Employment Tax | Kathryn Schultea | 7 | 1.3 |
| 11/19/2014 | Correspondence - EY SOW for 2015 | Kathryn Schultea | 7 | 0.6 |
| 11/20/2014 | Work/analysis EY fees for 2015 | Richard Lydecker | 7 | 0.8 |
| 11/21/2014 | Correspondence - EY Fees discussion | Kathryn Schultea | 7 | 1.0 |
| 11/21/2014 | Call AB re fees | Richard Lydecker | 7 | 0.3 |
| 11/21/2014 | Update call--JS,JW,AB | Richard Lydecker | 7 | 0.4 |
| 12/5/2014 | EY call | Richard Lydecker | 7 | 0.5 |
| 12/12/2014 | Tax status call JS,AB | Richard Lydecker | 7 | 0.2 |
| 12/16/2014 | Plan Review | Richard Lydecker | 7 | 0.5 |
| 12/19/2014 | EY tax update call JS,DA,JW,AB | Richard Lydecker | 7 | 0.5 |
| 12/29/2014 | Correspondence - EY SOW for 2015 | Kathryn Schultea | 7 | 0.6 |
| 1/9/2015 | EY call re tax status/strategies--JS,JW,DA,AB | Richard Lydecker | 7 | 0.8 |
| 1/16/2015 | EY call re tax status/strategies--JS,JW,AB | Richard Lydecker | 7 | 0.4 |
| 1/23/2015 | Structure EY engagement--call KS | Richard Lydecker | 7 | 0.3 |
| 1/23/2015 | Structure EY engagement--call AB | Richard Lydecker | 7 | 0.2 |
| 1/23/2015 | EY call re tax status/strategies--DA,JS,AB,JW | Richard Lydecker | 7 | 0.6 |
| 1/23/2015 | Conf. Call - Structure EY Engagement | Kathryn Schultea | 7 | 0.3 |
| 1/25/2015 | Structure EY engagement--call KS | Richard Lydecker | 7 | 0.5 |
| 1/25/2015 | Conf. Call - Structure EY Engagement | Kathryn Schultea | 7 | 0.5 |
| 1/27/2015 | Meeting AB and KS re EY engagement | Richard Lydecker | 7 | 1.0 |
| 1/27/2015 | Correspondence - Meeting with EY re: Engagement | Kathryn Schultea | 7 | 1.0 |
| 1/30/2015 | EY call re tax status/strategies--DA,JS,AB,JW,KS | Richard Lydecker | 7 | 0.4 |
| 1/30/2015 | Correspondence and review for EE tax obligations and related follow-up | Kathryn Schultea | 7 | 2.3 |
| 1/30/2015 | Conf Call - EY call re tax status and strategies | Kathryn Schultea | 7 | 0.4 |
| 1/12/2015 | Get email, Iron Mountain access, and network access to Nortel accounts | Leticia Barrios | 8 | 5.0 |
| 1/12/2015 | Iron Mountian access and review of document inventory, Nortel account access and review, email correspondence | Daniel Tollefsen | 8 | 5.0 |
| 1/12/2015 | Access to Iron Mountain and network access to Nortel Accounts | Felicia Buenrostro | 8 | 5.0 |
| 11/1/2014 | Recovery Model - August file issues | Raj Perubhatla | 9 | 10.0 |
| 11/8/2014 | Recovery Model - multiple PBGC claim treatment | Raj Perubhatla | 9 | 6.5 |
| 11/10/2014 | Load the intercompany file into Recovery Model development database | Raj Perubhatla | 9 | 1.2 |
| 11/16/2014 | Recovery Model development - Processing the September file | Raj Perubhatla | 9 | 8.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/21/2014 | Recovery Model development - Processing the September file | Raj Perubhatla | 9 | 3.3 |
| 11/22/2014 | Recovery Model development - Processing the September file | Raj Perubhatla | 9 | 6.2 |
| 11/24/2014 | Recovery Model development - Processing the September file | Raj Perubhatla | 9 | 4.2 |
| 11/25/2014 | Recovery Model development - Intercompany analysis | Raj Perubhatla | 9 | 4.0 |
| 11/28/2014 | Recovery Model development - Intercompany analysis | Raj Perubhatla | 9 | 7.7 |
| 12/5/2014 | RM Model Validation of Intercompany for the September financials | Raj Perubhatla | 9 | 8.5 |
| 12/8/2014 | Treatment changes for multiple claims - Recovery Model | Raj Perubhatla | 9 | 1.5 |
| 12/24/2014 | Treatment changes for multiple claims - Recovery Model | Raj Perubhatla | 9 | 8.2 |
| 12/26/2014 | Treatment changes for multiple claims - Recovery Model | Raj Perubhatla | 9 | 7.3 |
| 12/27/2014 | Treatment changes for multiple claims - Recovery Model | Raj Perubhatla | 9 | 4.3 |
| 12/31/2014 | Recovery Model development - September file | Raj Perubhatla | 9 | 8.5 |
| 1/16/2015 | Recovery Model development:  September file | Raj Perubhatla | 9 | 8.3 |
| 1/29/2015 | Recovery Model development:  September file | Raj Perubhatla | 9 | 5.2 |