IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Nortel Networks Inc. et al.,[1]

          Debtors.

) Chapter 11
)
) Case No. 09-10138 (KG)
)
) (Jointly Administered)
)
) **Hearing Date: TBD**
)

### NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:      Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:      Official Committee of Unsecured Creditors

Date of Retention:      March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:      November 1, 2014 through January 31, 2015[2]

Amount of Compensation sought as
actual, reasonable and necessary:      CDN. $235,062.00 Equivalent to USD $188,167.13[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:      CDN. $3,354.27 Equivalent to USD $2,685.09[3]

This is (a)n: __X__ interim     _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's November, 2014, December, 2014 and January, 2015 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on February 24, 2015 was CDN. $1.00 : U.S. $0.8005

Legal*13764240.1

Summary of Fee Applications for Compensation Period:

| Date Filed<br>Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 2/4/15<br>Docket No. 15157 | 11/1/14 – 11/30/14 | $128,431.00 | $1,163.25 | $102,744.80<br>Pending Obj. Deadline<br>February 25, 2015 | $1,163.25<br>Pending Obj. Deadline<br>February 25, 2015 | $25,686.20 |
| Date Filed: 2/9/15<br>Docket No. 15164 | 12/1/14 - 12/31/14 | $44,734.00 | $2,065.09 | $35,787.20<br>Pending Obj. Deadline<br>March 2, 2015 | $2,065.09<br>Pending Obj. Deadline<br>March 2, 2015 | $8,946.80 |
| Date Filed: 2/26/15<br>Docket No. 15241 | 1/1/15 - 1/31/15 | $61,897.00 | $125.93 | $49,517.60<br>Pending Obj. Deadline<br>March 20, 2015 | $125.93<br>Pending Obj. Deadline<br>March 20, 2015 | $12,379.40 |
| **TOTALS:** | All amounts in CDN.$ | $235,062.00 | $3,354.27 | $188,049.60[4] | $3,354.27[5] | $47,012.40 |

Summary of any Objections to Fee Applications: None.

Dated: February 27, 2015
      Toronto, Ontario

/s/ Michael J. Wunder

Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

Legal*13764240.1