# **<u>EXHIBIT B</u>**

```
*********************************************************************************************Page 1 of (2)
                                            WHITEFORD, TAYLOR & PRESTON      THRU 01/01/01
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT   AS OF 2/26/2015 12:07:15 PM
                                            PROFORMA NUMBER: 310258         LAST DATE BILLED

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                        NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001            NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                          AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                                 ONE BRYANT PARK
                                                                                 BANK OF AMERICA TOWER
                                                                                 NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____

            ***DISBURSEMENTS ***
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 2719273 | 12/12/14 | | 58 | | 01762 | DINERS CLUB - MISCELLANEOUS - COURTCALL - CONFERENCE CALL | 44.00 | |
| 2719274 | 12/12/14 | | 58 | | 01762 | DINERS CLUB - MISCELLANEOUS - COURTCALL - CONFERENCE CALL | 44.00 | |
| | | | *58 | | | MISCELLANEOUS | | 88.00 |
| 2719275 | 12/12/14 | | 44 | | 00900 | COPIES DLS DISCOVERY - PRINT B/W FROM TIFF-DOUBLE SIDE OR 3 WHOLE | 120.70 | |
| 2719276 | 12/16/14 | | 44 | | 00900 | COPIES DLS DISCOVERY - PRINT B/W FROM TIFF-STAPLED PER DOC | 160.08 | |
| 2719277 | 12/18/14 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 23RD INTERIM FEE APP OF OCUC DI 14812 | 40.82 | |
| 2719279 | 12/18/14 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 8TH MONTHLY FEE APP OF CASSELLS BROCK DI 14821 | 65.82 | |
| 2719281 | 12/18/14 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 69TH FEE APP OF AKIN GUMP DI 14800 | 83.94 | |
| 2719280 | 12/18/14 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 68TH FEE APP OF AKIN GUMP DI 14796, NOTICE APP DI 14794 | 1,314.04 | |
| 2719278 | 12/18/14 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 7TH MONTHLY FEE APP OF CASSELLS BROCK DI 14820 | 611.30 | |
| 2719284 | 12/23/14 | | 44 | | 01762 | COPIES DLS DISCOVERY - EFILE ASHURST CNO | 25.00 | |
| 2719283 | 12/23/14 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 70TH MONTHLY FEE APP OF ASHURST LLP | 72.70 | |
| 2719282 | 12/31/14 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE NOTICE OF APPLICATION AND HEARING (DI 14967-1) | 2,620.91 | |
| | | | *44 | | | COPIES | | 5,115.31 |
| | | | | | | *TOTAL DISBURSEMENTS* | 5,203.31 | |

-------- DISBURSEMENT SUMMARY ---------

```
************************************************************************************************Page 2 of (2)
                                        WHITEFORD, TAYLOR & PRESTON         THRU 01/01/01
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT  AS OF 2/26/2015 12:07:15 PM
                                        PROFORMA NUMBER: 310258             LAST DATE BILLED
```

| | |
|---|---|
| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

```
Code  Description              Amount
----  --------------------   ------------
 44   COPIES                    5,115.31
 58   MISCELLANEOUS                88.00
      TOTAL DISBURSEMENTS      5,203.31

                              TOTAL FEES AND DISBURSEMENTS      5,203.31

                              UNALLOCATED CREDITS                    .00

==================================================================================================================
START-TO-DATE FEES BILLED =          .00    YTD FEES BILLED =       .00    A/R BALANCE THIS MATTER =       0.00
START-TO-DATE DISB BILLED =          .00    YTD DISB BILLED =       .00    ESCROW BALANCE          =       0.00
==================================================================================================================
```