## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on February 27, 2015 a copy of the foregoing **First Monthly and Interim Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period From November 17, 2014 through January 31, 2015** was served on the parties on the attached list via U.S. First Class Mail.

/s/ Christopher M. Samis
Christopher M. Samis (No. 4909)