# EXHIBIT A

# 915074



## BILLABLE PROFORMA

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000198/ Litigation  

**Proforma Generation Date:** 02/26/1514:19:15  

**Fees and Disbursements Through 01/31/15**  
**Last Date Billed 12/30/14 (Through 10/31/14)**  
**Bill Cycle:** M  
**Matter Open Date:** Aug 6, 2014  
**Proforma Joint Group #**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $33,173.00 | **Unallocated Cash** | $134,335.80 |
| **Total Disbursements This Proforma** | $59.10 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $33,232.10 | | |
| **Address:** Nortel Networks Corp | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $635,845.50 |
| | | **LTD Disb Billed** | $12,959.39 |
| | | **A/R Balance This Matter** | $-5,860.79 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 13065294 | 01/01/15 | Supko, M. | Review third-party's draft motion for partial stay of Second Discovery Protocol (0.2); correspondence with Mr. Plevin re same (0.1); correspondence with Mr. Werner re same (0.1). | 0.40 | $342.00 |
| 13067604 | 01/01/15 | Plevin, M. | Review e-mails from Mr. Supko to me and to Mr. Werner re approval to third-party's draft motion for partial stay of discovery protocol. | 0.10 | $80.50 |
| 13067617 | 01/02/15 | Plevin, M. | Exchange e-mails with Mr. Huberty (EMEA debtors) re status of cost-sharing motion and strategy. | 0.10 | $80.50 |
| 13070107 | 01/05/15 | Supko, M. | Consult with Mr. Regan re cost-sharing issues and | 0.40 | $342.00 |

DCACTIVE-31007117.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  **Fees and Disbursements Through 01/31/15**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter:** 105185.0000198/ Litigation  **Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | strategy (0.2); review correspondence with Mr. Ross re cost-sharing motion strategy (0.1); correspondence with Ms. Rozenberg re third-party's motion to stay portions of Second Discovery Protocol (0.1). | | |
| 13071348 | 01/05/15 | Plevin, M. | Review Mr. Regan's comments on draft e-mail to Mr. Ray re cost-sharing issues and finalize same for transmission to Mr. Ross for his input prior to sending to Mr. Ray (0.4); review and analyze news report re Canadian monitor's appeal of interest ruling (0.1). | 0.50 | $402.50 |
| 13083464 | 01/05/15 | Regan, J. | Confer with Mr. Supko re cost-sharing issues and strategy (0.5); review and analyze bondholder article and exchange emails with Crowell and Moring LLP team re same (0.3); edit update to Mr. Ray re cost-sharing strategy (0.4); exchange emails with Mr. Plevin re same (0.3); review information from Ms. Rozenberg re cost-sharing issues and exchange emails with her re same (0.5). | 2.00 | $1,980.00 |
| 13083477 | 01/06/15 | Regan, J. | Review and edit client email re cost-sharing issues and strategy (0.5); exchange emails with EMEA re same (0.3). | 0.80 | $792.00 |
| 13086664 | 01/06/15 | Harris, S. | Review and file correspondence from Crowell and Moring LLP team re cost-sharing issues and next steps. | 0.30 | $76.50 |
| 13071737 | 01/06/15 | Supko, M. | Telephone conference with Mr. Regan and Ms. Rozenberg re status of several ongoing litigations and document production issues (0.6); review email from Mr. Ross re cost-sharing motion and consult with Mr. Regan re same (0.2); telephone conference with Messrs. Plevin and Regan re | 1.60 | $1,368.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**  
**Client: 105185/ Nortel Networks Corp**  
**Matter: 105185.0000198/ Litigation**

Fees and Disbursements Through 01/31/15  
Last Date Billed 12/30/14 (Through 10/31/14)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | strategy for cost-sharing motion (0.5); consult with Mr. Jackson re document production issue raised by Ms. Rozenberg and research same (0.3). | | |
| 13074417 | 01/06/15 | Plevin, M. | Exchange e-mails with Mr. Ross re draft recommendation concerning next steps regarding the cost-sharing motion (0.1); teleconference with Messrs. Supko and Regan re whether to revise our draft recommendation in light of input from Mr. Ross (0.4); revise draft e-mail to Mr. Ray providing recommendation re cost-sharing motion (0.8); teleconference with Mr. Huberty (EMEA debtors) re extension of time to object to the cost-sharing motion (0.1); leave voice-mail message for Mr. Bomhof (Canadian counsel) re cost-sharing motion issues. | 1.40 | $1,127.00 |
| 13074460 | 01/07/15 | Plevin, M. | Revise draft e-mail to Mr. Ray concerning developments potentially affecting the cost-sharing motion and to reflect comments from Messrs. Supko, Regan, and Bomhof (Canadian counsel) (0.5); teleconference with Mr. Bomhof and Mr. Slavens (Canadian counsel) re same, including discussion of strategy re same (0.2); exchange e-mails with Mr. Supko re database hosting expenses (0.1). | 0.80 | $644.00 |
| 13073236 | 01/07/15 | Supko, M. | Continue consulting with Mr. Jackson re production of allocation litigation exhibits and perform further research same (0.2); consult with Mr. Jackson re cost of data sharing for allocation litigation databases and correspond with Mr. Plevin re same (0.2); review draft agreement with e-discovery vendor re hosting of allocation trial exhibits for privilege review by third-party and | 1.20 | $1,026.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000198/ Litigation

**Fees and Disbursements Through 01/31/15**
**Last Date Billed 12/30/14 (Through 10/31/14)**
**Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | consult with Messrs. Jackson and Stewart re same (0.3); correspondence with Ms. Rozenberg re same (0.1); review/revise draft email to Mr. Ray re strategy for cost-sharing motion (0.2); consult with Messrs. Regan and Plevin re same (0.2). | | |
| 13083502 | 01/07/15 | Regan, J. | Exchange emails with Mr. Supko re cost-sharing motion and strategy (0.2); review and analyze draft memo from Mr. Plevin re cost-sharing motion and strategy (0.3); review Mr. Supko's comments re same (0.2); prepare follow-on edits re same and provide to M. Plevin (0.9); exchange emails with Cleary re cost-sharing issue (0.1); review emails from M. Supko re electronic database issues (0.2); review proposed edits from Canadian counsel re cost-sharing motion (0.3); conference with M. Supko and M. Plevin re cost-sharing issues and strategy (0.2). | 2.40 | $2,376.00 |
| 13083514 | 01/08/15 | Regan, J. | Exchange emails with Messrs. Plevin and Supko re database and cost sharing motion issues (0.4); review and analyze information from Mr. Supko re same (0.6). | 1.00 | $990.00 |
| 13087719 | 01/08/15 | Jackson, S. | Review and propose revisions to statement of work provided by vendor Advanced Discovery for hosting database of allocation trial exhibits for purposes of generating a privilege log in accordance with Bankruptcy Court order (1.3); prepare for and participate in conference call with document database vendor Recommind and Cleary Gottlieb re options to reduce monthly expense of database hosting (0.5). | 1.80 | $1,134.00 |
| 13074937 | 01/08/15 | Supko, M. | Telephone call with Mr. Cianciolo re status of cases and handling of Nortel documents after | 1.60 | $1,368.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**  **Fees and Disbursements Through 01/31/15**
**Client: 105185/ Nortel Networks Corp**  **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter: 105185.0000198/ Litigation**  **Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | settlement (0.3); telephone conference with Recommind, Cleary, and Mr. Jackson re hosting fees for allocation litigation documents (0.5); correspondence with Mr. Plevin re hosting fees issue in light of cost-sharing motion (0.2); correspondence with Messes. Rozenberg and McCown re allocation litigation database (0.1); consult with Mr. Jackson re issues with agreement proposed by e-discovery vendor, including preparation of revisions to same (0.5). | | |
| 13075901 | 01/08/15 | Plevin, M. | Exchange e-mails with Messrs. Supko and Regan re Allocation Trial database and discovery issues. | 0.10 | $80.50 |
| 13083376 | 01/09/15 | Plevin, M. | Exchange e-mails with Messrs. Supko and Regan re finalizing recommendation e-mail to Mr. Ray concerning cost-sharing motion (0.1); finalize and send e-mail to Mr. Ray re same (0.2). | 0.30 | $241.50 |
| 13078397 | 01/09/15 | Supko, M. | Correspondence with Ms. McCown re allocation litigation database hosting issue (0.1); consult with Mr. Plevin re implications of same on cost-sharing motion (0.2). | 0.30 | $256.50 |
| 13115948 | 01/12/15 | Jackson, S. | Review price proposal received from Recommind re litigation database issues. | 0.30 | $189.00 |
| 13092390 | 01/13/15 | Supko, M. | Correspondence with Ms. Rozenberg re Recommind database management. | 0.10 | $85.50 |
| 13097041 | 01/13/15 | Plevin, M. | Exchange e-mails with Mr. Huberty (EMEA debtors) re further extending the EMEA Debtors' time to respond to NNI's cost-sharing motion. | 0.10 | $80.50 |
| 13119593 | 01/13/15 | Regan, J. | Confer with Mr. Supko re pending litigations and strategy (0.4); review emails with Cleary re database issues (0.2); confer with Mr. Supko re new third-party subpoena and strategy (0.5); | 1.40 | $1,386.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan
Client: 105185/ Nortel Networks Corp
Matter: 105185.0000198/ Litigation

Fees and Disbursements Through 01/31/15
Last Date Billed 12/30/14 (Through 10/31/14)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | exchange emails with Mr. Plevin re cost-sharing issues (0.3). | | |
| 13146722 | 01/13/15 | Dahl, M. | Consult with Mr. Jackson and Ms. Harris re processing and production specifications (0.3); review and analyze recently received documents in preparation for production to third-party per Mr. Jackson (1.3); prepare and provide cost estimate to Mr. Supko re same (0.2). | 1.80 | $540.00 |
| 13147075 | 01/14/15 | Dahl, M. | Review, organize, and analyze documents for third-party production (1.7); coordinate with vendor re updates to the production (0.3); follow-up with Mr. Jackson re same (0.2). | 2.20 | $660.00 |
| 13095089 | 01/14/15 | Supko, M. | Correspondence with Mr. Fortman re status of litigations and impact on third-party subpoena (0.2); correspondence with Recommind and Cleary re administration of allocation litigation database (0.1); discuss same with Mr. Regan (0.1). | 0.40 | $342.00 |
| 13098890 | 01/16/15 | Supko, M. | Continue working on terms and form of engagement agreement with discovery mediator. | 1.50 | $1,282.50 |
| 13150870 | 01/16/15 | Dahl, M. | Begin organizing, reviewing, and analyzing production-volume deliverable (0.8); confer with Mr. Jackson and Ms. Harris re same (0.2). | 1.00 | $300.00 |
| 13109172 | 01/20/15 | Supko, M. | Consult with Messrs. Plevin and Regan re strategy for cost-sharing motion, including review of email from Mr. Ray re same (0.2); correspondence with Ms. Keller re retention agreement (0.1); correspondence with Mr. Ross re retention of discovery mediator (0.1). | 0.40 | $342.00 |
| 13114394 | 01/20/15 | Plevin, M. | Exchange e-mails with Messrs. Regan and Supko re possible next steps concerning the pending cost-sharing motion (0.1); draft and send e-mail to Mr. | 0.40 | $322.00 |

# 915074

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**          **Fees and Disbursements Through 01/31/15**
**Client: 105185/ Nortel Networks Corp**              **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter: 105185.0000198/ Litigation**                **Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Ray re same (0.1); review response from Mr. Ray and exchange e-mails with Messrs. Regan and Supko re same and next steps in light of same (0.2). | | |
| 13119810 | 01/20/15 | Regan, J. | Exchange emails with Messrs. Supko and Plevin re cost-sharing issues and strategy (0.3); review information from co-counsel re same (0.5); review and analyze letter to client re cost-sharing issues (0.2); review and analyze retention letter for discovery mediator (0.3); correspondence with Crowell and Moring LLP team re same (0.1); review response from client re cost-sharing issues and strategy (0.3); exchange emails with Crowell and Moring LLP team discussing client response and strategy re cost-sharing issues (0.3). | 2.00 | $1,980.00 |
| 13119857 | 01/21/15 | Regan, J. | Review and respond to cost sharing email from client and possible responses (1.0); review and analyze information from Mr. Ross re same (0.7); confer with Mr. Sanok re cost-sharing strategy and issues (0.3); review emails with local counsel re discovery protocol issues (0.1); exchange emails with Mr. Plevin re cost-sharing issues (0.1). | 2.20 | $2,178.00 |
| 13114458 | 01/21/15 | Plevin, M. | Review e-mails from Mr. Supko and Ms. Hoover (local counsel) re submission of discovery mediator agreement to the court (0.1); exchange e-mails with Mr. Regan re cost-sharing issues (0.1). | 0.20 | $161.00 |
| 13112601 | 01/21/15 | Supko, M. | Correspondence with Mr. Ross re retention agreement for discovery mediator (0.1); correspondence with Ms. Keller re same (0.1); review Second Discovery Protocol re requirement for submission of retention agreement to court (0.1); correspondence with Ms. Hoover re filing of | 0.60 | $513.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000198/ Litigation

**Fees and Disbursements Through 01/31/15**  
**Last Date Billed 12/30/14 (Through 10/31/14)**  
**Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | retention agreement (0.2); consult with Messrs. Plevin and Regan re cost-sharing motion (0.1). | | |
| 13115227 | 01/22/15 | Supko, M. | Correspondence with local counsel re draft letter to Judge Gross re retention agreement with discovery mediator, including review of same. | 0.20 | $171.00 |
| 13115925 | 01/22/15 | Plevin, M. | Teleconference with Mr. Regan re next steps concerning the cost-sharing motion, strategy related thereto, and tasks required to move forward with same and related negotiations. | 0.60 | $483.00 |
| 13120058 | 01/22/15 | Regan, J. | Review and exchange emails with client and Crowell and Moring LLP team re cost-sharing and retention agreement issues (0.3); exchange emails with Mr. Supko re same (0.1); edit letter to Judge Gross re retention agreement with discovery mediator (1.2); lengthy conference with Mr. Plevin re cost sharing next steps and options (0.6). | 2.20 | $2,178.00 |
| 13120466 | 01/23/15 | Regan, J. | Review and analyze current cost-sharing motion and order. | 1.20 | $1,188.00 |
| 13143117 | 01/26/15 | Regan, J. | Review report from examiner (0.4); exchange emails with Mr. Supko re same (0.2). | 0.60 | $594.00 |
| 13143151 | 01/27/15 | Regan, J. | Exchange emails with Crowell and Moring LLP team re upcoming hearing with Judge Gross. | 0.60 | $594.00 |
| 13142633 | 01/27/15 | Plevin, M. | Exchange e-mails with Mr. Huberty (EMEA debtors) re cost-sharing motion and further extension of due date. | 0.10 | $80.50 |
| 13143228 | 01/28/15 | Regan, J. | Exchange emails with Cleary bankruptcy counsel re cost-sharing issues and scheduling issues (0.4); emails with Mr. Plevin re same (0.2). | 0.60 | $594.00 |
| 13143462 | 01/30/15 | Regan, J. | Emails with Mr. Plevin re cost-sharing issues and strategy (0.5); confer with Ms. Hoover re same | 2.00 | $1,980.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan
**Client:** 105185/ Nortel Networks Corp
**Matter:** 105185.0000198/ Litigation

**Fees and Disbursements Through 01/31/15**
**Last Date Billed 12/30/14 (Through 10/31/14)**
**Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | (0.3); review and analyze opposing counsels' responses to third-party's stay motion (0.7); review court hearing agenda (0.1); draft summary response to Cleary re same (0.3); exchange emails with Ms. Hoover re same (0.1). | | |
| 13142949 | 01/30/15 | Plevin, M. | Exchange e-mails with Ms. Hoover and Mr. Regan re opposing counsel's motion for stay of certain deadlines under the discovery protocol. | 0.10 | $80.50 |
| 13142981 | 01/31/15 | Plevin, M. | Review opposing counsels' responses to third-party's stay motion and hearing agenda re same. | 0.20 | $161.00 |
| | | | **Professional Services Total** | **40.10** | **$33,173.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 006634 | Counsel | Jackson, S. | 630.00 | 2.10 | $1,323.00 |
| 004269 | Lit Support | Dahl, M. | 300.00 | 5.00 | $1,500.00 |
| 006316 | Paralegal | Harris, S. | 255.00 | .30 | $76.50 |
| 000302 | Partner | Regan, J. | 990.00 | 19.00 | $18,810.00 |
| 001052 | Partner | Plevin, M. | 805.00 | 5.00 | $4,025.00 |
| 001474 | Partner | Supko, M. | 855.00 | 8.70 | $7,438.50 |
| | | **Fees Value** | | **40.10** | **$33,173.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7078272 | 01/05/15 | 504625 | 0200 | 2119911 | 001052 | Miscellaneous - - VENDOR: CourtCall - Telephonic court appearance on 12/05/14 at U.S. Bankruptcy Court - Delaware | $44.00 |
| 7083041 | 01/31/15 | 505197 | 0152 | 2125949 | 000302 | Pacer Service Charge | $15.10 |
| | | | | | | **Total Disbursements** | **$59.10** |

# 915075



## BILLABLE PROFORMA

**Billing Attorney:** 000302/ James J. Regan
**Client:** 105185/ Nortel Networks Corp
**Matter:** 105185.0000202/ Litigation

**Proforma Generation Date:** 02/26/1514:19:17

**Fees and Disbursements Through 01/31/15**
**Last Date Billed  (Through )**
**Bill Cycle:  M**
**Matter Open Date:  Dec 12, 2014**
**Proforma Joint Group #**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $3,295.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $22.15 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $3,317.65 | | |
| **Address:**   Nortel Networks Corp | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $0.00 |
| | | **LTD Disb Billed** | $0.00 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| **Index** | **Date** | **Timekeeper Name** | **Description of Professional Services** | **Hours** | **Value of Time** |
|---|---|---|---|---|---|
| 13070109 | 01/05/15 | Supko, M. | Correspondence with Mr. Storr re divestiture of Nortel's cordless phone business (0.1); further research re same (0.3); consult with opposing counsel re same (0.1). | 0.50 | $427.50 |
| 13071745 | 01/06/15 | Supko, M. | Correspondence with Mr. Ross re return of witness fee for withdrawn subpoena. | 0.10 | $85.50 |
| 13092400 | 01/13/15 | Supko, M. | Correspondence with Mr. Abramick re request for production of cleared allocation trial documents (0.1); consult with Messrs. Jackson and Dahl re document production issues, logistics, and estimated cost (0.3). | 0.40 | $342.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan      **Fees and Disbursements Through** 01/31/15
**Client:** 105185/ Nortel Networks Corp      **Last Date Billed (Through )**
**Matter:** 105185.0000202/ Litigation      **Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 13108484 | 01/13/15 | Harris, S. | Review and file production related correspondence (0.3); conference with Messrs. Dahl and Jackson re plan for production (0.7). | 1.00 | $255.00 |
| 13115992 | 01/13/15 | Jackson, S. | Investigate status and begin coordination of production of Allocation Trial documents to requesting party in accordance with Second Discovery Protocol. | 1.40 | $882.00 |
| 13108280 | 01/15/15 | Harris, S. | Review and file production related correspondence. | 0.50 | $127.50 |
| 13108206 | 01/16/15 | Harris, S. | Review & file production related correspondence (0.2); review production specifications provided by Mr. Dahl (0.3). | 0.50 | $127.50 |
| 13113060 | 01/20/15 | Harris, S. | Perform quality control review of production and coordinate overnight delivery of same. | 1.20 | $306.00 |
| 13109173 | 01/20/15 | Supko, M. | Review/revise letter to Mr. Abramick re production of documents to requesting party (0.2); consult with Mr. Jackson re document production logistics (0.1). | 0.30 | $256.50 |
| 13128238 | 01/20/15 | Jackson, S. | Draft cover letter to accompany Nortel production of Cleared Allocation Trial documents to requesting party (0.4); revise same based on comments from Mr. Supko (0.1). | 0.50 | $315.00 |
| 13112604 | 01/21/15 | Supko, M. | Correspondence with Mr. Abramick re retention agreement with discovery mediator, including research re scope/status of discovery requests. | 0.20 | $171.00 |
| | | | **Professional Services Total** | **6.60** | **$3,295.50** |

# 915076



## BILLABLE PROFORMA

**Billing Attorney:  000302/ James J. Regan**  
**Client:  105185/ Nortel Networks Corp**  
**Matter:  105185.0000203/ Litigation**

**Fees and Disbursements Through 01/31/15**  
**Last Date Billed  (Through )**  
**Bill Cycle:  M**  
**Matter Open Date:  Jan 20, 2015**

**Proforma Generation Date:  02/26/1514:19:18**         **Proforma Joint Group #**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $513.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $513.00 | | |
| **Address:**   Nortel Networks Corp | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $0.00 |
| | | **LTD Disb Billed** | $0.00 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 13112605 | 01/21/15 | Supko, M. | Correspondence with Mr. Edgar re retention agreement with discovery mediator, including research re scope/status of discovery requests. | 0.40 | $342.00 |
| 13118340 | 01/24/15 | Supko, M. | Correspondence with Mr. Edgar re signed retention agreement for discovery mediator (0.1); correspondence with Ms. Keller re same (0.1). | 0.20 | $171.00 |
| | | | **Professional Services Total** | **0.60** | **$513.00** |

DCACTIVE-31007117.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan                     Fees and Disbursements Through 01/31/15
Client:  105185/ Nortel Networks Corp                          Last Date Billed  (Through )
Matter:  105185.0000203/ Litigation                                Proforma Joint Group #

## Professional Services Summary

| ID     | Title   | Timekeeper Name | Rate   | Hours | Value    |
|--------|---------|-----------------|--------|-------|----------|
| 001474 | Partner | Supko, M.       | 855.00 | .60   | $513.00  |
|        |         | **Fees Value**  |        | **0.60** | **$513.00** |

# 915077



## BILLABLE PROFORMA

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000204/ Litigation  

**Proforma Generation Date:** 02/26/15 14:19:18

**Fees and Disbursements Through 01/31/15**  
**Last Date Billed  (Through )**  
**Bill Cycle:  M**  
**Matter Open Date:  Jan 21, 2015**  
**Proforma Joint Group #**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $940.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $940.50 | | |
| **Address:**   Nortel Networks Corp | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $0.00 |
| | | **LTD Disb Billed** | $0.00 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 13074943 | 01/08/15 | Supko, M. | Review opposing counsel's discovery requests and Second Discovery Protocol in preparation for meet-and-confer on response (0.5); participate in telephonic meet-and-confer with opposing counsel re response to discovery request (0.4). | 0.90 | $769.50 |
| 13112603 | 01/21/15 | Supko, M. | Correspondence with Mr. Pollack re retention agreement with discovery mediator, including research re scope/status of discovery requests. | 0.20 | $171.00 |
| | | | **Professional Services Total** | **1.10** | **$940.50** |

DCACTIVE-31007117.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  **Fees and Disbursements Through 01/31/15**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed  (Through )**
**Matter:** 105185.0000204/ Litigation  **Proforma Joint Group #**

## Professional Services Summary

| <u>ID</u> | <u>Title</u> | <u>Timekeeper Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | 855.00 | 1.10 | $940.50 |
|  |  |  | **Fees Value** | **<u>1.10</u>** | **<u>$940.50</u>** |