# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2015 Through January 31, 2015

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---|
| Express Delivery | Federal Express Corporation | $22.15 |
| Miscellaneous | Court Call | $44.00 |
| Computer Research | Pacer Service Center | $15.10 |
| **TOTAL** | | **$81.25** |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**  **Fees and Disbursements Through 01/31/15**
**Client: 105185/ Nortel Networks Corp**  **Last Date Billed 12/30/14 (Through 10/31/14)**
**Matter: 105185.0000198/ Litigation**  **Proforma Joint Group #**

## Disbursements Summary

| **Code** | **Description** | **Amount** |
|---|---|---|
| 0152 | Pacer Service Charge | $15.10 |
| 0200 | Miscellaneous | $44.00 |
|  | **Total Disbursements** | **$59.10** |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  **Fees and Disbursements Through 01/31/15**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed  (Through )**
**Matter:** 105185.0000202/ Litigation  **Proforma Joint Group #**

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 006634 | Counsel | Jackson, S. | 630.00 | 1.90 | $1,197.00 |
| 006316 | Paralegal | Harris, S. | 255.00 | 3.20 | $816.00 |
| 001474 | Partner | Supko, M. | 855.00 | 1.50 | $1,282.50 |
| | | **Fees Value** | | **6.60** | **$3,295.50** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 7089563 | 01/20/15 | 505333 | 0006 | 2133620 | 006316 | Express Delivery FEDEX From: SHANA HARRIS To: JOHN L ABRAMIC, ES Q, 115 SOUTH LASALLE STREET, STEPTOE & JOHNSON L LP, CHICAGO, IL 60603 US Tracking Number: 626702 650157 Invoice Number: 291901170 | $22.15 |
| | | | | | | **Total Disbursements** | **$22.15** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $22.15 |
| | **Total Disbursements** | **$22.15** |

- 13 of 17 -