**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X
                           :

*In re*                           :        Chapter 11
                           :

Nortel Networks Inc., *et al.*,[1]     :        Case No. 09-10138 (KG)
                           :

               Debtors.     :        Jointly Administered
                           :
--------------------------------------------------------X    **Hearing date:  To Be Determined
    at To Be Determined (E.T.)**

**TWENTY-THIRD QUARTERLY FEE APPLICATION REQUEST OF CROWELL &
MORING LLP, SPECIAL COUNSEL FOR DEBTORS AND DEBTORS-IN-
POSSESSION, FOR THE PERIOD NOVEMBER 1, 2014  THROUGH JANUARY 31, 2015**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For

Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Crowell

& Moring LLP hereby submits its Twenty-Third Quarterly Fee Application Request (the

"Request") for the period November 1, 2014 through and including January 31, 2015[2] (the

"Application Period").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Exhibits A and B attached to the monthly applications Docket Item Nos. 15253, 15256, and 15265 contain the detailed listing of Crowell & Moring LLP's requested fees and expenses for the Application Period.

Crowell & Moring LLP seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Pending Allowance (80%) | Amount of Expenses Pending Allowance (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 02/27/2015 D.I. 15253 | 11/01/2014 - 11/30/2014 | $265,824.25 | $7,330.81 | Pending | $212,659.40 | $7,330.81 | $53,164.85 |
| 02/27/2015 D.I. 15256 | 12/1/2014 - 12/31/2014 | $76,244.50 | $1,641.57 | Pending | $60,995.60 | $1,641.57 | $15,248.90 |
| 02/27/2015 D.I. 15265 | 01/01/2015 - 01/31/2015 | $37,922.00 | $81.25 | Pending | $30,337.60 | $81.25 | $7,584.40 |
| **TOTAL** | | **$379,990.75** | **$9,053.63** | | **$303,992.60** | **$9,053.63** | **$75,998.15** |

In accordance with the Monthly Compensation Order, Crowell & Moring LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Crowell & Moring LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Crowell & Moring LLP such other and further relief as is just and proper.

Dated: February 27, 2015
Washington, D.C.

CROWELL & MORING LLP

_____/s/ Monique D. Almy_____
James J. Regan (D.C. Bar No. 967398)
Monique D. Almy (MD Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 508-8749
Facsimile:  (202) 628-5116

*Special Counsel for the Debtors
and Debtors-in-Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique Almy | Partner | $730.00 | 3.20 | $2,336.00 |
| Matthew Cheney | Partner | $680.00 | 45.00 | $30,600.00 |
| Matthew Cheney | Partner | $340.00 | 5.60 | $1,904.00 |
| Leslie Davis | Partner | $535.00 | 1.00 | $535.00 |
| Mark Plevin | Partner | $785.00 | 54.30 | $42,625.50 |
| Mark Plevin | Partner | $805.00 | 5.00 | $4,025.00 |
| Mark Plevin | Partner | $392.50 | 9.30 | $3,650.25 |
| Jim Regan | Partner | $975.00 | 85.90 | $83,752.50 |
| Jim Regan | Partner | $990.00 | 19.00 | $18,810.00 |
| Jim Regan | Partner | $487.50 | 5.60 | $2,730.00 |
| Mark Supko | Partner | $830.00 | 121.40 | $100,762.00 |
| Mark Supko | Partner | $855.00 | 11.90 | $10,174.50 |
| Mark Supko | Partner | $415.00 | 2.00 | $830.00 |
| Sean Jackson | Counsel | $585.00 | 64.40 | $37,674.00 |
| Sean Jackson | Counsel | $630.00 | 4.00 | $2,520.00 |
| Monica Welt | Counsel | $655.00 | 14.90 | $9,759.50 |
| Tacie Yoon | Associate | $595.00 | 25.40 | $15,113.00 |
| Olegario Perales | Specialist | $245.00 | 9.10 | $2,229.50 |
| Shana Harris | Paralegal | $245.00 | 17.40 | $4,263.00 |
| Shana Harris | Paralegal | $255.00 | 3.50 | $892.50 |
| Mark Dahl | Litigation Support | $300.00 | 15.90 | $4,770.00 |
| Charles Simms | Librarian | $115.00 | 0.30 | $34.50 |
| **GRAND TOTAL** | | | **524.10** | **$379,990.75** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Application - US | 4.70 | $1,934.50 |
| Wanland | 18.10 | $12,095.50 |
| Litigation - Non-Working Travel | 22.50 | $9,114.25 |
| Litigation | 478.80 | $356,846.50 |
| **GRAND TOTAL** | **524.10** | **$379,990.75** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Printing | In-House Network Printing | $28.20 |
| Duplicating | In-House Duplicating | $28.40 |
| Transcripts - Deposition | TransPerfect Translations International Inc. | $1,756.00 |
| Duplicating | Outside Duplicating | $77.18 |
| Express Delivery | Federal Express Corporation | $180.72 |
| Local Transportation | Airport Parking | $217.00 |
| Air fare & Travel Agent Fees | US Airways, United, or American | $917.63 |
| Train fare | Amtrak | $1,054.00 |
| Hotel | Westin or Hyatt | $1,732.04 |
| Travel Expense - Meals | Breakfast, Lunch, & Dinner | $460.89 |
| Meals | Hudson | $31.27 |
| Other Travel Expenses | Miscellaneous | $275.82 |
| Miscellaneous | Court Call | $44.00 |
| Miscellaneous | Document Scanning | $15.00 |
| Computer Library Research | Computer Library Research | $1,077.45 |
| Electronic Discovery | Advanced Discovery, LLC | $1,004.63 |
| Computer Research | Pacer Service Center | $153.40 |
| **GRAND TOTAL** | | **$9,053.63** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]