**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 3, 2015 AT 10:00 A.M. (EASTERN TIME)**

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1.　Motion of Third Party Rockstar for Partial Stay of Discovery Protocol (D.I. 15019, Filed 1/2/15).

　　Objection Deadline: January 23, 2015 at 4:00 p.m. (ET).

　　Responses Received:

　　(a)　Google's Response to Motion of Third Party Rockstar for Partial Stay of Discovery Protocol (D.I. 15058, Filed 1/16/15);

　　(b)　Cisco's Response to Motion of Third Party Rockstar for Partial Stay of Discovery Protocol (D.I. 15087, Filed 1/23/15); and

---

[1]　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]　**Amended items appear in bold.**

(c) Letter to The Honorable Kevin Gross from Robert B. Wilson Filed by Google Inc. (D.I. 15220, Filed 2/25/15).

Related Pleading:

(a) Order Approving Second Discovery Protocol in Connection with Order Extending Automatic Stay and Regulating Third Party Discovery (D.I. 14906, Entered 12/8/14);

(b) Letter to The Honorable Kevin Gross from Jennifer R. Hoover, Esq., Enclosing the Discovery Mediator's Retention Agreement (D.I. 15082, Filed 1/22/15); and

(c) Notice of Withdrawal of Motion of Third Party Rockstar for Partial Stay of Discovery Protocol (D.I. 15249, Filed 2/27/15).

Status: The motion has been withdrawn.

**STATUS CONFERENCE**

2. Motion of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend its Schedules with Respect to Intercompany Loan Claim (D.I. 14639, Filed 10/27/14).

Objection Deadline: Adjourned until further notice.

Responses Received:

(a) Debtors' Limited Response to the Motion of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend its Schedules with Respect to Intercompany Loan Claim (D.I. 14923, Filed 12/10/14).

Related Pleading:

(a) First Amended Notice of Motion of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend its Schedules with Respect to Intercompany Loan Claim (D.I. 14747, Filed 11/10/14); and

(b)  Second Amended Notice of Motion of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend its Schedules with Respect to Intercompany Loan Claim (D.I. 14886, Filed 12/4/14).

Status: **The status conference is adjourned to the hearing scheduled for March 17, 2015 at 10:00 a.m. (ET).**

Dated: March 2, 2015  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, DE  19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession with Respect to Item 2*

- and -

CROWELL & MORING LLP  
Mark D. Plevin (admitted pro hac vice)  
Mark S. Supko (admitted pro hac vice)  
James J. Regan  
Matthew W. Cheney  
1001 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
Telephone: (202) 624-2500  
Facsimile: (202) 628-5116

- and -

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Michael J. Barrie (No. 4684)
222 Delaware Ave., Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012

*Counsel for Debtors and Debtors in Possession with Respect to Item 1*

8930880