**Via Fax**

Ken Coleman Esq
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Peter Keane
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004
Fax: 212-422-4726

James Patton
Edwin Harron
John Dorsey
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801
Fax: 302-571-1253

Ian Connor Bifferato
J. Zachary Haupt
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801
Fax: 302-792-7470

Michael W. De Vries
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071
Fax: 213-680-8500

Jared D. Edgar
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Fax: 415-439-1500

John M. Desmarais
Jonas R. McDavit
Dustin F. Guzior
Desmarais LLP
230 Park Avenue
New York, NY 10169
Fax: 212-351-3401

Jeffrey M. Gorris
Benjamin P. Chapple
Friedlander & Gorris, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Fax: 302-573-3501

Robert B. Wilson
Patrick D. Curran
Michelle Ernst
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Fax: 212-849-7100

Charles K. Verhoeven
David Eiseman
David A. Perlson
Sean Pak
Kristin J. Madigan
Matthew D. Cannon
Sam Stake
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Fax: 415-875-6700

Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Fax: 650-801-5100

Joseph J. Farnan, Jr.
Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 N. Market Street, 12th Fl.
Wilmington, DE 19801
Fax: 302-777-0301

Ellisen S. Turner
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Fax: 310-203-7199

Mary F. Caloway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
405 North King St., Suite 500
Wilmington, DE 19801
Fax: 302-661-7950

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank Tweed Hadley & McCLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Susheel Kirpalani
James C. Tecce
Daniel S. Holzman
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
22nd Floor
New York, NY 10010
Fax: 212-849-7100

Joanne P. Pinckney
Pinckney Weidinger Urban & Joyce
1220 N. Market Street
Ste 950
Wilmington, DE 19801
Fax: 302-655-5213

8710425