# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
           Debtors. : Jointly Administered
:
: **Re: D.I. 15243**
:
---------------------------------------------------------------X

**NOTICE OF FILING VERIFICATION OF JAMES E. SCOTT IN SUPPORT OF THIRTY-SIXTH INTERIM APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE  ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR PERIOD OF DECEMBER 1, 2014 THROUGH JANUARY 31, 2015**

      **PLEASE TAKE NOTICE** that on February 26, 2015, Ernst & Young LLP filed the *Thirty-Sixth Interim Application of Ernst & Young LLP For Allowance of Compensation For Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for Period of December 1, 2014 Through January 31, 2015* (D.I. 15243).

      **PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is the *Verification of James E. Scott in support of Thirty-Sixth Interim Application of Ernst & Young LLP For Allowance of Compensation For Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for Period of December 1, 2014 Through January 31, 2015.*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Dated: March 2, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

8936125.1

2