<u>EXHIBIT A</u>

Scott Verification

## **VERIFICATION**

STATE OF NORTH CAROLINA  )
                         ) SS:
COUNTY OF WAKE           )

James E. Scott, after being duly sworn according to law, deposes and says:

a) I am a PPED with the applicant firm, Ernst & Young LLP.

b) I am familiar with the work performed on behalf of the Debtors by the professionals and staff members at Ernst & Young LLP.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_James E. Scott_
James E. Scott
PPED, Ernst & Young LLP

SWORN AND SUBSCRIBED before me
this 2nd day of March, 2015.

_Peggy K. Kitto_
Notary Public
My Commission Expires: 12-1-2019

[Notary Seal: PEGGY K. KITTO, NOTARY PUBLIC, WAKE COUNTY, NC]