IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| | ) | |
| NORTEL NETWORKS, INC., et al.,) | | Chapter 11 |
| | ) | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | February 27, 2015 |
| | ) | 2:01 p.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:            Morris Nichols Arsht & Tunnell, LLP
                        BY: DONNA CULVER, ESQ.
                        1201 North Market St., 18th Floor
                        Wilmington, DE  19899-1347
                        302-351-9200

                        Cleary Gottlieb Steen & Hamilton
                        BY: DAVID H. HERRINGTON, ESQ.
                        BY: MATTHEW GURGEL, ESQ.
                        One Liberty Plaza
                        New York, NY  10006
                        212-225-2000

ECRO:                   GINGER MACE

Transcription Service:  DIAZ DATA SERVICES, LLC
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For EMEA Debtors:                    Young Conaway Stargatt &
                                     Taylor
                                     BY: JAIME LUTON CHAPMAN, ESQ.
                                     Rodney Square
                                     1000 North King Street
                                     Wilmington, DE  19801
                                     (302) 571-6000


For the Monitor:                     Buchanan Ingersoll & Rooney,PC
                                     BY: KATHLEEN A. MURPHY, ESQ.
                                     1105 N. Market St., Ste. 1900
                                     Wilmington, DE  19801-1054
                                     (302) 552-4214

                                     Allen & Overy
                                     BY: LAURA HALL, ESQ.
                                     BY: PAUL KELLER, ESQ.
                                     1221 Avenue of the Americas
                                     New York, NY  10020
                                     (212) 610-6300


For SNMP:                            Cole Schotz Meisel Forman &
                                     Leonard, PA
                                     BY: NORMAN PERNICK, ESQ.
                                     BY: DAVID DEAN, ESQ.
                                     500 Delaware Avenue
                                     Suite 1410
                                     Wilmington, DE  19801
                                     (302) 652-3131


For Official Creditor's
Committee:                           Akin Gump Strauss Hauer & Feld
                                     BY: ROBERT JOHNSON, ESQ.
                                     One Bryant Park
                                     Bank of America Tower
                                     New York, NY  10036
                                     212-872-1000

                                     Richards Layton & Finger
                                     BY: CHRIS SAMIS, ESQ.
                                     One Rodney Square
                                     920 North King Street
                                     Wilmington, DE  19801
                                     (302) 651-7700

APPEARANCES:
(Continued)

For Avaya, Inc.:                    Sullivan Hazeltine Allinson
                                    BY: WILLIAM SULLIVAN, ESQ.
                                    901 North Market St. #1300
                                    Wilmington, DE  19801
                                    (302) 428-8191

TELEPHONIC APPEARANCES:

For Debtors:                        Cleary Gottlieb Steen &
                                    Hamilton
                                    BY: SHIRA A. KAUFMAN, ESQ.
                                    (212) 225-2498
                                    BY: LISA MR. SCHWEITZER, ESQ.
                                    (212) 225-2629

For Ad Hoc Bondholder
Group:                              Milbank Tweed Hadley & McCloy
                                    BY: NICK BASSETT, ESQ.
                                    (212) 530-5000

For Official Committee of
Unsecured Creditors:                Akin Gump Strauss Hauer & Feld
                                    BY: DAVID BOTTER, ESQ.
                                    (212) 872-1055

For Nortel Networks UK
Pension Trust:                      Wilkie Farr & Gallagher, LLP
                                    BY: WESTON T. EGUCHI, ESQ.
                                    (212) 728-8881

For Law Debenture:                  Patterson Belknap Webb & Tyler
                                    BY: DANIEL A. LOWENTHAL, ESQ.
                                    (212) 336-2720

For Canadian Creditors
Committee:                          DLA Piper U.S., LLP
                                    BY: SELINDA A. MELNIK, ESQ.
                                    (302) 468-5650

For Avaya, Inc.:                    Holland & Knight, LLP
                                    BY: BARBRA PARLIN, ESQ.
                                    (212) 513-3200

TELEPHONIC APPEARANCES:
(Continued)

For Interested Party:          SNMP
                               BY: JEFFREY CASE
                               (212) 579-0527

                               Stone Lion Capital Partners
                               BY: JUSTIN BRASS
                               (212) 843-1246

                               Reorg Research, Inc.
                               BY: KENT COLLIER
                               (212) 257-4383

                               Hughes Hubbard & Reed
                               BY: CHARLES HUBERTY, ESQ.
                               (212) 837-6045

                               Southpaw Asset Management
                               BY: ANDREW M. THAU
                               (203)862-6231

                               Egerton, McAfee, Armistead &
                               Davis
                               BY: JOHN L. WOOD, ESQ.
                               (865) 292-2503

WILMINGTON, DELAWARE, FRIDAY, FEBRUARY 27 2015, 2:01 P.M.

1              THE CLERK:  Please rise.

2              THE COURT:  Good afternoon, everyone.  Please be

3    seated.  It's good to see you all, some familiar faces.  And

4    Nortel, the case that keeps on giving.

5                          (Laughter)

6              THE COURT:  All right.  Who shall I hear from

7    first?  Mr. Herrington?

8              MR. HERRINGTON:  Yes, Your Honor.

9              THE COURT:  Nice to have you back.

10             MR. HERRINGTON:  Yes.  Good afternoon, Your

11   Honor.

12             THE COURT:  Good afternoon.

13             MR. HERRINGTON:  It's nice to be back.  We do

14   appreciate your taking the time.  I know your schedule is

15   busy and taking the time for this status conference.

16             We're not asking for relief today.  What we did

17   want to do is update Your Honor on where this case stands

18   because it is now going to move forward.  We hope it will

19   move forward very efficiently.

20             And to give some background on, you know, how we

21   got to where we are and also an update on proceedings in

22   Canada, which will affect what's going on here in your

23   Court, Your Honor.

24             THE COURT:  Yes.  I just checked in with Justice

1  Newbould --

2         MR. HERRINGTON:  Okay.

3         THE COURT:  -- in fact, and I know that hearing

4  is continuing this afternoon.

5         MR. HERRINGTON:  Okay, great.  Thank you, Your

6  Honor.

7         THE COURT:  Yes.

8         MR. HERRINGTON:  Well, so just let me give a

9  brief background and Your Honor may well remember, but this

10  is the adversarial proceeding brought by SNMP.

11        THE COURT:  Yes.

12        MR. HERRINGTON:  SNMP has appeared a few times in

13  these proceedings over the years, including in each of the

14  sales proceedings.  As the different business lines were

15  being sold, SNMP would appear and raise the issue that they

16  believed their software is present in some of the products

17  and raised concern about those products being transferred to

18  buyers who either may not have a license with SNMP or may

19  have their own separate license but not for this business

20  line.

21        And of course the way that was resolved is that

22  rather than, you know, holding up the entire sale, the sales

23  went through, SNMP's rights were preserved --

24        THE COURT:  Right.

25        MR. HERRINGTON:  -- and the buyers were made

1  aware that of course if SNMP software or frankly any other

2  third-party software is in your products or in the products

3  you're buying, you'll need to work with that company to

4  resolve that.  And so with respect to SNMP, the buyers would

5  -- they knew they weren't getting any rights to SNMP

6  software and therefore we need to work with SNMP.  And we'll

7  talk about how that worked out with some of the different

8  asset purchases.

9         Toward the end of the sales process, one of the

10  last sales, SNMP raised the question of, well, we're not

11  sure.  You know, we know, Nortel, what you think, what

12  products include our software, but there may be others.  And

13  in one of the sales to GENBAND, for example, it was

14  discovered around the time of the sale that there had been a

15  product that allegedly -- you know, I don't know -- I'm not

16  going to comment on facts one way or the other -- but had

17  not been paid royalties for but included SNMP software.  So

18  SNMP said, well, so we know about that in that business

19  line; maybe that's true in other business lines.  And so one

20  of the last sales was the password sale.

21         THE COURT:  Um-hum.

22         MR. HERRINGTON:  And Nortel accommodated the kind

23  of request that SNMP was asking for involving a huge amount

24  of effort.  It's a process where you have to search for, you

25  know, possible source code and then check that through all

1    the different products because you can't just find source

2    code somewhere in a repository and then know what happened

3    with it.  That doesn't mean it was used in any actual

4    products.  You need to the engineers who developed the

5    products in order to trace that through.

6              So that was done with the password sale and the

7    results were there was nothing new that was found.  There

8    were two products that had been known all along to include

9    SNMP software, royalties had been paid for that, and again,

10   this question of, well, is there something beyond that?  The

11   answer is no.  It took a whole lot of effort but that was

12   determined.

13             And then the other way that SNMP has appeared in

14   this suit is it has a Proof of Claim, and that's based again

15   on products that allegedly were used in Nortel's products

16   but not had royalties paid for them.

17             THE COURT:  Yes.

18             MR. HERRINGTON:  And that started out as a small

19   claim and it got bigger over time.  The current amount is $8

20   million, of which $5 million is actually at claim for

21   interest under the contractual rate.  This license has rate

22   at 1.5 percent per month, which works out to 18 percent per

23   year, and recognizing that that exceeds the usury limit in

24   many states saying, well, if that's above the usury limit,

25   then whatever the usury limit is.  So there's that claim,

1  the Proof of Claim.

2          So where are we now in the adversary proceeding?

3  There are two basic types of claims that SNMP is asserting.

4  One is basically the same as the Proof of Claim but just

5  postpetition.  You know, Nortel, we think you're using

6  software in some products that you didn't pay royalties for

7  postpetition, and so that's just the same claim but for a

8  later time period.

9          And then the second claim goes back to those

10  sales order proceedings saying, well, you shouldn't have

11  transferred our software to buyers.  And the theory, as we

12  understand it, is an argument that, Nortel, you got more

13  money in the sales because of transferring our software to

14  buyers.  Our basic response to that, as reflected in the

15  sales orders, is well, no, that's not right because the

16  buyers were made very clear and very much aware that they're

17  not getting any rights to your software so they're certainly

18  not paying us for rights that they're not getting and the

19  buyers recognize that they will have to negotiate with you

20  and work with you to work things out.

21          And in fact the buyers and SNMP for most of the

22  sales did in fact work things out, at least as we understand

23  it.  At the time SNMP filed this Adversary Complaint there

24  were three buyers who had not yet worked things out or that

25  SNMP thought that they still had claims against.  One was

1    Radware.

2            THE COURT:  Um-hum.

3            MR. HERRINGTON:  Your Honor may remember that the

4    Complaint against Radware was dismissed.  Your Honor

5    dismissed it on the ground that it really didn't allege a

6    basis for a claim that Radware actually received -- it was

7    using SNMP software and Radware said it didn't use any SNMP

8    software.  And that claim has now been dismissed so I think

9    that's been resolved and that's out of the picture.

10           A second buyer was GENBAND.

11           THE COURT:  Yes.

12           MR. HERRINGTON:  And the claim was, well,

13   GENBAND, you got software that you needed to pay for.  Our

14   understanding is that those claims have been resolved.

15   GENBAND did the searching that SNMP requested and that's now

16   been resolved.

17           And that leaves Avaya as the only buyer against

18   whom there's a claim in the adversary proceeding and the

19   allegation there, the basic story is that Avaya actually

20   entered into what's called an Accession Agreement in

21   connection with the purchase of the enterprise business

22   line.  Nortel had identified the products that it was aware

23   of that it believed had SNMP software and this was done in

24   some of the other sales.  There's an Accession Agreement

25   saying this is a basically a short-term license.  You know,

1  these are products that have SNMP software in them; let's

2  enter into this short-term license, royalties will be paid

3  or some kind of fee will be paid, and then we'll work out a

4  long-term license.

5          So Avaya entered into that kind of agreement with

6  SNMP and then the allegation is that somewhere along the way

7  it was discovered that there were some additional products

8  that allegedly had SNMP software in them that hadn't been

9  accounted for in the Accession Agreement.  I guess they

10 hadn't been identified by Nortel at the time of the sale.

11 That emerged into a dispute, didn't get resolved.  It seems

12 the parties, that Avaya and SNMP had sort of tried for some

13 time to resolve the situation and didn't.  So the claims

14 against Avaya are now part of this lawsuit.

15         And actually separately Avaya had its own

16 separate license with SNMP wholly apart from the business

17 that they purchased from Nortel and a dispute has arisen

18 with respect to that license as to whether Avaya has paid

19 royalties on the products that are alleged to have SNMP

20 software under that license.  That's a whole separate

21 lawsuit that's been in the District Court level.

22         With respect to the claims between Nortel and

23 SNMP, the Complaint was filed in 2011.  It was immediately

24 stayed pending mediation.

25         THE COURT:  Um-hum.

1          MR. HERRINGTON:  That mediation went on for quite

2    some time.  The parties first were meeting with each other

3    and then engaged in a process from Judge Garrity.  It

4    wasn't --

5          THE COURT:  And knew Judge Garrity I guess and

6    he's been reappointed as I understand it.

7          MR. HERRINGTON:  Okay.  Right.  And ultimately it

8    did not succeed and was declared to have reached an impasse.

9    So based on that, the case is ready to move forward.

10   However, before I can move forward, the first procedural

11   issue is the stay up in Canada that --

12         THE COURT:  Right.

13         MR. HERRINGTON:  -- as you know, Justice Newbould

14   is addressing today.

15         Now, of course what NNL is seeking in that

16   proceeding is to say for SNMP's claims against it, they

17   should go forward in Canada.  If Justice Newbould agrees,

18   then we've got two parallel lawsuits.  I see Your Honor is

19   smiling at the prospect of --

20                    (Laughter)

21         THE COURT:  Yes, I'm picturing the courtroom

22   again.

23                    (Laughter)

24         MR. HERRINGTON:  There may be slightly less

25   interest and slightly smaller army of lawyers involved in

1  this one.

2        But so you do have that similar situation, two

3  different lawsuits asserting essentially the same claims

4  against the Nortel entities that both we on the Nortel U.S.

5  side and Nortel Canada on this side certainly believe should

6  be coordinated.  And so those claims should move together

7  before Your Honor and before Justice Newbould with the same

8  timetable, same schedule for discovery, same schedule for

9  dispositive Motions, and so forth, at least leading up to a

10 possible trial.

11       Now, in terms of how to handle the trial, let's

12 see how things unfold, see what that trial looks like, and

13 then can approach Your Honor and Justice Newbould with

14 respect to the trial issue.  But certainly for everything

15 moving toward trial, we believe it should be coordinated

16 under a joint protocol.

17       We didn't -- again, we initially filed a Motion

18 to address that.  We decided to adjourn it since it really

19 depends on the outcome and Canada --

20       THE COURT:  Yes.

21       MR. HERRINGTON:  -- so that's why we've converted

22 this to a status conference.

23       THE COURT:  And I suppose to some extent -- I was

24 unclear whether the Motion to Withdrawal the Reference,

25 whether I had a draft of that or whether it actually had

1  been filed at this point.

2         MR. HERRINGTON:  It hasn't been filed partly

3  because of the stay that's in place.  And let me just

4  comment just for a moment on the other aspects of what we

5  addressed in our Motion that has been adjourned and I'll

6  turn to that.

7         The other two things are really just setting what

8  is the timetable going to be and trying to set a reasonable

9  framework for discovery to assist in moving this forward.

10         In terms of the Motion to Withdraw the Reference,

11  that's been SNMP's primary response is, well, we want to

12  move to withdraw the reference from this Court.  And again,

13  we're not here to make arguments and we will oppose that

14  Motion, but as a practical matter and a procedural matter,

15  the case of course will continue in this Court, it remains

16  in this Court, and we certainly believe that it should

17  proceed forward in this Court while that Motion to Withdraw

18  is pending.  And then of course our understanding is that

19  the standard practice would be, even if it were granted, it

20  would remain with this Court.  The case would remain with

21  this Court for all pretrial proceedings, discovery and

22  Summary Judgment Motions, and so forth.

23         THE COURT:  That is how it usually happens, yes.

24         MR. HERRINGTON:  Okay.  And that's certainly what

25  we think would make sense here, and given that, there's

1  really certainly no reason to put things on hold even on the

2  assumption that SNMP is going to make this Motion, which we

3  assume they will make the Motion.

4           In terms of discovery, and again, I don't want to

5  make arguments about this, but one of the issues is this

6  thing of what kind of searches should be done.  Of course

7  all the businesses are now sold so there's no actual

8  engineers and all that.  There's a database called

9  ClearCase --

10          THE COURT:  Um-hum.

11          MR. HERRINGTON:  -- that is up in Carling and

12 it's basically just a repository of software, you know, that

13 may include SNMP software but it could include all kinds of

14 other things.  It's basically a drawer that has your socks

15 and your old pennies and your old watch and whatever else

16 may be in it, and the question is SNMP again going back to

17 sort of that past court issue of like, well, we know what we

18 know about that we'd really like to search the entire

19 universe to see if there might be something more.

20          We question the premise of that, especially given

21 the past court experience where we went through that

22 exercise at great effort and expense and didn't find

23 anything.  But there's also just a challenge in terms of

24 even if you search these containers, these databases --

25 well, I should say containers, and you find software

1  belonging to, let's say, SNMP, that doesn't tell you whether

2  that software was actually used in any product or not.  For

3  that you need a bunch of other systems and databases and you

4  really need the human beings who were involved in developing

5  the products who can correlate all of these things and tell

6  you whether the software is actually used in a product.

7            So that's been a point of a lot of discussion.

8  We're going to continue to work on that.  What we've heard

9  from Canada today is that Justice Newbould, assuming the

10 case against NNL remains in his court, he's inclined to

11 refer that to a former Justice for a short mediation to see

12 if the issues can be resolved there, and if not, then

13 obviously we would on our side present the issues to Your

14 Honor --

15            THE COURT:  A discovery mediation in effect?

16            MR. HERRINGTON:  Exactly.

17            THE COURT:  Okay.

18            MR. HERRINGTON:  A mediation concerning that very

19 specific discovery issue.

20            So we talked about SNMP and its main reaction is,

21 you know, we want to move to withdraw the reference.  Avaya

22 has filed a Limited Objection to our Motion, which has been

23 adjourned, but it wanted to express its position.  And

24 basically its position is the proposed schedule is too fast

25 from our point of view.  We will certainly work with them to

1  try to understand their perspective and their concerns and

2  try to work out an agreeable schedule.  It is important for

3  the Debtors to move quickly and efficiently.  This is one of

4  the last, you know, disputes of any significance that's out

5  there.  Of course in bankruptcy in general you try to move

6  things quickly and efficiently --

7            THE COURT:  Sure.

8            MR. HERRINGTON:  -- and we have every interest

9  and desire to do that here.

10            THE COURT:  And there is some concern I know in

11  Canada, as I read in the Monitor's report, about the expense

12  of renting this repository.

13            MR. HERRINGTON:  Exactly, Your Honor.  That is a

14  practical matter.  It poses a very significant constraint

15  and concern.  You know, it's coming from Nortel Canada but I

16  think we all recognize that that should be addressed and

17  accommodated as much as possible.

18            And certainly any searching -- and those are

19  those databases that I talked about that SNMP has expressed

20  an interest in searching.  Any searching should be done, and

21  really the desire is to make sure, if it can, to actually

22  get to trial before those services are decommissioned, which

23  will happen at the end of this year, November, December.  As

24  we understand it, it's on a facility that I think has been

25  sold to the government and the government has been patient

1   about leaving it, the small part of it in place, but their

2   patience is running out, and because these are extremely, as

3   we understand that, old and fragile databases, they're not

4   something that can be easily moved somewhere else.  That's

5   the understanding that we have from the Canadian folks.

6           So once there's a ruling from Justice Newbould --

7           THE COURT:  Yes.

8           MR. HERRINGTON:  -- that would lift the stay so

9   this case will move forward, again, if Justice Newbould

10  rules that the claims against Nortel Canada should go

11  forward there and we have the story protocol circumstance

12  that we would ask Your Honor to approve and with respect to

13  the timetable and the discovery parameters, again, we very

14  much hope to get those resolved certainly as much as we can.

15  And if there's something we can't get resolved, then we

16  would approach Your Honor about those.

17          So we really just wanted to give that context.

18  Things may be coming fairly quickly once we're off to the

19  races.  And I would certainly be happy to answer any

20  questions that Your Honor has.

21          THE COURT:  How did the claim -- I read that the

22  claim at issue is in the 80 plus million dollar range.  What

23  does that comprise?

24          MR. HERRINGTON:  You'll have to ask SNMP's

25  counsel --

1           THE COURT:  Okay.

2           MR. HERRINGTON:  -- Your Honor.

3           THE COURT:  Okay.

4           MR. HERRINGTON:  We have no idea.

5           THE COURT:  All right.

6           MR. HERRINGTON:  And that claim of course was

7   followed at a time when GENBAND was a Defendant, Radware is

8   Defendant.  They are no longer Defendants.  But, Your Honor,

9   I think that question is better addressed to SNMP.

10          THE COURT:  Sure.  Thank you.

11          MR. HERRINGTON:  Thank you, Your Honor.

12          THE COURT:  All right.  Thank you,

13  Mr. Herrington.  That was certainly clear.

14          SNMP, Mr. Pernick.

15          MR. PERNICK:  Good afternoon, Your Honor.

16          THE COURT:  Good afternoon.

17          MR. PERNICK:  Norman Pernick --

18          THE COURT:  Good to see you, Mr. Pernick.

19          MR. PERNICK:  -- from Cole Schotz -- thank you --

20  for SNMP, and I'm here with David Dean, my partner, and he

21  is going to present today.

22          THE COURT:  All right.  Thank you, Mr. Pernick.

23          Good afternoon.  Welcome to you.

24          MR. DEAN:  Good afternoon, Your Honor.

25          I'm going to try not to repeat a lot of the facts

1   that Mr. Herrington laid out, but since this is our first

2   appearance in the case and it's been sometime since the

3   parties have been before the Court in this hearing, I do

4   think it's important to reset a little bit and just give the

5   Court a refresher on where we've been because I think it's

6   important to understand a little bit of the history from our

7   perspective to understand how we got here and where we'd

8   like to go from here and why.

9            THE COURT:  Okay.

10           MR. DEAN:  Your Honor, I'll just start by saying

11  that when SNMP filed this lawsuit, it did it with the goal

12  to have a single court adjudicate the claims against all the

13  Defendants in this case for efficiency purposes, including

14  the Defendants in Canada.

15           With this goal in mind, Your Honor, and at the

16  time to avoid the claims from becoming time-barred, what

17  SNMP did was filed a Motion for Relief in Canada seeking

18  relief from the stay in Canada to bring the action against

19  this Court against the Canadian debtors, the U.S. debtors,

20  Nortel, GENBAND, and a number of other Defendants that has

21  since been resolved.

22           The Motion for Relief that was brought in October

23  of 2011 was resolved on an interim basis.  The Motion is

24  being heard today through a Consent Order.  And pursuant to

25  that Consent Order, Your Honor, we were permitted to file

1    the Complaint in this Court but that the Complaint could not

2    be prosecuted; it would be stayed against the Canadian

3    Nortel entities pursuant to Judge Newbould's stay Order.

4           At that same time -- in fact, the day before

5    this, Your Honor -- SNMP and the Canadian debtors and the

6    U.S. debtors also entered into a Letter Agreement, and under

7    the terms of that Letter Agreement, the parties agreed that

8    the case would be stayed here in the U.S. pending the

9    outcome of a mediation and that also in Canada the lift stay

10   hearing that's scheduled and is going on right now would be

11   continued until the conclusion of the mediation.

12          In exchange for this agreement, Your Honor, I

13   just want to note that the Nortel entities -- because at a

14   prior hearing the Court raised a concern about timing of our

15   intended Motion to Withdraw the Reference.  So in this

16   Letter Agreement the Nortel entities expressly agreed that

17   they would not object to any Motion to Withdraw the

18   Reference based on timing grounds between the filing of the

19   Complaint and the conclusion of mediation.  And as

20   Mr. Herrington correctly indicated, mediation went on for

21   some time.  Specifically, the mediation was formally

22   terminated in this Court by notice filed by a mediator in

23   March of 2014.

24          But going back to the Complaint, the week after

25   the Letter Agreement and Consent Order, we filed the

1  Complaint in this Court and everything was put on hold.

2  Under the spirit of our Letter Agreement that I described

3  with the Nortel Canadian entities and the Nortel U.S.

4  entities, SNMP gave Nortel extensions of the deadline in

5  response -- sort of indefinite extensions to be due within

6  30 days after the Canadian Court decides the Motion for

7  Relief, which was at that time put on hold.

8              These extensions didn't formally stay the case

9  but effectively they did because no Answer was being filed

10 and there was no activity.  As to the claims against the

11 Nortel entities, the case at that time was not stayed

12 against the other Defendants and of course Your Honor knows

13 what happened with Radware.  The case was dismissed and then

14 we ultimately settled with them so it didn't amend the

15 Complaint.

16             And Avaya, the remaining non-Debtor Defendant in

17 this case, filed an Answer, and in that Answer, Avaya

18 challenges the jurisdiction of this Court, subject matter

19 jurisdiction, challenges whether this Court even has related

20 to jurisdiction over the claims against Avaya in this case.

21 Avaya also challenges the ability of this Court to enter

22 final Judgments and Orders, which we agree the Court could

23 not based on the plain language of the statute and other

24 factors that we lay out in our papers and also subsequently

25 filed pleadings expressly preserving Avaya's right to claim

1    a jury trial.  SNMP also asserts a right to a jury trial in

2    this case as well.

3            Fast-forward to December 2013, SNMP filed an

4    amended Complaint which clarifies some of the relief, adds

5    some more facts, took out some of the parties that were no

6    longer parties in the case in the original Complaint, and in

7    February 2014 this Court formally entered an Order staying

8    this case as to the claims against the only two remaining

9    Defendants now, Nortel and Avaya, pending a ruling from the

10   Canadian Court on the Motion for Relief.  So as Mr.

11   Herrington indicates, ones that ruling is made, the stay

12   that Your Honor entered will effectively expire by its own

13   terms and we'll be able to move forward.

14           THE COURT:  And a response will be due in 30

15   days.

16           MR. DEAN:  Correct.

17           THE COURT:  Okay.

18           MR. DEAN:  That's right.

19           So then I don't want to get into the details of

20   what's in the amended Complaint because we're not here for

21   argument today, but I will address a couple points that

22   Mr. Herrington addressed about the Complaint.

23           He seems to be alluding to the fact that some of

24   these Defendants were resolved and that he's not sure about

25   the nature of the damages claim in the Complaint, so let me

1   just give the Court a little bit of specificity there.

2   There's two types of claims against the Debtors in this

3   case, Your Honor, Nortel Canada and Nortel U.S.  The first

4   category of claims are claims relating to Nortel's

5   unauthorized use of unlicensed products both prepetition and

6   postpetition, but this lawsuit doesn't claim any damages for

7   the prepetition portion; that's subject to the Proof of

8   Claim.

9           THE COURT:  Right.

10          MR. DEAN:  This lawsuit only -- some of that

11  conduct spans into the postpetition period prior to sales,

12  and so, therefore, this lawsuit seeks damages for

13  essentially failure to pay royalty for unlicensed products

14  prior to the bankruptcy sales.

15          The second primary category of claims against the

16  Debtors in this case, Your Honor, relates to the Debtors'

17  improper transfer of our software to a number of third

18  parties, these asset buyers.  We also sue some of the asset

19  buyers because when Nortel, we allege, transferred the

20  product line with our software in it to these asset buyers,

21  the asset buyers were not operating under a valid licenses

22  so they were further infringing on our products and we think

23  that Nortel should be liable also for any subsequent

24  infringement of any asset buyers, including Avaya.

25          But notwithstanding the fact that some of the

1   Defendants have been settled, that doesn't change the theory

2   of damages relating to the improper transfer because we have

3   a right under copyright law to seek damages against the

4   Debtors for its lost profit or maybe for the profit that it

5   gained relating to the transfer.  The Debtor in our view

6   would never have been able to achieve the prices that it

7   achieved with these sales if our product was -- if our

8   software was not transferred with the product for a couple

9   of reasons.

10              Number one, Your Honor, the product would not

11  have been able to be distributed until these buyers wrote

12  our software out of the product, which could have taken

13  millions of dollars and a number of years.  But the bottom

14  line is we're entitled, we believe, to lost profit damages

15  from the Debtors notwithstanding whether some of the

16  Defendants remain in this lawsuit.

17              Now --

18              THE COURT:  As I understand it, the only buyer

19  that remains is Avaya.

20              MR. DEAN:  Correct.

21              THE COURT:  Okay.

22              MR. DEAN:  Now, there are John Doe Defendants in

23  this lawsuit as well, and the reason why there are John Doe

24  Defendants is because we obviously haven't done discovery

25  yet.  We don't know what other entity, end-user of a buyer

1   may have also obtained our software, so it's possible that

2   other Defendants could be named later based on what we learn

3   in discovery.  And that would be subsequent users of the

4   asset buyers of our software, including the possibility of

5   significant end-users.

6           So that fast-forwards us to this month, and the

7   first week of the month, on February 3rd, Your Honor, the

8   Canadian and the U.S. Debtors filed Motions requesting that

9   this Court and the Canadian Court adopt a joint protocol for

10  the resolution of SNMP's claims against Nortel and, notably,

11  Avaya, along with a discovery plan and a timetable.

12          Among other things, Your Honor, the proposed

13  Motion provided that this Court would ultimately try and

14  decide on a final basis the claims against the U.S. Debtors

15  and Avaya and that the Canadian Court would hear the

16  Canadian claims on the same day in anticipation of which

17  inevitably would be a request by the Debtors to request a

18  joint trial at the end of the day.  Even though the Motion

19  doesn't specifically provide for such a joint trial, that is

20  the clear intent of having a trial on the same day in both

21  Courts with the possibility of such a request to come later.

22          I'm not going to make any substantive --

23          THE COURT:  Well, I assume you -- if Justice

24  Newbould does not lift the stay --

25          MR. DEAN:  Um-hum.

1            THE COURT:  -- so we do have in fact in effect

2   two separate proceedings --

3            MR. DEAN:  Yes.

4            THE COURT:  -- I assume that's not something that

5   SNMP wants to have either.  They're going to want to have

6   one trial, are they not?

7            MR. DEAN:  Right, but we don't think that -- the

8   problem we have is that even if Justice Newbould denies our

9   Motion for Relief, because of the jury trial rights in the

10  United States and the fact that this Court arguably can't

11  even try many of the claims in the case, I don't think that

12  the Court could have a joint trial anyway unless the joint

13  trial were taken up in the District Court after the

14  reference were withdrawn with the District Court.  Now, I

15  don't know --

16           THE COURT:  If only the Debtors were involved --

17           MR. DEAN:  I would have no issue with that.

18           THE COURT:  So what if there were a stay of the

19  proceeding as to Avaya?

20           MR. DEAN:  If there were a stay as to the --

21           THE COURT:  Other than for discovery, for

22  example.

23           MR. DEAN:  I'm not sure that works because these

24  claims are so intertwined with each other and we think that

25  there could be joined and several liability, not just

1   between the Debtors and the -- we also think that any

2   judgment against Avaya is also going to inure to the

3   Debtors.  I'm not sure that we could really proceed without

4   Avaya being a party in this litigation and going forward --

5           THE COURT:  In the trial itself?

6           MR. DEAN:  -- in the normal course, right, of the

7   trial itself because there's so many implications for Avaya

8   here that I don't think Avaya could just be carved out of

9   this.

10          So that's the problem that we have.  It's not

11  that we don't want to have a trial in front of Your Honor.

12  We love having trials in the Bankruptcy Court.  But in this

13  particular case I don't think it works.

14          I will say, however, in full candor that when we

15  filed this lawsuit, the intention was if it wasn't for the

16  stay -- we moved for relief from stay in Canada to proceed

17  with the whole thing and we worked it out in a Consent

18  Order, but if we had --

19          THE COURT:  And then that would all go up to the

20  District Court --

21          MR. DEAN:  Right.

22          THE COURT:  -- presumably.

23          MR. DEAN:  If we had gone to Canada and got

24  permission to proceed at the time, the intention was to file

25  the lawsuit here and then immediately move to withdraw the

1  reference and get the whole case trialed in the U.S.

2  District Court.  We could have arguably brought the lawsuit

3  in a U.S. District Court somewhere else in the United States

4  under 28 U.S.C. 959(a), which is a limited statutory

5  exception to the Martin Doctrine.  We could have tried to do

6  that, but we could have had various problems there,

7  including, number one, I'm not a betting man but I'm betting

8  that the Canadian Debtors would not have agreed to us doing

9  that even if we tried; and number two, they probably would

10  have challenged whether the exception applies and the

11  exception is subject to another exception, which would allow

12  Your Honor to put it on hold anyway for equitable concerns.

13  So --

14            THE COURT:  Sure.

15            MR. DEAN:  -- it wasn't entirely crazy in the

16  context of the unique facts we have here for a Plaintiff to

17  come into Court and file the lawsuit and invoke the

18  jurisdiction of the Court, which we did, and then moved to

19  withdraw the reference immediately because that's the only

20  way that we could have one trial in one court --

21            THE COURT:  Sure.

22            MR. DEAN:  -- on all of these facts.

23            THE COURT:  Sure.

24            MR. DEAN:  So that's the goal and that's still

25  the goal, so if we lose the Lift Stay Motion, we're going to

1  have to have two trials.  There's not going to be --

2          THE COURT:  Well, you could waive the jury trial.

3          MR. DEAN:  We could but that still wouldn't

4  change Avaya's position.

5          THE COURT:  Okay.

6          MR. DEAN:  Okay?  So conceivably we could waive

7  the jury trial right but, as I said, we still I think need

8  to go forward against Avaya, so that puts us in a position

9  where if we lose the lift stay and we lose the Motion to

10  Withdraw or the District Court only takes up part of the

11  case against Avaya, then we're stuck not having two trials;

12  we might have three trials in this case and that makes

13  absolutely zero sense for anybody.

14          So I just wanted to give the Court a little bit

15  of context coming in here as to the history of why we did

16  what we did and what the thought process was so that the

17  Court can understand the positions we take are entirely

18  reasonable.  We're trying to prosecute this case in the most

19  efficient way possible and this is the way that we think it

20  could be done.

21          Now, with respect to -- I'm not going to argue

22  the Motion, as I said, but the only thing I'll do is address

23  a couple of points that Mr. Herrington made about some of

24  the e-discovery issues that we're litigating --

25          THE COURT:  All right.

1          MR. DEAN:  -- in Canada.  Judge Newbould, at the

2  beginning of the hearing, told the parties that he wasn't

3  going to rule on any disputes about what we call source code

4  searching, searching their databases for SNMP's code.  We

5  have some serious concerns about whether or not the search

6  protocol that the Debtor has proposed in Canada and also

7  here in the U.S. will actually work.  We presented to Judge

8  Newbould declaration of our expert witness laying out all of

9  the problems with it.  And if we had a hearing in this Court

10  on the joint protocol and that is an issue, it is likely to

11  involve expert testimony on why the search protocol isn't

12  doable and why it will not allow us to prove the elements of

13  our case if the search protocol is approved.

14          So I'm hoping that we're able to resolve this

15  since Judge Newbould ordered us to, and I hope that we don't

16  have to have -- if we have to have a hearing on the joint

17  protocol Motion, at least we don't have to have a hearing on

18  that part of it in front of this Court.  But I just wanted

19  the Court to know that we may have an evidentiary hearing on

20  this Joint Protocol Motion that would involve likely

21  competing expert testimony if it comes to that.

22          THE COURT:  Okay.

23          MR. DEAN:  The one other thing I want to mention

24  on the Joint Protocol Motion, Your Honor, is that in Canada

25  when -- one of the reasons why we filed the Objection that

1 we filed even though the Debtor purported to adjourn the

2 hearing and turn this into a status conference was because

3 we wanted the Court to have an opportunity to see our

4 position before the status conference of course.  The Court

5 noted our Motion to Withdraw the Reference.  We obviously

6 can't file it but we wanted to let the Court know how

7 seriously we're treating this.  We're not just talking about

8 filing a Motion to Withdraw the Reference.  We spent a whole

9 lot of time putting that Brief together and --

10            THE COURT:  Yes.

11            MR. DEAN:  -- I think it raises some very good

12 points about why the reference should be withdrawn.  We also

13 have an accompanying Motion under Local Rule 5011 for Your

14 Honor's consideration on whether certain claims are core or

15 noncore and whether the Court has authority in their final

16 judgment in this case for other reasons.  We will have to

17 modify that if we lose to eliminate the Canadian Debtors

18 because we argue that the Canadian Debtor claims are also

19 noncore because they're not technically Debtors in front of

20 this Court.

21            But if we lose the Lift Stay Motion and we decide

22 not to appeal that ruling, then we would eliminate them from

23 this lawsuit altogether and modify the two draft Motions to

24 take the Canadian Debtors out of it and just proceed against

25 the U.S. debtors and Avaya.

1                But one thing I want to mention about the joint

2    protocol I didn't quite understand from Mr. Herrington's

3    comments was that when the Canadian Debtors read our papers,

4    they obviously thought we had some pretty good points

5    because what they did in response to that leading up to the

6    hearing was they walked away from the joint protocol request

7    in Canada.  They said, you know what, Your Honor, Judge

8    Newbould, it seems like the SNMP is making a lot of hay

9    about some procedural issues.  This is going to take a long

10   time and it makes no sense to drag the Canadian Debtors into

11   this and so we're going to go at this alone.  We're not

12   going to ask you to approve a joint protocol --

13               THE COURT:  Oh.  Oh.

14               MR. DEAN:  -- we're not going to ask you to

15   approve -- we're only could ask you to approve a discovery

16   plan timeline.  We're going to have a separate trial in

17   Canada.  That seems to be entirely inconsistent with what

18   Mr. Herrington just said he was going to ask this Court to

19   do because I don't understand how the Debtors can come to

20   this Court and ask for a joint protocol to be approved when

21   it needs to be approved by both Judges and they've

22   essentially walked away from that in Canada.

23               So I would appreciate some explanation as to what

24   the Debtors' intention is on the joint protocol Motion in

25   that regard, especially when they walked away from it or at

1   least temporarily walked away from it in Canada.

2          The only other thing I'll say, Your Honor, about

3   this is that we obviously can't do anything until Judge

4   Newbould makes his decision.

5          THE COURT:  Right.

6          MR. DEAN:  Subject to the client's decision not

7   to appeal any loss if we lose or if we win, our immediate

8   attention would be that as soon as the decision is entered,

9   whenever that may be, we will immediately file formally our

10   Motion to Withdraw the Reference on our Local Rule 5011

11   Motion.  And what I think makes sense from, you know, the

12   purposes of this status conference and just for pure

13   efficiency is when that happens, to schedule a hearing on

14   our Local Rule 5011 Motion and the Debtors' joint protocol

15   Motion, if they're going to continue with that and the

16   discovery timeline and timetable for the case at the same

17   time, it doesn't make sense to have two separate hearings on

18   these matters.  So we would respectfully request that the

19   Court schedule one hearing on both of these Motions because

20   a lot of these things do relate to one another and it would

21   make sense to have a single hearing on all of this whenever

22   Judge Newbould makes his decision.

23          Unless the Court has any questions for me, Your

24   Honor, I don't have anything further.

25          THE COURT:  I don't think I do at the moment.

1  Thank you.

2             MR. DEAN:  Okay.

3             THE COURT:  Thank you, Mr. Dean.  I appreciate

4  it.

5             MR. DEAN:  Thank you, Your Honor.

6             THE COURT:  Mr. Sullivan, good afternoon to you.

7             MR. SULLIVAN:  Good afternoon, Your Honor.  Bill

8  Sullivan, Sullivan Hazeltine Allinson, on behalf of Avaya.

9             THE COURT:  Yes.

10             MR. SULLIVAN:  Your Honor, my co-counsel in the

11  case is the firm of Holland and Knight, Mr. Monahan --

12             THE COURT:  Yes.

13             MR. SULLIVAN:  -- Barbara Parlin and Josh

14  Krumholz are all participating in the case and I believe

15  that Your Honor has entered Orders granting them admission.

16             I believe Ms. Parlin is on the phone.  I'm not

17  sure if she has any comments but I'd certainly like the

18  Court to hear them if she does.

19             THE COURT:  All right.  I certainly will.

20             Ms. Parlin?

21             MS. PARLIN:  Your Honor, thank you very much for

22  letting me participate by telephone this afternoon.

23             THE COURT:  That's fine.

24             MS. PARLIN:  I don't have much to say on behalf

25  of Avaya.  We were just brought into this case not that long

1  ago and we're still trying to get our arms around it.  So I

2  guess the good part is that not really much has happened,

3  notwithstanding the fact that it was filed several years

4  ago.

5          Our limited Objection was simply put on -- was

6  simply filed to put on the record our position that whatever

7  the Plaintiffs to start with Nortel as far as discovery and

8  whatever pressures there are with respect to the Canadian

9  Debtors, those disputes and pressures should not affect the

10  present schedule for Avaya.  We don't even know what the

11  Plaintiff is seeking from us yet, much less that the volume

12  of the material is going to be, so for us to say that we

13  could produce all of our documents in such a short timetable

14  seems frankly extreme and unnecessary given that nothing's

15  happened in the case yet, and there shouldn't be any type of

16  limitations on the discovery with respect to Avaya -- the

17  timetable on the discovery with respect to Avaya and SNMP.

18          I did hear some comments by counsel for SNMP

19  about what Avaya put in its original Answer to the Complaint

20  and the action.  I'll only say, Your Honor, that counsel for

21  Avaya, our predecessor, simply did what any good counsel did

22  and preserved its options frankly because if you don't make

23  those claims in an Answer, you lose them.  So certainly we

24  made a demand for a jury trial.  If we choose to, we can

25  continue with that or we can waive it is my understanding.

1    Similarly, we can also waive any objections to Your Honor's

2    ability or authority to enter a final Order.

3            At this point, Avaya is still weighing all of its

4    options with respect to those issues and I would just like

5    to say that, you know, any arguments with respect to an

6    Answer, you know, two years ago don't necessarily mean much

7    of anything in terms of what's going to happen in the

8    future.

9            THE COURT:  All right.  Thank you, Ms. Parlin.

10           Yes, Mr. Herrington.

11           MR. HERRINGTON:  Okay.  Yes, Your Honor.

12           I just wanted to comment on two points very

13   briefly, and one was the point that SNMP's counsel asked us

14   to comment on I think.

15           THE COURT:  Yes.

16           MR. HERRINGTON:  And that is what is the posture

17   of Canada with respect to a joint protocol?

18           Canada was concerned once SNMP started saying

19   that it's going to move to withdraw the reference in this

20   Court and it doesn't want anything to happen until that

21   Motion is addressed, that this case would get completely

22   bogged down in that procedural mire and not move forward.

23   So while Canada very much wants this, I believe, to proceed

24   on a joint basis, for their papers they wanted to say for

25   now, until we see what's happening in the Delaware Court,

1    let's talk about the timetable and the discovery framework

2    for the case that we hope will go forward in this Court,

3    assuming Justice Newbould rules for them.

4              But at the same time in the exact same papers

5    they reaffirm their interest in a joint protocol as soon as

6    it's clear that this case will be moving forward, which I

7    think we all agree that it can and should during the

8    pendency of a Motion to Withdraw the Reference.  This is in

9    their amended Notice of Motion at Section CC, page 6 of

10   their amended Notice of Motion, Section CC, and they say

11   "the Monitor and Canadian Debtors remain open to

12   coordinating litigation steps in Canada and the U.S. as may

13   be reasonable and practicable, including, should the

14   circumstances permit, the possibility of any of the Canadian

15   Debtors, the Monitor, the U.S. Debtors, or SNMPRI seeking

16   the direction of this Court to modify the proposed case

17   management plan to implement a joint discovery plan and

18   litigation timetable in respect of both the Canadian claims

19   and the U.S. claims."

20             So even as they for the moment set aside yoking

21   the two cases together said we are very much interested in

22   doing that as soon as circumstances would make that

23   reasonable and practicable.

24             And again, from our perspective, they will

25   continue to be -- it will continue to make sense to do that

1  here because, even while this Motion to Withdraw the

2  Reference is pending, the case should proceed before Your

3  Honor.  And even if the Motion ultimately were granted, it

4  would, we believe, very likely proceed before Your Honor

5  appropriately through discovery and dispositive Motions.

6          The only other point, the second point I just

7  wanted to very briefly touch on is I think that both I and

8  SNMP's counsel described the theory of their claim against

9  Nortel from the sales in the same way, the notion being, you

10  know, you may have sold this business line for $100 but we

11  think part of that was on account of having our software in

12  it so we want a share of that $100 you got for selling this

13  business line.  And, Your Honor, we believe that that issue

14  is directly resolved by the sales orders --

15          THE COURT:  Um-hum.

16          MR. HERRINGTON:  -- that Your Honor entered in

17  this case saying very clearly, buyer, you are not getting

18  any rights to SNMP's software.  Their claims are reserved,

19  their rights are reserved, and in fact most of the buyers

20  like Avaya actually entered into this Accession Agreement

21  recognizing that they needed to deal directly with SNMP,

22  which Avaya did.  It just ended up -- it was ending up in a

23  dispute.  But they certainly recognized that the framework

24  was they weren't getting any rights from Nortel to SNMP's

25  software and they weren't paying a penny to Nortel on the

1   theory that they were getting some kind of rights to SNMP's

2   software.

3          And in fact all the other buyers have now

4   compensated SNMP for that post-sale use.  GENBAND apparently

5   has.  Radware, I don't know if there's compensation or just

6   an acknowledge that they didn't use SNMP software.  All the

7   other asset purchasers have reached that.  So they've

8   compensated SNMP for the period after the sale using SNMP

9   software.

10          So in our view there's really nothing left on the

11   Nortel side.  Nortel was paying or will face a claim for

12   Nortel's own use up to the sale date and then the buyers are

13   taking responsibility from then on.

14          So, Your Honor, those are issues that we think

15   probably can be resolved in a dispositive Motion, whether

16   it's a Motion to Dismiss or a sort of expedite Summary

17   Judgment Motion.  We would hope to get those claims

18   resolved, get some clarity on them, and hopefully that will

19   lead to actually taking care of that part of the case, the

20   Nortel part --

21          THE COURT:  Um-hum.

22          MR. HERRINGTON:  -- in a way that will help

23   simplify a lot of the procedural issues in the case.

24          THE COURT:  All right.  Thank you,

25   Mr. Herrington.

1              MR. HERRINGTON:  Thank you, Your Honor.

2              THE COURT:  Yes.

3              MR. KELLER:  Your Honor, good to see them.  Paul

4    Keller from Allen & Overy.

5              THE COURT:  Yes, Mr. Keller, good to have you

6    back.

7              MR. KELLER:  Well, thank you.  Nice to be back.

8    Representing the Canadian Debtors --

9              THE COURT:  All right.

10              MR. KELLER:  -- and the Monitor.

11              THE COURT:  Yes.

12              MR. KELLER:  And I agree with much of what David

13   Herrington had to say today about the Canadian Debtors'

14   position.  Certainly the realities you're hearing today is

15   that there are a lot of moving parts right now that are

16   affecting this case and some decisions that happen hopefully

17   relatively soon will begin to kind of weed away some of the

18   issues and began to allow the parties to focus on what is

19   actually going to happen.

20              To be crystal, the Canadian Debtors are fully

21   behind a joint protocol --

22              THE COURT:  Oh.

23              MR. KELLER:  -- to try to resolve -- they're

24   fully behind a joint protocol to try to resolve the issues

25   in this case.  But let's be clear about what that means.

1   The procedural reality of this case is that if the lift stay

2   is not granted and the case proceeds in Canada, the Canadian

3   procedures and the Canadian timetables will make it much

4   shorter and much more truncated, as we learned from previous

5   procedures.

6           THE COURT:  Yes.

7           MR. KELLER:  The Canadians do things a little

8   differently.  And when faced with what the Canadians feel is

9   a more expedited, efficient, focused process versus what

10  SNMP now is kind of alluding to what it would like to have

11  is a rather long, District Court-style, multiyear approach

12  to resolving this last of the substantive claims that we

13  view to the Debtors.  The Canadians, we much prefer the

14  former.

15          So, yes, we would like a joint protocol but we do

16  not want that at the cost of all the efficiencies that we

17  think the current joint protocol, as proposed by both the

18  U.S. and the Canadian Debtors seem to address in which

19  frankly SNMP seems to resist.

20          The issues of Avaya, whether they belong here,

21  how Avaya affects the case, those will certainly be issues

22  that we try to struggle to work with together and may need

23  to approach Your Honor about and will have to see how this

24  day affects even those issues.

25          But certainly to reiterate Mr. Herrington's

1  position, he's certainly right about the Canadians.  We'd

2  love to get this done together; it makes a lot of sense, but

3  at a time schedule that makes a lot more sense to getting

4  this done quickly.

5         THE COURT:  All right.  I certainly understand

6  your position.  Thank you, Mr. Keller.

7         Well, I know I'm not being asked to rule on

8  anything today but I do have certain observations of what's

9  going on and it concerns me to see this case that's been

10  pending for quite some time now getting caught up in a lot

11  of procedural wrangling among the parties and it's going to

12  delay things.

13         And I will frankly tell you I do share SNMP's

14  concern.  I can always be persuaded otherwise, but I share

15  their concern about certain noncore aspects of the case.

16  But if this case goes up to the District Court, it could be

17  years before you get a trial date.  And I don't know how

18  that serves the Plaintiffs.  It certainly doesn't serve the

19  Debtors, it certainly doesn't serve the Canadian Debtors,

20  and that concerns me.

21         And it seems to me that the parties really ought

22  to be talking about a way to streamline the case rather than

23  ways to bog it down further.  And that's really what's going

24  to happen I think if that Motion to Withdraw the Reference

25  gets teed up, and at that point it's really outside of my

1   control, of course.  It'll be the District Court deciding

2   the matter, not me.  I will decide just a very narrow aspect

3   of anything and that is whether I think it core versus

4   noncore and which aspects are core versus noncore.

5           So I encourage the parties, if you really want to

6   get to trial in this matter, to talk about ways to avoid

7   this sort of procedural morass that you're about to find

8   yourselves caught up in.  And, you know, it will also be a

9   concern of mine frankly if that withdrawal Motion is on

10  file, how do I schedule things without knowing when the

11  District Court is going to schedule a trial?  If that trial

12  is going to be in three years, it certainly puts discovery

13  in a different light.

14          And the other thing you all ought to consider is

15  this: Justice Newbould is going to move forward with this

16  trial in Canada.  You folks will be sitting here subject to

17  whatever decision he makes in the Canadian proceeding.  I

18  don't know that you want that, SNMP.  You ought to give that

19  some thought.  I think it's probably in SNMP's best interest

20  to have a joint trial as well, but that is certainly

21  something that their able counsel can look at and decide.

22          But you won't have a joint trial.  You'll have a

23  decision out of Canada that may be very -- I don't know what

24  preclusive effect that would have but it may have a very

25  persuasive effect.  So that's something that everybody I

1   think is -- I think the parties are losing sight of really

2   what's in their best interest in order to sort of be -- and

3   I say this very respectfully of course because parties have

4   every right to pursue every procedural aspect they can and

5   that's what good lawyers do, but you ought to be thinking I

6   think in terms of the merits as well as some of the

7   procedural issues.

8           So I guess we still have to wait to hear what

9   Justice Newbould did on the Stay Motion up there and that

10  will then inform us what happens here to a large extent, but

11  hopefully -- what I'm telling you I think is I encourage you

12  to talk about a way to make this a logical process and there

13  are ways I think to do that.  So that's my only sort of

14  statement for today because I'm not making of course any

15  rulings; I'm not being asked to.

16          Anything else, though, before we adjourn?

17          It's a pleasure to have you.  I enjoy a good

18  argument and I would enjoy this case very much, good lawyers

19  and interesting issues, and we'll see where we are in short

20  order I think.  All right.

21          MR. KELLER:  Thank you, Your Honor.

22          THE COURT:  Thank you all.  I appreciate hearing

23  from you and the papers and being educated on what's going

24  on in the case.  Thank you, everyone.

25          ALL:  Thank you, Your Honor.

1          THE COURT:  Good weekend.  Travel safely.

2          ALL:  Thank you, Your Honor.

3      (Whereupon at 2:54 p.m., the hearing was adjourned.)

4                         CERTIFICATION

5          I   certify   that   the   foregoing   is   a   correct

6   transcript   from   the   electronic   sound   recording   of   the

7   proceedings in the above-entitled matter.

8

9
10   _____          27 February 2015
11   Christy Snyder, Transcriber                    Date
12   Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **ability**(2) 22:21 37:2 | | **also**(17) 5:22 15:23 21:6 21:9 22:21 22:24 23:1 24:18 24:23 26:1 28:1 28:2 31:6 32:12 32:18 37:1 44:8 | | **approved**(3) 31:13 33:20 33:21 | | **behind**(2) 41:21 41:24 | |
| **able**(5) 23:13 25:6 25:11 31:14 44:21 | | | | **are**(35) 5:22 9:2 9:3 11:1 11:14 11:19 14:7 15:7 17:18 17:22 18:2 19:8 24:4 25:22 25:23 27:6 27:24 30:17 32:14 32:18 35:14 36:8 38:21 39:17 39:18 39:19 40:12 40:14 41:15 41:15 41:20 44:4 45:1 45:13 45:19 | | **being**(9) 6:15 6:17 20:24 22:9 28:4 39:9 43:7 45:15 45:23 | |
| **about**(32) 6:17 7:7 7:18 15:5 15:18 16:20 17:11 17:19 18:1 18:16 21:14 23:22 23:24 30:23 31:3 31:5 32:7 32:12 33:1 33:9 34:2 36:19 38:1 41:13 41:25 42:23 43:1 43:15 43:22 44:6 44:7 45:12 | | **altogether**(1) 32:23 | | | | **beings**(1) 16:4 | |
| | | **always**(1) 43:14 | | | | **believe**(9) 13:5 13:15 14:16 25:14 35:14 35:16 37:23 39:4 39:13 | |
| | | **amend**(1) 22:14 | | **arguably**(2) 27:10 29:2 | | | |
| **above**(1) 8:24 | | **amended**(4) 23:4 23:20 38:9 38:10 | | **argue**(2) 30:21 32:18 | | **believed**(2) 6:16 10:23 | |
| **above-entitled**(1) 54:7 | | **america**(1) 2:38 | | **argument**(3) 9:12 23:21 45:18 | | **belknap**(1) 3:34 | |
| **absolutely**(1) 30:13 | | **americas**(1) 2:21 | | **arguments**(3) 14:13 15:5 37:5 | | **belong**(1) 42:20 | |
| **accession**(4) 10:20 10:24 11:9 39:20 | | **among**(2) 26:12 43:11 | | **arisen**(1) 11:17 | | **belonging**(1) 16:1 | |
| **accommodated**(2) 7:22 17:17 | | **amount**(2) 7:23 8:19 | | **army**(1) 12:25 | | **best**(2) 44:19 45:2 | |
| **accompanying**(1) 32:13 | | **and**(268) 5:4 5:16 5:21 5:22 6:3 6:9 6:15 6:17 6:21 6:25 7:4 7:6 7:6 7:12 7:19 7:22 7:25 8:2 8:6 8:9 8:13 8:14 8:18 8:19 8:23 9:7 9:9 9:11 9:16 9:18 9:20 9:21 9:21 10:7 10:8 10:9 10:12 10:15 10:17 10:18 10:23 11:3 11:6 11:12 11:13 11:15 11:17 11:22 12:3 12:5 12:7 12:8 12:25 13:5 13:6 13:7 13:9 13:12 13:13 13:19 13:23 14:3 14:5 14:8 14:12 14:13 14:14 14:16 14:18 14:21 14:22 14:24 14:25 15:4 15:8 15:11 15:15 15:15 15:16 15:22 15:22 15:25 16:3 16:3 16:5 16:12 16:20 16:23 17:1 17:1 17:3 17:6 17:8 17:9 17:10 17:15 17:16 17:18 17:18 17:20 17:25 18:2 18:3 18:11 18:12 18:13 18:15 18:19 19:6 19:20 19:20 20:2 20:4 20:7 20:8 20:15 20:20 20:24 21:5 21:5 21:6 21:9 21:10 21:19 21:19 21:25 22:2 22:3 22:10 22:12 22:12 23:13 23:14 23:24 24:3 24:5 24:12 24:22 25:13 25:23 26:3 26:6 26:8 26:9 26:10 26:11 26:13 26:15 26:15 27:10 27:24 27:25 28:1 28:4 28:17 28:19 28:23 28:25 29:1 29:9 29:10 29:17 29:17 29:18 29:24 30:9 30:12 30:16 30:19 31:6 31:9 31:10 31:12 31:15 32:2 32:9 32:15 32:21 32:23 32:24 32:25 33:10 33:11 33:20 33:21 34:11 34:12 34:14 34:15 34:16 34:20 35:11 35:13 35:14 36:1 36:7 36:9 36:14 36:15 36:17 36:20 36:22 37:4 37:13 37:16 37:20 37:22 38:1 38:7 38:10 38:11 38:12 38:13 38:17 38:19 38:23 38:24 39:3 39:5 39:7 39:13 39:19 39:25 40:3 40:12 40:18 41:10 41:12 41:16 41:18 42:2 42:3 42:4 42:8 42:15 42:22 42:23 43:9 43:13 43:17 43:20 43:21 43:23 43:25 44:3 44:4 44:8 44:14 44:21 45:2 45:4 45:9 45:12 45:18 45:19 45:19 45:23 45:23 | | **armistead**(1) 4:24 | | **better**(1) 19:9 | |
| **account**(1) 39:11 | | | | **arms**(1) 36:1 | | **betting**(2) 29:7 29:7 | |
| **accounted**(1) 11:9 | | | | **around**(2) 7:14 36:1 | | **between**(3) 11:22 21:18 28:1 | |
| **achieve**(1) 25:6 | | | | **arsht**(1) 1:24 | | **beyond**(1) 8:10 | |
| **achieved**(1) 25:7 | | | | **aside**(1) 38:20 | | **bigger**(1) 8:19 | |
| **acknowledge**(1) 40:6 | | | | **ask**(7) 18:12 18:24 33:12 33:14 33:15 33:18 33:20 | | **bill**(1) 35:7 | |
| **action**(2) 20:18 36:20 | | | | | | **bit**(4) 20:4 20:6 24:1 30:14 | |
| **activity**(1) 22:10 | | | | | | **bog**(1) 43:23 | |
| **actual**(2) 8:3 15:7 | | | | **asked**(3) 37:13 43:7 45:15 | | **bogged**(1) 37:22 | |
| **actually**(12) 8:20 10:6 10:19 11:15 13:25 16:2 16:6 17:21 31:7 39:20 40:19 41:19 | | | | **asking**(2) 5:7 7:23 | | **bondholder**(1) 3:19 | |
| | | | | **aspect**(2) 44:2 45:4 | | **both**(8) 13:4 24:5 26:20 33:21 34:19 38:18 39:7 42:17 | |
| **additional**(1) 11:7 | | | | **aspects**(3) 14:4 43:15 44:4 | | | |
| **address**(3) 13:18 23:21 30:22 42:18 | | | | **asserting**(2) 9:3 13:3 | | | |
| **addressed**(5) 14:5 17:16 19:9 23:22 37:21 | | | | **asserts**(1) 23:1 | | **botter**(1) 3:26 | |
| **addressing**(1) 12:14 | | | | **asset**(9) 4:20 7:8 24:18 24:18 24:20 24:21 24:24 26:4 40:7 | | **bottom**(1) 25:13 | |
| **adds**(1) 23:4 | | | | | | **brass**(1) 4:9 | |
| **adjourn**(3) 13:18 32:1 45:16 | | | | **assist**(1) 14:9 | | **brief**(2) 6:9 32:9 | |
| **adjourned**(3) 14:5 16:23 54:3 | | | | **assume**(3) 15:3 26:23 27:4 | | **briefly**(2) 37:13 39:7 | |
| **adjudicate**(1) 20:12 | | | | **assuming**(2) 16:9 38:3 | | **bring**(1) 20:18 | |
| **administered**(1) 1:6 | | | | **assumption**(1) 15:2 | | **brought**(4) 6:10 20:22 29:2 35:25 | |
| **admission**(1) 35:15 | | | | **attention**(1) 34:8 | | **bryant**(1) 2:37 | |
| **adopt**(1) 26:9 | | | | **authority**(2) 32:15 37:2 | | **buchanan**(1) 2:12 | |
| **adversarial**(1) 6:10 | | | | **avaya**(39) 3:4 3:43 10:17 10:19 11:5 11:12 11:14 11:15 11:18 16:21 22:16 22:17 22:20 22:21 23:9 24:24 25:9 26:11 26:15 27:19 28:2 28:4 28:7 28:8 30:8 30:11 32:25 35:8 35:25 36:10 36:16 36:17 36:19 36:21 37:3 39:20 39:22 42:20 42:21 | | **bunch**(1) 16:3 | |
| **adversary**(3) 9:2 9:23 10:18 | | **andrew**(1) 4:21 | | | | **business**(8) 6:14 6:16 7:18 7:19 10:21 11:16 39:10 39:13 | |
| **affect**(2) 5:23 36:9 | | **another**(2) 29:11 34:20 | | | | | |
| **affecting**(1) 41:16 | | **answer**(8) 8:11 18:19 22:9 22:17 22:17 36:19 36:23 37:6 | | | | **businesses**(1) 15:7 | |
| **affects**(2) 42:21 42:24 | | | | | | **busy**(1) 5:16 | |
| **after**(4) 21:24 22:6 27:13 40:8 | | | | **avaya's**(2) 22:25 30:4 | | **but**(55) 6:9 6:19 7:12 7:16 7:17 8:11 8:16 9:4 9:7 12:3 13:4 13:14 14:14 15:5 15:13 15:23 16:23 17:15 18:1 19:8 20:1 21:1 21:24 22:9 23:21 24:6 24:25 25:13 27:7 28:12 28:18 29:6 29:7 30:3 30:7 30:22 31:18 32:6 32:21 33:1 35:17 38:4 39:10 39:23 41:25 42:15 42:25 43:2 43:5 45:10 | |
| **afternoon**(11) 5:3 5:11 5:13 6:4 19:15 19:16 19:23 19:24 35:5 36:23 37:7 | | | | **avenue**(2) 2:21 2:29 | | | |
| | | | | **avoid**(2) 20:16 44:6 | | | |
| **again**(10) 8:9 8:14 12:22 13:17 14:12 15:6 15:16 18:9 18:13 38:24 | | **anticipation**(1) 26:16 | | **aware**(3) 9:7 9:16 10:22 | | | |
| | | **any**(28) 7:1 7:5 8:3 9:17 10:7 16:2 17:4 17:18 17:20 18:19 21:17 24:6 24:23 24:24 26:22 28:1 31:3 34:7 34:23 35:17 36:15 36:21 37:1 37:5 38:14 39:18 39:24 45:14 | | **away**(5) 33:6 33:22 33:25 34:1 41:17 41:7 | | **buyer**(5) 10:10 10:17 25:18 25:25 39:17 | |
| **against**(26) 9:25 10:4 10:17 11:14 12:16 13:4 16:10 18:10 20:12 20:18 20:19 21:2 22:10 22:12 22:20 23:8 24:2 24:15 25:3 26:10 26:14 28:2 30:8 30:11 32:24 39:8 | | | | **back**(7) 5:10 5:14 9:9 15:16 21:24 41:6 41:7 | | **buyers**(19) 6:18 6:25 7:4 9:11 9:14 9:16 9:19 9:21 9:24 24:18 24:19 24:20 24:21 24:24 25:11 26:3 34:19 40:3 40:12 | |
| | | | | | | **buying**(1) 7:3 | |
| **ago**(3) 36:1 36:4 37:6 | | **anybody**(1) 30:13 | | **background**(2) 5:21 6:9 | | **call**(1) 31:3 | |
| **agree**(3) 22:22 38:7 41:12 | | **anything**(8) 15:23 34:3 34:24 37:7 37:20 43:8 44:3 45:16 | | **bank**(1) 2:38 | | **called**(2) 10:20 15:8 | |
| **agreeable**(1) 17:2 | | | | **bankruptcy**(5) 1:1 1:20 17:5 24:14 28:12 | | **can**(17) 12:10 13:13 16:5 16:12 17:21 18:4 18:14 30:17 33:19 36:24 36:25 37:1 38:7 40:15 43:14 44:21 45:4 | |
| **agreed**(3) 21:7 21:16 29:8 | | **anyway**(2) 27:12 29:12 | | **barbara**(1) 35:13 | | | |
| **agreement**(11) 10:20 10:24 11:5 11:9 21:6 21:7 21:12 21:16 21:25 22:2 39:20 | | **apart**(1) 11:16 | | **barbra**(1) 3:44 | | | |
| | | **apparently**(1) 40:4 | | **based**(5) 8:14 12:9 21:18 22:23 26:2 | | **can't**(5) 8:1 18:15 27:10 32:6 34:3 | |
| **agrees**(1) 12:17 | | **appeal**(2) 32:22 34:7 | | **basic**(3) 9:3 9:14 10:19 | | **canada**(30) 5:23 12:11 12:17 13:5 13:19 16:9 17:11 17:15 18:10 20:14 20:17 20:18 21:9 24:3 28:16 28:23 31:1 31:6 31:24 33:7 33:17 33:22 34:1 37:17 37:18 37:23 38:12 42:2 44:16 44:23 | |
| **akin**(2) 2:35 3:25 | | **appear**(1) 6:15 | | | | | |
| **al.**(1) 1:8 | | **appearance**(1) 20:2 | | **basically**(5) 9:4 10:25 15:12 15:14 16:24 | | | |
| **all**(36) 5:4 5:7 7:25 8:8 14:21 15:7 15:8 15:16 17:16 19:5 19:12 19:22 20:12 28:19 29:22 30:25 31:8 34:21 35:14 35:19 36:13 37:3 37:9 38:7 40:3 40:6 40:24 41:9 42:16 43:5 44:14 45:20 45:22 45:25 54:2 | | **appearances**(2) 3:10 4:1 | | **basis**(4) 10:6 20:23 26:14 37:24 | | | |
| | | **appeared**(2) 6:12 8:13 | | | | **canadian**(30) 3:38 18:5 20:19 21:2 21:5 22:3 22:6 23:10 26:8 26:9 26:15 26:16 29:8 32:17 32:18 32:24 33:3 33:10 36:8 38:11 38:14 38:18 41:8 41:13 41:20 42:2 42:3 42:18 43:19 44:17 | |
| **allegation**(2) 10:19 11:6 | | **applies**(1) 29:10 | | **because**(27) 5:19 8:1 9:13 9:15 14:3 18:2 20:5 21:13 22:9 23:20 24:19 25:2 25:24 27:9 27:23 28:7 29:19 32:2 32:18 32:19 33:5 33:19 34:19 36:22 39:1 45:3 45:14 | | | |
| **allege**(2) 10:5 24:19 | | **appreciate**(4) 5:15 33:23 35:3 45:22 | | | | | |
| **alleged**(1) 11:19 | | **approach**(4) 13:13 18:16 42:11 42:23 | | **becoming**(1) 20:16 | | | |
| **allegedly**(3) 7:15 8:15 11:8 | | **appropriately**(1) 39:5 | | **been**(28) 7:14 7:7 8:8 8:9 10:8 10:9 10:14 10:16 11:8 11:10 11:21 12:6 14:1 14:2 14:5 14:11 16:7 16:22 17:24 17:25 20:2 20:3 20:5 20:21 25:1 25:6 25:11 43:9 | | **canadians**(4) 42:7 42:8 42:13 43:1 | |
| **allen**(2) 2:18 41:4 | | **approve**(4) 18:12 33:12 33:15 33:15 | | | | **candor**(1) 28:14 | |
| **allinson**(2) 3:4 35:8 | | | | **before**(12) 1:19 12:10 13:7 13:17 17:22 20:3 21:4 32:4 39:2 39:4 43:17 45:16 | | **capital**(1) 4:8 | |
| **allow**(3) 29:11 31:12 41:18 | | | | | | **care**(1) 40:19 | |
| **alluding**(2) 23:23 42:10 | | | | **began**(1) 41:18 | | | |
| **alone**(1) 33:11 | | | | **begin**(1) 41:17 | | | |
| **along**(3) 8:1 16:2 26:11 | | | | **beginning**(1) 31:2 | | | |
| | | | | **behalf**(2) 35:8 35:24 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **carling**(1) 15:11 | | **concerned**(1) 37:18 | | **david**(5) 1:31  2:28  3:26  19:20  41:12 | | **doe**(2) 25:22  25:23 | |
| **carved**(1) 28:8 | | **concerning**(1) 16:18 | | **davis**(1) 4:25 | | **does**(3) 18:23  26:24  35:18 | |
| **case**(54) 1:5  4:5  5:5  5:18  12:9  14:15 | | **concerns**(5) 17:1  29:12  31:5  43:9  43:20 | | **day**(5) 21:4  26:16  26:18  26:20  42:24 | | **doesn't**(9) 8:3  16:1  24:6  25:1  26:19  34:17 | |
| 14:20  16:10  18:9  20:2  20:13  21:8  22:8 | | **conclusion**(2) 21:11  21:19 | | **days**(2) 22:6  23:15 | | 37:20  43:18  43:19 | |
| 22:11  22:13  22:17  22:20  23:2  23:6  23:8 | | **conduct**(1) 24:11 | | **deadline**(1) 22:4 | | | |
| 24:3  24:16  27:11  28:13  29:1  30:11  30:12 | | **conference**(5) 5:16  13:22  32:2  32:4  34:12 | | **deal**(1) 39:21 | | **doing**(2) 29:8  38:22 | |
| 30:18  31:13  32:16  34:16  35:11  35:14 | | **connection**(1) 10:21 | | **dean**(31) 2:20  19:20  19:24  20:10  23:16 | | **dollar**(1) 18:22 | |
| 35:25  36:15  37:21  38:2  38:6  38:16  39:2 | | **consent**(4) 20:24  20:25  21:25  28:17 | | 23:18  24:10  25:20  25:22  26:25  27:3  27:7 | | **dollars**(1) 25:13 | |
| 39:17  40:19  40:23  41:16  41:25  42:1  42:2 | | **consider**(1) 44:14 | | 27:17  27:20  27:23  28:6  28:21  28:23  29:5 | | **don't**(23) 7:15  15:4  23:19  25:25  25:25  27:7 | |
| 42:21  43:9  43:15  43:16  43:22  45:18  45:24 | | **consideration**(1) 32:14 | | 29:22  29:24  30:3  30:6  31:1  31:23  32:11 | | 27:11  27:15  28:8  28:11  28:13  31:15  31:17 | |
| | | **constraint**(1) 17:14 | | 33:14  34:6  35:2  35:3  35:5 | | 33:19  34:24  34:25  35:24  36:10  36:22  37:6 | |
| **cases**(1) 38:21 | | **containers**(1) 15:24  15:25 | | | | 40:5  43:17  44:18  44:23 | |
| **category**(2) 24:4  24:15 | | **context**(3) 18:17  29:16  30:15 | | **debenture**(1) 3:34 | | | |
| **caught**(2) 17:4  44:8 | | **continue**(6) 14:15  16:8  34:15  36:25  38:25 | | **debtor**(4) 25:5  31:6  32:1  32:18 | | **done**(8) 8:6  10:23  15:6  17:20  25:24  30:20 | |
| **certain**(3) 32:14  43:8  43:15 | | 38:25 | | **debtors**(41) 1:12  1:24  2:4  3:12  17:3  20:19 | | 43:2  43:4 | |
| **certainly**(24) 9:17  13:5  13:14  14:16  14:24 | | | | 20:19  25:12  21:6  24:2  24:16  24:16  25:4 | | | |
| 15:1  16:25  17:18  18:14  18:19  19:13  35:17 | | **continued**(4) 2:2  3:2  4:2  21:11 | | 25:15  26:8  26:14  26:17  27:16  28:1  28:3 | | **donna**(1) 1:25 | |
| 35:19  36:23  39:23  41:14  42:21  42:25  43:1 | | **continuing**(1) 6:4 | | 29:8  32:17  32:19  32:24  32:25  33:3  33:10 | | **down**(2) 37:22  43:23 | |
| 43:5  43:18  43:19  44:12  44:20 | | **contractual**(1) 8:21 | | 33:19  33:24  34:14  36:9  38:11  38:15  38:15 | | **draft**(2) 13:25  32:23 | |
| | | **control**(1) 44:1 | | 41:8  41:13  41:20  42:13  42:18  43:19  43:19 | | **drag**(1) 33:10 | |
| **certification**(1) 54:4 | | **converted**(1) 13:21 | | | | **drawer**(1) 15:14 | |
| **certify**(1) 54:5 | | **coordinated**(2) 13:6  13:15 | | **december**(2) 17:23  23:3 | | **due**(2) 22:5  23:14 | |
| **challenge**(1) 15:23 | | **coordinating**(1) 38:12 | | **decide**(4) 26:14  32:21  44:2  44:21 | | **during**(1) 38:7 | |
| **challenged**(1) 29:10 | | **copyright**(1) 25:3 | | **decided**(1) 13:18 | | **e-discovery**(1) 30:24 | |
| **challenges**(3) 22:18  22:19  22:21 | | **core**(3) 32:14  44:3  44:4 | | **decides**(1) 22:6 | | **each**(3) 6:13  12:2  27:24 | |
| **change**(2) 25:1  30:4 | | **correct**(3) 23:16  25:20  54:5 | | **deciding**(1) 44:1 | | **easily**(1) 18:4 | |
| **chapman**(1) 2:6 | | **correctly**(1) 21:20 | | **decision**(6) 34:4  34:6  34:8  34:22  44:17 | | **ecro**(1) 1:37 | |
| **chapter**(1) 1:8 | | **correlate**(1) 16:5 | | 44:23 | | **educated**(1) 45:23 | |
| **charles**(1) 4:17 | | **cost**(1) 42:16 | | | | **effect**(4) 16:15  27:1  44:24  44:25 | |
| **christy**(1) 54:11 | | **could**(20) 15:13  21:1  22:22  25:12  26:2 | | **decisions**(1) 41:16 | | **effectively**(2) 22:9  23:12 | |
| **christ**(1) 2:43 | | 27:12  27:25  28:3  28:8  29:2  29:5  29:6 | | **declaration**(1) 31:18 | | **efficiencies**(1) 42:16 | |
| **circumstance**(1) 18:11 | | 29:20  30:2  30:3  30:6  30:20  33:15  36:13 | | **declared**(1) 12:8 | | **efficiency**(2) 20:13  34:13 | |
| **circumstances**(2) 38:14  38:22 | | 43:16 | | **decommissioned**(1) 17:22 | | **efficient**(2) 30:19  42:9 | |
| **claim**(21) 8:14  8:19  8:20  8:25  9:1  9:4  9:7 | | **counsel**(7) 18:25  36:18  36:20  36:21  37:13 | | **defendant**(3) 19:7  19:8  22:16 | | **efficiently**(3) 5:20  17:3  17:6 | |
| 9:9  10:6  10:8  10:12  10:18  18:21  18:22 | | 39:8  44:21 | | **defendants**(12) 19:8  20:13  20:14  20:20 | | **effort**(3) 7:24  8:11  15:22 | |
| 19:6  22:25  23:25  24:6  24:8  39:8  40:11 | | | | 22:12  23:9  23:24  25:1  25:16  25:22  25:24 | | **egerton**(1) 4:24 | |
| | | **couple**(3) 23:21  25:8  30:23 | | 26:2 | | **eguchi**(1) 3:31 | |
| **claims**(31) 9:3  9:25  10:14  11:13  11:22 | | **course**(14) 6:21  7:1  12:15  14:15  14:18 | | **delaware**(5) 1:2  1:12  2:29  5:1  37:25 | | **either**(2) 6:18  27:5 | |
| 12:16  13:3  13:6  18:10  20:12  20:16  22:10 | | 15:6  17:5  19:6  22:12  28:6  32:4  44:1  45:3 | | **delay**(1) 43:12 | | **electronic**(2) 1:45  54:6 | |
| 22:20  23:8  24:2  24:4  24:4  24:5  26:16 | | 45:14 | | **demand**(1) 36:24 | | **elements**(1) 31:12 | |
| 26:14  26:16  27:11  27:24  32:14  32:18 | | **court**(147) 1:1  5:3  5:7  5:10  5:13  5:24 | | **denies**(1) 27:8 | | **eliminate**(2) 32:17  32:22 | |
| 36:23  38:18  38:19  39:18  40:17  42:12 | | 5:25  6:3  6:7  6:11  6:24  7:21  8:17  10:2 | | **depends**(1) 33:19 | | **else**(4) 15:15  18:4  29:3  45:16 | |
| | | 10:11  11:21  11:25  12:5  12:12  12:21  13:20 | | **described**(2) 22:2  39:8 | | **emea**(1) 2:4 | |
| **clarifies**(1) 23:4 | | 13:23  14:12  14:15  14:16  14:17  14:20 | | **desire**(2) 17:9  17:21 | | **emerged**(1) 11:11 | |
| **clarity**(1) 40:18 | | 14:21  14:23  15:10  15:17  15:21  16:10 | | **details**(1) 23:19 | | **encourage**(2) 44:5  45:11 | |
| **clear**(5) 9:16  19:13  26:20  38:6  41:25 | | 16:15  16:17  17:7  17:10  18:7  18:21  19:1 | | **determined**(1) 8:12 | | **end**(3) 7:9  17:23  26:18 | |
| **clearcase**(1) 15:9 | | 19:3  19:5  19:10  19:12  19:16  19:18  19:22 | | **developed**(1) 8:4 | | **end-user**(1) 25:25 | |
| **clearly**(1) 39:17 | | 20:3  20:5  20:9  20:12  20:19  21:1  21:14 | | **developing**(1) 16:4 | | **end-users**(1) 26:5 | |
| **cleary**(2) 1:30  3:12 | | 21:22  22:1  22:6  22:18  22:19  22:21  22:22 | | **diaz**(1) 1:39 | | **ended**(1) 39:22 | |
| **clerk**(1) 5:2 | | 23:7  23:10  23:14  23:17  24:1  24:9  25:18 | | **did**(17) 5:17  9:22  10:15  12:8  18:21  20:11 | | **ending**(1) 39:22 | |
| **client's**(1) 34:6 | | 25:21  26:9  26:9  26:13  26:15  26:22  27:1 | | 20:17  22:9  39:10  30:15  30:16  33:5  36:18 | | **engaged**(1) 12:3 | |
| **co-counsel**(1) 35:10 | | 27:4  27:10  27:12  27:13  27:14  27:16  27:18 | | 36:21  36:21  39:22  45:9 | | **engineers**(2) 8:4  15:8 | |
| **code**(4) 7:25  8:2  31:3  31:4 | | 27:21  28:5  28:12  28:19  28:20  28:22  29:2 | | | | **enjoy**(2) 45:17  45:18 | |
| **cole**(2) 2:25  19:19 | | 29:3  29:14  29:17  29:18  29:20  29:21  29:23 | | **didn't**(11) 9:6  10:5  10:7  11:11  11:13 | | **enter**(3) 11:2  22:21  37:2 | |
| **collier**(1) 4:13 | | 30:2  30:5  30:10  30:14  30:17  30:25  31:9 | | 13:17  15:22  22:8  22:14  33:2  40:6 | | **entered**(9) 10:20  11:5  21:6  23:7  23:12 | |
| **come**(3) 26:21  29:17  33:19 | | 31:18  31:19  31:22  32:3  32:4  32:6  32:10 | | | | 34:8  35:15  39:16  39:20 | |
| **comes**(1) 31:21 | | 32:15  32:20  33:13  33:18  33:20  34:5  34:19 | | **different**(5) 6:14  7:7  8:1  13:3  44:13 | | | |
| **coming**(3) 17:15  18:18  30:15 | | 34:23  34:25  35:3  35:6  35:9  35:13  35:18 | | **differently**(1) 42:8 | | **enterprise**(1) 10:21 | |
| **comment**(4) 7:16  14:4  37:12  37:14 | | 35:19  35:23  37:9  37:15  37:20  37:25  38:2 | | **direction**(1) 38:16 | | **entire**(2) 6:22  15:18 | |
| **comments**(3) 33:3  35:17  36:18 | | 38:16  39:15  40:21  40:24  41:2  41:5  41:9 | | **directly**(2) 39:14  39:21 | | **entirely**(3) 29:15  30:17  33:17 | |
| **committee**(3) 2:35  3:24  3:39 | | 41:11  41:22  42:6  43:5  43:16  44:1  44:11 | | **discovered**(2) 7:14  11:7 | | **entities**(7) 13:4  21:3  21:13  21:16  22:3 | |
| **company**(1) 7:3 | | 45:22  54:1 | | **discovery**(20) 13:8  14:9  14:21  15:4  16:15 | | 22:4  22:11 | |
| **compensated**(2) 40:4  40:8 | | | | 16:19  18:13  25:24  26:3  26:11  27:21  33:15 | | | |
| **compensation**(1) 40:5 | | **court-style**(1) 42:11 | | 34:16  36:7  36:16  36:17  38:1  38:17  39:5 | | **entitled**(1) 25:14 | |
| **competing**(1) 31:21 | | **courtroom**(2) 1:10  12:21 | | 44:12 | | **entity**(1) 25:25 | |
| **complaint**(15) 9:23  10:4  11:23  21:1  21:1 | | **courts**(1) 26:21 | | | | **equitable**(1) 29:12 | |
| 21:19  21:24  22:1  22:15  23:4  23:6  23:20 | | **crazy**(1) 29:15 | | **discussion**(1) 16:7 | | **especially**(2) 15:20  33:25 | |
| 23:22  23:25  36:19 | | **creditors**(2) 3:25  3:38 | | **dismiss**(1) 40:16 | | **esq**(22) 1:25  1:31  1:32  2:6  2:13  2:19  2:20 | |
| | | **creditor's**(1) 2:34 | | **dismissed**(4) 10:4  10:5  10:8  22:13 | | 2:27  2:28  2:36  2:43  3:5  3:14  3:16  3:21 | |
| **completely**(1) 37:21 | | **crystal**(1) 41:20 | | **dispositive**(3) 13:9  39:5  40:15 | | 3:26  3:31  3:35  3:40  3:44  4:17  4:26 | |
| **comprise**(1) 18:23 | | **culver**(1) 1:25 | | **dispute**(3) 11:11  11:17  39:23 | | | |
| **conaway**(1) 2:4 | | **current**(2) 8:19  42:17 | | **disputes**(3) 17:4  31:3  36:9 | | **essentially**(3) 13:3  24:13  33:22 | |
| **conceivably**(1) 30:6 | | | | **distributed**(1) 25:11 | | **even**(14) 14:19  15:1  15:24  22:19  26:18 | |
| **concern**(7) 6:17  17:10  17:15  21:14  43:14 | | **daniel**(1) 3:35 | | **district**(12) 1:2  11:21  27:13  27:14  28:20 | | 27:8  27:11  29:9  32:1  36:10  38:20  39:1 | |
| 43:15  44:9 | | **data**(1) 1:39 | | 29:2  29:3  30:10  42:11  43:16  44:1  44:11 | | 39:3  42:24 | |
| | | **database**(1) 15:8 | | | | **every**(3) 17:8  45:4  45:4 | |
| | | **databases**(5) 15:24  16:3  17:19  18:3  31:4 | | **dla**(1) 3:39 | | **everybody**(1) 44:25 | |
| | | **date**(3) 40:12  43:17  54:11 | | **doable**(1) 31:12 | | **everyone**(2) 5:3  45:24 | |
| | | | | **doctrine**(1) 29:5 | | **everything**(2) 13:14  22:1 | |
| | | | | **documents**(1) 36:13 | | | |

| Word | Page:Line |
|------|-----------|
| evidentiary(1) 31:19 | |
| exact(1) 38:4 | |
| exactly(2) 16:16 17:13 | |
| example(2) 7:13 27:22 | |
| exceeds(1) 8:23 | |
| exception(4) 29:5 29:10 29:11 29:11 | |
| exchange(1) 21:12 | |
| exercise(1) 15:22 | |
| expedite(1) 40:16 | |
| expedited(1) 42:9 | |
| expense(2) 15:22 17:11 | |
| experience(1) 15:21 | |
| expert(11) 31:8 31:11 31:21 27:1 27:10 36:3 39:19 40:3 | |
| expire(1) 23:12 | |
| explanation(1) 33:23 | |
| express(1) 16:23 | |
| expressed(1) 17:19 | |
| expressly(2) 21:16 22:25 | |
| extensions(3) 22:4 22:5 22:8 | |
| extent(1) 13:23 45:10 | |
| extreme(1) 36:14 | |
| extremely(1) 18:2 | |
| face(1) 40:11 | |
| faced(1) 42:8 | |
| faces(1) 5:4 | |
| facility(1) 17:24 | |
| fact(11) 6:3 9:21 9:22 21:4 23:23 24:25 27:1 27:10 36:3 39:19 40:3 | |
| factors(1) 22:24 | |
| facts(5) 7:16 19:25 23:5 9:16 29:22 | |
| failure(1) 24:13 | |
| fairly(1) 18:18 | |
| familiar(1) 5:4 | |
| far(1) 36:7 | |
| farr(1) 3:30 | |
| fast(1) 16:24 | |
| fast-forward(1) 23:3 | |
| fast-forwards(1) 26:6 | |
| february(5) 1:14 5:1 23:7 26:7 54:10 | |
| fee(1) 11:3 | |
| feel(1) 42:8 | |
| feld(2) 2:35 3:25 | |
| few(1) 6:12 | |
| file(6) 20:25 28:24 29:17 32:6 34:9 44:10 | |
| filed(20) 9:21 11:23 13:17 14:1 14:2 16:22 20:11 21:17 21:22 21:25 22:9 22:17 22:25 23:3 26:8 31:15 31:25 32:1 36:3 36:6 | |
| filing(2) 21:18 32:8 | |
| final(4) 22:22 26:14 32:15 37:2 | |
| find(4) 8:1 15:22 15:25 44:7 | |
| fine(1) 35:23 | |
| finger(1) 2:42 | |
| firm(1) 35:11 | |
| first(6) 5:8 12:2 12:10 20:1 24:3 26:7 | |
| floor(1) 1:26 | |
| focus(1) 41:18 | |
| focused(1) 42:9 | |
| folks(2) 18:5 44:16 | |
| followed(1) 19:7 | |
| for(96) 1:2 1:24 2:4 2:12 2:25 2:34 3:4 3:34 3:29 3:34 3:38 3:43 4:4 5:16 5:17 6:19 7:13 7:17 7:23 7:24 8:9 8:16 8:20 9:6 9:7 9:18 9:21 10:6 10:13 11:9 11:12 12:1 12:16 13:8 13:14 14:4 14:21 14:21 16:2 16:11 17:2 19:20 20:13 20:17 20:22 21:12 21:20 22:6 23:10 23:20 24:6 24:12 24:13 24:20 25:4 25:4 25:8 26:9 26:19 27:9 27:21 27:23 28:15 28:16 29:12 29:16 30:13 31:4 32:13 32:16 33:20 34:12 34:14 34:16 34:23 35:21 36:10 36:12 36:18 36:20 36:24 37:24 37:24 38:2 38:3 38:20 39:10 39:12 40:4 40:8 40:11 43:10 45:14 | |
| foregoing(1) 54:5 | |
| formally(4) 21:21 22:8 23:7 34:9 | |
| forman(1) 2:25 | |

| Word | Page:Line |
|------|-----------|
| former(2) 16:11 42:14 | |
| forth(1) 13:9 14:22 | |
| forward(16) 5:19 5:20 12:9 12:10 12:17 14:9 14:17 18:9 18:11 23:13 28:4 30:8 37:22 38:2 38:6 44:15 | |
| found(1) 8:7 | |
| fragile(1) 18:3 | |
| framework(3) 14:9 38:1 39:23 | |
| frankly(6) 7:1 36:14 36:22 42:19 43:13 44:9 | |
| friday(1) 5:1 | |
| from(34) 5:7 11:16 11:17 12:3 14:12 16:9 16:25 17:15 18:5 18:6 19:19 20:6 20:8 20:16 20:18 23:9 25:15 28:16 32:22 33:2 33:6 33:22 33:25 34:1 34:11 36:11 38:24 39:9 39:24 40:13 41:4 42:4 45:23 54:6 | |
| front(3) 28:11 31:18 32:19 | |
| full(1) 28:14 | |
| fully(1) 41:20 41:24 | |
| further(3) 24:22 34:24 43:23 | |
| future(1) 37:8 | |
| gained(1) 25:5 | |
| gallagher(1) 3:30 | |
| garrity(2) 12:3 12:5 | |
| gave(1) 22:4 | |
| genband(7) 7:13 10:10 10:13 10:15 19:7 20:20 40:4 | |
| general(1) 17:5 | |
| get(13) 11:11 17:22 18:14 18:15 23:19 29:1 36:1 37:21 40:17 40:18 43:2 43:17 44:6 | |
| gets(1) 43:25 | |
| getting(8) 7:5 9:17 9:18 39:17 39:24 40:1 43:3 43:10 | |
| ginger(1) 1:37 | |
| give(5) 5:21 6:8 18:17 20:4 24:1 30:14 44:18 | |
| given(3) 14:25 15:20 36:14 | |
| giving(1) 5:5 | |
| goal(4) 20:11 20:15 29:24 29:25 | |
| goes(2) 9:9 43:16 | |
| going(5) 5:19 5:23 7:16 14:8 15:2 15:16 16:8 19:21 19:25 21:10 21:24 26:22 27:5 28:2 28:4 29:25 30:1 30:21 31:3 33:9 33:11 33:12 33:14 33:16 33:18 34:15 36:12 37:7 37:19 41:19 43:9 43:11 43:23 44:11 44:12 44:15 45:23 | |
| gone(1) 28:23 | |
| good(21) 5:3 5:4 5:11 5:13 19:15 19:16 19:18 19:23 19:24 32:11 33:4 35:6 35:7 36:2 36:21 41:3 41:5 45:5 45:17 45:18 54:1 | |
| got(8) 5:22 8:19 9:12 10:13 12:18 20:7 28:23 39:12 | |
| gottlieb(2) 1:30 3:12 | |
| government(2) 17:25 17:25 | |
| granted(3) 14:19 39:3 42:2 | |
| granting(1) 35:15 | |
| great(2) 6:5 15:22 | |
| gross(1) 1:19 | |
| ground(1) 10:5 | |
| grounds(1) 21:18 | |
| group(1) 3:20 | |
| guess(4) 11:9 12:5 36:2 45:8 | |
| gump(2) 2:35 3:25 | |
| gurgel(1) 1:32 | |
| had(20) 7:14 7:16 8:8 8:9 8:16 9:24 9:25 10:22 10:23 11:8 11:12 11:15 13:25 13:25 28:18 28:23 29:6 31:9 33:4 41:13 | |
| hadley(1) 3:20 | |

| Word | Page:Line |
|------|-----------|
| hadn't(2) 11:8 11:10 | |
| hall(1) 2:19 | |
| hamilton(1) 1:30 3:13 | |
| handle(1) 13:11 | |
| happen(6) 17:23 37:7 37:20 41:16 41:19 43:24 | |
| happened(4) 8:2 22:13 36:2 36:15 | |
| happening(1) 37:25 | |
| happens(3) 14:23 34:13 45:10 | |
| happy(1) 18:19 | |
| harrisburg(1) 1:41 | |
| has(24) 6:12 8:13 8:14 8:21 10:8 11:17 11:18 14:5 15:14 16:22 16:22 17:19 17:24 17:25 18:20 20:20 22:19 31:6 32:15 34:23 35:15 35:17 36:2 40:5 | |
| hasn't(1) 14:2 | |
| hauer(2) 2:35 3:25 | |
| have(73) 5:10 6:18 6:19 7:24 9:10 9:19 10:14 11:1 11:19 18:2 18:5 18:5 18:11 18:24 19:4 20:3 20:12 25:1 25:2 25:6 25:11 25:12 26:1 27:1 27:5 27:5 27:8 27:12 27:17 28:10 28:11 29:2 29:5 29:6 29:8 29:10 29:16 29:20 30:1 30:1 30:12 31:5 31:16 31:16 31:16 31:17 31:17 31:19 32:3 32:13 32:16 33:16 34:17 34:21 34:24 35:24 39:10 40:3 40:7 41:5 42:10 42:23 43:8 44:20 44:22 44:22 44:24 44:24 45:3 45:8 45:17 | |
| haven't(1) 25:24 | |
| having(4) 26:20 28:12 30:11 39:11 | |
| hay(1) 33:8 | |
| hazeltine(2) 3:4 35:8 | |
| he's(4) 12:6 16:10 23:24 43:1 | |
| hear(5) 5:7 26:15 35:18 36:18 45:8 | |
| heard(2) 16:8 20:24 | |
| hearing(17) 6:3 20:3 21:10 21:14 31:2 31:9 31:16 31:17 31:19 32:2 33:6 34:13 34:19 34:21 41:14 45:22 54:3 | |
| hearings(1) 34:17 | |
| help(1) 40:22 | |
| here(18) 5:23 14:13 14:25 17:9 19:20 20:7 20:8 21:3 23:20 28:8 28:25 29:16 30:15 31:7 39:1 42:20 44:16 45:10 | |
| herrington(44) 1:31 5:8 5:9 5:11 5:14 6:2 6:5 6:8 6:12 6:25 7:22 8:18 10:3 10:12 12:1 12:7 12:13 12:24 13:21 14:2 14:24 15:11 16:16 16:18 17:8 17:13 18:8 18:24 19:2 19:4 19:6 19:11 19:13 20:1 23:11 30:23 33:18 37:10 37:11 37:16 39:16 40:22 41:1 41:13 | |
| herrington's(2) 33:2 42:25 | |
| his(3) 16:10 34:4 34:22 | |
| history(2) 26:6 30:15 | |
| hoc(1) 3:19 | |
| hold(4) 15:1 22:1 22:7 29:12 | |
| holding(1) 6:22 | |
| holland(3) 3:43 35:11 | |
| honor(57) 5:9 5:12 5:18 5:24 6:6 6:9 10:3 10:4 12:18 13:7 13:13 14:7 17:3 18:12 18:16 18:20 19:2 19:8 19:11 19:15 19:24 20:10 20:15 20:25 21:5 21:12 22:12 23:12 24:3 24:16 25:10 26:7 26:12 28:11 29:12 31:24 33:7 34:2 34:24 35:5 35:7 35:10 35:15 35:21 36:20 37:11 39:3 39:4 39:13 39:16 40:14 41:1 41:3 42:23 45:21 45:25 54:2 | |
| honor's(2) 32:14 37:1 | |
| honorable(1) 1:19 | |
| hope(5) 5:19 18:14 31:15 38:2 40:17 | |
| hopefully(3) 40:18 41:16 45:11 | |
| hoping(1) 31:14 | |
| how(13) 5:21 7:7 13:11 13:12 14:23 18:21 20:7 32:6 33:19 42:21 42:23 43:17 44:10 | |

| Word | Page:Line |
|------|-----------|
| however(2) 12:10 28:14 | |
| hubbard(1) 4:16 | |
| huberty(1) 4:17 | |
| huge(1) 7:23 | |
| hughes(1) 4:16 | |
| human(1) 16:4 | |
| i'd(1) 35:17 | |
| i'll(5) 14:5 20:10 30:22 34:2 36:20 | |
| i'm(16) 7:15 12:21 19:20 19:25 26:22 27:23 28:3 29:7 29:7 30:21 31:14 35:16 43:7 45:11 45:14 45:15 | |
| idea(1) 19:4 | |
| identified(2) 10:22 11:10 | |
| immediate(1) 34:7 | |
| immediately(4) 11:23 28:25 29:19 34:9 | |
| impasse(1) 12:8 | |
| implement(1) 38:17 | |
| implications(1) 28:7 | |
| important(3) 17:2 20:4 20:6 | |
| improper(2) 24:17 25:2 | |
| inc(4) 1:8 3:4 3:43 4:12 | |
| inclined(1) 16:10 | |
| include(4) 7:12 8:8 15:13 15:13 | |
| included(1) 7:17 | |
| including(6) 6:13 20:13 24:24 26:4 29:7 38:13 | |
| inconsistent(1) 33:17 | |
| indefinite(1) 22:5 | |
| indicated(1) 21:20 | |
| indicates(1) 23:11 | |
| inevitably(1) 26:17 | |
| inform(1) 45:10 | |
| infringement(1) 24:24 | |
| infringing(1) 24:22 | |
| ingersoll(1) 2:12 | |
| initially(1) 13:17 | |
| intended(1) 21:15 | |
| intent(1) 26:20 | |
| intention(3) 28:15 28:24 33:24 | |
| interest(7) 8:21 12:25 17:8 17:20 38:5 44:19 45:2 | |
| interested(2) 4:4 38:21 | |
| interesting(1) 45:19 | |
| interim(1) 20:23 | |
| intertwined(1) 27:24 | |
| into(12) 10:20 11:2 11:5 11:11 21:6 23:19 24:11 29:17 32:2 33:10 35:25 39:20 | |
| inure(1) 28:2 | |
| invoke(1) 29:17 | |
| involve(2) 31:11 31:20 | |
| involved(3) 12:25 16:4 27:16 | |
| involving(1) 7:23 | |
| isn't(1) 31:11 | |
| issue(9) 6:15 12:11 13:14 15:17 16:19 18:22 27:17 31:10 39:13 | |
| issues(15) 15:5 16:12 16:13 30:24 33:9 37:4 40:14 40:23 41:18 41:24 42:20 42:21 42:24 45:7 45:19 | |
| it'll(1) 44:1 | |
| it's(19) 5:4 5:14 7:24 15:12 15:14 17:15 17:24 20:2 20:4 20:5 26:1 28:10 37:19 38:6 40:16 43:11 43:25 44:19 45:17 | |
| its(15) 11:15 16:20 16:23 16:24 23:12 25:4 36:19 36:22 37:3 | |
| itself(2) 28:5 28:7 | |
| jaime(1) 2:6 | |
| jeffrey(1) 4:5 | |
| john(3) 4:26 25:22 25:23 | |
| johnson(1) 2:36 | |
| joined(1) 27:25 | |

| Word | Page:Line |
|---|---|

**joint**(26) 13:16 26:9 26:18 26:19 27:12 27:12 31:10 31:16 31:20 31:24 33:1 33:6 33:12 33:20 33:24 34:14 37:17 37:24 38:5 38:17 41:21 41:24 42:15 42:17 44:20 44:22

**jointly**(1) 1:6

**josh**(1) 35:13

**judge**(11) 1:19 1:20 12:3 12:5 21:3 31:1 31:7 31:15 33:7 34:3 34:22

**judges**(1) 33:21

**judgment**(4) 14:22 28:2 32:16 40:17

**judgments**(1) 22:22

**jurisdiction**(4) 22:18 22:19 22:20 29:18

**jury**(6) 23:1 23:1 27:9 30:2 30:7 36:24

**just**(30) 5:25 6:8 8:1 9:4 9:7 14:3 14:4 14:7 15:12 15:23 18:17 20:4 20:10 21:13 24:1 27:25 28:8 30:14 31:18 32:7 32:24 33:18 34:12 35:25 37:4 37:12 39:6 39:22 40:5 44:2

**justice**(14) 5:25 12:13 12:17 13:7 13:13 16:9 16:11 18:6 18:9 26:23 27:8 38:3 44:15 45:9

**justin**(1) 4:9

**kathleen**(1) 2:13

**kaufman**(1) 3:14

**keeps**(1) 5:5

**keller**(11) 2:20 41:3 41:4 41:5 41:7 41:10 41:12 41:23 42:7 43:6 45:21

**kent**(1) 4:13

**kevin**(1) 1:19

**kind**(7) 7:22 11:3 11:5 15:6 40:1 41:17 42:10

**kinds**(1) 15:13

**king**(2) 2:8 2:45

**knew**(2) 7:5 12:5

**knight**(2) 3:43 35:11

**know**(37) 5:15 5:21 6:3 6:22 7:11 7:11 7:15 7:15 7:18 7:25 8:2 9:5 10:25 12:13 15:12 15:17 15:18 16:21 17:4 17:10 17:15 25:25 27:15 31:19 32:6 33:7 34:11 36:10 37:5 37:6 39:10 40:5 43:7 43:17 44:8 44:18 44:23

**knowing**(1) 44:10

**known**(1) 8:8

**knows**(1) 22:12

**krumholz**(1) 35:14

**laid**(1) 20:1

**language**(1) 22:23

**large**(1) 45:10

**last**(4) 7:10 7:20 17:4 42:12

**later**(3) 9:8 26:2 26:21

**laughter**(1) 12:6 12:23

**laura**(1) 2:19

**law**(2) 3:34 25:3

**lawsuit**(13) 11:14 11:21 20:11 24:6 24:10 24:12 25:16 25:23 28:15 28:25 29:2 29:17 32:23

**lawsuits**(2) 12:18 13:3

**lawyers**(3) 12:25 45:5 45:18

**lay**(1) 22:24

**laying**(1) 31:8

**layton**(1) 2:42

**lead**(1) 40:19

**leading**(2) 13:9 33:5

**learn**(1) 26:2

**learned**(1) 42:4

**least**(4) 9:22 13:9 31:17 34:1

**leaves**(1) 10:17

**leaving**(1) 18:1

**left**(1) 40:10

**leonard**(1) 2:26

**less**(2) 12:24 36:11

**let**(4) 6:8 14:3 23:25 32:6

**let's**(5) 11:1 13:11 16:1 38:1 41:25

**letter**(5) 21:6 21:7 21:16 21:25 22:2

**letting**(1) 35:22

**level**(1) 11:21

**liability**(1) 27:25

**liable**(1) 24:23

**liberty**(1) 1:33

**license**(9) 6:18 6:19 8:21 10:25 11:2 11:4 11:16 11:18 11:20

**licenses**(1) 24:21

**lift**(7) 18:8 21:9 26:24 29:25 30:9 32:21 42:1

**light**(1) 44:13

**like**(10) 13:12 15:17 15:18 20:8 33:8 35:17 37:4 39:20 42:6 42:15

**likely**(3) 31:10 31:20 39:4

**limit**(3) 8:23 8:24 8:25

**limitations**(1) 36:16

**limited**(3) 16:22 29:4 36:5

**line**(7) 6:20 7:19 10:22 24:20 25:14 39:10 39:13

**lines**(2) 6:14 7:19

**lion**(1) 4:8

**lisa**(1) 3:16

**litigating**(1) 30:24

**litigation**(3) 28:4 38:12 38:18

**little**(5) 20:4 20:6 24:1 30:14 42:7

**llc**(1) 1:39

**llp**(4) 1:24 3:30 3:39 3:43

**local**(3) 32:13 34:10 34:14

**logical**(1) 45:12

**long**(3) 33:9 35:25 42:11

**long-term**(1) 11:4

**longer**(2) 19:8 23:6

**look**(1) 44:21

**looks**(1) 13:12

**lose**(7) 29:25 30:9 30:9 32:17 32:21 34:7 36:23

**losing**(1) 45:1

**loss**(1) 34:7

**lost**(2) 25:4 25:14

**lot**(11) 8:11 16:7 19:25 32:9 33:8 34:20 40:23 41:15 43:2 43:3 43:10

**love**(2) 28:12 43:2

**lowenthal**(1) 3:35

**luton**(1) 2:6

**mace**(1) 1:37

**made**(5) 6:25 9:16 23:11 30:23 36:24

**main**(1) 16:20

**make**(14) 14:13 14:25 15:2 15:3 15:5 17:21 26:22 34:24 34:17 34:21 36:22 38:22 38:25 42:3 45:12

**makes**(8) 30:12 33:10 34:4 34:11 34:22 43:2 43:3 44:17

**making**(2) 33:8 45:14

**man**(1) 29:7

**management**(2) 4:20 38:17

**many**(3) 8:24 27:11 28:7

**march**(1) 21:23

**market**(4) 1:11 1:26 2:14 3:6

**martin**(1) 29:5

**material**(1) 36:12

**matter**(7) 14:14 14:14 17:14 22:18 44:2 44:6 54:7

**matters**(1) 34:18

**matthew**(1) 1:32

**may**(17) 6:9 6:18 6:18 7:12 10:3 12:24 15:13 15:16 18:18 26:1 31:19 34:9 38:12 39:10 42:22 44:23 44:24

**maybe**(2) 7:19 25:4

**mcafee**(1) 4:24

**mccloy**(1) 3:20

**mean**(2) 8:3 37:6

**means**(1) 41:25

**mediation**(10) 11:24 12:1 16:11 16:15 16:18 21:9 21:11 21:19 21:20 21:21

**mediator**(1) 21:22

**meeting**(1) 12:2

**meisel**(1) 2:25

**melnik**(1) 3:40

**mention**(2) 31:23 33:1

**merits**(1) 45:6

**might**(2) 15:19 30:12

**milbank**(1) 3:20

**million**(3) 8:20 8:20 18:22

**millions**(1) 25:13

**mind**(1) 20:15

**mine**(1) 44:9

**mire**(1) 37:22

**modify**(3) 32:17 32:23 38:16

**moment**(3) 14:4 34:25 38:20

**monahan**(1) 35:11

**money**(1) 9:13

**monitor**(4) 2:12 38:11 38:15 41:10

**monitor's**(1) 17:11

**month**(3) 8:22 26:6 26:7

**morass**(1) 44:7

**more**(6) 9:12 15:19 23:5 42:4 42:9 43:3

**morris**(1) 1:24

**most**(3) 9:21 30:18 39:19

**motion**(46) 13:17 13:24 14:5 14:10 14:14 14:17 15:2 15:3 16:24 22:10 22:20 22:23 21:15 21:17 22:6 23:10 26:13 26:18 27:9 29:25 30:9 30:22 31:17 31:20 31:24 32:5 32:8 32:13 32:21 33:24 34:10 34:11 34:14 34:15 37:21 38:8 38:9 38:10 39:1 39:3 40:15 40:16 40:17 43:24 44:9 45:9

**motions**(6) 13:9 14:22 26:8 32:23 34:15 39:5

**move**(15) 5:19 5:20 12:9 12:10 13:6 14:12 16:21 17:3 17:5 18:9 23:13 28:25 37:19 37:22 44:15

**moved**(3) 18:4 28:16 29:18

**moving**(4) 13:15 14:9 38:6 41:15

**mr. herrington**(3) 21:20 23:22 40:25

**much**(16) 9:16 17:17 18:14 18:14 35:21 35:24 36:2 36:11 37:6 37:23 38:21 41:12 42:3 42:4 42:13 45:18

**multiyear**(1) 42:11

**murphy**(1) 2:13

**named**(1) 26:2

**narrow**(1) 44:2

**nature**(1) 23:25

**necessarily**(1) 37:6

**need**(7) 7:3 7:6 8:4 16:3 16:4 30:7 42:22

**needed**(2) 10:13 39:21

**needs**(1) 33:21

**negotiate**(1) 9:19

**networks**(1) 3:29

**never**(1) 25:6

**new**(4) 1:34 2:22 2:39 8:7

**newbould**(19) 6:1 12:13 12:17 13:7 13:13 16:9 18:6 18:9 26:24 27:8 31:1 31:8 31:15 33:8 34:4 34:22 38:3 44:15 45:9

**newbould's**(1) 21:3

**nice**(3) 5:10 5:14 41:7

**nichols**(1) 1:24

**nick**(1) 1:24

**nnl**(2) 12:15 16:10

**non-debtor**(1) 12:15

**noncore**(5) 32:15 32:19 43:15 44:4 44:4

**normal**(1) 28:6

**norman**(2) 2:27 19:17

**nortel**(37) 1:8 3:29 5:5 7:11 7:22 9:5 9:12 10:22 11:10 11:17 11:22 13:4 13:4 13:5 17:15 18:10 20:20 21:3 21:13 21:16 22:3 22:3 22:4 22:11 23:9 24:3 24:3 24:19 24:23 26:10 36:7 39:9 39:24 39:25 40:11 40:11 40:20

**nortel's**(3) 8:15 24:4 40:12

**north**(4) 1:26 2:8 2:45 3:6

**not**(60) 5:17 6:18 6:19 7:10 7:15 7:17 8:16 9:15 9:17 9:18 9:18 9:24 12:8 14:13 16:2 16:12 18:3 19:25 21:1 21:17 22:11 22:23 23:20 23:24 24:21 25:8 25:10 26:22 26:24 27:4 27:6 27:23 27:25 28:3 28:10 29:7 29:8 30:1 30:11 30:21 31:5 31:12 32:7 32:19 32:22 33:11 33:14 34:6 35:16 35:25 36:2 36:9 37:22 39:17 42:2 42:16 43:7 44:2 45:14 45:15

**notably**(1) 26:10

**note**(1) 21:13

**noted**(1) 32:5

**nothing**(2) 8:7 40:10

**nothing's**(1) 36:14

**notice**(3) 21:22 38:9 38:10

**notion**(1) 39:9

**notwithstanding**(3) 24:25 25:15 36:3

**november**(1) 17:23

**now**(19) 5:19 9:2 10:8 10:15 11:14 12:15 13:11 15:7 21:10 23:9 25:17 25:22 27:14 30:21 37:25 40:3 41:15 42:10 43:10

**number**(6) 20:20 24:17 25:10 25:13 29:7 29:9

**object**(1) 21:17

**objection**(3) 16:22 31:25 36:5

**objections**(1) 37:1

**observations**(1) 43:8

**obtained**(1) 26:1

**obviously**(5) 16:13 25:24 32:5 33:4 34:3

**october**(1) 20:22

**off**(1) 18:18

**official**(2) 2:34 3:24

**okay**(15) 6:2 6:5 12:7 14:24 16:17 19:1 19:3 20:9 23:17 25:21 30:5 30:6 31:22 35:2 37:11

**old**(3) 15:15 15:15 18:3

**once**(3) 18:6 18:18 37:18

**one**(23) 1:33 2:37 2:44 7:9 7:13 7:16 7:19 9:4 9:25 13:1 15:5 17:3 25:10 27:6 29:7 29:20 29:20 31:23 31:25 33:1 34:19 34:20 37:13

**ones**(1) 23:11

**only**(13) 10:17 23:8 24:10 25:18 27:16 29:19 30:10 30:22 33:15 34:2 36:20 39:6 45:13

**open**(1) 38:11

**operating**(1) 24:21

**opportunity**(1) 32:3

**oppose**(1) 14:13

**options**(2) 36:22 37:4

**order**(11) 8:5 9:10 20:24 20:25 21:3 21:25 23:7 28:18 37:2 45:2 45:20

**ordered**(1) 31:15

**orders**(4) 9:15 22:22 35:15 39:14

**original**(2) 23:6 36:19

**other**(25) 7:1 7:16 7:19 8:13 10:24 12:2 14:4 14:7 15:14 16:3 20:20 22:12 22:23 25:25 26:2 26:12 27:21 27:24 31:23 32:16 34:2 39:6 40:3 40:7 44:14

**others**(1) 7:12

**otherwise**(1) 43:14

**ought**(4) 43:21 44:14 44:18 45:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| our(42) 7:12 9:11 9:13 9:14 10:13 14:5 14:18 16:13 16:22 16:25 20:1 20:6 21:14 22:2 22:24 24:17 24:20 24:22 25:5 25:7 25:7 25:12 26:1 26:4 27:8 31:8 31:13 32:3 32:5 33:3 34:7 34:9 34:10 34:14 36:1 36:5 36:6 36:13 38:24 39:11 40:10 | | please(2) 5:2 5:3 pleasure(1) 45:17 plus(1) 18:22 point(8) 14:1 16:7 16:25 37:3 37:13 39:6 39:6 43:25 points(5) 23:21 30:23 32:12 33:4 37:12 portion(1) 24:7 poses(1) 17:14 | | provided(1) 26:13 purchase(1) 10:21 purchased(1) 11:17 purchasers(1) 40:7 purchases(1) 7:8 pure(1) 34:12 purported(1) 32:1 purposes(2) 20:13 34:12 pursuant(2) 20:24 21:3 | | request(6) 7:23 26:17 26:17 26:21 33:6 34:18 requested(1) 10:15 requesting(1) 26:8 research(1) 4:12 reserved(2) 39:18 39:19 reset(1) 20:4 |
| out(20) 7:7 8:18 8:22 9:20 9:22 9:24 10:9 11:3 17:2 17:4 18:2 20:1 22:24 23:5 25:12 28:8 28:17 31:8 32:24 44:23 outcome(2) 13:19 21:9 outside(1) 43:25 over(3) 6:13 8:19 22:20 overy(2) 2:18 41:4 | | position(9) 16:23 16:24 30:4 30:8 32:4 36:6 41:14 43:1 43:6 positions(1) 30:17 possibility(2) 26:4 26:21 38:14 possible(5) 7:25 13:10 17:17 26:1 30:19 post-sale(1) 40:4 | | pursue(1) 45:4 put(7) 15:1 22:1 22:7 29:12 36:5 36:6 36:19 puts(3) 30:8 44:12 putting(1) 32:9 question(5) 7:10 8:10 15:16 15:20 19:9 | | resist(1) 42:19 resolution(1) 26:10 resolve(5) 7:4 11:13 31:14 41:23 41:24 resolved(14) 6:21 10:9 10:14 10:16 11:11 16:12 18:14 18:15 18:15 20:21 20:23 23:24 39:14 40:15 40:18 |
| own(4) 6:19 11:15 23:12 40:12 p.m(3) 1:15 5:1 54:3 page(1) 38:9 paid(6) 7:17 8:9 8:16 9:6 11:2 11:19 papers(5) 22:24 33:3 37:24 38:4 45:23 parallel(1) 12:18 parameters(1) 18:13 park(1) 2:37 | | postpetition(4) 9:5 9:7 24:6 24:11 posture(1) 37:16 ppearances(1) 1:22 2:1 3:1 practicable(2) 38:13 38:23 practical(2) 14:14 17:14 practice(1) 14:19 preclusive(1) 44:24 | | questions(2) 18:20 34:23 quickly(4) 17:3 17:6 18:18 43:4 quite(3) 12:1 33:2 43:10 races(1) 18:19 radware(7) 10:1 10:4 10:6 10:7 19:7 22:13 40:5 | | resolving(1) 42:12 respect(13) 7:4 11:18 11:22 13:14 18:12 30:21 36:8 36:16 36:17 37:4 37:5 37:17 38:18 respectfully(2) 34:18 45:3 response(5) 9:14 14:11 22:5 23:14 33:5 responsibility(1) 40:13 results(1) 8:7 |
| parlin(7) 3:44 35:13 35:16 35:20 35:21 35:24 37:9 part(8) 11:14 18:1 30:10 31:18 36:2 39:11 40:19 40:20 | | predecessor(1) 36:21 prefer(1) 42:13 premise(1) 15:20 prepetition(2) 24:5 24:7 present(4) 6:16 16:13 19:21 36:10 | | raise(1) 6:15 raised(3) 6:17 7:10 21:14 raises(1) 32:11 range(1) 18:22 rate(2) 8:21 8:21 rather(3) 6:22 42:11 43:22 | | richards(1) 2:42 right(29) 5:7 6:24 9:15 12:7 12:12 19:5 19:12 19:22 21:10 22:25 23:1 23:18 24:9 25:3 27:7 28:6 28:21 30:7 30:25 34:5 35:19 37:9 40:24 41:9 41:15 43:1 43:5 45:4 45:20 |
| participate(1) 35:22 participating(1) 35:14 particular(1) 28:13 parties(14) 11:12 12:2 20:3 21:7 23:5 23:6 24:18 31:2 41:18 43:11 43:21 44:5 45:1 45:3 partly(1) 14:2 partner(1) 19:20 | | presented(1) 31:7 preserved(2) 6:23 36:22 preserving(1) 22:25 pressures(2) 36:8 36:9 presumably(1) 28:22 pretrial(1) 14:21 pretty(1) 33:4 previous(1) 42:4 prices(1) 25:6 | | reached(2) 12:8 40:7 reaction(1) 16:20 read(3) 17:11 18:21 33:3 ready(1) 12:9 reaffirm(1) 38:5 realities(1) 41:14 reality(1) 42:1 | | rights(9) 6:23 7:5 9:17 9:18 27:9 39:18 39:19 39:24 40:1 rise(1) 5:2 robert(1) 2:36 rodney(2) 2:7 2:44 |
| partners(1) 4:8 parts(1) 41:15 party(2) 4:4 28:4 password(2) 7:20 8:6 past(2) 15:17 15:21 patience(1) 18:2 patient(1) 17:25 patterson(1) 3:34 paul(2) 2:20 41:3 | | primary(2) 14:11 24:15 prior(3) 21:14 24:11 24:14 probably(2) 29:9 40:15 44:19 problem(2) 27:8 28:10 problems(2) 29:6 31:9 procedural(10) 12:10 14:14 33:9 37:22 40:23 42:1 43:11 44:7 45:6 45:7 | | really(16) 10:5 13:18 14:7 15:1 15:18 16:4 17:21 18:17 28:3 36:2 40:10 43:21 43:23 43:25 44:5 45:1 reappointed(1) 12:6 reason(2) 15:1 25:23 reasonable(4) 14:8 30:18 38:13 38:23 reasons(3) 25:9 31:25 32:16 received(1) 10:6 | | rooney,pc(1) 2:12 royalties(6) 7:17 8:9 8:16 9:6 11:2 11:19 royalty(1) 24:13 rule(5) 31:3 32:13 34:10 34:14 43:7 rules(2) 18:10 38:3 ruling(4) 18:6 23:9 23:11 32:22 rulings(1) 45:15 |
| pay(3) 9:6 10:13 24:13 paying(3) 9:18 39:25 40:11 pendency(1) 38:8 pending(6) 11:24 14:18 21:8 23:9 39:2 43:10 | | proceed(8) 14:17 28:3 28:16 28:24 32:24 37:23 39:2 39:4 proceeding(6) 6:10 9:2 10:18 12:16 27:19 44:17 | | recognize(2) 9:19 17:16 recognized(1) 39:23 recognizing(2) 8:23 39:21 record(1) 36:6 recorded(1) 1:45 recording(2) 1:45 54:6 | | running(1) 18:2 safely(1) 54:1 said(7) 7:18 10:7 30:7 30:22 33:7 33:18 38:21 |
| pennies(1) 15:15 pennsylvania(1) 1:41 penny(1) 39:25 pension(1) 3:30 per(2) 8:22 8:22 percent(2) 8:22 8:22 period(3) 9:8 24:11 40:8 permission(1) 28:24 | | proceedings(9) 1:18 1:45 5:22 6:13 6:14 9:10 14:21 27:2 54:7 proceeds(1) 42:2 process(6) 7:9 7:24 12:3 30:16 42:9 45:12 produce(1) 36:13 produced(1) 1:46 | | reed(1) 4:16 refer(1) 16:11 reference(17) 13:24 14:10 14:12 16:21 21:15 21:18 27:14 29:1 29:19 32:5 32:8 32:12 34:10 37:19 38:8 39:2 43:24 reflected(1) 9:14 refresher(1) 20:5 | | samis(1) 2:43 say(13) 12:16 15:25 16:1 28:14 34:2 35:24 36:12 36:20 37:5 37:24 38:10 41:13 45:3 saying(6) 8:24 9:10 10:25 20:10 37:18 39:17 |
| permit(1) 38:14 permitted(1) 20:25 pernick(8) 2:27 19:14 19:15 19:17 19:17 19:18 19:19 19:22 perspective(3) 17:1 20:7 38:24 persuaded(1) 43:14 persuasive(1) 44:25 phone(1) 35:16 | | product(8) 7:15 16:2 16:6 24:20 25:7 25:8 25:10 25:12 products(20) 6:16 6:17 7:2 7:2 7:12 8:1 8:4 8:5 8:8 8:15 8:15 9:6 10:22 11:1 11:7 11:19 16:5 24:5 24:13 24:22 | | regard(1) 33:25 related(2) 22:19 relate(1) 34:20 relates(1) 24:16 relating(3) 24:4 25:2 25:5 relatively(1) 41:17 relief(9) 5:17 20:17 20:18 20:22 22:7 23:4 23:10 27:9 28:16 | | schedule(11) 5:15 13:8 13:8 16:24 17:2 34:13 34:19 36:10 43:3 44:10 44:11 scheduled(1) 21:10 schotz(2) 2:25 19:19 schuylkill(1) 1:40 schweitzer(1) 3:16 |
| picture(1) 10:9 picturing(1) 12:21 piper(1) 3:39 place(4) 14:3 18:1 plain(1) 22:23 plaintiff(2) 29:16 36:11 plaintiffs(1) 36:7 43:18 plan(4) 26:11 33:16 38:17 38:17 | | profit(3) 25:4 25:4 25:14 proof(4) 8:14 9:1 9:4 24:7 proposed(5) 16:24 26:12 31:6 38:16 42:17 prosecute(1) 30:18 prosecuted(1) 21:2 prospect(1) 12:19 | | remain(4) 14:20 14:20 25:16 38:11 remaining(2) 22:16 23:8 remains(3) 14:15 16:10 25:19 remember(2) 6:9 10:3 renting(1) 17:12 reorg(1) 4:12 repeat(1) 17:11 | | search(6) 7:24 15:18 15:24 31:5 31:11 31:13 searches(1) 15:6 searching(6) 10:15 17:18 17:20 17:20 31:4 31:4 seated(1) 5:4 |
| plaza(1) 1:33 pleadings(1) 22:25 | | prove(1) 31:12 provide(1) 26:19 | | report(1) 17:11 repository(3) 8:2 15:12 17:12 representing(1) 41:8 | | second(4) 9:9 10:10 24:15 39:6 |

| Word | Page:Line |
|---|---|
| **section**(2) 38:9  38:10 | |
| **see**(13) 5:4  12:18  13:12  13:12  15:19  16:11  19:18  32:3  37:25  41:3  42:23  43:9  45:19 | |
| **seek**(1) 25:3 | |
| **seeking**(4) 12:15  20:17  36:11  38:15 | |
| **seeks**(1) 24:12 | |
| **seem**(1) 44:8 | |
| **seems**(7) 11:11  23:23  33:8  33:17  36:14  42:19  43:21 | |
| **selinda**(1) 3:40 | |
| **selling**(1) 39:12 | |
| **sense**(9) 14:25  30:13  33:10  34:11  34:17  34:21  38:25  43:2  43:3 | |
| **separate**(6) 6:19  11:16  11:20  27:2  33:16  34:17 | |
| **separately**(1) 11:15 | |
| **serious**(1) 31:5 | |
| **seriously**(1) 32:7 | |
| **serve**(2) 43:18  43:19 | |
| **serves**(1) 43:18 | |
| **service**(2) 1:39  1:46 | |
| **services**(2) 1:39  17:22 | |
| **set**(2) 14:8  38:20 | |
| **setting**(1) 14:7 | |
| **settled**(2) 22:14  25:1 | |
| **several**(2) 27:25  36:3 | |
| **shall**(1) 5:7 | |
| **share**(3) 39:12  43:13  43:14 | |
| **she**(2) 35:17  35:18 | |
| **shira**(1) 3:14 | |
| **short**(3) 16:11  36:13  45:19 | |
| **short-term**(2) 10:25  11:2 | |
| **shorter**(1) 42:4 | |
| **should**(16) 12:17  13:5  13:6  13:15  14:16  15:6  15:25  17:16  17:20  18:10  24:23  32:12  36:9  38:7  38:13  39:2 | |
| **shouldn't**(2) 9:10  36:15 | |
| **side**(4) 13:5  13:5  16:13  40:11 | |
| **sight**(1) 45:1 | |
| **significance**(1) 17:4 | |
| **significant**(2) 17:14  26:5 | |
| **similar**(1) 13:2 | |
| **similarly**(1) 37:1 | |
| **simplify**(1) 40:23 | |
| **simply**(3) 36:5  36:6  36:21 | |
| **since**(5) 13:18  20:1  20:2  20:21  31:15 | |
| **single**(2) 20:12  34:21 | |
| **sitting**(1) 44:16 | |
| **situation**(2) 11:13  13:2 | |
| **slightly**(2) 12:24  12:25 | |
| **small**(2) 8:18  18:1 | |
| **smaller**(1) 12:25 | |
| **smiling**(1) 12:19 | |
| **snmp**(59) 2:25  4:4  6:10  6:12  6:15  6:18  7:1  7:4  7:5  7:6  7:10  7:17  7:18  7:23  8:9  8:13  9:3  9:21  9:23  9:25  10:7  10:7  10:15  10:23  11:1  11:6  11:8  11:20  11:12  11:16  11:19  11:23  15:2  15:13  15:16  16:1  16:20  17:19  19:9  19:14  19:20  20:11  20:17  21:5  22:4  23:1  23:3  27:5  33:8  36:17  36:18  37:18  39:21  40:4  40:6  40:8  40:8  42:10  42:19  44:18 | |
| **snmp's**(13) 6:23  12:11  14:11  18:24  26:10  31:4  37:13  39:8  39:18  39:24  40:1  43:13  44:19 | |
| **snmpri**(1) 38:15 | |
| **snyder**(1) 54:11 | |
| **socks**(1) 15:14 | |
| **software**(35) 6:16  7:1  7:2  7:6  7:12  7:17  8:9  9:6  9:11  9:13  9:17  10:7  10:8  10:13  10:23  11:1  11:8  11:20  15:12  15:13  15:25  16:2  16:6  24:17  24:20  25:8  25:12  26:1  26:4  39:11  39:18  39:25  40:2  40:6  40:9 | |

| Word | Page:Line |
|---|---|
| **sold**(4) 6:15  15:7  17:25  39:10 | |
| **some**(35) 5:4  5:21  6:16  7:7  9:6  10:24  11:3  11:7  11:12  12:2  13:23  17:10  21:21  23:4  23:5  23:5  23:23  24:10  24:18  24:25  25:15  30:23  31:5  32:11  33:4  33:9  33:23  36:18  40:1  40:18  41:16  41:17  43:10  44:19  45:6 | |
| **something**(7) 8:10  15:19  18:4  18:15  27:4  44:21  44:25 | |
| **sometime**(1) 20:2 | |
| **somewhere**(4) 8:2  11:6  18:4  29:3 | |
| **soon**(4) 34:8  38:5  38:22  41:17 | |
| **sort**(7) 11:12  15:17  22:5  40:16  44:7  45:2  45:13 | |
| **sound**(2) 1:45  54:6 | |
| **source**(3) 7:25  8:1  31:3 | |
| **southpaw**(1) 4:20 | |
| **spans**(1) 24:11 | |
| **specific**(1) 16:19 | |
| **specifically**(2) 21:21  26:19 | |
| **specificity**(1) 24:1 | |
| **spent**(1) 32:8 | |
| **spirit**(1) 22:2 | |
| **square**(2) 2:7  2:44 | |
| **standard**(1) 14:19 | |
| **stands**(1) 5:18 | |
| **stargatt**(1) 2:4 | |
| **start**(2) 20:10  36:7 | |
| **started**(2) 8:18  37:18 | |
| **statement**(1) 45:14 | |
| **states**(5) 1:1  1:20  8:24  27:10  29:3 | |
| **status**(5) 5:16  13:22  32:2  32:4  34:12 | |
| **statute**(1) 22:23 | |
| **statutory**(1) 29:4 | |
| **stay**(18) 12:11  14:3  18:8  20:18  21:3  21:9  22:8  23:11  26:24  27:18  27:20  28:16  28:16  29:25  30:9  32:21  42:1  45:9 | |
| **stayed**(4) 11:24  21:2  21:8  22:11 | |
| **staying**(1) 23:7 | |
| **ste**(1) 2:14 | |
| **steen**(2) 1:30  3:12 | |
| **steps**(1) 38:12 | |
| **still**(7) 9:25  29:24  30:3  30:7  36:1  37:3  37:16 | |
| **stone**(1) 4:8 | |
| **story**(1) 10:19  18:11 | |
| **strauss**(2) 2:35  3:25 | |
| **streamline**(1) 43:22 | |
| **street**(4) 1:11  1:40  2:8  2:45 | |
| **struggle**(1) 42:22 | |
| **stuck**(1) 30:11 | |
| **subject**(5) 22:18  24:7  29:11  34:6  44:16 | |
| **subsequent**(2) 24:23  26:3 | |
| **subsequently**(1) 22:24 | |
| **substantive**(2) 26:22  42:12 | |
| **succeed**(1) 12:8 | |
| **such**(3) 26:19  26:21  36:13 | |
| **sue**(1) 24:18 | |
| **suit**(1) 8:14 | |
| **suite**(1) 2:30 | |
| **sullivan**(8) 3:4  3:5  35:6  35:7  35:8  35:8  35:10  35:13 | |
| **summary**(2) 14:22  40:16 | |
| **suppose**(1) 13:23 | |
| **sure**(11) 7:11  17:7  17:21  19:10  23:24  27:23  28:3  29:14  29:21  29:23  35:17 | |
| **systems**(1) 16:3 | |
| **take**(3) 30:17  32:24  33:9 | |
| **taken**(2) 25:12  27:13 | |
| **takes**(1) 30:10 | |
| **taking**(4) 5:15  5:16  40:13  40:19 | |
| **talk**(4) 7:7  38:1  44:6  45:12 | |
| **talked**(2) 16:20  17:19 | |
| **talking**(2) 32:7  43:22 | |
| **taylor**(1) 2:5 | |

| Word | Page:Line |
|---|---|
| **technically**(1) 32:19 | |
| **teed**(1) 43:25 | |
| **telephone**(1) 35:22 | |
| **telephonic**(2) 3:10  4:1 | |
| **tell**(3) 16:1  16:5  43:13 | |
| **telling**(1) 45:11 | |
| **temporarily**(1) 21:22 | |
| **terminated**(1) 34:1 | |
| **terms**(8) 13:11  14:10  15:4  15:23  21:7  23:13  37:7  45:6 | |
| **testimony**(2) 31:11  31:21 | |
| **than**(3) 6:22  27:21  43:22 | |
| **thank**(20) 6:5  19:10  19:11  19:12  19:19  19:22  35:1  35:3  35:5  35:21  37:9  40:24  41:1  41:7  43:6  45:21  45:22  45:24  45:25  54:2 | |
| **that**(272) 5:5  6:3  6:15  6:21  6:21  7:1  7:3  7:4  7:7  7:14  7:15  7:18  7:18  7:23  7:25  8:3  8:5  8:6  8:7  8:8  8:9  8:10  8:11  8:13  8:15  8:18  8:23  8:23  8:25  9:3  9:6  9:12  9:14  9:16  9:18  9:19  9:24  9:25  10:3  10:5  10:6  10:8  10:13  10:14  10:15  10:17  10:19  10:22  10:23  11:1  11:5  11:6  11:7  11:8  11:11  11:12  11:17  11:18  11:19  11:20  12:1  12:9  12:11  12:15  13:2  13:4  13:12  13:18  13:25  14:5  14:6  14:13  14:16  14:17  14:18  14:23  14:25  15:2  15:8  15:11  15:12  15:14  15:17  15:18  15:20  15:21  16:1  16:2  16:3  16:8  16:9  16:11  16:18  16:18  17:9  17:13  17:16  17:16  17:19  17:19  17:24  18:4  18:5  18:8  18:10  18:12  18:17  18:20  18:21  18:23  19:6  19:9  19:13  20:11  20:20  20:22  20:25  21:1  21:14  21:7  21:7  21:9  21:13  21:16  22:2  22:7  22:11  22:17  22:24  23:5  23:11  23:12  23:21  23:23  23:24  24:10  24:23  24:25  25:1  25:4  25:6  25:19  26:1  26:3  26:6  26:8  26:13  26:15  26:19  27:4  27:7  27:8  27:10  27:11  27:17  27:23  27:24  28:1  28:3  28:8  28:10  28:11  28:18  28:19  29:6  29:8  29:9  29:20  30:3  30:8  30:12  30:16  30:19  30:20  30:24  31:2  31:6  31:10  31:14  31:15  31:18  31:19  31:20  31:21  31:24  31:25  32:9  32:17  32:18  32:22  33:3  33:5  33:17  33:22  33:25  34:3  34:8  34:9  34:13  34:15  34:18  35:15  35:25  36:2  36:3  36:6  36:11  36:12  36:14  36:20  36:25  37:5  37:13  37:16  37:19  37:20  37:21  37:22  38:2  38:6  38:7  38:22  38:22  38:25  39:7  39:11  39:12  39:13  39:13  39:16  39:21  39:23  40:1  40:4  40:6  40:7  40:14  40:18  40:19  40:22  41:15  41:15  41:16  41:25  42:1  42:12  42:16  42:22  43:3  43:18  43:20  43:21  43:24  43:25  44:3  44:7  44:9  44:11  44:18  44:18  44:20  44:21  44:23  44:24  44:25  45:9  45:13  54:5 | |
| **that's**(31) 7:19  8:14  8:24  9:7  9:15  10:9  10:9  10:15  11:20  13:21  13:21  14:3  14:11  14:24  16:7  17:4  18:4  21:10  23:18  24:7  27:4  28:10  29:19  29:24  29:24  35:23  43:9  43:23  44:25  45:5  45:13 | |
| **thau**(1) 4:21 | |

| Word | Page:Line |
|---|---|
| **the**(301) 1:1  1:2  1:19  2:12  2:21  5:2  5:3  5:5  5:7  5:10  5:13  5:15  5:16  5:25  6:3  6:7  6:10  6:11  6:13  6:13  6:14  6:15  6:16  6:21  6:22  6:22  6:24  6:25  7:2  7:4  7:7  7:9  7:9  7:9  7:10  7:13  7:14  7:14  7:16  7:20  7:20  7:21  7:22  8:1  8:4  8:4  8:6  8:6  8:10  8:13  8:17  8:19  8:21  8:23  8:24  8:25  9:1  9:2  9:4  9:4  9:7  9:9  9:11  9:13  9:14  9:15  9:18  9:21  9:21  9:23  10:2  10:3  10:5  10:9  10:11  10:12  10:15  10:17  10:18  10:18  10:19  10:21  10:21  10:22  10:24  11:6  11:6  11:9  11:10  11:10  11:12  11:13  11:13  11:16  11:21  11:22  11:23  11:25  12:2  12:5  12:9  12:10  12:11  12:12  12:19  12:21  12:21  13:3  13:4  13:4  13:7  13:11  13:14  13:19  13:20  13:23  13:24  13:24  14:3  14:4  14:7  14:8  14:10  14:10  14:12  14:15  14:19  14:20  14:23  15:1  15:3  15:5  15:5  15:7  15:10  15:16  15:18  15:20  15:21  16:4  16:5  16:6  16:9  16:12  16:13  16:15  16:17  16:21  16:24  17:3  17:4  17:7  17:10  17:11  17:11  17:21  17:23  17:25  17:25  18:1  18:5  18:5  18:7  18:8  18:10  18:11  18:13  18:13  18:18  18:21  18:21  18:21  18:22  19:1  19:3  19:5  19:10  19:12  19:16  19:16  19:18  19:22  19:25  20:2  20:3  20:4  20:6  20:9  20:11  20:12  20:12  20:14  20:15  20:16  20:18  20:18  20:19  20:19  20:22  20:23  21:1  21:1  21:2  21:4  21:5  21:5  21:7  21:7  21:8  21:8  21:8  21:9  21:11  21:11  21:13  21:14  21:15  21:16  21:17  21:18  21:18  21:19  21:21  21:24  21:24  21:25  21:25  22:2  22:3  22:3  22:4  22:6  22:6  22:8  22:10  22:10  22:11  22:12  22:13  22:14  22:16  22:18  22:20  22:21  22:22  22:23  22:23  23:4  23:5  23:6  23:6  23:8  23:8  23:9  23:10  23:11  23:14  23:17  23:19  23:20  23:22  23:23  23:23  23:25  23:25  24:1  24:2  24:3  24:7  24:7  24:9  24:11  24:14  24:15  24:16  24:18  24:19  24:21  24:25  24:25  25:1  25:2  25:3  25:4  25:5  25:5  25:6  25:8  25:10  25:12  25:13  25:15  25:15  25:18  25:18  25:21  25:23  26:3  26:4  26:6 | |

---
Page : 6                                                                                                              03/03/15  14:00:41

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(299) 26:7 26:7 26:8 26:9 26:10 26:12 26:14 26:14 26:15 26:15 26:16 26:17 26:18 26:18 26:18 26:20 26:20 26:21 26:23 26:24 27:1 27:4 27:7 27:9 27:9 27:10 27:11 27:11 27:12 27:12 27:13 27:13 27:14 27:16 27:16 27:18 27:18 27:20 27:21 28:1 28:1 28:2 28:5 28:5 28:6 28:6 28:10 28:12 28:15 28:15 28:17 28:19 28:19 28:22 28:24 28:24 28:25 28:25 29:1 29:1 29:2 29:3 29:9 29:8 29:10 29:10 29:14 29:15 29:16 29:17 29:17 29:18 29:19 29:19 29:21 29:23 29:24 29:25 29:25 30:2 30:2 30:5 30:7 30:9 30:9 30:10 30:10 30:14 30:15 30:16 30:16 30:17 30:18 30:19 30:22 30:22 30:24 30:25 31:1 31:2 31:2 31:5 31:6 31:7 31:9 31:10 31:11 31:12 31:13 31:16 31:19 31:22 31:23 31:24 31:25 31:25 32:1 32:1 32:3 32:4 32:4 32:5 32:6 32:8 32:10 32:12 32:15 32:17 32:18 32:21 32:23 32:24 32:25 33:1 33:3 33:5 33:6 33:8 33:10 33:13 33:19 33:24 33:24 34:2 34:5 34:6 34:8 34:10 34:11 34:14 34:15 34:16 34:16 34:18 34:23 34:25 34:25 35:3 35:6 35:9 35:10 35:11 35:12 35:14 35:16 35:17 35:19 35:23 36:2 36:3 36:6 36:7 36:8 36:9 36:10 36:11 36:12 36:15 36:16 36:16 36:17 36:19 36:20 37:7 37:9 37:13 37:15 37:16 37:19 37:25 38:1 38:1 38:2 38:4 38:4 38:7 38:8 38:11 38:12 38:13 38:14 38:14 38:15 38:15 38:16 38:16 38:18 38:19 38:20 38:21 39:1 39:2 39:3 39:6 39:8 39:9 39:9 39:9 39:14 39:15 39:19 39:23 39:25 40:3 40:6 40:8 40:8 40:10 40:12 40:12 40:19 40:19 40:21 40:23 40:23 40:24 41:2 41:5 41:8 41:9 41:10 41:11 41:13 41:14 41:17 41:18 41:20 41:22 41:24 41:25 42:1 42:12 42:3 42:6 42:7 42:8 42:12 42:13 42:13 42:13 42:16 42:16 42:17 42:17 42:18 42:20 42:21 43:1 43:5 43:11 43:15 43:16 43:18 43:18 43:19 43:21 43:22 43:24 44:1 44:2 44:5 44:10 44:14 44:17 45:1 45:6 45:6 45:9 45:22 45:23 45:24 54:1 54:3 54:5 54:6 54:6 54:7 | | they're(8) 9:16 9:17 9:18 18:3 27:5 32:19 34:15 41:23<br><br>they've(2) 33:21 40:7<br><br>thing(7) 15:6 28:17 30:22 31:23 33:1 34:2 44:14<br><br>things(15) 9:20 9:22 9:24 13:12 14:7 15:1 15:14 16:5 17:6 18:18 26:12 34:20 42:7 43:12 44:10<br><br>think(36) 7:11 9:5 10:8 14:25 17:16 17:24 19:9 20:4 20:5 24:22 27:7 27:11 27:24 28:1 28:8 28:13 30:7 31:9 32:11 34:11 34:25 37:14 38:7 39:7 39:11 40:14 42:17 43:24 44:3 44:19 45:1 45:1 45:6 45:11 45:13 45:20<br><br>thinking(1) 45:5<br><br>third(1) 24:17<br>third-party(1) 7:2<br>this(117) 5:16 5:18 6:4 6:9 6:19 8:10 8:14 8:21 9:23 10:23 10:25 11:2 11:14 13:1 13:5 13:22 14:1 14:9 14:12 14:15 14:16 14:17 14:20 14:21 15:2 15:5 15:5 17:3 17:12 17:23 18:9 20:1 20:3 20:11 20:13 20:15 20:19 21:1 21:5 21:12 21:15 21:22 22:1 22:17 22:18 22:19 22:20 22:21 23:2 23:7 23:8 24:2 24:6 24:10 24:12 24:16 25:16 25:23 26:6 26:9 26:13 27:10 28:4 28:9 28:12 28:15 30:12 30:18 30:19 31:9 31:14 31:18 31:20 32:2 32:7 32:16 32:20 32:23 33:9 33:11 33:11 33:18 33:20 34:3 34:12 34:21 35:22 35:25 37:3 37:19 37:21 37:23 38:2 38:6 38:8 38:16 39:1 39:10 39:12 39:17 39:20 41:16 41:25 42:1 42:12 42:23 43:2 43:4 43:9 43:16 44:6 44:7 44:15 44:15 45:3 45:12 45:18<br><br>those(16) 6:17 9:9 10:14 13:6 17:18 17:19 17:22 18:14 18:16 36:9 36:23 37:4 40:14 40:17 42:21 44:24<br><br>though(3) 26:18 32:1 45:16<br>thought(4) 9:25 30:16 33:4 44:19<br>three(3) 9:24 30:12 44:12<br>through(6) 6:23 7:25 8:5 15:21 20:24 39:5 11:10 11:13 12:2 19:7 20:16 21:4 21:21 22:7 22:11 28:24 32:9 33:10 34:17 38:4 43:3 43:10<br>time-barred(1) 20:16<br>timeline(2) 33:16 34:16<br>times(1) 6:12<br>timetable(9) 13:8 14:8 18:13 26:11 34:16 36:13 36:17 38:1 38:18<br><br>timetables(1) 42:3<br>timing(2) 21:14 21:18<br>today(10) 5:17 12:14 16:9 19:21 20:24 23:21 41:13 41:14 43:8 45:14<br><br>together(5) 13:6 32:9 38:21 42:22 43:2<br>told(1) 31:2<br>too(1) 16:24<br>took(2) 8:11 23:5<br>touch(1) 39:7<br>toward(2) 7:9 13:15<br>tower(1) 2:38<br>trace(1) 8:5<br>transcriber(1) 54:11<br>transcript(3) 1:18 1:46 54:6<br>transcription(2) 1:39 1:46<br>transfer(3) 24:17 25:2 25:5<br>transferred(4) 6:17 9:11 24:19 25:8<br>transferring(1) 9:13<br>travel(1) 54:1<br>treating(1) 32:7 | | trial(30) 13:10 13:11 13:12 13:14 13:15 17:22 23:1 23:1 26:18 26:19 26:20 27:6 27:9 27:12 27:13 28:5 28:7 28:11 29:20 30:2 30:7 33:16 36:24 43:17 44:6 44:11 44:11 44:16 44:20 44:22<br><br>trialed(1) 29:1<br>trials(4) 28:12 30:1 30:11 30:12<br>tried(5) 11:12 29:5 29:9<br>true(1) 7:19<br>truncated(1) 42:4<br>trust(1) 3:30<br>try(9) 17:1 17:2 17:5 19:25 26:13 27:11 41:23 41:24 42:22<br><br>trying(3) 14:8 30:18 36:1<br>tunnell(1) 1:24<br>turn(2) 14:6 32:2<br>tweed(1) 3:20<br>two(16) 8:8 9:3 12:18 13:2 14:7 23:8 24:2 27:2 29:9 30:1 30:11 32:23 34:17 37:6 37:12 38:21<br><br>tyler(1) 3:34<br>type(1) 36:15<br>types(2) 9:3 24:2<br>u.s(17) 3:39 13:4 20:19 21:6 21:8 22:3 24:3 26:8 26:14 29:1 29:3 31:7 32:25 38:15 38:19 42:18<br><br>u.s.c(1) 29:4<br>ultimately(4) 12:7 22:14 26:13 39:3<br>um-hum(7) 7:21 10:2 11:25 15:10 26:25 39:15 40:21<br><br>unauthorized(1) 24:5<br>unclear(1) 13:24<br>under(9) 8:21 11:20 13:16 21:6 22:22 24:21 25:3 29:4 32:13<br><br>understand(13) 9:12 9:22 12:6 17:1 17:24 18:3 20:6 20:7 25:18 30:17 33:2 33:19 43:5<br>understanding(4) 10:14 14:18 18:5 36:25<br>unfold(1) 13:12<br>unique(1) 29:16<br>united(4) 1:1 1:20 27:10 29:3<br>universe(1) 15:19<br>unless(2) 27:12 34:23<br>unlicensed(2) 24:5 24:13<br>unnecessary(1) 36:14<br>unsecured(1) 3:25<br>until(5) 21:11 25:11 34:3 37:20 37:25<br>update(2) 5:18 5:22<br>use(5) 10:7 24:5 40:4 40:6 40:12<br>used(4) 8:3 8:15 16:2 16:6<br>users(1) 26:3<br>using(3) 9:5 10:7 40:8<br>usually(1) 14:23<br>usury(3) 8:23 8:24 8:25<br>valid(1) 24:21<br>various(1) 29:9<br>versus(3) 42:9 44:3 44:4<br>very(19) 5:20 9:16 9:16 16:18 17:14 18:13 32:11 35:21 37:12 37:23 38:21 39:4 39:7 39:17 44:2 44:23 44:24 45:3 45:18<br><br>view(4) 16:25 25:5 40:10 42:13<br>volume(1) 36:11<br>wait(1) 45:8<br>waive(4) 30:2 30:6 36:25 37:1<br>walked(4) 33:6 33:22 33:25 34:1<br>want(15) 5:18 14:11 15:4 16:21 21:13 23:19 27:5 28:11 31:23 33:1 37:20 39:12 42:16 44:5 44:18<br><br>wanted(9) 16:23 18:17 30:14 31:18 32:3 32:6 37:12 37:24 39:7 | | wants(2) 27:5 37:23<br>was(54) 6:21 7:13 7:20 7:23 8:3 8:6 8:7 8:7 8:11 9:25 10:4 10:6 10:10 10:12 10:22 10:23 11:7 11:23 11:23 12:8 13:23 16:2 19:6 19:7 19:13 20:17 20:22 20:23 21:21 22:1 22:7 22:9 22:10 22:11 22:13 25:7 25:8 28:15 28:24 30:16 32:2 33:3 33:6 33:18 36:3 36:5 36:5 37:13 37:18 39:11 39:22 39:24 40:11 54:3<br><br>wasn't(4) 12:4 28:15 29:15 31:2<br>watch(1) 15:15<br>way(11) 6:21 7:16 8:13 11:6 29:20 30:19 30:19 39:9 40:22 43:22 45:12<br><br>ways(3) 43:23 44:6 45:13<br>we'd(3) 15:18 20:7 43:1<br>we'll(4) 7:6 11:3 23:13 45:19<br>we're(20) 5:17 7:10 14:13 16:8 18:18 23:20 25:14 29:25 30:11 30:18 30:24 31:14 32:7 32:7 33:11 33:11 33:14 33:15 33:16 36:1<br>we've(4) 12:18 13:21 16:8 20:5<br>webb(1) 3:34<br>weed(1) 41:17<br>week(2) 21:24 26:7<br>weekend(1) 54:1<br>weighing(1) 37:3<br>welcome(1) 19:23<br>well(20) 6:8 6:9 7:10 7:18 8:10 8:24 9:10 9:15 10:12 14:11 15:17 15:25 23:2 25:23 26:23 30:2 41:7 43:7 44:20 45:6<br><br>went(4) 6:23 12:1 15:21 21:20<br>were(25) 6:14 6:23 6:25 8:7 8:8 8:15 9:16 9:24 11:7 12:2 14:19 16:4 20:25 23:5 23:24 24:21 24:22 27:13 27:14 27:16 27:18 27:20 35:25 39:3 40:1<br><br>weren't(3) 7:5 39:24 39:25<br>weston(1) 3:31<br>what(41) 5:17 7:11 7:11 8:2 12:15 13:12 14:4 14:7 14:24 15:6 15:17 16:8 18:22 20:16 22:13 25:25 26:2 27:18 30:16 30:16 31:3 33:5 33:7 33:13 33:23 34:11 36:10 36:19 36:21 37:16 41:12 41:18 41:25 42:8 42:9 42:10 44:23 45:5 45:8 45:10 45:11<br><br>what's(9) 5:23 10:20 23:20 37:7 37:25 43:8 43:23 45:2 45:23<br><br>whatever(5) 8:25 15:15 36:6 36:8 44:17<br>when(11) 19:7 20:11 24:19 28:14 31:25 33:3 33:20 33:25 34:13 42:8 44:10<br><br>whenever(2) 34:9 34:21<br>where(9) 5:18 5:22 7:24 9:2 15:21 20:5 20:7 30:9 45:19<br><br>whereupon(1) 54:3<br>whether(15) 11:18 13:24 13:25 13:25 16:1 16:6 22:19 25:15 29:10 31:5 32:14 32:15 40:15 42:20 44:3<br><br>which(18) 5:23 8:20 8:22 15:2 16:22 17:22 22:7 22:22 23:4 25:12 26:16 29:4 29:11 29:18 38:6 39:22 42:18 44:4<br><br>while(3) 14:17 37:23 39:1<br>who(6) 5:7 6:18 8:4 9:24 16:4 16:5<br>whole(5) 8:11 11:20 28:17 29:1 32:8<br>wholly(1) 11:16<br>whom(1) 10:18<br>why(8) 13:21 20:8 25:23 30:15 31:11 31:12 31:25 32:12<br><br>wilkie(1) 3:30 |
| their(17) 6:16 6:19 17:1 17:1 18:1 31:4 32:15 37:24 38:5 38:9 38:10 39:8 39:18 39:19 43:15 44:21 45:2 | | | | | | | |
| them(12) 8:16 11:1 11:8 16:25 22:14 32:22 35:15 35:18 36:23 38:3 40:18 41:3 | | | | | | | |
| then(23) 7:25 8:2 8:13 8:25 9:9 11:3 11:6 12:3 12:18 13:13 14:18 16:12 18:15 22:13 23:19 28:19 28:25 29:18 30:11 32:22 40:12 40:13 45:10 | | | | | | | |
| theory(4) 9:11 25:1 39:8 40:1 | | | | | | | |
| there(28) 7:12 7:14 8:7 8:7 8:10 9:3 9:23 10:19 11:7 12:24 15:19 16:12 17:5 17:10 18:11 22:10 24:1 25:22 25:23 27:18 27:20 27:25 29:6 36:18 36:15 41:15 45:9 45:12 | | | | | | | |
| there's(14) 8:25 10:18 10:24 14:25 15:7 15:8 15:23 18:6 18:15 24:2 28:7 30:1 40:5 40:10 | | | | | | | |
| therefore(2) 7:6 24:12 | | | | | | | |
| these(17) 6:3 11:1 11:1 15:24 15:24 16:5 18:2 22:8 23:24 24:18 24:20 25:7 25:11 27:23 29:22 34:18 34:19 34:20 | | | | | | | |
| they(33) 6:15 7:5 7:5 9:19 9:25 11:9 11:17 12:16 13:13 19:8 21:17 22:9 24:22 27:6 29:9 33:4 33:5 33:6 33:7 33:25 37:24 38:5 38:10 38:20 38:24 39:21 39:23 39:24 39:25 40:11 40:12 40:20 45:4 | | | | | | | |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **will**(36) 5:19  5:23  9:19  11:2  11:3  14:13 | | **your**(68) 5:9  5:11  5:15  5:15  5:18  5:23 | |

will(36) 5:19  5:23  9:19  11:2  11:3  14:13
14:15  15:3  16:25  17:23  18:9  23:12  23:14
23:21  28:14  31:7  31:12  32:16  34:9  35:19
38:2  38:6  38:24  38:25  40:11  40:18  40:22
41:17  42:3  42:21  42:23  43:13  44:2  44:8
44:16  45:10

**william**(1) 3:5
**wilmington**(8) 1:12  1:27  2:9  2:15  2:31
2:46  3:7  5:1

**win**(1) 34:7
**with**(54) 5:25  6:18  7:3  7:4  7:6  7:7  8:3
8:6  9:19  9:20  10:21  11:5  11:16  11:18
11:22  12:2  13:7  13:13  14:20  14:20  16:25
18:12  19:20  20:11  20:15  22:3  22:13  22:14
24:20  25:7  25:8  26:11  26:21  27:14  27:17
27:24  28:17  30:21  31:9  33:17  34:15  36:7
36:8  36:16  36:17  36:25  37:4  37:5  37:17
39:21  41:12  42:8  42:22  44:15

**withdraw**(16) 14:10  14:12  14:17  16:21
21:15  21:17  28:25  29:19  30:10  32:5  32:8
34:10  37:19  38:8  39:1  43:24

**withdrawal**(2) 13:24  44:9
**withdrawn**(2) 27:14  32:12
**within**(1) 22:5
**without**(2) 28:3  44:10
**witness**(1) 31:8
**won't**(1) 44:22
**wood**(1) 4:26
**work**(11) 7:3  7:6  9:20  9:20  9:22  11:3
16:8  16:25  17:2  31:7  42:22

**worked**(3) 7:7  9:24  28:17
**works**(3) 8:22  27:23  28:13
**would**(41) 6:15  7:4  14:19  14:20  14:20
14:25  16:13  18:8  18:12  18:16  18:19  21:2
21:8  21:10  21:17  25:6  25:10  26:3  26:13
26:15  26:17  27:17  28:19  29:8  29:9  29:11
31:20  32:22  33:23  34:8  34:18  34:20  37:4
37:21  38:22  39:4  40:17  42:10  42:15  44:24
45:18

**wouldn't**(1) 30:3
**wrangling**(1) 43:11
**wrote**(1) 25:11
**www.diazdata.com**(1) 1:43
**year**(2) 8:23  17:23
**years**(6) 6:13  25:13  36:3  37:6  43:17  44:12
**yes**(23) 5:9  5:11  5:25  6:7  6:11  8:17  10:11
12:21  13:20  14:23  18:7  27:3  32:10  35:9
35:12  37:10  37:11  37:15  41:2  41:5  41:11
42:6  42:15

**yet**(4) 9:24  25:25  36:11  36:15
**yoking**(1) 38:20
**york**(3) 1:34  2:22  2:39
**you**(86) 5:4  5:10  5:21  6:5  6:22  7:11  7:11
7:15  7:24  7:24  8:1  8:4  9:5  9:6  9:10  9:12
9:19  9:20  10:13  10:13  10:25  12:13  13:2
15:12  15:24  15:25  16:1  16:3  16:3  16:6
16:21  17:4  17:5  17:15  19:10  19:11  19:12
19:18  19:19  19:22  19:23  26:23  30:2  33:7
33:12  33:14  33:15  34:11  35:1  35:3  35:5
35:6  35:21  36:22  36:23  37:5  37:6  37:9
39:9  39:10  39:12  39:17  40:24  41:1  41:5
41:7  43:6  43:13  43:17  44:5  44:8  44:14
44:16  44:18  44:18  44:22  45:5  45:11  45:11
45:17  45:21  45:22  45:23  45:24  45:25  54:2

**you'll**(3) 7:3  18:24  44:22
**you're**(4) 7:3  9:5  41:14  44:7
**young**(1) 2:4

your(68) 5:9  5:11  5:15  5:15  5:18  5:23
5:24  6:5  6:9  7:2  9:17  10:3  10:4  12:18
13:7  13:13  15:14  15:15  15:15  16:13  17:13
18:12  18:16  18:20  19:2  19:8  19:11  19:15
19:24  20:10  20:15  20:25  21:5  21:12  22:12
23:12  24:3  24:16  25:10  26:7  26:12  28:11
29:12  31:24  32:13  33:7  34:2  34:23  35:5
35:7  35:10  35:15  35:21  36:20  37:1  37:11
39:2  39:4  39:13  39:16  40:14  41:1  41:3
42:23  43:6  45:21  45:25  54:2

**yourselves**(1) 44:8
**zero**(1) 30:13