
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Objection Deadline: March 20, 2015 at 4:00 p.m. (ET)** |

**NOTICE OF FILING CORRECTED COVER PAGE TO FIRST MONTHLY AND INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 17, 2014 THROUGH JANUARY 31, 2015**

PLEASE TAKE NOTICE that on February 27, 2015, the Official Committee of Unsecured Creditors (the "Committee") filed the *First Monthly and Interim Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from November 17, 2014 through January 31, 2015* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The cover page to the Application inadvertently reflected the incorrect compensation period. Accordingly, attached hereto as Exhibit A, is a corrected cover page to the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: March 3, 2015
      Wilmington, Delaware

                                        */s/ Christopher M. Samis*
                          Christopher M. Samis (No. 4909)
                          L. Katherine Good (No. 5101)
                          WHITEFORD, TAYLOR & PRESTON LLC
                          The Renaissance Centre
                          405 North King Street, Suite 500
                          Wilmington, Delaware 19801
                          Telephone: (302) 353-4144
                          Facsimile: (302) 661-7950

                          -and-

                          Fred S. Hodara, Esq.
                          AKIN GUMP STRAUSS HAUER & FELD LLP
                          One Bryant Park
                          New York, New York 10036
                          Telephone: (212) 872-1000
                          Facsimile: (212) 872-1002

                          Co-Counsel to the Official Committee of Unsecured
                          Creditors of Nortel Networks Inc., *et al.*