# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Objection Deadline: March 20, 2015 at 4:00 p.m.** |
| | ) **Hearing Date: TBD** |

## FIRST MONTHLY AND INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 17, 2014 THROUGH JANUARY 31, 2015

| | |
|---|---|
| Name of Applicant: | Whiteford, Taylor & Preston LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 13, 2015, *nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement are sought: | November 17, 2014 through January 31, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $54,080.40 (80% of $67,600.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $5,203.31 |

This is a(n): _X_ monthly   _X_ interim   ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).