John M. August
**SAIBER LLC**
18 Columbia Turnpike – Suite 200
Florham Park, New Jersey 07932
(973) 622-3333

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**WITHDRAWAL OF NOTICE OF APPEARANCE
AND DEMAND FOR NOTICE AND PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, (a) withdraws his notice of appearance and demand for notice and papers; and (b) requests that his name be withdrawn from the service list.

                Respectfully submitted,

                By:   John M. August
                      JOHN M. AUGUST

Dated:  March 3, 2015

01010042.DOC