# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.  
**CASE NO.:** 09-10138 / ADV: 11-53454 SNMP (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 2/27/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David H. Herrington | Cleary Gottlieb | Nortel Networks |
| Matthew Gurgel | Cleary Gottlieb | Nortel Networks Inc. |
| Aime Chapman | YCST | EMEA Debtors |
| Donna Culver | MNAT | Nortel Networks Inc. |
| Robert Johnson | Akin Gump | Official Comm Unsec. Creds |
| Chris Samis | Whiteford Taylor | (") |
| Norman Pernick | Cole Schotz | SNMP |
| David Dean | " | " |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Laura Hall | Allen & Overy | " |
| Paul Keller | " | " |
| William Sullivan | Sullivan Hazeltine McLinsa | Avaya, Inc |

# Court Conference

**Calendar Date:** 02/27/2015
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross (Nortel Trial Only)
### Courtroom

1st Revision 02/27/2015 08:45 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6770355 | Nick Bassett | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLI | Representing, Ad Hoc Group of Bondholders / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6771439 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6769224 | Justin Brass | (212) 843-1246 | Stone Lion Capital Partners | Interested Party, Stone Lion / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6774107 | Jeffrey Case | (865) 579-0527 | SNMP | Interested Party, SNMP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6774091 | Harvey G. Chaiton | (416) 218-1129 | Chaitons LLP | Interested Party, SNMP / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6770587 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6769870 | Weston T. Eguchi | (212) 728-8881 | Willkie Farr & Gallagher LLP | Creditor, The UK Pension Trust Ltd / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2012

Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6770023 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, Hughes Hubbard & Reed, LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6773418 | Shira A. Kaufman | (212) 225-2498 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6769062 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6771564 | Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Creditor, Canadian Creditors Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6769099 | Barbra Parlin | (212) 513-3200 | Holland & Knight LLP | Creditor, Avaya Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6771596 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6768837 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6774100 | John L. Wood | (865) 292-2503 | Egerton, McAfee, Armistead & Davis | Interested Party, SNMP / LIVE |