# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: <u>Nortel Networks Inc., ET AL.,</u>　　　　　　　　　　　　　　<u>Case No. 09-10138</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS III, LLC** | **Jack Morton Worldwide Inc** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS III, LLC
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last Four Digits of Acct #: <u>N/A</u>

Court Claim # (if known): N/A
Amount of Claim: **$35,608.67**
Date Claim Filed: N/A

Phone: <u>N/A</u>
Last Four Digits of Acct. #: <u>N/A</u>

Name and Current Address of Transferor:

Jack Morton Worldwide Inc
909 3rd Ave Unit 7
New York, NY 10150-2001

919 Third Avenue, 14th Floor
New York, NY 10022-3902

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: <u>/s/Michael Goldberg</u>　　　　　　　　　　　　　　Date: <u>3/4/2015</u>
　　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: Nortel Networks Inc., ("Debtor"), Case No. 09-10138)

Schedule # (if known): 100754930

**JACK MORTON WORLDWIDE INC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS III, LLC**
80 Business Park Drive
Suite 208
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$35,608.67** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 4, 2015.

ASSIGNOR: Jack Morton Worldwide, Inc.
Signature: 
Name: William Davies
Title: Chief Operating Officer
Date: March 4, 2015

ASSIGNEE: Sonar Credit Partners III, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member
Signature: 
Name: Michael Goldberg
Title: President
Date: 3/4/2015

In re **NORTEL NETWORKS INC.**  Case No. 09-10138
Debtor  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 466318 JACK MORTON WORLDWIDE INC 14 TH FLOOR NEW YORK, NY 10022-3902 | | | TRADE PAYABLE | | | | $35,608.67 |
| ACCOUNT NO. JACK TOWNSEND III 139 DAN MOODY TR GEORGETOWN, TX 78633 | | | RESTORATION PLAN | | X | | UNKNOWN |
| ACCOUNT NO. 465602 JACKSON LEWIS LLP PO BOX 34973 NEWARK, NJ 07189-4973 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 466177 JADELIQUID SOFTWARE PTY LTD LEVEL 2 147 MACQUARIE ST HOBART, TAS 7000 AUSTRALIA | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. JAG MOHAN SHARMA 113 COUNCIL GAP COURT CARY, NC 27513 | | | DEFERRED COMPENSATION | | X | | $174,479.11 |
| ACCOUNT NO. JAGDISH DASSANI 5317 WOOD VALLEY DRIVE RALEIGH, NC 27613 | | | DEFERRED COMPENSATION | | X | | $155,118.62 |
| ACCOUNT NO. JAGDISH PATEL 4413 LAIRD CIRCLE SANTA CLARA, CA 95054 | | | DEFERRED COMPENSATION | | X | | $23,659.70 |
| ACCOUNT NO. JAIME HERNANDEZ 7458 S LAFAYETTE CIRCLE E CENTENNIAL, CO 80122 | | | RESTORATION PLAN | X | X | | UNKNOWN |
| ACCOUNT NO. JAMES AVERETT 3519-B HWY 96 OXFORD, NC 27565 | | | LTIP RESTORATION PLAN | X | X | | $50.82 |
| ACCOUNT NO. JAMES B KINNEY P.O. BOX 3165 INUVIK X0E0T0 CANADA | | | RESTORATION PLAN | X | X | | UNKNOWN |

Sheet no. 325 of 527 sheet(s) attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $388,916.92



epiq debtorMatrix
SYSTEMS

Sign In

Home  Claims  Docket  Key Documents  Service List  Cross-Case Search

Nortel Networks Inc. (change...)

**General Criteria**

Select Scope: Claims and Schedules
Claim No(s):
Schedule No(s):
Creditor Name: jack morton
Creditor Name and Address?: Select
Debtor(s):
Docket No(s):
Amount:
Date Range:
Results per page: 25

Reset  Search

Page 1 of 1 (2 items)

| | Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value |
|---|---|---|---|---|---|
| | | 100754940 | JACK MORTON WORLDWIDE INC | | Schedule G  No Image |

**Creditor Address:**
14 TH FLOOR, 919 THIRD AVENUE
NEW YORK, NY 10022-3902

**Amounts:**
**Remarks:**

**Debtor:**
09-10138 Nortel Networks Inc.

| | | 100754930 | JACK MORTON WORLDWIDE INC | | $35,608.67  No Image |

**Creditor Address:**
909 3RD AVE UNIT 7
NEW YORK, NY 10150-2001

**Amounts:**
Scheduled Unsecured: $35,608.67
**Remarks:**

**Debtor:**
09-10138 Nortel Networks Inc.

Page 1 of 1 (2 items)

About Epiq »      Solutions »           Who We Serve »    Subscribe »
Epiq Difference » eDiscovery »          Law Firms »        Forms »
Offices »         Document Review »     Corporations »
Leadership »      Bankruptcy »          Advisory Firms »
                  Class Action »        Government Agencies »
                                        Trustees & Fiduciaries »

Available on the App Store    Get it on Google play

Follow »   Like »   Connect »   RSS Feeds »

epiq
SYSTEMS