# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 15164] | 12/1/14 - 12/31/14 | CDN$44,734.00 (Fees)  CDN$2,065.09 (Expenses) | CDN$35,787.20 (Fees @ 80%)  CDN$2,065.09 (Expenses @ 100%) | 02/09/15 | 03/02/15 |