IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                        )
                                              )   Chapter 11
Nortel Networks Inc., *et al.*,               )
                                              )   Case No. 09-10138 (KG)
              Debtors.                        )
                                              )   Jointly Administered

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        :
                         : SS.
NEW CASTLE COUNTY        :

Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that he is employed as a Partner for the law firm of Whiteford, Taylor & Preston LLC, and that on the 27th day of February, 2015, he caused the following document to be served on the parties on the attached Service List in the manner indicated:

- Notice of First Monthly and Interim Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from November 17, 2014 through January 31, 2015. (D.I. No. 15264)

Dated: March 6, 2015                         WHITEFORD, TAYLOR & PRESTON LLC

                                             _____
                                             Christopher M. Samis (#4909)
                                             The Renaissance Centre
                                             405 North King Street, Suite 500
                                             Wilmington, DE 19801
                                             Telephone: (302) 357-3266
                                             Facsimile: (302) 357-3288
                                             Email: csamis@wtplaw.com

SWORN TO AND SUBSCRIBED before
me this 6th day of March 2015

*Lou Anne S. Smeltzer*
Notary Public
**Lou Anne S. Smeltzer**
**NOTARY PUBLIC**
**State of Delaware**
My Commission Expires June 30, 2015

# NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)
### SERVICE LIST

**VIA HAND DELIVERY**

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA HAND DELIVERY AND E-MAIL**

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: Mark.Kenney@usdoj.gov

**VIA FIRST CLASS MAIL**

*(Debtors)*
Nortel Networks, Inc
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**VIA FIRST CLASS MAIL AND E-MAIL**

*(Fee Examiner)*
Judith Scarborough
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806
E-mail: jscarborough@mastersidlow.com