# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of January 1, 2015 through January 31, 2015 | $ 280,126.00 | $ 607.71 | $ 280,733.71 |

Exhibit C      Page 1 of 1