# Exhibit D

## The Mergis Group
### Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include,  operating budget oversight, cash management, general accounting and controls, tax, information technology, human resources, and real estate management.  Employee Benefits and Pension Investment Committee member. | 159.75 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, treasury systems management and oversight, accounts receivable, lease and real estate billing, bank | 167.50 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 127.00 |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 167.50 |
| Elizabeth Smith | Non-Officer | Associate - General accounting for employee related liabilities, benefit plan vendor contract oversight, benefit plan termination, plan regulatory oversight and reporting, and  Pension Investment Committee member. | 97.75 |
| Gary L. Storr | Non-Officer | Associate - Information technology systems & support, IT vendor contract management, data and document retention governance & maintenance ,finance systems administration & controls,  and data extraction & analysis. | 29.50 |

| | | | |
|---|---|---|---|
| **Hours for the period of  January 1, 2015 through January 31, 2015** | | | **749.00** |
| Billing Rate | | $ | 374.00 |
| **Fees for the period of January 1, 2015 through January 31, 2015** | | | **$  280,126.00** |