# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| **Bankruptcy Reporting** | | | | |
| | 1/15/2015 | William D. Cozart | Prepare consolidation for December MOR. | 1.00 |
| | 1/16/2015 | William D. Cozart | Prepare December MOR. | 1.50 |
| | 1/19/2015 | Timothy C. Ross | Analyzed and prepared Debtors disbursement detail for the US Trustee Report - Q4 2014. | 2.00 |
| | 1/19/2015 | Timothy C. Ross | Received, reviewed and responded to Debtors bankruptcy reporting matters - RE: Insurance Coverage for December MOR. | 0.50 |
| | 1/19/2015 | William D. Cozart | Prepare December MOR. | 2.50 |
| | 1/20/2015 | Timothy C. Ross | Reviewed and authorized the release of the Debtors monthly operating report - RE: December 2014. | 1.00 |
| | 1/20/2015 | Timothy C. Ross | Reviewed and authorized the release of the Debtors US Trustee report and payment - RE: Q4 2014. | 0.50 |
| | 1/20/2015 | William D. Cozart | Meeting with T. Ross re: Review of December MOR. | 0.50 |
| | 1/20/2015 | William D. Cozart | Prepare December MOR. | 1.00 |
| | 1/22/2015 | William D. Cozart | Prepare December 2014 Form 26. | 2.50 |
| | 1/23/2015 | William D. Cozart | Prepare December 2014 Form 26. | 5.50 |
| | 1/27/2015 | Timothy C. Ross | Reviewed and authorized Form 26 - Q42014. | 1.00 |
| | 1/27/2015 | William D. Cozart | Meeting with T. Ross to review December Form 26. | 0.50 |
| **Bankruptcy Reporting Total** | | | | **20.00** |
| **Cash Management** | | | | |
| | 1/6/2015 | Timothy C. Ross | Performed 2015 required user banking system maintenance. | 1.00 |
| | 1/6/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 1.00 |
| | 1/6/2015 | Timothy C. Ross | Worked Debtors 2015+ Financials Budget - RE: Cash Receipts & Disbursements. | 2.00 |
| | 1/7/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 1/7/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 01/09/2015 payment proposal. | 2.50 |
| | 1/7/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| | 1/8/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 1/9/2015 payment proposal. | 2.50 |
| | 1/9/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| | 1/12/2015 | Timothy C. Ross | Received, reviewed, and authorized management invoices - RE: December 2015. | 0.50 |
| | 1/12/2015 | Timothy C. Ross | Reviewed, authorized, and released disbursements | 0.50 |
| | 1/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors banking matters - RE: Escrow Bank Statements. | 0.50 |
| | 1/13/2015 | Kim Ponder | FCB and VEBA deposits. | 0.75 |
| | 1/13/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| | 1/14/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 1/14/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/14/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 01/16/2015 payment proposal. | 2.50 |
| | 1/15/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 1/15/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| | 1/15/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 1/16/2015 payment proposal. | 3.00 |
| | 1/16/2015 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results - RE: December 2014 . | 3.00 |
| | 1/19/2015 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results - RE: December 2014 (completed work started on 1/16/2015). | 6.00 |
| | 1/20/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| | 1/20/2015 | Timothy C. Ross | Worked Debtors cash management matters re investments | 1.00 |
| | 1/21/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 1/21/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 01/22/2015 payment proposal. | 2.50 |
| | 1/22/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 1/22/2015 | Timothy C. Ross | Follow-up with Wilmington Trust (S. Wyant) -RE: investments | 1.00 |
| | 1/22/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| | 1/22/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 1/22/15 Payment Proposal. | 3.00 |
| | 1/26/2015 | Timothy C. Ross | Received, reviewed, and authorized Debtors bank deposits. | 0.50 |
| | 1/27/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| | 1/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| | 1/28/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| | 1/28/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 01/29/2015 payment proposal. | 3.00 |
| | 1/29/2015 | Timothy C. Ross | Worked Debtors cash management matters - RE: investments | 1.00 |
| | 1/29/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 1/29 payment proposal. | 3.00 |
| | 1/30/2015 | Timothy C. Ross | Received, reviewed, and authorized Debtors bank deposits. | 0.50 |
| | 1/30/2015 | Timothy C. Ross | Reviewed, authorized, and released disbursements - RE: January 2015. | 1.00 |
| **Cash Management Total** | | | | **50.75** |

**Claims Administration**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/8/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims matter | 0.50 |
| | 1/14/2015 | Timothy C. Ross | Received, researched, and responded to Debtors claim matter | 0.50 |
| | 1/20/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) - RE: Claims work streams. | 0.50 |
| | 1/21/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) - RE: Claims work streams follow-up. | 0.50 |
| | 1/23/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims matters | 1.00 |
| | 1/27/2015 | Timothy C. Ross | Worked Debtors claims matters | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/28/2015 | William D. Cozart | Research re: Claims documentation. | 3.00 |
| | 1/29/2015 | Kim Ponder | Prepared for financial statement review meeting. | 4.50 |
| | 1/30/2015 | Kim Ponder | Prepared for financial statement review meeting. | 7.50 |
| **Claims Administration Total** | | | | **19.00** |
| **Compensation Application** | | | | |
| | 1/2/2015 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/2/2015 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/2/2015 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/5/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: November 2014 report. | 2.00 |
| | 1/8/2015 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/9/2015 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/9/2015 | Timothy C. Ross | Meeting with Randstad (L. Dubois) - RE: Randstad 2015 Rates. | 0.50 |
| | 1/16/2015 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/16/2015 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/22/2015 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/23/2015 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/23/2015 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/23/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: December 2014. | 3.00 |
| | 1/23/2015 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/30/2015 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/30/2015 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| | 1/30/2015 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | 0.50 |
| **Compensation Application Total** | | | | **12.50** |
| **Discovery** | | | | |
| | 1/5/2015 | Gary L. Storr | Performed research regarding litigation issues. | 0.75 |
| | 1/5/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matters | 1.00 |
| | 1/6/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matters - RE: Nortel: Update re Cost-Sharing With Other Nortel Debtors. | 1.00 |
| | 1/6/2015 | Timothy C. Ross | Received, reviewed and actioned Debtors discovery matters - RE: Third Party Subpoena | 0.50 |
| | 1/8/2015 | Timothy C. Ross | Conference call with Benesch (J. Hoover) - RE: Third Party Subpoena | 0.50 |
| | 1/9/2015 | Timothy C. Ross | Worked Debtors discovery matters - RE: Third Party Subpoena | 1.00 |
| | 1/12/2015 | Timothy C. Ross | Worked Debtors discovery matters - RE: Third Party Subpoena | 1.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/19/2015 | Timothy C. Ross | Worked Debtors discovery matters - RE: Cost-Sharing With Other Nortel Debtors. | 1.00 |
| | 1/21/2015 | Timothy C. Ross | Received, reviewed, and executed Debtors discovery matters | 1.00 |
| | 1/23/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors litigation matters | 0.50 |
| | 1/26/2015 | Timothy C. Ross | Received and reviewed materials in preparation for conference call with CGSH - RE: claims litigation | 1.00 |
| | 1/27/2015 | Deborah M. Parker | Work on claims litigaiton per CGSH | 1.50 |
| | 1/27/2015 | Timothy C. Ross | Conference call with CGSH (P. Cantwell, M. Gurgel, M. Gianis) - RE: claims litigation | 0.50 |
| | 1/27/2015 | Timothy C. Ross | Compiled and communicated actions to staff from CGSH call - RE: claims litigaiton | 1.00 |
| | 1/30/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification | 0.50 |
| **Discovery Total** | | | | **12.75** |

**Electronic Data and Document Preservation**

| | 1/13/2015 | Timothy C. Ross | Worked foreign branch document retention matters | 0.50 |
|---|---|---|---|---|
| | 1/21/2015 | Timothy C. Ross | Worked Debtors foreign branch matters | 0.50 |
| | 1/28/2015 | Timothy C. Ross | Worked Debtors data retention matter | 1.00 |
| **Electronic Data and Document Preservation Total** | | | | **2.00** |

**Entity Liquidation and Wind Down**

| | 1/6/2015 | Timothy C. Ross | Received, reviewed, and responded to entity professional matters | 0.50 |
|---|---|---|---|---|
| | 1/7/2015 | Timothy C. Ross | Worked entity liquidation matters | 1.00 |
| | 1/13/2015 | Timothy C. Ross | Worked Debtors entity liquidation and wind down matters | 1.00 |
| | 1/20/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign subsidiary matter | 1.00 |
| | 1/23/2015 | Timothy C. Ross | Worked entity liquidation matters | 1.00 |
| | 1/26/2015 | Timothy C. Ross | Follow-up on entity liquidation matter | 0.50 |
| | 1/26/2015 | Timothy C. Ross | Received, reviewed, and responded regarding entity wind down matter | 0.50 |
| | 1/26/2015 | Timothy C. Ross | Worked entity wind down matters | 0.50 |
| | 1/27/2015 | Timothy C. Ross | Worked foreign branch liquidation and wind down matter | 1.00 |
| | 1/27/2015 | Timothy C. Ross | Worked entity invoicing issue. | 0.50 |
| | 1/28/2015 | Timothy C. Ross | Conference call with A. Stout and CGSH (K. Hailey and R. Eckenrod) - RE: entity liquidation matters | 0.50 |
| | 1/29/2015 | Timothy C. Ross | Worked follow-up actions from 1/28 conference call with A. Stout and CGSH (R. Eckenrod) | 1.00 |
| | 1/29/2015 | Timothy C. Ross | Conference call with CGSH (K. Hailey, R. Eckenrod, and R. Reeb) - RE: Foreign entity liquidation and wind down status call. | 0.75 |
| | 1/29/2015 | Timothy C. Ross | Worked various entity wind down matters in preparation for CGSH call. | 1.00 |
| | 1/30/2015 | Timothy C. Ross | Worked entity wind down matters | 0.50 |
| | 1/30/2015 | Timothy C. Ross | Reviewed and authorized entity processional fee and expense reimbursements | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | | **12.25** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| **Finance and General Accounting** | | | | |
| | 1/2/2015 | Kim Ponder | Month end close. | 7.00 |
| | 1/2/2015 | William D. Cozart | Process cash receipts. | 0.50 |
| | 1/2/2015 | William D. Cozart | Prepare December bank reconciliations. | 5.50 |
| | 1/2/2015 | William D. Cozart | Prepare bank files for 2015 data. | 1.50 |
| | 1/5/2015 | Kim Ponder | Received, researched and responded to FedEx inquiry. | 0.50 |
| | 1/5/2015 | Kim Ponder | Month end close. | 6.25 |
| | 1/5/2015 | Kim Ponder | Coordination of communications regarding indemnity requests. | 0.75 |
| | 1/5/2015 | Kim Ponder | Received, researched and responded to Manpower inquiry. | 0.50 |
| | 1/5/2015 | Timothy C. Ross | Reviewed and authorized staffing time submission - RE: 12/22/2014 through 01/04/15. | 1.00 |
| | 1/5/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: December 2014 (Year end). | 3.00 |
| | 1/5/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/5/2015 | William D. Cozart | Prepare bank reconciliations. | 5.50 |
| | 1/5/2015 | William D. Cozart | Update 2014 daily cash file for 2014 FBAR. | 0.50 |
| | 1/5/2015 | William D. Cozart | Perform bank account user maintenance. | 0.50 |
| | 1/5/2015 | William D. Cozart | Set up vendors in QuickBooks. | 0.50 |
| | 1/6/2015 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | 0.50 |
| | 1/6/2015 | Kim Ponder | Received and responded to request for data re: IT transition. | 0.75 |
| | 1/6/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.25 |
| | 1/6/2015 | Kim Ponder | Month end close. | 6.00 |
| | 1/6/2015 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission. | 0.50 |
| | 1/6/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/6/2015 | William D. Cozart | Prepare bank reconciliations. | 3.00 |
| | 1/6/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: Government reports. | 2.50 |
| | 1/6/2015 | William D. Cozart | Prepare account reconciliations for December. | 2.00 |
| | 1/7/2015 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | 3.50 |
| | 1/7/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal, cash summary and bank transfer. | 1.50 |
| | 1/7/2015 | Kim Ponder | Month end close. | 5.00 |
| | 1/7/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: December 2014 (Year end). | 3.00 |
| | 1/7/2015 | William D. Cozart | Prepare bank reconciliations. | 2.50 |
| | 1/7/2015 | William D. Cozart | Prepare account reconciliations for December. | 2.00 |
| | 1/7/2015 | William D. Cozart | Prepare billings for January. | 0.50 |
| | 1/7/2015 | William D. Cozart | Prepare Government reports. | 2.00 |
| | 1/8/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 1.50 |
| | 1/8/2015 | Kim Ponder | Received and responded to request for prior year payroll data. | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/8/2015 | Kim Ponder | Month end close. | 6.00 |
| | 1/8/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: December 2014 (Year end). | 2.00 |
| | 1/8/2015 | William D. Cozart | Process cash receipts. | 1.00 |
| | 1/8/2015 | William D. Cozart | Prepare data for FBAR reporting. | 4.50 |
| | 1/8/2015 | William D. Cozart | Prepare government reports. | 2.50 |
| | 1/9/2015 | Kim Ponder | Processed intercompany billing. | 0.25 |
| | 1/9/2015 | Kim Ponder | Month end close. | 6.75 |
| | 1/9/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/9/2015 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission. | 0.50 |
| | 1/9/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: December 2014 (Year end). | 2.00 |
| | 1/9/2015 | William D. Cozart | Prepare data for FBAR reporting. | 2.50 |
| | 1/9/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 1/9/2015 | William D. Cozart | Teleconference with bank regarding account closure and statement delivery. | 0.50 |
| | 1/9/2015 | William D. Cozart | Prepare correspondence re: bank statement delivery. | 0.50 |
| | 1/9/2015 | William D. Cozart | Prepare bank reconciliations. | 1.00 |
| | 1/9/2015 | William D. Cozart | Set up vendor in QuickBooks. | 0.50 |
| | 1/9/2015 | William D. Cozart | Preparation of December MOR. | 2.00 |
| | 1/12/2015 | Elizabeth Smith | Prepared month-end journal entries, schedules, and reconciliations. | 2.00 |
| | 1/12/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 3.00 |
| | 1/12/2015 | Kim Ponder | Intercompany invoice processing. | 1.00 |
| | 1/12/2015 | Kim Ponder | Month end close. | 3.50 |
| | 1/12/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: December 2014 (Year end). | 2.50 |
| | 1/12/2015 | William D. Cozart | Prepare Billings for January 2015. | 1.50 |
| | 1/12/2015 | William D. Cozart | Prepare Billings for December 2014. | 1.50 |
| | 1/12/2015 | William D. Cozart | Prepare data for FBAR reporting. | 3.00 |
| | 1/12/2015 | William D. Cozart | Prepare government reports. | 2.00 |
| | 1/13/2015 | Elizabeth Smith | Prepared month end journal entries, schedules, and reconciliations. | 1.50 |
| | 1/13/2015 | Kim Ponder | Month end close. | 4.00 |
| | 1/13/2015 | Kim Ponder | Document retention. | 3.25 |
| | 1/13/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: December 2014 (Year end). | 3.00 |
| | 1/13/2015 | William D. Cozart | Prepare reconciliations for December. | 5.50 |
| | 1/13/2015 | William D. Cozart | Record deposits. | 0.50 |
| | 1/13/2015 | William D. Cozart | Prepare bank reconciliations. | 1.50 |
| | 1/13/2015 | William D. Cozart | Record Home Currency Adjustment for Foreign denominated bank accounts. | 0.50 |
| | 1/14/2015 | Kim Ponder | Normal course payables - draft payment proposal and cash summary report. | 1.50 |
| | 1/14/2015 | Kim Ponder | Month end close. | 3.00 |
| | 1/14/2015 | Kim Ponder | General ledger reconciliations. | 3.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/14/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: December 2014 (Year end). | 2.00 |
| | 1/14/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: Government reporting. | 1.00 |
| | 1/14/2015 | William D. Cozart | Prepare reconciliations for December. | 1.50 |
| | 1/15/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 2.00 |
| | 1/15/2015 | Kim Ponder | Prepared communication to Manpower. | 0.50 |
| | 1/15/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 2.00 |
| | 1/15/2015 | Kim Ponder | Various email and follow up on open issues. | 1.25 |
| | 1/15/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/15/2015 | William D. Cozart | Close December in QuickBooks and prepare reports. | 5.00 |
| | 1/16/2015 | Kim Ponder | Year end regulatory reporting. | 7.50 |
| | 1/16/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations - RE: December 2014. | 3.00 |
| | 1/16/2015 | William D. Cozart | Prepare billings for February. | 2.00 |
| | 1/16/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 1/19/2015 | Kim Ponder | Normal course payables - draft Q4 2014 US Trustee fee calculation. | 2.00 |
| | 1/19/2015 | Kim Ponder | Received and responded to Manpower inquiry. | 0.50 |
| | 1/19/2015 | Kim Ponder | Year end GL reconciliations. | 5.00 |
| | 1/19/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| | 1/20/2015 | Kim Ponder | Received, researched and responded to inquiries re: entity matters. | 1.00 |
| | 1/20/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.00 |
| | 1/20/2015 | Kim Ponder | Year end GL reconciliations. | 5.00 |
| | 1/20/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors intercompany matters | 1.00 |
| | 1/21/2015 | Elizabeth Smith | Met with Kim Ponder regarding accounting transition. | 1.00 |
| | 1/21/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary report. | 1.50 |
| | 1/21/2015 | Kim Ponder | Transition discussions with E Smith. | 4.00 |
| | 1/21/2015 | Kim Ponder | Scanning and retention of bank statements. | 1.50 |
| | 1/21/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/22/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 2.50 |
| | 1/22/2015 | Kim Ponder | Received, researched and responded to Iron Mountain communication. | 1.00 |
| | 1/22/2015 | Kim Ponder | QB vendor master file maintenance. | 1.00 |
| | 1/22/2015 | Kim Ponder | Intercompany payment requests processing. | 0.50 |
| | 1/22/2015 | Kim Ponder | Various email and open matter follow up. | 2.50 |
| | 1/22/2015 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission. | 0.50 |
| | 1/22/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/23/2015 | Kim Ponder | Received, researched and responded to inquiries re: vendor payments. | 1.50 |
| | 1/23/2015 | Kim Ponder | Reconciled and recorded Energy credits. | 1.00 |
| | 1/23/2015 | Kim Ponder | Normal course payables - invoice processing. | 1.00 |
| | 1/23/2015 | Kim Ponder | Regulatory reporting. | 4.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/23/2015 | Timothy C. Ross | Received, reviewed, and authorized QuickBooks vendor maintenance requests. | 1.00 |
| | 1/23/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/23/2015 | William D. Cozart | Set up vendor in QuickBooks. | 0.50 |
| | 1/26/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 0.75 |
| | 1/26/2015 | Kim Ponder | 2014 regulatory reporting. | 4.00 |
| | 1/26/2015 | Kim Ponder | Reconciliation of quarterly fee applications to Fee Examiner reports. | 3.00 |
| | 1/26/2015 | William D. Cozart | Prepare billings for January 2015. | 0.50 |
| | 1/26/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/27/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 1.50 |
| | 1/27/2015 | Kim Ponder | Received request and researched pre-filing payments. | 1.50 |
| | 1/27/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: Intercompany Receivables. | 1.00 |
| | 1/28/2015 | Kim Ponder | Conference call and correspondence with Verizon. | 1.25 |
| | 1/28/2015 | Kim Ponder | 2014 regulatory reporting. | 5.00 |
| | 1/28/2015 | Kim Ponder | Transmission of Q4 US Trustee fee package. | 0.50 |
| | 1/28/2015 | Timothy C. Ross | Reviewed and authorized Debtors account reconciliations - RE: December 2014. | 2.50 |
| | 1/28/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 1/29/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 3.50 |
| | 1/29/2015 | Timothy C. Ross | Reviewed and authorized Debtors account reconciliations - RE: December 2014. | 2.50 |
| | 1/29/2015 | William D. Cozart | Record Cash Receipts. | 1.00 |
| | 1/30/2015 | Timothy C. Ross | Reviewed and authorized account reconciliations - RE: December 2014. | 1.50 |
| **Finance and General Accounting Total** | | | | **257.50** |

**Human Resources**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/2/2015 | Kim Ponder | Received, researched and responded to garnishment request. | 0.50 |
| | 1/5/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.00 |
| | 1/5/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit inquiry). | 5.50 |
| | 1/5/2015 | Elizabeth Smith | Researched benefit plan data. | 2.50 |
| | 1/5/2015 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 0.50 |
| | 1/5/2015 | Elizabeth Smith | Prepared pension transition documentation. | 1.50 |
| | 1/6/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.50 |
| | 1/6/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing, real estate inquiry). | 3.00 |
| | 1/6/2015 | Elizabeth Smith | Prepared pension transition documentation. | 1.75 |
| | 1/6/2015 | Elizabeth Smith | Researched benefit plan claim issues. | 2.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/7/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 1/7/2015 | Deborah M. Parker | Misc. HR activities -(e.g. benefit inquiry, filing). | 0.75 |
| | 1/7/2015 | Elizabeth Smith | Researched benefit plan claim issues. | 1.00 |
| | 1/7/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors HR wind down staffing transition matters. | 0.50 |
| | 1/8/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 1/8/2015 | Deborah M. Parker | Conference Call with J. Hoover, T. Ross and A. Lane. | 0.50 |
| | 1/8/2015 | Deborah M. Parker | Misc. HR activities -(e.g. IM files, DWD request, claims inquiries/research). | 2.00 |
| | 1/8/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 3.25 |
| | 1/8/2015 | Elizabeth Smith | Prepared transition documentation. | 1.00 |
| | 1/9/2015 | Elizabeth Smith | Prepared transition documentation. | 1.00 |
| | 1/9/2015 | Timothy C. Ross | Received, reviewed, and executed former employee benefit matter - RE: Nortel - former employee letter. | 0.50 |
| | 1/12/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 1/12/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, vendor query). | 5.00 |
| | 1/12/2015 | Elizabeth Smith | Researched benefit plan claim issues. | 0.50 |
| | 1/12/2015 | Elizabeth Smith | Prepared 2014 VEBA 5500. | 2.50 |
| | 1/13/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 1/13/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, prepare docs for J. Hoover, OSIP). | 6.00 |
| | 1/13/2015 | Elizabeth Smith | Researched benefit plan claim data. | 2.50 |
| | 1/13/2015 | Elizabeth Smith | Prepared 2014 VEBA 5500. | 0.75 |
| | 1/14/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.75 |
| | 1/14/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing). | 6.75 |
| | 1/14/2015 | Elizabeth Smith | Researched benefit plan claim data. | 5.00 |
| | 1/14/2015 | Timothy C. Ross | Reviewed and authorized Debtors deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| | 1/15/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.75 |
| | 1/15/2015 | Deborah M. Parker | Compensation application preparation - re. update time keeping records. | 0.50 |
| | 1/15/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files). | 6.25 |
| | 1/15/2015 | Elizabeth Smith | Prepared 2014 VEBA 5500. | 3.50 |
| | 1/16/2015 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | 1.00 |
| | 1/16/2015 | Elizabeth Smith | Prepared 2014 VEBA 5500. | 4.00 |
| | 1/19/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.75 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/19/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing). | 6.75 |
| | 1/19/2015 | Elizabeth Smith | Researched benefit plan claim data. | 4.00 |
| | 1/20/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.00 |
| | 1/20/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 3.00 |
| | 1/20/2015 | Deborah M. Parker | Mtg. with E. Smith and K. Schultea re: NQ. | 1.00 |
| | 1/20/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit inquiry). | 2.00 |
| | 1/20/2015 | Elizabeth Smith | Researched benefit plan claim claims. | 2.00 |
| | 1/20/2015 | Elizabeth Smith | Met with David Cozart regarding 5500 transition. | 2.00 |
| | 1/20/2015 | Elizabeth Smith | Met with Kathy Schultea and Deb Parker regarding Non-Qualified Pension claims. | 1.00 |
| | 1/20/2015 | Elizabeth Smith | Prepared transition documentation. | 2.50 |
| | 1/20/2015 | Timothy C. Ross | Reviewed and authorized Debtors refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| | 1/20/2015 | William D. Cozart | Benefits accounting transition. | 1.50 |
| | 1/21/2015 | Deborah M. Parker | Mtg. T. Ross and E. Smith re: employee issue | 1.00 |
| | 1/21/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR transition, IM requests. | 11.00 |
| | 1/21/2015 | Elizabeth Smith | Met with Tim Ross, Deb Parker, and Kim Ponder regarding employee issue | 1.00 |
| | 1/21/2015 | Elizabeth Smith | Meeting with Tim Ross and David Cozart regarding transition. | 1.00 |
| | 1/21/2015 | Elizabeth Smith | Met with David Cozart regarding transition. | 1.00 |
| | 1/21/2015 | Elizabeth Smith | Researched non-qualified pension claims. | 3.50 |
| | 1/21/2015 | Elizabeth Smith | HR transition work. | 1.00 |
| | 1/21/2015 | Timothy C. Ross | Meeting with Elizabeth Smith, Deborah Woods, and Kim Ponder - RE: employee issue | 1.00 |
| | 1/21/2015 | Timothy C. Ross | Meeting with Elizabeth Smith - RE:Transition. | 1.00 |
| | 1/21/2015 | William D. Cozart | Meeting with E. Smith re: Benefits accounting transition. | 1.50 |
| | 1/21/2015 | William D. Cozart | Meeting with E. Smith and T. Ross re: transition | 0.50 |
| | 1/22/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research). | 2.00 |
| | 1/22/2015 | Elizabeth Smith | Performed LTIP administrative duties. | 1.00 |
| | 1/22/2015 | Elizabeth Smith | Researched benefit plan claims. | 3.50 |
| | 1/22/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors human resources wind down matters | 1.00 |
| | 1/23/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research). | 3.50 |
| | 1/23/2015 | Elizabeth Smith | Researched benefit plan claims. | 4.00 |
| | 1/26/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, OSIP). | 7.50 |
| | 1/26/2015 | Elizabeth Smith | Researched benefit plan claims. | 3.50 |
| | 1/26/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors benefit wind down matters | 0.50 |
| | 1/27/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 3.00 |
| | 1/27/2015 | Deborah M. Parker | Call with Mercer and E. Smith | 0.75 |
| | 1/27/2015 | Deborah M. Parker | Call with K. Schultea and E. Smith | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/27/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, RDS, HR transition, benefit inquiry). | 2.25 |
| | 1/27/2015 | Elizabeth Smith | Attended conference call with Mercer and Deb Parker re:  benefit plan claim research. | 0.75 |
| | 1/27/2015 | Elizabeth Smith | Attended conference call with Kathy Schultea and Deb Parker re:  benefit plan claim research. | 1.00 |
| | 1/27/2015 | Elizabeth Smith | Performed benefit plan claim research. | 4.25 |
| | 1/28/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing, RDS, wind down activities). | 6.50 |
| | 1/28/2015 | Elizabeth Smith | Transitioned HR work. | 4.75 |
| | 1/28/2015 | Timothy C. Ross | Received, reviewed, and authorized refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| | 1/28/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit wind down matters | 0.50 |
| | 1/28/2015 | William D. Cozart | Research re: benefit plan items. | 1.00 |
| | 1/29/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | 0.75 |
| | 1/29/2015 | Deborah M. Parker | Mtg. Cleary, E. Smith, K. Schultea, M. Cilia and Mercer. | 1.00 |
| | 1/29/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, benefit inquiry). | 4.75 |
| | 1/29/2015 | Elizabeth Smith | Conference call with Cleary, Mercer, Kathy Schultea, Mary Cilia, and Deb Parker re:  benefit plan claims. | 1.00 |
| | 1/29/2015 | Elizabeth Smith | Prepared 2014 LTIP 5500. | 5.00 |
| | 1/29/2015 | Elizabeth Smith | Transitioned HR work. | 1.00 |
| | 1/30/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | 1.00 |
| | 1/30/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, benefit inquiry). | 3.00 |
| | 1/30/2015 | Elizabeth Smith | Transitioned HR work. | 6.00 |
| | 1/30/2015 | Gary L. Storr | Correspondence regarding resignation. | 0.25 |
| | 1/30/2015 | William D. Cozart | Meeting with E. Smith re: Transition of duties. | 1.00 |
| **Human Resources Total** | | | | **210.50** |

**Information Technology Operations**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/5/2015 | Gary L. Storr | Performed Data Center Health Check. | 1.00 |
| | 1/5/2015 | Gary L. Storr | Updated QuickBooks server to accommodate backup printer. | 0.25 |
| | 1/5/2015 | Gary L. Storr | Updated Bank Balance spreadsheet for 2015 processing. | 0.75 |
| | 1/5/2015 | Gary L. Storr | Corrected issue on 2015 Employee tracking Spreadsheet. | 0.25 |
| | 1/5/2015 | Gary L. Storr | Repair of zrtpx009 ILO password & login account. | 1.50 |
| | 1/5/2015 | William D. Cozart | Perform Data Center walkthrough. | 0.50 |
| | 1/7/2015 | Gary L. Storr | Reviewed hardware issue with RLKS. | 1.00 |
| | 1/7/2015 | Gary L. Storr | Reported service issue with Akibia on storage array. | 0.50 |
| | 1/7/2015 | Gary L. Storr | Troubleshooting and resolution of QuickBooks server. | 1.00 |
| | 1/7/2015 | William D. Cozart | Reboot QuickBooks server. | 0.50 |
| | 1/8/2015 | Gary L. Storr | Assisted RLKS on Akibia contract issue. | 1.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
|  | 1/12/2015 | Gary L. Storr | Repair of EMC Storage Array power supply. | 2.25 |
|  | 1/12/2015 | Gary L. Storr | Confirmed location of RTP Facility badge reader server with Allan Lane. | 0.25 |
|  | 1/12/2015 | Gary L. Storr | Reviewed content of Akibia contract and updated equipment required for 2015 coverage. | 1.00 |
|  | 1/13/2015 | Gary L. Storr | Correspondence and verification of changes to Akibia contract for 2015. | 0.25 |
|  | 1/14/2015 | Gary L. Storr | Correspondence with Akibia regarding 2015 contract. | 0.25 |
|  | 1/14/2015 | Gary L. Storr | Met with JCI to discuss issue in Richardson effecting circuit connectivity. Logged issue with AT&T. | 0.25 |
|  | 1/15/2015 | Gary L. Storr | Resolved issue with QuickBooks server. | 0.25 |
|  | 1/19/2015 | Gary L. Storr | Meeting with RLKS. | 0.50 |
|  | 1/19/2015 | Gary L. Storr | Met with RLKS to discuss system status. | 0.50 |
|  | 1/20/2015 | Gary L. Storr | Supported RLKS in swapping tape drive. | 1.75 |
|  | 1/21/2015 | Gary L. Storr | Correspondence with 8x8 regarding outstanding billing. | 0.25 |
|  | 1/21/2015 | Gary L. Storr | Checked catalog of hard drives for existence of former employees data. | 0.25 |
|  | 1/27/2015 | Gary L. Storr | Adjustments to employee tracking spreadsheet. | 0.50 |
|  | 1/29/2015 | Gary L. Storr | Adjustments to SharePoint tracking database. | 0.25 |
|  | 1/29/2015 | Gary L. Storr | Correspondence with 8x8 regarding outstanding billing. | 0.25 |
|  | 1/30/2015 | Gary L. Storr | Former Employee Hard Drive recovery and archive. | 9.00 |
|  | 1/30/2015 | Gary L. Storr | Adjustments to employee tracking spreadsheet. | 1.00 |
|  | 1/30/2015 | Gary L. Storr | Data center health check/hard drive replacement. | 0.50 |
|  | 1/30/2015 | Gary L. Storr | Correspondence with RLKS regarding search terms. | 0.25 |
| **Information Technology Operations Total** | | | | **28.25** |

**Insurance & Risk Management**

| | 1/20/2015 | Timothy C. Ross | Received, reviewed and responded to Debtors insurance matters | 1.00 |
|---|---|---|---|---|
| | 1/26/2015 | Timothy C. Ross | Follow-up on entity matters - RE: Insurance Policy | 1.00 |
| **Insurance & Risk Management Total** | | | | **2.00** |

**Professional Fee Applications**

| | 1/12/2015 | Kim Ponder | Normal course payables - Professional fee application processing. | 0.50 |
|---|---|---|---|---|
| | 1/15/2015 | Kim Ponder | Processed weekly fee applications filed by Professionals. | 0.75 |
| | 1/21/2015 | Kim Ponder | Processed weekly professional fee applications filed. | 0.50 |
| | 1/26/2015 | Kim Ponder | Normal course payables - processed Professional fee application filed. | 0.25 |
| | 1/27/2015 | Kim Ponder | Normal course payables - processed Professional file application filed. | 0.25 |
| **Professional Fee Applications Total** | | | | **2.25** |

**Real Estate Management**

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/6/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Tenant collections. | 1.00 |
| | 1/7/2015 | Timothy C. Ross | Reviewed and authorized Debtors property management matters | 0.50 |
| | 1/8/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: tenant collection. | 1.00 |
| | 1/8/2015 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 1/8/2015 | Timothy C. Ross | Follow-up on Debtors property management matters - RE: insurance invoicing. | 0.50 |
| | 1/9/2015 | Timothy C. Ross | Met with Johnson Controls, Inc. (A. Lane) - RE: Reviewed and authorized Richardson HVAC issue repair plan and costs. | 1.00 |
| | 1/12/2015 | Gary L. Storr | Identified termination locations of security cameras in RTP facility at request of Allan Lane. | 0.50 |
| | 1/12/2015 | Timothy C. Ross | Received, reviewed and responded to Debtors property management matters | 0.50 |
| | 1/12/2015 | Timothy C. Ross | Reviewed and authorized various property management related invoices for payment. | 0.50 |
| | 1/13/2015 | Timothy C. Ross | Meeting with Johnson Controls, Inc. (A. Lane) - RE: Richardson HVAC issue update. | 0.50 |
| | 1/14/2015 | Timothy C. Ross | Worked Debtors tenant collections matter. | 0.50 |
| | 1/15/2015 | Kim Ponder | Received, researched and responded to request for utility usage and historical facility management data. | 1.00 |
| | 1/15/2015 | Timothy C. Ross | Prepared and submitted Rent roll for RTP and Richardson properties due February 1, 2015. | 1.50 |
| | 1/15/2015 | Timothy C. Ross | Received, reviewed, and authorized Richardson Property 2015 property tax and insurance expense estimates from landlord. | 0.50 |
| | 1/15/2015 | Timothy C. Ross | Performed true-up analysis on Richardson January 1, 2015 Property tax and Insurance expense payment based on Revised 2015 Estimates from landlord. | 0.50 |
| | 1/15/2015 | Timothy C. Ross | Prepared and submitted tenant rental income for invoicing - RE: February 1, 2015 rent. | 2.50 |
| | 1/15/2015 | Timothy C. Ross | Meeting with Johnson Controls (A. Lane) - RE: Property management update and review of December 2014 and Total expenses. | 1.00 |
| | 1/16/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: tenant meeting regarding collection. | 0.50 |
| | 1/19/2015 | Kim Ponder | Received and responded to subtenant inquiry. | 0.50 |
| | 1/20/2015 | Timothy C. Ross | Reviewed and authorized property management invoices for payment - RE: Invoice Jan' 15. | 0.50 |
| | 1/22/2015 | Timothy C. Ross | Worked Debtors property management request - RE: facility operating statement. | 1.00 |
| | 1/26/2015 | Timothy C. Ross | Received, reviewed, and executed Debtors property management matters - RE: Donation or Plastic Chairs-Triangle Curling Club. | 0.50 |
| | 1/27/2015 | Timothy C. Ross | Prepared and analyzed Q42014 Richardson property landlord profit sharing analysis. | 3.00 |
| | 1/28/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) - RE: Debtors property management update. | 1.00 |
| **Real Estate Management Total** | | | | **21.00** |

**Residual Business Operations**

| | 1/5/2015 | Gary L. Storr | Reviewed 2015 PTO spreadsheet with Deb Parker. | 0.25 |
|---|---|---|---|---|
| | 1/5/2015 | Timothy C. Ross | Worked Debtors residual business matters - RE: Supply Agreement. | 1.00 |
| | 1/5/2015 | Timothy C. Ross | Worked Debtors residual business matters - RE: : Requests. | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/6/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 4.00 |
| | 1/7/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 5.00 |
| | 1/7/2015 | Timothy C. Ross | Conference call with RLKS (K. Schultea) - RE: 2015 Randstad staffing plan and billing rates. | 0.50 |
| | 1/8/2015 | Timothy C. Ross | Reviewed and executed Debtors residual business matter - RE: supply agreement. | 1.00 |
| | 1/9/2015 | Timothy C. Ross | Reviewed and authorized professional invoices and prepared 2014 YE reserve analysis. | 1.00 |
| | 1/12/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 2.00 |
| | 1/13/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 1.00 |
| | 1/20/2015 | Gary L. Storr | Met with D. Parker re employee entitlement change. | 0.25 |
| | 1/29/2015 | Gary L. Storr | Correspondence regarding PTO changes. | 0.25 |
| **Residual Business Operations Total** | | | | **16.75** |

**Tax Matters**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/5/2015 | Timothy C. Ross | Worked Debtors tax matters - RE: EY SOW for 2015. | 1.00 |
| | 1/6/2015 | Timothy C. Ross | Worked Debtors tax matters | 1.00 |
| | 1/6/2015 | Timothy C. Ross | Received, reviewed, and authorized Debtors tax matters | 0.50 |
| | 1/7/2015 | Kim Ponder | Conversation with EY (S Jacks) regarding claims documentation. | 0.50 |
| | 1/8/2015 | Timothy C. Ross | Reviewed and authorized Debtors and Non-Debtors tax documents | 0.50 |
| | 1/12/2015 | Timothy C. Ross | Follow-up with E&Y (G. Davidson) on foreign entity tax matter | 0.50 |
| | 1/13/2015 | Timothy C. Ross | Reviewed and authorized tax returns | 0.50 |
| | 1/14/2015 | Timothy C. Ross | Meeting with E&Y (J. Wood) - RE: work stream. | 0.50 |
| | 1/14/2015 | Timothy C. Ross | Reviewed and authorized invoicing - Ernst & Young LLP. | 0.50 |
| | 1/14/2015 | William D. Cozart | Prepare analysis for EY. | 5.50 |
| | 1/15/2015 | William D. Cozart | Prepare analysis for EY. | 1.50 |
| | 1/16/2015 | William D. Cozart | Prepare analysis for EY. | 3.50 |
| | 1/19/2015 | William D. Cozart | Prepare data for EY. | 5.50 |
| | 1/20/2015 | Kim Ponder | Received and responded to EY inquiry. | 0.50 |
| | 1/20/2015 | William D. Cozart | Prepare analysis for EY. | 5.00 |
| | 1/21/2015 | Timothy C. Ross | Worked foreign subsidiary tax matter | 1.00 |
| | 1/21/2015 | Timothy C. Ross | Reviewed, completed, and executed Debtors tax matters - RE: 2014 Reportable Transactions. | 1.00 |
| | 1/21/2015 | William D. Cozart | Prepare analysis for EY. | 5.50 |
| | 1/22/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: various state reports and fees. | 0.50 |
| | 1/22/2015 | William D. Cozart | Prepare analysis for EY. | 5.00 |
| | 1/23/2015 | Timothy C. Ross | Meeting with E&Y (J. Scott and J. Wood) - RE: project status. | 1.00 |
| | 1/23/2015 | William D. Cozart | Prepare analysis for EY. | 1.00 |
| | 1/26/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | 1.00 |
| | 1/26/2015 | William D. Cozart | Prepare analysis for EY. | 7.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/27/2015 | Kim Ponder | Prepare analysis for EY. | 4.00 |
| | 1/27/2015 | William D. Cozart | Prepare analysis for EY. | 6.50 |
| | 1/28/2015 | William D. Cozart | Prepare analysis for EY. | 3.00 |
| | 1/29/2015 | William D. Cozart | Prepare analysis for EY. | 7.00 |
| | 1/30/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | 0.50 |
| | 1/30/2015 | William D. Cozart | Prepare analysis for EY. | 7.00 |
| **Tax Matters Total** | | | | **78.00** |
| **Travel** | | | | |
| | 1/20/2015 | Elizabeth Smith | Travel to RTP for HR transition meetings. | 2.00 |
| | 1/21/2015 | Elizabeth Smith | Travel to Nashville from RTP. | 1.50 |
| **Travel Total** | | | | **3.50** |
| **For the period of January 1, 2015 through January 31, 2015** | | | | **749.00** |