## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of January 1, 2015 through January 31, 2015

| **Expense Category** | **Expenses** |
|---|---:|
| Airfare | 318.70 |
| Lodging | 157.77 |
| Meals | 31.08 |
| Parking | 27.58 |
| Ground Transportation | 72.58 |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of January 1, 2015 through January 31, 2015** | **$ 607.71** |