# Exhibit H

## The Mergis Group
**Expense Detail**

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 01/20/15 | Elizabeth Smith | Debtors Benefit Wind Down Project Transition | Raleigh, NC |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | Southwest | 318.70 |
| | Lodging | Holiday Inn Express | 157.77 |
| | Meals | Various | 31.08 |
| | Parking | Executive Travel | 27.58 |
| | Ground Transportation | personal car and Advantage | 72.58 |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ 607.71** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of January 1, 2015 through January 31, 2015

| | |
|---|---:|
| **For the period of January 1, 2015 through January 31, 2015** | $ 607.71 |