## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Report by the Mergis Group of Staffing and Compensation Earned and**

**Expenses Incurred for the Period of January 1, 2015 through January 31, 2015** was caused

to be made on March 6, 2015, in the manner indicated upon the entities identified below.

Dated: March 6, 2015                              /s/ Ann C. Cordo
     Wilmington, DE                         Ann C. Cordo (No. 4817)


### VIA HAND DELIVERY

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

### VIA FIRST CLASS MAIL

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

7342377.19