IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15271 and 15276** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 4, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
___ day of March, 2015

Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

                    Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GIBSON TECHNOLOGIES
             3100 WOODCREEK DR
             DOWNERS GROVE, IL 60515-5427

Please note that your claim # 3608 in the above referenced case and in the amount of $45,325.00 has been transferred **(unless previously expunged by court order)** to:

             TRC MASTER FUND LLC
             TRANSFEROR: GIBSON TECHNOLOGIES
             ATTN: TERREL ROSS
             PO BOX 633
             WOODMERE, NY 11598

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             DISTRICT OF DELAWARE
             824 NORTH MARKET STREET, 3RD FLOOR
             WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15271    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2015

                         David D. Bird, Clerk of Court

                         /s/ Kimberly Murray
                         _____
                         By: Epiq Bankruptcy Solutions, LLC
                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 4, 2015.

EXHIBIT B

TIME: 15:55:40
DATE: 03/04/15

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| GIBSON TECHNOLOGIES | 3100 WOODCREEK DR DOWNERS GROVE IL 60515-5427 |
| HEWLETT PACKARD FINANCIAL SERV | ATTN: LAWRENCE KOVACS 420 MOUNTAIN AVENUE MURRAY HILL NJ 07974 |
| HEWLETT-PACKARD COMPANY | ATTN: KEN HIGMAN 2125 E KATELLA AVENUE # 400 ANAHEIM CA 92806 |
| JEFFRIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: HEWLETT PACKARD FINANCIAL SE 520 MADISON AVE. THIRD FLOOR NEW YORK, NY 10022 |
| JEFFRIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: HEWLETT-PACKARD COMPANY 520 MADISON AVE. THIRD FLOOR NEW YORK, NY 10022 |
| TRC MASTER FUND LLC | TRANSFEROR: GIBSON TECHNOLOGIES ATTN: TERREL ROSS PO BOX 633 WOODMERE NY 11598 |

Total Number of Records Printed        6

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006