## EXHIBIT B

## EVIDENCE OF PARTIAL TRANSFER OF CLAIMS

TO:      United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")
Attn: Clerk

AND TO:  Nortel Networks, Inc. ("Debtor")
Proceedings No. 09-10138 (KG) (Jointly Administered)

Claim #s: 1461, 1702, 4642, 7897, 7179

**BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P.**, its successors and assigns ("Seller"), with an address of c/o BlueMountain Capital Management, LLC, 280 Park Avenue, 12th Floor, New York, NY 10017, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SPCP GROUP, LLC**
Attn: Arbab Khalid
2 Greenwich Plaza
Greenwich, CT 06830

and its successors and assigns ("Buyer"), all of Seller's right, title and interest in and to the following claims (the "Claims") of Seller against Nortel Networks, Inc., in the United States Bankruptcy Court, District of Delaware, Proceedings No. 09-10138 (KG) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation:

| Proof of Claim No. | Principal Amount Transferred |
|---|---|
| 1461 | $1,625,669.00 |
| 1702 | $227,180.17 |
| 4642 | $1,393,430.00 |
| 7897 | $1,741,788.00 |
| 7179 | $3,097,506.11 |

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claims by its duly authorized representative dated March 5, 2015.

| | |
|---|---|
| **BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P.** | **SPCP GROUP, LLC** |
| By: BlueMountain Capital Management, LLC, its investment manager | By: _____ <br> Name: <br> Title: |
| By: _[signature]_ <br> Name: <br> Title: **Ellen Brooks** <br> **Operations Analyst** | |

B DJF01 1314369 v2
2904109-000004

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claims by its duly authorized representative dated March 5, 2015.

BLUE MOUNTAIN CREDIT
ALTERNATIVES MASTER FUND L.P.

By: BlueMountain Capital Management, LLC, its
investment manager

By: _____
    Name:
    Title:

SPCP GROUP, LLC

By: _____
    Name:
    Title:
    Jennifer Poccia
    Authorized Signatory

B DJF01 1314369 v2
2904109-000004