EXHIBIT B

EVIDENCE OF PARTIAL TRANSFER OF CLAIMS

TO:     United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")
        Attn: Clerk

AND TO: Nortel Networks, Inc. ("Debtor")
        Proceedings No. 09-10138 (KG) (Jointly Administered)

Claim #s: 1461, 1702, 4642, 7897, 7179

**BLUEMOUNTAIN MONTENVERS MASTER FUND SCA SICAV-SIF**, its successors and assigns
("Seller"), with an address of c/o BlueMountain Capital Management, LLC, 280 Park Avenue, 12th
Floor, New York, NY 10017, for good and valuable consideration, the receipt and sufficiency of which
are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred
and assigned unto:

**SPCP GROUP, LLC**
Attn: Arbab Khalid
2 Greenwich Plaza
Greenwich, CT 06830

and its successors and assigns ("Buyer"), all of Seller's right, title and interest in and to the following
claims (the "Claims") of Seller against Nortel Networks, Inc., in the United States Bankruptcy Court,
District of Delaware, Proceedings No. 09-10138 (KG) (Jointly Administered), or any other court with
jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit,
replevin and reclamation:

| Proof of Claim No. | Principal Amount Transferred |
| --- | --- |
| 1461 | $453,600.00 |
| 1702 | $63,388.74 |
| 4642 | $388,800.00 |
| 7897 | $486,000.00 |
| 7179 | $862,791.28 |

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the
Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or
right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the
United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges
and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without
further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and
holder of the Claims.

B DJF01 1314292 v2
2904109-000004

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claims by its duly authorized representative dated March 5 , 2015.

**BLUEMOUNTAIN MONTENVERS MASTER FUND SCA SICAV-SIF**

By: BlueMountain Capital Management, LLC, its investment manager

By: _____

Name:

Title:

**Ellen Brooks**
**Operations Analyst**

**SPCP GROUP, LLC**

By: _____

Name:

Title:

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claims by its duly authorized representative dated March 5 , 2015.

BLUEMOUNTAIN MONTENVERS MASTER FUND SCA SICAV-SIF

By: BlueMountain Capital Management, LLC, its investment manager

By: _____
    Name:
    Title:

SPCP GROUP, LLC

By: _____
    Name:
    Title:   Jennifer Poccia
           Authorized Signatory