United States Bankruptcy Court
District of Delaware
_____

In re:
    Nortel Networks, Inc.

                                                                   Chapter 11
                                                                    Case No. 09-10138

                                  Debtor
_____

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim 4264 of Hewlett-Packard Company (Docket No. 15276) to Jefferies Leveraged Credit Products, LLC in the amount of $2,072.46 is hereby withdrawn. The transfer of claim 5928 in the amount of $837,892.54 shall not be withdrawn.

                                                Dated: March 12, 2015

                                                /s/William P. McLoughlin
                                                William P. McLoughlin
                                                Jefferies Leveraged Credit Products, LLC
                                                (203) 363-8245