# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 9362, 9412, 9418, 9441, 15228<br>Hearing date: March 26, 2015 at 10:00 a.m. (ET) |

## SUPPLEMENTAL STATEMENT AND RESERVATION OF RIGHTS OF THE MONITOR IN RELATION TO THE MOTION OF THE AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING LATE FILED CLAIMS

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Proceedings**"), hereby files this supplemental statement and reservation of rights with respect to (i) the *Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims* [D.I. 9362] (the "**Motion**"), which motion was filed by the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition (the "**Ad Hoc Committee**" and each of the members of the Ad Hoc Committee seeking relief under the Motion, a "**Movant**"), and (ii) the *U.S. Debtors' Supplemental Objection to the Motion of the Ad Hoc Committee of Canadian*

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**US Debtors**").

*Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims* [Dkt. No. 15228] (the "**Supplemental Objection**").

The Monitor wishes to correct any mistaken inference from the US Debtors' Supplemental Objection that the Monitor or its counsel advised the Ad Hoc Committee in respect of the Motion. As the Monitor stated in the *Statement and Reservation of Rights of the Monitor on Behalf of the Canadian Nortel Debtors in Relation to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims*, dated February 15, 2013 [Dkt. No. 14592] (the "**Monitor's Initial Statement**"), the filing of which was necessitated by certain misleading and unsupported statements included in the US Debtors' initial objection to the Motion [Dkt. No. 9142], the Monitor has not advised the Movants or their counsel in connection with the claims that the Movants seek to assert in these proceedings.

While the Monitor takes no position with respect to the relief requested in the Motion, the Monitor hereby reserves all rights on behalf of itself and the Canadian Debtors with respect to the disposition (in the these proceedings and the Canadian Proceedings) of any and all claims filed by the Ad Hoc Committee or any member thereof in the event the Court grants the relief requested in the Motion.

[*Intentionally left blank*]

Dated: March 12, 2015
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Jacob S. Pultman
Laura R. Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
jacob.pultman@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*

3