Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2015

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/02/15 | MDR | Set-up telephonic appearances of J. Regan and M. Supko at the Omnibus Hearing | 0.30 |
| 02/04/15 | MDR | Set-up case notifications for M. Supko, M. Plevin, and J. Regan | 0.20 |
| 02/06/15 | MDR | Set M. Supka up to receive all filings in Nortel | 0.30 |
| 02/25/15 | MDR | Review recent notifications of filing, save, print-out and circulate the filings to team; update Agenda binder for the March 3, 2015 Agenda | 1.60 |
| 02/27/15 | MDR | Update March 3rd Omnibus Hearing Binder for K. Capuzzi | 0.40 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 2.80 | $700.00 |
| | | | 2.80 | $700.00 |
| | | TOTAL: | 2.80 | $700.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2015

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/09/15 | JRH | Emails with L. Behra and A. Cordo regarding fee order | 0.30 |
| 02/09/15 | LMB | Follow-up with J. Hoover regarding monthly and quarterly fee application | 0.10 |
| 02/13/15 | LMB | Review docket regarding objections to BFCA monthly fee application for December 2014; prepare and file CNO regarding same | 0.30 |
| 02/13/15 | LMB | Prepare BFCA monthly fee application for January 2015 | 0.50 |
| 02/18/15 | JRH | Telephone call with L. Behra regarding fee app and filing | 0.20 |
| 02/18/15 | LMB | Prepare and file BFCA monthly fee application for January 2015 | 0.60 |
| 02/18/15 | LMB | Prepare and file BFCA Quarterly Fee Application for the period November 1, 2014 through January 31, 2015 | 1.00 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 0.50 | $215.00 |
| | | | 0.50 | $215.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 2.50 | $437.50 |
| | | | 2.50 | $437.50 |
| | | TOTAL: | 3.00 | $652.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2015

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/02/15 | JRH | Coordinate regarding 2/3 hearing (.50); email with A. Cordo, K. Capuzzi and J. Regan (.20); emails with counsel for Rockstar (.30) | 1.00 |
| 02/02/15 | KMC | Multiple communications with various counsel regarding 2.3.2015 hearing (.30); review amended agenda cancelling hearing (.20); attend to filing of same (.20) | 0.70 |
| 02/04/15 | JRH | Emails with M. Rust regarding status | 0.30 |
| 02/05/15 | JRH | Conference call with M. Supko regarding open matters | 0.20 |
| 02/10/15 | JRH | Email with M. Supko regarding status | 0.10 |
| 02/12/15 | JRH | Various emails with Crowell and Moring in follow up to prior week's scheduled hearing | 0.30 |
| 02/25/15 | JRH | Emails with counsel regarding Rockstar motion (.20); follow up with MNAT (.10); review docket (.20); review letter (.20) | 0.70 |
| 02/25/15 | KMC | Review Google letter regarding dismissal of pending actions and attend to issues regarding agenda and hearing on same | 0.50 |
| 02/26/15 | JRH | Emails regarding cost sharing motion and review cost sharing motion | 0.50 |
| 02/26/15 | JRH | Emails with counsel for Rockstar regarding motion (.10); emails with MNAT regarding status (.10); email with M. Supke (.10) | 0.30 |
| 02/27/15 | JRH | Emails to/from Rockstar counsel regarding hearing (.20); emails with MNAT regarding same (.10); follow up emails regarding hearing, coordination (.20) | 0.50 |
| 02/27/15 | JRH | Review document production and conference call with L. Misztal | 1.50 |
| 02/27/15 | KMC | Review notice of withdrawal of Rockstar motion to stay and amended agenda regarding same | 0.30 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 5.40 | $2,322.00 |
| | | | 5.40 | $2,322.00 |
| **ASSOCIATE** | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 1.50 | $465.00 |
| | | | 1.50 | $465.00 |
| | | TOTAL: | 6.90 | $2,787.00 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---:|
| 02/18/15 | LMB | Document Reproduction 50 copies | 5.00 |
| 02/18/15 | LMB | Document Reproduction 9 copies | 0.90 |
| 02/18/15 | LMB | Document Reproduction 30 copies | 3.00 |
| 02/18/15 | LMB | Document Reproduction 100 copies | 10.00 |
| 02/18/15 | LMB | Document Reproduction 36 copies | 3.60 |
| | | TOTAL: | $22.50 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|---|---|---|---|
| 02/24/15 | MDR | Delivery Fee - Outside - Vendor: PARCELS, INC to Judge Kevin Gross | 5.00 |
| | | TOTAL: | $5.00 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 02/18/15 | LMB | FedEx 02/18/15 Lisa Behra to Thomas P. Tinker E | 13.58 |
| 02/18/15 | LMB | FedEx 02/18/15 Lisa Behra to Mark Collins/Chris | 13.58 |
| 02/18/15 | LMB | FedEx 02/18/15 Lisa Behra to Fred S. Hodara Esq | 13.58 |
| 02/18/15 | LMB | FedEx 02/18/15 Lisa Behra to Derek C. Abbott/Er | 13.58 |
| | | TOTAL: | $54.32 |

Outside Professional Services

| Date | User | Description | Amount |
|---|---|---|---|
| 02/26/15 | KMC | Outside Professional Services - Vendor: CourtCall, LLC inv 984840 | 44.00 |
| | | TOTAL: | $44.00 |