# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., et al., ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, Esquire, hereby certify that on March 12, 2015, a true and correct copy of the foregoing document was served via overnight delivery or United States Mail, postage prepaid, upon all parties on the attached list.

Dated:  March 12, 2015

                                  **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Jennifer R. Hoover*
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Avenue, Suite 801
       Wilmington, DE  19801
       Telephone:  (302) 442-7006
       Facsimile:  (302) 442-7012
       jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

8504466 v1

| | |
|---|---|
| Thomas P. Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE  19801-3519<br>***Via Overnight Delivery*** | Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>***Via Overnight Delivery*** |
| Nortel Networks, Inc.<br>Attn:  Accounts Payable<br>P.O. Box 13010<br>RTP, NC  27709<br>***Via United States Mail*** | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036<br>***Via Overnight Delivery*** |
| Derek C. Abbott<br>Eric D. Schwartz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>21st Floor<br>PO Box 1347<br>Wilmington, DE  19801<br>***Via Overnight Delivery*** | Judith Scarborough<br>Master, Sidlow & Associates, P.A.<br>2002 West 14th Street<br>Wilmington, DE  19806<br>jscarborough@mastersidlow.com<br>***Via email*** |
| Mark Kinney<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE  19801-3519<br>Mark.Kenney@usdoj.gov<br>***Via email*** | |