IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X : Chapter 11
*In re* : Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
             Debtors.
---------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 17, 2015 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED MATTERS**

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to May 19, 2015 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to April 21, 2015 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a)  Informal Response of ASM Capital Regarding Claim No. 7819; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b)     Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)     Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b)     First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c)     Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d)     Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12); and

(e)     Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for June 2, 2015 at 10:00 a.m. (ET). The hearing on the Objection with respect to response (b) has been adjourned to the hearing scheduled for May 5, 2015 at 10:00 a.m. (ET).

**STATUS CONFERENCE**

2.     Motion of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's

Support Agreement Claim and Directing NNI to Amend its Schedules with Respect to Intercompany Loan Claim (D.I. 14639, Filed 10/27/14).

Objection Deadline: Adjourned until further notice.

Responses Received:

(a) Debtors' Limited Response to the Motion of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend its Schedules with Respect to Intercompany Loan Claim (D.I. 14923, Filed 12/10/14).

Related Pleading:

(a) First Amended Notice of Motion of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend its Schedules with Respect to Intercompany Loan Claim (D.I. 14747, Filed 11/10/14); and

(b) Second Amended Notice of Motion of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), 521(a), Fed. R. Bankr. P. 1009(a) and L.R. Bankr. P. 1009-2, Estimating Nortel Networks Capital Corporation's Support Agreement Claim and Directing NNI to Amend its Schedules with Respect to Intercompany Loan Claim (D.I. 14886, Filed 12/4/14).

Status: The status conference has been adjourned to the hearing scheduled for April 7, 2015 at 10:00 a.m. (ET).

Dated: March 12, 2015　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE　　　　　　　　James L. Bromley (admitted *pro hac vice*)
　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8950658.1

4