# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
           Debtors.  :  Jointly Administered
:
:  **Re: D.I. 15216, 15218, 15228, 15231**
:
----------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 24, 2015, copies of the (1) **U.S. Debtors' Supplemental Objection To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims**; and (2) **Declaration Of Michelle J. Parthum In Support Of U.S. Debtors' Supplemental Objection To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims** were served in the manner indicated upon the parties on Exhibit A.

PLEASE TAKE FURTHER NOTICE that on February 25, 2015, copies of the (1) **U.S. Debtors' Supplemental Objection To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims** (*Unredacted Version*); and (2) **Declaration Of Michelle J. Parthum In Support Of**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://epiq11.com/nortel.

**U.S. Debtors' Supplemental Objection To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims** (*Unredacted Version*) were served in the manner indicated upon the parties on Exhibit B.

| | |
|---|---|
| Dated: March 12, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |