# Exhibit A

# SERVICE LIST

**VIA EMAIL AND HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
*mark.kenney@usdoj.gov*

Laura Davis Jones, Esq.
Peter Keane, Esq.
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705
*ljones@pszjlaw.com; pkeane@pszjlaw.com*

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
*csamis@wtplaw.com; kgood@wtplaw.com*

Rachel B. Mersky
Monzack Mersky McLaughlin
  and Browder, P.A.
1201 N. Orange Street
Suite 400
Wilmington, DE  19801
*rmersky@monlaw.com*

**VIA EMAIL AND FIRST CLASS MAIL**

Fred S. Hodara Esq.
David H. Botter Esq.
Abid Qureshi, Esq.
Akin Gump
One Bryant Park
New York, NY  10036
*fhodara@akingump.com;*
*dbotter@akingump.com*
*aqureshi@akingump.com*

Thomas R. Kreller, Esq.
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA  90017
*tkreller@milbank.com*

# Exhibit B

# SERVICE LIST

**VIA EMAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
*mark.kenney@usdoj.gov*

Laura Davis Jones, Esq.
Peter Keane, Esq.
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
*ljones@pszjlaw.com; pkeane@pszjlaw.com*

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801
*csamis@wtplaw.com; kgood@wtplaw.com*

Rachel B. Mersky
Monzack Mersky McLaughlin
  and Browder, P.A.
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
*rmersky@monlaw.com*

**VIA EMAIL**

Fred S. Hodara Esq.
David H. Botter Esq.
Abid Qureshi, Esq.
Akin Gump
One Bryant Park
New York, NY 10036
*fhodara@akingump.com;
dbotter@akingump.com
aqureshi@akingump.com*

Thomas R. Kreller, Esq.
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017
*tkreller@milbank.com*