## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Statement Of K&L Gates LLP Pursuant To Fed. R. Bankr. P. 2014 And Order Authorizing Debtors To Employ, Retain And Compensate Professionals In the Ordinary Course** was caused to be made on March 13, 2015, in the manner indicated upon the entities identified below.

Dated: March 13, 2015                   */s/ Tamara K. Minott*
Wilmington, DE                        Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

8965899.1