IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15294-15299, 15300-15301, 15304, 15305, 15315-15323** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 9, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
13th day of March, 2015

_____
Notary Public

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              Chapter 11

NORTEL NETWORKS INC., et al.,                       Case No. 09-10138 (KG)

                        Debtors.                    Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  AAI BLUEMOUNTAIN FUND PLC
               TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST
               C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
               280 PARK AVENUE, 5TH FLOOR EAST
               NEW YORK, NY 10017

Please note that your claim # 1461-10 in the above referenced case and in the amount of
     $51,226.37 allowed at $47,600.00  has been transferred **(unless previously expunged by court order)** to:

          SPCP GROUP, LLC
          TRANSFEROR: AAI BLUEMOUNTAIN FUND PLC
          ATTN: ARBAB KHALID
          2 GREENWICH PLAZA
          GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               DISTRICT OF DELAWARE
               824 NORTH MARKET STREET, 3RD FLOOR
               WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15305    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/13/2015                         David D. Bird, Clerk of Court

                                         /s/ Kimberly Murray
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 13, 2015.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

TIME: 15:13:20
DATE: 03/13/15

PAGE: 1

| Name | Address |
|---|---|
| AAI BLUEMOUNTAIN FUND PLC | TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| AAI BLUEMOUNTAIN FUND PLC | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER | TRANSFEROR: BLUE MOUNTAIN LONG/SHORT CRE FUND LP; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER | TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST FUND LP; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTE FUND LP; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: BLUE MOUNTAIN LONG/SHORT CRE C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN KICKING HORSE FUND L.P. | TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN KICKING HORSE FUND L.P. | TRANSFEROR: PRIME CAPITAL MASTER SPC, GO C/O BLUEMOUNTAIN CAPITAL MANAGEMENT LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN KICKING HORSE FUND L.P. | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | TRANSFEROR: MARBLEGATE SPECIAL OPP FUND C/O BLUEMOUNTAIN CAPITAL MANAGEMENT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | TRANSFEROR: WATERSTONE MF FUND, LTD FUND L.P.; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST; SICAV-SIF; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | TRANSFEROR: WATERSTONE DISTRESSED OPPORT SICAV-SIF; C/O BLUEMOUNTAIN CAPITAL 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | TRANSFEROR: BLUE MOUNTAIN OFFSHORE ER FUND; SICAV-SIF; C/O BLUEMOUNTAIN CAPITAL 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN TIMBERLINE LTD. | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTE C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN TIMBERLINE LTD. | TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN KICKING HORSE FUND L.P. | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| CHANDLER, MELANIE L. | 801 HOLT GROVE CT. NASHVILLE TN 37211 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CHANDLER, MELANIE L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HE, QIAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KHAN, SHAMSHAD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LASSITER, JAMES ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PUTMAN, ROBERT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RICE, ALAN J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SENDELBACH, MARK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SMITH, BRANDON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STIGLITZ, ANTHONY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HE, QIAN | TRANSFEROR: WILLIS, KENNETH A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| KHAN, SHAMSHAD | TRANSFEROR: YOUNG, RONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| LASSITER, JAMES | 4309 HELSTON DRIVE PLANO TX 75024 |
| PUTMAN, ROBERT | 17710 ASHFORD GRANDE WAY ORLANDO FL 32820 |
| RICE, ALAN J. | 1011 BUCKINGHAM CIRCLE FRANKLIN TN 37064 |
| SENDELBACH, MARK | 2681 SAM MOSS HAYES RD. CREEDMOOR NC 27522 |
| SMITH, BRANDON | 8244 NW 121ST WAY PARKLAND FL 33076 |
| SPCP GROUP, LLC | 1367 N. CHURCH CT. BELLBROOK OH 45305 |
| SPCP GROUP, LLC | 2627 WEST CATALPA STREET OLATHE KS 66061 |
| SPCP GROUP, LLC | TRANSFEROR: AAI BLUEMOUNTAIN FUND PLC ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNA ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: BLUE MOUNTAIN DISTRESSED MAST ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: BLUE MOUNTAIN GUADALUPE PEAK ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: BLUE MOUNTAIN KICKING HORSE ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: BLUE MOUNTAIN LONG/SHORT CRE ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| STIGLITZ, ANTHONY | TRANSFEROR: BLUE MOUNTAIN MONTENVERS MAS ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| WILLIS, KENNETH A. | TRANSFEROR: BLUE MOUNTAIN TIMBERLINE LTD ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| YOUNG, RONALD | TRANSFEROR: BLUEMOUNTAIN KICKING HORSE F ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830 |
| | 856 SERRITLAWN RD CHAPEL HILL NC 27514 |
| | 1875 GREENMEADOW DR. WALLED LAKE MI 48390 |
| | 474 HIGHLAND RD APEX NC 27523 |

Total Number of Records Printed        52

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006