IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>Re: D.I.'s 9362, 9412, 9418, 9441, 9451, 9641, 10016, 10484, 11201, 11821, 12504, 13237, 13240, 13250, 15228, 15229, 15234, 15334<br><br>Hearing Date: March 26, 2014 at 10 a.m. |

**DECLARATION OF MICHAEL C. HOCHMAN, IN SUPPORT OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION OF AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING CLAIMS TO BE FILED AFTER THE BAR DATE**

Pursuant to 28 U.S.C. §1746, I, Michael C. Hochman, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. I am a Member of the law firm of Monzack Mersky McLaughlin and Browder, P.A., counsel for the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition. I am an attorney admitted to practice before this Court and the Courts of the State of Delaware.

2. I submit this declaration in support of the Supplemental Memorandum in Support Of Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Claims To Be Filed After The Bar Date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

{00164395.DOC; 1}                           1

3. Attached to this Declaration are true and correct copies of the following documents:

| **EXHIBIT** | **DESCRIPTION** |
| --- | --- |
| 1 | List of Movants |
| 2 | Deposition Transcripts of:<br>　i. Pierre Blais at 33-36;<br>　ii. Ernie Briard at 30-32, 53-55;<br>　iii. Michael Campbell at 31;<br>　iv. Anthony Cinicolo at 30, 80-81, 116-117;<br>　v. Betsy Hung at 27-28, 56;<br>　vi. Daniel Jin-Ming Leung at 22, 33-34, 66, 80-81;<br>　vii. Anthony Law at 22-24, 39-40;<br>　viii. Julia Piggott at 30, 42-43;<br>　ix. Paul Roddick at 30-31. |
| 3 | Affidavit of Michael Campbell dated February 1, 2013 |
| 4 | July 2012 emails between the Monitor and Koskie Minsky LLP including a carbon copy to Michael Campbell |
| 5 | Email string between the Debtors' counsel and KM LLP, dated October 5, 2012 through December 7, 2012 |
| 6 | NRPC Notice Regarding Filing a Proof of Claim in US after the Bar Date |
| 7 | Notice of Proof of Claim Deadline Published in Canada |
| 8 | Canadian Order Retaining KM LLP |
| 9 | Deposition Transcripts of:<br>　i. Ernie Briard at 87-88, 125;<br>　ii. Chris Buchanan at 113;<br>　iii. Michael Campbell at 188;<br>　iv. Paula Klein at 124-25;<br>　v. Jane Longchamps at 52-53 |

| | |
|---|---|
| 10 | July 15, 2009 Pensioner and Former Employees News Bulletin at "The Claims Process" at p. 3 |
| 11 | Transcript of August 2009 Questions from Listeners, Koskie Minksy Webcast at pp. 15-17 |
| 12 | August 5, 2009 Pensioners, Former Employees News Bulletin |
| 13 | Filed Proofs of Claims of Dietmar Wendt, Lauren Flaherty and John Roese |
| 14 | Redacted Termination Agreement Letter |
| 15 | Forty-three (43) Termination Agreements with supervisors identified by Movants as employed in the U.S. at the time of Movants' termination with summary chart |
| 16 | Deposition Transcripts of:<br>  i.  Chris Buchanan at 26;<br>  ii. Michael Campbell at 29;<br>  iii. Paula Klein at 26-28 (inclusive of Errata Sheet);<br>  iv. Daniel Jin-Ming Leung at 22;<br>  v.  Betsy Hung at 25-27, 43-44, 56,<br>  vi. Anthony Law at 23;<br>  vii. Julia Piggott at 16, 30-32 |
| 17 | <u>Octel Communications Corporation and Northern Telecom, Inc. et. al v. Theis Research, Inc.</u>, 132 F. 3d 51 (Fed. Cir. 1997) |
| 18 | November 10, 1997 Letter from Robert Neunen to Wes Mundy |
| 19 | January 28, 2009 Letter from Nortel to James Carew |

The Ad Hoc Committee of Canadian Employees Terminated Pre-Petition reserve all evidentiary objections they may raise with respect to documents attached to this Declaration, including documents that were produced by Debtors or other third parties.

Executed on this ____ day of March, 2015, in Wilmington, Delaware.

        **MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.**

        */s/ Michael C. Hochman*

        Michael C. Hochman, Esquire (DE #4265)
        1201 N. Orange Street, Suite 400
        Wilmington, DE 19801-1155
        Telephone:  (302) 656-8162
        Facsimile:   (302) 656-2769
        Email:       *mhochman@monlaw.com*

        *Attorneys for Ad Hoc Committee*
        *of Canadian Employees Terminated Pre-Petition*