# EXHIBIT 1

**Exhibit A**

| NAME | EEID# |
| --- | --- |
| Abbott, Ernest (Erine) | 146560 |
| Ackerman, Karon | 135488 |
| Artuso, Elio | 139652 |
| Aweya, James | 509831 |
| Babula, Mark | 2864412 |
| Beaudin, Bernard | 285776 |
| Beavan, Nancy | 905432 |
| Bisson, Line | 159514 |
| Blais, Pierre | 1504673 |
| Boileau, John | 134076 |
| Bourden, Cynthia | 1665902 |
| Boutilier, Diane | 153951 |
| Briard, Ernie | 1581446 |
| Bruce, Richard | 511443 |
| Buchanan, Joseph (Chris) | 1447354 |
| Cai, Xuefeng | 524180 |
| Campbell, Michael | 115972 |
| Carbone, Peter | 1632849 |
| Carbonneau, Martin | 1523013 |
| Carew, James | 159950 |
| Chan, Eric | 145002 |
| Chapman, Kevin | 1579797 |
| Chetreanu, Adelia | 525568 |
| Choi, Myung | 5079064 |
| Chung, Chul-Hwan | 5046003 |
| Cinicolo, Anthony | 132084 |
| Cooke, Rob | 519101 |
| Couser, David | 1615134 |
| Dasylva, Abel | 533838 |
| Davies, Keith | 285703 |
| De Baets, Leonard | 1545492 |
| Deevey, Cathy | 116838 |
| Delisle, Francois | 900349 |
| Desplanque, Dawn | 149112 |
| Devlin, Marie | 1752336 |
| Dicks, Brad | 289212 |
| Dillon, Norman | 288027 |
| Dippold, Norby | 518269 |
| Drwiega, Tadeusz | 1545299 |
| Dumas, Laurier | 519181 |
| Dunning, John | 465915 |
| Duong, Qui (Thuong) | 1616151 |

| NAME | EEID# |
|---|---|
| Dziubaniuk, Denise | 516844 |
| Earl, Diane | 147063 |
| Ellis, Donald | 1515827 |
| Farant, Lynda | 134221 |
| Fiszman, Sergio | 1532048 |
| Fort, Timothy | 115647 |
| Funamoto, Jeremy | 149217 |
| Gale, Charles | 1562701 |
| Gallagher, Kim | 139598 |
| Gee, Adrian | 132975 |
| Gilchrist, Tim | 508785 |
| Graham, Christina | 518539 |
| Greco, Karen | 134131 |
| Herman, Wendy | 905568 |
| Herzog, Steven | 484649 |
| Hesidence, David | 241160 |
| Hooge, Rod | 511736 |
| Horsun, Fusun | 510726 |
| Huang, Mingtao | 482551 |
| Hudson, David | 139674 |
| Hung, Betsy | 1577409 |
| Hunter, Craig | 513521 |
| Hylarides, June | 1663631 |
| Jankowski, Diane | 134658 |
| Jarmoc, Jacek | 119874 |
| Johnson, Paul | 285651 |
| Jones, Raymond | 149205 |
| Kelly, Troy | 285653 |
| Klein, Paula | 1579125 |
| Krahn, Stuart | 289251 |
| Lam, Man Tat | 1579571 |
| Lapointe, Jean | 517689 |
| Law, Anthony | 5013337 |
| Leaver, Sandra | 161786 |
| Leblanc, Velma | 1515156 |
| Lee, Michael | 1572079 |
| Lemyre, Yvon | 147014 |
| Leung, Daniel | 5075297 |
| Lindia, Vittoria | 470597 |
| Longchamps, Jane | 1658489 |
| Lozeau, Andre | 523242 |
| Ma, Danna | 517416 |
| Mah, George | 146570 |
| Marcantonio, Joanne | 146249 |

| | |
|---|---|
| Mastronardi, James | 1511626 |
| Matthies, Jonathan | 120119 |
| Maurice, Andre | 503953 |
| Mcbeth, Debbie | 288923 |
| Mcdonald, Philip | 531463 |
| Mcgillivray, Vicki | 763792 |
| Mcintosh, Heather | 1025738 |
| Mcruvie, Ann | 147597 |
| Mignault, Diane | 110762 |
| Milton, Mark | 134723 |
| Mistry, Nalin | 1632038 |
| Mitenko, Peter | 307066 |
| Moncrieff, James | 533772 |
| Monforton, Gerald | 1552282 |
| Montsion, Gilles | 1577207 |
| Morra, Carm | 133722 |
| Mundy, Wesley | 138585 |
| Murdoch, Josephine | 900540 |
| Newman, Kenneth | 138930 |
| O'Connor, James | 1509484 |
| Orr, Kristi | 906554 |
| Paarsmarkt, Jim | 307056 |
| Paluzzi, Anna | 286234 |
| Paradis, Denis | 119430 |
| Partridge, Theresa | 1516603 |
| Paskaran, Thavaputhiran | 1738402 |
| Patterson, K. Raymond | 82601 |
| Pelletier, Normand | 142020 |
| Petrella, Susan | 144319 |
| Pierson, Alex | 119649 |
| Piggott, Julia | 132697 |
| Pintwala, Thomas | 116511 |
| Planas, Miguel | 1573957 |
| Pon, Ronnie | 1492307 |
| Preston, Kevin | 503555 |
| Price, Steven | 901467 |
| Prystie, Harold | 130778 |
| Rahimpour, Mitra | 902342 |
| Ramaswamy, Srinivasan | 5064148 |
| Ramey, Kenneth Scott | 1138512 |
| Ray, Nancy | 118538 |
| Read, Joanne | 152212 |
| Roddick, Paul | 147164 |
| Roebothan, Wayne | 532445 |
| Rose-Lavigne, Diane | 285723 |

| | |
|---|---|
| Rosvick, Adrian | 119704 |
| Royer, Claude | 1614509 |
| Ruprecht, John Paul | 140003 |
| Russell, Graham | 138501 |
| Ryu, Emma | 5009511 |
| Salameh, Charles | 5083795 |
| Sampaleanu, Marin | 119894 |
| Sanchez, Pedro | 521779 |
| Sandison, William (Bill) | 95307 |
| Shephard, Scott | 270962 |
| Singh, Rajinderpal | 1523786 |
| Slempers, Arnis | 135926 |
| Smaoui, Mahdi | 529380 |
| Smith, Kevin | 1505892 |
| Spence, Carolyn | 149232 |
| Srivastava, Pradeep | 1639251 |
| Storer, Jeremy | 1724872 |
| Sundaramoorthy, Mohan | 515521 |
| Sung, William | 507945 |
| Tauh, Kamal | 441685 |
| Thom, Darwin | 1748706 |
| Thomas, Tina | 503127 |
| Tober, Timothy | 521750 |
| Trowbridge, Shirley | 134278 |
| Turbide, Katharine | 504056 |
| Turner, Mark | 500233 |
| Tyler, Laurence | 522534 |
| Vargas, Oscar | 521264 |
| Venne, Francois | 136005 |
| Wen, Bing | 533717 |
| Wills, Devon | 515273 |
| Wilson, Dennis | 525878 |
| Wilton, Ed | 5058041 |
| Winnicki, Krzysztof | 324006 |
| Wong, Leslie | 1621923 |
| Wong, Thomas | 503405 |
| Xiao, Guang Zhi | 5051760 |
| York, Christopher | 5017889 |
| Zhang, Yansheng James | 513711 |
| | |
| | |
| | |
| | |
| | |
| | |