# EXHIBIT 5

## Sim( Archer

**From:** Susan Philpott
**Sent:** December-07-12 5:08 PM
**To:** 'Megan Fleming'
**Cc:** Simon Archer; Susan Philpott
**Subject:** RE: list of Nortel severed employees with claim against the US Debtor

Megan – can we please hear back from you regarding our proposed tolling agreement. You have had our proposal since late August.

---

**From:** Susan Philpott
**Sent:** November-01-12 10:06 AM
**To:** 'Megan Fleming'
**Cc:** Simon Archer
**Subject:** RE: list of Nortel severed employees with claim against the US Debtor

Thanks Megan. I do appreciate your response, and the difficulties presented by the hurricane. I look forward to hearing from you when things are back to normal.

---

**From:** Megan Fleming [mailto:mfleming@cgsh.com]
**Sent:** October-31-12 10:59 PM
**To:** Susan Philpott
**Subject:** Re: list of Nortel severed employees with claim against the US Debtor

Susan,

Our offices are closed as a result of the lack of electricity from the hurricane and it is hard for me to get into contact with all of my colleagues. I apologize for any inconvenience, but I will have to revert back to you regarding the proposal later. Thank you.

Best,
Megan
Megan Fleming
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212.225.2108
Fax: 212.225.3999
mfleming@cgsh.com

---

**From:** "Susan Philpott" [sphilpott@kmlaw.ca]
**Sent:** 10/29/2012 03:21 PM AST
**To:** Megan Fleming
**Cc:** "Simon Archer" <sarcher@kmlaw.ca>; "James Harnum" <jharnum@kmlaw.ca>; "Barbara Walancik" <bwalancik@kmlaw.ca>; "Mary Pitt" <mpitt@kmlaw.ca>
**Subject:** Re: list of Nortel severed employees with claim against the US Debtor

Meghan, we haven't heard back from you on our proposal to enter a tolling agreement in respect of these claims. Please advise as soon as possible.

1

Susar Philpott
Koskie Minsky LLP
20 Queen Street West
Suite 900, Toronto
M5H 3R3

Phone: 416.595.2104
Fax: 416.204.2882
Email: sphilpott@kmlaw.ca

This e-mail message is privileged, confidential and subject to copyright.
Any unauthorized use or disclosure is prohibited.

Le contenu du présent courriel est privilégié, confidentiel et soumis à des droits d'auteur.
Il est interdit de l'utiliser ou de le divulguer sans autorisation.

**From:** Susan Philpott
**Sent:** Friday, October 05, 2012 10:19 AM
**To:** 'mfleming@cgsh.com' <mfleming@cgsh.com>
**Cc:** Simon Archer; James Harnum; Barbara Walancik
**Subject:** list of Nortel severed employees with claim against the US Debtor

Meghan – as requested on our call last week, here is the list of pre-filing terminated employees who we have identified as having a claim against the US Debtor. Those claims have not yet been filed pending your consideration of our proposal to enter into an agreement to hold these claims in abeyance pending the determination of the claims of the four individuals (Flaherty et al.) who have filed claims in both the US and Canada.

The Monitor has advised that:

•        The attached spreadsheet sets out the names and GIDs of those former employees that have pre-filing base severance claims and the Pre-filing "category" they are in.

•        There are 311 individuals with a total Base Severance Claim (according to their original Information Statements) of approximately $27.4 million. This $ amount will be subject to change based on the final determination of Requests for Changes/Form C Proof of Claims.

Note that we have not received or had an opportunity to review the severance agreements for all of the 311 individuals on the list and therefore cannot confirm right now that 100% of these individuals have the broad definition of "Corporation" in their packages which forms the basis of their claims against the US Debtor. However, for the purposes of the tolling agreement under consideration, we are confident that most of the settlement agreements for these individuals contain the language in question. The Monitor had reviewed 78 of the packages when it forwarded this list (and will continue to review the remainder as we move forward); of those 78, 75 of them did have language in question. Of the 3 that did not, 1 was a unionized employee and would have been terminated under the applicable collective agreement; 1 was the subject of a settlement agreement and 1 was a person on a SPLA (though note that other SPLA's that have been reviewed did have the language in question). As we identify individuals who would not be covered, we will let you know.

2

<<List of Pre-filing terminated employees.xlsx.zip>>

Than... Meghan. Let us know if you require anything else to move this forward.

Regards,

Susan

**Susan Philpott**

Koskie Minsky LLP | Barristers and Solicitors

20 Queen Street West | Suite 900 | Box 52

Toronto | Ontario | M5H 3R3

Direct Tel. 416.595.2104 | Direct Fax. 416.204.2882

sphilpott@kmlaw.ca | www.kmlaw.ca

This e-mail message is privileged, confidential and subject to copyright.
Any unauthorized use or disclosure is prohibited.

Le contenu du présent courriel est privilégié, confidentiel et soumis à des droits d'auteur.
Il est interdit de l'utiliser ou de le divulguer sans autorisation.

This message is being sent from a law firm and may contain confidential or privileged
information. If you are not the intended recipient, please advise the sender immediately
by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb
Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term
"offices" includes offices of those affiliated entities.

| EL.J | FNAME | LNAME | SEVCLAIM | Description |
|---|---|---|---|---|
| 97219 | Beverly | Johnston | 86,719.40 | 1. Pre-filing Terminated Bridging Employees |
| 103550 | Nicole | Guinard | 22,443.44 | 1 Pre-filing Terminated Bridging Employees |
| 106508 | Doug | Nash | 104,814.57 | 1. Pre-filing Terminated Bridging Employees |
| 107578 | Mario | Lafortune | 59,889.47 | 1. Pre-filing Terminated Bridging Employees |
| 115156 | Barbara | Shanahan | 34,738.86 | 1. Pre-filing Terminated Bridging Employees |
| 115157 | James | Delaat | 30,408.97 | 1. Pre-filing Terminated Bridging Employees |
| 115647 | Timothy | Fort | 27,845.78 | 1. Pre-filing Terminated Bridging Employees |
| 115972 | Michael | Campbell | 49,538.91 | 1. Pre-filing Terminated Bridging Employees |
| 116558 | Michael | Roberts | 75,183.47 | 1. Pre-filing Terminated Bridging Employees |
| 116838 | Cathy | Deevey | 30,855.66 | 1. Pre-filing Terminated Bridging Employees |
| 118538 | Nancy | Ray | 139,737.27 | 1. Pre-filing Terminated Bridging Employees |
| 118598 | Ronald | Morris | 148,520.96 | 1. Pre-filing Terminated Bridging Employees |
| 118784 | Judy | Froud | 81,407.98 | 1. Pre-filing Terminated Bridging Employees |
| 119430 | Denis | Paradis | 71,688.19 | 1. Pre-filing Terminated Bridging Employees |
| 119704 | Adrian | Rosvick | 126,344.49 | 1. Pre-filing Terminated Bridging Employees |
| 130778 | Harold | Prystie | 115,107.08 | 1. Pre-filing Terminated Bridging Employees |
| 131060 | Richard | Mireault | 15,009.24 | 1. Pre-filing Terminated Bridging Employees |
| 132809 | Edward | Fenwick | 13,876.13 | 1. Pre-filing Terminated Bridging Employees |
| 133722 | Carm | Morra | 120,017.53 | 1. Pre-filing Terminated Bridging Employees |
| 134076 | John | Boileau | 124,281.75 | 1. Pre-filing Terminated Bridging Employees |
| 141051 | Ian | Merritt | 5,874.94 | 1. Pre-filing Terminated Bridging Employees |
| 141937 | Antonio | Gianfrance | 39,878.50 | 1. Pre-filing Terminated Bridging Employees |
| 146487 | Mary | Brennan | 110,639.48 | 1. Pre-filing Terminated Bridging Employees |
| 153951 | Diane | Boutilier | 61,182.25 | 1. Pre-filing Terminated Bridging Employees |
| 161786 | Sandra | Leaver | 127,735.50 | 1. Pre-filing Terminated Bridging Employees |
| 288027 | Norman | Dillon | 36,472.47 | 1. Pre-filing Terminated Bridging Employees |
| 288050 | Woon | Lee | 76,720.88 | 1. Pre-filing Terminated Bridging Employees |
| 307075 | David | Neame | 74,967.51 | 1. Pre-filing Terminated Bridging Employees |
| 508785 | Tim | Gilchrist | 46,715.33 | 1. Pre-filing Terminated Bridging Employees |
| 511736 | Rod | Hooge | 47,374.87 | 1. Pre-filing Terminated Bridging Employees |
| 517881 | Linda | Mccready | 27,179.23 | 1. Pre-filing Terminated Bridging Employees |
| 522534 | Laurence | Tyler | 70,744.73 | 1. Pre-filing Terminated Bridging Employees |
| 900349 | Francois | Delisle | 114,699.04 | 1. Pre-filing Terminated Bridging Employees |
| 901467 | Steven | Price | 84,044.18 | 1. Pre-filing Terminated Bridging Employees |
| 1505892 | Kevin | Smith | 210,996.80 | 1. Pre-filing Terminated Bridging Employees |
| 1515156 | Velma | Leblanc | 193,596.46 | 1. Pre-filing Terminated Bridging Employees |
| 1515827 | Donald | Ellis | 94,173.01 | 1. Pre-filing Terminated Bridging Employees |
| 1523786 | Rajinderpa | Singh | 102,994.96 | 1. Pre-filing Terminated Bridging Employees |
| 1561925 | Robert | Davy | 26,450.67 | 1. Pre-filing Terminated Bridging Employees |
| 1621923 | Leslie | Wong | 71,295.92 | 1. Pre-filing Terminated Bridging Employees |
| 1632038 | Nalin | Mistry | 185,040.55 | 1. Pre-filing Terminated Bridging Employees |
| 1663631 | June | Hylarides | 99,506.32 | 1. Pre-filing Terminated Bridging Employees |
| 5009871 | Krister | Kleven | 55,314.76 | 1. Pre-filing Terminated Bridging Employees |
| 116082 | Peter | Currie | 367,361.03 | 2. Pre-filing Executives on Salary Continuance |
| 119649 | Alex | Pierson | 263,685.30 | 2. Pre-filing Executives on Salary Continuance |
| 139674 | David | Hudson | 381,453.28 | 2. Pre-filing Executives on Salary Continuance |
| 516222 | Michael | Mccorkle | 279,125.65 | 2. Pre-filing Executives on Salary Continuance |
| 1632849 | Peter | Carbone | 394,352.30 | 2. Pre-filing Executives on Salary Continuance |
| 5082536 | Lauren | Flaherty | 872,524.29 | 2. Pre-filing Executives on Salary Continuance |
| 5082537 | Dietmar | Wendt | 797,210.38 | 2. Pre-filing Executives on Salary Continuance |
| 5083795 | Charles | Salameh | 460,441.59 | 2. Pre-filing Executives on Salary Continuance |
| 5084169 | John | Roese | 772,105.75 | 2. Pre-filing Executives on Salary Continuance |
| 82601 | K. Raymor | Patterson | 189,656.17 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 101129 | Lise | Fortier | 37,063.68 | 3.1. Pre-filing Terminated Lump Sum Employees who are subject |
| 110762 | Diane | Mignault | 114,336.03 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |

| | | | | | |
|---|---|---|---|---|---|
| 115829 | Ann-Lorrai | Drago | 143,113.01 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employe |
| 116511 | Thomas | Pintwala | 107,821.32 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 119810 | David | Frame | 113,815.97 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 119861 | Brian | Mccune | 30,330.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 119874 | Jacek | Jarmoc | 226,545.41 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 119894 | Marin | Sampalear | 139,641.53 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 119911 | Ron | Harris | 23,000.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 120119 | Jonathan | Matthies | 116,644.35 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 132084 | Anthony | Cinicolo | 141,077.68 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 132697 | Julia | Piggott | 294,108.01 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 132975 | Adrian | Gee | 227,687.98 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 134131 | Karen | Greco | 79,978.47 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 134221 | Lynda | Farant | 99,517.26 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 134278 | Shirley | Trowbridge | 88,222.08 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 134658 | Diane | Jankowski | 83,684.23 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 134723 | MARK | MILTON | 23,733.22 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 135033 | Donald | Drapeau | 37,217.28 | 3.1. | Pre-filing Terminated Lump Sum Employees who are subject |
| 135488 | Karon | Ackerman | 88,400.84 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 135926 | Arnis | Slempers | 19,000.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 136005 | Francois | Venne | 92,234.27 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 137935 | Michel | Lefebvre | 91,734.11 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 138501 | Graham | Russell | 92,335.34 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 138585 | Wesley | Mundy | 130,149.37 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 138930 | Kenneth | Newman | 95,698.30 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 139055 | Wendy | Lasalle | 53,305.92 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 139082 | Debra | Claggett | 77,385.46 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 139652 | Elio | Artuso | 95,783.93 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 139845 | Gary | Blair | 19,000.00 | 3.1. | Pre-filing Terminated Lump Sum Employees who are subject |
| 140003 | John Paul | Ruprecht | 129,209.13 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 141011 | Terence | Hawkes | 100,996.18 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 142020 | NORMANI | PELLETIE | 36,852.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 143781 | Daniel | Johnson | 74,903.95 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 144319 | Susan | Petrella | 83,819.78 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 146560 | Erine | Abbott | 89,705.04 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 146570 | George | Mah | 90,482.08 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 146858 | Alan | Lao | - | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 147014 | Yvon | Lemyre | 124,843.97 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 147063 | Diane | Earl | 134,604.48 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 147164 | Paul | Roddick | 200,947.81 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 147597 | Ann | Mcruvie | 103,908.92 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 149112 | Dawn | Desplanqu | 79,175.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 149205 | Raymond | Jones | 119,977.88 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 149210 | Gilbert | Azevedo | 98,065.89 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 149217 | Jeremy | Funamoto | 133,630.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 149232 | Carolyn | Spence | 59,262.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 149676 | Steve | Embree | 66,587.78 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 150031 | David | Wanamak | 111,719.07 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 151496 | David | Spearman | 61,039.02 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 152212 | Joanne | Read | 181,206.83 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 159514 | Line | Bisson | 108,102.75 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 159950 | JAMES | CAREW | 183,608.16 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 168807 | Bruno | Legare | - | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 173790 | Kathleen | Neild | 69,468.55 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 241160 | DAVID | HESIDEN( | 157,005.81 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 270962 | Scott | Shephard | 16,380.31 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 274745 | Justin | Hung | 19,339.14 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 285651 | Paul | Johnson | 66,174.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |

| | | | | |
|---|---|---|---|---|
| `5653 Troy | Kelly | 99,043,01 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| ..5703 Keith | Davies | 132,682.68 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 285723 Diane | Rose-Lavic | 73,466.47 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 285776 Bernard | Beaudin | 65,444.70 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 286156 David | So | 82,192.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 286234 Anna | Wilson | 123,521.97 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 286266 April | Dunford | 26,778.39 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 286367 Sharon | Edwards Z | 101,006.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 288923 Debbie | Mcbeth | 53,791.75 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 289212 Brad | Dicks | 43,442.54 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 289251 Stuart | Krahn | 82,148.07 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 289365 Dean | Rohatynsk | 59,213.44 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 307056 Jim | Paarsmark | 72,337.26 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 307066 Peter | Mitenko | 77,887.51 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 307082 Paul | Hanrieder | 82,930.14 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 324006 Krzysztof | Winnicki | 39,294.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 324029 Gregory | Choban | 55,692.96 | 3 2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 440307 Suzie | Taillefer | 47,355.05 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 441685 Kamal | Tauh | 58,693.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 465915 John | Dunning | 61,529.82 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 470594 Alemeseg | Legesse | 8,630.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 470597 Vittorio | Lindia | 60,996.46 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 471049 MELANIE | Simard | 7,464.05 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 471540 Phil | Wang | 71,172.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 472241 TUE | TON | 63,372.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 472538 CHRISTIN | ANDERSC | 80,157.56 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 474364 Stephen | Mcmanus | 44,184.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 482551 Mingtao | Huang | 60,131.32 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 483946 Frank | Krasnicki | 44,216.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 484649 Steven | Herzog | 69,164.25 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 486691 Simon | Pastor | 40,655.11 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 500233 Mark | Turner | 145,191.96 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 503127 TINA | THOMAS | 78,241.67 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 503405 Thomas | Wong | 82,774.85 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 503555 Kevin | Preston | 72,610.27 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 503953 Andre | Maurice | 70,912.24 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 504056 Katharine | Turbide | 73,720.85 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 506994 Robert | Gojmerac | 93,526.80 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 507339 Co | Nguyen | 70,891.80 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 507945 William | Sung | 52,338.56 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 509831 James | Aweya | 101,034,00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 510316 Louise | Hall | 48,438.29 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 510369 Majed | Jadayel | 71,722.37 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 510726 Fusun | Horsun | 66,588.85 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 511443 Richard | Bruce | 61,952.03 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 512766 Apar | Kahlon | 47,223.45 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 512894 Mathieu | Labrecque | 52,538.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 513366 Dennis | Paish | 55,133.29 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 513451 Timothy | Warland | 20,561.80 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 513521 Craig | Hunter | 56,745.12 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 513542 James | Hodge | 78,033.63 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 513711 Yansheng | Zhang | 35,291 51 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 514758 James | Macfie | 117,729.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 515124 Robert | Lieberman | 500.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 515273 Devon | Wills | 75,089.88 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 515521 Mohan | Sundaram | 41,254.84 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 515836 Sam | Kaseir | 93,225.95 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |

| | | | | |
|---|---|---|---|---|
| 516527 Gevork | Taschian | – | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employe' |
| 516803 Paul | Caldwell | 72,838.44 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employee. |
| 516844 Denise | Dzlubaniuk | 133,126.34 | 3.2 | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 517416 Danny | Ma | 33,696.01 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 517689 Jean | Lapointe | 116,154.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 517934 Marc | Desrosiers | 101,435.89 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 518037 Tomasz | Parpura | 41,090.44 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 518269 Norby | Dippold | 99,984.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 518539 Christina | Graham | 73,116.82 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 519101 Rob | Cooke | 63,014.51 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 519181 Laurier | Dumas | 57,361.45 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 519635 Ibrahim | Eidan | 36,806.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 520504 Dwight | Laidler | 17,047.98 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 521264 Oscar | Vargas | 48,896.63 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 521750 Timothy | Tober | 34,281.93 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 521779 Pedro | Sanchez | 93,843.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 522222 Lisa | Robertson | 51,516.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 523242 Andre | Lozeau | 61,011.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 523719 Wai-Pong | Lai | 53,981.24 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 524180 XUEFENG | CAI | 65,282.61 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 525568 Adelia | Chetreanu | 53,074.64 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 525878 Dennis | Wilson | 89,785.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 527501 Kim | Edwards | 69,048.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 527515 Marie Loui | Richardsor | 65,165.96 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 528613 Jeffrey | Fitchett | 118,576.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 529380 Mahdi | Smaoui | 32,607.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 529441 Mathieu | Boudreau | 44,228.29 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 529720 Christina | Koops | 34,023.36 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 530273 John-Petei | Van Zelm | 23,903.38 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 530297 Eric | Bargetzi | 38,388.44 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 530322 Lowell | Gavel | 57,708.86 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 531463 Philip | Mcdonald | 45,503.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 532445 Wayne | Roebothar | 64,483.37 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 533027 Gary | Wong | 37,330.69 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 533081 David | Yiptong | 37,464.38 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 533230 Zsuzsanna | Etesl | 40,225.36 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 533717 Bing | Wen | 71,780.52 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 533772 James | Moncrieff | 87,892.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 533810 Robert | Morgan | 53,490.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 533838 Abel | Dasylva | 43,032.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 534013 Yue | Qin | 37,553.18 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 763792 Vicki | Mcgillivray | 97,255.56 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 900264 Alan | Chong | 73,466.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 900540 Josephine | Murdoch | 68,617.67 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 902342 Mitra | Rahimpoui | 60,645.01 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 905432 Nancy | Beavan | 52,365.79 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 905568 Wendy | Herman | 89,249.78 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 906554 Kristi | Orr | 29,570.48 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1025738 Heather | Mcintosh | 77,957.50 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1138512 Kenneth | Ramey | 187,905.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1139731 Chaojan | Cheng | 225,897.50 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1306281 Edmundas | Juskeviciu | 178,770.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1447354 Joseph (Cl | Buchanan | 230,107.32 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1492307 Ronnie | Pon | 93,997.50 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1504673 Pierre Pier | Blais | 170,712.81 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1509484 James | O'Connor | 201,549.17 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1511626 James | Mastronar( | 174,453.50 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |

| ID | First | Last | Amount | Section | Description |
|---|---|---|---|---|---|
| *6603 | Theresa | Partridge | 80,220.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 3013 | Martin | Carbonnea | 21,000.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1523762 | Malcolm | Graham | 53,340.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1532048 | Sergio | Fiszman | 151,140.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1545299 | Tadeusz | Drwiega | 136,121.54 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1545492 | Leonard | De Baets | 136,894.48 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1562701 | Charles | Gale | 153,352.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1572079 | Michael | Lee | 123,055.06 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1573957 | Miguel | Planas | 164,828.65 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1577207 | Gilles | Montsion | 176,374.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1577409 | Betsy | Hung | 136,947.41 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1579125 | Paula | Klein | 197,566.14 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1579571 | Man Tat | Lam | 159,022.58 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1579924 | Linda | Guenette | 90,288.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1581446 | Ernie | Briard | 181,330.74 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1596843 | Spenser | Williams | 178,224.12 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1597209 | Roy | Gould | 71,413.80 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1614509 | Claude | Royer | 166,375.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1616151 | Qui | Duong | 112,630.46 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1617798 | Stephen | Wilson | 175,847.50 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1638487 | Marcus | Leech | 104,856.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1639251 | Pradeep | Srivastava | 140,287.48 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1658489 | Jane | Longcham | 105,841.15 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1665902 | Cynthia | Bourden | 124,626.27 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1681501 | Anthony | Korsman | 101,370.81 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1681905 | Haitham | Bouzeined | 67,730.10 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1724872 | Jeremy | Storer | 55,534.38 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1738402 | Thavaputh | Paskaran | 64,465.09 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1748706 | Darwin | Thom | 78,435.59 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1749254 | Jarrod | Chambers | - | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 1752336 | Marie | Devlin | 69,443.03 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 2734788 | Alfred | Poon | 95,699.35 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 2864412 | Mark | Babula | 77,808.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 3412863 | Steven | Kendall | 143,022.01 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 4727409 | Colin | Wass | 59,034.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5003010 | Jonathan | Bienert | 21,325.98 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5009511 | Emma | Ryu | 43,436.99 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5013337 | Anthony | Law | 74,840.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5013806 | HELEN | ZHOU | 32,777.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5014563 | Daljit | Ghotra | 38,969.27 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5017889 | Christophe | York | 37,931.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5023255 | Hong | Zhang | 43,176.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5023275 | Mansoor | Sohani | 12,534.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5033680 | John | Oram | 61,643.41 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5041649 | Nima | Lotfizadeh | 38,576.90 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5042485 | Yuan | Yuan | 14,432.69 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5042566 | Jefferson | Geck | 22,424.56 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5046003 | Chul-Hwar | Chung | 45,098.92 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5047429 | Weidong | Wang | 3,000.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5051760 | Guang Zhi | Xiao | 53,032.83 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5058041 | Ed | Wilton | 42,478.16 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5064148 | Srinivasan | Ramaswar | 42,782.00 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5065935 | Nan | Xie | 34,079.60 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5068325 | SANDY (S | HE | 33,166.84 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5073703 | Kashif | Syed | 8,722.09 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5075297 | DANIEL | LEUNG | 16,090.88 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5079064 | Myung | Choi | 22,231.42 | 3.2. | Non-unionized Pre-filing Terminated Lump Sum Employees |

| | | | | |
|---|---|---|---|---|
| 5081263 | Laila | Khalid | 10,070.00 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employe |
| 5082441 | Jaipaul | Tung | 15,833.08 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5083396 | Hanane | Becha | 4,857.00 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5083927 | Man Tuen | Leung | 26,594.59 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5084744 | Kelly | Kanellakis | 70,724.66 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5086463 | LAILA | GULZAR | 10,816.45 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5088163 | Roberta | Fantauzzi | 13,129.24 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5089613 | Alexandre | Pires | 41,815.30 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5089880 | Niruja | Sarveswar | 6,918.00 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5090164 | Ji | Zhang | 8,590.00 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5090954 | Francois | Simpson | 16,263.68 | 3 2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5090994 | Qian | Wu | 8,305.00 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5091197 | Vijayachar | Ramchanc | 9,921.47 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5091756 | Antonios | Tsatsakis | 15,174.77 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5091787 | Geoff | Hurly | 33,792.00 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5092890 | Sandra | Moore | 3,496.30 | 3 2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5093710 | Ali | Kanoun | 13,639.98 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5093715 | Idomeneas | Chorafakis | 13,473.00 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5095521 | Karen | Gumbs | 13,746.27 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5095584 | Jennifer | Arnold | 5,371.63 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 5095826 | Courtney | Cole | 19,769.23 | 3.2. Non-unionized Pre-filing Terminated Lump Sum Employees |
| 95307 | William (Bi | Sandison | 12,564.50 | 4. Pre-filing Terminated Contingency Employees |
| 135525 | John (Bill) | Hall | 47,492.00 | 4. Pre-filing Terminated Contingency Employees |
| 143365 | Aris | Marghetis | 14,572.00 | 4. Pre-filing Terminated Contingency Employees |
| 145002 | Eric | Chan | 20,465.00 | 4. Pre-filing Terminated Contingency Employees |
| 1615134 | David | Couser | 26,939.00 | 4. Pre-filing Terminated Contingency Employees |
| 139598 | Kim | Gallagher | 110,262.50 | 5. Pre-filing Terminated Settlement Employees |
| 146249 | Joanne | Marcanton | 76,205.20 | 5. Pre-filing Terminated Settlement Employees |