# EXHIBIT 18

AUSTIN
DALLAS
HOUSTON
LONDON
MOSCOW
WASHINGTON, D.C.

ROBERT NEUNER
(212) 408-2552

**BAKER & BOTTS, L.L.P.**
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10112-0228

TELEPHONE: (212) 705-5000
FACSIMILE: (212) 705-5020

E-MAIL ADDRESS:
RNEUNER@BAKERBOTTS.COM

November 10, 1997

Mr. Wesley N. Mundy
Northern Telecom Wireless Networks
2924 11th Street, N.E.
Calgary, Alberta
Canada T2E 7L7

Re:   Octel Communications et al. v. Theis et al.
      (Our File: N81 T1 - 129/24713)

Dear Wes:

I am pleased to enclose a copy of a recent decision by the United States Court of Appeals for the Federal Circuit affirming the decisions by Judge Whyte and the verdicts by the jury denying all relief to Theis and Theis Research under the '436, '817, '255, '635 and '647 patents.

The decision is particularly noteworthy because it makes you an official part of American patent jurisprudence. You are mentioned by name at page 12 of the decision.

Many thanks for your help in the case.

Sincerely,

Robert Neuner

enclosure