# EXHIBIT 19



# N⊘RTEL

January 28, 2009

James Carow
82 Black Tern Cres
Kanata, ON CA  K2M 2Z3

Dear James,

As you know, Nortel filed for creditor protection under the Companies' Creditors Arrangement Act (CCAA) on January 14, 2009 in order to undertake a critical business and financial restructuring. There are unfortunate implications of that action for people who have been associated with the company. The purpose of this note is to advise you of some of the ways it will affect you, particularly in respect of the notice of employment termination you received from Nortel. We can advise the following at present:

- **Your Date of Termination of Employment:** The date indicated in your termination agreement will continue to be your employment termination date. However, we will not be able to continue to make non-working notice payments nor severance payments beyond January 16, 2009.

- **Vacation:** You will receive accrued but unused vacation up to January 16, 2009.

- **Impact on potential Employment Insurance benefits:** While your employment termination date will remain the same, if you choose to file for Employment Insurance benefits you may use the date of January 16, 2009 as the last day you received wages. Nortel is in the process of issuing applicable Records of Employment.

- **Return of Nortel Assets:** You are still required to return Nortel property (e.g. computers, cell phones, blackberry, photo badges) or other Nortel assets. If you are in a major Nortel site location, please make arrangements with your manager for a date/time to drop off the computer and other Nortel property and please make sure the property is returned within 10 business days of this notice. If your manager is not co-located with you or is no longer with Nortel, or if you are located in a remote/satellite office or telework, please follow the instructions provided below for satellite/remote/teleworking employees.

- **Continuation of Benefits:** Your benefits coverage ended January 16, 2009. You will be able to purchase healthcare coverage through Sun Life Financial without having to provide medical evidence of insurability, provided you apply within 60 days from January 16, 2009. If you would like to convert your company coverage to an individual Health Care Coverage Choice policy, please enroll by completing the enrollment form at: www.sunlife.com/pfs

  Or call Sun Life Customer Care Centre: 1-866-733-8612

Nortel
4006 E. Chapel Hill Nelson Highway Research Triangle Park, NC 27709 nortel.com



- **Pension:** If you have pension questions, please contact Nortel Pension Service Center toll-free at: 1-866-667-8358. Please understand that the Nortel Pension Service Center may not be able to answer all questions at this time; however information will be updated when available. Additionally, none of the rules surrounding the operation of Plans managed by Sun Life Financial on behalf of the Company, including the Investment and Savings Plans, are impacted by recent events.

- **Claim Process:** For further information regarding the CCAA proceedings in Canada, you can contact Ernst & Young Inc. ("E&Y") through the website www.ey.com/ca/nortel or by phone at 1-866-942-7177 in Canada or the U.S. (1-416-943-4439 from elsewhere in the world). E&Y has been appointed by the Canadian court to be the Monitor in the CCAA proceedings.

    In Canada, a claims process must be approved by the court before any claims can be made. Instructions on how to participate in the claims process and the appropriate forms to fill in will be mailed to all known creditors upon approval of the claims process. They will also be posted on the Monitor's website at www.ey.com/ca/nortel.

- **Additional Information:** For additional information, please visit the special updated microsite at www.nortel.com/restructuring, or contact Nortel HR Shared Services at 1-800-676-4636.

We will strive to keep you informed through the channels mentioned here as the process moves forward.

Sincerely,

Elena King
Senior Vice President, Human Resources

00024
JC