IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Rachel B. Mersky, certify that I am not less than 18 years of age, and that I caused service of the **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION OF AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING CLAIMS TO BE FILED AFTER THE BAR DATE** to be made on March 16, 2015 upon all parties listed below were served via first class mail and email.

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
302-573-6491
Fax : 302-573-6497
mark.kenney@usdoj.gov

Thomas R. Kreller, Esq.
Millbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
212-530-5000
Fax: 212-530-5219
tkreller@millbank.com

Kathleen A. Murphy, Esq.
Buchanan Ingersoll & Rooney PC
1105 North Market Street, Suite 1900
Wilmington, DE 19801
302-552-4200
Fax : 302-552-4295
Kathleen.murphy@bipc.com

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19801
302-652-4100
Fax: 302-652-4400
ljones@pszjlaw.com
pkeane@pszjlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Fred S. Hodara, Esq.<br>Abid Qureshi, Esq.<br>David H. Botter, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>212-872-1000<br>Fax: 212-872-1002<br>fhodara@akingump.com<br>aqureshi@akingump.com<br>dbotter@akingump.com | Jeffrey A. Rosenthal, Esq.<br>Lisa M. Schweitzer, Esq.<br>Michelle J. Parthum, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000<br>Fax: 212-225-3999<br>jrosenthal@cgsh.com<br>lschweitzer@cgsh.com<br>mparthum@cgsh.com |
| Ann C. Cordo, Esq.<br>Derek Abbott, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302-658-9200<br>Fax : 302-658-3989<br>acordo@mnat.com<br>dabbott@mnat.com | Christopher M. Samis, Esq.<br>L. Katherine Good, Esq.<br>Whiteford Taylor & Preston<br>The Reniassance Centre, Suite 500<br>405 North King Street<br>Wilmington, De 19801<br>302-357-3266<br>Fax : 302-357-3288<br>csamis@wtplaw.com<br>kgood@wtplaw.com |

I further certify that the attached service list was also served electronically on the CM/ECF System.

Date: March 16, 2015

/s/ Rachel B. Mersky
Rachel B. Mersky, Esq. (#2049)