IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.s 13461, 13463, 13554, 13729**
:
---------------------------------------------------------X

CERTIFICATION OF COUNSEL REGARDING
TRIAL EXHIBITS STIPULATION

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the *Stipulation Regarding Exhibits and Other Documents Used at the Allocation Trial* (the "Trial Exhibits Stipulation"), attached as **Exhibit A** to the Proposed Order Approving Trial Exhibits Stipulation:

1. On April 25, 2011, the U.S. Debtors[2] and the U.S. Creditors' Committee jointly filed a motion before the U.S. Court seeking an order approving an allocation protocol establishing procedures and an expedited schedule for the cross-border

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used herein and not otherwise defined have the meaning given to them in the Allocation Protocol [D.I. 10565], Litigation Timetable [D.I. 10566-1], Discovery Plan [D.I. 10566-2] and/or Deposition Protocol [D.I. 11439].

resolution by the U.S. and Canadian Courts in joint hearings of the allocation of the sale proceeds from the Asset Sales (as amended, the "U.S. 2011 Allocation Protocol Motion").

2. On June 1, 2011, the Canadian Debtors filed a motion in the Canadian Court seeking substantially the same relief as sought in the U.S. 2011 Allocation Protocol Motion (the "Canadian 2011 Allocation Protocol Motion").

3. On March 8, 2013, the Canadian Court entered an endorsement granting the Canadian 2011 Allocation Protocol Motion (the "Canadian Allocation Protocol Order").

4. On April 3, 2013, the U.S. Court entered an order granting the U.S. 2011 Allocation Protocol Motion (the "U.S. Allocation Protocol Order").

5. In the U.S. Allocation Protocol Order and Canadian Allocation Protocol Order (both as amended), the U.S. Court and the Canadian Court scheduled a joint trial to commence on January 6, 2014, to resolve the dispute over the allocation of the sale proceeds.

6. On November 27, 2013 and November 29, 2013, respectively, the U.S. Court and the Canadian Court entered orders, which, among other things, postponed until May 12, 2014 the commencement of the joint trial to resolve the dispute over the allocation of the sale proceeds.

7. On May 12, 2014, as supplemented on May 30, 2014, the Courts entered Orders Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information From Public Disclosure During The Trial (together, the "Confidentiality Orders").

8. The joint trial to resolve the dispute over the allocation of the sale proceeds commenced on May 12, 2014 with opening arguments and concluded on September 24, 2014 with closing arguments, and was transcribed by court reporters present before the Courts.

9. In light of the Confidentiality Orders and for other reasons, the Core Parties desire to reduce the number of trial exhibits in this matter.

10. In order to effectuate those goals, the Core Parties have negotiated and executed the Trial Exhibits Stipulation, attached as **Exhibit 1** to the Proposed Order Approving Trial Exhibits Stipulation.

11. The Trial Exhibits Stipulation includes provisions concerning, among other things, the documents and materials that shall constitute trial exhibits in and form part of the official record of the trial in these proceedings (the "Trial Documents").

12. Schedules to the Trial Exhibits Stipulation indicate which Trial Documents are sealed or redacted in accordance with the Confidentiality Orders.

13. In conjunction with the submission of this Certification and Trial Exhibits Stipulation to the Court, the Debtors respectfully submit a letter, attached hereto as **Exhibit B**, from the Monitor to the Canadian Court, which explains that: (a) a hard drive containing the public versions of the Trial Documents, which includes the redacted form of those Trial Documents redacted in accordance with the Confidentiality Order, will be delivered to the Courts in the upcoming weeks; and (b) approximately 390 Trial Documents are the subject of an ongoing discussion with the parties who we understand have now purchased Rockstar's assets as to privilege and confidentiality, and the estates hope to resolve such issues by the time the hard drive is delivered to the Courts.

14. At the time of this filing, the Debtors are not aware of any objections to the Trial Exhibits Stipulation or the Proposed Order Approving Trial Exhibits Stipulation.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order Approving Trial Exhibits Stipulation, attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: March 16, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>  /s/ Ann C. Cordo<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |