# **<u>Exhibit B</u>**

# Goodmans LLP

Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.4184
pruby@goodmans.ca

March 16, 2015

Our File No.: 083800

The Honourable Justice Frank Newbould
Ontario Superior Court of Justice
Judge's Administration
330 University Avenue, 7th Floor
Toronto, Ontario   M5G 1R7

Your Honour:

**Re:   Nortel Networks Corporation, et al. (Court File No. 09-CL-7950): Stipulation Regarding Allocation Trial Record**

In connection with the portion of the trial relating to allocation matters, the parties have now agreed on a stipulation (the "**Stipulation**") setting out the documents and materials that constitute the trial exhibits and form part of the official record of the allocation portion of the trial in these proceedings (the "**Record**"). The Stipulation also sets out which documents have been redacted for confidentiality reasons.

Please find enclosed the executed Stipulation. In the past, the stipulations that have been agreed to by the parties to this joint proceeding have been filed on the US Court docket and incorporated into a Consent Order of the Canadian Court. In keeping with that practice, a form of Order, which has been consented to by the Core Parties, is also attached for your signature if you find it to be acceptable.

The estates are working on an updated hard drive which contains public versions of the Record. We hope to be able to file this hard drive in the upcoming weeks. Where documents have been redacted pursuant to various Orders of this Court and the US Court, we will include them in redacted form.

Additionally, there are approximately 390 documents which are subject to an ongoing discussion with the parties who we understand have now purchased Rockstar's assets. These documents are noted on Schedule 8 to the Stipulation and have been marked "Pending Privilege Review by Patent Owner". We hope to resolve these issues shortly so that we may file a complete hard drive that includes these documents and, in any event, we will provide an update on this matter when we file the hard drive.

A copy of this cover letter is also being provided to Judge Gross.

# Goodmans LLP

To the extent that Your Honour has any questions regarding the hard drive, the redactions, or the status of the Rockstar confidentiality issues and potential sealing order (including the exclusion of the 390 documents) please do not hesitate to contact us.

Yours truly,

GOODMANS LLP

Peter Ruby
PDR/umr
Encl.

6432639