IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | RE: Docket No. 15334 |

**AFFIDAVIT OF
TAMMY R. ROGERS, PARALEGAL**

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

    I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on March 13, 2015. I certify further that copies of the following document were caused to be served upon the parties identified on the attached list via the manner indicated:

**SUPPLEMENTAL STATEMENT AND RESERVATION OF RIGHTS OF THE MONITOR IN RELATION TO THE MOTION OF THE AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING LATE FILED CLAIMS**

_____
Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 17 day of March 2015.

KATHLEEN A. MURPHY
ATTORNEY AT LAW

_____
NOTARY

Admitted by the Supreme Court of Delaware to practice law in Delaware and authorized to perform notarial acts pursuant to Title 29, Delaware Code, Chapter 43

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**US Debtors**")

NORTEL
09-10138
Ad Hoc Committee of Canadian Employees

## VIA HAND DELIVERY

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Jones, Esq.
Peter Keane, Esq.
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Christopher M. Samis, Esq.
L.. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801

Rachel B. Mersky
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

Eric D. Schwartz
Derek C. Abbott
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347

## VIA FIRST CLASS MAIL

Fed S. Hodara Esq.
David H. Botter Esq.
Abid Qureshi, Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller, Esq.
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006