**SUPPLEMENTAL EXHIBIT 1: OCP LIST**

**Tier Two:**

      The Debtors propose to pay each OCP falling under Tier Two (each a "Tier Two OCP"), without formal application to the Court by an OCP individually, 100% of fees for services rendered to the Debtors on or after the Petition Date, and associated costs and disbursements, provided that each Tier Two OCP's fees, excluding costs and disbursements, do not exceed $50,000 per month (the "Monthly Cap"), $50,000 per project (the "Project Cap"), in the case of OCPs who customarily bill by project, or $350,000 per calendar year (the "Annual Cap") while these chapter 11 cases are pending.  The Tier Two OCPs are:

| **Name** | **Address** | **Service** |
|---|---|---|
| K&L Gates LLP | 4350 Lassiter At North Hills Avenue, Suite 300<br>Post Office Box 17047<br>Raleigh, NC 27619-7047 | North Carolina real estate law services |