IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
                                                           :   Chapter 11
*In re*                                                    :
                                                           :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                         :
                                                           :   Jointly Administered
                    Debtors.                               :
                                                           :   RE: D.I.s 13461, 13463, 13554, 13729
                                                           :
-----------------------------------------------------------X

## ORDER APPROVING TRIAL EXHIBITS STIPULATION

WHEREAS, in light of the Orders Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information From Public Disclosure During The Trial, entered on May 12, 2014 and supplemented on May 30, 2014 (together, the "Confidentiality Orders") and for other reasons, the Core Parties desire to reduce the number of trial exhibits in the allocation matter.

WHEREAS, in order to effectuate those goals, the Core Parties have negotiated and executed the *Stipulation Regarding Exhibits and Other Documents Used at the Allocation Trial* (the "Trial Exhibits Stipulation"), attached hereto as **Exhibit 1**.

WHEREAS, the Debtors in the above-captioned cases have submitted the Trial Exhibits Stipulation to the Court for the Court's approval.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

IT IS HEREBY ORDERED THAT:

1. The Trial Exhibits Stipulation, attached hereto as **Exhibit 1**, is APPROVED.

2. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: March 18, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE