**Exhibit 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

- and –

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

**STIPULATION REGARDING EXHIBITS AND OTHER DOCUMENTS
USED AT THE ALLOCATION TRIAL**

Capitalized terms used herein and not otherwise defined have the meaning given to them in the Allocation Protocol, Litigation Timetable, Discovery Plan and Deposition Protocol (as amended, the "Discovery Plan").

WHEREAS, on April 25, 2011, the U.S. Debtors and the U.S. Creditors' Committee jointly filed a motion before the U.S. Court seeking an order approving an allocation protocol

- 2 -

establishing procedures and an expedited schedule for the cross-border resolution by the U.S. and Canadian Courts in joint hearings of the allocation of the sale proceeds from the Asset Sales (as amended, the "U.S. 2011 Allocation Protocol Motion").

WHEREAS, on June 1, 2011, the Canadian Debtors filed a motion in the Canadian Court seeking substantially the same relief as sought in the U.S. 2011 Allocation Protocol Motion (the "Canadian 2011 Allocation Protocol Motion").

WHEREAS, on March 8, 2013, the Canadian Court entered an endorsement granting the Canadian 2011 Allocation Protocol Motion (the "Canadian Allocation Protocol Order").

WHEREAS, on April 3, 2013, the U.S. Court entered an order granting the U.S. 2011 Allocation Protocol Motion (the "U.S. Allocation Protocol Order").

WHEREAS, in the U.S. Allocation Protocol Order and Canadian Allocation Protocol Order (both as amended), the U.S. Court and the Canadian Court scheduled a joint trial to commence on January 6, 2014, to resolve the dispute over the allocation of the sale proceeds.

WHEREAS, on May 16, 2013 and May 29, 2013, the Core Parties filed Opening and Responding Allocation Positions including Joinders thereto, as listed on Schedule 1 hereto.

WHEREAS, on November 27, 2013 and November 29, 2013, respectively, the U.S. Court and the Canadian Court entered orders, which, among other things, postponed until May 12, 2014 the commencement of the joint trial to resolve the dispute over the allocation of the sale proceeds.

WHEREAS, on January 24, 2014 and certain dates thereafter, the Core Parties filed Expert Reports, as listed on Schedule 5 hereto.

WHEREAS, on April 11, 2014 and certain dates thereafter, the Core Parties filed Affidavits, as listed on Schedule 4 hereto.

WHEREAS, on March 28, 2014 and certain dates thereafter, the Core Parties designated certain documents exchanged during discovery and other documents as trial exhibits.

WHEREAS, on April 11, 2014 and certain dates thereafter, the Core Parties designated certain portions of deposition testimony for use at trial.

WHEREAS, on May 2 and 6, 2014, the Core Parties filed Pre-Trial Briefs and Joinders to Pre-Trial Briefs, as listed on Schedule 2 hereto.

WHEREAS, on May 12, 2014, as supplemented on May 30, 2014, the Courts entered Orders Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information From Public Disclosure During The Trial (together, the "Confidentiality Orders").

WHEREAS, on May 20, 2014, the Monitor and Canadian Debtors advised the other Core Parties that they continued to assert 48 of their previously made objections to the admissibility of deposition testimony and documents, and confirmed they were not pursuing the remainder of such admissibility objections, and no other Core Party continues to assert such objections (the "Objections").

- 4 -

WHEREAS, the joint trial to resolve the dispute over the allocation of the sale proceeds commenced on May 12, 2014 with opening arguments and concluded on September 24, 2014 with closing arguments, and was transcribed by court reporters present before the Courts.

WHEREAS, on August 7, 2014 and September 10, 2014, the Core Parties filed Post-Trial Briefs and Joinders to Post-Trial Briefs, as listed on Schedule 3 hereto.

WHEREAS, in light of the Confidentiality Orders and for other reasons, the Core Parties desire to reduce the number of trial exhibits in this matter.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Core Parties, through their undersigned counsel of record, and subject to approval by the Courts, as follows:

1.     The following documents and materials shall constitute trial exhibits in and form part of the official record of the trial in these proceedings (the "Record"):

    (1) Any exhibits cited in pre-trial briefs, affidavits, expert reports (if not withdrawn), initial and rebuttal post-trial briefs, and proposed findings of fact and conclusions of law;

    (2) Demonstratives used at trial (which includes demonstratives used during opening and closing arguments) and any exhibits cited therein;

    (3) Any exhibits used or referred to at trial (which includes exhibits used or referred to during opening and closing arguments);

- 5 -

(4) Any designated exhibits cited in designated portions of deposition transcripts (if not withdrawn), including in their entirety the deposition transcripts of Messrs. Bereskin, Burshtein, Clark, Cox, McGarty, Stratton and Westbrook; and

(5) Correspondence provided to the Courts during the trial.

2.    The trial exhibits described in paragraph 1 above are listed on Schedule 7 (with respect to demonstratives), on Schedule 9 (with respect to correspondence), and on Schedule 8 (with respect to all other exhibits) hereto, which schedules indicate the exhibits that are sealed or redacted in accordance with the Confidentiality Orders and the additional exhibits that should be sealed because they are duplicates of exhibits already sealed under such orders.

3.    The Core Parties hereby withdraw their designation as a trial exhibit any document that is not listed on Schedule 7, 8 or 9 hereto, and agree that such document shall not constitute part of the Record.

4.    To the extent that, as a result of inadvertent error, an exhibit is not listed on Schedule 7, 8 or 9 hereto, but falls into one of the categories described in paragraph 1 above, such exhibit shall nevertheless constitute part of the Record.

5.    The designated portions of deposition transcripts, as listed on Schedule 6 hereto, and the entire deposition transcripts of Messrs. Bereskin, Burshtein, Clark, Cox, McGarty, Stratton and Westbrook, are part of the Record.

6.    This stipulation does not affect the parties' arguments with respect to the admissibility or weight of any evidence in the Record and/or listed on Schedules 6, 7, 8 or 9 hereto.

- 6 -

Dated: February ___, 2015

*Counsel for the Official Committee*
*of Unsecured Creditors*

AKIN GUMP STRAUSS HAUER & FELD
LLP

David H. Botter
Fred S. Hodara
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

WHITEFORD, TAYLOR & PRESTON LLC

Christopher M. Samis
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 357-3266
Facsimile: (302) 357-3288

CASSELS BROCK & BLACKWELL LLP

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Suite 2100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3C2
Telephone: (416) 869-5300
Facsimile: (416) 360-8877

*Counsel for the Debtors*
*and Debtors in Possession*

CLEARY GOTTLIEB STEEN & HAMILTON
LLP

Howard S. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

TORYS LLP

Scott Bomhof
Tony DeMarinis
Andrew Gray
Adam Slavens
79 Wellington Street West
Suite 3000, Box 270, TD Centre
Toronto ON M5K 1N2, Canada
Telephone: (416) 865-0040
Facsimile: (416) 865-7380

- 6 -

Dated: February ___, 2015

Counsel for the Official Committee
of Unsecured Creditors

*David H. Botter /RAJ*

AKIN GUMP STRAUSS HAUER & FELD
LLP

David H. Botter
Fred S. Hodara
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

WHITEFORD, TAYLOR & PRESTON LLC

Christopher M. Samis
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 357-3266
Facsimile: (302) 357-3288

CASSELS BROCK & BLACKWELL LLP

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Suite 2100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3C2
Telephone: (416) 869-5300
Facsimile: (416) 360-8877

Counsel for the Debtors
and Debtors in Possession

CLEARY GOTTLIEB STEEN & HAMILTON
LLP

Howard S. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

TORYS LLP

Scott Bomhof
Tony DeMarinis
Andrew Gray
Adam Slavens
79 Wellington Street West
Suite 3000, Box 270, TD Centre
Toronto ON M5K 1N2, Canada
Telephone: (416) 865-0040
Facsimile: (416) 865-7380

- 7 -

*Counsel for the Ad Hoc Group of Bondholders*

*Andrew M. Leblanc*

MILBANK, TWEED, HADLEY & McCLOY
LLP

Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones
Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

BENNETT JONES

Richard B. Swan
Kevin Zych
Gavin Finlayson
3400 One First Canadian Place
P.O. Box 130
Toronto, Ontario M5X 1A4
Canada

*Counsel for the Canadian Debtors*

GOWLING LAFLEUR HENDERSON LLP

Derrick Tay
Jennifer Stam
1 First Canadian Place, Suite 1600
100 King Street West

*Counsel for Ernst & Young Inc. as Monitor*

GOODMANS LLP

Benjamin Zarnett
Jay Carfagnini
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON M5H 2S7
Canada
Telephone: (416) 979 2211
Facsimile: (416) 979 1234

ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

BUCHANAN INGERSOLL & ROONEY PC

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Joint Administrators*

YOUNG CONAWAY STARGATT & TAYLOR,
LLP

James L. Patton
Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Rodney Square

- 7 -

| *Counsel for the Ad Hoc Group of Bondholders* | *Counsel for Ernst & Young Inc. as Monitor* |
|---|---|

**MILBANK, TWEED, HADLEY & McCLOY LLP**

Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

**PACHULSKI STANG ZIEHL & JONES LLP**

Laura Davis Jones
Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

**BENNETT JONES**

Richard B. Swan
Kevin Zych
Gavin Finlayson
3400 One First Canadian Place
P.O. Box 130
Toronto, Ontario M5X 1A4
Canada

*Counsel for the Canadian Debtors*

**GOWLING LAFLEUR HENDERSON LLP**

Derrick Tay
Jennifer Stam
1 First Canadian Place, Suite 1600
100 King Street West

**GOODMANS LLP**

Benjamin Zarnett
Jay Carfagnini
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON M5H 2S7
Canada
Telephone: (416) 979 2211
Facsimile: (416) 979 1234

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

**BUCHANAN INGERSOLL & ROONEY PC**

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Joint Administrators*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

James L. Patton
Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Rodney Square

-7-

*Counsel for the Ad Hoc Group of Bondholders*

**MILBANK, TWEED, HADLEY & McCLOY LLP**

Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

**PACHULSKI STANG ZIEHL & JONES LLP**

Laura Davis Jones
Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

**BENNETT JONES**

Richard B. Swan
Kevin Zych
Gavin Finlayson
3400 One First Canadian Place
P.O. Box 130
Toronto, Ontario M5X 1A4
Canada

*Counsel for the Canadian Debtors*

**GOWLING LAFLEUR HENDERSON LLP**

Derrick Tay
Jennifer Stam
1 First Canadian Place, Suite 1600
100 King Street West

*Counsel for Ernst & Young Inc. as Monitor*

**GOODMANS LLP**

Benjamin Zarnett
Jay Carfagnini
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON M5H 2S7
Canada
Telephone: (416) 979 2211
Facsimile: (416) 979 1234

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

**BUCHANAN INGERSOLL & ROONEY PC**

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Joint Administrators*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

James L. Patton
Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Rodney Square

*Counsel for the Ad Hoc Group of Bondholders*

*Counsel for Ernst & Young Inc. as Monitor*

---

MILBANK, TWEED, HADLEY & McCLOY LLP

Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones
Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

BENNETT JONES

Richard B. Swan
Kevin Zych
Gavin Finlayson
3400 One First Canadian Place
P.O. Box 130
Toronto, Ontario M5X 1A4
Canada

*Counsel for the Canadian Debtors*

---

GOWLING LAFLEUR HENDERSON LLP

Derrick Tay
Jennifer Stam
1 First Canadian Place, Suite 1600
100 King Street West

GOODMANS LLP

Benjamin Zarnett
Jay Carfagnini
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON M5H 257
Canada
Telephone: (416) 979 2211
Facsimile: (416) 979 1234

ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

BUCHANAN INGERSOLL & ROONEY PC

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Joint Administrators*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton
Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Rodney Square

- 8 -

Toronto, Ontario M5X 1G5

Tel: +1 416 862 5697
Fax: +1 416 862 7661

ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

BUCHANAN INGERSOLL & ROONEY PC

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Canadian Creditors Committee*

Selinda A. Melnik (DE Bar No. 4032)

*on behalf of*

DLA PIPER LLP (US)
*U.S. Counsel for the Canadian Creditors Committee*

Selinda A. Melnik
919 North Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 468-5650
Facsimile: (302) 778-7914
*- and -*
Richard Hans
Timothy Hoeffner
1251 Avenue of the Americas
New York, New York 10020-1104

1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Gabrielle Glemann
Charles H. Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

DAVIES WARD PHILLIPS & VINEBERG LLP

Robin Schwill
Sean Campbell
155 Wellington Street West
Toronto, ON M5V 3J7
Telephone: (416) 863-0900
Facsimile: (416) 863-0871

LAX O'SULLIVAN SCOTT LISUS LLP

Matthew P. Gottlieb
145 King Street West
Suite 2750
Toronto, ON M5H 1J8
Canada
Telephone: (416) 598-1744
Facsimile: (416) 598-3730

*Counsel for the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund*

BAYARD, P.A.

Charlene D. Davis
Justin R. Alberto
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000

- 8 -

Toronto, Ontario M5X 1G5

Tel: +1 416 862 5697
Fax: +1 416 862 7661

ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

BUCHANAN INGERSOLL & ROONEY PC

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Canadian Creditors
Committee*

---

Selinda A. Melnik (DE Bar No. 4032)

*on behalf of*

DLA PIPER LLP (US)
*U.S. Counsel for the Canadian Creditors
Committee*

Selinda A. Melnik
919 North Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 468-5650
Facsimile: (302) 778-7914
- *and* -
Richard Hans
Timothy Hoeffner
1251 Avenue of the Americas
New York, New York 10020-1104

1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Gabrielle Glemann
Charles H. Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

DAVIES WARD PHILLIPS & VINEBERG LLP

Robin Schwill
Sean Campbell
155 Wellington Street West
Toronto, ON M5V 3J7
Telephone: (416) 863-0900
Facsimile: (416) 863-0871

LAX O'SULLIVAN SCOTT LISUS LLP

Matthew P. Gottlieb
145 King Street West
Suite 2750
Toronto, ON M5H 1J8
Canada
Telephone: (416) 598-1744
Facsimile: (416) 598-3730

*Counsel for the Trustee of Nortel Networks UK
Pension Plan and the Board of the Pension
Protection Fund*

---

BAYARD, P.A.     Michael S. Shakira (TSF)

Charlene D. Davis
Justin R. Alberto
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000

Telephone: (212) 335-4530

**UNIFOR LEGAL DEPARTMENT**
*Lawyers for the Canadian Autoworkers Union*

Barry Wadsworth
205 Placer Court
Toronto, ON  M2H 3H9
Telephone: (416) 495-3776
Facsimile:  (416) 495-3786

**KOSKIE MINSKY LLP**
*Lawyers for the Former and Disabled Canadian Employees*

Mark Zigler
Susan Philpott
Ari Kaplan
20 Queen Street West, Suite 900
Toronto, ON  M5H 3R3
Telephone:  (416) 595-2090
Facsimile:  (416) 204-2877

**McCARTHY TÉTRAULT LLP**
*Lawyers for Morneau Shepell Ltd.,
as administrator of the Nortel Canada
registered pension plans*

R. Paul Steep
Byron D. Shaw
Elder Marques
James D. Gage
Barbara J. Boake
TD Bank Tower, Suite 5300
Toronto Dominion Centre
66 Wellington Street West
Toronto ON M5K 1E6
Telephone:  (416) 601-7998
Facsimile:  (416) 868-0673

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**

Ken Rosenberg
Lily Harmer
Karen Jones
Massimo Starnino

Facsimile: (302) 658-6395

**WILLKIE FARR & GALLAGHER LLP**

Brian E. O'Connor
787 7th Ave.
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9251

**THORNTON GROUT FINNIGAN LLP**

Michael Barrack
John Finnigan
D.J. Miller
Andrea McEwan
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON M5K 1K7

*Counsel for the Law Debenture Trust Company of New York*

**BORDEN LADNER GERVAIS**

John D. Marshall
Edmond Lamek
Scotia Plaza,
40 King Street West, 44th Floor
Toronto, Ontario M5H 3Y4
Canada
Telephone: (416) 367-6000
Facsimile: (416) 367-6749

**PATTERSON BELKNAP WEBB &
TYLER LLP**

Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas

- 10 -

155 Wellington Street West, 35th Floor
Toronto, ON  M5V 3H1
Telephone:  (416) 646-4300
Facsimile:  (416) 646-4301

SHIBLEY RIGHTON LLP
w/ NELLIGAN O'BRIEN PAYNE LLP
Barristers and Solicitors
*Lawyers for the Active and Transferred
Canadian Employees*

Arthur O. Jacques/ Thomas McRae
Co-Counsel: Janice Payne / Steve Levitt
250 University Avenue, Suite 700
Toronto, ON  M5H 3E5
Telephone:  (416) 214-5213/5206
Facsimile:   (416) 214-5413/5400

*Counsel for the Wilmington Trust Company,
not in its individual capacity but solely as
Trustee*

KATTEN MUCHIN ROSENMAN LLP

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

DENTONS CANADA LLP

Kenneth Kraft
John Salmas
77 King Street West, Suite 400
Toronto, Ontario M5K 0A1
Canada
Telephone: (416) 863-4511
Facsimile: (416) 863-4592

New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

MORRIS JAMES LLP

Stephen M. Miller
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

*Counsel for the Former Directors and Officers of
Nortel Networks Corporation and Nortel Networks
Limited*

OSLER, HOSKIN & HARCOURT LLP

Lyndon A.J. Barnes
Adam Hirsh
Box 50, 1 First Canadian Place
Toronto, Ontario
M5X 1B8
Canada

- 10 -

155 Wellington Street West, 35th Floor
Toronto, ON  M5V 3H1
Telephone:  (416) 646-4300
Facsimile:  (416) 646-4301

SHIBLEY RIGHTON LLP
w/ NELLIGAN O'BRIEN PAYNE LLP
Barristers and Solicitors
*Lawyers for the Active and Transferred
Canadian Employees*

Arthur O. Jacques/ Thomas McRae
Co-Counsel: Janice Payne / Steve Levitt
250 University Avenue, Suite 700
Toronto, ON  M5H 3E5
Telephone:  (416) 214-5213/5206
Facsimile:  (416) 214-5413/5400

*Counsel for the Wilmington Trust Company,
not in its individual capacity but solely as
Trustee*

KATTEN MUCHIN ROSENMAN LLP

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

DENTONS CANADA LLP

Kenneth Kraft
John Salmas
77 King Street West, Suite 400
Toronto, Ontario M5K 0A1
Canada
Telephone: (416) 863-4511
Facsimile: (416) 863-4592

New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

MORRIS JAMES LLP

Stephen M. Miller
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

*Counsel for the Former Directors and Officers of
Nortel Networks Corporation and Nortel Networks
Limited*

OSLER, HOSKIN & HARCOURT LLP

Lyndon A.J. Barnes
Adam Hirsh
Box 50, 1 First Canadian Place
Toronto, Ontario
M5X 1B8
Canada

- 11 -

*Counsel for The Bank of New York Mellon,*
*as Indenture Trustee*

_____ */s/ Michael J. Riela* ___

VEDDER PRICE

Michael J. Riela
1633 Broadway
New York, New York 10019
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

MCMILLAN LLP

Sheryl E. Seigel
Brookfield Place, Suite 4400
181 Bay Street
Toronto, ON M5J 2T3
Canada
Telephone: (416) 865-7000

## SCHEDULE 1 – OPENING AND RESPONDING ALLOCATION POSITIONS AND JOINDERS TO ALLOCATION POSITIONS

| | **Description** | **Redactions** |
|---|---|---|
| 1. | Monitor and Canadian Debtors | |
| | a. Allocation position, dated May 16, 2013 | No |
| | b. Response, dated May 29, 2013 | No |
| 2. | US Debtors and Official Committee of Unsecured Creditors | |
| | a. Allocation position, dated May 16, 2013 | No |
| | b. Response, dated May 29, 2013 | No |
| 3. | EMEA | |
| | a. Allocation position, dated May 16, 2013 | No |
| | b. Response, dated May 29, 2013 | No |
| 4. | Trustee of the UK Pension Plan and Board of Pension Protection Fund | |
| | a. Allocation Position, dated May 16, 2013 | No |
| | b. Response, dated May 29, 2013 | No |
| 5. | Canadian Creditors Committee | |
| | a. Allocation position, dated May 16, 2013 | No |
| | b. Response, dated May 29, 2013 | No |
| 6. | Ad Hoc Group of Bondholders | |
| | a. Allocation position, dated May 16, 2013 | No |
| | b. Response, dated May 29, 2013 | No |

- 2 -

|  | Description | Redactions |
|---|---|---|
| 7. | Law Debenture Trust Company of New York | |
| |     a.  Joinder, dated May 16, 2013 | No |
| |     b.  Response, dated May 29, 2013 | No |
| 8. | Bank of New York Mellon | |
| |     a.  Joinder, dated May 16, 2013 | No |
| 9. | Wilmington Trust | |
| |     a.  Allocation position, dated May 16, 2013 | No |
| |     b.  Joinder, dated May 16, 2013 | No |
| |     c.  Response, dated May 29, 2013 | No |

## SCHEDULE 2 – PRE-TRIAL BRIEFS AND JOINDERS TO PRE-TRIAL BRIEFS

|  | **Description** | **Redactions** |
|---|---|---|
| 1. | Pre-Trial Brief of the Monitor and Canadian Debtors – Allocation, dated May 2, 2014 | No |
| 2. | Trial Brief of the Canadian Creditors' Committee ("CCC"), dated May 2, 2014 | Yes |
| 3. | Pre-Trial Brief of the US Interests, dated May 2, 2014 | Yes |
| 4. | Pre-Trial brief of the *Ad Hoc* Group of Bondholders, dated May 2, 2014 | No |
| 5. | Joint Administrators' Prehearing Brief Regarding Allocation of the Proceeds of the Nortel Asset Sales, dated May 2, 2014 | Yes |
| 6. | Allocation Pre-Trial Brief of Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund, dated May 2, 2014 | No |
| 7. | Joinder of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, in the (A) Pre-Trial Brief of the US Interests and (B) Pre-Trial Brief of the Ad Hoc Group of Bondholders, dated May 6, 2014 | No |
| 8. | Joinder of the Bank of New York Mellon, as Indenture Trustee, In the Pre-Trial Briefs of (A) the US Interests and (B) the Ad Hoc Group of Bondholders, dated May 6, 2014 | No |
| 9. | Joinder of Wilmington Trust, National Association, as Successor Indenture Trustee, in the Pre-Trial Brief of the Canadian Creditors' Committee and Partial Joinder in the Pre-Trial Brief of the Monitor and Canadian Debtors – Allocation, dated May 6, 2014 | No |

## SCHEDULE 3 – POST-TRIAL BRIEFS AND JOINDERS TO POST-TRIAL BRIEFS

| | **Description** | **Redactions** |
|---|---|---|
| 1. | Monitor and Canadian Debtors | |
| | a. Initial Post-Trial Brief (Allocation), dated August 7, 2014 | No |
| | b. Rebuttal Post-Trial Brief (Allocation), dated September 10, 2014 | No |
| | c. Supplemental Consolidated Proposed Findings of Fact, dated September 10, 2014 | Yes |
| 2. | US Debtors and Official Committee of Unsecured Creditors | |
| | a. Post-Trial Reply Brief, dated August 7, 2014 | Yes |
| | b. Proposed Findings of Fact and Conclusions of Law, dated August 7, 2014 | Yes |
| | c. Post-Trial Reply Brief, dated September 10, 2014 | Yes |
| 3. | EMEA | |
| | a. Post-Hearing Submission Regarding Allocation, dated August 7, 2014 | Yes |
| | b. Post-Hearing Reply Submission Regarding Allocation, dated September 10, 2014 | Yes |
| 4. | Trustee of the UK Pension Plan and Board of Pension Protection Fund | |
| | a. Allocation Post-Trial Brief and Post-Trial Proposed Findings of Fact and Conclusions of Law, dated August 7, 2014 | No |
| | b. Allocation Post-Trial Reply Brief, dated September 10, 2014 | No |

| | **Description** | **Redactions** |
|---|---|---|
| 5. | Canadian Creditors Committee | |
| | a. Closing Brief, dated August 7, 2014 | Yes |
| | b. Proposed Findings of Fact and Conclusions of Law, dated August 7, 2014 | No |
| | c. Reply Closing Brief, dated September 10, 2014 | Yes |
| 6. | Ad Hoc Group of Bondholders | |
| | a. Post-Trial Brief, dated August 7, 2014 | No |
| | b. Post-Trial Reply Brief, dated September 10, 2014 | Yes |
| 7. | Law Debenture Trust Company of New York | |
| | a. Joinder, dated August 7, 2014 | No |
| | b. Joinder, dated September 10, 2014 | No |
| 8. | Bank of New York Mellon | |
| | a. Joinder, dated August 7, 2014 | No |
| | b. Joinder, dated September 10, 2014 | No |
| 9. | Wilmington Trust | |
| | a. Post-Trial Brief, dated August 7, 2014 | No |
| | b. Post-Trial Response Brief, dated September 10, 2014 | No |

## SCHEDULE 4 – AFFIDAVITS

**Canadian Allocation Group**

|  | **Description** | **TR#** | **Redactions** |
|---|---|---|---|
| 1. | Clive V. Allen | | |
|  | a.  Initial affidavit sworn April 11, 2014 | TR00002 | No |
|  | b.  Reply affidavit sworn April 23, 2014 | TR00003 | No |
| 2. | Paviter Binning | | |
|  | a.  Initial affidavit sworn April 10, 2014 | TR00014 | No |
|  | b.  Reply affidavit sworn April 24, 2014 | TR00015 | No |
| 3. | Peter Currie | | |
|  | a.  Affidavit sworn April 11, 2014 | TR00001 | No |
| 4. | Gordon Davies | | |
|  | a.  Pages 1-5, 12-14, 19-21 of Affidavit sworn April 11, 2014 | TR00013 | No |
| 5. | Angela de Wilton | | |
|  | a.  Affidavit sworn April 11, 2014 | TR00006 | Yes |
| 6. | Sharon Hamilton | | |
|  | a.  Initial affidavit sworn April 11, 2014 | TR00009A-C | No |
|  | b.  Reply affidavit sworn April 25, 2014 | TR00010A-C | No |
| 7. | Michael McCorkle | | |
|  | a.  Affidavit sworn April 11, 2014 | TR00007A-B | Yes |
| 8. | Brian McFadden | | |
|  | a.  Initial affidavit sworn April 10, 2014 | TR00004 | No |
|  | b.  Reply affidavit sworn April 25, 2014 | TR00005 | No |

|     | Description | TR# | Redactions |
|-----|-------------|-----|------------|
| 9.  | Donald Sproule<br><br>a.  Affidavit sworn April 10, 2014 | TR00008 | No |

## US Allocation Group

|     | Description | TR# | Redactions |
|-----|-------------|-----|------------|
| 10. | Walter T. Henderson, Jr.<br><br>a.  Initial declaration dated April 11, 2014<br>b.  Reply declaration dated April 25, 2014 | TR00016<br>TR00017 | No<br>No |
| 11. | Michael Orlando<br><br>a.  Declaration dated April 28, 2014 | TR00019 | No |
| 12. | John J. Ray III<br><br>a.  Initial declaration dated April 11, 2014<br>b.  Reply declaration dated April 25, 2014 | TR00020<br>TR00021 | No<br>No |
| 13. | Christopher Ricaurte<br><br>a.  Declaration dated April 11, 2014 | TR00018 | No |
| 14. | Mark Weisz<br><br>a.  Declaration dated April 11, 2014 | TR00028 | No |

## EMEA Allocation Group

|     | Description | TR# | Redactions |
|-----|-------------|-----|------------|
| 15. | Philippe Albert-Lebrun<br><br>a.  Affidavit affirmed May 9, 2014 | TR00022 | No |
| 16. | Angela Anderson |  |  |

- 3 -

|     | **Description** | **TR#** | **Redactions** |
| --- | --- | --- | --- |
|     | a.  Reply affidavit affirmed April 25, 2014 | TR00032 | Yes |
| 17. | Simon Daniel Brueckheimer<br><br>a.  Affidavit affirmed April 9, 2014 | TR00023 | Yes |
| 18. | Geoffrey Stuart Hall<br><br>a.  Affidavit affirmed April 10, 2014 | TR00029 | No |
| 19. | Andrew Jeffries<br><br>a.  Affidavit affirmed March 25, 2014 | TR00025 | Yes |
| 20. | Peter Newcombe<br><br>a.  Affidavit affirmed April 11, 2014 | TR00024 | Yes |
| 21. | Aylwin Kersey Stephens<br><br>a.  Affidavit affirmed April 11, 2014 | TR00027 | No |

## SCHEDULE 5 – EXPERT REPORTS

**Canadian Allocation Group**

|  | **Description** | **TR#** | **Redactions** |
|---|---|---|---|
| 1. | Mark L. Berenblut and Alan J. Cox | | |
| | a. Initial expert report dated January 24, 2014 | TR00047 | Yes |
| | b. Rebuttal expert report dated February 28, 2014 (revised March 4, 2014) | TR00048 | No |
| 2. | Thomas Britven | | |
| | a. Initial expert report dated January 24, 2014 | TR00045 | No |
| | b. Rebuttal expert report dated February 28, 2014 | TR00046 | No |
| 3. | Sheldon Burshtein | | |
| | a. Reply expert report dated March 24, 2014 | TR11445 | No |
| 4. | Philip Green | | |
| | a. Initial expert report dated January 24, 2014 (reissued February 28, 2014) | TR00042 | Yes |
| | b. Rebuttal expert report dated February 28, 2014 | TR00043 | Yes |
| 5. | Timothy Reichert | | |
| | a. Initial expert report dated January 24, 2014 | TR00049 | Yes |
| | b. Rebuttal expert report dated February 28, 2014 | TR00050 | Yes |

**US Allocation Group**

|     | Description | TR# | Redactions |
| --- | --- | --- | --- |
| 6. | Daniel R. Bereskin<br><br>a. Rebuttal expert report dated February 28, 2014 | TR51050 | Yes |
| 7. | Lorraine Eden<br><br>a. Initial expert report dated January 24, 2014<br><br>b. Rebuttal expert report dated February 28, 2014 | TR00062<br><br>TR00063 | Yes<br><br>Yes |
| 8. | Jeffrey Kinrich<br><br>a. Initial expert report dated January 24, 2014<br><br>b. Rebuttal expert report dated February 28, 2014 | TR00051<br><br>TR00052 | Yes<br><br>Yes |
| 9. | John J. McConnell<br><br>a. Rebuttal expert report dated February 28, 2014 | TR00057 | No |
| 10. | Terrence P. McGarty<br><br>a. Rebuttal expert report dated February 28, 2014 | TR51051 | Yes |
| 11. | Laureen M. Ryan<br><br>a. Rebuttal expert report dated February 28, 2014 (revised April 14, 2014) | TR00055 | No |
| 12. | Catherine Tucker<br><br>a. Rebuttal expert report dated February 28, 2014 | TR00056 | Yes |
| 13. | Raymond Zenkich<br><br>a. Initial expert report dated January 24, 2014 | TR00054 | No |

- 3 -

**EMEA Allocation Group**

|     | Description | TR# | Redactions |
| --- | --- | --- | --- |
| 14. | Coleman D. Bazelon | | |
|     | a.   Initial expert report dated January 24, 2014 | TR00039 | No |
|     | b.   Rebuttal expert report dated February 28, 2014 | TR00040 | Yes |
| 15. | Leif Clark and Jay Westbrook | | |
|     | a.   Initial expert report dated January 24, 2014 | TR11436 | No |
| 16. | Richard V.L. Cooper | | |
|     | a.   Initial expert report dated January 24, 2014 | TR00035 | No |
|     | b.   Rebuttal expert report dated February 28, 2014 | TR00036 | Yes |
| 17. | Steven D. Felgran | | |
|     | a.   Initial expert report dated January 24, 2014 | TR00037 | Yes |
|     | b.   Rebuttal expert report dated February 28, 2014 | TR00038 | No |
| 18. | Paul P. Huffard | | |
|     | a.   Initial expert report dated January 24, 2014 (reissued April 11, 2014) | TR00030 | No |
|     | b.   Rebuttal expert report dated February 28, 2014 | TR00031 | No |
| 19. | James E. Malackowski | | |
|     | a.   Initial expert report dated January 24, 2014 (revised March 24, 2014) | TR00033 | Yes |
|     | b.   Rebuttal expert report dated February 28, 2014 (revised March 24, 2014) | TR00034 | Yes |
| 20. | Bruce Stratton | | |
|     | a.   Rebuttal expert report dated February 28, | TR11446 | No |

- 4 -

| | Description | | TR# | Redactions |
|---|---|---|---|---|
| | | 2014 | | |

## SCHEDULE 6 – DEPOSITION DESIGNATIONS

**Fact Witnesses**

|  | **Description** | **Redactions** |
|---|---|---|
| 1. | Transcript from the Deposition of Philippe Albert-Lebrun dated November 21, 2013 | No |
| 2. | Transcript from the Deposition of Philippe Albert-Lebrun dated November 22, 2013 | No |
| 3. | Transcript from the Deposition of Clive Allen dated October 11, 2013 | No |
| 4. | Transcript from the Deposition of Angela Anderson dated October 31, 2013 | Yes |
| 5. | Transcript from the Deposition of Kishor Badiani dated November 22, 2013 | No |
| 6. | Transcript from the Deposition of Susan Barratt dated December 17, 2013 | No |
| 7. | Transcript from the Deposition of Ian Barton dated September 25, 2013 | No |
| 8. | Transcript from the Deposition of Douglas Beatty dated October 25, 2013 | No |
| 9. | Transcript from the Deposition of Allan Bifield dated November 25, 2013 | No |
| 10. | Transcript from the Deposition of Paviter Binning dated October 24, 2013 | No |
| 11. | Transcript from the Deposition of Alan Bloom dated December 5, 2013 | No |
| 12. | Transcript from the Deposition of Ernie Briard dated September 26, 2013 | No |
| 13. | Transcript from the Deposition of Simon Brueckheimer dated October 1, 2013 | Yes |

- 2 -

| | Description | Redactions |
|---|---|---|
| 14. | Transcript from the Deposition of Kriss Bush dated November 11, 2013 | No |
| 15. | Transcript from the Deposition of Christopher Cianciolo dated October 15, 2013 | Yes |
| 16. | Transcript from the Deposition of Michel Clement dated December 10, 2013 | No |
| 17. | Transcript from the Deposition of Malcolm Collins dated October 10, 2013 | No |
| 18. | Transcript from the Deposition of Timothy Collins dated November 15, 2013 | Yes |
| 19. | Transcript from the Deposition of Mary Cross dated October 11, 2013 | No |
| 20. | Transcript from the Deposition of Rosanne Culina dated October 17, 2013 | No |
| 21. | Transcript from the Deposition of Peter Currie dated October 15, 2013 | No |
| 22. | Transcript from the Deposition of Khush Dadyburjor dated October 3, 2013 | No |
| 23. | Transcript from the Deposition of David Davies dated October 23, 2013 | No |
| 24. | Transcript from the Deposition of Gordon Davies dated November 15, 2013 | No |
| 25. | Transcript from the Deposition of Pascal Debon dated November 25, 2013 | No |
| 26. | Transcript from the Deposition of Nicholas Deroma dated October 16, 2013 | No |
| 27. | Transcript from the Deposition of Angela de Wilton dated November 20, 2013 | No |
| 28. | Transcript from the Deposition of William Donovan dated October 28, 2013 | No |

- 3 -

|  | **Description** | **Redactions** |
|---|---|---|
| 29. | Transcript from the Deposition of John Doolittle dated December 5, 2013 | Yes |
| 30. | Transcript from the Deposition of David Drinkwater dated November 4, 2013 | No |
| 31. | Transcript from the Deposition of Darryl Edwards dated October 31, 2013 | No |
| 32. | Transcript from the Deposition of Giles Fortier dated October 10, 2013 | No |
| 33. | Transcript from the Deposition of Kenneth Fox dated October 3, 2013 | No |
| 34. | Transcript from the Deposition of Simon Freemantle dated November 14, 2013 | No |
| 35. | Transcript from the Deposition of Simon Freemantle dated November 15, 2013 | No |
| 36. | Transcript from the Deposition of Kenneth Gardener dated November 19, 2013 | No |
| 37. | Transcript from the Deposition of Kenneth Gardener dated November 20, 2013 | No |
| 38. | Transcript from the Deposition of James Gatley dated November 7, 2013 | No |
| 39. | Transcript from the Deposition of James Gatley dated November 8, 2013 | No |
| 40. | Transcript from the Deposition of Clive Gilchrist dated November 6, 2013 | No |
| 41. | Transcript from the Deposition of Dara Gill dated November 11, 2013 | No |
| 42. | Transcript from the Deposition of Michael Gollogly dated November 5, 2013 | No |
| 43. | Transcript from the Deposition of Rob Haitsma dated November 18, 2013 | No |

- 4 -

| | Description | Redactions |
|---|---|---|
| 44. | Transcript from the Deposition of Geoffrey Hall dated October 29, 2013 | No |
| 45. | Transcript from the Deposition of Sharon Hamilton dated October 30, 2013 | No |
| 46. | Transcript from the Deposition of Lorraine Harper dated October 21, 2013 | No |
| 47. | Transcript from the Deposition of Walter Henderson dated October 4, 2013 | No |
| 48. | Transcript from the Deposition of John Hern dated October 25, 2013 | No |
| 49. | Transcript from the Deposition of Christopher Hill dated December 17, 2013 | No |
| 50. | Transcript from the Deposition of Ron Horn dated September 24, 2013 | No |
| 51. | Transcript from the Deposition of Andy Jeffries dated September 26, 2013 | No |
| 52. | Transcript from the Deposition of Eric Jensen dated October 8, 2013 | No |
| 53. | Transcript from the Deposition of Paul Karr dated November 14, 2013 | No |
| 54. | Transcript from the Deposition of William Kerr dated October 1, 2013 | No |
| 55. | Transcript from the Deposition of Laurie Krebs dated October 7, 2013 | No |
| 56. | Transcript from the Deposition of Jonathon Land dated December 13, 2013 | No |
| 57. | Transcript from the Deposition of William Lasalle dated October 10, 2013 | No |
| 58. | Transcript from the Deposition of Michelle Lee dated October 28, 2013 | No |

| | Description | Redactions |
|---|---|---|
| 59. | Transcript from the Deposition of Jean-Marie Lesur dated December 12, 2013 | No |
| 60. | Transcript from the Deposition of Geoffrey Lloyd dated November 22, 2013 | No |
| 61. | Transcript from the Deposition of Peter Look dated November 12, 2013 | No |
| 62. | Transcript from the Deposition of Peter Look dated November 13, 2013 | No |
| 63. | Transcript from the Deposition of Roy Maclean dated October 23, 2013 | No |
| 64. | Transcript from the Deposition of Gillian McColgan dated November 8, 2013 | Yes |
| 65. | Transcript from the Deposition of Michael McCorkle dated December 6, 2013 | No |
| 66. | Transcript from the Deposition of Murray McDonald dated November 26, 2013 | Yes |
| 67. | Transcript from the Deposition of Brian McFadden dated October 21, 2013 | No |
| 68. | Transcript from the Deposition of Yves McGale dated December 19, 2013 | No |
| 69. | Transcript from the Deposition of Hitesh Mehta dated November 7, 2013 | No |
| 70. | Transcript from the Deposition of Iain Morgan dated October 22, 2013 | No |
| 71. | Transcript from the Deposition of Gregory Mumford dated October 24, 2013 | No |
| 72. | Transcript from the Deposition of Peter Newcombe dated October 2, 2013 | No |
| 73. | Transcript from the Deposition of Wendy Nicholls dated December 12, 2013 | No |

- 6 -

|  | Description | Redactions |
|---|---|---|
| 74. | Transcript from the Deposition of Karina O dated November 9, 2013 | No |
| 75. | Transcript from the Deposition of Michael Orlando dated November 5, 2013 | No |
| 76. | Transcript from the Deposition of Michael Orlando dated November 6, 2013 | No |
| 77. | Transcript from the Deposition of Maryanne Pahapill dated October 3, 2013 | No |
| 78. | Transcript from the Deposition of Gareth Pugh dated October 8, 2013 | No |
| 79. | Transcript from the Deposition of Gareth Pugh dated October 9, 2013 | No |
| 80. | Transcript from the Deposition of Stephen Pusey dated November 18, 2013 | No |
| 81. | Transcript from the Deposition of Vince Raimondo dated October 4, 2013 | Yes |
| 82. | Transcript from the Deposition of John Ray dated December 13, 2013 | No |
| 83. | Transcript from the Deposition of Nigel Rees dated September 27, 2013 | No |
| 84. | Transcript from the Deposition of Christopher Ricaurte dated November 26, 2013 | No |
| 85. | Transcript from the Deposition of Graham Richardson dated October 28, 2013 | No |
| 86. | Transcript from the Deposition of George Riedel dated October 10, 2013 | Yes |
| 87. | Transcript from the Deposition of John Roese dated November 11, 2013 | No |
| 88. | Transcript from the Deposition of John Roese dated November 12, 2013 | No |

| | Description | Redactions |
|---|---|---|
| 89. | Transcript from the Deposition of Cosme Rogeau dated December 12, 2013 | No |
| 90. | Transcript from the Deposition of Sharon Rolston dated November 20, 2013 | No |
| 91. | Transcript from the Deposition of Sharon Rolston dated November 21, 2013 | No |
| 92. | Transcript from the Deposition of Simon Schofield dated October 10, 2013 | No |
| 93. | Transcript from the Deposition of Ryan Smith dated October 21, 2013 | No |
| 94. | Transcript from the Deposition of Ryan Smith dated October 22, 2013 | No |
| 95. | Transcript from the Deposition of Giovanna Sparagna dated December 10, 2013 | No |
| 96. | Transcript from the Deposition of Donald Sproule dated November 13, 2013 | No |
| 97. | Transcript from the Deposition of Gerard Staunton dated October 8, 2013 | No |
| 98. | Transcript from the Deposition of Gerard Staunton dated October 9, 2013 | No |
| 99. | Transcript from the Deposition of Kerry Stephens dated November 7, 2013 | No |
| 100. | Transcript from the Deposition of Kerry Stephens dated November 8, 2013 | No |
| 101. | Transcript from the Deposition of Ian Stevenson dated October 8, 2013 | No |
| 102. | Transcript from the Deposition of Katharine Stevenson dated October 31, 2013 | No |
| 103. | Transcript from the Deposition of Katharine Stevenson dated November 1, 2013 | No |

|      | Description | Redactions |
|------|-------------|------------|
| 104. | Transcript from the Deposition of John Veschi dated November 7, 2013 | Yes |
| 105. | Transcript from the Deposition of Christian Waida dated October 17, 2013 | No |
| 106. | Transcript from the Deposition of Christian Waida dated October 18, 2013 | No |
| 107. | Transcript from the Deposition of Timothy Watkins dated November 8, 2013 | No |
| 108. | Transcript from the Deposition of Mark Weisz dated November 25, 2013 | No |
| 109. | Transcript from the Deposition of Ian Widdowson dated November 26, 2013 | No |
| 110. | Transcript from the Deposition of Scott Wilkie dated December 6, 2013 | No |
| 111. | Transcript from the Deposition of Lieve Willekens dated November 19, 2013 | No |
| 112. | Transcript from the Deposition of John Williams dated October 8, 2013 | No |
| 113. | Transcript from the Deposition of Jeffrey Wood dated November 1, 2013 | Yes |
| 114. | Transcript from the Deposition of Mike Zafirovski dated November 6, 2013 | No |

**Expert Witnesses**

|      | Description | Redactions |
|------|-------------|------------|
| 115. | Transcript from the Deposition of Coleman Bazelon dated April 3, 2014 | Yes |
| 116. | Transcript from the Deposition of Mark Berenblut dated March 26, 2014 | No |

| | Description | Redactions |
|---|---|---|
| 117. | Transcript from the Deposition of Dan Bereskin dated March 27, 2014 | Yes |
| 118. | Transcript from the Deposition of Thomas Britven dated April 2, 2014 | No |
| 119. | Transcript from the Deposition of Sheldon Burshtein dated June 11, 2014 | No |
| 120. | Transcript from the Deposition of Leif Clark dated April 14, 2014 | No |
| 121. | Transcript from the Deposition of Richard Cooper dated March 28, 2014 | No |
| 122. | Transcript from the Deposition of Alan Cox dated March 26, 2014 | No |
| 123. | Transcript from the Deposition of Lorraine Eden dated April 4, 2014 | Yes |
| 124. | Transcript from the Deposition of Steven Felgran dated March 25, 2014 | No |
| 125. | Transcript from the Deposition of Philip Green dated March 31, 2014 | No |
| 126. | Transcript from the Deposition of Paul Huffard dated April 3, 2014 | No |
| 127. | Transcript from the Deposition of Robert Kilimnik dated March 27, 2014 | No |
| 128. | Transcript from the Deposition of Jeffrey Kinrich dated April 8, 2014 | Yes |
| 129. | Transcript from the Deposition of James Malackowski dated March 19, 2014 | No |
| 130. | Transcript from the Deposition of John McConnell dated April 4, 2014 | No |
| 131. | Transcript from the Deposition of Terrence McGarty dated March 31, 2014 | Yes |
| 132. | Transcript from the Deposition of Timothy Reichert dated March | No |

- 10 -

| | Description | Redactions |
|---|---|---|
| | 20, 2014 | |
| 133. | Transcript from the Deposition of Laureen Ryan dated April 1, 2014 | No |
| 134. | Transcript from the Deposition of Bruce Stratton dated April 4, 2014 | No |
| 135. | Transcript from the Deposition of Catherine Tucker dated March 28, 2014 | No |
| 136. | Transcript from the Deposition of Jay Westbrook dated April 10, 2014 | No |
| 137. | Transcript from the Deposition of Raymond Zenkich dated March 18, 2014 | No |

## SCHEDULE 7 – DEMONSTRATIVES

|  | **Date** | **Dem No.** | **Witness, Opening or Closing** | **Designating Party** | **Redactions** |
|---|---|---|---|---|---|
| 1. | 05.12.2014 | DEM00001 | Opening Statement | EMEA | No |
| 2. | 05.12.2014 | DEM00002 | Opening Statement | UKPC | No |
| 3. | 05.12.2014 | DEM00003 | Opening Statement | US | No |
| 4. | 05.13.2014 | DEM00004 | Opening Statement | Canada | No |
| 5. | 05.13.2014 | DEM00005 | Opening Statement | CCC | No |
| 6. | 05.15.2014 | DEM00006 | Hamilton | US | No |
| 7. | 05.21.2014 | DEM00007 | Ray | Canada | No |
| 8. | 05.21.2014 | DEM00008 | Lebrun | Canada | No |
| 9. | 05.28.2014 | DEM00009 | Weisz | Canada | No |
| 10. | 05.28.2014 | DEM00010 | Huffard | EMEA | No |
| 11. | 05.29.2014 | DEM00011 | Malackowski | EMEA | No |
| 12. | 05.30.2014 | DEM00012 | Malackowski | US | No |
| 13. | 05.30.2014 | DEM00013 | Cooper | EMEA | No |
| 14. | 06.02.2014 | DEM00014 | Bazelon | UKPC | No |
| 15. | 06.05.2014 | DEM00015 | Green | Canada | Yes |
| 16. | 06.06.2014 | DEM00016 | Britven | CCC | No |
| 17. | 06.16.2014 | DEM00017 | Berenblut | Canada | No |

|     | Date       | Dem No.   | Witness, Opening or Closing | Designating Party | Redactions |
|-----|------------|-----------|-----------------------------|-------------------|------------|
| 18. | 06.17.2014 | DEM00018  | Reichert                    | Canada            | No         |
| 19. | 06.18.2014 | DEM00019  | Kinrich                     | US                | No         |
| 20. | 06.18.2014 | DEM00020  | Kinrich                     | EMEA              | No         |
| 21. | 06.19.2014 | DEM00021  | Zenkich                     | US                | No         |
| 22. | 06.19.2014 | DEM00022  | Ryan                        | US                | No         |
| 23. | 06.20.2014 | DEM00023  | Tucker                      | US                | No         |
| 24. | 06.23.2014 | DEM00024  | McConnell                   | US                | No         |
| 25. | 06.23.2014 | DEM00025  | McConnell                   | UKPC              | No         |
| 26. | 06.23.2014 | DEM00026  | McConnell                   | CCC               | No         |
| 27. | 06.24.2014 | DEM00027  | Eden                        | US                | No         |
| 28. | 09.22.2014 | DEM00038  | Closing Statement           | Canada            | No         |
| 29. | 09.22.2014 | DEM00039  | Closing Statement           | CCC               | No         |
| 30. | 09.22.2014 | DEM00040  | Closing Statement           | EMEA              | No         |
| 31. | 09.22.2014 | DEM00041  | Closing Statement           | EMEA              | No         |
| 32. | 09.22.2014 | DEM00042  | Closing Statement           | UKPC              | No         |

- 3 -

|  | **Date** | **Dem No.** | **Witness, Opening or Closing** | **Designating Party** | **Redactions** |
|---|---|---|---|---|---|
| 33. | 09.23.2014 | DEM00043 | Closing Statement | US | Yes |
| 34. | 09.23.2014 | DEM00044 | Closing Statement | US | No |
| 35. | 09.24.2014 | DEM00045 | Closing Statement | Canada | No |
| 36. | 09.24.2014 | DEM00046 | Closing Statement | Ad Hoc Group of Bondholders | No |
| 37. | 09.24.2014 | DEM00047 | Closing Statement | UCC | No |

## SCHEDULE 8 – TRIAL EXHIBITS

**Attached**

## SCHEDULE 8 - TRIAL EXHIBITS

| No. | TR Number | Doc ID | Redacted/Sealed |
|---|---|---|---|
| 1 | TR11003 | 11003 | |
| 2 | TR11014 | NNC-NNL10566835 | |
| 3 | TR11016 | NNC-NNL06145782 | |
| 4 | TR11050 | NNI_00897371 | Pending Privilege Review by Patent Owner |
| 5 | TR11051 | NNI_00715620 | |
| 6 | TR11052 | NNC-NNL06153989 | Pending Privilege Review by Patent Owner |
| 7 | TR11053 | 11053; NNC-NNL06153990 | Pending Privilege Review by Patent Owner |
| 8 | TR11055 | 11055 | |
| 9 | TR11055B | NNC-NNL004608 | Pending Privilege Review by Patent Owner |
| 10 | TR11057 | NNI_00283430 | |
| 11 | TR11058 | 11058; NNC-NNL06542812 | Pending Privilege Review by Patent Owner |
| 12 | TR11061 | US_EMEA_Canada_PRIV_00171945 | Pending Privilege Review by Patent Owner |
| 13 | TR11064 | NNC-NNL07494073 | Pending Privilege Review by Patent Owner |
| 14 | TR11065 | 11065; NNC-NNL0652851 | Pending Privilege Review by Patent Owner |
| 15 | TR11067 | 11067; NNI_01487088 | Pending Privilege Review by Patent Owner |
| 16 | TR11068 | 11068; NNI_01503491 | |
| 17 | TR11070 | 11070; NNI_01494046 | |
| 18 | TR11071 | NOR-CAN00076221 | |
| 19 | TR11074 | 11074; NNC-NNL016069 | |
| 20 | TR11077 | NNC-NNL016101-02 | REDACTED |
| 21 | TR11079 | EMEAPRIV0174535 | Pending Privilege Review by Patent Owner |
| 22 | TR11080 | NNI_00692665 | Pending Privilege Review by Patent Owner |
| 23 | TR11081 | 11081 | |
| 24 | TR11083 | EMEAPROD1079694 | |
| 25 | TR11084 | 11084; EMEAPROD2286999 | |
| 26 | TR11086 | 11086; EMEAPROD1030028 | |
| 27 | TR11088 | EMEAPROD1044887 | |
| 28 | TR11089 | NNI_00018618 | |
| 29 | TR11093 | NNI_00295381 | |
| 30 | TR11102 | NNC-NNL07022190 | Pending Privilege Review by Patent Owner |
| 31 | TR11103 | 11103; NNC-NNL098174 | |

## SCHEDULE 8 - TRIAL EXHIBITS

| No. | TR Number | Doc ID | Redacted/Sealed |
|-----|-----------|--------|-----------------|
| 32 | TR11104 | NNC-NNL11148904 | Pending Privilege Review by Patent Owner |
| 33 | TR11105 | NNC-NNL1114882 | Pending Privilege Review by Patent Owner |
| 34 | TR11106 | US_CANADA_PRIV_00016317 | Pending Privilege Review by Patent Owner |
| 35 | TR11107 | 11107; US_Canada_PRIV_00015574 | Pending Privilege Review by Patent Owner |
| 36 | TR11108 | NOR-CAN00051349 | Pending Privilege Review by Patent Owner |
| 37 | TR11109 | US_CANADA_PRIV_00493094 | Pending Privilege Review by Patent Owner |
| 38 | TR11110 | NNC-NNL06638388 | Pending Privilege Review by Patent Owner |
| 39 | TR11111 | 11111; EMEAPRIV0155093 | Pending Privilege Review by Patent Owner |
| 40 | TR11112 | NNC-NNL06542905 | Pending Privilege Review by Patent Owner |
| 41 | TR11113 | NNC-NNL11150795 | Pending Privilege Review by Patent Owner |
| 42 | TR11114 | 11114; NNC-NNL06542925 | Pending Privilege Review by Patent Owner |
| 43 | TR11115 | 11115; NNC-NNL11756002 | |
| 44 | TR11123 | 11123 | |
| 45 | TR11129 | NNC-NNL005359 | |
| 46 | TR11144 | NNI_00998367 | |
| 47 | TR11146 | NNI_01533696 | |
| 48 | TR11147 | NNI_00734272 | |
| 49 | TR11148 | 11148 | |
| 50 | TR11150 | CCC0001356 | REDACTED Pending Privilege Review by Patent Owner |
| 51 | TR11151 | NNC-NNL06139423 | REDACTED Pending Privilege Review by Patent Owner |
| 52 | TR11152 | 11152; NNC-NNL07601785 | Pending Privilege Review by Patent Owner |
| 53 | TR11153 | 11153; NNC-NNL06139422 | Pending Privilege Review by Patent Owner |
| 54 | TR11154 | 11154 | |
| 55 | TR11157 | 11157; NNC-NNL06491142 | Pending Privilege Review by Patent Owner |
| 56 | TR11158 | 11158; US_CANADA_PRIV_00161069 | |

## SCHEDULE 8 - TRIAL EXHIBITS

| No. | TR Number | Doc ID | Redacted/Sealed |
|-----|-----------|--------|-----------------|
| 57 | TR11162 | 11162 | Pending Privilege Review by Patent Owner |
| 58 | TR11165 | 11165 | |
| 59 | TR11166 | 11166 | |
| 60 | TR11169 | 11169; NNC-NNL002707 | |
| 61 | TR11171 | 11171; NNC-NNL06652342 | Pending Privilege Review by Patent Owner |
| 62 | TR11172 | 11172, NNC-NNL06615572 | Pending Privilege Review by Patent Owner |
| 63 | TR11173 | 11173; GIP_NORTEL_00136187 | Pending Privilege Review by Patent Owner |
| 64 | TR11176 | EMEAPROD02321497 | |
| 65 | TR11177 | NNC-NNL06542781 | Pending Privilege Review by Patent Owner |
| 66 | TR11178 | EMEAPRIV0146309 | Pending Privilege Review by Patent Owner |
| 67 | TR11206 | 11206; EMEAPROD0395408 | |
| 68 | TR11207 | EMEAPROD1268388 | |
| 69 | TR11209 | EMEAPRIV0221185 | Pending Privilege Review by Patent Owner |
| 70 | TR11211 | NNC-NNL06124349 | |
| 71 | TR11212 | NNI_0273672 | |
| 72 | TR11216 | EMEA1000000505 | |
| 73 | TR11237 | NNC-NNL061995 | |
| 74 | TR11238 | 11238; NNC-NNL06111660 | |
| 75 | TR11239 | 11239; EMEAPROD2287379 | REDACTED |
| 76 | TR11241 | 11241; NNI_01509153 | REDACTED |
| 77 | TR11242 | 11242; NNI_00879669 | REDACTED |
| 78 | TR11245 | NNI_00366578 | |
| 79 | TR11246 | NNI_00546408 | Pending Privilege Review by Patent Owner |
| 80 | TR11247 | EMEAPROD0027761 | |
| 81 | TR11248 | EMEAPROD0027788 | |
| 82 | TR11249 | EMEA1000002416 | |
| 83 | TR11250 | NNC-NNL090702 | |
| 84 | TR11251 | 11251 | |
| 85 | TR11251 | NNI_00308285 | |
| 86 | TR11252 | NNC-NNL06003155 | |
| 87 | TR11253 | EMEAPROD2079523 | |
| 88 | TR11254 | NNI_00085486 | |
| 89 | TR11255 | NNC-NNL06108891 | Pending Privilege Review by Patent Owner |
| 90 | TR11256 | NOR_54402902.054 | |
| 91 | TR11257 | CCC0018242 | |

## SCHEDULE 8 - TRIAL EXHIBITS

| No. | TR Number | Doc ID | Redacted/Sealed |
|---|---|---|---|
| 92 | TR11258 | NNC-NNL06107966 | REDACTED |
| 93 | TR11259 | 11259; NNI_00364699 | REDACTED |
| 94 | TR11260 | 11260; NNC-NNL06031297 | |
| 95 | TR11261 | NNC-NNL06121236 | |
| 96 | TR11262 | NNC-NNL06056508 | |
| 97 | TR11264 | 11264; NNI_01432896 | |
| 98 | TR11265 | 11265; NNC-NNL06129019 | Pending Privilege Review by Patent Owner |
| 99 | TR11268 | 11268 | Pending Privilege Review by Patent Owner |
| 100 | TR11274 | NNI_00113752 | |
| 101 | TR11277 | 11277; EMEAPRIV0221275 | Pending Privilege Review by Patent Owner |
| 102 | TR11278 | 11278, NNC-NNL07453772 | |
| 103 | TR11279 | 11279; NNC-NNL07388067 | |
| 104 | TR11280 | 11280; NNC-NNL07422842 | |
| 105 | TR11282 | 11282 | |
| 106 | TR11283 | 11283; NNC-NNL06067572 | |
| 107 | TR11300 | NNC-NNL06689019 | Pending Privilege Review by Patent Owner |
| 108 | TR11303 | NNC-NNL06137093 | |
| 109 | TR11304 | 11304; NNC-NNL07575685 | |
| 110 | TR11305 | 11305; EMEAPRIV0174106 | Pending Privilege Review by Patent Owner |
| 111 | TR11306 | 11306; NNC-NNL10974694 | |
| 112 | TR11307 | 11307; NNI_00675206 | REDACTED |
| 113 | TR11308 | 11308; NNC-NNL06058049 | |
| 114 | TR11309 | 11309; NNI_00289211 | |
| 115 | TR11312 | 11312; NNI_00718375 | |
| 116 | TR11313 | 11313; NNI_00281089 | |
| 117 | TR11314 | 11314; NNI_00744797 | |
| 118 | TR11317 | NOR-CAN00528600 | REDACTED |
| 119 | TR11321 | NNI_00018796 | |
| 120 | TR11327 | 11327; US_CANADA_PRIV_00357939 | Pending Privilege Review by Patent Owner |
| 121 | TR11335 | NNC-NNL06254509 | |
| 122 | TR11337 | NNC-NNL06265411 | |
| 123 | TR11338 | 11338; SUTHERLAND_00005296 | Pending Privilege Review by Patent Owner |
| 124 | TR11340 | 11340; SUTHERLAND_00001454 | Pending Privilege Review by Patent Owner |
| 125 | TR11341 | 11341; SUTHERLAND_00003170 | |
| 126 | TR11342 | 11342; NNC-NNL10956494 | Pending Privilege Review by Patent Owner |