# EXHIBIT A

## NORTEL NETWORKS INC., *et al.*
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC [Docket No. 15170] | 12/1/14 - 12/31/14 | $74,892.00 (Fees) $1,511.03 (Expenses) | $59,913.60 (Fees @ 80%) $1,511.03 (Expenses @ 100%) | 2/12/15 | 3/4/15 |