# EXHIBIT A

## NORTEL NETWORKS INC., *et al.*
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC [Docket No. 15230] | 1/1/15 - 1/31/15 | $47,487.00 (Fees) $0.00 (Expenses) | $37,989.60 (Fees @ 80%) $0.00 (Expenses @ 100%) | 2/9/15 | 3/17/15 |