B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

District of Delaware

In re Nortel Networks Inc. ,   Case No. 09-10138

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bowery Acquisition, LLC | Bowery Opportunity Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  1325 Avenue of the Americas, 28th Floor
  New York, NY 10019

Court Claim # (if known): 5441
Amount of Claim: $83,147.93
Date Claim Filed: 09/30/2009

Phone: (212) 259-4305
Last Four Digits of Acct #: _____

Phone: (212) 259-4305
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____   Date: March 23, 2015
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

<u>Exhibit B</u>

TO:  United States Bankruptcy Court
District of Delaware
Attn: Clerk

AND TO:  NORTEL NETWORKS INC. ("<u>Debtor</u>")
Case No. 09-10138

<u>Claim #: 5441 (ALLOWED UNSECURED AMOUNT)</u>

**BOWERY OPPORTUNITY FUND, LTD.**, its successors and assigns ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BOWERY ACQUISITION, LLC**
1325 Avenue of Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $83,147.93 ("<u>Claim</u>") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 20, 2015.

| BOWERY OPPORTUNITY FUND, LTD. | BOWERY ACQUISITION, LLC |
|---|---|
| By: _____ | By: _____ |
| Name: Vladimir Jelisavcic | Name: James Larkin |
| Title: Director | Title: Chief Operating Officer |
| Date: 3-20-15 | Date: 3/20/15 |