## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP [Docket No. 15240] | 1/1/15 - 1/31/15 | £2,454.50 (Fees) £1.02 (Expenses) | £1,963.60 (Fees @ 80%) £1.02 (Expenses @ 100%) | 2/26/15 | 3/19/15 |