# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC [Docket No. 15264] | 11/1/14 - 1/31/15 | $67,600.50 (Fees) $5,203.31 (Expenses) | $54,080.40 (Fees @ 80%) $5,203.31 (Expenses @ 100%) | 2/27/15 | 3/20/15 |