IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X : Chapter 11
: 
*In re* : Case No. 09-10138 (KG)
: 
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
: 
Debtors. : 
: 
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 26, 2015 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**.  CourtCall has been made aware of this extended deadline.  CourtCall will not accept reservations after the extended deadline has passed without permission of chambers.  Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1. Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9362, Filed 2/1/13).

   Objection Deadline:  February 24, 2015 at 4:00 p.m. (ET).

   Responses Received:

   (a) U.S. Debtors' Objection to the Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9412, Filed 2/12/13);

   (b) Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., Et Al., to the Debtors' Objection to the Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9418, Filed 2/13/13);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(c)  Statement and Reservation of Rights of the Monitor on Behalf of the Canadian Nortel Debtors in Relation to the Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9441, Filed 2/15/13);

(d)  Joinder of Nortel Ad Hoc Group of Bondholders to U.S. Debtors' Objection to Motion for Entry of an Order Allowing Late-Filed Claims (D.I. 9451, Filed 2/19/13);

(e)  U.S. Debtors' Supplemental Objection to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (filed under seal (D.I. 15216, Filed 2/24/15) and withdrawn and replaced by (D.I. 15228, Filed 2/25/15));

(f)  Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., Et Al., to the U.S. Debtors' Supplemental Objection to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 15229, Filed 2/25/15);

(g)  Declaration of Michelle J. Parthum in Support of U.S. Debtors' Supplemental Objection to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (filed under seal (D.I. 15218, Filed 2/24/15) and withdrawn and replaced by (D.I. 15231, Filed 2/25/15));

(h)  Joinder of Nortel Ad Hoc Group of Bondholders to U.S. Debtors' Supplemental Objection to Motion for Entry of an Order Allowing Late-Filed Claims (D.I. 15234, Filed 2/26/15); and

(i)  Supplemental Statement and Reservation of Rights of the Monitor in Relation to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 15334, Filed 3/12/15).

Related Pleading:

(a)  Order Approving Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials Related to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Filing of Claims After the Bar Date [D.I. 9362] (D.I. 9641, Entered 3/13/13);

(b)  Supplemental Memorandum in Support of Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Claims to be Filed After the Bar Date (D.I. 13240, Filed 3/27/14);

(c)  Order Denying Request for Oral Argument at This Time (D.I. 13250, Entered 3/30/14);

(d)     Scheduling Order for Hearing on Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 15163, Filed 2/9/15); and

(e)     Supplemental Memorandum in Support of Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Claims to be Filed After the Bar Date (D.I. 15344, Filed 3/16/15).

<u>Status</u>: The hearing on this matter will go forward.

Dated: March 24, 2015  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
Jeffrey A. Rosenthal (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8978246.3