# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[15247] | 1/1/15 - 1/31/15 | $183,487.70 (Fees)<br><br>$2,847.69 (Expenses) | $146,790.16 (Fees @ 80%)<br><br>$2,847.69 (Expenses @ 100%) | 2/27/15 | 3/20/15 |