# EXHIBIT A

## NORTEL NETWORKS INC., *et al.*
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 15241] | 1/1/15 - 1/31/15 | CDN$61,897.00 (Fees) CDN$125.93 (Expenses) | CDN$49,517.60 (Fees @ 80%) CDN$125.93 (Expenses @ 100%) | 02/26/15 | 03/20/15 |