# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2015 through February 28, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $286.15 |
| Photos/Art/ Spec Duplicating | Out of Office | 4,883.35 |
| Travel | | 56.00 |
| Messenger Service | | 199.00 |
| Courier/Delivery Service | | 6,256.03 |
| In-House Duplicating | | 649.10 |
| Postage | | 95.82 |
| Pacer | | 58.20 |
| Use of Facilities/Equipment | | 1,372.00 |
| **Total Expenses** | | **$13,855.65** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 03/24/15 11:26:24

PRO FORMA 372446    AS OF 02/28/15    INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1261969 | 12/05/14 | B | 286.15 | Transcripts - DIAZ DATA SERVICES - EXPEDITIED TRANSCRIPT - 21/5/15 | 506 | 904 | 206988 |
| 1262212 | 01/30/15 | B | 101.40 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 1/30/ | 510 15 | 684 | 207042 |
| 1262207 | 02/03/15 | B | 367.78 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY PRINT, ENVELOPES, POSTAGE, HAND DELIVERIES - 2/3/15 | 510 | 684 | 207037 |
| 1263614 | 02/04/15 | B | 412.25 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY- COPY/PRINT, ENVELOPES, HAND DELIVERIES, POSTAGE - 2/4/15 | 510 | 904 | 207131 |
| 1266285 | 02/12/15 | B | 833.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY- COPY/PRINT, FAX BROADCAST - 2/12/ | 510 15 | 684 | 207268 |
| 1262948 | 02/12/15 | B | 852.16 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERIES - 2/16/15 | 510 | 684 | 207096 |
| 1262949 | 02/12/15 | B | 917.27 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, HAND DELIVERIES, POSTAGE - 2/12/15 | 510 | 684 | 207097 |
| 1270631 | 02/24/15 | B | 49.84 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, HAND DELIVERIES, POSTAGE - 2/24/15 | 510 | 904 | 207611 |
| 1270632 | 02/24/15 | B | 545.40 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - PRINT B/W FROM PDF - DOUBLE SIDED/3-HOLE PUNCH - 2/24/15 | 510 | 904 | 207612 |
| 1270630 | 02/25/15 | B | 149.25 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 2/25/ | 510 15 | 904 | 207610 |
| 1270609 | 02/27/15 | B | 655.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST - 2/27/ | 510 15 | 971 | 207589 |
| 1269228 | 02/27/15 | B | 56.00 | Travel - ROADRUNNER EXPRESS INC. - CLEARY GOTTLEIB - CAR FROM BANKRUPTCY COURT TO WILMINGTON AMTRAK STATION - 2/27/15 | 511 | 000 | 207496 |
| 1265207 | 12/19/14 | B | 3.00 | Messenger Service - 12/19/14 | 513S | 000 | |
| 1265226 | 12/19/14 | B | 3.00 | Messenger Service - 12/19/14 | 513S | 000 | |
| 1265245 | 12/22/14 | B | 3.00 | Messenger Service - 12/22/14 | 513S | 000 | |
| 1265268 | 12/23/14 | B | 3.00 | Messenger Service - 12/23/14 | 513S | 000 | |
| 1265285 | 12/24/14 | B | 3.00 | Messenger Service - 12/24/14 | 513S | 000 | |
| 1265345 | 12/31/14 | B | 3.00 | Messenger Service - 12/30/14 | 513S | 000 | |
| 1265346 | 01/02/15 | B | 3.00 | Messenger Service - 1/2/15 | 513S | 000 | |

Nortel Networks, Inc.  PRO FORMA 372446                    AS OF 02/28/15            INVOICE# ******
63989-DIP
DATE: 03/24/15 11:26:24

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1265355 | 01/04/15 | B | 3.00 | Messenger Service - 1/4/15 | 513S | 000 | |
| 1265360 | 01/04/15 | B | 3.00 | Messenger Service - 1/4/15 | 513S | 000 | |
| 1265372 | 01/05/15 | B | 3.00 | Messenger Service - 1/5/15 | 513S | 000 | |
| 1265436 | 01/12/15 | B | 3.00 | Messenger Service - 1/12/15 | 513S | 000 | |
| 1265437 | 01/12/15 | B | 3.00 | Messenger Service - 1/12/15 | 513S | 000 | |
| 1265479 | 01/14/15 | B | 3.00 | Messenger Service - 1/14/15 | 513S | 000 | |
| 1265531 | 01/16/15 | B | 3.00 | Messenger Service - 1/16/15 | 513S | 000 | |
| 1265579 | 01/22/15 | B | 3.00 | Messenger Service - 1/22/15 | 513S | 000 | |
| 1265580 | 01/22/15 | B | 3.00 | Messenger Service - 1/22/15 | 513S | 000 | |
| 1265661 | 01/29/15 | B | 3.00 | Messenger Service - 1/29/15 | 513S | 000 | |
| 1265669 | 01/29/15 | B | 3.00 | Messenger Service - 1/29/15 | 513S | 000 | |
| 1265682 | 01/30/15 | B | 3.00 | Messenger Service - 1/30/15 | 513S | 000 | |
| 1265716 | 02/03/15 | B | 3.00 | Messenger Service - 2/3/15 | 513S | 000 | |
| 1265733 | 02/05/15 | B | 3.00 | Messenger Service - 2/5/15 | 513S | 000 | |
| 1265736 | 02/05/15 | B | 3.00 | Messenger Service - 2/5/15 | 513S | 000 | |
| 1265752 | 02/06/15 | B | 3.00 | Messenger Service - 2/6/15 | 513S | 000 | |
| 1265753 | 02/06/15 | B | 3.00 | Messenger Service - 2/6/15 | 513S | 000 | |
| 1265754 | 02/06/15 | B | 3.00 | Messenger Service - 2/6/15 | 513S | 000 | |
| 1265773 | 02/10/15 | B | 3.00 | Messenger Service - 2/10/15 | 513S | 000 | |
| 1265776 | 02/10/15 | B | 3.00 | Messenger Service - 2/10/15 | 513S | 000 | |
| 1265779 | 02/10/15 | B | 3.00 | Messenger Service - 2/10/15 | 513S | 000 | |
| 1265792 | 02/11/15 | B | 21.00 | Messenger Service - 2/11/15 | 513S | 000 | |
| 1265809 | 02/12/15 | B | 3.00 | Messenger Service - 2/12/15 | 513S | 000 | |
| 1268980 | 02/18/15 | B | 7.00 | Messenger Service - 2/18/15 | 513S | 000 | |
| 1269006 | 02/18/15 | B | 7.00 | Messenger Service - 2/18/15 | 513S | 000 | |
| 1269040 | 02/23/15 | B | 7.00 | Messenger Service - 2/23/15 | 513S | 000 | |
| 1269041 | 02/23/15 | B | 7.00 | Messenger Service - 2/23/15 | 513S | 000 | |
| 1269056 | 02/23/15 | B | 7.00 | Messenger Service - 2/23/15 | 513S | 000 | |
| 1269075 | 02/25/15 | B | 7.00 | Messenger Service - 2/25/15 | 513S | 000 | |
| 1269080 | 02/25/15 | B | 7.00 | Messenger Service - 2/25/15 | 513S | 000 | |

Nortel Networks, Inc.  PRO FORMA 372446  AS OF 02/28/15  INVOICE# ******
63989-DIP
DATE: 03/24/15 11:26:24

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1269084 | 02/25/15 | B | 7.00 | Messenger Service - 2/25/15 | 513S | 000 | |
| 1269097 | 02/25/15 | B | 7.00 | Messenger Service - 2/25/15 | 513S | 000 | |
| 1269124 | 02/27/15 | B | 7.00 | Messenger Service - 2/27/15 | 513S | 000 | |
| 1269126 | 02/27/15 | B | 7.00 | Messenger Service - 2/27/15 | 513S | 000 | |
| 1269130 | 02/27/15 | B | 7.00 | Messenger Service - 2/27/15 | 513S | 000 | |
| 1269135 | 02/27/15 | B | 7.00 | Messenger Service - 2/27/15 | 513S | 000 | |
| 1266539 | 01/15/15 | B | 36.22 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - TWO SHIPMENTS - 1/15/15 | 514 | 684 | 207429 |
| 1266540 | 01/15/15 | B | 18.11 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - ONE SHIPMENT - 1/15/15 | 514 | 684 | 207429 |
| 1261987 | 01/29/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 1/29/15 | 514 | 000 | 206998 |
| 1262521 | 01/30/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262522 | 01/30/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262523 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262524 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262525 | 01/30/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262526 | 01/30/15 | B | 27.36 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262527 | 01/30/15 | B | 22.91 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262528 | 01/30/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262529 | 01/30/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262530 | 01/30/15 | B | 22.65 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262531 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262532 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262533 | 01/30/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262534 | 01/30/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262535 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262536 | 01/30/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262537 | 01/30/15 | B | 27.13 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262538 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262539 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262540 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262541 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262542 | 01/30/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262543 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262544 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262545 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262546 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/15 11:26:24

PRO FORMA 372446    AS OF 02/28/15    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1262547 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262548 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262549 | 01/30/15 | B | 22.17 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262550 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262551 | 01/30/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262552 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262553 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262554 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262555 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262556 | 01/30/15 | B | 12.82 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262557 | 01/30/15 | B | 26.15 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262558 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262559 | 01/30/15 | B | 27.36 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262560 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262561 | 01/30/15 | B | 26.15 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262562 | 01/30/15 | B | 22.91 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262563 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262564 | 01/30/15 | B | 22.91 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262565 | 01/30/15 | B | 27.36 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262566 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262567 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262568 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262569 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262570 | 01/30/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262571 | 01/30/15 | B | 25.06 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262572 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262573 | 01/30/15 | B | 26.15 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262574 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262575 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262576 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262577 | 01/30/15 | B | 23.39 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262578 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262579 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262580 | 01/30/15 | B | 16.48 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262581 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262582 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262583 | 01/30/15 | B | 26.26 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1262584 | 01/30/15 | B | 23.42 | Courier/Delivery Service | 514 | 322 | 207060 |

Nortel Networks, Inc.                                                                     PRO FORMA   372446                    AS OF 02/28/15                    INVOICE#  ******
63989-DIP
DATE: 03/24/15 11:26:24

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1262585 | 01/30/15 | B | 18.94 | Courier/Delivery Service | 514 | 322 | 207060 |
| 1273842 | 01/30/15 | B | 36.22 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - CLICK-N-SHIP - 1/30/15 | 514 | 684 | 207812 |
| 1273843 | 01/30/15 | B | 18.11 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - CLICK-N-SHIP - 1/30/15 | 514 | 684 | 207812 |
| 1266305 | 02/04/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/4/15 | 514 | 000 | 207330 |
| 1266306 | 02/04/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/4/15 | 514 | 000 | 207330 |
| 1266307 | 02/05/15 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/5/15 | 514 | 000 | 207330 |
| 1266308 | 02/05/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/5/15 | 514 | 000 | 207330 |
| 1266346 | 02/11/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/11/15 | 514 | 000 | 207331 |
| 1264908 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207208 |
| 1262607 | 02/12/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 207061 |
| 1262609 | 02/12/15 | B | 33.31 | Courier/Delivery Service | 514 | 322 | 207062 |
| 1260698 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260699 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260700 | 02/12/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260701 | 02/12/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260702 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260703 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260704 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260705 | 02/12/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260706 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260707 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260708 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260709 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260710 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260711 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260712 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260713 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260714 | 02/12/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260715 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260716 | 02/12/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260717 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260718 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260719 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260720 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260721 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260722 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |

```
Nortel Networks, Inc.                                        PRO FORMA 372446        AS OF 02/28/15              INVOICE# ******
63989-DIP
DATE: 03/24/15 11:26:24
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1260723 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260724 | 02/12/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260725 | 02/12/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260726 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260727 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260728 | 02/12/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260729 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260730 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260731 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260732 | 02/12/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260733 | 02/12/15 | B | 20.25 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260734 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260735 | 02/12/15 | B | 26.87 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260736 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260737 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260738 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260739 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260740 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260741 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260742 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260743 | 02/12/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260744 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260745 | 02/12/15 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260746 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260747 | 02/12/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260748 | 02/12/15 | B | 16.32 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260749 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260750 | 02/12/15 | B | 24.82 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260751 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260752 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260753 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260754 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260755 | 02/12/15 | B | 21.96 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260756 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260757 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260758 | 02/12/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260759 | 02/12/15 | B | 25.64 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260760 | 02/12/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 206954 |

```
Nortel Networks, Inc.                    PRO FORMA  392446            AS OF 02/28/15        INVOICE# ******
63989-DIP
DATE: 03/24/15 11:26:24
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1260761 | 02/12/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260762 | 02/12/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260763 | 02/12/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1260764 | 02/12/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 206954 |
| 1273859 | 02/12/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - SERVICE OF EGENDA UPON THREE PARTIES - 2/12/15 | 514 | 684 | 207812 |
| 1268865 | 02/18/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/18/15 | 514 | 000 | 207448 |
| 1268866 | 02/20/15 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/20/15 | 514 | 000 | 207448 |
| 1268867 | 02/20/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/20/15 | 514 | 000 | 207448 |
| 1273866 | 02/25/15 | B | 18.11 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - 2/25/15 SHIPMENT | 514 | 684 | 207812 |
| 1271624 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207703 |
| 1268482 | 02/25/15 | B | 33.31 | Courier/Delivery Service | 514 | 322 | 207441 |
| 1268494 | 02/25/15 | B | 45.38 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 207446 |
| 1268898 | 02/25/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268899 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268900 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268901 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268902 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268903 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268904 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268905 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268906 | 02/25/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268907 | 02/25/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268908 | 02/25/15 | B | 16.32 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268909 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268910 | 02/25/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268911 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268912 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268913 | 02/25/15 | B | 25.64 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268914 | 02/25/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268915 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268916 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268917 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268918 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268919 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268920 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268921 | 02/25/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207449 |

Nortel Networks, Inc.                                             PRO FORMA   372446          AS OF 02/28/15                                   INVOICE# ******
63989-DIP
DATE: 03/24/15 11:26:24

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 1268922 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268923 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268924 | 02/25/15 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268925 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268926 | 02/25/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268927 | 02/25/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268928 | 02/25/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268929 | 02/25/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268930 | 02/25/15 | B | 26.87 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268931 | 02/25/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268932 | 02/25/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268933 | 02/25/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268934 | 02/25/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268935 | 02/25/15 | B | 20.25 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268936 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268937 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268938 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268939 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268940 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268941 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268942 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268943 | 02/25/15 | B | 21.96 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268944 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268945 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268946 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268947 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268948 | 02/25/15 | B | 24.82 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268949 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268950 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268951 | 02/25/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268952 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268953 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268954 | 02/25/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268955 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268956 | 02/25/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268957 | 02/25/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268958 | 02/25/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1268959 | 02/25/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 207449 |

Nortel Networks, Inc.                                   PRO FORMA 372440                    AS OF 02/28/15        INVOICE# ******
63989-DIP
DATE: 03/24/15 11:26:24

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1268960 | 02/25/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207449 |
| 1273865 | 02/26/15 | B | 36.22 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - SHIPMENT TO 3 RECIPIENTS - 2/26/15 | 514 | 684 | 207812 |
| 1273867 | 02/27/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - CLICK-N-SHIP EXPRESS MAIL - 2/27/15 | 514 | 684 | 207812 |
| 1271317 | 02/27/15 | B | 33.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - 2/27/15 | 514 | 684 | 207686 |
| 1271625 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207703 |
| 1269290 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269291 | 02/27/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269292 | 02/27/15 | B | 24.82 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269293 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269294 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269295 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269296 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269297 | 02/27/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269298 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269299 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269300 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269301 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269302 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269303 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269304 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269305 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269306 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269307 | 02/27/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269308 | 02/27/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269309 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269310 | 02/27/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269311 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269312 | 02/27/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269313 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269314 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269315 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269316 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269317 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269318 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269319 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269320 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 03/24/15 11:26:24

PRO FORMA 372440     AS OF 02/28/15     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1269321 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269322 | 02/27/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269323 | 02/27/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269324 | 02/27/15 | B | 21.96 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269325 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269326 | 02/27/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269327 | 02/27/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269328 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269329 | 02/27/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269330 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269331 | 02/27/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269332 | 02/27/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269333 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269334 | 02/27/15 | B | 20.25 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269335 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269336 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269337 | 02/27/15 | B | 25.64 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269338 | 02/27/15 | B | 16.32 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269339 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269340 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269341 | 02/27/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269342 | 02/27/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269343 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269344 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269345 | 02/27/15 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269346 | 02/27/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269347 | 02/27/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269348 | 02/27/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269349 | 02/27/15 | B | 26.87 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269350 | 02/27/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269351 | 02/27/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269352 | 02/27/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269353 | 02/27/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1269354 | 02/27/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 207572 |
| 1256793 | 02/03/15 | B | 12.80 | In-House Duplicating | 519 | 605 | |
| 1258195 | 02/05/15 | B | 10.20 | In-House Duplicating | 519 | 971 | |
| 1260923 | 02/13/15 | B | 12.00 | In-House Duplicating | 519 | 605 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 03/24/15 11:26:24

PRO FORMA   372440           AS OF 02/28/15           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1261736 | 02/16/15 | B | 1.70 | In-House Duplicating | 519 | 594 | |
| 1263642 | 02/19/15 | B | 4.20 | In-House Duplicating | 519 | 605 | |
| 1264075 | 02/20/15 | B | 9.50 | In-House Duplicating | 519 | 594 | |
| 1264076 | 02/20/15 | B | 13.20 | In-House Duplicating | 519 | 605 | |
| 1267077 | 02/24/15 | B | 38.10 | In-House Duplicating | 519 | 605 | |
| 1267076 | 02/24/15 | B | 129.20 | In-House Duplicating | 519 | 684 | |
| 1268148 | 02/26/15 | B | 25.60 | In-House Duplicating | 519 | 605 | |
| 1268149 | 02/27/15 | B | 38.50 | In-House Duplicating | 519 | 670 | |
| 1268153 | 02/27/15 | B | 20.00 | In-House Duplicating | 519 | 670 | |
| 1268151 | 02/27/15 | B | 17.60 | In-House Duplicating | 519 | 605 | |
| 1268152 | 02/27/15 | B | 16.80 | In-House Duplicating | 519 | 605 | |
| 1268150 | 02/27/15 | B | 31.60 | In-House Duplicating | 519 | 971 | |
| 1265085 | 01/05/15 | B | 4.83 | Postage - 1/5/15 | 520 | 000 | |
| 1265102 | 01/12/15 | B | 7.35 | Postage - 1/12/15 | 520 | 000 | |
| 1265103 | 01/12/15 | B | 1.96 | Postage - 1/12/15 | 520 | 000 | |
| 1265112 | 01/14/15 | B | 4.20 | Postage - 1/14/15 | 520 | 000 | |
| 1265126 | 01/22/15 | B | 1.19 | Postage - 1/22/15 | 520 | 000 | |
| 1265145 | 01/29/15 | B | 4.20 | Postage - 1/29/15 | 520 | 000 | |
| 1265159 | 02/03/15 | B | 6.72 | Postage - 2/3/15 | 520 | 000 | |
| 1265160 | 02/04/15 | B | 7.77 | Postage - 2/4/15 | 520 | 000 | |
| 1265171 | 02/06/15 | B | 4.83 | Postage - 2/6/15 | 520 | 000 | |
| 1265185 | 02/11/15 | B | 7.84 | Postage - 2/11/15 | 520 | 000 | |
| 1265186 | 02/11/15 | B | 3.57 | Postage - 2/11/15 | 520 | 000 | |
| 1269371 | 02/18/15 | B | 1.40 | Postage - 2/18/15 | 520 | 000 | |
| 1269374 | 02/18/15 | B | 17.55 | Postage - 2/18/15 | 520 | 000 | |
| 1269381 | 02/19/15 | B | 2.18 | Postage - 2/19/15 | 520 | 000 | |
| 1269384 | 02/19/15 | B | 4.20 | Postage - 2/19/15 | 520 | 000 | |
| 1269392 | 02/23/15 | B | 4.83 | Postage - 2/23/15 | 520 | 000 | |
| 1269410 | 02/27/15 | B | 11.20 | Postage - 2/27/15 | 520 | 000 | |
| 1266123 | 01/31/15 | B | 58.20 | Pacer charges for the month of January | 529 | 000 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1268493 | 02/28/15 | B | 1,372.00 | Use of Facilities/Equipment - 2/1/15 - 2/28/15 | 540S | 000 | |
| 1256796 | 02/03/15 | B | 1.60 | In-House Printing - black & white Call time: 17:58; to | 541 | 605 | |
| 1256797 | 02/03/15 | B | 1.05 | In-House Printing - black & white Call time: 18:55; to | 541 | 605 | |
| 1256798 | 02/03/15 | B | 0.05 | In-House Printing - black & white Call time: 18:55; to | 541 | 605 | |
| 1256799 | 02/03/15 | B | 1.05 | In-House Printing - black & white Call time: 18:55; to | 541 | 605 | |
| 1256800 | 02/03/15 | B | 0.05 | In-House Printing - black & white Call time: 18:55; to | 541 | 605 | |
| 1256801 | 02/04/15 | B | 4.20 | In-House Printing - black & white Call time: 15:25; to | 541 | 684 | |
| 1256802 | 02/04/15 | B | 0.40 | In-House Printing - black & white Call time: 15:25; to | 541 | 684 | |
| 1256803 | 02/04/15 | B | 3.35 | In-House Printing - black & white Call time: 14:39; to | 541 | 684 | |
| 1256804 | 02/04/15 | B | 17.50 | In-House Printing - black & white Call time: 14:58; to | 541 | 684 | |
| 1258196 | 02/06/15 | B | 1.40 | In-House Printing - black & white Call time: 10:52; to | 541 | 684 | |
| 1258197 | 02/06/15 | B | 3.45 | In-House Printing - black & white Call time: 10:52; to | 541 | 684 | |
| 1258198 | 02/06/15 | B | 4.65 | In-House Printing - black & white Call time: 10:53; to | 541 | 684 | |
| 1258199 | 02/06/15 | B | 1.65 | In-House Printing - black & white Call time: 10:53; to | 541 | 684 | |
| 1258200 | 02/06/15 | B | 2.45 | In-House Printing - black & white Call time: 10:54; to | 541 | 684 | |
| 1258201 | 02/06/15 | B | 1.20 | In-House Printing - black & white Call time: 10:55; to | 541 | 684 | |
| 1258202 | 02/06/15 | B | 0.05 | In-House Printing - black & white Call time: 10:55; to | 541 | 684 | |
| 1258203 | 02/06/15 | B | 1.35 | In-House Printing - black & white Call time: 10:56; to | 541 | 684 | |
| 1258204 | 02/06/15 | B | 1.05 | In-House Printing - black & white Call time: 10:58; to | 541 | 684 | |
| 1258205 | 02/06/15 | B | 0.05 | In-House Printing - black & white Call time: 10:58; to | 541 | 684 | |
| 1258206 | 02/06/15 | B | 1.05 | In-House Printing - black & white Call time: 10:59; to | 541 | 684 | |
| 1258207 | 02/06/15 | B | 0.05 | In-House Printing - black & white Call time: 10:59; to | 541 | 684 | |
| 1258208 | 02/06/15 | B | 3.50 | In-House Printing - black & white Call time: 10:59; to | 541 | 684 | |
| 1258209 | 02/06/15 | B | 1.60 | In-House Printing - black & white Call time: 10:58; to | 541 | 684 | |
| 1258210 | 02/06/15 | B | 6.00 | In-House Printing - black & white Call time: 12:25; to | 541 | 684 | |
| 1258211 | 02/06/15 | B | 0.60 | In-House Printing - black & white Call time: 12:25; to | 541 | 684 | |
| 1259502 | 02/12/15 | B | 2.55 | In-House Printing - black & white Call time: 11:03; to | 541 | 684 | |
| 1259503 | 02/12/15 | B | 1.70 | In-House Printing - black & white Call time: 10:34; to | 541 | 684 | |
| 1260924 | 02/13/15 | B | 1.50 | In-House Printing - black & white Call time: 17:25; to | 541 | 605 | |
| 1262625 | 02/18/15 | B | 1.35 | In-House Printing - black & white Call time: 15:49; to | 541 | 684 | |

```
Nortel Networks, Inc.                            PRO FORMA  372440          AS OF 02/28/15              INVOICE# ******
63989-DIP
DATE: 03/24/15 11:26:24
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1262626 | 02/18/15 | B | 12.90 | In-House Printing - black & white Call time: 15:55; to | 541 | 684 | |
| 1262627 | 02/18/15 | B | 12.30 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1262628 | 02/18/15 | B | 1.80 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1262629 | 02/18/15 | B | 1.95 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1262630 | 02/18/15 | B | 0.25 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1264079 | 02/20/15 | B | 2.15 | In-House Printing - black & white Call time: 17:21; to | 541 | 904 | |
| 1264077 | 02/20/15 | B | 1.05 | In-House Printing - black & white Call time: 18:39; to | 541 | 605 | |
| 1264078 | 02/20/15 | B | 0.05 | In-House Printing - black & white Call time: 18:39; to | 541 | 605 | |
| 1264080 | 02/20/15 | B | 2.15 | In-House Printing - black & white Call time: 17:21; to | 541 | 322 | |
| 1264522 | 02/23/15 | B | 1.20 | In-House Printing - black & white Call time: 11:48; to | 541 | 684 | |
| 1264523 | 02/23/15 | B | 1.10 | In-House Printing - black & white Call time: 11:27; to | 541 | 684 | |
| 1264524 | 02/23/15 | B | 1.30 | In-House Printing - black & white Call time: 11:27; to | 541 | 684 | |
| 1264525 | 02/23/15 | B | 5.35 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1264526 | 02/23/15 | B | 1.40 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1264527 | 02/23/15 | B | 8.60 | In-House Printing - black & white Call time: 11:30; to | 541 | 684 | |
| 1264528 | 02/23/15 | B | 4.70 | In-House Printing - black & white Call time: 11:30; to | 541 | 684 | |
| 1264529 | 02/23/15 | B | 1.60 | In-House Printing - black & white Call time: 11:10; to | 541 | 684 | |
| 1264530 | 02/23/15 | B | 1.20 | In-House Printing - black & white Call time: 11:48; to | 541 | 684 | |
| 1264531 | 02/23/15 | B | 3.30 | In-House Printing - black & white Call time: 15:49; to | 541 | 684 | |
| 1264532 | 02/23/15 | B | 2.40 | In-House Printing - black & white Call time: 13:54; to | 541 | 684 | |
| 1264533 | 02/23/15 | B | 0.05 | In-House Printing - black & white Call time: 14:25; to | 541 | 684 | |
| 1264534 | 02/23/15 | B | 1.15 | In-House Printing - black & white Call time: 14:25; to | 541 | 684 | |
| 1264535 | 02/23/15 | B | 1.55 | In-House Printing - black & white Call time: 14:27; to | 541 | 684 | |
| 1264536 | 02/23/15 | B | 0.15 | In-House Printing - black & white Call time: 14:27; to | 541 | 684 | |
| 1267085 | 02/24/15 | B | 3.10 | In-House Printing - black & white Call time: 16:47; to | 541 | 605 | |
| 1267086 | 02/24/15 | B | 1.80 | In-House Printing - black & white Call time: 20:39; to | 541 | 605 | |
| 1267087 | 02/24/15 | B | 3.80 | In-House Printing - black & white Call time: 20:39; to | 541 | 605 | |
| 1267088 | 02/24/15 | B | 2.15 | In-House Printing - black & white Call time: 20:39; to | 541 | 605 | |
| 1267089 | 02/24/15 | B | 8.35 | In-House Printing - black & white Call time: 20:52; to | 541 | 605 | |
| 1267090 | 02/24/15 | B | 1.50 | In-House Printing - black & white Call time: 20:52; to | 541 | 605 | |

```
Nortel Networks, Inc.                      PRO FORMA  372440           AS OF 02/28/15            INVOICE# ******
63989-DIP
DATE: 03/24/15 11:26:24
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1267091 | 02/24/15 | B | 1.10 | In-House Printing - black & white Call time: 21:02; to | 541 | 605 | |
| 1267092 | 02/24/15 | B | 0.05 | In-House Printing - black & white Call time: 21:02; to | 541 | 605 | |
| 1267093 | 02/24/15 | B | 1.40 | In-House Printing - black & white Call time: 21:03; to | 541 | 605 | |
| 1267094 | 02/24/15 | B | 0.05 | In-House Printing - black & white Call time: 21:03; to | 541 | 605 | |
| 1267095 | 02/24/15 | B | 1.00 | In-House Printing - black & white Call time: 21:03; to | 541 | 605 | |
| 1267096 | 02/24/15 | B | 0.05 | In-House Printing - black & white Call time: 21:03; to | 541 | 605 | |
| 1267097 | 02/24/15 | B | 1.05 | In-House Printing - black & white Call time: 21:03; to | 541 | 605 | |
| 1267098 | 02/24/15 | B | 0.05 | In-House Printing - black & white Call time: 21:03; to | 541 | 605 | |
| 1267099 | 02/24/15 | B | 1.40 | In-House Printing - black & white Call time: 21:04; to | 541 | 605 | |
| 1267100 | 02/24/15 | B | 0.05 | In-House Printing - black & white Call time: 21:04; to | 541 | 605 | |
| 1267101 | 02/24/15 | B | 1.20 | In-House Printing - black & white Call time: 21:04; to | 541 | 605 | |
| 1267102 | 02/24/15 | B | 2.90 | In-House Printing - black & white Call time: 21:05; to | 541 | 605 | |
| 1267103 | 02/24/15 | B | 2.40 | In-House Printing - black & white Call time: 21:06; to | 541 | 605 | |
| 1267104 | 02/24/15 | B | 2.20 | In-House Printing - black & white Call time: 20:37; to | 541 | 605 | |
| 1267105 | 02/24/15 | B | 2.35 | In-House Printing - black & white Call time: 23:52; to | 541 | 605 | |
| 1267106 | 02/24/15 | B | 0.05 | In-House Printing - black & white Call time: 21:04; to | 541 | 605 | |
| 1267107 | 02/24/15 | B | 1.25 | In-House Printing - black & white Call time: 21:05; to | 541 | 605 | |
| 1267108 | 02/24/15 | B | 0.05 | In-House Printing - black & white Call time: 21:05; to | 541 | 605 | |
| 1267078 | 02/24/15 | B | 13.30 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |
| 1267079 | 02/24/15 | B | 0.05 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |
| 1267080 | 02/24/15 | B | 7.45 | In-House Printing - black & white Call time: 09:47; to | 541 | 684 | |
| 1267081 | 02/24/15 | B | 9.50 | In-House Printing - black & white Call time: 09:49; to | 541 | 684 | |
| 1267082 | 02/24/15 | B | 9.40 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1267083 | 02/24/15 | B | 9.00 | In-House Printing - black & white Call time: 13:57; to | 541 | 684 | |
| 1267084 | 02/24/15 | B | 0.20 | In-House Printing - black & white Call time: 13:57; to | 541 | 684 | |
| 1267109 | 02/25/15 | B | 1.80 | In-House Printing - black & white Call time: 16:08; to | 541 | 684 | |
| 1267110 | 02/26/15 | B | 1.20 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1267111 | 02/26/15 | B | 0.05 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1267112 | 02/26/15 | B | 1.55 | In-House Printing - black & white Call time: 11:23; to | 541 | 684 | |
| 1267113 | 02/26/15 | B | 1.90 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |

| Nortel Networks, Inc. | | | | PRO FORMA 372440 | | AS OF 02/28/15 | | | INVOICE# ****** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 63989-DIP | | | | | | | | | |
| DATE: 03/24/15 11:26:24 | | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
| --- | --- | --- | ---: | --- | --- | --- | --- |
| 1267114 | 02/26/15 | B | 1.05 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1267115 | 02/26/15 | B | 0.05 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1267116 | 02/26/15 | B | 1.05 | In-House Printing - black & white Call time: 11:33; to | 541 | 684 | |
| 1267117 | 02/26/15 | B | 0.20 | In-House Printing - black & white Call time: 11:33; to | 541 | 684 | |
| 1267118 | 02/26/15 | B | 1.50 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1267119 | 02/26/15 | B | 3.00 | In-House Printing - black & white Call time: 16:14; to | 541 | 684 | |
| 1267120 | 02/26/15 | B | 2.60 | In-House Printing - black & white Call time: 18:36; to | 541 | 605 | |
| 1267121 | 02/26/15 | B | 0.10 | In-House Printing - black & white Call time: 18:36; to | 541 | 605 | |
| 1267122 | 02/26/15 | B | 2.50 | In-House Printing - black & white Call time: 17:37; to | 541 | 605 | |
| 1267123 | 02/26/15 | B | 0.05 | In-House Printing - black & white Call time: 17:37; to | 541 | 605 | |
| 1268155 | 02/27/15 | B | 1.60 | In-House Printing - black & white Call time: 18:18; to | 541 | 605 | |
| 1268156 | 02/27/15 | B | 1.65 | In-House Printing - black & white Call time: 22:20; to | 541 | 605 | |
| 1268157 | 02/27/15 | B | 1.80 | In-House Printing - black & white Call time: 23:11; to | 541 | 605 | |
| 1268162 | 02/27/15 | B | 3.60 | In-House Printing - black & white Call time: 10:32; to | 541 | 971 | |
| 1268163 | 02/27/15 | B | 0.05 | In-House Printing - black & white Call time: 10:32; to | 541 | 971 | |
| 1268164 | 02/27/15 | B | 5.35 | In-House Printing - black & white Call time: 13:59; to | 541 | 971 | |
| 1268165 | 02/27/15 | B | 3.60 | In-House Printing - black & white Call time: 12:28; to | 541 | 546 | |
| 1268166 | 02/27/15 | B | 0.05 | In-House Printing - black & white Call time: 12:28; to | 541 | 546 | |
| 1268154 | 02/27/15 | B | 1.80 | In-House Printing - black & white Call time: 15:57; to | 541 | 594 | |
| 1268158 | 02/27/15 | B | 2.60 | In-House Printing - black & white Call time: 08:50; to | 541 | 684 | |
| 1268159 | 02/27/15 | B | 0.10 | In-House Printing - black & white Call time: 08:50; to | 541 | 684 | |
| 1268160 | 02/27/15 | B | 2.20 | In-House Printing - black & white Call time: 09:02; to | 541 | 684 | |
| 1268161 | 02/27/15 | B | 0.05 | In-House Printing - black & white Call time: 09:02; to | 541 | 684 | |
| 1256805 | 02/03/15 | B | 0.75 | In-House Printing - color | 542 | 971 | |
| | | | 13,855.65 | | | | |