# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>Hearing Date:  March 26, 2014 at 10 a.m. |

## JOINT WITNESS LIST

Pursuant to the Scheduling Order for Hearing on *Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of An Order Allowing Claims to Be Filed After the Bar Date the Ad Hoc Committee*, the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition intends to call as live witnesses Paula Klein, Michael Campbell and Jane Longchamps. The Debtors do not intend to call any live witnesses.

Dated:  March 24, 2015
　　　　 Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Jeffrey Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*


MONZACK MERSKY McLAUGHLIN
AND BROWDER, P.A.

*/s/ Rachel B. Merksy*
Rachel B. Mersky, Esquire (DE #2049)
Michael C. Hochman, Esquire (DE #4265)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:     (302) 656-8162
Facsimile:     (302) 656-2769
E-mail:        rmersky@monlaw.com

*Attorneys For Ad Hoc Committee Of Former Canadian
Employees Terminated Pre-Petition*

2