IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15357, 15359, 15361, 15363** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 25, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
____ day of March, 2015

Notary Public

Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24. 20__

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

                        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BOWERY OPPORTUNITY FUND LTD
             TRANSFEROR: INTOTO INC
             1325 AVE OF THE AMERICAS 28TH FL
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK, NY 10019

Please note that your claim # 5441 in the above referenced case and in the amount of
    $200,507.93 allowed at $83,147.93  has been transferred (**unless previously expunged by court order**) to:

        BOWERY ACQUISITION, LLC
        TRANSFEROR: BOWERY OPPORTUNITY FUND LTD
        ATTN: VLADIMIR JELISAVCIC
        1325 AVENUE OF THE AMERICAS, 28TH FL
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15357    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2015

                        David D. Bird, Clerk of Court

                        /s/ Kimberly Murray

                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 25, 2015.

EXHIBIT B

TIME: 16:03:11
DATE: 03/25/15

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| BOWERY ACQUISITION, LLC | TRANSFEROR: BOWERY OPPORTUNITY FUND LTD ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FL NEW YORK NY 10019 |
| BOWERY OPPORTUNITY FUND LTD | TRANSFEROR: BARNES & THORNBURG LLP 1325 AVE OF THE AMERICAS 28TH FL ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| BOWERY OPPORTUNITY FUND LTD | TRANSFEROR: INTOYO INC 1325 AVE OF THE AMERICAS 28TH FL ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| BOWERY OPPORTUNITY FUND LTD | TRANSFEROR: MORLEY MOSS ELECTRICAL CONT 1325 AVE OF THE AMERICAS 28TH FL ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |

Total Number of Records Printed

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006