**Exhibit B**

**EXPENSE SUMMARY**[1]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2015 through February 28, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Transportation | | $313.00 |
| Duplicating Charges (at $0.10/page) | | 1,125.40 |
| Color Duplicating Charges (at $0.65/page) | | 308.10 |
| Legal Research | Lexis | 1,331.12 |
| | Westlaw | 5,402.02 |
| | Pacer | 1,406.50 |
| Late Work – Meals | | 218.05 |
| Late Work – Transportation | | 338.38 |
| Conference Meals | | 352.26 |
| Other Charges | | 71.25 |
| Expert Expenses | | 1,670.00 |
| **Grand Total Expenses** | | **$12,536.08** |

---

[1]    Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
**February 1, 2015 through February 28, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| **Travel - Transportation[1]** | | |
| | | |
| 11/4/2014 | 45.00 | TRAVEL - TRANSPORTATION - Rozenberg Trip to Delaware (booking fee) |
| 11/4/2014 | 268.00 | TRAVEL - TRANSPORTATION - Rozenberg Trip to Delaware (roundtrip train ticket) |
| **TOTAL:** | **313.00** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 2/2/2015 | 0.20 | NY DUPLICATING |
| 2/3/2015 | 8.20 | NY DUPLICATING |
| 2/3/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.50 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.50 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.50 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.50 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.70 | NY DUPLICATING XEROX |
| 2/3/2015 | 0.70 | NY DUPLICATING XEROX |
| 2/3/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/3/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/3/2015 | 1.70 | NY DUPLICATING XEROX |
| 2/3/2015 | 1.70 | NY DUPLICATING XEROX |
| 2/3/2015 | 15.60 | NY DUPLICATING XEROX |
| 2/3/2015 | 20.00 | NY DUPLICATING XEROX |
| 2/3/2015 | 20.00 | NY DUPLICATING XEROX |
| 2/4/2015 | 0.30 | NY DUPLICATING |
| 2/4/2015 | 1.30 | NY DUPLICATING |
| 2/6/2015 | 3.00 | NY DUPLICATING XEROX |
| 2/6/2015 | 3.10 | NY DUPLICATING XEROX |
| 2/9/2015 | 1.80 | NY DUPLICATING XEROX |
| 2/10/2015 | 46.60 | NY DUPLICATING |
| 2/12/2015 | 0.10 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 2/12/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/12/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/12/2015 | 0.50 | NY DUPLICATING XEROX |
| 2/12/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/12/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/12/2015 | 1.00 | NY DUPLICATING XEROX |
| 2/12/2015 | 1.10 | NY DUPLICATING XEROX |
| 2/12/2015 | 1.90 | NY DUPLICATING XEROX |
| 2/12/2015 | 1.90 | NY DUPLICATING XEROX |
| 2/12/2015 | 2.00 | NY DUPLICATING XEROX |
| 2/12/2015 | 2.50 | NY DUPLICATING XEROX |
| 2/13/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/13/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/13/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/13/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/13/2015 | 0.70 | NY DUPLICATING XEROX |
| 2/13/2015 | 1.00 | NY DUPLICATING XEROX |
| 2/13/2015 | 2.20 | NY DUPLICATING XEROX |
| 2/13/2015 | 2.60 | NY DUPLICATING XEROX |
| 2/13/2015 | 2.80 | NY DUPLICATING XEROX |
| 2/13/2015 | 3.20 | NY DUPLICATING XEROX |
| 2/13/2015 | 9.40 | NY DUPLICATING XEROX |
| 2/13/2015 | 9.40 | NY DUPLICATING XEROX |
| 2/13/2015 | 10.70 | NY DUPLICATING XEROX |
| 2/13/2015 | 17.20 | NY DUPLICATING XEROX |
| 2/17/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/19/2015 | 17.60 | NY DUPLICATING |
| 2/19/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 0.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.00 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.50 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.50 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.50 | NY DUPLICATING XEROX |
| 2/19/2015 | 1.80 | NY DUPLICATING XEROX |
| 2/19/2015 | 2.10 | NY DUPLICATING XEROX |
| 2/19/2015 | 2.40 | NY DUPLICATING XEROX |
| 2/19/2015 | 2.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| 2/19/2015 | 2.70 | NY DUPLICATING XEROX |
| 2/19/2015 | 2.70 | NY DUPLICATING XEROX |
| 2/19/2015 | 3.00 | NY DUPLICATING XEROX |
| 2/19/2015 | 3.00 | NY DUPLICATING XEROX |
| 2/19/2015 | 3.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 3.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 3.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 4.80 | NY DUPLICATING XEROX |
| 2/19/2015 | 4.80 | NY DUPLICATING XEROX |
| 2/19/2015 | 5.40 | NY DUPLICATING XEROX |
| 2/19/2015 | 5.40 | NY DUPLICATING XEROX |
| 2/19/2015 | 5.70 | NY DUPLICATING XEROX |
| 2/19/2015 | 6.30 | NY DUPLICATING XEROX |
| 2/19/2015 | 7.80 | NY DUPLICATING XEROX |
| 2/19/2015 | 8.70 | NY DUPLICATING XEROX |
| 2/19/2015 | 10.50 | NY DUPLICATING XEROX |
| 2/19/2015 | 12.60 | NY DUPLICATING XEROX |
| 2/19/2015 | 12.90 | NY DUPLICATING XEROX |
| 2/19/2015 | 14.10 | NY DUPLICATING XEROX |
| 2/19/2015 | 22.50 | NY DUPLICATING XEROX |
| 2/20/2015 | 5.20 | NY DUPLICATING |
| 2/20/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/20/2015 | 1.00 | NY DUPLICATING XEROX |
| 2/20/2015 | 1.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 13.20 | NY DUPLICATING |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.30 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| 2/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.50 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.50 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.70 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.70 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.70 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.70 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.70 | NY DUPLICATING XEROX |
| 2/24/2015 | 1.70 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.10 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 2/24/2015 | 2.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 2.70 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.50 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.50 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.50 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.90 | NY DUPLICATING XEROX |
| 2/24/2015 | 3.90 | NY DUPLICATING XEROX |
| 2/24/2015 | 4.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 4.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 4.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 4.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 4.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 7.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 8.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 8.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 8.90 | NY DUPLICATING XEROX |
| 2/24/2015 | 9.50 | NY DUPLICATING XEROX |
| 2/24/2015 | 11.30 | NY DUPLICATING XEROX |
| 2/24/2015 | 11.50 | NY DUPLICATING XEROX |
| 2/24/2015 | 11.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 12.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 17.10 | NY DUPLICATING XEROX |
| 2/24/2015 | 17.20 | NY DUPLICATING XEROX |
| 2/24/2015 | 17.60 | NY DUPLICATING XEROX |
| 2/24/2015 | 18.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 18.00 | NY DUPLICATING XEROX |
| 2/24/2015 | 18.40 | NY DUPLICATING XEROX |
| 2/24/2015 | 18.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 18.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 31.80 | NY DUPLICATING XEROX |
| 2/24/2015 | 132.50 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 2/25/2015 | 1.20 | NY DUPLICATING |
| 2/25/2015 | 1.00 | NY DUPLICATING XEROX |
| 2/25/2015 | 3.30 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/26/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 1.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 4.00 | NY DUPLICATING XEROX |
| 2/26/2015 | 4.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 4.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 5.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 5.60 | NY DUPLICATING XEROX |
| 2/26/2015 | 5.80 | NY DUPLICATING XEROX |
| 2/26/2015 | 6.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 7.40 | NY DUPLICATING XEROX |
| 2/26/2015 | 7.60 | NY DUPLICATING XEROX |
| 2/26/2015 | 7.60 | NY DUPLICATING XEROX |
| 2/26/2015 | 7.60 | NY DUPLICATING XEROX |
| 2/26/2015 | 7.80 | NY DUPLICATING XEROX |
| 2/26/2015 | 8.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 8.20 | NY DUPLICATING XEROX |
| 2/26/2015 | 16.40 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.40 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 2/27/2015 | 0.40 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/27/2015 | 0.80 | NY DUPLICATING XEROX |
| 2/27/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/27/2015 | 1.60 | NY DUPLICATING XEROX |
| 2/27/2015 | 2.40 | NY DUPLICATING XEROX |
| 2/27/2015 | 2.40 | NY DUPLICATING XEROX |
| 2/27/2015 | 2.80 | NY DUPLICATING XEROX |
| 2/27/2015 | 14.80 | NY DUPLICATING XEROX |
| 2/27/2015 | 15.20 | NY DUPLICATING XEROX |
| **TOTAL:** | **1,125.40** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 2/12/2015 | 21.45 | NY COLOR PRINTING |
| 2/19/2015 | 15.60 | NY COLOR PRINTING |
| 2/19/2015 | 17.55 | NY COLOR PRINTING |
| 2/19/2015 | 17.55 | NY COLOR PRINTING |
| 2/19/2015 | 19.50 | NY COLOR PRINTING |
| 2/19/2015 | 19.50 | NY COLOR PRINTING |
| 2/19/2015 | 23.40 | NY COLOR PRINTING |
| 2/19/2015 | 23.40 | NY COLOR PRINTING |
| 2/19/2015 | 31.20 | NY COLOR PRINTING |
| 2/19/2015 | 31.20 | NY COLOR PRINTING |
| 2/19/2015 | 37.05 | NY COLOR PRINTING |
| 2/19/2015 | 50.70 | NY COLOR PRINTING |
| **TOTAL:** | **308.10** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 11/1/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/1/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/1/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/2/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/2/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/2/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 11/3/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/3/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/3/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/4/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/4/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/4/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/5/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/5/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/5/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/6/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/6/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/6/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/7/2014 | 0.84 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/7/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/7/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/8/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/8/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/8/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/9/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/9/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/9/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/10/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/10/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/10/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/11/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/11/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/11/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/12/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/12/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/12/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/13/2014 | 0.84 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/13/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/13/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/14/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/14/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/14/2014 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/15/2014 | 0.84 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/15/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/15/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/16/2014 | 0.84 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/16/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/16/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/17/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/17/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/17/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/18/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/18/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/18/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/19/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/19/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/19/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/20/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/20/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/20/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/21/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/21/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/21/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/22/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/22/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/22/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/23/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/23/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/23/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/24/2014 | 0.84 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/24/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/24/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/25/2014 | 0.84 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/25/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/25/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/26/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/26/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/26/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/27/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/27/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/27/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/28/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/28/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/28/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/29/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/29/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/29/2014 | 0.86 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/30/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/30/2014 | 0.85 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/30/2014 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/1/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/1/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/1/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/2/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/2/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/2/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/3/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/3/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/3/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/4/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/4/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/4/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/5/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/5/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/5/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/6/2014 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/6/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/6/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/7/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/7/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/7/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/8/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/8/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/8/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/9/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/9/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/9/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/10/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/10/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/10/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/11/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/11/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/11/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/12/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/12/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/12/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/13/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/13/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/13/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/14/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/14/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/14/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/15/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/15/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/15/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/16/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/16/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/16/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/17/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/17/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/17/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/18/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/18/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/18/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/19/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/19/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/19/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/20/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/20/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/20/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/21/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/21/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/21/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/22/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/22/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/22/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/23/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/23/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/23/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/24/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/24/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/24/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/25/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/25/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/25/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/26/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/26/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/26/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/27/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/27/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/27/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/28/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/28/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/28/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/29/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/29/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/29/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/30/2014 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/30/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/30/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/31/2014 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/31/2014 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/31/2014 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/1/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/1/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/1/2015 | 0.83 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/2/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/2/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/2/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/3/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/3/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/3/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/4/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/4/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/4/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/5/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/5/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/5/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/6/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/6/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/6/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/7/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/7/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/7/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/8/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/8/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/8/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/9/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/9/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/9/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/10/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/10/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/10/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/11/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/11/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/11/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/12/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/12/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/12/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/13/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/13/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/13/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/14/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/14/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/14/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/15/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/15/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/15/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/16/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/16/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/16/2015 | 0.83 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/17/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/17/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/17/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/18/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/18/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/18/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/19/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/19/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/19/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/20/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/20/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/20/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/21/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/21/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/21/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/22/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/22/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/22/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/23/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/23/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/23/2015 | 0.83 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/24/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/24/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/24/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/25/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/25/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/25/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/26/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/26/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/26/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/27/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/27/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/27/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/28/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/28/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/28/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/29/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/29/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/29/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/30/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/30/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/30/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/31/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/31/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/31/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/6/2015 | 16.33 | COMPUTER RESEARCH - LEXIS |
| 2/6/2015 | 627.12 | COMPUTER RESEARCH - LEXIS |
| 2/11/2015 | 43.55 | COMPUTER RESEARCH - LEXIS |
| 2/11/2015 | 54.44 | COMPUTER RESEARCH - LEXIS |
| 2/12/2015 | 82.75 | COMPUTER RESEARCH - LEXIS |
| 2/12/2015 | 174.20 | COMPUTER RESEARCH - LEXIS |
| 2/18/2015 | 14.15 | COMPUTER RESEARCH - LEXIS |
| 2/18/2015 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 2/20/2015 | 16.33 | COMPUTER RESEARCH - LEXIS |
| 2/20/2015 | 54.44 | COMPUTER RESEARCH - LEXIS |

**EXPENSE SUMMARY**
February 1, 2015 through February 28, 2015

In re Nortel Networks Inc., et al.
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| **TOTAL:** | **1,331.12** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 1/15/2015 | 257.38 | COMPUTER RESEARCH - WESTLAW |
| 1/20/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/20/2015 | 200.22 | COMPUTER RESEARCH - WESTLAW |
| 1/21/2015 | 399.27 | COMPUTER RESEARCH - WESTLAW |
| 1/23/2015 | 16.66 | COMPUTER RESEARCH - WESTLAW |
| 1/24/2015 | 24.31 | COMPUTER RESEARCH - WESTLAW |
| 1/27/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/28/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/28/2015 | 85.79 | COMPUTER RESEARCH - WESTLAW |
| 1/30/2015 | 553.60 | COMPUTER RESEARCH - WESTLAW |
| 2/2/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 2/2/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 2/3/2015 | 51.57 | COMPUTER RESEARCH - WESTLAW |
| 2/4/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 2/4/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 2/4/2015 | 836.16 | COMPUTER RESEARCH - WESTLAW |
| 2/5/2015 | 101.54 | COMPUTER RESEARCH - WESTLAW |
| 2/6/2015 | 63.84 | COMPUTER RESEARCH - WESTLAW |
| 2/6/2015 | 322.71 | COMPUTER RESEARCH - WESTLAW |
| 2/6/2015 | 493.42 | COMPUTER RESEARCH - WESTLAW |
| 2/9/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 2/9/2015 | 269.14 | COMPUTER RESEARCH - WESTLAW |
| 2/10/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 2/10/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 2/11/2015 | 41.59 | COMPUTER RESEARCH - WESTLAW |
| 2/11/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 2/12/2015 | 150.25 | COMPUTER RESEARCH - WESTLAW |
| 2/13/2015 | 13.17 | COMPUTER RESEARCH - WESTLAW |
| 2/17/2015 | 5.01 | COMPUTER RESEARCH - WESTLAW |
| 2/18/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 2/18/2015 | 355.37 | COMPUTER RESEARCH - WESTLAW |
| 2/20/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 2/20/2015 | 298.78 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **5,402.02** | |
| | | |
| **Legal Research - PACER** | | |

**EXPENSE SUMMARY**                                                                      In re Nortel Networks Inc., et al.
**February 1, 2015 through February 28, 2015**                                           **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
|  |  |  |
| 2/4/2015 | 1.60 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 3.00 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 4.80 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 23.60 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 36.40 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 42.10 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 46.40 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 69.90 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 258.60 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 318.60 | COMPUTER RESEARCH - PACER |
| 2/4/2015 | 601.50 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **1,406.50** |  |
|  |  |  |
| **Late Work - Meals** |  |  |
|  |  |  |
| 11/17/2014 | 30.50 | Late Work Meals - Eckenrod |
| 11/18/2014 | 34.88 | Late Work Meals - Eckenrod |
| 11/19/2014 | 2.52 | Late Work Meals - McCown |
| 11/20/2014 | 2.67 | Late Work Meals - Gianis |
| 11/24/2014 | 31.74 | Late Work Meals - Eckenrod |
| 12/2/2014 | 31.77 | Late Work Meals - Eckenrod |
| 12/3/2014 | 13.49 | Late Work Meals - Hailey |
| 12/8/2014 | 16.08 | Late Work Meals - Herrington |
| 12/18/2014 | 34.84 | Late Work Meals - Eckenrod |
| 12/23/2014 | 19.56 | Late Work Meals - Kahn |
| **TOTAL:** | **218.05** |  |
|  |  |  |
| **Late Work - Transportation** |  |  |
|  |  |  |
| 1/12/2015 | 29.96 | Late Work Transportation - Gianis |
| 1/13/2015 | 26.34 | Late Work Transportation - Gianis |
| 1/15/2015 | 34.41 | Late Work Transportation - Coleman |
| 1/15/2015 | 37.09 | Late Work Transportation - Rappoport |
| 1/16/2015 | 121.18 | Late Work Transportation - Schweitzer |
| 1/20/2015 | 14.00 | Late Work Transportation - Parthum |
| 1/22/2015 | 29.96 | Late Work Transportation - Gianis |
| 1/25/2015 | 16.56 | Late Work Transportation - Gianis |
| 2/2/2015 | 13.50 | Late Work Transportation - Shartsis |
| 2/3/2015 | 15.38 | Late Work Transportation - Shartsis |

**EXPENSE SUMMARY**
**February 1, 2015 through February 28, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| **TOTAL:** | **338.38** | |
| | | |
| **Conference Meals** | | |
| | | |
| 2/2/2015 | 52.26 | Conference Meals (6 attendees) |
| 2/2/2015 | 300.00 | Conference Meals (6 attendees) |
| **TOTAL:** | **352.26** | |
| | | |
| **Other** | | |
| | | |
| 2/3/2015 | 27.95 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 2/19/2015 | 14.97 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 2/27/2015 | 28.33 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| **TOTAL:** | **71.25** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 3/19/2015 | 1,670.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **1,670.00** | |
| | | |
| | | |
| **GRAND TOTAL:** | **12,536.08** | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |