# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 3/26/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Hodara | Akin | Official Comm. Unsec. Creds. |
| Abid Qureshi | " | " |
| Christine Doniak | " | " |
| Anne Evans | " | " |
| Chris Samis | Whiteford Taylor | " |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen Hamilton | " |
| Sanavan Ave | " | " |
| Michelle Parthum | " | " |
| Jeffrey Rosenthal | " | " |
| Rachel B Mersky | Monzack Mersky McLaughlin & Browder | Ad Hoc Committee of Terminated Canadian Employees (pre-petition) |
| Michael Hochman | " | " |
| Selinde A Melnik | DLA Piper | Canadian Creditors Cttee |
| LAURIER DUMAS | | Former Canadian Employee |
| Paula Klein | | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3 (2)
**DATE:** 3/26/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Diane Mignault | Ex Nortel Networks | Former Canadian Employee |
| Jane Longchamps | Fed Gov't PWGSC | Former Employee |
| Ernie Briard | Standards Council of Canada | Former Employee |
| Cathy Deevey | Nortel Networks Retired | Former Employee |
| Janet Dickson | | Visitor |
| Julia Piggott | JHX Consulting Inc. | Former Employee Nortel |
| Ann McRuvie | CHEP Canada | Former Nortel Employee |
| Mike Chipheo | NRPC | Client |
| Nicholas Bennett | [signature] Milbank | Bd. Ad. Comm of Bondholders |
| Peter J. Kerr | Pachulski Stang Ziehl & Jones | " |
| Kathleen Murphy | Buchanan Ingersoll Rooney | Monitor |
| Stephen M. Miller | Morris James LLP | Law Debenture as Trustee |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 03/26/2015
Calendar Time: 10:00 AM ET

Amended Calendar 03/26/2015 06:44 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6827909 | Justin Brass | (212) 843-1246 | Stone Lion Capital Partners | Interested Party, Stone Lion / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6738086 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6825133 | Nicholas W. Chiuchiolo | (212) 728-8511 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6823607 | Kenneth Coleman | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6822378 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6822963 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6826816 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, The Joint Administrators / LISTEN ONLY |

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6819740 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6801568 | John Ray | (302) 351-9318 | Nortel Networks Inc. | Debtor, Nortel Networks Inc / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6825257 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6827579 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6827811 | Barbara Walancik | (416) 542-6288 | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LISTEN ONLY |