# **Attachment**

Email From Michelle J. Parthum to Rachel B. Mersky, Esq.

## Parthum, Michelle J.

| | |
|---|---|
| **From:** | Parthum, Michelle J. |
| **Sent:** | Monday, March 23, 2015 9:58 PM |
| **To:** | rmersky@monlaw.com |
| **Cc:** | Schweitzer, Lisa M.; Rosenthal, Jeffrey A.; VanLare, Jane; dabbott@mnat.com; acordo@mnat.com; aqureshi@akingump.com; fhodara@akingump.com; dbotter@akingump.com; tkreller@milbank.com; 'mark.kenney@usdoj.gov' (mark.kenney@usdoj.gov); 'ljones@pszjlaw.com' (ljones@pszjlaw.com); 'pkeane@pszjlaw.com' (pkeane@pszjlaw.com); 'csamis@wtplaw.com' (csamis@wtplaw.com); 'kgood@wtplaw.com' (kgood@wtplaw.com) |
| **Subject:** | RE: U.S. Debtors' Exhibit List |

For the avoidance of doubt and in accordance with the stipulated protocol, the U.S. Debtors reserve the right to submit deposition testimony for the live witnesses after they have testified.

___

Michelle J. Parthum
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mqueeley@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2959 | f: +1 212 225 3999
www.clearygottlieb.com | mparthum@cgsh.com

---

**From:** Parthum, Michelle J.
**Sent:** Monday, March 23, 2015 9:53 PM
**To:** rmersky@monlaw.com
**Cc:** Schweitzer, Lisa M.; Rosenthal, Jeffrey A.; VanLare, Jane; dabbott@mnat.com; acordo@mnat.com; aqureshi@akingump.com; fhodara@akingump.com; dbotter@akingump.com; tkreller@milbank.com; 'mark.kenney@usdoj.gov' (mark.kenney@usdoj.gov); 'ljones@pszjlaw.com' (ljones@pszjlaw.com); 'pkeane@pszjlaw.com' (pkeane@pszjlaw.com); 'csamis@wtplaw.com' (csamis@wtplaw.com); 'kgood@wtplaw.com' (kgood@wtplaw.com)
**Subject:** RE: U.S. Debtors' Exhibit List

Rachel,

Please see attached the U.S. Debtors' deposition designations for all non-testifying deponents.

Regards,
Michelle

___

Michelle J. Parthum
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mqueeley@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2959 | f: +1 212 225 3999
www.clearygottlieb.com | mparthum@cgsh.com

---

**From:** Parthum, Michelle J.
**Sent:** Monday, March 23, 2015 7:32 PM
**To:** rmersky@monlaw.com
**Cc:** Schweitzer, Lisa M.; Rosenthal, Jeffrey A.; VanLare, Jane; dabbott@mnat.com; acordo@mnat.com; aqureshi@akingump.com; fhodara@akingump.com; dbotter@akingump.com; tkreller@milbank.com; 'mark.kenney@usdoj.gov' (mark.kenney@usdoj.gov); 'ljones@pszjlaw.com' (ljones@pszjlaw.com); 'pkeane@pszjlaw.com'

(pkeane@pszjlaw.com); 'csamis@wtplaw.com' (csamis@wtplaw.com); 'kgood@wtplaw.com' (kgood@wtplaw.com)
**Subject:** U.S. Debtors' Exhibit List

Rachel,

Please see attached the U.S. Debtors' exhibit list as well as a zip file containing the exhibits. Our deposition designations are forthcoming.

Regards,
Michelle

_____
Michelle J. Parthum
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mqueeley@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2959 | f: +1 212 225 3999
www.clearygottlieb.com | mparthum@cgsh.com

**From:** Parthum, Michelle J.
**Sent:** Tuesday, March 17, 2015 4:54 PM
**To:** rmersky@monlaw.com
**Cc:** Schweitzer, Lisa M.; Rosenthal, Jeffrey A.; VanLare, Jane; dabbott@mnat.com; acordo@mnat.com; aqureshi@akingump.com; fhodara@akingump.com; dbotter@akingump.com; tkreller@milbank.com; 'mark.kenney@usdoj.gov' (mark.kenney@usdoj.gov); 'ljones@pszjlaw.com' (ljones@pszjlaw.com); 'pkeane@pszjlaw.com' (pkeane@pszjlaw.com); 'csamis@wtplaw.com' (csamis@wtplaw.com); 'kgood@wtplaw.com' (kgood@wtplaw.com)
**Subject:** List of Witnesses Expected to Testify at March 26 Hearing

Rachel,

The U.S. Debtors do not intend to call any witnesses to testify (either live or by declaration/affidavit) at the March 26th hearing.

Kind regards,
Michelle

_____
Michelle J. Parthum
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mqueeley@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2959 | f: +1 212 225 3999
www.clearygottlieb.com | mparthum@cgsh.com