IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 15376-15378, 15386 and 15387 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 26, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse

Sworn to before me this
26th day of March, 2015

/s/ Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                          Chapter 11

NORTEL NETWORKS INC., et al.,                                   Case No. 09-10138 (KG)

                    Debtors.                                    Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
          TRANSFEROR: HEWLETT-PACKARD COMPANY
          520 MADISON AVE. THIRD FLOOR
          NEW YORK,, NY 10022

Please note that your claim # 5928-01 in the above referenced case and in the amount of
    $1,284,946.31 allowed at $738,188.69  has been transferred (**unless previously expunged by court order**) to:

          CORRE OPPORTUNITIES QUALIFIED MASTER FND
          TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
          ATTN: CLAIMS PROCESSING (BANKRUPTCY)
          1370 AVENUE OF AMERICAS, 29TH FLOOR
          NEW YORK,, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15386     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/26/2015                            David D. Bird, Clerk of Court

                                            /s/ Kimberly Murray
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on March 26, 2015.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: JEFFERIES LEVERAGED CREDIT P ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: JEFFERIES LEVERAGED CREDIT P ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF AMERICAS, 29TH FLOOR NEW YORK, NY 10019 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROWAN, LYNN P. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: VEZZA, BRIAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: WHITE, MITZI A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| ROWAN, LYNN P. | TRANSFEROR: HEWLETT-PACKARD COMPANY 520 MADISON AVE. THIRD FLOOR NEW YORK, NY 10022 |
| VEZZA, BRIAN | 25 WESTVIEW RD. BROOKLINE NH 03033 |
| WHITE, MITZI A. | BRIAN VEZZA 803 RAINIER COURT ALLEN TX 75002 |
| | 2606 E ILLINOIS AVE DALLAS TX 75216 |

Total Number of Records Printed    9

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006