**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

# ashurst

**Interim (S)**

VAT Invoice Date: **26 March 2015**        Our Ref: **GDB/CCN01.00001**        Invoice No.: **385392**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 2,441.50 |
| For the period 1 February 2015 to 28 February 2015, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 18.96 |
|  | 0.00 | | 2,460.46 |
|  | VAT | | 0.00 |
|  | Total | | 2,460.46 |
|  | **Balance Due** | | **2,460.46** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 385392 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.

# ashurst

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 28/02/2015
Prebill Number:954123

|            |                 | Time (Hours) | Amount (£) |          |
|------------|-----------------|--------------|------------|----------|
| Associate  | Lindsey Roberts | 0.60         | 273.00     | (C0003)  |
|            |                 | 2.30         | 1,046.50   | (C0007)  |
|            |                 | 0.40         | 182.00     | (C0029)  |
|            |                 | **3.30**     | **1,501.50** |        |
| Trainee    | Nicole Lim      | 4.70         | 940.00     | (C0003)  |
|            |                 | **4.70**     | **940.00** |          |
|            | **TOTAL**       | **8.00**     | **2,441.50** |        |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0003**</u>  <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.60 | 455.00 | 273.00 |
| **Trainee** | | | | |
| NLIM | Nicole Lim | 4.70 | 200.00 | 940.00 |
| | | | Total | 1,213.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2015 | Nicole Lim | DRFT | Preparation of the December Fee Application and discussion with LROBER re the same | 1.70 | 200.00 | 340.00 |
| 02/02/2015 | Nicole Lim | LETT | Emails to Boothman Giles and Matthew Fagan re December Fee Application | 0.10 | 200.00 | 20.00 |
| 04/02/2015 | Nicole Lim | DRFT | Amending draft exhibit for 23rd Interim Order | 0.40 | 200.00 | 80.00 |
| 06/02/2015 | Nicole Lim | DRFT | Amendment to draft exhibit to 23rd interim order and email to Katie Wood | 0.30 | 200.00 | 60.00 |
| 13/02/2015 | Lindsey Roberts | LETT | Emails re: interim fee hearing: discussions with NLIM re: the same | 0.20 | 455.00 | 91.00 |
| 13/02/2015 | Nicole Lim | LETT | Email to Katherine Good re telephonic appearance for a fee hearing | 0.10 | 200.00 | 20.00 |
| 19/02/2015 | Lindsey Roberts | DRFT | Review of interim fee order | 0.10 | 455.00 | 45.50 |
| 23/02/2015 | Nicole Lim | LETT | Email to Costs re billing guide | 0.10 | 200.00 | 20.00 |
| 24/02/2015 | Nicole Lim | REVI | Reviewing prebill | 0.10 | 200.00 | 20.00 |
| 25/02/2015 | Nicole Lim | DRFT | Drafting January Fee Application and interim fee application | 0.60 | 200.00 | 120.00 |
| 26/02/2015 | Lindsey Roberts | READ | Review of draft monthly fee application; email to W&P Law re: certificate of no objection | 0.20 | 455.00 | 91.00 |
| 26/02/2015 | Nicole Lim | LETT | Emails to Boothman Giles for signature and to Matthew Fagen | 0.10 | 200.00 | 20.00 |
| 26/02/2015 | Nicole Lim | DRFT | Drafting January fee application and 24th interim application and discussion with Lindsey Roberts | 1.00 | 200.00 | 200.00 |
| 27/02/2015 | Lindsey Roberts | READ | Review of draft interim fee application | 0.10 | 455.00 | 45.50 |
| 27/02/2015 | Nicole Lim | DRFT | Finalising 24th Interim Fee Application and email to Matthew Fagen | 0.20 | 200.00 | 40.00 |
| | | | | | | 1,213.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007**     **Creditors Committee Meetings**

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 2.30 | 455.00 | 1,046.50 |
|  |  |  | Total | **1,046.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2015 | Lindsey Roberts | PHON | Weekly UCC call (including review of agenda) | 0.70 | 455.00 | 318.50 |
| 12/02/2015 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 455.00 | 227.50 |
| 19/02/2015 | Lindsey Roberts | PHON | Weekly UCC Call | 0.40 | 455.00 | 182.00 |
| 24/02/2015 | Lindsey Roberts | PHON | Weekly UCC Call | 0.70 | 455.00 | 318.50 |
|  |  |  |  |  |  | 1,046.50 |

### C0029       Intercompany Analysis

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.40 | 455.00 | 182.00 |
| | | | Total | **182.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2015 | Lindsey Roberts | LETT | Email re: Scheduling Order re: Canadian Employees late filed Claim Motion | 0.10 | 455.00 | 45.50 |
| 13/02/2015 | Lindsey Roberts | LETT | Email re: SNMP Research International Adversaty Proceedings Summary (and attachment) | 0.20 | 455.00 | 91.00 |
| 13/02/2015 | Lindsey Roberts | LETT | Email re: Monitor's Mohan to Strike Bondholder Appeal Materials | 0.10 | 455.00 | 45.50 |
| | | | | | | **182.00** |

### Disbursements Detailed Breakdown

316 A4 sheets @0.06p per sheet                                                                                          18.96