**Exhibit C**

**DISBURSEMENT SUMMARY**

**FEBRUARY 01, 2015 THROUGH FEBRUARY 28, 2015**

| Document Production | £18.96 |
|---|---:|
| **TOTAL** | **£18.96** |