**Exhibit D**

**Disbursements Detailed Breakdown**

| | |
|---|---:|
| 316 A4 sheets @0.06p per sheet | 18.96 |