**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD FEBRUARY 01, 2015 THROUGH FEBRUARY 28, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 3.30 | 1,501.50 |
| Nicole Lim | Trainee Solicitor; Dispute Resolution Group, London | £200 | 4.70 | 940.00 |
| **TOTAL** | | | **8.00** | **2,441.50** |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 01, 2015 THROUGH FEBRUARY 28, 2015

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 5.30 | 1,213.00 |
| Creditors Committee Meetings | 2.30 | 1,046.50 |
| Intercompany Analysis | 0.40 | 182.00 |
| **TOTAL** | **8.00** | **2,441.50** |