# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **Objection Deadline: April 13, 2015 at 4:00 p.m. (ET)** |
|  | : |  |
|  | : |  |
|  | : |  |

-------------------------------------------------------- X

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015.**

Exhibit A:     Summary of Professionals
Exhibit B:     Summary of Projects and Project Descriptions
Exhibit C:     Summary of Fees and Expenses
Exhibit D:     Summary of Time by Professional
Exhibit E:     Summary of Fees by Project
Exhibit F:     Time Description Detail by Project
Exhibit G:     Summary of Expenses by Category
Exhibit H:     Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, February 1, 2015 through February 28, 2015, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

---

[1]     The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Mergis' fees for this period are $214,769.50.  Mergis incurred $593.79 in expenses during this period.

Dated:  March 31, 2015                    THE MERGIS GROUP
        Raleigh, North Carolina

                                 Logan Dubois

                                 *Managing Director*

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project | Project Description |
| --- | --- |
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of February 1, 2015 through February 28, 2015 | $ 214,769.50 | $ 593.79 | $ 215,363.29 |

Exhibit C                                                                                    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 160.25 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 152.00 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 105.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 157.00 |

**Hours for the period of February 1, 2015 through February 28, 2015**                                                     **574.25**

Billing Rate                                                                                                    $      374.00

**Fees for the period of February 1, 2015 through February 28, 2015**                                  **$  214,769.50**

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project | Project Description | Hours | Fees |
|---------|---------------------|-------|------|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 18.00 | $ 6,732.00 |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. | 79.00 | $ 29,546.00 |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data  maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 20.00 | $ 7,480.00 |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. | 12.00 | $ 4,488.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. | 2.00 | $ 748.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with all of all of the above | 12.50 | $ 4,675.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 214.25 | $ 80,129.50 |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 106.25 | $ 39,737.50 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 1.00 | $ 374.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. | - | $ - |

## Exhibit E

### The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project | Project Description | Hours | Fees |
|---------|---------------------|-------|------|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 10.75 | $ 4,020.50 |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 24.00 | $ 8,976.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 13.75 | $ 5,142.50 |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 60.75 | $ 22,720.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of February 1, 2015 through February 28, 2015** | | **574.25** | **$ 214,769.50** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| **Bankruptcy Reporting** | | | | |
| | 2/5/2015 | William D. Cozart | Prepare January MOR. | |
| | 2/10/2015 | William D. Cozart | Prepare January MOR. | |
| | 2/17/2015 | William D. Cozart | Prepare consolidation for January MOR. | |
| | 2/18/2015 | Timothy C. Ross | Worked Debtors MOR matters - RE: January 2015 insurance coverage confirmation. | |
| | 2/18/2015 | William D. Cozart | Prepare January MOR. | |
| | 2/19/2015 | William D. Cozart | Prepare January MOR. | |
| | 2/20/2015 | Timothy C. Ross | Reviewed and authorized release of the Debtors MOR - RE: January 2015 | |
| | 2/20/2015 | William D. Cozart | Prepare correspondence and final review re: January MOR | |
| **Bankruptcy Reporting Total** | | | | |
| **Cash Management** | | | | |
| | 2/4/2015 | Kim Ponder | FCB deposit. | |
| | 2/4/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 02/06/2015 payment proposal. | |
| | 2/4/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 2/5/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 2/6/2015 payment proposal | |
| | 2/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Wilmington Trust (S. Wyant) - RE: investments | |
| | 2/9/2015 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements | |
| | 2/10/2015 | Kim Ponder | FCB deposit. | |
| | 2/10/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 2/10/2015 | Timothy C. Ross | Conference call with Chilmark Partners (M. Kennedy) - RE: Debtors cash forecast | |
| | 2/11/2015 | Kim Ponder | FCB and VEBA deposits. | |
| | 2/11/2015 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements | |
| | 2/11/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 2/11/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 02/13/2015 payment proposal. | |
| | 2/11/2015 | William D. Cozart | Teleconference and correspondence with bank regarding account blocks. | |
| | 2/12/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 2/13/15 payment proposal | |
| | 2/16/2015 | Timothy C. Ross | Received, reviewed, and responded to Wilmington Trust (S. Wyant) - RE: investments | |
| | 2/16/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements financial results - RE: January 2015 | |
| | 2/17/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements financial results - RE: January 2015 (Continued work from 2/16) . | |
| | 2/17/2015 | Timothy C. Ross | Received, reviewed, and responded to Wilmington Trust (S. Wyant) - RE: investments | |
| | 2/18/2015 | Kim Ponder | FCB and VEBA deposits. | |
| | 2/18/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 02/20/2015 payment proposal. | |
| | 2/19/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 2/20/2015 Payment Proposal | |
| | 2/19/2015 | Timothy C. Ross | Prepared and analyzed Debtors 2015+ Budget - RE: Receipts and Disbursements | |
| | 2/20/2015 | Timothy C. Ross | Prepared and analyzed Debtors 2015+ Budget - RE: Receipts and Disbursements | |
| | 2/23/2015 | Kim Ponder | FCB deposit. | |
| | 2/23/2015 | Timothy C. Ross | Worked Debtors banking matters - RE: bank account closure. | |
| | 2/23/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 2/23/2015 | Timothy C. Ross | Prepared and analyzed Debtors 2015+ Budget - RE: Receipts and Disbursements | |
| | 2/23/2015 | William D. Cozart | Received, reviewed and responded to correspondence with bank re: account changes | |
| | 2/24/2015 | Timothy C. Ross | Prepared and analyzed Debtors 2015+ Budget - RE: Receipts and Disbursements | |
| | 2/25/2015 | Kim Ponder | VEBA deposit. | |
| | 2/25/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed funding of disbursement bank account for the 02/25/2015 payment proposal. | |
| | 2/25/2015 | Timothy C. Ross | Prepared and analyzed Debtors 2015+ Budget - RE: Receipts and Disbursements | |
| | 2/26/2015 | Timothy C. Ross | Received, reviewed and actioned Debtors correspondences - Re: Debtors In Possession_Statement of Cash Flow_Budget. | |
| | 2/26/2015 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements | |
| | 2/27/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 2/27/2015 Payment Proposal | |
| | 2/27/2015 | Timothy C. Ross | Prepared and analyzed Debtors 2015+ Budget - RE: Receipts and Disbursements | |
| **Cash Management Total** | | | | |
| **Claims Administration** | | | | |
| | 2/2/2015 | Kim Ponder | Compiled binders for claims review meeting. | |
| | 2/2/2015 | Timothy C. Ross | Preparation for RLKS claims meeting. | |
| | 2/2/2015 | William D. Cozart | Meeting with T. Ross and K. Ponder re: Preparation from meeting with RLKS. | |
| | 2/3/2015 | Kim Ponder | Meeting with T. Ross, D. Cozart and RLKS. | |
| | 2/3/2015 | Kim Ponder | Meeting with Mary Cilia re:  claims reconciliation. | |
| | 2/3/2015 | Timothy C. Ross | Meeting with RLKS (M. Celia) regarding Claims database to Nortel books and records reconciliation | |
| | 2/3/2015 | Timothy C. Ross | Reviewed materials in preparation for claims to GL meeting with RLKS. | |
| | 2/3/2015 | William D. Cozart | Meeting with RLKS re: Claims reconciliation. | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 2/11/2015 | Kim Ponder | Received, researched and responded to request for information re:  vendor claim history | |
| | 2/11/2015 | William D. Cozart | Research vendor payments. | |
| **Claims Administration Total** | | | | |

**Compensation Application**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 2/4/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: December 2014 report. | |
| | 2/5/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. | |
| | 2/6/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | |
| | 2/6/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | |
| | 2/12/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. | |
| | 2/13/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | |
| | 2/13/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | |
| | 2/16/2015 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. | |
| | 2/17/2015 | Timothy C. Ross | Received, reviewed, and responded to MNAT request - RE: Nortel - CNO re Mergis Dec. report. | |
| | 2/18/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: January 2014 | |
| | 2/19/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. | |
| | 2/20/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | |
| | 2/20/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | |
| | 2/26/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. | |
| | 2/27/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | |
| | 2/27/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | |
| **Compensation Application Total** | | | | |

**Discovery**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 2/2/2015 | Timothy C. Ross | Follow-up with Benesch law (J. Hoover) regarding Debtors discovery matters | |
| | 2/11/2015 | Timothy C. Ross | Worked Debtors discovery matter - RE: Third-Party Discovery Request | |
| | 2/26/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notifications. | |
| **Discovery Total** | | | | |

**Entity Liquidation and Wind Down**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 2/2/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH (R. Eckenrod) - RE: entity issues | |
| | 2/2/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/2/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/3/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/3/2015 | Timothy C. Ross | Reviewed and authorized entity professional invoices - RE: January 2014 | |
| | 2/3/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/3/2015 | Timothy C. Ross | Received, reviewed, and responded to entity matters | |
| | 2/3/2015 | Timothy C. Ross | Follow-up with CGSH on status of entity matters | |
| | 2/4/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/4/2015 | Timothy C. Ross | Received, reviewed, and responded to foreign branch matter | |
| | 2/9/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/9/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/9/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/12/2015 | Timothy C. Ross | Received, reviewed, and responded to foreign branch matter | |
| | 2/12/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/12/2015 | Timothy C. Ross | Conference call with CGSH (K. Hailey and R. Eckenrod) - RE: Foreign Entity Liquidation & Wind Down | |
| | 2/13/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/16/2015 | Timothy C. Ross | Received, reviewed, and actioned entity matters | |
| | 2/18/2015 | Timothy C. Ross | Conference call with CGSH and local counsel - RE: Foreign Entity Liquidation & Wind Down. | |
| | 2/18/2015 | Timothy C. Ross | Follow-up call with Cash (K. Haley) - RE: Foreign Entity Liquidation & Wind Down | |
| | 2/18/2015 | Timothy C. Ross | Worked entity matters. | |
| | 2/26/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary wind down matters | |
| | 2/27/2015 | Timothy C. Ross | Follow-up with local counsel on foreign entity matter | |
| **Entity Liquidation and Wind Down Total** | | | | |

**Finance and General Accounting**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 2/2/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | |
| | 2/2/2015 | Timothy C. Ross | Reviewed and authorized Debtors account reconciliations - RE: December 2014 | |
| | 2/2/2015 | William D. Cozart | Prepare bank reconciliations for January. | |
| | 2/2/2015 | William D. Cozart | Record cash receipts. | |
| | 2/3/2015 | Kim Ponder | Month end close. | |
| | 2/3/2015 | Timothy C. Ross | Reviewed and authorized Tunisia account reconciliations - RE: December 2014 | |
| | 2/3/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: January 2015 Financial Close. | |
| | 2/3/2015 | William D. Cozart | Prepare billing for January. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project C | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 2/3/2015 | William D. Cozart | Prepare account reconciliations for January. | |
| | 2/4/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary | |
| | 2/4/2015 | Kim Ponder | Processed intercompany billings. | |
| | 2/4/2015 | Kim Ponder | Month end close. | |
| | 2/4/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: January 2015 Financial Close. | |
| | 2/4/2015 | William D. Cozart | Prepare bank reconciliations. | |
| | 2/4/2015 | William D. Cozart | Prepare account reconciliations. | |
| | 2/5/2015 | Kim Ponder | Received, reviewed and responded to request for historical vendor data | |
| | 2/5/2015 | Kim Ponder | Normal course payables - invoice approvals and processing. | |
| | 2/5/2015 | Kim Ponder | Normal course payables - initiated payments to vendors | |
| | 2/5/2015 | Kim Ponder | Processed intercompany tax billings. | |
| | 2/5/2015 | Kim Ponder | Month end close. | |
| | 2/5/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: January 2015 Financial Close. | |
| | 2/5/2015 | William D. Cozart | Record Daily cash receipts. | |
| | 2/5/2015 | William D. Cozart | Prepare draft or correspondence to bank. | |
| | 2/5/2015 | William D. Cozart | Prepare billings for February. | |
| | 2/5/2015 | William D. Cozart | Prepare account reconciliations. | |
| | 2/6/2015 | Kim Ponder | Month end close. | |
| | 2/6/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: January 2015 Financial Close. | |
| | 2/6/2015 | William D. Cozart | Prepare reconciliations for January. | |
| | 2/9/2015 | Kim Ponder | Month end close. | |
| | 2/9/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: January 2015 Financial Close. | |
| | 2/9/2015 | William D. Cozart | Prepare reconciliations for January. | |
| | 2/9/2015 | William D. Cozart | Update G&A Cost Allocation. | |
| | 2/10/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 2/10/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary | |
| | 2/10/2015 | Kim Ponder | Email to PwC SC regarding funds transfer. | |
| | 2/10/2015 | Kim Ponder | Draft 23rd OCP statement. | |
| | 2/10/2015 | Kim Ponder | Reconciliation and communication to Iron Mountain re:  current billing. | |
| | 2/10/2015 | Timothy C. Ross | Reviewed, reconciled, and approved Randstad staffing invoice to staff time report submission | |
| | 2/10/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: January 2015 Financial Close. | |
| | 2/10/2015 | William D. Cozart | Prepare reconciliations for January. | |
| | 2/10/2015 | William D. Cozart | Record daily cash receipts. | |
| | 2/11/2015 | Kim Ponder | Reviewed and approved final 23rd Ordinary Course Professional filing | |
| | 2/11/2015 | Kim Ponder | Month end close. | |
| | 2/11/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: January 2015 Financial Close. | |
| | 2/11/2015 | William D. Cozart | Record cash receipts. | |
| | 2/11/2015 | William D. Cozart | Prepare billings for February. | |
| | 2/11/2015 | William D. Cozart | Prepare reconciliations for January. | |
| | 2/12/2015 | Kim Ponder | Normal course payables - initiated payments to vendors | |
| | 2/12/2015 | Kim Ponder | Month end close. | |
| | 2/12/2015 | Kim Ponder | GL reconciliations. | |
| | 2/12/2015 | William D. Cozart | Record cash receipts. | |
| | 2/12/2015 | William D. Cozart | Prepare reconciliations for January. | |
| | 2/13/2015 | Kim Ponder | Prepared communication to vendor re:  contract cap. | |
| | 2/13/2015 | Kim Ponder | Intercompany invoice processing. | |
| | 2/13/2015 | Kim Ponder | Follow up re:  status of various jurisdiction closures and notices. | |
| | 2/13/2015 | Kim Ponder | GL recons. | |
| | 2/13/2015 | Kim Ponder | Various email follow up. | |
| | 2/16/2015 | Kim Ponder | Month end close. | |
| | 2/16/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report - RE: 02/02/2015 through 02/15/15 | |
| | 2/16/2015 | William D. Cozart | Prepare bank reconciliation for January. | |
| | 2/16/2015 | William D. Cozart | Prepare March Sublease billings. | |
| | 2/16/2015 | William D. Cozart | Record Cash Receipts. | |
| | 2/16/2015 | William D. Cozart | Prepare journal entries for January close. | |
| | 2/17/2015 | Kim Ponder | January GL reconciliations. | |
| | 2/17/2015 | William D. Cozart | Close QuickBooks and prepare month end reports. | |
| | 2/18/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 2/18/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary | |
| | 2/19/2015 | Kim Ponder | Normal course payables - initiated payments to vendors including 23rd interim fee applications | |
| | 2/19/2015 | William D. Cozart | Review correspondence re: setoff | |
| | 2/19/2015 | William D. Cozart | Record cash receipts. | |
| | 2/19/2015 | William D. Cozart | Prepare billings for February. | |
| | 2/20/2015 | Kim Ponder | Prepared budget reports. | |
| | 2/20/2015 | Kim Ponder | Drafted 24th OCP schedule. | |
| | 2/20/2015 | Kim Ponder | Document retention. | |
| | 2/20/2015 | Kim Ponder | Various emails. | |
| | 2/20/2015 | William D. Cozart | Prepare analysis of professional fees. | |
| | 2/20/2015 | William D. Cozart | Prepare correspondence re: bank account closure. | |
| | 2/23/2015 | Kim Ponder | Received, researched and discussed collection matter with A Lane. | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 2/23/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 2/23/2015 | Kim Ponder | Various email correspondence. | |
| | 2/23/2015 | William D. Cozart | Record cash receipts. | |
| | 2/24/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary | |
| | 2/24/2015 | Kim Ponder | Follow up communication to Iron Mountain. | |
| | 2/24/2015 | Kim Ponder | QB master file maintenance. | |
| | 2/24/2015 | William D. Cozart | Record cash receipts. | |
| | 2/25/2015 | Kim Ponder | Final reporting reconciliation and transmission of 2014 1099 forms. | |
| | 2/25/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing | |
| | 2/25/2015 | Kim Ponder | Follow up correspondence to EY regarding prior year tax position | |
| | 2/25/2015 | William D. Cozart | Record cash receipts. | |
| | 2/26/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | |
| | 2/26/2015 | Kim Ponder | Various emails. | |
| | 2/27/2015 | Kim Ponder | Received and responded to inquiry re:  professional expense budget | |
| | 2/27/2015 | Kim Ponder | Month end close. | |
| | 2/27/2015 | Kim Ponder | Follow up correspondence re: outstanding refund. | |
| | 2/27/2015 | William D. Cozart | Record cash receipts. | |
| | 2/27/2015 | Kim Ponder | Update currencies in QuickBooks. | |
| | 2/28/2015 | Kim Ponder | Normal course payables - invoice processing. | |
| | 2/28/2015 | Kim Ponder | Finalized 24th OCP and forwarded to CGSH. | |

**Finance and General Accounting Total**

**Human Resources**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 2/2/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 2/2/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, withholding order, file request/review) | |
| | 2/2/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors benefit wind down matters - RE: RDS Application's Reconciliation Deadline | |
| | 2/2/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit wind down matters | |
| | 2/3/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 2/3/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR data reporting, RDS, HR documentation) | |
| | 2/4/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 2/4/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, Withholding Order). | |
| | 2/4/2015 | Deborah M. Parker | Mtg. with M. Cilia Re: Claims. | |
| | 2/5/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit inquiry, request, filing) | |
| | 2/5/2015 | Kim Ponder | Meeting with T Ross and D Cozart regarding authorized party call list | |
| | 2/5/2015 | Kim Ponder | Received and responded to request re:  employment taxation | |
| | 2/5/2015 | Timothy C. Ross | Meeting with D. Cozart and K. Ponder - RE: Authorized Party Call List | |
| | 2/5/2015 | Timothy C. Ross | Reviewed and executed Debtors benefit wind down matters | |
| | 2/5/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit wind down matter | |
| | 2/5/2015 | William D. Cozart | Meeting with T Ross and K Ponder re: Authorized Party call list | |
| | 2/5/2015 | William D. Cozart | Draft correspondence re: Authorized Party call list. | |
| | 2/9/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 2/9/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, CGSH correspondence, benefit inquiry) | |
| | 2/9/2015 | Timothy C. Ross | Worked Debtors benefit wind down matters - RE: Retiree Drug Subsidy announcement. | |
| | 2/10/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, CGSH correspondence, IM file request/review, benefit inquiry) | |
| | 2/10/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors former employee matters | |
| | 2/10/2015 | William D. Cozart | Review LTIP and VEBA files in preparation for 5500 filing. | |
| | 2/11/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 2/11/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, vendor inquiry, filing) | |
| | 2/11/2015 | Timothy C. Ross | Reviewed and authorized refund deposits | |
| | 2/12/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 2/12/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, filing, benefit inquiry) | |
| | 2/12/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification - RE: Jason Armstrong, D.D.S., P.C. & Associates Vs Pamela R. Zacharski. | |
| | 2/16/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 2/16/2015 | Deborah M. Parker | Misc. HR activities -(e.g. research and respond to items from request, claims inquiry/research, filing, benefit inquiry) | |
| | 2/16/2015 | Timothy C. Ross | Reviewed and authorized Debtors matters - RE: Garnishment. | |
| | 2/17/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit inquiry). | |
| | 2/18/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | |
| | 2/18/2015 | Deborah M. Parker | Misc. HR activities -(e.g. CGSH correspondence, claims inquiry/research, OSIP) | |
| | 2/18/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors benefit wind down matter | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 2/18/2015 | William D. Cozart | Received, reviewed and responded to correspondence re benefit plan | |
| | 2/19/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 2/19/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review files, RDS, OSIP, CGSH correspondence) | |
| | 2/20/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: benefit plan annual report | |
| | 2/23/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 2/23/2015 | Deborah M. Parker | Misc. HR activities -(e.g. DOL, OSIP, review IM files, claims inquiry/research, CGSH correspondence) | |
| | 2/25/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 2/25/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, OSIP, filing, RDS). | |
| | 2/25/2015 | Timothy C. Ross | Reviewed and authorized refund deposits | |
| **Human Resources Total** | | | | |

**Information Technology Operations**

| | 2/5/2015 | Timothy C. Ross | Reviewed request and ordered Debtors failed hard drives for replacement | |
| | 2/27/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: IP addresses | |
| **Information Technology Operations Total** | | | | |

**Professional Fee Applications**

| | 2/4/2015 | Kim Ponder | Processed fee applications filed by Professionals. | |
| | 2/12/2015 | Kim Ponder | Processed fee applications filed by Professionals. | |
| | 2/18/2015 | Kim Ponder | Reconciled 23rd Omnibus to open balances due Professionals. | |
| | 2/19/2015 | Kim Ponder | Processed Professional fee applications filed. | |
| | 2/23/2015 | Kim Ponder | Processed professional fee application filed. | |
| | 2/26/2015 | Timothy C. Ross | Received, reviewed and responded to Chilmark Partners (M. Kennedy) -RE: Cleary fees. | |
| | 2/28/2015 | Kim Ponder | Processed fee applications filed by Professionals. | |
| **Professional Fee Applications Total** | | | | |

**Real Estate Management**

| | 2/3/2015 | Kim Ponder | Compiled documentation to support Q4 2014 profit sharing analysis | |
| | 2/3/2015 | Timothy C. Ross | Follow-up on status of Richardson profit sharing analysis supporting documentation - RE: Q42014 | |
| | 2/5/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) - RE: sublease assignment request | |
| | 2/9/2015 | Timothy C. Ross | Finalized and distributed Q42014 Richardson property landlord profit sharing analysis to landlord | |
| | 2/10/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors property management matter with CGSH - RE: sublease assignmen | |
| | 2/10/2015 | Timothy C. Ross | Worked Debtors property management matters | |
| | 2/10/2015 | Timothy C. Ross | Received, reviewed and responded to tenant matters | |
| | 2/11/2015 | Timothy C. Ross | Meeting with Johnson Controls, Inc. (A. Lane) - RE: Property Management status update and January billing review | |
| | 2/12/2015 | Timothy C. Ross | Finalized Debtors property management matter | |
| | 2/12/2015 | Timothy C. Ross | Worked Debtors tenant collection matters | |
| | 2/12/2015 | Timothy C. Ross | Prepared and submitted Rent roll for RTP and Richardson properties. | |
| | 2/12/2015 | Timothy C. Ross | Reviewed and authorized Debtors property management matters - Re: Maintenance and repair for assets past useful life | |
| | 2/13/2015 | Timothy C. Ross | Prepared and submitted tenant rental income for invoicing - RE: March 1, 2015 rent | |
| | 2/13/2015 | Timothy C. Ross | Prepared and analyzed 2014 tenant operating expenses (taxes & utilities) true-up - GWRTP Site | |
| | 2/16/2015 | Timothy C. Ross | Prepared and analyzed 2014 tenant operating expenses (taxes & utilities) true-up - Richardson Site | |
| | 2/25/2015 | Kim Ponder | Received, researched and responded to inquiry re: subtenant payment status and history | |
| **Real Estate Management Total** | | | | |

**Residual Business Operations**

| | 2/4/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 2/4/2015 | Timothy C. Ross | Worked Debtors residual business matter - RE:Royalty Report. | |
| | 2/6/2015 | Timothy C. Ross | Worked Debtors residual business matters - RE: excess furniture disposition. | |
| | 2/6/2015 | Timothy C. Ross | Worked residual business matter - RE: request. | |
| | 2/11/2015 | Timothy C. Ross | Reviewed and authorized West Palm remediation professional invoices and updated/prepared reserve requirements analysis. | |
| | 2/20/2015 | Timothy C. Ross | Received, acknowledged, and actioned Debtors service of process notifications | |
| | 2/23/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 2/23/2015 | Timothy C. Ross | Reviewed and actioned Debtors service of process notifications from CT - RE: Various | |
| | 2/24/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| | 2/25/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | |
| **Residual Business Operations Total** | | | | |

**Tax Matters**

| | 2/3/2015 | Kim Ponder | Received, reviewed and forwarded tax correspondence to EY | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Project C | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 2/3/2015 | William D. Cozart | Prepare correspondence re: 2014 FBAR. | |
| | 2/5/2015 | Timothy C. Ross | Reviewed and authorized various Debtor annual report and franchise tax documents and fees | |
| | 2/5/2015 | Timothy C. Ross | Conference call with E&Y - RE: Debtors tax projects status update. | |
| | 2/6/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | |
| | 2/6/2015 | William D. Cozart | Prepare analysis for EY. | |
| | 2/9/2015 | William D. Cozart | Meeting with EY, J. Woods and G. Davidson re: Tax analysis. | |
| | 2/10/2015 | Timothy C. Ross | Reviewed and authorized foreign subsidiary tax matters | |
| | 2/12/2015 | Timothy C. Ross | Meeting with E&Y (J. Scott and J. Woods) - RE: Debtors tax project update. | |
| | 2/12/2015 | William D. Cozart | Prepare analysis for EY re: foreign distributions/remittances | |
| | 2/16/2015 | William D. Cozart | Prepare analysis and respond to correspondence from EY | |
| | 2/17/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters - RE: Nortel - Form Confirmation | |
| | 2/17/2015 | William D. Cozart | Received, reviewed and responded to correspondence from EY re: 2014 International tax filings | |
| | 2/18/2015 | Kim Ponder | Received, researched and responded to request for information re: foreign subsidiary | |
| | 2/18/2015 | Timothy C. Ross | Worked Debtors tax matters - RE: Nortel - Foreign branch losses confirmation. | |
| | 2/18/2015 | William D. Cozart | Received, reviewed and responded to correspondence from EY re: International tax payments | |
| | 2/19/2015 | Kim Ponder | Received and responded to inquiry re: branch liquidations | |
| | 2/19/2015 | Timothy C. Ross | Reviewed and executed E&Y engagement agreement - RE: foreign subsidiary | |
| | 2/19/2015 | Timothy C. Ross | Meeting with E&Y (J. Scott and J. Woods) - RE: Debtors tax projects and 2015+ budget | |
| | 2/19/2015 | William D. Cozart | Prepare research and analysis re: Foreign branch losses | |
| | 2/20/2015 | Kim Ponder | Received, reviewed and forwarded jurisdiction withdrawal documents to EY | |
| | 2/20/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: tax inquiries | |
| | 2/23/2015 | Kim Ponder | Meeting with EY (D Vaughan) re: state annual report filings | |
| | 2/23/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters - RE: 2015 Annual Report Notice for subsidiary | |
| | 2/23/2015 | William D. Cozart | Prepare analysis for EY. | |
| | 2/24/2015 | William D. Cozart | Prepare analysis for EY. | |
| | 2/25/2015 | Kim Ponder | Meeting with EY (D Vaughan) re: local property tax | |
| | 2/25/2015 | William D. Cozart | Prepare analysis for EY. | |
| | 2/26/2015 | William D. Cozart | Prepare analysis for EY. | |
| | 2/27/2015 | William D. Cozart | Prepare analysis for EY. | |
| **Tax Matters Total** | | | | |

**For the period of February 1, 2015 through February 28, 2015**

**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of February 1, 2015 through February 28, 2015

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 541.89 |
| Professional | - |
| Miscellaneous | 51.90 |
| **For the period of February 1, 2015 through February 28, 2015** | **$      593.79** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of February 1, 2015 through February 28, 2015

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 02/05/15 | Timothy C. Ross | Replacement of failed Debtors Hard Drives | Amazon mail order |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | Amazon.com LLC | 305.30 |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$        305.30** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 02/27/15 | Kim Ponder | Office supplies & efile - RTP | Local |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | Staples | 236.59 |
| | Professional | | - |
| | Miscellaneous | Debtors tax Efile fee | 51.90 |
| | **Total** | | **$        288.49** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$        -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$        -** |

| | | |
|---|---|---|
| **For the period of February 1, 2015 through February 28, 2015** | | **$        593.79** |