**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br> Nortel Networks Inc., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br> Jointly Administered |

## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that, by and through this *Request for Removal from Service Lists*, Jeffrey M. Gorris and Christopher M. Foulds of Friedlander & Gorris, P.A., request they and Google Inc. be removed from the CM/ECF noticing list and any other service list in the above-captioned matter.

                                                FRIEDLANDER & GORRIS, P.A.

                                                */s/ Jeffrey M. Gorris*
                                                Jeffrey M. Gorris (Bar No. 5012)
                                                Christopher M. Foulds (Bar No. 5871)
                                                222 Delaware Ave., Suite 1400
                                                Wilmington, DE 19801
                                                (302) 573-3500
                                                (302) 573-3501 facsimile

                                                *Attorneys for Google Inc.*

DATED: April 2, 2015

{FG-W0388712.}