**EXHIBIT A**

**Debtors' Twenty-Fourth Ordinary Course Professional Quarterly Statement for October 1, 2014 – December 31, 2014**

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $138.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$138.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $16,900.00 | $0.00 | $12,220.00 | $0.00 | $16,883.50 | $733.94 | $0.00 | $0.00 | **$46,003.50** |
| Seyfarth Shaw | General labor and employment legal services, including representation in employment and employee benefit matters | $7,794.90 | $0.00 | $0.00 | $0.00 | $4,780.00 | $0.00 | $0.00 | $0.00 | **$12,574.90** |
| Hunton & Williams | General legal services pertaining to Florida and California corporate governance matters | $175.00 | $0.00 | $0.00 | $0.00 | $507.50 | $0.00 | $0.00 | $0.00 | **$682.50** |