# **<u>EXHIBIT A</u>**

```
*****************************************************************************Page 1 of (12)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED BILLING REPORT    AS OF 4/6/2015 3:04:17 PM
                                       PROFORMA NUMBER: 347110    LAST DATE BILLED 03/27/15
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12187894 | 02/02/15 | | REVIEW ASHURST 71ST FEE APPLICATION (.2); DRAFT NOTICE OF SAME (.1); DRAFT CERTIFICATE OF SERVICE FOR SAME (.1); EFILE SAME (.2); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S20 | | .70 | 01761 | LKG | 343.00 | 343.00 |
| 12220647 | 02/02/15 | | PREPARE FOR 2/4/14 HEARING. | S10 | | .80 | 01762 | CMS | 412.00 | 755.00 |
| 12220652 | 02/02/15 | | E-MAILS TO R. JOHNSON RE: PREPARATION FOR 2/4/14 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 103.00 | 858.00 |
| 12220654 | 02/02/15 | | E-MAIL TO M. FAGEN RE: FILING AND SERVICE OF DECEMBER 2014 ASHURST FEE APPLICATION. | S20 | | .10 | 01762 | CMS | 51.50 | 909.50 |
| 12224783 | 02/02/15 | | EMAIL X2 TO M. FAGEN RE: 2/3 HEARING (.2); EMAIL TO L. SMELTZER RE: COURTCALL APPEARANCES FOR SAME (.1) | S10 | | .30 | 01761 | LKG | 147.00 | 1,056.50 |
| 12224784 | 02/02/15 | | UPDATE CRITICAL DATES CALENDAR (.1) | S1 | | .10 | 01761 | LKG | 49.00 | 1,105.50 |
| 12224836 | 02/02/15 | | RESEARCH RE: CLAIMS AND DISTRIBUTION ISSUES | S9 | | 2.40 | 01761 | LKG | 1,176.00 | 2,281.50 |
| 12188621 | 02/03/15 | | REVIEW CERTIFICATION OF COUNSEL AND PROPOSED ORDER MODIFYING E&Y'S RETENTION | S18 | | .10 | 01761 | LKG | 49.00 | 2,330.50 |
| 12220693 | 02/03/15 | | REVIEW 112TH MONITOR'S REPORT. | S1 | | 1.60 | 01762 | CMS | 824.00 | 3,154.50 |
| 12220694 | 02/03/15 | | REVIEW FEE AUDITOR'S REPORTS ON 23RD INTERIM PERIOD. | S20 | | 1.10 | 01762 | CMS | 566.50 | 3,721.00 |
| 12225074 | 02/03/15 | | EMAIL TO J. HYLAND, J. BOROW RE: CNO FOR CAPSTONE 70TH MONTHLY FEE APPLICATION (.1); DRAFT CNO FOR SAME (.2); EFILE SAME (.1); UPDATE INTERIM FEE ORDER EXHIBIT FOR COMMITTEE PROFESSIONALS (.2) | S20 | | .50 | 01761 | LKG | 245.00 | 3,966.00 |
| 12225080 | 02/03/15 | | RESEARCH RE: CLAIM AND DISTRIBUTION ISSUES | S6 | | 2.10 | 01761 | LKG | 1,029.00 | 4,995.00 |
| 12220687 | 02/04/15 | | RESEARCH AND REVIEW RESULTS OF RESEARCH ON 9019 APPEALS IN DE DISTRICT COURT. | S16 | | 3.70 | 01762 | CMS | 1,905.50 | 6,900.50 |
| 12220975 | 02/04/15 | | E-MAIL TO M. MADDOX RE: STATUS OF 22ND INTERIM | S20 | | .10 | 01762 | CMS | 51.50 | 6,952.00 |

```
******************************************************************************Page 2 of (12)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 4/6/2015 3:04:17 PM
                                       PROFORMA NUMBER: 347110       LAST DATE BILLED 03/27/15
```

| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | NORTEL NETWORKS, INC. | | | | | | |
| MATTER 00001 | | | NORTEL | | | | | | |
| CASE ID | | | | | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FEE ORDER. | | | | | | | |
| 12226633 | 02/04/15 | | REVIEW CASSELS BROCK 9TH MONTHLY APPLICATION (.2); DRAFT NOTICE FOR SAME (.1); DRAFT COS FOR SAME (.1); EFILE SAME (.2); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S20 | | .70 | 01761 | LKG | 343.00 | 7,295.00 |
| 12226634 | 02/04/15 | | RESEARCH RE: CLAIMS AND DISTRIBUTION | S6 | | 1.20 | 01761 | LKG | 588.00 | 7,883.00 |
| 12220662 | 02/05/15 | | REVIEW/REVISE JANUARY 2015 FEE STATEMENT. | S19 | | .80 | 01762 | CMS | 412.00 | 8,295.00 |
| 12220668 | 02/05/15 | | CALL FROM M. FAGEN RE: BACKGROUND INFORMATION ON JUDGE STARK FOR PPI APPEAL. | S16 | | .40 | 01762 | CMS | 206.00 | 8,501.00 |
| 12220669 | 02/05/15 | | REVIEW BACKGROUND INFORMATION ON JUDGE STARK FOR CALL W/ M. FAGEN. | S16 | | .30 | 01762 | CMS | 154.50 | 8,655.50 |
| 12220670 | 02/05/15 | | MEET W/ K. GOOD RE: RESEARCH ISSUES TO PURSUE IN CONNECTION WITH PPI APPEAL. | S16 | | .30 | 01762 | CMS | 154.50 | 8,810.00 |
| 12220675 | 02/05/15 | | E-MAIL TO T. MINNOTT RE: SEALED EXPERT TIME RECORDS FOR DECEMBER 2015. | S20 | | .10 | 01762 | CMS | 51.50 | 8,861.50 |
| 12220676 | 02/05/15 | | E-MAIL TO M. FAGEN RE: SEALED EXPERT TIME RECORDS FOR DECEMBER 2015. | S20 | | .10 | 01762 | CMS | 51.50 | 8,913.00 |
| 12220677 | 02/05/15 | | E-MAILS TO R. JOHNSON RE: ALLOCATION TRIAL RECORD STIPULATION (.1 X 2) | S16 | | .20 | 01762 | CMS | 103.00 | 9,016.00 |
| 12220679 | 02/05/15 | | REVIEW LOCAL RULE REQUIREMENTS ON STIPULATION SIGNATURES FOR ALLOCATION TRIAL RECORD. | S16 | | .30 | 01762 | CMS | 154.50 | 9,170.50 |
| 12220684 | 02/05/15 | | REVIEW CANADIAN ALLOCATION TRIAL RECORD STIPULATION. | S16 | | .30 | 01762 | CMS | 154.50 | 9,325.00 |
| 12220685 | 02/05/15 | | REVIEW U.S. ALLOCATION TRIAL RECORD STIPULATION. | S16 | | .30 | 01762 | CMS | 154.50 | 9,479.50 |
| 12220686 | 02/05/15 | | REVIEW RESEARCH DE BANKRUPTCY CASES WITH INTERIM DISTRIBUTIONS OUTSIDE OF PLAN. | S16 | | 3.20 | 01762 | CMS | 1,648.00 | 11,127.50 |

```
******************************************************************************************Page 3 of (12)
                                    WHITEFORD, TAYLOR & PRESTON        THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 4/6/2015 3:04:17 PM
                                    PROFORMA NUMBER: 347110        LAST DATE BILLED 03/27/15
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12220696 | 02/05/15 | | E-MAIL TO M. FAGEN RE: RESULTS OF RESEARCH ON 9019 APPEALS. | S16 | | .30 | 01762 | CMS | 154.50 | 11,282.00 |
| 12226782 | 02/05/15 | | RESEARCH RE: APPEAL OF 9019 ORDER (4.6); MEETING X2 WITH C. SAMIS RE: SAME (.3); EMAIL X2 TO C. SAMIS RE: SAME (.2); | S16 | | 5.10 | 01761 | LKG | 2,499.00 | 13,781.00 |
| 12226783 | 02/05/15 | | PREPARE WTP FEE APPLICATION | S19 | | .70 | 01761 | LKG | 343.00 | 14,124.00 |
| 12220701 | 02/06/15 | | ATTENTION TO SUMMARIZING RESEARCH ON CLAIMS AND DISTRIBUTIONS | S6 | | 1.20 | 01762 | CMS | 618.00 | 14,742.00 |
| 12220704 | 02/06/15 | | FURTHER RESEARCH ON CLAIMS AND DISTRIBUTIONS | S6 | | 2.30 | 01762 | CMS | 1,184.50 | 15,926.50 |
| 12226787 | 02/06/15 | | EMAIL TO N. LIM RE: INTERIM FEE ORDER EXHIBIT (.1); REVISE SAME (.2); EMAIL TO M. MADDOX RE: SAME (.1) | S20 | | .40 | 01761 | LKG | 196.00 | 16,122.50 |
| 12226802 | 02/06/15 | | RESEARCH RE: APPEAL ISSUES (2.1) | S16 | | 2.10 | 01761 | LKG | 1,029.00 | 17,151.50 |
| 12226803 | 02/06/15 | | REVIEW PROPOSED SCHEDULING ORDER ON LATE-FILED CLAIM MOTION | S9 | | .10 | 01761 | LKG | 49.00 | 17,200.50 |
| 12197321 | 02/09/15 | | EMAIL X2 TO M. WUNDER RE: CASSELS BROCK 10TH MONTHLY FEE APPLICATION (.1); REVIEW APPLICATION (.2); DRAFT NOTICE RE: SAME (.1); DRAFT CERTIFICATE OF SERVICE FOR SAME (.1); E-FILE SAME (.1); EMAIL TO DLS DISCOVERY RE: SERVICE OF SAME (.1) | S20 | | .70 | 01761 | LKG | 343.00 | 17,543.50 |
| 12220707 | 02/09/15 | | CALL FROM M. FAGEN RE: PARTICIPATING IN 2/12 COMMITTEE CALL TO DISCUSS PPI APPEAL. | S16 | | .30 | 01762 | CMS | 154.50 | 17,698.00 |
| 12226807 | 02/09/15 | | UPDATE CRITICAL DATES CALENDAR RE: SCHEDULING ORDER FOR AD HOC COMMITTEE OF TERMINATED EMPLOYEES MOTION TO ALLOW LATE FILED CLAIMS | S1 | | .20 | 01761 | LKG | 98.00 | 17,796.00 |
| 12226855 | 02/09/15 | | RESEARCH RE: APPEAL ISSUES (1.2) | S16 | | 1.20 | 01761 | LKG | 588.00 | 18,384.00 |
| 12220720 | 02/10/15 | | REVIEW SCHEDULING ORDER IN LATE CANADIAN EMPLOYEE | S9 | | .30 | 01762 | CMS | 154.50 | 18,538.50 |

```
*****************************************************************************************Page 4 of (12)
                                WHITEFORD, TAYLOR & PRESTON      THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT      AS OF 4/6/2015 3:04:17 PM
                                  PROFORMA NUMBER: 347110        LAST DATE BILLED 03/27/15
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLAIMS DISPUTE. | | | | | | | |
| 12220724 | 02/10/15 | | FURTHER RESEARCH ON CLAIMS AND DISTRIBUTIONS | S6 | | 3.40 | 01762 | CMS | 1,751.00 | 20,289.50 |
| 12226930 | 02/10/15 | | RESEARCH RE: APPEAL ISSUES | S16 | | .80 | 01761 | LKG | 392.00 | 20,681.50 |
| 12226931 | 02/10/15 | | RESEARCH RE: CLAIM DISTRIBUTION ISSUES (.8); MEETING WITH C. SAMIS RE: SAME (.1) | S9 | | .90 | 01761 | LKG | 441.00 | 21,122.50 |
| 12198497 | 02/11/15 | | RESEARCH RE: INTERIM DISTRIBUTION ISSUES (3.4); CONFERENCE X2 WITH C. SAMIS RE: SAME (.2) | S9 | | 3.60 | 01761 | LKG | 1,764.00 | 22,886.50 |
| 12198498 | 02/11/15 | | MEETING WITH C. SAMIS RE: APPELLATE RESEARCH ISSUES (.2); CORRESPONDENCE WITH C. SAMIS RE: SAME (.2) | S16 | | .40 | 01761 | LKG | 196.00 | 23,082.50 |
| 12198501 | 02/11/15 | | UPDATE CRITICAL DATES CALENDAR | S1 | | .10 | 01761 | LKG | 49.00 | 23,131.50 |
| 12220725 | 02/11/15 | | COMPLETE RESEARCH ON INTERIM DISTRIBUTION ISSUES | S6 | | 3.00 | 01762 | CMS | 1,545.00 | 24,676.50 |
| 12220726 | 02/11/15 | | PREPARE E-MAIL TO B. KAHN RE: RESULTS OF RESEARCH ON INTERIM DISTRIBUTIONS | S6 | | .30 | 01762 | CMS | 154.50 | 24,831.00 |
| 12220727 | 02/11/15 | | ATTENTION TO CALCULATING JANUARY FEE/EXPENSE ESTIMATES. | S19 | | .30 | 01762 | CMS | 154.50 | 24,985.50 |
| 12220733 | 02/11/15 | | REVIEW FURTHER RESEARCH ON 9019 APPEALS. | S16 | | 1.80 | 01762 | CMS | 927.00 | 25,912.50 |
| 12220734 | 02/11/15 | | PREPARE FOR 2/12/15 COMMITTEE CALL. | S1 | | .80 | 01762 | CMS | 412.00 | 26,324.50 |
| 12220823 | 02/11/15 | | E-MAILS TO M. FAGEN RE: FURTHER RESEARCH ON 9019 APPEALS (.1 X 3). | S16 | | .30 | 01762 | CMS | 154.50 | 26,479.00 |
| 12220979 | 02/11/15 | | E-MAIL TO K. GOOD RE: RESULTS OF RESEARCH ON INTERIM DISTRIBUTIONS | S6 | | .10 | 01762 | CMS | 51.50 | 26,530.50 |
| 12198654 | 02/12/15 | | REVIEW AND REVISE CAPSTONE 71ST MONTHLY FEE APPLICATION (.5); DRAFT NOTICE AND CERTIFICATE OF SERVICE FOR SAME (.1); EFILE SAME (.2); EMAIL TO DLS DISCOVERY RE: SERVICE OF SAME (.1) | S20 | | .90 | 01761 | LKG | 441.00 | 26,971.50 |

```
****************************************************************************************Page 5 of (12)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 02/28/15
BILLING ATTORNEY: 01762 CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT      AS OF 4/6/2015 3:04:17 PM
                                       PROFORMA NUMBER: 347110       LAST DATE BILLED 03/27/15
```

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12220845 | 02/12/15 | | PARTICIPATE IN COMMITTEE CALL TO DISCUSS PPI APPEAL ISSUES AND 9019 RESEARCH. | S1 | | .60 | 01762 | CMS | 309.00 | 27,280.50 |
| 12220848 | 02/12/15 | | PREPARE FOR COMMITTEE CALL ON PPI ISSUES AND 9019 RESEARCH. | S1 | | .50 | 01762 | CMS | 257.50 | 27,538.00 |
| 12220849 | 02/12/15 | | E-MAILS TO F. HODARA AND M. FAGEN RE: COMMITTEE CALL (.1 X 3). | S1 | | .30 | 01762 | CMS | 154.50 | 27,692.50 |
| 12220850 | 02/12/15 | | E-MAIL TO L. SMELTZER RE: PREPARATION FOR 2/17/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 27,744.00 |
| 12220851 | 02/12/15 | | E-MAIL TO F. HODARA RE: PREPARATION FOR 2/17/15 HEARING. | S1 | | .10 | 01762 | CMS | 51.50 | 27,795.50 |
| 12220856 | 02/12/15 | | E-MAIL TO M. WUNDER RE: UPCOMING INTERIM FEE HEARING. | S20 | | .10 | 01762 | CMS | 51.50 | 27,847.00 |
| 12227052 | 02/12/15 | | CONFERENCE WITH C. SAMIS RE: APPELLATE RESEARCH (.1); EMAIL TO C. SAMIS RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 98.00 | 27,945.00 |
| 12227053 | 02/12/15 | | REVIEW 2/17 AGENDA (.1); CORRESPONDENCE WITH C. SAMIS RE: SAME (.1); EMAIL TO COMMITTEE PROFESSIONALS RE: SAME (.1); EMAIL X2 TO M. WUNDER RE: SAME (.1) | S10 | | .40 | 01761 | LKG | 196.00 | 28,141.00 |
| 12227054 | 02/12/15 | | RESEARCH RE: CLAIM DISTRIBUTION ISSUES | S6 | | 3.10 | 01761 | LKG | 1,519.00 | 29,660.00 |
| 12227449 | 02/13/15 | | EMAIL X3 TO COMMITTEE PROFESSIONALS RE: INTERIM FEE HEARING (.3) | S10 | | .30 | 01761 | LKG | 147.00 | 29,807.00 |
| 12227479 | 02/13/15 | | EMAIL X2 TO M. FAGEN RE: 2/17 HEARING (.2) | S10 | | .20 | 01761 | LKG | 98.00 | 29,905.00 |
| 12220878 | 02/15/15 | | E-MAIL TO F. HODARA RE: LOGISTICS OF 2/17/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 29,956.50 |
| 12220879 | 02/15/15 | | E-MAIL TO L. SMELTZER RE: LOGISTICS OF 2/17/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 30,008.00 |
| 12227581 | 02/15/15 | | EMAIL X2 TO J. HYLAND RE: 2/17 FEE HEARING (.2) | S10 | | .20 | 01761 | LKG | 98.00 | 30,106.00 |

```
*********************************************************************************************Page 6 of (12)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 4/6/2015 3:04:17 PM
                                       PROFORMA NUMBER: 347110    LAST DATE BILLED 03/27/15
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12220825 | 02/16/15 | | E-MAILS TO K. GOOD RE: PREPARATION FOR 2/17/15 HEARING (.1 X 4) | S10 | | .40 | 01762 | CMS | 206.00 | 30,312.00 |
| 12220832 | 02/16/15 | | E-MAILS TO F. HODARA RE: CANCELLATION OF 2/17/15 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 103.00 | 30,415.00 |
| 12220833 | 02/16/15 | | E-MAIL TO K. GOOD RE: CANCELLATION OF 2/17/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 30,466.50 |
| 12220835 | 02/16/15 | | PREPARE FOR 2/17/15 HEARING. | S10 | | .60 | 01762 | CMS | 309.00 | 30,775.50 |
| 12227762 | 02/16/15 | | EMAIL X3 TO C. SAMIS RE: 2/17 HEARING | S10 | | .20 | 01761 | LKG | 98.00 | 30,873.50 |
| 12203715 | 02/17/15 | | EMAIL TO A. STEELE RE: RLF FINAL FEE APPLICATION | S20 | | .10 | 01761 | LKG | 49.00 | 30,922.50 |
| 12220739 | 02/17/15 | | REVIEW JOINT PPI MEDIATION POSITION PAPER. | S16 | | .80 | 01762 | CMS | 412.00 | 31,334.50 |
| 12220752 | 02/17/15 | | E-MAIL TO B. KAHN RE: JOINT PPI MEDIATION POSITION PAPER. | S16 | | .10 | 01762 | CMS | 51.50 | 31,386.00 |
| 12220753 | 02/17/15 | | E-MAIL TO K. MURPHY RE: JOINT PPI MEDIATION POSITION PAPER. | S16 | | .10 | 01762 | CMS | 51.50 | 31,437.50 |
| 12220756 | 02/17/15 | | E-MAIL TO K. MURPHY RE: JOINT PPI MEDIATION POSITION PAPER. | S16 | | .10 | 01762 | CMS | 51.50 | 31,489.00 |
| 12210766 | 02/23/15 | | MEETING WITH C. SAMIS RE: CNO FOR COMMITTEE MEMBER EXPENSE APPLICATION (.1); REVIEW CNO FOR COMMITTEE MEMBER EXPENSE APPLICATION (.1); EFILE SAME (.1) | S20 | | .30 | 01761 | LKG | 147.00 | 31,636.00 |
| 12220916 | 02/23/15 | | E-MAIL TO C. KEARNS RE: PREPARATION FOR 2/24/15 COMMITTEE CALL. | S1 | | .10 | 01762 | CMS | 51.50 | 31,687.50 |
| 12220917 | 02/23/15 | | E-MAIL TO B. KAHN RE: JOINDER TO SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS. | S9 | | .10 | 01762 | CMS | 51.50 | 31,739.00 |
| 12220920 | 02/23/15 | | E-MAILS TO K. GOOD AND M. FAGEN RE: CNO FOR BONY MELLON EXPENSE REIMBURSEMENT (.1 X 3). | S20 | | .30 | 01762 | CMS | 154.50 | 31,893.50 |

```
************************************************************************************************Page 7 of (12)
                                   WHITEFORD, TAYLOR & PRESTON      THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 4/6/2015 3:04:17 PM
                                     PROFORMA NUMBER: 347110       LAST DATE BILLED 03/27/15
```

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12214152 | 02/24/15 | | DRAFT CNO FOR CASSELS BROCK 9TH MONTHLY FEE APPLICATION | S20 | | .80 | 01769 | CM | 188.00 | 32,081.50 |
| 12214153 | 02/24/15 | | DRAFT CNO FOR AKIN GUMP 71ST MONTHLY FEE APPLICATION | S20 | | .70 | 01769 | CM | 164.50 | 32,246.00 |
| 12214154 | 02/24/15 | | E-FILE CNO FOR AKIN GUMP 71ST MONTHLY FEE APPLICATION | S20 | | .20 | 01769 | CM | 47.00 | 32,293.00 |
| 12220923 | 02/24/15 | | E-MAILS TO M. KENNEY, A. CORDO AND R. MERSKY RE: SERVICE OF JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS (.1 X 3) | S9 | | .30 | 01762 | CMS | 154.50 | 32,447.50 |
| 12220924 | 02/24/15 | | CALL FROM M. FAGEN RE: SEALING JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS. | S9 | | .20 | 01762 | CMS | 103.00 | 32,550.50 |
| 12220925 | 02/24/15 | | REVIEW/REVISE JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS. | S9 | | .60 | 01762 | CMS | 309.00 | 32,859.50 |
| 12220926 | 02/24/15 | | E-MAILS TO A. CORDO RE: JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS (.1 X 2). | S9 | | .20 | 01762 | CMS | 103.00 | 32,962.50 |
| 12220927 | 02/24/15 | | E-MAILS TO M. FAGEN RE: JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS (.1 X 5). | S9 | | .50 | 01762 | CMS | 257.50 | 33,220.00 |
| 12220928 | 02/24/15 | | E-MAILS TO K. GOOD RE: JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS (.1 X 2). | S9 | | .20 | 01762 | CMS | 103.00 | 33,323.00 |
| 12220929 | 02/24/15 | | E-MAILS TO K. GOOD RE: JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS (.1 X 2). | S9 | | .20 | 01762 | CMS | 103.00 | 33,426.00 |
| 12220982 | 02/24/15 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S1 | | .90 | 01762 | CMS | 463.50 | 33,889.50 |
| 12221454 | 02/24/15 | | MEETING WITH C. SAMIS RE: WTP FEE APPLICATION (.1) | S19 | | .10 | 01761 | LKG | 49.00 | 33,938.50 |

```
*********************************************************************************Page 8 of (12)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 4/6/2015 3:04:17 PM
                                     PROFORMA NUMBER: 347110       LAST DATE BILLED 03/27/15
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12221550 | 02/24/15 | | MEETING WITH C. SAMIS RE: LEASE AUCTION (.1); EMAIL TO C. SAMIS RE: SAME (.1) | S4 | | .20 | 01761 | LKG | 98.00 | 34,036.50 |
| 12221598 | 02/24/15 | | EFILE JOINDER TO OBJECTION TO MOTION TO ALLOW LATE FILED CLAIMS | S9 | | .20 | 01761 | LKG | 98.00 | 34,134.50 |
| 12221601 | 02/24/15 | | EMAIL TO M. FAGEN RE: CNOS FOR AKIN GUMP 70TH AND 71ST MONTHLY FEE APPLICATIONS (.1); DRAFT CNO FOR AKIN GUMP 70TH MONTHLY FEE APPLICATION (.1); EFILE SAME (.1); REVIEW CNO FOR AKIN GUMP 71ST MONTHLY FEE APPLICATION (.1); MEETING WITH C. MCALLISTER RE: SAME (.1); MEETING WITH C. MCALLISTER RE: EFILING SAME (.1) | S20 | | .60 | 01761 | LKG | 294.00 | 34,428.50 |
| 12214210 | 02/25/15 | | DRAFT CNO FOR CASSELS BROCK 9TH MONTHLY FEE APPLICATION | S20 | | .40 | 01769 | CM | 94.00 | 34,522.50 |
| 12214217 | 02/25/15 | | DRAFT CNO FOR ASHURST 71ST MONTHLY FEE APPLICATION | S20 | | .80 | 01769 | CM | 188.00 | 34,710.50 |
| 12220943 | 02/25/15 | | E-MAILS TO K. GOOD RE: FILING UNSEALED VERSION OF JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS (.1 X 2). | S9 | | .20 | 01762 | CMS | 103.00 | 34,813.50 |
| 12220945 | 02/25/15 | | E-MAILS TO M. FAGEN RE: FILING UNSEALED VERSION OF JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS (.1 X 2). | S9 | | .10 | 01762 | CMS | 51.50 | 34,865.00 |
| 12220946 | 02/25/15 | | E-MAIL TO P. KEANE RE: FILING UNSEALED VERSION OF JOINDER TO DEBTORS SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS. | S9 | | .10 | 01762 | CMS | 51.50 | 34,916.50 |
| 12221448 | 02/25/15 | | EMAIL X2 TO C. MCALLISTER RE: SEALED DOCUMENTS (.1); MEETING WITH C. SAMIS RE: SERVICE OF JOINDER FILED UNDER SEAL (.1); FILE UNREDACTED VERSION OF JOINDER TO OBJECTION TO MOTION TO ALLOW LATE FILED EMPLOYEE CLAIMS (.2); EMAIL X2 TO C. SAMIS RE: SAME (.1); EMAIL TO M. FAGEN RE: SAME (.1) | S9 | | .60 | 01761 | LKG | 294.00 | 35,210.50 |

```
****************************************************************************************Page 9 of (12)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 4/6/2015 3:04:17 PM
                                       PROFORMA NUMBER: 347110              LAST DATE BILLED 03/27/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12221449 | 02/25/15 | | EMAIL X2 TO M. FAGEN RE: 2/27 HEARING (.2); EMAIL TO L. SMELTZER RE: COURTCALL APPEARANCE FOR 2/27 HEARING (.1) | S10 | | .30 | 01761 | LKG | 147.00 | 35,357.50 |
| 12221450 | 02/25/15 | | EMAIL TO M. FAGEN RE: CAPSTONE JANUARY FEE APPLICATION (.1); DRAFT NOTICE RE: SAME (.1); DRAFT COS RE: SAME (.1); REVIEW, FINALIZE AND EFILE SAME (.4); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S20 | | .80 | 01761 | LKG | 392.00 | 35,749.50 |
| 12216343 | 02/26/15 | | FINALIZE, FILE AND SERVE CASSELS BROCK 11TH MONTHLY APPLICATION | S20 | | .20 | 01769 | CM | 47.00 | 35,796.50 |
| 12216559 | 02/26/15 | | PREPARE FOR 2/27/15 HEARING | S10 | | 1.10 | 01769 | CM | 258.50 | 36,055.00 |
| 12220625 | 02/26/15 | | E-MAILS TO M. FAGEN RE: PREPARATION FOR 2/27/15 (.1 X 2). | S10 | | .20 | 01762 | CMS | 103.00 | 36,158.00 |
| 12220630 | 02/26/15 | | E-MAIL TO P. KEANE RE: UNREDACTED JOINDER TO DEBTORS' SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS. | S9 | | .10 | 01762 | CMS | 51.50 | 36,209.50 |
| 12220639 | 02/26/15 | | E-MAILS TO L. SMELTZER RE: PREPARATIONS FOR 2/27/15 HEARING (.1 X 3). | S10 | | .30 | 01762 | CMS | 154.50 | 36,364.00 |
| 12228649 | 02/26/15 | | REVIEW/REVISE CNO RE: ASHURST 71ST MONTHLY FEE APPLICATION (.1); MEETING WITH C. MCALLISTER RE: FILING SAME (.1) | S20 | | .20 | 01761 | LKG | 98.00 | 36,462.00 |
| 12228650 | 02/26/15 | | EMAIL TO M. FAGEN RE: TELEPHONIC APPEARANCE FOR 2/27 HEARING (.1); MEETING WITH C. SAMIS RE: 2/27 HEARING (.1); | S10 | | .20 | 01761 | LKG | 98.00 | 36,560.00 |
| 12228651 | 02/26/15 | | DRAFT WTP FEE APPLICATION FOR 11/17/14-1/31/15 (2.2); MEETING WITH C. SAMIS RE: SAME (.1) | S19 | | 2.30 | 01761 | LKG | 1,127.00 | 37,687.00 |
| 12228652 | 02/26/15 | | REVIEW STATUS REPORT RE: AVOIDANCE ACTIONS (.1) | S16 | | .10 | 01761 | LKG | 49.00 | 37,736.00 |
| 12228654 | 02/26/15 | | UPDATE CRITICAL DATES CALENDAR (.2) | S1 | | .20 | 01761 | LKG | 98.00 | 37,834.00 |

```
                              WHITEFORD, TAYLOR & PRESTON      THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT        AS OF 4/6/2015 3:04:17 PM
                              PROFORMA NUMBER: 347110           LAST DATE BILLED 03/27/15
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001
CASE ID                NORTEL

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12229003 | 02/26/15 | | REVIEW CAPSTONE 24TH INTERIM FEE APPLICATION (.1); DRAFT COS FOR SAME (.1); EMAIL TO M. FAGEN RE: FILING SAME (.1); EFILE SAME (.1); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S20 | | .50 | 01761 | LKG | 245.00 | 38,079.00 |
| 12229092 | 02/26/15 | | EMAIL X2 TO M. WUNDER RE: FILING CASSELS BROCK JANUARY FEE APPLICATION (.2); REVIEW SAME (.1); MEETING WITH C. MCALLISTER RE: DRAFTING NOTICE AND COS FOR SAME (.1); REVIEW SAME (.1); MEETING WITH C. MCALLISTER RE: EFILING SAME (.1); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S20 | | .70 | 01761 | LKG | 343.00 | 38,422.00 |
| 12217731 | 02/27/15 | | FILE AKIN 72ND MONTHLY APPLICATION | S20 | | .80 | 01769 | CM | 188.00 | 38,610.00 |
| 12217986 | 02/27/15 | | FILE AKIN 24TH INTERIM FEE APPLICATION WITH COS | S20 | | .10 | 01769 | CM | 23.50 | 38,633.50 |
| 12217987 | 02/27/15 | | DRAFT COS FOR AKIN 24TH INTERIM FEE APPLICATION | S20 | | .20 | 01769 | CM | 47.00 | 38,680.50 |
| 12219389 | 02/27/15 | | FILE CASSELS BROCK 9TH MONTHLY FEE APPLICATION | S20 | | .30 | 01769 | CM | 70.50 | 38,751.00 |
| 12219832 | 02/27/15 | | DRAFT COS FOR CASSELS 4TH INTERIM FEE APPLICATION | S20 | | .10 | 01769 | CM | 23.50 | 38,774.50 |
| 12219833 | 02/27/15 | | FILE CASSELS NOTICE OF 4TH INTERIM FEE APPLICATION | S20 | | .30 | 01769 | CM | 70.50 | 38,845.00 |
| 12219834 | 02/27/15 | | FILE CNO RE: 9TH MONTHLY APPLICATION OF CASSELS BROCK | S20 | | .30 | 01769 | CM | 70.50 | 38,915.50 |
| 12219903 | 02/27/15 | | FILING WTP 1ST MONTHLY AND INTERIM APPLICATION | S19 | | 1.40 | 01769 | CM | 329.00 | 39,244.50 |
| 12220950 | 02/27/15 | | ATTENTION TO REVIEWING, REVISING AND FINALIZING FIRST WTP FEE APPLICATION. | S19 | | 1.70 | 01762 | CMS | 875.50 | 40,120.00 |
| 12220953 | 02/27/15 | | ATTEND 2/27/15 HEARING. | S10 | | 1.00 | 01762 | CMS | 515.00 | 40,635.00 |
| 12220954 | 02/27/15 | | PREPARE FOR 2/27/15 HEARING. | S10 | | .80 | 01762 | CMS | 412.00 | 41,047.00 |
| 12220959 | 02/27/15 | | E-MAIL TO M. FAGEN RE: UNDER SEAL EXPERT FEE MATERIALS FOR FEBRUARY. | S20 | | .10 | 01762 | CMS | 51.50 | 41,098.50 |

```
************************************************************************************Page 11 of (12)
                                    WHITEFORD, TAYLOR & PRESTON        THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 4/6/2015 3:04:17 PM
                                       PROFORMA NUMBER: 347110         LAST DATE BILLED 03/27/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12220961 | 02/27/15 | | E-MAIL TO T. MINOTT RE: UNDER SEAL EXPERT FEE MATERIALS FOR FEBRUARY. | S20 | | .10 | 01762 | CMS | 51.50 | 41,150.00 |
| 12220963 | 02/27/15 | | E-MAIL TO R. JOHNSON RE: PREPARATION FOR 2/27/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 41,201.50 |
| 12220965 | 02/27/15 | | ATTENTION TO FINALIZING AND FILING AFFIDAVIT OF SERVICE FOR SEALED JOINDER TO DEBTORS' SUPPLEMENTAL OBJECTION TO CANADIAN EMPLOYEE CLAIMS. | S9 | | .10 | 01762 | CMS | 51.50 | 41,253.00 |
| 12220966 | 02/27/15 | | ATTENTION TO FINALIZING, FILING AND SERVICE CASSELS INTERIM FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 41,356.00 |
| 12221375 | 02/27/15 | | REVIEW 3/3 HEARING AGENDA (.1); EMAIL TO B. KAHN, M. FAGEN RE: SAME (.1); REVIEW 3/3 HEARING AMENDED AGENDA (.1); EMAIL TO B. KAHN, M. FAGEN RE: SAME (.1); MEETING WITH C. SAMIS RE: 2/27 HEARING (.1); TELEPHONE CALL WITH M. FAGEN RE: SAME (.1); EMAIL X2 TO M. FAGEN RE: SAME (.1); PREPARE MATERIALS FOR SAME (.1) | S10 | | .80 | 01761 | LKG | 392.00 | 41,748.00 |
| 12221399 | 02/27/15 | | RESEARCH RE: WTP FEE APPLICATION (.3); MEETING X2 WITH C. SAMIS RE: SAME (.3) | S19 | | .60 | 01761 | LKG | 294.00 | 42,042.00 |

```
******************************************************************************Page 12 of (12)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT    AS OF 4/6/2015 3:04:17 PM
                                       PROFORMA NUMBER: 347110      LAST DATE BILLED 03/27/15
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12221411 | 02/27/15 | | EMAIL TO M. FAGEN RE: ASHURST 24TH INTERIM FEE APPLICATION (.1); DRAFT COS RE: SAME (.1); EFILE SAME (.1); EMAIL TO M. FAGEN RE: AKIN GUMP JANUARY FEE APPLICATION (.1); MEETING WITH C. MCALLISTER RE: NOTICE AND COS FOR SAME (.1); REVIEW SAME (.1); MEETING WITH C. MCALLISTER RE: EFILING SAME (.1); REVIEW AKIN GUMP INTERIM FEE APPLICATION AND COS RE: SAME (.1); EMAIL TO C. MCALLISTER RE: PREPARATION OF SAME (.1); MEETING WITH C. MCALLISTER RE: EFILING SAME (.1); REVIEW/REVISE CNO RE: CASSELS BROCK 9TH MONTHLY FEE APPLICATION (.1); EMAIL TO C. MCALLISTER RE: EFILING SAME (.1); EMAIL TO C. SAMIS RE: CASSELS BROCK INTERIM FEE APPLICATION (.1); EMAIL TO DLS RE: SERVICE OF ALL FEE APPLICATIONS (.1) | S20 | | 1.40 | 01761 | LKG | 686.00 | 42,728.00 |

```
                                                    89.10**TIME VALUE TOTAL**      42,728.00
```