# **<u>EXHIBIT B</u>**

```
***********************************************************************************************Page 1 of (1)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 02/28/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 4/3/2015 12:02:11 PM
                                        PROFORMA NUMBER: 347112          LAST DATE BILLED 03/27/15

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                     NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001         NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                       AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                              ONE BRYANT PARK
                                                                              BANK OF AMERICA TOWER
                                                                              NEW YORK, NY 10036-6745
INVOICE NUMBER _____ INVOICE DATE ____/____/____

                     ***DISBURSEMENTS ***
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 19 | | | WESTLAW | | 29.07 |
| | | | 10 | | | PHOTOCOPIES | | 4.00 |
| 3042423 | 02/06/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-HAND DELIVERIES | 45.00 | |
| | | | *101 | | | COURIER EXPENSE | | 45.00 |
| 3042424 | 02/04/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 70TH AND 71ST FEE APP AKIN GUMP | 173.00 | |
| 3042425 | 02/05/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 3RD FEE APP OF OCUC BY COMMITTEE MEMBER | 29.16 | |
| 3042426 | 02/09/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 71ST MONTHLY FEE APP ASHURST LLP | 82.03 | |
| 3042427 | 02/12/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 9TH FEE APP OF C. BROCK | 101.78 | |
| 3042428 | 02/20/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 10TH MONTHLY FEE APP OF CASSELS BROCK | 73.18 | |
| 3042429 | 02/20/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 71ST MONTHLY FEE APP OF CAPSTONE ADVISORY GROUP | 65.74 | |
| | | | *44 | | | COPIES | | 524.89 |

*TOTAL DISBURSEMENTS*    602.96