IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------x | : | Chapter 11 |
| *In re* | : |  |
|  | : | Case No. 09-10138(KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
|  | : |  |
| Debtors. | : | **Hearing Date: May 5, 2015, at 10:00 a.m. (ET)** |
|  | : | **Objections Due: April 28, 2015, at 4:00 p.m. (ET)** |
| ------------------------------------------------------------x |  |  |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF THIRD DISCOVERY PROTOCOL IMPLEMENTING THE COURT'S PREVIOUS ORDERS EXTENDING AUTOMATIC STAY AND REGULATING THIRD-PARTY DISCOVERY**

PLEASE TAKE NOTICE that the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned case, have today filed the **Debtors' Motion for Entry of Third Discovery Protocol Implementing the Court's Previous Orders Extending Automatic Stay and Regulating Third-Party Discovery** (the "Motion").[2]

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 28, 2015 at 4:00 PM (ET)** (the "Objection Deadline").

At the same time, you must serve such Objection on the undersigned counsel for the Debtors so as to be received by the Objection Deadline.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] A copy of the Motion is available for download from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC ("Epiq") at http://dm.epiq11.com/NNI/Docket or upon telephonic or email request to Epiq at (646) 282-2400 or Nortel@epiqsystems.com.

8531603 v1

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Motion will be held on **May 5, 2015, at 10:00 a.m. (ET), before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th floor, Courtroom #3, Wilmington, Delaware 19801.** Only parties who have filed a timely objection will be heard at the hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.

                                              Respectfully submitted,

Dated: April 8, 2015            CROWELL & MORING LLP
                                          Mark D. Plevin (admitted *pro hac vice*)
                                          Mark M. Supko (admitted *pro hac vice*)
                                          1001 Pennsylvania Avenue, NW
                                          Washington, D.C. 20004
                                          Telephone: (202) 624-2500
                                          Facsimile: (202) 628-5116

                                              – and –

                                          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

                                          */s/ Jennifer R. Hoover*
                                          Jennifer R. Hoover (No. 5111)
                                          Kevin M. Capuzzi (No. 5462)
                                          222 Delaware Ave., Suite 801
                                          Wilmington, DE 19801
                                          Telephone: (302) 442-7010
                                          Facsimile: (302) 442-7012

                                          *Counsel for Debtors and Debtors in Possession*