# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 2/1/2015  End Date 2/28/2015
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 137.70 | $590.00 | $81,243.00 |
| 2 | Facility Document Inventory & Evacuation Review | 82.70 | $590.00 | $48,793.00 |
| 3 | Human Resources - Employee Related Projects | 6.00 | $590.00 | $3,540.00 |
| 4 | Fee Apps | 37.20 | $590.00 | $21,948.00 |
| 5 | Non-working travel | 69.00 | $295.00 | $20,355.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 208.50 | $590.00 | $123,015.00 |
| 7 | Tax/Finance Matters and Budget Projects | 11.40 | $590.00 | $6,726.00 |
| 8 | Misc Debtor Issues and Communications | 7.30 | $590.00 | $4,307.00 |
| 9 | Analyst Support and Case Modeling | 131.70 | $590.00 | $77,703.00 |
| | **Hours/Billing Amount for Period:** | **691.50** | | **$387,630.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/1/2015 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.4 |
| 2/3/2015 | On-site Transition and Support for IT in RTP | Raj Perubhatla | 1 | 6.0 |
| 2/3/2015 | Claims server build and configure / Production server patch application and testing | Brandon Bangerter | 1 | 5.8 |
| 2/3/2015 | Server hardware failures / Netbackup addition of new tapes, inventory | Brandon Bangerter | 1 | 2.6 |
| 2/4/2015 | On-site Transition and Support for IT in RTP | Raj Perubhatla | 1 | 6.0 |
| 2/4/2015 | Claims meeting, preparation / configuration of hardware for installation and testing of new software | Brandon Bangerter | 1 | 6.9 |
| 2/5/2015 | IT Infrastructure support | Raj Perubhatla | 1 | 4.7 |
| 2/5/2015 | Nortel connected backup / restores from DBR service contract issues / testing, meetings | Brandon Bangerter | 1 | 2.2 |
| 2/6/2015 | Conference call on H/W support contract / necessary updates, monitoring of NetBackup jobs | Brandon Bangerter | 1 | 2.3 |
| 2/8/2015 | Server maintenance / Netbackup policy fixes, restarting jobs | Brandon Bangerter | 1 | 1.1 |
| 2/10/2015 | On site support for IT and Claims | Raj Perubhatla | 1 | 8.5 |
| 2/10/2015 | Rebuilding desktop H/W and troubleshooting, replacing failed H/W, configuring remote machines | Brandon Bangerter | 1 | 8.3 |
| 2/11/2015 | On site support for IT and Claims | Raj Perubhatla | 1 | 8.0 |
| 2/11/2015 | Building RDP desktops, configuration of OS and related software, testing | Brandon Bangerter | 1 | 7.1 |
| 2/12/2015 | Review SharePoint and Office365 email usage | Raj Perubhatla | 1 | 7.7 |
| 2/12/2015 | Application of update patches on servers with additional configuration changes | Brandon Bangerter | 1 | 2.4 |
| 2/13/2015 | IT Infrastructure support - QB Backups | Raj Perubhatla | 1 | 4.8 |
| 2/13/2015 | Netbackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 1.6 |
| 2/15/2015 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.2 |
| 2/16/2015 | Time Tracker support | Raj Perubhatla | 1 | 0.5 |
| 2/17/2015 | Netbackup jobs monitoring / server configuration updates | Brandon Bangerter | 1 | 1.4 |
| 2/18/2015 | Time Tracker troubleshooting | Raj Perubhatla | 1 | 1.2 |
| 2/18/2015 | IT infrastructure monitoring and support for Unix and Oracle | Raj Perubhatla | 1 | 5.5 |
| 2/18/2015 | Review of Zensar Hardware support | Raj Perubhatla | 1 | 1.7 |
| 2/18/2015 | Service / support updates and quotes for ring fence hardware | Brandon Bangerter | 1 | 1.3 |
| 2/19/2015 | Zensar contract alternatives exploration | Raj Perubhatla | 1 | 1.5 |
| 2/19/2015 | Nortel Address file generation | Raj Perubhatla | 1 | 1.0 |
| 2/19/2015 | Time Tracker code analysis | Raj Perubhatla | 1 | 3.5 |
| 2/19/2015 | Livelink errors / troubleshooting / service restarts / testing | Brandon Bangerter | 1 | 1.6 |
| 2/20/2015 | Oracle, Unix Backups | Raj Perubhatla | 1 | 4.5 |
| 2/20/2015 | Cleanup of failed jobs / reconfigure policies and restart jobs as necessary / preparing tapes | Brandon Bangerter | 1 | 3.3 |
| 2/22/2015 | Netbackup jobs monitoring / server configuration updates | Brandon Bangerter | 1 | 1.1 |
| 2/23/2015 | Richardson AT&T bill investigation and opening tickets | Raj Perubhatla | 1 | 1.7 |
| 2/23/2015 | Server updates with virus definitions / scans | Brandon Bangerter | 1 | 1.3 |
| 2/24/2015 | Netbackup checks / Application of update patches on servers with additional configuration changes | Brandon Bangerter | 1 | 2.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/26/2015 | Maintech support quote analysis | Raj Perubhatla | 1 | 1.5 |
| 2/26/2015 | Hardware support updates / quotes from vendors / review / Netbackup monitoring | Brandon Bangerter | 1 | 2.4 |
| 2/27/2015 | IT infrastructure monitoring and support for Unix and Oracle | Raj Perubhatla | 1 | 4.5 |
| 2/27/2015 | IT Support Contract with Zensar analysis | Raj Perubhatla | 1 | 1.7 |
| 2/27/2015 | Investigate routed IP Networks for NNL | Raj Perubhatla | 1 | 2.2 |
| 2/27/2015 | Netbackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 3.2 |
| 2/2/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 3.5 |
| 2/3/2015 | Review Document Inventory Analysis done at Iron Mountain RTP | Felicia Buenrostro | 2 | 4.0 |
| 2/4/2015 | Provided data analysis for document retention | Felicia Buenrostro | 2 | 4.0 |
| 2/4/2015 | Conf. Call - Nortel Debtors in Possession statement of cash | Kathryn Schultea | 2 | 0.7 |
| 2/4/2015 | Correspondence - NNI Egypt Document Destruction | Kathryn Schultea | 2 | 0.8 |
| 2/5/2015 | Review and coordinate with Iron Mountain Richardson box searches | Felicia Buenrostro | 2 | 3.5 |
| 2/5/2015 | Correspondence - LTD Taxation discussion | Kathryn Schultea | 2 | 0.6 |
| 2/5/2015 | Correspondence - Claims update meeting discussion | Kathryn Schultea | 2 | 2.0 |
| 2/6/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 4.5 |
| 2/6/2015 | Conf. Call - Nortel Weekly Debrief | Kathryn Schultea | 2 | 0.5 |
| 2/9/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 5.0 |
| 2/10/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 2.3 |
| 2/10/2015 | Correspondence - Nortel Claims Update discussion | Kathryn Schultea | 2 | 2.5 |
| 2/11/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 4.0 |
| 2/12/2015 | Review and coordinate with Iron Mountain Richardson box searches | Felicia Buenrostro | 2 | 2.5 |
| 2/12/2015 | Correspondence - Iron Mountain - NNI boxes in Richardson | Kathryn Schultea | 2 | 1.8 |
| 2/13/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 3.5 |
| 2/15/2015 | Record review NNI Raleigh | Daniel Tollefsen | 2 | 2.6 |
| 2/18/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 2.0 |
| 2/18/2015 | Correspondence - Nortel Claims Update Presentation discussion | Kathryn Schultea | 2 | 2.5 |
| 2/19/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 2.5 |
| 2/19/2015 | Correspondence - Preparation for Claims update meeting with Cleary | Kathryn Schultea | 2 | 5.0 |
| 2/20/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 5.5 |
| 2/20/2015 | Conf. call - Document /Data destruction | Kathryn Schultea | 2 | 0.7 |
| 2/23/2015 | Correspondence - Iron Mountain - NNI boxes in Richardson | Kathryn Schultea | 2 | 1.0 |
| 2/24/2015 | Conf. call - Review of claims for mtg. with Claims Update Meeting | Kathryn Schultea | 2 | 0.8 |
| 2/24/2015 | Correspondence - Discussion with E&Y - Foreign Payments withholding | Kathryn Schultea | 2 | 2.0 |
| 2/24/2015 | Correspondence - Update on select tax matters | Kathryn Schultea | 2 | 1.5 |
| 2/26/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/27/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 2.5 |
| 2/27/2015 | Record review NNI Richardson | Daniel Tollefsen | 2 | 4.9 |
| 2/27/2015 | Correspondence - Nortel Tax Update | Kathryn Schultea | 2 | 1.5 |
| 2/2/2015 | Correspondence and Planning for further transition matters | Kathryn Schultea | 3 | 3.0 |
| 2/11/2015 | Correspondence - HR Matters - data review and internal discussions and planning | Kathryn Schultea | 3 | 3.0 |
| 2/6/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 2/6/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 2/6/2015 | Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 2/6/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 2/6/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 2/7/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 2/7/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 2/10/2015 | Correspondence - EE Legal Inquiry | Kathryn Schultea | 4 | 0.8 |
| 2/13/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 2/13/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 2/13/2015 | Fee Application Work | Kathryn Schultea | 4 | 1.0 |
| 2/13/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 2/13/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 2/14/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 2/14/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 2/18/2015 | Correspondence - Bay Networks Stock discussion | Kathryn Schultea | 4 | 1.0 |
| 2/20/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 2/20/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 2/20/2015 | Fee Application Work | Kathryn Schultea | 4 | 1.0 |
| 2/20/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 2/20/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 2/21/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 2/21/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 2/24/2015 | Conf. Call - Nortel Tax Matters | Kathryn Schultea | 4 | 1.4 |
| 2/27/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 2/27/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 2/27/2015 | Monthly and Quarterly Fee Application Work | Kathryn Schultea | 4 | 6.0 |
| 2/27/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 2/27/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 2/28/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/28/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 2/2/2015 | Non-Working travel- Houston to Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 2/2/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 2/2/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 5.0 |
| 2/2/2015 | Non-working travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 2/2/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 2/4/2015 | Non-Working travel- Raleigh to Houston | Daniel Tollefsen | 5 | 5.0 |
| 2/4/2015 | Non-Working travel (Raleigh Houston) | Leticia Barrios | 5 | 4.0 |
| 2/4/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.0 |
| 2/4/2015 | Non-working travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 2/4/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 2/9/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 5.0 |
| 2/9/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 2/11/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.0 |
| 2/11/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 2/2/2015 | Claims review and data base research of documentsof claim assertion as related to filings | Daniel Tollefsen | 6 | 5.8 |
| 2/2/2015 | Correspondence - Timing on Claims update | Kathryn Schultea | 6 | 0.8 |
| 2/2/2015 | Read, review and respond to e-mails from D. Parker, Cleary and former employees re: employee claims | Mary Cilia | 6 | 1.1 |
| 2/3/2015 | Claims G/L reconciliation and related data analysis | Daniel Tollefsen | 6 | 8.8 |
| 2/3/2015 | Correspondence - Claims database discussion and related review and follow-up | Kathryn Schultea | 6 | 2.8 |
| 2/3/2015 | Conf. Call with T. Ross, D. Cozart and K. Ponder - Claims follow-up | Kathryn Schultea | 6 | 2.0 |
| 2/3/2015 | Conf. Call with D. Cozart - Claims reconciliation | Kathryn Schultea | 6 | 1.5 |
| 2/3/2015 | Claims Reconciliation discussions and meetings | Raj Perubhatla | 6 | 3.5 |
| 2/3/2015 | Read, review and respond to e-mails from D. Parker, Cleary and former employees re: employee claims | Mary Cilia | 6 | 0.6 |
| 2/4/2015 | Claims G/L reconciliation and related data analysis | Daniel Tollefsen | 6 | 2.5 |
| 2/4/2015 | Meetings at Nortel with E&Y re: claims analysis for tax compliance and related follow up discussions with RLKS team | Daniel Tollefsen | 6 | 2.8 |
| 2/4/2015 | Conf. Call - Claims Reconciliation discussion | Kathryn Schultea | 6 | 0.4 |
| 2/4/2015 | Claims Reconciliation discussions and meetings | Raj Perubhatla | 6 | 2.5 |
| 2/4/2015 | Meetings at Nortel re: non-qualified pension claims and related data analysis for Cleary | Mary Cilia | 6 | 1.5 |
| 2/4/2015 | Conference Call with Cleary and Huron re: Employee claims and related follow up | Mary Cilia | 6 | 0.6 |
| 2/5/2015 | Research of original claimant names for traded claims to assist with claims G/L reconciliation and population into the claims database | Daniel Tollefsen | 6 | 3.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/5/2015 | Changes to Claims database for recon efforts | Raj Perubhatla | 6 | 5.3 |
| 2/5/2015 | Conference call w/ L. Barrios and non-qualified pension data analysis for Cleary | Mary Cilia | 6 | 6.0 |
| 2/5/2015 | Read, review and respond to e-mails and phone calls from D. Parker, Cleary and former employees re: employee claims | Mary Cilia | 6 | 0.8 |
| 2/6/2015 | Research of original claimant names for traded claims to assist with claims G/L reconciliation and population into the claims database | Daniel Tollefsen | 6 | 4.5 |
| 2/6/2015 | Add columns to Schedule Master and update all the relevant procedures and triggers | Raj Perubhatla | 6 | 8.8 |
| 2/6/2015 | Claims database structure updates and related e-mails with Raj regarding database issues | Mary Cilia | 6 | 1.3 |
| 2/7/2015 | Research of original claimant names for traded claims to assist with claims G/L reconciliation and population into the claims database | Daniel Tollefsen | 6 | 9.5 |
| 2/7/2015 | Review and research to complete final original claimant name for traded claims file prepared by D. Tollefson and formatting of file to send to R. Perubhatla for upload into claims database | Mary Cilia | 6 | 1.9 |
| 2/8/2015 | Claims database structure updates and related e-mails with Raj regarding database issues | Mary Cilia | 6 | 1.5 |
| 2/8/2015 | Update to claims database master tables to reflect structural and reporting changes | Mary Cilia | 6 | 1.3 |
| 2/9/2015 | Correspondence - Claims Status detail Review | Kathryn Schultea | 6 | 3.5 |
| 2/9/2015 | Correspondence - Claims Meeting Timing | Kathryn Schultea | 6 | 0.6 |
| 2/9/2015 | Finalize non-qual analysis and send to D. Parker for discussion | Mary Cilia | 6 | 1.5 |
| 2/9/2015 | Finalize and send database upload files to Raj | Mary Cilia | 6 | 1.6 |
| 2/9/2015 | Prepare outline of claims update meeting slide structure and send to Cleary for review | Mary Cilia | 6 | 1.1 |
| 2/10/2015 | Conference call with D. Parker and L. Barrios re: non-qual claims analysis and related follow up | Mary Cilia | 6 | 2.2 |
| 2/10/2015 | E-Mail follow ups with Cleary and MNAT re: status of various claims settlements | Mary Cilia | 6 | 1.0 |
| 2/10/2015 | Preparation of various claims slides for claims update meeting presentation | Mary Cilia | 6 | 2.4 |
| 2/11/2015 | Preparation of various claims slides for claims update meeting presentation and incorporation of Cleary slides to circulate revised presentation for review and comment | Mary Cilia | 6 | 3.3 |
| 2/11/2015 | Conference Call with Cleary and Huron re: Employee claims and related follow up | Mary Cilia | 6 | 1.7 |
| 2/12/2015 | Update Claims Reports with newer columns | Raj Perubhatla | 6 | 7.7 |
| 2/13/2015 | Load Epiq file into Claims database | Raj Perubhatla | 6 | 4.3 |
| 2/13/2015 | E-Mail correspondence with L. Bagarella and related research and file revisions re: cross-border employee claims | Mary Cilia | 6 | 2.6 |
| 2/13/2015 | Review of database updates and claims reports requested by R. Perubhatla | Mary Cilia | 6 | 1.7 |
| 2/14/2015 | Review of EPIQ claims load report from R. Perubhatla | Mary Cilia | 6 | 0.7 |
| 2/16/2015 | Review and analysis on revised employee cross-border claims file as requested by L. Bagarella at Cleary | Mary Cilia | 6 | 1.6 |
| 2/17/2015 | Claims database reports development | Raj Perubhatla | 6 | 8.5 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/17/2015 | Review of revised claims presentation provided by Cleary and research and population of open items as requested by Cleary | Mary Cilia | 6 | 1.8 |
| 2/18/2015 | Correspondence - Non-Qualified Plan Claims discussion and related follow-up with internal review | Kathryn Schultea | 6 | 2.5 |
| 2/18/2015 | E-mails and calls with Hain Capital and Cleary re: non-qualified pension claims | Mary Cilia | 6 | 0.4 |
| 2/18/2015 | Conference Call with Cleary and Huron re: Employee claims and related follow up | Mary Cilia | 6 | 1.2 |
| 2/18/2015 | Review of new claim reports provided by EPIQ and update of claims database | Mary Cilia | 6 | 0.8 |
| 2/19/2015 | Review and analysis to revise claims update presentation and provide additional slides re: severance waivers, JCI 55 employee claims and cross-border employee claims | Mary Cilia | 6 | 4.9 |
| 2/20/2015 | Review and analysis to update claims presentation based on revised comments provided by Cleary on 2/19 version and related call with R. Eckenrod | Mary Cilia | 6 | 2.2 |
| 2/20/2015 | Preparation for Nortel claims updates meeting with presentation | Brandon Bangerter | 6 | 1.0 |
| 2/21/2015 | Epiq file loads and updates to reports | Raj Perubhatla | 6 | 8.7 |
| 2/22/2015 | Updates to Claims tables from Epiq loads for next weeks reports | Raj Perubhatla | 6 | 7.7 |
| 2/22/2015 | Prepare update file for Raj to upload changes from new claims reports into the claims database | Mary Cilia | 6 | 1.1 |
| 2/23/2015 | Continued claims review and data base research of documentsof claim assertion as related to filings | Daniel Tollefsen | 6 | 3.3 |
| 2/23/2015 | Correspondence - Preparation for Claims update meeting with Cleary | Kathryn Schultea | 6 | 2.5 |
| 2/23/2015 | E-Mails with Cleary re: Claims update meeting and administrative details | Mary Cilia | 6 | 0.4 |
| 2/24/2015 | Continued claims review and data base research of documentsof claim assertion as related to filings | Daniel Tollefsen | 6 | 4.1 |
| 2/25/2015 | Meeting with Cleary to discuss status of NNI Claims Update | Felicia Buenrostro | 6 | 5.0 |
| 2/25/2015 | Claims Update Mtg.w/Cleary and related follow-up | Kathryn Schultea | 6 | 5.0 |
| 2/25/2015 | Claims update meeting in NY | Raj Perubhatla | 6 | 6.2 |
| 2/25/2015 | Meeting at Cleary offices and related follow up discussions re: claims status update, tax issues, document retention and non-qualified claims analysis | Mary Cilia | 6 | 7.3 |
| 2/25/2015 | E-Mails with Cleary and D. Parker re: employee claims actions | Mary Cilia | 6 | 0.7 |
| 2/25/2015 | Claims update meeting and preparation for meeting | Brandon Bangerter | 6 | 5.2 |
| 2/26/2015 | Continued claims review and data base research of documentsof claim assertion as related to filings | Daniel Tollefsen | 6 | 5.7 |
| 2/26/2015 | Correspondence - Claims database discussion and related review and follow-up | Kathryn Schultea | 6 | 2.3 |
| 2/27/2015 | Read, review and respond to e-mails from Cleary re: claim reports and related assumptions | Mary Cilia | 6 | 0.6 |
| 2/3/2015 | Correspondence and review for EE tax obligations and related follow-up | Kathryn Schultea | 7 | 1.5 |
| 2/4/2015 | Meetings at Nortel with E&Y re: claims analysis for tax compliance and related follow up discussions with RLKS team | Mary Cilia | 7 | 2.8 |
| 2/6/2015 | EY tax call JS,JW,DA,KS,AB | Richard Lydecker | 7 | 0.5 |
| 2/20/2015 | Meeting with D. Tollefsen to discuss and draft claims procedures memo for claims analysis requested by E&Y for tax compliance and related analysis of claims and preparation | Mary Cilia | 7 | 3.0 |
| 2/24/2015 | EY tax meeting and call JW,JS,DA,AB,KS | Richard Lydecker | 7 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/24/2015 | Correspondence re tax JR | Richard Lydecker | 7 | 0.8 |
| 2/25/2015 | Call KS re meeting with Cleary in NY | Richard Lydecker | 7 | 1.0 |
| 2/26/2015 | Call AB to update from Cleary mtg. | Richard Lydecker | 7 | 0.3 |
| 2/25/2015 | Claims Status Update, Tax Issues and Document Retention | Daniel Tollefsen | 8 | 7.3 |
| 2/1/2015 | Review of and analysis on claims G/L reconciliation for upcoming meeting in Raleigh | Mary Cilia | 9 | 4.5 |
| 2/2/2015 | Meet with team to discuss Nortel meetings and agenda on claims reconciliation and DOF | Leticia Barrios | 9 | 0.8 |
| 2/2/2015 | Claims review and database reseearch of documents of claims assertion as related to filings | Leticia Barrios | 9 | 5.8 |
| 2/2/2015 | Review of and analysis on claims G/L reconciliation and preparation of agenda and next steps work plan for meeting on claims GL reconciliation | Mary Cilia | 9 | 3.7 |
| 2/3/2015 | Attend Claims reconciliation work and balance sheet review Meeting | Leticia Barrios | 9 | 2.8 |
| 2/3/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 6.8 |
| 2/3/2015 | Meetings at Nortel re: claims G/L reconciliation and related data analysis | Mary Cilia | 9 | 8.8 |
| 2/4/2015 | Attend Nortel tax claims, non-qualified pension plan, and claims reconciliation and balance sheet Meetings | Leticia Barrios | 9 | 3.0 |
| 2/4/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 2.0 |
| 2/4/2015 | Meetings at Nortel re: claims G/L reconciliation and related data analysis | Mary Cilia | 9 | 2.3 |
| 2/5/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 3.8 |
| 2/6/2015 | Attend Claims meeting with IT Group regarding data validation | Leticia Barrios | 9 | 1.0 |
| 2/6/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 4.0 |
| 2/7/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 2.0 |
| 2/9/2015 | Claims analysis and drafting of initial procedures memo related to claims analysis requested by E&Y for tax compliance | Daniel Tollefsen | 9 | 2.3 |
| 2/10/2015 | Attend Meeting with Nortel to discuss non-qualified pension plan claims | Leticia Barrios | 9 | 1.2 |
| 2/13/2015 | Claims analysis and drafting of initial procedures memo related to claims analysis requested by E&Y for tax compliance | Daniel Tollefsen | 9 | 1.8 |
| 2/13/2015 | Attend Meeting with Nortel to discuss non-qualified pension plan claims | Leticia Barrios | 9 | 3.0 |
| 2/14/2015 | Claims analysis and drafting of initial procedures memo related to claims analysis requested by E&Y for tax compliance | Daniel Tollefsen | 9 | 2.7 |
| 2/16/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 3.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/17/2015 | Claims analysis and drafting of initial procedures memo related to claims analysis requested by E&Y for tax compliance | Daniel Tollefsen | 9 | 3.3 |
| 2/17/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 5.7 |
| 2/18/2015 | Claims analysis and drafting of initial procedures memo related to claims analysis requested by E&Y for tax compliance | Daniel Tollefsen | 9 | 4.6 |
| 2/18/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 5.2 |
| 2/19/2015 | Run Claims and Schedule Reports using Businss Objects and provide analysis on claims reconciliation | Leticia Barrios | 9 | 4.0 |
| 2/19/2015 | Recovery Model development:  September file | Raj Perubhatla | 9 | 4.5 |
| 2/20/2015 | Claims analysis and drafting of initial procedures memo related to claims analysis requested by E&Y for tax compliance | Daniel Tollefsen | 9 | 2.4 |
| 2/20/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 6.0 |
| 2/21/2015 | Claims analysis and drafting of initial procedures memo related to claims analysis requested by E&Y for tax compliance | Daniel Tollefsen | 9 | 1.4 |
| 2/23/2015 | Attend Meeting with Nortel to discuss non-qualified pension plan claims | Leticia Barrios | 9 | 3.5 |
| 2/23/2015 | Meeting with L. Barrios to discuss ad hoc reports required and next steps in claims database to G/L reconciliation project along with related prep and follow up. | Mary Cilia | 9 | 1.6 |
| 2/24/2015 | Run Claims and Schedule Reports using Businss Objects and provide analysis on claims reconciliation | Leticia Barrios | 9 | 4.2 |
| 2/24/2015 | Preparation of ad hoc report structure files for L. Barrios related to claims database to G/L reconciliation project | Mary Cilia | 9 | 1.3 |
| 2/25/2015 | Attend Meeting with Cleary to discuss Nortel Claims Update | Leticia Barrios | 9 | 7.2 |
| 2/25/2015 | Review of ad hoc draft reports prepared by L. Barrios for claims database to G/L reconciliation project | Mary Cilia | 9 | 0.8 |
| 2/26/2015 | Run Claims and Schedule Reports using Businss Objects and provide analysis on claims reconciliation | Leticia Barrios | 9 | 4.5 |
| 2/27/2015 | Run Claims and Schedule Reports using Businss Objects and provide analysis on claims reconciliation | Leticia Barrios | 9 | 5.5 |