# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**February 1 - 28, 2015**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline (at economy fare booking) | | $    5,470.90 |
| Travel – Lodging | | 3,763.36 |
| Travel – Transportation | | 1,292.33 |
| Travel – Meals | | 795.24 |
| Office Expenses | | - |
| TOTAL | | $   11,321.83 |
| | | |

Nortel Expense Report

PERIOD: **February 1 - 28, 2015**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 2/2/2015 | Travel to Client Site | $462.85 | $248.57 | $96.43 | | | Brandon Bangerter | Economy airfare; Avis car rental; one night hotel |
| 2/2/2015 | Travel to Client Site | $301.85 | $248.57 | | | | Daniel Tollefsen | Economy airfare; one night hotel |
| 2/2/2015 | Travel to Client Site | $318.35 | $248.57 | | | | Leticia Barrios | Economy Airfare; one night hotel |
| 2/2/2015 | Travel to Client Site | $462.85 | $248.57 | $158.75 | $165.97 | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car; M - D = $165.97 - M. Cilia, D. Tollefsen, L. Barrios, B. Bangerter, R. Perubhatla |
| 2/2/2015 | Travel to Client site | $462.85 | $248.57 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night hotel |
| 2/3/2015 | RTP Stay | | $248.57 | | $46.75 | | Brandon Bangerter | One night hotel; lunch - RP,LB,MC,DT,BB |
| 2/3/2015 | RTP Stay | | $248.57 | | $263.82 | | Daniel Tollefsen | One night hotel; Dinner -263.82 (MC/DT/BB/RP/LB) |
| 2/3/2015 | RTP Stay | | $248.57 | | | | Leticia Barrios | One night hotel |
| 2/3/2015 | RTP Stay | | $248.57 | $51.25 | | | Mary Cilia | T- Avis Rental Car |
| 2/3/2015 | RTP Stay | | $248.57 | | | | Raj Perubhatla | one night hotel |
| 2/4/2015 | Travel from Client site | $462.85 | | $57.00 | $52.46 | | Brandon Bangerter | Economy airfare; lunch - $15.70(BB,RP), dinner - $36.76(RP,LB,BB), airport parking |
| 2/4/2015 | Travel from Client Site | $301.85 | | $47.35 | | | Daniel Tollefsen | Economy airfare; airport parking |
| 2/4/2015 | Travel from Client Site | $318.35 | | $117.50 | | | Leticia Barrios | Economy Airfare; car to airport |
| 2/4/2015 | Travel from Client Site | $462.85 | | $158.76 | | | Mary Cilia | A- Economy Rental Car and Car Service From Airport to Home |
| 2/4/2015 | Travel from Client Site | $462.85 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 2/9/2015 | Travel to Client site | $363.35 | $248.57 | $94.29 | $96.22 | | Brandon Bangerter | Economy airfare; Avis rental car; one night hotel; dinner - RP,BB |
| 2/9/2015 | Travel to Client site | $363.35 | $248.57 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night hotel |
| 2/10/2015 | RTP Stay | | $248.57 | | $96.22 | | Brandon Bangerter | One night hotel; lunch - $21.12(RP,BB), dinner - $75.10(RP,BB) |
| 2/10/2015 | RTP Stay | | $248.57 | | | | Raj Perubhatla | one night hotel |
| 2/11/2015 | Travel from Client site | $363.35 | | $57.00 | $73.80 | | Brandon Bangerter | Economy airfare; lunch - $51.00(RP,BB), dinner - $22.80(RP,BB); airport parking |
| 2/11/2015 | Travel from Client site | $363.35 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 2/25/2015 | Client Meeting at Cleary Offices | | $283.38 | $86.00 | | | Mary Cilia | T-Car Service from Hotel to Cleary Offices for Client Meeting and Car Service from Lunch following Client Meeting to Hotel |
| | | | | | | | | |
| | | $ 5,470.90 | $ 3,763.36 | $ 1,292.33 | $ 795.24 | $  - | | |