# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:**
Start Date: 3/1/2015
End Date: 3/31/2015

**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 196.80 | $590.00 | $116,112.00 |
| 2 | Facility Document Inventory & Evacuation Review | 152.80 | $590.00 | $90,152.00 |
| 3 | Human Resources - Employee Related Projects | 1.80 | $590.00 | $1,062.00 |
| 4 | Fee Apps | 37.60 | $590.00 | $22,184.00 |
| 5 | Non-working travel | 136.00 | $295.00 | $40,120.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 279.10 | $590.00 | $164,669.00 |
| 7 | Tax/Finance Matters and Budget Projects | 8.70 | $590.00 | $5,133.00 |
| 8 | Misc Debtor Issues and Communications | 4.50 | $590.00 | $2,655.00 |
| 9 | Analyst Support and Case Modeling | 128.20 | $590.00 | $75,638.00 |
| | **Hours/Billing Amount for Period:** | **945.50** | | **$517,725.00** |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/1/2015 | NetBackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.4 |
| 3/2/2015 | NetBackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 2.3 |
| 3/3/2015 | Correspondence - Nortel Document Discovery and Retention discussion | Kathryn Schultea | 1 | 2.8 |
| 3/3/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 9.5 |
| 3/3/2015 | New quotes / updates to support agreements / RDP machines installed, configured | Brandon Bangerter | 1 | 8.8 |
| 3/4/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 7.5 |
| 3/4/2015 | Configuration of hardware for remote / Symantec issues and resolutions on servers | Brandon Bangerter | 1 | 7.1 |
| 3/5/2015 | IT infrastructure monitoring and support for Unix and Oracle | Raj Perubhatla | 1 | 5.7 |
| 3/5/2015 | Hardware contract analysis | Raj Perubhatla | 1 | 1.7 |
| 3/5/2015 | Configuration of new hardware / access for VPN mappings, etc. / NetBackup corrections | Brandon Bangerter | 1 | 2.3 |
| 3/6/2015 | Server maintenance / NetBackup policy fixes, restarting jobs | Brandon Bangerter | 1 | 2.4 |
| 3/9/2015 | IT infrastructure monitoring and support for Unix and Oracle | Raj Perubhatla | 1 | 7.7 |
| 3/9/2015 | VPN access restrictions and configuration / Server maintenance, patch updates | Brandon Bangerter | 1 | 3.6 |
| 3/10/2015 | NetBackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 2.5 |
| 3/11/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 9.5 |
| 3/11/2015 | QuickBooks server issue with RDP and blurry registers / research and fixes | Brandon Bangerter | 1 | 8.3 |
| 3/12/2015 | Correspondence re Clear case database and servers | Kathryn Schultea | 1 | 1.5 |
| 3/12/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 6.5 |
| 3/12/2015 | Clearcase Server investigation | Raj Perubhatla | 1 | 2.7 |
| 3/12/2015 | Laptops hard drive archiving / setup and configuration of XP machine for access | Brandon Bangerter | 1 | 6.1 |
| 3/13/2015 | Office365 email archiving | Raj Perubhatla | 1 | 3.5 |
| 3/13/2015 | IT infrastructure monitoring and support for Unix and Oracle | Raj Perubhatla | 1 | 1.7 |
| 3/13/2015 | NetBackup jobs monitoring / server configuration updates | Brandon Bangerter | 1 | 3.8 |
| 3/15/2015 | NetBackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.1 |
| 3/16/2015 | Office365 email archiving | Raj Perubhatla | 1 | 3.2 |
| 3/16/2015 | NetBackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 2.2 |
| 3/17/2015 | Office365 email archiving | Raj Perubhatla | 1 | 4.7 |
| 3/17/2015 | Hardware contract assessment | Raj Perubhatla | 1 | 3.3 |
| 3/17/2015 | Hardware support quotes review / updates | Brandon Bangerter | 1 | 0.8 |
| 3/18/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 8.5 |
| 3/18/2015 | Finalize contracts / server maintenance | Brandon Bangerter | 1 | 1.0 |
| 3/19/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 8.0 |
| 3/20/2015 | IT infrastructure monitoring and support for Unix and Oracle | Raj Perubhatla | 1 | 4.7 |
| 3/22/2015 | NetBackup jobs monitoring / server configuration updates | Brandon Bangerter | 1 | 1.4 |
| 3/23/2015 | Office365 email archiving | Raj Perubhatla | 1 | 4.5 |
| 3/23/2015 | Server patch updates / virus definitions | Brandon Bangerter | 1 | 2.3 |
| 3/26/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 8.0 |
| 3/26/2015 | Build / configure nas server for additional hard drive storage / troubleshoot hardware errors | Brandon Bangerter | 1 | 7.5 |
| 3/27/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 5.2 |
| 3/27/2015 | NAS server configuration / drive backup copies / searches for claims information | Brandon Bangerter | 1 | 5.8 |
| 3/30/2015 | Clearcase server root file system full investigation | Raj Perubhatla | 1 | 8.0 |
| 3/30/2015 | Hard drive / e-mail / document searches for requested information / NetBackup monitoring | Brandon Bangerter | 1 | 3.4 |
| 3/31/2015 | IT hardware maintenance contract facilitation | Raj Perubhatla | 1 | 0.5 |
| 3/31/2015 | Office365 email archiving | Raj Perubhatla | 1 | 3.0 |
| 3/31/2015 | NetBackup jobs monitoring / server configuration updates | Brandon Bangerter | 1 | 0.8 |
| 3/2/2015 | Review of NNI records - Richardson | Daniel Tollefsen | 2 | 3.3 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/2/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 4.5 |
| 3/3/2015 | Review and coordinate with Iron Mountain Richardson box searches | Felicia Buenrostro | 2 | 5.0 |
| 3/4/2015 | Review of NNI records - Richardson | Daniel Tollefsen | 2 | 4.9 |
| 3/4/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 4.0 |
| 3/5/2015 | Review of NNI records - Richardson | Daniel Tollefsen | 2 | 4.8 |
| 3/5/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 5.0 |
| 3/6/2015 | Record review of NNI Dallas Richardson | Felicia Buenrostro | 2 | 3.5 |
| 3/9/2015 | Correspondence - NNI boxes in Richardson | Kathryn Schultea | 2 | 2.4 |
| 3/9/2015 | Document Inventory at Iron Mountain - Richardson | Leticia Barrios | 2 | 7.5 |
| 3/9/2015 | Documentation of records inventory located at Iron Mountain Richardson facility | Daniel Tollefsen | 2 | 10.6 |
| 3/9/2015 | Document Inventory at Iron Mountain - Richardson | Felicia Buenrostro | 2 | 10.5 |
| 3/10/2015 | Document Inventory at Iron Mountain - Richardson | Leticia Barrios | 2 | 9.8 |
| 3/10/2015 | Documentation of records inventory located at Iron Mountain Richardson facility | Daniel Tollefsen | 2 | 11.8 |
| 3/10/2015 | Document Inventory at Iron Mountain - Richardson | Felicia Buenrostro | 2 | 11.8 |
| 3/12/2015 | Review of NNI records - Richardson | Daniel Tollefsen | 2 | 3.8 |
| 3/12/2015 | Review Document Inventory Analysis done at Iron Mountain RTP | Felicia Buenrostro | 2 | 4.5 |
| 3/13/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 4.0 |
| 3/16/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 3.0 |
| 3/17/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 5.5 |
| 3/18/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 5.5 |
| 3/19/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 5.0 |
| 3/23/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 4.0 |
| 3/24/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 2.5 |
| 3/25/2015 | Planning meeting and related follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 3.0 |
| 3/25/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 2.0 |
| 3/26/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 3.5 |
| 3/30/2015 | Correspondence - Foreign documents discussion | Kathryn Schultea | 2 | 0.6 |
| 3/30/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 6.5 |
| 3/5/2015 | Conf. Call with D. Parker re OSIP Discussion | Kathryn Schultea | 3 | 0.5 |
| 3/19/2015 | Correspondence re Timing on discussion with Liberty Mutual | Kathryn Schultea | 3 | 0.8 |
| 3/26/2015 | Correspondence - former EE questions | Kathryn Schultea | 3 | 0.5 |
| 3/5/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/6/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/6/2015 | Monthly Fee Application Consolidation | Felicia Buenrostro | 4 | 2.0 |
| 3/6/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/7/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/7/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 3/9/2015 | Fee Application Work and updates | Kathryn Schultea | 4 | 2.3 |
| 3/13/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/13/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.5 |
| 3/13/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/13/2015 | Clearcase Server investigation | Raj Perubhatla | 4 | 2.8 |
| 3/13/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/14/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/14/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 3/20/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/20/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 3/20/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/20/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/21/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/21/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 3/27/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/27/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/27/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/28/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/28/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 3/31/2015 | Monthly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 3/31/2015 | Monthly Fee Application Consolidation | Felicia Buenrostro | 4 | 3.0 |
| 3/31/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 4 | 1.0 |
| 3/2/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 5.0 |
| 3/2/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 3/4/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.0 |
| 3/4/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 3/8/2015 | Non-Working travel- Houston to Richardson | Daniel Tollefsen | 5 | 5.0 |
| 3/9/2015 | Non-Working travel (Houston to Richardson) | Leticia Barrios | 5 | 2.0 |
| 3/9/2015 | Non-Working travel Houston to Dallas | Felicia Buenrostro | 5 | 2.0 |
| 3/10/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 5.0 |
| 3/10/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 3/11/2015 | Non-Working travel (Richardson to Houston) | Leticia Barrios | 5 | 2.0 |
| 3/11/2015 | Non-Working travel- Houston to Richardson | Daniel Tollefsen | 5 | 5.0 |
| 3/11/2015 | Non-Working travel Dallas to Houston | Felicia Buenrostro | 5 | 2.0 |
| 3/12/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.0 |
| 3/12/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 3/17/2015 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 5.0 |
| 3/19/2015 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.0 |
| 3/23/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 3/23/2015 | Non-Working travel- Houston to Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 3/23/2015 | Travel to client | David Kantorczyk | 5 | 5.0 |
| 3/23/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 3/25/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 3.0 |
| 3/25/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 3/27/2015 | Non-Working travel (Raleigh Houston) | Leticia Barrios | 5 | 5.0 |
| 3/27/2015 | Travel from client | David Kantorczyk | 5 | 5.0 |
| 3/27/2015 | Non Working Travel from client site | Raj Perubhatla | 5 | 5.0 |
| 3/27/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 3/27/2015 | Non-Working Travel - Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 3/29/2015 | Non-Working travel- Houston to Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 3/31/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 5.0 |
| 3/31/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 3/3/2015 | Claims database to G/L reconciliation work | Daniel Tollefsen | 6 | 4.8 |
| 3/3/2015 | Read, research and respond to e-mails from Cleary re: claims | Mary Cilia | 6 | 1.4 |
| 3/4/2015 | Planning meeting on claims and document review | Kathryn Schultea | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/4/2015 | Conference calls and e-mails with D. Parker, Cleary and former employee, research and documentation re: employee settlement offer | Mary Cilia | 6 | 1.6 |
| 3/4/2015 | Conference Call with Cleary re: Employee claims and related follow up | Mary Cilia | 6 | 1.0 |
| 3/5/2015 | Read, research and respond to e-mails from former employee and EPIQ re: employee claims settlement and scheduled liabilities | Mary Cilia | 6 | 1.8 |
| 3/5/2015 | RIPR non-qualified plan claims analysis and development of work plan | Mary Cilia | 6 | 4.8 |
| 3/5/2015 | Review, research and prepare exhibit type documents for potential ASM claims settlement for Cleary | Mary Cilia | 6 | 3.2 |
| 3/6/2015 | Claims database to G/L reconciliation work | Daniel Tollefsen | 6 | 5.2 |
| 3/6/2015 | Meet with D. Tollefsen and L. Barrios to review claims reports and current claims status for in order to prepare for next round of omnibus objections and post-petition settlement letters and related prep and follow up. | Mary Cilia | 6 | 6.3 |
| 3/6/2015 | Review of ASM claims and preparation of summary schedule at the request of Cleary and J. Ray | Mary Cilia | 6 | 1.6 |
| 3/6/2015 | Settlement of employee claim and related e-mails and calls with employee and Cleary re: drafting of settlement letter and agreed upon terms | Mary Cilia | 6 | 2.2 |
| 3/7/2015 | Review of comments from L. Lipner re: ASM Claims settlement discussion file | Mary Cilia | 6 | 0.7 |
| 3/9/2015 | Revise ASM settlement file and related review of e-mail comments and conference call discussions with L. Lipner | Mary Cilia | 6 | 2.1 |
| 3/9/2015 | Conference call with D. Parker re: Rip Restoration claims analysis and related prep and follow up | Mary Cilia | 6 | 1.4 |
| 3/10/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 2.3 |
| 3/10/2015 | Read, review and respond to e-mails re: claims | Mary Cilia | 6 | 0.7 |
| 3/10/2015 | Analysis of claims for next omnibus objection | Mary Cilia | 6 | 3.3 |
| 3/11/2015 | Correspondence re Canadian Debtors | Kathryn Schultea | 6 | 2.3 |
| 3/11/2015 | Conference call with ASM to review claims analysis and related follow up on cross-border claims | Mary Cilia | 6 | 1.8 |
| 3/11/2015 | Read, review and respond to e-mails re: claims | Mary Cilia | 6 | 1.3 |
| 3/11/2015 | Employee claim review requested by Cleary related to Brown Rudnick letter and related e-mails | Mary Cilia | 6 | 2.9 |
| 3/12/2015 | Meeting with M. Cilia and L. Barrios re: non-qualified pension analysis requested by Cleary and related follow up. | David Kantorczyk | 6 | 2.2 |
| 3/12/2015 | Meeting with M. Cilia re: claims analysis for next round of employee omnibus objections and post-petition settlement letters and related follow up | David Kantorczyk | 6 | 1.9 |
| 3/12/2015 | Meeting with D. Kantorczyk and L. Barrios re: non-qualified pension analysis requested by Cleary | Mary Cilia | 6 | 2.2 |
| 3/12/2015 | Meeting with D. Kantorczyk re: claims analysis for next round of employee omnibus objections and post-petition settlement letters and related follow up | Mary Cilia | 6 | 2.9 |
| 3/13/2015 | Equity claims analysis and claims database to G/L reconciliation work | Daniel Tollefsen | 6 | 4.8 |
| 3/13/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 2.0 |
| 3/13/2015 | Continued claims analysis for next round of employee omnibus objections and post-petition settlement letters | Mary Cilia | 6 | 3.7 |
| 3/16/2015 | Equity claims analysis and claims database to G/L reconciliation work | Daniel Tollefsen | 6 | 4.8 |
| 3/16/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 5.0 |
| 3/16/2015 | Claims database reports development | Raj Perubhatla | 6 | 5.8 |
| 3/16/2015 | Call with D. Kantorczyk re: claims analysis for next round of employee omnibus objections and post-petition settlement letters and related follow up | Mary Cilia | 6 | 1.4 |
| 3/17/2015 | Correspondence re Mercer calculations for individual Claims | Kathryn Schultea | 6 | 0.5 |
| 3/17/2015 | Equity claims analysis and claims database to G/L reconciliation work | Daniel Tollefsen | 6 | 2.3 |
| 3/17/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 5.5 |
| 3/18/2015 | Correspondence re Claims Info & Data requests | Kathryn Schultea | 6 | 2.0 |
| 3/18/2015 | Equity claims analysis and claims database to G/L reconciliation work | Daniel Tollefsen | 6 | 4.6 |
| 3/18/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 8.0 |
| 3/18/2015 | Review of preliminary non-qualified claim analysis and related calls and e-mails to L. Barrios | Mary Cilia | 6 | 2.2 |
| 3/19/2015 | Equity claims analysis and claims database to G/L reconciliation work | Daniel Tollefsen | 6 | 4.6 |
| 3/19/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 3.5 |
| 3/19/2015 | Call with D. Kantorczyk re: claims analysis for next round of employee omnibus objections and post-petition settlement letters and related follow up | Mary Cilia | 6 | 2.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/19/2015 | Non-qualified claims analysis and review | Mary Cilia | 6 | 2.1 |
| 3/20/2015 | Equity claims analysis and claims database to G/L reconciliation work | Daniel Tollefsen | 6 | 4.7 |
| 3/20/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 2.3 |
| 3/20/2015 | Claims review / DOF update / NetBackup monitoring, updates | Brandon Bangerter | 6 | 1.6 |
| 3/20/2015 | Additional analysis of non-qualified claims analysis for L. Lipner and related e-mails | Mary Cilia | 6 | 2.6 |
| 3/23/2015 | Correspondence - Claims Reconciliation discussion | Kathryn Schultea | 6 | 2.3 |
| 3/23/2015 | Meeting with Mary Cilia regarding claims analysis for next round of employee omnibus objections and post-petition settlement letters and follow up | David Kantorczyk | 6 | 1.5 |
| 3/23/2015 | Working meetings with D. Kantorczyk, D. Tollefsen and L. Barrios re:  various claims projects and preparation for meetings in Raleigh | Mary Cilia | 6 | 3.0 |
| 3/24/2015 | Read, review and respond to e-mails re:  Claims Info & Data requests | Kathryn Schultea | 6 | 1.6 |
| 3/24/2015 | Claims review and data base research of documents of claim assertion as related to equity based employee claims and post petition settlement letters | Daniel Tollefsen | 6 | 5.9 |
| 3/24/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 9.0 |
| 3/24/2015 | Meetings in Raleigh re:  various claim projects | Mary Cilia | 6 | 1.7 |
| 3/24/2015 | Claims analysis for L. Lipner re:  Drawbridge claims status | Mary Cilia | 6 | 0.3 |
| 3/24/2015 | Research and correspondence with Liquidity solutions re:  claims | Mary Cilia | 6 | 1.2 |
| 3/24/2015 | Research and review of ASM potential cross-border claims and related e-mails | Mary Cilia | 6 | 1.9 |
| 3/25/2015 | Claims review and data base research of documents of claim assertion as related to equity based employee claims and post petition settlement letters | Daniel Tollefsen | 6 | 8.8 |
| 3/25/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 9.0 |
| 3/25/2015 | Indemnification claims research and analysis and follow up e-mails to R. Eckenrod | Mary Cilia | 6 | 3.0 |
| 3/25/2015 | Review of new claim reports provided by EPIQ and update of claims database | Mary Cilia | 6 | 0.8 |
| 3/25/2015 | Meetings in Raleigh with D. Parker and related follow up re:  severance waivers and ELT claims | Mary Cilia | 6 | 2.4 |
| 3/25/2015 | Development of omnibus objection template language for employee claims | Mary Cilia | 6 | 1.8 |
| 3/26/2015 | Read, review and respond to e-mails re:  Claims Info & Data requests | Kathryn Schultea | 6 | 2.3 |
| 3/26/2015 | Claims review and data base research of documents of claim assertion as related to equity based employee claims and post petition settlement letters | Daniel Tollefsen | 6 | 8.6 |
| 3/26/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 7.5 |
| 3/26/2015 | Update claims database based on new claim file changes and revisions from further claims analysis | Mary Cilia | 6 | 2.1 |
| 3/26/2015 | Follow up meetings with D. Parker re:  severance waivers and ELT claims and related follow up | Mary Cilia | 6 | 1.7 |
| 3/26/2015 | Meetings with D. Kantorczyk, L. Barrios and D. Tollefsen re:  various claim project efforts underway | Mary Cilia | 6 | 3.3 |
| 3/27/2015 | Claims review and data base research of documents of claim assertion as related to equity based employee claims and post petition settlement letters | Daniel Tollefsen | 6 | 7.8 |
| 3/27/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 4.0 |
| 3/27/2015 | Claims trader claims analysis for Cleary and related calls and e-mails | Mary Cilia | 6 | 4.6 |
| 3/30/2015 | Claims review and data base research of documents of claim assertion as related to equity based employee claims and post petition settlement letters | Daniel Tollefsen | 6 | 5.4 |
| 3/30/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 8.0 |
| 3/30/2015 | Review and analysis of preliminary omnibus claims objection file and documentation of claims review | Mary Cilia | 6 | 4.5 |
| 3/30/2015 | E-mails and calls re:  Fortress claims | Mary Cilia | 6 | 0.7 |
| 3/30/2015 | Conference call with D. Kantorczyk re:  post-petition claims analysis for settlement letters; related prep and follow up | Mary Cilia | 6 | 2.2 |
| 3/30/2015 | Follow up e-mails with D. Tollefsen and L. Barrios re:  status of ongoing claims analysis projects | Mary Cilia | 6 | 1.3 |
| 3/31/2015 | Claims review and data base research of documents of claim assertion as related to equity based employee claims and post petition settlement letters | Daniel Tollefsen | 6 | 5.6 |
| 3/31/2015 | Claims analysis for next round of employee omnibus objections and post-petition settlement letters. | David Kantorczyk | 6 | 8.0 |
| 3/31/2015 | Review and analysis of preliminary omnibus claims objection file and documentation of claims review | Mary Cilia | 6 | 2.3 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/31/2015 | Conference call with D. Kantorczyk re: post-petition claims settlement letters analysis and documentation and related follow up | Mary Cilia | 6 | 2.7 |
| 3/31/2015 | Review and markup Liquidity Solutions draft stipulation and send to Cleary for review | Mary Cilia | 6 | 0.5 |
| 3/31/2015 | Follow up research and review of ASM potential cross-border claims based on e-mail retrievals and related e-mails | Mary Cilia | 6 | 1.1 |
| 3/2/2015 | Conf. Call with T. Ross re Update on select tax matters | Kathryn Schultea | 7 | 1.0 |
| 3/2/2015 | Correspondence and review for EE tax obligations and related follow up | Kathryn Schultea | 7 | 1.8 |
| 3/6/2015 | Call EY projects/tax planning  JS,DA,JW | Richard Lydecker | 7 | 0.8 |
| 3/13/2015 | Correspondence re Nortel Tax Update | Kathryn Schultea | 7 | 1.0 |
| 3/13/2015 | Telecon JS,DA,AB,JW data procedures, foreign tax | Richard Lydecker | 7 | 0.5 |
| 3/13/2015 | E-mail KS re EY telecon | Richard Lydecker | 7 | 0.3 |
| 3/13/2015 | Review new tax regs/applicability to Nortel | Richard Lydecker | 7 | 0.8 |
| 3/15/2015 | E-mail AB re tax data procedures | Richard Lydecker | 7 | 0.5 |
| 3/16/2015 | Correspondence re Nortel 1042's discussion | Kathryn Schultea | 7 | 0.6 |
| 3/19/2015 | Telecon KS re data procedures | Richard Lydecker | 7 | 0.5 |
| 3/20/2015 | EY tax call JS,JW,AB,DA | Richard Lydecker | 7 | 0.7 |
| 3/22/2015 | Call KS re procedures/tax issues | Richard Lydecker | 7 | 0.2 |
| 3/2/2015 | Conf. Call - Nortel DIP Statement | Kathryn Schultea | 8 | 0.7 |
| 3/5/2015 | Conf. Call with T. Ross re various client related matters | Kathryn Schultea | 8 | 0.6 |
| 3/9/2015 | Conf. Call with T. Ross re real estate matter and compliance data requests | Kathryn Schultea | 8 | 0.3 |
| 3/13/2015 | Correspondence re NNI 2015 Budget | Kathryn Schultea | 8 | 1.5 |
| 3/20/2015 | Correspondence, received, reviewed, responded re  - DIP cash call | Kathryn Schultea | 8 | 0.6 |
| 3/20/2015 | Conf Call - NNI Debtors in Possession statement of cash | Kathryn Schultea | 8 | 0.8 |
| 3/2/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 4.0 |
| 3/2/2015 | E-Mails with R. Perubhatla and L. Barrios re:  Claim to G/l Reconciliation project reports and related review of reports | Mary Cilia | 9 | 1.2 |
| 3/3/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 2.8 |
| 3/3/2015 | E-Mails with R. Perubhatla and L. Barrios re:  Claim to G/l Reconciliation project reports and related review of reports | Mary Cilia | 9 | 0.9 |
| 3/4/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 3.0 |
| 3/5/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 2.0 |
| 3/6/2015 | Review and provide analysis on claims reconciliation process and balance sheet review for purposes of the recovery model | Leticia Barrios | 9 | 2.0 |
| 3/6/2015 | Recovery Model development:  September file | Raj Perubhatla | 9 | 8.7 |
| 3/10/2015 | Recovery Model development:  September file | Raj Perubhatla | 9 | 6.5 |
| 3/12/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 2.0 |
| 3/13/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 3.0 |
| 3/17/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 7.2 |
| 3/18/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 7.2 |
| 3/19/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 8.3 |
| 3/20/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 8.2 |
| 3/20/2015 | Recovery Model development:  September file | Raj Perubhatla | 9 | 4.0 |
| 3/23/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 5.2 |
| 3/24/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 12.2 |
| 3/25/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 11.3 |
| 3/26/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 8.5 |
| 3/27/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims to determine if any issues with amounts | Leticia Barrios | 9 | 3.5 |
| 3/30/2015 | Review and provide analysis on SPB (Special Pension Benefit Plan), SPC (Special Pension Credit), and SERP liability claims | Leticia Barrios | 9 | 8.0 |
| 3/31/2015 | Review and provide analysis on SPB (Special Pension Benefit Plan), SPC (Special Pension Credit), and SERP liability claims | Leticia Barrios | 9 | 8.5 |