# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**March 1 - 31, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 6,970.70 |
| Travel – Lodging | 8,722.04 |
| Travel – Transportation | 2,698.57 |
| Travel – Meals | 1,412.40 |
| Office Expenses | - |
| TOTAL | $ 19,803.71 |
| | |

## Nortel Expense Report

**PERIOD:** March 1 - 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 3/2/2015 | Travel to Client site | $220.35 | $237.22 | $174.56 | $54.74 | | Brandon Bangerter | Economy airfare; car to airport - 82.80; one night hotel; Avis car rental - $91.76; dinner - RP,BB |
| 3/2/2015 | Travel to Client site | $195.35 | $237.22 | | | | Raj Perubhatla | Economy airfare; one night hotel |
| 3/3/2015 | RTP stay | | $237.22 | | $87.71 | | Brandon Bangerter | One night hotel; lunch - $21.22(RP,BB); dinner - $66.49(RP,BB) |
| 3/3/2015 | RTP Stay | | $237.22 | | | | Raj Perubhatla | one night hotel |
| 3/4/2015 | Travel from Client site | $220.35 | | $82.80 | $33.41 | | Brandon Bangerter | Economy airfare; car from airport; lunch - BB,RP |
| 3/4/2015 | Travel from Client site | $195.35 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 3/8/2015 | Travel to Richardson Iron Mountain | $0.00 | $242.32 | $79.85 | $33.17 | | Daniel Tollefsen | Drive Travel (79.85 Gas); one night hotel (242.32) Meals - Breakfast/Lunch (33.17) |
| 3/9/2015 | Richardson stay | $0.00 | $242.32 | | $41.11 | | Daniel Tollefsen | One night hotel (242.32) Meal - Lunch (41.11 - DT/LB/FB) |
| 3/9/2015 | Travel to Richardson Iron Mountain | $105.60 | $242.32 | | | | Felicia Buenrostro | Economy Airfare; one night hotel |
| 3/9/2015 | Travel to Richardson Iron Mountain | $147.85 | $242.32 | | | | Leticia Barrios | Economy Airfare; one night hotel |
| 3/10/2015 | Travel to Client site | $328.35 | $237.22 | $166.64 | | | Brandon Bangerter | Economy airfare; car to airport - 82.80; one night hotel; Avis car rental - $83.84 |
| 3/10/2015 | Richardson stay | $0.00 | $242.32 | $29.86 | $47.31 | | Daniel Tollefsen | Gas (29.86) One night hotel (242.32) Meal - Lunch (47.31 - DT/LB/FB) |
| 3/10/2015 | Richardson stay | | $242.32 | | $55.00 | | Felicia Buenrostro | Dinner - FB, LB ($27.50 each); one night hotel stay |
| 3/10/2015 | Richardson stay | | $242.32 | | | | Leticia Barrios | One night hotel |
| 3/10/2015 | Travel to Client site | $328.35 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night hotel |
| 3/11/2015 | RTP stay | | $237.22 | | $94.62 | | Brandon Bangerter | One night hotel; lunch - $18.44(RP,BB), dinner - $76.18(RP,BB) |
| 3/11/2015 | Travel from Richardson Iron Mountain | | | $39.46 | | | Daniel Tollefsen | Gas (39.46) Drive Travel |
| 3/11/2015 | Travel from Richardson Iron Mountain | $105.60 | | | | | Felicia Buenrostro | Economy Airfare |
| 3/11/2015 | Travel from Richardson Iron Mountain | $147.85 | | | | | Leticia Barrios | Economy Airfare |
| 3/11/2015 | RTP Stay | | $237.22 | | | | Raj Perubhatla | one night hotel |
| 3/12/2015 | Travel from Client site | $328.35 | | $82.80 | $68.25 | | Brandon Bangerter | Economy airfare; lunch - $55.72(RP,BB), dinner - $12.53(RP,BB); car from airport |
| 3/12/2015 | Travel from Client site | $328.35 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 3/17/2015 | Travel to Client site | $329.10 | $248.57 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night hotel; Avis Rent a car (03/17 - 03/19) |
| 3/18/2015 | RTP Stay | | | | $58.00 | | Raj Perubhatla | one night hotel; L:20(RP); D:38 |
| 3/19/2015 | Travel from Client site | $329.10 | $248.57 | $175.84 | $22.77 | | Raj Perubhatla | L:22.77;Economy airfare; car from airport to home; Avis Rent a car: $83.84 (RP) |
| 3/23/2015 | Travel to Client Site - RTP | $296.10 | $191.82 | $85.05 | $97.86 | | Daniel Tollefsen | Economy Airfare; Meal - Dinner (97.86 - MC/DT/FB/LB); Car rental (85.05) one night hotel (191.82) |
| 3/23/2015 | Travel to Client Site - RTP | $205.60 | $271.27 | $19.00 | $14.03 | | David Kantorczyk | Economy Airfare; one night hotel; dinner; parking IAH |
| 3/23/2015 | Travel to Client Site RTP | $223.10 | $191.82 | | | | Leticia Barrios | Economy Airfare; one night hotel |
| 3/23/2015 | Travel to Client Site - RTP | $223.10 | $248.57 | $168.19 | $1.08 | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car; M-D=$1.08 |
| 3/24/2015 | RTP stay | | $191.82 | $85.05 | | | Daniel Tollefsen | Car rental (85.05); one night hotel (191.82) |
| 3/24/2015 | Work at Client Site | | $282.62 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; dinner; Parking IAH |
| 3/24/2015 | RTP stay | | $203.17 | | | | Leticia Barrios | One night hotel |
| 3/24/2015 | RTP stay | | $259.92 | $60.69 | $37.88 | | Mary Cilia | T- Avis Rental Car; M-D=$37.88 |
| 3/25/2015 | Travel to Client site | $194.43 | $248.57 | | $167.90 | | Brandon Bangerter | Economy airfare; one night hotel; dinner - $167.90 (RP, LB, MC, DT, BB) |
| 3/25/2015 | RTP stay | | $191.82 | $85.05 | | | Daniel Tollefsen | Car rental (85.05); one night hotel (191.82) |
| 3/25/2015 | Work at Client Site | | $282.62 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; dinner; parking IAH |
| 3/25/2015 | RTP stay | | $203.17 | | | | Leticia Barrios | One night hotel |
| 3/25/2015 | RTP stay | | $259.92 | $60.69 | | | Mary Cilia | T- Avis Rental Car |
| 3/25/2015 | Travel to Client site | $194.43 | $259.92 | | | | Raj Perubhatla | Economy airfare; one night hotel |

## Nortel Expense Report

**PERIOD:** March 1 - 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 3/26/2015 | RTP stay | | $248.57 | | $28.81 | | Brandon Bangerter | One night hotel; Lunch - $28.81(DT, RP, BB) |
| 3/26/2015 | RTP stay | | $191.82 | $85.05 | | | Daniel Tollefsen | Car rental (85.05); one night hotel (191.82) |
| 3/26/2015 | Work at Client Site | | $259.92 | $19.00 | | | David Kantorczyk | One night hotel; parking IAH |
| 3/26/2015 | RTP stay | | $169.12 | | | | Leticia Barrios | one night hotel |
| 3/26/2015 | RTP stay | | $237.22 | $60.69 | $357.99 | | Mary Cilia | T- Avis Rental Car; M-D=$357.99 - M. Cilia, D. Kantorczyk, R. Perubhatla, L. Barrios, D. Tollefsen, B. Bangerter |
| 3/26/2015 | RTP Stay | | $237.22 | | | | Raj Perubhatla | one night hotel |
| 3/27/2015 | Travel from Client site | $194.42 | | $82.00 | $24.73 | | Brandon Bangerter | Economy airfare; Lunch - $24.73 (RP, BB), car from airport |
| 3/27/2015 | Travel from Client Site - RTP | $205.60 | | $4.00 | | | David Kantorczyk | Economy Airfare; parking IAH |
| 3/27/2015 | Travel from Client Site RTP | $223.10 | | $117.50 | | | Leticia Barrios | Economy Airfare; car to home |
| 3/27/2015 | Travel from Client Site | $223.10 | | $168.18 | | | Mary Cilia | A- Economy Airfare; T- Avis Rental Car and Car Service From Airport to Home |
| 3/27/2015 | Travel from Client site | $194.43 | | $101.57 | | | Raj Perubhatla | Economy airfare; car from airport to home; Office-RDU-Uber:$9.57(RP,BB) |
| 3/29/2015 | Travel from Client Site - RTP | $296.10 | | $85.05 | | | Daniel Tollefsen | Economy Airfare; Car rental (85.05) |
| 3/31/2015 | Travel to Client site | $329.10 | | $82.00 | $57.97 | | Brandon Bangerter | Economy airfare; Dinner - $57.97 (RP, BB), car to airport |
| 3/31/2015 | Travel from Client site | $658.20 | | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night hotel |
| | | $ 6,970.70 | $ 8,722.04 | $ 2,698.57 | $ 1,412.40 | $ - | | |