## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
| Nortel Networks Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Sterling Mets, L.P.,<br><br>and<br><br>Queens Ballpark Company, L.L.C.,<br><br>        Defendants. | Adv. Proc. No. 10-55903 (KG) |

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on April 10, 2015, a copy of the **Debtors' Requests for Production of Documents Directed to Queens Ballpark Company, L.L.C.** was served, in the manner indicated, on the parties identified below.

**Via Hand Delivery and Email**

Donald J. Detweiler
John H. Schanne II
Pepper Hamilton LLP
1313 N. Market St.
Wilmington, DE 19801
Email: detweilerd@pepperlaw.com
      schannej@pepperlaw.com
(Counsel for Sterling Mets, L.P. and
Queens Ballpark Company, L.L.C.)

**Via First Class Mail and Email**

Timothy W. Walsh
Andrew B. Kratenstein
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Email: twalsh@mwe.com
      akratenstein@mwe.com
(Counsel for Sterling Mets, L.P. and
Queens Ballpark Company, L.L.C.)

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions can be found at http://dm.epiq11.com/nortel.

Dated:  April 10, 2015
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Tamara K. Minott_____
Donna L. Culver (No. 2983)
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*