# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
:
*In re* :
:
Nortel Networks Inc., *et al.*,[1] : Bankr. Case No. 09-10138 (KG)
:
     Debtors. : (Jointly Administered)
:
: **RE: D.I. 10485**
:
-------------------------------------------------------- X
:
Nortel Networks Inc., :
:
     Plaintiff, :
: Adv. Proc. No. 10-55903 (KG)
v. :
:
Sterling Mets, L.P., :
: **RE: Adv. D.I. 1**
and :
:
Queens Ballpark Company, L.L.C., :
:
     Defendants. :
:
-------------------------------------------------------- X

## CERTIFICATION OF COUNSEL REGARDING
## THE PROPOSED ORDER APPROVING STIPULATION AND
## AGREEMENT GOVERNING PRODUCTION, EXCHANGE
## <u>AND FILING OF CONFIDENTIAL MATERIALS</u>

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

I, Tamara K. Minott, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the *Order Approving Stipulation And Agreement Governing Production, Exchange And Filing Of Confidential Materials* (the "Proposed Order"), attached hereto as **Exhibit A**:

1. On December 6, 2010, the Debtors filed their *Complaint to Avoid and Recover Preferential Transfers and to Disallow Claims* [Adv. Pro. D.I. 1]., thereby commencing the above-captioned adversary proceeding against Queens Ballpark Company, L.L.C. ("QBC LLC") and Sterling Mets, L.P. ("Sterling" together with QBC LLC, "QBC"), Case No. 10-55903-KG (Bankr. D. Del.) (the "Adversary Proceeding").

2. On May 10, 2013, the Debtors filed the *Debtors' Objection to Proofs of Claim Nos. 6673 and 6709 Filed by Queens Ballpark Company, L.L.C.* [D.I. 10485] (the "Contested Matter" together with the Adversary Proceeding, the "Proceedings").

3. In anticipation of discovery regarding the Proceedings, the Debtors and QBC (together, the "Parties") seek certain protections for certain documents and/or information that may be produced that contains private, confidential, proprietary and/or commercially sensitive information.

4. Accordingly, the Parties have agreed to enter into a *Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials* (the "Agreement") pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Bankruptcy Rules 7026 and 9018, subject to the approval of the Court, as set forth in the Proposed Order attached hereto.

5. The Debtors have circulated the Proposed Order to counsel to QBC. Counsel to QBC has reviewed the Proposed Order and has no objection to its entry.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: April 10, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |