# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| July 14, 2015 | 10:00 a.m. (Eastern Time) |
| July 29, 2015 | 10:00 a.m. (Eastern Time) |
| August 26, 2015 | 10:00 a.m. (Eastern Time) |
| September 8, 2015 | 10:00 a.m. (Eastern Time) |
| September 22, 2015 | 10:00 a.m. (Eastern Time) |
| October 6, 2015 | 10:00 a.m. (Eastern Time) |
| October 20, 2015 | 10:00 a.m. (Eastern Time) |
| November 3, 2015 | 10:00 a.m. (Eastern Time) |
| November 12, 2015 | 10:00 a.m. (Eastern Time) |
| December 2, 2015 | 10:00 a.m. (Eastern Time) |
| December 15, 2015 | 10:00 a.m. (Eastern Time) |