# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                           :
In re                                      :        Chapter 11
                                           :
Nortel Networks Inc., et al.,              :        Case No. 09-10138 (KG)
                                           :
                        Debtors.           :        Jointly Administered
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

## OMNIBUS HEARING ORDER

      **IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|------|------|
| July 14, 2015 | 10:00 a.m. (Eastern Time) |
| July 29, 2015 | 10:00 a.m. (Eastern Time) |
| August 26, 2015 | 10:00 a.m. (Eastern Time) |
| September 8, 2015 | 10:00 a.m. (Eastern Time) |
| September 22, 2015 | 10:00 a.m. (Eastern Time) |
| October 6, 2015 | 10:00 a.m. (Eastern Time) |
| October 20, 2015 | 10:00 a.m. (Eastern Time) |
| November 3, 2015 | 10:00 a.m. (Eastern Time) |
| November 12, 2015 | 10:00 a.m. (Eastern Time) |
| December 2, 2015 | 10:00 a.m. (Eastern Time) |
| December 15, 2015 | 10:00 a.m. (Eastern Time) |

*Kevin Gross*

**Dated: April 13th, 2015**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**