IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
                                                            :   Chapter 11
                                                            :
*In re*                                                     :
                                                            :   Bankr. Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :
                            Debtors.                        :   (Jointly Administered)
                                                            :
------------------------------------------------------------X
                                                            :
Nortel Networks Inc.,                                       :
                                                            :
                            Plaintiff,                      :
                                                            :
                                                            :   Adv. Proc. No. 10-55903 (KG)
v.                                                          :
                                                            :   Re: D.I.s  15421 & 115 (A.P.)
Sterling Mets, L.P.,                                        :
                                                            :
and                                                         :
                                                            :
Queens Ballpark Company, L.L.C.,                            :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X

**ORDER APPROVING STIPULATION AND AGREEMENT GOVERNING
PRODUCTION, EXCHANGE AND FILING OF CONFIDENTIAL MATERIALS**

Upon consideration of the *Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials* (the "Agreement"); and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the parties;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

IT IS HEREBY ORDERED THAT:

1. The Agreement,[2] a copy of which is attached hereto as <u>Exhibit 1</u>, is entered as an order of this Court.

2. Pursuant to Local Rule 9018-1(c), the Parties are authorized to file Confidential Discovery Materials under seal without the requirement of filing a separate motion to that effect.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

4. By entering this Order and limiting the disclosure of information in this case, the Court does not intend to preclude another court from finding that information may be relevant and subject to disclosure in another case. Any person or Party subject to this Order who becomes subject to a motion to disclose another Party's information designated "Confidential" pursuant to this Order shall promptly notify that Party of the motion so that the Party may have an opportunity to appear and be heard on whether that information should be disclosed.

Dated: Wilmington, Delaware
       April 13, 2015

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement.