IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15417** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 13, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse

Sworn to before me this
13 day of April, 2015

/s/ Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175679
Qualified in Suffolk County
Commission Expires October 22, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NORTEL NETWORKS INC., et al.,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SCHILLING, STEVEN L.
6324 WAKE FALLS DR
WAKE FOREST, NC 27587

Please note that your claim # 3477 in the above referenced case and in the amount of $1,026,473.71 has been transferred **(unless previously expunged by court order)** to:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: SCHILLING, STEVEN L.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON,DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15417 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/13/2015

David D. Bird, Clerk of Court

/s/ Kimberly Murray

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 13, 2015.

# EXHIBIT B

TIME: 16:34:27
DATE: 04/13/15
PAGE: 1

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CRT SPECIAL INVESTMENTS LLC SCHILLING, STEVEN L. | TRANSFEROR: SCHILLING, STEVEN L. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 6324 WAKE FALLS DR WAKE FOREST NC 27587 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006