IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15411** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                   ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 8, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
____ day of April, 2015

_____
Notary Public

REGINA AMPORPRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 20__

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    Chapter 11

NORTEL NETWORKS INC., et al.,                             Case No. 09-10138 (KG)

                    Debtors.                              Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   CRT SPECIAL INVESTMENTS LLC
               TRANSFEROR: DONAHEE, GARY R
               JOSEPH E. SARACHEK
               262 HARBOR DRIVE
               STAMFORD, CT 06902

Please note that your claim # 4171 in the above referenced case and in the amount of $2,795,310.82 has been transferred **(unless previously** expunged by court order**)** to:

               BULLDOG INVESTORS GENERAL PARTNERSHIP
               TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
               ATTN: B. DEMO
               250 PEHLE, SUITE 708
               SADDLE BROOK, NJ 07663

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               DISTRICT OF DELAWARE
               824 NORTH MARKET STREET, 3RD FLOOR
               WILMINGTON,DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15411    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2015                          David D. Bird, Clerk of Court


                                          /s/ Kimberly Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 8, 2015.

# EXHIBIT B

TIME: 16:28:20
DATE: 04/08/15

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|------|---------|
| BULLDOG INVESTORS GENERAL PARTNERSHIP | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: B. DEMO 250 PEHLE, SUITE 708 SADDLE BROOK NJ 07663 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: DONAHUE, GARY R JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |

Total Number of Records Printed          2

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006