**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br>**Re: D.I. 15435** |
| Nortel Networks Inc.,<br><br>             Plaintiff,<br><br>v.<br><br>Sterling Mets, L.P.,<br><br>and<br><br>Queens Ballpark Company, L.L.C.,<br><br>             Defendants. | Adv. Proc. No. 10-55903 (KG)<br><br><br><br>**Re: D.I. 120** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 14, 2015, a copy of the **Scheduling Order** was served, in the manner indicated, on the parties identified below.

**Via Hand Delivery**

Donald J. Detweiler
John H. Schanne II
Pepper Hamilton LLP
1313 N. Market St.
Wilmington, DE 19801
(Counsel for Sterling Mets, L.P. and
Queens Ballpark Company, L.L.C.)

**Via First Class Mail**

Timothy W. Walsh
Andrew B. Kratenstein
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(Counsel for Sterling Mets, L.P. and
Queens Ballpark Company, L.L.C.)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions can be found at http://dm.epiq11.com/nortel.

Dated: April 14, 2015  
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted pro hac vice)  
Lisa M. Schweitzer (admitted pro hac vice)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Tamara K. Minott  
Donna L. Culver (No. 2983)  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*