# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/02/2015 | Work on quarterly and monthly fee applications; | 1.2 | 1,134.00 | 12835105 |
| Gray | William | 05/02/2015 | Review final fee application and review correspondence regarding fee application hearings; | 0.7 | 661.50 | 12835119 |
| Gray | William | 06/02/2015 | Work on fee application | 0.5 | 472.50 | 12853468 |
| Gray | William | 12/02/2015 | fee application | 0.3 | 283.50 | 12853508 |
| Gray | William | 13/02/2015 | Review quarterly fee application | 0.5 | 472.50 | 12873040 |
| Gray | William | 23/02/2015 | Work on quarterly fee application | 0.8 | 756.00 | 12878286 |
| Gray | William | 24/02/2015 | Work on quarterly fee application | 0.3 | 283.50 | 12878450 |
| Gray | William | 25/02/2015 | Conference regarding certificate of no objection; | 0.3 | 283.50 | 12878463 |
| Gray | William | 26/02/2015 | Attention to quarterly filings | 0.2 | 189.00 | 12878472 |
| Bauer | Alison D. | 02/02/2015 | E-mail timekeepers; conference with A. Collins | 0.1 | 84.00 | 12828310 |
| Bauer | Alison D. | 03/02/2015 | correspondence wtih MNAT re 45th monthly fee app | 0.2 | 168.00 | 12875165 |
| Bauer | Alison D. | 05/02/2015 | Attention to 2015 disbursement charges (0.1); conference with A. Collins regarding same (0.1); review trustee guidelines and local rules (0.1); | 0.3 | 252.00 | 12834469 |
| Bauer | Alison D. | 09/02/2015 | Read email A. Cordo regarding quarterly fee hearing and compose email to A. Collins regarding same; | 0.3 | 252.00 | 12875513 |
| Bauer | Alison D. | 23/02/2015 | Review quarterly fee application and discuss comments with A. Collins | 0.5 | 420.00 | 12872185 |
| Collins | Allan | 02/02/2015 | attention to December fee application (2.5); confer with A. Bauer regarding same (0.1); | 2.6 | 767.00 | 12885411 |
| Collins | Allan | 03/02/2015 | finalize and file December fee application; | 4.8 | 1,416.00 | 12885409 |
| Collins | Allan | 04/02/2015 | attention to January fee application (2.2); multiple conversations with B. Yu regarding same (.4); | 2.6 | 767.00 | 12885413 |
| Collins | Allan | 05/02/2015 | attention to January fee application (1.0); multiple conversations with B. Yu (.2); confer with A. Bauer regarding disbursement charges (0.1); | 1.3 | 383.50 | 12885416 |
| Collins | Allan | 09/02/2015 | attention to January fee application; | 4.6 | 1,357.00 | 12843631 |
| Collins | Allan | 09/02/2015 | attention to 23rd quarterly fee hearing draft order (.4); email A. Cordo regarding same (0.1) | 0.5 | 147.50 | 12885646 |
| Collins | Allan | 10/02/2015 | attention to January fee application; | 1.7 | 501.50 | 12853516 |
| Collins | Allan | 11/02/2015 | attention to January fee application; | 0.8 | 236.00 | 12853517 |
| Collins | Allan | 12/02/2015 | attention to January fee application; | 1.4 | 413.00 | 12853518 |
| Collins | Allan | 13/02/2015 | finalize January fee application; | 1.6 | 472.00 | 12885691 |
| Collins | Allan | 17/02/2015 | attention to quarterly fee application; | 2.5 | 737.50 | 12885757 |
| Collins | Allan | 18/02/2015 | attention to quarterly fee application; | 1.3 | 383.50 | 12863527 |
| Collins | Allan | 19/02/2015 | attention to quarterly fee application; | 1.6 | 472.00 | 12885802 |
| Collins | Allan | 23/02/2015 | discuss quarterly fee application with A. Bauer; | 0.3 | 88.50 | 12957299 |
| Collins | Allan | 25/02/2015 | draft email regarding Certificate of No | 0.3 | 88.50 | 12885726 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| | | | Objection for the December fee application and confer with W. Gray regarding same; | | | |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 10/02/2015 | office conference with A. Slavens and A. Gray regarding appeal issues; | 0.7 | 612.50 | 12957300 |
| Gray | Andrew | 02/02/2015 | reviewing material regarding upcoming motion (0.2) and appeal on interest issues (0.6) and claims appeal (0.4); | 1.2 | 990.00 | 12828970 |
| Gray | Andrew | 03/02/2015 | reviewing appeal factum regarding the interest issue; | 0.2 | 165.00 | 12832824 |
| Gray | Andrew | 10/02/2015 | preparing for and participating in conference call with Sheila Block and Jim Bromley regarding trial issues (1.3); meeting with Scott Bomhof and Adam Slavens regarding same (0.7); | 2.0 | 1,650.00 | 12844031 |
| Gray | Andrew | 11/02/2015 | internal discussions with Sheila Block and Adam Slavens regarding outstanding appeals and appeal issues (0.3); reviewing claims trial decision and interest decision (0.8); | 1.1 | 907.50 | 12848128 |
| Gray | Andrew | 13/02/2015 | reviewing decisions arising from the allocation and claims proceedings and discussing the same with Sheila Block (1.7); | 1.7 | 1,402.50 | 12854175 |
| Slavens | Adam | 10/02/2015 | office conference with S. Bomhof and A. Gray re appeal issues | 0.5 | 387.50 | 12848695 |
| Slavens | Adam | 11/02/2015 | office conference with S. Block and A. Gray re UKPC claims decision (0.3); preparing for same (0.3); | 0.6 | 465.00 | 12848712 |
| Slavens | Adam | 13/02/2015 | reviewing stipulation re trial record and email correspondence re same; | 0.2 | 155.00 | 12862055 |
| Slavens | Adam | 19/02/2015 | email correspondence with A. McCown re trial stipulation; | 0.1 | 77.50 | 12870786 |
| Slavens | Adam | 20/02/2015 | reviewing and commenting on trial stipulation and related documentation (1.8); email correspondence with A. McCown, S. Bomhof and A. Gray re same (0.2); | 2.0 | 1,550.00 | 12870797 |
| Shaunessy | Patrick | 10/02/2015 | discussion re additional appeal related research; | 0.2 | 59.00 | 12841800 |
| Block | Sheila R. | 10/02/2015 | telephone call with J. Bromley, A. Gray regarding potential future legal issues; | 1.2 | 1,308.00 | 12842363 |
| Block | Sheila R. | 11/02/2015 | reviewing Newbould reasons regarding EMEA/UK claim (4.0); office conference with Adam Slavens and Andrew Gray regarding same (0.3); | 4.3 | 4,687.00 | 12846497 |
| Block | Sheila R. | 12/02/2015 | reviewing Judge Gross' approval of settlement with bondholders; | 0.5 | 545.00 | 12853994 |
| Block | Sheila R. | 13/02/2015 | reviewing Gross J. reasons regarding bondholder settlement and Newbould judgment regarding same and office conference with Andrew Gray regarding same (2.9); reviewing factum in PPI case (0.6); | 3.5 | 3,815.00 | 12856546 |
| Gray | William | 03/02/2015 | Review appellate issues regarding PPI claims and related issues | 1.4 | 1,323.00 | 12835106 |
| Gray | William | 05/02/2015 | Review appeal issues regarding PPI and related | 1.6 | 1,512.00 | 12835121 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | issues | | | |
| Gray | William | 06/02/2015 | Review appeal PPI issues; review court docket | 1.8 | 1,701.00 | 12853470 |
| Gray | William | 09/02/2015 | Work on PPI issues | 0.7 | 661.50 | 12853476 |
| Gray | William | 11/02/2015 | Work on PPI issues | 0.6 | 567.00 | 12853498 |
| Gray | William | 23/02/2015 | Work on appeal issues | 1.2 | 1,134.00 | 12878287 |
| Gray | William | 24/02/2015 | Work on appeal issues | 0.7 | 661.50 | 12878449 |
| Gray | William | 27/02/2015 | Work on appeal issues regarding PPI | 1.4 | 1,323.00 | 12885424 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 12/02/2015 | research regarding Canadian legal issues related to appeal; | 4.0 | 3,500.00 | 12856535 |
| Bomhof | Scott A. | 17/02/2015 | research regarding Canadian legal issues related to appeal; | 3.9 | 3,412.50 | 12862843 |
| Bomhof | Scott A. | 18/02/2015 | research regarding Canadian legal issues related to appeal; | 1.5 | 1,312.50 | 12862846 |
| Bomhof | Scott A. | 20/02/2015 | research regarding Canadian legal issues related to appeal route/options; | 1.2 | 1,050.00 | 12870895 |
| Slavens | Adam | 10/02/2015 | conducting Canadian legal research re claims matters; | 3.0 | 2,325.00 | 12848690 |
| Slavens | Adam | 11/02/2015 | conducting Canadian legal research re claims matters; | 1.5 | 1,162.50 | 12848706 |
| Slavens | Adam | 11/02/2015 | reviewing Rules of Civil Procedure re appeal timelines (0.2); preparing reporting email to S. Kauffman (0.2); | 0.4 | 310.00 | 12848711 |
| Slavens | Adam | 12/02/2015 | conducting Canadian legal research on appeal considerations; | 1.6 | 1,240.00 | 12853691 |
| Slavens | Adam | 13/02/2015 | conducting Canadian legal research on appeal considerations; | 7.5 | 5,812.50 | 12862057 |
| Slavens | Adam | 16/02/2015 | conducting Canadian legal research on appeal considerations; | 1.7 | 1,317.50 | 12862060 |
| Slavens | Adam | 17/02/2015 | conducting Canadian legal research on appeal considerations (2.4); office conference with P. Shaunessy re same (0.4); | 2.8 | 2,170.00 | 12862067 |
| Slavens | Adam | 18/02/2015 | conducting Canadian legal research on appeal considerations; | 7.7 | 5,967.50 | 12864086 |
| Slavens | Adam | 19/02/2015 | conducting Canadian legal research on appeal considerations; | 4.6 | 3,565.00 | 12870790 |
| Slavens | Adam | 20/02/2015 | conducting Canadian legal research on appeal considerations(4.5); office conference with P. Shaunessy re same (0.3); | 4.8 | 3,720.00 | 12870792 |
| Slavens | Adam | 24/02/2015 | conducting Canadian legal research on appeal considerations; | 1.5 | 1,162.50 | 12875450 |
| Slavens | Adam | 26/02/2015 | conducting Canadian legal research on appeal considerations; | 1.6 | 1,240.00 | 12880635 |
| Shaunessy | Patrick | 17/02/2015 | conducting Canadian legal research on appeal considerations (0.7); meeting re same (0.4); | 1.1 | 324.50 | 12861672 |
| Shaunessy | Patrick | 20/02/2015 | conducting Canadian legal research on appeal considerations (1.5); preparing memo re same (3.2); meeting to discuss research (0.3) | 5.0 | 1,475.00 | 12867208 |
| Shaunessy | Patrick | 23/02/2015 | conducting Canadian legal research on appeal considerations; | 0.4 | 118.00 | 12871419 |
| Shaunessy | Patrick | 24/02/2015 | conducting Canadian legal research on appeal considerations (2.7); preparing memo re same (1.5); | 4.2 | 1,239.00 | 12874708 |
| Shaunessy | Patrick | 26/02/2015 | conducting Canadian legal research on appeal considerations (2.0); preparing memo re same (2.6); | 4.6 | 1,357.00 | 12878188 |
| Shaunessy | Patrick | 27/02/2015 | conducting Canadian legal research on appeal | 6.5 | 1,917.50 | 12881736 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 02/02/2015 | considerations (2.0); preparing memo re same (3.5); editing and revising memo (1.0); consider procedural issue in re appeals in cross-border proceedings; | 1.0 | 1,090.00 | 12829060 |
| DeMarinis | Tony | 04/02/2015 | consideration of procedural matters and alternatives in respect of appeal and reading related materials; | 2.3 | 2,507.00 | 12833141 |
| DeMarinis | Tony | 05/02/2015 | planning in re outstanding matters in cross-border proceedings; | 1.4 | 1,526.00 | 12835501 |
| DeMarinis | Tony | 12/02/2015 | review and analysis regarding issues relating to post-petition interest ruling and pending appeal (1.3); considering procedural matters in relation to dual proceedings (1.0); | 2.3 | 2,507.00 | 12853848 |
| DeMarinis | Tony | 13/02/2015 | analysis regarding inter-company relationship and review of materials; | 1.8 | 1,962.00 | 12858218 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/02/2015 | review of IP address motion materials for motion returnable on February 4 and exchange messages with L. Schweitzer and M. Wunder regarding same. | 0.4 | 350.00 | 12827432 |
| Bomhof | Scott A. | 03/02/2015 | Review draft reply factum re: monitor's motion to strike appeal materials (0.9); review order approving IP address sale and telephone call with C. Armstrong with respect to same (.3); | 1.2 | 1,050.00 | 12831986 |
| Bomhof | Scott A. | 09/02/2015 | reviewing Monitor's motion to strike appeal record and bondholders' reply and discuss February 12 appeal hearing with A. Slavens; | 1.0 | 875.00 | 12842369 |
| Bomhof | Scott A. | 11/02/2015 | prepare for court of appeal motion regarding Monitor's motion to strike appeal record; | 0.7 | 612.50 | 12847345 |
| Bomhof | Scott A. | 19/02/2015 | reviewing Monitor's report and affidavit of Dr. Case regarding SMNP litigation and lift-stay motion; | 1.0 | 875.00 | 12864891 |
| Bomhof | Scott A. | 20/02/2015 | reviewing draft materials regarding approval of allocation proceeding trial record (.4); reviewing materials filed for February 27, 2015 SMNP lift stay motion and exchange emails with Cleary with respect to same (1.2); | 1.6 | 1,400.00 | 12870891 |
| Bomhof | Scott A. | 22/02/2015 | reviewing draft cost sharing motion materials and exchange messages with M. Plevin with respect to same; | 0.7 | 612.50 | 12870904 |
| Bomhof | Scott A. | 23/02/2015 | reviewing SMNP's original filings regarding discovery (.8); reviewing 120th Monitor's report, SMNP reply materials and US Debtors' filing on SMNP claims and discussing same with Cleary (4.1); reviewing Monitor's proposed revisions to SMNP litigation protocol and telephone call with Cleary to discuss ame (1.2); | 6.1 | 5,337.50 | 12873502 |
| Bomhof | Scott A. | 24/02/2015 | reviewing revised materials served by Canadian debtors regarding SMNP litigation protocol and discussing same with Cleary; | 2.1 | 1,837.50 | 12875991 |
| Bomhof | Scott A. | 25/02/2015 | Review SMNP and Monitor materials for Feb 27 motion regarding lift stay and litigation protocol (2.1); telephone call with Cleary and telephone call with Goodmans regarding 'Canada-only protocol' (0.6); review revised cost-sharing motion (1.0); | 3.7 | 3,237.50 | 12882676 |
| Bomhof | Scott A. | 26/02/2015 | review revised motion record of the Monitor regarding SMNP litigation protocol (0.9); review Claims Resolution Order, Cross- Border Protocol and prepare for Feb. 27 motion (2.0); provide comments on revised cost-sharing motion to M. Plevin and review protective order regarding subpoena costs (1.2); | 4.1 | 3,587.50 | 12882744 |
| Bomhof | Scott A. | 27/02/2015 | Prepare for and attend motion before Justice | 6.0 | 5,250.00 | 12882804 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 02/02/2015 | Newbould regarding SMNP lift-stay motion and Canada-only litigation protocol and report on same to Cleary; preparing for motion returnable February 3, 2015 (1.0); email correspondence with L. Schweitzer, M. Wunder and S. Bomhof re same (0.3); | 1.3 | 1,007.50 | 12829162 |
| Slavens | Adam | 03/02/2015 | email correspondence with S. Kauffman re SNMP joint motion (0.2); reviewing cross-border protocol re same (0.7); | 0.9 | 697.50 | 12833064 |
| Slavens | Adam | 03/02/2015 | reviewing SNMP joint motion materials; | 1.6 | 1,240.00 | 12833067 |
| Slavens | Adam | 03/02/2015 | reviewing and commenting on bondholders' factum on motion to strike re post-petition interest appeal; | 1.4 | 1,085.00 | 12833071 |
| Slavens | Adam | 04/02/2015 | preparing and serving notice of filing re SNMP joint motion; | 1.5 | 1,162.50 | 12833079 |
| Slavens | Adam | 05/02/2015 | reviewing and commenting on bondholders' factum on motion to strike re post-petition interest appeal (1.8); email correspondence with L. Schweitzer, S. Bomhof and A. Gray re same (0.2); telephone call with A. McLachlan re same (0.2); | 2.2 | 1,705.00 | 12835794 |
| Slavens | Adam | 05/02/2015 | reviewing CCAA case court documents re motion to strike re post-petition interest appeal; | 2.8 | 2,170.00 | 12836739 |
| Slavens | Adam | 06/02/2015 | reviewing filed bondholders' factum on motion to strike re post-petition interest appeal (0.5); email correspondence with L. Schweitzer, S. Bomhof and A. Gray re same (0.2); | 0.7 | 542.50 | 12835800 |
| Slavens | Adam | 09/02/2015 | reviewing email correspondence from R. Eckenrod re Canadian claims matters (0.3); reviewing CCAA case court documents re same (3.2); confer with S. Bomhof regarding February 12 hearing (0.3); | 3.8 | 2,945.00 | 12841596 |
| Slavens | Adam | 10/02/2015 | reviewing CCAA case court documents re claims matters; | 4.0 | 3,100.00 | 12848689 |
| Slavens | Adam | 10/02/2015 | coordinating court filing of notice of filing re SNMP motion; | 1.4 | 1,085.00 | 12848697 |
| Slavens | Adam | 11/02/2015 | preparing for motion returnable February 12, 2015 re motion to strike on PPI appeal; | 5.0 | 3,875.00 | 12848699 |
| Slavens | Adam | 11/02/2015 | reviewing CCAA case court documents re claims matters (1.0); preparing reporting email to R. Eckenrod re same (0.5); | 1.5 | 1,162.50 | 12848703 |
| Slavens | Adam | 11/02/2015 | reviewing stipulation re trial record and email correspondence re same; | 0.5 | 387.50 | 12848717 |
| Slavens | Adam | 12/02/2015 | attending Court of Appeal motion to strike on PPI appeal (6.5); preparing for same (1.0); preparing reporting emails to L. Schweitzer and B. Beller re same (0.5); | 8.0 | 6,200.00 | 12853356 |
| Slavens | Adam | 19/02/2015 | reviewing CCAA motion materials re motion | 2.8 | 2,170.00 | 12870779 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | returnable February 27, 2015 (2.5); email correspondence with D. Herrington, L. Schweitzer and S. Bomhof re same (0.3); | | | |
| Slavens | Adam | 20/02/2015 | reviewing CCAA motion materials re motion returnable February 27, 2015; | 0.8 | 620.00 | 12870838 |
| Slavens | Adam | 22/02/2015 | email correspondence with S. Bomhof and M. Plevin re cost sharing motion; | 0.2 | 155.00 | 12873108 |
| Slavens | Adam | 23/02/2015 | reviewing CCAA case court documents re cost sharing motion preparation; | 1.3 | 1,007.50 | 12873094 |
| Slavens | Adam | 23/02/2015 | reviewing CCAA case court documents re SNMP motion (2.5); preparing reporting emails to L. Schweitzer, D. Herrington and S. Bomhof re same (1.5); email correspondence with M. Gurgel and M. Parthum re same (0.6); | 4.6 | 3,565.00 | 12873104 |
| Slavens | Adam | 24/02/2015 | reviewing CCAA case court documents re SNMP motion (1.3); email correspondence with L. Schweitzer, D. Herrington and S. Bomhof re same (0.2); | 1.5 | 1,162.50 | 12875440 |
| Slavens | Adam | 24/02/2015 | reviewing factum filed by UKP re motion for leave to appeal the claims decision of Newbould J. dated December 9, 2014 (1.7); email correspondence with B. Beller re same (0.1); | 1.8 | 1,395.0 | 12875448 |
| Slavens | Adam | 25/02/2015 | preparing for motion returnable February 27, 2015; | 1.5 | 1,162.50 | 12880537 |
| Slavens | Adam | 25/02/2015 | reviewing Chapter 11 case court documents re cost sharing motion preparation; | 1.8 | 1,395.00 | 12880542 |
| Slavens | Adam | 25/02/2015 | reviewing factum filed by UKP re motion for leave to appeal the claims decision of Newbould J. dated December 9, 2014; | 3.8 | 2,945.00 | 12880547 |
| Slavens | Adam | 26/02/2015 | preparing for motion returnable February 27, 2015; | 1.3 | 1,007.50 | 12880609 |
| Slavens | Adam | 27/02/2015 | email correspondence with Cleary and S. Bomhof re motion returnable February 27, 2015 (0.5); appearing via CourtCall at status hearing (1.0); | 1.5 | 1,162.50 | 12881423 |
| Slavens | Adam | 27/02/2015 | conducting Canadian legal research re status of MOE appeal (0.8); email correspondence with L. Schweitzer and S. Bomhof re same (0.3); | 1.1 | 852.50 | 12881424 |
| DeMarinis | Tony | 03/02/2015 | review motion materials served by Monitor's counsel in re SNMP claims (0.3); retrieve and review additional Canadian claims information and procedural orders (0.8); | 1.1 | 1,199.00 | 12830900 |
| DeMarinis | Tony | 06/02/2015 | review recent monitor's reports; | 0.6 | 654.00 | 12841665 |
| DeMarinis | Tony | 09/02/2015 | reading materials in relation to bondholder issues in the Canadian proceedings, and pending appeal proceedings; | 2.0 | 2,180.00 | 12848771 |
| DeMarinis | Tony | 10/02/2015 | review amended trial record stipulation (0.2); reading materials in the Canadian proceedings (0.6); reading protocol and related materials | 1.5 | 1,635.00 | 12848775 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 11/02/2015 | (0.7); review and analysis in connection with bondholder challenges in the Canadian proceedings; | 1.7 | 1,853.00 | 12848780 |
| DeMarinis | Tony | 19/02/2015 | review SNMP materials; | 0.3 | 327.00 | 12871716 |
| DeMarinis | Tony | 20/02/2015 | review filings in the Canadian proceedings; | 0.7 | 763.00 | 12871724 |
| DeMarinis | Tony | 26/02/2015 | review materials served in re SNMP (0.4); reading new monitor's report, counsel correspondence, and related materials (0.8); | 1.2 | 1,308.00 | 12880854 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 16/02/2015 | reviewing Chapter 11 case court documents; | 2.0 | 1,550.00 | 12862064 |