# **<u>EXHIBIT B</u>**

**Nortel**

**February 2015 Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| 271 | Process Server Filing | 09/02/2015 | $ | 27.53 | filing notice of filing and affidavit of service; |
| 303 | Taxi & Travel | 12/02/2015 | | 7.03 | Taxi & Travel |
| | | | | | Slavens, Adam; Taxi/Car Service - Osgoode Hall to court (a.m.) |
| 303 | Taxi & Travel | 12/02/2015 | | 7.03 | Taxi & Travel |
| | | | | | Slavens, Adam; Taxi/Car Service - Osgoode Hall to court (p.m.) |
| 303 | Taxi & Travel | 27/02/2015 | | 7.73 | Taxi & Travel |
| | | | | | Bomhof, Scott A.; Taxi/Car Service - 330 University court |
| 303 | Taxi & Travel | 27/02/2015 | | 8.43 | Taxi & Travel |
| | | | | | Bomhof, Scott A.; Taxi/Car Service - Torys to court |
| | | | $ | 30.22 | |
| 801 | Copies | 02/02/2015 | | 0.60 | Copies |
| 801 | Copies | 09/02/2015 | | 12.10 | Copies |
| 801 | Copies | 12/02/2015 | | 1.80 | Copies |
| 801 | Copies | 23/02/2015 | | 0.40 | Copies |
| 801 | Copies | 26/02/2015 | | 0.20 | Copies |
| 808 | Laser Printing | 02/02/2015 | | 5.50 | Laser Printing |
| 808 | Laser Printing | 03/02/2015 | | 82.50 | Laser Printing |
| 808 | Laser Printing | 04/02/2015 | | 0.50 | Laser Printing |
| 808 | Laser Printing | 06/02/2015 | | 35.10 | Laser Printing |
| 808 | Laser Printing | 09/02/2015 | | 8.50 | Laser Printing |
| 808 | Laser Printing | 10/02/2015 | | 35.10 | Laser Printing |
| 808 | Laser Printing | 11/02/2015 | | 0.20 | Laser Printing |
| 808 | Laser Printing | 11/02/2015 | | 16.40 | Laser Printing |
| 808 | Laser Printing | 11/02/2015 | | 2.50 | Laser Printing |
| 808 | Laser Printing | 12/02/2015 | | 5.20 | Laser Printing |
| 808 | Laser Printing | 13/02/2015 | | 4.20 | Laser Printing |
| 808 | Laser Printing | 17/02/2015 | | 1.30 | Laser Printing |
| 808 | Laser Printing | 18/02/2015 | | 38.60 | Laser Printing |
| 808 | Laser Printing | 19/02/2015 | | 2.70 | Laser Printing |
| 808 | Laser Printing | 20/02/2015 | | 2.90 | Laser Printing |
| 808 | Laser Printing | 23/02/2015 | | 31.50 | Laser Printing |
| 808 | Laser Printing | 24/02/2015 | | 9.80 | Laser Printing |
| 808 | Laser Printing | 25/02/2015 | | 38.00 | Laser Printing |
| 808 | Laser Printing | 26/02/2015 | | 27.20 | Laser Printing |
| 808 | Laser Printing | 27/02/2015 | | 2.00 | Laser Printing |
| 4808 | Laser Printing | 03/02/2015 | | 0.60 | Laser Printing |
| 4808 | Laser Printing | 04/02/2015 | | 1.80 | Laser Printing |
| 4808 | Laser Printing | 04/02/2015 | | 0.10 | Laser Printing |
| 4808 | Laser Printing | 04/02/2015 | | 0.20 | Laser Printing |
| 4808 | Laser Printing | 04/02/2015 | | 0.30 | Laser Printing |
| 4808 | Laser Printing | 09/02/2015 | | 0.60 | Laser Printing |
| 4808 | Laser Printing | 09/02/2015 | | 0.60 | Laser Printing |
| 4808 | Laser Printing | 09/02/2015 | | 0.60 | Laser Printing |
| 4808 | Laser Printing | 09/02/2015 | | 0.60 | Laser Printing |
| 4808 | Laser Printing | 09/02/2015 | | 0.60 | Laser Printing |
| 4808 | Laser Printing | 09/02/2015 | | 0.50 | Laser Printing |
| 4808 | Laser Printing | 11/02/2015 | | 1.70 | Laser Printing |

**Nortel**
**February 2015 Disbursements**

| 4808 Laser Printing | 11/02/2015 | 0.10 | Laser Printing |
|---|---|---|---|
| 4808 Laser Printing | 11/02/2015 | 0.70 | Laser Printing |
| 4808 Laser Printing | 11/02/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 23/02/2015 | 1.00 | Laser Printing |
| | | $   374.90 | |

| 887 On Line Research Charges -WestlaweCarswell Incl. | 13/02/2015 | 54.58 | On Line Research Charges -WestlaweCarswell Incl. |
|---|---|---|---|
| 887 On Line Research Charges -WestlaweCarswell Incl. | 19/02/2015 | 97.94 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 20/02/2015 | 18.29 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 24/02/2015 | 24.49 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 26/02/2015 | 73.46 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 27/02/2015 | 24.49 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 27/02/2015 | 10.91 | On Line Research Charges -WestlaweCarswell Incl. |
| 4887 On Line Research Charges - Westlaw Incl. | 17/02/2015 | 955.32 | On Line Research Charges - Westlaw Incl. |
| | | $ 1,259.48 | |

| 4800 Telephone | 09/02/2015 | $   0.03 | Telephone |
|---|---|---|---|
| | | | 13023519459 - Wilmington, DE - |
| | | | Time: 14:47 - Dur: 0.92 |

$ 1,692.16