# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2015 through February 28, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Application - US | 6.30 | $2,368.00 |
| General Counseling - Commercial | 0.80 | $792.00 |
| Litigation | 60.30 | $51,849.00 |
| **TOTAL** | **67.40** | **$55,009.00** |

Client: 105185 / Nortel Networkds, Inc.  Proforma 919777
Matter: 105185.0000022 / General Counseling-Commercial  4/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13200662 | 2/17/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Review detailed responses from co-counsel re project Narnia. |

Client: 105185 / Nortel Networkds, Inc.  Proforma 919778
Matter: 105185.0000189 / Fee Employment Application - US  4/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13220323 | 2/26/2015 | 2444 | Perales, Olegario | Specialist | 1.80 | 441.00 | Prepare fifty-sixth interim fee application for November 1, 2014 through November 30, 2014. |
| 13220354 | 2/26/2015 | 2444 | Perales, Olegario | Specialist | 0.40 | 98.00 | Draft fifty-sixth interim Excel file for Ms. Scarborough (Fee Examiner). |
| 13218603 | 2/27/2015 | 1830 | Almy, Monique D. | Partner | 1.70 | 1,241.00 | Review and finalize three interim fee applications and quarterly for period ending on January 31, 2015. |
| 13220405 | 2/27/2015 | 2444 | Perales, Olegario | Specialist | 0.90 | 220.50 | Prepare fifty-seventh interim fee application for December 1, 2014 through December 31, 2014. |
| 13220413 | 2/27/2015 | 2444 | Perales, Olegario | Specialist | 0.30 | 73.50 | Draft fifty-seventh interim Excel file for Ms. Scarborough (Fee Examiner). |
| 13220422 | 2/27/2015 | 2444 | Perales, Olegario | Specialist | 0.60 | 147.00 | Prepare fifty-eighth interim fee application for January 1, 2015 through January 31, 2015. |
| 13220432 | 2/27/2015 | 2444 | Perales, Olegario | Specialist | 0.20 | 49.00 | Draft fifty-eighth interim Excel file for Ms. Scarborough (Fee Examiner). |
| 13220444 | 2/27/2015 | 2444 | Perales, Olegario | Specialist | 0.30 | 73.50 | Prepare twenty-third quarterly application. |
| 13220451 | 2/27/2015 | 2444 | Perales, Olegario | Specialist | 0.10 | 24.50 | Prepare order approving fees for November 2014 through January 2015 fee statements. |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13143000 | 2/1/2015 | 1052 | Plevin, Mark D. | Partner | 0.80 | 644.00 | Begin to review, revise, and update motion for cost-sharing of discovery response costs among all of the Nortel parties, to reflect the terms of the revised proposed order suggested by the EMEA debtors. |
| 13167625 | 2/2/2015 | 302 | Regan, James J. | Partner | 3.50 | 3,465.00 | Exchange emails with Mr. Supko and Ms. Hoover re upcoming hearing on Rockstar stay motion (0.4); follow-on conference with Mr. Plevin re motion for cost-sharing of discovery response costs (0.3); exchange several emails with local counsel and Cleary re same (0.7); review and analyze response for extension with other parties and Rockstar (1.0); review and analyze revised scheduling order (0.4); initial review of revised cost-sharing motion (0.6); confer with Mr. Plevin re same (0.1). |
| 13146643 | 2/2/2015 | 1052 | Plevin, Mark D. | Partner | 1.30 | 1,046.50 | Telephone conference with J. Regan re upcoming hearing on Rockstar stay motion (0.1); continue revising and updating motion for cost-sharing among the Nortel debtors (1.2). |
| 13168547 | 2/3/2015 | 302 | Regan, James J. | Partner | 1.90 | 1,881.00 | Review and analyze revised scheduling order (0.3); exchange emails with local counsel re motion for cost sharing (0.4); review and edit cost-sharing memo (1.2). |
| 13179328 | 2/4/2015 | 302 | Regan, James J. | Partner | 2.00 | 1,980.00 | Review EDTX settlement and dismissal notice (0.2); review emails from M. Supko and local counsel re third-party subpoena issues (0.2); exchange emails with Messrs. Supko and Plevin re bankruptcy notices (0.3); provide edits to cost-sharing motion (1.3). |
| 13154286 | 2/4/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Download and review order of dismissal in Rockstar v. Google litigation, and report to team re same (0.2); consult with Mr. Jackson re status of other Rockstar cases in which subpoenas were saved on Nortel, including review of Mr. Jackson's report re same (0.2); review draft of revised cost-sharing motion, including consultation with Messrs. Plevin and Regan re same (0.4); correspondence with Ms. Hoover re monitoring of pleadings in bankruptcy litigation (0.1). |
| 13169285 | 2/4/2015 | 6634 | Jackson, Sean | Counsel | 1.80 | 1,134.00 | Investigate status of pending litigations in which Nortel has been served with a subpoena (1.0); draft email to Mr. Supko summarizing same (0.8). |
| 13179340 | 2/5/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Conferences and emails with Messrs. Plevin and Supko re status of cases and cost-sharing motion. |
| 13172856 | 2/5/2015 | 1052 | Plevin, Mark D. | Partner | 0.60 | 483.00 | Review J. Regan's comments on draft revised cost-sharing motion (0.2); revise same to incorporate J. Regan's input (0.4). |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13156321 | 2/5/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence and telephone call with Ms. Hoover re logistics for providing relevant ECF notices to Crowell and Moring LLP team and status of third-party discovery covered by Second Discovery Protocol. |
| 13169299 | 2/5/2015 | 6634 | Jackson, Sean | Counsel | 0.30 | 189.00 | Review revisions to statement of work agreement proposed by vendor Advanced Discovery in connection with Rockstar's review of allocation trial exhibits (0.2); provide comments and summary of revisions to Mr. Supko re same (0.1). |
| 13158365 | 2/6/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review proposed revisions to e-discovery vendor agreement for providing Rockstar with access to potentially privileged allocation litigation exhibits and transcripts (0.2); consult with Mr. Jackson re same (0.1). |
| 13169359 | 2/6/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Revise statement of work agreement and provide to vendor, Advanced Discovery, in connection with work to be performed to permit Rockstar to review allocation trial exhibits. |
| 13189015 | 2/10/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review and exchange emails with Mr. Supko re new litigation and former Nortel patents (0.4); exchange emails with Messrs. Ross and Plevin re same (0.6). |
| 13168649 | 2/10/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Mr. Cianciolo re status of Rockstar cases and his request to return Nortel notebooks (0.2); consult with Mr. Jackson re status of cases, including review of report re same (0.1). |
| 13204499 | 2/10/2015 | 6634 | Jackson, Sean | Counsel | 0.80 | 504.00 | Check status of pending Rockstar patent litigations per the request of Mr. Supko (0.5); coordinate production of Cleared Allocation Trial documents (0.3). |
| 13189053 | 2/11/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review emails with client re third-party subpoena issues (0.3); exchange emails with Mr. Supko re same (0.2); exchange emails with co-counsel re same (0.5). |
| 13221944 | 2/11/2015 | 4269 | Dahl, Mark A. | Lit Support | 1.90 | 570.00 | Review, organize, and analyze production volume and transfer same to media in preparation for production (1.6); follow-up conference with Mr. Jackson re same (0.3). |
| 13189120 | 2/12/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Review correspondence with Cleary re production databases (0.3); email with Mr. Supko re same (0.2). |
| 13174428 | 2/12/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Ms. Hoover re issues with ECF notifications of pleadings in bankruptcy case, and investigate same. |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13195402 | 2/13/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Review answers to data questions re third-party subpoena litigation (0.4); email with Mr. Plevin re same (0.2). |
| 13200709 | 2/18/2015 | 302 | Regan, James J. | Partner | 2.20 | 2,178.00 | Review additional information from Cleary re third-party subpoenas (0.2); consideration of various options to deal with discovery requests from third-party (0.3); exchange emails with Mr. Supko re SDP scope and business line purchases (0.3); review and analyze SDP (0.8); review and analyze confidentiality agreement (0.4); exchange emails with Mr. Plevin re cost-sharing issues (0.2). |
| 13192890 | 2/18/2015 | 1052 | Plevin, Mark D. | Partner | 0.30 | 241.50 | Exchange series of e-mails with J. Regan and M. Supko re new document requests to NNI re non-Rockstar patents and possible responses (0.2); exchange e-mails with Mr. Huberty (EMEA debtors) re extension of time re cost-sharing motion (0.1). |
| 13191209 | 2/18/2015 | 1474 | Supko, Mark M. | Partner | 0.60 | 513.00 | Conversation with Ms. Rust of local counsel's office re ECF notifications for bankruptcy case (0.2); perform research re same (0.3) correspond with clerk's office re same, and complete/send form re same (0.1). |
| 13200733 | 2/19/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Review status of litigation emails from M. Supko (0.2); exchange emails with and conference with Messrs. Plevin and Supko re SDP approach to third-party subpoena (0.3); develop possible approaches and strategy re same (0.7). |
| 13193802 | 2/19/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Review report from Mr. Jackson re status of Rockstar litigations. |
| 13207411 | 2/19/2015 | 6634 | Jackson, Sean | Counsel | 0.90 | 567.00 | Check status of pending Rockstar patent litigations and draft email to Mr. Supko reporting same. |
| 13200772 | 2/20/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Confer with Mr. Plevin re cost-sharing memo. |
| 13196645 | 2/20/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Cianciolo re status of litigations in which third-party subpoenas were served seeking Nortel documents. |
| 13222938 | 2/20/2015 | 1956 | Patel, Hitesh B. | Lit Support | 0.50 | 140.00 | Provide assistance with creation of duplication of production hard drive. |
| 13199383 | 2/20/2015 | 6316 | Harris, Shana | Paralegal | 0.50 | 127.50 | Review files to locate hard drive requested by Mr. Supko. |
| 13200794 | 2/22/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Begin review and edit of cost-sharing motion and order (0.7); exchange emails with Mr. Plevin re same (0.2); review emails/questions for co-counsel and Canadian counsel re same (0.3). |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13205817 | 2/22/2015 | 1052 | Plevin, Mark D. | Partner | 0.70 | 563.50 | Review and revise draft cost-sharing motion and proposed order related thereto (0.5); draft and send e-mails to Messrs. Bomhof (Canadian counsel), Supko, and Regan and Messes. Rozenberg and McCann re draft and/or factual information needed to finalize the next draft of the motion and order (0.2). |
| 13222853 | 2/23/2015 | 302 | Regan, James J. | Partner | 2.50 | 2,475.00 | Prepare and exchange comments with M. Plevin re motion and order (2.1); review Cleary response to business line data questions (0.4). |
| 13205882 | 2/23/2015 | 1052 | Plevin, Mark D. | Partner | 1.00 | 805.00 | Review Messrs. Supko's and Regan's comments on draft revised cost-sharing motion and order, as well as e-mails from Messrs. Bomhof and Slaven and Ms. Rozenberg with comments (0.6); draft and send cover e-mail to Messrs. Regan and Supko requesting additional comments on the further revised draft (0.4). |
| 13198154 | 2/23/2015 | 1474 | Supko, Mark M. | Partner | 1.10 | 940.50 | Review/revise draft cost-sharing motion, including research of issues re same (0.9); correspondence with Mr. Plevin re draft cost-sharing motion (0.1); correspondence with Bankruptcy Court re ECF notifications issues (0.1). |
| 13222867 | 2/24/2015 | 302 | Regan, James J. | Partner | 1.40 | 1,386.00 | Review Google request re withdrawal from bankruptcy case (0.3); exchange emails with Messrs. Supko and Plevin re same (0.2); review emails to Cleary re same (0.2); review and analyze Mr. Supko's edits to cost-sharing motion and order (0.5); review and exchange emails with Mr. Plevin re cost-sharing motion and strategy (0.2). |
| 13208585 | 2/24/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Review and incorporate comments from M. Supko on revised draft cost-sharing motion (0.1); draft and send e-mail to Messes. Rozenberg and McCown re whether they can provide input on the draft (0.1). |
| 13205099 | 2/24/2015 | 1474 | Supko, Mark M. | Partner | 1.80 | 1,539.00 | Correspondence with Delaware Bankruptcy Court re ECF notifications issue (0.2); research re same (0.1); review/revise draft of cost-sharing motion, including correspondence with Mr. Plevin re same and researching issues re same (1.3); correspondence with Mr. Wilson re Rockstar's proposed withdrawal from bankruptcy proceedings, including consultation with Messrs. Plevin and Regan re same (0.2). |
| 13222884 | 2/25/2015 | 302 | Regan, James J. | Partner | 2.40 | 2,376.00 | Review and edit revised cost-sharing motion (1.1); various emails and conferences with Mr. Supko re scheduled bankruptcy hearing (0.2); review letter from Google re withdrawal of subpoenas (0.4); review emails from local counsel re same (0.3); review Google attachment re same (0.1); exchange emails with Mr. Plevin re cost-sharing issues (0.2); exchange emails with Mr. Supko re ECF notices (0.1). |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13211071 | 2/25/2015 | 1052 | Plevin, Mark D. | Partner | 0.70 | 563.50 | Revise and finalize draft cost-sharing motion and accompanying proposed order and draft and send e-mail to Messes. Rozenberg, McCown, and Hoover and Mr. Bomhof re same, requesting their input and comments (0.5); review incoming case pleadings of potential relevance to Crowell and Morning LLP's work in this case, including the letter from Google's counsel to Judge Gross withdrawing Google's subpoenas to NNI (0.2). |
| 13207140 | 2/25/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Continue working on cost-sharing motion, including correspondence with Mr. Plevin re same (0.2); correspondence with Ms. Hoover re hearing on Rockstar's motion for stay of obligations under Second Discovery Protocol (0.1); review Google's letter to court re dismissal of Rockstar/Google cases and withdrawal of subpoenas (0.2); correspondence with Mr. Regan re same (0.1); download and review pleading in bankruptcy case (0.1); consult with Messrs. Plevin and Regan re bankruptcy court pleadings (0.1); review ECF notices and distribute relevant pleadings (0.1). |
| 13230774 | 2/26/2015 | 302 | Regan, James J. | Partner | 2.40 | 2,376.00 | Review and analyze bankruptcy notices (0.5); exchange emails with Mr. Supko re same (0.1); exchange emails with Mr. Plevin re declarations (0.3); review cost-sharing questions from NNI Canadian counsel (0.7); exchange emails with Cleary re cost-sharing issues (0.2); review emails from Mr. Supko and Ms. Hoover re bankruptcy court hearing (0.2); review and analyze additional pleadings re cost-sharing motion (0.4). |
| 13215142 | 2/26/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Exchange e-mails with Mr. Bomhof re revised cost-sharing motion and ancillary supporting papers. |
| 13211216 | 2/26/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Correspondence with Ms. Hoover re hearing on Rockstar's motion for partial stay of Second Discovery Protocol (0.1); download and review pleadings for applicability to third-party discovery or cost-sharing issues, and distribute selected pleadings to Messrs. Plevin and Regan (0.3). |
| 13230805 | 2/27/2015 | 302 | Regan, James J. | Partner | 1.30 | 1,287.00 | Review court pleadings re cost-sharing motion (0.5); exchange emails with Mr. Supko re selected pleadings (0.1); review and analyze Rockstar pleading (0.3); review emails from co-counsel re same (0.2); emails with Mr. Plevin re Rockstar pleading (0.2). |
| 13222751 | 2/27/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Exchange e-mails with Ms. Rozenberg re status of her comments on the draft revised cost-sharing motion. |

Client: 105185 / Nortel Networks, Inc.
Matter: 105185.0000198 / Litigation

Proforma 919779
4/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13214688 | 2/27/2015 | 1474 | Supko, Mark M. | Partner | 0.60 | 513.00 | Download and review pleadings, including agenda for March 3 hearing, Rockstar's withdrawal of motion for partial stay of discovery protocol, and revise agenda for March 3 hearing (0.4); correspondence with Messrs. Plevin and Regan re selected pleadings (0.2). |
| 13230829 | 2/28/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review and analyze court filings re recent pleadings relevant to third-party discovery issues (0.8); exchange emails with Mr. Supko re same (0.2). |
| 13215167 | 2/28/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Download and review recent pleadings relevant to third-party discovery issues and report to team re same. |

Client: 105185 / Nortel Networkds, Inc.  
Matter: 105185.0000203 / Litigation

Proforma 919780  
4/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13168590 | 2/10/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Correspondence with Mr. Edgar re document production issue (0.1); telephone conference with Mr. Edgar re status of case and discovery issues (0.3); correspondence with Mr. Edgar re requested production of Cleared Allocation Trial Documents (0.1); consult with Messrs. Jackson and Dahl re issues concerning production of Cleared Allocation Trial Documents (0.2). |
| 13172254 | 2/11/2015 | 1474 | Supko, Mark M. | Partner | 0.60 | 513.00 | Consult with Messrs. Jackson and Dahl re document production issues, including review of cover letter re confidentiality (0.3); correspondence with Mr. Edgar re protective order issues, including review of Delaware local rule re confidentiality (0.3). |
| 13204541 | 2/11/2015 | 6634 | Jackson, Sean | Counsel | 1.10 | 693.00 | Coordinate production of Cleared Allocation Trial documents to third-party (0.8); draft cover letter for transmitting documents to counsel for third-party (0.3). |
| 13173310 | 2/12/2015 | 6383 | Stillwell, April | Paralegal | 0.50 | 127.50 | Review and respond to email from Mr. Jackson (0.2); review cover letter and send document production to opposing counsel (0.3). |

Client: 105185 / Nortel Networkds, Inc.     Proforma 919781
Matter: 105185.0000205 / Litigation     4/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13168632 | 2/10/2015 | 1474 | Supko, Mark M. | Partner | 1.10 | 940.50 | Correspondence with Ms. Grisham re proposed third-party subpoena to Nortel (0.3); consult with Mr. Regan re new discovery request (0.1); research re relevant litigations, and review selected pleadings from same (0.5); correspondence with Mr. Ross re same (0.2). |
| 13172253 | 2/11/2015 | 1474 | Supko, Mark M. | Partner | 1.90 | 1,624.50 | Correspondence with Mr. Ross re representation (0.1); prepare for telephone conference with Ms. Grisham, including research re ongoing litigation and review of discovery protocol applicability to certain patents (0.5); telephone conference with Ms. Grisham re third-party discovery (0.7); correspondence with Ms. Rozenberg re scope of allocation litigation, and review documents re same (0.3); correspondence with Ms. Grisham re scope of allocation litigation and next steps (0.3). |
| 13174427 | 2/12/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Messes. Rozenberg and McCown re third-party related documents (0.2); correspondence with Ms. Grisham re same (0.1). |
| 13179760 | 2/13/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Ms. McCown re issues relating to a certain transaction and related documents. |
| 13187034 | 2/17/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Correspondence with Ms. McCown re issues concerning possible production of third-party EDR documents (0.2); begin reviewing ASA re identification of assets transferred and confidentiality restrictions (0.5). |
| 13188950 | 2/18/2015 | 1474 | Supko, Mark M. | Partner | 1.90 | 1,624.50 | Continue reviewing Nortel/Genband ASA re scope, transferred documents and confidentiality (0.5); correspondence with Ms. McCown re Nortel/Genband confidentiality agreements, and begin reviewing same (0.4); analyze issue re applicability of Second Discovery Protocol disclosure protections to Metaswitch discovery, including review of related documents (0.5); consult with Messrs. Plevin and Regan re strategy for responding to Metaswitch's discovery requests (0.5). |
| 13193801 | 2/19/2015 | 1474 | Supko, Mark M. | Partner | 1.30 | 1,111.50 | Correspondence with Ms. Grisham re meet-and-confer on discovery issues (0.1); continue analyzing Second Discovery Protocol to identify potential issues re third-party liability (0.5); correspondence with Ms. McCown re third-party documents (0.1); telephone conference with Ms. Grisham re document repositories and procedures for third-party discovery (0.5); consult with Messrs. Plevin and Regan re discovery strategy (0.1). |

Client: 105185 / Nortel Networkds, Inc.  
Matter: 105185.0000205 / Litigation

Proforma 919781  
4/14/2015

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13196646 | 2/20/2015 | 1474 | Supko, Mark M. | Partner | 2.10 | 1,795.50 | Prepare case file in FileSite (0.2); continue analyzing Bankruptcy Court confidentiality orders and protective order and confidentiality restrictions in ASA to develop strategy for notice/disclosure of documents to third-party, including review of court docket and pleadings re same (1.5); consult with Messrs. Jackson and Dahl re searching of EDR hard-drive (0.2); correspondence with Ms. Rozenberg re status of public trial record review for allocation trial, and respond to inquiry re third-party discovery status (0.2). |
| 13204270 | 2/23/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Ms. Rozenberg re discovery issues. |