# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2015 through February 28, 2015

| Expense Category | Service Provider if Applicable | Total Expenses |
|:---:|:---:|---:|
| Duplicating | In-House Duplicating | $0.40 |
| Express Delivery | Federal Express Corporation | $16.18 |
| **TOTAL** | | **$16.58** |

Client: 105185 / Nortel Networkds, Inc.

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|-------|------|-----|------|-------|------|----------|--------|-----------|----------|--------|
| 7108132 | 2/27/2015 | 1474 | Supko, Mark M. | Partner | 22 | Inhouse Duplicating | 0.40 | Inhouse Duplicating | 919779 | 105185.0000198 |
| 7103192 | 2/12/2015 | 6383 | Stillwell, April | Paralegal | 6 | Express Delivery | 16.18 | Express Delivery FEDEX From: APRIL STILLWELL To: JARED D EDGAR, ESQ, 555 CALIFORNIA STREET, KIRKLAND & ELLIS LLP, SAN FRANCISCO, CA 94104 US Tracking Number: 62 6702652311 Invoice Number: 294074492 | 919780 | 105185.0000203 |