B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: <u>Nortel Networks Inc</u>.                                                                 Case No. <u>09-10138</u>

# WITHDRAWAL of DOCKET ENTRY 15443

Please withdraw docket entry number 15443 as the incorrect document was attached to the transfer request.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Joseph E Sarachek</u>                                   Date: <u>04/16/2015</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.