**<u>Exhibit B</u>**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 1/30/2015 | 14.95 |
| Scott,James E (US011119307) | Mileage: Roundtrip mileage re: Prep for and meeting @ Nortel Tim Ross.\\EY / Nortel | 1/23/2015 | 15.53 |
| Scott,James E (US011119307) | Mileage: Roundtrip mileage re: Assist with federal withholding project.\\EY / Nortel | 1/20/2015 | 15.53 |
| Scott,James E (US011119307) | Mileage: Pre-controversy TP analysis mtg.\\EY/Nortel | 2/12/2015 | 17.83 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel from EY Office\\ey office to/from nortel | 1/22/2015 | 15.53 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from EY Office for to/from Nortel offices\\home to/from nortel offices | 2/2/2015 | 12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel above normal commute to/from EY Office\\home to/from Nortel | 2/4/2015 | 12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices above normal commute\\mileage to/from nortel offices | 2/9/2015 | 12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel above normal commute from/to EY office\\home to/from nortel offices | 2/11/2015 | 12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from Nortel | 2/19/2015 | 12.65 |
| Thompson,Jeffrey Allen (US011757119) | Air: Economy Class: Trip to Raleigh to meet regarding Nortel  Amex online fee for airfare\\NXQNQX | 1/6/2015 | 7.00 |
| Thompson,Jeffrey Allen (US011757119) | Lodge: Trip to Raleigh to meet regarding Nortel  Hotel in NC second night\\NXQNQX | 1/27/2015 | 139.93 |
| Thompson,Jeffrey Allen (US011757119) | Dinner: Trip to Raleigh to meet regarding Nortel  Dinner in NC on Monday night | 1/26/2015 | 36.03 |
| Thompson,Jeffrey Allen (US011757119) | Air: Economy Class: Trip to Raleigh to meet regarding Nortel  Airfare to RDU\\NXQNQX | 1/6/2015 | 332.70 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client meeting.  The origin was the EY Office and the destination was Research Triangle Park.\\EY Office; RTP | 1/27/2015 | 16.10 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel Offices\\home to/fro | 2/23/2015 | $12.65 |
| | | **Totals** | **687.03** |