IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15448** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse

Sworn to before me this
16th day of April, 2015

/s/ Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                          Chapter 11

NORTEL NETWORKS INC., et al.,                                   Case No. 09-10138 (KG)

                    Debtors.                                    Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CRT SPECIAL INVESTMENTS LLC
          TRANSFEROR: SCHILLING, STEVEN L.
          JOSEPH E. SARACHEK
          262 HARBOR DRIVE
          STAMFORD, CT 06902

Please note that your claim # 3477 in the above referenced case and in the amount of
$1,026,473.71 has been transferred (**unless previously expunged by court order**) to:

          BULLDOG INVESTORS GENERAL PARTNERSHIP
          TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
          ATTN: B. DEMO
          250 PEHLE, SUITE 708
          SADDLE BROOK,, NJ 07663

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15448    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2015                            David D. Bird, Clerk of Court

                                            /s/ Kimberly Murray
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 16, 2015.

# EXHIBIT B

```
TIME: 16:56:52                                      NORTEL NETWORKS INC.                                             PAGE:   1
DATE: 04/16/15                                        CREDITOR LISTING

Name                         Address
BULLDOG INVESTORS GENERAL PARTNERSHIP   TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: B. DEMO 250 PEHLE, SUITE 708 SADDLE BROOK, NJ 07663
CRT SPECIAL INVESTMENTS LLC             TRANSFEROR: SCHILLING, STEVEN L. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902

Total Number of Records Printed     2
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006