# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

March 1, 2015 through March 31, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Transcripts | | $326.70 |
| Photos/Art/ Spec Duplicating | Out of Office | 1,269.90 |
| Messenger Service | | 168.00 |
| Courier/Delivery Service | | 3,296.06 |
| Computer Research | Westlaw | 323.06 |
| In-House Duplicating | | 1,195.50 |
| Postage | | 13.86 |
| Pacer | | 208.50 |
| **Total Expenses** | | **$6,801.58** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1270612 | 03/09/15 | B | 326.70 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPT - 3/9/15 | 506 | 684 | 207592 |
| 1279233 | 03/12/15 | B | 189.20 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT,  FAX BROADCAST - 3/12/15 | 510 | 684 | 208079 |
| 1279232 | 03/23/15 | B | 654.80 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT,  BINDERS, TABS - 3/23/15 | 510 | 684 | 208078 |
| 1279228 | 03/26/15 | B | 263.15 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, BINDERS, TABS - 3/26/15 | 510 | 904 | 208074 |
| 1279223 | 03/27/15 | B | 162.75 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST, INTERNATIONAL FAX BROADCAST - 3/20/15 | 510 | 684 | 208069 |
| 1269137 | 03/02/15 | B | 7.00 | Messenger Service - 3/2/15 | 513S | 000 | |
| 1269138 | 03/02/15 | B | 7.00 | Messenger Service - 3/2/15 | 513S | 000 | |
| 1279609 | 03/09/15 | B | 7.00 | Messenger Service - 3/9/15 | 513S | 000 | |
| 1279709 | 03/13/15 | B | 7.00 | Messenger Service - 3/13/15 | 513S | 000 | |
| 1279710 | 03/13/15 | B | 7.00 | Messenger Service - 3/13/15 | 513S | 000 | |
| 1279731 | 03/17/15 | B | 7.00 | Messenger Service - 3/17/15 | 513S | 000 | |
| 1279748 | 03/17/15 | B | 14.00 | Messenger Service - 3/17/15 | 513S | 000 | |
| 1279786 | 03/19/15 | B | 7.00 | Messenger Service - 3/19/15 | 513S | 000 | |
| 1279796 | 03/20/15 | B | 7.00 | Messenger Service - 3/20/15 | 513S | 000 | |
| 1279822 | 03/23/15 | B | 7.00 | Messenger Service - 3/23/15 | 513S | 000 | |
| 1279823 | 03/24/15 | B | 7.00 | Messenger Service - 3/24/15 | 513S | 000 | |
| 1279835 | 03/24/15 | B | 7.00 | Messenger Service - 3/24/15 | 513S | 000 | |
| 1279836 | 03/24/15 | B | 7.00 | Messenger Service - 3/24/15 | 513S | 000 | |
| 1279857 | 03/25/15 | B | 7.00 | Messenger Service - 3/25/15 | 513S | 000 | |
| 1279859 | 03/25/15 | B | 7.00 | Messenger Service - 3/25/15 | 513S | 000 | |
| 1279867 | 03/26/15 | B | 7.00 | Messenger Service - 3/26/15 | 513S | 000 | |
| 1279875 | 03/26/15 | B | 7.00 | Messenger Service - 3/26/15 | 513S | 000 | |
| 1279893 | 03/27/15 | B | 7.00 | Messenger Service - 3/27/15 | 513S | 000 | |
| 1279894 | 03/27/15 | B | 7.00 | Messenger Service - 3/27/15 | 513S | 000 | |
| 1279895 | 03/27/15 | B | 7.00 | Messenger Service - 3/27/15 | 513S | 000 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | PRO FORMA 373446 | AS OF 03/31/15 | | INVOICE# ****** |
| 63989-DIP | | | | | | | |
| DATE: 04/20/15 11:50:52 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1279896 | 03/27/15 | B | 7.00 | Messenger Service - 3/27/15 | 513S | 000 | |
| 1279920 | 03/31/15 | B | 7.00 | Messenger Service - 3/31/15 | 513S | 000 | |
| 1279934 | 03/31/15 | B | 7.00 | Messenger Service - 3/31/15 | 513S | 000 | |
| 1276056 | 02/23/15 | B | 48.30 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 2/23/15 - 2/27/15 | 514 | 000 | 207858 |
| 1276039 | 03/02/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 207857 |
| 1276040 | 03/04/15 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 207857 |
| 1279091 | 03/09/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208015 |
| 1274849 | 03/12/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274850 | 03/12/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274851 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274843 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274844 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274845 | 03/12/15 | B | 26.57 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274846 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274847 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274848 | 03/12/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274837 | 03/12/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274838 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274839 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274840 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274841 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274842 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274831 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274832 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274833 | 03/12/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274834 | 03/12/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274835 | 03/12/15 | B | 16.01 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274836 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274825 | 03/12/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274826 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274827 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274828 | 03/12/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274829 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274830 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274819 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274820 | 03/12/15 | B | 26.35 | Courier/Delivery Service | 514 | 322 | 207815 |

```
Nortel Networks, Inc.                            PRO FORMA  373446           AS OF 03/31/15           INVOICE#  ******
63989-DIP
DATE: 04/20/15 11:50:52
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1274821 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274822 | 03/12/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274823 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274824 | 03/12/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274813 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274814 | 03/12/15 | B | 24.34 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274815 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274816 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274817 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274818 | 03/12/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274807 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274808 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274809 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274810 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274811 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274812 | 03/12/15 | B | 25.14 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274801 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274802 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274803 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274804 | 03/12/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274805 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274806 | 03/12/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274795 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274796 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274797 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274798 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274799 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274800 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274789 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274790 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274791 | 03/12/15 | B | 19.86 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274792 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274793 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274794 | 03/12/15 | B | 21.54 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274783 | 03/12/15 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274784 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274785 | 03/12/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274786 | 03/12/15 | B | 26.57 | Courier/Delivery Service | 514 | 322 | 207815 |

```
Nortel Networks, Inc.                              PRO FORMA   373446              AS OF 03/31/15                              INVOICE# ******
63989-DIP
DATE: 04/20/15 11:50:52
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1274787 | 03/12/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1274788 | 03/12/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207815 |
| 1280105 | 03/12/15 | B | 32.66 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 684 | 208123 |
| 1279107 | 03/17/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208016 |
| 1277852 | 03/24/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277853 | 03/24/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277854 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277789 | 03/24/15 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277790 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277791 | 03/24/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277846 | 03/24/15 | B | 16.01 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277847 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277848 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277849 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277850 | 03/24/15 | B | 26.35 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277851 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277840 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277841 | 03/24/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277842 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277843 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277844 | 03/24/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277845 | 03/24/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277834 | 03/24/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277835 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277836 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277837 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277838 | 03/24/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277839 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277828 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277829 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277830 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277831 | 03/24/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277832 | 03/24/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277833 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277822 | 03/24/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277823 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277824 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277825 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |

```
Nortel Networks, Inc.                                                        PRO FORMA 373446        AS OF 03/31/15                          INVOICE#  ******
63989-DIP
DATE: 04/20/15 11:50:52
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1277826 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277827 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277816 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277817 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277818 | 03/24/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277819 | 03/24/15 | B | 21.54 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277820 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277821 | 03/24/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277810 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277811 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277812 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277813 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277814 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277815 | 03/24/15 | B | 26.57 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277804 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277805 | 03/24/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277806 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277807 | 03/24/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277808 | 03/24/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277809 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277798 | 03/24/15 | B | 19.86 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277799 | 03/24/15 | B | 26.57 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277800 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277801 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277802 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277803 | 03/24/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277792 | 03/24/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277793 | 03/24/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277794 | 03/24/15 | B | 25.14 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277795 | 03/24/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277796 | 03/24/15 | B | 24.34 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277797 | 03/24/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 207960 |
| 1277859 | 03/24/15 | B | 32.66 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 207961 |
| 1280260 | 03/27/15 | B | 35.19 | Courier/Delivery Service | 514 | 322 | 208134 |
| 1280147 | 03/27/15 | B | 89.52 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 637 | 208130 |
| 1280261 | 03/27/15 | B | 14.66 | Courier/Delivery Service | 514 | 322 | 208134 |
| 1280262 | 03/27/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208134 |
| 1280263 | 03/27/15 | B | 36.40 | Courier/Delivery Service | 514 | 322 | 208134 |

```
Nortel Networks, Inc.                              PRO FORMA  373446         AS OF 03/31/15         INVOICE# ******
63989-DIP
DATE: 04/20/15 11:50:52
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1280264 | 03/27/15 | B | 42.44 | Courier/Delivery Service | 514 | 322 | 208134 |
| 1280265 | 03/27/15 | B | 36.42 | Courier/Delivery Service | 514 | 322 | 208134 |
| 1280155 | 03/31/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208132 |
| 1273600 | 03/20/15 | B | 13.37 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1277665 | 03/26/15 | B | 35.91 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1277666 | 03/26/15 | B | 76.95 | Computer Research - Westlaw Search Performed by: PRINT,WESTLAW CASE | 515 | 000 | |
| 1277664 | 03/26/15 | B | 196.83 | Computer Research - Westlaw Search Performed by: FUSCO,RENAE | 515 | 546 | |
| 1270692 | 03/06/15 | B | 9.60 | In-House Duplicating | 519 | 605 | |
| 1272730 | 03/17/15 | B | 183.00 | In-House Duplicating | 519 | 670 | |
| 1275181 | 03/23/15 | B | 11.20 | In-House Duplicating | 519 | 605 | |
| 1275184 | 03/24/15 | B | 4.80 | In-House Duplicating | 519 | 971 | |
| 1275183 | 03/24/15 | B | 48.40 | In-House Duplicating | 519 | 546 | |
| 1276566 | 03/25/15 | B | 79.50 | In-House Duplicating | 519 | 670 | |
| 1276567 | 03/26/15 | B | 1.50 | In-House Duplicating | 519 | 971 | |
| 1276568 | 03/27/15 | B | 3.60 | In-House Duplicating | 519 | 637 | |
| 1279987 | 03/17/15 | B | 1.96 | Postage - 3/17/15 | 520 | 000 | |
| 1280000 | 03/23/15 | B | 0.98 | Postage - 3/23/15 | 520 | 000 | |
| 1280004 | 03/24/15 | B | 4.20 | Postage - 3/24/15 | 520 | 000 | |
| 1280009 | 03/26/15 | B | 6.72 | Postage - 3/26/15 | 520 | 000 | |
| 1276255 | 02/28/15 | B | 208.50 | Pacer charges for the month of February | 529 | 000 | |
| 1268509 | 03/02/15 | B | 1.15 | In-House Printing - black & white Call time: 09:45; to | 541 | 684 | |
| 1268510 | 03/02/15 | B | 1.80 | In-House Printing - black & white Call time: 09:45; to | 541 | 684 | |
| 1268503 | 03/02/15 | B | 3.80 | In-House Printing - black & white Call time: 09:38; to | 541 | 684 | |
| 1268504 | 03/02/15 | B | 1.45 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1268505 | 03/02/15 | B | 2.70 | In-House Printing - black & white Call time: 09:41; to | 541 | 684 | |
| 1268506 | 03/02/15 | B | 1.95 | In-House Printing - black & white Call time: 09:42; to | 541 | 684 | |
| 1268507 | 03/02/15 | B | 1.05 | In-House Printing - black & white Call time: 09:43; to | 541 | 684 | |
| 1268508 | 03/02/15 | B | 1.60 | In-House Printing - black & white Call time: 09:43; to | 541 | 684 | |
| 1269917 | 03/04/15 | B | 3.30 | In-House Printing - black & white Call time: 11:25; to | 541 | 546 | |

```
Nortel Networks, Inc.                          PRO FORMA  373446        AS OF 03/31/15              INVOICE# ******
63989-DIP
DATE: 04/20/15 11:50:52
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1270693 | 03/06/15 | B | 1.45 | In-House Printing - black & white Call time: 17:41; to | 541 | 605 | |
| 1270694 | 03/06/15 | B | 0.10 | In-House Printing - black & white Call time: 17:41; to | 541 | 605 | |
| 1270695 | 03/06/15 | B | 1.45 | In-House Printing - black & white Call time: 16:59; to | 541 | 605 | |
| 1270696 | 03/06/15 | B | 0.10 | In-House Printing - black & white Call time: 16:59; to | 541 | 605 | |
| 1274197 | 03/09/15 | B | 1.70 | In-House Printing - black & white Call time: 15:59; to | 541 | 904 | |
| 1274198 | 03/09/15 | B | 2.65 | In-House Printing - black & white Call time: 15:52; to | 541 | 904 | |
| 1270697 | 03/11/15 | B | 1.55 | In-House Printing - black & white Call time: 16:10; to | 541 | 221 | |
| 1270698 | 03/11/15 | B | 0.55 | In-House Printing - black & white Call time: 16:10; to | 541 | 221 | |
| 1270699 | 03/11/15 | B | 2.15 | In-House Printing - black & white Call time: 16:12; to | 541 | 221 | |
| 1272737 | 03/16/15 | B | 1.25 | In-House Printing - black & white Call time: 15:39; to | 541 | 637 | |
| 1272738 | 03/16/15 | B | 1.25 | In-House Printing - black & white Call time: 15:40; to | 541 | 637 | |
| 1272739 | 03/16/15 | B | 1.25 | In-House Printing - black & white Call time: 15:40; to | 541 | 637 | |
| 1272740 | 03/16/15 | B | 1.25 | In-House Printing - black & white Call time: 15:40; to | 541 | 637 | |
| 1272741 | 03/16/15 | B | 1.35 | In-House Printing - black & white Call time: 15:41; to | 541 | 637 | |
| 1272731 | 03/16/15 | B | 1.10 | In-House Printing - black & white Call time: 15:32; to | 541 | 637 | |
| 1272732 | 03/16/15 | B | 1.55 | In-House Printing - black & white Call time: 15:33; to | 541 | 637 | |
| 1272733 | 03/16/15 | B | 2.20 | In-House Printing - black & white Call time: 15:36; to | 541 | 637 | |
| 1272734 | 03/16/15 | B | 2.90 | In-House Printing - black & white Call time: 15:37; to | 541 | 637 | |
| 1272735 | 03/16/15 | B | 1.25 | In-House Printing - black & white Call time: 15:38; to | 541 | 637 | |
| 1272736 | 03/16/15 | B | 1.25 | In-House Printing - black & white Call time: 15:39; to | 541 | 637 | |
| 1272742 | 03/16/15 | B | 11.00 | In-House Printing - black & white Call time: 16:41; to | 541 | 684 | |
| 1272744 | 03/17/15 | B | 1.10 | In-House Printing - black & white Call time: 11:41; to | 541 | 684 | |
| 1272745 | 03/17/15 | B | 9.95 | In-House Printing - black & white Call time: 11:43; to | 541 | 684 | |
| 1272746 | 03/17/15 | B | 10.95 | In-House Printing - black & white Call time: 11:45; to | 541 | 684 | |
| 1272747 | 03/17/15 | B | 2.30 | In-House Printing - black & white Call time: 11:16; to | 541 | 684 | |
| 1272743 | 03/17/15 | B | 1.35 | In-House Printing - black & white Call time: 14:54; to | 541 | 670 | |
| 1275740 | 03/19/15 | B | 1.10 | In-House Printing - black & white Call time: 11:56; to | 541 | 546 | |
| 1275741 | 03/19/15 | B | 1.55 | In-House Printing - black & white Call time: 11:57; to | 541 | 546 | |
| 1275742 | 03/19/15 | B | 2.20 | In-House Printing - black & white Call time: 12:00; to | 541 | 546 | |
| 1275743 | 03/19/15 | B | 2.90 | In-House Printing - black & white Call time: 12:01; to | 541 | 546 | |

```
Nortel Networks, Inc.                              PRO FORMA  373446      AS OF 03/31/15                    INVOICE# ******
63989-DIP
DATE: 04/20/15 11:50:52
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1275750 | 03/19/15 | B | 1.35 | In-House Printing - black & white Call time: 12:05; to | 541 | 546 | |
| 1275751 | 03/19/15 | B | 1.45 | In-House Printing - black & white Call time: 12:50; to | 541 | 546 | |
| 1275744 | 03/19/15 | B | 1.25 | In-House Printing - black & white Call time: 12:01; to | 541 | 546 | |
| 1275745 | 03/19/15 | B | 1.25 | In-House Printing - black & white Call time: 12:02; to | 541 | 546 | |
| 1275746 | 03/19/15 | B | 1.25 | In-House Printing - black & white Call time: 12:03; to | 541 | 546 | |
| 1275747 | 03/19/15 | B | 1.25 | In-House Printing - black & white Call time: 12:03; to | 541 | 546 | |
| 1275748 | 03/19/15 | B | 1.25 | In-House Printing - black & white Call time: 12:03; to | 541 | 546 | |
| 1275749 | 03/19/15 | B | 1.25 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1273882 | 03/20/15 | B | 0.10 | In-House Printing - black & white Call time: 09:27; to | 541 | 637 | |
| 1273881 | 03/20/15 | B | 32.55 | In-House Printing - black & white Call time: 09:27; to | 541 | 637 | |
| 1273883 | 03/20/15 | B | 2.65 | In-House Printing - black & white Call time: 15:20; to | 541 | 904 | |
| 1274918 | 03/23/15 | B | 1.45 | In-House Printing - black & white Call time: 10:31; to | 541 | 684 | |
| 1274919 | 03/23/15 | B | 1.35 | In-House Printing - black & white Call time: 10:28; to | 541 | 684 | |
| 1274920 | 03/23/15 | B | 2.30 | In-House Printing - black & white Call time: 10:24; to | 541 | 684 | |
| 1274921 | 03/23/15 | B | 1.10 | In-House Printing - black & white Call time: 10:42; to | 541 | 684 | |
| 1274922 | 03/23/15 | B | 1.55 | In-House Printing - black & white Call time: 10:43; to | 541 | 684 | |
| 1274923 | 03/23/15 | B | 2.20 | In-House Printing - black & white Call time: 10:45; to | 541 | 684 | |
| 1274924 | 03/23/15 | B | 2.90 | In-House Printing - black & white Call time: 10:46; to | 541 | 684 | |
| 1274925 | 03/23/15 | B | 1.25 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1274926 | 03/23/15 | B | 1.25 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1274927 | 03/23/15 | B | 1.25 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1274928 | 03/23/15 | B | 1.25 | In-House Printing - black & white Call time: 10:48; to | 541 | 684 | |
| 1274929 | 03/23/15 | B | 1.25 | In-House Printing - black & white Call time: 10:48; to | 541 | 684 | |
| 1274930 | 03/23/15 | B | 1.25 | In-House Printing - black & white Call time: 10:49; to | 541 | 684 | |
| 1274931 | 03/23/15 | B | 1.35 | In-House Printing - black & white Call time: 10:49; to | 541 | 684 | |
| 1275186 | 03/23/15 | B | 1.00 | In-House Printing - black & white Call time: 20:55; to | 541 | 605 | |
| 1275188 | 03/23/15 | B | 0.20 | In-House Printing - black & white Call time: 20:55; to | 541 | 605 | |
| 1275190 | 03/23/15 | B | 1.00 | In-House Printing - black & white Call time: 21:31; to | 541 | 605 | |
| 1275193 | 03/23/15 | B | 0.20 | In-House Printing - black & white Call time: 21:31; to | 541 | 605 | |
| 1275194 | 03/23/15 | B | 1.10 | In-House Printing - black & white Call time: 21:45; to | 541 | 605 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1275196 | 03/23/15 | B | 0.25 | In-House Printing - black & white Call time: 21:45; to | 541 | 605 | |
| 1275202 | 03/24/15 | B | 2.75 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1275199 | 03/24/15 | B | 2.15 | In-House Printing - black & white Call time: 10:27; to | 541 | 904 | |
| 1275200 | 03/24/15 | B | 2.85 | In-House Printing - black & white Call time: 10:31; to | 541 | 904 | |
| 1275205 | 03/24/15 | B | 5.50 | In-House Printing - black & white Call time: 10:15; to | 541 | 904 | |
| 1276569 | 03/25/15 | B | 2.20 | In-House Printing - black & white Call time: 17:05; to | 541 | 010 | |
| 1276570 | 03/25/15 | B | 0.20 | In-House Printing - black & white Call time: 17:05; to | 541 | 010 | |
| 1276571 | 03/25/15 | B | 0.30 | In-House Printing - black & white Call time: 17:03; to | 541 | 010 | |
| 1276572 | 03/25/15 | B | 0.30 | In-House Printing - black & white Call time: 17:04; to | 541 | 010 | |
| 1276573 | 03/25/15 | B | 0.20 | In-House Printing - black & white Call time: 17:06; to | 541 | 010 | |
| 1276574 | 03/25/15 | B | 3.80 | In-House Printing - black & white Call time: 17:08; to | 541 | 010 | |
| 1276598 | 03/25/15 | B | 6.30 | In-House Printing - black & white Call time: 18:48; to | 541 | 010 | |
| 1276599 | 03/25/15 | B | 8.90 | In-House Printing - black & white Call time: 18:49; to | 541 | 010 | |
| 1276602 | 03/25/15 | B | 7.10 | In-House Printing - black & white Call time: 18:50; to | 541 | 010 | |
| 1276592 | 03/25/15 | B | 8.90 | In-House Printing - black & white Call time: 18:32; to | 541 | 010 | |
| 1276593 | 03/25/15 | B | 10.90 | In-House Printing - black & white Call time: 18:38; to | 541 | 010 | |
| 1276594 | 03/25/15 | B | 9.10 | In-House Printing - black & white Call time: 18:41; to | 541 | 010 | |
| 1276595 | 03/25/15 | B | 4.95 | In-House Printing - black & white Call time: 18:43; to | 541 | 010 | |
| 1276596 | 03/25/15 | B | 7.35 | In-House Printing - black & white Call time: 18:45; to | 541 | 010 | |
| 1276597 | 03/25/15 | B | 7.55 | In-House Printing - black & white Call time: 18:46; to | 541 | 010 | |
| 1276581 | 03/25/15 | B | 2.40 | In-House Printing - black & white Call time: 17:12; to | 541 | 010 | |
| 1276587 | 03/25/15 | B | 7.10 | In-House Printing - black & white Call time: 18:21; to | 541 | 010 | |
| 1276588 | 03/25/15 | B | 8.60 | In-House Printing - black & white Call time: 18:22; to | 541 | 010 | |
| 1276589 | 03/25/15 | B | 10.35 | In-House Printing - black & white Call time: 18:24; to | 541 | 010 | |
| 1276590 | 03/25/15 | B | 14.65 | In-House Printing - black & white Call time: 18:25; to | 541 | 010 | |
| 1276591 | 03/25/15 | B | 14.65 | In-House Printing - black & white Call time: 18:27; to | 541 | 010 | |
| 1276575 | 03/25/15 | B | 0.45 | In-House Printing - black & white Call time: 17:08; to | 541 | 010 | |
| 1276576 | 03/25/15 | B | 2.15 | In-House Printing - black & white Call time: 17:09; to | 541 | 010 | |
| 1276577 | 03/25/15 | B | 0.20 | In-House Printing - black & white Call time: 17:10; to | 541 | 010 | |
| 1276578 | 03/25/15 | B | 0.30 | In-House Printing - black & white Call time: 17:10; to | 541 | 010 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1276579 | 03/25/15 | B | 0.20 | In-House Printing - black & white Call time: 17:11; to | 541 | 010 | |
| 1276580 | 03/25/15 | B | 0.25 | In-House Printing - black & white Call time: 17:11; to | 541 | 010 | |
| 1276585 | 03/25/15 | B | 14.55 | In-House Printing - black & white Call time: 15:34; to | 541 | 670 | |
| 1276586 | 03/25/15 | B | 0.15 | In-House Printing - black & white Call time: 15:34; to | 541 | 670 | |
| 1276582 | 03/25/15 | B | 17.75 | In-House Printing - black & white Call time: 15:18; to | 541 | 684 | |
| 1276583 | 03/25/15 | B | 2.75 | In-House Printing - black & white Call time: 15:10; to | 541 | 684 | |
| 1276584 | 03/25/15 | B | 3.55 | In-House Printing - black & white Call time: 15:32; to | 541 | 684 | |
| 1276600 | 03/25/15 | B | 4.25 | In-House Printing - black & white Call time: 23:51; to | 541 | 605 | |
| 1276601 | 03/25/15 | B | 0.25 | In-House Printing - black & white Call time: 23:51; to | 541 | 605 | |
| 1276603 | 03/25/15 | B | 1.80 | In-House Printing - black & white Call time: 19:41; to | 541 | 605 | |
| 1276606 | 03/26/15 | B | 0.15 | In-House Printing - black & white Call time: 10:02; to | 541 | 684 | |
| 1276607 | 03/26/15 | B | 1.35 | In-House Printing - black & white Call time: 10:02; to | 541 | 684 | |
| 1276613 | 03/26/15 | B | 23.25 | In-House Printing - black & white Call time: 14:47; to | 541 | 684 | |
| 1276614 | 03/26/15 | B | 4.50 | In-House Printing - black & white Call time: 14:37; to | 541 | 684 | |
| 1276604 | 03/26/15 | B | 0.15 | In-House Printing - black & white Call time: 09:55; to | 541 | 546 | |
| 1276605 | 03/26/15 | B | 0.90 | In-House Printing - black & white Call time: 09:55; to | 541 | 546 | |
| 1276608 | 03/26/15 | B | 1.65 | In-House Printing - black & white Call time: 09:29; to | 541 | 546 | |
| 1276609 | 03/26/15 | B | 1.50 | In-House Printing - black & white Call time: 09:31; to | 541 | 546 | |
| 1276610 | 03/26/15 | B | 1.70 | In-House Printing - black & white Call time: 09:31; to | 541 | 546 | |
| 1276611 | 03/26/15 | B | 0.35 | In-House Printing - black & white Call time: 09:33; to | 541 | 546 | |
| 1276612 | 03/26/15 | B | 14.75 | In-House Printing - black & white Call time: 09:33; to | 541 | 546 | |
| 1278136 | 03/30/15 | B | 2.20 | In-House Printing - black & white Call time: 16:59; to | 541 | 322 | |
| 1278134 | 03/30/15 | B | 1.50 | In-House Printing - black & white Call time: 16:43; to | 541 | 684 | |
| 1278135 | 03/30/15 | B | 0.30 | In-House Printing - black & white Call time: 16:43; to | 541 | 684 | |
| 1278137 | 03/31/15 | B | 8.70 | In-House Printing - black & white Call time: 14:32; to | 541 | 684 | |
| 1276654 | 03/25/15 | B | 4.00 | In-House Printing - color | 542 | 605 | |
| 1276655 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276656 | 03/25/15 | B | 5.00 | In-House Printing - color | 542 | 605 | |
| 1276681 | 03/25/15 | B | 17.00 | In-House Printing - color | 542 | 605 | |
| 1276682 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/20/15 11:50:52  
PRO FORMA   373440   AS OF 03/31/15  
INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1276683 | 03/25/15 | B | 9.00 | In-House Printing - color | 542 | 605 | |
| 1276684 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276675 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276676 | 03/25/15 | B | 6.00 | In-House Printing - color | 542 | 605 | |
| 1276677 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276678 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276679 | 03/25/15 | B | 0.50 | In-House Printing - color | 542 | 605 | |
| 1276680 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 605 | |
| 1276669 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276670 | 03/25/15 | B | 13.00 | In-House Printing - color | 542 | 605 | |
| 1276671 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276672 | 03/25/15 | B | 10.00 | In-House Printing - color | 542 | 605 | |
| 1276673 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276674 | 03/25/15 | B | 10.00 | In-House Printing - color | 542 | 605 | |
| 1276663 | 03/25/15 | B | 0.75 | In-House Printing - color | 542 | 605 | |
| 1276664 | 03/25/15 | B | 6.00 | In-House Printing - color | 542 | 605 | |
| 1276665 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276666 | 03/25/15 | B | 11.00 | In-House Printing - color | 542 | 605 | |
| 1276667 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276668 | 03/25/15 | B | 8.00 | In-House Printing - color | 542 | 605 | |
| 1276657 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276658 | 03/25/15 | B | 7.00 | In-House Printing - color | 542 | 605 | |
| 1276659 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276660 | 03/25/15 | B | 10.00 | In-House Printing - color | 542 | 605 | |
| 1276661 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1276662 | 03/25/15 | B | 1.50 | In-House Printing - color | 542 | 605 | |
| 1276615 | 03/25/15 | B | 1.50 | In-House Printing - color | 542 | 670 | |
| 1276648 | 03/25/15 | B | 0.75 | In-House Printing - color | 542 | 670 | |
| 1276649 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276650 | 03/25/15 | B | 0.75 | In-House Printing - color | 542 | 670 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/20/15 11:50:52

PRO FORMA 373440    AS OF 03/31/15    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1276651 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276652 | 03/25/15 | B | 18.75 | In-House Printing - color | 542 | 670 | |
| 1276653 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276642 | 03/25/15 | B | 1.25 | In-House Printing - color | 542 | 670 | |
| 1276643 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276644 | 03/25/15 | B | 1.25 | In-House Printing - color | 542 | 670 | |
| 1276645 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276646 | 03/25/15 | B | 10.75 | In-House Printing - color | 542 | 670 | |
| 1276647 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276634 | 03/25/15 | B | 0.75 | In-House Printing - color | 542 | 670 | |
| 1276635 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276636 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 670 | |
| 1276637 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276638 | 03/25/15 | B | 11.75 | In-House Printing - color | 542 | 670 | |
| 1276639 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276628 | 03/25/15 | B | 0.50 | In-House Printing - color | 542 | 670 | |
| 1276629 | 03/25/15 | B | 0.50 | In-House Printing - color | 542 | 670 | |
| 1276630 | 03/25/15 | B | 1.25 | In-House Printing - color | 542 | 670 | |
| 1276631 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276632 | 03/25/15 | B | 1.25 | In-House Printing - color | 542 | 670 | |
| 1276633 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276622 | 03/25/15 | B | 145.50 | In-House Printing - color | 542 | 670 | |
| 1276623 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 670 | |
| 1276624 | 03/25/15 | B | 2.00 | In-House Printing - color | 542 | 670 | |
| 1276625 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276626 | 03/25/15 | B | 10.50 | In-House Printing - color | 542 | 670 | |
| 1276627 | 03/25/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1276616 | 03/25/15 | B | 1.50 | In-House Printing - color | 542 | 670 | |
| 1276617 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 670 | |
| 1276618 | 03/25/15 | B | 1.00 | In-House Printing - color | 542 | 670 | |

```
Nortel Networks, Inc.                   PRO FORMA  373446         AS OF 03/31/15                           INVOICE#  ******
63989-DIP
DATE: 04/20/15 11:50:52

INDEX       DATE      STAT      AMOUNT    DESCRIPTION                                         CODE    TKPER      VOUCHER
1276619   03/25/15     B          1.00    In-House Printing - color                           542      670
1276620   03/25/15     B          1.00    In-House Printing - color                           542      670
1276621   03/25/15     B          1.00    In-House Printing - color                           542      670
1276640   03/25/15     B         72.75    In-House Printing - color                           542      603
1276641   03/25/15     B          0.50    In-House Printing - color                           542      603
1276685   03/26/15     B          2.25    In-House Printing - color                           542      605
1276686   03/26/15     B          1.50    In-House Printing - color                           542      605

                                       6,801.58
```