of the services rendered by WTP to the Committee during the Compensation Period is $22,559.00.

In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by WTP is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, WTP has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, WTP respectfully requests that the Court authorize that for the period March 1, 2015 through March 31, 2015, an allowance be made to WTP pursuant to the terms of the Administrative Order, with respect to the sum of $22,559.00 compensation for necessary professional services rendered, (80% of which equals $18,047.20), and the sum of $4,197.74 as 100% reimbursement of actual necessary costs and expenses, for a total of $26,756.74 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: April 20, 2015
       Wilmington, Delaware

                                           /s/ *Christopher M. Samis*
                                    Christopher M. Samis (No. 4909)
                                    L. Katherine Good (No. 5101)
                                    WHITEFORD, TAYLOR & PRESTON LLC
                                    The Renaissance Centre
                                    405 North King Street, Suite 500
                                    Wilmington, Delaware  19801
                                    Telephone:     (302) 353-4144
                                    Facsimile:     (302) 661-7950
                                    Email:         csamis@wtplaw.com
                                                   kgood@wtplaw.com

                                    *Co-Counsel for the Official Committee of*
                                    *Unsecured Creditors*

## VERIFICATION

I, Christopher M. Samis, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and based on the information and records available to me:

a)      I am a Partner with the applicant firm, Whiteford, Taylor & Preston LLC and have been admitted to appear before this Court.

b)      I am familiar with the work performed on behalf of the Committee by the professionals in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

*/s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)

# <u>EXHIBIT A</u>

# **EXHIBIT B**