# **<u>EXHIBIT A</u>**

```
****************************************************************************************************Page 1 of (9)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 03/31/15
 BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT  AS OF 4/16/2015 4:08:20 PM
                                          PROFORMA NUMBER: 346931          LAST DATE BILLED 03/27/15
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | | | |
| | | | NORTEL NETWORKS, INC. | | | | | | | |
| MATTER 00001 | | | NORTEL | | | | | | | |
| CASE ID | | | | | | | | | | |
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| 12229138 | 03/02/15 | | HEARING BINDER FOR NORTEL HEARING ON 3/3/15 | S10 | | 1.60 | 01769 | CM | 376.00 | 376.00 |
| 12230036 | 03/02/15 | | DRAFT AFFIDAVIT OF SERVICE RE: FIRST MONTHLY AND INTERIM APPLICATION | S1 | | .10 | 01769 | CM | 23.50 | 399.50 |
| 12266608 | 03/02/15 | | E-MAIL TO B. KAHN RE: FEBRUARY WTP FEE AND EXPENSE ESTIMATES. | S17 | | .10 | 01762 | CMS | 51.50 | 451.00 |
| 12267223 | 03/02/15 | | MEETING WITH C. MCALLISTER RE: PREPARATION FOR 3/3 HEARING (.1); REVIEW HEARING BINDER FOR SAME (.1); EMAIL X3 TO M. FAGEN RE: 3/3 HEARING (.2); EMAIL X2 TO A. CORDO RE: SAME (.1); REVIEW AMENDED AGENDA CANCELING HEARING (.1); EMAIL TO C. SAMIS RE: MATERIALS FROM 2/27 HEARING (.1); EMAIL X2 TO DLS REGARDING SAME (.1) | S10 | | .80 | 01761 | LKG | 392.00 | 843.00 |
| 12267226 | 03/02/15 | | MEETING WITH C. SAMIS RE: CORRECTED COVER PAGE FOR WTP FIRST MONTHLY FEE APPLICATION (.1); PREPARE DRAFT OF SAME (.1); EMAIL TO C. SAMIS RE: SAME (.1) | S19 | | .30 | 01761 | LKG | 147.00 | 990.00 |
| 12233258 | 03/03/15 | | ATTENTION TO FINALIZING, FILING AND SERVING CORRECTED FIRST PAGE TO FIRST AND MONTHLY FILING | S19 | | 1.10 | 01769 | CM | 258.50 | 1,248.50 |
| 12233263 | 03/04/15 | | ATTENTION TO FINALIZING AND FILING CNO FOR CASSELS BROCK 10TH MONTHLY APPLICATION | S20 | | .50 | 01769 | CM | 117.50 | 1,366.00 |
| 12267371 | 03/05/15 | | EMAIL X2 TO M. WUNDER RE: CNO FOR CASSELS BROCK 10TH MONTHLY APPLICATION (.1); REVIEW/REVISE SAME (.1); FINALIZE AND EFILE SAME (.2) | S20 | | .40 | 01761 | LKG | 196.00 | 1,562.00 |
| 12233286 | 03/06/15 | | ATTENTION TO FINALIZING, FILING AND SERVING AFFIDAVIT OF SERVICE RE: NOTICE OF FIRST MONTHLY AND INTERIM APPLICATION OF WTP RE: D.I. NO. 15264 | S19 | | .20 | 01769 | CM | 47.00 | 1,609.00 |
| 12266972 | 03/06/15 | | E-MAIL TO B. KAHN RE: PPI APPEAL SCHEDULING ORDER. | S16 | | .10 | 01762 | CMS | 51.50 | 1,660.50 |
| 12270266 | 03/06/15 | | REVIEW SCHEDULING ORDER RE: PPI SETTLEMENT APPEAL (.1); EMAIL TO C. SAMIS RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 98.00 | 1,758.50 |

```
*********************************************************************************************Page 2 of (9)
                                        WHITEFORD, TAYLOR & PRESTON    THRU 03/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT    AS OF 4/16/2015 4:08:20 PM
                                        PROFORMA NUMBER: 346931         LAST DATE BILLED 03/27/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. |
| --- | --- |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12234824 | 03/09/15 | | CREATE DOCKET DISTRIBUTION LIST FOR NORTEL | S1 | | .20 | 01769 | CM | 47.00 | 1,805.50 |
| 12234826 | 03/09/15 | | ADD A. QURESHI CONTACT; SHARED WITH C. SAMIS AND K. GOOD | S1 | | .10 | 01769 | CM | 23.50 | 1,829.00 |
| 12234828 | 03/09/15 | | ATTENTION TO UPDATING FEE APPLICATION CHART FOR AKIN, GUMP, STRAUSS, HAUER & FELD LLP | S20 | | 2.40 | 01769 | CM | 564.00 | 2,393.00 |
| 12234829 | 03/09/15 | | EMAIL TO K. GOOD RE: NORTEL FEE APPLICATION CHART | S20 | | .10 | 01769 | CM | 23.50 | 2,416.50 |
| 12235215 | 03/09/15 | | REVIEW AND DISTRIBUTE DAILY DOCKET DISTRIBUTION FOR NORTEL | S1 | | .10 | 01769 | CM | 23.50 | 2,440.00 |
| 12266627 | 03/09/15 | | E-MAILS TO F. HODARA RE: DAILY DOCKET DISTRIBUTIONS (.1 X 2). | S1 | | .20 | 01762 | CMS | 103.00 | 2,543.00 |
| 12266634 | 03/09/15 | | E-MAIL TO B. KAHN RE: AUTHORITY FOR INTERIM DISTRIBUTIONS OUTSIDE A PLAN. | S9 | | .10 | 01762 | CMS | 51.50 | 2,594.50 |
| 12266635 | 03/09/15 | | E-MAIL TO K. GOOD RE: AUTHORITY FOR INTERIM DISTRIBUTIONS OUTSIDE A PLAN. | S9 | | .10 | 01762 | CMS | 51.50 | 2,646.00 |
| 12266636 | 03/09/15 | | REVIEW FARALLON LETTER RE: AUTHORITY FOR INTERIM DISTRIBUTIONS OUTSIDE A PLAN. | S9 | | .20 | 01762 | CMS | 103.00 | 2,749.00 |
| 12270787 | 03/09/15 | | REVIEW LETTER FROM BROWN RUDNICK RE: INTERIM DISTRIBUTIONS ON CLAIMS | S9 | | .20 | 01761 | LKG | 98.00 | 2,847.00 |
| 12266723 | 03/10/15 | | E-MAILS TO I. COLON RE: OBTAINING US ONE DOCUMENTS FOR ANALYSIS OF BROWN RUDNICK DISTRIBUTION LETTER (.1 X 4) | S9 | | .40 | 01762 | CMS | 206.00 | 3,053.00 |
| 12266724 | 03/10/15 | | CALL FROM I. COLON RE: OBTAINING US ONE DOCUMENTS FOR ANALYSIS OF BROWN RUDNICK DISTRIBUTION LETTER. | S9 | | .20 | 01762 | CMS | 103.00 | 3,156.00 |
| 12266725 | 03/10/15 | | CALL FROM B. KAHN RE: OBTAINING US ONE DOCUMENTS FOR ANALYSIS OF BROWN RUDNICK DISTRIBUTION LETTER. | S9 | | .30 | 01762 | CMS | 154.50 | 3,310.50 |

```
************************************************************************************Page 3 of (9)
                                      WHITEFORD, TAYLOR & PRESTON     THRU 03/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT  AS OF 4/16/2015 4:08:20 PM
                                      PROFORMA NUMBER: 346931         LAST DATE BILLED 03/27/15
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12266726 | 03/10/15 | | CALLS TO/FROM R. JOHSON RE: OBTAINING US ONE DOCUMENTS FOR ANALYSIS OF BROWN RUDNICK DISTRIBUTION LETTER (.2 X 2). | S9 | | .40 | 01762 | CMS | 206.00 | 3,516.50 |
| 12266727 | 03/10/15 | | E-MAIL TO B. KAHN AND R. JOHNSON RE: OBTAINING US ONE DOCUMENTS FOR ANALYSIS OF BROWN RUDNICK DISTRIBUTION LETTER. | S9 | | .10 | 01762 | CMS | 51.50 | 3,568.00 |
| 12266728 | 03/10/15 | | REVIEW BROWN RUDNICK DISTRIBUTION LETTER. | S9 | | .30 | 01762 | CMS | 154.50 | 3,722.50 |
| 12239609 | 03/12/15 | | REVIEW AND DISTRIBUTE DAILY DOCKET DISTRIBUTIONS FOR NORTEL | S1 | | .40 | 01769 | CM | 94.00 | 3,816.50 |
| 12266687 | 03/12/15 | | E-MAIL TO B. KAHN RE: EXEMPTION FROM MANDATORY MEDIATION IN PPI APPEAL. | S16 | | .10 | 01762 | CMS | 51.50 | 3,868.00 |
| 12270972 | 03/12/15 | | EMAIL TO C. SAMIS RE: MAGISTRATE'S RECOMMENDATION REGARDING MEDIATION AND SCHEDULING (.1); REVIEW SAME (.1) | S16 | | .20 | 01761 | LKG | 98.00 | 3,966.00 |
| 12241492 | 03/13/15 | | REVIEW AND DISTRIBUTE DAILY DOCKET DISTRIBUTION FOR NORTEL | S1 | | .20 | 01769 | CM | 47.00 | 4,013.00 |
| 12241607 | 03/13/15 | | SCHEDULE FIRST MONTHLY AND INTERIM FEE APP OBJECTION DEADLINE ON CALENDAR; CNO DEADLINE | S17 | | .10 | 01769 | CM | 23.50 | 4,036.50 |
| 12266665 | 03/13/15 | | REVIEW PLEADINGS ON DISTRIBUTIONS TO CREDITORS OUTSIDE OF CONTEXT OF PLAN. | S2 | | .60 | 01762 | CMS | 309.00 | 4,345.50 |
| 12266666 | 03/13/15 | | E-MAIL TO R. JOHNSON RE: PLEADINGS ON DISTRIBUTIONS TO CREDITORS OUTSIDE OF CONTEXT OF PLAN. | S9 | | .10 | 01762 | CMS | 51.50 | 4,397.00 |
| 12244125 | 03/16/15 | | REVIEW AND DISTRIBUTE DAILY DOCKET DISTRIBUTION FOR NORTEL | S1 | | .50 | 01769 | CM | 117.50 | 4,514.50 |
| 12266740 | 03/16/15 | | REVIEW CANADIAN CREDITORS' LATE-FILED CLAIMS REPLY. | S9 | | 1.30 | 01762 | CMS | 669.50 | 5,184.00 |
| 12246366 | 03/17/15 | | ATTENTION TO MANAGING DOCKET DOCUMENTS FOR NORTEL | S1 | | .20 | 01769 | CM | 47.00 | 5,231.00 |

```
********************************************************************************Page 4 of (9)
                                        WHITEFORD, TAYLOR & PRESTON         THRU 03/31/15
 BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 4/16/2015 4:08:20 PM
                                        PROFORMA NUMBER: 346931              LAST DATE BILLED 03/27/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| --- | --- |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12266795 | 03/18/15 | | E-MAIL TO L. SMELTZER RE: NOTICE IN SNMP ADVERSARY PROCEEDING. | S16 | | .10 | 01762 | CMS | 51.50 | 5,282.50 |
| 12266796 | 03/18/15 | | E-MAIL TO R. JOHNSON RE: LOCAL RULE 5011-1. | S16 | | .30 | 01762 | CMS | 154.50 | 5,437.00 |
| 12248751 | 03/19/15 | | EMAIL TO C.SAMIS AND K. GOOD RE: CAPSTONE 71ST FEE APPLICATION | S20 | | .10 | 01769 | CM | 23.50 | 5,460.50 |
| 12249717 | 03/19/15 | | MAINTENANCE OF DAILY DOCKET DISTRIBUTIONS FOR NORTEL | S1 | | .10 | 01769 | CM | 23.50 | 5,484.00 |
| 12249813 | 03/19/15 | | ATTENTION TO DRAFTING CNO FOR CAPSTONE 72ND FEE APPLICATION FOR NORTEL | S20 | | .40 | 01769 | CM | 94.00 | 5,578.00 |
| 12250657 | 03/20/15 | | EMAIL TO C. SAMIS RE: CAPSTONE 71ST AND 72ND MONTHLY APPLICATION CNOS FOR COMMITTEE APPROVAL | S20 | | .10 | 01769 | CM | 23.50 | 5,601.50 |
| 12250771 | 03/20/15 | | ATTENTION TO DRAFT AND FILE CAPSTONE 71ST MONTHLY APPLICATION CNO | S20 | | .40 | 01769 | CM | 94.00 | 5,695.50 |
| 12250772 | 03/20/15 | | ATTENTION TO EDIT AND FILE CAPSTONE ADVISORY 72ND MONTHLY APPLICATION CNO | S20 | | .40 | 01769 | CM | 94.00 | 5,789.50 |
| 12251422 | 03/20/15 | | ATTENTION TO REVIEW PROFORMA #334403 | S19 | | .50 | 01769 | CM | 117.50 | 5,907.00 |
| 12268930 | 03/20/15 | | ATTENTION TO CALENDARING AND CIRCULATING UPCOMING CRITICAL DATES AND MAINTAINING CRITICAL DATES CALENDAR. | S1 | | .80 | 01762 | CMS | 412.00 | 6,319.00 |
| 12268933 | 03/20/15 | | E-MAILS TO M. FAGEN AND J. HYLAND RE: CNOS FOR 71ST AND 72ND CAPSTONE FEE APPLICATIONS (.1 X 3). | S20 | | .30 | 01762 | CMS | 154.50 | 6,473.50 |
| 12253007 | 03/23/15 | | ATTENTION TO DRAFT WTP FIRST MONTHLY AND INTERIM CERTIFICATE OF NO OBJECTION (.6); PREPARE TO FILE RE: SAME (.1) | S19 | | .70 | 01769 | CM | 164.50 | 6,638.00 |
| 12253150 | 03/23/15 | | ATTENTION TO DRAFT ASHURST 72ND MONTHLY APPLICATION CERTIFICATE OF NO OBJECTION (.3); PREPARE TO E-FILE RE: SAME (.1) | S20 | | .40 | 01769 | CM | 94.00 | 6,732.00 |

```
*********************************************************************************************Page 5 of (9)
                                          WHITEFORD, TAYLOR & PRESTON       THRU 03/31/15
 BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT  AS OF 4/16/2015 4:08:20 PM
                                          PROFORMA NUMBER: 346931           LAST DATE BILLED 03/27/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| --- | --- |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12266814 | 03/23/15 | | REVIEW FEBRUARY 2015 BILL MEMO. | S19 | | .70 | 01762 | CMS | 360.50 | 7,092.50 |
| 12271256 | 03/23/15 | | REVIEW CNO RE: ASHURST 72ND MONTHLY FEE APPLICATION | S20 | | .10 | 01761 | LKG | 49.00 | 7,141.50 |
| 12271258 | 03/23/15 | | REVIEW/REVISE CNO RE: WTP FIRST MONTHLY FEE APPLICATION | S19 | | .10 | 01761 | LKG | 49.00 | 7,190.50 |
| 12271264 | 03/23/15 | | REVIEW FEBRUARY 2015 BILL MEMO | S19 | | .30 | 01761 | LKG | 147.00 | 7,337.50 |
| 12271288 | 03/23/15 | | REVIEW US DEBTORS' EXHIBIT LIST (.2); EMAIL TO M. PARTHUM RE: SAME (.1) | S16 | | .30 | 01761 | LKG | 147.00 | 7,484.50 |
| 12254339 | 03/24/15 | | EMAIL TO K. GOOD / C. SAMIS RE: HEARING BINDER FOR 3/26 HEARING; (.1); MEETING WITH K. GOOD RE: EXHIBITS FOR SAME (.1); CALL WITH K. GOOD RE: SAME (.1) | S10 | | .30 | 01769 | CM | 70.50 | 7,555.00 |
| 12254467 | 03/24/15 | | ATTENTION TO DRAFT AKIN GUMP 72ND (JANUARY) MONTHLY FEE APPLICATION CERTIFICATE OF NO OBJECTION (.2); PREPARE AND E-FILE RE: SAME (.1) | S20 | | .30 | 01769 | CM | 70.50 | 7,625.50 |
| 12254468 | 03/24/15 | | ATTENTION TO DRAFT CASSELS BROCK 11TH (JANUARY) MONTHLY FEE APPLICATION CERTIFICATE OF NO OBJECTION (.2) E-FILE RE: SAME (.1) | S20 | | .30 | 01769 | CM | 70.50 | 7,696.00 |
| 12255506 | 03/24/15 | | PREPARE HEARING BINDER FOR 3/26 NORTEL HEARING | S10 | | 2.00 | 01769 | CM | 470.00 | 8,166.00 |
| 12266487 | 03/24/15 | | EMAIL TO B. KAHN, M. FAGEN RE: CNO FOR AKIN GUMP 72ND FEE APPLICATION (.1); REVIEW CNO FOR SAME (.1); EMAIL TO M. WUNDER RE: CNO FOR CASSELS BROCK 11TH MONTHLY FEE APPLICATION (.1); REVIEW SAME (.1); MEETING WITH C. MCALLISTER RE: FILING SAME CNOS (.1) | S20 | | .50 | 01761 | LKG | 245.00 | 8,411.00 |
| 12266489 | 03/24/15 | | REVIEW 3/26 HEARING AGENDA (.1); MEETING X2 WITH C. MCALLISTER RE: PREPARATION OF MATERIALS FOR SAME (.2); EMAIL TO B. KAHN, M. FAGEN RE: 3/26 HEARING AGENDA (.1) | S10 | | .40 | 01761 | LKG | 196.00 | 8,607.00 |

```
*********************************************************************************************Page 6 of (9)
                                        WHITEFORD, TAYLOR & PRESTON    THRU 03/31/15
 BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 4/16/2015 4:08:20 PM
                                        PROFORMA NUMBER: 346931        LAST DATE BILLED 03/27/15
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12266492 | 03/24/15 | | REVIEW US DEBTORS' EXHIBIT LIST (.1); EMAIL TO M. PARTHUM RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 98.00 | 8,705.00 |
| 12266860 | 03/24/15 | | MEET W/ K. GOOD RE: PREPARATION OF EXHIBITS FOR 3/26/15 HEARING. | S10 | | .50 | 01762 | CMS | 257.50 | 8,962.50 |
| 12266863 | 03/24/15 | | E-MAIL TO M. PARTHUM RE: EXHIBITS FOR 3/26/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 9,014.00 |
| 12266894 | 03/24/15 | | REVIEW SUBMISSIONS IN CONNECTION WITH CANADIAN LATE EMPLOYEE CLAIMS DISPUTE IN PREPARATION FOR 3/26/15 HEARING. | S9 | | 3.60 | 01762 | CMS | 1,854.00 | 10,868.00 |
| 12255787 | 03/25/15 | | EMAIL FROM C. SAMIS RE: GUEST LIST FOR AKIN GUMP ATTORNEYS (.1); ATTENTION TO LOGISTICS FOR GUEST LIST FOR 3/26 HEARING (.1) | S10 | | .20 | 01769 | CM | 47.00 | 10,915.00 |
| 12255816 | 03/25/15 | | E-MAIL TO DLS RE: HEARING SUPPORT FOR 3/26 HEARING | S10 | | .10 | 01769 | CM | 23.50 | 10,938.50 |
| 12255835 | 03/25/15 | | CONTINUE TO PREPARE HEARING BINDERS FOR 3/26 HEARING (2.8); E-MAIL TO C. SAMIS / K. GOOD RE: SAME (.1 X 2) | S10 | | 3.00 | 01769 | CM | 705.00 | 11,643.50 |
| 12266417 | 03/25/15 | | EMAIL X2 TO DLS RE: PREPARATION OF NORTEL EXHIBIT BINDERS (.2); MEETING WITH C. SAMIS RE: PREPARATION FOR 3/26 HEARING (.1); PREPARE MATERIALS FOR SAME (.4); REVIEW 3/26 HEARING BINDERS (.3); EMAIL TO C. MCALLISTER RE: PREPARATION FOR 3/26 HEARING (.1) | S10 | | 1.10 | 01761 | LKG | 539.00 | 12,182.50 |
| 12266896 | 03/25/15 | | E-MAIL TO A. EVANS RE: PREPARATION FOR 3/26/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 12,234.00 |
| 12266897 | 03/25/15 | | E-MAILS TO C. MCALLISTER RE: PREPARATION FOR 3/26/15 HEARING (.1 X 3). | S10 | | .30 | 01762 | CMS | 154.50 | 12,388.50 |
| 12266898 | 03/25/15 | | E-MAILS TO F. HODARA RE: ALLOCATION DECISION. | S16 | | .20 | 01762 | CMS | 103.00 | 12,491.50 |
| 12257413 | 03/26/15 | | PREPARATION OF ADDITIONAL DOCUMENTS FOR 3/26 | S10 | | .60 | 01769 | CM | 141.00 | 12,632.50 |

```
*******************************************************************************************Page 7 of (9)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 03/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 4/16/2015 4:08:20 PM
                                    PROFORMA NUMBER: 346931          LAST DATE BILLED 03/27/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
|  | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID |  |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | HEARING (.3); CALL TO DLS RE: HEARING SUPPORT (.1 X 2); E-MAIL TO DLS RE: HEARING SUPPORT (.1) |  |  |  |  |  |  |  |
| 12257893 | 03/26/15 |  | ATTENTION TO DAILY DOCKET DISTRIBUTIONS FOR NORTEL | S1 |  | .10 | 01769 | CM | 23.50 | 12,656.00 |
| 12266837 | 03/26/15 |  | ATTEND 3/26/15 HEARING. | S10 |  | 8.00 | 01762 | CMS | 4,120.00 | 16,776.00 |
| 12266838 | 03/26/15 |  | PREPARE FOR 3/26/15 HEARING. | S10 |  | 1.00 | 01762 | CMS | 515.00 | 17,291.00 |
| 12266839 | 03/26/15 |  | ATTEND LUNCH MEETING RE: 3/26/15 HEARING. | S10 |  | 1.00 | 01762 | CMS | 515.00 | 17,806.00 |
| 12266849 | 03/26/15 |  | E-MAILS TO A. EVANS RE: PREPARATION FOR 3/26/15 HEARING (.1 X 3). | S10 |  | .30 | 01762 | CMS | 154.50 | 17,960.50 |
| 12266850 | 03/26/15 |  | ATTENTION TO LOGISTICAL CONCERNS RE: 3/26/15 HEARING. | S10 |  | .50 | 01762 | CMS | 257.50 | 18,218.00 |
| 12259063 | 03/27/15 |  | ORGANIZATION OF MULTIPLE BINDERS AND BOXES OF HEARING MATERIALS RE: 3/26 HEARING | S10 |  | .60 | 01769 | CM | 141.00 | 18,359.00 |
| 12259064 | 03/27/15 |  | ATTENTION TO UPDATING FEE APPLICATION CHART FOR AKIN GUMP STRAUSS HAUER & FELD, LLP | S20 |  | .80 | 01769 | CM | 188.00 | 18,547.00 |
| 12259087 | 03/27/15 |  | ATTENTION TO UPDATING FEE APPLICATION CHART FOR CAPSTONE GROUP, LLC | S20 |  | 2.60 | 01769 | CM | 611.00 | 19,158.00 |
| 12259159 | 03/27/15 |  | ATTENTION TO UPDATING FEE APPLICATION CHART FOR ASHURST LLP | S20 |  | .60 | 01769 | CM | 141.00 | 19,299.00 |
| 12259477 | 03/27/15 |  | MANAGEMENT OF LITIGATION MATERIALS FROM 3/26 HEARING (.2); FED-EX TO A. EVANS AT AKIN GUMP (.1) | S10 |  | .30 | 01769 | CM | 70.50 | 19,369.50 |
| 12265319 | 03/27/15 |  | REVIEW LETTER FROM R. MERSKY RE: 3/26 HEARING | S16 |  | .20 | 01761 | LKG | 98.00 | 19,467.50 |
| 12265326 | 03/27/15 |  | REVIEW LETTER FROM DEBTORS RE: 3/26 HEARING | S16 |  | .20 | 01761 | LKG | 98.00 | 19,565.50 |
| 12266881 | 03/27/15 |  | E-MAIL TO WORKGROUP RE: DISTRIBUTION OF 3/26/15 TRANSCRIPT. | S10 |  | .10 | 01762 | CMS | 51.50 | 19,617.00 |

```
*********************************************************************************************Page 8 of (9)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 03/31/15
 BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT    AS OF 4/16/2015 4:08:20 PM
                                        PROFORMA NUMBER: 346931          LAST DATE BILLED 03/27/15
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| 12266883 | 03/27/15 | | E-MAIL TO M. FAGEN RE: CONFIDENTIAL EXPERT FEES FOR FEBRUARY 2015. | S20 | | .10 | 01762 | CMS | 51.50 | 19,668.50 |
| 12266884 | 03/27/15 | | E-MAIL TO T. MINOTT RE: CONFIDENTIAL EXPERT FEES FOR FEBRUARY 2015. | S20 | | .10 | 01762 | CMS | 51.50 | 19,720.00 |
| 12261397 | 03/30/15 | | PREPARE NOTICE AND CERTIFICATE OF SERVICE FOR ASHURST LLP 73RD FEE APPLICATION | S20 | | .40 | 01769 | CM | 94.00 | 19,814.00 |
| 12261777 | 03/30/15 | | ATTENTION TO DAILY DOCKET DISTRIBUTIONS FOR NORTEL FROM 3/27-3/30 | S1 | | .10 | 01769 | CM | 23.50 | 19,837.50 |
| 12261779 | 03/30/15 | | ORGANIZATION OF MULTIPLE BINDERS AND BOXES OF HEARING MATERIALS RE: 3/26 HEARING | S10 | | .80 | 01769 | CM | 188.00 | 20,025.50 |
| 12262086 | 03/30/15 | | DOWNLOAD AND E-MAIL APPELLATE BRIEF TO C.SAMIS AND K.GOOD (.1); ATTENTION TO CRITICAL CALENDAR DATES RE: SAME (.1) | S16 | | .20 | 01769 | CM | 47.00 | 20,072.50 |
| 12265217 | 03/30/15 | | EMAIL TO C. MCALLISTER RE: ASHURST 73RD MONTHLY FEE APPLICATION AND DRAFTING NOTICE AND COS FOR SAME (.1); REVIEW/REVISE SAME (.1); FINALIZE AND EFILE ASHURST 73RD MONTHLY FEE APPLICATION (.2); EMAIL TO DLS RE: SERVICE OF SAME (.1); EMAIL TO M. FAGEN RE: ASHURST 73RD MONTHLY FEE APPLICATION (.1) | S20 | | .60 | 01761 | LKG | 294.00 | 20,366.50 |
| 12265218 | 03/30/15 | | EMAIL TO C. MCALLISTER RE: APPELLANT'S BRIEF IN PPI SETTLEMENT APPEAL (.1); EMAIL TO W. JEFFERS RE: APPENDIX FOR SAME (.1); REVIEW BRIEF (.7); COORDINATE WITH W. JEFFERS RE: SENDING APPENDIX TO R. JOHNSON AND B. KAHN (.2) | S16 | | 1.10 | 01761 | LKG | 539.00 | 20,905.50 |
| 12266833 | 03/30/15 | | E-MAILS TO R. JOHNSON RE: OPENING BRIEF IN PPI APPEAL (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 21,008.50 |
| 12266834 | 03/30/15 | | E-MAILS TO K. GOOD RE: OPENING BRIEF IN PPI APPEAL (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 21,111.50 |
| 12263428 | 03/31/15 | | EMAIL TO K. GOOD RE: NORTEL FEE APPLICATION CHART | S20 | | .40 | 01769 | CM | 94.00 | 21,205.50 |

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

```
**********************************************************************************************Page 9 of (9)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 03/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 4/16/2015 4:08:20 PM
                                        PROFORMA NUMBER:  346931           LAST DATE BILLED 03/27/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | (.1); MEETING RE: SAME (.3) | | | | | | | |
| 12263699 | 03/31/15 | | ATTENTION TO CRITICAL DATES CALENDAR | S1 | | .10 | 01769 | CM | 23.50 | 21,229.00 |
| 12265297 | 03/31/15 | | DRAFT WTP SECOND FEE APPLICATION FOR NORTEL | S19 | | .80 | 01769 | CM | 188.00 | 21,417.00 |
| 12266871 | 03/31/15 | | E-MAIL TO F. HODARA RE: ATTENDING BANKRUPTCY COURT TECHNOLOGY PRESENTATION FOR USE IN NORTEL. | S1 | | .10 | 01762 | CMS | 51.50 | 21,468.50 |
| 12266872 | 03/31/15 | | E-MAIL TO K. GOOD RE: APPEARANCE IN PPI APPEAL. | S16 | | .10 | 01762 | CMS | 51.50 | 21,520.00 |
| 12266873 | 03/31/15 | | E-MAIL TO K. GOOD RE: PURPORTED DEADLINE FOR FEDERAL COURT DECISIONS. | S16 | | .10 | 01762 | CMS | 51.50 | 21,571.50 |
| 12266874 | 03/31/15 | | E-MAIL TO R. JOHNSON RE: PURPORTED DEADLINE FOR FEDERAL COURT DECISIONS. | S16 | | .10 | 01762 | CMS | 51.50 | 21,623.00 |
| 12266875 | 03/31/15 | | CALL TO R. JOHNSON RE: PURPORTED DEADLINE FOR FEDERAL COURT DECISIONS. | S16 | | .20 | 01762 | CMS | 103.00 | 21,726.00 |
| 12271936 | 03/31/15 | | EMAIL TO C. SAMIS RE: REQUIREMENTS FOR JUDGES REGARDING MATTERS UNDER ADVISEMENT (.1) | S16 | | .10 | 01761 | LKG | 49.00 | 21,775.00 |
| 12271937 | 03/31/15 | | MEETING WITH C. MCALLISTER RE: FEE APPLICATION CHART | S20 | | .20 | 01761 | LKG | 98.00 | 21,873.00 |
| 12271962 | 03/31/15 | | MEETING WITH C. MCALLISTER RE: WTP FEBRUARY FEE APPLICATION (.1); MEETING WITH C. MCALLISTER, W. JEFFERS RE: PREPARATION OF WTP FEBRUARY FEE APPLICATION (.3) | S19 | | .40 | 01761 | LKG | 196.00 | 22,069.00 |
| 12272119 | 03/31/15 | | RESEARCH ISSUES RE: PPI SETTLEMENT APPEAL | S16 | | .80 | 01761 | LKG | 392.00 | 22,461.00 |
| 12272436 | 03/31/15 | | MEETING WITH C. MCALLISTER RE: BRIEFING DEADLINES FOR PPI APPEAL (.1); REVIEW SCHEDULING ORDER RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 98.00 | 22,559.00 |

```
                                                             58.10**TIME VALUE TOTAL**       22,559.00
```