# **<u>EXHIBIT B</u>**

```
***********************************************************************************************Page 1 of (2)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 03/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 4/16/2015 4:11:28 PM
                                          PROFORMA NUMBER: 346931          LAST DATE BILLED 03/27/15

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                      NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001          NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                        AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                               ONE BRYANT PARK
                                                                               BANK OF AMERICA TOWER
                                                                               NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____

              ***DISBURSEMENTS ***
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 7.74 |
| 3038763 | 03/31/15 | | 43 | | 01762 | WILCOX & FETZER - TRANSCRIPTS/DEPOSITIONS-BANKRUPTCY COURT HEARING AND REALTIME FEED | 3,691.60 | |
| | | | *43 | | | TRANSCRIPTS/DEPOSITIONS | | 3,691.60 |
| 3038766 | 03/06/15 | | 101 | | 01762 | PARCELS INC. - COURIER EXPENSE-HAND DELIVERY TO U.S. TRUSTEE | 7.50 | |
| 3038765 | 03/06/15 | | 101 | | 01762 | PARCELS INC. - COURIER EXPENSE-HAND DELIVERY TO MONZACK, MERSKY | 7.50 | |
| 3038764 | 03/06/15 | | 101 | | 01762 | PARCELS INC. - COURIER EXPENSE-HAND DELIVERY TO M. NICHOLS | 7.50 | |
| 3038767 | 03/09/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-HAND DELIVERY TO JUDGE GROSS | 15.00 | |
| 3038762 | 03/16/15 | | 101 | | 01762 | PARCELS INC. - COURIER EXPENSE-ACCOUNT # 1078-RETRIEVAL FEE OF ARCHIVED DOCUMENTS US ONE COMMUNICATION CORP. | 146.40 | |
| 3038772 | 03/19/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-PICKUP AT BANKRUPTCY COURT | 6.50 | |
| | | | *101 | | | COURIER EXPENSE | | 190.40 |
| 3038769 | 03/09/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY AND SERVE INTERIM FEE APP OF CAPSTONE ADVISORY, 11TH MONTHLY FEE APP OF CASSELS BROCK, 72ND MONTHLY FEE APP OF ASHURST | 106.54 | |
| 3038768 | 03/09/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY AND SERVE 72ND MONTHLY FEE APP CAPSTONE ADVISORY | 41.13 | |
| 3038771 | 03/17/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE 24TH INTERIM FEE APP ASHURST, 4TH INTERIM FEE APP C. BROCK, 1ST INTERIM FEE APP WTP, INTERIM FEE APP A. GUMP, 72ND MONTHLY FEE APP A. GUMP | 140.47 | |
| 3038770 | 03/17/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE NOTICE OF FILING CORRECTED COVER PAGE | 19.86 | |

```
*********************************************************************************************Page 2 of (2)
                                              WHITEFORD, TAYLOR & PRESTON      THRU 03/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED   BILLING REPORT       AS OF 4/16/2015 4:11:28 PM
                                              PROFORMA NUMBER: 346931          LAST DATE BILLED 03/27/15
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | |
| | | NORTEL NETWORKS, INC. | | | | | |
| MATTER 00001 | | NORTEL | | | | | |
| CASE ID | | | | | | | |

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | *44 | COPIES | 308.00 |
| | | | | | | *TOTAL DISBURSEMENTS* | 4,197.74 |