IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF DOCUMENT [D.I. No. 15455]

PLEASE TAKE NOTICE that Whiteford, Taylor & Preston LLC, counsel to the Official Committee of Unsecured Creditors hereby withdraws the Third Monthly Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the period March 1, 2015 through March 31, 2015 filed on April 20, 2015 [D.I. No. 15455] without prejudice.

Dated: April 20, 2015           Respectfully submitted
       Wilmington, Delaware

                                 */s/ Katherine Good*
                                Christopher M. Samis (No. 4909)
                                L. Katherine Good (No. 5101)
                                WHITEFORD, TAYLOR & PRESTON LLC
                                The Renaissance Centre
                                405 North King Street, Suite 500
                                Wilmington, Delaware 19801
                                Telephone: (302) 353-4144
                                Facsimile: (302) 661-7950

                                         -and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Co-Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*