**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                   |     |                                                        |
| --------------------------------- | --- | ------------------------------------------------------ |
|                                   | )   | Chapter 11                                             |
| In re:                            | )   |                                                        |
|                                   | )   | Case No. 09-10138 (KG)                                 |
| Nortel Networks Inc. et al.,[1]   | )   |                                                        |
|                                   | )   | (Jointly Administered)                                 |
|                   Debtors.        | )   | **Objection Deadline:  May 11, 2015 at 4:00 p.m. (ET)**|
|                                   | )   |                                                        |
|                                   | )   |                                                        |
|                                   | )   |                                                        |

**NOTICE OF THIRD MONTHLY FEE**
**APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC**

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors

(the "Committee") has today filed the attached **Third Monthly Application of Whiteford,**

**Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for**

**Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured**

**Creditors During the Period from March 1, 2015 through March 31, 2015** (the

"Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application

must be made in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and

331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim

Compensation and Reimbursement of Fees and Expenses for Professionals and Official

Committee Members (the "Administrative Order") entered February 4, 2009 [Docket No. 222],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

and must be filed with the Clerk of the Court, and be served upon and received by: (i) the above captioned debtors and debtors in possession (the "Debtors"), Nortel Networks Inc., P.O. Box 13010, RTP, North Carolina 27709 (Attn: Accounts Payable); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (iii) counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn: Derek C. Abbott, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, (Attn: Fred S. Hodara, Esq.); (v) counsel to the Official Committee of Unsecured Creditors, Whiteford, Taylor & Preston LLC, The Renaissance Centre, 405 North King Street, Suite 500, Wilmington, Delaware 19801 (Attn: Christopher M. Samis, Esq.); (vi) the Office of the United States Trustee, District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Mark Kenney, Esq.); and (vii) the Fee Examiner appointed in the above-captioned chapter 11 cases, Master, Sidlow & Associates, P.A., 2002 West 14th Street, Wilmington, Delaware 19806 (Attn: Judith Scarborough) (collectively, the "Notice Parties"), so as to be received no later than **May 11, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline"). Only those objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order the Applicant may be paid certain fees and expenses pursuant to the terms of the Administrative Order without further notice or hearing. If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Court. Only those

objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated: April 20, 2015
      Wilmington, Delaware

                              */s/ Christopher M. Samis*
                         Christopher M. Samis (No. 4909)
                         L. Katherine Good (No. 5101)
                         WHITEFORD, TAYLOR & PRESTON LLC
                         The Renaissance Centre
                         405 North King Street, Suite 500
                         Wilmington, Delaware 19801
                         Telephone: (302) 353-4144
                         Facsimile: (302) 661-7950

                         -and-

                         Fred S. Hodara, Esq.
                         AKIN GUMP STRAUSS HAUER & FELD LLP
                         One Bryant Park
                         New York, New York 10036
                         Telephone:  (212) 872-1000
                         Facsimile:  (212) 872-1002

                         Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*