# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**February 1, 2015 - February 28, 2015**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Feb 2015 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 15.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 6.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 99.5 |
| 15 | Travel | 12.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 132.5 |

**Summary of Services Rendered by Professional**

| Name | Feb 2015 Hours |
|---|---|
| Michael Kennedy, Member | 104.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 15.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 13.5 |
| James Elish, Analyst | - |
| **TOTAL** | 132.5 |

**Nortel Networks, Inc**
February 1, 2015 - February 28, 2015 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | Feb 2015 Hours | Code |
|---|---|---|---|
| 2/2/2015 | Allocation analysis and communications with Cleary and management | 4.0 | 14 |
| 2/3/2015 | Allocation analysis and communications with Cleary and management | 5.0 | 14 |
| 2/5/2015 | Allocation analysis and communications with Cleary and management | 3.0 | 14 |
| 2/5/2015 | Review cash flash report | 1.0 | 1 |
| 2/6/2015 | Call with creditor representatives | 2.0 | 7 |
| 2/6/2015 | Analysis of certain claims | 4.0 | 14 |
| 2/6/2015 | Allocation analysis and communications with Cleary and management | 3.0 | 14 |
| 2/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 2/10/2015 | Review Monitors cash forecast report | 1.0 | 1 |
| 2/10/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 2/10/2015 | Analysis of certain claims | 2.0 | 14 |
| 2/11/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 2/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 2/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 2/16/2015 | Calls & communication re: claims litigation | 2.0 | 14 |
| 2/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 2/18/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 2/18/2015 | Analysis & communication with Cleary & management re: sub issues list | 2.0 | 1 |
| 2/19/2015 | Calls with creditor representatives | 4.0 | 7 |
| 2/19/2015 | Calls & communication with Cleary & managementre: claims litigation | 2.0 | 14 |
| 2/19/2015 | Calls & communication with Cleary & managementre: sub issues list | 2.0 | 1 |
| 2/20/2015 | Analysis & communication with Cleary & management re: sub issues list | 5.0 | 1 |
| 2/20/2015 | Review cash flash report | 1.0 | 1 |
| 2/23/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 2/24/2015 | Review Monitor cash forecast report | 1.0 | 1 |
| 2/24/2015 | Calls & communication re: claims litigation | 3.0 | 14 |
| 2/24/2015 | Travel to NY | 4.0 | 15 |
| 2/25/2015 | Meetings at Cleary | 8.0 | 14 |
| 2/27/2015 | Travel to Chicago | 4.0 | 15 |
| 2/27/2015 | Review US management material | 2.0 | 1 |
| | **Feb 2015 Total** | **104.0** | |

**Nortel Networks, Inc**
February 1, 2015 - February 28, 2015 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Feb 2015 Hours | Code |
|---|---|---|---|
| 2/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 2/3/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/6/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/11/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/18/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/20/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/24/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/27/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | **Feb 2015 Total** | **15.0** | |

**Nortel Networks, Inc**
February 1, 2015 - February 28, 2015 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Feb 2015 Hours | Code |
|---|---|---|---|
| 2/24/2015 | Internal discussion regarding litigation and case status | 1.5 | 14 |
| 2/24/2015 | Travel | 4.0 | 15 |
| 2/25/2015 | Meetings re: Litigation matters and strategy | 8.0 | 14 |
| | **Feb 2015 Total** | **13.5** | |