# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2015 Through February 28, 2015

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 2/24/15-2/27/15** | Flight to New York, NY | $ 498.66 |
| Mike Kennedy | 2/24/15-2/27/15** | Hotel (three nights) | $ 473.02 |
| Jamie Ellis | 2/24/15-2/27/15 | Flight to New York, NY | $ 423.10 |
| Jamie Ellis | 2/24/15-2/27/15 | Hotel (three night) | $ 244.43 |
| Jamie Ellis | 2/24/15-2/27/15 | Ground Transportation | $ 98.10 |
| Jamie Ellis | 2/24/15-2/27/15 | Dinner | $ 39.20 |
| **Total Expenses** | | | **$ 1,776.51** |

** Trip was for two separate clients and expenses are shared between the two clients

Note: All airfare is being charged at a coach class rate.