# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**March 1, 2015 - March 31, 2015**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Mar 2015 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 32.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 4.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 117.8 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 153.8 |

**Summary of Services Rendered by Professional**

| Name | Mar 2015 Hours |
|---|---|
| Michael Kennedy, Member | 139.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 12.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 2.8 |
| James Elish, Analyst | - |
| **TOTAL** | 153.8 |

**Nortel Networks, Inc**
March 1, 2015 - March 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Mar 2015 Hours | Code |
|---|---|---|---|
| 3/2/2015 | Calls & communication re: claims litigation | 3.0 | 14 |
| 3/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 3/3/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 3/4/2015 | Review and discussion of monitor reports | 3.0 | 1 |
| 3/4/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/5/2015 | Review cash flash report | 1.0 | 1 |
| 3/5/2015 | Review RM Report | 3.0 | 1 |
| 3/5/2015 | Calls & communication re: claims analysis & litigation | 2.0 | 14 |
| 3/6/2015 | Calls & communication re: claims analysis & litigation | 5.0 | 14 |
| 3/9/2015 | Review analysis of certain claims, reports and categories | 6.0 | 14 |
| 3/10/2015 | Review analysis of certain claims, reports and categories | 6.0 | 14 |
| 3/10/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 3/11/2015 | Review analysis of certain claims, reports and categories | 6.0 | 14 |
| 3/12/2015 | Review and discuss material from credior rep | 3.0 | 14 |
| 3/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 3/13/2015 | Call with creditor representatives | 2.0 | 7 |
| 3/13/2015 | Review and discuss US management material | 5.0 | 1 |
| 3/16/2015 | Prepare and review analysis re: interco claims | 6.0 | 1 |
| 3/16/2015 | Call with creditor representatives | 2.0 | 7 |
| 3/17/2015 | Prepare and review analysis re: interco claims | 8.0 | 1 |
| 3/18/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 3/19/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 3/20/2015 | Calls & communication re: claims analysis & litigation | 8.0 | 14 |
| 3/23/2015 | Calls & communication re: claims analysis & litigation | 5.0 | 14 |
| 3/24/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 3/25/2015 | Calls & communication re: claims analysis & litigation | 5.0 | 14 |
| 3/26/2015 | Review cash flash report | 1.0 | 1 |
| 3/26/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 3/27/2015 | Review and analysis of Monitors claim report | 3.0 | 1 |
| 3/27/2015 | Calls & communication re: claims analysis & litigation | 4.0 | 14 |
| 3/30/2015 | Review and analysis of Monitors claim report | 2.0 | 1 |
| 3/30/2015 | Calls & communication re: claims analysis & litigation | 2.0 | 14 |
| 3/30/2015 | Prepare, review and discuss material re: litigation | 4.0 | 14 |
| 3/31/2015 | Prepare, review and discuss material re: litigation | 4.0 | 14 |
| **Mar 2015 Total** | | **139.0** | |

**Nortel Networks, Inc**
March 1, 2015 - March 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Mar 2015 Hours | Code |
|---|---|---|---|
| 3/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/3/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/6/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/10/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/16/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/18/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/20/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Mar 2015 Total** | | **12.0** | |

**Nortel Networks, Inc**
March 1, 2015 - March 31, 2015 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Mar 2015 Hours | Code |
|---|---|---|---|
| 3/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.8 | 14 |
| | **Mar 2015 Total** | **2.8** | |