# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP [Docket No. 15400] | 2/1/15 - 2/28/15 | £2,441.50 (Fees) £18.96 (Expenses) | £1,953.20 (Fees @ 80%) £18.96 (Expenses @ 100%) | 3/30/15 | 4/20/15 |