## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 2/1/2015 through 2/28/2015**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $895 | 24.80 | $22,196.00 |
| J. Borow | Executive Director | $895 | 36.60 | $32,757.00 |
| J. Hyland | Executive Director | $675 | 94.60 | $63,855.00 |
| A. Cowie | Managing Director | $625 | 45.90 | $28,687.50 |
| D. Demko | Consultant | $275 | 1.80 | $495.00 |
| J. Emerson | Consultant | $250 | 2.90 | $725.00 |
| J. Blum | Paraprofessional | $120 | 3.90 | $468.00 |
| **For the Period 2/1/2015 through 2/28/2015** | | | **210.50** | **$149,183.50** |