**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 2/1/2015 through 2/28/2015**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 45.70 | $34,483.50 |
| 05. Professional Retention/Fee Application Preparation | 7.80 | $3,100.50 |
| 08. Interaction/Mtgs w Creditors | 15.70 | $12,929.50 |
| 10. Recovery/SubCon/Lien Analysis | 82.00 | $58,707.00 |
| 11. Claim Analysis/Accounting | 41.10 | $27,546.00 |
| 13. Intercompany Transactions/Bal | 6.70 | $4,522.50 |
| 18. Operating and Other Reports | 7.20 | $4,992.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 4.30 | $2,902.50 |
| **For the Period 2/1/2015 through 2/28/2015** | **210.50** | **$149,183.50** |