# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 2/1/2015 through 2/28/2015**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **B001 Asset Acquisition/Disposition** | | | |
| 2/2/2015 | C. Kearns | 0.30 | Reviewed additional allocation/PPI scenarios requested by counsel. |
| 2/2/2015 | C. Kearns | 0.50 | Participated in settlement status call with F. Hodara and D. Botter (counsel) and A. Pisa (Milbank). |
| 2/2/2015 | J. Hyland | 2.40 | Reviewed proceeds allocation deck for counsel. |
| 2/2/2015 | J. Hyland | 2.80 | Analyzed proceeds allocation assumptions. |
| 2/3/2015 | C. Kearns | 0.20 | Emailed with counsel re: allocation scenarios. |
| 2/4/2015 | C. Kearns | 0.30 | Participated in portion of call with J. Bromley, A. Pisa (Milbank) and F. Hodara re: discussions with core parties to allocation. |
| 2/4/2015 | C. Kearns | 0.30 | Emailed with counsel re: meeting with core party. |
| 2/4/2015 | C. Kearns | 0.60 | Reviewed updated allocation analysis deck as prepared for counsel. |
| 2/5/2015 | C. Kearns | 0.10 | Participated in post-call discussion on next steps re: Ad Hoc discussions with D. Botter (counsel). |
| 2/5/2015 | C. Kearns | 0.20 | Emailed with counsel re: allocation scenarios. |
| 2/5/2015 | C. Kearns | 0.70 | Analyzed portion of bond trading prices that reflect PPI for memo to counsel. |
| 2/5/2015 | D. Demko | 1.00 | Reviewed the allocation of proceeds model assumptions. |
| 2/5/2015 | C. Kearns | 1.00 | Reviewed analysis of allocation scenarios as requested by counsel. |
| 2/6/2015 | C. Kearns | 0.10 | Emailed with counsel re: allocation scenarios. |
| 2/6/2015 | C. Kearns | 1.00 | Reviewed analysis of allocation scenarios as requested by counsel. |
| 2/10/2015 | C. Kearns | 0.20 | Emailed with counsel re: allocation related issues. |
| 2/13/2015 | C. Kearns | 0.30 | Emailed counsel re: internal allocation related discussions. |
| 2/13/2015 | D. Demko | 0.80 | Analyzed the allocation of proceeds model assumptions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/16/2015 | C. Kearns | 0.30 | Emailed with counsel re: ongoing discussions among the parties to the allocation proceedings. |
| 2/17/2015 | C. Kearns | 0.30 | Emailed with counsel re: discussions among core allocation proceeding parties. |
| 2/19/2015 | J. Hyland | 0.10 | Conducted call with M. Kennedy (Chilmark) re: assets and claims by estate. |
| 2/19/2015 | C. Kearns | 0.30 | Participated in follow-up call with counsel re: tasks to deal with core party discussion. |
| 2/19/2015 | C. Kearns | 0.30 | Emailed with counsel re: discussions with Cleary on core party issues. |
| 2/19/2015 | C. Kearns | 0.50 | Prepared allocation and recovery scenarios per request of counsel. |
| 2/19/2015 | C. Kearns | 0.50 | Participated in call with counsel and Milbank re: discussions among core parties. |
| 2/19/2015 | J. Hyland | 2.00 | Continued analyzing proceeds allocation methodology. |
| 2/19/2015 | J. Hyland | 2.70 | Continued analyzing proceeds allocation methodology. |
| 2/19/2015 | J. Hyland | 2.90 | Analyzed proceeds allocation methodology. |
| 2/20/2015 | C. Kearns | 0.30 | Followed up with call with F. Hodara (counsel) re: Committee member. |
| 2/20/2015 | C. Kearns | 0.40 | Participated in call with Committee member to discuss claims and allocation model assumptions. |
| 2/20/2015 | J. Hyland | 0.70 | Conducted call with M. Sandberg (FTI) re: assets and claims and proceeds allocation calculations. |
| 2/20/2015 | C. Kearns | 1.00 | Outlined scenarios requested by counsel based on discussions with core parties. |
| 2/21/2015 | C. Kearns | 2.00 | Reviewed model template requested by counsel for UCC allocation scenarios. |
| 2/22/2015 | C. Kearns | 1.60 | Outlined allocation framework requested by counsel to discuss with the UCC. |
| 2/23/2015 | C. Kearns | 0.20 | Continued to review draft of allocation analysis prepared at request of counsel including considering counsel comments. |
| 2/23/2015 | J. Hyland | 0.30 | Participated in call with counsel and J. Bromley (Cleary) re: proceeds allocation. |
| 2/23/2015 | J. Hyland | 1.70 | Participated in call with counsel re: proceeds allocation analysis for the Committee. |
| 2/23/2015 | C. Kearns | 2.20 | Met with counsel to discuss allocation scenarios in advance of committee meeting. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/23/2015 | J. Hyland | 2.80 | Reviewed proceeds allocation deck with analyses. |
| 2/23/2015 | J. Hyland | 2.80 | Continued reviewing proceeds allocation analysis and provided comments. |
| 2/23/2015 | J. Hyland | 2.90 | Reviewed proceeds allocation analysis and provided comments. |
| 2/23/2015 | C. Kearns | 2.90 | Reviewed draft of allocation analysis prepared at request of counsel including considering counsel comments. |
| 2/24/2015 | C. Kearns | 0.50 | Finalized presentation to Committee on updated allocation scenarios. |
| 2/24/2015 | C. Kearns | 0.60 | Participated in call with counsel and PBGC to discuss allocation scenarios and related estimated recoveries. |
| 2/27/2015 | C. Kearns | 0.10 | Emailed with counsel on allocation related issues. |
| Subtotal |  | 45.70 |  |

**B005 Professional Retention/Fee App**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/2/2015 | J. Hyland | 0.20 | Prepared January professional fee estimate for counsel. |
| 2/2/2015 | J. Hyland | 0.40 | Reviewed detailed time exhibit for 23rd Interim fee order. |
| 2/9/2015 | J. Blum | 0.50 | Prepared January Fee Application. |
| 2/9/2015 | J. Hyland | 0.80 | Reviewed December Fee Application updated draft. |
| 2/10/2015 | J. Blum | 0.60 | Prepared December Fee Application. |
| 2/24/2015 | J. Hyland | 0.80 | Reviewed January Fee Application. |
| 2/25/2015 | J. Hyland | 1.30 | Reviewed January Fee Application and filed with counsel. |
| 2/25/2015 | J. Blum | 1.90 | Prepared January Fee Application. |
| 2/26/2015 | J. Blum | 0.30 | Prepared January Fee Application. |
| 2/26/2015 | J. Hyland | 0.40 | Reviewed 24th Interim Fee Application. |
| 2/26/2015 | J. Blum | 0.60 | Prepared Twenty-Fourth Interim Fee Application. |
| Subtotal |  | 7.80 |  |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **B008 Interaction/Mtgs w Creditors** | | | |
| 2/2/2015 | J. Borow | 0.50 | Conducted discussion with party in interest re: status of matter. |
| 2/4/2015 | J. Borow | 2.20 | Met with UCC counsel and counsel to EMEA re: settlement and recovery concepts. |
| 2/5/2015 | C. Kearns | 0.70 | Participated in weekly UCC call re: case matters. |
| 2/5/2015 | J. Hyland | 0.70 | Participated in UCC call with UCC professionals and UCC members. |
| 2/5/2015 | J. Borow | 0.70 | Participated in meeting/conference call with UCC and professionals to UCC |
| 2/9/2015 | J. Borow | 0.70 | Conducted discussion with party in interest re: status of matter. |
| 2/12/2015 | J. Borow | 0.30 | Prepared notes for weekly UCC call. |
| 2/12/2015 | J. Hyland | 0.50 | Participated in weekly UCC call with UCC members and professionals. |
| 2/12/2015 | J. Borow | 0.50 | Participated in meeting/conference call with UCC and professionals to UCC. |
| 2/12/2015 | A. Cowie | 0.70 | Prepared discussion points for weekly UCC call. |
| 2/18/2015 | J. Borow | 1.10 | Conducted discussion with party in interest re: status of matter. |
| 2/19/2015 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC members and professionals. |
| 2/19/2015 | C. Kearns | 0.40 | Participated in weekly call with UCC. |
| 2/19/2015 | J. Borow | 0.40 | Participated in meeting with UCC and counsel to UCC re: status of issues on recoveries. |
| 2/19/2015 | A. Cowie | 0.80 | Prepared discussion points and analyses for weekly UCC call. |
| 2/24/2015 | A. Cowie | 0.70 | Prepared discussion points for UCC call. |
| 2/24/2015 | J. Borow | 0.70 | Discussed with member of UCC re: recovery scenarios. |
| 2/24/2015 | J. Hyland | 0.80 | Participated in UCC call with UCC members and professionals. |
| 2/24/2015 | J. Borow | 0.80 | Participated in conference call with UCC and counsel to UCC re: various issues. |
| 2/24/2015 | C. Kearns | 0.80 | Participated in call with Committee to outline allocation framework under consideration as requested by counsel. |
| 2/25/2015 | C. Kearns | 0.20 | Participated in conference call and emailed with D. Botter (counsel) re: status of discussions with Debtor. |
| 2/26/2015 | J. Borow | 1.10 | Conducted discussion with creditor/party in interest re: status of matter. |
| Subtotal | | 15.70 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **B010 Recovery/SubCon/Lien Analysis** | | | |
| 2/2/2015 | A. Cowie | 2.90 | Prepared updated creditor recovery analysis. |
| 2/3/2015 | J. Hyland | 0.20 | Responded to claims recovery model summary inquiries from counsel. |
| 2/3/2015 | J. Hyland | 0.70 | Distributed claims recovery model summary to counsel. |
| 2/3/2015 | A. Cowie | 0.80 | Prepared detailed recovery model on updated asset and claims assumptions. |
| 2/3/2015 | J. Borow | 1.80 | Reviewed and analyzed various recovery scenarios. |
| 2/3/2015 | J. Borow | 2.20 | Continued review of recovery and claims analyses. |
| 2/3/2015 | J. Hyland | 2.50 | Continued reviewing claims recovery model based upon various assumptions. |
| 2/3/2015 | J. Hyland | 2.90 | Reviewed claims recovery model based upon various assumptions. |
| 2/4/2015 | J. Borow | 0.30 | Continued to review various recovery, claims and settlement concepts and scenarios. |
| 2/4/2015 | J. Borow | 2.90 | Reviewed various recovery, claims and settlement concepts and scenarios. |
| 2/5/2015 | J. Borow | 2.50 | Reviewed recovery and claims analyses. |
| 2/9/2015 | A. Cowie | 0.60 | Analyzed updated settlement discussion terms in recovery models. |
| 2/13/2015 | A. Cowie | 2.60 | Prepared updates to detailed creditor recovery model for new input assumptions. |
| 2/19/2015 | J. Borow | 1.50 | Reviewed issues relating to recovery scenarios and related analyses. |
| 2/19/2015 | A. Cowie | 1.70 | Continued to prepare updated creditor recovery model reflecting current state of settlement negotiations. |
| 2/19/2015 | A. Cowie | 2.90 | Prepared updated creditor recovery model reflecting current state of settlement negotiations. |
| 2/20/2015 | A. Cowie | 1.10 | Continued to prepare updated creditor recovery model for settlement assumption set. |
| 2/20/2015 | J. Borow | 2.30 | Reviewed issues relating to various recovery scenarios. |
| 2/20/2015 | J. Hyland | 2.40 | Continued reviewing recovery calculations based upon model assumptions. |
| 2/20/2015 | J. Hyland | 2.70 | Reviewed recovery calculations based upon model assumptions. |
| 2/20/2015 | A. Cowie | 2.80 | Prepared updated creditor recovery model for settlement assumption set. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/21/2015 | A. Cowie | 1.60 | Continued to prepare updated recovery model and deck for UCC. |
| 2/21/2015 | A. Cowie | 2.90 | Prepared updated recovery model and deck for UCC. |
| 2/22/2015 | A. Cowie | 1.10 | Continued to prepare updated recovery model and deck for UCC. |
| 2/22/2015 | A. Cowie | 2.80 | Continued to prepare updated recovery model and deck for UCC. |
| 2/22/2015 | A. Cowie | 2.90 | Prepared updated recovery model and deck for UCC. |
| 2/23/2015 | J. Borow | 0.20 | Continued to review issues relating to various recovery scenarios. |
| 2/23/2015 | J. Borow | 1.40 | Continued to review issues relating to various recovery scenarios. |
| 2/23/2015 | J. Borow | 2.10 | Reviewed issues relating to various recovery scenarios. |
| 2/23/2015 | A. Cowie | 2.80 | Continued to prepare updated recovery model and deck for UCC. |
| 2/23/2015 | A. Cowie | 2.80 | Continued to prepare updated recovery model and deck for UCC. |
| 2/23/2015 | A. Cowie | 2.90 | Prepared updated creditor recovery model and deck for UCC. |
| 2/23/2015 | J. Borow | 2.90 | Continued to review issues relating to various recovery scenarios. |
| 2/24/2015 | A. Cowie | 2.30 | Prepared follow up analyses of creditor recoveries based on discussions in UCC call. |
| 2/24/2015 | A. Cowie | 2.60 | Continued to update creditor recovery presentation for UCC. |
| 2/24/2015 | J. Borow | 2.80 | Continued to review issues relating to various recovery scenarios. |
| 2/24/2015 | A. Cowie | 2.90 | Updated creditor recovery presentation for UCC. |
| 2/25/2015 | A. Cowie | 0.30 | Updated creditor recovery model. |
| 2/25/2015 | J. Borow | 1.10 | Reviewed creditor recovery scenarios. |
| 2/26/2015 | J. Borow | 1.10 | Analyzed of creditor recovery scenarios. |
| 2/27/2015 | J. Hyland | 2.20 | Analyzed estate assets and claims for recovery modeling. |
| Subtotal |  | 82.00 |  |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **B011 Claim Analysis/Accounting** | | | |
| 2/4/2015 | J. Emerson | 1.70 | Updated the Nortel Bond Presentation for the UCC. |
| 2/4/2015 | J. Hyland | 2.10 | Analyzed bond trading pricing. |
| 2/4/2015 | J. Hyland | 2.20 | Analyzed bond accrued interest calculations. |
| 2/4/2015 | J. Hyland | 2.70 | Analyzed PPI through current date. |
| 2/5/2015 | J. Hyland | 0.30 | Conducted call with M. Kennedy (Chilmark), re: U.S. claims. |
| 2/5/2015 | J. Hyland | 2.80 | Analyzed cross-border claims for NNI and NNL. |
| 2/6/2015 | J. Hyland | 0.20 | Conducted call with T. Ayres (E&Y) re: Canadian claims. |
| 2/6/2015 | C. Kearns | 0.20 | Analyzed PPI through current date. |
| 2/6/2015 | J. Hyland | 0.80 | Prepared summary of claims matters for counsel. |
| 2/6/2015 | C. Kearns | 0.80 | Analyzed portion of bond trading prices that reflect PPI. |
| 2/6/2015 | J. Hyland | 1.80 | Analyzed SNMP claim documentation. |
| 2/9/2015 | C. Kearns | 0.30 | Read internal memo re: SMNP claim and possible steps to resolve or litigate. |
| 2/9/2015 | J. Borow | 1.40 | Reviewed claims filed and related issues. |
| 2/9/2015 | J. Hyland | 1.40 | Analyzed Canadian claims. |
| 2/9/2015 | J. Hyland | 1.90 | Analyzed Canadian pension claims. |
| 2/10/2015 | A. Cowie | 0.40 | Analyzed Canadian claims base issues. |
| 2/10/2015 | J. Hyland | 2.50 | Continued analyzing NNL claims and claims changes. |
| 2/10/2015 | J. Hyland | 2.90 | Analyzed NNL claims and claims changes. |
| 2/11/2015 | J. Hyland | 1.30 | Reviewed claim from a NNI claimant. |
| 2/11/2015 | J. Hyland | 2.50 | Reviewed claim summary for counsel. |
| 2/12/2015 | C. Kearns | 0.20 | Emailed with counsel on PPI appeals. |
| 2/12/2015 | J. Hyland | 0.30 | Reviewed scheduling order for Canadian employee late-filed claim motion. |
| 2/12/2015 | C. Kearns | 0.30 | Read memo for counsel re: SNMP claim and schedule. |
| 2/12/2015 | J. Hyland | 1.40 | Reviewed Justice Newbould's decision re: UKPC pension claim against NNL. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/12/2015 | J. Hyland | 1.50 | Reviewed Cassel's claim summary and related analysis. |
| 2/17/2015 | C. Kearns | 0.20 | Emailed with Canadian counsel re: status of PPI appeal. |
| 2/17/2015 | J. Borow | 1.10 | Reviewed motions and allocations pertaining to post-petition interest issues. |
| 2/19/2015 | J. Hyland | 0.40 | Reviewed bond pricing update. |
| 2/19/2015 | J. Emerson | 1.20 | Updated Nortel Bond Prices for UCC Call. |
| 2/24/2015 | J. Hyland | 1.90 | Summarized status of claim analysis. |
| 2/24/2015 | J. Hyland | 2.10 | Reviewed the Debtors' objection to the late filed claims motion and related analyses. |
| 2/27/2015 | C. Kearns | 0.30 | Read summary of motions to object to late file Canadian employee claims. |
| Subtotal | | 41.10 | |

**B013 Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/18/2015 | J. Hyland | 0.10 | Conducted call with M. Fagen (counsel) re: APAC entity restructure. |
| 2/18/2015 | J. Hyland | 1.10 | Completed analysis of APAC entity balance sheet. |
| 2/18/2015 | J. Hyland | 2.60 | Continued analyzing balance sheet of APAC entity. |
| 2/18/2015 | J. Hyland | 2.90 | Analyzed balance sheet of APAC entity. |
| Subtotal | | 6.70 | |

**B018 Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/6/2015 | C. Kearns | 0.60 | Analyzed current Monitor's Report. |
| 2/6/2015 | J. Hyland | 1.40 | Continued reviewing Monitor's 112th Monitor's Report. |
| 2/6/2015 | J. Hyland | 2.90 | Reviewed Monitor's 112th Monitor's Report. |
| 2/26/2015 | J. Hyland | 2.30 | Reviewed the Debtors' January 2015 MOR. |
| Subtotal | | 7.20 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **B019 Cash Flow/Cash Mgmt Liquidity** | | | |
| 2/25/2015 | J. Hyland | 2.70 | Analyzed cash usage by estate. |
| 2/26/2015 | J. Hyland | 0.80 | Reviewed Canada's 2/15/2015 cash forecast and historic activity. |
| Subtotal | | 4.30 | |
| **Total Hours** | | **210.50** | |

**Capstone Advisory Group, LLC**                                                                                                                              **Page 9 of 9**
**Invoice for the 2/1/2015-2/28/2015 Fee Statement**