**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 2/1/2015 through 2/28/2015**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Telecom** | | | |
| 2/20/2015 | J. Hyland | Telecom to Canada. | $1.47 |
| 2/27/2015 | A. Cowie | International telecom charges for Nortel. | $60.00 |
| **Subtotal - Telecom** | | | **$61.47** |
| **For the Period 2/1/2015 through 2/28/2015** | | | $61.47 |