**Exhibit C**

**DISBURSEMENT SUMMARY**

**MARCH 01, 2015 THROUGH MARCH 31, 2015**

| Document Production | £5.34 |
|---|---|
| **TOTAL** | **£5.34** |