**Exhibit D**

**Disbursements Detailed Breakdown**

Document Production (Printing: A4 / A5 Black and White) 89 pages @ 0.06p | 5.34