**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**MARCH 01, 2015 THROUGH MARCH 31, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 4.20 | 1,911.00 |
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £200 | 2.90 | 580.00 |
| **TOTAL** | | | **7.10** | **2,491.00** |

# COMPENSATION BY PROJECT CATEGORY
## MARCH 01, 2015 THROUGH MARCH 31, 2015

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 3.20 | 716.50 |
| Creditors Committee Meetings | 3.60 | 1,638.00 |
| Intercompany Analysis | 0.30 | 136.50 |
| **TOTAL** | **7.10** | **2,491.00** |