## Exhibit B

**EXPENSE SUMMARY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

March 1, 2015 through March 31, 2015

| **Expense Category** | | **Total Expenses** |
|---|---|---|
| Telephone | | $43.82 |
| Travel – Transportation | | 1,248.50 |
| Travel – Meals | | 9.53 |
| Mailing & Shipping Charges | | 41.68 |
| Scanning Charges | | 24.80 |
| Duplicating Charges (at $0.10/page) | | 2,187.50 |
| Color Duplicating Charges (at $0.65/page) | | 1,792.70 |
| Legal Research | Lexis | 263.90 |
| | Westlaw | 467.50 |
| | Pacer | 1,223.82 |
| Late Work – Transportation | | 1,184.53 |
| Conference Meals | | 1,509.51 |
| Other Charges | | 2,247.77 |
| Expert Expenses | | 12,219.00 |
| **Grand Total Expenses** | | **$24,464.56** |

---

[1] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
|---|---|---|
| March 1, 2015 through March 31, 2015 | | (Case No. 09-10138 (KG)) |

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| **Telephone** | | |
| 11/13/2014 | 1.12 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 11/17/2014 | 3.08 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 11/18/2014 | 2.66 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 11/20/2014 | 1.30 | Conference Call Charges Conf. ID :    Name: Eugene Karlik |
| 11/20/2014 | 16.74 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 11/21/2014 | 0.96 | Conference Call Charges Conf. ID :    Name: Alexandra McCown |
| 11/21/2014 | 2.55 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 11/24/2014 | 0.91 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 12/5/2014 | 3.51 | Conference Call Charges Conf. ID :    Name: Alexandra McCown |
| 12/10/2014 | 4.98 | Conference Call Charges Conf. ID :    Name: Alexandra McCown |
| 12/10/2014 | 2.29 | Conference Call Charges Conf. ID :    Name: Eugene Karlik |
| 12/12/2014 | 3.72 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| **TOTAL:** | **43.82** | |
| **Travel - Transportation**[1] | | |
| 2/24/2015 | 45.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (booking fee) |
| 2/24/2015 | 268.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (roundtrip train ticket) |
| 2/25/2015 | 45.00 | TRAVEL - TRANSPORTATION - Herrington Trip to Delaware (booking fee) |
| 2/25/2015 | 268.00 | TRAVEL - TRANSPORTATION - Herrington Trip to Delaware (roundtrip train ticket) |
| 2/27/2015 | -13.00 | TRAVEL - TRANSPORTATION - Herrington Trip to Delaware (credit) |
| 2/27/2015 | 9.50 | TRAVEL - TRANSPORTATION - Herrington Trip to Delaware (ride within Delaware) |
| 3/18/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (booking fee) |
| 3/18/2015 | 268.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (roundtrip train ticket) |
| 3/24/2015 | 45.00 | TRAVEL - TRANSPORTATION - VanLare Trip to Delaware (booking fee) |
| 3/24/2015 | 268.00 | TRAVEL - TRANSPORTATION - VanLare Trip to Delaware (roundtrip train ticket) |
| **TOTAL:** | **1,248.50** | |
| **Travel - Meals** | | |
| 2/27/2015 | 2.85 | TRAVEL - MEALS - Herrington Trip to Delaware |
| 2/27/2015 | 6.68 | TRAVEL - MEALS - Herrington Trip to Delaware |
| **TOTAL:** | **9.53** | |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**March 1, 2015 through March 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| **Mailing & Shipping Charges** | | |
| | | |
| 3/4/2015 | 27.92 | SHIPPING CHARGES Inv#: 296490087  Track#: 621938987569 |
| 3/5/2015 | 12.57 | SHIPPING CHARGES Inv#: 296490087  Track#: 621938988245 |
| 3/20/2015 | 1.19 | N.Y. POSTAGE |
| **TOTAL:** | **41.68** | |
| | | |
| **Scanning Charges (@ $0.10/page)** | | |
| | | |
| 12/22/2014 | 0.10 | NY SCAN TO PDF |
| 12/23/2014 | 0.40 | NY SCAN TO PDF |
| 12/23/2014 | 0.70 | NY SCAN TO PDF |
| 1/15/2015 | 0.40 | NY SCAN TO PDF |
| 1/23/2015 | 0.30 | NY SCAN TO PDF |
| 1/23/2015 | 0.50 | NY SCAN TO PDF |
| 1/26/2015 | 0.10 | NY SCAN TO PDF |
| 1/28/2015 | 0.30 | NY SCAN TO PDF |
| 1/28/2015 | 0.70 | NY SCAN TO PDF |
| 1/28/2015 | 0.90 | NY SCAN TO PDF |
| 1/29/2015 | 0.10 | NY SCAN TO PDF |
| 1/29/2015 | 0.70 | NY SCAN TO PDF |
| 1/30/2015 | 0.90 | NY SCAN TO PDF |
| 1/30/2015 | 8.50 | NY SCAN TO PDF |
| 2/2/2015 | 0.10 | NY SCAN TO PDF |
| 2/4/2015 | 0.10 | NY SCAN TO PDF |
| 2/4/2015 | 1.10 | NY SCAN TO PDF |
| 2/4/2015 | 1.30 | NY SCAN TO PDF |
| 2/20/2015 | 1.70 | NY SCAN TO PDF |
| 2/23/2015 | 0.10 | NY SCAN TO PDF |
| 2/23/2015 | 0.10 | NY SCAN TO PDF |
| 2/23/2015 | 0.10 | NY SCAN TO PDF |
| 2/24/2015 | 0.10 | NY SCAN TO PDF |
| 2/24/2015 | 0.50 | NY SCAN TO PDF |
| 2/25/2015 | 0.10 | NY SCAN TO PDF |
| 2/25/2015 | 0.10 | NY SCAN TO PDF |
| 2/25/2015 | 0.10 | NY SCAN TO PDF |
| 2/25/2015 | 0.50 | NY SCAN TO PDF |
| 2/25/2015 | 1.10 | NY SCAN TO PDF |
| 2/26/2015 | 0.10 | NY SCAN TO PDF |
| 3/5/2015 | 0.60 | NY SCAN TO PDF |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**March 1, 2015 through March 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 3/6/2015 | 1.00 | NY SCAN TO PDF |
| 3/11/2015 | 0.20 | NY SCAN TO PDF |
| 3/11/2015 | 0.30 | NY SCAN TO PDF |
| 3/12/2015 | 0.50 | NY SCAN TO PDF |
| 3/13/2015 | 0.10 | NY SCAN TO PDF |
| 3/13/2015 | 0.10 | NY SCAN TO PDF |
| 3/17/2015 | 0.20 | NY SCAN TO PDF |
| **TOTAL:** | **24.80** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 3/3/2015 | 20.40 | NY DUPLICATING |
| 3/4/2015 | 107.10 | NY DUPLICATING |
| 3/6/2015 | 8.20 | NY DUPLICATING XEROX |
| 3/6/2015 | 21.80 | NY DUPLICATING XEROX |
| 3/9/2015 | 6.20 | NY DUPLICATING XEROX |
| 3/9/2015 | 29.30 | NY DUPLICATING XEROX |
| 3/9/2015 | 29.30 | NY DUPLICATING XEROX |
| 3/10/2015 | 6.80 | NY DUPLICATING |
| 3/11/2015 | 0.20 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.20 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.20 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.40 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.40 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.40 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.40 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.80 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.80 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.80 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.80 | NY DUPLICATING XEROX |
| 3/11/2015 | 0.80 | NY DUPLICATING XEROX |
| 3/11/2015 | 1.20 | NY DUPLICATING XEROX |
| 3/11/2015 | 1.60 | NY DUPLICATING XEROX |
| 3/11/2015 | 2.40 | NY DUPLICATING XEROX |
| 3/11/2015 | 2.40 | NY DUPLICATING XEROX |
| 3/11/2015 | 2.40 | NY DUPLICATING XEROX |
| 3/11/2015 | 2.60 | NY DUPLICATING XEROX |
| 3/11/2015 | 2.60 | NY DUPLICATING XEROX |

| | | |
|---|---|---|
| **EXPENSE SUMMARY** | | **In re Nortel Networks Inc., et al.** |
| **March 1, 2015 through March 31, 2015** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 3/11/2015 | 2.80 | NY DUPLICATING XEROX |
| 3/11/2015 | 2.80 | NY DUPLICATING XEROX |
| 3/11/2015 | 2.80 | NY DUPLICATING XEROX |
| 3/11/2015 | 3.00 | NY DUPLICATING XEROX |
| 3/11/2015 | 3.20 | NY DUPLICATING XEROX |
| 3/11/2015 | 3.60 | NY DUPLICATING XEROX |
| 3/11/2015 | 4.20 | NY DUPLICATING XEROX |
| 3/11/2015 | 5.00 | NY DUPLICATING XEROX |
| 3/11/2015 | 5.20 | NY DUPLICATING XEROX |
| 3/11/2015 | 5.60 | NY DUPLICATING XEROX |
| 3/11/2015 | 6.20 | NY DUPLICATING XEROX |
| 3/11/2015 | 6.20 | NY DUPLICATING XEROX |
| 3/12/2015 | 21.80 | NY DUPLICATING XEROX |
| 3/12/2015 | 21.80 | NY DUPLICATING XEROX |
| 3/16/2015 | 5.40 | NY DUPLICATING XEROX |
| 3/17/2015 | 0.40 | NY DUPLICATING XEROX |
| 3/17/2015 | 0.50 | NY DUPLICATING XEROX |
| 3/17/2015 | 0.80 | NY DUPLICATING XEROX |
| 3/17/2015 | 0.80 | NY DUPLICATING XEROX |
| 3/17/2015 | 1.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 1.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 1.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 1.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 3/17/2015 | 1.60 | NY DUPLICATING XEROX |
| 3/17/2015 | 1.60 | NY DUPLICATING XEROX |
| 3/17/2015 | 1.60 | NY DUPLICATING XEROX |
| 3/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 3.20 | NY DUPLICATING XEROX |
| 3/17/2015 | 3.60 | NY DUPLICATING XEROX |
| 3/17/2015 | 4.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 4.80 | NY DUPLICATING XEROX |
| 3/17/2015 | 5.60 | NY DUPLICATING XEROX |
| 3/17/2015 | 8.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 8.80 | NY DUPLICATING XEROX |
| 3/17/2015 | 11.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 12.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**  **In re Nortel Networks Inc., et al.**
**March 1, 2015 through March 31, 2015**  **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
| --- | --- | --- |
| 3/17/2015 | 13.50 | NY DUPLICATING XEROX |
| 3/17/2015 | 17.60 | NY DUPLICATING XEROX |
| 3/17/2015 | 23.20 | NY DUPLICATING XEROX |
| 3/17/2015 | 45.00 | NY DUPLICATING XEROX |
| 3/17/2015 | 53.50 | NY DUPLICATING XEROX |
| 3/17/2015 | 70.80 | NY DUPLICATING XEROX |
| 3/17/2015 | 86.00 | NY DUPLICATING XEROX |
| 3/18/2015 | 47.70 | NY DUPLICATING |
| 3/18/2015 | 621.80 | NY DUPLICATING |
| 3/18/2015 | 0.10 | NY DUPLICATING XEROX |
| 3/18/2015 | 0.20 | NY DUPLICATING XEROX |
| 3/18/2015 | 0.20 | NY DUPLICATING XEROX |
| 3/18/2015 | 0.20 | NY DUPLICATING XEROX |
| 3/18/2015 | 0.20 | NY DUPLICATING XEROX |
| 3/18/2015 | 0.50 | NY DUPLICATING XEROX |
| 3/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/18/2015 | 1.60 | NY DUPLICATING XEROX |
| 3/18/2015 | 1.70 | NY DUPLICATING XEROX |
| 3/18/2015 | 2.90 | NY DUPLICATING XEROX |
| 3/18/2015 | 6.60 | NY DUPLICATING XEROX |
| 3/18/2015 | 9.30 | NY DUPLICATING XEROX |
| 3/18/2015 | 14.20 | NY DUPLICATING XEROX |
| 3/18/2015 | 15.10 | NY DUPLICATING XEROX |
| 3/18/2015 | 16.90 | NY DUPLICATING XEROX |
| 3/18/2015 | 17.20 | NY DUPLICATING XEROX |
| 3/18/2015 | 18.20 | NY DUPLICATING XEROX |
| 3/18/2015 | 20.70 | NY DUPLICATING XEROX |
| 3/18/2015 | 20.90 | NY DUPLICATING XEROX |
| 3/18/2015 | 21.80 | NY DUPLICATING XEROX |
| 3/18/2015 | 21.90 | NY DUPLICATING XEROX |
| 3/19/2015 | 14.70 | NY DUPLICATING XEROX |
| 3/19/2015 | 21.80 | NY DUPLICATING XEROX |
| 3/19/2015 | 21.80 | NY DUPLICATING XEROX |
| 3/20/2015 | 3.30 | NY DUPLICATING XEROX |
| 3/21/2015 | 3.10 | NY DUPLICATING XEROX |
| 3/23/2015 | 0.10 | NY DUPLICATING XEROX |
| 3/23/2015 | 0.10 | NY DUPLICATING XEROX |
| 3/23/2015 | 0.50 | NY DUPLICATING XEROX |
| 3/23/2015 | 3.00 | NY DUPLICATING XEROX |
| 3/23/2015 | 3.20 | NY DUPLICATING XEROX |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
| --- | --- | --- |
| **March 1, 2015 through March 31, 2015** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
| --- | --- | --- |
| 3/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 3/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/24/2015 | 4.00 | NY DUPLICATING XEROX |
| 3/24/2015 | 4.00 | NY DUPLICATING XEROX |
| 3/24/2015 | 21.80 | NY DUPLICATING XEROX |
| 3/24/2015 | 44.10 | NY DUPLICATING XEROX |
| 3/24/2015 | 65.40 | NY DUPLICATING XEROX |
| 3/24/2015 | 87.90 | NY DUPLICATING XEROX |
| 3/26/2015 | 0.50 | NY DUPLICATING XEROX |
| 3/26/2015 | 0.50 | NY DUPLICATING XEROX |
| 3/26/2015 | 1.00 | NY DUPLICATING XEROX |
| 3/26/2015 | 1.00 | NY DUPLICATING XEROX |
| 3/26/2015 | 1.70 | NY DUPLICATING XEROX |
| 3/26/2015 | 2.00 | NY DUPLICATING XEROX |
| 3/26/2015 | 4.50 | NY DUPLICATING XEROX |
| 3/26/2015 | 7.50 | NY DUPLICATING XEROX |
| 3/26/2015 | 11.00 | NY DUPLICATING XEROX |
| 3/26/2015 | 31.50 | NY DUPLICATING XEROX |
| 3/26/2015 | 93.00 | NY DUPLICATING XEROX |
| 3/27/2015 | 0.30 | NY DUPLICATING XEROX |
| 3/27/2015 | 0.40 | NY DUPLICATING XEROX |
| 3/27/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/27/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/27/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/27/2015 | 0.60 | NY DUPLICATING XEROX |
| 3/27/2015 | 6.60 | NY DUPLICATING XEROX |
| 3/27/2015 | 8.10 | NY DUPLICATING XEROX |
| 3/27/2015 | 27.00 | NY DUPLICATING XEROX |
| 3/27/2015 | 32.10 | NY DUPLICATING XEROX |
| 3/27/2015 | 51.90 | NY DUPLICATING XEROX |
| 3/30/2015 | 1.00 | NY DUPLICATING XEROX |
| **TOTAL:** | **2,187.50** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 3/16/2015 | 81.90 | NY COLOR PRINTING |
| 3/16/2015 | 115.70 | NY COLOR PRINTING |
| 3/16/2015 | 135.85 | NY COLOR PRINTING |
| 3/17/2015 | 98.15 | NY COLOR PRINTING |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
| --- | --- | --- |
| **March 1, 2015 through March 31, 2015** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
| --- | --- | --- |
| 3/17/2015 | 111.80 | NY COLOR PRINTING |
| 3/17/2015 | 128.70 | NY COLOR PRINTING |
| 3/17/2015 | 163.80 | NY COLOR PRINTING |
| 3/17/2015 | 184.60 | NY COLOR PRINTING |
| 3/17/2015 | 231.40 | NY COLOR PRINTING |
| 3/20/2015 | 16.25 | NY COLOR PRINTING |
| 3/20/2015 | 20.80 | NY COLOR PRINTING |
| 3/20/2015 | 23.40 | NY COLOR PRINTING |
| 3/20/2015 | 23.40 | NY COLOR PRINTING |
| 3/20/2015 | 24.70 | NY COLOR PRINTING |
| 3/20/2015 | 27.95 | NY COLOR PRINTING |
| 3/20/2015 | 29.25 | NY COLOR PRINTING |
| 3/20/2015 | 29.25 | NY COLOR PRINTING |
| 3/20/2015 | 29.25 | NY COLOR PRINTING |
| 3/20/2015 | 29.25 | NY COLOR PRINTING |
| 3/20/2015 | 29.90 | NY COLOR PRINTING |
| 3/20/2015 | 33.80 | NY COLOR PRINTING |
| 3/20/2015 | 33.80 | NY COLOR PRINTING |
| 3/20/2015 | 34.45 | NY COLOR PRINTING |
| 3/20/2015 | 34.45 | NY COLOR PRINTING |
| 3/24/2015 | 1.30 | NY COLOR PRINTING |
| 3/24/2015 | 2.60 | NY COLOR PRINTING |
| 3/24/2015 | 2.60 | NY COLOR PRINTING |
| 3/24/2015 | 2.60 | NY COLOR PRINTING |
| 3/24/2015 | 3.25 | NY COLOR PRINTING |
| 3/24/2015 | 3.25 | NY COLOR PRINTING |
| 3/24/2015 | 4.55 | NY COLOR PRINTING |
| 3/24/2015 | 5.20 | NY COLOR PRINTING |
| 3/24/2015 | 95.55 | NY COLOR PRINTING |
| **TOTAL:** | **1,792.70** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 2/1/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/1/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/1/2015 | 0.91 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/2/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/2/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/2/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/3/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
| --- | --- | --- |
| March 1, 2015 through March 31, 2015 | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
| --- | --- | --- |
| 2/3/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/3/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/4/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/4/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/4/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/5/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/5/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/5/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/6/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/6/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/6/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/7/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/7/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/7/2015 | 0.91 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/8/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/8/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/8/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/9/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/9/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/9/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/10/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/10/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/10/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/11/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/11/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/11/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/12/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/12/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/12/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/13/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/13/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/13/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/14/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/14/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/14/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/15/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/15/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/15/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/16/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/16/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**March 1, 2015 through March 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 2/16/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/17/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/17/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/17/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/18/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/18/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/18/2015 | 0.91 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/19/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/19/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/19/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/20/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/20/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/20/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/21/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/21/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/21/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/22/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/22/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/22/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/23/2015 | 67.50 | COMPUTER RESEARCH - LEXIS |
| 2/23/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/23/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/23/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/24/2015 | 16.33 | COMPUTER RESEARCH - LEXIS |
| 2/24/2015 | 38.11 | COMPUTER RESEARCH - LEXIS |
| 2/24/2015 | 67.50 | COMPUTER RESEARCH - LEXIS |
| 2/24/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/24/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/24/2015 | 0.91 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/25/2015 | 0.88 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/25/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/25/2015 | 0.91 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/26/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/26/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/26/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/27/2015 | 0.87 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/27/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/27/2015 | 0.90 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/28/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/28/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**March 1, 2015 through March 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 2/28/2015 | 0.89 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| **TOTAL:** | **263.90** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 2/23/2015 | 10.45 | COMPUTER RESEARCH - WESTLAW |
| 2/23/2015 | 71.89 | COMPUTER RESEARCH - WESTLAW |
| 2/25/2015 | 10.20 | COMPUTER RESEARCH - WESTLAW |
| 3/2/2015 | 235.17 | COMPUTER RESEARCH - WESTLAW |
| 3/4/2015 | 10.45 | COMPUTER RESEARCH - WESTLAW |
| 3/4/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 3/6/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **467.50** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 1/13/2015 | 10.14 | Late Work Meals - Gianis |
| 1/14/2015 | 30.79 | Late Work Meals - Eckenrod |
| 1/15/2015 | 15.82 | Late Work Meals - Parthum |
| 1/15/2015 | 21.34 | Late Work Meals - Rappoport |
| 1/20/2015 | 21.55 | Late Work Meals - Gianis |
| 1/20/2015 | 13.99 | Late Work Meals - Parthum |
| 1/21/2015 | 35.07 | Late Work Meals - Coleman |
| 1/21/2015 | 18.60 | Late Work Meals - Gianis |
| 1/22/2015 | 25.34 | Late Work Meals - Coleman |
| 1/22/2015 | 15.19 | Late Work Meals - Gianis |
| 2/2/2015 | 36.61 | Late Work Meals - Eckenrod |
| 2/4/2015 | 34.00 | Late Work Meals - Eckenrod |
| 2/4/2015 | 16.88 | Late Work Meals - Stein |
| 2/9/2015 | 26.06 | Late Work Meals - Parthum |
| 2/10/2015 | 13.25 | Late Work Meals - Hailey |
| 2/10/2015 | 23.71 | Late Work Meals - Kaufman |
| 2/11/2015 | 32.15 | Late Work Meals - Lipner |
| 2/11/2015 | 12.12 | Late Work Meals - Parthum |
| 2/17/2015 | 45.27 | Late Work Meals - Eckenrod |
| 2/18/2015 | 8.31 | Late Work Meals - Parthum |
| 2/22/2015 | 12.36 | Late Work Meals - Parthum (weekend meal) |
| 2/22/2015 | 21.51 | Late Work Meals - Parthum (weekend meal) |
| 2/23/2015 | 30.49 | Late Work Meals - Parthum |
| 2/24/2015 | 17.91 | Late Work Meals - Ferguson |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**March 1, 2015 through March 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 2/24/2015 | 11.89 | Late Work Meals - Hailey |
| 2/24/2015 | 26.85 | Late Work Meals - Kaufman |
| 2/24/2015 | 10.20 | Late Work Meals - Parthum |
| 2/24/2015 | 26.83 | Late Work Meals - Smoler |
| 2/25/2015 | 20.74 | Late Work Meals - Gianis |
| 3/2/2015 | 16.38 | Late Work Meals - Shartsis |
| 3/3/2015 | 12.15 | Late Work Meals - Bromley |
| 3/5/2015 | 20.96 | Late Work Meals - Parthum |
| 3/9/2015 | 37.38 | Late Work Meals - Gianis |
| 3/9/2015 | 25.10 | Late Work Meals - Parthum |
| 3/10/2015 | 38.26 | Late Work Meals - Cantwell |
| 3/10/2015 | 16.66 | Late Work Meals - Parthum |
| 3/11/2015 | 10.13 | Late Work Meals - Parthum |
| 3/11/2015 | 17.14 | Late Work Meals - Stein |
| 3/12/2015 | 35.90 | Late Work Meals - Gianis |
| 3/16/2015 | 28.39 | Late Work Meals - Cantwell |
| 3/16/2015 | 18.55 | Late Work Meals - Ferguson |
| 3/16/2015 | 8.84 | Late Work Meals - Parthum |
| 3/17/2015 | 18.87 | Late Work Meals - Parthum |
| 3/17/2015 | 13.68 | Late Work Meals - Schweitzer |
| 3/17/2015 | 45.76 | Late Work Meals - VanLare |
| 3/18/2015 | 28.50 | Late Work Meals - Cantwell |
| 3/18/2015 | 12.15 | Late Work Meals - Parthum |
| 3/18/2015 | 38.75 | Late Work Meals - VanLare |
| 3/19/2015 | 15.51 | Late Work Meals - Cantwell |
| 3/19/2015 | 7.85 | Late Work Meals - Gurgel |
| 3/19/2015 | 18.30 | Late Work Meals - Parthum |
| 3/19/2015 | 36.75 | Late Work Meals - VanLare |
| 3/20/2015 | 42.51 | Late Work Meals - Rosenthal |
| 3/21/2015 | 24.38 | Late Work Meals - Cantwell |
| **TOTAL:** | **1,223.82** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 1/20/2015 | 40.31 | Late Work Transportation - Gianis |
| 1/21/2015 | 27.29 | Late Work Transportation - Gianis |
| 1/30/2015 | 179.38 | Late Work Transportation - Bromley |
| 1/30/2015 | 83.95 | Late Work Transportation - O'Keefe |
| 2/2/2015 | 31.79 | Late Work Transportation - Gurgel |
| 2/2/2015 | 99.20 | Late Work Transportation - Schweitzer |

**EXPENSE SUMMARY**  **In re Nortel Networks Inc., et al.**
**March 1, 2015 through March 31, 2015**  **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| 2/3/2015 | 32.58 | Late Work Transportation - Kaufman |
| 2/9/2015 | 15.38 | Late Work Transportation - Parthum |
| 2/11/2015 | 15.37 | Late Work Transportation - Gurgel |
| 2/11/2015 | 31.79 | Late Work Transportation - Lipner |
| 2/13/2015 | 130.97 | Late Work Transportation - Ferguson |
| 2/19/2015 | 60.41 | Late Work Transportation - McKay |
| 2/19/2015 | 16.00 | Late Work Transportation - Parthum |
| 2/22/2015 | 16.30 | Late Work Transportation - Parthum (weekend ride) |
| 2/22/2015 | 25.45 | Late Work Transportation - Parthum (weekend ride) |
| 2/24/2015 | 37.09 | Late Work Transportation - Ferguson |
| 2/24/2015 | 13.50 | Late Work Transportation - Parthum |
| 2/24/2015 | 40.99 | Late Work Transportation - Rosenthal |
| 2/24/2015 | 59.36 | Late Work Transportation - Smoler |
| 2/25/2015 | 54.12 | Late Work Transportation - Bromley |
| 2/25/2015 | 26.40 | Late Work Transportation - Gianis |
| 2/26/2015 | 63.06 | Late Work Transportation - Herrington |
| 2/27/2015 | 29.68 | Late Work Transportation - Herrington |
| 3/3/2015 | 26.08 | Late Work Transportation - McCown |
| 3/21/2015 | 28.08 | Late Work Transportation - Cantwell |
| **TOTAL:** | **1,184.53** | |

**Conference Meals**

| Date | Amount | Narrative |
|---|---|---|
| 2/11/2015 | 52.26 | Conference Meals (4 attendees) |
| 2/19/2015 | 121.94 | Conference Meals (8 attendees) |
| 2/25/2015 | 223.19 | Conference Meals (10 attendees) |
| 2/25/2015 | 228.64 | Conference Meals (10 attendees) |
| 2/25/2015 | 337.51 | Conference Meals (20 attendees) |
| 3/5/2015 | 259.12 | Conference Meals (14 attendees) |
| 3/30/2015 | 286.85 | Conference Meals (10 attendees) |
| **TOTAL:** | **1,509.51** | |

**Other**

| Date | Amount | Narrative |
|---|---|---|
| 3/3/2015 | 1,100.00 | Electronic Dataroom Services |
| 3/10/2015 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 3/10/2015 | 35.79 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 3/31/2015 | 1,100.00 | Electronic Dataroom Services |
| **TOTAL:** | **2,247.77** | |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**March 1, 2015 through March 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| **Expert Expenses** | | |
| | | |
| 4/8/2015 | 12,219.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **12,219.00** | |
| | | |
| | | |
| **GRAND TOTAL:** | **24,464.56** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |