# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: **Nortel Networks Inc., ET AL.,**                    Case No. **09-10138**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SONAR CREDIT PARTNERS III, LLC**                    **Hub Properties Trust**
        Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): **6834**
should be sent:                                          Amount of Claim: **$760,381.46**
                                                        Transferred General Unsecured Portion of
                                                        Claim in the Amount of: **$685,381.46**
                                                        Date Claim Filed: **1/22/2010**

**SONAR CREDIT PARTNERS III, LLC**
**80 BUSINESS PARK DRIVE, SUITE 208**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**                               Phone: Last Four Digits of Acct #: N/A
                                                        Last Four Digits of Acct. #: N/A

Name and Address where transferee payments              Name and Current Address of Transferor:
should be sent (if different from above):
                                                        Hub Properties Trust
                                                        255 Washington St, Ste 300
                                                        Newton, MA 02458-1634

                                                        Hub Properties Trust
                                                        Two North Riverside Plaza, Suite 600
                                                        Chicago, IL 60606

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                                  Date: 4/29/2015
        Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF GENERAL UNSECURED CLAIM

TO:           United States Bankruptcy Court ("Bankruptcy Court")
                    District of Delaware
                    Attn: Clerk

AND TO:     Nortel Networks Inc.("Debtor"),  Case No. 09-10138.

Claim # (if known): 6834

**HUB PROPERTIES TRUST**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

           **SONAR CREDIT PARTNERS III, LLC**
           80 Business Park Drive
           Suite 208
           Armonk, NY 10504
           Attn: Michael Goldberg
           Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the general unsecured claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$685,381.46** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor. The secured claim of Assignor in the amount of $75,000 shall be retained by Assignor and has not been assigned to Assignee.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

4826-1086-8771, v. 1

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 29 , 2015.

| ASSIGNOR:   Hub Properties Trust | ASSIGNEE: Sonar Credit Partners III, LLC |
| --- | --- |
| | By: Sonar Asset Management Group, Inc. |
| | Its Managing Member |

Signature: _O~ S. Shf_                    Signature: _Michael Goldberg_

Name: _Orrin S. Shifrin_                   Name: Michael Goldberg

Title: _Secrety_                            Title: President

Date: _April 28, 2015_                      Date: _4/29/2015_

4826-1086-8771, v. 1

epiq debtorMatrix
S Y S T E M S

Home    Claims    Docket    Key Documents    Service List    Cross-Case Search

Sign

Nortel Networks Inc. (change....)

**General Criteria**

Claims and Schedules

Select Scope

Claim No(s)

Schedule No(s)

Creditor Name          hub properties

Creditor Name and Address?          Select

Debtor(s)

Docket No(s)

**Amount**

**Date Range**

Results per page          25

Reset    Search

Page 1 of 1 (1 items) ⋈ ◁ 1 ▷ ⋈

| | Claim # | Schedule # | Creditor Name | ▲ Filed Date | Total Claim Value |
|---|---|---|---|---|---|
| ⊞ | | | | | |
| ⊟ | 6834 | | HUB PROPERTIES TRUST | 01/22/2010 | $760,381.46   Image |

**Creditor Address:**
255 WASHINGTON ST STE 300
NEWTON, MA 02458-1634

**Debtor:**
09-10138 Nortel Networks Inc.

**Amounts:**
Allowed Secured:          $75,000.00
Allowed Unsecured:        $685,381.46
Claimed Secured:          $75,000.00
Claimed Unsecured:        $685,381.46

**Remarks:**
CLAIM FILED AFTER THE BAR DATE
THIS CLAIM IS ALLOWED

Page 1 of 1 (1 items) ⋈ ◁ 1 ▷ ⋈



epiq
S Y S T E M S

About Epiq »
Epiq Difference »
Offices »
Leadership »

Solutions »
eDiscovery +
Document Review »
Bankruptcy »
Class Action »

Who We Serve »
Law Firms »
Corporations »
Advisory Firms »
Government Agencies »
Trustees & Fiduciaries »

Subscribe »
Forms »

Follow »
Like »
Connect »
RSS Feeds »

Available on the
App Store

GET IT ON
Google play