**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 3/1/2015 through 3/31/2015

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive Director | $895 | 19.50 | $17,452.50 |
| J. Borow | Executive Director | $895 | 38.80 | $34,726.00 |
| J. Hyland | Executive Director | $675 | 138.50 | $93,487.50 |
| A. Cowie | Managing Director | $625 | 65.60 | $41,000.00 |
| J. Blum | Paraprofessional | $120 | 1.20 | $144.00 |
| **For the Period 3/1/2015 through 3/31/2015** | | | **263.60** | **$186,810.00** |