# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 3/1/2015 through 3/31/2015**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 29.20 | $22,789.00 |
| 05. Professional Retention/Fee Application Preparation | 1.90 | $591.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 1.50 | $1,232.50 |
| 08. Interaction/Mtgs w Creditors | 26.20 | $21,057.00 |
| 10. Recovery/SubCon/Lien Analysis | 9.40 | $7,306.00 |
| 11. Claim Analysis/Accounting | 41.30 | $28,798.50 |
| 17. Analysis of Historical Results | 5.20 | $4,141.00 |
| 18. Operating and Other Reports | 7.80 | $5,727.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 139.30 | $93,997.50 |
| 26. Tax Issues | 1.80 | $1,170.00 |
| **For the Period 3/1/2015 through 3/31/2015** | **263.60** | **$186,810.00** |