# Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 3/1/2015 through 3/31/2015

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 3/3/2015 | A. Cowie | 0.40 | Analyzed escrow statements for completeness for proceeds allocation. |
| 3/4/2015 | J. Hyland | 0.20 | Conducted call with M. Sandberg (FTI) re: proceeds allocation. |
| 3/4/2015 | C. Kearns | 0.50 | Participated in call with counsel and Milbank to discuss status of Canadian related issues for proceeds allocation. |
| 3/4/2015 | J. Hyland | 2.10 | Continued summarizing proceeds allocation analysis. |
| 3/4/2015 | J. Hyland | 2.80 | Summarized proceeds allocation analysis. |
| 3/5/2015 | C. Kearns | 0.20 | Participated in call with F. Hodara (counsel) to discuss allocation related issues. |
| 3/5/2015 | C. Kearns | 0.50 | Reviewed allocation models after prior call with Milbank and counsel. |
| 3/10/2015 | C. Kearns | 0.50 | Reviewed various allocation scenarios requested by counsel. |
| 3/10/2015 | J. Borow | 1.30 | Discussed with counsel re: various proceeds allocation concepts. |
| 3/10/2015 | J. Borow | 1.40 | Reviewed proceeds allocation concepts and related computations. |
| 3/11/2015 | C. Kearns | 2.50 | Replied to emails from Canadian counsel re: current docket on allocation matters. |
| 3/17/2015 | C. Kearns | 0.30 | Emailed with counsel re: cash and claims at NNI for proceeds allocation calculations. |
| 3/21/2015 | A. Cowie | 2.70 | Analyzed interim allocation report. |
| 3/24/2015 | J. Borow | 1.20 | Met with counsel to UCC re: proceeds allocation issues and related concepts. |
| 3/25/2015 | C. Kearns | 0.50 | Reviewed draft presentation for UCC on cash/allocation scenarios and discussed briefly with D. Botter (counsel). |
| 3/25/2015 | J. Borow | 2.30 | Reviewed analyses relating to proceeds allocation. |
| 3/26/2015 | C. Kearns | 0.60 | Participated in follow up post-call with counsel on next steps in anticipation of near term allocation decision. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/26/2015 | J. Hyland | 2.20 | Continued reviewing aspects of proceeds allocation expert report opinions. |
| 3/26/2015 | J. Borow | 2.60 | Reviewed analyses relating to potential proceeds allocation. |
| 3/26/2015 | J. Hyland | 2.80 | Reviewed aspects of proceeds allocation expert report opinions. |
| 3/27/2015 | J. Hyland | 1.30 | Reviewed Internet Protocol Address sale documents. |
| 3/30/2015 | C. Kearns | 0.30 | Reviewed latest Canada IP address sale. |
| Subtotal | | 29.20 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/4/2015 | J. Hyland | 0.20 | Prepared February fee estimate for counsel. |
| 3/10/2015 | J. Blum | 1.20 | Prepared February Fee Application. |
| 3/16/2015 | A. Cowie | 0.50 | Reviewed February Fee Application. |
| Subtotal | | 1.90 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/16/2015 | J. Hyland | 0.50 | Participated on call with M. Kennedy (Chilmark), T. Ross (NNI), J. Ray, L. Schweitzer, M. Sandberg (FTI) and M. Katzenstein (FTI) re: NNI cash flow forecast and claims. |
| 3/16/2015 | C. Kearns | 0.50 | Participated in conference call with Debtor, CGSH, FTI and counsel to review update of NNI budget and claims. |
| 3/16/2015 | J. Borow | 0.50 | Discussed with Debtor's financial and legal advisors re: update on cash flow. |
| Subtotal | | 1.50 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/4/2015 | C. Kearns | 0.30 | Responded to inbound creditor inquires. |
| 3/4/2015 | J. Borow | 1.10 | Discussion with party in interest/creditor re: status of matter. |
| 3/5/2015 | A. Cowie | 0.40 | Prepared documents for weekly UCC call. |
| 3/5/2015 | J. Hyland | 0.50 | Participated in UCC call with UCC members and professionals. |
| 3/5/2015 | C. Kearns | 0.50 | Participated in call with UCC re: case update. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/5/2015 | J. Borow | 0.50 | Met with UCC and counsel re: updates to the matter. |
| 3/5/2015 | J. Hyland | 1.30 | Prepared for UCC call and reviewed related documents. |
| 3/9/2015 | J. Borow | 0.70 | Discussed with party in interest re: status of matter. |
| 3/10/2015 | J. Hyland | 0.80 | Participated on call with counsel re: forecasted U.S. cash and claims. |
| 3/10/2015 | C. Kearns | 0.80 | Participated in conference call with counsel to discuss cash and correspondence from counsel to certain trade creditors. |
| 3/12/2015 | J. Borow | 0.30 | Analyzed documents in preparation for UCC call. |
| 3/12/2015 | A. Cowie | 0.80 | Prepared discussion points for UCC call. |
| 3/12/2015 | J. Hyland | 1.40 | Reviewed UCC documents to prepare for UCC call. |
| 3/12/2015 | J. Borow | 1.60 | Prepared for meeting with creditors on various topics. |
| 3/12/2015 | J. Hyland | 2.00 | Participated on call with UCC members, UCC professionals, creditor, J. Bromley (Cleary) and J. Ray (CRO). |
| 3/12/2015 | C. Kearns | 2.00 | Met with UCC, J. Bromley (Cleary) and J. Ray (CRO) to discuss case issues. |
| 3/12/2015 | J. Borow | 2.00 | Met with UCC and professionals to UCC and Debtor and Debtor's professionals. |
| 3/13/2015 | J. Hyland | 0.20 | Conducted call with F. Hodara (counsel) re: cash forecasting and claims. |
| 3/19/2015 | J. Borow | 0.50 | Prepared for weekly UCC meeting. |
| 3/19/2015 | J. Hyland | 0.60 | Participated on weekly UCC call with UCC professionals and members. |
| 3/19/2015 | C. Kearns | 0.60 | Participated in call with UCC regarding status of case and docket matters. |
| 3/19/2015 | J. Borow | 0.60 | Met with creditor committee and professionals to UCC. |
| 3/24/2015 | J. Borow | 0.90 | Discussed with party in interest re: status of matter. |
| 3/26/2015 | J. Hyland | 0.60 | Participated in weekly UCC call with UCC members and professionals. |
| 3/26/2015 | C. Kearns | 0.60 | Participated in UCC call to discuss status of various issues re: allocation and distribution scenarios. |
| 3/26/2015 | J. Borow | 0.60 | Participated in meeting with UCC and professionals to UCC. |
| 3/26/2015 | J. Borow | 0.90 | Discussed with party in interest re: status of matter. |

**Capstone Advisory Group, LLC**  **Page 3 of 9**
**Invoice for the 3/1/2015-3/31/2015 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/26/2015 | J. Hyland | 2.00 | Prepared for UCC call and reviewed documents for the Committee. |
| 3/30/2015 | J. Borow | 1.10 | Discussed with parties in interest re: status of matter. |
| Subtotal | | 26.20 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/11/2015 | J. Borow | 2.60 | Reviewed various recovery and claim issues in anticipation of meeting with individual creditor and UCC. |
| 3/12/2015 | C. Kearns | 0.80 | Conducted creditor recovery follow-up analysis after UCC meeting at request of counsel. |
| 3/12/2015 | J. Borow | 1.70 | Reviewed various recovery issues and related scenarios. |
| 3/13/2015 | C. Kearns | 0.20 | Emailed with counsel on creditor recovery related matters. |
| 3/23/2015 | A. Cowie | 1.30 | Continued to analyze claim recovery model and mechanics. |
| 3/23/2015 | A. Cowie | 2.80 | Analyzed claim recovery model and mechanics. |
| Subtotal | | 9.40 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/2/2015 | C. Kearns | 0.40 | Read summary of motions on Canadian late filed employee claims. |
| 3/3/2015 | J. Hyland | 2.00 | Analyzed Canadian estate claims. |
| 3/4/2015 | C. Kearns | 0.30 | Emailed with counsel re: latest Monitor report and claims related matter. |
| 3/4/2015 | A. Cowie | 1.90 | Analyzed revised environmental claims. |
| 3/5/2015 | C. Kearns | 0.30 | Participated in call with F. Hodara (counsel) and trade creditor on claim related matters. |
| 3/6/2015 | C. Kearns | 0.30 | Emailed with U.S. and Canadian counsel re: latest monitor report related claims resolution in Canada. |
| 3/6/2015 | A. Cowie | 0.80 | Analyzed Monitor report for revised claims. |
| 3/9/2015 | C. Kearns | 0.50 | Read letter from counsel to certain trade creditors and related emails from counsel. |
| 3/18/2015 | C. Kearns | 0.60 | Read Canadian employees motion re: late filed claims and discussed with F. Hodara (counsel). |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/19/2015 | C. Kearns | 0.80 | Participated in post UCC call discussion with counsel re: various issues related to non-bond claims. |
| 3/19/2015 | J. Hyland | 1.80 | Reviewed supplemental memorandum in support of motion of ad hoc committee re: Canadian pre-petition terminated employees' claims. |
| 3/22/2015 | J. Hyland | 2.70 | Continued preparing claim analysis for counsel. |
| 3/22/2015 | J. Hyland | 2.80 | Prepared claim analysis for counsel. |
| 3/23/2015 | J. Hyland | 2.50 | Continued analyzing claims data for the U.S. estate. |
| 3/23/2015 | J. Hyland | 2.70 | Analyzed claims data for the U.S. estate. |
| 3/23/2015 | J. Hyland | 2.80 | Continued analyzing claims data for the U.S. estate. |
| 3/24/2015 | J. Hyland | 1.00 | Continued revising analysis on claims based upon direction from counsel. |
| 3/24/2015 | J. Hyland | 1.20 | Participated in call with counsel re: claims analysis. |
| 3/24/2015 | J. Hyland | 2.80 | Revised analysis on claims based upon direction from counsel. |
| 3/25/2015 | J. Hyland | 0.50 | Conducted call with D. Botter (counsel) re: U.S. claims analysis. |
| 3/25/2015 | J. Borow | 1.10 | Reviewed late claims analysis. |
| 3/25/2015 | J. Hyland | 2.00 | Finalized U.S. claims analysis for counsel. |
| 3/25/2015 | J. Hyland | 2.70 | Revised U.S. claims analysis for counsel. |
| 3/25/2015 | J. Hyland | 2.80 | Continued preparing analysis on U.S. claims for UCC. |
| 3/25/2015 | J. Hyland | 2.90 | Prepared analysis on U.S. claims for UCC. |
| 3/27/2015 | J. Hyland | 0.60 | Reviewed Canadian claims schedule. |
| 3/30/2015 | C. Kearns | 0.50 | Read PPI appeal brief. |
| Subtotal | | 41.30 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/2/2015 | A. Cowie | 1.90 | Analyzed historical balance sheet data for NNI subsidiary. |
| 3/17/2015 | J. Borow | 2.20 | Reviewed financial information received from U.S. Debtors and Canadian Debtors. |
| 3/30/2015 | J. Borow | 1.10 | Reviewed historical financial information by various estates. |
| Subtotal | | 5.20 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 3/6/2015 | J. Hyland | 2.80 | Continued reviewing 114th Monitor's Report and prior reports. |
| 3/6/2015 | J. Hyland | 2.90 | Reviewed 114th Monitor's Report and prior reports. |
| 3/31/2015 | J. Borow | 2.10 | Reviewed historical financial information re Canadian estate received from Monitor. |
| Subtotal | | 7.80 | |
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 3/3/2015 | A. Cowie | 0.80 | Analyzed global cash reports. |
| 3/5/2015 | J. Borow | 1.20 | Reviewed cash and projected cash to case conclusion. |
| 3/6/2015 | J. Hyland | 0.10 | Conducted call with F. Hodara (counsel) re: cash forecasts. |
| 3/6/2015 | J. Borow | 1.10 | Reviewed cash and projected cash to case conclusion. |
| 3/6/2015 | A. Cowie | 1.90 | Analyzed Monitor report for actual and forecasted cash. |
| 3/9/2015 | J. Hyland | 1.10 | Analyzed Canadian cash balances and forecast. |
| 3/9/2015 | J. Hyland | 2.40 | Continued analyzing U.S. cash forecast and claims. |
| 3/9/2015 | A. Cowie | 2.70 | Continued to analyze estimated end of case cash in multi-estates. |
| 3/9/2015 | J. Hyland | 2.90 | Analyzed U.S. cash forecast and claims. |
| 3/9/2015 | A. Cowie | 2.90 | Analyzed estimated end of case cash in multi-estates. |
| 3/10/2015 | J. Hyland | 2.50 | Continued analyzing U.S. forecasted cash and claims data. |
| 3/10/2015 | A. Cowie | 2.60 | Continued to analyze estimated end of case cash in multi-estates. |
| 3/10/2015 | J. Hyland | 2.70 | Continued analyzing U.S. forecasted cash and claims data. |
| 3/10/2015 | A. Cowie | 2.90 | Continued to analyze estimated end of case cash in multi-estates. |
| 3/10/2015 | J. Hyland | 2.90 | Analyzed U.S. forecasted cash and claims data. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/10/2015 | A. Cowie | 2.90 | Analyzed end of case cash by multi-estates. |
| 3/11/2015 | A. Cowie | 2.40 | Continued to analyze end of case cash by multi-estates. |
| 3/11/2015 | J. Hyland | 2.60 | Reviewed forecasted cash analysis. |
| 3/11/2015 | A. Cowie | 2.80 | Continued to analyze end of case cash by multi-estates. |
| 3/11/2015 | A. Cowie | 2.90 | Analyzed end of case cash by multi-estates. |
| 3/12/2015 | A. Cowie | 2.40 | Continued to analyze end of case cash by multi-estates. |
| 3/12/2015 | J. Hyland | 2.40 | Continued analyzing cash expenditures and forecasts by estate. |
| 3/12/2015 | A. Cowie | 2.50 | Continued to analyze end of case cash by multi-estates. |
| 3/12/2015 | A. Cowie | 2.90 | Analyzed end of case cash sources and uses through exit plan confirmation. |
| 3/12/2015 | J. Hyland | 2.90 | Analyzed cash expenditures and forecasts by estate. |
| 3/13/2015 | J. Hyland | 0.20 | Conducted call with M. Kennedy (Chilmark) re: cash forecast. |
| 3/13/2015 | A. Cowie | 1.90 | Continued to analyze end of case cash sources and uses for multi-estates. |
| 3/13/2015 | A. Cowie | 2.90 | Analyzed end of case cash sources and uses for multi-estates. |
| 3/15/2015 | J. Borow | 2.50 | Reviewed issues pertaining to revised cash projections. |
| 3/16/2015 | C. Kearns | 0.30 | Reviewed Debtors' update of cash budget. |
| 3/16/2015 | J. Borow | 0.30 | Continued to review issues pertaining to revised cash projections. |
| 3/16/2015 | C. Kearns | 0.50 | Prepared related brief memo for counsel on key takeaways of Debtor's update on cash budget and claims. |
| 3/16/2015 | A. Cowie | 1.70 | Continued to prepare report for UCC on end of case cash. |
| 3/16/2015 | J. Hyland | 2.20 | Continued analyzing cash flow forecast. |
| 3/16/2015 | J. Hyland | 2.60 | Continued analyzing cash flow forecast. |
| 3/16/2015 | A. Cowie | 2.70 | Continued to prepare report for UCC on end of case cash. |
| 3/16/2015 | J. Borow | 2.80 | Reviewed issues pertaining to revised cash projections. |
| 3/16/2015 | A. Cowie | 2.80 | Analyzed end of case cash for multi-estates. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/16/2015 | A. Cowie | 2.90 | Prepared report for UCC on end of case cash. |
| 3/16/2015 | J. Hyland | 2.90 | Analyzed cash flow forecast. |
| 3/17/2015 | C. Kearns | 0.50 | Reviewed draft report for committee re: Debtors updated budget for cash. |
| 3/17/2015 | J. Hyland | 2.50 | Continued revising summary of NNI cash budget and related analyses. |
| 3/17/2015 | J. Hyland | 2.70 | Continued revising summary of NNI cash budget and related analyses. |
| 3/17/2015 | J. Hyland | 2.90 | Revised summary of NNI cash budget and related analyses. |
| 3/18/2015 | C. Kearns | 0.40 | Finalized deck for UCC on latest cash budget. |
| 3/18/2015 | J. Hyland | 2.00 | Continued analyzing cash expenditures by estate. |
| 3/18/2015 | J. Hyland | 2.50 | Analyzed cash expenditures by estate. |
| 3/18/2015 | J. Hyland | 2.80 | Continued revising report on NNI cash budget. |
| 3/18/2015 | J. Hyland | 2.90 | Revised report on NNI cash budget. |
| 3/19/2015 | J. Hyland | 1.60 | Continued analyzing cash flows for each estate. |
| 3/19/2015 | J. Hyland | 2.80 | Continued analyzing cash flows for each estate. |
| 3/19/2015 | J. Hyland | 2.90 | Analyzed cash flows for each estate. |
| 3/20/2015 | J. Hyland | 0.20 | Conducted call with T. Ross (NNI) & M. Kennedy (Chilmark) re: NNI cash flows. |
| 3/20/2015 | J. Hyland | 2.40 | Continued analyzing cash activity and budgets. |
| 3/20/2015 | J. Hyland | 2.90 | Analyzed cash activity and budgets. |
| 3/23/2015 | C. Kearns | 0.50 | Reviewed draft presentation for UCC on available cash in the U.S. estates. |
| 3/24/2015 | C. Kearns | 0.20 | Reviewed draft cash schedule for counsel. |
| 3/24/2015 | C. Kearns | 1.20 | Participated in call with counsel on cash and budget status. |
| 3/24/2015 | J. Hyland | 2.30 | Continued analyzing and summarizing cash expenditures in U.S. estate. |
| 3/24/2015 | J. Hyland | 2.90 | Analyzed and summarized cash expenditures in U.S. estate. |
| 3/26/2015 | J. Hyland | 2.30 | Analyzed cash expenditures and related forecasts. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/27/2015 | J. Hyland | 2.40 | Continued analyzing cash flows for certain expenditures. |
| 3/27/2015 | J. Hyland | 2.50 | Continued analyzing cash flows for certain expenditures. |
| 3/27/2015 | J. Hyland | 2.70 | Analyzed cash flows for certain expenditures. |
| 3/30/2015 | A. Cowie | 0.80 | Analyzed end of case cash impact from estate run-rates. |
| 3/31/2015 | A. Cowie | 2.90 | Analyzed end of case cash impact from estate run-rates. |
| Subtotal | | 139.30 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/16/2015 | A. Cowie | 0.90 | Discussed with K. Rowe (counsel) in regard to current state of U.S. taxes. |
| 3/16/2015 | J. Hyland | 0.90 | Conducted call with K. Rowe (counsel) re: NNI taxes. |
| Subtotal | | 1.80 | |
| **Total Hours** | | **263.60** | |