# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |