# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of March 1, 2015 through March 31, 2015 | $ 244,502.50 | $ - | $ 244,502.50 |

Exhibit C                                                                                                                                                     Page 1 of 1