# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| **Bankruptcy Reporting** | | | | |
| | 3/11/2015 | William D. Cozart | Prepare revisions to Form 26. | 2.00 |
| | 3/16/2015 | William D. Cozart | Prepare consolidation for February MOR. | 2.00 |
| | 3/16/2015 | William D. Cozart | Prepare February MOR. | 1.00 |
| | 3/17/2015 | William D. Cozart | Prepare February MOR. | 2.50 |
| | 3/20/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report - RE: February 2015 . | 4.00 |
| | 3/20/2015 | Timothy C. Ross | Worked Debtors MOR matters - RE: February 2015 insurance coverage confirmation. | 0.50 |
| | 3/20/2015 | Timothy C. Ross | Reviewed and authorized release of Debtors MOR - RE: February 2015. | 1.00 |
| | 3/20/2015 | William D. Cozart | Meeting with T. Ross re: Review Feb MOR. | 0.50 |
| | 3/20/2015 | William D. Cozart | Prepare February MOR. | 4.50 |
| | 3/23/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors MOR question - RE: subsidiary account. | 0.50 |
| | 3/25/2015 | William D. Cozart | Upload January 2015 MOR to website. | 0.50 |
| | 3/27/2015 | William D. Cozart | Received, reviewed and responded to correspondence re:  February MOR. | 0.50 |
| | 3/30/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors MOR question - RE: subsidiary account. | 0.50 |
| **Bankruptcy Reporting Total** | | | | **20.00** |
| **Cash Management** | | | | |
| | 3/2/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 3/2/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| | 3/2/2015 | Timothy C. Ross | Conference call with CGSH, Chilmark, RLKS, and Greylock - RE: Debtors 2015+ Budget. | 1.00 |
| | 3/2/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: subsidiary | 0.50 |
| | 3/4/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed funding transactions. | 2.00 |
| | 3/4/2015 | Timothy C. Ross | Updated financial forecast from 3/2 Conference call input- RE: Debtors 2015+ Budget. | 3.00 |
| | 3/5/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| | 3/5/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| | 3/6/2015 | Timothy C. Ross | Prepared constituent cash flow forecast presentation package- RE: Debtors 2015+ Budget. | 4.00 |
| | 3/11/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed funding transactions. | 2.50 |
| | 3/11/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| | 3/12/2015 | Timothy C. Ross | Reviewed and executed Debtors property management matters | 0.50 |
| | 3/13/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 3/13/2015 | Timothy C. Ross | Conference call with Chilmark Partners (M. Kennedy) - RE: Debtors 2015+ Budget | 0.50 |
| | 3/13/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| | 3/13/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| | 3/13/2015 | Timothy C. Ross | Finalized and distributed Debtors 2015 + Budget package to Capstone / FTI - RE: 03/16/15 Review Meeting. | 2.00 |
| | 3/16/2015 | Timothy C. Ross | Worked Debtors treasury matters with Wilmington Trust - RE: reinvestment. | 1.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/16/2015 | Timothy C. Ross | Conference call with FTI, CGSH, Aiken, Chilmark, Greylock, and Capstone - RE: Debtors 2015+Budget. | 0.50 |
| | 3/16/2015 | Timothy C. Ross | Prepared for conference call with FTI, CGSH, Aiken, Chilmark, Greylock, and Capstone - RE: Debtors 2015+Budget. | 3.00 |
| | 3/17/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| | 3/18/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed funding transactions - RE: 3/20 Payment Proposal. | 2.50 |
| | 3/19/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| | 3/20/2015 | Timothy C. Ross | Conference call with Capstone (J. Hyland) and Chilmark (M. Kennedy) - RE: 2015 Budget questions. | 0.50 |
| | 3/24/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 3/24/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| | 3/25/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions - RE: 3/27/2015 Payment Proposal. | 3.00 |
| | 3/26/2015 | Kim Ponder | FCB deposit. | 0.50 |
| | 3/26/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - 3/27 payment proposal. | 3.00 |
| | 3/26/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| | 3/26/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| | 3/30/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| **Cash Management Total** | | | | **43.00** |

**Claims Administration**

| | | | | |
|---|---|---|---|---|
| | 3/24/2015 | Kim Ponder | Responded to request for reconciliation data. | 0.50 |
| | 3/24/2015 | William D. Cozart | Research claims documentation. | 1.00 |
| **Claims Administration Total** | | | | **1.50** |

**Compensation Application**

| | | | | |
|---|---|---|---|---|
| | 3/5/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 3/5/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: January 2015 report. | 1.50 |
| | 3/5/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 3/6/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 3/6/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 3/12/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 3/13/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 3/13/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 3/17/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: February 2014. | 2.00 |
| | 3/19/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/20/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/20/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/26/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/27/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/27/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/27/2015 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | | **10.50** |
| **Discovery** | | | | |
| | 3/2/2015 | Timothy C. Ross | Worked Debtors third party subpoena matters | 0.50 |
| | 3/3/2015 | Timothy C. Ross | Worked Debtors discovery matters | 1.00 |
| | 3/3/2015 | Timothy C. Ross | Worked Debtors subpoena matters | 0.50 |
| | 3/6/2015 | Timothy C. Ross | Worked Debtors discovery request from CGSH | 1.00 |
| | 3/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors third party subpoena matters | 0.50 |
| | 3/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors subpoena matters | 0.50 |
| | 3/23/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors third party subpoena matters | 1.00 |
| | 3/25/2015 | Timothy C. Ross | Conference call with Crowell (M. Supko) - RE: Debtors subpoena matters | 0.50 |
| | 3/26/2015 | Timothy C. Ross | Follow-up with Crowell on Debtors discovery matters | 0.50 |
| **Discovery Total** | | | | **6.00** |
| **Electronic Data and Document Preservation** | | | | |
| | 3/16/2015 | Timothy C. Ross | Worked Debtors data retention matter - RE: PC returns. | 1.00 |
| **Electronic Data and Document Preservation Total** | | | | **1.00** |
| **Entity Liquidation and Wind Down** | | | | |
| | 3/2/2015 | Timothy C. Ross | Reviewed and executed Debtors foreign branch liquidation & wind down matters | 1.00 |
| | 3/3/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary/branch matters | 0.50 |
| | 3/5/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch correspondences from local professionals | 0.50 |
| | 3/5/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary request | 0.50 |
| | 3/6/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary request | 0.50 |
| | 3/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |
| | 3/9/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary invoicing / payment issue | 0.50 |
| | 3/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |
| | 3/11/2015 | Timothy C. Ross | Reviewed and authorized foreign subsidiary matters | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/11/2015 | Timothy C. Ross | Reviewed and authorized foreign subsidiary professional invoices | 0.50 |
| | 3/13/2015 | Timothy C. Ross | Received, reviewed, and executed Debtors foreign branch matters | 0.50 |
| | 3/13/2015 | Timothy C. Ross | Conference call with CGSH (K. Haley, R. Eckenrod, and R. Reeb) - RE: Debtors foreign subsidiary / branch liquidation & wind down status review. | 0.50 |
| | 3/19/2015 | Timothy C. Ross | Worked foreign subsidiary/branch wind down matter | 0.50 |
| | 3/19/2015 | Timothy C. Ross | Follow-up on Debtors foreign subsidiary matter | 0.50 |
| | 3/19/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| | 3/19/2015 | Timothy C. Ross | Received, reviewed and actioned Debtors foreign subsidiary matter | 0.50 |
| | 3/24/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matter | 0.50 |
| | 3/24/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matter | 0.50 |
| | 3/24/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign branch matters | 1.00 |
| | 3/24/2015 | Timothy C. Ross | Worked Debtors foreign branch matter | 0.50 |
| | 3/24/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 1.00 |
| | 3/25/2015 | Timothy C. Ross | Meeting with E&Y (J. Scott and J. Woods) regarding Debtors foreign subsidiary tax refund | 0.50 |
| | 3/25/2015 | Timothy C. Ross | Reviewed and authorized payment of subsidiary professional fee invoices - RE: March 2014. | 1.00 |
| | 3/31/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| | 3/31/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary matters | 0.50 |
| | 3/31/2015 | Timothy C. Ross | Follow-up on Debtors foreign subsidiary matter | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | | **15.00** |

**Finance and General Accounting**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/2/2015 | Kim Ponder | Intercompany settlement | 0.50 |
| | 3/2/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.25 |
| | 3/2/2015 | Kim Ponder | Month end close. | 4.00 |
| | 3/2/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| | 3/2/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: February 2015. | 2.50 |
| | 3/2/2015 | William D. Cozart | Record Cash Receipts. | 1.00 |
| | 3/2/2015 | William D. Cozart | Prepare journal entries for February. | 1.50 |
| | 3/2/2015 | William D. Cozart | Prepare bank reconciliations for February. | 5.50 |
| | 3/3/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.00 |
| | 3/3/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 2.00 |
| | 3/3/2015 | Kim Ponder | Corresponded with Iron Mountain regarding statement. | 0.50 |
| | 3/3/2015 | Kim Ponder | Month end close. | 3.50 |
| | 3/3/2015 | Timothy C. Ross | Reviewed and authorized Debtors account reconciliations - January 2015. | 3.00 |
| | 3/3/2015 | Timothy C. Ross | Reviewed, reconciled, and approved Randstad staffing invoice to staff time report submission. | 0.50 |
| | 3/3/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: February 2015. | 1.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/3/2015 | William D. Cozart | Prepare bank reconciliations for February. | 1.50 |
| | 3/4/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: February 2015. | 2.00 |
| | 3/4/2015 | William D. Cozart | Prepare bank reconciliations for February. | 2.50 |
| | 3/4/2015 | William D. Cozart | Prepare and Record journal entries for March. | 2.00 |
| | 3/5/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 3.00 |
| | 3/5/2015 | Kim Ponder | Month end close. | 4.50 |
| | 3/5/2015 | Timothy C. Ross | Reviewed, reconciled, and approved Randstad staffing invoice to staff time report submission. | 0.50 |
| | 3/5/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: February 2015. | 1.00 |
| | 3/5/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 3/5/2015 | William D. Cozart | Prepare bank reconciliations for February. | 1.00 |
| | 3/6/2015 | Kim Ponder | Month end close. | 3.50 |
| | 3/6/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: February 2015. | 2.00 |
| | 3/9/2015 | Kim Ponder | Month end close. | 8.00 |
| | 3/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Capstone request - RE: Professional fees. | 0.50 |
| | 3/9/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: February 2015. | 2.00 |
| | 3/9/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations - RE: January 2015. | 1.50 |
| | 3/9/2015 | William D. Cozart | Prepare billings for March. | 1.00 |
| | 3/9/2015 | William D. Cozart | Record Cash receipts. | 0.50 |
| | 3/10/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 4.00 |
| | 3/10/2015 | Kim Ponder | Month end close. | 3.00 |
| | 3/10/2015 | Kim Ponder | Intercompany billings. | 0.50 |
| | 3/10/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: February 2015. | 4.00 |
| | 3/10/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations - RE: January 2014 (completed work started on 3/9/15). | 1.00 |
| | 3/10/2015 | William D. Cozart | Prepare government reports. | 2.50 |
| | 3/10/2015 | William D. Cozart | Received, reviewed and responded to correspondence with bank. | 1.50 |
| | 3/11/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 1.50 |
| | 3/11/2015 | Kim Ponder | Bank statement scanning and vaulting. | 1.00 |
| | 3/11/2015 | Kim Ponder | Month end close. | 3.50 |
| | 3/11/2015 | Kim Ponder | GL reconciliations. | 2.00 |
| | 3/11/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: February 2015. | 2.00 |
| | 3/11/2015 | William D. Cozart | Perform GL Account maintenance in QuickBooks. | 1.50 |
| | 3/12/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 2.25 |
| | 3/12/2015 | Kim Ponder | Reviewed and notarized unclaimed property filings. | 0.50 |
| | 3/12/2015 | Kim Ponder | QB vendor maintenance and update. | 0.50 |
| | 3/12/2015 | Kim Ponder | GL reconciliations. | 3.75 |
| | 3/13/2015 | Kim Ponder | Month end close. | 2.50 |
| | 3/13/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/13/2015 | Kim Ponder | GL reconciliations. | 3.00 |
| | 3/13/2015 | William D. Cozart | Received, reviewed and responded to corresponded to correspondence re: outstanding balances. | 1.50 |
| | 3/13/2015 | William D. Cozart | Prepare reconciliations for February. | 3.50 |
| | 3/16/2015 | Kim Ponder | General ledger reconciliations. | 8.00 |
| | 3/16/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| | 3/16/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 3/16/2015 | William D. Cozart | Close QuickBooks for February 2015. | 4.00 |
| | 3/16/2015 | William D. Cozart | Prepare billing for March. | 0.50 |
| | 3/17/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.00 |
| | 3/17/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 2.00 |
| | 3/17/2015 | Kim Ponder | Received, reviewed and responded to correspondence from Iron Mountain. | 0.50 |
| | 3/17/2015 | William D. Cozart | Prepare reconciliations for February. | 2.50 |
| | 3/17/2015 | William D. Cozart | Prepare April Sublease billings. | 2.50 |
| | 3/18/2015 | Timothy C. Ross | Reviewed and authorized new vendor setup in QuickBooks. | 0.50 |
| | 3/18/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 3/18/2015 | William D. Cozart | Perform QuickBooks maintenance. | 0.50 |
| | 3/19/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 3.25 |
| | 3/23/2015 | Kim Ponder | Reviewed 24th OCP statement. | 0.50 |
| | 3/23/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.00 |
| | 3/23/2015 | Timothy C. Ross | Worked Debtors professional fee payments request - RE: Capstone. | 2.00 |
| | 3/23/2015 | Timothy C. Ross | Loaded Debtors 2015+ Budget to QuickBooks. | 4.00 |
| | 3/23/2015 | Timothy C. Ross | Reviewed, reconciled, and approved Randstad staffing invoice to staff time report submission. | 0.50 |
| | 3/24/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 2.00 |
| | 3/24/2015 | Kim Ponder | Normal course payables - vendor invoice reconciliation and processing. | 1.00 |
| | 3/24/2015 | Kim Ponder | Month end close - real estate related. | 3.50 |
| | 3/24/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 3/24/2015 | William D. Cozart | Prepare correspondence and research re: billing costs to customer. | 1.00 |
| | 3/25/2015 | Kim Ponder | Normal course payables - final weekly payment proposal. | 1.00 |
| | 3/25/2015 | Kim Ponder | Month end close. | 2.50 |
| | 3/25/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 3/25/2015 | William D. Cozart | Prepare billings for March. | 1.50 |
| | 3/26/2015 | Kim Ponder | Normal course payables - initiated payments to professionals and vendors. | 5.50 |
| | 3/26/2015 | Kim Ponder | QB vendor maintenance. | 0.75 |
| | 3/26/2015 | Kim Ponder | Processed intercompany billing. | 0.50 |
| | 3/26/2015 | William D. Cozart | Prepare billings for March. | 0.50 |
| | 3/26/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 3/27/2015 | Kim Ponder | Reconciled Iron Mountain data in response to open items report request. | 0.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/27/2015 | William D. Cozart | Prepare documentation for Real Estate Sublease. | 0.50 |
| | 3/30/2015 | Kim Ponder | QB vendor maintenance. | 1.00 |
| | 3/30/2015 | Kim Ponder | Reconciliation of BCE accounts. | 1.50 |
| | 3/30/2015 | Kim Ponder | Coordination of Intuit renewal. | 0.50 |
| | 3/30/2015 | Kim Ponder | Received, reviewed and responded to various emails. | 4.00 |
| | 3/30/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| | 3/30/2015 | Timothy C. Ross | Reviewed and authorized QB maintenance - RE: Vendor set-up. | 0.50 |
| | 3/30/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 3/30/2015 | William D. Cozart | Perform QuickBooks vendor maintenance. | 0.50 |
| | 3/31/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 1.00 |
| | 3/31/2015 | Kim Ponder | Received and responded to email re: contract renewals. | 0.75 |
| | 3/31/2015 | Kim Ponder | Month end close. | 5.75 |
| | 3/31/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank account reconciliations - RE: February 2014. | 3.00 |
| | 3/31/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: March 2014. | 2.00 |
| **Finance and General Accounting Total** | | | | **191.25** |

**Human Resources**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/2/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 3/2/2015 | Deborah M. Parker | Misc. HR activities -(e.g. filing, CGSH correspondence). | 6.00 |
| | 3/2/2015 | Kim Ponder | Received, researched and responded to request for insurance data. | 0.75 |
| | 3/2/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors benefit wind down matters - RE: Application. | 0.50 |
| | 3/3/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.00 |
| | 3/4/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.00 |
| | 3/4/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR data retention). | 3.00 |
| | 3/5/2015 | Deborah M. Parker | MT with Seyfarth, T.Ross and K. Schultea | 0.50 |
| | 3/5/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, vendor inquiries, IM). | 6.25 |
| | 3/5/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.25 |
| | 3/5/2015 | Timothy C. Ross | Reviewed and authorized deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| | 3/5/2015 | Timothy C. Ross | Conference call with Seyfarth (R. Buch) | 0.50 |
| | 3/5/2015 | Timothy C. Ross | Reviewed and authorized the 2014 report filing | 0.50 |
| | 3/9/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, filing). | 7.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/10/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 3/10/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, Mercer request). | 6.00 |
| | 3/10/2015 | William D. Cozart | Prepare data for LTIP 5500. | 2.50 |
| | 3/11/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR correspondence). | 7.00 |
| | 3/11/2015 | Timothy C. Ross | Worked Debtors benefit wind down matters - RE: submission issue. | 0.50 |
| | 3/12/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.75 |
| | 3/12/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, OPM meeting, HR correspondence). | 6.25 |
| | 3/12/2015 | Timothy C. Ross | Reviewed and authorized Debtors benefit wind down matters - RE: 2014 cost report and. | 1.00 |
| | 3/12/2015 | William D. Cozart | Prepare data for LTIP 5500. | 3.00 |
| | 3/13/2015 | William D. Cozart | Prepare data for LTIP 5500. | 3.00 |
| | 3/16/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 3/16/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, Benesch correspondence, filing). | 6.50 |
| | 3/16/2015 | Timothy C. Ross | Reviewed and executed Debtors document matter - RE: Custodian. | 0.50 |
| | 3/17/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.75 |
| | 3/17/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR data research). | 6.25 |
| | 3/17/2015 | Timothy C. Ross | Meeting with D. Cozart regarding Debtors benefit wind down | 0.50 |
| | 3/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| | 3/17/2015 | William D. Cozart | Meeting with T. Ross re: benefit plan. | 0.50 |
| | 3/18/2015 | Deborah M. Parker | Misc. HR activities -(e.g. HR reporting, HR data retention). | 5.00 |
| | 3/18/2015 | William D. Cozart | Prepare schedules for benefit plan. | 3.00 |
| | 3/19/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 3/19/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, IM files, filing). | 6.50 |
| | 3/23/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files). | 7.50 |
| | 3/24/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files,). | 7.00 |
| | 3/24/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 3/24/2015 | Timothy C. Ross | Received, reviewed and responded to Debtors benefit wind down matters - RE: Nortel - 1994 (SOC). | 0.50 |
| | 3/25/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing, benefit inquiry). | 7.50 |
| | 3/25/2015 | William D. Cozart | Prepare schedules for VEBA 5500 filing. | 5.50 |
| | 3/26/2015 | Deborah M. Parker | Mtg with Seyfarth. | 0.50 |
| | 3/26/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 2.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/26/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research). | 7.75 |
| | 3/26/2015 | Timothy C. Ross | Worked Debtors benefit wind down matters - RE: refund . | 0.50 |
| | 3/26/2015 | Timothy C. Ross | Conference call with Seyfarth and Liberty Mutual - RE: workers compensation. | 1.00 |
| | 3/26/2015 | William D. Cozart | Prepare schedules for LTIP 5500. | 7.00 |
| | 3/30/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, PBGC inquiry, benefit inquiry). | 7.50 |
| | 3/30/2015 | Timothy C. Ross | Worked Debtors benefit wind down matters - RE: 2014 5500 questions. | 1.00 |
| | 3/30/2015 | William D. Cozart | Prepare schedules for benefit plan. | 4.00 |
| | 3/31/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. | 2.00 |
| | 3/31/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, PBGC inquiry). | 5.50 |
| **Human Resources Total** | | | | **161.00** |

**Information Technology Operations**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/3/2015 | Timothy C. Ross | Meeting with RLKS - RE: Zensar agreement issues. | 0.50 |
| | 3/4/2015 | Kim Ponder | Provided requested historical IT data to RLKS and responded to vendor request regarding new contract. | 1.00 |
| | 3/4/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT support matters - RE: Akibia/Zensar Contract. | 0.50 |
| | 3/4/2015 | Timothy C. Ross | Worked Debtors information technology request - RE: Residual email account deactivation. | 1.00 |
| | 3/12/2015 | Timothy C. Ross | Finalized and submitted Debtors email address inactivation review - RE: Nortel-US active email accounts in Office365. | 0.50 |
| | 3/12/2015 | William D. Cozart | Perform QuickBooks maintenance. | 2.50 |
| | 3/18/2015 | Timothy C. Ross | Worked Debtors IT service provider matter - RE: Maintech credit request. | 1.00 |
| | 3/24/2015 | Kim Ponder | Correspondence with former employee. | 0.50 |
| | 3/24/2015 | Timothy C. Ross | Worked Debtors IT service provider matter - RE: Maintech. | 0.50 |
| | 3/26/2015 | Kim Ponder | Upgrade FCB online banking software and permissions. | 0.75 |
| | 3/26/2015 | Timothy C. Ross | Worked Debtors IT request from RLKS - RE: Active-SSL-VPN-UsersList-20150326. | 0.50 |
| | 3/26/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT matters - RE: Maintech agreement (DRAFT) / Zensar Akibia agreement termination. | 1.00 |
| | 3/30/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors information technology matters - RE: Maintech Contract / Zensar final invoices. | 1.00 |
| | 3/31/2015 | Timothy C. Ross | Reviewed and executed Debtors IT services agreement - RE: Maintech. | 1.00 |
| **Information Technology Operations Total** | | | | **12.25** |

**Professional Fee Applications**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/17/2015 | Kim Ponder | Processed Professional fee applications filed. | 0.50 |
| | 3/25/2015 | Kim Ponder | Processed professional fee applications filed. | 1.00 |
| **Professional Fee Applications Total** | | | | **1.50** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| **Real Estate Management** | | | | |
| | 3/2/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Glennville landlord profit sharing and 2014 estimate true-up. | 1.00 |
| | 3/9/2015 | Timothy C. Ross | Researched Debtors rent billing issue - RE: Glennville site. | 1.50 |
| | 3/11/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) - RE: February 2015 FM costs, Quarterly SLA Review, and 2015 cost sharing agreement. | 1.00 |
| | 3/12/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 3/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters - RE: Parkpoint Lease Expiration. | 1.00 |
| | 3/16/2015 | Timothy C. Ross | Met with Johnson Controls (A. Lane) . | 1.00 |
| | 3/16/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Subtenant collection. | 1.00 |
| | 3/17/2015 | Timothy C. Ross | Prepared and submitted Rent roll for RTP and Richardson properties. | 1.50 |
| | 3/17/2015 | Timothy C. Ross | Prepared and submitted tenant rental income for invoicing - RE: April 1, 2015 rent (includes communication of 2014 tax and utilities true-up). | 3.00 |
| | 3/18/2015 | Timothy C. Ross | Worked Debtors property tax matters - RE: Dallas county school district. | 1.00 |
| | 3/19/2015 | Timothy C. Ross | Received, reviewed, and prepared package for response to Ericsson rent question(s) - RE: 2014 tax and utilities reconciliation. | 1.00 |
| | 3/19/2015 | Timothy C. Ross | Prepared Q12015 (Estimate) Richardson landlord profit sharing analysis - RE: dividend capital change in ownership. | 3.00 |
| | 3/23/2015 | Timothy C. Ross | Worked Debtors property management issue - RE: abandoned vehicle. | 1.00 |
| | 3/24/2015 | Timothy C. Ross | Conference call with Dividend Capital and Johnson Controls - RE: Glennville ownership transfer / Q415-Q115 Profit Sharing. | 1.00 |
| | 3/25/2015 | Kim Ponder | Compiled draft of documentation to support Q2 2015 profit sharing analysis. | 3.00 |
| | 3/25/2015 | Kim Ponder | Received and responded to inquiry re: Durham County property tax. | 0.50 |
| | 3/25/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Subtenant collection. | 1.00 |
| | 3/25/2015 | Timothy C. Ross | Received, reviewed and actioned Debtors property tax matters - RE: Durham County - Notice of Increased Appraisal Value. | 1.00 |
| | 3/26/2015 | Timothy C. Ross | Meeting with Johnson Controls (A. Lane) - RE: Debtors property management project review. | 0.50 |
| | 3/27/2015 | Kim Ponder | Received, researched and responded to request from Johnson Controls re: real estate expenditures. | 3.00 |
| | 3/27/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: JCI savings sharing targets. | 2.00 |
| | 3/30/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Durham county property tax. | 1.00 |
| | 3/30/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Leaser expiration and restoration discussion agenda with RLKS. | 1.00 |
| | 3/30/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Johnson Controls savings sharing targets. | 1.00 |
| | 3/31/2015 | Timothy C. Ross | Meeting with Johnson Controls (A. Lane) on Debtors property management matters - RE: Johnson Controls PM division divestiture to CBRE (impact). | 0.50 |
| **Real Estate Management Total** | | | | **33.50** |

**Residual Business Operations**

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/3/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 5.00 |
| | 3/3/2015 | Timothy C. Ross | Worked Debtors license & royalty matters - RE: 2014 royalty report for Nortel. | 1.00 |
| | 3/4/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 3.50 |
| | 3/9/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 1.00 |
| | 3/11/2015 | Timothy C. Ross | Received, reviewed and actioned Debtors unclaimed property matters - RE: SOC Controller issue. | 0.50 |
| | 3/12/2015 | Deborah M. Parker | Unclaimed Property - document execution & signature. | 0.50 |
| | 3/17/2015 | Timothy C. Ross | Worked Debtors regulatory fee matter - RE: Demand Letter from Federal Communications Commission.. | 0.50 |
| | 3/17/2015 | Timothy C. Ross | Worked Debtors unclaimed abandoned property matter - RE: SOC Controllers office. | 1.00 |
| | 3/18/2015 | Deborah M. Parker | Unclaimed Property - research, preparation, document execution & signature. | 2.50 |
| | 3/18/2015 | Timothy C. Ross | Reviewed and executed Debtors abandoned property claim forms - RE: various states. | 0.50 |
| **Residual Business Operations Total** | | | | **16.00** |

**Tax Matters**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/2/2015 | Kim Ponder | Meeting with EY (M Gentile and Deb Vaughan) and follow up research regarding balances. | 1.00 |
| | 3/2/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters - RE: Business Entity Monitoring Alert. | 0.50 |
| | 3/3/2015 | Kim Ponder | Researched 2011 state tax data per request from EY (J Wood). | 1.00 |
| | 3/3/2015 | Timothy C. Ross | Reviewed and authorized Debtors Tax matters - RE: Various extensions and annual reports & fees. | 1.00 |
| | 3/3/2015 | William D. Cozart | Prepare analysis for EY. | 6.50 |
| | 3/4/2015 | Kim Ponder | Compiled 2014 foreign tax data per EY request (J Wood). | 7.00 |
| | 3/4/2015 | William D. Cozart | Prepare analysis for EY. | 3.50 |
| | 3/5/2015 | Timothy C. Ross | Meeting with E&Y (J. Woods/J. Scott) - RE: Debtors tax project status update. | 0.50 |
| | 3/5/2015 | William D. Cozart | Prepare analysis for EY. | 6.00 |
| | 3/6/2015 | Kim Ponder | Compiled 2014 foreign tax data per EY request (J Wood). | 4.00 |
| | 3/6/2015 | Timothy C. Ross | Researched and responded to Debtors tax matter request - RE: State of Texas tax refund (November 2011). | 1.00 |
| | 3/9/2015 | Timothy C. Ross | Meeting with E&Y - D. Vaughn transition and Client Assistance Protocol.. | 0.50 |
| | 3/9/2015 | Timothy C. Ross | Reviewed and authorized Debtors compliance client assistance request - RE: Form 1042 Data (2014). | 1.00 |
| | 3/9/2015 | William D. Cozart | Teleconference with EY re: 2015 FBAR. | 1.00 |
| | 3/9/2015 | William D. Cozart | Prepare follow-up analysis re: FBAR questions. | 2.50 |
| | 3/9/2015 | William D. Cozart | Prepare analysis for EY. | 3.00 |
| | 3/10/2015 | Kim Ponder | Processed EFT to State of California re: Q1 2015 estimate. | 0.50 |
| | 3/10/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: FOM 8809 Extension. | 0.50 |
| | 3/10/2015 | Timothy C. Ross | Finalized and communicated E&Y / Nortel client assistance protocol. | 0.50 |
| | 3/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax related request | 1.00 |
| | 3/10/2015 | William D. Cozart | Prepare correspondence re: FBAR filing. | 1.50 |
| | 3/11/2015 | Timothy C. Ross | Worked Debtors tax matters - RE: Nortel Supplemental Information Request. | 1.00 |
| | 3/11/2015 | William D. Cozart | Prepare analysis for EY. | 4.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/12/2015 | Kim Ponder | Meeting with Deborah Vaughan re: knowledge transfer and computer access at departure.. | 1.00 |
| | 3/12/2015 | William D. Cozart | Prepare research and analysis re: tax payments. | 2.50 |
| | 3/13/2015 | Kim Ponder | Compiled information re: prior year refund from Texas Comptroller. | 0.50 |
| | 3/17/2015 | Kim Ponder | Compilation of tax data requested by EY. | 3.50 |
| | 3/18/2015 | Kim Ponder | Meetings with EY (J Wood, S Jacks, M Gentile), T Ross and D Cozart regarding information needed for 2014 corporate returns. | 4.00 |
| | 3/18/2015 | Kim Ponder | Compilation of tax data requested by EY. | 4.00 |
| | 3/18/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax report and fees matter - RE: FW: Official 2015 Annual Report Notice | 0.50 |
| | 3/18/2015 | Timothy C. Ross | Meeting with K. Ponder and D. Cozart - RE: Review and action Debtors tax compliance client assistance schedule. | 0.50 |
| | 3/18/2015 | Timothy C. Ross | Meeting with E&Y (S. Jacks and J. Woods) - RE: Review and prioritize Debtors 2014 Client Assistance Schedule actions. | 1.00 |
| | 3/18/2015 | Timothy C. Ross | Meeting with E&Y (J. Woods and J. Scott) - RE: Debtors tax project update. | 1.00 |
| | 3/18/2015 | Timothy C. Ross | Reviewed and executed Debtors tax matters. | 0.50 |
| | 3/18/2015 | William D. Cozart | Meeting with T Ross and K Ponder re: EY tax schedules. | 0.50 |
| | 3/18/2015 | William D. Cozart | Meeting with EY, K Ponder, T Ross re: Tax schedules. | 1.00 |
| | 3/18/2015 | William D. Cozart | Prepare tax schedules for EY. | 2.50 |
| | 3/19/2015 | Kim Ponder | Compilation of tax data requested by EY. | 4.75 |
| | 3/19/2015 | William D. Cozart | Prepare schedules for EY 2014 Information Request. | 8.00 |
| | 3/20/2015 | Kim Ponder | Compilation of tax data requested by EY. | 7.50 |
| | 3/20/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matter - RE: Annual Report/Tax. | 0.50 |
| | 3/20/2015 | William D. Cozart | Prepare tax schedules for EY. | 3.00 |
| | 3/23/2015 | Kim Ponder | Compilation of tax data requested by EY. | 6.50 |
| | 3/23/2015 | William D. Cozart | Prepare tax schedules for EY. | 8.00 |
| | 3/24/2015 | William D. Cozart | Prepare tax schedules for EY. | 5.50 |
| | 3/25/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property tax matters - RE: Nortel Networks Inc. | 0.50 |
| | 3/26/2015 | Timothy C. Ross | Follow-up with E&Y on Debtors tax compliance matters - RE: 2014 FBAR. | 0.50 |
| | 3/27/2015 | Kim Ponder | Compilation of tax data requested by EY. | 4.00 |
| | 3/27/2015 | William D. Cozart | Prepare tax schedules for EY. | 6.50 |
| | 3/30/2015 | Kim Ponder | Follow up with Citibank re: outstanding check. | 0.50 |
| | 3/30/2015 | Timothy C. Ross | Researched Debtors tax matters - RE: intercompany. | 1.00 |
| | 3/30/2015 | William D. Cozart | Prepare tax schedules for EY. | 2.50 |
| | 3/31/2015 | Kim Ponder | Received and forwarded tax correspondence to EY. | 0.50 |
| | 3/31/2015 | Timothy C. Ross | Completed and executed Debtors and foreign subsidiary tax matters - RE: 2014 Corporate and Personal FBAR. | 1.00 |
| | 3/31/2015 | William D. Cozart | Review 2014 FBAR forms. | 4.00 |
| | 3/31/2015 | William D. Cozart | Prepare tax schedules for EY. | 2.00 |
| | 3/31/2015 | William D. Cozart | Distribute 2014 FBAR filings. | 1.00 |
| | 3/31/2015 | William D. Cozart | File 2014 FBAR forms. | 1.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | | **Tax Matters Total** | | **141.25** |
| **For the period of March 1, 2015 through March 31, 2015** | | | | **653.75** |