# Exhibit H

## The Mergis Group
**Expense Detail**

Nortel Networks, Inc. et al.
For the period of March 1, 2015 through March 31, 2015

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|

| | **Expense Category** | **Vendor** | **Expenses** |
|---|---|---|---|
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$    -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|

| | **Expense Category** | **Vendor** | **Expenses** |
|---|---|---|---|
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$    -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|

| | **Expense Category** | **Vendor** | **Expenses** |
|---|---|---|---|
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$    -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|

| | **Expense Category** | **Vendor** | **Expenses** |
|---|---|---|---|
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$    -** |

**For the period of March 1, 2015 through March 31, 2015**     **$    -**