THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., ET AL., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 <br> Jointly Administered |

### Request for Change of Address

BDO USA, LLP ("BDO"), a creditor and party-in-interest in the above captioned case does hereby request that the address on the creditors matrix be changed to:

> Laurence W. Goldberg
> Director, Revenue Management
> BDO USA, LLP
> 4135 Mendenhall Oaks Parkway Suite 140
> High Point, NC 27265

Further, BDO requests that all notices to creditors, including, without limitation, notices required by Bankruptcy Rule 2002, be sent electronically to lgoldberg@bdo.com

Dated: __April 27, 2015__

_____
Laurence W. Goldberg
Director, Revenue Management
BDO USA, LLP
4135 Mendenhall Oaks Parkway Suite 140
High Point, NC 27265
Phone: (336) 289.2009