IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: Chapter 11
*In re* :
: Case No. 09-10138(KG)
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. : Re: D.I. 15413
:
---------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## ORDER ENTERING THIRD DISCOVERY PROTOCOL

Counsel for Nortel Networks, Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), hereby certifies as follows:

1. On April 8, 2015, Debtors filed their *Motion for Entry of Third Discovery Protocol Implementing the Court's Previous Orders Extending Automatic Stay and Regulating Third-Party Discovery* [Docket No. 15413] (the "Motion").

2. The deadline to object to the Motion was April 28, 2015, at 4:00 p.m. (the "Objection Deadline"). A hearing on the Motion took place on May 5, 2015, at 10:00 a.m. (the "Hearing").

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

3.  Prior to the Objection Deadline, Debtors received informal comments from Cisco Systems, Inc. ("Cisco"), which comments were resolved by a statement on the record at the Hearing. No other parties formally or informally objected to the Motion.

4.  At the Hearing, Debtors' counsel indicated that Debtors intended to clarify the Third Discovery Protocol with respect to the applicability of the discovery procedures in Paragraph 5 to the repositories described in Paragraph 4.a. No objections to the proposed clarification were raised at the Hearing.

5.  Attached hereto as **Exhibit A** is a revised form of proposed order for the Motion (the "Revised Order"), with the Third Discovery Protocol (the "Revised Third Discovery Protocol"), as revised consistent with Paragraph 4 above, attached thereto as Tab 1.

6.  For the Court's convenience, attached hereto as **Exhibit B** is a blackline of the Revised Order and the Revised Third Discovery Protocol.

7.  Debtors' counsel provided Cisco's counsel with a copy of the Revised Order and the Revised Third Discovery Protocol, and Cisco indicated that it has no objection to the entry of the Revised Order and the Revised Third Discovery Protocol.

WHEREFORE, Debtors respectfully request that the Court enter the Revised Order and the Revised Third Discovery Protocol as an order of the Court at the Court's earliest convenience.

Dated:  May 5, 2015

CROWELL & MORING LLP
Mark D. Plevin (admitted *pro hac vice*)
Mark M. Supko (admitted *pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

– and –

- 3-

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Kevin M. Capuzzi*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Ave., Suite 801
Wilmington, DE  19801
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012

*Counsel for Debtors and Debtors in Possession*