# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 5/4/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Tecce | Quinn Emanuel Urquhart & Sullivan | SNMP Altimative Assurance Associates (USDTAC) |
| Kevin Caputti | Boresch Friedlander | Debtors |
| Mark Sopko | Crowell Moring | Debtors |
| Daniel Lowenthal | Patterson Belknap | Law Debenture |
| Seton Mangine | Pinckney Weidinger Urban & Joyce | SNMP |
| Stephen Miller | Morris James LLP | Law Debenture as Indenture Tr |
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | Ad Hoc Group of Bondholders |
| Dan Guyder | Allen & Overy LLP | Ernst & Young / Monitor |
| Mary Calloway | Buchanan Ingersoll | Ernst & Young / Monitor |
| Connor B. Afferato | BIFFERATO LLC | Cisco Systems |
| David Botter | Akin | Off Comm Unsec Creds |
| Chris Samis | Whiteford Taylor | (c1) |
| Anne Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen Hamilton | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

2nd Revision 05/05/2015 06:58 AM

Calendar Date: 05/05/2015
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6900572 | Benjamin Beller | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6898108 | Stephen J. Blauner | (212) 373-1562 | Stephen J. Blauner, S.P.C. | Interested Party, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6900460 | Justin Brass | (212) 843-1246 | Stone Lion Capital Partners | Interested Party, Stone Lion / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6897969 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg A. Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6900565 | James Bromley | (212) 225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6900675 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6900560 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6900710 | Matthew Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6899165 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6899356 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6903723 | Andrew LeBlanc | 212-530-5000 | Milbank, Tweed, Hadley & McCloy, LLl | Interested Party, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6897975 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLl | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6903619 | Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Creditor, Canadian Creditors Committee / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6898267 | Michael J. Riela | (212) 407-7700 | Vedder Price P.C. | Creditor, Bank of New York Mellon / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6900668 | Javier Schiffrin | (212) 231-2372 | Macquarie Capital (USA), Inc. | Creditor, Macquarie Capital (USA), Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6903642 | Jennifer Wild | (212) 257-5124 | Candlewood Investment Group | Interested Party, Candlewood Investment Group / LISTEN ONLY |