IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et</u> <u>al.</u>, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15473-15475, 15480-15487, 15489-15495, 15515** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 4, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
4th day of May, 2015

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 2017

17

# EXHIBIT A

# EXHIBIT B

NORTEL
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BROOKS, KELLY | 1200 CHIPPER LANE, WAKE FOREST, NC 27587 |
| CHAPPELL, TOMMA C. | 3809 VALLEYBROOK WAY, THE VILLAGES, FL 32163 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: LAMBERT, DAVID A, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| DISE, ROGER | 6909 WEDGESTONE DR., PLANO, TX 75023 |
| FAILS, VERNON II | P.O. BOX 134, WAMEGO, KS 66547 |
| FISHENCORD, MICHAEL SCOTT | 503 KAMBER LN, WYLIE, TX 75098 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BROOKS, KELLY, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DISE, ROGER, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FAILS, VERNON II, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FISHENCORD, MICHAEL SCOTT, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HELMS, JAMES, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HERR, CHRIS, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HOUSE, PAUL, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HOUSE, PAUL, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HOUSE, PAUL, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HOUSE, PAUL, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: IZZARD, RANDAL S., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LATHON, DENNIS, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LI, MINQI, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MACAPULAY, SALLY, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MACAPULAY, SALLY Y., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NADOLNY, ARNO, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: THOMPSON, JAMES L., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TUCKER, JAMES E, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WELDON, MARK, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WESTMAN, MARK A., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: CHAPPELL, TOMMA C., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HELMS, JAMES | 5018 WINEBERRY DR, DURHAM, NC 27713 |
| HERR, CHRIS | P.O. BOX 237, SEQUIM, WA 98382-4304 |

NORTEL

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HOUSE, PAUL | 8108 UPPER LAKE DRIVE, RALEIGH, NC 27615 |
| HOUSE, PAUL | 8108 UPPER LAKE DR.,, RALEIGH, NC 27615 |
| HOUSE, PAUL | 8108 UPPER LAKE DR.,, RALEIGH, NC 27615 |
| HOUSE, PAUL | 8108 UPPER LAKE DR.,, RALEIGH, NC 27615 |
| HOUSE, PAUL | 8108 UPPER LAKE DR.,, RALEIGH, NC 27615 |
| HUB PROPERTIES TRUST | 255 WASHINGTON ST STE 300, NEWTON, MA 02458-1634 |
| IZZARD, RANDAL S. | 2605 NAVASOTA DRIVE, LITTLE ELM, TX 75068 |
| LAMBERT, DAVID A | P.O. BOX 549, ARROYO SECO, NM 87514 |
| LATHON, DENNIS | 28745 VILLAGE LANE, FARMINGTON HILLS, MI 48334 |
| LI, MINQI | 668 WATER OAK, PLANO, TX 75025 |
| MACAPULAY, SALLY | 1736 SEVILLE WAY, SAN JOSE, CA 95131 |
| MACAPULAY, SALLY Y. | 1736 SEVILLE WAY, SAN JOSE, CA 95131 |
| NADOLNY, ARNO | 706 S JUPITER RD APT 1901, ALLEN, TX 75002-9024 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: HUB PROPERTIES TRUST, 80 BUSINESS PARK DRIVE, SUITE 208, ARMONK, NY 10504 |
| THOMPSON, JAMES L. | 20822 QUIET BROOK PLACE, STERLING, VA 20165 |
| TUCKER, JAMES E | 2612 MILITARY PKWY, MESQUITE, TX 75149 |
| WELDON, MARK | 301 FAYETTEVILLE ST, UNIT 2504, RALEIGH, NC 27601 |
| WESTMAN, MARK A. | 312 STROMER DRIVE, CARY, NC 27513 |

**Total Creditor Count 48**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006