IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: Chapter 11
*In re* :
: Case No. 09-10138(KG)
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. : Re: D.I. 15413
:
------------------------------------------------------------ x

## [~~PROPOSED~~] ORDER ENTERING THIRD DISCOVERY PROTOCOL

WHEREAS,

A.  Nortel Networks, Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have moved (the "Motion") for entry of an order, as more fully described in the Motion, (1) enforcing and/or extending the automatic stay pursuant to Section 362(a) of the Bankruptcy Code to third-party discovery of Debtors in connection with patent litigations involving former Nortel patents not already covered by the Second Discovery Protocol entered by the Court on December 8, 2014 [D.I. 14906], (2) enforcing the Court's previous Order Extending Automatic Stay and Regulating Third-Party Discovery [D.I. 14746] in the context of such third-party discovery, and (3) granting related relief under Section 105(a) of the Bankruptcy Code.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

8532761 v1

B. The Court conducted a hearing on the Motion and considered the supporting Declaration of Timothy C. Ross [D.I. 14477] and Declaration of Mark M. Supko (filed herewith), and the record in these proceedings, including docket items in Case Nos. 09-10138, 09-10164, and 09-11972, as well as all papers filed in support of and in opposition to the Motion.

C. The Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, 11 U.S.C. §§ 105(a), 107(b), 362(a) and 541, and Bankruptcy Rule 9018.

D. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

E. The Court has determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein, and that such relief is in the best interests of the Debtors, their estates, their creditors, and the parties in interest.

F. Adequate notice under the circumstances was provided to all parties with an interest in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Third Discovery Protocol, attached hereto as "**Tab 1**", is hereby approved and ordered by the Court.

2. The Court retains jurisdiction with respect to all matters and disputes arising out of or relating to this Order and the Third Discovery Protocol, including, but not limited to, the interpretation, implementation, and enforcement of this Order and the Third Discovery Protocol, and to provide any further relief that is necessary or appropriate in furtherance of this Order and the Third Discovery Protocol.

Dated: May 6, 2015

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

8532761 v1