# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Akin Gump Fee Applications/Monthly Billing Reports | 11.50 | $5,981.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 1.80 | $1,401.50 |
| Creditors' Committee Meetings | 23.60 | $21,421.00 |
| Court Hearings | 12.10 | $8,297.00 |
| General Claims Analysis/Claims Objections | 87.50 | $77,857.50 |
| Canadian Proceedings/Matters | 9.60 | $10,258.00 |
| Tax Issues | 1.30 | $1,625.00 |
| Labor Issues/Employee Benefits | 2.10 | $1,533.00 |
| Plan, Disclosure Statement & Plan Related Documentation | 0.40 | $500.00 |
| Travel | 0.80 | $780.00 |
| Intercompany Analysis | 74.80 | $82,416.00 |
| **TOTAL** | **225.50** | **$212,070.00** |



| | | | |
|---|---|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | | Invoice Number | 1594423 |
| ATTN: JOHN DOLITTLE | | Invoice Date | 04/16/15 |
| 2221 LAKESIDE BOULEVARD | | Client Number | 687147 |
| RICHARDSON, TX  75082 | | Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 11.50 | $5,981.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.80 | $1,401.50 |
| 0007 | Creditors Committee Meetings | 23.60 | $21,421.00 |
| 0008 | Court Hearings | 12.10 | $8,297.00 |
| 0012 | General Claims Analysis/Claims Objections | 87.50 | $77,857.50 |
| 0014 | Canadian Proceedings/Matters | 9.60 | $10,258.00 |
| 0018 | Tax Issues | 1.30 | $1,625.00 |
| 0019 | Labor Issues/Employee Benefits | 2.10 | $1,533.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 0.40 | $500.00 |
| 0025 | Travel | 0.80 | $780.00 |
| 0029 | Intercompany Analysis | 74.80 | $82,416.00 |
| | TOTAL | 225.50 | $212,070.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 2
Invoice Number: 1594423                                                                              April 16, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/02/15 | FSH | 0003 | Review fee order exhibit and email w/ M. Fagen re same. | 0.10 |
| 02/02/15 | MCF | 0003 | Review info re fee order (.2) and emails re same (.1). | 0.30 |
| 02/06/15 | FSH | 0003 | Review January pre-bill. | 0.40 |
| 02/16/15 | FSH | 0003 | Communications re pending fee app. | 0.10 |
| 02/16/15 | MCF | 0003 | Review and edit prebill for confidentiality and privilege. | 1.50 |
| 02/23/15 | JRW | 0003 | Prepare January fee statement cover sheet. | 1.80 |
| 02/24/15 | MCF | 0003 | Draft January fee application (1.6); review January schedules (.8); prepare version for B. Kahn review (.2). | 2.60 |
| 02/24/15 | JRW | 0003 | Update January fee statement cover sheet. | 1.20 |
| 02/25/15 | MCF | 0003 | Edit Akin fee application (.3); draft interim fee application (.6); emails with F. Hodara re same (.2). | 1.10 |
| 02/25/15 | JRW | 0003 | Update January fee statement cover sheet. | 1.20 |
| 02/26/15 | FSH | 0003 | Review draft fee application and comment therein (.6). Review quarterly fee application (.1). | 0.70 |
| 02/27/15 | MCF | 0003 | Prepare fee apps for filing (.4) and emails with B. Kahn re same (.1). | 0.50 |
| 02/02/15 | MCF | 0004 | Review Ashurst December fee application (.3) and email to local counsel for filing (.1); follow up with Ashurst (.1). | 0.50 |
| 02/09/15 | FSH | 0004 | Examine professionals' fee applications. | 0.30 |
| 02/10/15 | FSH | 0004 | Examine examiner reports. | 0.10 |
| 02/11/15 | FSH | 0004 | Examine fee application. | 0.10 |
| 02/17/15 | BMK | 0004 | Provide fee detail to fee examiner | 0.20 |
| 02/25/15 | MCF | 0004 | Review Capstone fee application (.4) and emails with J. Hyland re same (.2). | 0.60 |
| 02/04/15 | FSH | 0007 | Work on agenda, scheduling and items for Committee call. | 0.40 |
| 02/04/15 | RAJ | 0007 | Emails re Committee call and agenda. | 0.30 |
| 02/04/15 | MCF | 0007 | Email to Committee re Committee call scheduling (.1) and follow up (.2); draft agenda for Committee call (.2) and minutes (.1) and emails with B. Kahn (.1) and team (.1) re same; send same to Committee (.2) and prepare for next day call (.2). | 1.20 |
| 02/05/15 | FSH | 0007 | Outline presentation for Committee (.6). Participate in Committee call (.6). | 1.20 |
| 02/05/15 | RAJ | 0007 | Committee call (.6); prepare for same (.1). | 0.70 |
| 02/05/15 | DHB | 0007 | Prepare for Committee call (.2); attend same (.6); follow-up with M. Fagen and Capstone (.2). | 1.00 |
| 02/05/15 | MCF | 0007 | Prepare for (.3) and participate in (.6) Committee call and post-call with D. Botter and Capstone (.2). | 1.10 |
| 02/05/15 | AME | 0007 | Attend Committee Call (.6); emails re same (.1). | 0.70 |
| 02/09/15 | AME | 0007 | Review team correspondence re: upcoming Committee Call. | 0.10 |
| 02/11/15 | FSH | 0007 | Work on agenda and pending items for Committee call. | 0.30 |
| 02/11/15 | DHB | 0007 | Review Committee call agenda (.1) and emails re same (.1). | 0.20 |
| 02/11/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails with team re same (.2); revise same (.2) and send same to Committee (.2). | 0.80 |
| 02/12/15 | FSH | 0007 | Final preparation for Committee call presentation (.5). Participate in Committee call (.5). | 1.00 |
| 02/12/15 | RAJ | 0007 | Call with Committee. | 0.50 |
| 02/12/15 | AQ | 0007 | Committee call. | 0.50 |
| 02/12/15 | DHB | 0007 | Prepare for Committee call (.1); attend same (.5) and follow-up emails (.1). | 0.70 |
| 02/12/15 | AME | 0007 | Attend Committee Call. | 0.50 |
| 02/18/15 | FSH | 0007 | Work on items for Committee meeting (.1) and confer w/ M. Fagen re agenda (.1). | 0.20 |
| 02/18/15 | BMK | 0007 | Review proposed agenda for committee call (0.1); emails re: same (0.1) | 0.20 |
| 02/18/15 | MCF | 0007 | Draft agenda for Committee call (.2) and minutes (.1) and confer with F. Hodara re same (.1) and send to Committee (.1). | 0.50 |
| 02/19/15 | FSH | 0007 | Attend Committee call. | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 3
Invoice Number: 1594423  April 16, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/19/15 | RAJ | 0007 | Call with Committee (.4); emails with Committee professionals re same (.1). | 0.50 |
| 02/19/15 | AQ | 0007 | Committee call. | 0.40 |
| 02/19/15 | DHB | 0007 | Prepare for (.1) and attend (.4) Committee call. | 0.50 |
| 02/19/15 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.4) | 0.60 |
| 02/19/15 | MCF | 0007 | Prepare for (.2) and participate in (.4) Committee call. Edit Committee contact list (.2) and schedule next Committee call (.1). | 0.90 |
| 02/19/15 | AME | 0007 | Attend Committee Call. | 0.40 |
| 02/23/15 | FSH | 0007 | Review draft Committee call agenda and email w/ M. Fagen re same. | 0.10 |
| 02/23/15 | MCF | 0007 | Draft agenda for Committee call (.2) and email with F. Hodara re same (.1); send same to Committee (.1). | 0.40 |
| 02/24/15 | FSH | 0007 | Prep for Committee meeting (.2). Attend same (.7). TC Committee member, D. Botter and Capstone re upcoming Committee call (.7). | 1.60 |
| 02/24/15 | RAJ | 0007 | Call with Committee. | 0.70 |
| 02/24/15 | AQ | 0007 | Committee call. | 0.70 |
| 02/24/15 | DHB | 0007 | Telephone call with Committee members re upcoming meeting and presentation (.7); prepare for Committee call (.3); attend same (.7). | 1.70 |
| 02/24/15 | KMR | 0007 | Attended meeting for update on allocation. | 0.70 |
| 02/24/15 | MCF | 0007 | Prepare for (.3) and participate in (.7) Committee call. Draft minutes re same (.2). | 1.20 |
| 02/24/15 | AME | 0007 | Attend Committee Call. | 0.70 |
| 02/02/15 | RAJ | 0008 | Review pleadings in preparation for hearing on Rockstar third-party discovery issues (.7); emails re cancellation of hearing (.2). | 0.90 |
| 02/02/15 | DHB | 0008 | Email communications re hearing (.2); review agenda re same (.1). | 0.30 |
| 02/02/15 | MCF | 0008 | Emails re Nortel omnibus hearing dial in (.1); review hearing cancellation notice (.1) and send same to team (.1). | 0.30 |
| 02/02/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/03/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/04/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/05/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/06/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/09/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/10/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/11/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/12/15 | FSH | 0008 | Review Court agenda (.2) and communications w/ Cleary, M. Fagen, D. Botter, C. Samis re same (.3). | 0.50 |
| 02/12/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/13/15 | FSH | 0008 | Review materials for upcoming hearing. | 0.20 |
| 02/13/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/16/15 | FSH | 0008 | Communications w/ parties re court hearing and rescheduling. | 0.20 |
| 02/18/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/19/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/20/15 | DKB | 0008 | Review case dockets (.2); prepare adversary proceedings and district court updates for M. Fagen (.2); organize pleadings for attorney (.2). | 0.60 |
| 02/23/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/24/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/25/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 02/27/15 | FSH | 0008 | Review information re SNMP hearings (.3) and comms with Cassels, DB, RAJ re same (.2). Examine court agenda (.1). | 0.60 |
| 02/27/15 | RAJ | 0008 | Prepare for (1.0) and attend (1.4) hearing on SNMP claims litigation. | 2.40 |
| 02/27/15 | DHB | 0008 | Attend SNMP status conference telephonically (.8); extensive email communications re same and Canadian hearing (.4). | 1.20 |
| 02/27/15 | DKB | 0008 | Review case dockets (.2); prepare adversary proceedings and district court updates for M. Fagen (.2). | 0.40 |
| 02/02/15 | RAJ | 0012 | Emails with Committee professionals re claims issues. | 0.30 |
| 02/02/15 | BMK | 0012 | Analysis of claim issues. | 0.50 |
| 02/03/15 | MCF | 0012 | Review info re SNMP claim litigation (.8) and email to team re same | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 4
Invoice Number: 1594423  April 16, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.4). | |
| 02/04/15 | RAJ | 0012 | Review POCs filed by SNMP. | 1.10 |
| 02/04/15 | MCF | 0012 | Review info re US PPI appeal (.2) and email to team re same (.1). | 0.30 |
| 02/05/15 | FSH | 0012 | Review info re bond claims (.1). Review motions re SNMP claim litigation, and info re same (.8). Communications w/ RAJ, D. Botter re same (.2). | 1.10 |
| 02/05/15 | RAJ | 0012 | Review Capstone analysis of claims issues (.4); emails re same (.2); further analysis of SNMP claim (1.7); emails with Capstone re SNMP (.2); call with D. Herrington (Cleary) re same (.5); emails re appeal of approval of PPI claim settlement (.2). | 3.20 |
| 02/05/15 | MCF | 0012 | Confer with C. Samis re US ppi appeal (.3); review cases re same (.3) and email to team re same (.1). | 0.70 |
| 02/05/15 | AME | 0012 | Review correspondence re: judge for 9019 appeal. | 0.20 |
| 02/06/15 | FSH | 0012 | Review claim info. | 0.20 |
| 02/06/15 | RAJ | 0012 | Review motion record re SNMP claim (1.5); review Judge Stark decisions involving 9019 appeals and emails re same (.4); emails re hearing on late-filed claims (.2); emails with Capstone re SNMP claim (.2). | 2.30 |
| 02/06/15 | MCF | 0012 | Review proposed scheduling order re former employees' claims trial (.3); email to team re same (.2). | 0.50 |
| 02/09/15 | FSH | 0012 | Examine court procedures order re ppi appeal (.1). Review info re appeal (.1) and communications w/ M. Fagen re same (.1). | 0.30 |
| 02/09/15 | RAJ | 0012 | Analyze SNMP claims (1.4); review documents produced by SNMP (1.2); emails re scheduling order for motion re late-filed employee claims (.2). | 2.80 |
| 02/09/15 | CDD | 0012 | Confer with Cleary re motion on late filed claims (.3); emails with team re same (.6). | 0.90 |
| 02/10/15 | RAJ | 0012 | Review SNMP claim pleadings and transcripts (2.8); analyze allegations in complaint (1.1); emails with Cleary re SNMP (.3); prepare outline of analysis of SNMP claims litigation (.5). | 4.70 |
| 02/10/15 | JYY | 0012 | Reviewing correspondence regarding employee claims trial and trial record. | 0.10 |
| 02/11/15 | FSH | 0012 | Communications re SNMP claim. | 0.30 |
| 02/11/15 | RAJ | 0012 | Call with D. Herrington (Cleary) re SNMP claim (.3); emails re same (.2); further analyze SNMP proofs of claim (1.3); review pleadings in SNMP adversary proceeding (.4); draft and edit memorandum to Committee re SNMP claims and adversary proceeding (1.5, 1.2); analyze procedural issues re same (.4); emails with Akin and Capstone teams re SNMP claims issues (.3). | 5.60 |
| 02/11/15 | AQ | 0012 | Review and analyze draft statement regarding US PPI appeal (.2) and emails regarding same (.1). | 0.30 |
| 02/11/15 | DHB | 0012 | Review J. Stark 9019 opinions re ppi claims settlement appeal (.6); review draft statement re mediation and emails re same (.5). | 1.10 |
| 02/11/15 | CDD | 0012 | Review scheduling order and update calendar with upcoming hearing and related deadlines (.7); consider issues with team re same (1.4). | 2.10 |
| 02/11/15 | AME | 0012 | Communicate with M. Fagen re: SNMP claim (.1); review team correspondence re: SNMP updates (.1) | 0.20 |
| 02/12/15 | FSH | 0012 | Review memo re SNMP dispute (.4) and communications w/ D. Botter, RAJ and Capstone re same (.2). Confer w/ A. Qureshi re late-filed claims litigation (.1). Confer w/ D. Botter re PPI appeal (.1). Email w/ D. Botter re PPI appeal (.1). Analyze issues in draft joint statement (.3). | 1.20 |
| 02/12/15 | RAJ | 0012 | Further emails re SNMP claim (.3, .2); call with Debtors' counsel re SNMP claim (.2); further analyze POCs (.6); edits to memorandum to Committee re SNMP (.7); review transcripts of prior hearings (1.2). | 3.20 |
| 02/12/15 | AQ | 0012 | Emails re late-filed claims litigation (.1); confer with F. Hodara re same (.1). | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Invoice Number: 1594423  April 16, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/12/15 | DHB | 0012 | Review memo re SNMP claim litigation (.6) and emails re same (.1); email communications re ppi appeal (.1) and confer w/ F. Hodara re same (.1). | 0.90 |
| 02/12/15 | AME | 0012 | Email with C. Doniak re: coordinating with Cleary on late-filed claims hearing (.1); review SNMP claim memo (.3); confer with J. Yecies re: status update (.1) | 0.50 |
| 02/13/15 | FSH | 0012 | Preparations for upcoming NNCC bondholder claim status conference. | 0.60 |
| 02/16/15 | FSH | 0012 | Review revised ppi appeal statement (.1) and communications re same w/ B. Kahn (.1). | 0.20 |
| 02/16/15 | BMK | 0012 | Review updated ppi appeal statement (0.2); emails re: same (0.1) | 0.30 |
| 02/17/15 | FSH | 0012 | Examine info from Cleary re proposed settlement of de minimis claim. | 0.10 |
| 02/17/15 | RAJ | 0012 | Analyze SNMP claim document (1.2); emails re appeal of PPI ruling (.2). | 1.40 |
| 02/17/15 | DHB | 0012 | Review notice of de minimis claim settlement. | 0.20 |
| 02/17/15 | CDD | 0012 | Email with A. Qureshi re comments to pleading on late-filed claims. | 0.20 |
| 02/17/15 | BMK | 0012 | Review final ppi appeal mediation statement. | 0.20 |
| 02/17/15 | AME | 0012 | Communicate with C. Doniak re: coordinating late-filed claims briefing with Debtors's counsel. | 0.10 |
| 02/18/15 | FSH | 0012 | Communications w/ D. Botter and M. Fagen re proposed claim settlement. | 0.10 |
| 02/18/15 | RAJ | 0012 | Review transcripts of hearings in SNMP claim litigation (1.5); analyze proofs of claim (.3). | 1.80 |
| 02/18/15 | DHB | 0012 | Email communications re NTEC claims resolution and consider same (.4); review agenda (.1). | 0.50 |
| 02/18/15 | BMK | 0012 | Review emails re: proposed claims settlement | 0.30 |
| 02/18/15 | JYY | 0012 | Update from A. Evans regarding late-filed claims trial. | 0.10 |
| 02/18/15 | AME | 0012 | Email with C. Doniak re: draft of supplemental objection for late-filed claims (.1); email with J. Yecies re: status update (.2) | 0.30 |
| 02/19/15 | FSH | 0012 | Review SNMP claim affidavit (.5). Review draft pleading re claims (.8) and communications w/ B. Kahn re same (.3). | 1.60 |
| 02/19/15 | RAJ | 0012 | Emails re SNMP claim. | 0.10 |
| 02/19/15 | AQ | 0012 | Review and edit draft objection to late-filed claims motion and review related citations. | 2.30 |
| 02/19/15 | DHB | 0012 | Brief review of draft supplemental objection re late filed claims. | 0.30 |
| 02/19/15 | BMK | 0012 | Review and comment on Debtors' supplemental objection to late filed claims motion (1.7); emails with F. Hodara re same (.2). | 1.90 |
| 02/20/15 | FSH | 0012 | Review SNMP and Avaya objections re SNMP claims litigation (.3). Review analysis of jurisdictional issues re claims (1.3). | 1.60 |
| 02/20/15 | RAJ | 0012 | Multiple emails re SNMP claim litigation. | 0.30 |
| 02/20/15 | CDD | 0012 | Review and send comments to Motion to File Late-Filed Claims (.6); communicate with B. Gifford re deposition transcript and exhibits (.2). | 0.80 |
| 02/21/15 | AQ | 0012 | Emails regarding SNMP claim pleading. | 0.20 |
| 02/21/15 | DHB | 0012 | Email communications re SNMP claims. | 0.20 |
| 02/21/15 | BMK | 0012 | Draft joinder to Debtors' supplemental objection to late filed claims motion | 1.80 |
| 02/22/15 | RAJ | 0012 | Emails with Akin and Cassels teams re SNMP claims litigation. | 0.20 |
| 02/22/15 | AQ | 0012 | Review and analyze deposition testimony re late-filed claims motion. | 0.80 |
| 02/23/15 | FSH | 0012 | Review materials for meeting w/ Cassels, RAJ, A. Qureshi, D. Botter re SNMP (.3). Attend same (.7). Review revised Canadian motion (.2). | 1.20 |
| 02/23/15 | RAJ | 0012 | Review emails re SNMP claims litigation (.3); meet with Akin and Cassels team re SNMP strategy (partial) (.4); call to Debtors' counsel (.1). | 0.80 |
| 02/23/15 | AQ | 0012 | Review SNMP claim motion materials (.9). Review and edit joinder to late filed claims motion (.8). Review and analyze discovery materials and transcripts re late-filed claims motion (1.7). Communication with team re late-filed claims joinder (.2). | 3.60 |
| 02/23/15 | DHB | 0012 | SNMP claim meeting. | 0.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1594423

Page 6  
April 16, 2015

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 02/23/15 | CDD | 0012 | Review deposition transcripts and exhibits for late-filed claims joinder (3.2); confer with Cleary re opposition motion (.3). | 3.50 |
| 02/23/15 | BMK | 0012 | Review SNMP motion materials (0.6); attend Akin team meeting re: same (0.7) | 1.30 |
| 02/23/15 | MCF | 0012 | Prepare for (.2) and participate in portion of SNMP claim discussion (.4). Edits to draft Committee joinder re late-filed claims motion (.6). | 1.20 |
| 02/23/15 | AME | 0012 | Communicate with A. Qureshi, C. Doniak re: joinder for late-filed claims supplemental objection. | 0.10 |
| 02/24/15 | FSH | 0012 | Review draft late-filed claims pleadings, exhibit and comment thereon. | 1.40 |
| 02/24/15 | RAJ | 0012 | Analyze SNMP filings and related issues (.3); confer with U.S. Debtors' counsel re same (.1). | 0.40 |
| 02/24/15 | AQ | 0012 | Confer with Cleary re confidentiality issues in late-filed claims litigation and review protective order (.3). Final review and edit of Committee late-filed claims joinder (.6). Review and analyze revised draft Debtors objection to late-filed claims motion (.9). | 1.80 |
| 02/24/15 | DHB | 0012 | Review drafts of late filing claims pleadings and comments thereto (.6); emails re same (.1) (.1); work related to SNMP claims issues (.2). | 1.00 |
| 02/24/15 | CDD | 0012 | Review and revise late-filed claims joinder (3.1); confer with team and Cleary re same (.2). | 3.30 |
| 02/24/15 | MCF | 0012 | Extensive edits to late-filed claims motion (1.8) and emails with team and Cleary re same (.6); communicate with A. Qureshi re same (.4); communicate with C. Samis re same (.6); communicate with Cleary re same (.3); attend to filing with local counsel (1.4). | 5.10 |
| 02/24/15 | AME | 0012 | Review drafts of joinder to supplemental objection to late-filed claims (.5), review team correspondence re: same (.4); review draft supplemental objection to late-filed claims (1.1), review team correspondence re: same (.2); communicate with M. Fagen re: supplemental objection to late-filed claims (.1) | 2.30 |
| 02/25/15 | RAJ | 0012 | Review filings re SNMP claim (.2); emails re same (.1). | 0.30 |
| 02/25/15 | AQ | 0012 | Emails re confidentiality issues re late-filed claims motion. | 0.20 |
| 02/25/15 | CDD | 0012 | Review final late-filed claims objection and joinder. | 0.50 |
| 02/25/15 | MCF | 0012 | Emails re late-filed claims pleadings (.2); confer with local counsel re same (.2); emails re same (.2); review unsealed pleadings (.3); email to Committee re same (.3). | 1.20 |
| 02/25/15 | AME | 0012 | Review draft supplemental objection to late-filed claims (.5); review correspondence re: SNMP claim litigation (.2); review correspondence re: filing of supplemental objection and joinder to late-filed claims (.1) | 0.80 |
| 02/26/15 | RAJ | 0012 | Prepare for SNMP claim status conference. | 0.80 |
| 02/26/15 | AQ | 0012 | Emails re SNMP claim. | 0.20 |
| 02/26/15 | DHB | 0012 | Email re SNMP claim status. | 0.20 |
| 02/26/15 | JYY | 0012 | Reviewing updates regarding late-filed employee claims motion. | 0.20 |
| 02/27/15 | CDD | 0012 | Review late-filed claim pleadings (.6); attend to management re same (.3). | 0.90 |
| 02/03/15 | RAJ | 0014 | Review draft factum of bondholder group re motion to strike material re PPI appeal (.5); emails with Canadian co-counsel re same (.1). | 0.60 |
| 02/03/15 | DHB | 0014 | Review draft factum re CDN PPI appeal (.8) and emails re same (.2). | 1.00 |
| 02/03/15 | MCF | 0014 | Call with R. Jacobs re diligence re CDN creditors (.4). Review draft response to Monitor motion to strike in CDN PPI appeal (.5) and emails with team re same (.2). | 1.10 |
| 02/04/15 | RAJ | 0014 | Review 112th Report of the Monitor and exhibits regarding SNMP claim (1.9); multiple emails with Committee professionals re reporting to Committee re same (.3). | 2.20 |
| 02/05/15 | FSH | 0014 | Review draft brief on CDN PPI appeal. | 0.50 |
| 02/06/15 | FSH | 0014 | Examine Monitor reports. | 0.20 |
| 02/12/15 | FSH | 0014 | Communications w/ Cassels re CDN hearing. | 0.10 |
| 02/12/15 | AQ | 0014 | Emails re Canadian PPI appeal. | 0.20 |
| 02/13/15 | FSH | 0014 | Analyze information from Cassels re Canadian claims. | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/17/15 | FSH | 0014 | Examine CDN PPI appeal notice (.1) and communications w/ Cassels re same (.1). | 0.20 |
| 02/17/15 | DHB | 0014 | Review notice re Canadian PPI appeal. | 0.10 |
| 02/18/15 | FSH | 0014 | Confer w/ R. Jacobs re CDN ppi appeal and other pending issues. | 0.30 |
| 02/21/15 | FSH | 0014 | Communications w/ Cassels, RAJ re SNMP materials, related issues (.2). Review motion record (1.1). | 1.30 |
| 02/23/15 | FSH | 0014 | Review CDN order re UKP claims against CDN estate. | 0.10 |
| 02/23/15 | AQ | 0014 | Conference call with Cassels re CN SNMP motion. | 0.50 |
| 02/25/15 | FSH | 0014 | Review Monitor's Supplemental Report and analyze jurisdictional issue (.5). Communications with Cassels, RAJ, D. Botter, A. Qureshi re same (.2). Review SNMP communications (.2). | 0.90 |
| 02/10/15 | FSH | 0018 | Review tax memos. | 1.30 |
| 02/04/15 | ASL | 0019 | Prepare email re: pension issues (.7); consider pension disclosure issues in memoranda (1.4). | 2.10 |
| 02/13/15 | FSH | 0022 | TC party-in-interest re plan concept (.2). Analyze same (.2). | 0.40 |
| 02/27/15 | RAJ | 0025 | Travel to/from Delaware (other than working time) for SNMP hearing (actual time - 1.6 hours). | 0.80 |
| 02/02/15 | FSH | 0029 | Communications w/ parties, D. Botter, C. Kearns re scheduling of meetings, other pending issues (1.2). Review allocation materials, decks other material in connection w/ same (3.2). | 4.40 |
| 02/02/15 | DHB | 0029 | Continue review of allocation materials (.3); email communications re same (.1) (.2); begin review analysis of same (.3); office conference with F. Hodara and call with Pisa and Harris re status and any discussions (.5); emails re same and distribution issues (.2). | 1.60 |
| 02/02/15 | JYY | 0029 | Email with A. Evans regarding allocation-case status update. | 0.10 |
| 02/02/15 | MCF | 0029 | Extensive emails with F. Hodara and team re allocation case concepts. | 0.60 |
| 02/03/15 | FSH | 0029 | Communications w/ Cleary and Milbank re pending matters (.2). Communications w/ Capstone, D. Botter, B. Kahn re same (.3). Continue review and analysis of papers for upcoming allocation meeting (3.2). | 3.70 |
| 02/03/15 | DHB | 0029 | Emails communications re allocation meeting (.2); prepare for same (.5). | 0.70 |
| 02/04/15 | FSH | 0029 | Final preparation for meeting w/ parties, communications w/ participants, review prior allocation docs, Capstone deck (1.2). Attend meeting (2.0). Follow-up, analysis of issues discussed (1.2). Meet w/ M. Fagen re same (.2). Calls w/ A. Qureshi (.5), D. Botter (.2) re same (1.2). Examine trial record stip (.1) and communications w/ RAJ and M. Fagen re same (.1). Communications w/ Cleary, Milbank re foregoing (.2). | 6.90 |
| 02/04/15 | RAJ | 0029 | Review email from Debtors' counsel and proposed stipulation re allocation trial record (.7); additional emails re same (.2). | 0.90 |
| 02/04/15 | AQ | 0029 | Confer with F. Hodara regarding meeting with party. | 0.50 |
| 02/04/15 | DHB | 0029 | Review Capstone deck in preparation for allocation meeting (.4); emails re same (.1); attend meeting (2.0); follow-up re same with F. Hodara (.2); follow-on call with Debtors and Bonds (.5); emails with Captstone re same (.1). | 3.30 |
| 02/04/15 | JYY | 0029 | Reviewing correspondence regarding allocation trial record. | 0.60 |
| 02/04/15 | MCF | 0029 | Confer with F. Hodara re allocation case discussions (.2); call with Akin, Cleary and Milbank teams re same (.6); email re same (.1). | 0.90 |
| 02/04/15 | AME | 0029 | Review correspondence with team re: allocation record stipulation. | 0.20 |
| 02/05/15 | FSH | 0029 | Analyze issues raised by parties re allocation and next steps (.6). Communications w/ Capstone, D. Botter re same (.2). Communications re appeal record and follow-up (.3). | 1.10 |
| 02/05/15 | RAJ | 0029 | Call with Debtors' counsel re stipulated allocation trial record (.1); multiple emails to follow up re stipulation (.3); emails re consent order for document sealing (.2). | 0.60 |
| 02/05/15 | DHB | 0029 | Email communications re allocation discussions (.2); telephone call with C. Kearns re same (.3); further emails re same (.1) (.1). | 0.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 8
Invoice Number: 1594423                                                                              April 16, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/05/15 | JYY | 0029 | Reviewing correspondence regarding allocation trial record. | 0.10 |
| 02/05/15 | KMR | 0029 | Update on allocation discussions among parties (.5) and related research (.7). | 1.20 |
| 02/05/15 | AME | 0029 | Communications with J. Yecies re: allocation status update. | 0.30 |
| 02/06/15 | RAJ | 0029 | Follow up with Debtors' counsel re stipulation of allocation trial record (.3, .1); emails with Canadian counsel re sealing issue (.1). | 0.50 |
| 02/10/15 | FSH | 0029 | TC counsel to party re pending allocation issues (.1). Analyze same and next steps (.7). Review submissions from prior allocation discussion sessions (3.5). | 4.30 |
| 02/10/15 | RAJ | 0029 | Emails with Cleary re allocation trial record. | 0.10 |
| 02/11/15 | FSH | 0029 | TCs w/ parties re pending matters (.5). Analyze next steps (.3). | 0.80 |
| 02/11/15 | JYY | 0029 | Reviewing correspondence from Cleary regarding allocation trial record. | 0.10 |
| 02/12/15 | FSH | 0029 | Communications w/ Milbank, Cleary re pending allocation issues. | 1.10 |
| 02/12/15 | JYY | 0029 | Allocation case update from A. Evans. | 0.10 |
| 02/12/15 | KMR | 0029 | Update re: status of the allocation case. | 0.50 |
| 02/12/15 | AME | 0029 | Confer with J. Yecies re allocation case. | 0.10 |
| 02/13/15 | FSH | 0029 | Review aspects of prior allocation submissions (1.0). TC Ad Hoc counsel re pending issues (.3). Communications w/Cassels, A. Qureshi, Capstone re same (.3). | 1.60 |
| 02/13/15 | DHB | 0029 | Email communications re allocation discussions. | 0.20 |
| 02/13/15 | BMK | 0029 | Review emails re: allocation issues and updates | 0.30 |
| 02/16/15 | FSH | 0029 | Confer w/ Milbank re pending issues (.1). Communications w/ Capstone, A. Qureshi, D. Botter re same (.1). | 0.20 |
| 02/16/15 | DHB | 0029 | Further email communications re allocation discussions. | 0.40 |
| 02/17/15 | FSH | 0029 | Respond to allocation inquiry from creditor. | 0.10 |
| 02/17/15 | RAJ | 0029 | Review multiple emails about allocation discussions. | 0.40 |
| 02/18/15 | FSH | 0029 | Communications w/ Milbank, Capstone, D. Botter re pending allocation issues. | 0.20 |
| 02/19/15 | FSH | 0029 | Call w/ Milbank re pending allocation issues (.4). Call w/ Capstone, D. Botter, A. Qureshi re same (.3). Review Capstone analyses re same (1.6). Confer w/ B. Kahn re foregoing (.2). Communications w/ Capstone re meeting on same (.1). Communications w/ Capstone re models, analysis (.3). TC J. Bromley re same (.3). Analyze litigation concept (.4) and communications w/ RAJ, A. Qureshi, D. Botter, B. Kahn re same (.3). | 3.90 |
| 02/19/15 | RAJ | 0029 | Analyze allocation issues and potential scenarios (.4); analyze issues re appellate arbitration (.3); multiple emails with Akin and Cassels team re same (.2) | 0.90 |
| 02/19/15 | AQ | 0029 | Emails regarding allocation issues (.5). Call with Milbank re allocation (.4). Confer with team and with Capstone re allocation (.3). | 1.20 |
| 02/19/15 | DHB | 0029 | Conference call with Milbank re allocation discussions (.4); follow-up re same (.1); email communications re analysis and pricing of bonds (.2) (.1) and consider next steps (.2); consider appellate issues and other considerations relating to allocation (.8); emails re same (.4); emails re debtor position (.1). | 2.30 |
| 02/19/15 | BMK | 0029 | Participate in call wtih Milbank team re: allocation (.4); call w/ F. Hodara re same (.2) and email re same (.1). | 0.70 |
| 02/19/15 | JYY | 0029 | Reviewing correspondence regarding allocation case updates. | 0.10 |
| 02/19/15 | KMR | 0029 | Update on status of allocation case. | 0.40 |
| 02/19/15 | JRW | 0029 | Pull cases re allocation related issue. | 1.60 |
| 02/20/15 | FSH | 0029 | Communications w/ Committee members, Capstone, D. Botter re allocation analyses. | 0.90 |
| 02/20/15 | AQ | 0029 | Review and analyze emails and Capstone models re allocation scenarios. | 0.30 |
| 02/20/15 | DHB | 0029 | Extensive emails re allocation scenarios and consider same (.4) (.2) (.2); communications re positions (.4) (.2). | 1.40 |
| 02/20/15 | JYY | 0029 | Reviewing correspondence regarding allocation case updates. | 0.10 |
| 02/21/15 | FSH | 0029 | Review allocation model and analyze issues therein (.6). | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1594423

Page 9  
April 16, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Communications w/ Capstone, D. Botter, B. Kahn re same (1.0). | |
| 02/21/15 | AQ | 0029 | Review and analyze Capstone recovery model (.2) and emails regarding same (.1). | 0.30 |
| 02/21/15 | DHB | 0029 | Begin review and analysis re allocation template (.4); extensive email communications re same (.5) (.2). | 1.10 |
| 02/22/15 | FSH | 0029 | TC C. Kearns and communications w/ Capstone, D. Botter re analysis (.3). Review materials and analysis of same (.5). | 0.80 |
| 02/22/15 | AQ | 0029 | Emails regarding allocation issues (.1) and consider same (.1) | 0.20 |
| 02/22/15 | DHB | 0029 | Continued emails re allocation issues and scenarios. | 0.30 |
| 02/23/15 | FSH | 0029 | Review and comment on Capstone recovery deck (1.2). Analysis of issues raised therein (.5). Meet w/ Capstone to work on analysis (1.8). TC J. Bromley re pending allocation issues (.3). Review revised deck, comment thereon (.9) and communications w/ Capstone, D. Botter and B. Kahn re same (.3). | 5.00 |
| 02/23/15 | AQ | 0029 | Meet with Capstone regarding Committee deck on allocation settlement scenarios (partial) (.1). Review and analyze revised Capstone deck (.5). Call with Cleary regarding allocation scenarios (.2). | 1.80 |
| 02/23/15 | DHB | 0029 | Review Capstone allocation deck and comment thereon (1.2); consider allocation scenarios (.4); meet with team and Capstone to discuss same (partial) (1.0); review new report and revise and email comments re same (1.2); further emails re changes (.3). | 4.10 |
| 02/23/15 | BMK | 0029 | Review allocation construct information (0.2); attend meeting with Akin and Capstone teams re: same (partial) (1.0); emails re: same (0.3) | 1.50 |
| 02/23/15 | JYY | 0029 | Reviewing correspondence regarding allocation case updates (.1); confer with A. Evans regarding late-filed claims updates (.1). | 0.20 |
| 02/23/15 | MCF | 0029 | Meeting with Capstone re recovery/ allocation presentation call (partial) (1.5); review and revise same (.2). | 1.70 |
| 02/24/15 | FSH | 0029 | Communications w/ Capstone, D. Botter, B. Kahn re presentation next steps (.5). Review final allocation deck (.3). | 0.80 |
| 02/24/15 | AQ | 0029 | Review revised Capstone allocation deck. | 0.40 |
| 02/24/15 | JYY | 0029 | Allocation case update from A. Evans. | 0.10 |
| 02/24/15 | KMR | 0029 | Reviewed Capstone materials re: implications of allocations. | 1.20 |
| 02/25/15 | FSH | 0029 | Communication w/ Capstone re allocation. | 0.10 |
| 02/25/15 | DHB | 0029 | Telephone call with C. Kearns re status of discussions (.2); emails re same (.1). | 0.30 |
| 02/25/15 | JYY | 0029 | Reviewing correspondence regarding allocation case updates. | 0.10 |
| | | | Total Hours | 225.50 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 61.50 | at | $1250.00 | = | $76,875.00 |
| R A JOHNSON | 42.30 | at | $975.00 | = | $41,242.50 |
| A QURESHI | 16.60 | at | $1095.00 | = | $18,177.00 |
| D H BOTTER | 28.20 | at | $1150.00 | = | $32,430.00 |
| A S LILLING | 2.10 | at | $730.00 | = | $1,533.00 |
| K M ROWE | 4.00 | at | $810.00 | = | $3,240.00 |
| B M KAHN | 9.80 | at | $775.00 | = | $7,595.00 |
| J Y YECIES | 2.00 | at | $710.00 | = | $1,420.00 |
| M C FAGEN | 28.00 | at | $565.00 | = | $15,820.00 |
| A M EVANS | 7.50 | at | $495.00 | = | $3,712.50 |
| C D DONIAK | 12.20 | at | $605.00 | = | $7,381.00 |
| D KRASA-BERSTELL | 1.00 | at | $275.00 | = | $275.00 |
| J R WATTERS | 10.30 | at | $230.00 | = | $2,369.00 |

Current Fees $212,070.00

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1594423

Page 10  
April 16, 2015

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Computerized Legal Research - Westlaw | $255.14 |
| Duplication - In House | $48.40 |
| Meals (100%) | $1,129.62 |
| Audio and Web Conference Services | $1,657.63 |
| Deposition | $3,821.40 |
| Travel - Ground Transportation | $174.39 |
| Travel - Train Fare | $32.00 |

Current Expenses                                      $7,118.58

**Total Amount of This Invoice**                      **$219,188.58**