# EXHIBIT C

**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $255.14 |
| Conference Calls/Telephone/Web Conference Services | $1,657.63 |
| Duplicating (billed at $.10 per page) | $48.40 |
| Meals/Committee Meeting Expenses | $1,129.62 |
| Deposition | $3,821.40 |
| Travel Expenses – Ground Transportation | $174.39 |
| Travel – Train Fare | $32.00 |
| **TOTAL** | **$7,118.58** |