# EXHIBIT D


# Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

Invoice Number   1594423  
Invoice Date     04/16/15  
Client Number    687147  
Matter Number    0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|      |                                                      | HOURS | VALUE       |
|------|------------------------------------------------------|-------|-------------|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports    | 11.50 | $5,981.00   |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.80 | $1,401.50 |
| 0007 | Creditors Committee Meetings                         | 23.60 | $21,421.00  |
| 0008 | Court Hearings                                       | 12.10 | $8,297.00   |
| 0012 | General Claims Analysis/Claims Objections            | 87.50 | $77,857.50  |
| 0014 | Canadian Proceedings/Matters                         | 9.60  | $10,258.00  |
| 0018 | Tax Issues                                           | 1.30  | $1,625.00   |
| 0019 | Labor Issues/Employee Benefits                       | 2.10  | $1,533.00   |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 0.40 | $500.00 |
| 0025 | Travel                                               | 0.80  | $780.00     |
| 0029 | Intercompany Analysis                                | 74.80 | $82,416.00  |
|      | TOTAL                                                | 225.50 | $212,070.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/15/14 | Deposition Streaming connection fee in deposition in Nortel case.; Ellen Grauer Court Reporting | $967.65 |
| 09/18/14 | Deposition Streaming connection fee in deposition in Nortel case.; Ellen Grauer Court Reporting | $824.85 |
| 10/22/14 | Deposition Streaming connection fee in deposition in Nortel case.; Ellen Grauer Court Reporting | $2,028.90 |
| 12/11/14 | Meals (100%) 12/11/14 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800326; DATE: 12/11/2014 Claims discussion - 6 people | $138.49 |
| 12/11/14 | Meals (100%) 12/11/14 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800326; DATE: 12/11/2014 Committee call - 8 people | $169.19 |
| 01/15/15 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 6377 DATE: 1/15/2015 NAME: BOTTER DAVID H TICKET #: 0642645921 DEPARTURE DATE: 01/20/2015 ROUTE: UNKNOWN | $32.00 |
| 01/20/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1967263 DATE: 1/25/2015 Fagen Matthew - Maguro Sushi - 01/20/2015 | $30.51 |
| 01/22/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1967263 DATE: 1/25/2015 Lilling Austin - Croton Reservoir Tavern - 01/22/2015 | $31.06 |
| 01/22/15 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 720291 DATE: 1/30/2015  Vendor: Executive Royal Voucher #: 393759 Date: 01/22/2015 Name: Austin Lilling\|\|Car Service, Vendor: Executive Royal Voucher #: 393759 Date: 01/22/2015 Name: Austin Lilling | $174.39 |
| 01/22/15 | Meals (100%) 1/22/15 - Jonathan Lee - Committee call - 7 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800332; DATE: 1/22/2015 | $169.19 |
| 01/29/15 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 1/29/2015 AcctNumber: 1000193694 ConnectTime: | $42.24 |

| Date | Description | Amount |
|---|---|---|
| 01/29/15 | 0.0<br>Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1986462 DATE: 2/1/2015<br>Fagen Matthew - Maguro Sushi - 01/29/2015 | $29.17 |
| 01/29/15 | Meals (100%) 1/29/15: Jonathan Lee - Committee call - 8 people<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800333; DATE: 1/29/2015 | $169.19 |
| 02/05/15 | Audio and Web Conference Services Expenses for the Month of January 2015 VENDOR: TELCONF LLC; INVOICE#: 02001-01001-15; DATE: 2/5/2015 | $473.61 |
| 02/05/15 | Audio and Web Conference Services Expenses for the Month of January 2015 VENDOR: TELCONF LLC; INVOICE#: 02001-01001-15; DATE: 2/5/2015 | $473.61 |
| 02/05/15 | Audio and Web Conference Services Expenses for the Month of January 2015 VENDOR: TELCONF LLC; INVOICE#: 02001-01001-15; DATE: 2/5/2015 | $710.41 |
| 02/05/15 | Meals (100%) 2/4/15 - M. Fagen<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800334; DATE: 2/5/2015<br>Pre-call for Committee - 6 people | $54.44 |
| 02/05/15 | Meals (100%) 2/5/15 - J. Llee<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800334; DATE: 2/5/2015<br>Committee call - 8 people | $169.19 |
| 02/07/15 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 2/7/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $170.66 |
| 02/12/15 | Meals (100%) 2/12/15 - J. Lee<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800335; DATE: 2/12/2015<br>Committee call - 7 people | $169.19 |
| 02/19/15 | Computerized Legal Research - Westlaw User: WATTERS,JESSICA Date: 2/19/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 02/23/15 | Duplication - In House Photocopy - User # 990100, NY, 440 page(s) | $44.00 |
| 02/24/15 | Duplication - In House Photocopy - User # 990100, NY, 44 page(s) | $4.40 |
| | Current Expenses | $7,118.58 |