# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 28.20 | $32,430.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 61.50 | $76,875.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 42.30 | $41,242.50 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1095 | 16.60 | $18,177.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 4.00 | $3,240.00 |
| Austin S. Lilling | Senior Counsel for 4 years; Admitted in 2001; Tax Department | $730 | 2.10 | $1,533.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 9.80 | $7,595.00 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 2.00 | $1,420.00 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 28.00 | $15,820.00 |
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 7.50 | $3,712.50 |
| Christine D. Doniak | Senior Attorney for 6 years; Admitted in 1998; Litigation Department | $605 | 12.20 | $7,381.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Dagmara Krasa-Berstell | Senior Legal Assistant for 25 years; Financial Restructuring Department | $275 | 1.00 | $275.00 |
| Jessica R. Watters | Legal Assistant for 3 years; Financial Restructuring Department | $230 | 10.30 | $2,369.00 |

Total Amount of Fees:     **$212,070.00**
Total Number of Hours:    **225.50**
Blended Hourly Rate:      **$940.44**