IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
*In re*

Nortel Networks Inc., *et al.*,[1]

                Debtors.

----------------------------------------------------------- X

Chapter 11

Bankr. Case No. 09-10138 (KG)

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

      PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Ann C. Cordo hereby withdraws her appearance as co-counsel to the Debtors in the above-captioned bankruptcy case. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic and paper noticing matrix for the above-captioned bankruptcy case.

      All other current counsel of record will continue to represent the Debtors and are not intended to be affected by this notice.

---

[1] In addition to Nortel Networks Inc. ("NNI"), the debtors in these Chapter 11 cases (the "Debtors") are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the U.S. Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: May 7, 2015
     Wilmington, Delaware          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Ann C. Cordo (DE Bar No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors*

9121356.1