**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 15410** |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND MONTHLY
APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT
OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2015,
<u>THROUGH FEBRUARY 28, 2015 [DOCKET NO. 15410] (NO ORDER REQUIRED)</u>**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Second Monthly Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period From February 1, 2015, Through February 28, 2015 (the "Application") of Whiteford, Taylor & Preston LLC (the "Applicant") listed on <u>Exhibit A</u> attached hereto.  The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2]  The Application was filed with the Court on the date listed on <u>Exhibit A</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses of Professionals and Official Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: May 8, 2015
      Wilmington, Delaware

                                             */s/ Katherine Good*
                                   Christopher M. Samis (No. 4909)
                                   L. Katherine Good (No. 5101)
                                   Whiteford, Taylor & Preston LLC
                                   The Renaissance Centre
                                   405 North King Street, Suite 500
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 353-4144
                                   Facsimile: (302) 661-7950

                                   -and-

                                   Fred S. Hodara, Esq.
                                   Akin Gump Strauss Hauer & Feld LLP
                                   One Bryant Park
                                   New York, New York 10036
                                   Telephone:  (212) 872-1000
                                   Facsimile:  (212) 872-1002

                                   Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*