## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC [Docket No. 15410] | 2/1/15 - 2/28/15 | $42,728.00 (Fees) $602.96 (Expenses) | $34,182.40 (Fees @ 80%) $602.96 (Expenses @ 100%) | 4/6/2015 | 4/27/2015 |