# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 15191**<br>) **Hearing Date: May 19, 2015 at 10:00 a.m.** |

## SUPPLEMENT TO SEVENTIETH MONTHLY AND FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 19, 2009, *nunc pro tunc* to January 26, 2009 |
| Amount of Additional Compensation sought as actual, reasonable, and necessary for Final Compensation Period: | $4,164.50 |
| Amount of Additional Expense Reimbursement sought as actual, reasonable, and necessary for Final Compensation Period: | $3,024.49 |
| Total Amount of Compensation sought for sought as actual, reasonable, and necessary for Final Compensation Period: | $1,213,309.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

RLF1 11956824v.1

| | |
|---|---|
| Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary for Final Compensation Period: | $224,594.27[2] |
| Period for which additional compensation and reimbursement are sought: | November 17, 2014 through April 30, 2015 |
| Period for which final compensation and reimbursement are sought: | January 26, 2009 through April 30, 2015 |

This is a(n): __ monthly    ___ interim    _X_ supplement to final application

---

[2] After discussions with the fee examiner, Richards, Layton & Finger, P.A. agreed to a voluntary reduction of expenses by $341.00.

2

RLF1 11956824v.1

## COMPENSATION BY PROFESSIONAL
## NOVEMBER 17, 2014 THROUGH APRIL 30, 2015

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $800 | 0.2 | $160.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Member of DE Bar since 2010. | $390<br>$425 | 0.6<br>2.9 | $234.00<br>$1,232.50 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $235 | 10.8 | $2,538.00 |
| **TOTAL** | | | **14.5** | **$4,164.50** |

| | |
|---|---|
| Grand Total | $4,164.50 |
| Attorney Compensation | $1,626.50 |
| Total Attorney Hours | 3.7 |
| Blended Rate | $439.59 |

Dated: May 8, 2015
      Wilmington, Delaware

RLF1 11956824v.1

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 17, 2014 THROUGH APRIL 30, 2015

| Project Category | Total Hours | Total Fees |
| --- | ---: | ---: |
| Case Administration (A) | 1.7 | $399.50 |
| Creditor Inquiries (B) | 0.0 | $0.00 |
| Meetings (C) | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases (D) | 0.0 | $0.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Reorganization/Disclosure Statement (F) | 0.0 | $0.00 |
| Use, Sale, Lease of Assets (G) | 0.0 | $0.00 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 0.0 | $0.00 |
| Court Hearings (J) | 0.3 | $89.50 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 0.0 | $0.00 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 0.0 | $0.00 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 0.0 | $0.00 |
| RL&F Fee Applications (R-1) | 12.3 | $3,628.50 |
| Fee Applications of Others (R-2) | 0.2 | $47.00 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **14.5** | **$4,164.50** |

## EXPENSE SUMMARY
## NOVEMBER 17, 2014 THROUGH APRIL 30, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $0.00 |
| Conference Calling | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Copies 17,346 @ $.10/pg<br>Printing 374 @ $.10/pg | $1,772.00 |
| Outside Reproduction | | $0.00 |
| Electronic Legal Research | | $0.00 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | Diaz Data Services | $162.90 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble | $314.60 |
| Postage | | $667.27 |
| Binding | | $0.00 |
| Business Meals | *Please see the attached chart* | $107.72 |
| Document Retrieval | | $0.00 |
| Equipment Rental | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| Stationery Supplies | | $0.00 |
| **TOTAL** | | **$3,024.49** |

| BUSINESS MEAL DETAIL ||||| 
|---|---|---|---|---|
| Date | Provider | Meal & # of people | Description | Amount |
| 11/3/14 | Urban Café | Lunch for 7 | Mediation | $107.72 |
| TOTAL | | | | **$107.72** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 15191<br>Hearing Date: May 19, 2015 at 10:00 a.m. |

**SUPPLEMENT TO SEVENTIETH MONTHLY AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Court's Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members*, dated February 4, 2009 [Docket No. 222] (the "Administrative Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this Supplement (the "Supplement") to its *Seventieth Monthly and Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period From January 26, 2009 through November 16, 2014* [Docket No. 15191] (the "Final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

RLF1 11956824v.1

Application"). By this Supplement, RL&F seeks allowance of an additional $4,164.50 as compensation and $3,024.49 as reimbursement of actual and necessary expenses for a total of $7,188.99 for the period of November 17, 2014 through and including April 30, 2015 (the "Estimated Period"). In support of this Supplement, RL&F respectfully represents as follows:

As set forth in the Application, RL&F noted that it anticipated rendering additional services and incurring additional expenses in connection with its retention co-counsel to the Official Committee of Unsecured Creditors for the Estimated Period. RL&F is seeking final approval fees and expenses incurred through April 30, 2015, and hereby submits this Supplement to provide detailed time entries and expense information for the Estimated Period. The fee statement for the Estimated Period is attached hereto as Exhibit A. A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Estimated Period is attached hereto as Exhibit B. To the best of RL&F's knowledge, the Final Application and this Supplement complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period January 26, 2009 through April 30, 2015, a final allowance be made to RL&F pursuant to the terms of the Administrative Order, with respect to the sum of $1,213,309.00 as compensation for necessary professional services rendered, and the sum of $224,594.27[2] as reimbursement of actual necessary costs and expenses, for a total of $1,437,903.27 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: May 8, 2015  
       Wilmington, Delaware

Respectfully submitted,

/s/ Amanda R. Steele

Mark D. Collins (No. 2981)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701  
E-mail: collins@rlf.com  
         steele@rlf.com

*Former Co-Counsel to the Committee*

---

[2] After discussions with the fee examiner, RL&F has agreed to a voluntary reduction of expenses by $341.00.

# VERIFICATION

STATE OF DELAWARE      )
                       ) SS:
COUNTY OF NEW CASTLE   )

Amanda R. Steele, after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

*Amanda R. Steele*
Amanda R. Steele (No. 5530)

SWORN AND SUBSCRIBED before me this 8th day of May, 2015.

*Ann Jerominski*
Notary Public
My Commission Expires: 12/20/15

RLF1 11956824v.1