# Exhibit A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 8, 2015
Invoice 481516
Page 2
Client # 732310

Matter # 165839

---

For services through April 30, 2015
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 11/17/14 | Review and update critical dates (.6); E-mail to L. Morris re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 02/18/15 | Maintain original pleadings | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |

| | |
|---|---|
| Total Fees for Professional Services | $399.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$399.50** |
| BALANCE BROUGHT FORWARD | $176.50 |
| **TOTAL DUE FOR THIS MATTER** | **$576.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 8, 2015
Invoice 481516

Client # 732310

Matter # 165839

---

For services through April 30, 2015
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 11/18/14 | Retrieve re: 11/19/14 amended agenda (.1); E-mail to M. Collins and A. Steele re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| 04/21/15 | Email to K. Good re: fee hearing | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |

| | |
|---|---|
| Total Fees for Professional Services | $89.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$89.50** |
| BALANCE BROUGHT FORWARD | $17,785.50 |
| **TOTAL DUE FOR THIS MATTER** | **$17,875.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 8, 2015
Invoice 481516

Client # 732310

Matter # 165839

For services through April 30, 2015
relating to RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 11/17/14 | Conference with B. Witters re: fee application | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |
| 11/20/14 | Emails with B. Witters re: CNO for RLF fee application | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |
| 11/20/14 | Prepare certificate of no objection re: RLF September fee application (.2); E-mail to A. Steele re: same (.1); Finalize and file certification of no objection re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 235.00 | $117.50 |
| 11/21/14 | Prepare letter to accounts payable re: RLF September fee application (.2); Coordinate to Nortel Networks re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 11/24/14 | Review fee statement for October | | | |
| Director | Mark D. Collins | 0.20 hrs. | 800.00 | $160.00 |
| 11/25/14 | Review and revise RLF October fee application (.3); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 12/03/14 | Review e-mail from C. Samis re: RLF November fees and expenses (.1); Calculate fees and expenses re: same from November bill memos (.2); E-mail to C. Samis re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 12/04/14 | Review bill memo | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 390.00 | $78.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 8, 2015
Invoice 481516
Page 5
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 12/04/14 | Review RLF November bill memos | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 12/09/14 | Email to B. Kahn re: fees | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |
| 12/09/14 | Prepare 70th monthly and final fee application | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 12/17/14 | Prepare certification of no objection re: RLF October fee application (.2); E-mail to A. Steele re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 12/19/14 | Email to B. Witters re: CNO for RLF fees | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |
| 12/19/14 | Finalize and file certification of no objection re: RL&F October fee application (.2); Prepare letter to Nortel accts payable re: RL&F October fee application payment (.2); Coordinate to accts payable re: same (.1); Review and revise 10th monthly and final fee application (.7); E-mail to A. Steele re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 235.00 | $305.50 |
| 01/05/15 | Review and revise final RLF fee application (1.5); Email to B. Witters re: same (.1) | | | |
| Associate | Amanda R. Steele | 1.60 hrs. | 425.00 | $680.00 |
| 01/14/15 | Email to fee examiner re: RLF fee application | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 02/12/15 | Review RLF 17th monthly and final fee application | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 235.00 | $188.00 |
| 02/16/15 | Review and revise 70th monthly and final fee application (1.5); Prepare notice of application re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.70 hrs. | 235.00 | $399.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 8, 2015
Invoice 481516

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/17/15 | Review final fee application (.9); Email to L. Stevenson re: fees (.1) | | | |
| Associate | Amanda R. Steele | 1.00 hrs. | 425.00 | $425.00 |
| 02/20/15 | Review final fee application for filing | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 02/20/15 | Review and revise RLF 70th and final fee application (.2); Revise notice of application re: same (.2); Finalize, file and coordinate service re: same (.4); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 02/26/15 | Finalize and file affidavit of service re: 70th and final fee application of RLF | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |
| 03/17/15 | Prepare certification of no objection re: RL&F November fee application (.2); E-mail to A. Steele re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |

| | |
|---|---|
| Total Fees for Professional Services | $3,628.50 |
| TOTAL DUE FOR THIS INVOICE | **$3,628.50** |
| BALANCE BROUGHT FORWARD | $700.40 |
| **TOTAL DUE FOR THIS MATTER** | **$4,328.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 8, 2015
Invoice 481516

Client # 732310

Matter # 165839

---

For services through April 30, 2015
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 11/18/14 | Retrieve re: 22nd omnibus interim fee order (.1); E-mail to M. Collins and A. Steele re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |

Total Fees for Professional Services $47.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$47.00** |
| BALANCE BROUGHT FORWARD | $3,370.50 |
| **TOTAL DUE FOR THIS MATTER** | **$3,417.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 8, 2015
Invoice 481516

Client # 732310

Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.60 | 390.00 | 234.00 |
| Amanda R. Steele | 2.90 | 425.00 | 1,232.50 |
| Barbara J. Witters | 10.80 | 235.00 | 2,538.00 |
| Mark D. Collins | 0.20 | 800.00 | 160.00 |
| TOTAL | 14.50 | $287.21 | 4,164.50 |

**TOTAL DUE FOR THIS INVOICE** **$7,188.99**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310