# **Exhibit B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

May 8, 2015
Invoice 481516

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through April 30, 2015
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $107.72 |
| Court Reporter Services | $162.90 |
| Messenger and delivery service | $314.60 |
| Photocopying/Printing<br>17,346 @ $.10/pg. / 374 @ $.10/pg. | $1,772.00 |
| Postage | $667.27 |
| Other Charges | $3,024.49 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$3,024.49** |
| BALANCE BROUGHT FORWARD | $4,942.88 |
| **TOTAL DUE FOR THIS MATTER** | **$7,967.37** |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 8, 2015
Invoice 481516

Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Court Hearings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 11/03/14 | URBAN CAFE: Food Service | | MEALSCL |
| | Amount = | $107.72 | |
| 11/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 11/17/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/18/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/19/14 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $162.90 | |
| 11/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/21/14 | Postage | | POST |
| | Amount = | $3.08 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 8, 2015  
Invoice 481516  
Page 10  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/21/14 | Printing | Amount = $0.20 | DUP.10CC |
| 11/21/14 | Printing | Amount = $0.40 | DUP.10CC |
| 11/21/14 | Printing | Amount = $5.50 | DUP.10CC |
| 11/21/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/21/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/22/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/22/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/25/14 | Photocopies | Amount = $27.60 | DUP.10CC |
| 11/25/14 | Messenger and delivery | Amount = $75.95 | MESS |
| 11/25/14 | Postage | Amount = $9.80 | POST |
| 11/25/14 | Printing | Amount = $2.10 | DUP.10CC |
| 11/25/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/25/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/25/14 | Printing | Amount = $0.30 | DUP.10CC |
| 11/25/14 | Printing | Amount = $0.20 | DUP.10CC |
| 11/25/14 | Printing | Amount = $0.20 | DUP.10CC |
| 11/25/14 | Printing | Amount = $0.10 | DUP.10CC |
| 11/25/14 | Printing | Amount = $0.10 | DUP.10CC |
| 12/09/14 | Printing | Amount = $2.10 | DUP.10CC |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | May 8, 2015 | |
| c/o Fred S. Hodara, Esq. | | Invoice 481516 | |
| Akin Gump Strauss Hauer Feld LLP | | Page 11 | |
| One Bryant Park | | | |
| New York NY  10036 | | Client #  732310 | |

| Date | Description | Amount | Code |
|---|---|---|---|
| 12/17/14 | Printing | Amount = $0.10 | DUP.10CC |
| 12/19/14 | Postage | Amount = $2.87 | POST |
| 12/19/14 | Printing | Amount = $4.60 | DUP.10CC |
| 12/19/14 | Printing | Amount = $0.20 | DUP.10CC |
| 12/19/14 | Printing | Amount = $0.10 | DUP.10CC |
| 12/19/14 | Printing | Amount = $0.40 | DUP.10CC |
| 12/19/14 | Printing | Amount = $0.10 | DUP.10CC |
| 12/19/14 | Printing | Amount = $0.10 | DUP.10CC |
| 12/31/14 | Printing | Amount = $2.70 | DUP.10CC |
| 02/16/15 | Printing | Amount = $0.10 | DUP.10CC |
| 02/16/15 | Printing | Amount = $0.10 | DUP.10CC |
| 02/16/15 | Printing | Amount = $0.10 | DUP.10CC |
| 02/16/15 | Printing | Amount = $0.10 | DUP.10CC |
| 02/16/15 | Printing | Amount = $3.70 | DUP.10CC |
| 02/16/15 | Printing | Amount = $0.30 | DUP.10CC |
| 02/16/15 | Printing | Amount = $0.30 | DUP.10CC |
| 02/16/15 | Printing | Amount = $0.30 | DUP.10CC |
| 02/20/15 | Photocopies | Amount = $1,066.50 | DUP.10CC |
| 02/20/15 | Photocopies | Amount = $640.50 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 8, 2015  
Invoice 481516  
Page 12  
Client #  732310

| | | |
|---|---|---|
| 02/20/15 | Richards Layton and Finger/Swartz Campbell Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/SULLIVAN HAZELTINE ALLINSON LLC Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/STEVENS & LEE Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/SMITH KATZENSTEIN & FURLOW Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/REED SMITH Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/DLA PIPER LLP Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/DRINKER BIDDLE & REATH LLP Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/ELLIOTT GREENLEAF Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/DLA PIPER LLP Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/CONNOLLY BOVE Messenger and delivery charges<br>Amount =  $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/COLE SCHOTZ MEISEL FORMAN & LEONARD Messenger and delivery charges<br>Amount =  $6.45 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 8, 2015  
Invoice 481516  
Page 13  
Client #  732310

| Date | Description | Type |
|---|---|---|
| 02/20/15 | Richards Layton and Finger/COUSINS CHIPMAN & BROWN LLP Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/Cross & Simon Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/PACHULSKI STANG Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/LAW OFFICE OF VIVIAN Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/US Trustee Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/MORRIS JAMES HITCHENS & WILLIAMS Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/Buchanan Ingersoll and Rooney Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/MORRIS JAMES HITCHENS & WILLIAMS Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/WERB & SULLIVAN Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/WEIR & PARTNERS Messenger and delivery charges<br>Amount =   $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/MONZACK MERKSY MCLAUGHLIN BROWDER Messenger and delivery charges<br>Amount =   $6.45 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 8, 2015  
Invoice 481516  
Page 14  
Client #  732310

| Date | Description | Code |
|---|---|---|
| 02/20/15 | Richards Layton and Finger/MCCARTER & ENGLISH LLP Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/WOMBLE CARLYLE SANDRIDGE & RICE Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/YOUNG CONAWAY Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/LANDIS RATH & COBB Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/KLEHR HARRISON Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/POLSINELLI SHALTON FLANIGAN SUELTHAUS Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/800 NORTH KING STREET PLAZA Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/PINCKNEY HARRIS POPPITI Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 02/20/15 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges<br>Amount = $6.45 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 8, 2015  
Invoice 481516  
Page 15  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/20/15 | Richards Layton and Finger/BALLARD SPAHR Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 02/20/15 | Richards Layton and Finger/BAYARD FIRM Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 02/20/15 | Richards Layton and Finger/ASHBY & GEDDES Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 02/20/15 | Richards Layton and Finger/DUANE MORRIS Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 02/20/15 | Postage | | POST |
| | Amount = | $651.52 | |
| 02/20/15 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/20/15 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/20/15 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/20/15 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 02/20/15 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 02/20/15 | Printing | | DUP.10CC |
| | Amount = | $3.70 | |
| 02/26/15 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/10/15 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 04/22/15 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

TOTALS FOR   732310         Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $3,024.49