IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
:
Nortel Networks Inc., *et al.*,[1] : Bankr. Case No. 09-10138 (KG)
:
           Debtors. : (Jointly Administered)
:
--------------------------------------------------------- X
:
Nortel Networks Inc., :
:
           Plaintiff, :
: Adv. Proc. No. 10-55903 (KG)
v. :
:
Sterling Mets, L.P. :
:
and :
:
Queens Ballpark Company, L.L.C., :
:
           Defendants. :
:
--------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

Brendan Cyr, being duly sworn, deposes and says:

---

[1] In addition to Nortel Networks Inc., the debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1. I am the Assistant Managing Attorney with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Nortel Networks Inc. ("NNI") and certain of its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"); and

2. Pursuant to Rules 7026, 7033 and 7034 of the Federal Rules of Bankruptcy Procedure and Rule 7026-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, on May 8, 2015, I served copies of the **Debtors' Responses and Objections to Defendants' First Combined Discovery Demands to Plaintiff** upon the parties on the attached service list in the manner set forth therein.

Brendan Cyr

Sworn to before me this

8th day of May, 2015

Notary Public

ALEXANDRA ANGRAND
Notary Public, State of New York
No. 01AN6255989
Qualified in New York County
Commission Expires November 20, 2018

2

## Service List

Andrew B. Kratenstein, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
akratenstein@mwe.com
(via e-mail and overnight mail)

Donald J. Detweiler, Esq. (DE No. 3087)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
detweilerd@pepperlaw.com
(via e-mail)

Counsel for Sterling Mets, L.P. and
Queens Ballpark Company, L.L.C.