IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | May 5, 2015 |
| | ) | 10:00 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:               Morris Nichols Arsht & Tunnell, LLP
                           BY: ANNIE CORDO, ESQ.
                           BY: DEREK ABBOTT, ESQ.
                           1201 North Market St., 18th Floor
                           Wilmington, DE  19899-1347
                           302-351-9200

                           Cleary Gottlieb Steen & Hamilton
                           BY: LISA SCHWEITZER, ESQ.
                           One Liberty Plaza
                           New York, NY  10006
                           212-225-2000

                           Crowell & Moring, LLP
                           BY: MARK S. SUPKO, ESQ.
                           1001 Pennsylvania Ave, NW
                           Washington, DC  20004
                           202-624-2500

                           Benesch, Friedlander, Coplan &
                           Aronoff
                           BY: KEVIN M. CAPUZZI, ESQ.
                           222 Delaware Ave., Ste. 801
                           Wilmington, DE  19801
                           302-442-7010

ECRO:                      GINGER MACE

Transcription Service:     DIAZ TRANSCRIPTION SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service

APPEARANCES:
(Continued)

For Ernst & Young/
Monitor:                        Buchanan Ingersoll & Rooney,PC
                                BY: MARY CALOWAY, ESQ.
                                1105 N. Market St., Ste. 1900
                                Wilmington, DE  19801-1054
                                302 552-4214

                                Allen & Overy
                                BY: DAN GUYDER, ESQ.
                                1221 Avenue of the Americas
                                New York, NY  10020
                                212 610-6300

For Law Debenture:              Patterson Belknap Webb & Tyler
                                BY: DANIEL A. LOWENTHAL, ESQ.
                                1133 Avenue of the Americas
                                New York, NY  10036
                                (212) 336-2720

                                Morris James, LLP
                                BY: STEPHEN MILLER, ESQ.
                                555 Delaware Ave., #1500
                                Wilmington, DE  19801
                                302-888-6800

For Solus Alternative
Asset Management and
Macquarie Capital USA:          Pinckney Weidinger Urban & Joyce
                                BY: SETON MANGINE, ESQ.
                                1220 N. Market St., #950
                                Wilmington, DE  19801
                                302-504-1528

                                Quinn Emanuel Urquhart & Sullivan
                                BY: JAMES TECCE, ESQ.
                                51 Madison Avenue, 22nd Floor
                                New York, NY  10010
                                (212) 849-7000

APPEARANCES:
(Continued)

For Official Creditor's
Committee:                      Akin Gump Strauss Hauer & Feld
                                BY: DAVID BOTTER, ESQ.
                                One Bryant Park
                                Bank of America Tower
                                New York, NY  10036
                                212-872-1000

                                Whiteford Taylor Preston
                                BY: CHRIS SAMIS, ESQ.
                                The Renaissance Center
                                405 North King Street
                                Wilmington, DE  19801
                                (302) 357-3266

For Cisco Systems:              Bifferato, LLC
                                BY: IAN CONNER BIFFERATO, ESQ.
                                800 North King Street
                                Wilmington, DE  19801
                                (302) 225-7600

For Ad Hoc Group of
Bondholders:                    Pachulski Stang Ziehl & Jones
                                BY: PETER KEANE, ESQ.
                                919 N. Market St., 17th Floor
                                Wilmington, DE  19801
                                302-778-6462

TELEPHONIC APPEARANCES:

For Debtor, Nortel
Networks, Inc.:                 Cleary Gottlieb Steen & Hamilton
                                BY: BENJAMIN BELLER, ESQ.
                                212-225-2000
                                BY: JAMES BROMLEY, ESQ.
                                212-225-2264

For Solus LP:                   Stephen J. Blauner, S.P.C.
                                BY: STEPHEN J. BLAUNER, ESQ.
                                212-373-1562

TELEPHONIC APPEARANCES:
(Continued)

For Official Committee
Of Unsecured Creditors:   Akin Gump Strauss Hauer & Feld, LLP
                          BY: MATTHEW FAGEN, ESQ.
                          212-872-8051

For Law Debenture Trust
Company of New York:      Patterson Belknap Webb & Tyler
                          BY: BRIAN GUINEY, ESQ.
                          212-336-2305

For The Joint
Administrators:           Hughes Hubbard & Reed
                          BY: CHARLES HUBERTY, ESQ.
                          212-837-6045

For Ad Hoc Group of
Bondholders:              Milbank Tweed Hadley & McCloy
                          BY: THOMAS MATZ, ESQ.
                          212-530-5885

For Canadian Creditors
Committee:                DLA Piper US, LLP
                          BY: SELINDA A. MELNIK, ESQ.
                          302-468-5650

For Bank of New York,
Mellon:                   Vedder Price PC
                          BY: MICHAEL J. RIELA, ESQ.
                          212*-407-7700

For Interested Party:     Stone Lion Capital Partners
                          BY: JUSTIN BRASS
                          212-843-1246

                          Dow Jones & Co.
                          BY: PEG A. BRICKLEY
                          215-462-0953

                          Bank of America
                          BY: ESTHER CHUNG
                          646-855-6705

TELEPHONIC APPEARANCES:
(Continued)

For Interested Party:      Reorg Research
                           BY: KENT COLLIER
                           212-588-8890

                           Candlewood Investment Group
                           BY: JENNIFER WILD
                           212-257-5124

                           Macquarie Capital (USA), Inc.
                           BY: JAVIER SCHIFFRIN
                           212-231-2372

1

1  WILMINGTON, DELAWARE, TUESDAY, MAY 5, 2015, 10:01 A.M.

2              THE COURT:  Good morning, everyone.  Please be

3  seated.  It's good to see you all.  It's been a while.  Ms.

4  Cordo, good morning.

5              MS. CORDO:  Good morning, Your Honor.  Annie

6  Cordo, Morris, Nichols, Arsht and Tunnell, on behalf of the

7  Debtors, which --

8              THE COURT:  Yes.

9              MS. CORDO:  -- as you know, I am now saying for

10 the very last time --

11             THE COURT:  I know.  It's sad to hear.  Good

12 luck.

13             MS. CORDO:  We had --

14             THE COURT:  Good luck to you.

15             MS. CORDO:  Thank you, Your Honor.  I just want

16 to take a moment before we go to the agenda to introduce --

17 I know you've met both of them before, Tammy Minott and

18 Andrew Remming from our firm, who will be taking over for me

19 on --

20             THE COURT:  All right.

21             MS. CORDO:  -- Nortel, so they'll be interacting

22 with Chambers and will be the new me.

23             THE COURT:  Don't expect any birthday cards from

24 them.

25                      (Laughter)

26             MS. CORDO:  So we have a pretty short agenda for

1  you, Your Honor, this morning.  We have two motions.  One is

2  the Motion for Entry of Third Discovery Protocol with

3  regards to third party discovery, which will be handled by

4  Mr. Supko from Crowell & Moring who is the pro hac --

5            THE COURT:  Yes.

6            MS. CORDO:  -- and the third item, Your Honor, is

7  a status conference with regards to the motion of Solus

8  Alternative Asset Management.  Your Honor, that item is

9  going forward solely as a status conference and was put on

10  the agenda at the request of Solus.  And it is our agreement

11  than no substantive argument will happen on that.  It's just

12  for background purposes only.

13            THE COURT:  All right.  All right.  Thank you,

14  Ms. Cordo.

15            MS. CORDO:  Thank you, Your Honor.  I'll turn the

16  podium over to Mr. Supko.

17            THE COURT:  All right.  Your Swan song.

18            Mr. Supko, good to have you back.

19            MR. SUPKO:  Thank you, Your Honor.  Good morning.

20  Well, as Your Honor is aware the Motion for Entry of Third

21  Discovery Protocol stands uncontested.  There are really

22  just two issues that I wanted to raise with Your Honor, and

23  then I'm happy to address any questions that you may have.

24  Cisco had a concern, I would say, that they raised with us.

25  They just requested clarification that the third discovery

26  protocol did not apply to their case, which involves patents

1  that had been sold to Rockstar and then later assigned to

2  Spherix.  We certainly agree with that.  We think it's

3  expressly stated in both the third discovery protocol and

4  the second discovery protocol.  It's stated a little bit

5  more generally.  It's not specific to the Spherix

6  litigation, but we do think it covers that situation.

7  Again, we have no objection to that clarification.  We just

8  think it's not necessary.

9           THE COURT:  And certainly I think that your

10  statement covers their concern.

11          MR. SUPKO:  Very well, Your Honor.  And then

12  there was just one ambiguity in the third discovery protocol

13  that we had proposed to the Court that I noticed on the

14  train ride up here this morning.

15          THE COURT:  Okay.  All right.

16          MR. SUPKO:  In paragraph 4(a) --

17          THE COURT:  Yes.

18          MR. SUPKO:  -- there are two repositories of data

19  that are identified there; copies of the electronic data

20  rooms from the asset sales, and also some digital media

21  archives that are maintained by Iron Mountain.  The way we

22  presented it in here, we say "absent agreement of the

23  parties or further order of the Court".  Those aren't

24  subject to discovery, but then we don't state that if there

25  is an agreement of the parties that we're going to do

26  production from there, that the procedures that are laid out

1    in the third discovery protocol apply.  So what we would

2    propose, Your Honor, is that a one-sentence footnote be

3    added to the third discovery protocol.  We would propose

4    that that be added at the end of the introductory paragraph

5    for paragraph five.  The footnote would read, "these same

6    procedures shall apply to any agreed or ordered production

7    from the repositories described in paragraph 4a."  Simple as

8    that.

9            THE COURT:  All right.

10           MR. SUPKO:  We'd be happy to submit a revised

11    proposed third discovery protocol if it's convenient for

12    Your Honor.

13           THE COURT:  That would be fine.

14           MR. SUPKO:  Okay.

15           THE COURT:  You can even interlineate it if you'd

16    like.  I'll leave that up to you if you want to get

17    something entered sooner rather than later, but either way

18    is fine with me.

19           MR. SUPKO:  Very well, Your Honor.  We'll submit

20    a document to you this afternoon.

21           THE COURT:  All right.  That's fine.  Thank you.

22           MR. SUPKO:  Unless Your Honor had any questions--

23           THE COURT:  I find this certainly acceptable.

24    It's in keeping with what we've been doing, which apparently

25    has satisfied all of the parties thus far, and I think

26    certainly it can be extended here appropriately.

 1              MR. SUPKO:  Very well.  Thank you, Your Honor.

 2              THE COURT:  Does anyone else wish to be heard on

 3    this, though, before I -- all right.  Well, I will be

 4    pleased to sign the order when it's presented.

 5              MR. SUPKO:  Thank you very much, Your Honor.

 6              THE COURT:  Thank you.  I guess we're next on the

 7    status report on the Solus matter.

 8              MR. CAPUZZI:  Your Honor, sorry to jump ahead.

 9              THE COURT:  Yes.

10              MR. CAPUZZI:  Kevin Capuzzi for Benesch

11    Friedlander.

12              THE COURT:  Yes, of course.

13              MR. CAPUZZI:   May Mr. Supko and I be excused?

14              THE COURT:  Oh, yes.  You certainly may.

15              MR. CAPUZZI:  Thank you.

16              THE COURT:  Good to have you here, and welcome,

17    and good day to you.

18              MR. SUPKO:  Thank you, Your Honor.

19              MS. MANGINE:  Good morning, Your Honor.

20              THE COURT:  Good morning.

21              MS. MANGINE:  Seton Mangine with Pinckney,

22    Weidinger, Urban & Joyce --

23              THE COURT:  Yes.

24              MS. MANGINE:  -- for Solus Alternative Asset

25    Management, LP, and Macquarie Capital USA, Inc.  I'm here to

26    introduce Mr. James Tecce this morning.

1          THE COURT:  Thank you.  Good morning.  Good to

2   have you here, Mr. Tecce.

3          MR. TECCE:  Thank you very much, Judge Gross.

4   Good morning.

5          THE COURT:  Good morning.

6          MR. TECCE:  I will be very brief.  As indicated,

7   this is a status conference on the Motion of Solus

8   Alternative Asset Management LP and Macquarie Capital USA

9   Inc.  The Motion seeks an order estimating intercompany

10  claim and also requested an order directing the Debtors to

11  amend their schedules.  And this morning, Judge, I'm happy

12  to report that a portion of the Motion has been settled by

13  the good efforts of the Debtors and a portion of the Motion

14  remains.  It will be adjourned until a date to be determined

15  in the future.  This morning we did want to briefly address

16  the circumstances surrounding the motion and that partial

17  settlement of the motion.

18          THE COURT:  All right.

19          MR. TECCE:  And that's the reason why we're here

20  this morning on a status conference.

21          THE COURT:  Wonderful.

22          MR. TECCE:  As I said, Judge, the Motion requests

23  two forms of relief.  The first is an order under 502(c) of

24  the Bankruptcy Code, which would estimate an intercompany

25  claim between Nortel Networks Capital Corporation or NNCC,

26  and Nortel Networks, Inc., or NNI, under the Support

1    Agreement between those two parties.  And second we had

2    requested an amendment to the schedules of assets and

3    liabilities to reflect transactions between NNCC and NNI.

4    The ultimate purpose of this motion is to try and ascertain

5    with precision the value of the assets and the liabilities

6    at the NNCC estate so that -- and plan for the NNCC estate

7    can ultimately be proposed and confirmed.  Our client, Solus

8    and Macquarie, Judge, they hold 90 percent of the 7.875

9    percent notes that were issued by NNCC under an Indenture

10   dated 1996, and NNCC is a direct subsidiary of NNI.

11              THE COURT:  Yes.

12              MR. TECCE:  It's essentially a financing company.

13   Its balance sheet is relatively straight-forward, but it is

14   linked inextricably to NNI.  On page seven of our Motion, we

15   had set forth a chart there that explains the relationship

16   between those two entities and the most -- the significance

17   of the chart and frankly the two intercompany claims, Your

18   Honor, is that they are the largest assets of the NNCC

19   estate.  The first intercompany claim relates to a revolving

20   loan agreement, and the proceeds of these notes, these 7.875

21   percent notes that NNCC issued, they were upstreamed to NNI,

22   and under a revolving loan agreement where NNI is the

23   borrower, they're obligated to repay to NNCC, as the lender,

24   approximately $147 million.  The Motion took issue with the

25   way the revolving loan agreement was listed on the schedules

26   of assets and liabilities of NNI.  It was scheduled as a

1   disputed claim, and obviously that's a significant claim and

2   a significant asset of the NNCC estate, and it was unclear

3   to us what the explanation would be to list a revolving loan

4   that was actually the subject of a formal loan agreement as

5   a disputed claim, and we raised this issue with the Debtors

6   and they voluntarily amended the schedules to fix this

7   problem.  And now --

8          THE COURT:  And they did what with the schedules?

9   They --

10          MR. TECCE:  They, on December 10th of last year,

11   they filed the Notice of Amendments to Schedules of Assets

12   and Liabilities of Nortel Networks, Inc., and Nortel

13   Networks Capital Corporation.  They changed the

14   characterization of the revolving loan claim, which is

15   listed as an intercompany loan.  It is no longer contingent.

16   It is no longer disputed, and it is no longer unliquidated.

17          THE COURT:  Okay.

18          MR. TECCE:  So that -- they also made some

19   amendments to smaller intercompany payables and receivable

20   between NNI and NNC, $6 and $4 million approximate amounts.

21   So that's progress, Your Honor.  And we're grateful to the

22   Debtors for doing that because as I mentioned one aspect of

23   this motion was to kind of clean up the schedules for NNCC

24   which was very important to Solus and to Macquarie.  The

25   other aspect of the Motion, Judge, deals with the Support

26   Agreement which is an agreement that provides that at all

1  times NNI must make sure that NNCC has sufficient assets to

2  pay NNC's liabilities in full such that the net worth of

3  that entity is one dollar.  And that's the portion of the

4  motion that's going to be adjourned.  It's not going to be

5  argued today, but it is the contractual provision, that our

6  clients submit, entitles them to what we call the spoke

7  treatment.  In Your Honor's decision Your Honor's decision

8  with respect to the 9019 Motion on Post-petition Interests,

9  Your Honor observed that the noteholders do take the

10 position that they're entitled to spoke treatment.  That's

11 in footnote 11 of the decision, and in point of fact, Solus

12 and Macquarie are not parties to that settlement agreement.

13              THE COURT:  Right.

14              MR. TECCE:  And with respect to the Court's

15 decision, the Post-petition Interest decision, Solus and

16 Macquarie are assuming, and they can be corrected if they're

17 wrong, that that decision does not prejudge any issues with

18 respect to the Support Agreement, and I just would note on

19 page six of that decision, Your Honor remarked, "NNI

20 subsequently executed a Support Agreement dated February 15,

21 2006 in favor of NNCC, which, as is relevant here,

22 essentially acts as a guarantee by NNI of the 1996 Indenture

23 Notes.  That's an observation in the Court's decision, but

24 when in fact Solus and Macquarie respectfully submit that a

25 Support Agreement is not a guarantee.  The agreement itself

26 specifically states "this agreement does not constitute a

1    guarantee by NNI of the payment of any indebtedness."  But

2    again Solus and Macquarie are assuming that whatever any

3    party's rights are with respect to the Support Agreement,

4    the rights of NNI, the rights of NNCC, the rights of the

5    noteholders, the rights of the Canadians, whatever any

6    party's rights, claims and defenses are with respect to the

7    support agreement that they're reserved and they were not

8    prejudged by that decision in any way, was not an issue that

9    was submitted for the Court's consideration in connection

10   with that decision.  And at some point, Solus and Macquarie

11   will put the balance of this Motion back on the calendar.

12              THE COURT:  Okay.

13              MR. TECCE:  And at that point, they'll ask the

14   Court to estimate the Support Agreement claim between NNCC

15   and NNI, and the amount that NNI must fund into NNC to

16   satisfy its liabilities.  And in terms of when that Motion

17   will be submitted, I make one observation, Your Honor, which

18   is in the Court's decision in the Post-petition Interest

19   decision, the Court made a very prescient observation on

20   page 29.  It said "the Settlement Agreement" -- this is the

21   PPI Settlement Agreement.  "The Settlement Agreement

22   resolves a singular dispute with respect to a certain subset

23   of creditors, and provides the basis upon which to move

24   toward consensual resolution of the allocation dispute.  A

25   plan of reorganization of these Chapter 11 proceedings and

26   final resolution of the Nortel insolvency proceedings across

1  the globe." That's on page 29 of the Court's decision. And

2  that observation, Your Honor, succinctly summarizes what we

3  would submit is the procedural posture of these cases at

4  this point in time. There was, obviously, an extensive

5  trial and allocation that has concluded. There was

6  litigation concerning the Post-petition Interests

7  Settlement. That is concluded. And the logical pivot in

8  these cases at this point in time would be to turn toward a

9  plan. And to that end, Your Honor, should a plan for NNCC

10  be proposed where these issues with respect to the Support

11  Agreement are lingering, then at or about that time, or

12  shortly before, Solus and Macquarie would renew their motion

13  under Section 506 -- or 502(c) to estimate that claim. And

14  that may be the next occasion when we're to be heard on this

15  issue if at all.

16          One final issue that I would make clear to the

17  Court, Your Honor, is that Solus and Macquarie are fully

18  prepared to engage in any discussions with any party of

19  interest in the cases. There are obviously principal

20  parties in interest, the Debtors, the Creditors Committee,

21  the Canadian Debtors. They are fully prepared to have any

22  and all discussions with any parties with respect to their

23  claim. And they're also fully prepared to sign any

24  confidentiality agreement that is required or considered a

25  precondition for their participation in those discussions.

26  And they have, just in point of fact, negotiated a full

1  confidentiality agreement with the United States Debtors

2  that they're -- U. S. Debtors are fully prepared to go

3  forward.  The Canadian Debtors are not prepared to go

4  forward with this confidentiality agreement.  There are

5  concerns on their side with respect to whether or not Solus

6  and Macquarie would be helpful to the process.  We disagree

7  with that.  We think Solus and Macquarie would be very

8  helpful to the process.  However, we know that we can't do

9  anything today to order the Canadian Debtors to sign a

10  confidentiality agreement with us.  What I can do today,

11  though, Your Honor, is to the extent that the Court orders

12  mediation, as it has done in the past, or mediation sessions

13  or meetings, I would like to reserve the rights of Solus and

14  Macquarie to insist that they can be made a part of those

15  discussions.  And if they're not voluntarily made a part of

16  those discussions then they would reserve their right to

17  come to the Court and have the Court authorize their

18  participation in those discussions.

19          THE COURT:  All right.

20          MR. TECCE:  And Your Honor, I thank you very much

21  for your time this morning.  That is all that I have with

22  respect to the motion unless Your Honor has any questions.

23  I thank you for giving us the opportunity to address the

24  Court with respect to this matter.

25          THE COURT:  All right.  I appreciate that.  Thank

26  you.

1          MR. TECCE:  Thank you.  Sure.  Ms. Schweitzer,

2    welcome back.

3          MS. SCHWEITZER:  Thank you, Your Honor.  It's

4    good to be back on this beautiful sunny day we have.

5          THE COURT:  Yes.

6          MS. SCHWEITZER:  I will keep this brief.  I think

7    everyone's intention was not to burden you more than to just

8    give you an update now.  And I think Mr. Tecce did a nice

9    job of presenting to you where we're at with these various

10   claims.  Just a few points.

11         Mr. Tecce was referring to NNC.  In our world of

12   five years on this case, and now six years, it's NNCC --

13         THE COURT:  C yes.

14         MS. SCHWEITZER:  -- which is the SPV in the

15   financing vehicle of the U. S. rather than the Canadian

16   Debtors.  But as Mr. Tecce has said is that he represents

17   bondholders against those bonds issued by NNCC guaranteed,

18   in fact, by the Canadian Debtor, NNL.  And those bonds were

19   left to the side for the PPI settlement that Your Honor

20   previously approved.  As Mr. Tecce noted, he had filed a

21   motion back in October seeking really two forms of relief,

22   is the amendment clarification of the schedules and then

23   estimation of the claims that might arise under the Support

24   Agreement where the parties to the Support Agreement are NNI

25   and NNCC.  It's an intercompany agreement.

26         With respect to the amendment of the schedules,

1    as Mr. Tecce noted, the U. S. Debtors had amended the

2    schedules at the end of last year.  We went through and

3    reconciled the books and records.  There were different

4    accounting and booking issues.  And as Mr. Tecce noted, some

5    other claims between entities really to guaranteed fees and

6    the like.  But those are all reconciled now, and the

7    information -- the support for those reconciliations was

8    provided to various creditors at the time the schedule

9    amendments had been made.  So that should -- that's a closed

10   book on that.  And with respect to the bond claims or the

11   mirror intercompany claim as against the bond claims, those

12   -- the revolver that was allowed on the books and records,

13   the revolver claim effectively in general represents the

14   Pre-petition interest and the principal amount as a rounded

15   number.  It approximately mirrors that.  So Mr. Tecce's

16   other half of the relief that his clients were seeking was

17   the interpretation of the Support Agreement, which again,

18   we're not here to argue the merits today, but the point of

19   that, as Mr. Tecce noted is effectively his clients are

20   arguing that's kind of a make-whole claim by NNCC against

21   NNI in terms of the two possible risks are dilution by other

22   creditor claims which would dilute that revolver in a

23   company claim --

24                THE COURT:  Yes.

25                MS. SCHWEITZER:  -- asset --

26                THE COURT:  Yes.

1          MS. SCHWEITZER:  -- and or claim for Post-

2    petition interest where that hasn't been allowed by NNI in

3    favor of NNCC.  Mr. Tecce's clients argue that because of

4    the support agreement that that's actually an unsecure claim

5    against NNI to be paid ahead of any other post-petition

6    interest by NNI. We're not here to argue the merits today,

7    as Mr. Tecce noted.  I think our goal collectively was to

8    make progress.  We made progress in terms of reconciling the

9    schedules and to save these issues for another day to see

10   whether, in fact, they can be resolved or if they can't be

11   resolved, they'll be brought before Your Honor when Mr.

12   Tecce's clients determine that they want to press issues, or

13   the Debtors proceed.  So today truly was an update on that

14   status.  With respect to the post-petition interest dispute,

15   as Mr. Tecce noted, that was settled, approved by Your

16   Honor.  That's now on appeal.  The Monitor had appealed that

17   decision, so that's before the District Court on appeal in

18   the U.S.  In Canada, there's an appeal of Justice Newbould's

19   decision, and so that was just argued in front of the

20   Canadian Court --

21          THE COURT:  Oh, okay.

22          MS. SCHWEITZER:  -- just in the last week.  So

23   just to update you where we are in these other pieces moving

24   around.  But otherwise, you know, the settlement stands and

25   that's been resolved.  Mr. Tecce's clients claims were saved

26   for another day.  Everyone's rights are reserved with

1   respect to everything, as all the pleadings indicate.  So

2   unless Your Honor has other questions, I think really the

3   purpose was just that you had background so that if and when

4   these claims came up later, that you had general familiarity

5   with the issues before they were first presented to you

6   either in a resolved form or in a contested form.

7           THE COURT:  I appreciate that.  I appreciate the

8   parties doing so.

9           MR. BOTTER:  Good morning, Your Honor.

10          THE COURT:  Mr. Botter, good morning. Thank you,

11  Ms. Schweitzer.

12          MR. BOTTER:  Your Honor, David Botter, Akin,

13  Gump, Strauss, Hauer & Feld, on behalf of the Official

14  Committee.  I will even be more brief than my colleagues.

15  Your Honor, at the time of the original adjournment of the

16  motion, the Debtors and the Committee both reserved all

17  their rights to respond to the substance of the motion

18  itself including, Your Honor, whether or not estimation of

19  the appropriate vehicle for resolution of these claims.  So

20  we're in the same position, obviously, the progress the

21  Debtors made was excellent with respect to the technical

22  issues of the allowance of the specific numbers, but with

23  respect to substance, we are in the reserved rights

24  position, Your Honor.

25          THE COURT:  All right.  I understand.  Thank you,

26  Mr. Botter.  Good morning.

1          MR. GUYDER:  Good morning, Your Honor.  Dan

2    Guyder, of Allen & Overy, on behalf of Ernst & Young as

3    Monitor.

4          THE COURT:  Yes, sir.

5          MR. GUYDER:  Just briefly, I agree with Mr.

6    Tecce's comments with regard to the Court's decision on the

7    9019 and the characterization of the settlement, the Support

8    Agreement.  I think that was really poor background for

9    purposes of the decision and we reserve all of our rights

10   with respect to any characterization of that agreement, and

11   likewise Mr. Tecce's commentary here today in terms of what

12   the agreement does or doesn't do.  We reserve all of those

13   rights for the day when -- if it comes before your court

14   again for consideration.  And so I think with just a full

15   reservation of rights consistent with what the other parties

16   have mentioned here today, Your Honor, you know, we're happy

17   to proceed here in this status conference.

18         THE COURT:  How about on the confidentiality

19   agreement?  Is the Monitor considering that or is it

20   rejected?

21         MR. GUYDER:  I think for reasons previously

22   communicated to Mr. Tecce, our position is what it is, and

23   he's familiar with that.  I'm happy to have a conversation

24   with him to pick that up.  Obviously some time has passed

25   since the last conversations on that, but at this point our

26   position hasn't changed.

1          THE COURT:  All right.  All right.  I appreciate

2  that.  Thank you.

3          MR. GUYDER:  And for what it's worth, I mean, I

4  appreciate his desire to participate in the process, and to

5  the extent that they are seeking to do that, we'd just

6  reserve any rights to argue that perhaps that participation

7  is not appropriate.

8          THE COURT:  All right.  I understand. Thank you.

9          MR. GUYDER:  Thank you, Your Honor.

10          THE COURT:  Thank you.  Good to have you back.

11          MR. ABBOTT:  Your Honor, I think that's it for

12  today.

13          THE COURT:  That's it?

14          MR. ABBOTT:  So we appreciate your time and --

15          THE COURT:  Mr. Abbott.

16          MR. ABBOTT:  -- we'll see you again.

17          THE COURT:  All right.  You'll see me again soon,

18  I'm sure.

19          MS. SCHWEITZER:  Right.  Thank you, Your Honor.

20          THE COURT:  Good day to all of you.  Good to see

21  you again.  We'll stand in recess.  Thank you.

22    (Whereupon, at 10:23 a.m., the hearing was adjourned.)

23

<u>CERTIFICATION</u>

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____          8 May 2015
Georgianne Sarbaugh                              Date
Diaz Transcription Services

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**4a."(1)** 9:7

**a.m(3)** 1:14 6:1 23:22
**abbott(5)** 1:23 23:11 23:14 23:15 23:16
**about(2)** 11:21 22:18
**aboveentitled** (1) 24:4
**acceptable(1)** 9:23
**accounting(1)** 19:4
**across(1)** 15:26
**acts(1)** 14:22
**actually(2)** 13:4 20:4
**added(2)** 9:3 9:4
**address(3)** 7:23 11:15 17:23
**adjourned(1)** 11:14 14:4 23:22
**adjournment(1)** 21:15
**administered(1)** 1:5
**administrators(1)** 4:15
**afternoon(1)** 4:11
**again(7)** 8:7 15:2 19:17 22:14 23:16 23:17 23:21

**against(4)** 18:17 19:11 19:20 20:5
**agenda(3)** 6:16 6:26 7:10
**agree(2)** 8:2 22:5
**agreed(1)** 9:6
**agreement(35)** 5:7 10 8:22 8:25 12:1 12:20 12:22 12:25 13:4 13:26 13:26 14:12 14:18 14:20 14:25 14:25 14:26 15:3 15:7 15:14 15:21 15:21 16:11 16:24 17:1 17:4 17:10 18:24 18:24 18:25 19:17 20:4 22:8 22:10 22:12 22:19

**agreement"(1)** 15:20
**ahead(2)** 10:8 20:5
**akin(3)** 3:5 4:5 21:12
**al.(1)** 1:7
**all(28)** 6:3 6:20 7:13 7:13 7:17 8:15 9:9 9:21 9:25 10:3 11:18 13:26 16:15 16:22 17:19 17:21 17:25 19:6 21:1 21:16 21:25 22:9 22:12 23:1 23:1 23:8 23:17 23:20

**allen(2)** 2:11 22:2
**allocation(2)** 15:24 16:5
**allowance(1)** 21:22
**allowed(2)** 19:12 20:2
**also(4)** 8:20 11:10 13:18 16:23
**alternative(4)** 2:29 7:8 10:24 11:8
**ambiguity(1)** 8:12
**amend(1)** 11:11
**amended(2)** 13:6 19:1
**amendment(3)** 12:2 18:22 18:26
**amendments(3)** 13:11 13:19 19:9
**america(1)** 3:8 4:42
**americas(2)** 2:13 2:19
**amount(2)** 15:15 19:14
**amounts(1)** 13:20
**and(117)** 2:30 6:6 6:17 6:22 7:6 7:9 7:10 7:22 8:1 8:3 8:9 8:11 8:20 9:25 10:13 10:16 10:17 10:26 11:10 11:11 11:13 11:16 11:19 11:26 12:1 12:2 12:3 12:4 12:5 12:6 12:7 12:8 12:10 12:16 12:17 12:20 12:22 12:26 13:1 13:1 13:3 13:5 13:6 13:7 13:8 13:12 13:12 13:16 13:19 13:20 13:20 13:21 13:24 14:3 14:11 14:12 14:14 14:15 14:16 14:18 14:24 15:2 15:6 15:7 15:10 15:10 15:13 15:15 15:15 15:16 15:23 15:26 16:1 16:5 16:7 16:9 16:12 16:13 16:17 16:22 16:23 16:26 17:6 17:7 17:13 17:15 17:17 17:20 18:8 18:12 18:18 18:22 18:25 19:2 19:3 19:4 19:4 19:5 19:6 19:9 19:10 19:12 19:14 20:1 20:9 20:19 20:24 21:3 21:16 22:7 22:9 22:10 22:14 22:22 23:1 23:4 23:14

**andrew(1)** 6:18
**annie(1)** 1:22 6:5
**another(2)** 20:9 20:26

**any(18)** 6:23 7:23 9:6 9:22 14:17 15:1 15:2 15:5 15:8 16:18 16:18 16:21 16:22 16:23 17:22 20:5 22:10 23:6

**anyone(1)** 10:2
**anything(1)** 17:9
**apparently(1)** 9:24
**appeal(3)** 20:16 20:17 20:18
**appealed(1)** 20:16
**appearances(3)** 3:32 4:1 5:1
**apply(3)** 7:26 9:1 9:6
**appreciate(6)** 17:25 21:7 21:7 23:1 23:4 23:14

**appropriate(2)** 21:19 23:7
**appropriately(1)** 9:26
**approved(2)** 18:20 20:15
**approximate(1)** 13:20
**approximately(2)** 12:24 19:15
**archives(1)** 8:21
**are(26)** 7:21 8:18 8:19 8:21 8:26 12:18 14:12 14:16 15:2 15:3 15:6 16:11 16:17 16:19 16:21 17:2 17:3 17:4 18:24 19:6 19:19 19:21 20:23 20:26 21:23 23:5

**aren't(1)** 8:23
**argue(4)** 19:18 20:3 20:6 23:6
**argued(2)** 14:5 20:19
**arguing(1)** 19:20
**argument(1)** 7:11
**arise(1)** 18:23
**aronoff(1)** 1:41
**around(1)** 20:24
**arsht(2)** 1:21 6:6
**ascertain(1)** 12:4
**ask(1)** 15:13
**aspect(2)** 13:22 13:25
**asset(7)** 2:30 7:8 8:20 10:24 11:8 13:2 19:25

**assets(6)** 12:2 12:5 12:18 12:26 13:11 14:1
**assigned(1)** 8:1
**assuming(2)** 14:16 15:2
**authorize(1)** 17:17
**ave(3)** 1:36 1:43 2:25
**avenue(3)** 2:13 2:19 2:39
**aware(1)** 7:20

**back(6)** 7:18 15:11 18:2 18:4 18:21 23:10
**background(3)** 7:12 21:3 22:8
**balance(2)** 12:13 15:11
**bank(3)** 3:8 4:29 4:42
**bankruptcy(3)** 1:1 1:18 11:24
**basis(1)** 15:23
**beautiful(1)** 18:4
**because(3)** 13:22 20:3
**been(9)** 6:3 8:1 9:24 11:12 19:9 20:2
**before(9)** 1:17 6:16 6:17 10:3 16:12 20:11 20:17 21:5 22:13

**behalf(3)** 6:6 21:13 22:7
**belknap(2)** 2:17 4:10
**beller(1)** 3:36
**benesch(1)** 1:40 10:10
**benjamin(1)** 3:36
**between(7)** 11:25 12:1 12:3 12:16 13:20 15:14 19:5

**bifferato(2)** 3:19 3:20
**birthday(1)** 6:23
**bit(1)** 8:4
**blauner(2)** 3:41 3:42
**bond(2)** 19:10 19:11
**bondholders(3)** 3:26 4:20 18:17
**bonds(2)** 18:17 18:18
**book(1)** 19:10
**booking(1)** 19:4
**books(2)** 19:3 19:12
**borrower(1)** 12:23
**both(3)** 6:17 8:3 21:16

**botter(6)** 3:6 21:9 21:10 21:12 21:12 21:26
**brass(1)** 4:35
**brian(1)** 4:11
**brickley(1)** 4:39
**brief(3)** 11:6 18:6 21:14
**briefly(2)** 11:15 22:5
**bromley(1)** 3:38
**brought(1)** 20:11
**bryant(1)** 3:7
**buchanan(1)** 2:5
**burden(1)** 18:7
**but(13)** 8:6 8:24 9:17 12:13 14:5 14:23 15:1 18:16 19:6 19:18 20:24 21:22 22:25

**calendar(1)** 15:11
**call(1)** 14:6
**caloway(1)** 2:6
**came(1)** 21:4
**can(7)** 9:15 9:26 12:7 14:16 17:10 17:14 20:10

**canada(1)** 20:18
**canadian(7)** 4:24 16:21 17:3 17:9 18:15 18:18 20:20

**canadians(1)** 15:5
**candlewood(1)** 5:8
**can't(2)** 17:8 20:10
**capital(7)** 2:31 4:34 5:12 10:25 11:8 11:25 13:13

**capuzzi(6)** 1:42 10:8 10:10 10:10 10:13 10:15

**cards(1)** 6:23
**case(3)** 1:4 7:26 18:12
**cases(3)** 16:3 16:8 16:19
**center(1)** 3:14
**certain(1)** 15:22
**certainly(5)** 8:2 8:9 9:23 9:26 10:14
**certification(1)** 24:1
**certify(1)** 24:2
**chambers(1)** 6:22
**changed(1)** 13:13 22:26
**chapter(2)** 1:7 15:25
**characterization(3)** 13:14 22:7 22:10
**charles(1)** 4:16
**chart(2)** 12:15 12:17
**chris(1)** 3:13
**chung(1)** 4:43
**circumstances(1)** 11:16
**cisco(2)** 3:19 7:24
**claim(16)** 11:10 11:25 12:19 13:1 13:1 13:5 13:14 15:14 16:13 16:23 19:11 19:13 19:20 19:23 20:1 20:4

**claims(11)** 12:17 15:6 18:10 18:23 19:5 19:10 19:11 19:22 20:25 21:4 21:19

**clarification(3)** 7:25 8:7 18:22
**clean(1)** 13:23
**clear(1)** 16:16
**cleary(2)** 1:28 3:35
**client(1)** 12:7
**clients(6)** 14:6 19:16 19:19 19:23 20:3 20:25

**closed(1)** 19:9
**code(1)** 11:24
**colleagues(1)** 21:14
**collectively(1)** 20:7
**collier(1)** 5:5
**come(1)** 17:17
**comes(1)** 22:13
**commentary(1)** 22:11
**comments(1)** 22:6
**committee(6)** 3:5 4:4 4:25 16:20 21:14 21:16

**communicated(1)** 22:22
**company(3)** 4:10 12:12 19:23
**concern(2)** 7:24 8:10
**concerning(1)** 16:6
**concerns(1)** 17:5
**concluded(2)** 16:5 16:7
**conference(5)** 7:7 7:9 11:7 11:20 22:17
**confidentiality(5)** 16:24 17:1 17:4 17:10 22:18

**confirmed(1)** 12:7
**connection(1)** 15:9
**conner(1)** 3:20
**consensual(1)** 15:24
**consideration(2)** 15:9 22:14
**considered(1)** 16:24
**considering(1)** 22:19
**consistent(1)** 22:15
**constitute(1)** 14:26
**contested(1)** 21:6
**contingent(1)** 13:15
**continued(4)** 2:2 3:2 4:2 5:2
**contractual(1)** 14:5
**convenient(1)** 9:11
**conversation(1)** 22:23
**conversations(1)** 22:25
**copies(1)** 8:19
**coplan(1)** 1:40
**cordo(12)** 1:22 6:4 6:5 6:6 6:9 6:13 6:15 6:21 6:26 7:6 7:14 7:15

**corporation(2)** 11:25 13:13
**correct(1)** 24:2
**corrected(1)** 14:16
**course(1)** 10:12
**court(65)** 1:1 1:9 2:6 6:8 6:11 6:14 6:20 6:23 7:5 7:13 7:17 8:9 8:13 8:15 8:17 9:9 9:13 9:15 9:21 9:23 10:2 10:6 10:9 10:12 10:14 10:16 10:20 10:23 11:1 11:5 11:18 11:21 12:11 13:8 13:17 14:13 15:12 15:14 15:19 16:17 17:11 17:17 17:17 17:17 17:19 17:24 17:25 18:5 18:13 19:24 19:26 20:17 20:20 20:21 21:7 21:10 21:25 22:4 22:13 22:18 23:1 23:8 23:10 23:13 23:15 23:17 23:20

**courtroom(1)** 1:9
**court's(6)** 14:14 14:23 15:9 15:18 16:1
**court"(1)** 8:23
**covers(2)** 8:6 8:10
**creditor(1)** 19:22
**creditors(4)** 4:5 4:24 15:23 16:20 19:8
**creditor's(1)** 3:4
**crowell(1)** 1:34 7:4

**dan(2)** 2:12 22:1
**daniel(1)** 2:18
**data(2)** 8:18 8:19
**date(2)** 11:14 24:8
**dated(2)** 12:10 14:20
**david(2)** 3:6 21:12
**day(6)** 10:17 18:4 20:9 20:26 22:13 23:20
**deals(1)** 13:25
**debenture(2)** 2:17 4:9
**debtor(2)** 3:34 18:18
**debtors(18)** 1:11 1:21 6:7 11:10 11:13 13:5 13:22 16:20 16:21 17:1 17:2 17:3 17:9 18:16 19:1 20:13 21:16 21:21

**december(1)** 13:10
**decision(17)** 14:7 14:7 14:11 14:15 14:15 14:17 14:19 14:23 15:8 15:10 15:18 15:19 16:1 20:17 20:19 22:6 22:9

**defenses(1)** 15:6
**delaware(5)** 1:2 1:11 1:43 2:25 6:1
**derek(1)** 1:23
**described(1)** 9:7
**desire(1)** 23:4
**determine(1)** 20:12
**determined(1)** 11:14

| Word | Page:Line |
|------|-----------|
| diaz(1) 1:49 | |
| did(4) 7:26 11:15 13:8 18:8 | |
| different(1) 19:3 | |
| digital(1) 8:20 | |
| dilute(1) 19:22 | |
| dilution(1) 19:22 | |
| direct(1) 12:10 | |
| directing(1) 11:10 | |
| disagree(1) 17:6 | |
| discovery(11) 7:2 7:3 7:21 7:25 8:3 8:4 8:12 8:24 9:1 9:3 9:11 | |
| discussions(6) 16:18 16:22 16:25 17:15 17:16 17:18 | |
| dispute(3) 15:22 15:24 20:14 | |
| disputed(3) 13:1 13:5 13:16 | |
| district(2) 1:2 20:17 | |
| dla(1) 4:25 | |
| document(1) 9:20 | |
| does(4) 10:2 14:17 14:26 22:12 | |
| doesn't(1) 22:12 | |
| doing(1) 9:24 13:22 21:8 | |
| dollar(1) 14:3 | |
| done(1) 17:12 | |
| don't(2) 6:23 8:24 | |
| dow(1) 4:38 | |
| ecro(1) 1:47 | |
| effectively(2) 19:13 19:19 | |
| efforts(1) 11:13 | |
| either(2) 9:17 21:6 | |
| electronic(3) 1:55 8:19 24:3 | |
| else(1) 10:2 | |
| emanuel(1) 2:37 | |
| end(3) 9:4 16:9 19:2 | |
| engage(1) 16:18 | |
| entered(1) 9:17 | |
| entities(2) 12:16 19:5 | |
| entitled(1) 14:10 | |
| entitles(1) 14:6 | |
| entity(1) 14:3 | |
| entry(2) 7:2 7:20 | |
| ernst(2) 2:4 22:2 | |
| esq(24) 1:22 1:23 1:29 1:35 1:42 2:6 2:12 2:18 2:24 2:32 2:38 3:6 3:13 3:20 3:27 3:36 3:38 3:42 4:6 4:11 4:16 4:21 4:26 4:31 | |
| essentially(2) 12:12 14:22 | |
| estate(4) 12:6 12:6 12:19 13:2 | |
| esther(1) 4:43 | |
| estimate(3) 11:24 15:14 16:13 | |
| estimating(1) 11:9 | |
| estimation(2) 18:23 21:18 | |
| even(2) 9:15 21:14 | |
| everyone(1) 6:2 | |
| everyone's(1) 18:7 20:26 | |
| everything(1) 21:1 | |
| excellent(1) 21:21 | |
| excused(1) 10:13 | |
| executed(1) 14:20 | |
| expect(1) 6:23 | |
| explains(1) 12:15 | |
| expressly(1) 8:3 | |
| extended(1) 9:26 | |
| extensive(1) 16:4 | |
| extent(2) 17:11 23:5 | |
| fact(5) 14:11 14:24 16:26 18:18 20:10 | |
| fagen(1) 4:6 | |
| familiar(1) 22:23 | |
| familiarity(1) 21:4 | |
| far(1) 9:25 | |
| favor(1) 14:21 20:3 | |
| february(1) 14:20 | |
| feld(3) 3:5 4:5 21:13 | |
| few(1) 18:10 | |
| filed(2) 13:11 18:20 | |
| final(2) 15:26 16:16 | |

| Word | Page:Line |
|------|-----------|
| financing(2) 12:12 18:15 | |
| find(1) 9:23 | |
| fine(3) 9:13 9:18 9:21 | |
| firm(1) 17:6 18:18 | |
| first(3) 11:23 12:19 21:5 | |
| five(2) 9:5 18:12 | |
| fix(1) 13:6 | |
| floor(3) 1:24 2:39 3:28 | |
| footnote(3) 9:2 9:5 14:11 | |
| for(48) 1:22 1:21 2:4 2:17 2:29 3:4 3:19 3:25 3:34 3:41 4:4 4:9 4:14 4:19 4:24 4:29 4:34 5:4 6:9 6:18 6:26 7:2 7:12 7:20 9:5 9:11 10:10 10:24 12:6 13:22 13:23 15:9 16:9 16:25 17:21 17:23 18:19 19:7 20:1 20:9 20:26 21:19 22:8 22:13 22:14 22:21 23:3 23:11 | |
| foregoing(1) 24:2 | |
| form(2) 21:6 21:6 | |
| formal(1) 13:4 | |
| forms(2) 11:23 18:21 | |
| forth(1) 12:15 | |
| forward(3) 7:9 17:3 17:4 | |
| frankly(1) 12:17 | |
| friedlander(2) 1:40 10:11 | |
| from(7) 6:18 6:23 7:4 8:20 8:26 9:7 24:3 | |
| front(1) 20:19 | |
| full(3) 14:2 16:26 22:14 | |
| fully(4) 16:17 16:21 16:23 17:2 | |
| fund(1) 15:15 | |
| further(1) 8:23 | |
| future(1) 11:15 | |
| general(2) 19:13 21:4 | |
| generally(1) 8:5 | |
| georgianne(1) 24:8 | |
| get(1) 9:16 | |
| ginger(1) 1:47 | |
| give(1) 8:8 | |
| giving(1) 17:23 | |
| globe."(1) 16:1 | |
| goal(1) 20:7 | |
| going(4) 7:9 8:25 14:4 14:4 | |
| good(25) 6:2 6:3 6:4 6:5 6:11 6:14 7:18 7:19 10:16 10:17 10:19 10:20 11:1 11:1 11:4 11:5 11:13 18:4 21:9 21:10 21:26 22:1 23:10 23:20 23:20 23:20 | |
| gottlieb(2) 1:28 3:35 | |
| grateful(1) 13:21 | |
| gross(2) 1:17 11:3 | |
| group(3) 3:25 4:19 5:8 | |
| guarantee(3) 14:22 14:25 15:1 | |
| guaranteed(2) 18:17 19:5 | |
| guess(1) 10:6 | |
| guiney(1) 4:11 | |
| gump(3) 3:5 4:5 21:13 | |
| guyder(7) 2:12 22:1 22:2 22:5 22:21 23:3 23:9 | |
| hac(1) 7:4 | |
| had(13) 6:13 7:24 8:1 8:13 9:22 12:1 12:15 18:20 19:1 19:9 20:16 21:3 21:4 | |
| hadley(1) 4:20 | |
| half(1) 19:16 | |
| hamilton(2) 1:28 3:35 | |
| handled(1) 7:3 | |
| happen(1) 7:11 | |
| happy(5) 7:23 9:10 11:11 22:16 22:23 | |
| harrisburg(1) 1:51 | |
| has(9) 9:25 11:12 14:1 16:5 17:12 17:22 18:16 21:2 22:24 | |
| hasn't(2) 20:2 22:26 | |
| hauer(3) 3:5 4:5 21:13 | |
| have(15) 6:26 7:1 7:18 7:23 8:7 10:16 11:2 16:21 16:26 17:17 17:21 18:4 22:16 22:23 23:10 | |

| Word | Page:Line |
|------|-----------|
| hear(1) 6:11 | |
| heard(2) 10:2 16:14 | |
| hearing(1) 23:22 | |
| helpful(2) 17:6 18:18 | |
| here(13) 8:14 8:22 9:26 10:16 10:25 11:2 11:19 14:21 19:18 20:6 22:11 22:16 22:17 | |
| he's(1) 22:23 | |
| him(1) 22:24 | |
| his(3) 19:16 19:19 23:4 | |
| hoc(1) 3:25 4:19 | |
| hold(1) 12:8 | |
| honor(45) 6:5 6:15 7:1 7:6 7:8 7:15 7:19 7:20 7:22 8:11 9:2 9:12 9:19 9:22 10:1 10:5 10:8 10:18 10:19 12:18 13:21 14:9 14:19 15:17 16:2 16:9 16:17 17:11 17:20 17:22 18:3 18:19 20:11 20:16 21:2 21:9 21:12 21:15 21:18 21:24 22:2 22:16 23:9 23:11 23:19 | |
| honorable(1) 1:17 | |
| honor's(2) 14:7 14:7 | |
| how(1) 22:18 | |
| however(1) 17:8 | |
| hubbard(1) 4:15 | |
| huberty(1) 4:16 | |
| hughes(1) 4:15 | |
| ian(1) 3:20 | |
| identified(1) 8:19 | |
| important(1) 13:24 | |
| inc(1) 1:7 3:35 5:12 10:25 11:9 11:26 | |
| including(1) 21:18 | |
| indebtedness."(1) 15:1 | |
| indenture(2) 12:9 14:22 | |
| indicate(1) 21:1 | |
| indicated(1) 11:6 | |
| inextricably(1) 12:14 | |
| information(1) 19:7 | |
| ingersoll(1) 2:5 | |
| insist(1) 17:14 | |
| insolvency(1) 15:26 | |
| intention(1) 18:7 | |
| interacting(1) 6:21 | |
| intercompany(8) 11:9 11:24 12:17 12:19 13:15 13:19 18:25 19:11 | |
| interest(8) 14:15 15:18 16:19 16:20 19:14 20:2 20:6 20:14 | |
| interested(1) 4:34 5:4 | |
| interests(2) 14:8 16:6 | |
| interlineate(1) 9:15 | |
| interpretation(1) 19:17 | |
| into(1) 15:15 | |
| introduce(1) 6:16 10:26 | |
| introductory(1) 9:4 | |
| investment(1) 5:8 | |
| involves(1) 7:26 | |
| iron(1) 8:21 | |
| issue(5) 12:24 13:15 15:8 16:15 16:16 | |
| issued(3) 12:9 12:21 18:17 | |
| issues(8) 7:22 14:17 16:10 19:4 20:9 20:12 21:5 21:22 | |
| item(2) 7:6 7:8 | |
| its(2) 12:13 15:16 | |
| itself(2) 14:25 15:18 | |
| it's(17) 6:3 6:3 6:11 7:11 8:2 8:4 8:5 8:8 9:11 9:24 10:4 12:12 14:4 18:3 18:12 18:25 23:3 | |
| i'll(1) 7:15 9:16 | |
| i'm(5) 7:23 10:25 11:11 22:23 23:18 | |
| james(4) 2:23 2:38 3:38 10:26 | |
| javier(1) 5:13 | |
| jennifer(1) 5:9 | |
| job(1) 18:9 | |
| joint(1) 4:14 | |
| jointly(1) 1:5 | |

| Word | Page:Line |
|------|-----------|
| jones(2) 3:26 4:38 | |
| joyce(2) 2:31 10:22 | |
| judge(6) 1:17 1:18 11:3 11:11 11:22 12:8 13:25 | |
| jump(1) 10:8 | |
| just(17) 6:15 7:11 7:22 7:25 8:7 8:12 14:18 16:26 18:7 18:10 20:19 20:22 20:23 21:3 22:5 22:14 23:5 | |
| justice(1) 20:18 | |
| justin(1) 4:35 | |
| keane(1) 3:27 | |
| keep(1) 18:6 | |
| keeping(1) 9:24 | |
| kent(1) 5:5 | |
| kevin(3) 1:17 1:42 10:10 | |
| kind(2) 13:23 19:20 | |
| king(2) 3:15 3:21 | |
| know(6) 6:9 6:11 6:17 17:8 20:24 22:16 | |
| laid(1) 8:26 | |
| largest(1) 12:18 | |
| last(5) 6:10 13:10 19:2 20:22 22:25 | |
| later(3) 8:1 9:17 21:4 | |
| laughter(1) 6:25 | |
| law(2) 2:17 4:9 | |
| leave(1) 9:16 | |
| left(1) 18:19 | |
| lender(1) 12:23 | |
| liabilities(6) 12:3 12:5 12:26 13:12 14:2 15:16 | |
| liberty(1) 1:30 | |
| like(3) 9:16 17:13 19:6 | |
| likewise(1) 22:11 | |
| lingering(1) 16:11 | |
| linked(1) 12:14 | |
| lion(1) 4:34 | |
| lisa(1) 1:29 | |
| list(1) 13:3 | |
| listed(2) 12:25 13:15 | |
| litigation(2) 8:6 16:6 | |
| little(1) 8:4 | |
| llc(1) 3:19 | |
| llp(5) 1:21 1:34 2:23 4:5 4:25 | |
| loan(7) 12:20 12:22 12:25 13:3 13:4 13:14 13:15 | |
| logical(1) 16:7 | |
| longer(3) 13:15 13:16 13:16 | |
| lowenthal(1) 2:18 | |
| luck(2) 6:2 6:14 | |
| mace(1) 1:47 | |
| macquarie(16) 2:31 5:12 10:25 11:8 12:8 13:24 14:12 14:16 14:24 15:2 15:10 16:12 16:17 17:6 17:7 17:14 | |
| made(7) 13:18 15:19 17:14 17:15 19:9 20:8 21:21 | |
| madison(1) 2:39 | |
| maintained(1) 8:21 | |
| make(4) 14:1 15:17 16:16 20:8 | |
| make-whole(1) 19:20 | |
| management(2) 2:30 7:8 10:25 11:8 | |
| mangine(5) 2:32 10:19 10:21 10:21 10:24 | |
| mark(1) 1:35 | |
| market(5) 1:10 1:24 2:7 2:33 3:28 | |
| mary(1) 2:6 | |
| matter(3) 10:7 17:24 24:4 | |
| matthew(1) 4:6 | |
| matz(1) 4:21 | |
| may(7) 1:13 6:1 7:23 10:13 10:14 16:14 24:7 | |
| mccloy(1) 4:20 | |
| mean(1) 23:3 | |
| media(1) 8:20 | |
| mediation(2) 17:12 17:12 | |

Page : 2    05/11/15 13:00:21

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**meetings**(1) 17:13
**mellon**(1) 4:30
**melnik**(1) 4:26
**mentioned**(2) 13:22 22:16
**merits**(2) 19:18 20:6
**met**(1) 6:17
**michael**(1) 4:31
**might**(1) 18:23
**milbank**(1) 4:20
**miller**(1) 2:24
**million**(2) 12:24 13:20
**minott**(1) 6:17
**mirror**(1) 19:11
**mirrors**(1) 19:15
**moment**(1) 6:16
**monitor**(4) 2:5 20:16 22:3 22:19
**more**(3) 8:5 18:7 21:14
**moring**(1) 1:34 7:4
**morning**(20) 6:2 6:4 6:5 7:1 7:19 8:14 10:19 10:20 10:26 11:1 11:4 11:5 11:11 11:15 11:20 17:21 21:20 21:10 21:26 22:1
**morris**(3) 1:21 2:23 6:6
**most**(1) 12:16
**motion**(24) 7:2 7:7 7:20 11:7 11:9 11:12 11:13 11:16 11:17 11:22 12:4 12:14 12:24 13:23 13:25 14:4 14:8 15:11 15:16 16:12 17:22 18:21 21:16 21:17
**motions**(1) 7:1
**mountain**(1) 8:21
**move**(1) 15:23
**moving**(1) 20:23
**much**(3) 10:5 11:3 17:20
**must**(2) 14:1 15:15
**necessary**(1) 8:8
**negotiated**(1) 16:26
**net**(1) 14:2
**networks**(6) 1:7 3:35 11:25 11:26 13:12 13:13
**new**(8) 1:31 2:14 2:20 2:40 3:9 4:10 4:29 6:22
**newbould's**(1) 20:18
**next**(2) 10:6 16:14
**nice**(1) 18:8
**nichols**(2) 1:21 6:6
**nnc**(3) 13:20 15:15 18:11
**nncc**(21) 11:25 12:3 12:6 12:6 12:9 12:10 12:18 12:21 12:23 13:12 13:23 14:1 14:21 15:4 15:14 16:9 18:12 18:17 18:25 19:20 20:3
**nnc's**(1) 14:2
**nni**(19) 11:26 12:3 12:10 12:14 12:21 12:22 12:26 13:20 14:1 14:22 15:1 15:4 15:15 15:15 18:24 19:21 20:2 20:5 20:6
**nnl**(1) 18:18
**nortel**(8) 1:7 3:34 6:21 11:25 11:26 13:12 13:12 15:26
**north**(3) 1:24 3:15 3:21
**not**(18) 7:26 8:5 8:8 14:4 14:4 14:12 14:17 14:25 14:26 15:7 15:8 17:3 17:5 17:15 18:7 19:18 20:6 21:18 23:7
**note**(1) 14:18
**noted**(6) 18:20 19:1 19:4 19:19 20:7 20:15
**noteholders**(2) 14:9 15:5
**notes**(4) 12:9 12:20 12:21 14:23
**notice**(1) 13:11
**noticed**(1) 8:13
**now**(6) 6:9 13:7 18:8 18:12 19:6 20:16
**number**(1) 19:15
**numbers**(1) 21:22
**objection**(1) 8:7
**obligated**(1) 12:23
**observation**(4) 14:23 15:17 15:19 16:2

**observed**(1) 14:9
**obviously**(3) 13:1 16:4 16:19 21:20 22:24
**occasion**(1) 16:14
**october**(1) 18:21
**official**(3) 3:4 4:4 21:13
**okay**(5) 8:15 9:14 13:17 15:12 20:21
**one**(8) 1:30 3:7 7:1 8:12 13:22 14:3 15:17 16:16
**one-sentence**(1) 9:2
**only**(1) 7:12
**opportunity**(1) 17:23
**order**(6) 8:23 10:4 11:9 11:10 11:23 17:9
**ordered**(1) 9:6
**orders**(1) 17:11
**original**(1) 21:15
**other**(8) 13:25 19:5 19:16 19:21 20:5 20:23 21:2 22:15
**otherwise**(1) 20:24
**our**(10) 6:18 7:10 12:7 12:14 14:5 18:11 20:7 22:9 22:22 22:25
**out**(1) 8:26
**over**(2) 6:18 7:16
**overy**(2) 2:11 22:2
**pachulski**(1) 3:26
**page**(6) 12:14 14:19 15:20 16:1
**paid**(1) 20:5
**paragraph**(4) 8:16 9:4 9:5 9:7
**park**(1) 3:7
**part**(2) 17:14 17:15
**partial**(1) 11:16
**participate**(1) 23:4
**participation**(3) 16:25 17:18 23:6
**parties**(10) 8:23 8:25 9:25 12:1 14:12 16:20 16:22 18:24 21:8 22:15
**partners**(1) 4:34
**party**(4) 4:34 5:4 7:3 16:18
**party's**(2) 15:3 15:6
**passed**(1) 22:24
**past**(1) 17:12
**patents**(1) 7:26
**patterson**(2) 2:17 4:10
**pay**(1) 14:2
**payables**(1) 13:19
**payment**(1) 15:1
**peg**(1) 4:39
**pennsylvania**(2) 1:36 1:51
**percent**(3) 12:8 12:9 12:21
**perhaps**(1) 23:6
**peter**(1) 3:27
**petition**(1) 20:2
**pick**(1) 22:24
**pieces**(1) 20:23
**pinckney**(2) 2:31 10:21
**piper**(1) 4:25
**pivot**(1) 16:7
**plan**(4) 12:6 15:25 16:9 16:9
**plaza**(1) 1:30
**pleadings**(1) 21:1
**please**(1) 6:2
**pleased**(1) 10:4
**podium**(1) 7:16
**point**(8) 14:11 15:10 15:13 16:4 16:8 16:26 19:18 22:25
**points**(1) 18:10
**poor**(1) 22:8
**portion**(3) 11:12 11:13 14:3
**position**(5) 14:10 21:20 21:24 22:22 22:26
**possible**(1) 19:21
**post**(1) 20:1
**post-petition**(6) 14:8 14:15 15:18 16:6 20:5 20:14
**posture**(1) 16:3
**ppearances**(3) 1:20 2:1 3:1

**ppi**(2) 15:21 18:19
**pre-petition**(1) 19:14
**precision**(1) 12:5
**precondition**(1) 16:25
**prejudge**(1) 14:17
**prejudged**(1) 15:18
**prepared**(5) 16:18 16:21 16:23 17:2 17:3
**prescient**(1) 15:19
**presented**(3) 8:22 10:4 21:5
**presenting**(1) 18:9
**press**(1) 20:12
**preston**(1) 3:12
**pretty**(1) 6:26
**previously**(2) 18:20 22:21
**price**(1) 4:30
**principal**(2) 16:19 19:14
**pro**(1) 7:4
**problem**(1) 13:7
**procedural**(1) 16:3
**procedures**(2) 8:26 9:6
**proceed**(2) 20:13 22:17
**proceedings**(5) 1:16 1:55 15:25 15:26 24:4
**proceeds**(1) 12:20
**process**(3) 17:6 17:8 23:4
**produced**(1) 1:56
**production**(2) 8:26 9:6
**progress**(3) 12:1 20:8 20:8 21:20
**propose**(2) 9:2 9:3
**proposed**(4) 8:13 9:11 12:7 16:10
**protocol**(9) 7:2 7:21 7:26 8:3 8:4 8:12 9:1 9:3 9:11
**provided**(1) 19:8
**provides**(2) 13:26 15:23
**provision**(1) 14:5
**purpose**(2) 12:4 21:3
**purposes**(2) 7:12 22:9
**put**(2) 7:9 15:11
**questions**(4) 7:23 9:22 17:22 21:2
**quinn**(1) 2:37
**raise**(1) 7:22
**raised**(2) 7:24 13:5
**rather**(2) 9:17 18:15
**read**(1) 9:5
**really**(5) 7:21 18:21 19:5 21:2 22:8
**reason**(1) 11:19
**reasons**(1) 22:21
**receivable**(1) 13:19
**recess**(1) 23:21
**reconciled**(2) 19:3 19:6
**reconciliations**(1) 19:7
**reconciling**(1) 20:8
**recorded**(1) 1:55
**recording**(2) 1:55 24:3
**records**(2) 19:3 19:12
**reed**(1) 4:15
**referring**(1) 18:11
**reflect**(1) 12:3
**regard**(1) 22:6
**regards**(2) 7:3 7:7
**rejected**(1) 22:20
**relates**(1) 12:19
**relationship**(1) 12:15
**relatively**(1) 12:13
**relevant**(1) 14:21
**relief**(3) 11:23 18:21 19:16
**remains**(1) 11:14
**remarked**(1) 14:19
**remming**(1) 6:18
**renaissance**(1) 3:14
**renew**(1) 16:12
**reorg**(1) 5:4
**reorganization**(1) 15:25
**repay**(1) 12:23
**report**(2) 10:7 11:12
**repositories**(2) 8:18 9:7
**represents**(2) 18:16 19:13
**request**(1) 7:10

**requested**(3) 7:25 11:10 12:2
**requests**(1) 11:22
**required**(1) 16:24
**research**(1) 5:4
**reservation**(1) 22:15
**reserve**(5) 17:13 17:16 22:9 22:12 23:6
**reserved**(4) 15:7 20:26 21:16 21:23
**resolution**(3) 15:24 15:26 21:19
**resolved**(4) 20:10 20:11 20:25 21:6
**resolves**(1) 15:22
**respect**(18) 14:8 14:14 14:18 15:3 15:6 15:22 16:10 16:22 17:5 17:22 17:24 18:26 19:10 20:14 21:1 21:21 21:23 22:10
**respectfully**(1) 14:24
**respond**(1) 21:17
**revised**(1) 9:10
**revolver**(3) 19:12 19:13 19:22
**revolving**(5) 12:19 12:22 12:25 13:3 13:14
**ride**(1) 8:14
**riela**(1) 4:31
**right**(19) 6:20 7:13 7:13 7:17 8:15 9:9 9:21 10:3 11:18 14:13 17:16 17:19 17:25 21:25 23:1 23:1 23:8 23:17 23:19
**rights**(14) 15:3 15:4 15:4 15:4 15:5 15:6 17:13 10:26 21:17 21:23 22:9 22:13 22:15 23:6
**risks**(1) 19:21
**rockstar**(1) 8:1
**rooms**(1) 8:20
**rooney,pc**(1) 2:5
**rounded**(1) 19:14
**s.p.c**(1) 3:41
**sad**(1) 6:11
**said**(3) 11:22 15:20 18:16
**sales**(1) 8:20
**same**(2) 9:5 21:20
**samis**(1) 3:13
**sarbaugh**(1) 24:8
**satisfied**(1) 9:25
**satisfy**(1) 15:16
**save**(1) 20:9
**saved**(1) 20:25
**say**(2) 7:24 8:22
**saying**(1) 6:9
**schedule**(1) 19:8
**scheduled**(1) 12:26
**schedules**(11) 11:11 12:2 12:25 13:6 13:8 13:11 13:23 18:22 18:26 19:2 20:9
**schiffrin**(1) 5:13
**schuylkill**(1) 1:50
**schweitzer**(10) 1:29 18:1 18:3 18:6 18:18 19:25 20:1 20:22 21:11 23:19
**seated**(1) 6:3
**second**(2) 8:4 12:1
**section**(1) 16:13
**see**(5) 6:3 20:9 23:16 23:17 23:20
**seeking**(3) 18:21 19:16 23:5
**seeks**(1) 11:9
**selina**(1) 4:26
**service**(2) 1:49 1:56
**services**(1) 1:49
**sessions**(1) 17:12
**set**(1) 12:15
**seton**(2) 2:32 10:21
**settled**(2) 11:12 20:15
**settlement**(9) 11:17 14:12 15:20 15:21 15:21 16:7 18:19 20:24 22:7
**seven**(1) 12:14
**shall**(1) 9:6
**sheet**(1) 12:13
**short**(1) 6:26
**shortly**(1) 16:12
**should**(2) 16:9 19:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| side(2) 17:5 18:19 | | tecce(24) 2:38 10:26 11:2 11:3 11:6 11:19 11:22 12:12 13:10 13:18 14:14 15:13 17:20 18:1 18:8 18:11 18:16 18:20 19:1 19:4 19:19 20:7 20:15 22:22 | | their(10) 7:26 8:10 11:11 16:12 16:22 16:25 17:5 17:16 17:17 21:17 | | unliquidated(1) 13:16 | |
| sign(3) 10:4 16:23 17:9 | | | | | | unsecure(1) 20:4 | |
| significance(1) 12:16 | | | | | | unsecured(1) 4:5 | |
| significant(2) 13:1 13:2 | | | | them(3) 6:17 6:24 14:6 | | until(1) 11:14 | |
| simple(1) 9:7 | | | | then(7) 7:23 8:1 8:11 8:24 16:11 17:16 18:22 | | update(3) 18:8 20:13 20:23 | |
| since(1) 22:25 | | tecce's(6) 19:15 20:3 20:12 20:25 22:6 22:11 | | | | upon(1) 15:23 | |
| singular(1) 15:22 | | | | | | upstreamed(1) 12:21 | |
| sir(1) 22:4 | | | | there(12) 7:21 8:12 8:18 8:19 8:24 8:26 12:15 16:4 16:5 16:19 17:4 19:3 | | urban(2) 2:31 10:22 | |
| situation(1) 8:6 | | technical(1) 21:21 | | | | urquhart(1) 2:37 | |
| six(2) 14:19 18:12 | | telephonic(3) 3:32 4:1 5:1 | | | | usa(4) 2:31 5:12 10:25 11:8 | |
| smaller(1) 13:19 | | terms(4) 15:16 19:21 20:8 22:11 | | there's(1) 20:18 | | value(1) 12:5 | |
| sold(1) 8:1 | | than(5) 7:11 9:17 18:7 18:15 21:14 | | these(11) 12:20 12:20 15:25 16:3 16:8 16:10 18:9 20:9 20:23 21:4 21:19 | | various(2) 18:9 19:8 | |
| solely(1) 7:9 | | thank(25) 6:15 7:13 7:15 7:19 9:21 10:1 10:5 10:6 10:15 10:18 11:1 11:3 17:20 17:23 17:25 18:1 18:3 21:10 21:25 23:2 23:8 23:9 23:10 23:19 23:21 | | | | vedder(1) 4:30 | |
| solus(19) 2:29 3:41 7:7 7:10 10:7 10:24 11:7 12:7 13:24 14:11 14:15 14:24 15:2 15:10 16:12 16:17 17:5 17:13 | | | | they(23) 7:24 7:25 12:8 12:18 12:21 13:6 13:8 13:9 13:10 13:11 13:13 13:18 14:16 15:7 16:21 16:26 17:14 17:16 20:10 20:10 20:12 21:5 23:5 | | vehicle(2) 18:15 21:19 | |
| | | | | | | very(11) 6:10 8:11 9:19 10:1 10:5 11:3 11:6 13:24 15:19 17:7 17:20 | |
| some(5) 8:20 13:18 15:10 19:4 22:24 | | that(108) 7:8 7:11 7:22 7:23 7:24 7:25 8:1 8:2 8:6 8:7 8:19 8:13 8:13 8:19 8:21 8:24 8:25 8:26 8:26 9:2 9:4 9:4 9:8 9:13 9:16 11:12 11:16 12:6 12:9 12:15 12:18 12:21 13:4 13:18 13:22 13:26 13:26 14:1 14:2 14:3 14:5 14:9 14:10 14:12 14:17 14:17 14:19 14:24 15:2 15:7 15:8 15:8 15:10 15:13 15:15 15:16 16:6 16:7 16:9 16:11 16:13 16:14 16:16 16:17 16:24 17:2 17:7 17:8 17:11 17:14 17:21 17:21 17:25 18:16 18:19 18:23 19:9 19:10 19:12 19:15 19:16 19:19 19:22 20:2 20:3 20:4 20:12 20:13 20:15 20:16 20:19 21:3 21:3 21:4 21:7 22:8 22:10 22:19 22:23 22:24 22:25 23:2 23:5 23:5 23:6 23:6 24:2 | | | | voluntarily(2) 13:6 17:15 | |
| something(1) 9:17 | | | | they'll(3) 6:21 15:13 20:11 | | want(4) 6:15 9:16 11:15 20:12 | |
| song(1) 7:17 | | | | they're(7) 12:23 14:10 14:16 15:7 16:23 17:2 17:15 | | wanted(1) 7:22 | |
| soon(1) 23:17 | | | | | | was(25) 7:9 8:12 12:25 12:26 13:2 13:4 13:23 13:24 15:8 15:9 16:4 16:5 18:7 18:11 19:7 19:12 19:16 20:7 20:13 20:15 20:19 21:3 21:21 22:8 23:22 | |
| sooner(1) 9:17 | | | | | | | |
| sorry(1) 10:8 | | | | think(40) 8:2 8:6 8:8 8:9 9:25 17:7 18:6 18:8 20:7 21:2 22:8 22:14 22:21 23:11 | | | |
| sound(2) 1:55 24:3 | | | | | | washington(1) 1:37 | |
| specific(2) 8:5 21:22 | | | | | | way(4) 8:21 9:17 12:25 15:8 | |
| specifically(1) 14:26 | | that's(17) 9:21 11:19 13:1 13:21 14:3 14:4 14:10 14:23 16:1 19:9 19:20 20:4 20:16 20:17 20:25 23:11 23:13 | | third(10) 7:2 7:3 7:6 7:20 7:25 8:3 8:12 9:1 9:3 9:11 | | webb(2) 2:17 4:10 | |
| spherix(2) 8:2 8:5 | | | | | | week(1) 20:22 | |
| spoke(2) 14:6 14:10 | | | | | | weidinger(2) 2:31 10:22 | |
| spv(1) 18:14 | | | | this(27) 7:1 8:14 9:20 9:23 10:3 10:26 11:7 11:11 11:15 11:20 12:4 13:5 13:6 13:23 15:11 15:20 16:4 16:8 16:14 17:4 17:21 17:24 18:4 18:6 18:12 22:17 22:25 | | welcome(2) 10:16 18:2 | |
| stand(1) 13:21 | | | | | | well(5) 7:20 8:11 9:19 10:1 10:3 | |
| stands(2) 7:21 20:24 | | the(300) 1:1 1:2 1:17 2:13 2:19 3:14 4:14 4:22 6:2 6:3 6:4 6:11 6:14 6:16 6:20 6:22 6:23 7:2 7:4 7:5 7:6 7:7 7:10 7:13 7:15 7:17 7:20 7:25 8:3 8:4 8:5 8:9 8:12 8:13 8:13 8:15 8:17 8:19 8:20 8:21 8:22 8:23 8:25 8:26 9:1 9:3 9:4 9:4 9:5 9:7 9:9 9:13 9:15 9:21 9:23 9:25 10:2 10:4 10:6 10:6 10:7 10:9 10:12 10:14 10:16 10:20 10:23 11:1 11:5 11:7 11:9 11:10 11:12 11:13 11:13 11:15 11:16 11:16 11:17 11:18 11:19 11:21 11:22 11:23 11:24 11:26 12:2 12:4 12:5 12:5 12:6 12:6 12:8 12:11 12:15 12:16 12:16 12:17 12:17 12:18 12:18 12:19 12:20 12:22 12:23 12:24 12:24 12:25 12:25 13:2 13:3 13:14 13:17 13:21 13:23 13:24 13:25 13:25 14:2 14:3 14:3 14:5 14:6 14:8 14:9 14:9 14:11 14:13 14:14 14:15 14:18 14:22 14:23 14:25 15:1 15:3 15:4 15:4 15:5 15:4 15:5 15:5 15:6 15:9 15:11 15:11 15:12 15:13 15:14 15:15 15:18 15:18 15:19 15:20 15:23 15:24 15:26 16:1 16:1 16:3 16:6 16:7 16:10 16:14 16:16 16:19 16:20 16:20 16:21 17:1 17:3 17:6 17:8 17:9 17:11 17:11 17:12 17:13 17:17 17:17 17:19 17:22 17:23 17:23 17:25 18:5 18:13 18:14 18:14 18:15 18:15 18:18 18:19 18:19 18:22 18:22 18:23 18:23 18:24 18:24 18:26 18:26 19:1 19:1 19:2 19:3 19:6 19:6 19:7 19:8 19:8 19:10 19:11 19:12 19:12 19:13 19:13 19:14 19:16 19:17 19:17 19:18 19:18 19:21 19:24 19:26 20:4 20:6 20:8 20:13 20:14 20:16 20:17 20:18 20:19 20:21 20:22 20:24 21:1 21:2 21:5 21:7 21:7 21:10 21:13 21:15 21:15 21:15 21:16 21:16 21:17 21:17 21:19 21:20 21:20 21:20 21:21 21:22 21:22 21:23 21:25 22:4 22:6 22:6 22:7 22:7 22:7 22:9 22:12 22:13 22:15 22:18 22:18 22:19 22:25 23:1 23:4 23:5 23:8 23:10 23:13 23:15 23:17 23:20 23:22 24:2 24:3 24:3 24:4 | | | | we'd(2) 9:10 23:5 | |
| stang(1) 3:26 | | | | | | we'll(3) 9:19 23:16 23:21 | |
| state(1) 8:24 | | | | | | we're(10) 8:25 10:6 11:19 13:21 16:14 18:9 19:18 20:6 21:20 22:16 | |
| stated(2) 8:3 8:4 | | | | thomas(1) 4:21 | | | |
| statement(1) 8:10 | | | | those(13) 8:23 12:1 12:16 16:25 17:14 17:16 17:18 18:17 18:18 19:6 19:7 19:11 22:12 | | we've(1) 9:24 | |
| states(4) 1:1 1:18 14:26 17:1 | | | | though(2) 10:3 17:11 | | what(11) 9:1 9:24 13:3 13:8 14:6 16:2 17:10 22:11 22:15 22:22 23:3 | |
| status(7) 7:7 7:9 10:7 11:7 11:20 20:14 22:17 | | | | through(1) 19:2 | | | |
| | | | | thus(1) 9:25 | | | |
| ste(2) 1:43 2:7 | | | | time(9) 6:10 16:4 16:8 16:11 17:21 19:8 21:15 22:24 23:14 | | whatever(2) 15:2 15:5 | |
| steen(1) 1:28 3:35 | | | | | | when(7) 10:4 14:24 15:16 16:14 20:11 21:3 22:13 | |
| stephen(3) 2:24 3:41 3:42 | | | | times(1) 14:1 | | | |
| stone(1) 4:34 | | | | today(9) 14:5 17:9 17:10 19:18 20:6 20:13 22:11 22:16 23:12 | | where(6) 12:22 16:10 18:9 18:24 20:2 20:23 | |
| straight-forward(1) 12:13 | | | | | | | |
| strauss(3) 3:5 4:5 21:13 | | | | took(1) 12:24 | | whereupon(1) 23:22 | |
| street(4) 1:10 1:50 3:15 3:21 | | | | toward(2) 15:24 16:8 | | whether(3) 17:5 20:10 21:18 | |
| subject(2) 8:24 13:4 | | | | tower(1) 3:8 | | which(14) 6:7 7:3 7:26 9:24 11:24 13:14 13:24 13:26 14:21 15:17 15:23 18:14 19:17 19:22 | |
| submit(5) 9:10 9:19 14:6 14:24 16:3 | | | | train(1) 8:14 | | | |
| submitted(2) 15:9 15:17 | | | | transactions(1) 12:23 | | | |
| subsequently(1) 14:20 | | | | transcript(3) 1:16 1:55 24:3 | | while(1) 6:3 | |
| subset(1) 15:22 | | | | transcription(3) 1:49 1:49 1:56 | | whiteford(1) 3:12 | |
| subsidiary(1) 12:10 | | | | treatment(2) 14:7 14:10 | | who(2) 6:18 7:4 | |
| substance(2) 21:17 21:23 | | | | trial(1) 16:5 | | why(1) 11:19 | |
| substantive(1) 7:11 | | | | truly(1) 4:9 | | wild(1) 5:9 | |
| succinctly(1) 16:2 | | | | trust(1) 4:9 | | will(11) 6:18 6:22 7:3 7:11 10:3 11:6 11:14 15:11 15:17 18:6 21:14 | |
| such(1) 14:2 | | | | try(1) 12:4 | | | |
| sufficient(1) 14:1 | | | | tuesday(1) 6:1 | | | |
| sullivan(1) 2:37 | | | | tunnell(2) 1:21 6:6 | | wilmington(10) 1:11 1:25 1:44 2:8 2:26 2:34 3:16 3:22 3:29 6:1 | |
| summarizes(1) 16:2 | | | | turn(2) 7:15 16:8 | | | |
| sunny(1) 18:4 | | | | tweed(1) 4:20 | | | |
| supko(16) 1:35 7:4 7:16 7:18 7:19 8:11 8:16 8:18 9:10 9:14 9:19 9:22 10:1 10:5 10:13 10:18 | | | | two(9) 7:1 7:22 8:18 11:23 12:1 12:16 12:17 18:21 19:21 | | wish(1) 10:2 | |
| | | | | | | with(47) 6:22 7:2 7:7 7:22 7:24 8:2 9:18 9:24 10:21 12:5 12:24 13:5 13:8 13:25 14:8 14:14 14:17 15:3 15:6 15:10 15:22 16:10 16:16 16:22 16:22 17:1 17:4 17:5 17:7 17:10 17:21 17:34 18:9 18:26 19:10 20:14 20:26 21:5 21:17 21:22 22:5 22:6 22:10 22:14 22:15 22:23 22:24 | |
| support(15) 11:26 13:25 14:18 14:20 14:25 15:3 15:7 15:14 15:16 16:10 18:23 18:24 19:7 19:17 20:4 22:7 | | | | tyler(2) 2:17 4:10 | | | |
| | | | | u.s(1) 20:18 | | | |
| sure(3) 14:1 18:1 23:18 | | | | ultimate(1) 12:4 | | | |
| surrounding(1) 11:16 | | | | ultimately(1) 12:7 | | | |
| swan(1) 7:17 | | | | unclear(1) 13:2 | | | |
| systems(1) 3:19 | | | | uncontested(1) 7:21 | | | |
| take(2) 6:16 14:9 | | | | under(6) 11:23 11:26 12:9 12:22 16:13 18:23 | | | |
| taking(1) 6:18 | | | | | | | |
| tammy(1) 6:17 | | | | | | | |
| taylor(1) 3:12 | | | | understand(2) 21:25 23:8 | | | |
| | | | | united(3) 1:1 1:18 17:1 | | | |
| | | | | unless(3) 9:22 17:22 21:2 | | wonderful(1) 11:21 | |

| Word | Page:Line |
|---|---|

**world**(1) 18:11
**worth**(2) 14:2  23:3
**would**(17) 7:24  9:1  9:3  9:5  9:13  11:24
13:3  14:18  16:3  16:8  16:12  16:16  17:6
17:7  17:13  17:16  19:22

**wrong**(1) 14:17
**www.diazdata.com**(1) 1:53
**year**(2) 13:10  19:2
**years**(2) 18:12  18:12
**yes**(13) 6:8  7:5  8:17  10:9  10:12  10:14
10:23  12:11  18:5  18:13  19:24  19:26  22:4

**york**(7) 1:31  2:14  2:20  2:40  3:9  4:10  4:29
**you**(52) 6:3  6:9  6:14  6:15  7:1  7:13  7:15
7:18  7:19  7:23  9:15  9:16  9:16  9:20  9:21
10:1  10:5  10:6  10:14  10:15  10:16  10:17
10:18  11:1  11:2  11:3  17:20  17:23  17:26
18:1  18:3  18:7  18:8  18:9  20:23  20:24
21:3  21:4  21:5  21:10  21:25  22:16  23:2
23:8  23:9  23:10  23:10  23:16  23:19  23:20
23:21  23:21

**young**(2) 2:4  22:2
**your**(52) 6:5  6:15  7:1  7:6  7:8  7:15  7:17
7:19  7:20  7:22  8:9  8:11  9:2  9:12  9:19
9:22  10:1  10:5  10:8  10:18  10:19  12:17
13:21  14:7  14:7  14:9  14:19  15:17  16:2
16:9  16:17  17:11  17:20  17:21  17:22  18:3
18:19  20:11  20:15  21:2  21:9  21:12  21:15
21:18  21:24  22:1  22:13  22:16  23:9  23:11
23:14  23:19

**you'd**(1) 9:15
**you'll**(1) 23:17
**you've**(1) 6:17
**ziehl**(1) 3:26
**"absent**(1) 8:22
**"nni**(1) 14:19
**"the**(2) 15:20  15:21
**"these**(1) 9:5
**"this**(1) 14:26