# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

April 1, 2015 through April 30, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photos/Art/ Spec Duplicating | Out of Office | $2,095.91 |
| Travel | | 10.00 |
| Meals | | 733.60 |
| Messenger Service | | 147.00 |
| Courier/Delivery Service | | 3,759.92 |
| In-House Duplicating | | 295.95 |
| Postage | | 54.57 |
| Pacer | | 199.40 |
| Conference Calls | | 81.00 |
| **Total Expenses** | | **$7,377.35** |

```
Nortel Networks, Inc.                   PRO FORMA  375508         AS OF 04/30/15                INVOICE# ******
63989-DIP
DATE: 05/12/15 14:35:20
```

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1282887 | 03/26/15 | B | 16.80 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - 6 TABS, RUSH HAND DELIVERY BEFORE 6PM TO JUDGE GROSS - 3/26/15 | 510 | 684 | 208354 |
| 1282041 | 04/01/15 | B | 99.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST, INTERNATIONAL FAX BROADCAST - 4/1/15 | 510 | 684 | 208261 |
| 1282043 | 04/02/15 | B | 961.77 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERIES - 4/2/15 | 510 | 684 | 208263 |
| 1287399 | 04/13/15 | B | 72.42 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY - 4/13/15 | 510 | 684 | 208449 |
| 1287400 | 04/13/15 | B | 315.77 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY - 4/13/15 | 510 | 684 | 208450 |
| 1288880 | 04/14/15 | B | 97.45 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, FAX BROADCAST INT'L A DOMESTIC - 4/14/15 | 510 ND | 684 | 208563 |
| 1288879 | 04/16/15 | B | 344.27 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, HAND DELIVERY, POSTAG - 4/16/15 | 510 E | 684 | 208562 |
| 1288910 | 04/22/15 | B | 44.89 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY BANKRUPTCY SERVICE - 4/17/15 | 510 | 684 | 208578 |
| 1288912 | 04/23/15 | B | 143.54 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY BANKRUPTCY SERVICE - 4/23/15 | 510 | 684 | 208580 |
| 1281601 | 05/02/14 | B | 10.00 | Travel - PETTY CASH - REIMBURSEMENT OF TAXI FARE FOR NICKI ( CLEARY PARALEGAL) - 5/2/14 | 511 | 626 | 208254 |
| 1282154 | 03/25/15 | B | 183.60 | Meals - MOVABLE FEAST INC. - DINNER FOR 8 - 3/25/15 | 512 | 904 | 208296 |
| 1294239 | 03/25/15 | B | 216.00 | Meals - AMERICAN EXPRESS SUGARFOOT - LUNCH FO 6 PEOPLE - 3/25/15 | 512 | 000 | 208752 |
| 1294240 | 03/26/15 | B | 234.00 | Meals - AMERICAN EXPRESS SUGARFOOT - LUNCH FO 6 PEOPLE - 3/26/15 | 512 | 000 | 208752 |
| 1294231 | 03/26/15 | B | 100.00 | Meals - AMERICAN EXPRESS MANHATTAN BAGEL - BREAKFAST FOR 8 PEOPLE - 3/26/15 | 512 | 000 | 208752 |
| 1289180 | 04/01/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289181 | 04/01/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289270 | 04/10/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289271 | 04/10/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289273 | 04/10/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289274 | 04/10/15 | B | 7.00 | Messenger Service | 513S | 000 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | PRO FORMA 375308 | AS OF 04/30/15 | | INVOICE# ****** |
| 63989-DIP | | | | | | | |
| DATE: 05/12/15 14:35:20 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1289279 | 04/13/15 | B | 21.00 | Messenger Service | 513S | 000 | |
| 1289292 | 04/13/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289295 | 04/13/15 | B | 14.00 | Messenger Service | 513S | 000 | |
| 1289318 | 04/13/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289319 | 04/13/15 | B | 14.00 | Messenger Service | 513S | 000 | |
| 1289388 | 04/21/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289394 | 04/21/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289412 | 04/21/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289416 | 04/22/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289476 | 04/27/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289486 | 04/27/15 | B | 7.00 | Messenger Service | 513S | 000 | |
| 1289836 | 03/13/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS USPS.COM - SHIPPING FEES - 3/13/15 | 514 | 000 | 208683 |
| 1289855 | 03/25/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS USPS.COM - SHIPPING FEES - 3/25/15 | 514 | 000 | 208683 |
| 1282206 | 03/25/15 | B | 27.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282203 | 03/25/15 | B | 24.71 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282204 | 03/25/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282205 | 03/25/15 | B | 37.11 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282200 | 03/26/15 | B | 44.61 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282201 | 03/26/15 | B | 117.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282202 | 03/26/15 | B | 81.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282196 | 03/26/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282197 | 03/26/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282198 | 03/26/15 | B | 111.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282199 | 03/26/15 | B | 22.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282194 | 03/27/15 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282195 | 03/27/15 | B | 113.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208304 |
| 1282228 | 03/31/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208305 |
| 1282227 | 04/01/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208305 |
| 1280239 | 04/01/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280145 | 04/01/15 | B | 32.66 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 684 | 208128 |
| 1280233 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280234 | 04/01/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280235 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |

```
Nortel Networks, Inc.                                                     INVOICE# ******
63989-DIP                         PRO FORMA  375308            AS OF 04/30/15
DATE: 05/12/15 14:35:20
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1280236 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280237 | 04/01/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280238 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280227 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280228 | 04/01/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280229 | 04/01/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280230 | 04/01/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280231 | 04/01/15 | B | 21.54 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280232 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280221 | 04/01/15 | B | 26.57 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280222 | 04/01/15 | B | 16.01 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280223 | 04/01/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280224 | 04/01/15 | B | 24.34 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280225 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280226 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280215 | 04/01/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280216 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280217 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280218 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280219 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280220 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280209 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280210 | 04/01/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280211 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280212 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280213 | 04/01/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280214 | 04/01/15 | B | 25.40 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280203 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280204 | 04/01/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280205 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280206 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280207 | 04/01/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280208 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280197 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280198 | 04/01/15 | B | 22.25 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280199 | 04/01/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280200 | 04/01/15 | B | 19.86 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280201 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |

```
Nortel Networks, Inc.                                                                                                                INVOICE# ******
63989-DIP                                    PRO FORMA 375308                     AS OF 04/30/15
DATE: 05/12/15 14:35:20
```

Case 09-10138-MFW    Doc 15543-3    Filed 05/12/15    Page 5 of 10

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1280202 | 04/01/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280191 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280192 | 04/01/15 | B | 26.57 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280193 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280194 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280195 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280196 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280185 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280186 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280187 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280188 | 04/01/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280189 | 04/01/15 | B | 26.35 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280190 | 04/01/15 | B | 25.14 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280179 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280180 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280181 | 04/01/15 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280182 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280183 | 04/01/15 | B | 22.75 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280184 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280173 | 04/01/15 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280174 | 04/01/15 | B | 18.39 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280175 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280176 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280177 | 04/01/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1280178 | 04/01/15 | B | 22.72 | Courier/Delivery Service | 514 | 322 | 208133 |
| 1286728 | 04/10/15 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208409 |
| 1287342 | 04/14/15 | B | 33.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 208424 |
| 1287743 | 04/14/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208522 |
| 1289537 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289538 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289539 | 04/14/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289540 | 04/14/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289541 | 04/14/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1290543 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208715 |
| 1289596 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289597 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289598 | 04/14/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289599 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 05/12/15 14:35:20  

PRO FORMA 375508   AS OF 04/30/15   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1289600 | 04/14/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289601 | 04/14/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289590 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289591 | 04/14/15 | B | 24.82 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289592 | 04/14/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289593 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289594 | 04/14/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289595 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289584 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289585 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289586 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289587 | 04/14/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289588 | 04/14/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289589 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289578 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289579 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289580 | 04/14/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289581 | 04/14/15 | B | 25.64 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289582 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289583 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289572 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289573 | 04/14/15 | B | 26.87 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289574 | 04/14/15 | B | 16.32 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289575 | 04/14/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289576 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289577 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289566 | 04/14/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289567 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289568 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289569 | 04/14/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289570 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289571 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289560 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289561 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289562 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289563 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289564 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289565 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |


Nortel Networks, Inc.  
63989-DIP  
DATE: 05/12/15 14:35:20

PRO FORMA 375308    AS OF 04/30/15    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1289554 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289555 | 04/14/15 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289556 | 04/14/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289557 | 04/14/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289558 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289559 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289548 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289549 | 04/14/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289550 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289551 | 04/14/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289552 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289553 | 04/14/15 | B | 20.25 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289542 | 04/14/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289543 | 04/14/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289544 | 04/14/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289545 | 04/14/15 | B | 21.96 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289546 | 04/14/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1289547 | 04/14/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 208667 |
| 1287744 | 04/15/15 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208522 |
| 1287745 | 04/15/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208522 |
| 1287746 | 04/15/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208522 |
| 1287747 | 04/15/15 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208522 |
| 1290412 | 04/21/15 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208694 |
| 1281136 | 04/02/15 | B | 1.80 | In-House Duplicating | 519 | 623 | |
| 1283224 | 04/10/15 | B | 4.40 | In-House Duplicating | 519 | 623 | |
| 1283226 | 04/15/15 | B | 14.50 | In-House Duplicating | 519 | 594 | |
| 1283225 | 04/15/15 | B | 14.00 | In-House Duplicating | 519 | 546 | |
| 1287083 | 04/21/15 | B | 27.00 | In-House Duplicating | 519 | 605 | |
| 1291284 | 04/24/15 | B | 10.40 | In-House Duplicating | 519 | 605 | |
| 1292654 | 04/29/15 | B | 42.50 | In-House Duplicating | 519 | 546 | |
| 1292960 | 04/30/15 | B | 8.50 | In-House Duplicating | 519 | 605 | |
| 1289626 | 04/01/15 | B | 2.80 | Postage | 520 | 000 | |
| 1289645 | 04/10/15 | B | 4.20 | Postage | 520 | 000 | |
| 1289655 | 04/13/15 | B | 7.00 | Postage | 520 | 000 | |
| 1289669 | 04/13/15 | B | 1.61 | Postage | 520 | 000 | |

```
Nortel Networks, Inc.                              PRO FORMA  375308        AS OF 04/30/15         INVOICE#  ******
63989-DIP
DATE: 05/12/15 14:35:20
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1289680 | 04/14/15 | B | 2.80 | Postage | 520 | 000 | |
| 1289708 | 04/15/15 | B | 4.06 | Postage | 520 | 000 | |
| 1289771 | 04/21/15 | B | 6.09 | Postage | 520 | 000 | |
| 1289787 | 04/22/15 | B | 5.46 | Postage | 520 | 000 | |
| 1289873 | 04/27/15 | B | 3.20 | Postage | 520 | 000 | |
| 1289889 | 04/29/15 | B | 17.35 | Postage | 520 | 000 | |
| 1290453 | 03/31/15 | B | 199.40 | Pacer charges for the month of March | 529 | 000 | |
| 1280453 | 04/01/15 | B | 3.40 | In-House Printing - black & white Call time: 14:57; to | 541 | 684 | |
| 1280454 | 04/01/15 | B | 0.40 | In-House Printing - black & white Call time: 14:57; to | 541 | 684 | |
| 1280455 | 04/02/15 | B | 1.50 | In-House Printing - black & white Call time: 14:43; to | 541 | 684 | |
| 1280456 | 04/02/15 | B | 0.10 | In-House Printing - black & white Call time: 14:43; to | 541 | 684 | |
| 1280457 | 04/02/15 | B | 2.00 | In-House Printing - black & white Call time: 19:05; to | 541 | 623 | |
| 1283227 | 04/07/15 | B | 14.60 | In-House Printing - black & white Call time: 16:09; to | 541 | 221 | |
| 1283228 | 04/07/15 | B | 0.10 | In-House Printing - black & white Call time: 16:09; to | 541 | 221 | |
| 1283232 | 04/10/15 | B | 1.60 | In-House Printing - black & white Call time: 17:12; to | 541 | 971 | |
| 1283233 | 04/10/15 | B | 1.15 | In-House Printing - black & white Call time: 17:17; to | 541 | 623 | |
| 1283229 | 04/10/15 | B | 6.50 | In-House Printing - black & white Call time: 16:33; to | 541 | 684 | |
| 1283230 | 04/10/15 | B | 2.70 | In-House Printing - black & white Call time: 16:46; to | 541 | 684 | |
| 1283231 | 04/10/15 | B | 1.35 | In-House Printing - black & white Call time: 16:52; to | 541 | 684 | |
| 1283234 | 04/10/15 | B | 6.75 | In-House Printing - black & white Call time: 10:53; to | 541 | 684 | |
| 1283236 | 04/13/15 | B | 1.90 | In-House Printing - black & white Call time: 14:46; to | 541 | 684 | |
| 1283235 | 04/13/15 | B | 1.10 | In-House Printing - black & white Call time: 09:28; to | 541 | 221 | |
| 1283239 | 04/14/15 | B | 1.65 | In-House Printing - black & white Call time: 11:34; to | 541 | 221 | |
| 1283237 | 04/14/15 | B | 2.55 | In-House Printing - black & white Call time: 15:48; to | 541 | 684 | |
| 1283238 | 04/14/15 | B | 0.15 | In-House Printing - black & white Call time: 15:48; to | 541 | 684 | |
| 1283241 | 04/15/15 | B | 1.30 | In-House Printing - black & white Call time: 15:19; to | 541 | 594 | |
| 1283240 | 04/15/15 | B | 1.75 | In-House Printing - black & white Call time: 10:54; to | 541 | 546 | |
| 1285972 | 04/17/15 | B | 2.30 | In-House Printing - black & white Call time: 17:41; to | 541 | 605 | |
| 1285973 | 04/17/15 | B | 0.05 | In-House Printing - black & white Call time: 17:41; to | 541 | 605 | |
| 1286770 | 04/20/15 | B | 2.00 | In-House Printing - black & white Call time: 11:51; to | 541 | 684 | |

Nortel Networks, Inc. PRO FORMA 375308 AS OF 04/30/15 INVOICE# ******
63989-DIP
DATE: 05/12/15 14:35:20

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1286771 | 04/20/15 | B | 14.50 | In-House Printing - black & white Call time: 16:20; to | 541 | 684 | |
| 1286772 | 04/20/15 | B | 2.10 | In-House Printing - black & white Call time: 16:15; to | 541 | 684 | |
| 1287087 | 04/21/15 | B | 0.05 | In-House Printing - black & white Call time: 17:23; to | 541 | 605 | |
| 1287090 | 04/21/15 | B | 3.10 | In-House Printing - black & white Call time: 17:55; to | 541 | 605 | |
| 1287091 | 04/21/15 | B | 3.95 | In-House Printing - black & white Call time: 17:56; to | 541 | 605 | |
| 1287092 | 04/21/15 | B | 4.10 | In-House Printing - black & white Call time: 18:00; to | 541 | 605 | |
| 1287084 | 04/21/15 | B | 1.10 | In-House Printing - black & white Call time: 17:22; to | 541 | 605 | |
| 1287085 | 04/21/15 | B | 0.05 | In-House Printing - black & white Call time: 17:22; to | 541 | 605 | |
| 1287086 | 04/21/15 | B | 1.10 | In-House Printing - black & white Call time: 17:23; to | 541 | 605 | |
| 1287088 | 04/21/15 | B | 3.10 | In-House Printing - black & white Call time: 16:45; to | 541 | 904 | |
| 1287089 | 04/21/15 | B | 4.10 | In-House Printing - black & white Call time: 16:53; to | 541 | 904 | |
| 1291285 | 04/23/15 | B | 3.25 | In-House Printing - black & white Call time: 20:37; to | 541 | 605 | |
| 1291286 | 04/24/15 | B | 4.20 | In-House Printing - black & white Call time: 17:22; to | 541 | 605 | |
| 1291287 | 04/24/15 | B | 1.00 | In-House Printing - black & white Call time: 17:22; to | 541 | 605 | |
| 1291288 | 04/24/15 | B | 0.95 | In-House Printing - black & white Call time: 17:00; to | 541 | 605 | |
| 1291289 | 04/24/15 | B | 0.20 | In-House Printing - black & white Call time: 17:00; to | 541 | 605 | |
| 1291290 | 04/24/15 | B | 1.05 | In-House Printing - black & white Call time: 17:17; to | 541 | 605 | |
| 1291291 | 04/24/15 | B | 0.25 | In-House Printing - black & white Call time: 17:17; to | 541 | 605 | |
| 1291637 | 04/27/15 | B | 1.70 | In-House Printing - black & white Call time: 15:46; to | 541 | 637 | |
| 1292658 | 04/29/15 | B | 1.00 | In-House Printing - black & white Call time: 17:08; to | 541 | 605 | |
| 1292659 | 04/29/15 | B | 0.20 | In-House Printing - black & white Call time: 17:08; to | 541 | 605 | |
| 1292655 | 04/29/15 | B | 1.25 | In-House Printing - black & white Call time: 13:29; to | 541 | 971 | |
| 1292656 | 04/29/15 | B | 1.25 | In-House Printing - black & white Call time: 13:25; to | 541 | 971 | |
| 1292657 | 04/29/15 | B | 4.10 | In-House Printing - black & white Call time: 13:11; to | 541 | 546 | |
| 1293478 | 04/30/15 | B | 2.70 | In-House Printing - black & white Call time: 21:56; to | 541 | 605 | |
| 1293479 | 04/30/15 | B | 0.05 | In-House Printing - black & white Call time: 21:56; to | 541 | 605 | |
| 1293475 | 04/30/15 | B | 1.35 | In-House Printing - black & white Call time: 21:41; to | 541 | 605 | |
| 1293476 | 04/30/15 | B | 4.70 | In-House Printing - black & white Call time: 21:55; to | 541 | 605 | |
| 1293477 | 04/30/15 | B | 0.05 | In-House Printing - black & white Call time: 21:55; to | 541 | 605 | |
| 1292961 | 04/30/15 | B | 1.35 | In-House Printing - black & white Call time: 18:00; to | 541 | 971 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1292962 | 04/30/15 | B | 3.30 | In-House Printing - black & white Call time: 11:56; to | 541 | 684 | |
| 1292963 | 04/30/15 | B | 1.30 | In-House Printing - black & white Call time: 11:57; to | 541 | 684 | |
| 1292964 | 04/30/15 | B | 8.00 | In-House Printing - black & white Call time: 11:57; to | 541 | 684 | |
| 1292965 | 04/30/15 | B | 0.20 | In-House Printing - black & white Call time: 11:57; to | 541 | 684 | |
| 1292966 | 04/30/15 | B | 1.25 | In-House Printing - black & white Call time: 09:29; to | 541 | 904 | |
| 1293473 | 04/30/15 | B | 1.55 | In-House Printing - black & white Call time: 21:23; to | 541 | 010 | |
| 1293474 | 04/30/15 | B | 14.75 | In-House Printing - black & white Call time: 21:25; to | 541 | 010 | |
| 1290995 | 04/23/15 | B | 17.75 | In-House Printing - color | 542 | 626 | |
| 1289829 | 03/07/15 | B | 44.00 | Conference Calls - AMERICAN EXPRESS COURTCALL 3/7/15 | 552H | 000 | 208683 |
| 1289828 | 03/07/15 | B | 37.00 | Conference Calls - AMERICAN EXPRESS COURTCALL 3/7/15 | 552H | 000 | 208683 |
| | | | 7,377.35 | | | | |