# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC<br><br>[Docket No. 15457] | 3/1/15 - 3/31/15 | $22,559.00 (Fees)<br><br>$4,197.74 (Expenses) | $18,047.20 (Fees @ 80%)<br><br>$4,197.74 (Expenses @ 100%) | 4/20/2015 | 5/11/2015 |