# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/8/2015 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/15/2015 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/22/2015 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/29/2015 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 4/24/2015 | Updated monthly fee application documents and exhibits and provided to Huron MD for review and approval. | 2.0 | 550 | $ 1,100.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2015 | Corresponded with B. Beller of Cleary and M. Cilia of RLKS regarding employee claims. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2015 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2015 | Analyzed various employee claims and documented notes. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2015 | Reviewed and updated various employee claims analyses based on notes. | 1.9 | 550 | $ 1,045.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2015 | Updated employee claims analysis based on review of underlying claims. | 2.0 | 550 | $ 1,100.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2015 | Analyzed unsecured claims register and documented notes accordingly. | 0.6 | 550 | $ 330.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2015 | Analyzed employee claims analyses and documented notes. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2015 | Reviewed and updated various employee claims analyses. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2015 | Updated employee claims communication documents analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2015 | Reviewed and updated employee claims analysis based on comments from Epiq. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2015 | Corresponded with B. Hunt of Epiq regarding claims database. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2015 | Reconciled employee claims analysis against claims database | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2015 | Investigated certain employee claim items per request from Cleary. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2015 | Reconciled employee claims analysis against underlying claims database and identified discrepancies. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2015 | Reviewed and updated employee claims communication document analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2015 | Reviewed and updated employee claim communication documents analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2015 | Reviewed and updated employee claims analysis based on notes from M. Cilia of RLKS. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2015 | Analyzed employee claims and related communication documents. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2015 | Reconciled employee claims analysis against claims database | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2015 | Corresponded with A. Tsai of Epiq regarding claims register. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2015 | Updated employee claims analysis based on report provided by Epiq. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2015 | Updated discrepancies within employee claims analysis. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2015 | Updated employee claims analysis based on Nortel position. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2015 | Analyzed employee claims analyses provided by M. Cilia of RLKS. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2015 | Reviewed and updated employee claims documentation. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2015 | Updated employee claims analysis based on revised Nortel notes. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2015 | Reviewed employee claims detail provided by B. Beller of Cleary. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2015 | Documented notes and correspondence regarding various employee claims items for A. Tsai of Epiq. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2015 | Documented notes regarding various employee claims analyses. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2015 | Investigated various employee claims issues per request of M. Cilia of RLKS. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/8/2015 | Reviewed and updated underlying employee claims analysis. | 0.7 | 550 | $ 385.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/8/2015 | Investigated certain employee claim items per request from Cleary. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/8/2015 | Reconciled updated claims register to employee claims analyses. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/8/2015 | Investigated various employee claims items per request from A. Tsai of Epiq. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/8/2015 | Reviewed and updated employee claim communication analysis. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/8/2015 | Updated employee claims analysis based on revised Nortel notes. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2015 | Reviewed and updated employee claims analysis based on Nortel comments and notes. | 0.6 | 550 | $ 330.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2015 | Analyzed employee claims report and updated analyses accordingly. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2015 | Reviewed and updated employee claims analyses per comments from counsel. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2015 | Analyzed various employee claims and documented notes accordingly. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2015 | Updated various employee claims analyses based on review of supporting documents. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/10/2015 | Updated various employee claims analyses based on review. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/10/2015 | Analyzed various employee claims and documented notes. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/10/2015 | Reviewed and updated employee claims analyses and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/10/2015 | Analyzed and updated employee claims analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/10/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/10/2015 | Reviewed various employee claims information and updated corresponding analyses. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/13/2015 | Reviewed updated employee claims communication documents provided by Cleary. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/13/2015 | Reviewed and updated employee claims analysis. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/13/2015 | Reviewed and updated underlying employee claims analysis. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/13/2015 | Analyzed employee claims analyses and documented notes. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/13/2015 | Reconciled and updated employee claims analysis based on notes from Nortel. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/13/2015 | Worked with M. Cilia of RLKS to review employee claims for upcoming objection. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/13/2015 | Reconciled employee claims analyses with underlying claims database. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2015 | Reviewed updated claims register and documented notes accordingly. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2015 | Reviewed and documented notes on various employee claims items. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2015 | Reconciled employee claims analysis against claims database | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2015 | Reconciled employee claims analyses against claims database per M. Cilia of RLKS. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2015 | Corresponded with B. Hunt of Epiq regarding claims database. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2015 | Updated employee claims analysis and prepared notes for Epiq. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2015 | Updated employee claims analysis and documented notes regarding the same. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2015 | Investigated various employee claim issues per request from Cleary. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2015 | Reconciled updated claims register to employee claims analyses. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2015 | Reconciled employee claims against underlying analyses to ensure proper documentation. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2015 | Prepared employee claims analysis per request of M. Cilia of RLKS. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2015 | Updated employee claims analyses based on claims review. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2015 | Reconciled employee claims analysis against claims database | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2015 | Updated employee claims analysis based on Nortel position. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2015 | Updated employee claims analysis based on revised Nortel notes. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2015 | Analyzed notes regarding various employee claims and updated underlying analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2015 | Investigated various employee claim issues per request from Cleary. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2015 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 0.6 | 550 | $ 330.00 |


**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2015 | Analyzed employee claims database and updated underlying analyses. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2015 | Reviewed additional employee claims in order to prepare for upcoming objections. | 2.0 | 550 | $ 1,100.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/20/2015 | Corresponded with A. Tsai of Epiq on employee claims database. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/20/2015 | Updated employee claim notes based on comments from Cleary. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/20/2015 | Updated employee claims analysis based on comments from Cleary. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/20/2015 | Reviewed Nortel notes regarding employee claims information. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/20/2015 | Investigated various employee claims issues per request of Cleary. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/20/2015 | Reviewed employee claims files provided by M. Cilia of RLKS and documented notes. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/21/2015 | Updated employee claims analysis based on comments from Cleary. | 0.7 | 550 | $ 385.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/21/2015 | Reviewed and updated employee claim communication documents analysis. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/21/2015 | Investigated various employee claim issues per request from Cleary. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/21/2015 | Corresponded with Cleary regarding various employee claims items. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/21/2015 | Reviewed and updated employee claims analysis based on Nortel notes. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/21/2015 | Analyzed employee claims database and updated corresponding analyses. | 1.9 | 550 | $ 1,045.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2015 | Reviewed employee claims documentation provided by M. Cilia of RLKS. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2015 | Investigated various employee claim issues per request from Cleary. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2015 | Prepared employee claims analysis per request of R. Eckenrod of Cleary. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2015 | Investigated various employee claims issues per request of A. Tsai of Epiq. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2015 | Worked with D. Parker of Nortel to update employee claims analysis. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2015 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2015 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2015 | Reviewed and updated employee claims analysis based on notes from prior call. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2015 | Reconciled employee claims database against analysis to document notes. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2015 | Updated employee claims analysis and provided to M. Cilia of RLKS. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2015 | Reviewed employee claims analyses and documented notes. | 0.5 | 550 | $ 275.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2015 | Analyzed various employee claims items and relation to underlying analyses. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2015 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2015 | Analyzed and updated employee claims analysis based on notes. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2015 | Updated claims analyses based on review of overall database provided by Epiq. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2015 | Prepared employee claims analysis and provided to Cleary for review. | 1.8 | 550 | $ 990.00 |
| 25 | Case Administration | James Lukenda | 4/6/2015 | Nortel - case file administration  review and update correspondence  news on case matters  work stream status | 0.5 | 750 | $ 375.00 |