# **<u>EXHIBIT A</u>**

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

March 01, 2015 through March 31, 2015

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Fee and Employment Applications | 14.80 | $7,574.00 |
| Litigation | 54.80 | $47,533.00 |
| Analysis of Canadian Law | 123.70 | $77,779.00 |
| Canadian CCAA Proceedings/Matters | 106.40 | $82,894.00 |
| U.S. Proceedings/Matters | 1.00 | $775.00 |
| **TOTAL** | 300.7 | $216,555.00 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/03/2015 | Attention to fee application | 0.7 | 661.50 | 12893446 |
| Gray | William | 03/03/2015 | Review fee examiner reports | 0.7 | 661.50 | 12893450 |
| Gray | William | 05/03/2015 | Work on fee application | 0.4 | 378.00 | 12893463 |
| Gray | William | 06/03/2015 | Review fee application | 0.5 | 472.50 | 12911602 |
| Gray | William | 11/03/2015 | Review fee application entries | 0.4 | 378.00 | 12911656 |
| Gray | William | 12/03/2015 | Work on fee application | 0.3 | 283.50 | 12911674 |
| Gray | William | 17/03/2015 | Review fee application | 0.4 | 378.00 | 12933286 |
| Gray | William | 24/03/2015 | Work on fee application | 0.3 | 283.50 | 12935208 |
| Gray | William | 27/03/2015 | Review monthly fee application | 0.3 | 283.50 | 12943984 |
| Gray | William | 31/03/2015 | Review time entries for monthly fee app | 0.6 | 567.00 | 12944024 |
| Bauer | Alison D. | 02/03/2015 | Review of Examiner's Report (0.1); e-mails to MNAT (0.1); | 0.2 | 168.00 | 12888006 |
| Bauer | Alison D. | 09/03/2015 | review E-mail from A. Collins regarding certificate of no objection; | 0.1 | 84.00 | 12900776 |
| Bauer | Alison D. | 31/03/2015 | Conferences with A. Collins on fee application | 0.1 | 84.00 | 12944911 |
| Collins | Allan | 05/03/2015 | attention to February fee estimate and email K. Ponder regarding same; | 0.3 | 88.50 | 12952795 |
| Collins | Allan | 10/03/2015 | attention to fee application; | 1.8 | 531.00 | 12952774 |
| Collins | Allan | 11/03/2015 | attention to fee application; | 1.6 | 472.00 | 12961042 |
| Collins | Allan | 25/03/2015 | attention to fee application; | 2.3 | 678.50 | 12952773 |
| Collins | Allan | 27/03/2015 | attention to fee application; | 1.2 | 354.00 | 12961043 |
| Collins | Allan | 31/03/2015 | confer with A. Bauer regarding fee application (0.1); attention to same (2.5); | 2.6 | 767.00 | 12947539 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 12/03/2015 | telephone call with S. Block, A. Gray, A. Slavens, J. Bromley, and P. Shaunessy regarding cross-border appeal issues and options; | 1.4 | 1,225.00 | 12909176 |
| Gray | Andrew | 05/03/2015 | reviewing materials on discovery dispute and claims (0.4); conducting and discussing legal research on Canadian court procedure issues (1.7); | 2.1 | 1,732.50 | 12895532 |
| Gray | Andrew | 09/03/2015 | reviewing appeal court materials (0.8); | 0.8 | 660.00 | 12901085 |
| Gray | Andrew | 10/03/2015 | reviewing Court of Appeal decision on interest appeal process (0.2); reviewing memorandum regarding appeal processes (0.9); conducting research on appeal issues (0.7); email regarding claims and discovery dispute (0.1); | 1.9 | 1,567.50 | 12912044 |
| Gray | Andrew | 11/03/2015 | internal discussions with Adam Slavens regarding appeal procedures (0.1); reviewing Court of Appeal materials (0.5); reviewing materials for mediation on discovery issues (0.2); | 0.8 | 660.00 | 12911988 |
| Gray | Andrew | 12/03/2015 | conference call to discuss post-trial decision matters (1.0); correspondence regarding post-petition interest appeal (0.2); | 1.2 | 990.00 | 12911566 |
| Gray | Andrew | 16/03/2015 | e-mail communication regarding next steps in the allocation dispute (0.2); reviewing legal research on civil procedure issues for Canadian appeals (0.7); | 0.9 | 742.50 | 12925409 |
| Gray | Andrew | 17/03/2015 | internal discussions regarding appeal procedures (0.7); reviewing legal memorandums on civil procedure issues (0.9); follow-up correspondence regarding appeal procedures (0.2); | 1.8 | 1,485.00 | 12921072 |
| Gray | Andrew | 19/03/2015 | revising legal memorandum on civil procedure questions and email regarding same (1.1); | 1.1 | 907.50 | 12925418 |
| Gray | Andrew | 20/03/2015 | reviewing interest appeal materials and discussing same internally (1.2); | 1.2 | 990.00 | 12926712 |
| Gray | Andrew | 23/03/2015 | reviewing trial materials (exhibits and submissions) (3.5); email regarding post-petition interest appeal (0.1); | 3.6 | 2,970.00 | 12932875 |
| Gray | Andrew | 24/03/2015 | reviewing the trial record (4.0); | 4.0 | 3,300.00 | 12950402 |
| Gray | Andrew | 25/03/2015 | reviewing the trial record (4.5); | 4.5 | 3,712.50 | 12950407 |
| Slavens | Adam | 11/03/2015 | email correspondence and telephone calls with A. Gray and G. Finlayson re correction of Court of Appeal decision on the motion to strike (0.4); reviewing amended motion for leave to appeal materials and email correspondence re same (1.8); | 2.2 | 1,705.00 | 12909040 |
| Slavens | Adam | 12/03/2015 | conference call with Cleary, S. Block, A. Gray, S. Bomhof, and P. Shaunessy re appeal considerations (1.3); preparing for same | 4.0 | 3,100.00 | 12909132 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 17/03/2015 | (2.4); office conference with S. Block and S. Bomhof re same (0.3); meeting with S. Block and A. Gray re preparation of notice of motion for leave to appeal (0.7); preparing for same (0.9); | 1.6 | 1,240.00 | 12916406 |
| Shaunessy | Patrick | 12/03/2015 | attending teleconference re appeal considerations; | 1.1 | 324.50 | 12909156 |
| Block | Sheila R. | 12/03/2015 | preparation for conference call: reviewing memorandum regarding next steps and reviewing law regarding procedural steps (1.0); conference call with Cleary Gotlieb regarding same (1.0); | 2.0 | 2,180.00 | 12906851 |
| Block | Sheila R. | 17/03/2015 | reviewing materials regarding appeal issues and conferring with A. Gray and A. Slavens regarding same (2.0); conference call with Attorney General and Adam Slavens regarding notice of leave to appeal issues (0.7); | 2.7 | 2,943.00 | 12914595 |
| Block | Sheila R. | 30/03/2015 | reviewing issues with respect to appeal; | 0.5 | 545.00 | 12941666 |
| Gray | William | 02/03/2015 | Review court hearing with S. Bomhof; review filings | 0.8 | 756.00 | 12893445 |
| Gray | William | 04/03/2015 | Work on deal issues regarding PPI | 1.2 | 1,134.00 | 12893459 |
| Gray | William | 05/03/2015 | Work on appeal PPI matters | 0.8 | 756.00 | 12893464 |
| Gray | William | 06/03/2015 | Work on PPI issues | 1.4 | 1,323.00 | 12911601 |
| Gray | William | 10/03/2015 | Work on PPI appeal issues | 0.8 | 756.00 | 12911646 |
| Gray | William | 12/03/2015 | Work on PPI issues | 1.7 | 1,606.50 | 12911673 |
| Gray | William | 17/03/2015 | Review court filings (1.2); update on appeal issues (0.2); | 1.4 | 1,323.00 | 12933287 |
| Gray | William | 18/03/2015 | Work on PPI appeal issues; | 0.8 | 756.00 | 12933294 |
| Gray | William | 25/03/2015 | Work on PPI appeal issues | 1.8 | 1,701.00 | 12935219 |
| Gray | William | 26/03/2015 | Work on appeal issues | 0.8 | 756.00 | 12935233 |
| Gray | William | 27/03/2015 | Review PPI appeal issues | 1.3 | 1,228.50 | 12943986 |
| Gray | William | 31/03/2015 | work on appeal issues; | 2.6 | 2,457.00 | 12944022 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/03/2015 | research regarding Canadian legal issues related to appeal; | 2.1 | 1,837.50 | 12893055 |
| Bomhof | Scott A. | 09/03/2015 | research on Canadian legal issues and procedures related to appeal; | 2.1 | 1,837.50 | 12904527 |
| Bomhof | Scott A. | 11/03/2015 | research regarding Canadian appeal; | 1.9 | 1,662.50 | 12909172 |
| Bomhof | Scott A. | 12/03/2015 | research regarding legal issues related to appeal under and providing comments on draft memo; | 2.0 | 1,750.00 | 12909175 |
| Bomhof | Scott A. | 23/03/2015 | research regarding legal issues related to appeal; | 1.7 | 1,487.50 | 12931383 |
| Bomhof | Scott A. | 24/03/2015 | reviewing appeal issues and law related to judgments; | 1.5 | 1,312.50 | 12931393 |
| Bomhof | Scott A. | 25/03/2015 | reviewing appeal issues and memos with respect to same; | 1.0 | 875.00 | 12939382 |
| Slavens | Adam | 02/03/2015 | conducting Canadian legal research on appeal considerations; | 2.6 | 2,015.00 | 12888195 |
| Slavens | Adam | 03/03/2015 | conducting Canadian legal research on appeal considerations; | 1.0 | 775.00 | 12890272 |
| Slavens | Adam | 04/03/2015 | conducting Canadian legal research on appeal considerations; | 5.0 | 3,875.00 | 12892415 |
| Slavens | Adam | 05/03/2015 | conducting Canadian legal research on appeal considerations; | 7.6 | 5,890.00 | 12896032 |
| Slavens | Adam | 07/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 2.0 | 1,550.00 | 12897742 |
| Slavens | Adam | 08/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 4.7 | 3,642.50 | 12897741 |
| Slavens | Adam | 09/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 8.0 | 6,200.00 | 12901102 |
| Slavens | Adam | 10/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 6.0 | 4,650.00 | 12903591 |
| Slavens | Adam | 11/03/2015 | conducting Canadian legal research on appeal considerations re allocation decision; | 1.5 | 1,162.50 | 12909046 |
| Slavens | Adam | 13/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 3.0 | 2,325.00 | 12912230 |
| Slavens | Adam | 15/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 2.0 | 1,550.00 | 12912232 |
| Slavens | Adam | 16/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 2.6 | 2,015.00 | 12914219 |
| Slavens | Adam | 17/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 4.0 | 3,100.00 | 12916404 |
| Slavens | Adam | 18/03/2015 | email correspondence with M. Parthum re | 0.4 | 310.00 | 12921052 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 18/03/2015 | Canadian legal research on rules of privilege (0.2); telephone call and email correspondence with P. Shaunessy re same (0.2); conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 3.1 | 2,402.50 | 12921064 |
| Slavens | Adam | 19/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 3.8 | 2,945.00 | 12924583 |
| Slavens | Adam | 20/03/2015 | conducting Canadian legal research on appeal considerations and preparing memorandum re same; | 1.9 | 1,472.50 | 12927779 |
| Slavens | Adam | 20/03/2015 | conducting Canadian legal research on privilege re preparation for employee claims Chapter 11 motion; | 1.3 | 1,007.50 | 12927782 |
| Slavens | Adam | 23/03/2015 | conducting Canadian legal research re PPI appeal; | 2.0 | 1,550.00 | 12930284 |
| Slavens | Adam | 23/03/2015 | conducting Canadian legal research on privilege re preparation for employee claims Chapter 11 motion (0.5); preparing reporting email to M. Parthum re same (0.7); | 1.2 | 930.00 | 12930291 |
| Shaunessy | Patrick | 02/03/2015 | conducting Canadian legal research on appeal considerations; | 1.0 | 295.00 | 12886742 |
| Shaunessy | Patrick | 05/03/2015 | conducting Canadian legal research on appeal considerations; | 1.7 | 501.50 | 12893014 |
| Shaunessy | Patrick | 06/03/2015 | conducting Canadian legal research on appeal considerations (3.0); updating and augmenting memo based on this research (3.5); | 6.5 | 1,917.50 | 12896423 |
| Shaunessy | Patrick | 09/03/2015 | conducting Canadian legal research on appeal considerations (2.0); preparing summary memo based on this research (4.0); reviewing and editing memo on appeal procedure in Canada (2.0); | 8.0 | 2,360.00 | 12899555 |
| Shaunessy | Patrick | 10/03/2015 | conducting Canadian legal research on appeal considerations (3.0); preparing summary memo based on this research (2.0); | 5.0 | 1,475.00 | 12901546 |
| Shaunessy | Patrick | 11/03/2015 | conducting Canadian legal research on appeal considerations (2.0); preparing summary memo based on this research (4.0); | 6.0 | 1,770.00 | 12904485 |
| Shaunessy | Patrick | 12/03/2015 | conducting Canadian legal research on appeal considerations (1.0); preparing summary memo based on this research (2.0); | 3.0 | 885.00 | 12909157 |
| Shaunessy | Patrick | 13/03/2015 | conducting Canadian legal research on appeal considerations; | 2.0 | 590.00 | 12909459 |
| Shaunessy | Patrick | 16/03/2015 | conducting Canadian legal research on appeal considerations (2.5); preparing and editing summary memo re same (3.0); | 5.5 | 1,622.50 | 12913640 |
| Shaunessy | Patrick | 18/03/2015 | conducting Canadian legal research on appeal considerations (1.3); telephone call with A. | 1.5 | 442.50 | 12919691 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Shaunessy | Patrick | 20/03/2015 | Slavens regarding privilege (0.2); conducting Canadian legal research on appeal considerations (2.0); preparing summary report of research (1.0); | 3.0 | 885.00 | 12925243 |
| DeMarinis | Tony | 18/03/2015 | review and analysis regarding issues and alternatives in the proceedings (1.0); review related materials previously filed by parties (0.8); | 1.8 | 1,962.00 | 12924625 |
| DeMarinis | Tony | 20/03/2015 | planning regarding trial issues and post-decision matters (1.5); consideration of post-filing interest appeal and outstanding matters in the proceedings (1.2); | 2.7 | 2,943.00 | 12927719 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/03/2015 | reviewing endorsements of Justice Newbould regarding February 27 hearing; | 0.4 | 350.00 | 12886827 |
| Bomhof | Scott A. | 03/03/2015 | reviewing Monitor's motion record regarding stay extension and amendments to hardship fund; | 0.4 | 350.00 | 12893056 |
| Bomhof | Scott A. | 04/03/2015 | reviewing Monitor's motion record regarding CCAA stay extension and settlement of environmental claims (1.2); reviewing reasons of Justice Newbould regarding SMNP lift stay motion (.4); | 1.6 | 1,400.00 | 12893044 |
| Bomhof | Scott A. | 06/03/2015 | reviewing email exchanges with mediator and arrange for coverage of SMNP mediation (1.0); reviewing materials for March 11 CCAA motion regarding CCAA extension and MOE settlement (0.8) | 1.8 | 1,575.00 | 12897159 |
| Bomhof | Scott A. | 09/03/2015 | reviewing e-mail exchanges between D. Herington of Cleary, C. Armstrong of Goodmans and A. Merskey of Norten Rose regarding SMNP mediation and e-discovery issues (0.6); meet with J. Opolsky regarding same (0.3); | 0.9 | 787.50 | 12904529 |
| Bomhof | Scott A. | 10/03/2015 | reviewing and providing comments on memo addressing appeal issues and reviewing law cited in memo (3.0); reviewing SMNP mediation filings and discussing same with J. Opolosky (1.2); | 4.2 | 3,675.00 | 12904532 |
| Bomhof | Scott A. | 13/03/2015 | telephone call with J. Opolsky regarding SMNP discovery mediation issues; | 0.5 | 437.50 | 12910335 |
| Bomhof | Scott A. | 23/03/2015 | reviewing Monitor's costs submissions regarding motion to strike materials from PPI appeal record (.4); reviewing Monitor's factum and authorities regarding PPI appeal (2.3); reviewing Wilmington Trust factum regarding PPI appeal (.4); reviewing Canadian creditors committee factum and authorities regarding PPI appeal (1.2); | 4.3 | 3,762.50 | 12931387 |
| Bomhof | Scott A. | 26/03/2015 | reviewing e-mail from C. Armstrong and exchange e-mails with L. Schweitzer and M. Wunder regarding same (.5); reviewing documents (1.0); reviewing draft SMNP discovery protocol and protective order (1.0); | 2.5 | 2,187.50 | 12939390 |
| Bomhof | Scott A. | 27/03/2015 | reviewing Cleary comments on SMNP discovery protocol and protective oder (.3); prepare draft outline of motion for leave to appeal (.8); | 1.1 | 962.50 | 12941473 |
| Bomhof | Scott A. | 30/03/2015 | reviewing issues related to PPI appeal before Ontario Court of Appeal; | 0.3 | 262.50 | 12943954 |
| Gray | Andrew | 06/03/2015 | reviewing materials on claims discovery dispute and discussing mediation (0.4); | 0.4 | 330.00 | 12900716 |
| Slavens | Adam | 03/03/2015 | reviewing CCAA case court documents re motion | 2.0 | 1,550.00 | 12890259 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 04/03/2015 | reviewing reasons of Newbould J. re SNMP motion; returnable March 11, 2015; | 0.8 | 620.00 | 12892410 |
| Slavens | Adam | 05/03/2015 | email correspondence with Cleary and S. Bomhof re SNMP claims (0.1); discuss same with J. Opolsky (0.1); | 0.2 | 155.00 | 12896034 |
| Slavens | Adam | 06/03/2015 | conducting Canadian legal research on appeal considerations; | 6.6 | 5,115.00 | 12896037 |
| Slavens | Adam | 06/03/2015 | email correspondence and telephone calls with G. Finlayson re PPI appeal and motion to strike; | 0.5 | 387.50 | 12896040 |
| Slavens | Adam | 09/03/2015 | email correspondence with L. Schweitzer and S. Bomhof re motion returnable March 11, 2015; | 0.1 | 77.50 | 12901108 |
| Slavens | Adam | 10/03/2015 | reviewing Court of Appeal decision on the motion to strike (0.5); preparing reporting email to L. Schweitzer re same (0.3); | 0.8 | 620.00 | 12903580 |
| Slavens | Adam | 10/03/2015 | preparing for motion returnable March 11, 2015; | 1.8 | 1,395.00 | 12903590 |
| Slavens | Adam | 11/03/2015 | attending motion returnable March 11, 2015 (1.5); preparing for same (1.0); | 2.5 | 1,937.50 | 12909033 |
| Slavens | Adam | 12/03/2015 | reviewing motion record re motion returnable March 19, 2015; | 0.9 | 697.50 | 12909446 |
| Slavens | Adam | 13/03/2015 | reviewing corrected decision of Court of Appeal re motion to strike (0.2); email correspondence with L. Schweitzer re same (0.1); | 0.3 | 232.50 | 12912225 |
| Slavens | Adam | 16/03/2015 | preparing for meeting with S. Block and A. Gray re preparation of notice of motion for leave to appeal; | 2.4 | 1,860.00 | 12914221 |
| Slavens | Adam | 18/03/2015 | reviewing CCAA case motion materials re motion returnable March 19, 2015 (0.7); reviewing email correspondence re same (0.2); email correspondence with L. Schweitzer re same (0.2); | 1.1 | 852.50 | 12921042 |
| Slavens | Adam | 18/03/2015 | preparing draft notice of motion; | 1.7 | 1,317.50 | 12921056 |
| Slavens | Adam | 19/03/2015 | preparing draft notice of motion; | 2.0 | 1,550.00 | 12924581 |
| Slavens | Adam | 20/03/2015 | reviewing responding factums filed by monitor, CCC and Wilmington Trust on post-petition interest appeal; | 3.0 | 2,325.00 | 12927772 |
| Slavens | Adam | 21/03/2015 | reviewing CCAA case court documents re preparation for employee claims Chapter 11 motion (2.5); telephone call with M. Parthum re same (0.2); | 2.7 | 2,092.50 | 12927766 |
| Slavens | Adam | 23/03/2015 | preparing draft notice of motion; | 2.0 | 1,550.00 | 12930275 |
| Slavens | Adam | 23/03/2015 | reviewing cost submissions of bondholders and monitor re motion to strike (0.5); email correspondence with L. Schweitzer re same (0.1); | 0.6 | 465.00 | 12930278 |
| Slavens | Adam | 23/03/2015 | email correspondence with A. McCown and A. Gray re CCAA court filings (0.2); reviewing records of CCAA court filings (0.5); | 0.7 | 542.50 | 12930282 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 23/03/2015 | reviewing CCAA case court documents re preparation for employee claims Chapter 11 motion (1.5); preparing reporting email to M. Parthum re same (0.3); | 1.8 | 1,395.00 | 12930288 |
| Slavens | Adam | 24/03/2015 | preparing draft notice of motion; | 4.7 | 3,642.50 | 12934589 |
| Slavens | Adam | 25/03/2015 | preparing draft notice of motion; | 4.0 | 3,100.00 | 12934596 |
| Slavens | Adam | 26/03/2015 | preparing draft notice of motion; | 4.6 | 3,565.00 | 12937287 |
| Slavens | Adam | 27/03/2015 | preparing draft notice of motion; | 1.0 | 775.00 | 12940414 |
| Slavens | Adam | 30/03/2015 | preparing draft notice of motion; | 5.6 | 4,340.00 | 12943285 |
| Slavens | Adam | 31/03/2015 | preparing draft notice of motion; | 6.5 | 5,037.50 | 12945836 |
| Opolsky | Jeremy | 06/03/2015 | office meeting with A. Slavens re: SNMP claim (.1); call with A. Gray re: same (.1); reviewing claim material re: same (.3) | 0.5 | 282.50 | 12895337 |
| Opolsky | Jeremy | 09/03/2015 | call with M. Gurgel (Cleary Gottlieb) re: SNMP mediation (.3); meeting with S. Bomhof re: same (.3); reviewing SNMP motion material re: same in preparation for mediation (2.0) | 2.6 | 1,469.00 | 12913182 |
| Opolsky | Jeremy | 10/03/2015 | preparing for SNMP discovery mediation (1); attending mediation (2); call with M. Gurgel re: same (.2); reviewing correspondence with D. Herrington (Cleary Gottlieb) (.1) | 3.3 | 1,864.50 | 12913188 |
| Opolsky | Jeremy | 11/03/2015 | correspondence with M. Gurgel (Cleary) re: SNMP claim | 0.2 | 113.00 | 12913201 |
| Opolsky | Jeremy | 12/03/2015 | call with M. Gurgel (Cleary Gottlieb) re: SNMP mediation; preparing for March 13, 2015 mediation session | 0.7 | 395.50 | 12908230 |
| Opolsky | Jeremy | 13/03/2015 | preparing for SNMP mediation (1); correspondence with M. Gurgel and Cleary re: same (1); attending SNMP mediation (7.2) | 9.2 | 5,198.00 | 12913226 |
| Opolsky | Jeremy | 17/03/2015 | corresponding with M. Gurgel (Cleary) re: SNMP | 0.2 | 113.00 | 12928927 |
| Opolsky | Jeremy | 19/03/2015 | call with M. Gurgel (Cleary) (.3); revieiwng document re: SNMP claim (.3) | 0.6 | 339.00 | 12928964 |
| Opolsky | Jeremy | 20/03/2015 | call with M. Gurgel (Cleary) and related correspondence | 0.4 | 226.00 | 12939505 |
| Opolsky | Jeremy | 25/03/2015 | reviewing correspondence from opposing side re: SNMP litigation (.3); corresponding with Cleary re: same (.2) | 0.5 | 282.50 | 12934051 |
| Opolsky | Jeremy | 26/03/2015 | correspondence with M. Gurgel (Cleary) and team re: SNMP | 0.7 | 395.50 | 12941934 |
| DeMarinis | Tony | 04/03/2015 | review materials served by Monitor's counsel regarding CCAA extension and other matters; | 0.3 | 327.00 | 12897190 |
| DeMarinis | Tony | 17/03/2015 | review of recent materials in the Canadian proceedings (0.4); consideration and review of matters relating to interest decision appeal, pending allocation ruling, claims status, and other outstanding matters in the Canadian proceedings (1.5); | 1.9 | 2,071.00 | 12915307 |
| DeMarinis | Tony | 19/03/2015 | review and analysis of information in monitor's reports; | 1.4 | 1,526.00 | 12924664 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 23/03/2015 | review and consideration of Monitor's materials filed in the interest ruling appeal (0.8); analysis of related legal issues and arguments (1.4); | 2.2 | 2,398.00 | 12930256 |
| DeMarinis | Tony | 26/03/2015 | reading materials in relation to pending Canadian appeal, claims issues, and related matters (1.4); planning and preparation for proceedings going forward (1.0); | 2.4 | 2,616.00 | 12943279 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 26/03/2015 | reviewing chapter 11 case court materials re status update; | 1.0 | 775.00 | 12937295 |