# **EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

March 01, 2015 through March 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Binding Charges | | $2.40 |
| Taxi & Travel | | $7.14 |
| Duplicating/Printing | 2,211 pages @ .10 per pg | $221.10 |
| Computer Research | Westlaw | $461.57 |
| **Grand Total Expenses** | | **$692.21** |

**Nortel**
**March 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 303 Taxi & Travel | | 11/03/2015 $ | 7.14 | 1 Taxi & Travel |
| | | | | 2 Slavens, Adam; Taxi/Car Service - 330 University |
| | | | | 3 Ave. court |
| 808 Laser Printing | | 02/03/2015 | 0.30 | 1 Laser Printing |
| 808 Laser Printing | | 03/03/2015 | 0.20 | 1 Laser Printing |
| 808 Laser Printing | | 04/03/2015 | 32.60 | 1 Laser Printing |
| 808 Laser Printing | | 05/03/2015 | 0.60 | 1 Laser Printing |
| 808 Laser Printing | | 05/03/2015 | 1.50 | 1 Laser Printing |
| 808 Laser Printing | | 09/03/2015 | 1.10 | 1 Laser Printing |
| 808 Laser Printing | | 09/03/2015 | 2.80 | 1 Laser Printing |
| 808 Laser Printing | | 10/03/2015 | 2.80 | 1 Laser Printing |
| 808 Laser Printing | | 11/03/2015 | 3.60 | 1 Laser Printing |
| 808 Laser Printing | | 12/03/2015 | 5.00 | 1 Laser Printing |
| 808 Laser Printing | | 12/03/2015 | 0.20 | 1 Laser Printing |
| 808 Laser Printing | | 12/03/2015 | 6.00 | 1 Laser Printing |
| 808 Laser Printing | | 16/03/2015 | 11.80 | 1 Laser Printing |
| 808 Laser Printing | | 16/03/2015 | 2.40 | 1 Laser Printing |
| 808 Laser Printing | | 17/03/2015 | 0.30 | 1 Laser Printing |
| 808 Laser Printing | | 18/03/2015 | 0.30 | 1 Laser Printing |
| 808 Laser Printing | | 23/03/2015 | 0.20 | 1 Laser Printing |
| 808 Laser Printing | | 23/03/2015 | 92.90 | 1 Laser Printing |
| 808 Laser Printing | | 26/03/2015 | 0.10 | 1 Laser Printing |
| 808 Laser Printing | | 26/03/2015 | 54.90 | 1 Laser Printing |
| 808 Laser Printing | | 30/03/2015 | 0.60 | 1 Laser Printing |
| 4808 Laser Printing | | 09/03/2015 | 0.90 | 1 Laser Printing |
| | | | $ 221.10 | |
| 811 Binding Charges | | 03/03/2015 $ | 2.40 | 1 Binding Charges |
| | | | | 2 Nov-03-15, F Calamusa, Binding Charges, x1, /TW |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 03/03/2015 | 21.59 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 06/03/2015 | 22.19 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 09/03/2015 | 24.89 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 10/03/2015 | 11.10 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 13/03/2015 | 348.51 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 18/03/2015 | 33.29 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| | | | $ 461.57 | |
| | | | $ 692.21 | |