# UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

In re NORTEL NETWORKS INC. Case NO. 09-10138(KG)
et al.,

Chapter 11

*******************************************************************************

## CERTIFICATE OF SERVICE

**I, Vincent E. Rhynes, hereby certify under penalty of perjury that:**

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 05-12-2015, I caused to be served a true and correct Copy of the Proof Of Interest of General Beneficial LP. To be Sent by first class mail upon The parties Listed in Exhibit A attach Hereto.

Date: 05-12-2015

Vincent Rhynes (323)971-6063
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

**ORIGINAL**

# EXHIBIT A

**OFFICE OF THE UNITED STATES TRUSTEE**
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A.**
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street,
P.O. Box 1347
Wilmington, DE 19899-1347

*ATTN: Court Clerk etc.*
*Please provide a Docket #.... For this Certificate of Service*
*So it can be Located on the Court Docket.*

FILED
2015 MAY 13  AM 11: 35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

*Thanks,*
*GENERAL BENEFICIAL LP.*