IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | **Re: Docket Nos. 15191 & 15537** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014**

The undersigned hereby certifies as follows:

1. On February 20, 2015, Richards, Layton & Finger, P.A. (the "Applicant") filed and served the *Seventieth Monthly and Final Application of Richards, Layton & Finger, P.A. For Allowance of Compensation For Services Rendered and For Reimbursements of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors For the Period From January 26, 2009 Through November 16, 2014* [Docket No. 15191] (the "Final Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Court"), pursuant to the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* entered February 4, 2009 [Docket No. 222] and the *Order Appointing Fee Examiner and Establishing Related Procedures*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

RLF1 11984452v.1

*for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 11082] (the "Fee Examiner Order").[2]  By the Final Fee Application, the Applicant seeks final allowance of compensation for professional services rendered and for reimbursement of expenses incurred for the period from January 26, 2009 Through November 16, 2014.

2. Pursuant to the *Notice of Fee Application*, filed and served contemporaneously with the Final Fee Application, objections, if any, to the Final Fee Application were to be filed and served by March 12, 2015 at 4:00 p.m. (EST).  The undersigned certifies that no answer, objection or other responsive pleading to the Final Fee Application has appeared on the Court's docket in the above-captioned chapter 11 cases.  Further, the undersigned certifies that there are no outstanding objections to the Final Fee Application or to entry of the proposed order, attached hereto as Exhibit A (the "Proposed Order"), approving the fees and expenses requested in the Final Fee Application on a final basis.

3. On May 8, 2015, the Applicant filed the *Supplement to the Seventieth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance For Allowance of Compensation For Services Rendered and For Reimbursements of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors For the Period From January 26, 2009 Through November 16, 2014* [Docket No. 15537] (the "Supplemental Final Application") for fees and expenses incurred November 17, 2014 through April 30, 2015.

4. In accordance with the terms of the Fee Examiner Order, the Fee Examiner has filed a Final Report [Docket No. 15539] with respect to the Final Fee Application and the Final Report [Docket No. 15558] with respect to the Supplemental Final Application, and the

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Fee Examiner Order.

Applicant has accepted the reductions recommended by the Fee Examiner in the Final Report and revised the Proposed Order reflecting the reductions and to include the amounts requested in the Supplemental Final Application. For the convenience of the Court and parties in interest, a blackline of the Proposed Order against the proposed form of order attached to the Final Fee Application is attached hereto as <u>Exhibit B</u>.

WHEREFORE, the undersigned respectfully requests that the Court enter the Proposed Order approving the Fee Application at its earliest convenience.

Dated: May 14, 2015
       Wilmington, Delaware

                                        */s/ Amanda R. Steele*
                                        Mark D. Collins (No. 2981)
                                        Amanda R. Steele (No. 5530)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware  19801
                                        Telephone:  (302) 651-7700
                                        Facsimile:  (302) 651-7701

                                        *Former Co-Counsel to the Committee*