# EXHIBIT A

**(Proposed Order)**

RLF1 11984452v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  )  Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | ) )  (Jointly Administered) |
| Debtors. | ) )  ) Re: Docket Nos. 15191 & 15537 |

## ORDER GRANTING FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 26, 2009 THROUGH NOVEMBER 16, 2014

Richards, Layton & Finger, P.A. ("RL&F"), having filed its *Seventieth Monthly and Final Application of Richards, Layton & Finger, P.A. For Allowance of Compensation For Services Rendered and For Reimbursements of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors For the Period From January 26, 2009 Through November 16, 2014* (the "Final Fee Application")[2] and *Supplement to the Seventieth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance For Allowance of Compensation For Services Rendered and For Reimbursements of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors For the Period From January 26, 2009 Through November 16, 2014* (the "Supplemental Final Application"); and the Court having reviewed the Final Fee

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Final Fee Application of the Supplemental Final Fee Application (as defined herein).

RLF1 11960503v.1

Application and the Supplemental Final Application; and the Court having been satisfied that sufficient notice of the Final Fee Application and Supplemental Final Application has been provided pursuant to the Administrative Order, and that no other or further notice is required; and the Court having afforded all persons with standing an opportunity to be heard on the Final Fee Application and the Supplemental Final Application at a hearing held to consider approval of the Final Fee Application; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Final Fee Application, as supplemented, is GRANTED on a final basis.

2. RL&F is awarded the sum of $1,213,309.00 as compensation for necessary professional services and $224,594.27 as reimbursement of actual and necessary costs and expenses for the Final Compensation Period, on a final basis.

3. The Debtors are authorized and directed to make payment to RL&F of the fees and expenses set forth above that have not yet been paid in satisfaction of the allowed fees for services rendered and for reimbursement of expenses incurred during the Final Compensation Period.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: _____, 2015
     Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

RLF1 11960503v.1