IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X<br>In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>                           Debtors.<br><br>------------------------------------------------------------X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 19, 2015 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL

1. Seventeenth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15191, Filed 2/20/15).

    Objection Deadline: March 12, 2015 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    (a) Supplement to Seventeenth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

      Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15537, Filed 5/8/15);

(b)     Fee Examiner's Final Report Regarding Supplement to Seventieth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. (D.I. 15558, Filed 5/14/15);

(c)     Certification of Counsel Regarding Order Granting Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15560, Filed 5/14/15); and

(d)     Proposed Form of Order.

Status: There have been no objections and a COC has been filed regarding this matter.

**FEE APPLICATIONS**

2.     Quarterly Fee Applications.

    Responses Received: None.

    Related Pleadings: See attached "Exhibit A".

    Status: The hearing on this matter will go forward.

Dated: May 15, 2015     CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE     James L. Bromley (admitted *pro hac vice*)
    Lisa M. Schweitzer (admitted *pro hac vice*)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
    Eric D. Schwartz (No. 3134)
    Derek C. Abbott (No. 3376)
    Andrew R. Remming (No. 5120)
    Tamara K. Minott (No. 5643)
    1201 North Market Street
    Wilmington, DE 19899-1347

Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

9133755.1