# EXHIBIT A

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period
From November 1, 2014 through January 31, 2015, unless otherwise specified**

**Hearing: May 19, 2015 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.  Notice Of Twenty-Fourth Interim Fee Application Request (D.I. 15250, Filed 2/27/15).

  1.  Seventieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2014 Through November 30, 2014 (D.I. 15091, Filed 1/26/15);

  2.  Certification Of No Objection Regarding Seventieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2014 Through November 30, 2014 [Docket No. 15091] (No Order Required) (D.I. 15208, Filed 2/24/15);

  3.  Seventy-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2014 Through December 31, 2014 (D.I. 15092, Filed 1/26/15);

  4.  Certification Of No Objection Regarding Seventy-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2014 Through December 31, 2014 [Docket No. 15092] (No Order Required) (D.I. 15209, Filed 2/24/15);

  5.  Seventy-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2015 Through January 31, 2015 (D.I. 15247, Filed 2/27/15);

  6.  Certification Of No Objection Regarding Seventy-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

          Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2015 Through January 31, 2015 [Docket No. 15247] (No Order Required) (D.I. 15374, Filed 3/24/15); and

7.    Fee Examiner's Final Report Regarding Twenty-Fourth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP (D.I. 15464, Filed 4/24/15).

<u>Ashurst LLP</u>

B.    Notice Of Twenty-Fourth Interim Fee Application Request (D.I. 15246, Filed 2/27/15).

1.    Seventieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2014 Through November 30, 2014 (D.I. 14956, Filed 12/18/14);

2.    Certification Of No Objection Regarding Seventieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2014 Through November 30, 2014 [Docket No. 14956] (No Order Required) (D.I. 15035, Filed 1/12/15);

3.    Seventy-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2014 Through December 31, 2014 (D.I. 15109, Filed 2/2/15);

4.    Certification Of No Objection Regarding Seventy-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2014 Through December 31, 2014 [Docket No. 15109] (No Order Required) (D.I. 15233, Filed 2/26/15);

5.    Seventy-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2015 Through January 31, 2015 (D.I. 15240, Filed 2/26/15);

6.    Certification Of No Objection Regarding Seventy-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2015 Through

        January 31, 2015 [Docket No. 15240] (No Order Required) (D.I. 15369, Filed 3/23/15); and

7. Fee Examiner's Final Report Regarding Twenty-Fourth Interim Fee Application of Ashurst LLP (D.I. 15463, Filed 4/24/15).

Benesch, Friedlander, Coplan & Aronoff, LLP

C. Sixteenth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Litigation Counsel For The Debtors, For The Period From November 1, 2014 Through January 31, 2015 (D.I. 15185, Filed 2/18/15).

1. Thirty-Third Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2014 Through November 30, 2014 (D.I. 14931, Filed 12/12/14);

2. Certificate Of No Objection Regarding Thirty-Third Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2014 Through November 30, 2014 (D.I. 15021, Filed 1/5/15);

3. Thirty-Fourth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From December 1, 2014 Through December 31, 2014 (D.I. 15078, Filed 1/21/15);

4. Certificate Of No Objection Regarding Thirty-Fourth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From December 1, 2014 Through December 31, 2014 (D.I. 15177, Filed 2/13/15);

5. Thirty-Fifth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From January 1, 2015 Through January 31, 2015 (D.I. 15182, Filed 2/18/15);

6. Certificate Of No Objection Regarding Thirty-Fifth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From January 1, 2015 Through January 31, 2015 (D.I. 15398, Filed 3/30/15);

7.  Fee Examiner's Final Report Regarding Sixteenth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff, LLP (D.I. 15462, Filed 4/24/15).

Capstone Advisory Group, LLC

D.  Notice Of Twenty-Fourth Interim Fee Application Request (D.I. 15244, Filed 2/26/15).

1.  Seventieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2014 Through November 30, 2014 (D.I. 15033, Filed 1/9/15);

2.  Certification Of No Objection Regarding Seventieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2014 Through November 30, 2014 [Docket No. 15033] (No Order Required) (D.I. 15136, Filed 2/3/15);

3.  Seventy-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2014 Through December 31, 2014 (D.I. 15170, Filed 2/12/15);

4.  Certification of No Objection Regarding Seventy-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2014 Through December 31, 2014 [Docket No. 15170] (No Order Required) (D.I. 15349, Filed 3/20/15);

5.  Seventy-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2015 Through January 31, 2015 (D.I. 15230, Filed 2/25/15);

6.  Certification of No Objection Regarding Seventy-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2015 Through January 31, 2015 [Docket No. 15230] (No Order Required) (D.I. 15350, Filed 3/20/15); and

7. Fee Examiner's Final Report Regarding Twenty-Fourth Interim Fee Application of Capstone Advisory Group, LLC (D.I. 15469, Filed 4/27/15).

<u>Cassels Brock & Blackwell LLP</u>

E. Notice Of Fourth Interim Fee Application Request (D.I. 15261, Filed 2/27/15).

1. Ninth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2014 To November 30, 2014 (D.I. 15157, Filed 2/4/15);

2. Certification of No Objection Regarding Ninth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2014 To November 30, 2014 (D.I. 15257, Filed 2/27/15);

3. Tenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2014 To December 31, 2014 (D.I. 15164, Filed 2/9/15);

4. Certification Of No Objection Regarding Tenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2014 To December 31, 2014 (D.I. 15281, Filed 3/5/15);

5. Eleventh Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2015 To January 31, 2015 (D.I. 15241, 2/26/15);

6. Certification Of No Objection Regarding Eleventh Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2015 To January 31, 2015 (D.I. 15375, Filed 3/24/15); and

7. Fee Examiner's Final Report Regarding Notice Of Fourth Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 15513, Filed 4/29/15).

Chilmark Partners LLC

F.  Twentieth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period November 1, 2014 Through January 31, 2015 (D.I. 15202, Filed 2/23/15).

   1. Fifty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2014 Through November 30, 2014 (D.I. 15138, Filed 2/3/15);

   2. Certificate of No Objection Regarding Fifty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2014 Through November 30, 2014 (D.I. 15224, Filed 2/25/15);

   3. Fifty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2014 Through December 31, 2014 (D.I. 15139, Filed 2/3/15);

   4. Certificate of No Objection Regarding Fifty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2014 Through December 31, 2014 (D.I. 15225, Filed 2/25/15);

   5. Fifty-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2015 Through January 31, 2015 (D.I. 15201, Filed 2/20/15);

   6. Certificate of No Objection Regarding Fifty-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2015 Through January 31, 2015 (D.I. 15352, Filed 3/20/15); and

   7. Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of Chilmark Partners, LLC (D.I. 15286, Filed 3/6/15).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G.  Twenty-Fourth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period November 1, 2014 Through January 31, 2015 (D.I. 15237, Filed 2/26/15).

   1. Seventy-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 14960, Filed 12/22/14);

   2. Certificate Of No Objection Regarding Seventy-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 15049, Filed 1/14/15);

   3. Seventy-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15155, Filed 2/4/15);

   4. Certificate Of No Objection Regarding Seventy-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15238, Filed 2/26/15);

   5. Seventy-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15211, Filed 2/24/15);

   6. Certificate Of No Objection Regarding Seventy-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15351, Filed 3/20/15); and

   7. Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 15472, Filed 4/27/15).

Crowell & Moring LLP

H. Twenty-Third Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2014 Through January 31. 2015 (D.I. 15266, Filed 2/27/15).

    1. Fifty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 15253, Filed 2/27/15);

    2. Certificate Of No Objection Regarding Fifty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 15366, Filed 3/23/15);

    3. Fifty-Seventh Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15256, Filed 2/27/15);

    4. Certificate Of No Objection Regarding Fifty-Seventh Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15367, Filed 3/23/15);

    5. Fifty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15265, Filed 2/27/15);

    6. Certificate Of No Objection Regarding Fifty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15368, Filed 3/23/15); and

    7. Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of Crowell & Moring LLP (D.I. 15470, Filed 4/27/15).

Ernst & Young LLP

I. Twenty-Fourth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-

Possession For The Period Of November 1, 2014 Through January 31, 2015 (D.I. 15245, Filed 2/26/15).

1. Thirty-Fifth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2014 Through November 30, 2014 (D.I. 15052, Filed 1/14/15);

2. Certificate Of No Objection Regarding Thirty-Fifth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2014 Through November 30, 2014 (D.I. 15159, Filed 2/5/15);

3. Thirty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of December 1, 2014 Through January 31, 2015 (D.I. 15243, Filed 2/26/15);

4. Notice Of Filing Verification Of James E. Scott In Support Of Thirty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of December 1, 2014 Through January 31, 2015 (D.I. 15270, Filed 3/2/15);

5. Certificate Of No Objection Regarding Thirty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of December 1, 2014 Through January 31, 2015 (D.I. 15353, Filed 3/20/15); and

6. Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application of Ernst & Young LLP (D.I. 15471, Filed 4/27/15).

Huron Consulting Group

J. Twenty-Fourth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period November 1, 2014 Through January 31, 2015 (D.I. 15192, Filed 2/20/15).

1. Seventieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 14926, Filed 12/11/14);

2. Certificate Of No Objection Regarding Seventieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And

Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 15047, Filed 1/14/15);

3. Seventy-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15102, Filed 1/28/15);

4. Certificate Of No Objection Regarding Seventy-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15189, Filed 2/19/15);

5. Seventy-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15187, Filed 2/18/15);

6. Certificate Of No Objection Regarding Seventy-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15339, Filed 3/12/15); and

7. Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application of Huron Consulting Group (D.I. 15284, Filed 3/6/15).

<u>John Ray</u>

K. Twenty-First Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period November 1, 2014 Through January 31, 2015 (D.I. 15168, Filed 2/11/15).

1. Forty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through January 31, 2015 (D.I. 15162, Filed 2/6/15);

2. Certificate Of No Objection Regarding Forty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

      Expenses Incurred For The Period November 1, 2014 Through January 31, 2015 (D.I. 15269, Filed 3/2/15); and

3.   Fee Examiner's Final Report Regarding Twenty-First Quarterly Fee Application of John Ray (D.I. 15283, Filed 3/6/15).

Mercer (US) Inc.

L.   Twenty-First Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors, For The Period Of November 1, 2014 Through January 31, 2015 (D.I. 15252, Filed 2/27/15).

1.   Twenty-First Interim Application Of Mercer (US) Inc. As Compensation Specialist And Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of November 1, 2014 Through January 31, 2015 (D.I. 15251, Filed 2/27/15);

2.   Certificate Of No Objection Regarding Twenty-First Interim Application Of Mercer (US) Inc. As Compensation Specialist And Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of November 1, 2014 Through January 31, 2015 (D.I. 15467, Filed 4/24/15); and

3.   Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of Mercer (US) Inc. (D.I. 15466, Filed 4/24/15).

Morris, Nichols, Arsht & Tunnell LLP

M.   Twenty-Fourth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2014 Through January 31, 2015 (D.I. 15200, Filed 2/20/15).

1.   Seventy-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 14952, Filed 12/18/14);

2.   Certificate of No Objection Regarding Seventy-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 15032, Filed 1/9/15);

3. Seventy-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15034, Filed 1/12/15);

4. Certificate Of No Objection Regarding Seventy-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15158, Filed 2/4/15);

5. Seventy-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15186, Filed 2/18/15);

6. Certificate Of No Objection Regarding Seventy-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15340, Filed 3/12/15); and

7. Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 15287, Filed 3/6/15).

<u>Richards, Layton & Finer, P.A.</u>

N. Seventieth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15191, Filed 2/20/15).

    a. Supplement to Seventieth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15537, Filed 5/8/15).

1. Sixty-Seventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2014 Through August 31, 2014 (D.I. 14470, Filed 9/24/14);

2.     Certification of No Objection Regarding Sixty-Seventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2014 Through August 31, 2014 (D.I. 14578, Filed 10/16/14);

3.     Sixty-Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2014 Through September 30, 2014 (D.I. 14646, Filed 10/29/14);

4.     Certification of No Objection Regarding Sixty-Eight Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2014 Through September 30, 2014 (D.I. 14803, Filed 11/20/14);

5.     Sixty-Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2014 Through October 31, 2014 (D.I. 14819, Filed 11/25/14);

6.     Certification of No Objection Regarding Sixty-Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2014 Through October 31, 2014 (D.I. 14957, Filed 12/19/14);

7.     Fee Examiner's Final Report Regarding Final Fee Application of Richards, Layton & Finger, P.A. (D.I. 15539, Filed 5/11/15); and

8.     Fee Examiner's Final Report Regarding Supplement to Seventieth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. (D.I. 15558, Filed 5/14/15).

RLKS Executive Solutions, LLC

O.     Nineteenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period November 1, 2014 Through January 31, 2015 (D.I. 15263, Filed 2/27/15).

1.     Forty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through January 31, 2015 (D.I. 15260, Filed 2/27/15);

2.     Certificate Of No Objection Regarding Forty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through January 31, 2015 (D.I. 15365, Filed 3/23/15); and

3.     Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of RLKS Executive Solutions LLC (D.I. 15465, Filed 4/24/15).

Torys LLP

P.     Seventeenth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period November 1, 2014 Through January 31, 2015 (D.I. 15204, Filed 2/23/15).

1.     Forty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 14968, Filed 12/23/14);

2.     Certificate Of No Objection Regarding Forty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2014 Through November 30, 2014 (D.I. 15050, Filed 1/14/15);

3.     Forty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15137, Filed 2/3/15);

4.     Certificate Of No Objection Regarding Forty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2014 Through December 31, 2014 (D.I. 15226, Filed 2/25/15);

5.     Forty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15178, Filed 2/13/15);

6.     Certificate Of No Objection Regarding Forty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual

        And Necessary Expenses Incurred For The Period January 1, 2015 Through January 31, 2015 (D.I. 15291, Filed 3/9/15); and

7. Fee Examiner's Final Report Regarding Seventeenth Quarterly Fee Application of Torys LLP (D.I. 15285, Filed 3/6/15).

<u>Whiteford, Taylor & Preston LLC</u>

Q. First Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 17, 2014 Through January 31, 2015 (D.I. 15264, Filed 2/27/15).

1. Notice Of Filing Of Corrected Cover Page To First Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 17, 2014 Through January 31, 2015 (D.I. 15274, Filed 3/3/15);

2. Certificate Of No Objection Regarding First Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 17, 2014 Through January 31, 2015 (D.I. 15370, Filed 3/23/15); and

3. Fee Examiner's Final Report Regarding First Interim Fee Application of Whiteford, Taylor & Preston LLC (D.I. 15535, Filed 5/8/15).