# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2015 through March 31, 2015

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Wanland | 11.90 | $7,824.50 |
| Litigation | 93.20 | $73,659.00 |
| **TOTAL** | **105.10** | **$81,483.50** |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13236032 | 3/5/2015 | 1800 | Welt, Monica | Counsel | 0.40 | 262.00 | Exchange emails with Mr. Lipner re status update on discussion with client re Canadian issues (0.3); email with Ms. Almy re update and next steps (0.1). |
| 13323424 | 3/8/2015 | 1800 | Welt, Monica | Counsel | 0.10 | 65.50 | Email with Mr. Lipner re settlement agreement revisions. |
| 13256174 | 3/11/2015 | 1800 | Welt, Monica | Counsel | 3.20 | 2,096.00 | Review and analyze revised draft of Settlement Agreement from Mr. Lipman and compare to previous versions for updates and changes (2.0); exchange emails with Mr. Lipman re same and next steps (0.2); begin reviewing and revising settlement agreement exhibits (1.0). |
| 13323169 | 3/12/2015 | 1800 | Welt, Monica | Counsel | 0.20 | 131.00 | Email with Mr. Lipner re settlement documents and teleconference. |
| 13259147 | 3/13/2015 | 1800 | Welt, Monica | Counsel | 2.50 | 1,637.50 | Prepare for and participate in telephone conference with Mr. Lipner re status of discussions with Canadian entities, additional edits to settlement agreement, and next steps (1.2); email with Ms. Rasche re timing for call and updated class counsel information (0.2); continue revising settlement agreement exhibits (1.1). |
| 13277992 | 3/19/2015 | 1800 | Welt, Monica | Counsel | 2.40 | 1,572.00 | Email with Mr. Lipner re new comments received from Canadian counsel (0.3); teleconference with Mr. Lipner re incorporation of comments and next steps (0.5); continue revising settlement documents and exhibits (1.6). |
| 13323125 | 3/23/2015 | 1800 | Welt, Monica | Counsel | 0.50 | 327.50 | Update Ms. Almy on status of Wanland class action settlement negotiations, updates from Mr. Lipner re issues with Canadian parties, and upcoming call with Ms. Rasche. |
| 13303078 | 3/23/2015 | 1830 | Almy, Monique D. | Partner | 0.40 | 292.00 | Discuss bankruptcy aspects of Nortel Canada's proposed edits to settlement agreement with Ms. Welt. |
| 13323157 | 3/25/2015 | 1800 | Welt, Monica | Counsel | 0.70 | 458.50 | Review and analyze settlement documents from other cases for joint filing issues (0.5); email with Mr. Lipner re status of moving on Canadian issues, upcoming call with Ms. Rasche, and standard treatment of parties' joint filings in class action settlements (0.2). |
| 13322976 | 3/27/2015 | 1800 | Welt, Monica | Counsel | 1.10 | 720.50 | Prepare for and lead call with Mr. Lipner and Ms. Rasche re status of Wanland class action settlement negotiations, documents, and issues with Canadian parties. |
| 13323139 | 3/31/2015 | 1800 | Welt, Monica | Counsel | 0.40 | 262.00 | Email with Mr. Lipner re status of moving on Canadian issues and settlement exhibits. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000198 / Litigation  
Proforma 924990  
5/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13253585 | 3/2/2015 | 302 | Regan, James J. | Partner | 3.60 | 3,564.00 | Review emails from M. Supko re selected pleadings from bankruptcy litigation (0.1); review and analyze Crowell and Moring LLP's interim applications (1.0); exchange emails with M. Almy re same (0.2); review proposed set of questions and draft motion/order for conference call with Cleary re cost-sharing issues (0.5); exchange emails with Cleary re same (0.3); telephone conference with I. Rozenberg, A. McCown, and M. Plevin re issues concerning the proposed revised cost-sharing motion and proposed order, and suggested conceptual changes (0.7); review and analyze escrow agreement re cost-sharing issues (0.8). |
| 13236027 | 3/2/2015 | 1052 | Plevin, Mark D. | Partner | 0.80 | 644.00 | Telephone conference with J. Regan, I. Rozenberg, and A. McCown re issues concerning the proposed revised cost-sharing motion and proposed order, and suggested conceptual changes (0.7); draft notes re same (0.1). |
| 13224386 | 3/2/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Correspondence with Mr. Cianciolo re dismissal of Google litigations and return of Nortel documents (0.2); download, review and distribute selected pleadings from bankruptcy litigation, including notice re cancellation of 3/3/15 on Rockstar's motion for partial stay of discovery protocol (0.2). |
| 13253705 | 3/3/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Exchange emails with Cleary re cost-sharing issues. |
| 13224492 | 3/3/2015 | 1474 | Supko, Mark M. | Partner | 1.40 | 1,197.00 | Review and analyze box of Nortel documents received from former NNI employee re privilege/work product status and responsiveness to third-party discovery requests (1.0); prepare memo to file cataloging documents received from former NNI employee (0.3); correspondence with Mr. Ross re same (0.1). |
| 13256695 | 3/4/2015 | 302 | Regan, James J. | Partner | 1.40 | 1,386.00 | Exchange emails with Mr. Supko re third-party subpoena issues (0.2); exchange emails with and conference with Mr. Plevin re cost-sharing issues (0.3); telephone conference with Cleary lawyers re draft cost-sharing motion and order (0.5); review modifications to cost-sharing order (0.4). |
| 13236198 | 3/4/2015 | 1052 | Plevin, Mark D. | Partner | 0.50 | 402.50 | Telephone conference with J. Regan, I. Rozenberg, and A. McCown re draft cost-sharing motion and order. |
| 13246607 | 3/4/2015 | 6634 | Jackson, Sean | Counsel | 0.30 | 189.00 | Investigate status of remaining patent litigations involving Rockstar Consortium (0.2); draft email to Mr. Supko summarizing status of same (0.1). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000198 / Litigation  

Proforma 924990  
5/14/2015

| ID | Date | Code | Name | Title | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 13238317 | 3/6/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Ms. McCown re problem with redactions in certain redactions of allocation trial exhibits provided by Cleary (0.1); correspondence with Mr. Jackson re same (0.1). |
| 13263756 | 3/9/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Exchange emails with Cleary re cost-sharing comments (0.7); review emails from client re same (0.3); exchange emails with Crowell and Moring LLP team re new subpoena requests (0.2). |
| 13263796 | 3/10/2015 | 302 | Regan, James J. | Partner | 2.00 | 1,980.00 | Review and edit third discovery protocol agreement (1.6); exchange emails with Mr. Supko re same (0.2); review suggested edits from Mr. Plevin re same (0.2). |
| 13253516 | 3/10/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Review draft Third Discovery Protocol prepared by Mr. Supko and provide him with comments re same. |
| 13251416 | 3/10/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review ECF notices for recent filings for possible relevance to discovery issues. |
| 13252085 | 3/10/2015 | 4269 | Dahl, Mark A. | Lit Support | 1.30 | 390.00 | Review, organize, and analyze Allocation Trial exhibit documents for revised redaction review per Mr. Jackson. |
| 13253350 | 3/10/2015 | 6383 | Stillwell, April | Paralegal | 1.20 | 306.00 | Review and redact documents per the request of Mr. Jackson. |
| 13278574 | 3/10/2015 | 6634 | Jackson, Sean | Counsel | 3.10 | 1,953.00 | Review exhibits from Allocation Trial requiring further redaction in connection with preparation of replacement document production. |
| 13263840 | 3/11/2015 | 302 | Regan, James J. | Partner | 3.00 | 2,970.00 | Review and exchange emails with Crowell and Moring LLP team re RPX issues (0.2); review trial exhibits and objection deadlines (1.0); review Cleary's proposed edits to cost-sharing motion and order (0.9); telephone conference with I. Rozenberg, A. McCown, and M. Plevin re same (0.7); follow-up conference with M. Plevin re same (0.2). |
| 13258064 | 3/11/2015 | 1052 | Plevin, Mark D. | Partner | 0.90 | 724.50 | Review Cleary comments on draft cost-sharing motion and accompanying proposed order (0.2); telephone conference with I. Rozenberg, A. McCown, and J. Regan re further comments by the Cleary team (0.7). |
| 13253156 | 3/11/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Correspondence with Ms. McCown re status of allocation trial exhibits flagged by Rockstar as potentially privileged, including consultation with Mr. Jackson and analysis of Second Discovery Protocol to respond to Ms. McCown's question (0.6); review ECF notices for potentially relevant pleadings (0.1). |
| 13253347 | 3/11/2015 | 6383 | Stillwell, April | Paralegal | 2.20 | 561.00 | Review and redact documents per the request of Mr. Jackson. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000198 / Litigation

Proforma 924990  
5/14/2015

| ID | Date | | Name | Title | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 13257184 | 3/12/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Download and review recent pleadings, checking for relevance to third-party discovery issues. |
| 13278648 | 3/12/2015 | 6634 | Jackson, Sean | Counsel | 2.50 | 1,575.00 | Perform quality-control review of newly-redacted Allocation Trial exhibits for production as replacement documents. |
| 13262037 | 3/13/2015 | 4269 | Dahl, Mark A. | Lit Support | 1.50 | 450.00 | Review and analyze revised redacted documents (0.8); draft updated cross-reference chart re same (0.4); draft correspondence to vendor re pricing and processing instructions per Mr. Jackson (0.3). |
| 13278687 | 3/13/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Coordinate with Mr. Dahl the preparation of replacement Allocation Trial Exhibits for production in connection with third-party subpoenas. |
| 13287990 | 3/16/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Exchange emails with Crowell and Moring LLP team re trial exhibits stipulation (0.8); exchange emails with M. Supko and Cleary re RPX issues and third-party protocols (0.4). |
| 13267544 | 3/16/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Download/review Certification of Counsel re Trial Exhibits Stipulation, and report to Messrs. Plevin and Regan re same (0.2); consult with Mr. Jackson re analysis of Proposed Order re Trial Exhibits Stipulation (0.1); correspondence with Ms. McCown re consultation with RPX regarding potentially privileged trial exhibits identified by Rockstar (0.1). |
| 13314359 | 3/16/2015 | 4269 | Dahl, Mark A. | Lit Support | 2.40 | 720.00 | Review, organize, and analyze revised redacted productions deliverables for several ongoing third-party subpoena litigations. |
| 13285241 | 3/17/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Review court order and summary analysis. |
| 13299122 | 3/17/2015 | 6634 | Jackson, Sean | Counsel | 0.90 | 567.00 | Review and draft summary to Mr. Supko of proposed order filed with the Bankruptcy Court regarding Allocation Trial exhibits. |
| 13288000 | 3/18/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Exchange emails with Mr. Supko re status of bankruptcy litigations. |
| 13288006 | 3/19/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Review and analyze court order re granting stipulation re trial exhibits (0.5); emails with Mr. Wheeler re same (0.2). |
| 13277859 | 3/19/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Download, review, and circulate to Crowell and Moring LLP team the order granting stipulation re trial exhibits (0.1); correspondence with Ms. McCown re issue concerning Spherix and trial record, including research re same (0.2). |

Client: 105185 / Nortel Networks, Inc.            Proforma 924990
Matter: 105185.0000198 / Litigation            5/14/2015

| ID | Date | # | Name | Title | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 13281443 | 3/20/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Correspondence with Ms. McCown re issue concerning service of Bankruptcy Court pleadings re discovery protocols on Spherix, including research re same (0.6); correspondence with Ms. Hoover re service list use for discovery protocol pleadings and status of cost-sharing motion (0.2); review daily filings for possible relevance to pending issues (0.1). |
| 13281806 | 3/21/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Ms. Hoover re Spherix service issues. |
| 13282764 | 3/22/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Ms. McCown re service issue re Spherix. |
| 13290037 | 3/23/2015 | 1474 | Supko, Mark M. | Partner | 0.50 | 427.50 | Telephone conference with Ms. McCown re Spherix notice issue re potentially privileged trial exhibits (0.3); correspondence with Ms. McCown re same (0.2). |
| 13308535 | 3/24/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Review and analyze relevant pleadings in bankruptcy case (0.6); emails with Mr. Supko re same (0.1). |
| 13293311 | 3/24/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Conversation with Ms. Hoover re issue raised by Ms. McCown regarding service of Second Discovery Protocol on Spherix (0.2); download, review and circulate relevant pleadings in bankruptcy case (0.2). |
| 13297085 | 3/25/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Ms. McCown re Spherix notice issue (0.1); review ECF notices for recent pleadings, and download/circulate relevant pleadings to team (0.2). |
| 13308789 | 3/26/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Review and analyze pleadings provided by Mr. Supko. |
| 13298814 | 3/26/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Download/review new pleadings, and circulate relevant pleading to Messrs. Plevin and Regan. |
| 13301542 | 3/27/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Download/review new pleadings to check for relevance to our case. |
| 13308537 | 3/29/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Review and edit third discovery protocol and declaration (1.0); exchange emails with Crowell and Moring LLP team re same (0.2). |
| 13306425 | 3/29/2015 | 1052 | Plevin, Mark D. | Partner | 0.70 | 563.50 | Review and prepare comments on draft motion for entry of a third discovery protocol involving non-Rockstar patents. |
| 13320498 | 3/30/2015 | 302 | Regan, James J. | Partner | 2.00 | 1,980.00 | Review Mr. Plevin's comments re third discovery protocol and declaration (0.4); exchange emails with Crowell and Moring LLP team re same (0.1); attention to trustee issues (0.1); finalize comments on draft protocol and declaration (1.4). |

Client: 105185 / Nortel Networks, Inc.  Proforma 924991
Matter: 105185.0000202 / Litigation  5/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13226259 | 3/3/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Telephone call with Mr. Abramick re VTech's request for exhibits to expert reports from Allocation Litigation. |
| 13281809 | 3/21/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Abramick re document review and request for follow-up discovery. |
| 13290042 | 3/23/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review email from Mr. Abramick requesting production of additional documents (0.1); consult with Mr. Jackson re discovery strategy (0.1). |
| 13310084 | 3/24/2015 | 6634 | Jackson, Sean | Counsel | 1.10 | 693.00 | Review and analyze additional discovery requests from VTech (0.4); develop and draft plan for responding to VTech's additional requests and provide suggested next steps to Mr. Supko for review (0.7). |
| 13297093 | 3/25/2015 | 1474 | Supko, Mark M. | Partner | 1.70 | 1,453.50 | Continue reviewing email from Mr. Abramic re follow-up discovery requests (0.2); correspondence with Mr. Jackson re proposed response to same, including review of document requests in VTech subpoenas, analysis of requirements under Second Discovery Protocol, and research re categories of requested documents (1.3); prepare email to Mr. Abramic re relevance of certain categories of requested documents (0.2). |
| 13298812 | 3/26/2015 | 1474 | Supko, Mark M. | Partner | 0.60 | 513.00 | Review response from Mr. Abramic re objections to production of certain documents and request for executed retention agreement for discovery mediator, including review of cited document requests (0.2); prepare email to Mr. Abramic re proposed procedure for possible production of certain documents, including analysis of same (0.2); correspondence with Mr. Jackson re strategy for responding to VTech requests and related issues (0.2). |
| 13310442 | 3/27/2015 | 6634 | Jackson, Sean | Counsel | 0.80 | 504.00 | Call with vendor, Recommind, to coordinate hit count reports for search terms provided by VTech. |
| 13312899 | 3/31/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence and exchange of voice mail messages with Mr. Abramic re VTech discovery requests, including research re same (0.2); consult with Mr. Jackson re same (0.1). |
| 13319300 | 3/31/2015 | 6634 | Jackson, Sean | Counsel | 1.20 | 756.00 | Review hit count reports from vendor for search terms provided by VTech and draft summary spreadsheet to be provided to VTech pursuant to Second Discovery Protocol. |

Client: 105185 / Nortel Networks, Inc.  Proforma 924992
Matter: 105185.0000203 / Litigation  5/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13297256 | 3/26/2015 | 1474 | Supko, Mark M. | Partner | 2.10 | 1,795.50 | Review letter from Mr. Edgar requesting hit count report and attached list of case-specific search terms (0.2); perform research re Cisco's agreement to use a Discovery Mediator (0.4); review and analyze Spherix's complaint against Cisco re patent infringement and discovery issues (1.1); prepare response to Mr. Edgar's letter, asserting objections to demand for hit count report (0.4). |
| 13312908 | 3/31/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Mr. Edgar re Cisco's request for hit counts, including identification of repositories (0.2); consult with Mr. Jackson re same, including request for cost estimate from Recommind (0.1). |

Client: 105185 / Nortel Networks, Inc.            Proforma 924993
Matter: 105185.0000205 / Litigation            5/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13226207 | 3/3/2015 | 1474 | Supko, Mark M. | Partner | 2.90 | 2,479.50 | Review and analyze contents of hard-drive containing EDRs for documents relating to certain transactions, including review of selected documents to begin identifying possible third-party confidentiality issues (2.0); correspondence with Ms. McCown re issues concerning same (0.1); telephone conference with Ms. Grisham re subpoena, document issues, and draft discovery protocol agreement (0.4); review draft subpoena (0.3); correspondence with Ms. Grisham re same (0.1). |
| 13234879 | 3/4/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Correspondence with Ms. Grisham re call to discuss discovery protocol (0.1); correspondence with Ms. Grisham re subpoenas served on NNI, and review same (0.3); begin drafting notice to other Nortel estates and core parties in Allocation Litigation re Metaswitch subpoenas, including research re notice requirements (0.5). |
| 13236556 | 3/5/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Ms. McCown re confidentiality and production issues. |
| 13238315 | 3/6/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Ms. Grisham re meet-and-confer on proposed discovery protocol. |
| 13238316 | 3/6/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Ms. McCown re confidentiality and production issues. |
| 13238323 | 3/7/2015 | 1474 | Supko, Mark M. | Partner | 2.20 | 1,881.00 | Continue working on notice to interested parties re Metaswitch subpoenas, including analysis of notice requirements, preparation of condensed exhibits and identification of appropriate individuals to receive notice for selected parties (1.0); follow-up correspondence with selected parties in view of responses received to notice (0.1); review status of Genband/Metaswitch litigation (0.2); correspondence with Genband's litigation counsel re subpoenas (0.2); review/revise proposed discovery protocol sent by Metaswitch's counsel (0.7). |
| 13239398 | 3/8/2015 | 1474 | Supko, Mark M. | Partner | 2.00 | 1,710.00 | Continue working on discovery protocol, including research and review of relevant Bankruptcy Court pleadings. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205 / Litigation

Proforma 924993  
5/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13246285 | 3/9/2015 | 1474 | Supko, Mark M. | Partner | 1.90 | 1,624.50 | Correspondence with Ms. Grisham re meet-and-confer on proposed discovery protocol (0.1); continue working on Third Discovery Protocol to be presented to Bankruptcy Court for non-Rockstar patent litigations, including research and analysis re same (1.5); correspondence with Mr. Ross re Metaswitch subpoena and cost-sharing motion (0.1); correspondence with Genband's counsel re Metaswitch subpoena and call to discuss same (0.2). |
| 13253459 | 3/9/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Review e-mail from M. Supko to T. Ross and J. Ray re cost-sharing issues concerning Metaswitch subpoena (0.1); draft and send e-mails to T. Ross, J. Ray, I. Rozenberg, and A. McCown re status and need for Cleary's comments (0.1). |
| 13251415 | 3/10/2015 | 1474 | Supko, Mark M. | Partner | 3.20 | 2,736.00 | Continue working on Third Discovery Protocol, including identification of departures from third-party discovery agreement proposed by Metaswitch (1.3); prepare for and participate in telephone conference with Ms. Kennedy (counsel for Genband) re Metaswitch subpoenas (0.3); correspondence with Ms. Grisham re draft Third Discovery Protocol (0.1); consult with Messrs. Plevin and Regan re draft Third Discovery Protocol, and revise same in view of proposed revisions (0.5); telephone conference with Ms. Grisham re various issues concerning Metaswitch subpoenas, including draft Third Discovery Protocol and timing of motion at Bankruptcy Court (0.5); correspondence with Messes. Rozenberg and Erickson re issues concerning deposition transcripts from allocation litigation, including review of indices and follow-up questions re same (0.2); begin analyzing arguments for motion to adopt Third Discovery Protocol (0.3). |
| 13254295 | 3/11/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Continue analyzing issues re motion to adopt Third Discovery Protocol, including interplay between motion leading to Second Discovery Protocol and cost-sharing motion. |
| 13257182 | 3/12/2015 | 1474 | Supko, Mark M. | Partner | 1.40 | 1,197.00 | Continue working on motion to adopt Third Discovery Protocol, including research re same (1.3); conversation with Ms. Grisham re meet-and-confer on response to subpoena (0.1). |

Client: 105185 / Nortel Networks, Inc.  Proforma 924993
Matter: 105185.0000205 / Litigation  5/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13259573 | 3/13/2015 | 1474 | Supko, Mark M. | Partner | 1.30 | 1,111.50 | Prepare for and participate in telephone conference with Ms. Grisham and Mr. Lordgooel re protocol for responding to Metaswitch subpoena and related issues (1.0); perform research re EDR discovery issue at the request of Metaswitch (0.3). |
| 13267543 | 3/16/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Ms. Grisham re discovery issues and strategy (0.1); begin reviewing third-party's proposals re discovery issues (0.2). |
| 13299112 | 3/17/2015 | 6634 | Jackson, Sean | Counsel | 1.10 | 693.00 | Begin drafting objections and responses to subpoena served on Nortel by Metaswitch Networks. |
| 13299182 | 3/18/2015 | 6634 | Jackson, Sean | Counsel | 0.50 | 315.00 | Continue drafting objections and responses to subpoena served on Nortel by Metaswitch Networks. |
| 13299347 | 3/20/2015 | 6634 | Jackson, Sean | Counsel | 0.50 | 315.00 | Continue drafting objections and responses to subpoena served on Nortel by Metaswitch Networks. |
| 13290041 | 3/23/2015 | 1474 | Supko, Mark M. | Partner | 2.20 | 1,881.00 | Correspondence with Mr. Ross re IT issues (0.1); correspondence with Mr. Ross re status of Nortel Cable Solutions (0.1); review/revise discovery proposal by Metaswitch (1.3); continue working on motion to adopt Third Discovery Protocol (0.7). |
| 13309951 | 3/23/2015 | 6634 | Jackson, Sean | Counsel | 3.70 | 2,331.00 | Finish drafting objections and responses to subpoena served on Nortel by Metaswitch Networks (3.5); draft email to Mr. Supko providing draft of same and for review (0.2). |
| 13308508 | 3/23/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Confer with Mr. Supko re Metaswitch subpoena status. |
| 13293313 | 3/24/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Correspondence with Mr. Ross re document searching and question re Nortel Cable Solutions (0.1); continue working on revisions to draft discovery protocol agreement (0.2); correspondence with Ms. Grisham re same (0.1). |
| 13297082 | 3/25/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Prepare for and participate in telephone conference with Mr. Ross re Nortel Cable Solutions status and documents (0.3); correspondence with Ms. Grisham re discovery issues (0.1). |
| 13301541 | 3/27/2015 | 1474 | Supko, Mark M. | Partner | 2.20 | 1,881.00 | Prepare for and participate in telephone conference with Ms. Grisham and Mr. Lordgooel re third-party discovery issues and strategy (0.6); correspondence with Ms. Grisham re draft Third Discovery Protocol (0.1); continue working on motion to adopt Third Discovery Protocol, including research re same (1.5). |

Client: 105185 / Nortel Networks, Inc.  Proforma 924993
Matter: 105185.0000205 / Litigation  5/14/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13301656 | 3/28/2015 | 1474 | Supko, Mark M. | Partner | 4.50 | 3,847.50 | Continue working on motion to adopt Third Discovery Protocol, including research re same. |
| 13301879 | 3/29/2015 | 1474 | Supko, Mark M. | Partner | 3.50 | 2,992.50 | Continue working on motion to adopt Third Discovery Protocol, including review/analysis of a certain transaction agreement and Metaswitch document requests. |
| 13309632 | 3/30/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Messrs. Plevin and Regan re motion to adopt Third Discovery Protocol. |
| 13312915 | 3/31/2015 | 1474 | Supko, Mark M. | Partner | 2.90 | 2,479.50 | Correspondence with Ms. Grisham re third-party discovery issues and strategy (0.2); continue reviewing revisions/comments to draft motion to adopt third discovery protocol provided by Messrs. Plevin and Regan (0.2); continue working on motion and supporting declaration (2.5). |