# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2015 through March 31, 2015

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| Duplicating | In-House Duplicating | $0.40 |
| Duplicating | Outside Duplicating | $23.10 |
| Electronic Discovery | Advanced Discovery, LLC | $2,056.66 |
| **TOTAL** | | **$2,080.16** |

Client: 105185 / Nortel Networks, Inc.                                                                                                          Proforma Expenses
                                                                                                                                                                 5/14/2015

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|---|---|---|---|---|---|---|---|---|---|---|
| 7108259 | 3/2/2015 | 1474 | Supko, Mark M. | Partner | 23 | Outside Duplicating | 23.10 | Outside Duplicating - - VENDOR: Chris Cianciolo Reimbursement for document shipping cost | 924990 | 105185.0000198 |
| 7111381 | 3/3/2015 | 1474 | Supko, Mark M. | Partner | 22 | Inhouse Duplicating | 0.40 | Inhouse Duplicating | 924990 | 105185.0000198 |
| 7113980 | 3/9/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 1,097.16 | Electronic Discovery - Vendor: Advanced Discovery, LLC - Processing documents and run multiple productions. Inv# B137462 | 924990 | 105185.0000198 |
| 7119593 | 3/18/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 959.50 | Electronic Discovery - Vendor: Advanced Discovery, LLC - Monthly hosting, 3 user license fees and endorsement of 93,965 images. Inv# B139904 | 924990 | 105185.0000198 |