# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2015 through April 30, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 2/2/15 | 4/27/15 |

**Enter Billing Rate/Hr:** 735.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | 2.10 | $735.00 | $1,543.50 |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 21.60 | $735.00 | $15,876.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | 3.00 | $735.00 | $2,205.00 |
| 5 | Asset Sales or Other Transactional Support | 0.80 | $735.00 | $588.00 |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 5.80 | $735.00 | $4,263.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 4.80 | $735.00 | $3,528.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 4.60 | $735.00 | $3,381.00 |
| | **Hours/Billing Amount for Period:** | **42.70** | | **$31,384.50** |

# Nortel TIME SHEET

**John Ray**

42.7

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/2/15 | Review of Florida DEP filings and commnications from counsel | John Ray | 3 | 2.5 |
| 2/3/15 | Review of December form 26 | John Ray | 1 | 0.8 |
| 2/4/15 | Call with counsel for Florida West Palm remediation site (.8) and review prior to call re case history (1.0) | John Ray | 3 | 1.8 |
| 2/4/15 | Prepare monthly fee app | John Ray | 11 | 2.5 |
| 2/5/15 | Review and file monthly fee app | John Ray | 11 | 0.3 |
| 2/10/15 | Prepare quarterly fee app | John Ray | 11 | 1.5 |
| 2/11/15 | Review and file quarterly fee app | John Ray | 11 | 0.3 |
| 2/20/15 | Review of claims update and internal work related to claims status | John Ray | 3 | 3.5 |
| 3/1/15 | Update from Cleary re SNMP litigation and review of communications re same | John Ray | 3 | 1.3 |
| 3/2/15 | Review and call with Cleary and Chilmark related to cash flow, budgeting and case management (1.0) and review prior to call of internal materials (2.0) | John Ray | 4 | 3.0 |
| 3/11/15 | Review of claims update by RLKS | John Ray | 3 | 1.8 |
| 3/12/15 | Call with Cleary, Akin and Chilmark related to ASM claims and other US estate issues | John Ray | 3 | 1.5 |
| 3/13/15 | Review and approval of misc equipment sale of TV equipment | John Ray | 5 | 0.8 |
| 3/24/15 | Review of open cross border claims | John Ray | 3 | 3.0 |
| 3/31/15 | Review and update related to status of FDEP remediation and communication from counsel and environmental engineers | John Ray | 3 | 2.8 |
| 4/12/15 | Review of draft SNMP motions and filings | John Ray | 7 | 3.3 |
| 4/14/15 | Review of staffing report | John Ray | 1 | 0.5 |
| 4/14/15 | Approve insurance renewals | John Ray | 8 | 0.8 |
| 4/15/15 | Review of claims matters and communicate with Cleary and Chilmark re same | John Ray | 3 | 1.3 |
| 4/15/15 | Review of lease status at NC | John Ray | 8 | 1.5 |
| 4/22/15 | Communications with counsel and environmental engineers related to WPB closure | John Ray | 8 | 2.5 |
| 4/22/15 | Review of March MOR | John Ray | 1 | 0.8 |
| 4/22/15 | Call with PBGC re meeting | John Ray | 3 | 0.3 |
| 4/27/15 | Update on claims outstanding | John Ray | 3 | 1.8 |
| 4/27/15 | Review revised draft of SNMP briefs | John Ray | 7 | 2.5 |