# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2015 through April 30, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**February 1, 2015 through April 30, 2015**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ - |
| Travel – Lodging | | - |
| Travel – Transportation | | - |
| Travel – Meals | | - |
| Office Expenses | | - |
| TOTAL | | $ - |
| | | |