UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138          BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Regarding Debtor's Motion Approving Settlement

**Docket #:** 14950    **Date Entered:** 12/18/14

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 14999 | Date Filed: 12/31/14 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Ernst & Young Inc, The Monitor

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Mary Caloway
Buchanan Ingersoll & Rooney PC
919 N. Market St
suite 1500
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Ann Cordo
Morris Nichols Arsht & Tunnell LLP
1201 N. Market St
P.O. Box 1347
Wilmington DE 19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?**  Civil Action Number: | ○ | ● |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

**Notes:** Joinder to Designations omitted from original transmittal

CASE NO. 15-cv-105  (BAP 14-46)

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 5/15/15           **by:** _____Sara Hughes_____
                                             **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  14-46