IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,

Debtors.[1]

----------- X

: Chapter 11
:
: Case No. 09-10138 (KG)
:
: Jointly Administered
:
:
: Re: Docket Nos. 14949, 14950, 14999, 15043, 15045,
:       15093, 15094 & 15095

----------- X

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO THE APPELLEES' COUNTERDESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "Debtors" or "Appellees"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Appellees' Counterdesignation of Record on Appeal and Statement of Issues To Be Presented on Appeal* (Docket No. 15094) (the "Counterdesignation") including certain related submissions,[2] submitted in accordance with Rule 8009 of the Federal Rules of Bankruptcy Procedure, in response to the *Notice of Filing of Items Designated for Record on Appeal* (Docket No. 15043) (the "Appellants' Record Filing") and the *Monitor and Canadian Debtors' Statement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

[2] In connection with the Counterdesignation, the Appellees filed the *Notice of Filing of Items in Record on Appeal* (Docket No. 15093) and the *Index of Appellees' Counterdesignation of Record on Appeal* (Docket No. 15095).

*Pursuant to Bankruptcy Rule 8009 of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* (Docket No. 15045) (the "Appellants' Designation") filed in connection with the Notice of Appeal dated December 31, 2014 (Docket No. 14999) from the *Order Granting Debtors' Motion Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "Settlement Order") (Docket No. 14950) and the accompanying *Opinion Regarding Debtors' Motion Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "Opinion") (Docket No. 14949) entered by this Court on December 18, 2014.

## THE COMMITTEE'S JOINDER

The Committee hereby joins the counterdesignations set forth in the Appellees' Counterdesignation. In addition, the Committee expressly reserves its right to supplement the Appellee's Counterdesignation and/or to object to, or otherwise supplement or move to strike or modify, some or all of any designations made by the Appellants.

Dated: January 27, 2015
      Wilmington, Delaware

Respectfully submitted,

By: _____
Christopher M. Samis (No. 4909)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144

and

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
Robert Johnson (*pro hac vice*)
Brad Kahn (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: (212) 872-1000

Co-counsel to the Committee

## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on January 27, 2015 a copy of the foregoing **Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the Appellees' Counterdesignation of Record on Appeal and Statement of Issues to be Presented on Appeal** was served on the parties on the attached list and in the manner indicated thereon.

_____
Christopher M. Samis (No. 4909)

# SERVICE LIST

**VIA HAND-DELIVERY**

Charlene D. Davis
Justin Alberto
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Mary F. Caloway
Kathleen A. Murphy
Buchanan Ingersoll & Rooney PC
919 N. Market Street, Suite 1500
Wilmington, DE 19801

US Trustee
Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

William E. Chipman, Jr.
Mark D. Olivere
Ann. M. Kashishian
Chipman Brown Cicero & Cole, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

Selinda A. Melnick
Timothy Hoeffner
DLA Piper LLP (USA)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Atara Miller
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Brian E. O'Connor
Sameer Advani
Weston T. Eguchi
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Ken Coleman
Jacob S. Pultman
Daniel J. Guyder
John Kibler
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Michael R. Lastowski
Christopher M. Winter
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Laura Davis Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Kevin M. Capuzzi
Pinckney Weidinger Urban & Joyce LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899-1347

Michael J. Riela Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Craig A. Barbarosh
David Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Susheel Kirpalani James
C. Tecce
Daniel Holztan
Quinn Emanuel Urquhart & Sullivan 52 Madison Avenue, 22nd Floor
New York, NY 10010