# **<u>EXHIBIT A</u>**

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12274512 | 04/01/15 | | CONTINUE TO DRAFT WTP SECOND FEE APPLICATION FOR NORTEL (1.2); ATTENTION TO EDITS RE: SAME (.2). | S19 | | 1.40 | 01769 | CM | 329.00 | 329.00 |
| 12274522 | 04/01/15 | | ATTENTION TO DAILY DOCKET DISTRIBUTION FOR NORTEL. | S1 | | .10 | 01769 | CM | 23.50 | 352.50 |
| 12320066 | 04/01/15 | | REVIEW AGENDA CANCELING 4/7 HEARING. | S10 | | .10 | 01761 | LKG | 49.00 | 401.50 |
| 12320114 | 04/01/15 | | EMAIL TO M. FAGEN, B. KAHN RE: CANCELLATION OF 4/7 HEARING. | S10 | | .10 | 01761 | LKG | 49.00 | 450.50 |
| 12320153 | 04/01/15 | | MEETING WITH C. MCALLISTER, W. JEFFERS RE: PREPARATION OF FEE APPLICATIONS (.4); EMAIL X2 TO C. MCALLISTER RE: SAME (.2). | S17 | | .60 | 01761 | LKG | 294.00 | 744.50 |
| 12320250 | 04/01/15 | | REVIEW CANADIAN DEBTORS' OPENING BRIEF IN PPI APPEAL. | S16 | | 1.30 | 01762 | CMS | 669.50 | 1,414.00 |
| 12275401 | 04/02/15 | | ATTENTION TO DAILY DOCKET DISTRIBUTION FOR NORTEL. | S1 | | .10 | 01769 | CM | 23.50 | 1,437.50 |
| 12320233 | 04/02/15 | | ATTEND MEETING REGARDING TRIAL PREPARATIONS (.8); MEETING WITH C. SAMIS RE: SAME (.1). | S10 | | .90 | 01761 | LKG | 441.00 | 1,878.50 |
| 12320292 | 04/02/15 | | REVIEW CROSS-SUBMISSIONS ON EVIDENTIARY ISSUES RAISED AT 3/26/15 HEARING. | S10 | | .60 | 01762 | CMS | 309.00 | 2,187.50 |
| 12320294 | 04/02/15 | | REVIEW FEBRUARY 2015 MOR. | S12 | | .30 | 01762 | CMS | 154.50 | 2,342.00 |
| 12320296 | 04/02/15 | | REVIEW FEBRUARY 2015 WTP FEE APPLICATION. | S19 | | .80 | 01762 | CMS | 412.00 | 2,754.00 |
| 12320300 | 04/02/15 | | REVIEW AND CALENDAR UPCOMING CRITICAL DATES. | S1 | | .20 | 01762 | CMS | 103.00 | 2,857.00 |
| 12321174 | 04/02/15 | | REVIEW DEBTORS' STATEMENT OF OCP COMPENSATION. | S20 | | .10 | 01761 | LKG | 49.00 | 2,906.00 |
| 12276932 | 04/03/15 | | UPDATE CRITICAL DATES CALENDAR FOR NORTEL. | S1 | | .40 | 01769 | CM | 94.00 | 3,000.00 |
| 12276976 | 04/03/15 | | EMAILS TO P. PALMER RE: EXPENSE REPORTS FOR WTP 2ND FEE APPLICATION (.1 X 3); ATTENTION TO EDITS ON WTP 2ND FEE APPLICATION (1.3) | S19 | | 1.60 | 01769 | CM | 376.00 | 3,376.00 |
| 12320276 | 04/03/15 | | CALL FROM F. HODARA RE: ALLOCATION LITIGATION STRATEGY. | S16 | | .20 | 01762 | CMS | 103.00 | 3,479.00 |
| 12320277 | 04/03/15 | | E-MAIL TO F. HODARA RE: ALLOCATION LITIGATION STRATEGY. | S16 | | .10 | 01762 | CMS | 51.50 | 3,530.50 |
| 12320280 | 04/03/15 | | E-MAIL TO B. KAHN RE: MARCH WTP FEE AND EXPENSE ESTIMATES. | S19 | | .10 | 01762 | CMS | 51.50 | 3,582.00 |
| 12321357 | 04/03/15 | | MEETING WITH C. SAMIS RE: WTP FEBRUARY FEE | S19 | | .80 | 01761 | LKG | 392.00 | 3,974.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPLICATION (.1); TELEPHONE CALL WITH C. MCALLISTER RE: SAME (.1); REVIEW SAME (.6) | | | | | | | |
| 12321395 | 04/03/15 | | CORRESPONDENCE WITH C. SAMIS RE: NORTEL FEE APPLICATION (.2); REVISE SAME (.4) | S19 | | .60 | 01761 | LKG | 294.00 | 4,268.00 |
| 12316443 | 04/06/15 | | UPDATE WTP SECOND MONTHLY FEE APPLICATION, FILE, PREPARE DOCUMENTS FOR SERVICE, AND CONTACT DLS TO HAVE DOCUMENTS SERVED. | S19 | | 1.40 | 01240 | WJ | 406.00 | 4,674.00 |
| 12320315 | 04/06/15 | | E-MAIL TO M. WUNDER RE: EXAMINER'S REPORT ON QE JAN. 2015. | S20 | | .10 | 01762 | CMS | 51.50 | 4,725.50 |
| 12322123 | 04/06/15 | | REVISE WTP SECOND MONTHLY FEE APPLICATION (.5); MEETING WITH C. SAMIS RE: SAME (.1); MEETING WITH W. JEFFERS RE: NOTICE AND COS FOR SAME (.1); REVIEW SAME (.1); EMAIL TO W. JEFFERS RE: SERVICE OF SAME (.1) | S19 | | .90 | 01761 | LKG | 441.00 | 5,166.50 |
| 12319518 | 04/08/15 | | REVIEW MOTION TO APPROVE THIRD DISCOVERY PROTOCOL | S16 | | .20 | 01761 | LKG | 98.00 | 5,264.50 |
| 12320340 | 04/08/15 | | REVIEW MOTION FOR THIRD DISCOVERY PROTOCOL. | S16 | | 1.60 | 01762 | CMS | 824.00 | 6,088.50 |
| 12316479 | 04/09/15 | | PREPARE DAILY DOCKET INFORMATION FOR C. SAMIS AND K. GOOD. | S1 | | .20 | 01240 | WJ | 58.00 | 6,146.50 |
| 12319331 | 04/10/15 | | ANALYZE ISSUES RELATED TO PPI APPEAL. | S16 | | .40 | 01761 | LKG | 196.00 | 6,342.50 |
| 12316514 | 04/13/15 | | PREPARE DAILY DOCKET REPORT FOR K. GOOD AND C. SAMIS. | S1 | | .30 | 01240 | WJ | 87.00 | 6,429.50 |
| 12318957 | 04/13/15 | | REVIEW CONFIDENTIALITY AND PROTECTIVE ORDER (.1); REVIEW SCHEDULING ORDER RE: QUEENS BALLPARK AND STERLING METS CLAIMS OBJECTIONS (.1); REVIEW STATUS REPORT REGARDING AVOIDANCE ACTIONS (.1). | S16 | | .30 | 01761 | LKG | 147.00 | 6,576.50 |
| 12319003 | 04/13/15 | | EMAIL TO C. MCALLISTER RE: ADDITIONAL OMNIBUS HEARING DATES AND CRITICAL DATES CALENDAR (.1). | S1 | | .10 | 01761 | LKG | 49.00 | 6,625.50 |
| 12319005 | 04/13/15 | | MEETING WITH C. SAMIS REGARDING ADVERSARY PROCEEDINGS. | S16 | | .10 | 01761 | LKG | 49.00 | 6,674.50 |
| 12320385 | 04/13/15 | | REVIEW MARCH 2015 BILL MEMO. | S19 | | .80 | 01762 | CMS | 412.00 | 7,086.50 |
| 12316529 | 04/14/15 | | PREPARE DAILY DOCKET REPORT FOR C. SAMIS AND K. GOOD. | S1 | | .50 | 01240 | WJ | 145.00 | 7,231.50 |
| 12319052 | 04/14/15 | | REVIEW PERIODIC REPORT REGARDING VALUE OF NONDEBTOR SUBSIDIARIES. | S12 | | .20 | 01761 | LKG | 98.00 | 7,329.50 |
| 12319062 | 04/14/15 | | REVIEW AGENDA CANCELING 4/21 HEARING. | S10 | | .10 | 01761 | LKG | 49.00 | 7,378.50 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12320403 | 04/14/15 | | REVIEW AVAYA MEMO OF LAW IN OPPOSITION TO SNMP MOTION FOR DETERMINATION THAT THE COURT LACKS AUTHORITY TO ENTER FINAL ORDERS AS TO AVAYA. | S16 | | 1.60 | 01762 | CMS | 824.00 | 8,202.50 |
| 12320404 | 04/14/15 | | REVIEW DEBTORS MEMO OF LAW IN OPPOSITION TO SNMP MOTION FOR DETERMINATION THAT THE COURT LACKS AUTHORITY TO ENTER FINAL ORDERS AS TO AVAYA. | S16 | | 1.00 | 01762 | CMS | 515.00 | 8,717.50 |
| 12320408 | 04/14/15 | | REVIEW DECEMBER 2015.3 REPORTING. | S12 | | .50 | 01762 | CMS | 257.50 | 8,975.00 |
| 12320415 | 04/14/15 | | E-MAILS TO C. MCALLISTER RE: PREPARING COMBINED FEBRUARY / MARCH 2015 FEE APPLICATION FOR WTP (.1 X 2). | S19 | | .20 | 01762 | CMS | 103.00 | 9,078.00 |
| 12291023 | 04/15/15 | | DRAFT WTP THIRD (MARCH) MONTHLY FEE APPLICATION. | S19 | | 1.00 | 01769 | CM | 235.00 | 9,313.00 |
| 12316540 | 04/15/15 | | PREPARE DAILY DOCKET REPORT FOR K. GOOD AND C. SAMIS. | S1 | | .10 | 01240 | WJ | 29.00 | 9,342.00 |
| 12322796 | 04/15/15 | | EMAIL TO C. MCALLISTER RE: THIRD MONTHLY FEE APPLICATION. | S19 | | .10 | 01761 | LKG | 49.00 | 9,391.00 |
| 12322912 | 04/15/15 | | REVIEW TORY'S FEBRUARY FEE APPLICATION (.1); REVIEW CROWELL MORING FEBRUARY FEE APPLICATION (.1). | S20 | | .20 | 01761 | LKG | 98.00 | 9,489.00 |
| 12292929 | 04/16/15 | | EMAILS WITH K. GOOD RE: CANCELLATION OF 6/2 OMNIBUS HEARING. | S10 | | .10 | 01769 | CM | 23.50 | 9,512.50 |
| 12292931 | 04/16/15 | | ATTENTION TO UPDATING CRITICAL DATES CALENDAR AND OUTLOOK CALENDARS. | S1 | | .20 | 01769 | CM | 47.00 | 9,559.50 |
| 12293068 | 04/16/15 | | FURTHER EDITS TO WTP THIRD MONTHLY (MARCH) FEE APPLICATION (.7); E-MAIL DRAFT TO C. SAMIS AND K. GOOD FOR REVIEW (.1). | S19 | | .80 | 01769 | CM | 188.00 | 9,747.50 |
| 12316554 | 04/16/15 | | PREPARE DAILY DOCKET REPORT FOR K. GOOD AND C. SAMIS. | S1 | | .10 | 01240 | WJ | 29.00 | 9,776.50 |
| 12318920 | 04/16/15 | | REVIEW NOTICE OF CANCELLATION OF JUNE 2 HEARING (.1); EMAIL TO C. MCALLISTER RE: UPDATING CRITICAL DATES CALENDAR (.1). | S10 | | .20 | 01761 | LKG | 98.00 | 9,874.50 |
| 12294524 | 04/17/15 | | ATTENTION TO UPDATES TO CRITICAL DATES CALENDAR AND OUTLOOK CALENDARS. | S1 | | .90 | 01769 | CM | 211.50 | 10,086.00 |
| 12294530 | 04/17/15 | | UPDATE FEE APPLICATION CHART FOR AKIN GUMP. | S1 | | .70 | 01769 | CM | 164.50 | 10,250.50 |
| 12294531 | 04/17/15 | | UPDATE FEE APPLICATION CHART FOR CAPSTONE. | S1 | | .20 | 01769 | CM | 47.00 | 10,297.50 |
| 12294532 | 04/17/15 | | UPDATE FEE APPLICATION CHART FOR ASHURST. | S1 | | 1.30 | 01769 | CM | 305.50 | 10,603.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12294533 | 04/17/15 | | UPDATE FEE APPLICATION CHART FOR CASSELS BROCK. | S1 | | .70 | 01769 | CM | 164.50 | 10,767.50 |
| 12294534 | 04/17/15 | | ADD WTP TO FEE APPLICATION CHART. | S1 | | .20 | 01769 | CM | 47.00 | 10,814.50 |
| 12296651 | 04/17/15 | | REVIEW REVISED CRITICAL DATES CALENDAR (.1). | S1 | | .10 | 01761 | LKG | 49.00 | 10,863.50 |
| 12316567 | 04/17/15 | | PREPARE DAILY DOCKET REPORT FOR K. GOOD AND C. SAMIS. | S1 | | .10 | 01240 | WJ | 29.00 | 10,892.50 |
| 12318934 | 04/17/15 | | REVIEW E&Y 37TH MONTHLY FEE APPLICATION (.1). | S20 | | .10 | 01761 | LKG | 49.00 | 10,941.50 |
| 12296487 | 04/20/15 | | UPDATE FEE APPLICATION CHART FOR CASSELS BROCK. | S1 | | .50 | 01769 | CM | 117.50 | 11,059.00 |
| 12296496 | 04/20/15 | | EDIT WTP THIRD MONTHLY FEE APPLICATION. | S19 | | .20 | 01769 | CM | 47.00 | 11,106.00 |
| 12296498 | 04/20/15 | | UPDATE FEE APPLICATION CHART FOR RICHARDS, LAYTON & FINGER. | S1 | | .40 | 01769 | CM | 94.00 | 11,200.00 |
| 12316597 | 04/20/15 | | EDIT AND FILE WTP 3RD MONTHLY APPLICATION FOR COMPENSATION. | S19 | | 2.20 | 01240 | WJ | 638.00 | 11,838.00 |
| 12316599 | 04/20/15 | | PREPARE DAILY DOCKET REPORT FOR K. GOOD AND C. SAMIS. | S1 | | .10 | 01240 | WJ | 29.00 | 11,867.00 |
| 12318898 | 04/20/15 | | REVIEW/REVISE NOTICE OF WITHDRAWAL RE: WTP THIRD MONTHLY FEE APPLICATION (.1); MEETING WITH W. JEFFERS RE: SAME (.1); REVIEW WTP THIRD MONTHLY FEE APPLICATION (.2); TELEPHONE CALL WITH W. JEFFERS RE: SERVICE OF SAME (.1). | S19 | | .50 | 01761 | LKG | 245.00 | 12,112.00 |
| 12320456 | 04/20/15 | | ATTENTION TO FINALIZING, FILING AND SERVING THIRD WTP FEE APPLICATION. | S19 | | 1.90 | 01762 | CMS | 978.50 | 13,090.50 |
| 12320463 | 04/20/15 | | REVIEW 59TH MONTHLY CROWELL FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 206.00 | 13,296.50 |
| 12320465 | 04/20/15 | | REVIEW FEBRUARY 2015 TORY'S FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 206.00 | 13,502.50 |
| 12320467 | 04/20/15 | | REVIEW 37TH E&Y FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 206.00 | 13,708.50 |
| 12320500 | 04/20/15 | | REVIEW 75TH MONTHLY MNAT FEE APPLICATION. | S20 | | .50 | 01762 | CMS | 257.50 | 13,966.00 |
| 12320503 | 04/20/15 | | REVIEW 47TH MONTHLY RLKS FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 206.00 | 14,172.00 |
| 12320507 | 04/20/15 | | REVIEW 46TH MONTHLY RLKS FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 206.00 | 14,378.00 |
| 12320509 | 04/20/15 | | REVIEW 74TH MONTHLY CLEARY FEE APPLICATION. | S20 | | .50 | 01762 | CMS | 257.50 | 14,635.50 |
| 12320511 | 04/20/15 | | REVIEW 74TH MONTHLY MNAT FEE APPLICATION. | S20 | | .50 | 01762 | CMS | 257.50 | 14,893.00 |
| 12320515 | 04/20/15 | | REVIEW 73RD MONTHLY HURON FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 206.00 | 15,099.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12297616 | 04/21/15 | | ATTENTION TO CRITICAL DATES CALENDAR AND OUTLOOK CALENDARS (.1). | S1 | | .10 | 01769 | CM | 23.50 | 15,122.50 |
| 12297619 | 04/21/15 | | DRAFT EXHIBIT FOR INTERIM FEE ORDER FOR THE 24TH INTERIM PERIOD. | S20 | | .80 | 01769 | CM | 188.00 | 15,310.50 |
| 12297660 | 04/21/15 | | MEETING WITH K. GOOD RE: NORTEL 24TH INTERIM FEE APPLICATION EXHIBIT CHART. | S20 | | .40 | 01769 | CM | 94.00 | 15,404.50 |
| 12318889 | 04/21/15 | | CONFERENCE WITH C. SAMIS RE: 5/19 FEE HEARING (.1); EMAIL TO C. MCALLISTER RE: PREPARATION OF ORDER EXHIBIT AND UPDATING OF CRITICAL DATES RE: SAME (.1); EMAIL TO A. STEELE RE: SAME (.1); EMAIL TO C. SAMIS RE: DEADLINE FOR FEBRUARY-APRIL INTERIM FEE APPLICATIONS (.1); REVIEW 60TH AND 61ST MONTHLY FEE APPLICATIONS OF CHILMARK (.2). | S20 | | .60 | 01761 | LKG | 294.00 | 15,698.50 |
| 12320576 | 04/21/15 | | ATTENTION TO OBTAINING LEDES FORMATS FOR UST AND DISCUSSIONS WITH ACCOUNTING REGARDING SAME. | S19 | | .30 | 01762 | CMS | 154.50 | 15,853.00 |
| 12320582 | 04/21/15 | | E-MAILS OT A. CORDO RE: NEXT INTERIM FEE HEARING (.1 X 3). | S10 | | .30 | 01762 | CMS | 154.50 | 16,007.50 |
| 12320583 | 04/21/15 | | E-MAILS TO K. GOOD RE: NEXT INTERIM FEE HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 103.00 | 16,110.50 |
| 12320585 | 04/21/15 | | E-MAIL TO COMMITTEE WORK GROUP RE: NEXT INTERIM FEE HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 16,162.00 |
| 12320586 | 04/21/15 | | E-MAIL TO M. WUNDER RE: NEXT INTERIM FEE HEARING AND STATUS OF RESPONSES TO EXAMINER REPORTS. | S10 | | .10 | 01762 | CMS | 51.50 | 16,213.50 |
| 12299566 | 04/22/15 | | DRAFT AND REVIEW CERTIFICATE OF NO OBJECTION FOR ASHURST 73RD FEE APPLICATION (.3); PREPARE AND FILE CNO RE: SAME (.2). | S20 | | .50 | 01769 | CM | 117.50 | 16,331.00 |
| 12299567 | 04/22/15 | | ATTENTION TO CRITICAL DATES CALENDAR AND OUTLOOK CALENDARS. | S1 | | .10 | 01769 | CM | 23.50 | 16,354.50 |
| 12299568 | 04/22/15 | | DRAFT EXHIBIT FOR INTERIM FEE ORDER FOR THE 24TH INTERIM PERIOD. | S20 | | .70 | 01769 | CM | 164.50 | 16,519.00 |
| 12316624 | 04/22/15 | | PREPARE DAILY DOCKET REPORT FOR C. SAMIS AND K. GOOD. | S1 | | .10 | 01240 | WJ | 29.00 | 16,548.00 |
| 12320670 | 04/22/15 | | E-MAILS TO J. SCARBOROUGH RE: WTP LEDES DATA FOR WTP FEE APPLICATIONS (.1 X 2). | S19 | | .20 | 01762 | CMS | 103.00 | 16,651.00 |
| 12320681 | 04/22/15 | | REVIEW 60TH CHILMARK MONTHLY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 154.50 | 16,805.50 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12320682 | 04/22/15 | | REVIEW 61ST CHILMARK MONTHLY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 154.50 | 16,960.00 |
| 12320683 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR SIXTEENTH QUARTERLY FEE APPLICATION OF BENESCH. | S20 | | .20 | 01762 | CMS | 103.00 | 17,063.00 |
| 12320684 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR TWENTY-FOURTH INTERIM FEE APPLICATION OF ASHURST. | S20 | | .20 | 01762 | CMS | 103.00 | 17,166.00 |
| 12320685 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR TWENTY FOURTH INTERIM FEE APPLICATION OF AKIN. | S20 | | .20 | 01762 | CMS | 103.00 | 17,269.00 |
| 12320686 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR NINETEENTH QUARTERLY FEE APPLICATION OF RLKS. | S20 | | .20 | 01762 | CMS | 103.00 | 17,372.00 |
| 12320687 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR TWENTY FIRST QUARTERLY FEE APPLICATION OF MERCER | S20 | | .20 | 01762 | CMS | 103.00 | 17,475.00 |
| 12320688 | 04/22/15 | | REVIEW 74TH HURON MONTHLY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 154.50 | 17,629.50 |
| 12320689 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR TWENTY FOURTH INTERIM FEE APPLICATION OF CAPSTONE. | S20 | | .20 | 01762 | CMS | 103.00 | 17,732.50 |
| 12320690 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR TWENTY THIRD QUARTERLY FEE APPLICATION OF CROWELL & MORING. | S20 | | .20 | 01762 | CMS | 103.00 | 17,835.50 |
| 12320691 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR TWENTY FOURTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG. | S20 | | .20 | 01762 | CMS | 103.00 | 17,938.50 |
| 12320692 | 04/22/15 | | REVIEW MARCH 2015 MOR. | S12 | | .40 | 01762 | CMS | 206.00 | 18,144.50 |
| 12320693 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR FOURTH INTERIM FEE APPLICATION OF CASSELS. | S20 | | .20 | 01762 | CMS | 103.00 | 18,247.50 |
| 12320694 | 04/22/15 | | REVIEW FEE EXAMINER'S REPORT FOR TWENTY FOURTH QUARTERLY FEE APPLICATION OF CLEARY. | S20 | | .20 | 01762 | CMS | 103.00 | 18,350.50 |
| 12320695 | 04/22/15 | | REVIEW MARCH 2015 CLEARY FEE APPLICATION. | S20 | | .50 | 01762 | CMS | 257.50 | 18,608.00 |
| 12320696 | 04/22/15 | | REVIEW MARCH 2015 ASHURST FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 206.00 | 18,814.00 |
| 12300638 | 04/23/15 | | UPDATE FEE APPLICATION CHART FOR WTP (.4); EMAIL TO K. GOOD RE: SAME (.1). | S1 | | .50 | 01769 | CM | 117.50 | 18,931.50 |
| 12300639 | 04/23/15 | | DRAFT NOTICE AND CERTIFICATE OF SERVICE FOR CAPSTONE 73RD FEE APPLICATION (.4); ATTENTION TO PREPARE AND FILE RE: SAME (.4); COORDINATE SERVICE OF SAME (.1). | S20 | | .90 | 01769 | CM | 211.50 | 19,143.00 |
| 12300654 | 04/23/15 | | UPDATE FEE APPLICATION CHART FOR CAPSTONE. | S20 | | .10 | 01769 | CM | 23.50 | 19,166.50 |
| 12308380 | 04/23/15 | | EMAIL TO M. FAGEN RE: CAPSTONE 73RD MONTHLY FEE | S20 | | .70 | 01761 | LKG | 343.00 | 19,509.50 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPLICATION (.1); REVIEW SAME (.2); EMAIL TO C. MCALLISTER RE: DRAFTING NOTICE AND COS FOR SAME (.1); REVIEW SAME (.1); MEETING X2 WITH C. MCALLISTER RE: FILING AND SERVICE OF SAME (.1); EMAIL X2 TO M. FAGEN RE: DEADLINE FOR FEBRUARY - APRIL INTERIM FEE APPLICATIONS (.1). | | | | | | | |
| 12303005 | 04/24/15 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .20 | 01769 | CM | 47.00 | 19,556.50 |
| 12308183 | 04/24/15 | | REVIEW FEE EXAMINER'S REPORTS (.3); MEETING WITH C. MCALLISTER RE: PREPARATION OF EXHIBIT FOR INTERIM FEE ORDER (.1). | S20 | | .40 | 01761 | LKG | 196.00 | 19,752.50 |
| 12320678 | 04/24/15 | | E-MAIL TO J. SCARBOROUGH RE: EXCEL DATA FOR WTP FEE APPLICATIONS. | S19 | | .10 | 01762 | CMS | 51.50 | 19,804.00 |
| 12304183 | 04/27/15 | | CONTINUE TO DRAFT EXHIBIT FOR 24TH FEE INTERIM APPLICATION PERIOD. | S20 | | .20 | 01769 | CM | 47.00 | 19,851.00 |
| 12304184 | 04/27/15 | | ATTENTION TO DAILY DOCKET DISTRIBUTIONS.(.2); EMAIL TO C. SAMIS AND K. GOOD RE: SAME (.1). | S1 | | .30 | 01769 | CM | 70.50 | 19,921.50 |
| 12307763 | 04/27/15 | | EMAIL TO C. MCALLISTER RE: UPDATING EXHIBIT FOR INTERIM FEE ORDER (.1); REVIEW FEE EXAMINER'S REPORT ON CAPSTONE'S 24TH INTERIM FEE APPLICATION (.1). | S20 | | .20 | 01761 | LKG | 98.00 | 20,019.50 |
| 12321277 | 04/27/15 | | E-MAIL TO C. MCALLISTER RE: OBTAINING EXCEL SPREADSHEETS WITH WTP FEE DATA FOR FEE EXAMINER. | S19 | | .10 | 01762 | CMS | 51.50 | 20,071.00 |
| 12305962 | 04/28/15 | | UPDATE FEE APPLICATION CHART. | S20 | | .10 | 01769 | CM | 23.50 | 20,094.50 |
| 12305977 | 04/28/15 | | ORGANIZATION OF MULTIPLE EXHIBIT BINDERS FROM 3/26 HEARING. | S10 | | .60 | 01769 | CM | 141.00 | 20,235.50 |
| 12306149 | 04/28/15 | | DRAFT NOTICE AND CERTIFICATE OF SERVICE FOR ASHURST 74TH (MARCH) FEE APPLICATION (.3); FILE RE: SAME (.4). | S20 | | .70 | 01769 | CM | 164.50 | 20,400.00 |
| 12306814 | 04/28/15 | | REVIEW ASHURST 74TH MONTHLY FEE APPLICATION (.2); EMAIL TO C. MCALLISTER RE: PREPARATION OF NOTICE AND COS FOR SAME (.1); REVIEW SAME (.1); MEETING WITH C. MCALLISTER RE: FILING SAME (.1); TELEPHONE CALL WITH C. MCALLISTER RE: EXHIBIT FOR 24TH INTERIM FEE ORDER (.1). | S20 | | .60 | 01761 | LKG | 294.00 | 20,694.00 |
| 12316661 | 04/28/15 | | REVIEW DOCKET TO PREPARE DAILY DOCKET REPORT FOR K. GOOD AND C. SAMIS. | S1 | | .10 | 01240 | WJ | 29.00 | 20,723.00 |
| 12320651 | 04/28/15 | | E-MAIL TO J. SCARBOROUGH RE: DATA IN EXCEL FOR REVIEWING WTP FEES. | S19 | | .10 | 01762 | CMS | 51.50 | 20,774.50 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12310089 | 04/29/15 | | REVIEW MARCH MONTHLY OPERATING REPORT. | S12 | | .10 | 01761 | LKG | 49.00 | 20,823.50 |
| 12316673 | 04/29/15 | | PREPARE DAILY DOCKET REPORT FOR K. GOOD AND C. SAMIS. | S1 | | .10 | 01240 | WJ | 29.00 | 20,852.50 |
| 12311531 | 04/30/15 | | ADD OBJECTION / CNO DEADLINES TO OUTLOOK CALENDARS. | S1 | | .20 | 01769 | CM | 47.00 | 20,899.50 |
| 12312227 | 04/30/15 | | CONTINUE TO DRAFT EXHIBIT FEE CHART FOR 24TH INTERIM PERIOD. | S20 | | .80 | 01769 | CM | 188.00 | 21,087.50 |
| 12316688 | 04/30/15 | | PREPARE DAILY DOCKET REPORT FOR K. GOOD AND C. SAMIS. | S1 | | .10 | 01240 | WJ | 29.00 | 21,116.50 |
| 12320730 | 04/30/15 | | REVIEW DEBTOR'S OPPOSITION TO SNMP'S MOTION TO WITHDRAW REFERENCE. | S16 | | 1.20 | 01762 | CMS | 618.00 | 21,734.50 |
| 12320733 | 04/30/15 | | REVIEW AVAYA'S OPPOSITION TO SNMP'S MOTION TO WITHDRAW REFERENCE. | S16 | | 1.20 | 01762 | CMS | 618.00 | 22,352.50 |