# **<u>EXHIBIT B</u>**

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 2.10 |
| 3065687 | 04/06/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY, CREATE 4 EXHIBIT BINDERS W TABS | 438.80 | |
| 3065689 | 04/06/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-PRINT PDF DOCUMENTS AND HAND DELIVER TO COURT | 19.80 | |
| 3065688 | 04/06/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY, CREATE HEARING BINDERS W TABS | 1,195.00 | |
| 3065690 | 04/10/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY AND SERVE MONTHLY FEE APP ASHURST | 95.18 | |
| 3065693 | 04/16/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES -COPY AND SERVE SECOND MONTHLY FEE APP OF WTP | 64.54 | |
| 3065701 | 04/23/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - PRINT B/W, SPIRAL/COIL BINDING | 113.00 | |
| 3065704 | 04/24/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, HAND DELIVERY-WITH BANKRUPTCY SERVICE, PDF EMAILED TO CLIENT | 88.34 | |
| 3065710 | 04/30/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, PDF EMAILED TO CLIENT, HAND DELIVERY | 66.34 | |
| | | | | | *44 | COPIES | | 2,081.00 |
| | | | | | | *TOTAL DISBURSEMENTS* | 2,083.10 | |