# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X  Chapter 11
:
*In re* : Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. :
:
---------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 19, 2015 AT 10:00 A.M. (EASTERN TIME)

> **THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL

1. Seventeenth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15191, Filed 2/20/15).

   Objection Deadline: March 12, 2015 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

(a) Supplement to Seventeenth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15537, Filed 5/8/15);

(b) Fee Examiner's Final Report Regarding Supplement to Seventieth Monthly and Final Fee Application of Richards, Layton & Finger, P.A. (D.I. 15558, Filed 5/14/15);

(c) Certification of Counsel Regarding Order Granting Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15560, Filed 5/14/15); and

**(d)** **Order Granting Final Application of Richards, Layton, & Finger P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 Through November 16, 2014 (D.I. 15568, Entered 5/18/15).**

Status: **An order has been entered regarding this matter. No hearing is necessary.**

**FEE APPLICATIONS**

2. Quarterly Fee Applications.

   Responses Received: None.

   Related Pleadings: See attached "Exhibit A".

   **(a)** **Certification of Counsel Regarding Twenty-Fourth Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses (D.I. 15567, Filed 5/18/15); and**

   **(b)** **Twenty-Fourth Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses (D.I. 15571, Entered 5/18/15).**

   Status: **An order has been entered regarding this matter. No hearing is necessary.**

| | |
|---|---|
| Dated: May 18, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

9133755.3