## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                                     :
                                                     :   Chapter 11
                                                     :
In re                                                :
                                                     :   Case No. 09-10138 (KG)
                                                     :
Nortel Networks Inc., et al.,                        :
                                                     :   Jointly Administered
                    Debtors.                         :
                                                     :
-----------------------------------------------------X
```

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, hereby moves for the admission pro hac vice of Danni Byam (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

Dated: May 20, 2015          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                                                     */s/ Tamara K. Minott*
                                                     Tamara K. Minott (No. 5643)
                                                     1201 North Market Street
                                                     Wilmington, Delaware 19801
                                                     Telephone: (302) 658-9200
                                                     Facsimile: (302) 658-3989

                                                     *Counsel for the Debtors*
                                                     *and Debtors-in-Possession*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 4, 2015
New York, New York

_____
Danni Byam
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Email: dbyam@cgsh.com

9124328.1