# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) **(Jointly Administered)** |
| | ) |
| | ) **Hearing Date: TBD** |

## SECOND INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2015 THROUGH APRIL 30, 2015

| | |
|---|---|
| Name of Applicant: | Whiteford, Taylor & Preston LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 13, 2015, *nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement are sought: | February 1, 2015 through April 30, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $87,639.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6,883.80 |

This is a(n): __ monthly   X  interim   __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

**SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD**
**FEBRUARY 1, 2015 THROUGH APRIL 30, 2015**

| Docket No. Date Filed | Period Covered | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | |
| Docket No. 15410 Date Filed: 4/6/15 | 2/1/15 - 2/28/15 | $42,728.00 | $602.96 | $34,182.40 | $602.96 | $8,545.60 |
| Docket No. 15457 Date Filed: 4/20/15 | 3/1/15 - 3/31/15 | $22,559.00 | $4,197.74 | $18,047.20 | $4,197.74 | $4,511.80 |
| Docket No. 15569 Date Filed: 5/18/15 | 4/1/15 - 4/30/15 | $22,352.50 | $2,083.10 | $17,882.00 *(Pending obj. deadline of 6/8/15)* | $2,083.10 *(Pending obj. deadline of 6/8/15)* | $4,470.50 |
| **TOTALS:** | | $87,639.50 | $6,883.80 | $70,111.60[2] | $6,883.80[3] | $17,527.90 |

Summary of Any Objections to Fee Applications: None

---

[2] The total amount reflected in this column includes amounts pending approval.
[3] The total amount reflected in this column includes amounts pending approval.

2

Dated: May 21, 2015
     Wilmington, Delaware

*/s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*