IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt No. 9362** |

### ORDER DENYING MOTION OF THE AD HOC COMMITTEE OF THE CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING LATE FILED CLAIMS

The Court has carefully considered the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims, dated February 1, 2013, D.I. 9362 (the "Motion") and the parties' submissions and the evidence adduced at the evidentiary hearing which the Court conducted on March 26, 2015. For the reasons the Court discusses in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED that the Motion be and hereby is DENIED.

Dated: May 21, 2015

_____
Kevin Gross, U.S.B.J.