## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 15479] | 3/1/15 - 3/31/15 | £2,491.00 (Fees)<br><br>£5.34 (Expenses) | £1,992.80 (Fees @ 80%)<br><br>£5.34 (Expenses @ 100%) | 4/28/15 | 5/19/15 |