## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  :
                              : SS.
NEW CASTLE COUNTY  :

        Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 19th day of May, 2015, she caused a copy of the following to be served via hand delivery or via first class mail on the attached list:

***Certification of Counsel Regarding Order Granting Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period January 26, 2009 through November 16, 2014 [Docket No. 15560]***

***Order Granting Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period January 26, 2009 through November 16, 2014 [Docket No. 15568]***

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

_Barbara J. Witters_

Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 19th day of May, 2015.

Notary Public

Acushnet Company
Attn: Credit Dept. Titleist & FootJoy
P.O. Box 965
Fairhaven, MA 02719

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC 27560

Sandra Aiken
3166 Tump Wilkins Road
Stern, NC 27581

Fred S. Hodara, Esq.
David H. Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Susan R. Fuertes, Esq.
Aldine Independent School District
14910 AldineWestfield Road
Houston, TX 77032

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY 10020

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL 32801

Hubert H. Kuo, Esq.
Ardent Law Group, P.C.
2600 Michelson Drive
Suite 1700
Irvine, CA 92612

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031

Ricardo Palacio, Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE 19801

Laura L. McCloud, Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX  75201

Leslie Heilman, Esq.
Ballard Spahr
919 Market Street
12th Floor
Wilmington, DE 19801

David L. Pollack, Esq.
Jeffrey Meyers, Esq.
Ballard Spahr Andrews & Ingersoll LLP
1735 Market St
51st Floor Mellon Bank Ctr
Philadelphia, PA  19103

Robert Boote, Esq.
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Tobey M. Daluz, Esq.
Leslie Heilman, Esq.
David T. May, Esq.
Ballard Spahr LLP
919 Market St
11th Floor
Wilmington, DE  19801

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA  02110

Charlene D. Davis, Esq.
Daniel A. O'Brien, Esq.
Justin R. Alberto, Esq.
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

David L. Uranga
Bell Microproducts Inc.
201 Monroe Street
Suite 300
Montgomery, AL 36104

Steven E. Bennett
37052 Chestnut Street
Newark, CA  94560

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME  04104-5029

Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC  27527

Lawrence M. Schwab, Esq.
Thomas M. Gaa, Esq.
Patrick M. Costello, Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

Ian Conner Bifferato, Esq.
Matthew Denn, Esq.
Kevin G. Collins, Esq.
800 N. King Street
Plaza Level
Wilmington, DE 19810

Michael D. DeBaecke, Esq.
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Victoria A. Guilfoyle, Esq.
Blank Rome LLP
1201 N. Market Steet
Ste. 8000
Wilmington, DE  19801

Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA  20164-3724

Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY  14620-1678

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020

Evan D. Flaschen
Katherine L. Lindsay
Bracewell & Guiliani LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103

Brad Lee Henry
11596 W. Sierra Dawn Boulevard
Lot 386
Surprise, AZ  85378

Ellen Sue Brady
1630 Dry Road
Ashland City, TN  37015

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

Brent E. Beasley
541 Ammons Rd
Dunn, NC 28334

Donald K. Ludman, Esq.
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096

Kell C. Mercer
Afton SandsPuryear
Brown McCarroll LLP
111 Congress Ave
Suite 1400
Austin, TX  78701

Remajos Brown
2353 Sword Drvie
Garland, TX 75044

Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

Michelle McMahon, Esq.
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104

Eric S. Prezant, Esq.
Bryan Cave LLP
161 N Clark Street
Ste 4300
Chicago, IL  60601

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102

Shawn M. Christianson, Esq.
Buchalter Nemer
55 Second Street
17th Floor
San Francisco, CA  94105-3493

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney PC
1105 N. Market Street
Ste 1900
Wilmington, DE  19801-1228

Carol F. Raymond
7962 S.W. 185 Street
Miami, FL  33157-7487

Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

Barbara Carr
145 Grecian Parkway
Rochester, NY  14626

Susan P. Johnson Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

R. Shayne Kukulowicz
Michael Wunder
Ryan Jacobs
Cassels Brock & Blackwell LLP
Suite 2100 Scotia Plaza
40 King Street West
Toronto, Ontario
Canada M5H 3C2

Chad Soraino
8974 Hickory Ave.
Hesperia, CA  92345

N. Thodore Zink Jr., Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

LF1 10065308v.1

Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Suite 1410
Wilmington, DE  19801

Carol E. Momjian, Esq.
Office of the Attorney General
21 S. 12th Street
3rd Floor
Philadelphia, PA  19107-3603
(Commonwealth of PA)

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255
(Commonwealth of VA Dept. of Taxation)

Jeffrey S. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Ridman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY  11747

Scott D. Cousins
Ann M. Kashishian
Cousins Chipman & Brown, LLP
1007 N. Orange Street
Suite 1110
Wilmington, DE 19801

Stephen C. Stapleton
Cowles & Thompson PC
901 Main St.
Suite 3900
Dallas, TX  75202

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE  19801

Emily D. Cullen
100 Telmew Court
Cary, NC  27518

Steven J. Reisman, Esq.
James V. Drew, Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY 10178-0061

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962

David Litz
316 N. Manus Drive
Dallas, TX 75224

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC 27587

Russell S. Long, Esq.
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI 53202-6613

Ernst Demel
RCS Box 426
New York, NY 10101

Lawrence E. Miller, Esq.
Dewey & LeBoeuf, LLP
125 W. 55th Street
New York, NY 10019

Selinda A. Melnik
DLA Piper LLP (US)
919 N. Market Street
15th Floor
Wilmington, DE 19801

Richard M. Kremen, Esq.
Dale K. Cathell Esq
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD 21209

Robert K. Malone, Esq.
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932

LF1 10065308v.1

Howard Cohen, Esq.
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621

Michael R. Lastowski, Esq.
Summer L. Ross, Esq.
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE  19801-1659

Fred Durant
708 East H Street
Leoti, KS 67861

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Ste 1500
Wilmington, DE  19801

Rafael X. ZahralddinAravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE  19801

Ronald Rowland, Esq.
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD  21094

Estelle Loggins
6707 Latta Street
Dalls, TX 75227

Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Deborah Faircloth
115 Winchester Lane
Rocky Point, NC  28457

Steve  Jackman, VP
Flextronics International
847 Gibralter Drive
Milpitas, CA  95035

Christopher M. Alston, Esq.
Foster Pepper PLLC
1111 3rd Avenue
Suite 3400
Seattle, WA 98101-3299

Rachel S. Budke, Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

Delaware Department of State
Division of Corporations
Franchise Tax Board
P.O. Box 898
Dover, DE 19903

Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

Aaron L. Hammer, Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606

Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606

David A. Rosenzweig, Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Roman Gambourg, Esq.
Gambourg & Borsen LLP
2185 Lemoine Avenue
Suite B4
Fort Lee, NJ 07024

Gary W. Garrett
4093 Hogan Drive Unit 4114
Tyler, TX  75709

Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA  90505

David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Janet Weiss, Esq.
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193

Gloria Benson
1824 Wilson Pike
Brentwood, TN  37027

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

Christopher J. Horvay, Esq.
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL  60601

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West, Ste. 1600
Toronto, Ontario  M5X 1G5
CANADA

Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA  93257

Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA  92131

Gussie H. Anderson
109 Gumpond Beal Rd.
Lumberton, MS 39455

Alan S. Kopit, Esq.
Christopher W. Peer, Esq.
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114

Alan Heinbaugh
19816 Colby Court
Saratoga, CA  95070

Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA  18610

Herbert Preston Stansbury
3193 US Highway 15
Stern, NC  27581

Herbert Smith
Stephen Gale Exchange House
Primrose Streeet
London, UK  EC2A 2HS
United Kingdom

Jennifer V. Doran, Esq.
Hinckkley Allen & Snyder LLP
28 State St
Boston, MA  02109

Minoru Inayoshi, Gen Mgr.
Hitachi Communications Technologies Ltd
OMORI Bellport D Building
26-3 Minami OI 6-Chrome
Shinagawa-KU 140-0013
Tokyo Japan

Richard Hodges
913 Windemere Lane
Wake Forest, NC  27587

George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA  95826

Mary L. Holbrook
181 Grey Fox Court
Folsom, CA 95630

Ramona Neal, Esq.
HP Company
11307 Chinden Blvd
MS 314
Boise, ID 83714

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Mountain Place Ste 3700
Dallas, TX 75202-2799

Bankruptcy Coordinator
c/o Shawn Konig
IBM Corporation/IBM Credit LLC
275 Viger East, 4th Floor
Montreal, QC,
H3G 2W6
CANADA

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Scott Douglass, Esq.
909 Fannin
Ste 1800
Houston, TX 77010

Wanda Jacobs
801 Dupree Street
Durham, NC 27701

James Hunt
8903 Handel Loop
Land O Lakes, FL 34637

James Lee
1310 Richmond Street
El Cerrito, CA 94530

Janette M. Head
16 Gleneagle Drive
Bedford, NH 03110

LF1 10065308v.1

Judy D. Thompson, Esq.
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

John J. Rossi
1568 Woodcrest Drive
Wooster, OH  44691

John Mercer
121 Monastery Road
Pine City, NY  14871

William E. Johnson
2865 Horsemans Ridge Drive
Clayton, NC  27520

Jeffrey B. Ellman, Esq.
Robbin S. Rahman, Esq.
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Kevin M. Baum
Katten Muchin Roseman LLP
575 Madison Ave
New York, NY 10022-2585

Dustin P. Branch, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012

Patel Kaushik
5665 Arapaho Road
#1023
Dallas, TX 75248

Howard S. Steel, Esq.
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

Kristin S. Elliott, Esq.
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

Kenneth Murray
PO Box 3043
McKeesport, PA 15134Edward T. Attanasio, Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angles, CA 90067-6049

Joanne B. Wills, Esq.
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE  19801

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036

Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi,   110078
INDIA

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
J. Landon Ellis, Esq.
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE  19801

David S.  Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068

Robert J. Rosenberg, Esq.
Michael J. Riela. Esq.
Zachary N. Goldstein, Esq.
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068

Stephen K. Dexter, Esq.
Lathrop & Gage LLP
US Bank Tower
950 Seventeenth Street
Suite 2400
Denver, CO  80202

Vivian A. Houghton, Esq.
Law Office of Vivian Houghton
800 West Street
Wilmington, DE 19801

Scott K. Brown, Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX  75201

John P. Dillman, Esq.
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205

Vernon M. Long
4929 Kelso Lane
Garland, TX  75043

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

John Sherwood, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

Shirley Maddry
2519 Riddle Road
Durham, NC  27703

Amish R. Doshi, Esq.
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY  11743

Wendy Boswell Mann
2114 Claret Lane
Morrisville, NJ  27560

Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN  37015

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

Mark R. Janis
193 Via Soderini
Aptos, CA  95003

Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC  28584

Terry D. Massengill
126 Keri Drive
Garner, NC  27529

Brian Trust, Esq.
Thomas M. Vitale, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

Leah McCaffrey
7139 Debbe Drive
Dallas, TX 75252

William F. Taylor, Jr., Esq.
McCarter & English, LLP
405 North King Street
8th Floor
Wilmington, DE 19801

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Ste 1000
Baltimore, MD  21202-1671

David I. Swan, Esq.
Kenneth M. Misken, Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

MD Department of Labor Licensing & Reg.
Office of Unemployment Ins.
Contributions Division
1100 N. Eutaw Street
Room 401
Suite 3000
Baltimore, MD  21201

Merle C. Meyers, Esq.
Michele Thompson, Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA  94104

Michael McWalters
P.O. Box 338
Alviso, CA  95002-0338

Michael P. Alms
4944 Elm Island Circle
Waterford, WI  53185

Dennis Dunne, Esq.
Thomas R. Kreller, Esq.
Albert A. Pisa, Esq.
Andrew M. LeBlanc, Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Sheryl L. Moreau, Esq.
Missouri Dept of Revenue
Bankruptcy Division
P.O. Box 475
Jefferson City, MO  65105-0475

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin Browder, P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Ave
Suite 1500
Wilmington, DE  19801

Carl N.  Kunz, Esq.
Michael J. Custer, Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Paul Edward Morrison
2241 College Avenue
Quincy, IL 62301

Reid T. Mullett
4224 Thamesgate Close
Norcross, GA  30092

Max Taylor, Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332

Najam ud Dean
6 Augusta Drive
Milbury, MA  01527

Jane Neumann
11730 Co Road 24
Watertown, MN  55388

Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA  94111-3600

Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St.
Suite 3800
Toronto, Ontario  M5J 2Z4
CANADA

Robert S. McWhorter, Esq.
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA  95814

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  198013519

Office of Unemployment Ins.
Contributions Division
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD  21201

Raniero  D'Aversa Jr., Esq.
Laura D. Metzger, Esq.
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142

Danny Owenby
2136 Sapelo Court
Fernandina Beach, FL  32034

Denise A. Mertz
Tax Agent
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry Street
Room 203
Reading, PA  19602-1184

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Patricia Antonelli
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903

Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710

Ann Groninger, Esq.
Patterson Harkavy
225 E. Worthington Ave
Ste 200
Charlotte, NC  28203

Richard Chesley
Paul Hastings Janofsky & Garrison
191 N. Wackr Drive
30th Floor
Chicago, IL 60606

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064


Robert Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.
Washington, DC  20005

Vicente Matias Murrell, Esq.
Stephen D. Schreiber, Esq.
Pension Benefit Guaranty Corp
1200 K Street, NW
Washington, DC  20005-4026


David B. Stratton, Esq.
Leigh Anne M. Raport, Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801

Henry Jaffe, Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801


Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801

Elizabeth  Banda, Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Suite 300
Arlington, TX  76013


Kevin M. Capuzzi, Esq.
Pinckney, Weidinger, Urban & Joyce LLC
1220 N. Market Street
Suite 950
Wilmington, DE  19801

Peter Lawrence
16295 Via Venetia W
Delray Beach, FL 33484

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Ave
Suite 1101
Wilmington, DE  19801

Brian W. Bisignani, Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Ste 2300
Charlotte, NC  28202

Ronald S. Beacher, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Daniel S. Holzman, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Stephen C. Tingey, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT  84145-0385

Kurt F. Gwynne, Esq.
J. Cory Falgowski, Esq.
Reed Smith LLP
1201 N Market Street
Suite 1500
Wilmington, DE  19801

Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA  95035

Richard Lynn Engleman
1505 Nevada Drive
Plano, TX  75093

Joseph E. Shickich Jr., Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX  75454

Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Swanboro, NC  28584

David M.  Schilli, Esq.
Ty E. Shaffer, Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Ste 1900
Charlotte, NC  28246

Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY  12020

Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN  55317

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704

James M. Wilton, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV  89060

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202

Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

Alistar Bambach
Bankruptcy Division
SEC NY Regional Office
3 World Financial Center
Suite 400
New York, NY 10281-1022

Secretary of State
Division of Corporations Franchise Tax
John G. Townsend Bldg.
401 Federal St.
Suite 4
Dover, DE 19901

Secretary of Treasury
820 Silverlake Blvd.
Suite 100
Dover, DE 19904

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
George S. Canellos
Regional Director
3 World Financial Center
Suite 400
New York, NY 10281-1022

Manuel Segura
215 Sheridan
Apt. #B43
Perth Amboy, NJ 08861

Carren B. Shulman, Esq.
Kimberly K. Smith, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Dana S. Plon, Esq.
Sirlin Gallogly & Lesser, P.C.
123 South Broad Street
Suite 2100
Philadelphia, PA 19109

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Amos U. Priester IV, Esq.
Anna B. Osterhout, Esq.
Smith Anderson Blount Dorsett Mitchell
& Jernigan
P.O. Box 2611
Raleigh, NC 27602-2611

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Ave
7th Floor
Wilmington, DE  19801

David D.I. Bullock
Spectrum Group Management LLC
1250 Broadway
19th Floor
New York, NY 10001

Deborah B. Waldmeir, Esq.
State of MI Dept of Treasury
Cadillac Place
3030 W Grand Blvd.
Suite 10-200
Detroit, MI  48202

Heather L. Donald
Allinson M. Dietz
State of Michigan
Department of Treasury
Revenue & Collections Division
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202

Edmond P. O'Brien, Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave
31st Floor
New York, NY  10017

Steven S. Honigman
500 East 77th Street
New York, NY 10162

Maria Aprile Sawczuk, Esq.
Stevens & Lee P.C.
1105 N Market St
7th Floor
Wilmington, DE  19801

Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC  27504

Michael Stutts
1616 Hastings Bluff
McKinney, TX  75070

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market Street
Suite 1300
Wilmington, DE  19801

Chris Finch, Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

Nicholas  Skiles, Esq.
Swartz Campbell LLC
300 Delaware Ave
Suite 1410
Wilmington, DE  19801

Ernie Holling, President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas
19th Floor
New York, NY  10036

Michael R. Thompson
564 Old Candia Road
Candia, NH  03034

Tim Steele
P.O. Box 37
Christopher Lake
SK S0J 0N0
CANADA

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606

Carmel Turlington Totman
164 Berton Street
Boone, NC  28607

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Suite 400
Littleton, CO  80124

Seth B. Shapiro, Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington, DC  20036

Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC  27530

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

U.S. Dept of Labor
Frances Perkins Building
200 Constitution Ave NW
Washington, DC 20210

Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Douglas J. Lipke, Esq.
Robert F. Simon, Esq.
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601

Debra L. Vega
818 Glenco Road
Durham, NC  27703

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL 60137

Randall D. Crocker, Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Suite 700
Milwaukee, WI  53202

Tiffany Strelow Cobb, Esq.
Vorys Sater Seymour and Pease LLP
55 East Gay Street
Columbus, OH  43215

Philip Mindlin, Esq.
Douglas K. Mayer, Esq.
Benjamin M. Roth, Esq.
Gregory E. Pessin, Esq.
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY  10019

Jerry Wadlow
P.O. Box 79
Wewoka, OK  74884

Thelma Watson
P.O. Box 971
Bath, SC  29816

Jeffrey S. Cianciulli, Esq.
Weir & Partners LLP
824 Market Street
Suite 800
Wilmington, DE 19801-4939

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801

Andrew M. Gould, Esq.
Wick Phillips Gould & Martin LLP
2100 Ross Avenue
Suite 950
Dallas, TX 75201

William A. Reed
7810 Heaton Drive
Theodore, AL  365822362

Alan J. Lipkin, Esq.
Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Marc Abrams, Esq.
Brian E. O'Connor, Esq.
Sameer Advani, Esq.
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099

Mark G. Ledwin, Esq.
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604

Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC  28528

Robert E. Nies, Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Steven K. Kortanek, Esq.
Matthew P. Ward, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave
Suite 1501
Wilmington, DE  19801

Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA 30044

Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801

(Fee Examiner)
Judith Scarborough
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806

Derek C. Abbott
Eric D. Schwatz
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006