# EXHIBIT B



**CASSELS BROCK**
L A W Y E R S

Cassels Brock LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE # 1961794**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| **May 20, 2015** | **46992-00001** | **Michael Wunder** |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $  90,061.00 |
| Disbursements | 502.05 |
| **Total Amount Due** | **$   90,563.05 CDN** |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____

Expiry Date: _____ Amount:
_____

Cardholder Name:
_____

Signature:
_____

Legal*14262635.1

CASSELS BROCK & BLACKWELL LLP                                          Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                       Matter # 46992-00001

### Invoice Detail

## TO PROFESSIONAL SERVICES RENDERED up to and including 02/28/15

| Date | ID | TASK | Narrative | Hours |
|------|----|----|-----------|-------|
| 2/1/2015 | MS | 12 | Research regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 1.3 |
| 2/1/2015 | MWU | 3 | Prepare December, 2014 fee application. | 1.4 |
| 2/1/2015 | RJA | 12 | Analysis of Canadian pension claim issues and claims. | 1.8 |
| 2/2/2015 | SAH | 31 | Conducting Canadian legal research regarding appeal procedures. | 3.9 |
| 2/2/2015 | RSK | 31 | Review of draft responding factum of bondholders regarding Canadian PPI appeal motion to strike. | 0.8 |
| 2/2/2015 | RSK | 12 | Review of memo regarding Canadian claims and pension issues. | 0.4 |
| 2/2/2015 | MWU | 31 | Email correspondence to and from NNI's Canadian counsel, and UCC advisors regarding Canadian court hearing. | 0.2 |
| 2/2/2015 | MWU | 31 | Review draft court order for CCAA sale approval hearing (Alibaba transaction). | 0.2 |
| 2/2/2015 | MWU | 12 | Review and analyze court filings and other information regarding Canadian claims including Canadian pension claims. | 1.8 |
| 2/2/2015 | RJA | 12 | Continue analysis and research regarding Canadian pension claim issues. | 2.8 |
| 2/3/2015 | SAH | 31 | Conducting legal research regarding Canadian appeal issues. | 1.3 |
| 2/3/2015 | MS | 12 | Research regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 5.1 |
| 2/3/2015 | HFE | 29 | Meet with M. Sassi to discuss findings regarding Canadian claims issues. | 0.6 |
| 2/3/2015 | HFE | 12 | Meet with M. Sassi to discuss research tasks regarding Canadian claims issues. | 0.4 |
| 2/3/2015 | HFE | 12 | Research regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 3.1 |

CASSELS BROCK & BLACKWELL LLP                      Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/3/2015 | RSK | 31 | Review of Canadian motion to approve protocol for determination of SNMP claims. | 1.1 |
| 2/3/2015 | RSK | 31 | Exchanged email correspondence with Bennett Jones and Cassels team regarding Canadian PPI appeal motion to strike. | 0.3 |
| 2/3/2015 | MWU | 3 | Prepare January 2015 fee account. | 1.4 |
| 2/3/2015 | MWU | 12 | Due diligence and analysis regarding Canadian claims issues including review of Canadian pension legislation application. | 2.2 |
| 2/3/2015 | MWU | 31 | Review issued Canadian court order regarding sale transaction, call to Monitor's Canadian counsel and provide update to UCC advisors. | 0.2 |
| 2/3/2015 | MWU | 31 | Review draft factum by bondholder group in response to Monitor motion to strike a portion of the bondholder Canadian PPI appeal motion record, and email correspondence with UCC advisors regarding same. | 0.7 |
| 2/4/2015 | RSK | 12 | Review of email correspondence regarding Canadian claims due diligence. | 0.4 |
| 2/4/2015 | MWU | 12 | Review material regarding Canadian pension deficiency claims and forward to UCC advisors. | 0.3 |
| 2/4/2015 | MWU | 31 | Review correspondence and draft stipulation for core party counsel regarding to allocation trial transcript, and follow-up correspondence from counsel for Nortel Canada with draft Canadian consent order. | 0.5 |
| 2/4/2015 | MWU | 12 | Review motion record filed in Canada for litigation protocol regarding SNMP Research claims against Canadian debtors. | 1.4 |
| 2/4/2015 | MWU | 3 | Prepare November 2014 fee application. | 0.7 |
| 2/5/2015 | MS | 12 | Research regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 2.1 |
| 2/5/2015 | MS | 12 | Meeting with Cassels team regarding due diligence review regarding Canadian claims issues. | 0.8 |
| 2/5/2015 | HFE | 12 | Meet with Cassels team regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 0.8 |
| 2/5/2015 | HFE | 12 | Research regarding Canadian claims issues including review of publicly filed documents and | 3 |

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|----|-----------|-------|
| | | | court reports regarding same. | |
| 2/5/2015 | HFE | 12 | Meet with M. Sassi regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 0.4 |
| 2/5/2015 | RSK | 7 | Participated in Committee call. | 0.7 |
| 2/5/2015 | RSK | 12 | Review of documents and participated in Cassels Brock meeting regarding due diligence on Canadian claims base. | 0.8 |
| 2/5/2015 | RSK | 12 | Review of Notice of Filing by U.S. Debtors regarding SNMP claims issues. | 0.3 |
| 2/5/2015 | MWU | 31 | Review Canadian motion record regarding claims litigation protocol for SNMP Research claims. | 1.2 |
| 2/5/2015 | MWU | 12 | Email correspondence with Akin Gump regarding SNMP claims litigation and joint court hearing for SNMP claims. | 0.2 |
| 2/5/2015 | MWU | 12 | Review issued order and Monitor's reports in connection with due diligence and analysis of Canadian claims. | 1.7 |
| 2/5/2015 | MWU | 12 | Meet with Cassels lawyers regarding Canadian claims due diligence and analysis. | 0.8 |
| 2/5/2015 | RJA | 7 | Participated in Committee call. | 0.7 |
| 2/5/2015 | RJA | 12 | Analysis of Canadian claims issues and allocation. | 1.8 |
| 2/6/2015 | MS | 12 | Research regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 1.1 |
| 2/6/2015 | RSK | 31 | Email correspondence to counsel for Bondholders regarding draft factum for PPI appeal motion. | 0.1 |
| 2/6/2015 | RSK | 31 | Exchanged email correspondence with Akin Gump and M. Wunder regarding allocation trial record stipulation. | 0.2 |
| 2/6/2015 | MWU | 3 | Preparation of December, 2014 fee application. | 0.7 |
| 2/7/2015 | MWU | 12 | Review results of due diligence review regarding Canadian claims, and draft memo to UCC advisors regarding same. | 1.2 |
| 2/9/2015 | RSK | 12 | Review of draft summary of analysis of Canadian claims. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                           Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/9/2015 | RSK | 32 | Review of scheduling order regarding Canadian employee claims in U.S. proceeding. | 0.2 |
| 2/10/2015 | MS | 12 | Research and review regarding Canadian claims issues including review of publicly filed documents and court reports regarding same. | 0.5 |
| 2/10/2015 | RSK | 12 | Review of revised summary of Canadian claims analysis and related email correspondence. | 0.8 |
| 2/10/2015 | MWU | 12 | Email correspondence and call with Capstone regarding Canadian claims issues. | 0.3 |
| 2/10/2015 | MWU | 12 | Review and revise report to UCC advisors regarding Canadian claims analysis. | 0.7 |
| 2/10/2015 | MWU | 32 | Review report from Akin Gump regarding U.S. SNMP claims litigation. | 0.4 |
| 2/10/2015 | MWU | 31 | Review reply motion record filed by bondholder group in Canadian PPI appeal motion to strike pleadings, including factum and book of authorities. | 0.8 |
| 2/10/2015 | RJA | 12 | Complete due diligence on Canadian claims issues. | 1.6 |
| 2/10/2015 | RJA | 12 | Email correspondence with M. Sassi and M. Wunder regarding Canadian claims diligence. | 0.4 |
| 2/11/2015 | MS | 31 | Prepare to attend motion at Ontario Court of Appeal regarding Canadian PPI appeal proceeding. | 0.6 |
| 2/11/2015 | RSK | 31 | Office conference with M. Sassi regarding motion to strike in the Ontario Court of Appeal. | 0.2 |
| 2/11/2015 | RSK | 12 | Review of further revisions to Canadian claims analysis. | 0.3 |
| 2/11/2015 | MWU | 12 | Prepare summary of Canadian claims information for UCC advisors. | 0.6 |
| 2/11/2015 | MWU | 31 | Email correspondence with Cassels Brock and Akin Gump regarding Canadian Court of Appeal motion. | 0.2 |
| 2/11/2015 | RJA | 12 | Analysis of PPI claim issues, appeal process and settlement sensitivities. | 0.9 |
| 2/11/2015 | RJA | 29 | Consider allocation process issues and next steps. | 0.8 |
| 2/12/2015 | MS | 8 | Attend motion at Ontario Court of Appeal regarding Canadian PPI appeal proceeding. | 6.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/12/2015 | RSK | 31 | Review of email report regarding Canadian PPI appeal motion to strike. | 0.2 |
| 2/12/2015 | RSK | 12 | Review of memo regarding SNMP claims. | 0.3 |
| 2/12/2015 | RSK | 7 | Participated in Committee call. | 0.6 |
| 2/12/2015 | RSK | 31 | Exchange email correspondence with M. Sassi regarding Canadian motion to strike. | 0.5 |
| 2/12/2015 | MWU | 7 | Attend on UCC call. | 0.6 |
| 2/12/2015 | MWU | 12 | Due diligence regarding Canadian claims, and prepare summary of Canadian claims issues for UCC advisors. | 0.8 |
| 2/12/2015 | MWU | 31 | Review of SNMP claims litigation motion and related litigation schedule. | 1.4 |
| 2/12/2015 | MWU | 31 | Email correspondence to and from M. Sassi from Court of Appeal motion in Toronto for Canadian PPI appeal, and review report to UCC regarding same. | 0.3 |
| 2/12/2015 | MWU | 3 | Prepare January 2015 fee account. | 0.7 |
| 2/12/2015 | RJA | 12 | Review diligence from M. Sassi regarding Canadian claims issues. | 1.3 |
| 2/12/2015 | RJA | 12 | Confer with Cassels Brock lawyers regarding diligence on Canadian claims issues. | 1 |
| 2/13/2015 | RSK | 29 | Review of email correspondence from Akin Gump and Capstone regarding allocation issues. | 0.4 |
| 2/13/2015 | MWU | 29 | Email correspondence with UCC advisors regarding allocation issues and inter-party discussions. | 0.4 |
| 2/13/2015 | MWU | 29 | Review correspondence from Cleary regarding allocation trial stipulation. | 0.2 |
| 2/13/2015 | MWU | 12 | Review correspondence from Capstone regarding Canadian claims analysis. | 0.3 |
| 2/13/2015 | RJA | 29 | Review email correspondence from Akin Gump regarding allocation and PPI issues. | 0.2 |
| 2/16/2015 | RSK | 29 | Review of email correspondence from Akin Gump and Capstone regarding inter-estate negotiations. | 0.3 |
| 2/16/2015 | MWU | 29 | Email correspondence to and from UCC advisors regarding inter-creditor issues. | 0.4 |
| 2/17/2015 | RSK | 31 | Review of correspondence from Ontario Court of Appeal regarding PPI appeal date and discussed same with R. Jacobs. | 0.4 |

CASSELS BROCK & BLACKWELL LLP                      Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/17/2015 | MWU | 12 | SNMP claims litigation court material review. | 0.6 |
| 2/17/2015 | MWU | 31 | Review Ontario Court of appeal hearing notice for Canadian PPI appeal, and correspondence with UCC advisors. | 0.3 |
| 2/18/2015 | MWU | 12 | Review and analyze due diligence regarding claims against Canadian debtors and inter-creditor issues. | 2.2 |
| 2/19/2015 | RSK | 31 | Review of Canadian motion materials regarding SNMP dispute. | 0.6 |
| 2/19/2015 | RSK | 31 | Review of email correspondence from Akin Gump regarding potential appeal issues and consider Canadian issues. | 0.6 |
| 2/19/2015 | RSK | 7 | Participated in Committee call. | 0.4 |
| 2/19/2015 | MWU | 7 | Attend on UCC call. | 0.4 |
| 2/19/2015 | MWU | 31 | Review Canadian SNMP court material and draft CCAA Monitor claims resolution protocol. | 1.6 |
| 2/19/2015 | MWU | 29 | Emails with UCC advisors regarding case issues and strategies, and analyze Canadian issues. | 0.8 |
| 2/19/2015 | MWU | 3 | Prepare January 2015 fee application. | 0.8 |
| 2/19/2015 | RJA | 29 | Review and consider email from Akin Gump regarding allocation issues and next steps. | 0.8 |
| 2/19/2015 | RJA | 29 | Respond to email from Akin Gump regarding allocation issues and Canada process matters. | 0.1 |
| 2/20/2015 | RSK | 31 | Email correspondence to J. Stam consenting to order regarding trial record. | 0.1 |
| 2/20/2015 | RSK | 31 | Exchanged email correspondence with M. Wunder regarding SNMP Canadian motion. | 0.2 |
| 2/20/2015 | RSK | 31 | Review of draft Canadian consent order regarding trial record and exchanged email correspondence with Akin Gump confirming consent. | 0.4 |
| 2/20/2015 | MWU | 29 | Review correspondence regarding allocation trial record certification, and final form of consent order for Canada. | 0.3 |
| 2/20/2015 | MWU | 31 | Receive SNMP Canadian motion record and forward same to UCC advisors with commentary. | 0.4 |

CASSELS BROCK & BLACKWELL LLP                           Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/20/2015 | MWU | 31 | Review Monitor's report and SNMP motion record including notice of motion and exhibits, to prepare for conference with UCC advisors to prepare for motion. | 1.6 |
| 2/20/2015 | RJA | 29 | Consider allocation settlement issues and sensitivities. | 0.9 |
| 2/21/2015 | RSK | 31 | Review of email correspondence from Akin Gump regarding SNMP motion. | 0.2 |
| 2/23/2015 | RSK | 31 | Conference call with Akin Gump regarding SNMP motions. | 0.6 |
| 2/23/2015 | RSK | 31 | Review of draft amended notice of motion regarding SNMP protocol for Canadian claims only. | 0.9 |
| 2/23/2015 | RSK | 31 | Further review of SNMP pleadings in preparation for call with Akin Gump to prepare for motions. | 1.1 |
| 2/23/2015 | MWU | 12 | Review lengthy motion record of SNMP for Canadian motion regarding claims process. | 0.8 |
| 2/23/2015 | MWU | 31 | Calls and emails with NNI's Canadian counsel regarding SNMP litigation. | 0.4 |
| 2/23/2015 | MWU | 31 | Review draft amended and restated Canadian motion material, and forward update report to Akin Gump. | 1.2 |
| 2/23/2015 | MWU | 12 | Conference call with UCC advisors to discuss SNMP claims litigation. | 0.4 |
| 2/23/2015 | MWU | 31 | Review issued Canadian court order for Canadian court decision on UKPC claims against Canadian debtors. | 0.2 |
| 2/23/2015 | RJA | 31 | Review and analysis of SNMP litigation pleadings and issues. | 1.4 |
| 2/23/2015 | RJA | 31 | Participate in all hands call with Akin Gump and Cassels teams regarding SNMP litigation and hearing prep. | 0.6 |
| 2/23/2015 | RJA | 12 | Review issued and entered order in connection with Justice Newbould's decision dated December 9, 2014 regarding the claims of the UK Pension Claimants. | 0.2 |
| 2/24/2015 | RSK | 7 | Participated in Committee call. | 0.7 |
| 2/24/2015 | RSK | 29 | Review of Capstone analysis. | 0.3 |
| 2/24/2015 | RSK | 31 | Telephone attendance with Monitor's counsel regarding Canadian motion for SNMP claims protocol. | 0.3 |

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/24/2015 | RSK | 31 | Review of draft factum of UKPC to appeal claims decision. | 0.5 |
| 2/24/2015 | MWU | 31 | Call with Canadian counsel for Monitor regarding SNMP claims litigation, and forward update report to UCC advisors. | 0.4 |
| 2/24/2015 | MWU | 29 | Review material for UCC meeting including analysis of claims and inter-estate issues. | 0.7 |
| 2/24/2015 | MWU | 7 | Attend on UCC call. | 0.7 |
| 2/24/2015 | MWU | 31 | Review amended Canadian Notice of motion for SNMP claims litigation resolution, and supporting material including proposed action plan and timing. | 0.8 |
| 2/24/2015 | RJA | 29 | Consider allocation settlement issues and sensitivities. | 0.9 |
| 2/24/2015 | RJA | 7 | Participate in Committee call (part). | 0.5 |
| 2/24/2015 | RJA | 31 | Review Supplement to the One Hundred and Twelfth Report of the Monitor for Canadian motion. | 0.4 |
| 2/25/2015 | RSK | 31 | Review of email correspondence from Akin Gump regarding SNMP litigation issues. | 0.2 |
| 2/25/2015 | RSK | 31 | Review of SNMP factum to prepare for Canadian motion. | 0.8 |
| 2/25/2015 | RSK | 31 | Review of Monitor/Canadian Debtors' factum regarding SNMP closing litigation. | 0.5 |
| 2/25/2015 | RSK | 31 | Review of revised motion materials of Monitor/Canadian Debtors regarding SNMP claims. | 1.1 |
| 2/25/2015 | MWU | 31 | Review Monitor's amended and restated Canadian motion record including litigation timetable regarding SNMP claims litigation, and supporting factum. | 1.7 |
| 2/25/2015 | MWU | 31 | Correspondence to and from Akin Gump regarding SNMP motions and claims litigation. | 0.3 |
| 2/25/2015 | MWU | 31 | Review SNMP responding affidavit in support of SNMP Canadian motion. | 0.4 |
| 2/26/2015 | RSK | 31 | Telephone attendance with NNI's Canadian counsel regarding SNMP claims Canadian motion and additional background information. | 0.3 |
| 2/26/2015 | RSK | 31 | Further review of SNMP motion materials and arguments. | 1.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.


CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/26/2015 | RSK | 31 | Telephone attendance with NNI's Canadian counsel regarding SNMP's Canadian motion. | 0.1 |
| 2/26/2015 | MWU | 31 | Review SNMP affidavit and factum for Canadian motion. | 1.4 |
| 2/26/2015 | MWU | 12 | Email correspondence with NNI's Canadian counsel, and Akin Gump regarding SNMP claims litigation. | 0.3 |
| 2/26/2015 | MWU | 3 | Complete quarterly fee application. | 0.3 |
| 2/26/2015 | RJA | 12 | Review court filings for SNMP Canadian lift stay litigation. | 1.1 |
| 2/27/2015 | RJA | 31 | Email correspondence with Akin Gump and Cassels Brock teams regarding status of SNMP lift stay hearing in Canada. | 0.2 |
| 2/27/2015 | RJA | 31 | Review motion material filed in Canada regarding SNMP lift stay motion. | 1.3 |
| 2/27/2015 | RSK | 31 | Attended and reported on SNMP Canadian hearing. | 6.8 |
| 2/27/2015 | MWU | 31 | Email correspondence to and from Cassels lawyers at Canadian court hearing, and UCC advisors regarding SNMP claims protocol Canadian motion. | 0.6 |
| 2/27/2015 | MWU | 3 | Complete January, 2015 fee account. | 0.5 |
| | | | **Total** | **126.3** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

**Time Summary**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Hilary Fender | Student | Students | | 8.3 | $175.00 | $1,452.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 45.0 | $810.00 | $36,450.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 17.8 | $395.00 | $7,031.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 21.7 | $785.00 | $17,034.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 28.3 | $910.00 | $25,753.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 5.2 | $450.00 | $2,340.00 |
| | | | | | | |
| **TOTAL** | | | | **126.3** | **CDN.** | **$90,061.00** |

**TOTAL PROFESSIONAL FEES**                          $  90,061.00

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 421.90 |
| Binding, Tabs, Disks, etc | 72.44 |
| Telephone / Long Distance/Conference Calls | 7.71 |
| **Total Disbursements** | **502.05** |
| **Total Disbursements and Tax** | 502.05 |

**Total Fees, Disbursements & Tax**                  $  **90,563.05** CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1961794

Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 6.5 | 5,265.00 |
| 0007 | Creditors Committee Meetings | 5.3 | 4,503.00 |
| 0008 | Court Hearings | 6.3 | 2,488.50 |
| 0012 | General Claims Analysis/Claims Objections | 51.8 | 32,592.50 |
| 0029 | Intercompany Analysis | 8.1 | 6,187.50 |
| 0031 | Canadian Proceedings/Matters | 47.7 | 38,518.50 |
| 0032 | U.S Proceedings/Matters | 0.6 | 506.00 |
| | | | |
| **TOTAL** | | **126.3** | **$ 90,061.00** |

CASSELS BROCK & BLACKWELL LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Invoice # 1961794

Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 1/30/2015 | Telephone - Conference call charge | 1 | 4.23 |
| 1/30/2015 | Telephone - Conference call charge | 1 | 3.48 |
| 2/2/2015 | Copies | 38 | 3.80 |
| 2/2/2015 | Copies | 24 | 2.40 |
| 2/2/2015 | Copies | 10 | 1.00 |
| 2/2/2015 | Copies | 2 | 0.20 |
| 2/2/2015 | Copies | 7 | 0.70 |
| 2/2/2015 | Copies | 16 | 1.60 |
| 2/2/2015 | Copies | 10 | 1.00 |
| 2/2/2015 | Copies | 15 | 1.50 |
| 2/2/2015 | Copies | 7 | 0.70 |
| 2/2/2015 | Copies | 11 | 1.10 |
| 2/2/2015 | Copies | 12 | 1.20 |
| 2/2/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 6 | 0.60 |
| 2/3/2015 | Copies | 51 | 5.10 |
| 2/3/2015 | Copies | 48 | 4.80 |
| 2/3/2015 | Copies | 16 | 1.60 |
| 2/3/2015 | Copies | 23 | 2.30 |
| 2/3/2015 | Copies | 12 | 1.20 |
| 2/3/2015 | Copies | 48 | 4.80 |
| 2/3/2015 | Copies | 16 | 1.60 |
| 2/3/2015 | Copies | 51 | 5.10 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 6 | 0.60 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 3 | 0.30 |
| 2/3/2015 | Copies | 3 | 0.30 |
| 2/3/2015 | Copies | 3 | 0.30 |
| 2/3/2015 | Copies | 19 | 1.90 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 4 | 0.40 |
| 2/3/2015 | Copies | 3 | 0.30 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                      Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/3/2015 | Copies | 250 | 25.00 |
| 2/3/2015 | Copies | 200 | 20.00 |
| 2/3/2015 | Copies | 200 | 20.00 |
| 2/3/2015 | Copies | 156 | 15.60 |
| 2/3/2015 | Copies | 10 | 1.00 |
| 2/3/2015 | Copies | 22 | 2.20 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Binding, Tabs, Disks, etc | 1 | 13.86 |
| 2/4/2015 | Copies | 36 | 3.60 |
| 2/4/2015 | Copies | 5 | 0.50 |
| 2/4/2015 | Copies | 3 | 0.30 |
| 2/4/2015 | Copies | 5 | 0.50 |
| 2/4/2015 | Copies | 10 | 1.00 |
| 2/4/2015 | Copies | 27 | 2.70 |
| 2/4/2015 | Copies | 62 | 6.20 |
| 2/4/2015 | Copies | 54 | 5.40 |
| 2/4/2015 | Copies | 21 | 2.10 |
| 2/4/2015 | Copies | 21 | 2.10 |
| 2/4/2015 | Copies | 2 | 0.20 |
| 2/4/2015 | Copies | 19 | 1.90 |
| 2/4/2015 | Copies | 3 | 0.30 |
| 2/4/2015 | Copies | 9 | 0.90 |
| 2/5/2015 | Copies | 2 | 0.20 |
| 2/5/2015 | Copies | 6 | 0.60 |
| 2/5/2015 | Copies | 10 | 1.00 |
| 2/5/2015 | Copies | 6 | 0.60 |
| 2/5/2015 | Copies | 10 | 1.00 |
| 2/5/2015 | Copies | 37 | 3.70 |
| 2/5/2015 | Copies | 2 | 0.20 |
| 2/5/2015 | Copies | 4 | 0.40 |
| 2/5/2015 | Copies | 5 | 0.50 |
| 2/5/2015 | Copies | 6 | 0.60 |
| 2/5/2015 | Copies | 3 | 0.30 |
| 2/5/2015 | Copies | 4 | 0.40 |
| 2/5/2015 | Copies | 10 | 1.00 |
| 2/5/2015 | Copies | 2 | 0.20 |
| 2/5/2015 | Copies | 16 | 1.60 |
| 2/5/2015 | Copies | 48 | 4.80 |
| 2/5/2015 | Copies | 51 | 5.10 |
| 2/5/2015 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/5/2015 | Copies | 2 | 0.20 |
| 2/5/2015 | Copies | 4 | 0.40 |
| 2/5/2015 | Copies | 3 | 0.30 |
| 2/6/2015 | Copies | 7 | 0.70 |
| 2/6/2015 | Copies | 4 | 0.40 |
| 2/6/2015 | Copies | 4 | 0.40 |
| 2/6/2015 | Copies | 2 | 0.20 |
| 2/6/2015 | Copies | 8 | 0.80 |
| 2/6/2015 | Copies | 8 | 0.80 |
| 2/9/2015 | Copies | 2 | 0.20 |
| 2/9/2015 | Copies | 10 | 1.00 |
| 2/9/2015 | Copies | 8 | 0.80 |
| 2/10/2015 | Copies | 4 | 0.40 |
| 2/10/2015 | Copies | 2 | 0.20 |
| 2/10/2015 | Copies | 2 | 0.20 |
| 2/10/2015 | Copies | 2 | 0.20 |
| 2/10/2015 | Copies | 2 | 0.20 |
| 2/10/2015 | Copies | 5 | 0.50 |
| 2/10/2015 | Copies | 17 | 1.70 |
| 2/11/2015 | Copies | 8 | 0.80 |
| 2/11/2015 | Copies | 27 | 2.70 |
| 2/11/2015 | Copies | 143 | 14.30 |
| 2/11/2015 | Copies | 20 | 2.00 |
| 2/11/2015 | Copies | 121 | 12.10 |
| 2/11/2015 | Copies | 211 | 21.10 |
| 2/11/2015 | Copies | 19 | 1.90 |
| 2/11/2015 | Binding, Tabs, Disks, etc | 1 | 22.14 |
| 2/12/2015 | Copies | 5 | 0.50 |
| 2/12/2015 | Copies | 4 | 0.40 |
| 2/13/2015 | Copies | 2 | 0.20 |
| 2/17/2015 | Copies | 3 | 0.30 |
| 2/17/2015 | Copies | 4 | 0.4 |
| 2/18/2015 | Copies | 15 | 1.5 |
| 2/18/2015 | Copies | 15 | 1.5 |
| 2/18/2015 | Copies | 9 | 0.9 |
| 2/18/2015 | Copies | 11 | 1.1 |
| 2/19/2015 | Copies | 3 | 0.3 |
| 2/19/2015 | Copies | 5 | 0.5 |
| 2/19/2015 | Copies | 22 | 2.2 |
| 2/19/2015 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 2/19/2015 | Copies | 3 | 0.3 |
| 2/19/2015 | Copies | 27 | 2.7 |
| 2/19/2015 | Copies | 4 | 0.4 |
| 2/19/2015 | Copies | 37 | 3.7 |
| 2/19/2015 | Copies | 30 | 3 |
| 2/19/2015 | Copies | 3 | 0.3 |
| 2/19/2015 | Copies | 4 | 0.4 |
| 2/19/2015 | Copies | 2 | 0.2 |
| 2/19/2015 | Copies | 7 | 0.7 |
| 2/19/2015 | Copies | 31 | 3.1 |
| 2/20/2015 | Copies | 220 | 22 |
| 2/20/2015 | Copies | 2 | 0.2 |
| 2/20/2015 | Copies | 2 | 0.2 |
| 2/20/2015 | Copies | 3 | 0.3 |
| 2/20/2015 | Copies | 4 | 0.4 |
| 2/20/2015 | Copies | 2 | 0.2 |
| 2/20/2015 | Copies | 4 | 0.4 |
| 2/20/2015 | Copies | 2 | 0.2 |
| 2/20/2015 | Copies | 26 | 2.6 |
| 2/20/2015 | Copies | 3 | 0.3 |
| 2/20/2015 | Binding, Tabs, Disks, etc | 1 | 5.66 |
| 2/23/2015 | Binding, Tabs, Disks, etc | 1 | 5.91 |
| 2/23/2015 | Copies | 9 | 0.9 |
| 2/23/2015 | Copies | 2 | 0.2 |
| 2/23/2015 | Copies | 12 | 1.2 |
| 2/23/2015 | Copies | 6 | 0.6 |
| 2/23/2015 | Copies | 9 | 0.9 |
| 2/23/2015 | Copies | 25 | 2.5 |
| 2/23/2015 | Copies | 28 | 2.8 |
| 2/23/2015 | Copies | 2 | 0.2 |
| 2/23/2015 | Copies | 27 | 2.7 |
| 2/23/2015 | Copies | 2 | 0.2 |
| 2/23/2015 | Copies | 6 | 0.6 |
| 2/23/2015 | Copies | 21 | 2.1 |
| 2/23/2015 | Copies | 1 | 0.1 |
| 2/23/2015 | Copies | 6 | 0.6 |
| 2/23/2015 | Copies | 7 | 0.7 |
| 2/23/2015 | Copies | 22 | 2.2 |
| 2/23/2015 | Copies | 5 | 0.5 |
| 2/23/2015 | Copies | 12 | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 2/23/2015 | Copies | 2 | 0.2 |
| 2/23/2015 | Copies | 53 | 5.3 |
| 2/23/2015 | Copies | 3 | 0.3 |
| 2/24/2015 | Copies | 3 | 0.3 |
| 2/24/2015 | Copies | 3 | 0.3 |
| 2/24/2015 | Copies | 4 | 0.4 |
| 2/24/2015 | Copies | 2 | 0.2 |
| 2/24/2015 | Copies | 47 | 4.7 |
| 2/24/2015 | Copies | 12 | 1.2 |
| 2/24/2015 | Copies | 6 | 0.6 |
| 2/24/2015 | Copies | 2 | 0.2 |
| 2/24/2015 | Copies | 32 | 3.2 |
| 2/24/2015 | Copies | 32 | 3.2 |
| 2/24/2015 | Copies | 2 | 0.2 |
| 2/24/2015 | Copies | 6 | 0.6 |
| 2/25/2015 | Binding, Tabs, Disks, etc | 1 | 3 |
| 2/25/2015 | Binding, Tabs, Disks, etc | 1 | 3.36 |
| 2/25/2015 | Binding, Tabs, Disks, etc | 1 | 3.61 |
| 2/25/2015 | Binding, Tabs, Disks, etc | 1 | 4.69 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 3 | 0.3 |
| 2/25/2015 | Copies | 20 | 2 |
| 2/25/2015 | Copies | 19 | 1.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 5 | 0.5 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 6 | 0.6 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 247 | 24.7 |
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 38 | 3.8 |
| 2/26/2015 | Binding, Tabs, Disks, etc | 1 | 3.25 |
| 2/26/2015 | Binding, Tabs, Disks, etc | 1 | 4.21 |
| 2/26/2015 | Copies | 2 | 0.2 |
| 2/26/2015 | Copies | 15 | 1.5 |
| 2/26/2015 | Copies | 10 | 1 |
| 2/26/2015 | Copies | 46 | 4.6 |
| 2/26/2015 | Copies | 43 | 4.3 |
| 2/26/2015 | Copies | 7 | 0.7 |
| 2/26/2015 | Copies | 2 | 0.2 |
| 2/26/2015 | Copies | 16 | 1.6 |
| 2/26/2015 | Copies | 44 | 4.4 |
| 2/26/2015 | Copies | 38 | 3.8 |
| 2/26/2015 | Copies | 2 | 0.2 |
| 2/27/2015 | Copies | 2 | 0.2 |
| 2/27/2015 | Copies | 19 | 1.9 |
| 2/27/2015 | Copies | 2 | 0.2 |
| 2/27/2015 | Copies | 2 | 0.2 |
| 2/27/2015 | Copies | 2 | 0.2 |
| | **Total** | | **502.05** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.