**EXHIBIT C**

Legal*14258373.3

## DISBURSEMENT SUMMARY
## FEBRUARY 1 TO FEBRUARY 28, 2015
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>
| | |
|---|---|
| Copies | $ 421.90 |
| Binding, Tabs, Disks, etc. | $ 72.44 |
| Telephone / Long Distance/Conference Calls | $ 7.71 |
| **Total Non-Taxable Disbursements** | **$ 502.05 CDN.** |