# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 1/30/2015 | Telephone - Conference call charge | 1 | 4.23 |
| 1/30/2015 | Telephone - Conference call charge | 1 | 3.48 |
| 2/2/2015 | Copies | 38 | 3.80 |
| 2/2/2015 | Copies | 24 | 2.40 |
| 2/2/2015 | Copies | 10 | 1.00 |
| 2/2/2015 | Copies | 2 | 0.20 |
| 2/2/2015 | Copies | 7 | 0.70 |
| 2/2/2015 | Copies | 16 | 1.60 |
| 2/2/2015 | Copies | 10 | 1.00 |
| 2/2/2015 | Copies | 15 | 1.50 |
| 2/2/2015 | Copies | 7 | 0.70 |
| 2/2/2015 | Copies | 11 | 1.10 |
| 2/2/2015 | Copies | 12 | 1.20 |
| 2/2/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 6 | 0.60 |
| 2/3/2015 | Copies | 51 | 5.10 |
| 2/3/2015 | Copies | 48 | 4.80 |
| 2/3/2015 | Copies | 16 | 1.60 |
| 2/3/2015 | Copies | 23 | 2.30 |
| 2/3/2015 | Copies | 12 | 1.20 |
| 2/3/2015 | Copies | 48 | 4.80 |
| 2/3/2015 | Copies | 16 | 1.60 |
| 2/3/2015 | Copies | 51 | 5.10 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 6 | 0.60 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 3 | 0.30 |
| 2/3/2015 | Copies | 3 | 0.30 |
| 2/3/2015 | Copies | 3 | 0.30 |
| 2/3/2015 | Copies | 19 | 1.90 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 4 | 0.40 |
| 2/3/2015 | Copies | 3 | 0.30 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/3/2015 | Copies | 250 | 25.00 |
| 2/3/2015 | Copies | 200 | 20.00 |
| 2/3/2015 | Copies | 200 | 20.00 |
| 2/3/2015 | Copies | 156 | 15.60 |
| 2/3/2015 | Copies | 10 | 1.00 |
| 2/3/2015 | Copies | 22 | 2.20 |
| 2/3/2015 | Copies | 2 | 0.20 |
| 2/3/2015 | Binding, Tabs, Disks, etc | 1 | 13.86 |
| 2/4/2015 | Copies | 36 | 3.60 |
| 2/4/2015 | Copies | 5 | 0.50 |
| 2/4/2015 | Copies | 3 | 0.30 |
| 2/4/2015 | Copies | 5 | 0.50 |
| 2/4/2015 | Copies | 10 | 1.00 |
| 2/4/2015 | Copies | 27 | 2.70 |
| 2/4/2015 | Copies | 62 | 6.20 |
| 2/4/2015 | Copies | 54 | 5.40 |
| 2/4/2015 | Copies | 21 | 2.10 |
| 2/4/2015 | Copies | 21 | 2.10 |
| 2/4/2015 | Copies | 2 | 0.20 |
| 2/4/2015 | Copies | 19 | 1.90 |
| 2/4/2015 | Copies | 3 | 0.30 |
| 2/4/2015 | Copies | 9 | 0.90 |
| 2/5/2015 | Copies | 2 | 0.20 |
| 2/5/2015 | Copies | 6 | 0.60 |
| 2/5/2015 | Copies | 10 | 1.00 |
| 2/5/2015 | Copies | 6 | 0.60 |
| 2/5/2015 | Copies | 10 | 1.00 |
| 2/5/2015 | Copies | 37 | 3.70 |
| 2/5/2015 | Copies | 2 | 0.20 |
| 2/5/2015 | Copies | 4 | 0.40 |
| 2/5/2015 | Copies | 5 | 0.50 |
| 2/5/2015 | Copies | 6 | 0.60 |
| 2/5/2015 | Copies | 3 | 0.30 |
| 2/5/2015 | Copies | 4 | 0.40 |
| 2/5/2015 | Copies | 10 | 1.00 |
| 2/5/2015 | Copies | 2 | 0.20 |
| 2/5/2015 | Copies | 16 | 1.60 |
| 2/5/2015 | Copies | 48 | 4.80 |
| 2/5/2015 | Copies | 51 | 5.10 |
| 2/5/2015 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/5/2015 | Copies | 2 | 0.20 |
| 2/5/2015 | Copies | 4 | 0.40 |
| 2/5/2015 | Copies | 3 | 0.30 |
| 2/6/2015 | Copies | 7 | 0.70 |
| 2/6/2015 | Copies | 4 | 0.40 |
| 2/6/2015 | Copies | 4 | 0.40 |
| 2/6/2015 | Copies | 2 | 0.20 |
| 2/6/2015 | Copies | 8 | 0.80 |
| 2/6/2015 | Copies | 8 | 0.80 |
| 2/9/2015 | Copies | 2 | 0.20 |
| 2/9/2015 | Copies | 10 | 1.00 |
| 2/9/2015 | Copies | 8 | 0.80 |
| 2/10/2015 | Copies | 4 | 0.40 |
| 2/10/2015 | Copies | 2 | 0.20 |
| 2/10/2015 | Copies | 2 | 0.20 |
| 2/10/2015 | Copies | 2 | 0.20 |
| 2/10/2015 | Copies | 2 | 0.20 |
| 2/10/2015 | Copies | 5 | 0.50 |
| 2/10/2015 | Copies | 17 | 1.70 |
| 2/11/2015 | Copies | 8 | 0.80 |
| 2/11/2015 | Copies | 27 | 2.70 |
| 2/11/2015 | Copies | 143 | 14.30 |
| 2/11/2015 | Copies | 20 | 2.00 |
| 2/11/2015 | Copies | 121 | 12.10 |
| 2/11/2015 | Copies | 211 | 21.10 |
| 2/11/2015 | Copies | 19 | 1.90 |
| 2/11/2015 | Binding, Tabs, Disks, etc | 1 | 22.14 |
| 2/12/2015 | Copies | 5 | 0.50 |
| 2/12/2015 | Copies | 4 | 0.40 |
| 2/13/2015 | Copies | 2 | 0.20 |
| 2/17/2015 | Copies | 3 | 0.30 |
| 2/17/2015 | Copies | 4 | 0.4 |
| 2/18/2015 | Copies | 15 | 1.5 |
| 2/18/2015 | Copies | 15 | 1.5 |
| 2/18/2015 | Copies | 9 | 0.9 |
| 2/18/2015 | Copies | 11 | 1.1 |
| 2/19/2015 | Copies | 3 | 0.3 |
| 2/19/2015 | Copies | 5 | 0.5 |
| 2/19/2015 | Copies | 22 | 2.2 |
| 2/19/2015 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/19/2015 | Copies | 3 | 0.3 |
| 2/19/2015 | Copies | 27 | 2.7 |
| 2/19/2015 | Copies | 4 | 0.4 |
| 2/19/2015 | Copies | 37 | 3.7 |
| 2/19/2015 | Copies | 30 | 3 |
| 2/19/2015 | Copies | 3 | 0.3 |
| 2/19/2015 | Copies | 4 | 0.4 |
| 2/19/2015 | Copies | 2 | 0.2 |
| 2/19/2015 | Copies | 7 | 0.7 |
| 2/19/2015 | Copies | 31 | 3.1 |
| 2/20/2015 | Copies | 220 | 22 |
| 2/20/2015 | Copies | 2 | 0.2 |
| 2/20/2015 | Copies | 2 | 0.2 |
| 2/20/2015 | Copies | 3 | 0.3 |
| 2/20/2015 | Copies | 4 | 0.4 |
| 2/20/2015 | Copies | 2 | 0.2 |
| 2/20/2015 | Copies | 4 | 0.4 |
| 2/20/2015 | Copies | 2 | 0.2 |
| 2/20/2015 | Copies | 26 | 2.6 |
| 2/20/2015 | Copies | 3 | 0.3 |
| 2/20/2015 | Binding, Tabs, Disks, etc | 1 | 5.66 |
| 2/23/2015 | Binding, Tabs, Disks, etc | 1 | 5.91 |
| 2/23/2015 | Copies | 9 | 0.9 |
| 2/23/2015 | Copies | 2 | 0.2 |
| 2/23/2015 | Copies | 12 | 1.2 |
| 2/23/2015 | Copies | 6 | 0.6 |
| 2/23/2015 | Copies | 9 | 0.9 |
| 2/23/2015 | Copies | 25 | 2.5 |
| 2/23/2015 | Copies | 28 | 2.8 |
| 2/23/2015 | Copies | 2 | 0.2 |
| 2/23/2015 | Copies | 27 | 2.7 |
| 2/23/2015 | Copies | 2 | 0.2 |
| 2/23/2015 | Copies | 6 | 0.6 |
| 2/23/2015 | Copies | 21 | 2.1 |
| 2/23/2015 | Copies | 1 | 0.1 |
| 2/23/2015 | Copies | 6 | 0.6 |
| 2/23/2015 | Copies | 7 | 0.7 |
| 2/23/2015 | Copies | 22 | 2.2 |
| 2/23/2015 | Copies | 5 | 0.5 |
| 2/23/2015 | Copies | 12 | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/23/2015 | Copies | 2 | 0.2 |
| 2/23/2015 | Copies | 53 | 5.3 |
| 2/23/2015 | Copies | 3 | 0.3 |
| 2/24/2015 | Copies | 3 | 0.3 |
| 2/24/2015 | Copies | 3 | 0.3 |
| 2/24/2015 | Copies | 4 | 0.4 |
| 2/24/2015 | Copies | 2 | 0.2 |
| 2/24/2015 | Copies | 47 | 4.7 |
| 2/24/2015 | Copies | 12 | 1.2 |
| 2/24/2015 | Copies | 6 | 0.6 |
| 2/24/2015 | Copies | 2 | 0.2 |
| 2/24/2015 | Copies | 32 | 3.2 |
| 2/24/2015 | Copies | 32 | 3.2 |
| 2/24/2015 | Copies | 2 | 0.2 |
| 2/24/2015 | Copies | 6 | 0.6 |
| 2/25/2015 | Binding, Tabs, Disks, etc | 1 | 3 |
| 2/25/2015 | Binding, Tabs, Disks, etc | 1 | 3.36 |
| 2/25/2015 | Binding, Tabs, Disks, etc | 1 | 3.61 |
| 2/25/2015 | Binding, Tabs, Disks, etc | 1 | 4.69 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 1 | 0.1 |
| 2/25/2015 | Copies | 3 | 0.3 |
| 2/25/2015 | Copies | 20 | 2 |
| 2/25/2015 | Copies | 19 | 1.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1961794
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 5 | 0.5 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 6 | 0.6 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 41 | 4.1 |
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 247 | 24.7 |
| 2/25/2015 | Copies | 2 | 0.2 |
| 2/25/2015 | Copies | 38 | 3.8 |
| 2/26/2015 | Binding, Tabs, Disks, etc | 1 | 3.25 |
| 2/26/2015 | Binding, Tabs, Disks, etc | 1 | 4.21 |
| 2/26/2015 | Copies | 2 | 0.2 |
| 2/26/2015 | Copies | 15 | 1.5 |
| 2/26/2015 | Copies | 10 | 1 |
| 2/26/2015 | Copies | 46 | 4.6 |
| 2/26/2015 | Copies | 43 | 4.3 |
| 2/26/2015 | Copies | 7 | 0.7 |
| 2/26/2015 | Copies | 2 | 0.2 |
| 2/26/2015 | Copies | 16 | 1.6 |
| 2/26/2015 | Copies | 44 | 4.4 |
| 2/26/2015 | Copies | 38 | 3.8 |
| 2/26/2015 | Copies | 2 | 0.2 |
| 2/27/2015 | Copies | 2 | 0.2 |
| 2/27/2015 | Copies | 19 | 1.9 |
| 2/27/2015 | Copies | 2 | 0.2 |
| 2/27/2015 | Copies | 2 | 0.2 |
| 2/27/2015 | Copies | 2 | 0.2 |
| | **Total** | | **502.05** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.