**EXHIBIT E**

Legal*14258373.3

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Hilary Fender | Student | Students | | 8.3 | $175.00 | $1,452.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 45 | $810.00 | $36,450.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 17.8 | $395.00 | $7,031.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 21.7 | $785.00 | $17,034.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 28.3 | $910.00 | $25,753.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 5.2 | $450.00 | $2,340.00 |
| | | | | | | |
| TOTAL | | | | 126.3 | CDN. | $90,061.00 |

**Note**: Cassels Brock & Blackwell LLP provides information regarding a change in its hourly billing rates effective February 1, 2015 as more particularly set out on the immediately following page.

**SUMMARY OF LAWYERS AND PARALEGALS HOURLY RATES
REFLECTING CHANGES EFFECTIVE FEBRUARY 1, 2015
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hourly Billing Rate Before February 1, 2015 | Hourly Billing Rate After February 1, 2015 |
|---|---|---|---|---|---|
| Bryan Woodman | Associate | Financial Services | Ontario - 2014 | $245.00 | $390.00 |
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | $245.00 | $390.00 |
| Deborah McGlynn | Law Clerk | Advocacy | | $320.00 | $320.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | $945.00 | $945.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | $660.00 | $660.00 |
| Justin Dick | Associate | Securities | Ontario - 2014 | $245.00 | $390.00 |
| Kristin Taylor | Partner | Employment/Labour | Ontario - 1995 | $825.00 | $850.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | $795.00 | $810.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | $390.00 | $395.00 |
| Robert B. Cohen | Partner | Advocacy | Ontario - 1991 | $915.00 | $915.00 |
| Rose Plue | Law Clerk | Advocacy | | $320.00 | $320.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | $750.00 | $785.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | $900.00 | $910.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | $420.00 | $450.00 |
| Steven Kennedy | Associate | Intellectual Property | Ontario - 2009 | $450.00 | $475.00 |
| | Articling Students | | | $175.00 | $175.00 |
| | Summer Students | | | $125.00 | $125.00 |

**Note**: Lawyers who did not bill any time for the period February 1, 2014 to January 31, 2015 are not listed on this chart.