# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC<br><br>[Docket No. 15461] | 2/1/15 - 2/28/15 | $149,183.50 (Fees)<br><br>$61.47 (Expenses) | $119,346.80 (Fees @ 80%)<br><br>$61.47 (Expenses @ 100%) | 4/23/15 | 5/13/15 |