## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
                                        :    Chapter 11
*In re*                                 :
                                        :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.,*[1]       :
                                        :    Jointly Administered
                    Debtors.            :
                                        :    **RE: D.I.s 13461, 13463, 13554,**
                                        :    **13729, 15348**
--------------------------------------------------------X

### NOTICE OF FILING OF REVISED SCHEDULE
### AND SUBMISSION OF FINAL TRIAL EXHIBITS

PLEASE TAKE NOTICE that on April 25, 2011, the U.S. Debtors[2] and the

U.S. Creditors' Committee jointly filed a motion before the U.S. Court seeking an order

approving an allocation protocol establishing procedures and an expedited schedule for the

cross-border resolution by the U.S. and Canadian Courts in joint hearings of the allocation of

the sale proceeds from the Asset Sales (as amended, the "U.S. 2011 Allocation Protocol

Motion").

PLEASE TAKE FURTHER NOTICE that on June 1, 2011, the Canadian

Debtors filed a motion in the Canadian Court seeking substantially the same relief as sought

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used herein and not otherwise defined have the meaning given to them in the Allocation Protocol [D.I. 10565], Litigation Timetable [D.I. 10566-1], Discovery Plan [D.I. 10566-2] and/or Deposition Protocol [D.I. 11439].

in the U.S. 2011 Allocation Protocol Motion (the "Canadian 2011 Allocation Protocol Motion").

PLEASE TAKE FURTHER NOTICE that on March 8, 2013, the Canadian Court entered an endorsement granting the Canadian 2011 Allocation Protocol Motion (the "Canadian Allocation Protocol Order").

PLEASE TAKE FURTHER NOTICE that on April 3, 2013, the U.S. Court entered an order granting the U.S. 2011 Allocation Protocol Motion (the "U.S. Allocation Protocol Order"). In the U.S. Allocation Protocol Order and Canadian Allocation Protocol Order (both as amended), the U.S. Court and the Canadian Court scheduled a joint trial to commence on January 6, 2014, to resolve the dispute over the allocation of the sale proceeds.

PLEASE TAKE FURTHER NOTICE that on November 27, 2013 and November 29, 2013, respectively, the U.S. Court and the Canadian Court entered orders, which, among other things, postponed until May 12, 2014 the commencement of the joint trial to resolve the dispute over the allocation of the sale proceeds.

PLEASE TAKE FURTHER NOTICE that on May 12, 2014, as supplemented on May 30, 2014, the Courts entered *Orders Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information From Public Disclosure During The Trial* (together, the "Confidentiality Orders").

PLEASE TAKE FURTHER NOTICE that the joint trial to resolve the dispute over the allocation of the sale proceeds commenced on May 12, 2014 with opening arguments and concluded on September 24, 2014 with closing arguments, and was transcribed by court reporters present before the Courts.

2

PLEASE TAKE FURTHER NOTICE that on March 16, 2015, the U.S. Debtors filed the *Certification of Counsel Regarding Trial Exhibits Stipulation* [D.I. 15345] (the "<u>Trial Exhibits COC</u>").  On March 18, 2015 the U.S. Court entered the Order Approving Trial Exhibits Stipulation [D.I. 15348] (the "<u>Trial Exhibits Order</u>").  Attached as Exhibit 1 to the Trial Exhibits Order was the *Stipulation Regarding Exhibits and Other Documents* (the "<u>Trial Exhibits Stipulation</u>"). The Trial Exhibits Stipulation included provisions concerning, among other things, the documents and materials that constitute trial exhibits in and form part of the official record of the trial in these proceedings (the "<u>Trial Documents</u>").  Schedules 1 to 8 of the Trial Exhibits Stipulation indicated which Trial Documents were sealed or redacted in accordance with the Confidentiality Orders.  The Trial Exhibits COC attached a letter from the Monitor to the Canadian Court, which explained that:  (a) a hard drive containing the public versions of the Trial Documents, which would include the redacted form of those Trial Documents redacted in accordance with the Confidentiality Orders, would be delivered to the Courts in the upcoming weeks; and (b) approximately 390 Trial Documents were the subject of an ongoing discussion with the parties who the U.S. Debtors understood to have purchased Rockstar's assets as to privilege and confidentiality.

PLEASE TAKE FURTHER NOTICE that the estates have resolved the confidentiality concerns with regards to the approximately 390 Trial Documents at issue and attached hereto as **Exhibit A** is a revised Schedule 8 to the Trial Exhibits Stipulation reflecting those resolutions.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit B** is a blackline of Schedule 8 to the Trial Exhibits Stipulation reflecting the changes made since the U.S. Court entered the Trial Exhibits Order.

3

PLEASE TAKE FURTHER NOTICE that a hard drive containing the public versions of the Trial Documents, which include the redacted form of those Trial Documents redacted in accordance with the Confidentiality Order, is being submitted to the U.S. Court, with this Notice, a copy of which is also being submitted to Judge Gross' chambers.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit C** is a letter from the Monitor to the Canadian Court which explains that (a) the hard drive containing the public versions of the Trial Documents, including those Trial Documents redacted in accordance with the Confidentiality Orders is now complete and being submitted to the Canadian Court Office; and (b) the confidentiality concerns regarding the approximately 390 Trial Documents have now been resolved and enclosing the Trial Exhibits Stipulation with a revised Schedule 8 to reflect those changes.


Dated:  May 22, 2015
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Tamara K. Minott_
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street

P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*