**Exhibit C**

# Goodmans LLP

Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.4184
pruby@goodmans.ca

May 22, 2015

Our File No.: 083800

The Honourable Justice Frank Newbould
Ontario Superior Court of Justice
Judge's Administration
330 University Avenue, 7th Floor
Toronto, Ontario   M5G 1R7

Your Honour:

**Re:   Nortel Networks Corporation, et al. (Court File No. 09-CL-7950)**
**Stipulation Regarding Allocation Trial Record**

By letter dated March 16, 2015 we informed you that the parties had agreed on a Stipulation setting out the documents and materials that constitute the trial exhibits and form part of the official record of the allocation portion of the trial (the "Record").

The March 16 letter indicated that the estates were finalizing the hard drive that contains the public version of the Record. This task has now been completed and we are filing this hard drive with the Court office. Documents redacted pursuant to various Orders of this Court and the US Court are included on the hard drive only in their redacted form.

We have also resolved the issues relating to the approximately 390 documents referenced in our March 16 letter, which we had previously indicated were subject to a discussion with the parties who purchased Rockstar's assets.

We have updated Schedule 8 to the Stipulation to take into account the completion of these last tasks and enclose a copy of the executed Stipulation (with a blackline to show the changes to Schedule 8) and a draft Order implementing these minor amendments. We would be pleased to attend to answer any questions you may have or ask that you sign the draft Order.

A copy of this letter and the hard drive are also being provided to Judge Gross.

 Page 2

Yours truly,

**GOODMANS LLP**

Peter Ruby
PDR/umr
Encl.

6452518