# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ----------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: D.I. 15587** |
| ----------------------------------------------------------X | |
| SNMP Research International, Inc., | |
| and | Adv. Proc. No. 11-53454 (KG) |
| SNMP Research, Inc., | **Re: D.I. 203** |
| Plaintiffs, | |
| v. | |
| Nortel Networks Inc., *et al.*, Avaya Inc., | |
| Defendants. | |
| ----------------------------------------------------------X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 26, 2015, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on May 28, 2015 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: May 26, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>       */s/ Tamara K. Minott*       <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

8645027.12

**Via Fax**

Richard S. Busch
Andrew Coffman
King & Ballow Law Offices
315 Union St.
Nashville, TN 37201
Fax: 615-726-5417

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293

G. David Dean
Cole Schotz P.C.
300 E. Lombard St.
Baltimore, MD 21202
Fax: 410-230-0667

John J. Monaghan
Joshua C. Krumholz
Holland & Knight
10 St. James Ave.
Boston, MA 02116
Fax: 617-523-6850

Barbra R. Parlin
Holland & Knight
31 West 52nd St.
New York, NY 10019
Fax: 212-385-9010