**Exhibit C**

**DISBURSEMENT SUMMARY**

**APRIL 01, 2015 THROUGH APRIL 30, 2015**

| Document Production | £4.08 |
|---|---:|
| **TOTAL** | **£4.08** |