**Exhibit D**

Disbursement Detailed Breakdown

Document Production (Printing A4/A5 Black and White) 68 pages @0.06p

**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**APRIL 01, 2015 THROUGH APRIL 30, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 2.30 | 1,046.50 |
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £200 | 1.10 | 220.00 |
| **TOTAL** | | | **3.40** | **1,226.50** |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 01, 2015 THROUGH APRIL 30, 2015

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 1.60 | 447.50 |
| Creditors Committee Meetings | 1.50 | 682.50 |
| Intercompany Analysis | 0.30 | 136.50 |
| **TOTAL** | **3.40** | **1,226.50** |