## Exhibit A

### Britven Report Assumptions and Pro Rata Allocation Approach

To derive his Alternative Pro Rata Allocation, Thomas Britven used the following asset and claim assumptions in his Expert Report.  TR00045 (the "Britven Report") at Sched. 6 (unsecured claims), 000021 (intercompany claims), Sched. 5 (estimated available cash).  All figures in USD millions.

|  | Canada Debtor Group | U.S. Debtor Group | EMEA Debtor Group |
|---|---|---|---|
| Priority Claims | 63 | 137 | 100 |
| Other Unsecured Claims | 3,506 | 1,300 | 500 |
| Guaranteed Bondholder Claims | 4,092 | 4,092 | 0 |
| U.K. Pension Claim | 880 | 0 | 3,000 |
| NNI Intercompany Claim | 2,000 | 0 | 0 |
| NNUK Intercompany Claim | 0 | 0 | 0 |
| **Total Unsecured Claims** | **10,478** | **5,392** | **3,500** |
| Cash at December 31, 2013 | 436 | 925 | 656 |
| FMV of unrealized assets | 60 | 74 | 0 |
| Anticipated spend until end of litigation | (91) | (118) | (118) |
| **Estimated Cash** | **405** | **881** | **538** |

In his pro rata calculation, Britven posited an allocation that provided all unsecured creditors the same recovery, which accounted for cash-on-hand at each Debtor and eliminated all intercompany and guarantee claims (thus the Guaranteed Bondholders would have no claim at all against the U.S. Debtors under Britven's analysis).  Britven Report at Sched. 3 (unsecured claims and available cash).

|  | Canada Debtor Group | U.S. Debtor Group | EMEA Debtor Group | Total |
|---|---|---|---|---|
| Other Unsecured Claims | 3,506 | 1,300 | 500 | 5,306 |
| Guaranteed Bondholders | 4,092 | 0 | 0 | 4,092 |
| U.K. Pension Claim | 0 | 0 | 3,000 | 3,000 |
| NNI Intercompany Claim | 0 | 0 | 0 | 0 |
| NNUK Intercompany Claim | 0 | 0 | 0 | 0 |
| **Total Unsecured Claims** | **7,598** | **1,300** | **3,500** | **12,398** |
| Estimated Cash | 405 | 881 | 538 | 1,824 |
| Less Priority Claims | (63) | (137) | (100) | (300) |
| Available Cash | 342 | 744 | 438 | 1,524 |
| Sale Proceeds |  |  |  | 7,302 |
| **Total Available** |  |  |  | **8,826** |
| **Britven Alternative Pro Rata Unsecured Creditor Recovery** |  |  |  | **71.2%** |

**Illustrative Effect of Allocation Order (in the Event Bondholders Are Entitled to Pursue Entire Allowed Claim Against NNI but No Allocation Made to U.S. Debtors on Account of Such Claim)**

Without adjusting Britven's assumptions as set forth in Schedules 5 and 6 except to reflect certain discrete changes with respect to cash and claims since the date of his report (as described in the attached Notes), the Allocation Order provides for an allocation as follows:

| | Canada Debtor Group | U.S. Debtor Group | EMEA Debtor Group |
|---|---|---|---|
| Priority Claims | 63 | 137 | 100 |
| Other Unsecured Claims *(see Notes)* | 3,506 | 1,603 | 500 |
| Guaranteed Bondholders | 4,092 | 0 | 0 |
| U.K. Pension Claim *(see Notes)* | 495 | 0 | 3,000 |
| NNI Intercompany Claim | 2,000 | 0 | 0 |
| NNUK Intercompany Claim *(see Notes)* | 123 | 0 | 0 |
| Unsecured Claims | 10,216 | 1,603 | 3,500 |
| % of Total Claims for Allocation Purposes | 65.8% | 11.1% | 23.0% |
| **Resulting Allocation** | **4,806** | **813** | **1,683** |

| | Canada Debtor Group | U.S. Debtor Group | EMEA Debtor Group |
|---|---|---|---|
| Estimated Available Cash *(see Notes)* | 291 | 564 | 397 |
| Recovery on Intercompany Claim *(see Notes)* | 0 | 1,049 | 305 |
| Less Priority Claims | (63) | (137) | (100) |
| Sale Proceeds Allocation | 4,806 | 813 | 1,683 |
| **Value Available for Unsecured Creditors** | **5,034** | **2,289** | **2,285** |
| Unsecured Claims in allocation calculation | 10,216 | 1,603 | 3,500 |
| Excluded Guaranteed Bondholder Claims | 0 | 4,092 | 0 |
| **Total Unsecured Creditor Claims** | **10,216** | **5,695** | **3,500** |
| **Illustrative Recovery to Unsecured Creditors Made Directly From the Allocation of Sales Proceeds to That Debtor Estate (without regard to pre-existing cash, distributions made on intercompany claims and other sources of value)** | **47%** | **14%** | **48%** |
| **Illustrative Total Recovery for Unsecured Creditors (including all sources of value)** | **49%** | **40%** | **65%** |
| **Guaranteed Bondholder Recovery** (*See Notes*) | **89%** | | |

**Illustrative Effect of Allocation Order (Assuming Guaranteed Bondholders Receive Only a Deficiency Claim Against NNI But No Allocation to the U.S. Debtors on Account of Such Claim)**

Using the same allocation of sales proceeds as the prior page, but including only a deficiency claim for the Guaranteed Bondholders against the U.S. Debtor Group as a claim included in the allocation calculations, the illustrative recovery for creditors would be as follows:

| | Canada Debtor Group | U.S. Debtor Group | EMEA Debtor Group |
|---|---|---|---|
| **Value available for Unsecured Creditors** | **5,034** | **2,289** | **2,285** |
| Unsecured Claims in Allocation calculation | 10,216 | 1,603 | 3,500 |
| Excluded Guaranteed Bondholder Claim | 0 | 2,076 | 0 |
| **Total Unsecured Creditors** | **10,216** | **3,679** | **3,500** |
| **Illustrative Recovery to Unsecured Creditors Made Directly From the Allocation of Sales Proceeds to That Debtor Estate (without regard to pre-existing cash, distributions made on intercompany claims and other sources of value)** | **47%** | **22%** | **48%** |
| **Illustrative Total Recovery for Unsecured Creditors (including all sources of value)** | **49%** | **62%** | **65%** |
| **Guaranteed Bondholder Recovery** *(see Notes)* | **81%** | | |

## Notes to Exhibit A

1. The U.S. Debtors do not adopt or validate the assumptions that Britven used in his analysis.  Rather, the information in this Exhibit is being provided to show the illustrative effect of the Court's decision on the assets available for the U.S. Debtors' Unsecured Creditors.

2. Britven consolidated the assets and claims of the Debtors into Debtor Groups for purposes of his recovery analysis.  Accordingly, in light of this simplifying assumption adopted by Britven, the recoveries illustrated in this analysis may not be representative of actual recoveries for a number of reasons including, but not limited to: (i) under applicable law, assets held by each of the separate Debtors within a Debtor Group may only be available to the creditors of that Debtor; (ii) post-petition administrative claims may exist between Debtors within a Debtor Group; (iii) pre-petition intercompany claims may exist within a Debtor Group and (iv) certain creditors may have a claim against multiple Debtors within a Debtor Group.

3. Britven included all Guaranteed Bondholders in one category and assumed for purposes of his analysis that the debt obligations underlying those claims were primarily issued by the Canada Debtor group and guaranteed by the U.S. Debtor Group.  In fact, one bond issue in the outstanding principal amount of $151 million was issued by a U.S. Debtor and guaranteed by the Canadian Debtors.  This exception was ignored and Britven's approach was followed for these illustrative purposes.

4. An adjustment was made to Britven's assumed U.S. Debtor Group other Unsecured Claims to reflect the increase of the PBGC claim from $400 million to $703 million based on the amended PBGC claims filed against the U.S. Debtors on July 7, 2014 [Claims # 8760 and #8761].

5. An adjustment was made to Britven's assumed Canada Debtor Group claims to reflect the decrease of the U.K. Pension Plan claim from $880 million to $495 million based on the Canadian Court's decision, dated December 9, 2013.  The allowed claim of GBP339 million was converted to U.S. Dollars based on exchange rates contained in the CCAA Claim Procedure Order.

6. An adjustment was made to Britven's assumed Canadian Debtor Group Claims to reflect the increase of the NNUK claim from $0 to $123 million based on the Canadian Court's order granting the EMEA Settlement Motion, dated July 11, 2014.

7. The Estimated Available Cash consists of the assumed cash balance for each Debtor Group, updated to reflect the most recently reported current cash balance by each Group, less Britven's estimated additional spending for the administration of the Debtor estates.  Current cash balances were based on the 114th Report of the Monitor, dated March 3,

2015 ($382 million); March 31, 2015 Monthly Operating Report No. 74 for the U.S. Debtor Group ($682 million); and Administrator Progress Reports as of January 13, 2015 for the EMEA Debtor Group ($515 million).

8. For purposes of this illustrative calculation, the U.S. Debtor Group Intercompany Claim Recovery reflects a 49% recovery on the $2 billion unsecured claim plus 100% recovery on the $63 million secured claim against the Canadian Debtor Group.

9. For purposes of this illustrative calculation, the EMEA Debtor Group Intercompany Claim Recovery includes a 49% recovery on the NNUK claim against the Canadian Debtor Group and the U.K. Pension claim against the Canadian Debtor Group.  As the U.K. Pension claim distributions will be paid directly to those claimants, the U.K. Pension claim recovery will not be available to all the creditors within the EMEA Debtor Group but could still impact the U.K. Pension Claimants' ability to seek or receive recoveries against the EMEA Debtors.

10. The Guaranteed Bondholder Recovery in chart A-2 of 89% represents a 49% recovery on a $4.092 billion claim against the Canadian Debtor Group and a 40% recovery on a $4.092 billion claims against the U.S. Debtor Group.  The Guaranteed Bondholder Recovery in chart A-3 of 81% represents a 49% recovery on a $4.092 billion claim against the Canadian Debtor Group and a 62% recovery on a $2.076 billion deficiency claim against the U.S. Debtor Group."