IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------- x

**ORDER GRANTING *AD HOC* GROUP OF BONDHOLDERS' MOTION FOR RECONSIDERATION OF OPINION AND ORDER ALLOCATING PROCEEDS FROM ASSET SALES OF NORTEL NETWORKS, INC., ITS AFFILIATES AND SUBSIDIARIES**

Upon consideration of the *Ad Hoc* Group of Bondholders' Motion for Reconsideration of Opinion and Order Allocating Proceeds From Asset Sales of Nortel Networks, Inc., its Affiliates and Subsidiaries, dated May 26, 2015 (the "Motion"); and upon consideration of any responses thereto; and the Court having determined that adequate notice of the Motion has been given as set forth in the Motion; and that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation;

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

- 2 -

1. The Motion is **GRANTED** as set forth herein and all objections to the relief requested herein are hereby overruled.

2. Consistent with the 9019 Order (as defined in the Motion), the Allocation Order shall be amended to provide that Bondholders (as defined in the Motion) are entitled to assert the full amount of their claims against NNI regardless of any recoveries from NNL or NNC.

3. The Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order. To the extent any provisions of this Order are inconsistent with the Motion, the terms of this Order shall control.

Dated: _____, 2015
       Wilmington, Delaware

                                                      THE HONORABLE KEVIN GROSS
                                                      UNITED STATES BANKRUPTCY JUDGE