**EXHIBIT B**



**CASSELS BROCK**
L A W Y E R S

Cassels Brock LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE # 1962030**
HST/GST #: R121379572

| Date<br>**May 22, 2015** | **Matter Number<br>46992-00001** | **Lawyer<br>Michael Wunder** |
|---|---|---|

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $  87,890.50 | |
| Disbursements | 287.58 | |
| **Total Amount Due** | **$   88,178.08** CDN | |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No.
_____
_____
Expiry Date: _____ Amount:
_____
Cardholder Name:
_____
Signature:
_____

-2-

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

<u>Invoice Detail</u>

**TO PROFESSIONAL SERVICES RENDERED up to and including 03/31/15**

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 3/2/2015 | RSK | 31 | Email correspondence with Akin Gump regarding SNMP Canadian court hearing. | 0.2 |
| 3/2/2015 | MWU | 31 | Review CCAA court endorsements regarding SNMP claims litigation, and forward update to UCC advisors. | 0.2 |
| 3/3/2015 | RSK | 31 | Review of Monitor's motion records regarding extension of CCAA stay and Ministry of Environment settlements. | 1.3 |
| 3/4/2015 | RSK | 31 | Review of email correspondence regarding Ministry of Environment settlement and further review of settlement motion materials. | 1.1 |
| 3/4/2015 | RSK | 31 | Exchange email correspondence with Akin Gump regarding report on SNMP hearing. | 0.2 |
| 3/4/2015 | RSK | 31 | Review of Canadian court reasons for dismissal of SNMP lift stay motion. | 0.4 |
| 3/4/2015 | MWU | 31 | Review Canadian court decision regarding dismissal of SNMP lift stay motion in Canadian proceeding, and forward to UCC advisors with commentary. | 0.7 |
| 3/4/2015 | MWU | 12 | Correspondence to and from UCC advisors regarding Canadian claims issues, and review claims summary and Canadian motion record regarding same. | 0.8 |
| 3/4/2015 | MWU | 31 | Review Canadian motion record for CCAA stay extension and other related relief, supporting Monitor's report and draft order. | 1.3 |
| 3/4/2015 | MWU | 31 | Prepare detailed report to UCC advisors regarding CCAA stay extension. | 0.7 |
| 3/4/2015 | RJA | 31 | Review Canadian motion record for Canadian stay extension. | 1.4 |
| 3/5/2015 | MS | 12 | Research and review regarding Cdn. claims issues including review of publicly filed documents and court reports regarding same. | 5.8 |
| 3/5/2015 | RSK | 12 | Review of memo on Ministry of Environment settlement and exchange email correspondence with Cassels team. | 0.5 |
| 3/5/2015 | RSK | 31 | Review of email correspondence from Akin Gump regarding Canadian court hearing. | 0.2 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                     Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                   Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 3/5/2015 | RSK | 12 | Office conference with M. Sassi and review of documents regarding Ministry of Environment claims and settlement. | 0.6 |
| 3/5/2015 | RSK | 7 | Participated in Committee call. | 0.7 |
| 3/5/2015 | MWU | 31 | Review two Canadian motion records regarding environmental matters and settlement of claims for Kingston, Ontario property, supporting Monitor's report, settlement agreements and draft orders, and prepare summary for presentation to UCC. | 2.4 |
| 3/5/2015 | MWU | 31 | Continued review of Monitor's report for CCAA stay extension motion, and report to UCC. | 0.4 |
| 3/5/2015 | MWU | 7 | Attend on UCC call. | 0.7 |
| 3/5/2015 | RJA | 31 | Review and revise draft memorandum for Akin Gump regarding Canadian motion record regarding environmental settlements. | 1.3 |
| 3/6/2015 | RSK | 12 | Review of Monitor's report regarding Canadian claims details. | 0.6 |
| 3/6/2015 | RSK | 12 | Review of email correspondence from Akin Gump and Capstone regarding claims information from Monitor's reports. | 0.2 |
| 3/6/2015 | RSK | 29 | Review article regarding bondholder issues. | 0.6 |
| 3/6/2015 | RSK | 12 | Review of email correspondence from Akin Gump regarding creditor meeting. | 0.2 |
| 3/9/2015 | RSK | 12 | Review of joint responding factum of Bank of New York and Law Debenture regarding Canadian PPI appeal. | 0.9 |
| 3/9/2015 | MWU | 31 | Review Bank of New York Mellon factum and book of authorities for Canadian PPI appeal. | 1.2 |
| 3/9/2015 | MWU | 31 | Review Monitor's reports regarding upcoming Canadian motions including report for Kingston environmental settlement. | 0.8 |
| 3/10/2015 | RSK | 31 | Review of Canadian hardship program and proposed amendments. | 1.1 |
| 3/10/2015 | RSK | 12 | Review of correspondence from Brown Rudnick on behalf of certain U.S. unsecured creditors. | 0.6 |
| 3/10/2015 | RSK | 31 | Exchange email correspondence with Cassels and Akin Gump regarding Canadian court hearing. | 0.3 |
| 3/10/2015 | MWU | 31 | Provide instructions to M. Sassi regarding Canadian court attendance. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 3/10/2015 | MWU | 31 | Calls and email correspondence with Canadian counsel for bonds and NNI and report to UCC advisors, and review update email from Monitor's counsel. | 0.7 |
| 3/10/2015 | MWU | 12 | Review correspondence from U.S. counsel for certain U.S. unsecured creditors. | 0.2 |
| 3/10/2015 | RJA | 31 | Email correspondence with Akin Gump regarding Canadian court hearing. | 0.1 |
| 3/10/2015 | RJA | 31 | Review motion record for Canadian court hearing. | 0.7 |
| 3/10/2015 | RJA | 12 | Review letter from Brown Rudnick regarding claims issues. | 0.2 |
| 3/11/2015 | GBS | 31 | Consider Canadian leave to appeal decision and motion to strike in PPI appeal. | 1.1 |
| 3/11/2015 | MS | 8 | Attend motion at Canadian court hearing for CCAA stay extension and settlement agreement approval. | 2.2 |
| 3/11/2015 | RSK | 31 | Review of motion of Canadian Debtors and Monitor regarding discovery of materials related to Dunn proof of claim. | 0.7 |
| 3/11/2015 | RSK | 31 | Exchange email correspondence with Akin Gump regarding impact of decision on motion to strike. | 0.6 |
| 3/11/2015 | RSK | 31 | Review of Canadian court decision on motion to strike. | 0.5 |
| 3/11/2015 | RSK | 12 | Review of amended notice of appeal and amended factum of bondholders. | 0.9 |
| 3/11/2015 | RSK | 31 | Exchange email correspondence with M. Wunder regarding motion to strike portions of Bondholder appeal pleadings. | 0.2 |
| 3/11/2015 | RSK | 31 | Review of report from Canadian court hearing and related court endorsements. | 0.4 |
| 3/11/2015 | MWU | 31 | Confer with M. Sassi after Canadian court hearings, review issued Canadian court order and related endorsements and prepare and forward update report to UCC advisors. | 0.5 |
| 3/11/2015 | MWU | 31 | Review Ontario court of appeal decision regarding motion to strike pleadings in Canadian PPI appeal litigation, and confer with Cassels lawyers. | 0.4 |
| 3/11/2015 | MWU | 31 | Multiple correspondence to and from Cassels lawyers and UCC advisors regarding Canadian appeal decision and PPI appeal litigation. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                     Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/11/2015 | RJA | 31 | Review Canadian motion record from Monitor regarding Frank Dunn litigation. | 1.1 |
| 3/11/2015 | RJA | 31 | Review Ontario Court of Appeal decision. | 0.4 |
| 3/11/2015 | RJA | 31 | Email correspondence with Cassels and Akin Gump teams regarding Ontario Court of Appeal decision and reasons regarding Monitor motion to strike. | 0.3 |
| 3/12/2015 | SAH | 31 | Conducting legal research regarding Canadian appeal issues. | 0.8 |
| 3/12/2015 | CHS | 31 | Research Canadian law regarding court procedure and correspond with Court of Appeal administration regarding same. | 1.2 |
| 3/12/2015 | RSK | 12 | Exchange email correspondence with M. Wunder regarding claims distribution issues. | 0.2 |
| 3/12/2015 | RSK | 31 | Exchange calls with counsel for Bondholders regarding Canadian appeal application motion to strike. | 0.2 |
| 3/12/2015 | RSK | 7 | Participated in Committee call. | 1.8 |
| 3/12/2015 | RSK | 31 | Exchange email correspondence with Cassels team regarding issue of appeal panel and participation of judge hearing motion to strike. | 0.5 |
| 3/12/2015 | MWU | 7 | Review agenda and documents for UCC meeting. | 0.3 |
| 3/12/2015 | MWU | 31 | Review Canadian motion record and supporting Monitor's certificate regarding Frank Dunn litigation and Monitor document review and prepare report for UCC. | 1.2 |
| 3/12/2015 | MWU | 7 | Attend UCC meeting (by phone). | 1.8 |
| 3/12/2015 | MWU | 31 | Email correspondence with S. Kukulowicz regarding Canadian claims issues. | 0.3 |
| 3/12/2015 | MWU | 31 | Review report regarding Canadian PPI appeal hearing issues. | 0.1 |
| 3/13/2015 | MS | 31 | Research Canadian law and prepare memorandum regarding distribution issues in Canadian CCAA proceedings, and discuss results with S. Kukulowicz. | 1.6 |
| 3/13/2015 | HFE | 12 | Meet with M. Sassi to discuss Canadian PPI research. | 0.5 |
| 3/13/2015 | RSK | 31 | Office conference with M. Sassi regarding distribution issues, and review research results. | 0.8 |
| 3/13/2015 | RSK | 31 | Exchange email correspondence with Akin Gump regarding Canadian motion to strike and research on CCAA interim distribution. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                     Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 3/13/2015 | RSK | 31 | Email correspondence to Akin Gump regarding Canadian amended appeal materials. | 0.4 |
| 3/13/2015 | RSK | 31 | Review of email correspondence regarding filing of amended Canadian appeal materials by Bondholders. | 0.4 |
| 3/14/2015 | MS | 31 | Research Cdn. law and prepare memorandum regarding distribution issues in Cdn. CCAA proceedings. | 1.2 |
| 3/14/2015 | MWU | 31 | Review Monitor's report in support of Canadian motion and draft CCAA court order regarding Dunn litigation. | 0.7 |
| 3/15/2015 | MS | 31 | Research Cdn. law and prepare memorandum regarding distribution issues in Cdn. CCAA proceedings. | 0.4 |
| 3/16/2015 | MS | 31 | Research Cdn. law and prepare memorandum regarding distribution issues in Cdn. CCAA proceedings. | 4.7 |
| 3/16/2015 | HFE | 31 | Assist M. Sassi with Canadian research regarding PPI decision. | 1.8 |
| 3/16/2015 | RSK | 29 | Working with Cassels lawyers to prepare memo regarding Canadian case distribution issues. | 1.2 |
| 3/16/2015 | RSK | 29 | Review of email correspondence from Capstone and Akin Gump regarding case status. | 0.3 |
| 3/16/2015 | MWU | 29 | Email correspondence to and from UCC advisors and counsel for NNI regarding allocation issues. | 0.3 |
| 3/17/2015 | MS | 31 | Research Canadian law and prepare memorandum regarding distribution issues in Canadian CCAA proceedings. | 5.3 |
| 3/17/2015 | HFE | 31 | Research Cdn. law and prepare memorandum regarding distribution issues in Cdn. CCAA proceedings. | 1.6 |
| 3/17/2015 | RSK | 31 | Office conference with J. Dietrich regarding CCAA distributions. | 0.3 |
| 3/17/2015 | RSK | 31 | Review and revise memo regarding Canadian estate distributions. | 0.7 |
| 3/17/2015 | JDI | 31 | Review and provide comments on Canadian law memo regarding distributions. | 0.8 |
| 3/17/2015 | JDI | 31 | Discussion with Cassels lawyers regarding Canadian law memo. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|----|---------|-------|
| 3/18/2015 | MS | 31 | Research Canadian law and prepare memorandum regarding distribution issues in Canadian CCAA proceedings. | 1.7 |
| 3/18/2015 | RSK | 32 | Review of additional Canadian pleadings filed by Ad Hoc committee of former Canadian employees. | 0.6 |
| 3/18/2015 | RSK | 31 | Review of email correspondence from Goodmans regarding Dunn Canadian case motion. | 0.2 |
| 3/18/2015 | RSK | 32 | Review of Capstone analysis of U.S. debtors' budget. | 0.3 |
| 3/18/2015 | RSK | 31 | Review and revise memo on Canadian distribution issues. | 2.2 |
| 3/18/2015 | MWU | 31 | Assist in preparation of memo regarding Canadian estate distributions. | 1.6 |
| 3/18/2015 | MWU | 31 | Review Canadian case law and analyze issues regarding Canadian estate distributions. | 1.4 |
| 3/18/2015 | JDI | 29 | Review Canadian distribution memo and confer with Cassels lawyers. | 0.9 |
| 3/19/2015 | RSK | 29 | Exchange email correspondence with Akin Gump regarding allocation issues. | 0.3 |
| 3/19/2015 | RSK | 29 | Review of U.S. analysis regarding distributions. | 0.5 |
| 3/19/2015 | RSK | 7 | Participate in Committee call. | 0.8 |
| 3/19/2015 | MWU | 7 | Prepare for (0.2) and attend on UCC call (0.8). | 1 |
| 3/19/2015 | MWU | 31 | Review issued Canadian order and endorsement, and circulate with update of Canadian court motion to UCC advisors including update call with Goodmans. | 0.5 |
| 3/19/2015 | MWU | 29 | Review Akin Gump memo regarding distribution issues. | 0.4 |
| 3/20/2015 | RSK | 31 | Review of responding Canadian factum of Wilmington Trust. | 0.4 |
| 3/20/2015 | RSK | 31 | Review of Monitor's submissions on Canadian motion to strike. | 0.6 |
| 3/20/2015 | RSK | 31 | Review of responding factum of CCC regarding Canadian PPI appeal. | 0.6 |
| 3/20/2015 | RSK | 31 | Review of responding PPI appeal materials of Canadian debtors and Monitor for Canadian PPI appeal. | 1.2 |
| 3/20/2015 | RSK | 31 | Review of Bondholders' submissions on Canadian motion and related email correspondence. | 0.6 |
| 3/20/2015 | MWU | 3 | Prepare February 2015 account. | 2.4 |
| 3/20/2015 | MWU | 31 | Review Canadian PPI appeal motion to strike court submissions and report to UCC advisors. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 3/20/2015 | MWU | 31 | Review CCC Canadian factum for Canadian PPI court of appeal application, and email correspondence with UCC advisors. | 0.8 |
| 3/20/2015 | MWU | 29 | Review correspondence regarding allocation trial transcript and related Canadian court order. | 0.2 |
| 3/20/2015 | RJA | 31 | Review bondholder group and Monitor motion records regarding Canadian PPI appeal. | 2.3 |
| 3/20/2015 | RJA | 31 | Email correspondence with Akin Gump team regarding bondholder group Canadian PPI appeal motion record. | 0.4 |
| 3/23/2015 | RSK | 31 | Review of email correspondence between parties regarding Canadian PPI appeal hearing. | 0.2 |
| 3/23/2015 | RSK | 31 | Review memo regarding Canadian estate distribution issues. | 0.4 |
| 3/23/2015 | RSK | 31 | Exchange email correspondence with Akin Gump and Cassels teams regarding Canadian estate distributions. | 0.2 |
| 3/23/2015 | MWU | 31 | Review and consider issues and Canadian case law regarding Canadian estate distributions. | 2.2 |
| 3/23/2015 | RJA | 31 | Analysis of issues and motion record regarding Canadian PPI appeal. | 1.9 |
| 3/24/2015 | MS | 29 | Call with Akin Gump and Cassels Brock regarding distribution issues. | 0.7 |
| 3/24/2015 | RSK | 29 | Conference call with Akin Gump regarding distribution issues. | 0.7 |
| 3/24/2015 | MWU | 29 | Attend on call with UCC advisors to discuss estate distribution issues. | 0.7 |
| 3/24/2015 | MWU | 29 | Analysis of Canadian estate claims and distribution issues to prepare for UCC advisor meeting. | 1.2 |
| 3/24/2015 | RJA | 29 | Conference call with Akin Gump and Cassels team regarding allocation issues. | 0.7 |
| 3/24/2015 | RJA | 29 | Detailed analysis of Canadian issues on allocation. | 1.9 |
| 3/24/2015 | RJA | 29 | Review memo to Akin Gump regarding allocation issues. | 0.7 |
| 3/24/2015 | RJA | 7 | Prep work for Committee call. | 0.3 |
| 3/25/2015 | RSK | 29 | Review of email correspondence from Akin Gump regarding allocation issues. | 0.3 |
| 3/25/2015 | MWU | 29 | Correspondence to and from UCC advisors regarding allocation issues. | 0.2 |
| 3/25/2015 | MWU | 3 | Prepare February 2015 fee application. | 1.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1962030

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/26/2015 | GBS | 31 | Consider issues regarding Canadian court allocation decision. | 0.4 |
| 3/26/2015 | SAH | 31 | Conducting Canadian legal research regarding Canadian procedural issues. | 0.9 |
| 3/26/2015 | CHS | 31 | Analyze Canadian rules regarding court decisions. | 0.5 |
| 3/26/2015 | RSK | 24 | Review of email correspondence and documents regarding IP address sale transaction. | 0.3 |
| 3/26/2015 | RSK | 31 | Review of Cassels email correspondence regarding direction on time limit to deliver trial decision. | 0.2 |
| 3/26/2015 | RSK | 29 | Review of Capstone analysis of distribution issues. | 0.3 |
| 3/26/2015 | MWU | 7 | Attend on UCC call. | 0.6 |
| 3/26/2015 | MWU | 24 | Review draft sale agreement and overview summary, and report to UCC advisors. | 0.6 |
| 3/26/2015 | RJA | 31 | Participate in Committee call. | 0.6 |
| 3/26/2015 | RJA | 29 | Analysis of Canadian issues related to allocation decision. | 1.3 |
| 3/26/2015 | RJA | 24 | Review email correspondence from Goodmans regarding update on sale process. | 0.2 |
| 3/27/2015 | SAH | 31 | Conducting legal research regarding Canadian court procedural issues. | 0.8 |
| 3/27/2015 | CHS | 31 | Research Canadian court rules and report to S. Holland. | 0.9 |
| 3/27/2015 | MWU | 24 | Call with Capstone to discuss proposed sale transaction and report to UCC. | 0.3 |
| 3/27/2015 | RJA | 31 | Analysis of allocation issues and related Canadian precedents. | 2.9 |
| 3/30/2015 | SAH | 31 | Research regarding Canadian case distribution issues and meet with C. Selby. | 1.1 |
| 3/30/2015 | RSK | 31 | Review of Monitor's appeal brief regarding Canadian PPI settlement. | 0.8 |
| 3/30/2015 | RJA | 29 | Analysis of Canadian issues related to allocation and next steps. | 1.7 |
| 3/31/2015 | RSK | 29 | Review of email correspondence with Akin Gump regarding allocation issues. | 0.2 |
| 3/31/2015 | MWU | 12 | Review CCAA Monitor appeal brief regarding US debtor settlement with EMEA debtors. | 0.8 |
| 3/31/2015 | RJA | 29 | Email correspondence with Akin Gump regarding allocation issues. | 0.1 |
| | | | **Total** | **123.4** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1962030

Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|-------------|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 2.60 | $390.00 | $1,014.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 1.50 | $945.00 | $1,417.50 |
| Hilary Fender | Student | Students | | 3.90 | $175.00 | $682.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.10 | $660.00 | $1,386.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 33.40 | $810.00 | $27,054.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 23.60 | $395.00 | $9,322.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 20.50 | $785.00 | $16,092.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 32.20 | $910.00 | $29,302.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 3.60 | $450.00 | $1,620.00 |
| | | | | | | |
| TOTAL | | | | 123.40 | CDN. | $    87,890.50 |

**TOTAL PROFESSIONAL FEES**                          $  87,890.50

**Non-Taxable Disbursements**

    Copies                                                  231.20
    Binding, Tabs, Disks, etc                               39.23
    Travel / Ground Transportation                          12.38
    Telephone / Long Distance/Conference Calls               4.77
    **Total Disbursements**                                 287.58
**Total Disbursements and Tax**                                287.58


**Total Fees, Disbursements & Tax**              $   88,178.08 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 4.00 | 3,240.00 |
| 0007 | Creditors Committee Meetings | 8.00 | 6,802.50 |
| 0008 | Court Hearings | 2.20 | 869.00 |
| 0012 | General Claims Analysis/Claims Objections | 13.00 | 8,270.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.40 | 1,159.00 |
| 0029 | Intercompany Analysis | 15.40 | 12,328.50 |
| 0031 | Canadian Proceedings/Matters | 78.50 | 54,402.00 |
| 0032 | U.S Proceedings/Matters | 0.90 | 819.00 |
| | | | |
| **TOTAL** | | **123.4** | **$87,890.50** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1962030

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 3/2/2015 | Copies | 2 | 0.20 |
| 3/2/2015 | Copies | 5 | 0.50 |
| 3/4/2015 | Travel - Taxi for S. Kukulowicz to court on Feb. 27, 2015 | 1 | 6.19 |
| 3/4/2015 | Travel - Taxi for S. Kukulowicz from court to Cassels Brock on Feb. 27, 2015 | 1 | 6.19 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 126 | 12.60 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 3/4/2015 | Copies | 60 | 6.00 |
| 3/4/2015 | Copies | 132 | 13.20 |
| 3/4/2015 | Copies | 127 | 12.70 |
| 3/4/2015 | Copies | 136 | 13.60 |
| 3/4/2015 | Copies | 3 | 0.30 |
| 3/4/2015 | Copies | 136 | 13.60 |
| 3/4/2015 | Copies | 63 | 6.30 |
| 3/4/2015 | Copies | 127 | 12.70 |
| 3/4/2015 | Copies | 4 | 0.40 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 4 | 0.40 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 13 | 1.30 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 13 | 1.30 |
| 3/4/2015 | Binding, Tabs, Disks, etc - 24 letter tabs & 3 binders | 1 | 11.88 |
| 3/4/2015 | Binding, Tabs, Disks, etc | 1 | 11.13 |
| 3/5/2015 | Copies | 5 | 0.50 |
| 3/5/2015 | Copies | 4 | 0.40 |
| 3/6/2015 | Copies | 3 | 0.30 |
| 3/6/2015 | Copies | 3 | 0.30 |
| 3/6/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 28 | 2.80 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 28 | 2.80 |
| 3/9/2015 | Copies | 61 | 6.10 |
| 3/9/2015 | Copies | 61 | 6.10 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 3 | 0.30 |
| 3/9/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 3/10/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP          Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 3/10/2015 | Copies | 60 | 6.00 |
| 3/10/2015 | Binding, Tabs, Disks, etc | 1 | 3.71 |
| 3/11/2015 | Copies | 2 | 0.20 |
| 3/11/2015 | Copies | 10 | 1.00 |
| 3/11/2015 | Copies | 8 | 0.80 |
| 3/11/2015 | Copies | 5 | 0.50 |
| 3/11/2015 | Copies | 4 | 0.40 |
| 3/11/2015 | Copies | 21 | 2.10 |
| 3/11/2015 | Copies | 28 | 2.80 |
| 3/12/2015 | Copies | 3 | 0.30 |
| 3/12/2015 | Copies | 9 | 0.90 |
| 3/12/2015 | Copies | 10 | 1.00 |
| 3/12/2015 | Copies | 115 | 11.50 |
| 3/12/2015 | Copies | 2 | 0.20 |
| 3/12/2015 | Copies | 2 | 0.20 |
| 3/12/2015 | Copies | 3 | 0.30 |
| 3/12/2015 | Copies | 4 | 0.40 |
| 3/12/2015 | Copies | 2 | 0.20 |
| 3/12/2015 | Copies | 41 | 4.10 |
| 3/12/2015 | Copies | 9 | 0.90 |
| 3/12/2015 | Copies | 2 | 0.20 |
| 3/12/2015 | Binding, Tabs, Disks, etc | 1 | 3.83 |
| 3/13/2015 | Copies | 2 | 0.20 |
| 3/13/2015 | Copies | 9 | 0.90 |
| 3/13/2015 | Copies | 41 | 4.10 |
| 3/13/2015 | Copies | 3 | 0.30 |
| 3/13/2015 | Copies | 3 | 0.30 |
| 3/13/2015 | Copies | 4 | 0.40 |
| 3/13/2015 | Copies | 3 | 0.30 |
| 3/16/2015 | Binding, Tabs, Disks, etc | 1 | 5.93 |
| 3/16/2015 | Copies | 37 | 3.70 |
| 3/16/2015 | Copies | 26 | 2.60 |
| 3/16/2015 | Copies | 7 | 0.70 |
| 3/16/2015 | Copies | 16 | 1.60 |
| 3/16/2015 | Copies | 19 | 1.90 |
| 3/16/2015 | Copies | 7 | 0.70 |
| 3/16/2015 | Copies | 2 | 0.20 |
| 3/16/2015 | Copies | 18 | 1.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1962030

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 3/16/2015 | Copies | 16 | $   1.60 |
| 3/16/2015 | Copies | 25 | 2.5 |
| 3/16/2015 | Copies | 11 | 1.1 |
| 3/16/2015 | Copies | 2 | 0.2 |
| 3/16/2015 | Copies | 2 | 0.2 |
| 3/16/2015 | Copies | 4 | 0.4 |
| 3/16/2015 | Copies | 18 | 1.8 |
| 3/16/2015 | Copies | 13 | 1.3 |
| 3/16/2015 | Copies | 19 | 1.9 |
| 3/16/2015 | Copies | 3 | 0.3 |
| 3/16/2015 | Copies | 16 | 1.6 |
| 3/16/2015 | Copies | 25 | 2.5 |
| 3/16/2015 | Copies | 6 | 0.6 |
| 3/16/2015 | Copies | 3 | 0.3 |
| 3/16/2015 | Copies | 14 | 1.4 |
| 3/16/2015 | Copies | 7 | 0.7 |
| 3/16/2015 | Copies | 2 | 0.2 |
| 3/16/2015 | Copies | 8 | 0.8 |
| 3/18/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 7 | 0.7 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 11 | 1.1 |
| 3/19/2015 | Copies | 6 | 0.6 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/20/2015 | Copies | 11 | 1.1 |
| 3/20/2015 | Copies | 2 | 0.2 |
| 3/20/2015 | Copies | 21 | 2.1 |
| 3/20/2015 | Copies | 3 | 0.3 |
| 3/20/2015 | Copies | 117 | 11.7 |
| 3/24/2015 | Copies | 3 | 0.3 |
| 3/24/2015 | Copies | 2 | 0.2 |
| 3/24/2015 | Copies | 4 | 0.4 |
| 3/24/2015 | Copies | 2 | 0.2 |
| 3/24/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1962030

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 3/24/2015 | Copies | 3 | 0.3 |
| 3/25/2015 | Copies | 4 | 0.4 |
| 3/25/2015 | Copies | 2 | 0.2 |
| 3/25/2015 | Copies | 5 | 0.5 |
| 3/25/2015 | Copies | 3 | 0.3 |
| 3/26/2015 | Copies | 2 | 0.2 |
| 3/26/2015 | Copies | 2 | 0.2 |
| 3/26/2015 | Copies | 4 | 0.4 |
| 3/26/2015 | Copies | 2 | 0.2 |
| 3/26/2015 | Copies | 40 | 4 |
| 3/26/2015 | Copies | 4 | 0.4 |
| 3/26/2015 | Copies | 3 | 0.3 |
| 3/26/2015 | Copies | 4 | 0.4 |
| 3/26/2015 | Copies | 2 | 0.2 |
| 3/26/2015 | Copies | 4 | 0.4 |
| 3/30/2015 | Copies | 7 | 0.7 |
| 3/30/2015 | Copies | 2 | 0.2 |
| 3/30/2015 | Copies | 11 | 1.1 |
| 3/30/2015 | Copies | 3 | 0.3 |
| 3/30/2015 | Copies | 4 | 0.4 |
| 3/30/2015 | Copies | 2 | 0.2 |
| 3/30/2015 | Telephone - BELL CONFERENCING INC. | 1 | 4.77 |
| 3/31/2015 | Copies | 44 | 4.4 |
| | **Total** | | **$   287.58** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.