**EXHIBIT C**

## DISBURSEMENT SUMMARY
## MARCH 1 TO MARCH 31, 2015
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $ 231.20 |
| Binding, Tabs, Disks, etc. | $ 39.23 |
| Travel / Ground Transportation | $ 12.38 |
| Telephone / Long Distance/Conference Calls | $ 4.77 |
| Total Non-Taxable Disbursements | $ 287.58 CDN. |