# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                 Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 3/2/2015 | Copies | 2 | 0.20 |
| 3/2/2015 | Copies | 5 | 0.50 |
| 3/4/2015 | Travel - Taxi for S. Kukulowicz to court on Feb. 27, 2015 | 1 | 6.19 |
| 3/4/2015 | Travel - Taxi for S. Kukulowicz from court to Cassels Brock on Feb. 27, 2015 | 1 | 6.19 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 1 | 0.10 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 126 | 12.60 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1962030

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 3/4/2015 | Copies | 60 | 6.00 |
| 3/4/2015 | Copies | 132 | 13.20 |
| 3/4/2015 | Copies | 127 | 12.70 |
| 3/4/2015 | Copies | 136 | 13.60 |
| 3/4/2015 | Copies | 3 | 0.30 |
| 3/4/2015 | Copies | 136 | 13.60 |
| 3/4/2015 | Copies | 63 | 6.30 |
| 3/4/2015 | Copies | 127 | 12.70 |
| 3/4/2015 | Copies | 4 | 0.40 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 4 | 0.40 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 13 | 1.30 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 2 | 0.20 |
| 3/4/2015 | Copies | 13 | 1.30 |
| 3/4/2015 | Binding, Tabs, Disks, etc - 24 letter tabs & 3 binders | 1 | 11.88 |
| 3/4/2015 | Binding, Tabs, Disks, etc | 1 | 11.13 |
| 3/5/2015 | Copies | 5 | 0.50 |
| 3/5/2015 | Copies | 4 | 0.40 |
| 3/6/2015 | Copies | 3 | 0.30 |
| 3/6/2015 | Copies | 3 | 0.30 |
| 3/6/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 28 | 2.80 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 28 | 2.80 |
| 3/9/2015 | Copies | 61 | 6.10 |
| 3/9/2015 | Copies | 61 | 6.10 |
| 3/9/2015 | Copies | 2 | 0.20 |
| 3/9/2015 | Copies | 3 | 0.30 |
| 3/9/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 3/10/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| <u>Date</u> | <u>Narrative</u> | <u>Quantity</u> | <u>Amount</u> |
|---|---|---|---|
| 3/10/2015 | Copies | 60 | 6.00 |
| 3/10/2015 | Binding, Tabs, Disks, etc | 1 | 3.71 |
| 3/11/2015 | Copies | 2 | 0.20 |
| 3/11/2015 | Copies | 10 | 1.00 |
| 3/11/2015 | Copies | 8 | 0.80 |
| 3/11/2015 | Copies | 5 | 0.50 |
| 3/11/2015 | Copies | 4 | 0.40 |
| 3/11/2015 | Copies | 21 | 2.10 |
| 3/11/2015 | Copies | 28 | 2.80 |
| 3/12/2015 | Copies | 3 | 0.30 |
| 3/12/2015 | Copies | 9 | 0.90 |
| 3/12/2015 | Copies | 10 | 1.00 |
| 3/12/2015 | Copies | 115 | 11.50 |
| 3/12/2015 | Copies | 2 | 0.20 |
| 3/12/2015 | Copies | 2 | 0.20 |
| 3/12/2015 | Copies | 3 | 0.30 |
| 3/12/2015 | Copies | 4 | 0.40 |
| 3/12/2015 | Copies | 2 | 0.20 |
| 3/12/2015 | Copies | 41 | 4.10 |
| 3/12/2015 | Copies | 9 | 0.90 |
| 3/12/2015 | Copies | 2 | 0.20 |
| 3/12/2015 | Binding, Tabs, Disks, etc | 1 | 3.83 |
| 3/13/2015 | Copies | 2 | 0.20 |
| 3/13/2015 | Copies | 9 | 0.90 |
| 3/13/2015 | Copies | 41 | 4.10 |
| 3/13/2015 | Copies | 3 | 0.30 |
| 3/13/2015 | Copies | 3 | 0.30 |
| 3/13/2015 | Copies | 4 | 0.40 |
| 3/13/2015 | Copies | 3 | 0.30 |
| 3/16/2015 | Binding, Tabs, Disks, etc | 1 | 5.93 |
| 3/16/2015 | Copies | 37 | 3.70 |
| 3/16/2015 | Copies | 26 | 2.60 |
| 3/16/2015 | Copies | 7 | 0.70 |
| 3/16/2015 | Copies | 16 | 1.60 |
| 3/16/2015 | Copies | 19 | 1.90 |
| 3/16/2015 | Copies | 7 | 0.70 |
| 3/16/2015 | Copies | 2 | 0.20 |
| 3/16/2015 | Copies | 18 | 1.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| <u>Date</u> | <u>Narrative</u> | <u>Quantity</u> | <u>Amount</u> |
|------|-----------|----------|--------|
| 3/16/2015 | Copies | 16 | $   1.60 |
| 3/16/2015 | Copies | 25 | 2.5 |
| 3/16/2015 | Copies | 11 | 1.1 |
| 3/16/2015 | Copies | 2 | 0.2 |
| 3/16/2015 | Copies | 2 | 0.2 |
| 3/16/2015 | Copies | 4 | 0.4 |
| 3/16/2015 | Copies | 18 | 1.8 |
| 3/16/2015 | Copies | 13 | 1.3 |
| 3/16/2015 | Copies | 19 | 1.9 |
| 3/16/2015 | Copies | 3 | 0.3 |
| 3/16/2015 | Copies | 16 | 1.6 |
| 3/16/2015 | Copies | 25 | 2.5 |
| 3/16/2015 | Copies | 6 | 0.6 |
| 3/16/2015 | Copies | 3 | 0.3 |
| 3/16/2015 | Copies | 14 | 1.4 |
| 3/16/2015 | Copies | 7 | 0.7 |
| 3/16/2015 | Copies | 2 | 0.2 |
| 3/16/2015 | Copies | 8 | 0.8 |
| 3/18/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 7 | 0.7 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 11 | 1.1 |
| 3/19/2015 | Copies | 6 | 0.6 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/19/2015 | Copies | 4 | 0.4 |
| 3/20/2015 | Copies | 11 | 1.1 |
| 3/20/2015 | Copies | 2 | 0.2 |
| 3/20/2015 | Copies | 21 | 2.1 |
| 3/20/2015 | Copies | 3 | 0.3 |
| 3/20/2015 | Copies | 117 | 11.7 |
| 3/24/2015 | Copies | 3 | 0.3 |
| 3/24/2015 | Copies | 2 | 0.2 |
| 3/24/2015 | Copies | 4 | 0.4 |
| 3/24/2015 | Copies | 2 | 0.2 |
| 3/24/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1962030
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/24/2015 | Copies | 3 | 0.3 |
| 3/25/2015 | Copies | 4 | 0.4 |
| 3/25/2015 | Copies | 2 | 0.2 |
| 3/25/2015 | Copies | 5 | 0.5 |
| 3/25/2015 | Copies | 3 | 0.3 |
| 3/26/2015 | Copies | 2 | 0.2 |
| 3/26/2015 | Copies | 2 | 0.2 |
| 3/26/2015 | Copies | 4 | 0.4 |
| 3/26/2015 | Copies | 2 | 0.2 |
| 3/26/2015 | Copies | 40 | 4 |
| 3/26/2015 | Copies | 4 | 0.4 |
| 3/26/2015 | Copies | 3 | 0.3 |
| 3/26/2015 | Copies | 4 | 0.4 |
| 3/26/2015 | Copies | 2 | 0.2 |
| 3/26/2015 | Copies | 4 | 0.4 |
| 3/30/2015 | Copies | 7 | 0.7 |
| 3/30/2015 | Copies | 2 | 0.2 |
| 3/30/2015 | Copies | 11 | 1.1 |
| 3/30/2015 | Copies | 3 | 0.3 |
| 3/30/2015 | Copies | 4 | 0.4 |
| 3/30/2015 | Copies | 2 | 0.2 |
| 3/30/2015 | Telephone - BELL CONFERENCING INC. | 1 | 4.77 |
| 3/31/2015 | Copies | 44 | 4.4 |
| | **Total** | | **$ 287.58** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.