**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD MARCH 1, 2015 THROUGH MARCH 31, 2015
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 2.6 | $390.00 | $1,014.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 1.5 | $945.00 | $1,417.50 |
| Hilary Fender | Student | Students |  | 3.9 | $175.00 | $682.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.1 | $660.00 | $1,386.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 33.4 | $810.00 | $27,054.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 23.6 | $395.00 | $9,322.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 20.5 | $785.00 | $16,092.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 32.2 | $910.00 | $29,302.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 3.6 | $450.00 | $1,620.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 123.4 | CDN. | $87,890.50 |