**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 15544 and 15545**<br><br>Hearing Date: June 30, 2015 at 10:00 a.m. (ET) (Or as otherwise ordered by the Court)<br>Objection Deadline: June 15, 2015 at 4:00 p.m. (ET) |

**NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC NOTES, PURSUANT TO FED. R. CIV. P. 52(b), 59(e), AND 60, FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER AND ALLOCATION TRIAL OPINION**

**PLEASE TAKE NOTICE** that, by this motion (the "Motion"), Law Debenture Trust Company of New York ("Law Debenture"), as indenture trustee for the NNCC Notes (as defined in the Motion), by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, seeks entry of an order, pursuant to Rules 52(b), 59(e), and 60 of the Federal Rules of Civil Procedure (made applicable herein by Rules 7052, 9023 and 9024 of the Federal Rules of Bankruptcy Procedure) altering or amending its *Allocation Trial Opinion* and the related *Order*, each dated May 12, 2015 [Dkt. Nos. 15544 and 15545].

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel **so as to be received on or before June 15, 2015 at 4:00 p.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel

7794729

**PLEASE TAKE FURTHER NOTICE** that <u>**a hearing on the Motion will be held on June 30, 2015 at 10:00 a.m. (ET) (Or as otherwise ordered by the Court)**</u> before the Honorable Kevin Gross, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO FILE AN OBJECTION TO THE MOTION OR APPEAR AT THE HEARING IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware
         May 26, 2015

**MORRIS JAMES LLP**

_____
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
Email: smiller@morrisjames.com

– and –

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile:  (212) 336-2222
Email:  dalowenthal@pbwt.com
        bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

---

Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

7794729

2