# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC  [Docket No. 15519] | 3/1/15 - 3/31/15 | $186,810.00 (Fees)  $0.00 (Expenses) | $149,448.00 (Fees @ 80%)  $0.00 (Expenses @ 100%) | 5/1/15 | 5/21/15 |