# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 4/1/2015 — End Date 4/30/2015

**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 309.40 | $590.00 | $182,546.00 |
| 2 | Facility Document Inventory & Evacuation Review | 219.50 | $590.00 | $129,505.00 |
| 3 | Human Resources - Employee Related Projects | 10.20 | $590.00 | $6,018.00 |
| 4 | Fee Apps | 38.30 | $590.00 | $22,597.00 |
| 5 | Non-working travel | 135.00 | $295.00 | $39,825.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 426.40 | $590.00 | $251,576.00 |
| 7 | Tax/Finance Matters and Budget Projects | 5.90 | $590.00 | $3,481.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support and Case Modeling | 2.70 | $590.00 | $1,593.00 |
| | **Hours/Billing Amount for Period:** | **1147.40** | | **$637,141.00** |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/1/2015 | NNI vault space issues / building and configuring NAS server for hard disk backups / replace failed tape | Brandon Bangerter | 1 | 8.1 |
| 4/1/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 8.5 |
| 4/2/2015 | NAS final configuration / testing, kick off syncs from NNI vault / NetBackup maintenance | Brandon Bangerter | 1 | 6.3 |
| 4/2/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 7.0 |
| 4/3/2015 | NetBackup policy maintenance / updating configurations / preparing tapes / overview | Brandon Bangerter | 1 | 2.6 |
| 4/3/2015 | IT infrastructure monitoring and support for Unix and Oracle | Raj Perubhatla | 1 | 5.5 |
| 4/4/2015 | Server maintenance / NetBackup policy fixes, restarting jobs | Brandon Bangerter | 1 | 1.8 |
| 4/6/2015 | Livelink configuration changes for searches / troubleshooting and testing / Vault syncs to NAS server | Brandon Bangerter | 1 | 4.6 |
| 4/6/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 5.0 |
| 4/7/2015 | Livelink changes, testing / NAS sync updates / data center analysis / lease end examination | Brandon Bangerter | 1 | 7.3 |
| 4/7/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 7.0 |
| 4/8/2015 | Livelink searches per requests received / NetBackup updates to policies and tapes | Brandon Bangerter | 1 | 3.8 |
| 4/8/2015 | Searching Iron Mountain catalog for hit counts for Vtech | Raj Perubhatla | 1 | 4.0 |
| 4/8/2015 | RTP Site Sub-Tenant IT footprint project | Raj Perubhatla | 1 | 4.0 |
| 4/8/2015 | SharePoint list duplication effort investigation | Raj Perubhatla | 1 | 2.7 |
| 4/9/2015 | NNI vault cleanup / syncs of hard drive backups to new NAS server / folder comparisons and updates | Brandon Bangerter | 1 | 2.6 |
| 4/9/2015 | Server maintenance / NetBackup policy fixes, restarting jobs | Brandon Bangerter | 1 | 2.2 |
| 4/9/2015 | SharePoint list duplication effort investigation | Raj Perubhatla | 1 | 3.3 |
| 4/9/2015 | RTP Site Sub-Tenant IT footprint project | Raj Perubhatla | 1 | 4.8 |
| 4/9/2015 | Office365 email archiving | Raj Perubhatla | 1 | 2.3 |
| 4/10/2015 | Research and review Iron Mountain tape storage for dates, jobs, consistency | Brandon Bangerter | 1 | 3.7 |
| 4/10/2015 | Nortel-us website down: troubleshooting | Raj Perubhatla | 1 | 5.6 |
| 4/10/2015 | Office365 email archiving | Raj Perubhatla | 1 | 3.4 |
| 4/11/2015 | Preparation for site tenants reviews / NetBackup monitoring and job restarts | Brandon Bangerter | 1 | 1.6 |
| 4/11/2015 | Nortel Website troubleshooting | Raj Perubhatla | 1 | 6.3 |
| 4/11/2015 | RTP Site Sub-Tenant IT footprint project | Raj Perubhatla | 1 | 2.7 |
| 4/12/2015 | Facilities support for looking up tel#s | Raj Perubhatla | 1 | 0.7 |
| 4/12/2015 | email archiving for Office365 | Raj Perubhatla | 1 | 1.7 |
| 4/12/2015 | Physical isolation of Ring fence hardware in the data center analysis and options diligence | Raj Perubhatla | 1 | 3.5 |
| 4/12/2015 | RTP Site Sub-Tenant IT footprint project | Raj Perubhatla | 1 | 2.7 |
| 4/13/2015 | Hardware failures / NetBackup updates to policies / NAS server build | Brandon Bangerter | 1 | 5.3 |
| 4/13/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 4.5 |
| 4/14/2015 | NAS server configuration / hard drive copies and verifications on new NAS share / tenant walkthroughs | Brandon Bangerter | 1 | 7.1 |
| 4/14/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 7.0 |
| 4/15/2015 | NetBackup policy maintenance / updating configurations / preparing tapes / server updates | Brandon Bangerter | 1 | 2.7 |
| 4/15/2015 | Nortel Website troubleshooting | Raj Perubhatla | 1 | 3.7 |
| 4/16/2015 | Server maintenance / configuration / shares / NetBackup policy changes, updates | Brandon Bangerter | 1 | 2.1 |
| 4/16/2015 | Nortel Website troubleshooting: backing up the files and database | Raj Perubhatla | 1 | 7.7 |
| 4/16/2015 | Nortel IT Infrastructure discussion | Kathryn Schultea | 1 | 3.5 |
| 4/17/2015 | Server patch updates / virus definitions | Brandon Bangerter | 1 | 1.5 |
| 4/17/2015 | Claims database maintenance | Raj Perubhatla | 1 | 4.5 |
| 4/17/2015 | Work with Network Solutions to troubleshoot the VPS server | Raj Perubhatla | 1 | 3.3 |
| 4/18/2015 | Backup the files from the broken VPS server | Raj Perubhatla | 1 | 4.2 |
| 4/19/2015 | NetBackup jobs monitoring / server configuration updates | Brandon Bangerter | 1 | 1.2 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/19/2015 | load and test the WordPress site on a local Linux Server | Raj Perubhatla | 1 | 8.3 |
| 4/20/2015 | IT infrastructure review preparation / support account configuration and testing / NetBackup monitoring | Brandon Bangerter | 1 | 2.8 |
| 4/21/2015 | Location infrastructure walkthroughs and documentation; NAS configuration, setup | Brandon Bangerter | 1 | 8.3 |
| 4/21/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 8.5 |
| 4/22/2015 | Hardware failures, replacement / data center documentation and cleanup, NAS configuration | Brandon Bangerter | 1 | 10.6 |
| 4/22/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 9.5 |
| 4/22/2015 | Correspondence - Nortel Dataroom discussion | Kathryn Schultea | 1 | 1.3 |
| 4/23/2015 | NAS server configuration / hard drive copies and verifications on new NAS share / tenant walkthroughs | Brandon Bangerter | 1 | 6.4 |
| 4/23/2015 | Troubleshooting website with Network Solutions | Raj Perubhatla | 1 | 3.5 |
| 4/23/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 7.3 |
| 4/24/2015 | NetBackup jobs monitoring, policy configuration updates / server patch updates | Brandon Bangerter | 1 | 3.1 |
| 4/24/2015 | Configuring the website on Network Solutions VPS | Raj Perubhatla | 1 | 5.2 |
| 4/24/2015 | Correspondence - Clear case database and servers | Kathryn Schultea | 1 | 1.5 |
| 4/27/2015 | NAS final configuration / testing, NetBackup changes and tests with new NAS | Brandon Bangerter | 1 | 3.8 |
| 4/27/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 3.5 |
| 4/28/2015 | Preparation for document review / server access updates / NetBackup tests / server patch updates | Brandon Bangerter | 1 | 8.8 |
| 4/28/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 9.0 |
| 4/29/2015 | Hardware issues-troubleshooting / replacement, NetBackup policy failures / fixes, configuration | Brandon Bangerter | 1 | 6.6 |
| 4/29/2015 | On-site Support for IT and Claims | Raj Perubhatla | 1 | 7.2 |
| 4/30/2015 | Access rights to servers / troubleshooting; server antivirus installations and updates | Brandon Bangerter | 1 | 4.4 |
| 4/30/2015 | Unix Servers and Database maintenance and monitoring | Raj Perubhatla | 1 | 3.5 |
| 4/30/2015 | HD Restores for Discovery | Raj Perubhatla | 1 | 2.7 |
| 4/1/2015 | Documentation of records inventory located at Iron Mountain Chicago facility | Daniel Tollefsen | 2 | 5.3 |
| 4/1/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 6.5 |
| 4/1/2015 | Correspondence - NNI boxes in Richardson | Kathryn Schultea | 2 | 2.5 |
| 4/2/2015 | Documentation of records inventory located at Iron Mountain Chicago facility | Daniel Tollefsen | 2 | 4.9 |
| 4/2/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 7.0 |
| 4/3/2015 | Documentation of records inventory located at Iron Mountain Chicago facility | Daniel Tollefsen | 2 | 5.4 |
| 4/3/2015 | Review and coordinate with Iron Mountain Chicago box searches | Felicia Buenrostro | 2 | 3.0 |
| 4/6/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 8.0 |
| 4/7/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 6.5 |
| 4/8/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 7.0 |
| 4/8/2015 | Correspondence - Foreign documents discussion | Kathryn Schultea | 2 | 0.6 |
| 4/9/2015 | Review and coordinate with Iron Mountain Chicago box searches | Felicia Buenrostro | 2 | 8.0 |
| 4/10/2015 | Correspondence - Claims Reconciliation discussion | Kathryn Schultea | 2 | 1.5 |
| 4/13/2015 | Conf. Call with T. Ross re: Zurich | Kathryn Schultea | 2 | 1.0 |
| 4/15/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 7.7 |
| 4/15/2015 | Correspondence - Facility/Lease matters | Kathryn Schultea | 2 | 0.3 |
| 4/16/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 8.5 |
| 4/20/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 4.0 |
| 4/20/2015 | Correspondence and review re IT facility | Kathryn Schultea | 2 | 0.5 |
| 4/21/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.0 |
| 4/22/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.5 |
| 4/23/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/24/2015 | Correspondence - Nortel Document Discovery and Retention discussion | Kathryn Schultea | 2 | 0.8 |
| 4/27/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 5.6 |
| 4/27/2015 | Onsite at Nortel offices - review IM boxes for non-qualified pension benefit documents | Felicia Buenrostro | 2 | 6.0 |
| 4/27/2015 | Onsite at NNI - Discussion of non-qualified pension files; HR related matters | Kathryn Schultea | 2 | 6.0 |
| 4/28/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 11.4 |
| 4/28/2015 | On site at Nortel offices to review Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 11.0 |
| 4/28/2015 | Onsite at Nortel offices - review IM boxes for non-qualified pension benefit documents | Felicia Buenrostro | 2 | 11.0 |
| 4/29/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 11.6 |
| 4/29/2015 | On site at Nortel offices to review Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 9.3 |
| 4/29/2015 | Onsite at Nortel offices - review IM boxes for non-qualified pension benefit documents | Felicia Buenrostro | 2 | 9.3 |
| 4/30/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 15.8 |
| 4/30/2015 | On site at Nortel offices to review Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 5.5 |
| 4/30/2015 | Onsite at Nortel offices - review IM boxes for non-qualified pension benefit documents | Felicia Buenrostro | 2 | 5.5 |
| 4/7/2015 | Onsite at NNI - Planning meeting and related follow-up on transition and site wind down matters | Kathryn Schultea | 3 | 6.0 |
| 4/8/2015 | Conf. Call with T. Ross re various client related matters | Kathryn Schultea | 3 | 0.5 |
| 4/9/2015 | Correspondence - former EE questions | Kathryn Schultea | 3 | 0.7 |
| 4/9/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 3 | 0.8 |
| 4/14/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 3 | 0.5 |
| 4/23/2015 | Correspondence- Canadian Debtors | Kathryn Schultea | 3 | 1.0 |
| 4/29/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 3 | 0.7 |
| 4/3/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/3/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/3/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/3/2015 | Fee Application Work and updates | Kathryn Schultea | 4 | 2.3 |
| 4/4/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/4/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 4/10/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/10/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/10/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 4/10/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/10/2015 | Monthly Fee Application Consolidation | Felicia Buenrostro | 4 | 3.5 |
| 4/11/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/11/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 4/17/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/17/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/17/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/17/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 2.5 |
| 4/18/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/18/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 4/24/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/24/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/24/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/24/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 4/25/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/25/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 4/30/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/30/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 4/30/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/30/2015 | Monthly Fee Application Consolidation | Felicia Buenrostro | 4 | 1.0 |
| 4/30/2015 | Monthly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 4/2/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/2/2015 | Non Working Travel from client site | Raj Perubhatla | 5 | 5.0 |
| 4/6/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 4/6/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 5.0 |
| 4/6/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 4/7/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/7/2015 | Non Working Travel from client site | Raj Perubhatla | 5 | 5.0 |
| 4/7/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 4/13/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 4/13/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 5.0 |
| 4/14/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/14/2015 | Non Working Travel from client site | Raj Perubhatla | 5 | 5.0 |
| 4/20/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 4/20/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 5.0 |
| 4/23/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/23/2015 | Non Working Travel from client site | Raj Perubhatla | 5 | 5.0 |
| 4/27/2015 | Non-Working Travel to Client Site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 4/27/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 4/27/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 4/27/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 5.0 |
| 4/27/2015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 4/27/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 4/28/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 4/29/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/29/2015 | Non Working Travel from client site | Raj Perubhatla | 5 | 5.0 |
| 4/30/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 4/30/2015 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 4/1/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 8.0 |
| 4/1/2015 | Review of revised RIP restoration calculations and related e-mail correspondence | Mary Cilia | 6 | 1.9 |
| 4/1/2015 | Update claims database based on revisions from further claims analysis | Mary Cilia | 6 | 1.7 |
| 4/1/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 7.0 |
| 4/2/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 8.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/2/2015 | Development and drafting of revisions to employee claims reports and related e-mails with R. Perubhatla | Mary Cilia | 6 | 2.4 |
| 4/2/2015 | Extract and send claim images to D. Kantorczyk and related e-mails with EPIQ to request full set of claim images | Mary Cilia | 6 | 1.0 |
| 4/2/2015 | E-mails related to Mercer storage boxes and other employee claim inquiry responses | Mary Cilia | 6 | 0.8 |
| 4/2/2015 | Review revised RIP restoration analysis file from L. Barrios re: Mercer revisions | Mary Cilia | 6 | 1.1 |
| 4/2/2015 | Call and e-mails with D. Kantorczyk re: claims analysis for next round of employee omnibus objections and post-petition settlement letters and related follow up | Mary Cilia | 6 | 1.4 |
| 4/2/2015 | Read, review and respond to e-mails re: Claims Inf & Data requests | Kathryn Schultea | 6 | 1.5 |
| 4/2/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 7.8 |
| 4/3/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 8.0 |
| 4/3/2015 | Review equity claims analysis and related research and revisions to file | Mary Cilia | 6 | 3.7 |
| 4/3/2015 | Call and e-mails with D. Kantorczyk re: claims analysis for next round of employee omnibus objections and post-petition settlement letters and related follow up and changes to claims database documentation | Mary Cilia | 6 | 2.2 |
| 4/4/2015 | Review and respond to employee claims inquiry | Mary Cilia | 6 | 0.2 |
| 4/6/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 5.6 |
| 4/6/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 8.0 |
| 4/6/2015 | Review of revised employee report templates and related e-mails with R. Perubhatla | Mary Cilia | 6 | 1.7 |
| 4/6/2015 | Run revised employee claim reports, research previously allowed claims for potential employees for next omnibus objection and settlement letters and related e-mail correspondence with D. Kantorczyk | Mary Cilia | 6 | 3.1 |
| 4/6/2015 | Review of indemnification claims file, research contact information, drafting of withdrawal form template and related call and e-mails with Cleary and D. Tollefsen to review the related project | Mary Cilia | 6 | 3.3 |
| 4/6/2015 | Request and review of latest schedules file from Huron and related call and e-mails with C. Brown | Mary Cilia | 6 | 2.5 |
| 4/6/2015 | Review and provide analysis on SPB (Special Pension Benefit Plan) and SPC (Special Pension Credit) claims | Leticia Barrios | 6 | 7.7 |
| 4/7/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 5.4 |
| 4/7/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 8.0 |
| 4/7/2015 | Run ad hoc claims reports for claims analysis requested by Cleary and related e-mails and call with R. Perubhatla | Mary Cilia | 6 | 1.8 |
| 4/7/2015 | Review D. Kantorczyk files for the next omnibus objection, related research and documentation of comments. | Mary Cilia | 6 | 5.4 |
| 4/7/2015 | Review and provide analysis on SPB (Special Pension Benefit Plan) and SPC (Special Pension Credit) claims | Leticia Barrios | 6 | 7.8 |
| 4/8/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 4.8 |
| 4/8/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 5.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/8/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 2.5 |
| 4/8/2015 | Continued review of D. Kantorczyk files, related calls and e-mails in preparation for claims call | Mary Cilia | 6 | 2.6 |
| 4/8/2015 | Conference call with Cleary and Huron re: employee claims and review of issues related to next round of omnibus objections and settlement letters, related prep and follow up | Mary Cilia | 6 | 2.0 |
| 4/8/2015 | Conference call with ASM to review claims analysis and related follow up on cross-border claims | Mary Cilia | 6 | 1.8 |
| 4/8/2015 | Call to former employee re: pension and related e-mails with Cleary | Mary Cilia | 6 | 0.4 |
| 4/8/2015 | Review of files and related e-mails with D. Parker re: severance updates | Mary Cilia | 6 | 1.3 |
| 4/8/2015 | Follow up call with D. Kantorczyk re: next round of omnibus objections and settlement letters and related follow up and e-mail to Cleary | Mary Cilia | 6 | 1.9 |
| 4/8/2015 | Correspondence - Claims and document review | Kathryn Schultea | 6 | 2.0 |
| 4/8/2015 | Review and provide analysis on SPB (Special Pension Benefit Plan) and SPC (Special Pension Credit) claims | Leticia Barrios | 6 | 8.0 |
| 4/9/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 6.1 |
| 4/9/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 8.0 |
| 4/9/2015 | Review and revise proposed indemnification e-mail draft and withdrawal templates prepared by D. Tollefsen and related e-mails and call | Mary Cilia | 6 | 1.8 |
| 4/9/2015 | Read, review and respond to e-mails re: various employee claim issues and related ongoing projects | Mary Cilia | 6 | 1.1 |
| 4/9/2015 | Review and provide analysis on SPB (Special Pension Benefit Plan) and SPC (Special Pension Credit) claims | Leticia Barrios | 6 | 8.0 |
| 4/10/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 8.4 |
| 4/10/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement, 2) the prepetition employee omnibus objection file and 3) the prepetition non-employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 3.0 |
| 4/10/2015 | Read, review and respond to e-mails re: various employee claim issues and related ongoing projects | Mary Cilia | 6 | 0.6 |
| 4/10/2015 | Review and provide analysis on SPB (Special Pension Benefit Plan) and SPC (Special Pension Credit) claims | Leticia Barrios | 6 | 4.0 |
| 4/13/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 9.8 |
| 4/13/2015 | Review claim images for preparation of information including claimant assertions and NN assertions and comments in: 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement, 2) the prepetition employee omnibus objection file and 3) the prepetition non-employee omnibus objection file. Summarize assertions, provide analysis and propose resolution for review by legal counsel and eventual transmission to EPIQ. | David Kantorczyk | 6 | 6.0 |
| 4/13/2015 | Read, review and respond to e-mails with M. Kennedy, J. Ray and L. Schweitzer re: claim updates for Capstone | Mary Cilia | 6 | 0.8 |
| 4/13/2015 | Review of claims update sent by M. Kennedy | Mary Cilia | 6 | 1.7 |
| 4/13/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 5.5 |
| 4/14/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 9.3 |
| 4/14/2015 | Summarize, revise and transmit files : 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file to M. Cilia for review | David Kantorczyk | 6 | 2.0 |
| 4/14/2015 | Call and e-mails from D. Parker re: updated severance calculations | Mary Cilia | 6 | 0.8 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/14/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 5.5 |
| 4/15/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 10.6 |
| 4/15/2015 | Work on claim files : 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file to M. Cilia for review | David Kantorczyk | 6 | 2.0 |
| 4/15/2015 | Conference call with Cleary and Huron re: employee claims and related prep and follow up | Mary Cilia | 6 | 0.8 |
| 4/15/2015 | Conference call with M. Kennedy, L. Schweitzer, J. Ray and L. Lipner re: Capstone claims update and related prep and follow up | Mary Cilia | 6 | 1.3 |
| 4/15/2015 | Follow up e-mails related to indemnification claims project | Mary Cilia | 6 | 0.7 |
| 4/15/2015 | Claims database maintenance | Raj Perubhatla | 6 | 5.8 |
| 4/15/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 8.5 |
| 4/16/2015 | Review of client records as it relates to claims filed and preparation of correspondence with claimant as well as drafting of withdraw notices | Daniel Tollefsen | 6 | 9.6 |
| 4/16/2015 | Read, review and respond to e-mails re: various employee claim issues and related ongoing projects | Mary Cilia | 6 | 1.4 |
| 4/16/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 8.2 |
| 4/17/2015 | Email correspondence with claimants related to Notices of Withdrawal | Daniel Tollefsen | 6 | 1.4 |
| 4/17/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 8.2 |
| 4/20/2015 | Review and update claims database, run reports and prepare claims status and estimate update for Capstone and send to M. Kennedy | Mary Cilia | 6 | 11.8 |
| 4/20/2015 | Email correspondence with claimants related to Notices of Withdrawal | Daniel Tollefsen | 6 | 1.6 |
| 4/20/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 5.3 |
| 4/21/2015 | Work on claim files : 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement, 2) the prepetition employee omnibus objection file and 3) the prepetition non-employee omnibus objection file to M. Cilia for review | David Kantorczyk | 6 | 6.0 |
| 4/21/2015 | Review and reconciliation of revised severance calculation file and Nortel position report and prepare and send to R. Perubhatla for upload into claims database | Mary Cilia | 6 | 4.1 |
| 4/21/2015 | Review and reconciliation of revised ELT calculations from D. Parker | Mary Cilia | 6 | 0.9 |
| 4/21/2015 | Conference call with M. Kennedy to review Capstone claims update and related follow up and revisions | Mary Cilia | 6 | 2.3 |
| 4/21/2015 | Email correspondence with claimants related to Notices of Withdrawal | Daniel Tollefsen | 6 | 1.2 |
| 4/21/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 5.2 |
| 4/22/2015 | Work on claim files : 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement, 2) the prepetition employee omnibus objection file and 3) the prepetition non-employee omnibus objection file to M. Cilia for review | David Kantorczyk | 6 | 4.0 |
| 4/22/2015 | Preparation of non-employee claims objection claims file and related conference call and e-mails with D. Kantorczyk and T. Ross re: review of file | Mary Cilia | 6 | 3.3 |
| 4/22/2015 | Review, research, modify and finalize employee claims objection file from D. Kantorczyk | Mary Cilia | 6 | 6.8 |
| 4/22/2015 | Email correspondence with claimants related to Notices of Withdrawal | Daniel Tollefsen | 6 | 1.8 |
| 4/22/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 7.2 |
| 4/23/2015 | Work on claim files : 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement, 2) the prepetition employee omnibus objection file and 3) the prepetition non-employee omnibus objection file to M. Cilia for review | David Kantorczyk | 6 | 4.0 |
| 4/23/2015 | Review of claim database load file and population of data for newly filed and transferred claims | Mary Cilia | 6 | 1.8 |
| 4/23/2015 | Read, research and respond to employee claims inquiries and related e-mails | Mary Cilia | 6 | 1.4 |
| 4/23/2015 | Follow up e-mails related to non-qualified valuations and file updates with C. Brown and D. Parker | Mary Cilia | 6 | 1.2 |
| 4/23/2015 | Complete research and revisions for Capstone claims update file and send file to M. Kennedy for review | Mary Cilia | 6 | 2.0 |
| 4/23/2015 | Finalize employee and non-employee omnibus objection claims review files and send to Cleary and Huron for review | Mary Cilia | 6 | 1.5 |
| 4/23/2015 | Email correspondence with claimants related to Notices of Withdrawal | Daniel Tollefsen | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/23/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 7.2 |
| 4/24/2015 | Prepare PowerPoint presentation for Capstone claims update and send to M. Kennedy for review | Mary Cilia | 6 | 2.7 |
| 4/24/2015 | Email correspondence with claimants related to Notices of Withdrawal | Daniel Tollefsen | 6 | 2.0 |
| 4/24/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 4.2 |
| 4/27/2015 | Work on claim files : 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement, 2) the prepetition employee omnibus objection file and 3) the prepetition non-employee omnibus objection file to M. Cilia for review | David Kantorczyk | 6 | 1.0 |
| 4/27/2015 | Review, research, modify and finalize employee claims settlement letter file from D. Kantorczyk and related conference call and e-mails | Mary Cilia | 6 | 6.7 |
| 4/27/2015 | Conference call with M. Kennedy to review Capstone presentation and related follow up, revisions and circulation of files to Cleary for review | Mary Cilia | 6 | 2.3 |
| 4/27/2015 | Review and provide analysis on RIP Restoration Plan (non-qualified pension plan) claims | Leticia Barrios | 6 | 6.5 |
| 4/28/2015 | Work on files : 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement, 2) the prepetition employee omnibus objection file and 3) the prepetition non-employee omnibus objection file to M. Cilia for review | David Kantorczyk | 6 | 4.0 |
| 4/28/2015 | Conference call with D. Parker and related follow up re: non-qual claims | Mary Cilia | 6 | 1.1 |
| 4/28/2015 | Conference call and e-mails with L. Barrios re: Iron Mountain boxes | Mary Cilia | 6 | 0.5 |
| 4/28/2015 | Read, review and respond to e-mails re: Capstone claims update | Mary Cilia | 6 | 0.7 |
| 4/28/2015 | Onsite at NNI - Discussion of claims info and data requests | Kathryn Schultea | 6 | 5.5 |
| 4/29/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 3.5 |
| 4/29/2015 | Summarize, revise and transmit files : 1) the Round 7 Settlement Letter file for post-petition employee claims ready for settlement and 2) the prepetition employee omnibus objection file to M. Cilia for review. | David Kantorczyk | 6 | 1.5 |
| 4/29/2015 | Review due diligence comments on settlement letters file, related revisions and circulation of revised file to Cleary and Huron | Mary Cilia | 6 | 1.4 |
| 4/29/2015 | Read, review and respond to e-mails re: Capstone claims update | Mary Cilia | 6 | 0.8 |
| 4/29/2015 | Conference call with Cleary, Huron and RLKS re: employee claims update and review of settlement letter file; related prep and follow up | Mary Cilia | 6 | 2.4 |
| 4/29/2015 | Conference call with US Debt Recovery and related research and follow up | Mary Cilia | 6 | 1.3 |
| 4/29/2015 | On site at Nortel offices and attended meeting with Clearly regarding EE Claims | Leticia Barrios | 6 | 1.0 |
| 4/30/2015 | Review of Cleary comments on Capstone presentation, revisions and circulation of final file to M. Kennedy | Mary Cilia | 6 | 1.3 |
| 4/30/2015 | E-mails with US Debt Recovery and related research and follow up | Mary Cilia | 6 | 0.8 |
| 4/30/2015 | E-mails with R. Perubhatla re: claims database updates and running, formatting and review of claims reports | Mary Cilia | 6 | 1.9 |
| 4/2/2015 | Telecon JW,JS,DA,AB project review/action | Richard Lydecker | 7 | 1.0 |
| 4/3/2015 | E-mail KS re tax/accounting issue | Richard Lydecker | 7 | 0.5 |
| 4/9/2015 | Document review and action re tax/accounting issue | Richard Lydecker | 7 | 0.8 |
| 4/10/2015 | EY call JS,JW,AB,DA 2014 compliance and o/s projects | Richard Lydecker | 7 | 0.6 |
| 4/17/2015 | EY call JS,JW,AB Cleary issues with tax compliance | Richard Lydecker | 7 | 0.7 |
| 4/24/2015 | EY call JS,JW,DA,AB project and action items, compliance | Richard Lydecker | 7 | 0.5 |
| 4/24/2015 | Tax reg/adequate documentation | Richard Lydecker | 7 | 0.8 |
| 4/28/2015 | Conf. Call - Nortel Tax Update | Kathryn Schultea | 7 | 1.0 |
| 4/3/2015 | Recovery Model development | Raj Perubhatla | 9 | 2.7 |