# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
April 1 - 30, 2015

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 8,084.59 |
| Travel – Lodging | 7,037.04 |
| Travel – Transportation | 2,428.48 |
| Travel – Meals | 1,194.73 |
| Office Expenses | - |
| TOTAL | $ 18,744.84 |
| | |

Nortel Expense Report

**PERIOD:** April 1 - 30, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | RTP stay | | $248.57 | $83.84 | $97.29 | | Brandon Bangerter | One night hotel; Avis car rental; lunch - $16.94 (RP, BB); dinner - $80.35 (RP,BB) |
| 4/1/2015 | Client site stay | | $248.57 | | | | Raj Perubhatla | one night hotel stay |
| 4/2/2015 | Travel from Client site | $329.10 | $248.57 | $83.00 | $50.87 | | Brandon Bangerter | Economy airfare; car from airport; one night hotel; dinner - RP,BB |
| 4/2/2015 | Travel from Client site | | $248.57 | $92.00 | | | Raj Perubhatla | one night hotel stay; car from airport to home |
| 4/6/2015 | Travel to Client site | $331.10 | $225.87 | $83.84 | $111.11 | | Brandon Bangerter | Economy airfare; one night hotel; Avis car rental; lunch - $18.02 (RP,BB); dinner - $93.09 (RP,KS,BB); |
| 4/6/2015 | Travel to Raleigh | $278.10 | $225.76 | $115.25 | | | Kathryn Schultea | Economy airfare; One night hotel stay; To/From Airport |
| 4/6/2015 | Travel to client site | $314.60 | $225.87 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 4/7/2015 | Travel from Client site | $331.10 | | $38.00 | $42.53 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $42.53 (RP,KS,BB) |
| 4/7/2015 | Travel from Raleigh | $278.10 | | | | | Kathryn Schultea | Economy airfare |
| 4/7/2015 | Travel from client site | $314.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 4/13/2015 | Travel to Client site | $367.10 | $237.22 | $84.68 | $102.65 | | Brandon Bangerter | Economy airfare; one night hotel; Avis car rental; lunch - $18.02 (RP,BB); dinner - $84.63 (RP,BB) |
| 4/13/2015 | Travel to client site | $367.10 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 4/14/2015 | Travel from Client site | $367.10 | | $38.00 | $41.56 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $18.97 (RP,BB); dinner - $22.59 (RP,BB) |
| 4/14/2015 | Travel from client site | $367.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 4/20/2015 | Travel to Client site | $221.10 | $237.22 | $148.46 | $64.98 | | Brandon Bangerter | Economy airfare; one night hotel; Avis car rental; dinner - $64.98 (RP,BB) |
| 4/20/2015 | Travel to client site | $221.10 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 4/21/2015 | RTP stay | | $237.22 | | $107.89 | | Brandon Bangerter | One night hotel; lunch - $15.34 (RP,BB); dinner - $92.55 (RP,BB) |
| 4/21/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 4/22/2015 | RTP stay | | $237.22 | | $68.93 | | Brandon Bangerter | One night hotel; lunch - $16.98 (RP,BB); dinner - $51.95(RP,BB) |
| 4/22/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 4/23/2015 | Travel from Client site | $221.10 | | $76.00 | $19.89 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.89(RP,BB) |
| 4/23/2015 | Travel from client site | $221.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 4/27/2015 | Travel to Client site | $402.60 | $237.22 | $89.70 | | | Brandon Bangerter | Economy airfare; one night hotel; car to airport |
| 4/27/2015 | Travel to Client Site - Raleigh | $519.10 | $214.52 | $68.11 | | | Daniel Tollefsen | Economy Airfare; one night hotel (214.52) Car Rental (68.11) |
| 4/27/2015 | Travel to Nortel Offices - Review Iron Mountain Boxes | $237.60 | $237.22 | | | | Felicia Buenrostro | Economy airfare; one hotel night stay |
| 4/27/2015 | Travel to Raleigh | $237.60 | $237.22 | $115.25 | $286.09 | | Kathryn Schultea | Economy airfare; One night hotel stay; To/From Airport; Lunch - KS, FB, DT, LB - $25.14 each); Dinner -KS, FB, DT, LB, BB, RP - $30.91 each) |
| 4/27/2015 | Travel to Client Site | $237.60 | $237.22 | | | | Leticia Barrios | Economy Airfare; one night hotel - RTP stay |
| 4/27/2015 | Travel to client site | $402.60 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 4/28/2015 | RTP stay | | $237.22 | $135.46 | $30.75 | | Brandon Bangerter | One night hotel; Avis car rental; lunch - $30.75(RP,DT,BB) |
| 4/28/2015 | Raleigh Stay | $0.00 | $214.52 | $68.11 | $170.19 | | Daniel Tollefsen | One night hotel (214.52) Car Rental (68.11) ; Dinner - DT, BB, RP, LB, FB ($34.03each) |
| 4/28/2015 | Nortel Offices - Review Iron Mountain Boxes | | $237.22 | | | | Felicia Buenrostro | One night hotel stay |
| 4/28/2015 | Travel from Raleigh | $237.60 | | | | | Kathryn Schultea | Economy airfare |

Nortel Expense Report

**PERIOD:** April 1 - 30, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 4/28/2015 | Client Site | | $237.22 | | | | Leticia Barrios | One night hotel - RTP stay |
| 4/28/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 4/29/2015 | Travel from Client site | $402.60 | | $82.80 | | | Brandon Bangerter | Economy airfare; car from airport |
| 4/29/2015 | Raleigh Stay | | $214.52 | $68.11 | | | Daniel Tollefsen | One night hotel (214.52) Car Rental (68.11) |
| 4/29/2015 | Nortel Offices - Review Iron Mountain Boxes | | $237.22 | | | | Felicia Buenrostro | One night hotel stay |
| 4/29/2015 | Client Site | | $237.22 | | | | Leticia Barrios | One night hotel - RTP stay |
| 4/29/2015 | Travel from client site | $402.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 4/30/2015 | Raleigh Stay | | $214.52 | $68.12 | | | Daniel Tollefsen | One night hotel stay (214.52) Car Rental (68.12) |
| 4/30/2015 | Travel from Nortel Offices - Review Iron Mountain Boxes | $237.60 | | $153.75 | | | Felicia Buenrostro | Economy airfare; Transportation from Airport |
| 4/30/2015 | Travel from Client Site | $237.60 | | | | | Leticia Barrios | Economy Airfare; one night hotel |
| | | | | | | | | |
| | | $ 8,084.59 | $ 7,037.04 | $ 2,428.48 | $ 1,194.73 | $ - | | |