# United States Bankruptcy Court

District of Delaware

In re: **Nortel Networks, Inc.**                     Case No.: **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Please withdraw docket number 15598 (Transferor: Melissa Biersbach to Hain Capital Holdings, LLC.)

By: /s/ Amanda Rapoport                     Date: 05/27/2015
Transferee/Transferee's Agent