**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138-KG<br>(Jointly Administered) |
| Debtors. | Re: D.I. 15544, 15545, 15611 and 15612 |

**JOINDER WITH RESERVATION OF RIGHTS OF**
**THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE,**
**IN THE MOTIONS FOR RECONSIDERATION**
**FILED BY THE *AD HOC* GROUP OF BONDHOLDERS AND THE U.S. DEBTORS**

The Bank of New York Mellon, as indenture trustee (in such capacity, "BNYM"),[2] hereby submits this joinder with reservation of rights, in support of the arguments and requests for relief set forth in the motions for reconsideration filed by the *ad hoc* group of bondholders and by the U.S. Debtors (together, the "Motions for Reconsideration").

BNYM hereby adopts the arguments and requests for relief set forth in the Motions for Reconsideration. As one example, BNYM requests that this Court clarify (or, to the extent necessary, modify) the *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) (together, the "Allocation Opinion and Order") to specify that the claims for principal and pre-petition

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), NNCC (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) (collectively, the "U.S. Debtors").

[2] BNYM serves as the indenture trustee under (a) that certain Indenture dated as of July 5, 2006 among Nortel Networks Limited ("NNL") as issuer, Nortel Networks Corporation ("NNC") and Nortel Networks Inc. ("NNI") as guarantors, and BNYM as indenture trustee and (b) that certain Indenture dated as of March 28, 2007 among NNC as issuer, NNL and NNI as guarantors, and BNYM as indenture trustee (as each indenture may have been amended, modified or supplemented). As of the commencement of these chapter 11 cases, the outstanding principal amount of the notes for which BNYM is the indenture trustee was approximately $4 billion.

interest owing under the notes issued by NNC and/or NNL and guaranteed by NNI are allowed in full against NNI's estate, consistent with (a) the Supreme Court's holding in *Ivanhoe Building & Loan Association v. Orr*, 295 U.S. 243 (1935) and (b) this Court's own prior decision and order granting the U.S. Debtors' motion for approval of the settlement agreement among NNI, the Supporting Bondholders and BNYM as indenture trustee (D.I. 14949 and 14950).

Because the *pro rata* allocation approach adopted by this Court and the Canadian Court is not supported by the law and would cause substantial harm to bondholders, BNYM expressly reserves its right to appeal any and all aspects of the Allocation Opinion and Order, whether or not they are clarified or modified on reconsideration.

Dated:   May 27, 2015

*/s/Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Email:  cmwinter@duanemorris.com
         mlastowski@duanemorris.com

- and -

VEDDER PRICE P.C.
Michael J. Riela
1633 Broadway, 47th Floor
New York, NY 10019
Telephone:  212-407-7700
Email:  mriela@vedderprice.com

*Attorneys for The Bank of New York Mellon, as Indenture Trustee*

2