**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                                    )
In re:                                                             )    Chapter 11
                                                                    )    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                    )    Jointly Administered
                                                                    )
            Debtors.                                       )    **Hearing Date**: TBD
_____)


## NOTICE OF TWENTY-FIFTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | February 1, 2015 through April 30, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary | £6,199.00 (US $9,546.46)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £28.38 (US $43.71)[3] |

This is (a)n:  _X_  interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.54 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.54 as published by Bloomberg.com on the date of this application.

1

41394757

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 03/30/2014 Docket No. 15400 | 02/01/2014 – 02/28/2015 | £2,441.50 | £18.96 | £1,953.20 | £18.96 | £488.30 |
| Date Filed: 04/28/2015 Docket No. 15479 | 03/01/2014 – 03/31/2015 | £2,491.00 | £5.34 | £1,922.80 | £5.34 | £568.20 |
| Date Filed: 05/27/2015 Docket No. 15610 | 04/01/2015 – 04/30/2015 | £1,266.50 | £4.08 | £1,013.20 | £4.08 | £253.30 |
| **TOTALS:** | | **£6,199.00** | **£28.38** | **£4,889.20** | **£28.38** | **£1,309.80** |

Summary of any Objections to Fee Applications: None.

Dated:    May 27, 2015
          London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

2

41394757