**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: June 16, 2015 at 4:00 p.m. (ET)** |
| | ) | |
| | ) | |

**NOTICE OF SEVENTY-FOURTH MONTHLY FEE
APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP**

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") has today filed the attached **Seventy-Fourth Monthly Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period from March 1, 2015 through March 31, 2015** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Administrative Order") entered February 4, 2009 [Docket No. 222], and must be filed with the Clerk of the Court, and be served upon and received by: (i) the above

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

captioned debtors and debtors in possession (the "Debtors"), Nortel Networks Inc., P.O. Box 13010, RTP, North Carolina 27709 (Attn:  Accounts Payable); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn:  James L. Bromley, Esq.); (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn:   Derek C. Abbott, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, (Attn:  Fred S. Hodara, Esq.); (v) co-counsel to the Official Committee of Unsecured Creditors, Whiteford, Taylor & Preston LLC, The Renaissance Centre, 405 North King Street, Suite 500, Wilmington, Delaware 19801 (Attn:   Christopher M. Samis, Esq.); (vi) the Office of the United States Trustee, District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn:  Mark Kenney, Esq.); and (vii) the Fee Examiner appointed in the above-captioned chapter 11 cases, Master, Sidlow & Associates, P.A., 2002 West 14th Street, Wilmington, Delaware 19806 (Attn: Judith Scarborough) (collectively, the "Notice Parties"), so as to be received no later than **June 16, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline").  Only those objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order the Applicant may be paid certain fees and expenses pursuant to the terms of the Administrative Order without further notice or hearing.  If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Court.  Only those

objections made in writing and timely filed, served and received in accordance with the

Administrative Order will be considered by the Court at the hearing.

Dated: May 27, 2015
       Wilmington, Delaware

                      */s/ Katherine Good*
                      Christopher M. Samis (No. 4909)
                      L. Katherine Good (No. 5101)
                      WHITEFORD, TAYLOR & PRESTON LLC
                      The Renaissance Centre
                      405 North King Street, Suite 500
                      Wilmington, Delaware 19801
                      Telephone: (302) 353-4144
                      Facsimile: (302) 661-7950

                      -and-

                      Fred S. Hodara, Esq.
                      AKIN GUMP STRAUSS HAUER & FELD LLP
                      One Bryant Park
                      New York, New York 10036
                      Telephone:  (212) 872-1000
                      Facsimile:  (212) 872-1002

                      *Counsel to the Official Committee of Unsecured*
                      *Creditors of Nortel Networks Inc., et al.*