# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## MARCH 1, 2015 THROUGH MARCH 31, 2015

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General Case Administration | 1.20 | $1,310.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 1.50 | $1,121.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 0.70 | $875.00 |
| Retention of Professionals | 0.20 | $250.00 |
| Creditors' Committee Meetings | 33.80 | $31,454.00 |
| Court Hearings | 49.50 | $37,099.50 |
| Financial Reports and Analysis | 4.50 | $5,008.50 |
| General Claims Analysis/Claims Objections | 244.40 | $194,693.50 |
| Canadian Proceedings/Matters | 7.50 | $9,072.50 |
| Tax Issues | 2.40 | $1,944.00 |
| Plan, Disclosure Statement & Plan Related Documentation | 0.90 | $1,125.00 |
| Retention of Professionals | 0.20 | $250.00 |
| Non-Working Travel (Billed at 50%) | 8.30 | $6,336.75 |
| Intercompany Analysis | 15.60 | $16,437.50 |
| European Proceedings/Matters | 0.30 | $375.00 |
| **TOTAL** | **370.80** | **$307,102.75** |

**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

Invoice Number    1599714  
Invoice Date       05/18/15  
Client Number      687147  
Matter Number      0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 1.20 | $1,310.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 1.50 | $1,121.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.70 | $875.00 |
| 0006 | Retention of Professionals | 0.20 | $250.00 |
| 0007 | Creditors Committee Meetings | 33.80 | $31,454.00 |
| 0008 | Court Hearings | 49.50 | $37,099.50 |
| 0009 | Financial Reports and Analysis | 4.50 | $5,008.50 |
| 0012 | General Claims Analysis/Claims Objections | 244.40 | $194,693.50 |
| 0014 | Canadian Proceedings/Matters | 7.50 | $9,072.50 |
| 0018 | Tax Issues | 2.40 | $1,944.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 0.90 | $1,125.00 |
| 0025 | Travel | 8.30 | $6,336.75 |
| 0029 | Intercompany Analysis | 15.60 | $16,437.50 |
| 0031 | European Proceedings/Matters | 0.30 | $375.00 |
| | TOTAL | 370.80 | $307,102.75 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/16/15 | FSH | 0002 | Respond to call of creditor re case status. | 0.10 |
| 03/25/15 | FSH | 0002 | Communications w/ creditor re case status. | 0.20 |
| 03/27/15 | BMK | 0002 | Participate in calls with creditors re: case status (.2, .1, .1). | 0.40 |
| 03/30/15 | FSH | 0002 | Respond to call of creditor re status. | 0.50 |
| 03/05/15 | FSH | 0003 | Review February time and expenses. | 0.40 |
| 03/15/15 | MCF | 0003 | Review and edit prebill for confidentiality and privilege. | 1.10 |
| 03/03/15 | FSH | 0004 | Review fee applications of various parties. | 0.40 |
| 03/31/15 | FSH | 0004 | Review fee applications of various parties. | 0.30 |
| 03/13/15 | FSH | 0006 | Examine retention application. | 0.10 |
| 03/24/15 | FSH | 0006 | Examine pleading re ordinary course professionals. | 0.10 |
| 03/04/15 | FSH | 0007 | Communications re agenda w/ M. Fagen (.1). Review draft minutes (.1). Communications w/ RAJ and Cassels re meeting reports (.1). | 0.30 |
| 03/04/15 | MCF | 0007 | Draft agenda and minutes for Committee call (.2); emails with team re same (.1); send same to committee (.1); prepare for committee call (.1). | 0.50 |
| 03/05/15 | FSH | 0007 | Prep for Committee call (.4). Attend same (.4). | 0.80 |
| 03/05/15 | RAJ | 0007 | Call with Committee (.4); post-call emails with Committee advisors (.1). | 0.50 |
| 03/05/15 | AQ | 0007 | Attend Committee call. | 0.40 |
| 03/05/15 | DHB | 0007 | Attend Committee call (.4); follow-on emails with F. Hodara re same (.2). | 0.60 |
| 03/05/15 | BMK | 0007 | Attend Committee call (.4) and emails re same (.1). | 0.50 |
| 03/05/15 | MCF | 0007 | Prepare for (.2) and participate in (.4) Committee call. | 0.60 |
| 03/05/15 | AME | 0007 | Attend Committee Call (.4) and prepare for same (.1). | 0.50 |
| 03/06/15 | FSH | 0007 | Numerous communications w/ parties re upcoming Committee meeting. | 0.40 |
| 03/09/15 | FSH | 0007 | Email w/ M. Fagen re upcoming Committee meeting. | 0.10 |
| 03/11/15 | FSH | 0007 | Communications w/ Committee members and parties re upcoming committee meeting. | 0.50 |
| 03/11/15 | MCF | 0007 | Draft agenda for Committee call (.3); and minutes (.1); emails with B. Kahn re same (.1) and with F. Hodara and team re same (.1); draft Committee email re same (.3); prepare for meeting (.2). | 1.10 |
| 03/12/15 | FSH | 0007 | Communications w/ M. Fagen, B. Kahn re Committee meeting (.2). Meet w/ Capstone, D. Botter re same (.3). Attend same (2.4). | 2.90 |
| 03/12/15 | RAJ | 0007 | In-person meeting of Committee (2.4); emails re same (.1). | 2.50 |
| 03/12/15 | DHB | 0007 | Prepare for in-person Committee meeting with F. Hodara and Capstone (.3); attend same (2.4); follow-up emails (.2). | 2.90 |
| 03/12/15 | MCF | 0007 | Prepare for (.8) and participate in portion of in-person committee meeting (1.3). | 2.10 |
| 03/17/15 | MCF | 0007 | Update calendar invites for future committee calls. | 0.20 |
| 03/18/15 | FSH | 0007 | Communications w/ M. Fagen (.1), A. Qureshi (.1) re Committee meeting agenda (.2). Outline presentation for Committee meeting (.3). | 0.70 |
| 03/18/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails with B. Kahn re same (.1) and revise same (.1); emails with team re same (.1); call with F. Hodara re agenda (.1) and emails with Cassels team re same (.1); send Committee call materials to Committee (.2). | 0.90 |
| 03/19/15 | FSH | 0007 | Final prep for Committee call (.2). Attend same (.6). | 0.80 |
| 03/19/15 | RAJ | 0007 | Call with Committee (.6); post-call meeting with D. Botter, B. Kahn, M. Fagen and Capstone professionals re next steps (.2) emails re same (.1). | 0.90 |
| 03/19/15 | AQ | 0007 | Committee call. | 0.60 |
| 03/19/15 | DHB | 0007 | Prepare for Committee call (.1); attend same (.6) and follow-up (.2). | 0.90 |
| 03/19/15 | BMK | 0007 | Prepare for committee call (0.1); attend committee call (0.6); follow up with Akin team and Capstone re same (0.2). | 0.90 |
| 03/19/15 | MCF | 0007 | Prepare for (.5) and participate in (.6) Committee call and follow-up re same (.2). | 1.30 |
| 03/19/15 | YKL | 0007 | Attend Committee update call (.6); prep for same (.1). | 0.70 |
| 03/25/15 | FSH | 0007 | Confer w/ M. Fagen re Committee call agenda (.1). Review and comment on same (.1). Email w/ D. Botter re draft for Committee (.1). | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                   Page 3
Bill Number: 1599714                                                                                       05/18/15

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| | | | Analyze issues re same (.1). Review Capstone draft and communications re finalization of same (.3). Outline issues for call (.2). | |
| 03/25/15 | DHB | 0007 | Review Committee call agenda and emails re same. | 0.10 |
| 03/25/15 | BMK | 0007 | Review Committee call agenda. | 0.20 |
| 03/25/15 | MCF | 0007 | Draft agenda for Committee call (.1); emails with B. Kahn re same (.1) and confer with F. Hodara re same (.1); draft minutes (.1) and send materials to Committee (.1); review Capstone presentation re Committee call (.2) and emails re same (.1). | 0.80 |
| 03/26/15 | FSH | 0007 | Final prep for Committee call (.2). Participate in portion of same (.5). | 0.70 |
| 03/26/15 | RAJ | 0007 | Call with Committee. | 0.70 |
| 03/26/15 | DHB | 0007 | Preparation of presentation for Committee call (1.0); attend same (.7) and follow-up emails (.1). | 1.80 |
| 03/26/15 | BMK | 0007 | Participate in committee call (.7) and prepare for same (.3). | 1.00 |
| 03/26/15 | KMR | 0007 | Attend committee call (.7) and prep for same (.1). | 0.80 |
| 03/26/15 | MCF | 0007 | Prepare for (.3) and attend portion of Committee call (.6). | 0.90 |
| 03/26/15 | YKL | 0007 | Weekly call with Committee. | 0.70 |
| 03/27/15 | MCF | 0007 | Email to A. Evans re previous Committee call. | 0.10 |
| 03/02/15 | FSH | 0008 | Examine Committee call agenda and communications w/ M. Fagen re same. | 0.10 |
| 03/03/15 | JRW | 0008 | Circulate recently filed pleadings | 0.40 |
| 03/04/15 | JRW | 0008 | Circulate recently filed pleadings | 0.40 |
| 03/05/15 | JRW | 0008 | Circulate recently filed pleadings | 0.40 |
| 03/06/15 | JRW | 0008 | Circulate recently filed pleadings | 0.40 |
| 03/09/15 | JRW | 0008 | Circulate recently filed pleadings. | 0.30 |
| 03/10/15 | JRW | 0008 | Pull requested decisions (.5); circulate recently filed pleadings (.3) | 0.80 |
| 03/11/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.30 |
| 03/12/15 | FSH | 0008 | Examine update re court calendar. | 0.10 |
| 03/12/15 | MCF | 0008 | Review info re hearing cancellation (.1) and email team re same (.1). | 0.20 |
| 03/12/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.30 |
| 03/13/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.30 |
| 03/16/15 | JRW | 0008 | Pull requested document (.5); monitor dockets and circulate recently filed pleadings (.3) | 0.80 |
| 03/17/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.30 |
| 03/18/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.30 |
| 03/19/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.30 |
| 03/20/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.30 |
| 03/23/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.30 |
| 03/24/15 | MCF | 0008 | Review agenda for late-filed claims hearing (.1) and email with team re same (.1). | 0.20 |
| 03/24/15 | JRW | 0008 | Pull requested decisions (.5); circulate recently filed pleadings (.3) | 0.80 |
| 03/25/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings) | 0.30 |
| 03/26/15 | FSH | 0008 | Attend trial re late filed claims (7.6). Confer w/ A. Qureshi re issues for trial (.3). Fainl preparation for trial (.5). Confer w/ counsel in advance of same (.3). Confer w/ counsel re evidence, witnesses during trial break (.8). Confer w/ counsel post-hearing (.3). | 9.80 |
| 03/26/15 | RAJ | 0008 | Emails re hearing on late-filed claims. | 0.50 |
| 03/26/15 | AQ | 0008 | Prepare for (.9) and attend (7.6) late-filed claims hearing; confer with F. Hodara re same (.3). | 8.80 |
| 03/26/15 | DHB | 0008 | Email communications re late filed claims hearing. | 0.20 |
| 03/26/15 | CDD | 0008 | Prepare for Late-Filed Claims hearing (2.5); attend hearing (7.6); confer with A. Evans re same (.8). | 10.90 |
| 03/26/15 | BMK | 0008 | Emails re: late filed claims hearing | 0.40 |
| 03/26/15 | JYY | 0008 | Late-filed claims hearing updates from C. Doniak and A. Evans. | 0.70 |
| 03/26/15 | AME | 0008 | Attend late-filed claims hearing (7.6); confer with C. Doniak re: cross exam and argument outlines (.8); prep for same (1.3). | 9.70 |
| 03/30/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.50 |
| 03/31/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                 Page 4
Bill Number: 1599714                                                                                     05/18/15

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/02/15 | FSH | 0009 | Examine MOR. | 0.20 |
| 03/06/15 | FSH | 0009 | Confer w/ Capstone re financial analysis. | 0.20 |
| 03/15/15 | FSH | 0009 | Review 2015 budget and 2014 reconciliation. | 0.40 |
| 03/16/15 | FSH | 0009 | Review Capstone analysis of budget (.1). Confer w/ Capstone re same and further communications w/ Capstone (.2). Communications w/ D. Botter, M. Fagen re same (.2). Analyze presentation from Chilmark (.5). Participate in UCC and Ad Hoc Committee call w/ Company and Chilmark re budget (.5). | 1.50 |
| 03/17/15 | FSH | 0009 | Analyze format of NNI budget presentation (.1) and confer w/ Capstone re same (.2). | 0.30 |
| 03/18/15 | FSH | 0009 | Review Capstone draft (.4) and communications w/ M. Fagen and Capstone re same (.1). Finalization of same (.2). | 0.70 |
| 03/18/15 | MCF | 0009 | Review Capstone report on NNI budget (.5); emails with F. Hodara and J. Hyland re same (.2) and review revised version (.2). | 0.90 |
| 03/30/15 | FSH | 0009 | Examine MOR. | 0.20 |
| 03/31/15 | FSH | 0009 | Communications w/ J. Hyland re financial analysis. | 0.10 |
| 03/02/15 | FSH | 0012 | Examine info re late-filed claims. | 0.20 |
| 03/03/15 | RAJ | 0012 | Emails re SNMP claims litigation. | 0.30 |
| 03/04/15 | FSH | 0012 | Confer w/ creditor re claim and issues (.3). TC Cleary (.1) and follow up w/ creditor (.1). | 0.50 |
| 03/05/15 | FSH | 0012 | Communications w/ creditor re claims issues (.2). Confer w/ Capstone re same (.3). Review info re claims and potential treatment (.3). | 0.80 |
| 03/05/15 | RAJ | 0012 | Call with creditor re claim issues (.2); confer with C. Kearns re same (.3). | 0.50 |
| 03/06/15 | FSH | 0012 | Communications w/ creditor, M. Fagen, Committee, Cleary re meeting on claims issue (.3). Planning for same (.3). Analysis of issues (.4). | 1.00 |
| 03/06/15 | DHB | 0012 | Review PPI appeal scheduling order. | 0.20 |
| 03/06/15 | JYY | 0012 | Reviewing correspondence regarding PPI issues. | 0.10 |
| 03/09/15 | FSH | 0012 | Review information re creditor's claims (.4). Review and analyze correspondence re trade claims (.6). Communications w/ D. Botter, B. Kahn, Capstone re same (.4). Outline next steps (.5). | 1.90 |
| 03/09/15 | RAJ | 0012 | Multiple emails re trade claims (.3, .1, .1); review letter from trade counsel re same (.2); analyze issues re same (.5). | 1.20 |
| 03/09/15 | DHB | 0012 | Review claims correspondence (.2); extensive emails re same (.4). | 0.60 |
| 03/09/15 | JYY | 0012 | Reviewing correspondence regarding claims (.2); email with A. Evans regarding same (.2). | 0.40 |
| 03/09/15 | AME | 0012 | Review claims letter (.1), review Akin and Capstone correspondence re: letter (.8), emails with M. Fagen re: same (.2); emails with R. Johnson re: same (.2) | 1.30 |
| 03/10/15 | FSH | 0012 | Call w/ Committee advisors re claim (.8). Follow up w/ parties (.2). Communications re late-filed claims litigation (.2). | 1.20 |
| 03/10/15 | RAJ | 0012 | Analyze issues re claims (1.7); meeting with A. Evans and S. Lubin re research (.2); analyze dockets and decisions re claims (1.3, 1.1); meeting with F. Hodara, D. Botter, A. Qureshi, B. Kahn, A. Evans and Capstone teams re issues (.8). | 5.10 |
| 03/10/15 | AQ | 0012 | Call with team regarding trade claims (partial). | 0.60 |
| 03/10/15 | DHB | 0012 | Extensive emails re GUC correspondence (.4); consider same and strategy re same (.4); conference call with professionals re same (.8). | 1.60 |
| 03/10/15 | CDD | 0012 | Review AHC exhibits in preparation for Late-Filed Claims hearing (1.2); attend to case management re same (.3). | 1.50 |
| 03/10/15 | BMK | 0012 | Review of issues re: letter re GUC claims (0.4); emails with Akin team re: same (0.3); conf with Akin and Capstone teams re: same (partial) (0.6). | 1.30 |
| 03/10/15 | JYY | 0012 | Reviewing letter regarding claims (.1) and correspondence regarding same (.1). | 0.20 |
| 03/10/15 | AME | 0012 | Emails with R. Johnson re: claims research (.5); confer with R. Johnson and S. Lubin re: claims research (.2); review motions and orders re: | 2.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE　　　　　　　　　　　　　　　　　　　　Page 5
Bill Number: 1599714　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　05/18/15

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.4), communicate with S. Lubin re: same (.1); call with Akin and Capstone re: same (.8). | |
| 03/10/15 | SXL | 0012 | Meeting with R. Johnson and A. Evans regarding claims issue (.2); Factual research of cases cited (2.9); email correspondence with R. Johnson and A. Evans regarding same (.2). | 3.30 |
| 03/11/15 | FSH | 0012 | Analyze information, analyses for meetings w/ creditor, debtor (.5). Research case law related to same (1.8). | 2.30 |
| 03/11/15 | RAJ | 0012 | Review caselaw re claims issues (.8, 1.4); confer with A. Evans re research project (.1, .2); emails re same (.2). | 2.70 |
| 03/11/15 | DHB | 0012 | Further emails re trade claimants and meeting. | 0.30 |
| 03/11/15 | CDD | 0012 | Emails with team re preparation for Late-Filed Claims hearing (.4); review party submissions (.6); attend to case management re same (.3). | 1.30 |
| 03/11/15 | AME | 0012 | Confer with R. Johnson re: research on claims issue (.2, .1); research and review case law re: same (1.9), communicate with S. Lubin re: same (.3). | 2.50 |
| 03/11/15 | BRG | 0012 | Prepare and organize electronic versions of case files re late-filed claims hearing (.9). Correspond w/ C. Doniak regarding same (.2). | 1.10 |
| 03/11/15 | SXL | 0012 | Review the case cited in letter re GUC claims (2.5); email correspondence with A. Evans regarding same (.2). | 2.70 |
| 03/12/15 | FSH | 0012 | Analyze claims with respect to treatment issue (.2). Final prep for meeting w/ creditor and debtor, review materials, outline issues (.5). Emails to D. Botter re concepts from party in interest and follow-up (.2). | 0.90 |
| 03/12/15 | RAJ | 0012 | Further analyze caselaw re claims (1.4); confer with A. Evans re case research (.2). | 1.60 |
| 03/12/15 | JYY | 0012 | Reviewing correspondence regarding late-filed claims hearing. | 0.10 |
| 03/12/15 | MCF | 0012 | Review Monitor's reservation of rights re Late-Filed Claims briefing (.2); email to team re same (.2); review order entering deadlines in US PPI Appeal (.1) and set up alerts re same (.2). | 0.70 |
| 03/12/15 | AME | 0012 | Review case law re: claims issue (1.2), confer with R. Johnson re: same (.2). | 1.40 |
| 03/13/15 | FSH | 0012 | Examine magistrate recommendation re US PPI settlement Appeal (.1). Communications w/ M. Fagen re scheduling (.1). Review claims data (.8). TC Capstone re claims analysis (.2). Communications w/ creditor re claims concepts (.1). Confer w/ RAJ re case law (.2, .1) and analyze same (.6). Outline issues related to concept (.4). Call w/ creditor re foregoing (.6). Follow-up w/ D. Botter, B. Kahn, RAJ re next steps (.2). Analyze cited case (.4). Communications w/ Cleary and Milbank re same (.1). Analyze next steps (.4). | 4.30 |
| 03/13/15 | RAJ | 0012 | Analyze additional court filings re precedent cases involving claims issue (.5, 1.4); confer with A. Evans re case analysis (.2); draft analysis of case (.7); confer with F. Hodara re caselaw (.2, .1); call with creditor re same (.6); post-call meeting with F. Hodara, D. Botter, B. Kahn re issues raised in call (.2). | 3.90 |
| 03/13/15 | DHB | 0012 | Review letter in preparation for call with Creditor (.4); attend same (.6); follow-up with team (.2); emails re same (.1). | 1.30 |
| 03/13/15 | BMK | 0012 | Prepare for call with creditor rep. re: claims issues; (0.2); attend same (0.6); follow up to same (0.2) | 1.00 |
| 03/13/15 | AME | 0012 | Review findings re: claims case law (.1), communicate with R. Johnson re: same (.2). | 0.30 |
| 03/15/15 | FSH | 0012 | Email w/ B. Kahn re claims analysis (.1). Review late-filed claimants' amended designation (.1). Communications w/ D. Botter, Milbank re next steps (.1). Communications w/ creditor re meeting (.2). | 0.50 |
| 03/16/15 | FSH | 0012 | Confer w/ C. Doniak re LTD litigation, witnesses (.2). Communications w/ A. Qureshi re same (.1). TC Cleary re concepts raised by creditors (.7). Follow-up email w/ D. Botter (.1). Analyze issues raised in meetings (.4). Call w/ K. Lee re research on same (.3). Confer w/ B. Kahn re same (.1). | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                Page 6
Bill Number: 1599714                                                                                    05/18/15

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/16/15 | RAJ | 0012 | Review detail in company monthly operating report re unliquidated claim (.2); emails re same (.1). | 0.30 |
| 03/16/15 | CDD | 0012 | Confer with F. Hodara re preparation for Late-Filed Claims hearing (.2); review parties' submissions (2.6). | 2.80 |
| 03/16/15 | BMK | 0012 | TC with Hodara re: claims related research projects (.1); research same (.3). | 0.40 |
| 03/16/15 | MCF | 0012 | Review Supplemental memorandum in support of motion for leave to file late-filed claims (.8) and email to team re same (.1). | 0.90 |
| 03/16/15 | YKL | 0012 | Call with F. Hodara re research on GUC claim issues (.3); research re same (2.7). | 3.00 |
| 03/16/15 | AME | 0012 | Email with F. Hodara re: team plan for late-filed claims hearing (.1), email with C. Doniak re: same (.1) | 0.20 |
| 03/17/15 | FSH | 0012 | Examine witness info from Debtor re claims trial (.1). Communications w/ A.Qureshi re witnesses (.1). Review Claimants' brief (.9). Examine info from R. Johnson re SNMP claim litigation (.1). | 1.20 |
| 03/17/15 | RAJ | 0012 | Review and analyze SNMP motion to withdraw the reference and for a determination that the bankruptcy court lacks authority to adjudicate its claims (.7); emails re same (.2); review ad hoc committee's supplemental memorandum re late-filed claims (.5). | 1.40 |
| 03/17/15 | AQ | 0012 | Review and analyze Ad Hoc Committee Reply and exhibits in support of late-filed claims (1.6); confer with C. Doniak re same (.2). | 1.80 |
| 03/17/15 | CDD | 0012 | Confer with A. Qureshi re preparation for Late-Filed Claims hearing (.2); coordinate with Cleary re same (.6); review party submissions (3.5). | 4.30 |
| 03/17/15 | BMK | 0012 | Review SNMP pleadings (.3) and emails re: same (.2). | 0.50 |
| 03/17/15 | MCF | 0012 | Review briefs filed with respect to SNMP claims (.5) and email to team re same (.1). | 0.60 |
| 03/17/15 | YKL | 0012 | Email to B. Kahn re GUC issues (.3); continue researching same (6.3). | 6.60 |
| 03/17/15 | AME | 0012 | Review team correspondence re: SNMP claim litigation. | 0.10 |
| 03/18/15 | JLS | 0012 | Review and analyze filings in connection with late-filed claims matter (1.4); Meeting with Akin Gump attorneys re: arguments in response to late-filed claims motion (.6); Review analysis of potential evidence in support of arguments (.3). | 2.30 |
| 03/18/15 | FSH | 0012 | Review and analyze jurisdictional brief of SNMP re claim litigation (.8). Communications w/ RAJ re same (.2) Analyze Code issue related to claims litigation (.4) and communications w/ M. Fagen, D. Botter re same (.1). TC A. Qureshi re hearing prep (.2). TC Capstone re aspects of argument (.1). Analyze positions of parties on issues raised by creditors (.8). Review R. Johnson analysis and analyze same (.4). | 3.00 |
| 03/18/15 | RAJ | 0012 | Further analyze SNMP motion to withdraw the reference and for determination of lack of bankruptcy court authority to adjudicate claims (.6, .5); emails with Delaware counsel re same (.1); analyze issues regarding late-filed claims (.5, .2); emails with Akin team re late-filed claims (.2); further review publicly-filed versions of expert reports re claims issue (1.1); draft email to Akin team re potential claim scenarios (.7). | 3.90 |
| 03/18/15 | AQ | 0012 | Confer with F. Hodara regarding preparation for late-filed claims hearing (.2). Review and analyze Ad Hoc Committee trial exhibits re late filed claims (1.4). | 1.60 |
| 03/18/15 | CDD | 0012 | Email with A. Qureshi re preparation for Late-Filed Claims hearing (.2); meeting with team re same (.6); review exhibits from claimants (1.4); attend to case management (.8); review case and confer with Managing Clerk's office re additional filings (.7); review submissions in Late-Filed Claims matter (5.2). | 8.90 |
| 03/18/15 | JYY | 0012 | Meeting with J. Sorkin, C. Doniak, and A. Evans regarding late-filed claims assignment (.6); follow-up emails with C. Doniak and A. Evans regarding same (.3). | 0.90 |
| 03/18/15 | YKL | 0012 | Research re GUC issue (3.8); correspondence re same (.2); draft | 6.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                                           Page 7
Bill Number: 1599714                                                                                                               05/18/15

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | summary of same (2.1). | |
| 03/18/15 | AME | 0012 | Review FR team correspondence re: late-filed claims (.2); communicate with A. Qureshi, C. Doniak re: prep for late-filed claims hearing (.2); confer with J. Sorkin, J. Yecies, C. Doniak re: prep for late-filed claims hearing (.6); prep for late-filed claims hearing (1.3), emails with C. Doniak re: same (.4), communicate with J. Sorkin, J. Yecies, C. Doniak re: same (.2) | 2.90 |
| 03/19/15 | JLS | 0012 | Review summary of evidence in connection with late-filed claims hearing (.8); Conference with Cleary re: preparation for hearing (.5); Review and respond to correspondence re: hearing (.3). | 1.60 |
| 03/19/15 | FSH | 0012 | Communications w/ M. Fagen re claims analysis (.1) and analyze data (.2); review K. Lee analysis of claim issues and analyze next steps (.5). Emails w/ C. Kearns, M. Fagen, B. Kahn, RAJ, D. Botter re same (.3). | 1.10 |
| 03/19/15 | RAJ | 0012 | Review analysis of claim issues (.4); review analysis of claims issues (.3); analyze Bankruptcy Code issues re claims (.5). | 1.20 |
| 03/19/15 | AQ | 0012 | Review and analyze late filed claims exhibits (.8) and confer with team re same (.5). | 1.30 |
| 03/19/15 | CDD | 0012 | Review testimony and exhibits in preparation for Late-Filed Claims hearing (6.4); telephone conference call with team re same (.5); telephone conference call with Cleary re same (.5). | 7.40 |
| 03/19/15 | BMK | 0012 | Begin review of claims related research memo | 0.30 |
| 03/19/15 | JYY | 0012 | Meeting with A. Qureshi (by phone), C. Doniak, and A. Evans regarding exhibits and testimony for late-filed claims trial (.5); reviewing summaries of evidence from C. Doniak and A. Evans (.6); emails with team regarding same (.1). | 1.20 |
| 03/19/15 | AME | 0012 | Confer with A. Qureshi, J. Yecies, C. Doniak re: prep for late-filed claims hearing (.5); review record for testimony re: assignment of patents (1.8), communicate with J. Sorkin, J. Yecies, C. Doniak re: same (.4). | 2.70 |
| 03/20/15 | JLS | 0012 | Review correspondence re: late-filed claims hearing. | 0.30 |
| 03/20/15 | RAJ | 0012 | Review case law re claims issues. | 1.20 |
| 03/20/15 | AQ | 0012 | Review and analyze deposition designations and counter-designations and exhibits regarding late-filed claims litigation (1.8) and emails with team and with Cleary regarding same (.5). | 2.30 |
| 03/20/15 | CDD | 0012 | Review Debtors' proposed designations and exhibits for late-filed claims hearing (3.7); confer with J. Yecies (.3) and J. Yecies and A. Evans (.3); preparation for Late-Filed Claims hearing (1.0). | 5.30 |
| 03/20/15 | JYY | 0012 | Reviewing summary from C. Doniak regarding exhibits and testimony for late-filed claims trial (.3); confer with team regarding correspondence to Cleary concerning same (.3); confer with C. Doniak re same (.3). | 0.90 |
| 03/20/15 | AME | 0012 | Confer with C. Doniak and J. Yecies re: prep for late-filed claims hearing. | 0.30 |
| 03/21/15 | FSH | 0012 | Review materials from RAJ re claims concept (.5). Communications w/ Capstone, RAJ re same (.2). | 0.70 |
| 03/21/15 | RAJ | 0012 | Emails re analysis of claims and PPI. | 0.20 |
| 03/21/15 | MCF | 0012 | Review Capstone documents re claims issues (.3); emails with team re same (.4); research claims issue (.4). | 1.10 |
| 03/22/15 | RAJ | 0012 | Emails from/to J. Hyland (Capstone) re claims analysis (.2); review trial exhibits re same (.2). | 0.40 |
| 03/22/15 | DHB | 0012 | Review memos re claims issues in US and Canada. | 0.40 |
| 03/23/15 | FSH | 0012 | Examine info from Debtors re claims trial exhibits (.1). Research re late-filed claims (.7). | 0.80 |
| 03/23/15 | RAJ | 0012 | Review Capstone materials re claims issues (.3); emails J. Hyland re same (.2); analyze issues re claims (.4). | 0.90 |
| 03/23/15 | AQ | 0012 | Review and analyze deposition transcripts and exhibits re late-filed claims litigation (3.8) and confer with team re preparation for trial | 4.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | regarding same (.4). | |
| 03/23/15 | CDD | 0012 | Meet with A. Qureshi and A. Evans re preparation for late-filed claims hearing (0.4); draft witness cross-examination outlines (3.4); review deposition transcripts (3.6); confer with Cleary re preparation for late-filed claims hearing (1.7). | 9.10 |
| 03/23/15 | MCF | 0012 | Research late-filed claims issues (1.2) and extensive emails with F. Hodara re same (.9). | 2.10 |
| 03/23/15 | AME | 0012 | Confer with A. Qureshi and C. Doniak re: prep for late-filed claims hearing (.4); prep for late-filed claims hearing (.4); review late-filed claims pleadings (2.5). | 3.30 |
| 03/23/15 | BRG | 0012 | Organize and prepare for late-filed claims hearing (.4) for attorney review. Correspond w/ C. Doniak and A. Evans regarding same (.1). | 0.50 |
| 03/24/15 | FSH | 0012 | Review M. Fagen analysis re claim (.1). Further research re same (.3) and emails w/ M. Fagen re same (.2). Confer /w A. Qureshi re upcoming trial re late filed claims (.2). Examine court agenda (.1). Planning for trial (.3). Communications w/ C. Samis re trial (.1). Examine exhibits and deposition designations (.4). Review research re claims concept (.5). Meet w/ D. Botter and Cassels re same (.5). Analyze materials from Capstone for meeting re concept (.6). Attend same (1.2). | 4.50 |
| 03/24/15 | RAJ | 0012 | Emails re hearing on late-filed claims (.4); analyze issues re late-filed claims (1.3); meeting with F. Hodara, A. Qureshi, D. botter, B. Kahn, M. Fagen, K. Lee and Capstone teams re issues raised by interim distribution questions (1.2). | 2.90 |
| 03/24/15 | AQ | 0012 | Team meeting regarding claims distributions (1.2). Review and analyze deposition testimony and exhibits and draft cross outlines and edit same (3.8). Confer with F. Hodara re late-filed claims hearing preparation (.2). | 5.20 |
| 03/24/15 | DHB | 0012 | Prepare for (.2) conference call with Cassels re claims issues (.6); meet with team and Capstone re same (1.2). | 2.00 |
| 03/24/15 | CDD | 0012 | Meet with A. Evans re preparation for late-filed claims hearing (0.5); review deposition transcripts for hearing (3.5); draft and revise witness cross-examination outlines for hearing (3.7). | 7.70 |
| 03/24/15 | BMK | 0012 | Review of various materials re: claims distribution issues (1.4); participate in meeting with Akin and Capstone teams re: same (1.2). | 2.60 |
| 03/24/15 | JYY | 0012 | Email with C. Doniak and A. Evans regarding late-filed claims hearing. | 0.10 |
| 03/24/15 | MCF | 0012 | Confer with team and Capstone re claims issues (1.2); prepare for same (.2) and emails with F. Hodara re late-filed claims (.3). | 1.70 |
| 03/24/15 | YKL | 0012 | Confer with Capstone and Akin teams re claims and response to claimant (.9) (partial); correspondence with M. Fagen re same (.1). | 1.00 |
| 03/24/15 | AME | 0012 | Prep for late-filed claims hearing (1.5); review late-filed claims depositions, draft cross-examination outlines and closing argument outline (5.1); and email with F. Hodara (.2); confer with C. Doniak re: cross-examination outlines and closing argument outline (.5); communicate with Cleary re: prep for late-filed claims hearing (.2). | 7.50 |
| 03/24/15 | BRG | 0012 | Prepare and compile documents for hearing (1.3). Correspond w/ C. Doniak regarding same (.3). | 1.60 |
| 03/25/15 | FSH | 0012 | Final preparation for call w/ party-in-interest re claim concept (.6). Participate in same (.8). Confer w/ D. Botter re same (.1). Communications w/ Capstone re foregoing (.2). Communications w/ C. Samis, Cassels, advisors re status (.3). TC C. Samis re upcoming claims trial (.1). Review pleadings and affidavits of various parties re late filed claims (1.4). Confer w/ A. Evans re trial issues (.2). | 3.70 |
| 03/25/15 | RAJ | 0012 | Prepare for call with counsel to trade creditors (.3); analyze issues re same (1.5); call with claimant re same (.8); review witness list re hearing on late-filed claims (.1). | 2.70 |
| 03/25/15 | AQ | 0012 | Review and edit witness examination outlines and closing argument outline and review related exhibits in preparation for late-filed claims hearing (3.1) and confer with C. Doniak and A. Evans re same (.4). | 3.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 9
Bill Number: 1599714  05/18/15

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 03/25/15 | DHB | 0012 | Review claimant letter in preparation for call and publicly available information (.5); participate in call re claims (.8); review Capstone slide re same (.4); call with Capstone re revisions to same (.5); review redrafts of presentation (.2) (.4); calls with J. Hyland (.2) and C. Kearns re same (.2); office conference with F. Hodara re same (.1). | 3.30 |
| 03/25/15 | CDD | 0012 | Draft and revise witness cross-examination outlines (4.1); confer with A. Evans and A. Qureshi re same (0.4); confer with Cleary re same (0.3); review witness deposition transcripts (2.4); review and revise closing argument outline for hearing (0.5); preparation for late-filed claims hearing (1.2). | 8.90 |
| 03/25/15 | BMK | 0012 | Prepare for call with creditor re: claims issues (0.2); participate in same (0.8) | 1.00 |
| 03/25/15 | JYY | 0012 | Email with C. Doniak and A. Evans regarding late-filed claims hearing. | 0.10 |
| 03/25/15 | AME | 0012 | Review witness deposition transcripts, draft and revise cross-examination outlines (5.2), review and revise closing argument outline for hearing (.5), confer with A. Qureshi and C. Doniak re: same (.4); prepare for late-filed claims hearing (1.3) and confer with F. Hodara re same (.2). | 7.60 |
| 03/25/15 | BRG | 0012 | Correspond w/ C. Doniak and A. Evans regarding claims hearing. | 0.10 |
| 03/26/15 | RAJ | 0012 | Analyze issues re PPI and late-filed claims (.7); review information on trading of GUC claims (.4). | 1.10 |
| 03/26/15 | DHB | 0012 | Review final deck on claims analysis (.2) and email re same (.1). | 0.30 |
| 03/27/15 | RAJ | 0012 | Multiple emails with Akin team re late-filed claims (.2, .1); emails re SNMP claims litigation (.2); review correspondence to court re litigation of Canadian late-filed claims (.3). | 0.80 |
| 03/27/15 | JYY | 0012 | Update emails regarding late-filed claims trial. | 0.10 |
| 03/27/15 | MCF | 0012 | Review US Debtors' submission re court's request at late-filed claims hearing (.2); email to team re same (.2); review movants' briefing (.4) and email to team re same (.2). | 1.00 |
| 03/27/15 | AME | 0012 | Review correspondence and accompanying documents re: follow-up from late-filed claims Hearing. | 0.30 |
| 03/30/15 | FSH | 0012 | Communications re opening brief of appellants re PPI w/ M. Fagen, B. Kahn, D. Botter (.2). Review opening brief (.8). Research re issues raised therein (1.0). Communications w/ B. Kahn, A. Qureshi, D. Botter re same (.2). Review court corr re evidence (.1). Follow-up from hearing (.1). | 2.40 |
| 03/30/15 | RAJ | 0012 | Emails re PPI appeal and brief of Monitor (.3); review filing (.5); emails re appellate strategy (.4). | 1.20 |
| 03/30/15 | AQ | 0012 | Emails re PPI appeal brief (.2). Review and analyze letters to court re deposition designations in late-filed claims litigation (.2). | 0.40 |
| 03/30/15 | DHB | 0012 | Begin review of PPI appeal brief (1.0); emails with team re same (.2). | 1.20 |
| 03/30/15 | JYY | 0012 | Reviewing correspondence regarding PPI appeal updates. | 0.10 |
| 03/30/15 | MCF | 0012 | Quick review of Monitor PPI Appeal opening brief (.5); assemble appendices re same for team (.3); emails to team (.1) and Committee (.1) re same. | 1.00 |
| 03/30/15 | AME | 0012 | Review team correspondence re: Appellants' PPI Appeal brief. | 0.20 |
| 03/31/15 | RAJ | 0012 | Analyze brief of Monitor as appellant in PPI dispute (1.7); analyze issues re 726(a)(5) and 1129(a)(7) (.8); follow up re SNMP claims litigation (.7). | 3.20 |
| 03/31/15 | AQ | 0012 | Review and analyze monitor PPI appeal brief and related case law. | 1.60 |
| 03/31/15 | JYY | 0012 | Reviewing team correspondence regarding PPI appeal. | 0.10 |
| 03/31/15 | AME | 0012 | Review counsel's correspondence re: deposition testimony at late-filed claims hearing (.2); attend to document management re: same (.4). | 0.60 |
| 03/02/15 | FSH | 0014 | Review information and analyze issues re litigation in Canadian court. | 0.40 |
| 03/04/15 | RAJ | 0014 | Emails re motions in Canadian proceedings and re SNMP order. | 0.30 |
| 03/05/15 | FSH | 0014 | Review motions filed in Canadian court (.2) and confer w/ Cassels on aspects related to same (.2). | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 10
Bill Number: 1599714  05/18/15

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/05/15 | RAJ | 0014 | Analyze Justice Newbould's opinion regarding SNMP claim. | 0.40 |
| 03/06/15 | FSH | 0014 | Review and analyze matters addressed in Monitor's report (.9). Communications w/ Capstone re same (.3). Review J. Newbould's SNMP statement of reasons (.4). | 1.60 |
| 03/09/15 | FSH | 0014 | Review aspect of J. Newbould ruling re SNMP. | 0.10 |
| 03/10/15 | FSH | 0014 | Communications re CDN court hearing w/ Cassels. | 0.20 |
| 03/11/15 | FSH | 0014 | Review court information, rulings on appellate matters (.5). Communications w/ Cassels re same (.1). | 0.60 |
| 03/13/15 | FSH | 0014 | Examine Monitor's statement re late filed claims litigation (.1). Examine Ad Hoc pleadings (.2). Communications w/ Cassels re foregoing and related matters (.2). | 0.50 |
| 03/16/15 | FSH | 0014 | Examine Canadian case law re creditor issues. | 0.60 |
| 03/18/15 | FSH | 0014 | Examine entered orders re stay, settlement (.2). Review materials from M. Wunder re wrongful termination matter (.1) and email w/ M. Fagen re same (.1). | 0.40 |
| 03/19/15 | FSH | 0014 | Review Cassels analysis on CCAA issue (.3). Review report re Dunn litigation and communications re hearing (.1). Communications re court hearing w/ Cassels, D. Botter, B. Kahn (.3). | 0.70 |
| 03/20/15 | FSH | 0014 | Review and analyze CCC brief re PPI (.4). Communications w/ Cassels re pending issues (.2). Review Monitor and Ad Hoc pleadings re costs (.3). | 0.90 |
| 03/20/15 | RAJ | 0014 | Review Monitor's and bondholder group's cost submissions re motion to strike portion of bonds' appellate pleading. | 0.40 |
| 03/16/15 | KMR | 0018 | Discussion with Capstone representatives re: end of case tax estimates for NNI (0.8); follow up review of NNI tax issues (0.5). | 1.30 |
| 03/19/15 | KMR | 0018 | Reviewed estimate of end of case tax liability (0.4); update on status (0.7). | 1.10 |
| 03/04/15 | FSH | 0022 | Analyze plan concept. | 0.90 |
| 03/26/15 | FSH | 0025 | Non-productive travel time en route to trial in Delaware (.5). Non-productive travel time on return (2.0). (actual time - 2.5 hours) | 1.25 |
| 03/26/15 | AQ | 0025 | Travel NY to Wilmington (non-productive). Travel Wilmington to NY (non-productive) (actual time - 3.2 hours) | 1.60 |
| 03/26/15 | CDD | 0025 | Travel to/from Delaware for hearing (actual time 5.9 hours) | 2.95 |
| 03/26/15 | AME | 0025 | Travel to Delaware for Late-filed claims hearing (2.5); travel to NYC after Late-filed claims hearing (2.5) (actual time - 5 hours) | 2.50 |
| 03/03/15 | FSH | 0029 | Communications w/ Cassels, Capstone re pending allocation issues (.2). Respond to inquiry of creditor re status (.1). Review allocation items (.4). | 0.70 |
| 03/03/15 | JYY | 0029 | Review correspondence regarding case updates. | 0.10 |
| 03/04/15 | FSH | 0029 | Confer w/ Capstone re pending allocation issues (.3). Communications w/ D. Botter, M. Fagen re same (.2). Review information for call w/ Milbank (.3). Participate in same (.4). | 1.20 |
| 03/04/15 | JYY | 0029 | Reviewing allocation case updates. | 0.10 |
| 03/05/15 | FSH | 0029 | Confer w/ C. Kearns, J. Bromley re allocation issues (.2). Communications w/ D. Botter re same (.1). | 0.30 |
| 03/05/15 | JYY | 0029 | Reviewing correspondence regarding allocation trial record. | 0.10 |
| 03/05/15 | KMR | 0029 | Update on status of the allocation case. | 0.40 |
| 03/06/15 | FSH | 0029 | Communications w/ Milbank re pending issues. | 0.10 |
| 03/11/15 | JYY | 0029 | Allocation case update items. | 0.20 |
| 03/13/15 | JYY | 0029 | Allocation case status update. | 0.10 |
| 03/16/15 | FSH | 0029 | Review info from Milbank and analyze same (.2). Call w/ Milbank and D. Botter re same (.5). Confer w/ D. Botter re same (.2). Communications w/ Capstone, D. Botter re allocation matter (.6). | 1.10 |
| 03/16/15 | RAJ | 0029 | Emails among Akin / Capstone teams re allocation (.4); review trial record for public information re parties' allocation positions (.5); emails re relevant article (.2); emails re stipulation among parties re trial exhibits (.1). | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                   Page 11
Bill Number: 1599714                                                       05/18/15

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/16/15 | DHB | 0029 | Email communications re Judges (.1); telephone call with A. Pisa re discussions (.5) and follow-up with F. Hodara following (.2); telephone call with L. Schweitzer re same (.6); follow-up re same (.2). | 1.60 |
| 03/16/15 | CDD | 0029 | Review public record re Britven allocation record. | 0.50 |
| 03/16/15 | JYY | 0029 | Reviewing case updates from M. Fagen. | 0.10 |
| 03/17/15 | RAJ | 0029 | Analyze publicly-filed versions of expert reports re allocation issues. | 1.00 |
| 03/19/15 | BMK | 0029 | Numerous emails re: allocation issues | 0.30 |
| 03/20/15 | FSH | 0029 | Examine filed stip re trial record. | 0.20 |
| 03/20/15 | RAJ | 0029 | Review finalized stipulation of trial record and related correspondence to Justice Newbould. | 0.20 |
| 03/23/15 | FSH | 0029 | Review Capstone draft re allocation issue (.2). Analyze issues related to Capstone draft (.4). Review revised Capstone draft and communications re same (.2). | 0.80 |
| 03/23/15 | RAJ | 0029 | Emails with Akin and Capstone teams re allocation issues. | 0.60 |
| 03/25/15 | RAJ | 0029 | Emails with Akin and Capstone professionals re allocation. | 0.20 |
| 03/25/15 | AME | 0029 | Review team correspondence re: allocation. | 0.20 |
| 03/26/15 | FSH | 0029 | Email w/ A. Qureshi re pending allocation ruling (.1). Analyze issues re same (.3). | 0.40 |
| 03/26/15 | RAJ | 0029 | Email with D. Botter re allocation issues (.2); review and excerpt expert reports (.3). | 0.50 |
| 03/30/15 | FSH | 0029 | Review issues related to allocation next steps. | 0.20 |
| 03/31/15 | FSH | 0029 | Communications w/ litigation teams re process issues (.2). Review analysis (.2). Communications w/ representative of creditors re concepts and review materials re same (.2). | 0.60 |
| 03/31/15 | RAJ | 0029 | Investigate Delaware local rules and Civil Justice Reform Act re allocation matter (1.8); multiple emails with Akin team re procedural issues (.2, .4); confer with C. Samis re same (.2). | 2.60 |
| 03/11/15 | FSH | 0031 | Examine analysis of UK claims. | 0.30 |
| | | | Total Hours | 370.80 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| J L SORKIN | 4.20 | at | $865.00 | = | $3,633.00 |
| F S HODARA | 71.15 | at | $1250.00 | = | $88,937.50 |
| R A JOHNSON | 49.20 | at | $975.00 | = | $47,970.00 |
| A QURESHI | 33.90 | at | $1095.00 | = | $37,120.50 |
| D H BOTTER | 19.30 | at | $1150.00 | = | $22,195.00 |
| K M ROWE | 3.60 | at | $810.00 | = | $2,916.00 |
| B M KAHN | 10.80 | at | $775.00 | = | $8,370.00 |
| J Y YECIES | 5.70 | at | $710.00 | = | $4,047.00 |
| M C FAGEN | 20.00 | at | $565.00 | = | $11,300.00 |
| Y K LEE | 18.10 | at | $565.00 | = | $10,226.50 |
| A M EVANS | 46.10 | at | $495.00 | = | $22,819.50 |
| C D DONIAK | 71.55 | at | $605.00 | = | $43,287.75 |
| J R WATTERS | 7.90 | at | $230.00 | = | $1,817.00 |
| B R GIFFORD | 3.30 | at | $210.00 | = | $693.00 |
| S LUBIN | 6.00 | at | $295.00 | = | $1,770.00 |

Current Fees                                                               $307,102.75

FOR COSTS ADVANCED AND EXPENSES INCURRED:
    Computerized Legal Research - Lexis                    $682.20

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                         Page 12
Bill Number: 1599714                                                             05/18/15

| | |
|---|---:|
| Computerized Legal Research - Westlaw | $340.75 |
| Court Cost | $37.00 |
| Duplication - In House | $445.60 |
| Document Production - In House | $79.90 |
| Meals (100%) | $1,159.54 |
| Audio and Web Conference Services | $3,078.44 |
| Travel - Ground Transportation | $216.37 |
| Travel - Train Fare | $358.00 |

Current Expenses                                                              $6,397.80

**Total Amount of This Invoice**                                           **$313,500.55**

**Prior Balance Due**                                                        $361,556.72

**Total Balance Due Upon Receipt**                                           $675,057.27



**REMITTANCE COPY**

**Return with Payment**

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

Client Number:    687147  
Invoice Number:   1599714  
Invoice Date:     05/18/15

FED I.D. NO.     75-1338644

Total Amount of This Invoice                                                   $313,500.55

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/20/15 | 1580240 | $375,832.80 | $303,038.10 | $72,794.70 |
| 01/21/15 | 1580242 | $170,296.64 | $137,420.54 | $32,876.10 |
| 02/23/15 | 1585781 | $186,335.19 | $149,637.85 | $36,697.34 |
| 04/16/15 | 1594423 | $219,188.58 | $0.00 | $219,188.58 |
|  |  | $951,653.21 | $590,096.49 | $361,556.72 |

Prior Balance Due                                                              $361,556.72

Total Balance Due Upon Receipt                                                 $675,057.27

Please let us know promptly should your records reflect a different balance.

Akin Gump Strauss Hauer & Feld LLP /Dept 7247-6838 /Philadelphia, PA 19170-6838

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1599714 |
| ATTN: JOHN DOLITTLE | Invoice Date 05/18/15 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1599714

(For wires originating outside the US reference Swift ID# CITIUS33)