# EXHIBIT C

**DISBURSEMENT SUMMARY**
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,059.95 |
| Conference Calls/Telephone/Web Conference Services | $3,078.44 |
| Duplicating (billed at $.10 per page) | $445.60 |
| Document Production | $79.90 |
| Meals/Committee Meeting Expenses | $1,159.54 |
| Travel Expenses – Ground Transportation | $216.37 |
| Travel – Train Fare | $358.00 |
| **TOTAL** | **$6,397.80** |