# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number    1599714<br>Invoice Date       05/18/15<br>Client Number       687147<br>Matter Number          0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/11/15 | Travel - Ground Transportation  Taxi home from office late working late on SNMP claims analysis; Uber Car Service | $69.00 |
| 02/19/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1996109 DATE: 2/22/2015<br>Watters Jess Jessica) - Abeca Sushi - 02/19/2015 | $22.00 |
| 02/19/15 | Meals (100%)  2/19/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800336; DATE: 2/19/2015 Committee call - 8 people | $169.19 |
| 02/19/15 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1197705 DATE: 3/4/2015<br> Vendor: Dial Car Voucher #: DLRVN3F3E119 Date: 02/19/2015 Name: Jess Watters\|\|Car Service, Vendor: Dial Car Voucher #: DLRVN3F3E119 Date: 02/19/2015 Name: Jess Watters | $87.72 |
| 02/23/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2015352 DATE: 3/1/2015 | $19.18 |

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com

| Date | Description | Amount |
|---|---|---|
| 02/23/15 | Fagen Matthew - Dig Inn Seasonal Market 275 Madison - 02/23/2015 Travel - Ground Transportation Taxi cab from OBP to 116 W. 14th St. after working late on Nortel case.; NYC Taxi Cab | $7.40 |
| 02/23/15 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 87; DATE ORDERED: 2/23/15 | $8.70 |
| 02/24/15 | Travel - Ground Transportation Cab home after working late.; Taxi (receipt without cab company name) | $17.25 |
| 02/24/15 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 352; DATE ORDERED: 2/24/15 | $35.20 |
| 02/24/15 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 320; DATE ORDERED: 2/24/15 | $32.00 |
| 02/26/15 | Travel - Train Fare Purchase of train ticket to travel to Delaware for Nortel hearing; Amtrak Business Class | $179.00 |
| 02/26/15 | Travel - Train Fare Purchase of train ticket to travel from Delaware after Nortel hearing; Amtrak Business Class | $179.00 |
| 02/26/15 | Meals (100%) 2/24/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800338; DATE: 2/26/2015 SNMP meeting - 10 people | $214.92 |
| 02/26/15 | Meals (100%) 2/23/15 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800338; DATE: 2/26/2015 Committee call - 6 people | $121.50 |
| 02/27/15 | Travel - Ground Transportation Taxi from home to Newark Penn Station en route to Delaware for Nortel hearing; Classic1 Limousine | $35.00 |
| 03/05/15 | Audio and Web Conference Services Expenses for the month of February 2015 VENDOR: TELCONF LLC; INVOICE#: 03001-01001-15; DATE: 3/5/2015 | $3,078.44 |
| 03/05/15 | Meals (100%) 3/5/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800339; DATE: 3/5/2015 Committee call - 7 people | $169.19 |
| 03/05/15 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 40; DATE ORDERED: 3/5/15 | $4.00 |

| Date | Description | Amount |
|---|---|---|
| 03/06/15 | Court Cost  David Botter<br>VENDOR: COURTCALL LLC; INVOICE#: 6771439; DATE: 3/6/2015 - ACCOUNT NO: CCDA-98-007 | $37.00 |
| 03/10/15 | Computerized Legal Research - Westlaw User: LUBIN,SANDY Date: 3/10/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $168.94 |
| 03/10/15 | Computerized Legal Research - Westlaw User: WATTERS,JESSICA Date: 3/10/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 03/10/15 | Computerized Legal Research - Lexis Service: LEXIS ADVANCE SERVICE; Employee: USTIAN  STACEY; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $49.50 |
| 03/11/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LUBIN  SANDY; Charge Type: LA DOCUMENT ACCESS; Quantity: 37.0 | $632.70 |
| 03/12/15 | Meals (100%)  3/12/15 - J. Lee - In-person committee meeting breakfast - 15 people<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800340; DATE: 3/12/2015 | $169.19 |
| 03/12/15 | Meals (100%)  3/12/15 - J. Lee - In-person Committee meeting lunch - 15 people<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800340; DATE: 3/12/2015 | $274.37 |
| 03/17/15 | Computerized Legal Research - Westlaw User: LEE,KATIE Date: 3/17/2015 AcctNumber: 1000045367 ConnectTime: 0.0 | $78.80 |
| 03/18/15 | Duplication - In House  Photocopy - User # 990100, NY, 148 page(s) | $14.80 |
| 03/23/15 | Duplication - In House  Photocopy - User # 990100, NY, 1014 page(s) | $101.40 |
| 03/23/15 | Duplication - In House  Photocopy - User # 990100, NY, 738 page(s) | $73.80 |
| 03/24/15 | Duplication - In House  Photocopy - User # 990100, NY, 762 page(s) | $76.20 |
| 03/24/15 | Duplication - In House  Photocopy - User # 990100, NY, 1794 page(s) | $179.40 |
| 03/27/15 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 3/27/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| | Current Expenses | $6,397.80 |

| | |
|---|---:|
| **Total Amount of This Invoice** | **$313,500.55** |
| **Prior Balance Due** | $361,556.72 |
| **Total Balance Due Upon Receipt** | $675,057.27 |



**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Client Number: 687147 |
| ATTN: JOHN DOLITTLE | Invoice Number: 1599714 |
| 2221 LAKESIDE BOULEVARD | Invoice Date: 05/18/15 |
| RICHARDSON, TX 75082 | |

FED I.D. NO.   75-1338644

Total Amount of This Invoice     $313,500.55

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/20/15 | 1580240 | $375,832.80 | $303,038.10 | $72,794.70 |
| 01/21/15 | 1580242 | $170,296.64 | $137,420.54 | $32,876.10 |
| 02/23/15 | 1585781 | $186,335.19 | $149,637.85 | $36,697.34 |
| 04/16/15 | 1594423 | $219,188.58 | $0.00 | $219,188.58 |
| | | $951,653.21 | $590,096.49 | $361,556.72 |

Prior Balance Due     $361,556.72

Total Balance Due Upon Receipt     $675,057.27

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1599714 |
| ATTN: JOHN DOLITTLE | Invoice Date 05/18/15 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1599714

(For wires originating outside the US reference Swift ID# CITIUS33)