# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 19.30 | $22,195.00 |
| Joseph Sorkin | Partner for 4 years; Admitted in 2001; Litigation Department | $865 | 4.20 | $3,633.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 71.15 | $88,937.50 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 49.20 | $47,970.00 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 33.90 | $37,120.50 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 3.60 | $2,916.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 10.80 | $8,370.00 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 5.70 | $4,047.00 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 20.00 | $11,300.00 |
| Yochun Lee | Associate for 3 years; Admitted in 2012; Financial Restructuring Department | $565 | 18.10 | $10,226.50 |
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 46.10 | $22,819.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Christine D. Doniak | Senior Attorney for 6 years; Admitted in 1998; Litigation Department | $605 | 71.55 | $43,287.75 |
| Jessica R. Watters | Legal Assistant for 3 years; Financial Restructuring Department | $230 | 7.90 | $1,817.00 |
| Brian R. Gifford | Legal Assistant for 1 year; Litigation Department | $210 | 3.30 | $693.00 |
| Sandy Lubin | Legal Assistant for 1 year; Litigation Department | $295 | 6.00 | $1,770.00 |

Total Amount of Fees:     **$307,102.75**
Total Number of Hours:    **370.80**
Blended Hourly Rate:      **$828.22**