## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 4/1/2015 through 4/30/2015**

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive Director | $895 | 3.00 | $2,685.00 |
| J. Borow | Executive Director | $895 | 23.80 | $21,301.00 |
| J. Hyland | Executive Director | $675 | 42.70 | $28,822.50 |
| A. Cowie | Managing Director | $625 | 31.90 | $19,937.50 |
| J. Blum | Paraprofessional | $120 | 2.80 | $336.00 |
| **For the Period 4/1/2015 through 4/30/2015** | | | **104.20** | **$73,082.00** |