**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 4/1/2015 through 4/30/2015**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 21.10 | $13,513.50 |
| 05. Professional Retention/Fee Application Preparation | 14.60 | $8,315.00 |
| 08. Interaction/Mtgs w Creditors | 11.70 | $9,728.50 |
| 11. Claim Analysis/Accounting | 18.50 | $14,049.50 |
| 17. Analysis of Historical Results | 6.30 | $4,855.50 |
| 18. Operating and Other Reports | 12.10 | $8,915.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 17.30 | $11,949.50 |
| 26. Tax Issues | 2.60 | $1,755.00 |
| **For the Period 4/1/2015 through 4/30/2015** | **104.20** | **$73,082.00** |