# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 4/1/2015 through 4/30/2015**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 4/6/2015 | A. Cowie | 1.80 | Continued preparing proceeds allocation scenarios. |
| 4/6/2015 | A. Cowie | 2.90 | Prepared proceeds allocation scenarios. |
| 4/8/2015 | J. Hyland | 2.40 | Analyzed a proceeds allocation scenario. |
| 4/9/2015 | A. Cowie | 1.90 | Analyzed escrow statements for completeness. |
| 4/13/2015 | C. Kearns | 0.30 | Analyzed status of the latest IP address sale by the Monitor. |
| 4/16/2015 | A. Cowie | 1.80 | Analyzed escrow statements for completeness. |
| 4/16/2015 | J. Hyland | 2.50 | Reviewed documentation related to current and historic IPA transactions. |
| 4/21/2015 | A. Cowie | 2.90 | Analyzed proceeds allocation scenario. |
| 4/24/2015 | A. Cowie | 1.90 | Prepared proceeds allocation scenario. |
| 4/27/2015 | A. Cowie | 2.70 | Continued preparing proceeds allocation scenario. |
| Subtotal | | 21.10 | |
| **05. Professional Retention/Fee Application Preparation** | | | |
| 4/6/2015 | J. Hyland | 0.20 | Prepared March fee estimate for Counsel. |
| 4/7/2015 | J. Hyland | 1.10 | Reviewed February Fee Application detailed time entries. |
| 4/7/2015 | A. Cowie | 2.80 | Analyzed detail to February Fee Application. |
| 4/20/2015 | J. Blum | 1.20 | Prepared March Fee Application. |
| 4/21/2015 | J. Blum | 0.80 | Prepared March Fee Application. |
| 4/21/2015 | J. Hyland | 1.20 | Reviewed February 2015 Fee Application. |
| 4/21/2015 | A. Cowie | 2.20 | Analyzed March Fee Application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/22/2015 | J. Hyland | 1.00 | Reviewed March 2015 Fee Application detailed task descriptions. |
| 4/27/2015 | J. Hyland | 0.80 | Reviewed March Fee Application draft. |
| 4/28/2015 | J. Blum | 0.80 | Prepared March Fee Application. |
| 4/29/2015 | J. Hyland | 1.30 | Reviewed final March Fee Application. |
| 4/30/2015 | J. Borow | 1.20 | Read and reviewed March Fee Application. |
| Subtotal | | 14.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2015 | J. Borow | 0.60 | Participated in meeting with UCC and professionals to UCC re: status of matter. |
| 4/2/2015 | C. Kearns | 0.60 | Participated in call with UCC re: case matters. |
| 4/10/2015 | J. Borow | 0.70 | Discussed with party in interest re: status of matter. |
| 4/16/2015 | J. Borow | 0.40 | Discussed with party in interest re: status of matter. |
| 4/17/2015 | J. Borow | 1.10 | Discussed with party in interest re: status of matter. |
| 4/21/2015 | J. Borow | 1.10 | Discussed with party in interest re: status of matter. |
| 4/22/2015 | J. Hyland | 0.20 | Participated on weekly UCC call with UCC members and professionals. |
| 4/22/2015 | A. Cowie | 1.40 | Prepared discussion points and support for weekly UCC call. |
| 4/23/2015 | J. Borow | 1.30 | Discussed with party in interest re: status of matter. |
| 4/27/2015 | J. Borow | 0.90 | Discussed with party in interest re: status of matter. |
| 4/30/2015 | J. Borow | 0.60 | Participated with counsel in weekly UCC meeting. |
| 4/30/2015 | J. Hyland | 0.60 | Participated in weekly UCC call with UCC members and professionals. |
| 4/30/2015 | C. Kearns | 0.60 | Participated in call with the UCC re: docket status in U.S. and Canada. |
| 4/30/2015 | A. Cowie | 0.70 | Prepared discussion points for UCC weekly call. |
| 4/30/2015 | J. Borow | 0.90 | Reviewed documents in preparation for meeting with UCC and counsel. |
| Subtotal | | 11.70 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 4/1/2015 | C. Kearns | 0.30 | Participated in call with F. Hodara, counsel, re: the status of discussions with certain GUCC creditors. |
| 4/5/2015 | C. Kearns | 0.30 | Reviewed information on claims held by traders. |
| 4/6/2015 | J. Borow | 1.10 | Reviewed claims and related trading issues. |
| 4/7/2015 | J. Hyland | 1.20 | Reviewed NNI claims reporting. |
| 4/7/2015 | J. Borow | 2.20 | Reviewed claims and related trading issues. |
| 4/8/2015 | C. Kearns | 0.30 | Reviewed Cleary summary of NII GUCC holders. |
| 4/8/2015 | J. Borow | 1.40 | Reviewed claims and related trading issues. |
| 4/9/2015 | J. Borow | 1.10 | Reviewed claims classifications and related issues. |
| 4/10/2015 | J. Hyland | 0.50 | Participated on call with L. Lipner, L. Schweitzer, J. Bromley of Clearly and counsel re: NNI claims. |
| 4/10/2015 | J. Hyland | 2.70 | Analyzed NNI claims. |
| 4/14/2015 | J. Hyland | 2.30 | Analyzed PPI claims for the crossover bonds. |
| 4/20/2015 | J. Hyland | 2.30 | Analyzed claims and balances. |
| 4/27/2015 | C. Kearns | 0.20 | Emailed with Counsel re: PPI and issues related to trade creditors. |
| 4/27/2015 | J. Hyland | 2.30 | Analyzed Canadian claims. |
| 4/28/2015 | J. Hyland | 0.10 | Conducted call with M. Kennedy, Chilmark re: U.S. claims. |
| 4/28/2015 | C. Kearns | 0.20 | Emailed with Counsel re: court calendar including PPI appeal in Canada. |
| Subtotal | | 18.50 | |
| **17. Analysis of Historical Results** | | | |
| 4/2/2015 | J. Borow | 1.10 | Reviewed analysis of historical financial information provided by Canadian Monitor. |
| 4/8/2015 | A. Cowie | 2.90 | Analyzed historical Canadian estate performance. |
| 4/15/2015 | J. Borow | 1.20 | Reviewed financial information prepared by Debtor re: activity of foreign and owned subsidiary entities including CALA. |
| 4/16/2015 | J. Borow | 1.10 | Reviewed historical financial information received from Canadian Monitor. |
| Subtotal | | 6.30 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 4/1/2015 | J. Borow | 1.10 | Reviewed analysis of historical financial information pertaining to the Canadian Monitor's reports. |
| 4/6/2015 | J. Hyland | 2.50 | Continued analyzing Monitor's 104th report. |
| 4/6/2015 | J. Hyland | 2.70 | Analyzed Monitor's 104th report. |
| 4/10/2015 | J. Borow | 1.30 | Reviewed monthly operating report prepared and issued by Canadian Debtor. |
| 4/15/2015 | J. Hyland | 1.70 | Continued reviewing summary of balance sheets and NNI Holdings. |
| 4/15/2015 | J. Hyland | 1.80 | Reviewed summary of balance sheets and NNI Holdings. |
| 4/30/2015 | C. Kearns | 0.20 | Reviewed latest MOR. |
| 4/30/2015 | J. Borow | 0.80 | Reviewed recently issued monthly operating report of the U.S. Debtors. |
| Subtotal | | 12.10 | |
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 4/2/2015 | A. Cowie | 2.10 | Continued to prepare report for counsel in regard to Canadian estate forecasted end of case cash. |
| 4/2/2015 | A. Cowie | 2.80 | Prepared report for counsel in regard to Canadian estate forecasted end of case cash. |
| 4/6/2015 | J. Hyland | 2.90 | Analyzed cash flows from each estate. |
| 4/8/2015 | A. Cowie | 1.10 | Analyzed current cash forecast and historical information provided by the Debtors. |
| 4/13/2015 | J. Borow | 1.10 | Reviewed liquidity issues and projected cash requirements. |
| 4/14/2015 | J. Borow | 1.20 | Reviewed liquidity issues and projected cash requirements. |
| 4/17/2015 | J. Hyland | 1.00 | Reviewed NNL's 4/12/2015 actual and cash forecast report. |
| 4/22/2015 | J. Hyland | 2.80 | Analyzed NNI's 2015 cash receipts and disbursements as of 3/31/15. |
| 4/23/2015 | J. Hyland | 2.00 | Analyzed cash forecasts for the estates. |
| 4/29/2015 | J. Borow | 0.30 | Reviewed escrow accounts and related balances. |
| Subtotal | | 17.30 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **26. Tax Issues** | | | |
| 4/28/2015 | J. Hyland | 2.60 | Analyzed U.S. tax matters and summaries. |
| Subtotal | | 2.60 | |
| **Total Hours** | | **104.20** | |