# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | |
| ------------------------------------------------------X | |
| SNMP Research International, Inc., | |
| and | Adv. Proc. No. 11-53454 (KG) |
| SNMP Research, Inc., | |
| Plaintiffs, | |
| v. | |
| Nortel Networks Inc., *et al.*, Avaya Inc., | |
| Defendants. | |
| ------------------------------------------------------X | |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 28, 2015 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

**CONTESTED MATTER GOING FORWARD**

1.  SNMP Research's Motion for Determination that this Court Lacks Authority to Enter Final Orders or Judgments as to Claims Against Avaya, Inc. (A.D.I. 150, Filed 3/17/15).

    Objection Deadline: N/A

    Responses Received:

    (a) Memorandum of Law of Avaya Inc. in Opposition to SNMP Research's Motion for Determination that this Court Lacks Authority to Enter Final Orders or Judgments as to Claims Against Avaya, Inc. (A.D.I. 170, Filed 4/13/15);

    (b) Memorandum of Law of the U.S. Debtors in Opposition to Plaintiffs' Motion for Determination that this Court Lacks Authority to Enter Final Orders or Judgments as to Claims Against Avaya, Inc. (A.D.I. 171, Filed 4/13/15); and

    **(c) Letter to the Honorable Kevin Gross Regarding Supreme Court's Decision Filed by Avaya Inc. (A.D.I. 205, Filed 5/26/15).**

    Related Pleadings:

    (a) Brief in Support of SNMP Research's Motion for Determination that this Court Lacks Authority to Enter Final Orders or Judgments as to Claims Against Avaya, Inc. (A.D.I. 151, Filed 3/17/15);

    (b) Notice of Withdrawal of Exhibit (A.D.I. 158, Filed 3/18/15);

    (c) Order Approving Stipulation Regarding Briefing Schedule on (I) SNMP Research's Motion for Determination that this Court Lacks Authority to Enter Final Orders or Judgments as to Claims Against Avaya, Inc. and (II) Motion to Withdraw Reference (A.D.I. 168, Entered 4/2/15);

    (d) Order Scheduling Hearing Date (A.D.I. 175, Entered 4/21/15);

    (e) Reply Brief in Further Support of SNMP Research's Motion for Determination that this Court Lacks Authority to Enter Final Orders or Judgments as to Claims Against Avaya, Inc. (A.D.I. 182, Filed 4/27/15); and

    (f) Notice of Completion of Briefing with Respect to SNMP Research's Motion for Determination that this Court Lacks Authority to Enter Final Orders or Judgments as to Claims Against Avaya, Inc. (A.D.I. 190, Filed 5/4/15).

    Status: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: May 27, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

9182058.1