# **<u>EXHIBIT A</u>**

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

April 01, 2015 through April 30, 2015

| **Project Category** | **Total Hours** | **Total Fees** |
| --- | ---: | ---: |
| Fee and Employment Applications | 22.90 | $10,466.50 |
| Litigation | 27.30 | $26,144.50 |
| Analysis of Canadian Law | 51.20 | $30,641.00 |
| Canadian CCAA Proceedings/Matters | 85.90 | $67,816.50 |
| U.S. Proceedings/Matters | 2.50 | $1,937.50 |
| **TOTAL** | 189.8 | $137,006.00 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/04/2015 | Review monthly fee application | 0.3 | 283.50 | 12949576 |
| Gray | William | 08/04/2015 | Review fee application entries | 0.3 | 283.50 | 12959642 |
| Gray | William | 13/04/2015 | Work on fee application submission | 1.1 | 1,039.50 | 12973180 |
| Gray | William | 15/04/2015 | Review fee application | 0.5 | 472.50 | 12973187 |
| Gray | William | 17/04/2015 | Work on fee application | 0.4 | 378.00 | 12985404 |
| Gray | William | 24/04/2015 | Review monthly fee application | 0.5 | 472.50 | 12998516 |
| Gray | William | 29/04/2015 | Month end fee application review | 0.6 | 567.00 | 12998540 |
| Gray | William | 30/04/2015 | Month end fee application work | 0.5 | 472.50 | 12998549 |
| Bauer | Alison D. | 13/04/2015 | Review and comment upon fee application | 0.5 | 420.00 | 12966188 |
| Bauer | Alison D. | 14/04/2015 | Conferences with A. Collins on fee application | 0.3 | 252.00 | 12968189 |
| Bauer | Alison D. | 21/04/2015 | numerous Conferences with A. Collins on fee applications (3); review and comment upon fee application (.5); attention to communications with fee examiner and debtors Delaware counsel (0.2) | 1.0 | 840.00 | 12982795 |
| Collins | Allan | 07/04/2015 | attention to fee application; | 1.4 | 413.00 | 13007839 |
| Collins | Allan | 10/04/2015 | attention to fee application; | 0.8 | 236.00 | 12963214 |
| Collins | Allan | 13/04/2015 | attention to fee application; | 1.7 | 501.50 | 12965533 |
| Collins | Allan | 14/04/2015 | multiple conferences with B. Yu and A. Bauer regarding fee application (0.5); confer with A. Cordo regarding fee application (0.1); attention to fee application (3.2); | 3.8 | 1,121.00 | 12968382 |
| Collins | Allan | 15/04/2015 | finalize February fee application; | 2.8 | 826.00 | 12972651 |
| Collins | Allan | 20/04/2015 | attention to March fee application; | 1.8 | 531.00 | 12982469 |
| Collins | Allan | 21/04/2015 | calendar dates relating to upcoming hearing (0.1); attention to March fee application (2.4); confer with A. Bauer regarding same (0.3); | 2.8 | 826.00 | 12982489 |
| Collins | Allan | 27/04/2015 | Attention to fee application; | 1.8 | 531.00 | 13007827 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 06/04/2015 | telephone call with S. Block, A. Gray, A. Slavens and J. Bromley regarding appeal issues; | 1.5 | 1,312.50 | 12954758 |
| Gray | Andrew | 02/04/2015 | reviewing decision of Justice Newbould in the claims trial and discussing same with Sheila Block (2.3); | 2.3 | 1,897.50 | 12948832 |
| Gray | Andrew | 06/04/2015 | conference call on litigation strategy matters (1.0): reviewing legal memorandums on civil procedure issues (0.4); reviewing appeal materials (1.8); | 3.2 | 2,640.00 | 12958574 |
| Gray | Andrew | 21/04/2015 | reviewing UKPT appeal material; | 0.7 | 577.50 | 12982828 |
| Slavens | Adam | 06/04/2015 | conference call re appeal matters with Cleary, S. Block, S. Bomhof and A. Gray (1.1); preparing for same (1.0); | 2.1 | 1,627.50 | 12953046 |
| Berditchevsk | Vitali | 17/04/2015 | conduction research on rules of civil procedure re: cost sharing motion; | 0.1 | 39.00 | 12975277 |
| Block | Sheila R. | 01/04/2015 | reviewing Newbould decision on Canadian claims and notes regarding issues for allocation case; | 4.0 | 4,360.00 | 12947807 |
| Block | Sheila R. | 02/04/2015 | reviewing law on stay of proceedings (0.2); reviewing trial notes in preparation for next steps and email to Torys' team regarding same (0.7); | 0.9 | 981.00 | 12949425 |
| Block | Sheila R. | 03/04/2015 | reviewing facta in Court of Appeal; | 1.0 | 1,090.00 | 12949431 |
| Block | Sheila R. | 06/04/2015 | conference call with Torys team and Cleary regarding appeal issues; | 1.0 | 1,090.00 | 12951163 |
| Block | Sheila R. | 15/04/2015 | U.S. procedures memo and review of draft notice regarding next steps; | 0.6 | 654.00 | 12971446 |
| Block | Sheila R. | 17/04/2015 | research relating to appeal issues; | 0.4 | 436.00 | 12983502 |
| Gray | William | 01/04/2015 | Work on appeal issues | 0.7 | 661.50 | 12949577 |
| Gray | William | 06/04/2015 | Work on PPI appeal issues | 0.7 | 661.50 | 12959615 |
| Gray | William | 07/04/2015 | Work on issues relating to arbitration alternative (.9); work on PPI issues (.8) | 1.7 | 1,606.50 | 12959622 |
| Gray | William | 08/04/2015 | Work on appellate issues | 0.5 | 472.50 | 12959640 |
| Gray | William | 09/04/2015 | Review arbitration panel issue | 0.3 | 283.50 | 12959652 |
| Gray | William | 10/04/2015 | Review appeal matters (.8); review arbitration matters (.4) | 1.2 | 1,134.00 | 12963473 |
| Gray | William | 14/04/2015 | Work on PPI appeal issues | 0.8 | 756.00 | 12973183 |
| Gray | William | 17/04/2015 | Work on appeal review issues | 1.3 | 1,228.50 | 12985405 |
| Gray | William | 20/04/2015 | Review dockets; work on appeal issues | 0.4 | 378.00 | 12985417 |
| Gray | William | 21/04/2015 | Work on appeal review matters | 0.8 | 756.00 | 12985423 |
| Gray | William | 22/04/2015 | Review appeal matters | 0.6 | 567.00 | 12985429 |
| Gray | William | 24/04/2015 | Work on appeal issues | 1.3 | 1,228.50 | 12998518 |
| Gray | William | 29/04/2015 | Work on appeal issues | 0.5 | 472.50 | 12998538 |
| Gray | William | 30/04/2015 | Work on appeal issues | 2.3 | 2,173.50 | 12998547 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 09/04/2015 | research regarding legal issues related to cross-border appeals and recent Ontario CA and BCCA decisions from Parsons matter; | 2.5 | 2,187.50 | 12959864 |
| Bomhof | Scott A. | 10/04/2015 | research regarding appeal procedure issues; | 1.2 | 1,050.00 | 12966703 |
| Slavens | Adam | 02/04/2015 | conducting Canadian legal research on cross-appeals in CCAA-related appeals; | 2.8 | 2,170.00 | 12950440 |
| Slavens | Adam | 06/04/2015 | conducting Canadian legal research on cross-appeals in CCAA-related appeals; | 1.4 | 1,085.00 | 12953038 |
| Slavens | Adam | 09/04/2015 | conducting Canadians legal research on appeal matters; | 0.8 | 620.00 | 12961936 |
| Slavens | Adam | 14/04/2015 | conducting Canadian legal research re appeal considerations; | 2.7 | 2,092.50 | 12968912 |
| Slavens | Adam | 15/04/2015 | conducting Canadian legal research re appeal considerations; | 1.4 | 1,085.00 | 12972348 |
| Slavens | Adam | 16/04/2015 | conducting Canadian legal research re appeal considerations; | 1.5 | 1,162.50 | 12975495 |
| Slavens | Adam | 17/04/2015 | conducting Canadian legal research on Rules of Civil Procedure re cost sharing motion; | 2.7 | 2,092.50 | 12977880 |
| Slavens | Adam | 23/04/2015 | conducting Canadian legal research re appeal considerations; | 2.1 | 1,627.50 | 12987558 |
| Slavens | Adam | 24/04/2015 | conducting Canadian legal research re appeal considerations; | 2.6 | 2,015.00 | 12990585 |
| Slavens | Adam | 27/04/2015 | conducting Canadian legal research re appeal considerations and preparing memorandum re same; | 5.3 | 4,107.50 | 12992750 |
| Slavens | Adam | 30/04/2015 | conducting Canadian legal research re cost sharing motion; | 4.5 | 3,487.50 | 13000138 |
| Shaunessy | Patrick | 10/04/2015 | conducting Canadian legal research on appeal considerations re allocation decisions; | 3.4 | 867.00 | 12963935 |
| Shaunessy | Patrick | 13/04/2015 | conducting Canadian legal research on appeal considerations; | 3.3 | 841.50 | 12967686 |
| Shaunessy | Patrick | 14/04/2015 | conducting Canadian legal research on appeal considerations (4.0); preparing memo based on research (7.0); reviewing and revising memo (1.0); | 12.0 | 3,060.00 | 12967689 |
| DeMarinis | Tony | 02/04/2015 | review and analysis of legal research on matters relating to Canadian proceedings; | 1.0 | 1,090.00 | 12956342 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/04/2015 | reviewing Chaiton comments on SMNP discovery protocol (.5); reviewing emails between G. Smith of Goodmans and Bondholder counsel regarding PPI appeal scheduling issues (.2); | 0.7 | 612.50 | 12946589 |
| Bomhof | Scott A. | 02/04/2015 | reviewing Monitor's factum and UKPT responding factum regarding UKPT appeal (1.2); reviewing draft appeal materials (.5); | 1.7 | 1,487.50 | 12951208 |
| Bomhof | Scott A. | 07/04/2015 | reviewing US memo on appeal issues (.4); reviewing reply and responding appeal factums regarding UKPT claims appeal (1.0); | 1.4 | 1,225.00 | 12959844 |
| Bomhof | Scott A. | 08/04/2015 | reviewing Canadian appeal issues and draft materials (1.0); reviewing motion record regarding sale of additional IP addresses to Alibaba (.6); | 1.6 | 1,400.00 | 12959856 |
| Bomhof | Scott A. | 15/04/2015 | reviewing revised SMNP search protocol and protective order (.4); follow up on IP address sale motion and confirm that no attendance is required (.3); | 0.7 | 612.50 | 12973275 |
| Bomhof | Scott A. | 16/04/2015 | reviewing CCAA order approving IP address sale (.2); reviewing e-mail from P. Plevin and revised discovery cost sharing motion (.4); | 0.6 | 525.00 | 12973280 |
| Bomhof | Scott A. | 21/04/2015 | telephone call with D.J. Miller and providing update on UKPT leave to appeal application to Cleary team (.2); exchange messages with R. Bell regarding PPI appeal issues and Canada 3000 proceedings before Supreme Court of Canada (.9); | 1.1 | 962.50 | 12981230 |
| Bomhof | Scott A. | 22/04/2015 | reviewing revised cost sharing motion record as sent to counsel for EMEA; | 0.5 | 437.50 | 12985508 |
| Bomhof | Scott A. | 24/04/2015 | reviewing final SMNP orders regarding discovery mediation and protective order (.3); follow up on materials for lease to appeal hearing on post-petition interest (.2); | 0.5 | 437.50 | 12989278 |
| Bomhof | Scott A. | 27/04/2015 | reviewing reporting memo regarding Parsons appeal decision and implications for cross-border hearings (.3); reviewing factum filed before Supreme Court of Canada on Canada 3000 regarding Court of Appeal hearing on PPI matter (1.2); | 1.5 | 1,312.50 | 12995982 |
| Bomhof | Scott A. | 28/04/2015 | reviewing materials filed with Ontario Court of Appeal and prepare for appeal hearing on post-petition interest ruling; | 2.8 | 2,450.00 | 12995988 |
| Bomhof | Scott A. | 29/04/2015 | attend appeal hearing on post-petition interest ruling at Ontario Court of Appeal and report to L. Schweitzer with respect to same; | 7.0 | 6,125.00 | 12995993 |
| Bomhof | Scott A. | 30/04/2015 | telephone call with L. Schweitzer regarding PPI appeal hearing (.3); exchange e-mails with E. Lamek of Borden Ladner regarding PPI appeal (.2); | 0.5 | 437.50 | 13002088 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/04/2015 | preparing draft notice of motion for leave to appeal re allocation trial decision (5.4); email correspondence with S. Block and A. Gray re same (0.3); | 5.7 | 4,417.50 | 12947786 |
| Slavens | Adam | 02/04/2015 | reviewing CCAA case court orders re third party discovery protocol; | 0.4 | 310.00 | 12950442 |
| Slavens | Adam | 02/04/2015 | preparing draft notice of motion; | 3.7 | 2,867.50 | 12950447 |
| Slavens | Adam | 02/04/2015 | preparing reporting email to B. Beller re UKPT appeal (0.2); email correspondence with S. Bomhof re same (0.2); | 0.4 | 310.00 | 12950455 |
| Slavens | Adam | 03/04/2015 | reviewing responding factum of monitor and reply factum of UKPT re UKPT motion for leave to appeal; | 3.5 | 2,712.50 | 12953026 |
| Slavens | Adam | 06/04/2015 | reviewing revised notice of motion for leave to appeal; | 0.6 | 465.00 | 12953047 |
| Slavens | Adam | 07/04/2015 | reviewing memorandum re US appeal routes and process (1.0); reviewing memorandum re Canadian appeal routes and process (0.5); | 1.5 | 1,162.50 | 12956188 |
| Slavens | Adam | 08/04/2015 | reviewing CCAA case court documents re incorporation of various Nortel entities; | 0.2 | 155.00 | 12958515 |
| Slavens | Adam | 09/04/2015 | reviewing motion record re motion returnable April 16, 2015; | 1.5 | 1,162.50 | 12961944 |
| Slavens | Adam | 10/04/2015 | reviewing motion record re motion returnable April 16, 2015, and email correspondence re same (0.7); telephone call with M. Wunder re same (0.2); | 0.9 | 697.50 | 12963708 |
| Slavens | Adam | 10/04/2015 | reviewing cost award and related court documents re motion to strike pleadings on post-petition interest appeal (0.7); preparing reporting email to L. Schweitzer re same (0.1); | 0.8 | 620.00 | 12963711 |
| Slavens | Adam | 14/04/2015 | reviewing CCAA case court documents re SNMP protective order (1.3); preparing draft language re same (0.4); preparing reporting email to J. Opolsky re same (0.3); | 2.0 | 1,550.00 | 12968798 |
| Slavens | Adam | 15/04/2015 | email correspondence with M. Wunder, L. Lipner, S. Bomhof and L. Schweitzer re motion returnable April 16, 2015 (0.3); preparing for same (0.3); | 0.6 | 465.00 | 12972351 |
| Slavens | Adam | 16/04/2015 | reviewing issued and entered order re motion returnable April 16, 2015; | 0.2 | 155.00 | 12975470 |
| Slavens | Adam | 16/04/2015 | reviewing CCAA case court documents re SNMP protective order (2.0); email correspondence with S. Bomhof and J. Opolsky re same (0.2); reviewing email correspondence from M. Plevin re cost sharing motion materials (0.4); | 2.6 | 2,015.00 | 12975481 |
| Slavens | Adam | 17/04/2015 | reviewing revised drafts of cost sharing motion materials (1.5); preparing CCAA motion materials re same (2.5); | 4.0 | 3,100.00 | 12977878 |
| Slavens | Adam | 20/04/2015 | preparing CCAA court materials re cost sharing | 3.7 | 2,867.50 | 12980022 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 21/04/2015 | preparing CCAA court materials re cost sharing motion; | 3.0 | 2,325.00 | 12982353 |
| Slavens | Adam | 22/04/2015 | preparing CCAA court materials re cost sharing motion; | 1.2 | 930.00 | 12984668 |
| Slavens | Adam | 23/04/2015 | preparing CCAA court materials re cost sharing motion; | 2.5 | 1,937.50 | 12987557 |
| Slavens | Adam | 24/04/2015 | preparing CCAA court materials re cost sharing motion; | 3.9 | 3,022.50 | 12990588 |
| Slavens | Adam | 28/04/2015 | preparing for post-petition interest appeal hearing; | 4.5 | 3,487.50 | 12995219 |
| Slavens | Adam | 29/04/2015 | attending post-petition interest appeal hearing (7.5); preparing for same (2.0); preparing reporting emails to L. Schweitzer re same (0.2); | 9.7 | 7,517.50 | 12997262 |
| Opolsky | Jeremy | 01/04/2015 | email to Cleary Gottlieb re: SNMP | 0.1 | 56.50 | 12957341 |
| Opolsky | Jeremy | 02/04/2015 | participating in mediation call (1.7); correspondence with Cleary Gottlieb re: same (0.2) | 1.9 | 1,073.50 | 12957355 |
| Opolsky | Jeremy | 06/04/2015 | reviewing correspondence re: SNMP | 0.1 | 56.50 | 12952512 |
| Opolsky | Jeremy | 08/04/2015 | reviewing revised SNMP discovery protocol (.1); correspondence with M. Gurgel (Cleary Gottlieb) re: same (.1) | 0.2 | 113.00 | 12983584 |
| Opolsky | Jeremy | 10/04/2015 | correspondence with Cleary Gottlieb re: SNMP | 0.1 | 56.50 | 12961986 |
| Opolsky | Jeremy | 13/04/2015 | email to A. Merskey (Norton Rose) re: SNMP (.2); email to Cleary Gottlieb re: same (.2) | 0.4 | 226.00 | 12965462 |
| Opolsky | Jeremy | 14/04/2015 | correspondence with Cleary Gottlieb re: SNMP (.2); correspondence with Norton Rose re: same (0.2) | 0.4 | 226.00 | 12983587 |
| Opolsky | Jeremy | 15/04/2015 | correspondence with Cleary Gottlieb re: SNMP | 0.1 | 56.50 | 12983590 |
| Opolsky | Jeremy | 16/04/2015 | corresponding with A. Merskey re: SNMP (.2): corresponding with Cleary Gottlieb re: same (.4); drafting language for protective order re: same (.5); | 1.1 | 621.50 | 12974258 |
| Opolsky | Jeremy | 23/04/2015 | correspondence with Cleary Gottlieb re: SNMP | 0.1 | 56.50 | 12986793 |
| Opolsky | Jeremy | 24/04/2015 | correspondence with Cleary Gottlieb re: SNMP | 0.1 | 56.50 | 12987411 |

U.S. Proceedings/Matters

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 21/04/2015 | reviewing chapter 11 case court documents re CCAA cost sharing motion; | 2.5 | 1,937.50 | 12982350 |