# **<u>EXHIBIT B</u>**

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

April 01, 2015 through April 30, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating/Printing | 2,723 pages@ .10 per pg | $272.30 |
| Courier | | $3.73 |
| Computer Research | Westlaw | $18.36 |
| Telephone | | $0.15 |
| **Grand Total Expenses** | | **$294.54** |

**Nortel**
**April 2015 Disbursements**

| Code | Description | Date | Amount | Description |
|---|---|---|---|---|
| 801 | Copies | 02/04/2015 | 0.20 | Copies |
| 808 | Laser Printing | 01/04/2015 | 1.70 | Laser Printing |
| 808 | Laser Printing | 02/04/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 02/04/2015 | 9.50 | Laser Printing |
| 808 | Laser Printing | 02/04/2015 | 6.30 | Laser Printing |
| 808 | Laser Printing | 06/04/2015 | 1.20 | Laser Printing |
| 808 | Laser Printing | 06/04/2015 | 3.30 | Laser Printing |
| 808 | Laser Printing | 06/04/2015 | 12.80 | Laser Printing |
| 808 | Laser Printing | 07/04/2015 | 1.00 | Laser Printing |
| 808 | Laser Printing | 07/04/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 07/04/2015 | 1.10 | Laser Printing |
| 808 | Laser Printing | 07/04/2015 | 1.00 | Laser Printing |
| 808 | Laser Printing | 08/04/2015 | 5.10 | Laser Printing |
| 808 | Laser Printing | 09/04/2015 | 4.60 | Laser Printing |
| 808 | Laser Printing | 09/04/2015 | 7.80 | Laser Printing |
| 808 | Laser Printing | 10/04/2015 | 0.70 | Laser Printing |
| 808 | Laser Printing | 17/04/2015 | 5.60 | Laser Printing |
| 808 | Laser Printing | 24/04/2015 | 0.20 | Laser Printing |
| 808 | Laser Printing | 27/04/2015 | 1.00 | Laser Printing |
| 808 | Laser Printing | 27/04/2015 | 0.50 | Laser Printing |
| 808 | Laser Printing | 28/04/2015 | 0.20 | Laser Printing |
| 808 | Laser Printing | 28/04/2015 | 7.00 | Laser Printing |
| 808 | Laser Printing | 29/04/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 29/04/2015 | 190.30 | Laser Printing |
| 4808 | Laser Printing | 01/04/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 08/04/2015 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 13/04/2015 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 13/04/2015 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 13/04/2015 | 1.70 | Laser Printing |
| 4808 | Laser Printing | 14/04/2015 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 15/04/2015 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 21/04/2015 | 1.20 | Laser Printing |
| 4808 | Laser Printing | 21/04/2015 | 1.70 | Laser Printing |
| 4808 | Laser Printing | 21/04/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 21/04/2015 | 0.10 | Laser Printing |
| | | | **$ 272.30** | |
| 822 | Courier | 27/04/2015 | **$ 3.73** | Courier 79 Wellington Street West, Invoice # 64565, 100 King St W, Bennett Jones, chris,1,1 |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 07/04/2015 | 10.96 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 14/04/2015 | 7.40 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 18.36** | |
| 4800 | Telephone | 14/04/2015 | **$ 0.15** | Telephone 13023519459 - Wilmington, DE - Time: 14:24 - Dur: 5.33 |
| | | | **$ 294.54** | |