# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**April 1, 2015 - April 30, 2015**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | Apr 2015 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 34.5 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 79.5 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 114.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | Apr 2015 Hours |
|---|---|
| Michael Kennedy, Member | 106.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 8.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 114.0 |

**Nortel Networks, Inc**
April 1, 2015 - April 30, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Apr 2015 Hours | Code |
|------|---------------------|----------------|------|
| 4/1/2015 | Review cash flash report | 1.0 | 1 |
| 4/1/2015 | Review Monitors cash forecast report | 1.0 | 1 |
| 4/1/2015 | Calls & communication with Cleary re: issues list | 3.5 | 14 |
| 4/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 4/6/2015 | Prepare and review analysis re: interco claims | 6.0 | 1 |
| 4/6/2015 | Review and analysis of Monitors claim report | 3.0 | 1 |
| 4/7/2015 | Review and discussion of monitor reports | 3.0 | 1 |
| 4/8/2015 | Review analysis of certain claims, reports and categories | 4.0 | 14 |
| 4/8/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/9/2015 | Review RM Report | 2.0 | 1 |
| 4/10/2015 | Analysis & communication with Cleary & management re: sub issues list | 5.0 | 1 |
| 4/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/15/2015 | Review cash flash report | 1.0 | 1 |
| 4/15/2015 | Prepare for conference call with Cleary & RLKS | 2.0 | 14 |
| 4/15/2015 | Call with RLKS and Cleary re: analysis | 2.0 | 14 |
| 4/16/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/17/2015 | Review Monitors cash forecast report | 1.0 | 1 |
| 4/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/20/2015 | Review and discuss US management material | 3.0 | 1 |
| 4/20/2015 | Calls & communication re: claims analysis & litigation | 3.0 | 14 |
| 4/21/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/21/2015 | Review and discuss US management material | 4.0 | 1 |
| 4/22/2015 | Calls & communication re: claims analysis & litigation | 2.0 | 14 |
| 4/22/2015 | Review analysis of certain claims, reports and categories | 3.0 | 14 |
| 4/23/2015 | Review analysis of certain claims, reports and categories | 5.0 | 14 |
| 4/24/2015 | Review cash flash report | 1.0 | 1 |
| 4/24/2015 | Review analysis of certain claims, reports and categories | 4.0 | 14 |
| 4/27/2015 | Review and discuss US management material | 3.5 | 1 |
| 4/27/2015 | Review analysis of certain claims, reports and categories | 3.0 | 14 |
| 4/27/2015 | Call with RLKS and Cleary re: analysis | 2.0 | 14 |
| 4/28/2015 | Review analysis of certain claims, reports and categories | 4.0 | 14 |
| 4/29/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/29/2015 | Review analysis of certain claims, reports and categories | 6.0 | 14 |
| 4/30/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 4/30/2015 | Review analysis of certain claims, reports and categories | 6.0 | 14 |
| | **Apr 2015 Total** | **106.0** | |

**Nortel Networks, Inc**
April 1, 2015 - April 30, 2015 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Apr 2015 Hours | Code |
|------|---------------------|----------------|------|
| 4/8/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/10/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/16/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/21/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/24/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/29/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | | | |
| | **Apr 2015 Total** | **8.0** | |