# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
                Debtors.  :  Jointly Administered
:
:  **RE: D.I. 15619**
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL

      **PLEASE TAKE NOTICE** that on May 27, 2015, RLKS Executive Solutions LLC ("RLKS") filed their *Twentieth Quarterly Fee Application Request of RLKS Executive Solutions LLC, as Consultants to the Debtors and Debtors-In-Possession, for the Period February 1, 2015 Through April 30, 2015* (the "Quarterly Application").

      **PLEASE TAKE FURTHER NOTICE** that RLKS hereby withdraws the Quarterly Application without prejudice.

Dated: May 28, 2015
Wilmington, DE

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    James L. Bromley (admitted pro hac vice)
                    Lisa M. Schweitzer (admitted pro hac vice)
                    One Liberty Plaza
                    New York, New York 10006
                    Telephone:  (212) 225-2000
                    Facsimile:  (212) 225-3999

                    and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

5765285.10

2