# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2015 through April 30, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Application - US | 1.60 | $392.00 |
| Wanland | 5.90 | $3,864.50 |
| General Counseling - Commercial | 1.30 | $1,061.50 |
| Litigation | 92.40 | $67,842.50 |
| **TOTAL** | **101.20** | **$73,160.50** |

Client: 105185 / Nortel Networks, Inc.
Matter: 105185.0000022 / General Counseling-Commerical
Proforma 930324
5/22/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13380629 | 4/23/2015 | 1052 | Plevin, Mark D. | Partner | 0.60 | 483.00 | Revise draft cost-sharing motion and order to incorporate last round of comments by Cleary (0.5); draft and send e-mail to Mr. Oxford and Mr. Huberty (both EMEA) providing revised drafts of same and requesting their input (0.1). |
| 13391537 | 4/27/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Download/review selected pleadings for possible applicability to pending matters (0.1); review correspondence with Mr. Plevin and EMEA estate's counsel re cost-sharing motion (0.1). |
| 13400876 | 4/27/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Exchange e-mails with Mr. Huberty (EMEA debtors) re extension of time to respond to pending cost-sharing motion and timing of his comments on the draft revised cost-sharing motion (0.1); exchange e-mails with Mr. Bomhof (Canadian counsel) re revised cost-sharing motion (0.1). |
| 13394188 | 4/28/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Download/review selected pleadings for possible relevance to ongoing matters. |
| 13400937 | 4/28/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Exchange e-mails with Mr. Huberty (EMEA debtors) re extension of time to respond to pending cost-sharing motion and timing of his comments on the draft revised cost-sharing motion (0.1); exchange e-mails with Mr. Bomhof (Canadian counsel) re revised cost-sharing motion (0.1). |

Client: 105185 / Nortel Networks, Inc.                                                                                                              Proforma 930325
Matter: 105185.0000121 / Wanland                                                                                                                    5/22/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13418697 | 4/3/2015 | 1800 | Welt, Monica | Counsel | 2.70 | 1,768.50 | Finish reviewing and editing draft exhibits (2.5); exchange emails with Mr. Lipner re same (0.2). |
| 13330904 | 4/6/2015 | 1800 | Welt, Monica | Counsel | 1.40 | 917.00 | Update Settlement Agreement exhibits in conjunction with Mr. Lipner (0.9); telephone conference with Mr. Lipner and Ms. Rasche re settlement progress (0.2); follow-up telephone conference with Mr. Lipner re strategy (0.3). |
| 13367065 | 4/15/2015 | 1800 | Welt, Monica | Counsel | 0.50 | 327.50 | Review edits to draft exhibits from Ms. Rasche. |
| 13367064 | 4/16/2015 | 1800 | Welt, Monica | Counsel | 0.50 | 327.50 | Exchange emails with Mr. Lipner and Ms. Rasche re agreement exhibits and next steps. |
| 13421082 | 4/17/2015 | 1800 | Welt, Monica | Counsel | 0.30 | 196.50 | Exchange emails with Mr. Lipner re agreement exhibits and next steps. |
| 13421401 | 4/29/2015 | 1800 | Welt, Monica | Counsel | 0.50 | 327.50 | Exchange emails with Ms. Rasche re draft exhibit edits and next steps. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma 930326  
5/22/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13357685 | 4/14/2015 | 2444 | Perales, Olegario | Specialist | 1.20 | 294.00 | Prepare fifty-ninth interim fee application for February 1, 2015 through February 28, 2015. |
| 13357690 | 4/14/2015 | 2444 | Perales, Olegario | Specialist | 0.40 | 98.00 | Draft fifty-ninth interim Excel file for Ms. Scarborough (Fee Examiner). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000198 / Litigation

Proforma 930327  
5/22/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13328156 | 4/1/2015 | 302 | Regan, James J. | Partner | 1.30 | 1,287.00 | Review and analyze final draft of third discovery protocol and declaration (1.0); exchange emails with Mr. Supko re input from local and co-counsel re same (0.2); follow-up discussion with Mr. Supko re declaration coverage issues (0.1). |
| 13328184 | 4/2/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Review co-counsel comments re draft motion (0.9); exchange emails with Crowell and Moring LLP team re hearing date (0.1); exchange follow-up emails with local counsel re draft motion (0.2). |
| 13324787 | 4/2/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Exchange e-mails with Mr. Supko re scheduling of hearing on motion for entry of Third Discovery Protocol and draft motion issues. |
| 13328266 | 4/3/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Emails with Mr. Plevin and client re draft motion (0.1); edit Mr. Supko's declaration (1.1). |
| 13326498 | 4/4/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Google's counsel re disposition of confidential documents. |
| 13344625 | 4/6/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Review emails from client and co-counsel re upcoming motion for a third discovery protocol (0.1); review and analyze service issues (0.7). |
| 13331874 | 4/6/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Review e-mails among Messrs. Supko, Ray, Ross, and Ms. Hoover (local counsel) re upcoming motion for a third discovery protocol. |
| 13347859 | 4/6/2015 | 6634 | Jackson, Sean | Counsel | 1.40 | 882.00 | Review motion for entry of Third Discovery Protocol and insert case law citations. |
| 13346926 | 4/7/2015 | 302 | Regan, James J. | Partner | 1.70 | 1,683.00 | Review and respond to various emails with local and co-counsel re third discovery protocol issues (0.9); review suggested edits from local and co-counsel re third discovery protocol (0.5); confer with and exchange emails with Messrs. Supko and Plevin re same (0.3). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000198 / Litigation

Proforma 930327  
5/22/2015

| | | | | | | |
|---|---|---|---|---|---|---|
| 13335540 | 4/7/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Review e-mails among Mr. Supko and Ms. McCown re filing of motion for a third discovery protocol being made later today (0.1); exchange e-mails with Mr. Huberty (EMEA debtors) re extended time for a response to the pending cost-sharing motion (0.1). |
| 13347876 | 4/7/2015 | 6634 | Jackson, Sean | Counsel | 2.60 | 1,638.00 | Finalize case cite inserts for motion for entry of Third Discovery Protocol (1.1); compile addresses for all parties to receive service of motion (1.5). |
| 13346934 | 4/8/2015 | 302 | Regan, James J. | Partner | 1.30 | 1,287.00 | Review and analyze Cleary comments to motion for a third discovery protocol (0.8); emails with local counsel re same (0.2); emails with client re same (0.3) |
| 13344661 | 4/10/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review emails with client re discovery issues (0.3); review and analyze emails with Crowell and Moring LLP team re discovery issues with third-parties (0.7). |
| 13353537 | 4/14/2015 | 1052 | Plevin, Mark D. | Partner | 0.70 | 563.50 | Revise draft cost-sharing motion and proposed order re same to incorporate comments from Cleary. |
| 13351199 | 4/14/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review email from Ms. McCown requesting information re pending and withdrawn third-party subpoenas (0.1); consult with Mr. Jackson re same, including review of draft response and research re missing information (0.2). |
| 13354898 | 4/16/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Download and review recent pleadings with potential relevance to third-party discovery efforts and circulate selected pleadings to Crowell and Moring LLP team. |

Client: 105185 / Nortel Networks, Inc.  Proforma 930328
Matter: 105185.0000200 / Litigation  5/22/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13366788 | 4/14/2015 | 6634 | Jackson, Sean | Counsel | 0.90 | 567.00 | Review and provide updated list to Cleary Gottlieb of active and settled litigations in which Nortel has received a subpoena. |

Client: 105185 / Nortel Networks, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Proforma 930329
Matter: 105185.0000202 / Litigation　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5/22/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13316690 | 4/1/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Consult with Mr. Jackson re VTech hit counts, including review of same (0.2); correspondence with Mr. Ross re discovery database searches requested by VTech (0.1); correspondence with Mr. Abramic re discovery requests (0.1). |
| 13331070 | 4/1/2015 | 6634 | Jackson, Sean | Counsel | 3.20 | 2,016.00 | Prepare for and participate in call with counsel for VTech re discovery requested from Nortel (0.7); provide summary of call with counsel for VTech to Mr. Supko (0.7); begin reviewing and analyzing additional documents requests made by VTech (1.8). |
| 13331090 | 4/2/2015 | 6634 | Jackson, Sean | Counsel | 3.10 | 1,953.00 | Continue reviewing and analyzing additional documents requests made by VTech (2.8); correspondence with counsel for VTech providing hit count reports for search terms requested by VTech (0.3). |
| 13342701 | 4/6/2015 | 6383 | Stillwell, April | Paralegal | 0.30 | 76.50 | Review and respond to emails from Messrs. Jackson and Dahl re VTech document production. |
| 13347869 | 4/6/2015 | 6634 | Jackson, Sean | Counsel | 3.20 | 2,016.00 | Perform QC review of replacement production of Allocation Trial exhibits (2.4); draft letter correspondence to counsel for VTech transmitting replacement production (0.5); coordinate production of replacement Allocation Trial exhibits (0.3). |
| 13334926 | 4/7/2015 | 6383 | Stillwell, April | Paralegal | 0.50 | 127.50 | Review and respond to emails from Mr. Jackson re replacement Nortel document production (0.3); draft CD label re same (0.2). |
| 13337761 | 4/8/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Review draft letter to VTech re replacement of unredacted exhibits, and consult with Mr. Jackson re same. |
| 13342917 | 4/8/2015 | 6383 | Stillwell, April | Paralegal | 0.30 | 76.50 | Review and respond to emails re VTech document production (0.1); finalize VTech cd labels re same (0.1); review cover letter and send VTech's document production via Federal Express to opposing counsel per the request of Mr. Jackson (0.1). |

Client: 105185 / Nortel Networks, Inc.
Matter: 105185.0000202 / Litigation

Proforma 930329
5/22/2015

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13337746 | 4/9/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Ross re hit counts for VTech search terms (0.1); consult with Mr. Jackson re same (0.1). |
| 13347979 | 4/9/2015 | 6634 | Jackson, Sean | Counsel | 2.10 | 1,323.00 | Correspondence with counsel for VTech re production of replacement Allocation Trial exhibits (0.2); update hit count spreadsheet to include hit counts for discovery databases (0.6); provide updated spreadsheet to counsel for VTech re same (0.1); review and analyze documents that were requested by VTech (1.2). |
| 13339874 | 4/10/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Mr. Ross re hit counts. |
| 13348003 | 4/10/2015 | 6634 | Jackson, Sean | Counsel | 0.80 | 504.00 | Continue reviewing and analyzing documents that were requested by VTech. |
| 13366778 | 4/14/2015 | 6634 | Jackson, Sean | Counsel | 2.40 | 1,512.00 | Continue reviewing and analyzing documents that were requested by VTech. |
| 13366853 | 4/15/2015 | 6634 | Jackson, Sean | Counsel | 3.60 | 2,268.00 | Continue reviewing and analyzing documents that were requested by VTech (2.5); review exhibits and schedules to a certain transaction agreement in connection with request for additional documents by VTech (0.6); call with Recommind re initial training session on document review platform (0.5). |
| 13354902 | 4/16/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Conversations with Mr. Cianciolo re third-party discovery request by VTech, including research re discovery issues (0.4); conversation with Mr. Abramic re discovery issues, status, and strategy (0.3); consult with Mr. Jackson re document production issues and discovery strategy (0.2). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000202 / Litigation

Proforma 930329  
5/22/2015

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13366920 | 4/16/2015 | 6634 | Jackson, Sean | Counsel | 6.00 | 3,780.00 | Continue reviewing and analyzing documents that were requested by VTech (2.6); review exhibits and schedules to asset sale agreement between Nortel and Avaya in connection with request for additional documents by VTech (2.7); draft email to M. Supko summarizing documents potentially relevant to VTech's follow-up discovery requests (0.7). |
| 13360158 | 4/17/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Review potentially responsive documents relating to VTech's document request (0.5); correspondence with Mr. Jackson re discovery strategy (0.2). |
| 13392047 | 4/20/2015 | 6634 | Jackson, Sean | Counsel | 2.50 | 1,575.00 | Continue reviewing and analyzing documents that were requested by VTech. |
| 13369638 | 4/21/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Correspondence with Mr. Abramic re subpoena to Mr. Cianciolo, including review of same (0.2); correspondence with Mr. Cianciolo re same (0.1); consult with Mr. Jackson re document production issues (0.1). |
| 13392107 | 4/21/2015 | 6634 | Jackson, Sean | Counsel | 1.10 | 693.00 | Continue reviewing and analyzing documents that were requested by VTech (0.9); email correspondence with A. McCown re confidentiality treatment of certain Nortel documents (0.2). |
| 13392253 | 4/22/2015 | 6634 | Jackson, Sean | Counsel | 5.20 | 3,276.00 | Review exhibits and schedules to a certain transaction agreement in connection with VTech's request for additional documents and assess Nortel's notice obligations prior to any production to VTech. |
| 13392275 | 4/23/2015 | 6634 | Jackson, Sean | Counsel | 0.60 | 378.00 | Draft email to M. Supko re status of review of documents in response to supplemental request from VTech. |
| 13380792 | 4/24/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Consult with Mr. Jackson re production of documents to VTech, including review of correspondence with Ms. McCown re confidentiality issues and analysis of relevant requirements in Second Discovery Protocol. |

Client: 105185 / Nortel Networks, Inc.  Proforma 930329
Matter: 105185.0000202 / Litigation  5/22/2015

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13403681 | 4/30/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Consult with Mr. Jackson re strategy for responding to VTech's request for limited production of certain documents, including review of discovery protocol provisions relevant to same. |

Client: 105185 / Nortel Networks, Inc.　　　　　　　　　　　　　　　　　　　　　　　　Proforma 930330
Matter: 105185.0000203 / Litigation　　　　　　　　　　　　　　　　　　　　　　　　　　5/22/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13316692 | 4/1/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Correspondence with Mr. Ross re Cisco discovery requests and estimate for discovery database search (0.2); consult with Mr. Jackson re same (0.1); correspondence with Mr. Edgar re discovery requests (0.1). |
| 13331077 | 4/1/2015 | 6634 | Jackson, Sean | Counsel | 1.90 | 1,197.00 | Prepare for and participate in telephone conference with counsel for Cisco re discovery requested from Nortel (0.9); provide summary of call with counsel for Cisco to Mr. Supko (0.6); review cost estimate provided by Recommind to generate search term hit count reports (0.4). |
| 13323777 | 4/2/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Ross re Cisco's proposed search terms. |
| 13331099 | 4/2/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Correspondence with counsel for Cisco providing cost estimate to generate hit count reports for search terms requested by Cisco. |
| 13342696 | 4/6/2015 | 6383 | Stillwell, April | Paralegal | 0.30 | 76.50 | Review and respond to emails from Messrs. Jackson and Dahl re Cisco document production. |
| 13334927 | 4/7/2015 | 6383 | Stillwell, April | Paralegal | 0.50 | 127.50 | Review and respond to emails from Mr. Jackson re replacement Nortel document production (0.3); draft CD label re same (0.2). |
| 13347882 | 4/7/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Draft letter correspondence to counsel for Cisco re production of replacement Allocation Trial Exhibits (0.3); coordinate with A. Stillwell re production of same (0.1). |
| 13337757 | 4/8/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review draft letter to Cisco re replacement of unredacted exhibits, and consult with Mr. Jackson re same (0.1); correspondence with Mr. Edgar search status (0.1); correspondence with Mr. Ross re estimate for running Cisco searches (0.1). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000203 / Litigation

Proforma 930330  
5/22/2015

| ID | Date | Code | Name | Title | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 13342924 | 4/8/2015 | 6383 | Stillwell, April | Paralegal | 0.30 | 76.50 | Review and respond to emails from M. Supko and S. Jackson re Cisco document production (0.1); finalize Cisco CD labels, review cover letter, and FedEx document production to Cisco's counsel per the request of Mr. Jackson (0.2). |
| 13337745 | 4/9/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Ross re estimate for getting hit counts for Cisco search terms (0.1); consult with Mr. Jackson re same (0.1). |
| 13347968 | 4/9/2015 | 6634 | Jackson, Sean | Counsel | 0.10 | 63.00 | Correspondence with counsel for Cisco re production of replacement Allocation Trial exhibits. |
| 13339873 | 4/10/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Mr. Ross re estimate for generating hit counts. |
| 13392089 | 4/21/2015 | 6634 | Jackson, Sean | Counsel | 0.10 | 63.00 | Email correspondence with Cisco's counsel, J. Edgar, re cost estimate to generate hit counts for discovery databases. |
| 13376274 | 4/23/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Consult with Mr. Jackson re discovery issue. |
| 13392307 | 4/24/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Telephone conference with Cisco's counsel, J. Edgar, re cost estimates to search discovery databases and provide hit count reports, and related cost-sharing issues (0.3); email correspondence with M. Supko summarizing substance of call with J. Edgar (0.1). |
| 13381638 | 4/25/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Review email from Mr. Edgar re Cisco's possible objection to motion for entry of Third Discovery Protocol, including analysis of Second and Third Discovery Protocols re provisions defining scope of cases covered by each (0.3); prepare response to Mr. Edgar re same (0.1). |
| 13383410 | 4/26/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Mr. Jackson re technical and cost-sharing issues concerning Cisco's document requests, including research re same. |

Client: 105185 / Nortel Networks, Inc.  Proforma 930330
Matter: 105185.0000203 / Litigation  5/22/2015

| | | | | | | |
|---|---|---|---|---|---|---|
| 13391529 | 4/27/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Fisher re third-party subpoena served by Uniden in Spherix litigation, including review of same. |
| 13415040 | 4/27/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Correspondence with counsel for Cisco, J. Edgar, re cost estimate to provide hit counts for discovery databases. |
| 13394169 | 4/28/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Edgar re potential objection to motion for entry of Third Discovery Protocol. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205/ Litigation

Proforma 930331  
5/22/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13316694 | 4/1/2015 | 1474 | Supko, Mark M. | Partner | 3.10 | 2,650.50 | Correspondence with Mr. Ross re strategy for requesting entry of Third Discovery Protocol and information needed for same (0.2); continue analyzing proposed revisions to side agreement sent by Ms. Grisham, including request to shorten notice period (0.2); continue working on motion for entry of Third Discovery Protocol, including research re supporting pleadings from Bankruptcy case (2.5); correspondence with Ms. Hoover re same (0.1); consult with Mr. Regan re same (0.1). |
| 13323776 | 4/2/2015 | 1474 | Supko, Mark M. | Partner | 3.80 | 3,249.00 | Correspondence with Mr. Plevin and Ms. Hoover re hearing date and objection deadline (0.2); review/implement Ms. Hoover's proposed revisions to motion to enter Third Discovery Protocol (0.2); consult with Mr. Regan re motion (0.1); continue working on side agreement with Metaswitch re third-party discovery procedures and third discovery protocol (1.0); correspondence with Ms. Grisham re proposed revisions to side agreement (0.1); begin drafting Supko declaration in support of motion to enter Third Discovery Protocol, including research/review of current status of all pending third-party discovery requests to reference in declaration (2.0); correspondence with Messrs. Ross and Ray re draft motion to enter Third Discovery Protocol (0.1); correspondence with Messes. Rozenberg and McCown re draft motion to enter third discovery protocol (0.1). |
| 13324862 | 4/3/2015 | 1474 | Supko, Mark M. | Partner | 3.80 | 3,249.00 | Correspondence with Ms. Grisham re proposed agreement (0.1); continue working on motion for entry of Third Discovery Protocol, including revisions to motion, continue drafting supporting declaration, and drafting of proposed order (3.5); correspondence with Ms. Hoover re declaration and proposed order (0.1); correspondence with Ms. Hoover and Mr. Plevin re hearing date issues (0.1). |
| 13328773 | 4/6/2015 | 1474 | Supko, Mark M. | Partner | 2.80 | 2,394.00 | Correspondence with Messrs. Ross and Ray re NNI approval to file motion for entry of Third Discovery Protocol (0.1); continue working on motion for entry of Third Discovery Protocol, including revisions to motion, proposed order, supporting declaration and proposed discovery protocol (2.5); correspondence with Ms. Hoover re same (0.1); consult with Mr. Jackson re legal research for motion (0.1). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205/ Litigation

Proforma 930331  
5/22/2015

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13333409 | 4/7/2015 | 1474 | Supko, Mark M. | Partner | 1.20 | 1,026.00 | Consult with Messrs. Jackson and Capuzzi re service list for motion, including review of same (0.2); review proposed revisions to motion and Third Discovery Protocol provided by Messes. McCown and Rozenberg, and implement same (0.3); correspondence and telephone conference with Ms. McCown re additional proposed revisions and related issues, including review of proposed revisions (0.6); correspondence with Mr. Capuzzi re filing logistics issues (0.1). |
| 13337756 | 4/8/2015 | 1474 | Supko, Mark M. | Partner | 3.30 | 2,821.50 | Continue working on motion for entry of Third Discovery Protocol, including implementation of further revisions proposed by Cleary team (1.3); final review/revisions to motion, third discovery protocol, supporting declaration, and exhibits (1.5); consult with Mr. Capuzzi re filing and service issues (0.3); report to Messrs. Ross and Ray re filing of motion for entry of Third Discovery Protocol (0.1); correspondence with Ms. Grisham re same (0.1). |
| 13337744 | 4/9/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Ms. Grisham re discovery agreement. |
| 13339872 | 4/10/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Mr. Ross re Discovery Agreement (0.1); review notice letter from Baker Botts re Genband's intent to produce documents to Metaswitch, and advise Mr. Ross re same (0.2). |
| 13351198 | 4/14/2015 | 1474 | Supko, Mark M. | Partner | 2.90 | 2,479.50 | Correspondence with Ms. Grisham re proposed disclosure of confidential Nortel document by former employee (0.2); conversation with former Nortel employee re notice of motion for entry of discovery protocol (0.2); conversation with another former Nortel employee re address change in response to receipt of notice of motion for entry of discovery protocol (0.2); correspondence with Mr. Ross re former Nortel employee (0.1); review/revise draft response to Metaswitch's subpoena and document requests (1.5); draft letter to Metaswitch's counsel re objections to subpoena, including research re same (0.7). |

Client: 105185 / Nortel Networks, Inc.  Proforma 930331
Matter: 105185.0000205/ Litigation  5/22/2015

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13353614 | 4/15/2015 | 1474 | Supko, Mark M. | Partner | 1.40 | 1,197.00 | Correspondence with Ms. Grisham re confidentiality issues re discovery from former employee Nortel employee (0.2); correspondence with Ms. Grisham re confidential Nortel docs to be produced by Metaswitch, including download and review of same (0.4); consult with Mr. Jackson re response to Metaswitch subpoenas (0.1); continue working on letter to Metaswitch re objections to subpoenas (0.2); conversation and correspondence with Mr. Lankford of King & Spalding re receipt of notice of motion for entry of Third Discovery Protocol (0.2); correspondence with Mr. Capuzzi re inquiry from Mr. Lankford as to reason for service of notice on King & Spalding, including review of documents re same (0.3). |
| 13366861 | 4/15/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Review draft letter from M. Supko to A. Binder re response to Metaswitch subpoena and provide comments to M. Supko. |
| 13354895 | 4/16/2015 | 1474 | Supko, Mark M. | Partner | 1.10 | 940.50 | Finalize and send letter to Mr. Binder re Metaswitch subpoenas (0.2); correspondence with Ms. Grisham re status of discovery requests (0.1); consult with Mr. Jackson re generation of hit counts for Metaswitch searches (0.2); consult with Mr. Dahl re preparation of copy of EDR hard drive for Recommind to enable searching of same for Project Paragon (0.2); review contents of EDR hard drive to identify folders to include in search for Metaswitch (0.3); correspondence with Mr. Ross re Nortel-Metaswitch discovery agreement (0.1). |
| 13366915 | 4/16/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Review hit count reports from Recommind based on search terms provided by Metaswitch, begin preparation of hit count spreadsheet to be provided to Metaswitch. |
| 13360150 | 4/17/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Telephone conference with Mr. Ross re discovery status and strategy (0.5); consult with Messrs. Jackson and Dahl re processing of deposition transcripts for loading into review database (0.2). |
| 13367032 | 4/17/2015 | 4269 | Dahl, Mark A. | Lit Support | 0.70 | 210.00 | Complete organization and encryption of production data and provide same to Recommind hosting Solutions in Springfield, Ohio per Mr. Jackson. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205/ Litigation

Proforma 930331  
5/22/2015

| | | | | | | |
|---|---|---|---|---|---|---|
| 13366978 | 4/20/2015 | 4269 | Dahl, Mark A. | Lit Support | 0.20 | 60.00 | Review, organize, and analyze recently received transcripts (0.1); create password protection for and transfer transcripts onto media in preparation for providing same to Recommind per Mr. Jackson (0.1). |
| 13367111 | 4/20/2015 | 6316 | Harris, Shana | Paralegal | 0.40 | 102.00 | Coordinate delivery of production disk to Recommind. |
| 13392029 | 4/20/2015 | 6634 | Jackson, Sean | Counsel | 1.20 | 756.00 | Collect and coordinate transfer of deposition transcripts from Allocation Litigation to Recommind for loading into database to generate search term hit count reports in accordance with discovery protocols (0.4); begin preparation of spreadsheet reflecting hit counts for search terms provided by Metaswitch (0.8). |
| 13369623 | 4/21/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Ms. Grisham re discovery agreement (0.1); consult with Mr. Regan re current status of third-party discovery matters (0.2). |
| 13392080 | 4/21/2015 | 6634 | Jackson, Sean | Counsel | 1.10 | 693.00 | Correspondence with C. Sackey of Recommind re deposition transcripts from allocation litigation (0.2); continue preparation of spreadsheet reflecting hit counts for search terms provided by Metaswitch (0.9). |
| 13372490 | 4/22/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Correspondence with Ms. Grisham re discovery issues (0.1); telephone call with Mr. Liebold re inquiry concerning service of notice of motion for entry of Third Discovery Protocol (0.2); correspondence with Mr. Capuzzi re same (0.1). |
| 13376270 | 4/23/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Correspondence with Ms. Grisham re proposed disclosure of Nortel-related documents by Metaswitch, including review of sample document (0.2); correspondence with Mr. Lordgooie re discovery status (0.1); consult with Mr. Jackson re estimates for generating hit counts (0.1); correspondence with Ms. Grisham and Mr. Lordgooie re same (0.1); review information sent by Mr. Capuzzi re pending claim for Mr. Liebold, and correspond with Mr. Liebold re same (0.2). |
| 13392271 | 4/23/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Email correspondence with counsel for Metaswitch re cost estimates to provide hit count reports for search terms provided by Metaswitch. |
| 13381642 | 4/25/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Ms. Hoover re planning for hearing on motion for entry of Third Discovery Protocol. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client: 105185 / Nortel Networks, Inc. | | | | | | | Proforma 930331 |
| Matter: 105185.0000205/ Litigation | | | | | | | 5/22/2015 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13394171 | 4/28/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Capuzzi re agenda for hearing on motion for entry of Third Discovery Protoocol (0.1); consult with Messrs. Regan and Plevin re objections to motion and preparation for hearing (0.1). |
| 13399056 | 4/29/2015 | 1474 | Supko, Mark M. | Partner | 0.60 | 513.00 | Correspondence with Mr. Capuzzi re agenda for May 5th hearing, including review of draft notice re same (0.2); consult with Mr. Jackson re request for estimate by Metaswitch, including analysis of same (0.2); review ECF notices for numerous recent pleadings for potential applicability to pending issues (0.2). |
| 13403680 | 4/30/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Consult with Mr. Jackson re Metaswitch discovery requests, including Metaswitch's request for a cost estimate for search and production (0.2); continue preparing for hearing on motion for Third Discovery Protocol (0.5). |