# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2015 through April 30, 2015

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| Express Delivery | Federal Express Corporation | $108.96 |
| **TOTAL** | | **$108.96** |

Client: 105185 / Nortel Networks, Inc.

Proforma Expenses
5/22/2015

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|---|---|---|---|---|---|---|---|---|---|---|
| 7142263 | 4/8/2015 | 6383 | Stillwell, April | Paralegal | 6 | Express Delivery | 14.06 | Express Delivery FEDEX From: April Stillwell To: John Abramic, Esq, 115 S LA SALLE ST STE 3100, Steptoe & Johnson LLP, CHICAGO, IL 60603 US Tracking Number: 7804 69787663 Invoice Number: 299956175 | 930329 | 105185.0000202 |
| 7142264 | 4/8/2015 | 6383 | Stillwell, April | Paralegal | 6 | Express Delivery | 17.18 | Express Delivery FEDEX From: April Stillwell To: Jared Edgar, Esq , 555 CALIFORNIA ST, Kirkland & Ellis LLP, SAN F RANCISCO, CA 94104 US Tracking Number: 780469846 611 Invoice Number: 299956175 | 930330 | 105185.0000203 |
| 7150238 | 4/17/2015 | 4269 | Dahl, Mark A. | Lit Support | 6 | Express Delivery | 43.80 | Express Delivery FEDEX From: Mark Dahl To: Recommind Hosted Litigation, 601 BENJAMIN DR, Lexis Nexi, SPRINGFIE LD, OH 45502 US Tracking Number: 780519243393 In voice Number: 500697998 | 930331 | 105185.0000205 |
| 7150419 | 4/20/2015 | 6316 | Harris, Shana | Paralegal | 6 | Express Delivery | 33.92 | Express Delivery FEDEX From: Shana Harris To: Chotsani Sackey, 55 0 KEARNY ST STE 700, Recommind Data Receiving, SAN FRANCISCO, CA 94108 US Tracking Number: 78052 9915967 Invoice Number: 501436702 | 930331 | 105185.0000205 |