Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2015

| Date | Atty | Services | Hours |
|---|---|---|---|
| 03/09/15 | MDR | Discuss document production with K. Capuzzi; prepare same and arrange to have vendor convert docs to pdf and blow-back to Benesch | 0.60 |
| 03/10/15 | MDR | Upload proposed document production and begin redacting all social security numbers from same | 2.20 |
| 03/11/15 | MDR | Continue redacting all social security numbers from proposed document production; bate-stamp production (3.70); prepare document production for service on counsel; update document production log (0.90) | 4.60 |
| 03/16/15 | MDR | Review recent notifications of filing and circulate the filings to team; update hearing binder | 0.40 |
| 03/24/15 | MDR | Conference with J. Hoover and K. Capuzzi regarding service of various documents on non-ECF registered parties | 0.30 |
| 04/06/15 | MDR | Draft Notice of Hearing; input K. Capuzzi's revisions to the Notice of Hearing (1.00); review docket for objections to BFCA's 36th Interim Fee Application; draft Certificate of No Objection for same (0.20) | 1.20 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARALEGAL** | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 9.30 | $2,325.00 |
| | | | 9.30 | $2,325.00 |
| | | TOTAL: | 9.30 | $2,325.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2015

| Date | Atty | Services | Hours |
|---|---|---|---|
| 03/11/15 | LMB | Prepare BFCA monthly fee application for February 2015 | 0.70 |
| 03/12/15 | LMB | File and serve BFCA monthly fee application for February 2015 | 0.50 |
| 03/19/15 | LMB | Review Fee Examiner comment to BFCA Fee Application and advise J. Hoover regarding same | 0.20 |
| 03/20/15 | JRH | Gather information and respond to response received from fee examiner | 0.30 |
| 03/30/15 | LMB | Review docket regarding objections to BFCA monthly fee application for January 2015 | 0.10 |
| 03/30/15 | LMB | Prepare and file CNO regarding BFCA January monthly fee application | 0.10 |
| 04/10/15 | LMB | Review docket regarding objections to February monthly fee application(.10); prepare CNO regarding February monthly fee application (.10); file CNO regarding February monthly fee application (.10) | 0.30 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 0.30 | $129.00 |
| | | | 0.30 | $129.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 1.90 | $332.50 |
| | | | 1.90 | $332.50 |
| | | TOTAL: | 2.20 | $461.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2015

| Date | Atty | Services | Hours |
|---|---|---|---|
| 03/02/15 | JRH | Review second amended agenda and coordinate with T. Minnot regarding filing | 0.20 |
| 03/02/15 | KMC | Review amended agenda regarding March 3, 2015 hearing | 0.10 |
| 03/03/15 | KMC | Review asbestos subpoena | 0.50 |
| 03/04/15 | KMC | Review and analyze documents potentially responsive to asbestos subpoena | 2.80 |
| 03/05/15 | JRH | Emails with opposing counsel regarding production regarding subpoena | 0.20 |
| 03/09/15 | KMC | Attend to redactions of documents responsive to asbestos subpoena and attend to production of same | 3.20 |
| 03/10/15 | KMC | Attend to redactions of documents responsive to asbestos subpoena and attend to production of same | 0.50 |
| 03/11/15 | JRH | Emails with L. Miztzah and K. Capuzzi regarding Nortel production | 0.20 |
| 03/11/15 | KMC | Draft letter regarding production of documents; multiple communications with L. Mistzal regarding same; and review final production prior to service | 1.30 |
| 03/12/15 | JRH | Email with D. Parker regarding discovery | 0.10 |
| 03/12/15 | KMC | Attend to confirmation of delivery of supplemental production and authentication issues | 0.20 |
| 03/13/15 | JRH | Emails with D. Parker regarding records affidavit | 0.20 |
| 03/20/15 | JRH | Emails with M. Supko regarding inquiry from Clearly and follow up related to motion to enforce automatic stay | 0.30 |
| 03/21/15 | JRH | Gather information for M. Supko, Esquire and emails to/from M. Supko regarding motions | 0.50 |
| 03/24/15 | JRH | Emails to/from M. Supko regarding discovery protocol, and telephone call regarding same, review docket, and attention to discovery protocol and coordinate with M. Rust and K. Capuzzi | 1.00 |
| 03/24/15 | KMC | Attend to service issues regarding discovery protocol | 0.50 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/01/15 | JRH | Emails to/from M. Supko regarding their discovery protocol; emails with K. Capuzzi | 0.30 |
| 04/02/15 | JRH | Review draft motion to establish third discovery protocol and discovery protocol; email with S. Bomhof regarding inquiry regarding status | 1.00 |
| 04/02/15 | KMC | Review and comment on motion for third discovery protocol; review and comment on discovery protocol; review omnibus hearing date order; attend to service issues | 1.50 |
| 04/03/15 | JRH | Emails to/from M. Supko regarding filing of motion and status, emails to/from S. Bomhof | 0.30 |
| 04/03/15 | KMC | Attend to notice and hearing issues; review and comment on Supko declaration | 0.70 |
| 04/06/15 | JRH | Emails with M. Supko, Esq. regarding filing and service of third party protocol motion | 0.40 |
| 04/06/15 | KMC | Attend to service issues and confer with co-counsel regarding same; review proposed order for discovery motion | 1.00 |
| 04/07/15 | JRH | Emails to/from M. Supko and K. Capuzzi regarding filing of third discovery protocol; review draft documents and follow up related thereto; coordinate service parties | 1.00 |
| 04/07/15 | KMC | Review and revise notice of motion; review service details and prepare instructions to noticing agent; multiple communications with co-counsel regarding drafts; review final drafts | 2.60 |
| 04/07/15 | MDR | Input K. Capuzzi's revisions to the Motion (0.20); prepare motion and all ancillary papers for e-filing; (1.60) | 1.80 |
| 04/08/15 | JRH | Coordinate regarding filing of motion to establish third discovery protocol, review final draft and coordinate filing and service | 0.50 |
| 04/08/15 | KMC | Review final motion for third discovery protocol before filing; attend to filing and multiple communications with co-counsel regarding same; attend to service and multiple communications with Epiq regarding same | 1.50 |
| 04/08/15 | MDR | Update, convert and file the Certificate of No Objection to BFCA'a Thirty-Sixth Monthly Fee Application (0.10); update the Debtors Motion for Entry of Third Party Discovery Protocol Implementing the Courts Previous Orders Extending Automatic Stay and Regu lating Third-Party Discovery and related | 1.60 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| | | documents (0.10); revise the exhibits to reflect revisions to the Motion, revise the Notice of Motion, prepare all documents for filing and file same (1.20); organize and circulate the as-filed copies of the filings (0.20) | |
| 04/09/15 | MDR | Prepare April 28, 2015 Hearing Binder | 0.60 |
| 04/10/15 | KMC | Review affidavits of service regarding third discovery protocol and confer with co-counsel regarding filing of same | 0.30 |
| 04/13/15 | KMC | Attend to filing of affidavit of service of motion for third discovery protocol | 0.20 |
| 04/13/15 | MDR | E-file the two versions of the Affidavits of Service of the Third Discovery Protocol Motion, one under seal, the other public | 0.40 |
| 04/14/15 | KMC | Review communication from claimant regarding notice of motion for third discovery protocol | 0.10 |
| 04/14/15 | MDR | Update Litigation calendar | 0.10 |
| 04/15/15 | JRH | Review emails with M. Supko and K. Capuzzi regarding inquiry regarding service of motion on discovery protocol | 0.20 |
| 04/15/15 | KMC | Review claims register and schedules regarding King & Spalding claim and confer with co-counsel regarding same; contact claimant regarding motion for third discovery protocol | 0.80 |
| 04/16/15 | KMC | Confer with claimant regarding motion for third discovery protocol | 0.20 |
| 04/17/15 | JRH | Emails with Mark Plevin, Esquire regarding cost sharing motion | 0.20 |
| 04/22/15 | KMC | Review schedules regarding R. Leibold claim and confer with co-counsel regarding same | 0.50 |
| 04/27/15 | JRH | Review emails regarding status of third discovery protocol motion and Cisco response | 0.10 |
| 04/27/15 | KMC | Review service list to third discovery protocol motion regarding Apani Networks | 0.30 |
| 04/27/15 | KMC | Review and comment on discovery cost-sharing motion | 1.20 |
| 04/28/15 | KMC | Review Ciscos informal comments to third discovery protocol motion; review docket regarding objections and confer with co-counsel regarding same | 0.40 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/28/15 | KMC | Review and comment on discovery cost-sharing proposed order | 0.40 |
| 04/29/15 | JRH | Emails regarding agenda and third discovery protocol | 0.20 |
| 04/29/15 | KMC | Review agenda for 5.5.2015 hearing and confer with co-counsel regarding same | 0.30 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 6.90 | $2,967.00 |
| | | | 6.90 | $2,967.00 |
| **ASSOCIATE** | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 21.10 | $6,541.00 |
| | | | 21.10 | $6,541.00 |
| **PARALEGAL** | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 4.50 | $1,125.00 |
| | | | 4.50 | $1,125.00 |
| | | TOTAL: | 32.50 | $10,633.00 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---|
| 03/02/15 | JRH | Document Reproduction 2 copies | 0.20 |
| 03/03/15 | JRH | Document Reproduction 1 copies | 0.10 |
| 03/12/15 | LMB | Document Reproduction 50 copies | 5.00 |
| 03/12/15 | LMB | Document Reproduction 75 copies | 7.50 |
| | | TOTAL: | $12.80 |

Federal Express

| Date | User | Description | Amount |
|---|---|---|---|
| 03/11/15 | KMC | FedEx 03/11/15 Kevin M. Capuzzi to Lauren Weema | 14.20 |
| 03/12/15 | LMB | FedEx 03/12/15 Lisa Behra to Thomas P. Tinker E | 13.32 |
| 03/12/15 | LMB | FedEx 03/12/15 Lisa Behra to Mark D. Collins Es | 13.32 |
| 03/12/15 | LMB | FedEx 03/12/15 Lisa Behra to Fred S. Hodara Esq | 13.32 |
| 03/23/15 | JRH | FedEx 03/23/15 Jennifer Hoover Esq. to DEBORAH | 14.00 |
| | | TOTAL: | $68.16 |

Court Case Mgmt charges-Pacer

| Date | User | Description | Amount |
|---|---|---|---|
| 02/13/15 | XXX | Court Case Mgmt charges-Pacer PACER FEBRUARY 2015 26 PAGES | 2.10 |
| 02/18/15 | XXX | Court Case Mgmt charges-Pacer PACER FEBRUARY 2015 38 PAGES | 3.00 |
| 02/18/15 | XXX | Court Case Mgmt charges-Pacer PACER FEBRUARY 2015 38 PAGES | 3.00 |
| 02/18/15 | XXX | Court Case Mgmt charges-Pacer PACER FEBRUARY 2015 38 PAGES | 3.00 |
| 03/30/15 | XXX | Court Case Mgmt charges-Pacer PACER MARCH 2015 38 PAGES | 3.00 |
| | | TOTAL: | $14.10 |

Outside Professional Services

| Date | User | Description | Amount |
|---|---|---|---|
| 03/26/15 | NDG | Outside Professional Services - Vendor: DLS Discovery, LLC inv 89295 | 350.28 |
| 04/10/15 | NDG | Outside Professional Services - Vendor: DLS Discovery, LLC inv 89492 | 230.45 |
| | | TOTAL: | $580.73 |