**Exhibit B**

**EXPENSE SUMMARY**[1]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

April 1, 2015 through April 30, 2015

| **Expense Category** | | **Total Expenses** |
|---|---|---|
| Telephone | | $65.10 |
| Travel – Transportation | | 970.90 |
| Travel – Lodging | | 1,296.00 |
| Travel – Meals | | 97.01 |
| Mailing & Shipping Charges | | 0.48 |
| Scanning Charges | | 1.30 |
| Duplicating Charges (at $0.10/page) | | 546.40 |
| Color Duplicating Charges (at $0.65/page) | | 29.25 |
| Legal Research | Lexis | 2,547.61 |
| | Westlaw | 3,313.86 |
| Late Work – Meals | | 462.99 |
| Late Work – Transportation | | 1,987.45 |
| Conference Meals | | 268.37 |
| Other Charges | | 1,222.93 |
| Expert Expenses | | 17,109.00 |
| **Grand Total Expenses** | | **$29,918.65** |

---

[1] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| | | |
|---|---|---|
| **EXPENSE SUMMARY** | | **In re Nortel Networks Inc., et al.** |
| **April 1, 2015 through April 30, 2015** | | **(Case No. 09-10138 (KG))** |

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| **Telephone** | | |
| 12/15/2014 | 2.36 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 12/16/2014 | 5.62 | Conference Call Charges Conf. ID :    Name: Leah Laporte |
| 12/16/2014 | 0.91 | Conference Call Charges Conf. ID :    Name: Louis Lipner |
| 12/17/2014 | 2.75 | Conference Call Charges Conf. ID :    Name: Eugene Karlik |
| 12/23/2014 | 1.58 | Conference Call Charges Conf. ID :    Name: Shira Kaufman |
| 1/6/2015 | 1.98 | Conference Call Charges Conf. ID :    Name: Inna Rozenberg |
| 1/7/2015 | 2.80 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 1/9/2015 | 3.00 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 1/14/2015 | 2.14 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 1/21/2015 | 4.72 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 1/23/2015 | 2.72 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 1/23/2015 | 8.00 | TEL & TEL N366000120522150742 Bromley |
| 1/27/2015 | 3.26 | Conference Call Charges Conf. ID :    Name: Philip Cantwell |
| 1/29/2015 | 6.90 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 2/2/2015 | 2.61 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 2/3/2015 | 2.00 | Conference Call Charges Conf. ID :    Name: Ronald Coleman |
| 2/4/2015 | 4.07 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 2/11/2015 | 4.88 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 2/12/2015 | 2.80 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| **TOTAL:** | **65.10** | |
| **Travel - Transportation**[1] | | |
| 3/18/2015 | 45.00 | TRAVEL - TRANSPORTATION - Parthum Trip to Delaware (booking fee) |
| 3/18/2015 | 268.00 | TRAVEL - TRANSPORTATION - Parthum Trip to Delaware (roundtrip train ticket) |
| 3/18/2015 | 45.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (booking fee) |
| 3/18/2015 | 268.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (roundtrip train ticket) |
| 3/25/2015 | 268.00 | TRAVEL - TRANSPORTATION - Ferguson Trip to Delaware (roundtrip train ticket) |
| 3/25/2015 | 10.00 | TRAVEL - TRANSPORTATION - Parthum Trip to Delaware (ride within Delaware) |
| 3/25/2015 | 24.35 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (ride to train station) |
| 3/25/2015 | 10.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (ride within Delaware) |
| 3/25/2015 | 10.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride within Delaware) |
| 3/26/2015 | 22.55 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (ride from train station) |
| **TOTAL:** | **970.90** | |

**EXPENSE SUMMARY**                                                              In re Nortel Networks Inc., et al.
**April 1, 2015 through April 30, 2015**                                          (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| | | |
| **Travel - Lodging** | | |
| | | |
| 3/25/2015 | 324.00 | TRAVEL - LODGING - Parthum Trip to Delaware (1 night) |
| 3/25/2015 | 324.00 | TRAVEL - LODGING - Rosenthal Trip to Delaware (1 night) |
| 3/25/2015 | 324.00 | TRAVEL - LODGING - VanLare Trip to Delaware (1 night) |
| 3/27/2015 | 324.00 | TRAVEL - LODGING - Schweitzer Trip to Delaware (1 night) |
| **TOTAL:** | **1,296.00** | |
| | | |
| **Travel - Meals** | | |
| | | |
| 3/25/2015 | 17.24 | TRAVEL - MEALS - Rosenthal Trip to Delaware |
| 3/25/2015 | 4.00 | TRAVEL - MEALS - VanLare Trip to Delaware |
| 3/25/2015 | 12.32 | TRAVEL - MEALS - VanLare Trip to Delaware |
| 3/26/2015 | 28.80 | TRAVEL - MEALS - Parthum Trip to Delaware |
| 3/26/2015 | 8.25 | TRAVEL - MEALS - Rosenthal Trip to Delaware |
| 3/26/2015 | 26.40 | TRAVEL - MEALS - VanLare Trip to Delaware |
| **TOTAL:** | **97.01** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 4/7/2015 | 0.48 | N.Y. POSTAGE |
| **TOTAL:** | **0.48** | |
| | | |
| **Scanning Charges (@ $0.10/page)** | | |
| | | |
| 3/25/2015 | 1.20 | NY SCAN TO PDF |
| 3/26/2015 | 0.10 | NY SCAN TO PDF |
| **TOTAL:** | **1.30** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 3/31/2015 | 2.00 | NY DUPLICATING |
| 3/31/2015 | 2.40 | NY DUPLICATING XEROX |
| 3/31/2015 | 4.80 | NY DUPLICATING XEROX |
| 3/31/2015 | 7.80 | NY DUPLICATING XEROX |
| 3/31/2015 | 8.40 | NY DUPLICATING XEROX |
| 3/31/2015 | 9.00 | NY DUPLICATING XEROX |
| 3/31/2015 | 9.00 | NY DUPLICATING XEROX |
| 3/31/2015 | 17.40 | NY DUPLICATING XEROX |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
| --- | --- | --- |
| April 1, 2015 through April 30, 2015 | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
| --- | --- | --- |
| 3/31/2015 | 18.00 | NY DUPLICATING XEROX |
| 3/31/2015 | 18.60 | NY DUPLICATING XEROX |
| 3/31/2015 | 19.80 | NY DUPLICATING XEROX |
| 3/31/2015 | 28.20 | NY DUPLICATING XEROX |
| 3/31/2015 | 103.20 | NY DUPLICATING XEROX |
| 4/1/2015 | 0.10 | NY DUPLICATING XEROX |
| 4/1/2015 | 0.20 | NY DUPLICATING XEROX |
| 4/1/2015 | 0.20 | NY DUPLICATING XEROX |
| 4/1/2015 | 0.40 | NY DUPLICATING XEROX |
| 4/1/2015 | 0.90 | NY DUPLICATING XEROX |
| 4/1/2015 | 1.50 | NY DUPLICATING XEROX |
| 4/1/2015 | 2.20 | NY DUPLICATING XEROX |
| 4/1/2015 | 6.30 | NY DUPLICATING XEROX |
| 4/1/2015 | 18.60 | NY DUPLICATING XEROX |
| 4/1/2015 | 18.60 | NY DUPLICATING XEROX |
| 4/2/2015 | 147.50 | NY DUPLICATING |
| 4/2/2015 | 5.80 | NY DUPLICATING XEROX |
| 4/2/2015 | 6.00 | NY DUPLICATING XEROX |
| 4/2/2015 | 9.80 | NY DUPLICATING XEROX |
| 4/3/2015 | 0.10 | NY DUPLICATING |
| 4/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 4/7/2015 | 15.10 | NY DUPLICATING XEROX |
| 4/8/2015 | 9.00 | NY DUPLICATING |
| 4/10/2015 | 3.30 | NY DUPLICATING XEROX |
| 4/13/2015 | 0.50 | NY DUPLICATING |
| 4/13/2015 | 3.90 | NY DUPLICATING XEROX |
| 4/14/2015 | 7.40 | NY DUPLICATING |
| 4/14/2015 | 4.30 | NY DUPLICATING XEROX |
| 4/15/2015 | 13.10 | NY DUPLICATING XEROX |
| 4/17/2015 | 1.40 | NY DUPLICATING |
| 4/17/2015 | 0.10 | NY DUPLICATING XEROX |
| 4/17/2015 | 0.10 | NY DUPLICATING XEROX |
| 4/17/2015 | 0.30 | NY DUPLICATING XEROX |
| 4/17/2015 | 0.70 | NY DUPLICATING XEROX |
| 4/20/2015 | 0.10 | NY DUPLICATING |
| 4/24/2015 | 1.20 | NY DUPLICATING XEROX |
| 4/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 4/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 4/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 4/28/2015 | 0.30 | NY DUPLICATING XEROX |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
|---|---|---|
| April 1, 2015 through April 30, 2015 | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 4/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 4/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 4/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 4/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 4/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 4/28/2015 | 10.00 | NY DUPLICATING XEROX |
| 4/29/2015 | 2.80 | NY DUPLICATING XEROX |
| 4/30/2015 | 3.10 | NY DUPLICATING XEROX |
| **TOTAL:** | **546.40** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 4/2/2015 | 21.45 | NY COLOR DUPLICATING |
| 4/24/2015 | 0.65 | LONDON COLOR LASERTRAK PRINTING |
| 4/24/2015 | 1.30 | LONDON COLOR LASERTRAK PRINTING |
| 4/24/2015 | 1.95 | LONDON COLOR LASERTRAK PRINTING |
| 4/24/2015 | 1.95 | LONDON COLOR LASERTRAK PRINTING |
| 4/24/2015 | 1.95 | LONDON COLOR LASERTRAK PRINTING |
| **TOTAL:** | **29.25** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 3/1/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/1/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/1/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/2/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/2/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/2/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/3/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/3/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/3/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/4/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/4/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/4/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/5/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/5/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/5/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/6/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/6/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/6/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
| --- | --- | --- | --- |
| April 1, 2015 through April 30, 2015 | | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
| --- | --- | --- |
| 3/7/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/7/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/7/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/8/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/8/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/8/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/9/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/9/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/9/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/10/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/10/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/10/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/11/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/11/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/11/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/12/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/12/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/12/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/13/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/13/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/13/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/14/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/14/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/14/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/15/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/15/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/15/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/16/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/16/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/16/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/17/2015 | 54.44 | COMPUTER RESEARCH - LEXIS |
| 3/17/2015 | 114.32 | COMPUTER RESEARCH - LEXIS |
| 3/17/2015 | 181.82 | COMPUTER RESEARCH - LEXIS |
| 3/17/2015 | 242.79 | COMPUTER RESEARCH - LEXIS |
| 3/17/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/17/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/17/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/18/2015 | 32.66 | COMPUTER RESEARCH - LEXIS |
| 3/18/2015 | 108.88 | COMPUTER RESEARCH - LEXIS |
| 3/18/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
|---|---|---|---|
| April 1, 2015 through April 30, 2015 | | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 3/18/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/18/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/19/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/19/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/19/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/20/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/20/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/20/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/21/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/21/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/21/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/22/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/22/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/22/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/23/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/23/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/23/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/24/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/24/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/24/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/25/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/25/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/25/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/26/2015 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 3/26/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/26/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/26/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/27/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/27/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/27/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/28/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/28/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/28/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/29/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/29/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/29/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/30/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/30/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/30/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/31/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**                                In re Nortel Networks Inc., et al.
**April 1, 2015 through April 30, 2015**           (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 3/31/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 3/31/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/3/2015 | 54.44 | COMPUTER RESEARCH - LEXIS |
| 4/3/2015 | 242.79 | COMPUTER RESEARCH - LEXIS |
| 4/7/2015 | 163.31 | COMPUTER RESEARCH - LEXIS |
| 4/7/2015 | 1,257.51 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **2,547.61** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 3/9/2015 | 61.62 | COMPUTER RESEARCH - WESTLAW |
| 3/10/2015 | 15.57 | COMPUTER RESEARCH - WESTLAW |
| 3/10/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 3/11/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 3/11/2015 | 301.80 | COMPUTER RESEARCH - WESTLAW |
| 3/12/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 3/12/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 3/12/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 3/16/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 3/17/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 3/17/2015 | 155.65 | COMPUTER RESEARCH - WESTLAW |
| 3/18/2015 | 13.10 | COMPUTER RESEARCH - WESTLAW |
| 3/22/2015 | 8.27 | COMPUTER RESEARCH - WESTLAW |
| 3/24/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 3/25/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 3/25/2015 | 258.69 | COMPUTER RESEARCH - WESTLAW |
| 3/26/2015 | 301.37 | COMPUTER RESEARCH - WESTLAW |
| 3/27/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 3/30/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 4/2/2015 | 15.09 | COMPUTER RESEARCH - WESTLAW |
| 4/2/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 4/3/2015 | 124.99 | COMPUTER RESEARCH - WESTLAW |
| 4/3/2015 | 969.42 | COMPUTER RESEARCH - WESTLAW |
| 4/4/2015 | 96.68 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **3,313.86** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 3/23/2015 | 26.30 | Late Work Meals - Cantwell |
| 3/23/2015 | 17.11 | Late Work Meals - Ferguson |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**April 1, 2015 through April 30, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 3/23/2015 | 8.19 | Late Work Meals - Parthum |
| 3/23/2015 | 35.66 | Late Work Meals - Rosenthal |
| 3/23/2015 | 45.20 | Late Work Meals - VanLare |
| 3/24/2015 | 25.03 | Late Work Meals - Cantwell |
| 3/24/2015 | 10.67 | Late Work Meals - Ferguson |
| 3/24/2015 | 18.45 | Late Work Meals - Parthum |
| 3/24/2015 | 39.02 | Late Work Meals - VanLare |
| 3/25/2015 | 26.70 | Late Work Meals - Cantwell |
| 3/26/2015 | 19.81 | Late Work Meals - Cantwell |
| 3/29/2015 | 24.38 | Late Work Meals - Cantwell |
| 4/1/2015 | 27.12 | Late Work Meals - Cantwell |
| 4/2/2015 | 36.11 | Late Work Meals - Cantwell |
| 4/7/2015 | 23.55 | Late Work Meals - Gurgel |
| 4/9/2015 | 12.35 | Late Work Meals - Graham |
| 4/9/2015 | 9.14 | Late Work Meals - Schweitzer |
| 4/12/2015 | 30.99 | Late Work Meals - Cantwell |
| 4/12/2015 | 27.21 | Late Work Meals - Gianis |
| **TOTAL:** | **462.99** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 3/9/2015 | 33.30 | Late Work Transportation - Gianis |
| 3/9/2015 | 13.80 | Late Work Transportation - Parthum |
| 3/10/2015 | 36.75 | Late Work Transportation - Cantwell |
| 3/11/2015 | 40.48 | Late Work Transportation - McKay |
| 3/11/2015 | 21.96 | Late Work Transportation - Stein |
| 3/16/2015 | 28.62 | Late Work Transportation - Gianis |
| 3/16/2015 | 12.80 | Late Work Transportation - Parthum |
| 3/16/2015 | 112.64 | Late Work Transportation - VanLare |
| 3/17/2015 | 14.15 | Late Work Transportation - Parthum |
| 3/17/2015 | 94.33 | Late Work Transportation - Schweitzer |
| 3/18/2015 | 32.86 | Late Work Transportation - Cantwell |
| 3/18/2015 | 13.55 | Late Work Transportation - Parthum |
| 3/18/2015 | 92.02 | Late Work Transportation - Schweitzer |
| 3/18/2015 | 123.55 | Late Work Transportation - VanLare |
| 3/19/2015 | 92.02 | Late Work Transportation - Schweitzer |
| 3/19/2015 | 107.95 | Late Work Transportation - VanLare |
| 3/20/2015 | 20.83 | Late Work Transportation - Cantwell |
| 3/20/2015 | 52.68 | Late Work Transportation - Rosenthal |
| 3/20/2015 | 95.61 | Late Work Transportation - Schweitzer |

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
|---|---|---|---|
| **April 1, 2015 through April 30, 2015** | | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 3/23/2015 | 26.92 | Late Work Transportation - Cantwell |
| 3/23/2015 | 14.16 | Late Work Transportation - Parthum |
| 3/23/2015 | 52.68 | Late Work Transportation - Rosenthal |
| 3/23/2015 | 105.92 | Late Work Transportation - VanLare |
| 3/24/2015 | 32.86 | Late Work Transportation - Cantwell |
| 3/24/2015 | 56.58 | Late Work Transportation - Ferguson |
| 3/24/2015 | 25.45 | Late Work Transportation - Parthum |
| 3/24/2015 | 99.68 | Late Work Transportation - VanLare |
| 3/25/2015 | 36.42 | Late Work Transportation - Parthum |
| 3/25/2015 | 33.75 | Late Work Transportation - Parthum (package delivery) |
| 3/25/2015 | 120.85 | Late Work Transportation - VanLare |
| 3/26/2015 | 24.97 | Late Work Transportation - Cantwell |
| 3/26/2015 | 25.72 | Late Work Transportation - Cantwell (ride after midnight on 3/25/15) |
| 3/26/2015 | 17.25 | Late Work Transportation - Parthum |
| 3/26/2015 | 149.39 | Late Work Transportation - Schweitzer |
| 3/29/2015 | 24.54 | Late Work Transportation - Cantwell |
| 4/2/2015 | 32.86 | Late Work Transportation - Cantwell |
| 4/6/2015 | 13.82 | Late Work Transportation - McCown |
| 4/8/2015 | 9.45 | Late Work Transportation - Goodman |
| 4/9/2015 | 9.49 | Late Work Transportation - Goodman |
| 4/12/2015 | 14.76 | Late Work Transportation - Gianis |
| 4/13/2015 | 20.03 | Late Work Transportation - McCown |
| **TOTAL:** | **1,987.45** | |
| | | |
| **Conference Meals** | | |
| | | |
| 3/20/2015 | 17.42 | Conference Meals (4 attendees) |
| 3/23/2015 | 17.42 | Conference Meals (2 attendees) |
| 3/23/2015 | 30.48 | Conference Meals (2 attendees) |
| 3/23/2015 | 57.70 | Conference Meals (2 attendees) |
| 3/24/2015 | 26.13 | Conference Meals (3 attendees) |
| 3/24/2015 | 32.66 | Conference Meals (3 attendees) |
| 3/24/2015 | 86.56 | Conference Meals (3 attendees) |
| **TOTAL:** | **268.37** | |
| | | |
| **Other** | | |
| | | |
| 4/1/2015 | 1,151.89 | Outside Duplicating |
| 4/22/2015 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 4/29/2015 | 37.81 | Computer Research - Vendor: CourtAlert.Com, Inc. |

**EXPENSE SUMMARY**  **In re Nortel Networks Inc., et al.**
**April 1, 2015 through April 30, 2015**  **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| 4/29/2015 | 21.25 | Money Order for Apostilles |
| **TOTAL:** | **1,222.93** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 5/13/2015 | 17,109.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **17,109.00** | |
| | | |
| **GRAND TOTAL:** | **29,918.65** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |