**CERTIFICATE OF SERVICE**

   I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on May 28, 2015, in the manner indicated upon the entities identified below.

Date: May 28, 2015                 */s/ Tamara K. Minott*
Wilmington, Delaware              Tamara K. Minott (No. 5643)

**Via Hand Delivery**

Donald J. Detweiler
John H. Schanne II
Pepper Hamilton LLP
1313 N. Market St.
Wilmington, DE 19801
(Counsel for Sterling Mets, L.P. and
Queens Ballpark Company, L.L.C.)

**Via First Class Mail**

Timothy W. Walsh
Andrew B. Kratenstein
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(Counsel for Sterling Mets, L.P. and
Queens Ballpark Company, L.L.C.)