# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Akin Gump Fee Applications/Monthly Billing Reports | 5.00 | $3,135.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 4.60 | $2,941.50 |
| Creditors' Committee Meetings | 18.80 | $16,307.50 |
| Court Hearings | 12.30 | $10,210.50 |
| Financial Reports and Analysis | 0.60 | $750.00 |
| General Claims Analysis/Claims Objections | 88.90 | $87,039.50 |
| Canadian Proceedings/Matters | 1.10 | $1,086.00 |
| Non-Working Travel (Billed at 50%) | 3.85 | $4,215.75 |
| Intercompany Analysis | 8.30 | $9,063.00 |
| **TOTAL** | **143.45** | **$134,749.25** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1599715 |
| Invoice Date | 05/18/15 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 5.00 | $3,135.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.60 | $2,941.50 |
| 0007 | Creditors Committee Meetings | 18.80 | $16,307.50 |
| 0008 | Court Hearings | 12.30 | $10,210.50 |
| 0009 | Financial Reports and Analysis | 0.60 | $750.00 |
| 0012 | General Claims Analysis/Claims Objections | 88.90 | $87,039.50 |
| 0014 | Canadian Proceedings/Matters | 1.10 | $1,086.00 |
| 0025 | Travel | 3.85 | $4,215.75 |
| 0029 | Intercompany Analysis | 8.30 | $9,063.00 |
| | TOTAL | 143.45 | $134,749.25 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 04/05/15 | MCF | 0003 | Emails with F. Hodara re fee examiner inquiry (.1); review inquiry (.1). | 0.20 |
| 04/06/15 | MCF | 0003 | Begin to edit March prebill for confidentiality and privilege (.5); review info re fee examiner inquiry (.2) and email with F. Hodara re same (.1). | 0.80 |
| 04/07/15 | MCF | 0003 | Edit February (.5) and March (.8) prebills for confidentiality and privilege. | 1.30 |
| 04/09/15 | FSH | 0003 | Analyze fee examiner comments and Akin draft response (.2). Confer w/ M. Fagen re same (.1). | 0.30 |
| 04/09/15 | MCF | 0003 | Emails with B. Kahn re draft response to fee examiner (.1); confer with F. Hodara re same (.1). | 0.20 |
| 04/10/15 | MCF | 0003 | Edit February prebill. | 0.30 |
| 04/15/15 | BMK | 0003 | Review February invoice | 0.50 |
| 04/28/15 | MCF | 0003 | Review and edit March prebill for confidentiality and privilege. | 1.40 |
| 04/19/15 | FSH | 0004 | Review fee apps of various parties. | 0.20 |
| 04/27/15 | FSH | 0004 | Review fee app of various parties. | 0.30 |
| 04/27/15 | MCF | 0004 | Emails re fee examiner's final reports. | 0.20 |
| 04/30/15 | MCF | 0004 | Begin drafting February fee application (1.2) and review of February schedules (.9); review and edit March prebill for confidentiality and privilege (1.8). | 3.90 |
| 04/01/15 | FSH | 0007 | Confer w/ M. Fagen re weekly agenda (.1). Review and comment on same (.1). Review materials for call (.2). | 0.40 |
| 04/01/15 | MCF | 0007 | Draft agenda for Committee call (.2); confer with F. Hodara re same (.1); revise same (.1) and email same (.1) and minutes (.1) to Committee. Prepare for Committee call (.2). | 0.80 |
| 04/02/15 | FSH | 0007 | Prep for Committee meeting (.3). Attend same (.6). Confer w/ B. Kahn re next steps (.1) and emails re same (.2). | 1.20 |
| 04/02/15 | RAJ | 0007 | Call with Committee re recent developments. | 0.60 |
| 04/02/15 | AQ | 0007 | Committee call (.6). Prepare litigation update for committee call (.2). | 0.80 |
| 04/02/15 | DHB | 0007 | Attend Committee meeting. | 0.60 |
| 04/02/15 | BMK | 0007 | Participate in committee call (portion) (0.3); confer with F. Hodara re same (.1). | 0.40 |
| 04/02/15 | MCF | 0007 | Prepare for (.3) and participate in (.6) Committee call. | 0.90 |
| 04/02/15 | AME | 0007 | Attend Committee Call (.6) and prepare for same (.1). | 0.70 |
| 04/07/15 | FSH | 0007 | Review information for Committee call (.1). Confer w/ M. Fagen re same (.1). Communications w/ Capstone re same (.1). | 0.30 |
| 04/07/15 | MCF | 0007 | Confer with F. Hodara re Thursday Committee call. | 0.10 |
| 04/08/15 | FSH | 0007 | Finalize plans for upcoming Committee meetings (.1) and confer w/ M. Fagen re same (.1). | 0.20 |
| 04/08/15 | MCF | 0007 | Draft email canceling Committee call (.1) and confer with F. Hodara re same (.1). | 0.20 |
| 04/14/15 | FSH | 0007 | Communications re upcoming Committee meeting w/ Capstone and Akin team. | 0.20 |
| 04/14/15 | JYY | 0007 | Emails with team regarding Committee Call. | 0.20 |
| 04/15/15 | MCF | 0007 | Emails re Committee call (.1); email Committee re same (.1) and further emails (.1). | 0.30 |
| 04/21/15 | FSH | 0007 | Analyze issues for Committee call (.1) and communications w/ M. Fagen, D. Botter, A. Qureshi, RAJ and Capstone re agenda (.2). | 0.30 |
| 04/21/15 | RAJ | 0007 | Emails with Committee professionals re meeting. | 0.30 |
| 04/21/15 | DHB | 0007 | Review Commmittee call agenda (.1); extensive emails re same and status of open items (.3); review revised agenda (.1). | 0.50 |
| 04/21/15 | BMK | 0007 | Review agenda for committee call (0.1); emails with Akin team re: same (0.3) | 0.40 |
| 04/21/15 | MCF | 0007 | Draft agenda for Committee call (.1); emails with B. Kahn re same (.1); emails with team re same (.3); revise same (.1); and email Committee same (.1) and minutes (.1). | 0.80 |
| 04/22/15 | FSH | 0007 | Final prep for Committee call (.3). Attend same (.2). | 0.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 04/22/15 | RAJ | 0007 | Call with Committee. | 0.20 |
| 04/22/15 | BMK | 0007 | Prepare for committee call (0.1); participate in same (0.2) | 0.30 |
| 04/22/15 | JYY | 0007 | Review update from A. Evans regarding Committee Call. | 0.20 |
| 04/22/15 | MCF | 0007 | Prepare for (.2) and participate in (.2) committee call. | 0.40 |
| 04/22/15 | AME | 0007 | Attend Committee Call (.2) and email J. Yecies re same (.1). | 0.30 |
| 04/28/15 | FSH | 0007 | Communications w/ D. Botter, M. Fagen, A. Qureshi re Committee meeting and presentation. | 0.20 |
| 04/29/15 | FSH | 0007 | Review and comment on draft Committee call agenda. | 0.10 |
| 04/29/15 | RAJ | 0007 | Emails among Committee professionals re agenda for Committee meeting. | 0.30 |
| 04/29/15 | DHB | 0007 | Review Committee call agenda (.1) and emails re same and meeting topics (.2). | 0.30 |
| 04/29/15 | BMK | 0007 | Review committee call agenda (0.1); emails re: same (0.2) | 0.30 |
| 04/29/15 | MCF | 0007 | Draft agenda for Committee call (.1); email B. Kahn re same (.1); revise same (.1); email team re same (.1); revise same (.1); draft minutes (.1) and send materials to Committee (.1); prepare for committee call (.1). | 0.80 |
| 04/30/15 | FSH | 0007 | Communications w/ A. Qureshi re Committee meeting. | 0.10 |
| 04/30/15 | RAJ | 0007 | Call with Committee. | 0.60 |
| 04/30/15 | AQ | 0007 | Committee call (partial). | 0.50 |
| 04/30/15 | DHB | 0007 | Prepare for Committee call (.1); attend same (.6); follow-up emails (.1). | 0.80 |
| 04/30/15 | BMK | 0007 | Prepare presentation for committee call (.6); attend committee call (.6). | 1.20 |
| 04/30/15 | MCF | 0007 | Prepare for (.3) and participate in (.6) Committee call. | 0.90 |
| 04/30/15 | AME | 0007 | Attend Committee Call. | 0.60 |
| 04/01/15 | FSH | 0008 | Review notice re rescheduled court hearing. | 0.10 |
| 04/01/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings. | 0.30 |
| 04/03/15 | JRW | 0008 | Monitor dockets and circulate recently filed pleadings. | 0.30 |
| 04/06/15 | JRW | 0008 | Monitor docket and circulate any recently filed pleadings. | 0.20 |
| 04/07/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/08/15 | JRW | 0008 | Monitor docket and circulate any recently filed pleadings. | 0.30 |
| 04/09/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/10/15 | JRW | 0008 | Monitor docket and circulate any recently filed pleadings. | 0.20 |
| 04/13/15 | RAJ | 0008 | Review orders entered on docket for omnibus hearings and for adversary proceeding confidentiality. | 0.20 |
| 04/13/15 | JRW | 0008 | Monitor docket and circulate recently pleadings. | 0.20 |
| 04/14/15 | FSH | 0008 | Examine court hearings notices. | 0.20 |
| 04/14/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/15/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/16/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/17/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/20/15 | FSH | 0008 | Review omnibus date matters. | 0.10 |
| 04/20/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/22/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/27/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/28/15 | AQ | 0008 | Review and analyze PPI appeal pleadings and prepare for court hearing regarding same. | 1.80 |
| 04/28/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/29/15 | FSH | 0008 | Communications w/ A. Qureshi re Canadian PPI appellate hearing. | 0.20 |
| 04/29/15 | AQ | 0008 | Prepare for (1.9) and attend (3.6) PPI appeal argument in Canadian court. | 5.50 |
| 04/29/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/30/15 | FSH | 0008 | Communications w/ Cassels, Bennett Jones, A. Qureshi re appellate hearing. | 0.30 |
| 04/30/15 | JRW | 0008 | Monitor docket and circulate recently filed pleadings. | 0.20 |
| 04/03/15 | FSH | 0009 | Review Capstone summary of financial data. | 0.20 |
| 04/07/15 | FSH | 0009 | Review financial data from NNL and NNI. | 0.20 |
| 04/14/15 | FSH | 0009 | Review financial report. | 0.20 |
| 04/01/15 | FSH | 0012 | TC Cleary re claims issues (.3). Analysis of certain claims issues and | 1.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | research re same (.6). Further communications w/ creditor (.1). Examine SNMP claim briefing schedule (.1). | |
| 04/01/15 | RAJ | 0012 | Review Monitor’s appellate brief re 9019 settlement of post-petition interest with Bondholder Group (1.4); analyze Code and Rules regarding Monitor’s appeal (.5); analyze appellate issues (.6); review docket and recent filings in SNMP adversary proceeding (.4); email D. Herrington (Cleary) re SNMP claim proceedings (.1); emails with Akin team re SNMP litigation (.2). | 3.20 |
| 04/01/15 | AQ | 0012 | Review and analyze case law cited in Monitor's U.S. PPI appeal brief. | 0.80 |
| 04/01/15 | JYY | 0012 | Reviewing updates regarding US PPI appeal. | 0.10 |
| 04/01/15 | AME | 0012 | Attend to document management re late-filed claims matter (.4), emails with B. Gifford re: same (.4). | 0.80 |
| 04/02/15 | FSH | 0012 | Review aspects of US PPI appeal arguments (.4). Commence review of claims detail (.5). | 0.90 |
| 04/02/15 | RAJ | 0012 | Review developments in SNMP claim adversary proceeding (.5); call with M. Gurgel (Cleary) re SNMP litigation (.2); review analysis of GUC claims (.4). | 1.10 |
| 04/02/15 | AQ | 0012 | Review and analyze case law cited in Monitor's US PPI appeal brief. | 0.80 |
| 04/02/15 | MCF | 0012 | Emails with Cleary team re claims trader info (.1); review same (.4) and email same to team and Capstone (.1). | 0.60 |
| 04/07/15 | FSH | 0012 | Follow up re US PPI appeal papers (.1). Continue review of claims data (.3). Confer w/ M. Fagen re same (.2). Communications w/ Capstone re same (.1). | 0.70 |
| 04/07/15 | BMK | 0012 | Emails re: claims issues (.1); review of analysis re: same (.2). | 0.30 |
| 04/07/15 | MCF | 0012 | Review claims info (.2) and confer with F. Hodara re same (.2). | 0.40 |
| 04/08/15 | FSH | 0012 | Communications w/ Cleary, M. Fagen, Capstone, D. Botter re claims analysis (.2). Examine claims info from Capstone (.2). Analyze Monitor US PPI appeal opening brief points in relation to decision (2.8). | 3.20 |
| 04/08/15 | RAJ | 0012 | Review Debtors’ motion for third discovery protocol (.7) and related filings re third-party discovery (.4). | 1.10 |
| 04/09/15 | FSH | 0012 | Draft memo re US PPI appeal issues (1.7). Communications w/ B. Kahn, D. Botter, M. Fagen re same (.2). | 1.90 |
| 04/09/15 | RAJ | 0012 | Review F. Hodara analysis of issues raised in Monitor’s appellate brief (.4); analyze issues (1.2). | 1.60 |
| 04/09/15 | AQ | 0012 | Emails regarding US PPI appeal and related case law. | 0.30 |
| 04/09/15 | DHB | 0012 | Email communications re US PPI appeal briefing issues (.2); consider same (.4); begin further review of analysis of PPI briefing (.8). | 1.40 |
| 04/09/15 | DHB | 0012 | Review information re claims status and trading (.2); emails re same (.1). | 0.30 |
| 04/09/15 | BMK | 0012 | Review issues re appeal of PPI settlement | 0.80 |
| 04/09/15 | JYY | 0012 | Emails with M. Fagen and A. Evans regarding case updates. | 0.20 |
| 04/09/15 | MCF | 0012 | Review email from F. Hodara re issues in appellate brief re ppi claims settlement (.3); review cases re same (.4) and emails re same (.2). | 0.90 |
| 04/09/15 | AME | 0012 | Review team correspondence re: US PPI appeal briefing (.3), emails with J. Yecies and M. Fagen re: same (.1). | 0.40 |
| 04/10/15 | FSH | 0012 | Communications w/ A. Qureshi, RAJ re legal research on appellate issues (.1). Review materials for call w/ Cleary re claims (.3). Participate in same (.6). Review case law re 9019 settlements (2.2). | 3.20 |
| 04/10/15 | RAJ | 0012 | Emails re appellate issues (.3); analyze issues re 9019 (.5). | 0.80 |
| 04/10/15 | DHB | 0012 | Begin analysis of PPI decision and Monitors brief re same (2.5); emails re same (.1). Email communications re claims issues (.4). | 3.00 |
| 04/10/15 | MCF | 0012 | Participate in call with Cleary re claims trading. | 0.60 |
| 04/10/15 | JRW | 0012 | Pull requested cases for M. Fagen. | 0.50 |
| 04/12/15 | MCF | 0012 | Review cases re appeal of ppi settlement decision (.7) and email to team re same (.2). | 0.90 |
| 04/13/15 | DHB | 0012 | Continue evaluation of PPI appellate arguments. | 1.50 |
| 04/14/15 | FSH | 0012 | Examine Queens Ballpark claim info. | 0.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 04/14/15 | RAJ | 0012 | Emails with Akin team re claims. | 0.30 |
| 04/14/15 | DHB | 0012 | Continue analysis of US PPI briefing, arguments and case law (1.1); consider issues (.2) and emails re same (.3). | 1.60 |
| 04/14/15 | AME | 0012 | Review team correspondence re: claims. | 0.20 |
| 04/15/15 | FSH | 0012 | Analyze claim issue (.1) and respond to creditor inquiry re same (.1). | 0.20 |
| 04/15/15 | RAJ | 0012 | Analyze issues in Monitor's appeal of US PPI decision (1.7); analyze caselaw re same (1.5); further review of decision (.5). | 3.70 |
| 04/15/15 | JYY | 0012 | Reviewing US PPI appeal updates. | 0.20 |
| 04/16/15 | RAJ | 0012 | Analyze caselaw re U.S. PPI appeal issues. | 2.10 |
| 04/16/15 | DHB | 0012 | Continue review of PPI case law. | 1.80 |
| 04/16/15 | AME | 0012 | Review voicemail re: claims (.1), email with J. Yecies re: same (.1). | 0.20 |
| 04/17/15 | BMK | 0012 | Email with Qureshi re: U.S. PPI appeal. | 0.10 |
| 04/19/15 | FSH | 0012 | Review info re brief on appeal and communications w/ A. Qureshi re same (.1). Examine claim settlement report from Cleary (.1). Communications w/ D. Botter re appeal (.1). | 0.40 |
| 04/19/15 | DHB | 0012 | Continue review of PPI case law (.4); emails re same and brief (.2). | 0.60 |
| 04/19/15 | AME | 0012 | Review team correspondence re: joinder to U.S. PPI appeal brief. | 0.20 |
| 04/20/15 | RAJ | 0012 | Emails re PPI appellate issues (.2, .1); analyze caselaw re PPI and 9019 issues (1.4); analyze 1129 issues (.8). | 2.50 |
| 04/20/15 | BMK | 0012 | Review issues re: ppi settlement appeal | 1.40 |
| 04/20/15 | JYY | 0012 | Reviewing team correspondence regarding PPI appeal. | 0.20 |
| 04/21/15 | RAJ | 0012 | Further analyze arguments in Monitor's appellate brief (.6); analyze caselaw re same (1.9); draft outline re appellate issues (.2); review Avaya brief re authority of bankruptcy court to adjudicate SNMP claim litigation (.4). | 3.10 |
| 04/21/15 | BMK | 0012 | Work on outline for U.S. PPI appeal brief | 2.80 |
| 04/22/15 | RAJ | 0012 | Analyze cases re 9019 settlements re U.S. PPI appeal. | 1.70 |
| 04/22/15 | DHB | 0012 | Prepare for Committee call (.4); emails re same (.1); attend call (.2) and follow-up emails re same (.3). | 1.00 |
| 04/22/15 | BMK | 0012 | Further analysis re: PPI appeal issues | 0.60 |
| 04/23/15 | DHB | 0012 | Continue review and analysis of Monitor PPI brief and case law. | 2.80 |
| 04/26/15 | FSH | 0012 | Review Avaya memo of law re SNMP claim litigation. | 0.50 |
| 04/27/15 | FSH | 0012 | Communications w/ Capstone and Milbank re claims. | 0.10 |
| 04/27/15 | RAJ | 0012 | Further analyze caselaw in Monitor's appellate brief (1.7); develop counterarguments (1.2). | 2.90 |
| 04/27/15 | AQ | 0012 | Review and analyze outline for PPI appeal brief (.3); confer with B. Kahn re same (.2). | 0.50 |
| 04/27/15 | BMK | 0012 | Conf with Qureshi re: ppi appeal brief | 0.20 |
| 04/28/15 | RAJ | 0012 | Analyze cases re U.S. PPI appellate brief (2.1); review code and rules (.6); review settlement hearing transcript (1.4). | 4.10 |
| 04/28/15 | DHB | 0012 | Begin review of PPI outline (.2) and consider same (.2). | 0.40 |
| 04/28/15 | BMK | 0012 | Email with Qureshi re: PPI brief outline (0.2); revise outline (0.3) | 0.50 |
| 04/29/15 | RAJ | 0012 | Analyze draft outline for U.S. PPI appellate brief (.5); develop additional arguments (.7); further analyze decisions (1.3); draft potential insert (2.2). | 4.70 |
| 04/29/15 | DHB | 0012 | Continue work on U.S. PPI appellate brief outline and consider further arguments (.7); office conference with B. Kahn re same (.2); consider comments (.2); emails re PPI precedents and review of same (.4). | 1.50 |
| 04/29/15 | BMK | 0012 | Conf with Botter re: ppi appeal issues (0.2); review emails re: same (0.2) | 0.40 |
| 04/29/15 | JYY | 0012 | Reviewing PPI appeal outline from B. Kahn. | 0.30 |
| 04/29/15 | MCF | 0012 | Research re claims issue (1.4) and email to team re research (.4); review outline of pleading in US PPI appeal (.3) and emails re same (.1). | 2.20 |
| 04/29/15 | AME | 0012 | Review outline of Committee pleading in PPI settlement appeal (.2); review email correspondence re: PPI Appeal brief (.2) | 0.40 |
| 04/30/15 | FSH | 0012 | Communications w/ creditor re claims (.1). Analyze status (.1). Communications w/ D. Botter, M. Fagen re same (.1). | 0.30 |
| 04/30/15 | RAJ | 0012 | Organize analysis of appellate issues for U.S. PPI brief (.5); meeting | 4.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | with Akin team re drafting and research (.3); review claims info (.2); analyze caselaw and Bankruptcy Code legislative history re appeal (1.8); begin drafting brief (1.5). | |
| 04/30/15 | AQ | 0012 | Confer with team re PPI appellate brief outline. | 0.30 |
| 04/30/15 | DHB | 0012 | Complete comments on PPI outline (.5); emails to B. Kahn re same (.3); meet with team re same (.3). Email communications re claims resolution process (.1); office conference with F. Hodara re same (.1); emails re next hearing (.1). | 1.40 |
| 04/30/15 | JYY | 0012 | Reivew U.S. PPI appeal update from A. Evans. | 0.10 |
| 04/30/15 | MCF | 0012 | Emails re claims reconciliation (.2); review info re claims (1.1) and further emails re same (.2); review outline re ppi appeal pleading (.4) and confer with D. Botter, R. Johnson and A. Evans re same (.3). Post-call discussion. | 2.20 |
| 04/30/15 | AME | 0012 | Confer with team re: drafting and research for Committee's Reply PPI Appeal brief. | 0.30 |
| 04/02/15 | FSH | 0014 | Communications w/ Capstone re analysis of Canadian claims data (.1) and review of same (.2). | 0.30 |
| 04/15/15 | FSH | 0014 | Examine Cassels memo re Canadian IP address sale motion. | 0.10 |
| 04/15/15 | AME | 0014 | Review update re: Canadian motion for IP address sale. | 0.20 |
| 04/16/15 | DHB | 0014 | Email communications re IP address motion. | 0.10 |
| 04/16/15 | JYY | 0014 | Reviewing correspondence regarding IP address sale. | 0.20 |
| 04/21/15 | DHB | 0014 | Emails re Canadian hearings. | 0.20 |
| 04/28/15 | AQ | 0025 | Travel NY to Toronto (actual time - 3.7 hours). | 1.85 |
| 04/29/15 | AQ | 0025 | Travel Toronto to NY (actual time - 4.0 hours). | 2.00 |
| 04/01/15 | FSH | 0029 | Email w/ D. Botter re allocation issue (.1). TC C. Kearns re same (.2). Review materials and prepare for call w/ creditors (.3). Participate in same (.5). Confer w/ J. Bromley re pending issues (.3). Follow-up w/ A. Qureshi (.1). TC Committee member re foregoing (.3). | 1.80 |
| 04/01/15 | DHB | 0029 | Telephone calls with creditors re status of allocation and related issues. | 0.50 |
| 04/02/15 | FSH | 0029 | Email w/ A. Qureshi re meeting on allocation issues. | 0.10 |
| 04/02/15 | KMR | 0029 | Update on status of the allocation case. | 0.80 |
| 04/03/15 | FSH | 0029 | Communications w/ J. Bromley, A. Qureshi, D. Botter re allocation issue and meeting (.2). Follow up re pending decision (.3). | 0.50 |
| 04/07/15 | FSH | 0029 | Review materials for call w/ Cleary on allocation issues (.3). Attend same (.5). | 0.80 |
| 04/07/15 | RAJ | 0029 | Call with Debtors' counsel re allocation litigation issues (.5); analyze possible appellate paths (.6). | 1.10 |
| 04/07/15 | AQ | 0029 | Call with Cleary re allocation litigation issues. | 0.50 |
| 04/07/15 | DHB | 0029 | Conference call with Debtors re allocation litigation issues. | 0.50 |
| 04/08/15 | JYY | 0029 | Reviewing correspondence from M. Fagen re allocation. | 0.10 |
| 04/27/15 | FSH | 0029 | Respond to call of creditor re allocation status. | 0.20 |
| 04/28/15 | JYY | 0029 | Reviewing allocation case update. | 0.30 |
| 04/29/15 | FSH | 0029 | Respond to call of creditor re pending allocation issues. | 0.50 |
| 04/30/15 | KMR | 0029 | Update re: status of the allocation case. | 0.60 |
| | | | Total Hours | 143.45 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 22.80 | at | $1250.00 | = | $28,500.00 |
| R A JOHNSON | 40.50 | at | $975.00 | = | $39,487.50 |
| A QURESHI | 15.65 | at | $1095.00 | = | $17,136.75 |
| D H BOTTER | 20.80 | at | $1150.00 | = | $23,920.00 |
| K M ROWE | 1.40 | at | $810.00 | = | $1,134.00 |
| B M KAHN | 10.20 | at | $775.00 | = | $7,905.00 |
| J Y YECIES | 2.10 | at | $710.00 | = | $1,491.00 |
| M C FAGEN | 21.30 | at | $565.00 | = | $12,034.50 |

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| A M EVANS | 4.30 | at | $495.00 | = | $2,128.50 |
| J R WATTERS | 4.40 | at | $230.00 | = | $1,012.00 |

Current Fees $134,749.25

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Description | Amount |
|---|---|
| Computerized Legal Research - Lexis | $117.00 |
| Computerized Legal Research - Westlaw | $607.52 |
| Courier Service/Messenger Service- Off Site | $44.25 |
| Court Cost | $58.00 |
| Document Retrieval | $365.50 |
| Document Production - In House | $9.60 |
| Meals - Business | $73.65 |
| Meals (100%) | $686.26 |
| Audio and Web Conference Services | $4,262.46 |
| Travel - Ground Transportation | $110.31 |
| Travel - Train Fare | $1,522.00 |

Current Expenses $7,856.55

**Total Amount of This Invoice** **$142,605.80**

**Prior Balance Due** $361,556.72

**Total Balance Due Upon Receipt** $504,162.52




## REMITTANCE COPY

### Return with Payment

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

Client Number: 687147
Invoice Number: 1599715
Invoice Date: 05/18/15

FED I.D. NO. 75-1338644

---

Total Amount of This Invoice $142,605.80

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/20/15 | 1580240 | $375,832.80 | $303,038.10 | $72,794.70 |
| 01/21/15 | 1580242 | $170,296.64 | $137,420.54 | $32,876.10 |
| 02/23/15 | 1585781 | $186,335.19 | $149,637.85 | $36,697.34 |
| 04/16/15 | 1594423 | $219,188.58 | $0.00 | $219,188.58 |
| | | $951,653.21 | $590,096.49 | $361,556.72 |

Prior Balance Due $361,556.72

Total Balance Due Upon Receipt $504,162.52

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1599715 |
| Invoice Date | 05/18/15 |
| Client Number | 687147 |
| Matter Number | 0001 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1599715

(For wires originating outside the US reference Swift ID# CITIUS33)