# EXHIBIT C

**DISBURSEMENT SUMMARY**
**APRIL 1, 2015 THROUGH APRIL 3, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $724.52 |
| Courier Service/Messenger Service – Off Site | $44.25 |
| Court Cost | $58.00 |
| Document Retrieval | $365.50 |
| Conference Calls/Telephone/Web Conference Services | $4,262.46 |
| Document Production | $9.60 |
| Meals/Committee Meeting Expenses | $759.91 |
| Travel Expenses – Ground Transportation | $110.31 |
| Travel – Train Fare | $1,522.00 |
| **TOTAL** | **$7,856.55** |