# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

Invoice Number    1599715
Invoice Date      05/18/15
Client Number     687147
Matter Number     0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/06/15 | Travel - Ground Transportation  Taxi to Court re: hearing; Galaxy Cab | $8.00 |
| 03/18/15 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 96; DATE ORDERED: 3/18/15 | $9.60 |
| 03/18/15 | Meals (100%)  Working dinner from Cuvee II for Katie Lee.; Katie Lee; Working dinner; Cuvee II | $14.94 |
| 03/19/15 | Meals (100%)  3/19/15 - A. Evans - Lit team meeting - 3 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800341; DATE: 3/19/2015 | $42.46 |
| 03/19/15 | Meals (100%)  3/19/15 - J. Lee - Committee call - 8 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800341; DATE: 3/19/2015 | $169.19 |
| 03/23/15 | Travel - Train Fare  Train to/from | $352.00 |

| Date | Description | Amount |
|---|---|---|
| 03/23/15 | Delaware for hearing; Amtrak Business Fare Travel - Train Fare  Train fare NY/Delaware and Delaware to NY (attend Hearing in Delaware); Business Fare Amtrak | $352.00 |
| 03/23/15 | Court Cost  David Botter VENDOR: COURTCALL LLC; INVOICE#: 6800920; DATE: 3/23/2015 | $58.00 |
| 03/24/15 | Travel - Train Fare  Train fare for travel from NY to Wilmington to attend Nortel hearing.; Business Fare Amtrak | $176.00 |
| 03/24/15 | Travel - Train Fare  Train fare for travel from Wilmington to NY after attending Nortel hearing.; Business Fare Amtrak | $176.00 |
| 03/26/15 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 722121 DATE: 4/3/2015  Vendor: Executive Royal Voucher #: 486281 Date: 03/26/2015 Name: Christine Doniak‖Car Service, Vendor: Executive Royal Voucher #: 486281 Date: 03/26/2015 Name: Christine Doniak | $31.48 |
| 03/26/15 | Meals - Business  Food/drinks for Qureshi, Doniak and A. Evans re: Nortel hearing.; Qureshi, Doniak, A. Evans; Starbucks | $23.13 |
| 03/26/15 | Travel - Train Fare  Fee Change for train re: hearing in Delaware; Amtrak | $57.00 |
| 03/26/15 | Travel - Train Fare  Train from court in Wilmington; Business Fare Amtrak | $176.00 |
| 03/26/15 | Travel - Ground Transportation  Taxi to court in Wilmington to attend hearing.; Medallion cab | $9.96 |
| 03/26/15 | Travel - Ground Transportation  Cab from train station to court in Wilmington.; Lolly Taxi Cab | $10.00 |
| 03/26/15 | Travel - Train Fare  Train from NYC to Wilmington to attend trial.; Business Fare Amtrak | $176.00 |
| 03/26/15 | Meals (100%)  3/24/15 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800342; DATE: 3/26/2015 Meeting re claims - 6 people | $77.95 |
| 03/26/15 | Meals (100%)  3/24/15 - A.Evans VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800342; DATE: 3/26/2015 Lit team working meal - 2 people | $29.40 |
| 03/26/15 | Meals (100%)  3/26/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800342; DATE: 3/26/2015 Committee call - 8 people | $162.66 |
| 03/26/15 | Meals - Business  Breakfast/snacks at | $11.17 |

| Date | Description | Amount |
|---|---|---|
| | Penn Station (attend Hearing in Delaware); A. Evans; Hudson News | |
| 03/26/15 | Travel - Train Fare  Change fee for train (attend Hearing in Delaware); Amtrak | $57.00 |
| 03/26/15 | Meals - Business  Coffee for team in Delaware (attend Hearing in Delaware); A. Evans and team; Brew Ha Ha | $6.10 |
| 03/26/15 | Meals - Business  Travel meal for A. Qureshi, C. Doniak and A. Evans during trip from DE to NY after Nortel hearing.; A. Qureshi, C. Doniak, A. Evans; Amtrak Food Service | $33.25 |
| 03/26/15 | Travel - Ground Transportation  Taxi cab from 116 W. 14th St. to Penn Station for travel to Nortel hearing in DE.; UBER | $15.00 |
| 03/26/15 | Travel - Ground Transportation  Taxi cab from Penn Station for A. Qureshi, C. Doniak and A. Evans after travel back from Nortel hearing in DE.; UBER | $22.69 |
| 03/26/15 | Meals (100%)  3/25/15 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800342; DATE: 3/26/2015 Call with creditors - 4 people | $48.67 |
| 03/27/15 | Travel - Ground Transportation  Taxi from office to Penn Station (attend Hearing in Delaware); UBER | $13.18 |
| 03/31/15 | Courier Service/Messenger Service- Off Site  3/25/15 - Annie Evans Residence VENDOR: CITY EXPEDITOR INC; INVOICE#: 47939; DATE: 3/31/2015 | $44.25 |
| 04/02/15 | Meals (100%)  4/2/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800344; DATE: 4/2/2015 Committee call - 8 people | $140.99 |
| 04/05/15 | Audio and Web Conference Services  For the Month of March 2015 VENDOR: TELCONF LLC; INVOICE#: 04001-01001-15; DATE: 4/5/2015 | $4,262.46 |
| 04/06/15 | Document Retrieval  Various courts covering 1st quarter - Usage from 1/01/15 - 3/31/15 VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q12015; DATE: 4/6/2015 | $365.50 |
| 04/10/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: WATTERS  JESS; Charge Type: LA DOCUMENT ACCESS; Quantity: 5.0 | $85.50 |
| 04/12/15 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 4/12/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $607.52 |
| 04/13/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge | $13.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE   Page 4
Bill Number: 1599715   05/18/15

| Date | Description | Amount |
|---|---|---|
| 04/13/15 | Type: DOCUMENT PRINTING; Quantity: 1.0 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $18.00 |

Current Expenses    $7,856.55

**Total Amount of This Invoice**    **$142,605.80**

**Prior Balance Due**    $361,556.72

**Total Balance Due Upon Receipt**    $504,162.52



**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Client Number: 687147 |
| ATTN: JOHN DOLITTLE | Invoice Number: 1599715 |
| 2221 LAKESIDE BOULEVARD | Invoice Date: 05/18/15 |
| RICHARDSON, TX 75082 | |

FED I.D. NO.              75-1338644

Total Amount of This Invoice                                                   $142,605.80

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/20/15 | 1580240 | $375,832.80 | $303,038.10 | $72,794.70 |
| 01/21/15 | 1580242 | $170,296.64 | $137,420.54 | $32,876.10 |
| 02/23/15 | 1585781 | $186,335.19 | $149,637.85 | $36,697.34 |
| 04/16/15 | 1594423 | $219,188.58 | $0.00 | $219,188.58 |
| | | $951,653.21 | $590,096.49 | $361,556.72 |

Prior Balance Due                                                                         $361,556.72

Total Balance Due Upon Receipt                                                    $504,162.52

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number   1599715<br>Invoice Date   05/18/15<br>Client Number   687147<br>Matter Number   0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1599715

(For wires originating outside the US reference Swift ID# CITIUS33)