IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Hearing Date: TBD** |

## NOTICE OF TWENTY-FIFTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2015 through April 30, 2015[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $653,922.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $21,372.93 |

This is (a)n:  X   interim       ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's February, March and April 2015 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 5/6/15 Docket No. 15528 | 2/1/15 – 2/28/15 | $212,070.00 | $7,118.58 | $169,656.00 | $7,118.58 | $42,414.00 |
| Date Filed: 5/27/15 Docket No. 15624 | 3/1/15 – 3/31/15 | $307,102.75 | $6,397.80 | Pending Obj. deadline $245,682.20 | Pending Obj. deadline $6,397.80 | $61,420.55 |
| Date Filed: 5/28/15 Docket No. 15651 | 4/1/15 – 4/30/15 | $134,749.25 | $7,856.55 | Pending Obj. deadline $107,799.40 | Pending Obj. deadline $7,856.55 | $26,949.85 |
| **TOTALS:** | | **$653,922.00** | **$21,372.93** | **$523,137.60**[3] | **$21,372.93**[4] | **$130,784.40** |

Summary of any Objections to Fee Applications: None.

Dated: May 28, 2015
   New York, New York

   /s/ Fred S. Hodara
   Fred S. Hodara (*pro hac vice*)
   David H. Botter (*pro hac vice*)
   AKIN GUMP STRAUSS HAUER & FELD LLP
   One Bryant Park
   New York, NY 10036
   Telephone: (212) 872-1000

   Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.