# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date: TBD |

## NOTICE OF TWENTY-FIFTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2015 through April 30, 2015[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $409,075.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $61.47 |

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's February, March and April 2015 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 04/23/2015 Docket No. 15461 | 2/1/2015 to 2/28/2015 | $149,183.50 | $61.47 | $119,346.80 | $61.47 | $29,836.70 |
| Date Filed 05/01/2015 Docket No. 15519 | 3/1/2015 to 3/31/2015 | $186,810.00 | $0.00 | $149,448.00 | $0.00 | $37,362.00 |
| Date Filed 05/27/2015 Docket No. 15625 | 4/1/2015 to 4/30/2015 | $73,082.00 | $0.00 | Pending Obj. Deadline $58,465.60 | Pending Obj. Deadline $0.00 | $14,616.40 |
| **TOTALS:** | | $409,075.50 | $61.47 | $327,260.40 | $61.47 | $81,815.10 |

Summary of any Objections to Fee Applications:  None.

Dated:  May 29, 2015
      New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

2