## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 7506<br>11/22/10<br>09-10145<br>CoreTek, Inc. | - (S)<br>$100.65 (A)<br>- (P)<br>- (U)<br>$100.65 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT, 7TH FLOOR<br>100 CAMBRIDGE ST - P.O. BOX 9564<br>BOSTON, MA  02114-9564 | 8267<br>5/21/12<br>09-10145<br>CoreTek, Inc. | - (S)<br>$626.49 (A)<br>- (P)<br>- (U)<br>$626.49 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA  94280-0001 | 1560<br>7/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$372,789.28 (P)<br>- (U)<br>$372,789.28 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA  94280-0001 | 1561<br>7/10/09<br>09-10138<br>Nortel Networks Inc. | $372,789.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$372,789.28 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| MICROVISION, INC.<br>6244  185TH  AVE  NE  STE 240<br>REDMOND, WA  98052-5045 | 7224<br>4/21/10<br>09-10142<br>Xros, Inc. | Unspecified* | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| NORTHERN TELECOM PCN LIMITED, ET AL<br>HERBERT SMITH LLP / KEVIN LLOYD<br>EXCHANGE HOUSE<br>PRIMROSE STREET<br>LONDON  EC2A 2HS<br>UNITED KINGDOM | 7771<br>6/3/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,964.73 (U)<br>$17,964.73 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| Totals: | 6  Claims | $372,789.28 (S)<br>$727.14 (A)<br>$372,789.28 (P)<br>$17,964.73 (U)<br>$764,270.43 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.