## Exhibit B

### Wrong Debtor Claim

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor |
|---|---|---|---|---|
| SOURCE PHOTONICS (MACAO COMMERCIAL OFFSHORE) LIMITED F/K/A FIBERXON LIMITED 6TH FLOOR, EYANG BUILDING, NO. 3 QIMIN RD, LANGSHAN 2ND STREET, NANSHAN SHENZHEN  518057 CHINA | 8380 10/1/12 NO DEBTOR | - (S) - (A) - (P) $552.00 (U) $552.00 (T) | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the Claimant, the Debtors have determined that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks, Inc. |
| **Totals:** | **1  Claim** | **- (S)** **- (A)** **- (P)** **$552.00 (U)** **$552.00 (T)** | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed