## Exhibit C

### Equity Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HUSSAIN, AHMED BAQUER<br>H.NO. 5-9-165/1<br>CHAPEL ROAD<br>HYDERABAD  500001<br>INDIA | 8519<br>7/8/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Claim is based on ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| ROLANDE, YALE<br>1115 DE LA ROUSSELIERE<br>MONTREAL, QC  HIA 2X3<br>CANADA | 8410<br>11/19/12<br>NO DEBTOR | Unspecified* | Claim is based on ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| **Totals:** | **2  Claims** | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.