# Exhibit A

## No-Basis Claims, No-Basis Deferred Compensation Claims, No-Basis Pensions Claims, and Redundant Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| BARIL, NOEL F<br>PO BOX 5321<br>MASSENA, NY 13662-5321 | 2568<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$377,711.10 (P)<br>- (U)<br>$377,711.10 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BARIL, NOEL F.<br>PO BOX 5321<br>MESSENA, NY 13662-5321 | 2567<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$377,711.11 (A)<br>- (P)<br>- (U)<br>$377,711.11 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BENSON, ALBERT W.<br>195 GALLUP ROAD<br>SPENCERPORT, NY 14559 | 28<br>1/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$59,926.02 (U)<br>$59,926.02 (T) | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8164 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| BENSON, ALBERT W.<br>195 GALLUP ROAD<br>SPENCERPORT, NY 14559 | 8164<br>1/12/12<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$59,926.02 (U)<br>$59,926.02 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BOTTORFF, PAUL A.<br>1890 JUNCTION BLVD, APT 1912<br>ROSEVILLE, CA 95747 | 1608<br>7/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,463.94 (P)<br>- (U)<br>$10,463.94 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis Deferred Compensation Claims, No-Basis Pensions Claims, and Redundant Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| BRULEE, LINDA<br>13717 UTOPIA ROAD<br>POWAY, CA  92064 | 6652<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$100,000.00 (A)<br>- (P)<br>- (U)<br>$100,000.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BRULEE, LINDA D<br>13717 UTOPIA RD<br>POWAY, CA  92064 | 6651<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Claim is redundant of claim 6652 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| BUDIHARDJO, PETER<br>103 LOCHFIELD DRIVE<br>CARY, NC  27518 | 3673<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$136,224.14 (U)<br>$136,224.14 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| BUDIHARDJO, PETER S<br>103 LOCHFIELD DRIVE<br>CARY, NC  27518 | 3675<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$114,230.74 (U)<br>$114,230.74 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BUDIHARDJO, PETER S.<br>103 LOCHFIELD DRIVE<br>CARY, NC  27518 | 341<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$101,821.38 (P)<br>- (U)<br>$101,821.38 (T) | Claim is redundant of claim 3673 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| DEAN, WILLIAM L<br>9090 BARON WAY<br>SALINE, MI  48176 | 2607<br>9/4/09<br>NO DEBTOR | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis Deferred Compensation Claims, No-Basis Pensions Claims, and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| DEROSA, JOSEPH<br>LAW OFFICES OF JACQUELINE L . GIORGIO PC<br>3601 HEMPSTEAD TURNPIKE, SUITE 305<br>LEVITTOWN, NY 11756 | 878<br>4/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$125,101.69 (U)<br>$125,101.69 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| GENG XIN<br>3617 MASON DR.<br>PLANO, TX 75025 | 8756<br>6/4/14<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,024.67 (U)<br>$5,024.67 (T) | Claim is redundant of claim 3842 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| KNOUSE, MICHAEL EUGENE<br>5515 50TH ST APT 1708<br>LUBBOCK, TX 79414-1655 | 5793<br>10/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$15,096.00 (U)<br>$15,096.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MOLLOY, JOHN<br>1491 SEQUOIA AVE.<br>SAN BRUNO, CA 94066-2646 | 3524<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$29,286.00 (U)<br>$29,286.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | 2130<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>$80,000.00 (P)<br>- (U)<br>$80,000.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | 6429<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | $80,000.00 (S)<br>- (A)<br>- (P)<br>$80,000.00 (U)<br>$80,000.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis Deferred Compensation Claims, No-Basis Pensions Claims,
and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV  89120 | 6430<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$80,000.00 (A)<br>- (P)<br>- (U)<br>$80,000.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| STERN, DAVID W<br>1510 OREGON STREET<br>BERKELEY, CA  94703 | 1973<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$42,000.00 (P)<br>- (U)<br>$42,000.00 (T) | The claim asserts liability for pension benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| THOMAS, JAMES P.<br>9315 GLENASHLEY DR.<br>CORNELIUS, NC  28031 | 2697<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 2696 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| **Totals:** | **20 Claims** | **$80,000.00 (S)**<br>**$557,711.11 (A)**<br>**$611,996.42 (P)**<br>**$724,815.28 (U)**<br>**$1,894,522.81 (T)** | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed