# Exhibit B

## No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BARTZOKAS, ROBERT<br>5432 CAMINITO BAYO<br>LA JOLLA, CA  92037 | 5956<br>10/13/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$47,548.00 (U)<br>$47,548.00 (T) | - (S)<br>- (A)<br>$8,769.24 (P)<br>$609,511.67 (U)<br>$618,280.91 (T) | 09-10138<br>NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| BARTZOKAS, ROBERT J.<br>5432 CAMINITO BAYO<br>LA JOLLA, CA  92037 | 365<br>2/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$556,576.93 (U)<br>$556,576.93 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>For administrative purposes, the amount of the Debtor's liability for termination benefits due on account of the claim has been included in the treatment proposed for claim 5956, as set forth on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CHIU, YEI-FANG<br>6820 PENTRIDGE DRIVE<br>PLANO, TX  75024 | 3163<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | $311.17 (S)<br>- (A)<br>$311.17 (P)<br>$25,558.07 (U)<br>$25,869.24 (T) | - (S)<br>- (A)<br>$2,226.78 (P)<br>$26,428.95 (U)<br>$28,655.73 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims,
Redundant Claims, and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ELMAALOUF, CHRISTIAN<br>1032 ENCHANTED ROCK DR.<br>ALLEN, TX  75013 | 8749<br>4/15/14<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | - (S)<br>- (A)<br>$1,931.56 (P)<br>$27,317.70 (U)<br>$29,249.26 (T) | 09-10138<br>NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| ENCOMENDEROS, CARLOS<br>4341 NW 63RD AVE<br>CORAL SPRINGS, FL  33067 | 2055<br>8/24/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$28,398.38 (U)<br>$28,398.38 (T) | - (S)<br>- (A)<br>- (P)<br>$28,379.91 (U)<br>$28,379.91 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FARALLON CAPITAL (AM) INVESTORS, LP<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC<br>ATTN: MICHAEL LINN<br>ONE MARITIME PLAZA, SUITE 2100<br>SAN FRANCISCO, CA 94111 | 2659.05<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,000.00 (U)<br>$4,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$3,844.99 (U)<br>$3,844.99 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FARALLON CAPITAL INSTIT. PART. II, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC<br>ATTN: MICHAEL LINN<br>ONE MARITIME PLAZA, SUITE 2100<br>SAN FRANCISCO, CA 94111 | 2659.03<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$5,767.49 (U)<br>$5,767.49 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FARALLON CAPITAL INSTITUT PARTN III, L.P<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC<br>ATTN: MICHAEL LINN<br>ONE MARITIME PLAZA, SUITE 2100<br>SAN FRANCISCO, CA 94111 | 2659.06<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,000.00 (U)<br>$9,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$8,651.24 (U)<br>$8,651.24 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FARALLON CAPITAL INSTITUTION PART., L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC<br>ATTN: MICHAEL LINN<br>ONE MARITIME PLAZA, SUITE 2100<br>SAN FRANCISCO, CA 94111 | 2659.02<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$101,000.00 (U)<br>$101,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$97,086.10 (U)<br>$97,086.10 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FARALLON CAPITAL OFFSHORE INVEST II, L.P<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC<br>ATTN: MICHAEL LINN<br>ONE MARITIME PLAZA, SUITE 2100<br>SAN FRANCISCO, CA 94111 | 2659.04<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$136,532.78 (U)<br>$136,532.78 (T) | - (S)<br>- (A)<br>- (P)<br>$131,241.94 (U)<br>$131,241.94 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FARALLON CAPITAL PARTNERS, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC<br>ATTN: MICHAEL LINN<br>ONE MARITIME PLAZA, SUITE 2100<br>SAN FRANCISCO, CA 94111 | 2659.01<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$61,703.00 (U)<br>$72,653.00 (T) | - (S)<br>- (A)<br>$5,213.38 (P)<br>$59,311.92 (U)<br>$64,525.30 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | 2658<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$50,365.06 (U)<br>$61,315.06 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>For administrative purposes, the amount of the Debtor's liability for termination benefits due on account of the claim has been included in the treatment proposed for claim 2663, as set forth on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GRELCK, KENNETH<br>117 TARKINGTON CT<br>MORRISVILLE, NC  27560 | 2662<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$28,005.87 (U)<br>$28,005.87 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC  27560 | 2663<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,422.09 (U)<br>$72,422.09 (T) | - (S)<br>- (A)<br>$4,737.76 (P)<br>$87,619.06 (U)<br>$92,356.82 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: GRELCK, KENNETH<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ  07070 | 2659<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$126,209.62 (U)<br>$126,209.62 (T) | - (S)<br>- (A)<br>- (P)<br>$121,318.81 (U)<br>$121,318.81 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>AS ASSIGNEE FOR ROSA M. ARRIETA<br>301 ROUTE 17 NORTH, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | 8771<br>11/19/14<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,407.57 (U)<br>$39,407.57 (T) | - (S)<br>- (A)<br>- (P)<br>$41,448.07 (U)<br>$41,448.07 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HICE, JAN<br>6215 WILLIAM EDGAR DRIVE<br>ALEXANDRIA, VA 22310 | 8389<br>10/12/12<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$13,398.42 (U)<br>$13,398.42 (T) | - (S)<br>- (A)<br>- (P)<br>$13,398.42 (U)<br>$13,398.42 (T) | 09-10138<br>NORTEL NETWORKS INC. | Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| HOLTZ, CLIFF<br>8990 E. VASSAR AVE.<br>DENVER, CO 80231 | 2628<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$775,551.44 (P)<br>- (U)<br>$775,551.44 (T) | - (S)<br>- (A)<br>$15,220.29 (P)<br>$791,104.89 (U)<br>$806,325.18 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| JIN, JING<br>1086 PELHAM AVE.<br>MISSISSAUGA, ON  L5E 1L2<br>CANADA | 195<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,551.02 (P)<br>$17,538.02 (U)<br>$22,089.04 (T) | - (S)<br>- (A)<br>$4,551.02 (P)<br>$17,538.02 (U)<br>$22,089.04 (T) | 09-10140<br>NORTEL ALTSYSTEMS INC. | Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| LAGIOS, GREGORY<br>11 BAY POINT RD<br>CENTER OSSIPEE, NH  03814 | 2292<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$31,654.29 (P)<br>- (U)<br>$31,654.29 (T) | - (S)<br>- (A)<br>$83.01 (P)<br>$48,817.96 (U)<br>$48,900.97 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| LAGIOS, GREGORY<br>11 BAY POINT RD<br>CTR OSSIPEE, NH  03814-6301 | 2293<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$388,127.60 (P)<br>- (U)<br>$388,127.60 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| LAGIOS, GREGORY S.<br>11 BAY POINT ROAD<br>CENTER OSSIPEE, NH  03814 | 296<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$381,192.80 (P)<br>- (U)<br>$381,192.80 (T) | Disallowed | | Claim is redundant of claim 2293 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LAGIOS, GREGORY S.<br>11 BAY POINT ROAD<br>CENTER OSSIPEE, NH  03814 | 1390<br>6/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$35,118.05 (P)<br>- (U)<br>$35,118.05 (T) | Disallowed | | The Claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 2292 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2292 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| MUTHURAMAN, ALAGAPPAN<br>14041 MARILYN LN<br>SARATOGA, CA  95070 | 1090<br>5/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$284,647.00 (U)<br>$295,597.00 (T) | - (S)<br>- (A)<br>$756.28 (P)<br>$288,634.40 (U)<br>$289,390.68 (T) | 09-10138<br>NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| NOONDAY OFFSHORE, INC.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC<br>ATTN: MICHAEL LINN<br>ONE MARITIME PLAZA, SUITE 2100<br>SAN FRANCISCO, CA  94111 | 2659.07<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,000.00 (U)<br>$4,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$3,844.99 (U)<br>$3,844.99 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SOLUS RECOVERY FUND LP<br>TRANSFEROR: TRYLOVICH,<br>KAREN W<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 2083<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$187,487.66 (U)<br>$187,487.66 (T) | - (S)<br>- (A)<br>- (P)<br>$189,835.20 (U)<br>$189,835.20 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| SOLUS RECOVERY FUND LP<br>TRANSFEROR: TRYLOVICH, KAREN<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 2084<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$47,578.52 (U)<br>$47,578.52 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>The claim also asserts liability for termination benefits. For administrative purposes, the amount of the Debtor's liability for termination benefits due on account of the claim has been included in the treatment proposed for claim 2083, as set forth on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Deferred Compensation Claims, Modify & Allow Claims, Reclassify & Allow Claims, Redundant Claims, and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TAYLOR, KEVIN<br>2456 NE 27TH AVE<br>FT. LAUDERDALE, FL 33305 | 2058<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$13,751.97 (P)<br>- (U)<br>$13,751.97 (T) | - (S)<br>- (A)<br>$340.46 (P)<br>$21,110.74 (U)<br>$21,451.20 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| **Totals:** | 28 Claims | $311.17 (S)<br>- (A)<br>$1,663,108.34 (P)<br>$1,877,376.99 (U)<br>$3,540,485.33 (T) | - (S)<br>- (A)<br>$43,829.78 (P)<br>$2,622,212.47 (U)<br>$2,666,042.26 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed