**EXHIBIT B**



## CASSELS BROCK
LAWYERS

Cassels Brock LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T 416 869 5300
F 416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE # 1962164**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| May 28, 2015 | 46992-00001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 42,538.00 |
| Disbursements | | 92.79 |
| **Total Amount Due** | **$** | **42,630.79 CDN** |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____

Expiry Date: _____  Amount: _____

Cardholder Name:
_____

Signature:
_____

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1962164  
Matter # 46992-00001

### Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 04/30/15**

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 4/1/2015 | RSK | 31 | Review of email correspondence regarding Canadian PPI appeal hearing. | 0.2 |
| 4/1/2015 | MWU | 3 | Complete February, 2015 fee account. | 1.2 |
| 4/2/2015 | RSK | 7 | Participated in Committee call. | 0.8 |
| 4/2/2015 | MWU | 7 | Attend on UCC call. | 0.8 |
| 4/2/2015 | RJA | 7 | Participate in Committee call. | 0.8 |
| 4/2/2015 | RJA | 29 | Email correspondence with Cassels team regarding allocation decision. | 0.2 |
| 4/2/2015 | RJA | 12 | Consider issues related to bondholder PPI appeal. | 0.8 |
| 4/6/2015 | RSK | 12 | Review of factums and case law regarding PPI appeal. | 2.6 |
| 4/6/2015 | MWU | 31 | Review and analyze Canadian claims and related distribution issues. | 1.4 |
| 4/6/2015 | RJA | 29 | Review Monitor's reports and analysis of allocation issues. | 0.7 |
| 4/8/2015 | RSK | 31 | Review of Canadian motion record regarding IP address sale. | 0.7 |
| 4/8/2015 | MWU | 31 | Review Canadian motion record for IP address sale transaction to Alibaba, and report to UCC advisors. | 0.7 |
| 4/8/2015 | RJA | 31 | Review motion record re IP Address transaction with Alibaba.com LLC | 0.9 |
| 4/9/2015 | RJA | 12 | Consider cross border claims resolution and status. | 2.2 |
| 4/9/2015 | RJA | 29 | Analysis of allocation dispute issues and next steps. | 1.8 |
| 4/10/2015 | RSK | 31 | Review of email correspondence from M. Wunder regarding Monitor's motion for approval of IP address sale. | 0.2 |
| 4/10/2015 | MWU | 24 | Review Canadian debtors sale agreement, and compare with prior agreements, and report to UCC advisors. | 0.5 |
| 4/10/2015 | MWU | 24 | Call with Canadian counsel to US debtors to discuss Canadian sale transaction. | 0.2 |
| 4/14/2015 | RSK | 31 | Review of IP address sale motion and prepared summary. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*14310264.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1962164  
Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 4/14/2015 | RSK | 31 | Review of Akin Gump email correspondence and exchanged email correspondence with Cassels team regarding motion to approve IP address sale. | 0.4 |
| 4/14/2015 | MWU | 24 | Email correspondence to Akin Gump and Capstone regarding sale of assets by Canadian Debtors. | 0.3 |
| 4/14/2015 | MWU | 31 | Correspondence with S. Kukulowicz for report to UCC for proposed Canadian sale approval hearing. | 0.2 |
| 4/15/2015 | RSK | 31 | Review of email correspondence from Monitor's Canadian counsel regarding opposition to IP address sale motion. | 0.1 |
| 4/15/2015 | RSK | 31 | Revise and circulate email correspondence to UCC and advisors regarding Canadian motion to approve sale to Alibaba. | 0.6 |
| 4/15/2015 | RSK | 31 | Review of email correspondence from Capstone regarding consideration for IP address sale. | 0.2 |
| 4/15/2015 | MWU | 3 | Prepare March, 2015 account. | 2.4 |
| 4/16/2015 | RSK | 31 | Review of issued Canadian order and endorsement regarding Alibaba transaction. | 0.2 |
| 4/16/2015 | MWU | 31 | Email correspondence with Canadian counsel for Monitor, review issued Canadian court order, and forward report to UCC advisors regarding Canadian sale approval hearing. | 0.3 |
| 4/17/2015 | RJA | 12 | Analysis of issues on bond claim PPI appeal. | 0.9 |
| 4/20/2015 | RJA | 12 | Analysis of cross border claims and resolution. | 0.5 |
| 4/20/2015 | RJA | 29 | Consider allocation issues. | 0.3 |
| 4/21/2015 | SAH | 31 | Conducting Canadian research regarding Canadian appeal issues. | 1.7 |
| 4/21/2015 | RSK | 12 | Review of Canadian PPI appeal factum. | 1.3 |
| 4/21/2015 | RSK | 7 | Exchange email correspondence with Akin Gump, Capstone and Cassels regarding various items for Committee call. | 0.4 |
| 4/21/2015 | MWU | 7 | Email correspondence with UCC advisors regarding status and UCC update. | 0.3 |
| 4/21/2015 | MWU | 7 | Prepare Canadian case presentation update for UCC. | 0.4 |
| 4/22/2015 | RSK | 31 | Office conference with M. Wunder regarding notice of hearing from Court of Appeal for PPI appeal. | 0.1 |
| 4/22/2015 | MWU | 7 | Attend on UCC call. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*14310204.1

CASSELS BROCK & BLACKWELL LLP  Invoice # 1962164
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 4/23/2015 | MS | 31 | Review of Canadian trial materials. | 0.8 |
| 4/23/2015 | RSK | 31 | Review of press reports on Nortel issues. | 0.2 |
| 4/23/2015 | MWU | 12 | Review and analyze Canadian PPI appeal issues. | 0.8 |
| 4/27/2015 | SAH | 31 | Correspondence with Canadian court regarding scheduling of appeal hearing. | 0.4 |
| 4/27/2015 | RJA | 12 | Email correspondence with A. Qureshi (Akin Gump) and S. Holland regarding Canadian PPI appeal. | 0.2 |
| 4/27/2015 | RJA | 12 | Review pleadings and material regarding Canadian PPI claims appeal. | 0.5 |
| 4/28/2015 | SAH | 31 | Correspondence to and from Ontario Court of Appeal regarding PPI hearing. | 0.4 |
| 4/28/2015 | SAH | 31 | Review of Canadian court filings in preparation for Canadian PPI appeal hearing. | 4.2 |
| 4/28/2015 | SAH | 31 | Correspondence with Akin Gump regarding Canadian PPI appeal court filings. | 0.4 |
| 4/28/2015 | MS | 12 | Assisting with preparation for Canadian post petition interest appeal hearing. | 0.5 |
| 4/28/2015 | MWU | 12 | Review court filings for Canadian PPI appeal hearing. | 1.3 |
| 4/28/2015 | RJA | 12 | Review materials for Canadian PPI appeal. | 0.8 |
| 4/29/2015 | SAH | 8 | Attending PPI Appeal Hearing at the Court of Appeal for Ontario. | 7.1 |
| 4/29/2015 | SAH | 31 | Drafting summary of Canadian PPI appeal hearing. | 2.8 |
| 4/29/2015 | HFE | 31 | Assist S. Holland with research regarding Canadian PPI appeal hearing. | 1 |
| 4/29/2015 | RSK | 31 | Review of Canadian PPI appeal hearing summary. | 0.3 |
| 4/29/2015 | RSK | 31 | Discussions with A. Qureshi and M. Wunder regarding Canadian PPI appeal. | 0.4 |
| 4/29/2015 | MWU | 8 | Attend to Canadian Ontario Court of Appeal hearing for appeal of Canadian PPI decision by CCAA court. | 5.8 |
| 4/29/2015 | MWU | 31 | Prepare summary of Canadian appeal hearing for UCC advisors. | 0.4 |
| 4/29/2015 | RJA | 12 | Meeting with A. Qureshi (Akin Gump), M. Wunder and S. Kukulowicz regarding PPI appeal. | 0.9 |
| 4/30/2015 | SAH | 31 | Complete detailed summary of Canadian PPI appeal hearing. | 3 |
| 4/30/2015 | RSK | 31 | Review of email correspondence with UCC advisors regarding Canadian PPI appeal hearing. | 0.3 |

Legal*14310264.1
Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1962164

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 4/30/2015 | MWU | 7 | Prep for presentation to UCC regarding Canadian PPI appeal hearing. | 0.5 |
| 4/30/2015 | MWU | 7 | Attend on UCC call. | 0.6 |
|  |  |  | **Total** | **62.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  Invoice # 1962164
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Hilary Fender | Student | Students |  | 1.00 | $175.00 | $175.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 18.40 | $810.00 | $14,904.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 1.30 | $395.00 | $513.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 11.50 | $785.00 | $9,027.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 9.80 | $910.00 | $8,918.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 20.00 | $450.00 | $9,000.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 62.00 | CDN. | $42,538.00 |

**TOTAL PROFESSIONAL FEES**  $ 42,538.00

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 85.70 |
| Binding, Tabs, Disks, etc | 7.09 |
| **Total Disbursements** | 92.79 |
| **Total Disbursements and Tax** | 92.79 |

**Total Fees, Disbursements & Tax**  $ 42,630.79 CDN

Legal*4310204.1  Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1962164

Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 3.60 | 2,916.00 |
| 0007 | Creditors Committee Meetings | 4.90 | 4,069.00 |
| 0008 | Court Hearings | 12.90 | 7,893.00 |
| 0012 | General Claims Analysis/Claims Objections | 13.30 | 10,785.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.00 | 810.00 |
| 0029 | Intercompany Analysis | 3.00 | 2,355.00 |
| 0031 | Canadian Proceedings/Matters | 23.30 | 13,709.50 |
| TOTAL | | 62.0 | $ 42,538.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | |
|---|---|
| CASSELS BROCK & BLACKWELL LLP | Invoice # 1962164 |
| The Official Committee of Unsecured Creditors | |
| Re: Nortel Networks Inc, et al. | Matter # 46992-00001 |

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 4/1/2015 | Copies | 40 | 0.40 |
| 4/1/2015 | Copies | 20 | 0.20 |
| 4/1/2015 | Copies | 20 | 0.20 |
| 4/6/2015 | Copies | 70 | 0.70 |
| 4/6/2015 | Copies | 190 | 1.90 |
| 4/6/2015 | Copies | 210 | 2.10 |
| 4/7/2015 | Copies | 60 | 0.60 |
| 4/7/2015 | Copies | 540 | 5.40 |
| 4/7/2015 | Copies | 20 | 0.20 |
| 4/8/2015 | Copies | 20 | 0.20 |
| 4/8/2015 | Copies | 20 | 0.20 |
| 4/8/2015 | Copies | 510 | 5.10 |
| 4/8/2015 | Copies | 60 | 0.60 |
| 4/8/2015 | Copies | 40 | 0.40 |
| 4/8/2015 | Copies | 40 | 0.40 |
| 4/8/2015 | Binding, Tabs, Disks, etc | 1 | 3.59 |
| 4/9/2015 | Copies | 150 | 1.50 |
| 4/9/2015 | Copies | 30 | 0.30 |
| 4/9/2015 | Copies | 60 | 0.60 |
| 4/9/2015 | Copies | 30 | 0.30 |
| 4/10/2015 | Copies | 150 | 1.50 |
| 4/10/2015 | Copies | 20 | 0.20 |
| 4/10/2015 | Copies | 360 | 3.60 |
| 4/10/2015 | Copies | 120 | 1.20 |
| 4/10/2015 | Copies | 20 | 0.20 |
| 4/10/2015 | Copies | 400 | 4.00 |
| 4/10/2015 | Copies | 20 | 0.20 |
| 4/10/2015 | Copies | 400 | 4.00 |
| 4/10/2015 | Copies | 30 | 0.30 |
| 4/13/2015 | Copies | 90 | 0.90 |
| 4/13/2015 | Copies | 90 | 0.90 |
| 4/13/2015 | Copies | 20 | 0.20 |
| 4/13/2015 | Copies | 20 | 0.20 |
| 4/14/2015 | Copies | 20 | 0.20 |
| 4/14/2015 | Copies | 20 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                                    Invoice # 1962164
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                  Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 4/14/2015 | Copies | 20 | 0.20 |
| 4/22/2015 | Copies | 70 | 0.70 |
| 4/22/2015 | Copies | 210 | 2.10 |
| 4/22/2015 | Copies | 90 | 0.90 |
| 4/22/2015 | Copies | 30 | 0.30 |
| 4/22/2015 | Copies | 20 | 0.20 |
| 4/22/2015 | Copies | 20 | 0.20 |
| 4/22/2015 | Copies | 30 | 0.30 |
| 4/22/2015 | Copies | 40 | 0.40 |
| 4/22/2015 | Copies | 20 | 0.20 |
| 4/22/2015 | Copies | 30 | 0.30 |
| 4/22/2015 | Copies | 400 | 4.00 |
| 4/22/2015 | Copies | 20 | 0.20 |
| 4/22/2015 | Copies | 100 | 1.00 |
| 4/22/2015 | Copies | 100 | 1.00 |
| 4/22/2015 | Copies | 50 | 0.50 |
| 4/22/2015 | Copies | 20 | 0.20 |
| 4/22/2015 | Copies | 30 | 0.30 |
| 4/23/2015 | Copies | 40 | 0.40 |
| 4/23/2015 | Copies | 40 | 0.40 |
| 4/23/2015 | Copies | 20 | 0.20 |
| 4/24/2015 | Copies | 30 | 0.30 |
| 4/24/2015 | Copies | 20 | 0.20 |
| 4/24/2015 | Copies | 20 | 0.20 |
| 4/24/2015 | Copies | 30 | 0.30 |
| 4/24/2015 | Copies | 30 | 0.30 |
| 4/24/2015 | Copies | 50 | 0.50 |
| 4/24/2015 | Copies | 30 | 0.30 |
| 4/24/2015 | Copies | 50 | 0.50 |
| 4/24/2015 | Copies | 30 | 0.30 |
| 4/24/2015 | Copies | 30 | 0.30 |
| 4/27/2015 | Copies | 30 | 0.30 |
| 4/28/2015 | Binding, Tabs, Disks, etc | 1 | 3.50 |
| 4/28/2015 | Copies | 140 | 1.40 |
| 4/28/2015 | Copies | 20 | 0.20 |
| 4/28/2015 | Copies | 410 | 4.10 |
| 4/28/2015 | Copies | 210 | 2.10 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*1431f0264.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1962164

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 4/28/2015 | Copies | 420 | 4.20 |
| 4/28/2015 | Copies | 230 | 2.30 |
| 4/28/2015 | Copies | 460 | 4.60 |
| 4/28/2015 | Copies | 50 | 0.50 |
| 4/28/2015 | Copies | 20 | 0.20 |
| 4/28/2015 | Copies | 40 | 0.40 |
| 4/28/2015 | Copies | 20 | 0.20 |
| 4/29/2015 | Copies | 420 | 4.20 |
| 4/29/2015 | Copies | 210 | 2.10 |
| 4/29/2015 | Copies | 20 | 0.20 |
| 4/30/2015 | Copies | 20 | 0.20 |
| 4/30/2015 | Copies | 60 | 0.60 |
| 4/30/2015 | Copies | 100 | 1.00 |
| 4/30/2015 | Copies | 40 | 0.40 |
| 4/30/2015 | Copies | 20 | 0.20 |
| | **Total** | | **92.79** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Legal*14310204.1