**EXHIBIT C**

Legal*14312561.3

## DISBURSEMENT SUMMARY
## APRIL 1 TO APRIL 30, 2015
## (All Amounts in Canadian Dollars)

Non-Taxable Disbursements
  Copies     $   85.70
  Binding, Tabs, Disks, etc.     $    7.09

Total Non-Taxable Disbursements     $   **92.79 CDN.**