**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD APRIL 1, 2015 THROUGH APRIL 30, 2015
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Hilary Fender | Student | Students | | 1.00 | $175.00 | $175.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 18.40 | $810.00 | $14,904.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 1.30 | $395.00 | $513.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 11.50 | $785.00 | $9,027.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 9.80 | $910.00 | $8,918.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 20.00 | $450.00 | $9,000.00 |
| | | | | | | |
| **TOTAL** | | | | 62.00 | CDN. | $42,538.00 |