## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: TBD**<br>) |

## NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                          Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:                   Official Committee of Unsecured Creditors

Date of Retention:                          March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:                February 1, 2015 through April 30, 2015[2]

Amount of Compensation sought as
actual, reasonable and necessary:           CDN. $220,489.50 Equivalent to USD $176,920.77[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        CDN. $882.42 Equivalent to USD $708.05[3]

This is (a)n: _X__ interim       ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's February, 2015, March, 2015 and April, 2015 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on May 29, 2015 was CDN. $1.00 : U.S. $0.8024

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 5/21/15 Docket No. 15584 | 2/1/15 –2/28/15 | $90,061.00 | $502.05 | $72,048.80 Pending Obj. Deadline June 11, 2015 | $502.05 Pending Obj. Deadline June 11, 2015 | $18,012.20 |
| Date Filed: 5/26/15 Docket No. 15614 | 3/1/15 - 3/31/15 | $87,890.50 | $287.58 | $70,312.40 Pending Obj. Deadline June 16, 2015 | $287.58 Pending Obj. Deadline June 16, 2015 | $17,578.10 |
| Date Filed: 5/29/15 Docket No. 15658 | 4/1/15 - 4/30/15 | $42,538.00 | $92.79 | $34,030.40 Pending Obj. Deadline June 19, 2015 | $92.79 Pending Obj. Deadline June 19, 2015 | $8,507.60 |
| TOTALS: | All amounts in CDN.$ | $220,489.50 | $882.42 | $176,391.60[4] | $882.42[5] | $44,097.90 |

Summary of any Objections to Fee Applications:  None.

Dated: February 27, 2015
      Toronto, Ontario

_____
Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

Legal*14307867.1