**EXHIBIT A**

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[15528] | 2/1/15 - 2/28/15 | $212,070.00 (Fees)<br><br>$7,118.58 (Expenses) | $169,656.00 (Fees @ 80%)<br><br>$7,118.58 (Expenses @ 100%) | 5/6/15 | 5/27/15 |