**Exhibit B**

**Exhibit B**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Taxi: Meetings with RLKS / Nortel engagement team\\Office to airport | 2/24/2015 | $60.00 |
| Wood,Jeffrey T (US013081390) | Mileage: Meetings with RLKS / Nortel engagement team\\Airport to home | 2/24/2015 | $6.33 |
| Wood,Jeffrey T (US013081390) | Air: Economy Class: Meetings with RLKS / Nortel engagement team\\XFEDEF | 2/23/2015 | $426.98 |
| Wood,Jeffrey T (US013081390) | Taxi: Meetings with RLKS / Nortel engagement team\\Airport to office | 2/23/2015 | $60.00 |
| Wood,Jeffrey T (US013081390) | Lodge: Meetings with RLKS / Nortel engagement team\\QDXPJY | 2/24/2015 | $557.48 |
| Wood,Jeffrey T (US013081390) | Dinner: Meetings with RLKS / Nortel engagement team | 2/24/2015 | $11.93 |
| Wood,Jeffrey T (US013081390) | Parking: Meetings with RLKS / Nortel engagement team | 2/24/2015 | $24.00 |
| Wood,Jeffrey T (US013081390) | Air: Economy Class: Meetings with RLKS / Nortel engagement team\\XFEKEF | 2/24/2015 | $519.60 |
| Wood,Jeffrey T (US013081390) | Dinner: Meetings with RLKS / Nortel engagement team | 2/23/2015 | $5.15 |
| Wood,Jeffrey T (US013081390) | Brkft: Meetings with RLKS / Nortel engagement team | 2/24/2015 | $12.00 |
| Wood,Jeffrey T (US013081390) | Mileage: Meetings with RLKS / Nortel engagement team\\Home to airport | 2/23/2015 | $6.33 |
| Trombley,Tarryn Kate Gurney (US012890877 | Mileage: Mileage above standard commute - 6.3 miles each way, 2 trips = 25.2 miles\\Home and Nortel | 3/11/2015 | $14.38 |
| Scott,James E (US011119307) | Mileage: Mileage to Nortel for memo EMEA settlement payments.\\EY / Nortel | 3/9/2015 | $15.53 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute, travel from EY office to/from Nortel offices\\EY office to/from Nortel offices | 3/4/2015 | $16.68 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from Nortel | 3/5/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage in excess of normal commute to/from Nortel offices\\home to/from Nortel | 3/9/2015 | $12.65 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting - airline transaction fee\\XLTIFY | 1/16/2015 | $7.00 |
| Beakey III,Andrew M (US011131290) | RentalCar: Nortel meeting\\111816681 | 1/21/2015 | $46.58 |
| Beakey III,Andrew M (US011131290) | Air: Economy Class: Nortel meeting \\XLTIFY | 1/16/2015 | $897.00 |
| Beakey III,Andrew M (US011131290) | Lodge: Nortel meeting\\XLTIFY | 1/22/2015 | $166.85 |
| Beakey III,Andrew M (US011131290) | Parking: Nortel meeting | 1/21/2015 | $50.00 |
| Beakey III,Andrew M (US011131290) | Brkft: Breakfast with Jeff Wood (EY), A ndy Beakey (EY) and Richard Lydecker (RLKS) to discuss compliance status report and 2015 deductions | 2/24/2015 | $23.00 |
| Beakey III,Andrew M (US011131290) | Misc: Nortel meeting - Tips | 1/21/2015 | $5.00 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Brkft: Nortel meeting - breakfast for self | 1/21/2015 | $15.00 |
| Scott,James E (US011119307) | Mileage: Roundtrip mileage at Nortel with Tim Ross and Jeff Wood. Re: Regarding service provider invoices, Trinidad/Tobago.\\EY/Nortel | 3/18/2015 | $18.40 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from Nortel Offices | 3/12/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from Nortel Offices | 3/11/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices above normal commute\\home to/from Nortel | 3/18/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel from EY office\\home to/from nortel office | 3/23/2015 | $18.40 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location for meetings.  The origin was the EY Office and the destination was Research Triangle Park.\\EY Office; RTP | 3/18/2015 | $16.10 |
| Davidson,Garrett M. (US012966979) | Dinner: Dinner expenses incurred in Raleigh, NC while working with Saira Fida on the E&P study | 1/14/2015 | $32.92 |
| Davidson,Garrett M. (US012966979) | Dinner: Dinner expenses incurred while in Raleigh working on the E&P study | 2/9/2015 | $2.54 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred in Raleigh, NC while working with Saira Fida on the E&P study | 1/13/2015 | $3.21 |
| Davidson,Garrett M. (US012966979) | Air: American Express Business expenses related to travelling to Raleigh, NC to gather information used for the  E&P study\\LATVEM | 1/6/2015 | $7.00 |
| Davidson,Garrett M. (US012966979) | Dinner: Dinner expenses incurred while in Raleigh working on the E&P study | 2/10/2015 | $14.28 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred while in Raleigh working on the E&P study | 2/9/2015 | $3.98 |
| Davidson,Garrett M. (US012966979) | Dinner: Dinner expenses incurred in the Miami airport before travelling to Raleigh to work on the E&P study | 2/9/2015 | $5.70 |
| Davidson,Garrett M. (US012966979) | Taxi: Taxi expense to drive to the Miami airport before travelling to North Carolina to work at Nortel\\Downtown Miami // MIA airport | 2/9/2015 | $20.86 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Davidson,Garrett M. (US012966979) | Lunch: Lunch meeting with Saira Fida to review the Nortel ITS workstream tracker.  Approved by Steve Puett (Partner, EY Atlanta) | 1/30/2015 | $26.66 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred in Raleigh, NC while working with Saira Fida on the E&P study | 1/15/2015 | $4.57 |
| Davidson,Garrett M. (US012966979) | RentalCar: Rental car expenses related to travelling to Raleigh, NC to gather information used for the  E&P study\\107827086 | 1/15/2015 | $113.88 |
| Davidson,Garrett M. (US012966979) | Dinner: Dinner expenses incurred in Raleigh while working in the E&P study | 1/15/2015 | $5.06 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred in Raleigh, NC while working with Saira Fida on the E&P study | 1/14/2015 | $13.38 |
| Davidson,Garrett M. (US012966979) | Taxi: Taxi expense incurred in Miami to travel from the MIA airport to my house in Little Havana after working in Raleigh with the Nortel team\\MIA airport // Little Havana | 1/16/2015 | $12.16 |
| Davidson,Garrett M. (US012966979) | Dinner: Dinner expenses incurred in the Raleigh airport after working in Raleigh on the E&P study | 2/11/2015 | $38.04 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred while in Raleigh working on the E&P study | 2/9/2015 | $2.68 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred in Raleigh, NC while working with Saira Fida on the E&P study | 1/13/2015 | $9.14 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred in Raleigh, NC while working with Saira Fida on the E&P study | 1/14/2015 | $4.57 |
| Davidson,Garrett M. (US012966979) | Air: American Express Booking fee related to traveling to Raleigh, NC to work with Saira Fida on the E&P study\\LYPKCC | 1/14/2015 | $3.95 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred while in Raleigh working on the E&P study | 2/10/2015 | $9.14 |
| Davidson,Garrett M. (US012966979) | RentalCar: Rental car expenses incurred while travelling to Raleigh to work with the client on FBAR filings\\120788345 | 2/11/2015 | $114.35 |
| Davidson,Garrett M. (US012966979) | Brkft: Breakfast expenses incurred in Raleigh while working with the Nortel team | 2/11/2015 | $9.14 |
| Davidson,Garrett M. (US012966979) | Air: Economy Class: Airfare expenses incurred while travelling to Raleigh to work with the client on FBAR filings\\YZVZHV | 2/17/2015 | $386.48 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Davidson,Garrett M. (US012966979) | Air: Airfare expenses incurred while travelling to Raleigh to work with the client on FBAR filings\\YZVZHV | 2/17/2015 | $35.00 |
| Davidson,Garrett M. (US012966979) | Dinner: Dinner expenses incurred in Raleigh, NC while working with Saira Fida on the E&P study | 1/13/2015 | $44.52 |
| Beakey III,Andrew M (US011131290) | Dinner: Dinner with Jeff Wood to discuss upcoming meeting with RLKS and 2015 tax deductions | 2/23/2015 | $152.28 |
| Beakey III,Andrew M (US011131290) | Tolls: Nortel meeting - tolls\\home to airport | 1/20/2015 | $12.00 |
| Beakey III,Andrew M (US011131290) | Mileage: Nortel meeting - tolls\\home to airport | 1/20/2015 | $40.25 |
| | | Totals | $4,190.71 |