**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: To Be Determined** |

**TWENTY-FIFTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF FEBRUARY 1, 2015 THROUGH MARCH 31, 2015**

E&Y LLP hereby submits its twenty-fifth quarterly fee application request (the "<u>Request</u>") for the period February 1, 2015 through and including March 31, 2015 (the "<u>Compensation Period</u>").

| E&Y LLP seeks approval of the following fee application: **Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 4/17/15 | 2/1/15-2/28/15 | $413,584.00 | $687.00 | 5/11/15 D.E. 15540 | $330,867.20 | $687.00 | $82,716.80 |
| 5/29/15 | 3/1/15-3/31/15 | $452,657.00 | $4,190.71 | Pending | $362,125.60 | $4,190.71 | $90,531.40 |
| **TOTAL** | | **$866,241.00** | **$4,877.71** | | **$692,992.80** | **$4,877.71** | **$173,248.20** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: May 29, 2015                                     Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

**COMPENSATION BY PROFESSIONAL**
**THROUGH MARCH 31, 2015**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $660 | 14.5 | $9,570 |
| Aldridge, Shelley Barrett | Staff | $210 | 30.8 | $6,468 |
| Barras, James Christopher | Executive Director | $660 | 1.5 | $990 |
| Beakey III, Andrew M. | Partner | $660 | 20.5 | $13,530 |
| Bean, Lauren Anderson | Senior | $340 | 132.0 | $44,880 |
| Bilger, Diana L. | Executive Director | $660 | 1.0 | $660 |
| Botelho, Kelli Jane | Staff | $210 | 0.5 | $105 |
| Breton, Kristina | Senior | $340 | 46.1 | $15,674 |
| Bruno, William D. | Executive Director | $660 | 0.6 | $396 |
| Carroll, Kara Ruth | Staff | $210 | 167.6 | $35,196 |
| Chappell, Thomas J. | Executive Director | $660 | 2.0 | $1,320 |
| Clark, Randy | Manager | $470 | 8.0 | $3,760 |
| Cohen, Samuel | Senior Manager | $570 | 1.3 | $741 |
| Davidson, Garrett M. | Senior | $340 | 174.0 | $59,160 |
| Davis, Seth W. | Senior Manager | $570 | 0.5 | $285 |
| Dudrear, David J. | Executive Director | $660 | 2.2 | $1,452 |
| Emory, Elizabeth M. | Manager | $470 | 8.0 | $3,760 |
| Feal, Alex R. | Staff | $210 | 24.5 | $5,145 |
| Fida, Saira | Senior | $340 | 206.2 | $70,108 |
| Fitzsimmons, Megan R. | Senior Manager | $570 | 1.5 | $855 |
| Furlo III, Ralph Louis | National Partner | $725 | 0.5 | $363 |
| Gentile, Matthew Donald | Senior Manager | $570 | 71.0 | $40,470 |
| Gilefsky, Scott M. | Partner | $660 | 0.5 | $330 |
| Gilinsky, David | Senior | $340 | 39.0 | $13,260 |
| Greenstein, Jeffrey H. | Executive Director | $725 | 3.0 | $2,175 |
| Gujral, Saransh | Senior | $340 | 16.7 | $5,678 |
| Gupta, John R. | Executive Director | $660 | 0.8 | $528 |
| Hancock, John Justice | Executive Director | $660 | 0.5 | $330 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Harris, Erik S. | Executive Director | $660 | 1.0 | $660 |
| Harrison IV, George Jackson | Partner | $660 | 3.0 | $1,980 |
| Hines, Herbert Bell | Senior Manager | $570 | 1.5 | $855 |
| Hitchcock, Kyle Jared | Senior | $340 | 33.9 | $11,526 |
| Holcomb, Gary Andrew | Executive Director | $660 | 2.5 | $1,650 |
| Jacks, Sarah Butler | Senior Manager | $570 | 138.9 | $79,173 |
| Jackson, Stephen F. | Partner | $725 | 0.5 | $363 |
| Keefe, Michael J. | Manager | $470 | 0.7 | $329 |
| Kennedy, Jamie B | Staff | $210 | 11.0 | $2,310 |
| Kenny, John Michael | Senior | $340 | 1.3 | $442 |
| Khaw, Kristie | Senior | $340 | 2.0 | $680 |
| Korman, William H. | Executive Director | $660 | 0.5 | $330 |
| Kusterman, William D. | Executive Director | $660 | 1.5 | $990 |
| Lamb, Robert H. | Executive Director | $660 | 0.8 | $528 |
| Liesmann, Brian S. | Senior Manager | $570 | 3.0 | $1,710 |
| Lindy, Jennifer Duval | Senior Manager | $570 | 5.3 | $3,021 |
| Lombardo, Lauri | Manager | $470 | 2.8 | $1,316 |
| Marin, Thomas V. | Executive Director | $660 | 2.0 | $1,320 |
| Mesler, Mark S. | Partner | $660 | 10.0 | $6,600 |
| Moore, Meredith M. | Staff | $210 | 121.7 | $25,557 |
| Niesen, Davila K. | Executive Director | $660 | 1.0 | $660 |
| Norton, James Edward | Senior | $340 | 1.1 | $374 |
| Peabody, Brian A. | Partner | $725 | 0.5 | $363 |
| Phillips, David L. | Executive Director | $660 | 1.0 | $660 |
| Ponds, Loren C. | Senior Manager | $570 | 35.0 | $19,950 |
| Puett, Stephen W. | Partner | $660 | 3.0 | $1,980 |
| Quigley, Nicholas W. | Manager | $470 | 6.6 | $3,102 |
| Ramos, Marcel | Senior | $340 | 5.0 | $1,700 |
| Rutter, Donna R. | Executive Director | $660 | 1.1 | $726 |
| Scott, Eric D. | Senior Manager | $570 | 0.5 | $285 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott, James E. | Partner | $660 | 64.4 | $42,504 |
| Shapiro, Ari J. | Staff | $210 | 37.9 | $7,959 |
| Snider, Russell A. | Executive Director | $660 | 2.0 | $1,320 |
| Stamm, Michael T. | Senior Manager | $570 | 3.5 | $1,995 |
| Stokes, Joshua C. | Senior | $340 | 1.0 | $340 |
| Sutherland, Alyssa McKenzie | Staff | $210 | 6.5 | $1,365 |
| Thomas, Mallory | Staff | $210 | 74.6 | $15,666 |
| Thompson, Emily Clerc | Senior | $340 | 37.8 | $12,852 |
| Thompson, Jeffrey Allen | Senior Manager | $570 | 8.5 | $4,845 |
| Tilmann, Saul D. | Senior Manager | $570 | 2.1 | $1,197 |
| Trombley, Tarryn Kate Gurney | Senior | $340 | 40.5 | $13,770 |
| Tufino, Salvatore J. | Executive Director | $660 | 1.0 | $660 |
| Vantol, Greg W. | Senior Manager | $570 | 0.6 | $342 |
| Vaughn, Deborah | Senior | $340 | 109.0 | $37,060 |
| Wagner, Darin A. | Senior Manager | $570 | 0.5 | $285 |
| Ward, Richard D. | Executive Director | $660 | 1.0 | $660 |
| Weden, Marcus L. | Manager | $470 | 0.5 | $235 |
| Wetherington, Trevor T. | Executive Director | $660 | 0.5 | $330 |
| Wilcox, Sheri A. | Executive Director | $660 | 0.5 | $330 |
| Williams, Edward M. | Partner | $660 | 5.5 | $3,988 |
| Wood, Jeffrey T. | Executive Director | $660 | 324.5 | $210,210 |
| **TOTAL** | | | **2,096.4** | **$866,242** |

3

## COMPENSATION BY PROJECT CATEGORY
## THROUGH MARCH 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Domestic Tax | 18.2 | $11,449 |
| Federal Consulting | 459.4 | $250,900 |
| International Consulting | 388.2 | $118,520 |
| State and Local Consulting | 497.9 | $175,516 |
| Tax Compliance | 732.7 | $309,856 |
| **TOTAL** | **2,096.4** | **$866,241** |

## EXPENSE SUMMARY
## THROUGH MARCH 31, 2015

| Expense Category | Total Expenses |
|---|---:|
| Air | $2,622.71 |
| Breakfast | $109.81 |
| Dinner | $348.45 |
| Lodge | $864.26 |
| Lunch | $26.66 |
| Mileage | $387.02 |
| Misc. | $5.00 |
| Parking | $74.00 |
| Rental Car | $274.81 |
| Taxi | $153.02 |
| Tolls | $12.00 |
| **TOTAL** | **$4,877.74** |

4