# EXHIBIT A

**Time Detail**

| Employee | Date | Hours | Total Charges | Description |
|---|---|---|---|---|
| Farswani Vikas | 19-Feb-15 | 1.50 | $ 765.60 | Research non-qualified employee plan related questions (1.5). |
| Farswani Vikas | 19-Feb-15 | 2.00 | $ 1,020.80 | Research regarding non-qualified employee plan (1.5); telephone conferences with Deb Parker regarding same (0.5). |
| Mayer Julie J | 23-Feb-15 | 1.00 | $ 80.04 | Plan research assistance (1.0). |
| Farswani Vikas | 4-Mar-15 | 6.75 | $ 3,445.20 | Plan analysis for participants (6.75). |
| Gontowski Kevin | 5-Mar-15 | 1.00 | $ 690.20 | Plan analysis and review for participants (1.0). |
| Gontowski Kevin | 6-Mar-15 | 0.25 | $ 172.56 | Plan analysis and review for participants (.25). |
| Farswani Vikas | 10-Mar-15 | 4.75 | $ 2,424.40 | Research plan census liability claims (4.75). |
| Gontowski Kevin | 10-Mar-15 | 0.25 | $ 172.56 | Research and review of census liability claims (0.25). |
| Farswani Vikas | 11-Mar-15 | 1.00 | $ 510.40 | Telephone conference with Cleary working group regarding plan census data (1.0). |
| Farswani Vikas | 16-Mar-15 | 1.75 | $ 893.20 | Telephone conference with Cleary working group regarding plan census data (1.0); additional follow-up analysis based upon same (0.75). |
| Gontowski Kevin | 17-Mar-15 | 0.25 | $ 172.56 | Review of analysis of plan census liability claims (0.25). |
| Farswani Vikas | 19-Mar-15 | 3.50 | $ 1,786.40 | Plan census data and claims validation (3.5). |
| Mayer Julie J | 23-Mar-15 | 0.25 | $ 20.02 | Plan research assistance (0.25). |
| Farswani Vikas | 26-Mar-15 | 4.50 | $ 2,296.80 | Plan census data and claims validation (4.5) |
| Gontowski Kevin | 30-Mar-15 | 0.50 | $ 345.10 | Review of plan liability validation (0.5). |
| Farswani Vikas | 31-Mar-15 | 5.50 | $ 2,807.20 | Review of plan calculations (5.5). |
| Farswani Vikas | 3-Apr-15 | 1.00 | $ 510.40 | Telephone conferences with Deb Parker (Nortel) regarding census liability claims and related issues (1.0). |
| Farswani Vikas | 3-Apr-15 | 3.75 | $ 1,914.00 | Plan liability claim validation (3.75). |
| Farswani Vikas | 6-Apr-15 | 3.00 | $ 1,531.20 | Plan census liability validation (1.5); additional analysis regarding same (1.5). |
| Farswani Vikas | 13-Apr-15 | 5.00 | $ 2,552.00 | Review of plan calculations (5.0). |
| Gontowski Kevin | 13-Apr-15 | 0.25 | $ 172.56 | Review of plan calculations (0.25). |
| Farswani Vikas | 14-Apr-15 | 6.50 | $ 3,317.60 | Research plan liability claims (6.5). |
| Gontowski Kevin | 14-Apr-15 | 0.25 | $ 172.56 | Review analysis of plan issues (0.25). |
| Gontowski Kevin | 15-Apr-15 | 0.50 | $ 345.10 | Review analysis of plan issues (0.50). |
| Mayer Julie J | 20-Apr-15 | 2.00 | $ 160.08 | Plan research assistance (2.0). |
| Farswani Vikas | 27-Apr-15 | 1.50 | $ 765.60 | Plan census data analysis (1.5). |
| Farswani Vikas | 30-Apr-15 | 1.50 | $ 765.60 | Plan census data analysis (1.5). |
| | **Totals:** | **60.00** | **$ 29,809.74** | |