# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., et al., ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, Esquire, hereby certify that on June 1, 2015, a true and correct copy of the foregoing document was served via overnight delivery or United States Mail upon all parties on the attached list.

Dated: June 1, 2015

                            **BENESCH, FRIEDLANDER, COPLAN**
                              **& ARONOFF LLP**

By:   */s/ Jennifer R. Hoover*
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801
        Telephone:  (302) 442-7006
        Facsimile:  (302) 442-7012
        jhoover@beneschlaw.com

        *Special Litigation Counsel to the Debtors*

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
*Via Overnight Delivery*

Nortel Networks, Inc.
Attn:  Accounts Payable
P.O. Box 13010
RTP, NC 27709
*Via United States Mail*

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
PO Box 1347
Wilmington, DE  19899-1347
*Via Overnight Delivery*

Mark Kinney
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Mark.Kenney@usdoj.gov
*Via email*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*Via Overnight Delivery*

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
*Via Overnight Delivery*

Judith Scarborough
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
jscarborough@mastersidlow.com
*Via email*

8599907 v1