IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 15544 and 15545** |
| | Hearing Date: June 25, 2015 9:00 a.m. (ET) |
| | Objection Deadline: June 10, 2015 at 4:00 p.m. (ET) |

---

## RE-NOTICE OF U.S. DEBTORS' MOTION FOR CLARIFICATION AND/OR RECONSIDERATION OF THE MAY 12, 2015 ALLOCATION TRIAL OPINION AND ORDER (HEARING AND BRIEFING DATES CHANGED)

PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, filed the **U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order** ("Motion") on May 26, 2015 and initially noticed the hearing for June 30, 2015 with an objection deadline of June 15, 2015. At the request of the court, the hearing was rescheduled for a joint hearing with the Canadian court for June 25 at 9:00 a.m. with a requirement that all briefs be filed by June 18, 2015.

PLEASE TAKE FURTHER NOTICE, in light of the rescheduled hearing date and court-imposed briefing deadline, that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **June 10, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

---

[1] In addition to Nortel Networks Inc. ("NNI"), the U.S. Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the U.S. Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that any replies in support of the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **June 18, 2015 at 4:00 p.m. (Eastern Time)** (the "Reply Deadline").

At the same time, you must serve such Reply on counsel for the Debtors and any party filing an Objection so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 25, 2015 AT 9:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  June 2, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200 |

Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

9179622.2