IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 15544, 15545 & 15615**<br><br>Hearing Date: June 25, 2015 at 9:00 a.m. (ET)<br>Objection Deadline: June 10, 2015 at 4:00 p.m. (ET) |

### RE-NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC NOTES, PURSUANT TO FED. R. CIV. P. 52(b), 59(e), AND 60, FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER AND ALLOCATION TRIAL OPINION

**PLEASE TAKE NOTICE** that on May 26, 2015, Law Debenture Trust Company of New York ("Law Debenture"), as indenture trustee for the NNCC Notes (as defined in the Motion), by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, filed the *Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60, for Partial Reconsideration of the Court's Order and Allocation Trial Opinion* (the "Motion") [D.I. 15615] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Law Debenture initially noticed the hearing for June 30, 2015 with an objection deadline of June 15, 2015. At the request of the Court, the hearing was rescheduled for a joint hearing with the Canadian Court for June 25, 2015 at 9:00 a.m. (Eastern Time) with a requirement that all briefs be filed by June 18, 2015.

**PLEASE TAKE FURTHER NOTICE**, in light of the rescheduled hearing date and Court-imposed briefing deadline, that any party wishing to respond to the Motion must file a response or objection, if any, to the Motion with the Clerk of United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel **so as to be received on or before June 10, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any replies in support of the Motion must be filed with the with the Clerk of United States Bankruptcy Court for the District of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

7809659

Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 **on or before June 18, 2015 at 4:00 p.m. (ET)** (the "Reply Deadline").  At the same time, you must serve such Reply on the undersigned counsel and any party filing an objection or response to the Motion so as to be received by the Reply Deadline.

**PLEASE TAKE FURTHER NOTICE** that **a hearing on the Motion will be held on June 25, 2015 at 9:00 a.m. (ET)** before the Honorable Kevin Gross, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801.  Only parties who have filed a timely response or objection will be heard at the hearing.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:    Wilmington, Delaware
          June 2, 2015

**MORRIS JAMES LLP**

_/s/ Stephen M. Miller_
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone:  (302) 888-6800
Facsimile:   (302) 571-1750
Email: smiller@morrisjames.com

– and –

**PATTERSON BELKNAP WEBB & TYLER LLP**
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone:  (212) 336-2000
Facsimile:   (212) 336-2222
Email:  dalowenthal@pbwt.com
        bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

7809659