**IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for the Nortel Trade Claim Consortium in the above-captioned chapter 11 cases. Pursuant to Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned request that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

| | |
|---|---|
| Jeffrey M. Schlerf, Esq. | Edward S. Weisfelner, Esq. |
| FOX ROTHSCHILD LLP | Bennett S. Silverberg, Esq. |
| Citizens Bank Center | BROWN RUDNICK LLP |
| 919 North Market Street, Suite 300 | Seven Times Square |
| Wilmington, DE  19801 | New York, NY 10036 |
| Telephone:  (302) 654-7444 | Telephone:  (212) 209-4800 |
| Facsimile:  (302) 656-8920 | Facsimile:  (212) 209- 4801 |
| jschlerf@foxrothschild.com | eweisfelner@brownrudnick.com |
| | bsilverberg@brownrudnick.com |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

and

Steven D. Pohl, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201
spohl@brownrudnick.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated:   June 3, 2015 FOX ROTHSCHILD LLP

By:  */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE  19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

-and-

Edward S. Weisfelner, Esq.
Bennett S. Silverberg, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209- 4801

-and-

Steven D. Pohl, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to the Nortel Trade Claim Consortium*