**<u>Exhibit B</u>**

**NORTEL NETWORKS**
**CASE NO. 09-10138 (KG)**
**EMAIL SERVICE LIST**

GOWLING LAFLEUR HENDERSON
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, ON M5X 1G5
Canada
derrick.tay@gowlings.com;
jennifer.stam@gowlings.com

GOODMANS LLP
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7
Canada
jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
bzarnett@goodmans.ca
amark@goodmans.ca
pruby@goodmans.ca
jkimmel@goodmans.ca
carmstrong@goodmans.ca

ERNST & YOUNG
nortel.monitor@ca.ey.com

ALLEN & OVERY LLP
1221 Avenue of the Americas, 20th Floor
New York, New York 10020
ken.coleman@allenovery.com
paul.keller@allenovery.com
daniel.guyder@allenovery.com
laura.hall@allenovery.com
Joseph.Badtke-Berkow@allenovery.com
jonathan.cho@allenovery.com
Nicolette.ward@allenovery.com
jacob.pultman@allenovery.com

BUCHANAN INGERSOLL & ROONEY PC
1105 N. Market Street, Suite 1900
Wilmington, DE 19801-1228
Kathleen.murphy@bipc.com
mary.caloway@bipc.com

TORYS LLP
1114 Avenue of the Americas, 23rd Floor
New York, NY 10036
tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
aslavens@torys.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
jbromley@cgsh.com
lschweitzer@cgsh.com
hzelbo@cgsh.com
jrosenthal@cgsh.com
dstein@cgsh.com
mdecker@cgsh.com
jmoessner@cgsh.com
aluft@cgsh.com
irozenberg@cgsh.com
jerickson@cgsh.com
mgurgel@cgsh.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
DAbbott@MNAT.com
tminott@MNAT.com
ARemming@MNAT.com

DAVIES WARD PHILLIPS & VINEBERG LLP
155 Wellington Street West
Toronto  ON  M5V 3J7
Canada
rschwill@dwpv.com
scampbell@dwpv.com
jdoris@dwpv.com
lsarabia@dwpv.com

**NORTEL NETWORKS**
**CASE NO. 09-10138 (KG)**
**EMAIL SERVICE LIST**

LAX O'SULLIVAN SCOTT LISUS LLP
145 King Street West
Suite 2750
Toronto  ON  M5H 1J8
mgottlieb@counsel-toronto.com
twynne@counsel-toronto.com
pmichell@counsel-toronto.com
jzhi@counsel-toronto.com

YOUNG CONAWAY STARGATT TAYLOR
1000 West Street
Wilmington, DE 19801
eharron@ycst.com
dorsey@ycst.com
jchapman@ycst.com

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
adler@hugheshubbard.com
oxford@hugheshubbard.com
tabataba@hugheshubbard.com
huberty@hugheshubbard.com

KOSKIE MINSKY LLP
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3
Canada
mzigler@kmlaw.ca
sphilpott@kmlaw.ca
akaplan@kmlaw.ca
bwalancik@kmlaw.ca
jvanbakel@kmlaw.com

PALIARE ROLAND ROSENBERG ROTHSTEIN LLP
155 Wellington Street West, 35th Floor,
Toronto  ON  M5V 3H1
Canada
ken.rosenberg@paliareroland.com
max.starnino@paliareroland.com
lily.harmer@paliareroland.com
karen.jones@paliareroland.com
tina.lie@paliareroland.com
michelle.jackson@paliareroland.com
Jacqueline.cummins@paliareroland.com

CAW-CANADA
Legal Department
205 Placer Court
Toronto, ON M2H 3H9
barry.wadsworth@caw.ca
lewis.gottheil@caw.ca

SHIBLEY RIGHTON LLP
250 University Avenue, Suite 700
Toronto, ON M5H 3E5
arthur.jacques@shibleyrighton.com
thomas.mcrae@shibleyrighton.com

NELLIGAN O'BRIEN PAYNE LLP
50 O'Connor, Suite 1500
Ottawa, ON K1P 6L2
janice.payne@nelligan.ca
steven.levitt@nelligan.ca
christopher.rootham@nelligan.ca

McCARTHY TÉTRAULT LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, ON M5K 1E6
bboake@mccarthy.ca
jgage@mccarthy.ca
emarques@mccarthy.ca
psteep@mccarthy.ca
bdshaw@mccarthy.ca
skour@mccarthy.ca
kpeters@mccarthy.ca

DLA PIPER LLP
1201 North Market Street Suite 2100
Wilmington, Delaware  19801
selinda.melnik@dlapiper.com
richard.hans@dlapiper.com
timothy.hoeffner@dlapiper.com
farahlisa.sebti@dlapiper.com

**NORTEL NETWORKS**
**CASE NO. 09-10138 (KG)**
**EMAIL SERVICE LIST**

ENNETT JONES LLP
3400 One First Canadian Place
PO Box 130
Toronto ON M5X 1A4
zychk@bennettjones.com
orzyr@bennettjones.com
finlaysong@bennettjones.com
swanr@bennettjones.com
zweigs@bennettjones.com
bellj@bennettjones.com
mclachlana@bennttjones.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
TKreller@milbank.com
JHarris@milbank.com
APisa@milbank.com
svora@milbank.com
aleblanc@milbank.com
mhirschfeld@milbank.com
amiller@milbank.com
tmatz@milbank.com
nbassett@milbank.com
gruha@milbank.com
rpojunas@milbank.com

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park, Bank of America Tower
New York, NY  10036-6745
fhodara@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
rajohnson@akingump.com
bkahn@akingump.com
cdoniak@akingump.com
jsorkin@akingump.com
jyecies@akingump.com

ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA, United Kingdom
angela.pearson@ashurst.com
antonia.croke@ashurst.com

CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto ON, M5H 3C2
Canada
skukulowicz@casselsbrock.com
mwunder@casselsbrock.com
rjacobs@casselsbrock.com

THORNTON GROUT FINNIGAN LLP
Suite 3200
100 Wellington Street West
P.O. Box 329, Toronto-Dominion Centre
Toronto, ON Canada
M5K 1K7
mbarrack@tgf.ca
djmiller@tgf.ca
rlewis@tgf.ca
amcewan@tgf.ca
jfinnigan@tgf.ca
mshakra@tgf.ca

BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
cdavis@bayardlaw.com
jalberto@bayardlaw.com

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
boconnor@willkie.com
sadvani@willkie.com
ahanrahan@willkie.com

MCMILLAN LLP - TORONTO
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, Canada
ON M5J 2T3
sheryl.seigel@mcmillan.ca

**NORTEL NETWORKS**
**CASE NO. 09-10138 (KG)**
**EMAIL SERVICE LIST**

VEDDER PRICE
1633 Broadway 47th Floor
New York, New York 10019
mriela@vedderprice.com

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
craig.barbarosh@kattenlaw.com
david.crichlow@kattenlaw.com
Karen.dine@kattenlaw.com

BORDEN LADNER GERVAIS LLP
Scotia Plaza
40 King Street West
44th Floor
Toronto ON M5H 3Y4
Canada
elamek@blg.com
jszumski@blg.com

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
dalowenthal@pbwt.com

OSLER, HOSKIN & HARCOURT LLP
100 King Street West
1 First Canadian Place, Suite 6200
P.O. Box 50
Toronto ON M5X 1B8
lbarnes@osler.com
esellers@osler.com
eputnam@osler.com
ahirsh@osler.com
acobb@osler.com

NORTON ROSE FULBRIGHT CANADA LLP
Suite 3800, Royal Bank Plaza, South Tower, 200
Bay Street, P.O. Box 84
Toronto  ON  M5J 2Z4
Canada
michael.lang@nortonrosefulbright.com

HOGAN LOVELLS INTERNATIONAL LLP
Atlantic House
Holborn Viaduct
London, EC1A 2FG  United Kingdom
'amdg@hoganlovells.com
john.tillman@hoganlovells.com
Matthew.bullen@hoganlovells.com
david.graves@hoganlovells.com
katherine.tallett-williams@hoganlovells.com

HERBERT SMITH FREEHILLS LLP
Exchange House
Primrose Street
London
EC2A 2EG
james.norris-jones@hsf.com

DENTONS
77 King Street West Suite 400 Toronto-
Dominion Centre
Toronto  ON  M5K 0A1
Canada
john.salmas@dentons.com
kenneth.kraft@dentons.com

OFFICE OF THE U.S. TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519
mark.kenney@usdoj.gov