IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al. | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER

The schedule on the briefing of the motions for reconsideration and or clarification is as follows:

    Motions:    Filed on May 26, 2015

    Oppositions:    June 12, 2015 at 4:00 p.m.

    Replies:    June 22, 2015 at 4:00 p.m.

    Argument:    June 25, 2015 at 9:00 a.m. (Joint with Canada)

SO ORDERED.

Dated: June 4, 2015

                                                    Kevin Gross, U.S.B.J.