IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re                                               :     Chapter 11
                                                    :
Nortel Networks Inc., et al.,[1]                    :     Case No. 09-10138 (KG)
                                                    :
              Debtors.                              :     Jointly Administered
                                                    :
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Lynton Ronald Wilson hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 3739).

Dated: ~~Toronto~~ OAKVILLE, Ontario Canada
April __, 2015

Lynton Ronald Wilson

_____
Lynton Ronald Wilson
~~BCE Inc.~~  2038 LAKESHORE ROAD EAST,
~~Oxford Tower~~  OAKVILLE, ONTARIO L6J 1M3
~~130 Adelaide Street West, Suite 2212~~  CANADA.
~~Toronto, Ontario M5H 3P5~~
~~Canada~~

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.