IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
*In re*                                                    : Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         : Case No. 09-10138 (KG)
                                                           :
         Debtors.                                 : Jointly Administered
                                                           :
-----------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

James J. Blanchard hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 3964) as it relates to a claim for contribution or indemnification in respect of a claim styled *In re Nortel Networks Corp. ERISA Litigation*, transferred to the Middle District of Tennessee (Nashville Division) on June 25, 2003 as Case No. 3:03-md-01537.

Dated: Washington, DC
       April 23, 2015

                                                  James J. Blanchard
                                                  James J. Blanchard
                                                  500 Eighth Street N.W.
                                                  Washington, DC 20004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.