IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                    Debtors.                                   :    Jointly Administered
                                                               :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

L. Yves Fortier hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 5392).

Dated: Montreal, Quebec Canada
        April 23, 2015

                                        L. Yves Fortier
                                        _____
                                        L. Yves Fortier
                                        ~~Ogilvy Renault~~   CABINET YVES FORTIER
                                        ~~Suite 500 – 1 Place Ville-Marie~~   SUITE 2822
                                        Montreal, Quebec ~~H3B 1R1~~   1 Place Ville Marie
                                        Canada
                                                Montreal, Quebec H3B-4R4
                                                CANADA

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.