IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                : Chapter 11
:
Nortel Networks Inc                  : Case 09-10138 (KG)
:
         Debtors                     : Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

John A. Roth hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 6172).

Dated: Orangeville, Ontario
       April 16, 2015

                                    _____
                                    John A. Roth
                                    993673 Mono Adjala Town Line
                                    Orangeville, Ontario L9W 2Z2
                                    Canada

---

number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Otera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.