IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
*In re*                                                          :    Chapter 11
                                                                 :
Nortel Networks Inc., *et al.*,[1]                               :    Case No. 09-10138 (KG)
                                                                 :
                                    Debtors.                     :    (Jointly Administered)
                                                                 :
                                                                 :    **Related Docket No. 15612**
---------------------------------------------------------------- x

         Objection Deadline: <u>June 12, 2015 at 4:00 p.m.</u> prevailing Eastern time
         Hearing Date: <u>June 25, 2015 at 9:00 a.m.</u> prevailing Eastern time

### AMENDED[2] NOTICE OF *AD HOC* GROUP OF BONDHOLDERS' MOTION FOR RECONSIDERATION OF OPINION AND ORDER ALLOCATING PROCEEDS FROM ASSET SALES OF NORTEL NETWORKS, INC., ITS AFFILIATES AND SUBSIDIARIES

**PLEASE TAKE NOTICE** that on May 26, 2015, the ad hoc group of bondholders (the "<u>Bondholder Group</u>")[3] filed the *Ad Hoc Group of Bondholders' Motion for Reconsideration of Opinion and Order Allocating Proceeds from Asset Sales of Nortel Networks, Inc., its Affiliates and Subsidiaries* [Docket No. 15612] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>"). A copy of this Motion was previously served upon you.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] **Amended items are noted in bold and underlined.**

[3] The Bondholder Group consists of entities that hold bonds issued or guaranteed by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc., and Nortel Networks Capital Corporation.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 12, 2015 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Bondholder Group: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899, Attn: Laura Davis Jones, Esquire and Peter J. Keane, Esquire; and (b) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Andrew M. Leblanc, Esquire; and (ii) counsel to the Debtors, (a) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: James L. Bromley, Esquire; and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347, Attn: Derek C. Abbott, Esquire.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **JUNE 25, 2015 AT 9:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated: June 4, 2015

        **PACHULSKI STANG ZIEHL & JONES LLP**

        /s/ *Peter J. Keane*
        Laura Davis Jones (No. 2436)
        Peter J. Keane (No. 5503)
        919 N. Market Street, 17th Floor
        PO Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        -and-

        **MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
        Dennis F. Dunne
        Albert A. Pisa
        Andrew M. Leblanc
        Atara Miller
        1 Chase Manhattan Plaza
        New York, New York 10005-1413
        Telephone: (212) 530-5000
        Facsimile: (212) 530-5219

        -and-

        Thomas R. Kreller
        601 S. Figueroa Street, 30th Floor
        Los Angeles, California 90017
        Telephone: (213) 892-4463
        Facsimile: (213) 629-5063

        ***Attorneys for Ad Hoc Group of Bondholders***

DOCS_DE:200066.1 61026/001