IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15692-15693** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 4, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse
Kimberly Murray Cruse

Sworn to before me this
4th day of June, 2015

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064506
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 20__

# EXHIBIT A

Case 09-10138-MFW    Doc 15716    Filed 06/08/15    Page 2 of 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

KOEHLER JR., EDWIN C.
7319 FURNACE ROAD
ONTARIO, NY 14519

Please note that your claim # 1315 in the above referenced case and in the amount of $41,014.45 allowed at $72,440.73 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000093963242 ***      NNI TRFNTC (MERGE2, TXNUM2) 4000115780



HAIN CAPITAL INVESTORS, LLC
TRANSFEROR: KOEHLER JR., EDWIN C.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     15692     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/04/2015                    David D. Bird, Clerk of Co

/s/ Kimberly Murray-Cruse
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 4, 2015.

# EXHIBIT B

NORTEL
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: KOEHLER JR., EDWIN C., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: RODRIGUEZ, JOSEPH, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| KOEHLER JR., EDWIN C. | 7319 FURNACE ROAD, ONTARIO, NY 14519 |
| RODRIGUEZ, JOSEPH | 1734 MAPLE LEAF DRIVE, WYLIE, TX 75098 |

**Total Creditor Count 4**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006