## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Objection Deadline: June 18, 2015 at 4:00 p.m. (ET)** |

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2015 THROUGH APRIL 30, 2015.**

| | |
|---|---|
| Exhibit A: | Summary of Professionals |
| Exhibit B: | Summary of Projects and Project Descriptions |
| Exhibit C: | Summary of Fees and Expenses |
| Exhibit D: | Summary of Time by Professional |
| Exhibit E: | Summary of Fees by Project |
| Exhibit F: | Time Description Detail by Project |
| Exhibit G: | Summary of Expenses by Category |
| Exhibit H: | Expense Detail |

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, April 1, 2015 through April 30, 2015, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

[2] The cover page for the Report by the Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of March 1, 2015 Through March 31, 2015 (D.I. 15520, Filed 5/1/2015) (the "March Report") erroneously stated that Mergis' fees for the period were $244,052.50. The Exhibits to the March Report correctly stated that Mergis' fees for the period were $244,502.50.

Mergis' fees for this period are $230,010.00. Mergis incurred $2,355.06 in expenses during this period.

Dated: June 08, 2015  
      Raleigh, North Carolina

THE MERGIS GROUP

_____  
Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of April 1, 2015 through April 30, 2015 | $ 230,010.00 | $ 2,355.06 | $ 232,365.06 |

Exhibit C    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 166.00 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 160.00 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 119.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 170.00 |

**Hours for the period of April 1, 2015 through April 30, 2015** — **615.00**

Billing Rate — $ 374.00

**Fees for the period of April 1, 2015 through April 30, 2015** — **$ 230,010.00**

# Exhibit E

## The Mergis Group
**Summary of Fees by Project**

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 40.00 | $ 14,960.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 55.00 | $ 20,570.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 2.50 | $ 935.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 12.00 | $ 4,488.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 15.75 | $ 5,890.50 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above | 17.50 | $ 6,545.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 203.50 | $ 76,109.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 151.50 | $ 56,661.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 4.00 | $ 1,496.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 2.00 | $ 748.00 |

# Exhibit E

## The Mergis Group
**Summary of Fees by Project**

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Project Description | Hours | Fees |
|---|---|---:|---:|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 6.00 | $ 2,244.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 18.00 | $ 6,732.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 15.00 | $ 5,610.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 72.25 | $ 27,021.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of April 1, 2015 through April 30, 2015** | | **615.00** | **$ 230,010.00** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| | 4/15/2015 | Kim Ponder | Tracker reconciliation and binder preparation. |
| | 4/15/2015 | William D. Cozart | Prepare consolidation for March MOR. |
| | 4/16/2015 | William D. Cozart | Prepare March MOR draft. |
| | 4/17/2015 | Kim Ponder | Tracker reconciliation and binder preparation. |
| | 4/17/2015 | William D. Cozart | Prepare March MOR Draft. |
| | 4/20/2015 | Timothy C. Ross | Prepared Debtors cash receipts and disbursements for the monthly operating report - RE: March 2015. |
| | 4/21/2015 | Kim Ponder | Meeting with T Ross and D Cozart to review Q1 2015 Trustee fee documentation. |
| | 4/21/2015 | Kim Ponder | Tracker reconciliation and binder preparation. |
| | 4/21/2015 | Timothy C. Ross | Prepared and analyzed Debtors quarterly disbursement detail for the US Trustee Report - Q1 2015 |
| | 4/21/2015 | Timothy C. Ross | Reviewed and authorized release of Debtors MOR - RE: March 2015. |
| | 4/21/2015 | William D. Cozart | Prepare March MOR. |
| | 4/21/2015 | William D. Cozart | Meeting with T. Ross to review March MOR Draft. |
| | 4/21/2015 | William D. Cozart | Meeting with T. Ross and K. Ponder re: Q1 Trustee fee. |
| | 4/22/2015 | Kim Ponder | Tracker reconciliation and binder preparation. |
| | 4/28/2015 | Timothy C. Ross | Reviewed and executed Debtors US Trustee letter and payment - RE: Q12015. |
| **Bankruptcy Reporting Total** | | | |
| **Cash Management** | | | |
| | 4/1/2015 | Kim Ponder | Performed cash transfers. |
| | 4/1/2015 | Kim Ponder | VEBA deposit. |
| | 4/1/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary bank account matters |
| | 4/1/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions |
| | 4/2/2015 | Kim Ponder | FCB deposit. |
| | 4/2/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 4/2/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| | 4/6/2015 | Kim Ponder | FCB deposit. |
| | 4/6/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors banking matters |
| | 4/6/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 4/7/2015 | Kim Ponder | FCB and VEBA deposits. |
| | 4/7/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 4/8/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed funding transactions. |
| | 4/9/2015 | Kim Ponder | VEBA deposit. |
| | 4/9/2015 | Timothy C. Ross | Worked Debtors treasury management matters |
| | 4/9/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| | 4/13/2015 | Kim Ponder | FCB deposit. |
| | 4/13/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 4/14/2015 | Kim Ponder | Follow up communications to Citibank. |
| | 4/15/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. |
| | 4/15/2015 | Kim Ponder | Telephone calls and meeting with Citibank. |
| | 4/15/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions |
| | 4/15/2015 | Timothy C. Ross | Correspondence and follow-up with Citibank |
| | 4/16/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| | 4/16/2015 | Timothy C. Ross | Reviewed and authorized Debtors intercompany settlement analysis and associated wire transfers. |
| | 4/17/2015 | Kim Ponder | FCB deposit. |
| | 4/20/2015 | Kim Ponder | Correction of 4/14/15:  follow up with Citibank re:  BCE. |
| | 4/21/2015 | Timothy C. Ross | Analyzed Debtors cash receipts and disbursements to budget and prepared / published results to Debtors constituents. |
| | 4/22/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions. |
| | 4/23/2015 | Kim Ponder | FCB deposit. |
| | 4/23/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 4/23/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| | 4/27/2015 | Kim Ponder | FCB deposit. |
| | 4/27/2015 | Kim Ponder | Correspondence with Citibank regarding bank account closure. |
| | 4/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 4/27/2015 | Timothy C. Ross | Worked Debtors banking matter - RE: Citibank account closure. |
| | 4/28/2015 | Kim Ponder | FCB deposit. |
| | 4/28/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 4/28/2015 | Timothy C. Ross | Worked Debtors banking matters with Citibank |
| | 4/29/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| | 4/29/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 4/30/2015 | Kim Ponder | Initiated transfer to close bank account. |
| | 4/30/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements |
| | 4/30/2015 | William D. Cozart | Prepare correspondence to bank re: account closure. |

**Cash Management Total**

**Claims Administration**

| | 4/22/2015 | Timothy C. Ross | Worked Debtors claims research request from RLKS (M. Cilia) |
| | 4/23/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims matter |
| | 4/23/2015 | Timothy C. Ross | Worked Debtors claims research request from RLKS (M. Cilia) |

**Claims Administration Total**

**Compensation Application**

| | 4/1/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: February 2015 report. |
| | 4/2/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. |
| | 4/3/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| | 4/3/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |
| | 4/6/2015 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. |
| | 4/9/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. |
| | 4/10/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| | 4/10/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |
| | 4/13/2015 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. |
| | 4/14/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: March 2014. |
| | 4/16/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. |
| | 4/17/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| | 4/17/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |
| | 4/20/2015 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. |
| | 4/22/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. |
| | 4/24/2015 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| | 4/24/2015 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |
| | 4/27/2015 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. |
| | 4/30/2015 | Deborah M. Parker | Compensation application preparation re:  update of timekeeping records. |

**Compensation Application Total**

**Discovery**

| | 4/1/2015 | Timothy C. Ross | Worked Debtors third party subpoena matters |
| | 4/2/2015 | Timothy C. Ross | Worked Debtors third party subpoena matters |
| | 4/6/2015 | Timothy C. Ross | Reviewed and authorized Debtors third party subpoena matters |
| | 4/6/2015 | Timothy C. Ross | Meeting with RLKS - RE: Debtors third party subpoena issues |
| | 4/8/2015 | Timothy C. Ross | Worked Debtors discovery matter request from Crowell - RE: Third Party Subpoena. |
| | 4/14/2015 | Timothy C. Ross | Worked Debtors litigation matter - RE: Nortel - Trial Equipment Bill of Sale remittance. |
| | 4/15/2015 | Timothy C. Ross | Reviewed, acknowledged and actioned Debtors service of process notifications. |
| | 4/16/2015 | Timothy C. Ross | Received, reviewed and responded to Debtors third party subpoena matters |
| | 4/17/2015 | Timothy C. Ross | Conference call with Crowell (MS) - RE: Debtors Third Party Subpoenas. |
| | 4/17/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors patent related Third Party Subpoena matters |
| | 4/17/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors patent related third party subpoena matter |
| | 4/17/2015 | Timothy C. Ross | Received, researched, and responded to CGSH (A. McCown) request - RE: document production. |
| | 4/17/2015 | Timothy C. Ross | Worked Debtors request from CGSH (P. Cantwell) - RE:  litigation |
| | 4/22/2015 | Timothy C. Ross | Researched CGSH (M. Gurgel) litigation request |
| | 4/29/2015 | Timothy C. Ross | Worked Debtors discovery request from CGSH |
| | 4/30/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH correspondence |

**Discovery Total**

**Entity Liquidation and Wind Down**

| | 4/8/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary wind down matter |
| | 4/8/2015 | Timothy C. Ross | Received, researched, and responded to CGSH (R. Reeb) foreign subsidiary matter |
| | 4/9/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matter |
| | 4/9/2015 | Timothy C. Ross | Conference call with CGSH (K. Haley, R. Eckenrod, and R. Reeb) - RE: Foreign entity liquidation and wind down. |
| | 4/9/2015 | Timothy C. Ross | Worked Debtors foreign branch matters |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 4/9/2015 | William D. Cozart | Update and confirm liquidation and dissolution dates in EMB. |
| | 4/14/2015 | Timothy C. Ross | Reviewed and executed Debtors foreign branch matter |
| | 4/14/2015 | Timothy C. Ross | Conference call with foreign counsel and CGSH - RE: foreign subsidiary |
| | 4/16/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters |
| | 4/16/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| | 4/21/2015 | Timothy C. Ross | Worked Debtors foreign branch tax documentation issue |
| | 4/21/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary wind down matters |
| | 4/22/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters |
| | 4/22/2015 | Timothy C. Ross | Follow-up with E&Y regarding Debtors foreign subsidiary matter |
| | 4/23/2015 | Timothy C. Ross | Conference call with CGSH (K. Haley, R. Eckenrod, R. Reeb) - RE: Debtors Foreign Subsidiary Wind Down.. |
| | 4/28/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters |
| | 4/30/2015 | Timothy C. Ross | Worked Debtors collection matte |
| | 4/30/2015 | Timothy C. Ross | Prepared correspondence RE: branch closure next steps. |
| | 4/30/2015 | Timothy C. Ross | Follow-up correspondence with branch liquidator |
| | 4/30/2015 | Timothy C. Ross | Reviewed Debtors foreign subsidiary payments tracking reconciliation |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 4/1/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. |
| | 4/1/2015 | Kim Ponder | Month end close. |
| | 4/1/2015 | Timothy C. Ross | Worked Debtors finance & accounting software service agreement renewal - RE: Intuit Software Sales. |
| | 4/1/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: March 2015. |
| | 4/1/2015 | William D. Cozart | Record cash receipts. |
| | 4/1/2015 | William D. Cozart | Prepare March bank reconciliations. |
| | 4/1/2015 | William D. Cozart | Update exchange rates in QuickBooks. |
| | 4/2/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. |
| | 4/2/2015 | Kim Ponder | Month end close. |
| | 4/2/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: March 2015. |
| | 4/2/2015 | Timothy C. Ross | Reviewed, reconciled, and approved Randstad staffing invoice to staff time report submission. |
| | 4/2/2015 | William D. Cozart | Perform QuickBooks maintenance. |
| | 4/2/2015 | William D. Cozart | Record cash receipts. |
| | 4/2/2015 | William D. Cozart | Prepare analysis of Ericsson rent billing for April. |
| | 4/2/2015 | William D. Cozart | Prepare March billings. |
| | 4/2/2015 | William D. Cozart | Update banking analysis for FBAR. |
| | 4/2/2015 | William D. Cozart | Prepare bank reconciliations. |
| | 4/3/2015 | Kim Ponder | Received and responded to various emails. |
| | 4/3/2015 | Kim Ponder | Normal course payables - invoice processing. |
| | 4/6/2015 | Kim Ponder | Month end close. |
| | 4/6/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: March 2015. |
| | 4/6/2015 | William D. Cozart | Prepare bank reconciliations. |
| | 4/6/2015 | William D. Cozart | Record cash receipts. |
| | 4/7/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. |
| | 4/7/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. |
| | 4/7/2015 | Kim Ponder | Document retention and bank statement scans. |
| | 4/7/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: March 2015. |
| | 4/7/2015 | William D. Cozart | Record cash receipts. |
| | 4/7/2015 | William D. Cozart | Prepare reconciliations for March. |
| | 4/8/2015 | Kim Ponder | Month end close. |
| | 4/8/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: March 2015. |
| | 4/8/2015 | William D. Cozart | Record cash receipts. |
| | 4/8/2015 | William D. Cozart | Prepare reconciliations for March. |
| | 4/9/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. |
| | 4/9/2015 | Kim Ponder | Reviewed and reconciled foreign tracker. |
| | 4/9/2015 | William D. Cozart | Record cash receipts. |
| | 4/10/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. |
| | 4/10/2015 | Kim Ponder | GL account reconciliations. |
| | 4/10/2015 | William D. Cozart | Prepare reconciliations for March. |
| | 4/13/2015 | Kim Ponder | Received, researched and responded to request for contract data. |
| | 4/13/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. |
| | 4/13/2015 | Kim Ponder | Month end close. |
| | 4/13/2015 | Timothy C. Ross | Worked Debtors billing issue - RE: Intuit (QuickBooks maintenance). |
| | 4/13/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. |
| | 4/13/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: March 2015. |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 4/13/2015 | William D. Cozart | Prepare bank reconciliations for March. |
| | 4/13/2015 | William D. Cozart | Prepare account reconciliations for March. |
| | 4/13/2015 | William D. Cozart | Prepare billing for April. |
| | 4/13/2015 | William D. Cozart | Record cash receipts. |
| | 4/14/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. |
| | 4/14/2015 | William D. Cozart | Prepare reconciliations for March. |
| | 4/14/2015 | William D. Cozart | Record cash receipts. |
| | 4/14/2015 | William D. Cozart | Prepare March bank reconciliations. |
| | 4/15/2015 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. |
| | 4/15/2015 | Timothy C. Ross | Worked Debtors foreign affiliate payment issue |
| | 4/15/2015 | William D. Cozart | Close March in QuickBooks and prepare monthly backup. |
| | 4/15/2015 | William D. Cozart | Prepare combined reporting for the month of March. |
| | 4/16/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. |
| | 4/16/2015 | Kim Ponder | Intercompany invoice processing and settlement. |
| | 4/16/2015 | William D. Cozart | Prepare analytical for March results. |
| | 4/16/2015 | William D. Cozart | Prepare reconciliations for March. |
| | 4/16/2015 | William D. Cozart | Record Cash receipts. |
| | 4/17/2015 | William D. Cozart | Prepare reconciliations for March. |
| | 4/20/2015 | Kim Ponder | GL reconciliations. |
| | 4/20/2015 | Kim Ponder | Correction of 4/14/15: document retention and bank statement scanning. |
| | 4/20/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. |
| | 4/20/2015 | William D. Cozart | Record cash receipts. |
| | 4/20/2015 | William D. Cozart | Prepare billings for May. |
| | 4/21/2015 | Kim Ponder | Normal course payables - draft Q1 2015 US Trustee fee calculation. |
| | 4/21/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. |
| | 4/22/2015 | Kim Ponder | Various email correspondence. |
| | 4/22/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations - RE: March 2015. |
| | 4/22/2015 | William D. Cozart | Record cash receipts. |
| | 4/22/2015 | William D. Cozart | Prepare billing for April. |
| | 4/23/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. |
| | 4/23/2015 | William D. Cozart | Record Cash receipts. |
| | 4/24/2015 | Kim Ponder | Processed intercompany billings. |
| | 4/24/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. |
| | 4/24/2015 | Kim Ponder | Various email follow up. |
| | 4/24/2015 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations - March 2015. |
| | 4/27/2015 | Kim Ponder | Processed intercompany billing. |
| | 4/27/2015 | Kim Ponder | Review of prior year payroll reporting. |
| | 4/27/2015 | Kim Ponder | Draft reconciliation of 24th Omnibus holdbacks. |
| | 4/27/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. |
| | 4/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. |
| | 4/27/2015 | William D. Cozart | Perform customer master file maintenance. |
| | 4/27/2015 | William D. Cozart | Prepare billings for April. |
| | 4/27/2015 | William D. Cozart | Record cash receipts. |
| | 4/28/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. |
| | 4/28/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. |
| | 4/28/2015 | Kim Ponder | Intercompany invoice processing. |
| | 4/28/2015 | William D. Cozart | Prepare billings for April. |
| | 4/28/2015 | William D. Cozart | Record cash receipts. |
| | 4/29/2015 | Kim Ponder | Month end close. |
| | 4/29/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. |
| | 4/29/2015 | William D. Cozart | Record cash receipts. |
| | 4/29/2015 | William D. Cozart | Preparation for April close. |
| | 4/30/2015 | Kim Ponder | QuickBooks vendor maintenance. |
| | 4/30/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. |
| | 4/30/2015 | Kim Ponder | Meeting with T Ross re: foreign tracker. |
| | 4/30/2015 | Kim Ponder | Month end close. |
| | 4/30/2015 | Timothy C. Ross | Worked Debtors financial and accounting matters - RE: April 2015 Financial Closing. |
| | 4/30/2015 | William D. Cozart | Record cash receipts. |
| | 4/30/2015 | William D. Cozart | Prepare for April close. |
| | 4/30/2015 | William D. Cozart | Research regarding receivable balance confirmation. |
| | 4/30/2015 | William D. Cozart | Upload FX rates for April month End to QuickBooks. |
| | 4/30/2015 | William D. Cozart | Create new vendors in QuickBooks. |

**Finance and General Accounting Total**

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| **Human Resources** | | | |
| | 4/1/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/1/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, CGSH correspondence). |
| | 4/2/2015 | Deborah M. Parker | Misc. HR activities -(e.g. CGSH correspondence, claims inquiries/research, filing). |
| | 4/3/2015 | Timothy C. Ross | Reviewed and authorized Northern Telecom Health & Welfare Trust Deposits. |
| | 4/6/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/6/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research). |
| | 4/6/2015 | William D. Cozart | Prepare research re benefit plan |
| | 4/7/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/7/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing). |
| | 4/7/2015 | Timothy C. Ross | Reviewed and authorized refund deposits to the Northern Telecom Health and Welfare Trust. |
| | 4/7/2015 | William D. Cozart | Prepare schedules for benefit plan |
| | 4/8/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR transition). |
| | 4/8/2015 | Timothy C. Ross | Worked Debtors regulatory reporting matter re benefit plan |
| | 4/8/2015 | William D. Cozart | Prepare schedules for benefit plan |
| | 4/8/2015 | William D. Cozart | Teleconference with P. O'Rourke re: benefit plan |
| | 4/9/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR transition). |
| | 4/9/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/9/2015 | Timothy C. Ross | Worked Debtors regulatory reporting matter - RE: LTIP 5500 (continued work from 4/9). |
| | 4/9/2015 | Timothy C. Ross | Reviewed and authorized refund deposits to the Northern Telecom H&W Trust. |
| | 4/9/2015 | William D. Cozart | Prepare schedules for benefit plan |
| | 4/10/2015 | William D. Cozart | Prepare schedules for benefit plan |
| | 4/13/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/13/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, SharePoint). |
| | 4/14/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research). |
| | 4/14/2015 | Timothy C. Ross | Worked Debtors benefit wind down matters - RE: benefit plan |
| | 4/15/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, benefit inquiry, HR transition). |
| | 4/16/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/16/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR transition, filing). |
| | 4/17/2015 | Kim Ponder | Received, researched and responded to involuntary deduction information request re:  former employee. |
| | 4/17/2015 | William D. Cozart | Prepare schedules for benefit plan |
| | 4/20/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/20/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research/documentation, PBGC, HR transition). |
| | 4/21/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/21/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research/documentation). |
| | 4/21/2015 | Kim Ponder | Received, researched and responded to withholding order re:  former employee. |
| | 4/22/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/22/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research/documentation). |
| | 4/22/2015 | Kim Ponder | Received and responded to involuntary deduction request re:  former employee. |
| | 4/22/2015 | William D. Cozart | Prepare schedules for benefit plan |
| | 4/23/2015 | Timothy C. Ross | Reviewed Debtors benefit plan RE: 2014 Plan Year. |
| | 4/24/2015 | Kim Ponder | Received, researched and responded to former employee inquiry. |
| | 4/24/2015 | Timothy C. Ross | Worked Debtors 2013 employee payroll issue - RE: Nortel withholding feed concern. |
| | 4/27/2015 | Deborah M. Parker | HR Correspondence received, reviewed and responded re: unclaimed property, NQ claims, HR data. |
| | 4/28/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 4/28/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, NT website review). |
| | 4/28/2015 | Timothy C. Ross | Worked Debtors benefit wind down matters - RE: benefit plan |
| | 4/29/2015 | Deborah M. Parker | Misc. HR activities -(e.g. HR data request, review IM files). |
| | 4/30/2015 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, creditor inquiry). |
| | 4/30/2015 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that |
| **Human Resources Total** | | | |
| **Information Technology Operations** | | | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 4/1/2015 | Timothy C. Ross | Worked Debtors IT matters - RE: Maintech payment terms and W9. |
| | 4/13/2015 | Timothy C. Ross | Worked Debtors IT matters - RE: UK Shared Services Agreement Search. |
| | 4/14/2015 | Timothy C. Ross | Worked Debtors IT matters - RE: NewEggs purchases. |
| | 4/30/2015 | Timothy C. Ross | Received, reviewed, and responded to RLKS correspondences - RE: Debtors PC / Server security issue. |

**Information Technology Operations Total**

**Insurance & Risk Management**

| | 4/14/2015 | Timothy C. Ross | Worked Debtors insurance matters - RE: NNI CGL & Umbrella Renewals - May 15, 2015-2016. |
| | 4/27/2015 | Timothy C. Ross | Reviewed and executed Debtors insurance matters - RE: BROKER SERVICE AGREEMENT. |

**Insurance & Risk Management Total**

**Professional Fee Applications**

| | 4/2/2015 | Kim Ponder | Processed Professional fee applications filed. |
| | 4/10/2015 | Kim Ponder | Processed Professional fee application filed. |
| | 4/15/2015 | Kim Ponder | Processed Professional Fee application filed. |
| | 4/20/2015 | Kim Ponder | Processed Professional fee application filed. |
| | 4/21/2015 | Kim Ponder | Processed Professional fee applications filed. |
| | 4/24/2015 | Kim Ponder | Processed fee applications filed by Professionals. |
| | 4/28/2015 | Kim Ponder | Processed fee application filed by Professional. |
| | 4/30/2015 | Kim Ponder | Processed fee application filed by Professional. |

**Professional Fee Applications Total**

**Real Estate Management**

| | 4/2/2015 | Timothy C. Ross | Reviewed and authorized Debtors personal property tax returns - RE: Raleigh and Richardson sites. |
| | 4/6/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters - RE: RTP and Richardson Lease Obligation expiration. |
| | 4/7/2015 | Kim Ponder | Received, researched and responded to tax notice from Santa Clara County. |
| | 4/7/2015 | Timothy C. Ross | Planning session with RLKS (K. Schultea) and Johnson Controls (A. Lane) - RE: Debtors lease expiration obligations and property turnover. |
| | 4/8/2015 | Timothy C. Ross | Worked Debtors lease restoration matters - RE: Tenant IT footprint for RLKS. |
| | 4/8/2015 | Timothy C. Ross | Reviewed and executed Debtors property management matters - RE: agreement. |
| | 4/9/2015 | Timothy C. Ross | Conference call with Zurich (C. Read, B. Vincent) and JCI (A. Lane) - RE: RTP Lease Expiration. |
| | 4/13/2015 | Kim Ponder | Finalize Q1 2015 profit sharing file. |
| | 4/13/2015 | Timothy C. Ross | Finalized Richardson profit sharing analysis and communicated to landlord - RE: Q12015. |
| | 4/15/2015 | Timothy C. Ross | Correspondence to RLKS and US Principal Officer - RE: RTP Lease Restoration matter. |
| | 4/20/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties - RE: May 1, 2015 payment. |
| | 4/20/2015 | Timothy C. Ross | Prepared tenant rental income for invoicing - RE: May 1, 2015 rent. |
| | 4/20/2015 | Timothy C. Ross | Worked Debtors AR issues |
| | 4/23/2015 | Timothy C. Ross | Conference call with JCI (A. Lane) and Zurich (C. Read, B. Vincent) - RE: RTP property lease expiration.. |
| | 4/27/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) - RE: Debtors property management update. |
| | 4/27/2015 | Timothy C. Ross | Reviewed and responded to Debtors property management matters - RE: RTP lease restoration project cost estimates. |
| | 4/28/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) - RE: Lease expiration project update. |
| | 4/28/2015 | Timothy C. Ross | Conference call with CGSH (P. Marette) and JCI (A. Lane) - RE: Subtenant notification of lease expiration. |
| | 4/29/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: JCI cost sharing model update. |

**Real Estate Management Total**

**Residual Business Operations**

| | 4/6/2015 | Timothy C. Ross | Reviewed and authorized environmental professional invoices and prepared March 2015 reserve analysis. |
| | 4/6/2015 | Timothy C. Ross | Researched and actioned (CGSH) Debtors residual business matters |
| | 4/7/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. |
| | 4/7/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) - RE: Debtors 2015 priorities and residual staff requirements. |
| | 4/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors service of process notification. |
| | 4/13/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification. |
| | 4/14/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. |
| | 4/14/2015 | Timothy C. Ross | Worked Debtors residual business matter |
| | 4/16/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. |
| | 4/16/2015 | Timothy C. Ross | Worked Debtor license fee agreement issue |
| | 4/17/2015 | Timothy C. Ross | Received, reviewed, and responded to Preston Assoc. - RE: Former Debtors Site Conditional Closure. |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 4/22/2015 | Deborah M. Parker | Unclaimed Property. |
| | 4/22/2015 | Timothy C. Ross | Follow-up on Debtors royalty/license billing matter |
| | 4/27/2015 | Timothy C. Ross | Worked Debtors residual business matters |
| | 4/28/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. |
| | 4/28/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matter |
| | 4/30/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. |

**Residual Business Operations Total**

**Tax Matters**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 4/2/2015 | Kim Ponder | Discussion with S Jacks, T Ross and A Lane re: property tax filing. |
| | 4/2/2015 | Timothy C. Ross | Meeting with E&Y (J. Wood) - RE: Debtors tax project and Compliance Assistance Schedule review. |
| | 4/6/2015 | Kim Ponder | Researched prior year tax expense data per EY request. |
| | 4/6/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters - RE: 2014 compliance client assistance schedule.. |
| | 4/6/2015 | William D. Cozart | Prepare tax schedules for EY. |
| | 4/7/2015 | Kim Ponder | Processed check requests per EY. |
| | 4/7/2015 | William D. Cozart | Prepare tax schedules for EY. |
| | 4/8/2015 | Kim Ponder | Researched tax related matters per EY requests. |
| | 4/8/2015 | Timothy C. Ross | Worked Debtors personal property tax matter |
| | 4/9/2015 | Kim Ponder | Received and responded to EY requests for tax information. |
| | 4/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax compliance questions - RE: Officer confirmations (includes running EMB reports). |
| | 4/13/2015 | Timothy C. Ross | Meeting with E&Y to review and execute Debtors tax matters - RE: state waiver. |
| | 4/14/2015 | Timothy C. Ross | Reviewed and executed Debtors tax matters - RE: Extensions. |
| | 4/15/2015 | Timothy C. Ross | Worked E&Y tax compliance schedule request - RE: 2014 return. |
| | 4/16/2015 | Timothy C. Ross | Meeting with E&Y (J. Wood, S. Jacks) - RE: Debtors 2014 Tax Compliance Assistant Schedule. |
| | 4/20/2015 | William D. Cozart | Prepare analysis and schedules for EY. |
| | 4/21/2015 | William D. Cozart | Prepare analysis and schedules for EY. |
| | 4/22/2015 | Kim Ponder | Received, researched and responded to corporate tax related claims inquiry. |
| | 4/22/2015 | William D. Cozart | Prepare analysis and schedules for EY. |
| | 4/23/2015 | Kim Ponder | Prepared analysis and schedule per EY request. |
| | 4/23/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: various subsidiary annual report filings. |
| | 4/23/2015 | Timothy C. Ross | Meeting with E&Y (J. Wood, S. Jacks) - RE: Debtors 2014 Tax Compliance Schedule. |
| | 4/23/2015 | William D. Cozart | Prepare analysis and schedules for EY. |
| | 4/23/2015 | William D. Cozart | Meeting with T. Ross and EY S. Jacks and J. Wood re: Information Request Tracker review. |
| | 4/24/2015 | Kim Ponder | Compilation of tax data requested by EY. |
| | 4/27/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters - RE: Annual Report. |
| | 4/27/2015 | Timothy C. Ross | Worked Debtors tax matters - RE: 2014 Compliance Assistance Schedule. |
| | 4/27/2015 | William D. Cozart | Prepare schedules and analysis for EY. |
| | 4/28/2015 | Kim Ponder | Correspondence with Citibank re: update of bank account for tax payments. |
| | 4/28/2015 | Kim Ponder | Compilation of tax data requested by EY. |
| | 4/28/2015 | Timothy C. Ross | Worked Debtors tax matters - RE: 2014 compliance assistance schedule. |
| | 4/28/2015 | William D. Cozart | Prepare schedules and analysis for EY. |
| | 4/29/2015 | Kim Ponder | Compilation of tax data requested by EY. |
| | 4/29/2015 | William D. Cozart | Prepare analysis and schedules for EY. |
| | 4/30/2015 | Kim Ponder | Received, researched and responded to EY data request. |
| | 4/30/2015 | Timothy C. Ross | Received, reviewed, and responded to E&Y (S. Jacks) - RE: Debtors annual report filing concern. |

**Tax Matters Total**

**For the period of April 1, 2015 through April 30, 2015**

## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of April 1, 2015 through April 30, 2015

| Expense Category | Expenses |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 2,355.06 |
| Professional | - |
| Miscellaneous | - |
| **For the period of April 1, 2015 through April 30, 2015** | **$ 2,355.06** |

# Exhibit H

## The Mergis Group
**Expense Detail**

Nortel Networks, Inc. et al.
For the period of April 1, 2015 through April 30, 2015

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 04/01/15 | Timothy C. Ross | Debtors accounting software maintenance agreement renewal-1 yr | | Web purchase | |
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Intuit Software Sales | | | 1,817.67 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | **Total** | | | $ | **1,817.67** |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 04/13/15 | Timothy C. Ross | Debtors server parts purchase | | Web purchase | |
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Newegg.com | | | 537.39 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | **Total** | | | $ | **537.39** |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | **Total** | | | $ | **-** |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | **Total** | | | $ | **-** |

**For the period of April 1, 2015 through April 30, 2015**  $  **2,355.06**