## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF FILING A COURTESY COPY OF DOCUMENT FILED IN
## THE CANADIAN PROCEEDINGS PURSUANT TO
## SECTION 12(d) OF THE CROSS-BORDER PROTOCOL

PLEASE TAKE NOTICE that pursuant to Section 12(d) of the Cross-Border Court-to-Court Protocol [D.I. 990] (as amended, the "Protocol" ) approved in the above-captioned cases, the Official Committee of Unsecured Creditors (the "Committee") is filing in the above-captioned cases a courtesy copy of the *Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc. in the Motion of Nortel Networks Inc. and the Other U.S. Debtors (Motion for Clarification, Reconsideration or Amendment)* (the "Joinder" ) submitted by the Committee in the proceedings pending before the Ontario Superior Court of Justice (Commercial List). A copy of the Joinder is attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: June 8, 2015
       Wilmington, Delaware

*/s/ Christopher M. Samis*            
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.*