# EXHIBIT A

Court File No: 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS INC. IN THE MOTION OF NORTEL NETWORKS INC. AND
THE OTHER U.S. DEBTORS
(MOTION FOR CLARIFICATION, RECONSIDERATION OR AMENDMENT)

June 8, 2015

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, ON  M5H 3C2

**Shayne Kukulowicz (LSUC#: 30729S)**
Tel: 416 860-6463
Fax: 416 640-3176
Email: skukulowicz@casselsbrock.com

**Michael Wunder (LSUC#: 31351O)**
Tel: 416-860-6484
Fax:  416 640-3206
Email: mwunder@casselsbrock.com

**Ryan Jacobs (LSUC#: 59510J)**
Tel: 416 860-6465
Fax: 416 640-3189
Email: rjacobs@casselsbrock.com

**Geoffrey Shaw (LSUC#: 26367J)**
Tel:  416 869-5982
Fax:  416 350-6916
Email: gshaw@casselsbrock.com

- 2 -

**Lawyers for the Official Committee of Unsecured**
**Creditors of Nortel Networks Inc., et al.**

**To:**    The Service List

- 3 -

Court File No: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT**
**OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS**
**TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**NORTEL NETWORKS INC. IN THE MOTION OF NORTEL NETWORKS INC. AND**
**THE OTHER U.S. DEBTORS**
**(MOTION FOR CLARIFICATION, RECONSIDERATION OR AMENDMENT)**

1.    Pursuant to the Cross-Border Insolvency Protocol, the Official Committee of Unsecured
Creditors (the "**Committee**") of Nortel Networks Inc. ("**NNI**") and certain of its
affiliates, as debtors and debtors in possession (collectively, the "**US Debtors**") hereby
submits this Joinder in support of the U.S. Debtors' *Motion for Clarification,
Reconsideration or Amendment*, as filed with this Honourable Court on May 29, 2015.

2.    The Committee hereby adopts and relies on the position, statements and submissions as
set forth in the *Joinder with Reservation of Rights of the Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al. to the U.S. Debtors' Motion for Reconsideration*,
attached to and filed with the *Notice of Filing in the U.S. Debtors' Chapter 11 Cases of
the Joinder with Reservation of Rights of the Official Committee of Unsecured Creditors*

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

Court File No: 09-CL-7950

|  | **ONTARIO**<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)** |
|---|---|
|  | **JOINDER  (MOTION FOR CLARIFICATION, RECONSIDERATION OR AMENDMENT)** |
|  | **Cassels Brock & Blackwell LLP**<br>2100 Scotia Plaza<br>40 King Street West<br>Toronto, ON  M5H 3C2<br><br>**Shayne Kukulowicz (LSUC#: 30729S)**<br>Tel: 416 860-6463<br>Fax: 416 640-3176<br>Email: skukulowicz@casselsbrock.com<br><br>**Michael Wunder (LSUC#: 31351O)**<br>Tel: 416-860-6484<br>Fax:  416 640-3206<br>Email: mwunder@casselsbrock.com<br><br>**Ryan Jacobs (LSUC#: 59510J)**<br>Tel: 416-860-6465<br>Fax: 416 640-3189<br>Email: rjacobs@casselsbrock.com<br><br>**Geoffrey Shaw (LSUC#: 26367J)**<br>Tel:  416 869-5982<br>Fax:  416 350-6916<br>Email: gshaw@casselsbrock.com<br><br>**Lawyers for the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.** |

Legal*14309233.1