Case 09-10138-MFW    Doc 15726    Filed 06/10/15    Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., <u>et al</u>.,[1]<br><br>                        Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 15569** |

**CERTIFICATION OF NO OBJECTION REGARDING THE FOURTH MONTHLY APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2015 THROUGH APRIL 30, 2015 [DOCKET NO. 15569] (NO ORDER REQUIRED)**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the Fourth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (the "<u>Application</u>") of Whiteford, Taylor & Preston LLC as Co-Counsel to the Official Committee of Unsecured Creditors (the "<u>Applicant</u>") listed on <u>Exhibit A</u> attached hereto. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on <u>Exhibit A</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses of Professionals and Official Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: June 10, 2015
      Wilmington, Delaware

/s/ Christopher M. Samis
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*