# EXHIBIT A

### NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC<br><br>[Docket No. 15569] | 4/1/15 - 4/30/15 | $22,352.50 (Fees)<br><br>$2,083.10 (Expenses) | $17,882.00 (Fees @ 80%)<br><br>$2,083.10 (Expenses @ 100%) | 5/18/2015 | 6/8/2015 |