# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JASON D. GERSTEIN

I, Selinda A. Melnik, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, move, pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, for the admission *pro hac vice* of Jason D. Gerstein (the "**Admittee**") of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, to represent the Canadian Creditors Committee in the above-captioned cases. The Admittee is a member in good standing of the Bar of the State of New York and is admitted to practice before the United States District Courts for the Eastern and Southern Districts of New York, and the United States Courts of Appeals for the First Circuit.

Dated: June 11, 2015
      Wilmington, Delaware          **DLA PIPER LLP (US)**

                                          */s/ Selinda A. Melnik*
                                          Selinda A. Melnik (DE #4032)
                                          1201 N. Market Street, Suite 2100
                                          Wilmington, DE  19801
                                          Telephone:  302-468-5650
                                          Facsimile:   302-468-5616
                                          Email:  selinda.melnik@dlapiper.com

                                          *Attorneys for the Canadian Creditors Committee*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 11, 2015
       Wilmington, Delaware      **DLA PIPER LLP (US)**

      */s/ Jason D. Gerstein*
      Jason D. Gerstein (NY #4506754)
      1251 Avenue of the Americas
      New York, NY  10020-1104
      Telephone:  212-335-4500
      Facsimile:   212-335-4501
      Email: jason.gerstein@dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

      _____
      Kevin Gross
      United States Bankruptcy Judge