**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jason D. Gerstein of DLA PIPER LLP (US), to represent the Canadian Creditors Committee ("CCC") in this action.

Dated:  June 12, 2015
Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/  Selinda A. Melnik*
Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
Telephone:  (302) 468-5700
Email:  selinda.melnik@dlapiper.com

*Counsel to Canadian Creditors Committee*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

**DLA PIPER LLP (US)**

*/s/  Jason D. Gerstein*
Jason D. Gerstein (NY 4506754)
1251 Avenue of the Americas
New York, NY  10020-1104
Telephone:  (212) 335-4500
Email:  jason.gerstein@dlapiper.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

EAST\101316049.1