**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

The Canadian Creditors Committee ("CCC"), by and through their undersigned counsel, hereby withdraw the Motion and Order for Admission Pro Hac Vice of Jason D. Gerstein [Docket No. 15727] which was filed using the incorrect Local Form in the above-captioned case.

Dated:  June 12, 2015
       Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/  Selinda A. Melnik*
Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
Telephone:  (302) 468-5700
Email:  selinda.melnik@dlapiper.com

*Counsel to Canadian Creditors Committee*

EAST\101318057.1