## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 12, 2015, I caused to be served:

**RESPONSE OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC NOTES, TO U.S. DEBTORS' MOTION FOR CLARIFICATION AND/OR RECONSIDERATION OF THE MAY 12, 2015 ALLOCATION TRIAL OPINION AND ORDER**

Service was completed upon the parties listed on the attached service list as indicated thereon.

Dated: June 12, 2015

_____
Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 12th day of June 2015.

_____
Notary Public

[Notary Seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES APRIL 14, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

| **VIA HAND DELIVERY & ELECTRONIC MAIL** | **VIA FIRST CLASS MAIL & ELECTRONIC MAIL** |
|---|---|
| Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Andrew R. Remming, Esq.<br>Tamara K. Minott, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>E-mail: dabbott@mnat.com<br>E-mail: eschwartz@mnat.com<br>E-mail: aremming@mnat.com<br>E-mail: tminott@mnat.com<br>[Counsel to the Debtors] | Howard Zelbo, Esq.<br>James L. Bromley, Esq.<br>Jeffrey A. Rosenthal, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>E-mail: hzelbo@cgsh.com<br>E-mail: jbromley@cgsh.com<br>E-mail: jrosenthal@cgsh.com<br>E-mail: lschweitzer@cgsh.com<br>[Counsel to the Debtors] |
| Christopher M. Samis, Esq.<br>L. Katherine Good, Esq.<br>Whiteford, Taylor & Preston LLP<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>E-mail: csamis@wtplaw.com<br>E-mail: kgood@wtplaw.com<br>[Counsel to the Official Committee of Unsecured Creditors] | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>E-mail: fhodara@akingump.com<br>[Counsel to the Official Committee of Unsecured Creditors] |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>E-mail: ljones@pszjlaw.com<br>E-mail: pkeane@pszjlaw.com<br>[Counsel to Ad Hoc Group of Bondholders] | Dennis F. Dunne, Esq.<br>Albert A. Pisa, Esq.<br>Andrew M. Leblanc, Esq.<br>Atara Miller, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>E-mail: ddunne@milbank.com<br>E-mail: apisa@milbank.com<br>E-mail: aleblanc@milbank.com<br>E-mail: amiller@milbank.com<br>[Counsel to Ad Hoc Group of Bondholders] |
| Mary F. Caloway, Esq.<br>Kathleen A. Murphy, Esq.<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>E-mail: mary.caloway@bipc.com<br>E-mail: kathleen.murphy@bipc.com<br>[Counsel to Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors] | Thomas R. Kreller, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>E-mail: tkreller@milbank.com<br>[Counsel to Ad Hoc Group of Bondholders] |

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
E-mail: mlastowski@duanemorris.com
E-mail: cmwinter@duanemorris.com
[Counsel to The Bank of New York Mellon, as Indenture Trustee]

Mark S. Kenney
United States Trustee
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801
E-mail: mark.kenney@usdoj.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**

Ken Coleman, Esq.
Daniel Guyder, Esq.
Jay Pultman, Esq.
Paul Keller, Esq.
Laura Hall, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
E-mail: ken.coleman@allenovery.com
E-mail: daniel.guyder@allenovery.com
E-mail: jacob.pultman@allenovery.com
E-mail: paul.keller@allenovery.com
E-mail: laura.hall@allenovery.com
[Counsel to Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors]

Michael J. Riela, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
E-mail: mriela@vedderprice.com
[Counsel to The Bank of New York Mellon, as Indenture Trustee]