# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 5/1/2015   End Date 5/31/2015
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 292.60 | $590.00 | $172,634.00 |
| 2 | Facility Document Inventory & Evacuation Review | 314.00 | $590.00 | $185,260.00 |
| 3 | Human Resources - Employee Related Projects | 10.30 | $590.00 | $6,077.00 |
| 4 | Fee Apps | 39.30 | $590.00 | $23,187.00 |
| 5 | Non-working travel | 125.00 | $295.00 | $36,875.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 206.70 | $590.00 | $121,953.00 |
| 7 | Tax/Finance Matters and Budget Projects | 15.70 | $590.00 | $9,263.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support and Case Modeling | 127.40 | $590.00 | $75,166.00 |
| | **Hours/Billing Amount for Period:** | **1131.00** | | **$630,415.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/1/2015 | NNI DBR restores and configuration changes / NetBackup maintenance and monitoring | Brandon Bangerter | 1 | 3.8 |
| 5/1/2015 | HD Discovery Project coordination and transmission of images | Raj Perubhatla | 1 | 6.8 |
| 5/1/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 2.7 |
| 5/2/2015 | NetBackup Policy changes and restarts | Brandon Bangerter | 1 | 1.3 |
| 5/4/2015 | DBR hard drive restores / duplication and configuration of NNI hard drive share | Brandon Bangerter | 1 | 6.1 |
| 5/4/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 5.5 |
| 5/5/2015 | Server maintenance / NetBackup policy fixes / NAS configurations, rights / IT support | Brandon Bangerter | 1 | 8.8 |
| 5/5/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 9.2 |
| 5/6/2015 | SAN storage review, connections, tracking / server maintenance / NetBackup tape research | Brandon Bangerter | 1 | 7.2 |
| 5/6/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 7.0 |
| 5/7/2015 | DBR restores / NetBackup policy maintenance, storage locations, updates, monitoring | Brandon Bangerter | 1 | 5.5 |
| 5/7/2015 | Discovery support for restoring HD Images | Raj Perubhatla | 1 | 6.5 |
| 5/7/2015 | GWRTP Networking Project investigation | Raj Perubhatla | 1 | 1.7 |
| 5/8/2015 | Antivirus updates on servers / patch maintenance / NetBackup monitoring | Brandon Bangerter | 1 | 3.7 |
| 5/8/2015 | Discovery support for restoring HD Images | Raj Perubhatla | 1 | 8.5 |
| 5/9/2015 | Discovery support for restoring HD Images | Raj Perubhatla | 1 | 7.7 |
| 5/11/2015 | NNI vault cleanup / syncs of hard drive backups to new NAS server / folder comparisons and updates | Brandon Bangerter | 1 | 5.4 |
| 5/11/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 3.5 |
| 5/11/2015 | Network analysis for Tuesday meeting | Raj Perubhatla | 1 | 2.2 |
| 5/12/2015 | Prep and meeting on IT Network / NetBackup tape review, job monitoring, share consistency | Brandon Bangerter | 1 | 8.6 |
| 5/12/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 9.8 |
| 5/13/2015 | SAN storage review, tracing connections, configurations / testing failovers and installations | Brandon Bangerter | 1 | 7.3 |
| 5/13/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 7.2 |
| 5/14/2015 | NetBackup policy changes, tape preparations, and NAS configurations, restarts / IT support | Brandon Bangerter | 1 | 5.4 |
| 5/14/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 6.5 |
| 5/15/2015 | Server maintenance / configuration / shares / NetBackup policy changes, updates | Brandon Bangerter | 1 | 3.3 |
| 5/15/2015 | Centera connection tracing for network mapping | Raj Perubhatla | 1 | 6.8 |
| 5/15/2015 | Nortel IT Infrastructure discussion | Kathryn Schultea | 1 | 1.5 |
| 5/18/2015 | SAN storage connection to terminal testing / NAS server cleanup and updates | Brandon Bangerter | 1 | 5.8 |
| 5/18/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 5/18/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 3.5 |
| 5/18/2015 | Correspondence - Nortel Dataroom discussion | Kathryn Schultea | 1 | 2.3 |
| 5/19/2015 | SAN storage tracking and documenting configuration / DLT library installation and configuration | Brandon Bangerter | 1 | 8.6 |
| 5/19/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 8.0 |
| 5/20/2015 | DLT library, NetBackup configuration troubleshooting / hardware failure, replacements | Brandon Bangerter | 1 | 7.3 |
| 5/20/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 8.0 |
| 5/21/2015 | Server maintenance; NetBackup policy leveling; NAS server monitoring and comparisons | Brandon Bangerter | 1 | 5.4 |
| 5/21/2015 | Iron mountain boxes document pdf to excel conversion | Raj Perubhatla | 1 | 6.8 |
| 5/21/2015 | Ring Fence SAN Fiber channel tracing to Brocade fabric | Raj Perubhatla | 1 | 2.2 |
| 5/21/2015 | Correspondence and review re IT facility | Kathryn Schultea | 1 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/22/2015 | Server maintenance: configuration changes, application updates; patches | Brandon Bangerter | 1 | 3.8 |
| 5/22/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 4.5 |
| 5/24/2015 | NetBackup monitoring; job restarts; policy fixes | Brandon Bangerter | 1 | 2.2 |
| 5/26/2015 | NetBackup jobs monitoring, policy configuration updates / server patch updates | Brandon Bangerter | 1 | 3.7 |
| 5/26/2015 | Ring Fence SAN Fiber channel tracing to Brocade fabric | Raj Perubhatla | 1 | 8.2 |
| 5/26/2015 | Correspondence - Nortel Dataroom discussion | Kathryn Schultea | 1 | 3.3 |
| 5/26/2015 | Correspondence - Clear case database and servers | Kathryn Schultea | 1 | 1.5 |
| 5/27/2015 | Building and configuring new hardware for maintenance floor; landing OS and applying patches | Brandon Bangerter | 1 | 6.1 |
| 5/27/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 8.5 |
| 5/27/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 1 | 2.5 |
| 5/28/2015 | Configuring new hardware for employees; patch application; software / hardware installation | Brandon Bangerter | 1 | 7.3 |
| 5/28/2015 | On-site IT and Claims support | Raj Perubhatla | 1 | 7.2 |
| 5/29/2015 | Antivirus updates on servers / patch maintenance / NetBackup monitoring | Brandon Bangerter | 1 | 2.9 |
| 5/29/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.3 |
| 5/29/2015 | Ring Fence SAN Fiber channel tracing to Brocade fabric | Raj Perubhatla | 1 | 2.7 |
| 5/31/2015 | NetBackup job monitoring; job restarts; policy modifications | Brandon Bangerter | 1 | 1.8 |
| 5/1/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 2.3 |
| 5/1/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 10.8 |
| 5/1/2015 | Updated Iron Mountain data with description of box findings | Felicia Buenrostro | 2 | 5.0 |
| 5/1/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 7.0 |
| 5/2/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 7.6 |
| 5/4/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 4.3 |
| 5/4/2015 | On site at Nortel offices to review Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 3.8 |
| 5/5/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 8.3 |
| 5/5/2015 | Onsite at NNI - Discussion of non-qualified pension files; HR related matters | Kathryn Schultea | 2 | 8.0 |
| 5/5/2015 | On site at Nortel offices to review Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 7.0 |
| 5/6/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 12.4 |
| 5/6/2015 | On site at Nortel offices to review Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 3.5 |
| 5/7/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 11.8 |
| 5/7/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.0 |
| 5/7/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 6.0 |
| 5/8/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 11.3 |
| 5/8/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 5.0 |
| 5/8/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 6.0 |
| 5/9/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 7.0 |
| 5/11/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 9.0 |
| 5/11/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.0 |
| 5/11/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 7.5 |
| 5/12/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 9.0 |
| 5/12/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/12/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 8.5 |
| 5/13/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 5.3 |
| 5/13/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.3 |
| 5/13/2015 | Correspondence - Facility/Lease matters | Kathryn Schultea | 2 | 3.0 |
| 5/13/2015 | Correspondence - NNI Boxes in Richardson | Kathryn Schultea | 2 | 0.6 |
| 5/13/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 7.2 |
| 5/14/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 6.6 |
| 5/14/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.0 |
| 5/14/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 8.2 |
| 5/15/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 7.8 |
| 5/15/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 3.5 |
| 5/15/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 5.0 |
| 5/18/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.3 |
| 5/18/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 6.2 |
| 5/19/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.0 |
| 5/19/2015 | Correspondence - Nortel Document Discovery and Retention discussion | Kathryn Schultea | 2 | 1.5 |
| 5/19/2015 | Correspondence - Facility/Lease matters | Kathryn Schultea | 2 | 1.0 |
| 5/19/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 7.2 |
| 5/20/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.3 |
| 5/20/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 7.2 |
| 5/21/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.5 |
| 5/21/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 2 | 8.2 |
| 5/29/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 2 | 2.5 |
| 5/6/1015 | Onsite at NNI - Non-qualified pension discussion | Kathryn Schultea | 2 | 3.0 |
| 5/1/2015 | Correspondence - NNI Mergis Agreement discussion | Kathryn Schultea | 3 | 0.5 |
| 5/4/2015 | Onsite at NNI - Planning meeting and related follow-up on transition and site winddown matters | Kathryn Schultea | 3 | 3.3 |
| 5/8/2015 | Conf. Call - IRS notice | Kathryn Schultea | 3 | 0.5 |
| 5/12/2015 | Conf. Call - Nortel DCP Settlement | Kathryn Schultea | 3 | 1.0 |
| 5/13/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 3 | 0.3 |
| 5/14/2015 | Conf. Call - Lease Obligation | Kathryn Schultea | 3 | 1.0 |
| 5/18/2015 | Correspondence- Non-US Debtors | Kathryn Schultea | 3 | 1.0 |
| 5/22/2015 | Correspondence re Affidavit request from Mercer | Kathryn Schultea | 3 | 0.7 |
| 5/27/2015 | Planning meeting and related follow-up on transition and site winddown matters | Kathryn Schultea | 3 | 1.5 |
| 5/28/2015 | Conf. Call - Nortel Update | Kathryn Schultea | 3 | 0.5 |
| 5/1/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 5/2/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 5/2/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/8/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 5/8/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/8/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/8/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 5/9/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 5/9/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/12/2015 | Fee Application Work and updates | Kathryn Schultea | 4 | 3.3 |
| 5/15/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 5/15/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/15/2015 | Monthly Fee Application Work & Consolidation | Felicia Buenrostro | 4 | 3.0 |
| 5/16/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 5/16/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 5/16/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/22/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 5/22/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/22/2015 | Monthly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 5/23/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 5/23/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/27/2015 | Quarterly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 5/28/2015 | Monthly and Quarterly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 5/29/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 5/29/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/29/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 5/30/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 5/30/2015 | Monthly Fee Application Work & Consolidation | Felicia Buenrostro | 4 | 3.0 |
| 5/30/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/4/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/4/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 5/4/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 5/6/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 5/6/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 5/6/2015 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 5/6/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 5/6/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 5/11/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/11/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 5/13/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 5/13/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 5/13/2015 | Non-Working Travel | Daniel Tollefsen | 5 | 5.0 |
| 5/18/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/18/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 5/20/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 5/20/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/26/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 5/27/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/28/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 5/28/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 5/31/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/31/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 5/4/52015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 5/4/52015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 5/1/2015 | Read, review and respond to calls and e-mails re: employee claims | Mary Cilia | 6 | 0.6 |
| 5/1/2015 | Research and preparation for Capstone claims call on 5/4/2015 | Mary Cilia | 6 | 1.3 |
| 5/1/2015 | Claims analysis based on new claims reports | Mary Cilia | 6 | 2.8 |
| 5/4/2015 | Claims update call with Capstone and related prep and follow up | Mary Cilia | 6 | 2.1 |
| 5/4/2015 | Read, review and respond to e-mails re: Akin claims update meeting | Mary Cilia | 6 | 0.7 |
| 5/4/2015 | Follow up research, e-mails and calls re: One Capital Mall/Liquidity Solutions stipulation | Mary Cilia | 6 | 1.2 |
| 5/4/2015 | Review, research and revise round 7 settlement letter file and template for EPIQ based on comments received | Mary Cilia | 6 | 2.5 |
| 5/5/2015 | Finalize review, research and revisions to round 7 settlement letter file and template for EPIQ and circulate for conference call with Huron and Cleary | Mary Cilia | 6 | 2.8 |
| 5/5/2015 | Calls, research and e-mails related to employee claims settlement | Mary Cilia | 6 | 0.9 |
| 5/5/2015 | Onsite at Nortel offices - document inventory of employee claims related materials | Felicia Buenrostro | 6 | 7.0 |
| 5/6/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 2.5 |
| 5/6/2015 | Conference call with Cleary and Huron re: claims settlements and related prep and follow up | Mary Cilia | 6 | 3.3 |
| 5/6/2015 | Finalize One Capital Mall/Liquidity Solutions stipulation and related e-mails and calls | Mary Cilia | 6 | 1.2 |
| 5/6/2015 | Review and revisions to omnibus objection files based on comments from Cleary | Mary Cilia | 6 | 2.1 |
| 5/6/2015 | Onsite at Nortel offices - document inventory of employee claims related materials | Felicia Buenrostro | 6 | 3.0 |
| 5/6/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss settlement letters and omnibus objections. | Leticia Barrios | 6 | 1.5 |
| 5/7/2015 | Employee Omnibus Objection file: Review revised language and comments received from Cleary and correspondence with respect to same. | David Kantorczyk | 6 | 0.8 |
| 5/7/2015 | Further review and revisions to omnibus objection files based on comments from Cleary and related e-mails | Mary Cilia | 6 | 1.8 |
| 5/7/2015 | Review and scan indemnification withdrawal letter from former directors and officers and related follow up e-mails and calls | Mary Cilia | 6 | 2.3 |
| 5/8/2015 | Read, review and respond to e-mails re: claims | Mary Cilia | 6 | 0.3 |
| 5/10/2015 | Revise and finalize round 7 settlement letter file and employee omnibus objection file and circulate to Huron for EPIQ to draft letters and exhibits | Mary Cilia | 6 | 3.6 |
| 5/11/2015 | Review and comment on Round 7 Settlement letter files. | David Kantorczyk | 6 | 0.5 |
| 5/11/2015 | Read, review and respond to e-mails re: round 7 settlement letters and omnibus objection | Mary Cilia | 6 | 0.8 |
| 5/12/2015 | Finalize non-employee omnibus objection file and circulate to Huron for EPIQ to draft exhibits and related e-mails and calls | Mary Cilia | 6 | 1.7 |
| 5/12/2015 | Claims update call with Akin and related prep and follow up revisions to and review of file for UCC | Mary Cilia | 6 | 3.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/12/2015 | Follow up e-mails and calls re: former officer/director indemnification claim withdrawals | Mary Cilia | 6 | 1.1 |
| 5/12/2015 | Research and respond to e-mails from Huron and EPIQ re: round 7 settlement letters | Mary Cilia | 6 | 2.6 |
| 5/12/2015 | E-mails and call with Cleary re: settlement notices for claims | Mary Cilia | 6 | 1.0 |
| 5/13/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 5/13/2015 | Review Omnibus Objection files (OO 38 and 39) | David Kantorczyk | 6 | 2.0 |
| 5/13/2015 | Research and follow up e-mails with EPIQ, Huron and Cleary re: settlement notices for claims | Mary Cilia | 6 | 1.2 |
| 5/13/2015 | Review revised claims update presentation for UCC and related e-mails | Mary Cilia | 6 | 0.8 |
| 5/13/2015 | Calls and e-mails with D. Parker and K. Schultea re: FICA on pension payments | Mary Cilia | 6 | 0.7 |
| 5/13/2015 | Review of updated pension census files from D. Parker and related revisions to RIPR analysis | Mary Cilia | 6 | 1.3 |
| 5/13/2015 | Conference call with Cleary, Huron and RLKS re: employee claims update; related prep and follow up | Mary Cilia | 6 | 1.2 |
| 5/13/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss settlement letters and omnibus objections. | Leticia Barrios | 6 | 1.5 |
| 5/14/2015 | Claims Database support | Raj Perubhatla | 6 | 1.8 |
| 5/14/2015 | Review and comment on Omnibus Objection files (OO 38 and 39) | David Kantorczyk | 6 | 5.0 |
| 5/14/2015 | Initial review and comments on draft of employee and non-employee omnibus objection exhibits and related e-mails, research and responses | Mary Cilia | 6 | 4.7 |
| 5/14/2015 | Read, review and comment on various e-mails re: employee and non-employee claims | Mary Cilia | 6 | 1.2 |
| 5/15/2015 | Review Round 7 Settlement letters | David Kantorczyk | 6 | 6.0 |
| 5/15/2015 | Research bad addresses in omnibus objection files and related e-mails | Mary Cilia | 6 | 1.6 |
| 5/15/2015 | Further review and revisions to omnibus objections based on comments from Cleary | Mary Cilia | 6 | 2.1 |
| 5/15/2015 | Read, review and respond to e-mails re: employee claims | Mary Cilia | 6 | 1.4 |
| 5/16/2015 | Review and comment on Round 7 Settlement letters | David Kantorczyk | 6 | 1.0 |
| 5/18/2015 | Review and comment on initial drafts of round 7 settlement letters | Mary Cilia | 6 | 3.3 |
| 5/18/2015 | Review RIP restoration claims analysis performed by L. Barrios and document next steps | Mary Cilia | 6 | 3.4 |
| 5/19/2015 | Continued review of RIP restoration claims analysis performed by L. Barrios and document next steps | Mary Cilia | 6 | 5.8 |
| 5/19/2015 | Read, review and respond to e-mails re: employee settlement letters | Mary Cilia | 6 | 0.7 |
| 5/20/2015 | Review and comment on revised Omnibus Objections | David Kantorczyk | 6 | 1.3 |
| 5/20/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 1.0 |
| 5/20/2015 | Review and comment on revised Round 7 Settlement letters | David Kantorczyk | 6 | 2.0 |
| 5/20/2015 | Review and comment on revised drafts of round 7 settlement letters | Mary Cilia | 6 | 2.1 |
| 5/20/2015 | Continued review of RIP restoration claims analysis performed by L. Barrios and document next steps | Mary Cilia | 6 | 2.2 |
| 5/20/2015 | Conference call with Cleary, Huron and RLKS re: RIP restoration claims analysis related prep and follow up | Mary Cilia | 6 | 1.9 |
| 5/20/2015 | Respond to e-mails and call re: employee claim questions | Mary Cilia | 6 | 0.5 |
| 5/20/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 1.3 |
| 5/20/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss settlement letters and omnibus objections. | Leticia Barrios | 6 | 1.5 |
| 5/21/2015 | Review and comment on revised Round 7 Settlement letters | David Kantorczyk | 6 | 3.5 |
| 5/21/2015 | Review and comments on further revisions to round 7 settlement letters | Mary Cilia | 6 | 1.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/21/2015 | Review initial draft of SERP claims analysis file from L. Barrios | Mary Cilia | 6 | 3.9 |
| 5/22/2015 | Claims Database support | Raj Perubhatla | 6 | 3.7 |
| 5/22/2015 | Continued review of initial draft of SERP claims analysis file and discussion of comments with L. Barrios | Mary Cilia | 6 | 2.6 |
| 5/26/2015 | Read, review and respond to e-mails re: employee claims | Mary Cilia | 6 | 0.8 |
| 5/26/2015 | Review and discuss D. Kantorczyk's comments re: omnibus objections and settlement letters and related follow up | Mary Cilia | 6 | 3.3 |
| 5/26/2015 | Review and analysis of K. Ponder's claim to G/L reconciliation differences | Mary Cilia | 6 | 4.3 |
| 5/26/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 7.3 |
| 5/26/2015 | Review and provide variance analysis on SERP claims and compare Nortel position with employee's claim. | Leticia Barrios | 6 | 7.0 |
| 5/27/2015 | Review of further revisions of round 7 settlement letters and provide final sign off | Mary Cilia | 6 | 2.4 |
| 5/27/2015 | Initial review of SPCP and SPBP claims analysis prepared by L. Barrios | Mary Cilia | 6 | 4.3 |
| 5/27/2015 | Read, review and respond to e-mail s re: employee claims and software issues | Mary Cilia | 6 | 1.1 |
| 5/27/2015 | Review and comment on revised omnibus objection exhibits | Mary Cilia | 6 | 1.7 |
| 5/27/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 6.0 |
| 5/27/2015 | Review and provide variance analysis on SERP claims and compare Nortel position with employee's claim. | Leticia Barrios | 6 | 8.3 |
| 5/28/2015 | Read, review and respond to e-mails re: mailing of round 7 settlement letters | Mary Cilia | 6 | 0.7 |
| 5/28/2015 | Read, review and respond to e-mails re: unclaimed property searches | Mary Cilia | 6 | 0.3 |
| 5/28/2015 | Review and comment on sample of G/L to claims reconciliation prepared by D. Tollefsen and related e-mails | Mary Cilia | 6 | 1.4 |
| 5/28/2015 | Review of omnibus objection drafts and reconcile to exhibits; related e-mails regarding declarations | Mary Cilia | 6 | 1.8 |
| 5/28/2015 | Review of revised SERP file from L. Barrios | Mary Cilia | 6 | 2.4 |
| 5/28/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 6.5 |
| 5/29/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 5/29/2015 | Continued review of SPCP and SPBP claims analysis prepared by L. Barrios | Mary Cilia | 6 | 3.8 |
| 5/29/2015 | Conference call with Cleary, Huron and RLKS re: employee claims update and related prep and follow up | Mary Cilia | 6 | 0.9 |
| 5/29/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 6.0 |
| 5/31/2015 | Review of completed initial draft of G/L to claims reconciliation files prepared by D. Tollefsen | Mary Cilia | 6 | 2.2 |
| 5/4/52015 | Onsite at Nortel offices - document inventory of employee claims related materials | Felicia Buenrostro | 6 | 2.3 |
| 5/1/2015 | Call re 2014 compliance DA,JS,JW,AB | Richard Lydecker | 7 | 0.8 |
| 5/7/2015 | Correspondence - Nortel Tax Update | Kathryn Schultea | 7 | 0.8 |
| 5/11/2015 | Income recognition work | Richard Lydecker | 7 | 1.0 |
| 5/12/2015 | Tax memo and project status DA,JS,JW | Richard Lydecker | 7 | 0.8 |
| 5/12/2015 | Court ruling update | Richard Lydecker | 7 | 0.5 |
| 5/12/2015 | Correspondence - 2013 Tax Matter discussion | Kathryn Schultea | 7 | 0.5 |
| 5/13/2015 | Court ruling review/analysis/tax implications | Richard Lydecker | 7 | 1.8 |
| 5/13/2015 | Court ruling review/analysis/tax implications | Richard Lydecker | 7 | 1.0 |
| 5/14/2015 | Court ruling tax implications/strategy points | Richard Lydecker | 7 | 1.3 |
| 5/14/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 0.6 |
| 5/15/2015 | Court ruling potential tax actions | Richard Lydecker | 7 | 1.0 |
| 5/15/2015 | Call re ruling/income recognition KS,DA,JS,JW,AB | Richard Lydecker | 7 | 0.8 |
| 5/15/2015 | Conf Call RL/E&Y re ruling/tax matters | Kathryn Schultea | 7 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/21/2015 | Compliance documentation, court ruling and income | Richard Lydecker | 7 | 0.7 |
| 5/27/2015 | US motion to ruling/tax implications/strategy | Richard Lydecker | 7 | 1.5 |
| 5/28/2015 | EY call JS,JW,AB tax work on income/planning re timing | Richard Lydecker | 7 | 0.8 |
| 5/28/2015 | E-mails re recommendations planning due to ruling/US motion | Richard Lydecker | 7 | 1.0 |
| 5/13/2015 | Meet with Mary Cilia regarding trial balance work to be done in connection with the recovery distribution model | David Kantorczyk | 9 | 3.5 |
| 5/13/2015 | Review allocation order | Mary Cilia | 9 | 2.3 |
| 5/13/2015 | Meet with D. Kantorczyk to review G/L reconciliation for recovery model and outline work streams for project and related prep and follow up | Mary Cilia | 9 | 4.9 |
| 5/18/2015 | Work on trial balance model template for recovery distribution model | David Kantorczyk | 9 | 6.0 |
| 5/18/2015 | Create template for G/L reconciliation for recovery model for D. Kantorczyk | Mary Cilia | 9 | 2.3 |
| 5/19/2015 | Work on trial balance model template for recovery distribution model | David Kantorczyk | 9 | 6.0 |
| 5/19/2015 | Conference call with D, Kantorczyk to review G/L reconciliation file and related prep and follow up | Mary Cilia | 9 | 1.3 |
| 5/20/2015 | Work on trial balance model template for recovery distribution model | David Kantorczyk | 9 | 2.3 |
| 5/21/2015 | Work on trial balance model template for recovery distribution model | David Kantorczyk | 9 | 1.3 |
| 5/21/2015 | Prepare claims reconciliation files for meeting with D. Tollefsen and L. Barrios | Mary Cilia | 9 | 3.2 |
| 5/22/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 8.4 |
| 5/22/2015 | Work on trial balance model template for recovery distribution model | David Kantorczyk | 9 | 8.0 |
| 5/22/2015 | Meet with D. Tollefsen and L. Barrios to begin claims reconciliation project and review the various work streams for the project and related follow up | Mary Cilia | 9 | 6.0 |
| 5/22/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 6.7 |
| 5/26/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 7.7 |
| 5/26/2015 | Work on trial balance model template for recovery distribution model | David Kantorczyk | 9 | 3.5 |
| 5/27/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 6.2 |
| 5/27/2015 | Work on trial balance model template for recovery distribution model | David Kantorczyk | 9 | 7.0 |
| 5/28/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 7.8 |
| 5/28/2015 | Work on trial balance model template for recovery distribution model | David Kantorczyk | 9 | 7.0 |
| 5/28/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 8.0 |
| 5/29/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 6.8 |
| 5/29/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 7.5 |
| 5/30/2015 | Recovery/Liquidation/Distribution Model analysis | Raj Perubhatla | 9 | 3.7 |