# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**May 1 - 31, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $   7,884.64 |
| Travel – Lodging | 6,426.51 |
| Travel – Transportation | 2,968.84 |
| Travel – Meals | 1,211.89 |
| Office Expenses | - |
| TOTAL | $  18,491.88 |
| | |

Nortel Expense Report

**PERIOD:** May 1 - 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 5/4/2015 | Travel to Client site | $253.60 | $237.22 | $82.80 | $72.50 | | Brandon Bangerter | Economy airfare; one night hotel; car to airport; lunch - $14.16(RP,BB); dinner - $58.34(RP,BB) |
| 5/4/2015 | Raleigh Stay | | $214.52 | $82.26 | | | Daniel Tollefsen | One night hotel (214.52) Car Rental (68.11) |
| 5/4/2015 | Travel to Raleigh Nortel Offices | $403.72 | $237.22 | | | | Felicia Buenrostro | Economy airfare; one hotel night stay |
| 5/4/2015 | Travel to Raleigh | $383.10 | $237.22 | $109.85 | $161.99 | | Kathryn Schultea | Economy airfare; One night hotel stay;  To/From Airport; Lunch - KS; Dinner - KS, FB, LB, DT ($40.50 each) |
| 5/4/2015 | Travel to Client Site | $364.10 | $237.22 | | | | Leticia Barrios | Economy Airfare; one night hotel - RTP stay |
| 5/4/2015 | Travel to client site | $253.60 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 5/5/2015 | RTP stay | | $237.22 | $133.23 | $13.33 | | Brandon Bangerter | One night hotel; Avis rental car; lunch - $13.33(RP,BB) |
| 5/5/2015 | Raleigh Stay | | $214.52 | $82.27 | $322.30 | | Daniel Tollefsen | One night hotel (214.52) Car Rental (68.11) Meal-(Lunch 80.26 - KS/DT/FB/LB ($20.06 ea)) Meal (Dinner-242.04 - DT/KS/FB/LB/RP/BB ($40.34 ea)) |
| 5/5/2015 | Nortel office | | $237.22 | | | | Felicia Buenrostro |  One night hotel stay |
| 5/5/2015 | RTP Stay | | $237.22 | | | | Kathryn Schultea | One night Hotel stay |
| 5/5/2015 | RTP Stay | | $237.22 | | | | Leticia Barrios | One night hotel - RTP stay |
| 5/5/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 5/6/2015 | Travel from Client site | $253.60 | | $82.80 | $63.75 | | Brandon Bangerter | Economy airfare; car from airport; lunch - $63.75 (RP,BB) |
| 5/6/2015 | Raleigh Stay | | $214.52 | $82.27 | | | Daniel Tollefsen | One night hotel stay (214.52) Car Rental (68.12) |
| 5/6/2015 | Travel from Nortel Offices | $403.72 | | | | | Felicia Buenrostro | Economy airfare |
| 5/6/2015 | Travel from Raleigh | $383.10 | | $119.25 | $66.65 | | Kathryn Schultea | Economy airfare; To/From Airport; Lunch - KS, FB ($33.32 each) |
| 5/6/2015 | Travel from Client Site | $364.10 | | $117.50 | | | Leticia Barrios | Economy Airfare;  car to home |
| 5/6/2015 | Travel from client site | $253.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 5/7/2015 | Raleigh Stay | | $214.52 | $65.89 | | | Daniel Tollefsen | One night hotel stay (214.52) Car Rental (68.12) |
| 5/11/2015 | Travel to Client site | $208.60 | $237.22 | $82.80 | $60.96 | | Brandon Bangerter | Economy airfare; one night hotel; car to airport; dinner - $60.96 (RP,BB) |
| 5/11/2015 | Raleigh Stay | | $214.52 | $65.89 | | | Daniel Tollefsen | One night hotel stay (214.52) Car Rental (68.12) |
| 5/11/2015 | Travel to client site | $208.60 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 5/12/2015 | RTP stay | | $237.22 | $116.67 | $39.16 | | Brandon Bangerter | One night hotel; Avis car rental; lunch - $30.27(RP,DT,BB); dinner - $8.89 |
| 5/12/2015 | Raleigh Stay | | $225.87 | $65.89 | | | Daniel Tollefsen | One night hotel stay (225.87) Car Rental (68.12) |
| 5/12/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 5/13/2015 | Travel from Client site | $208.60 | | $85.00 | $16.98 | | Brandon Bangerter | Economy airfare; car from airport; lunch - $16.98(RP,BB) |
| 5/13/2015 | Travel from Client Site - Raleigh | $519.10 | | $334.20 | | | Daniel Tollefsen | Economy Airfare (519.10) Car Rental (57.68) Airport Parking (268.31) |
| 5/13/2015 | Travel from client site | $208.60 | | $92.00 | $10.53 | | Raj Perubhatla | Economy airfare; car from airport to home; meals (RP) |
| 5/18/2015 | Travel to Client site | $238.60 | $237.22 | $82.80 | $78.75 | | Brandon Bangerter | Economy airfare; one night hotel; car to airport; dinner - $78.75(RP,BB) |
| 5/18/2015 | Travel to client site | $238.60 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 5/19/2015 | RTP stay | | $237.22 | $137.39 | $99.58 | | Brandon Bangerter | One night hotel; Avis car rental; lunch - $16.73(RP,BB); dinner - $82.85(RP,BB) |
| 5/19/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 5/20/2015 | Travel from Client site | $238.60 | | $86.40 | $47.77 | | Brandon Bangerter | Economy airfare; car from airport; lunch - $47.77(RP,BB) |
| 5/20/2015 | Travel from client site | $238.60 | | $92.00 | $10.53 | | Raj Perubhatla | Economy airfare; car from airport to home; meals (RP) |
| 5/26/2015 | Travel to client site | $418.60 | $214.52 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |

## Nortel Expense Report

**PERIOD:** May 1 - 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 5/27/2015 | Travel to Client site | $418.60 | $214.52 | $84.68 | $97.80 | | Brandon Bangerter | Economy airfare; one night hotel; Avis car rental; lunch - $13.33(RP,BB); dinner - $84.47(RP,BB) |
| 5/27/2015 | Client site stay | | $214.52 | | | | Raj Perubhatla | one night hotel stay |
| 5/28/2015 | Travel from Client site | $418.60 | $214.52 | $41.00 | $49.31 | | Brandon Bangerter | Economy airfare; one night hotel; airport parking; lunch - $49.31(RP,BB) |
| 5/28/2015 | Travel from client site | $418.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home; meals (RP) |
| 5/31/2015 | Travel to client site | $586.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| | | $ 7,884.64 | $ 6,426.51 | $ 2,968.84 | $ 1,211.89 | $ - | | |