FILED
2015 JUN 11  AM 8: 38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: **Nortel Networks, Inc. et.al.**
        Debtors

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered
Court ID (Court use only)_____

<u>RESPONSE TO:</u>   THE DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO-BASIS DEFERRED COMPENSATION CLAIMS, NOBASIS PENSION CLAIMS, NO-BASIS CLAIMS, MODIFY AND ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS, WRONG DEBTOR CLAIMS AND REDUNDANT CLAIMS)
(Doc. 15655 Filed 05/29/15)

**Claimant: Peter S. Budihardjo**
**Claim Number: 3675**
**Scheduled Number 100816010**
**Description: Unpaid Severance Payment for 36 weeks (01/11/2009 to (09/20/2009)**
      **for a Total of $ 114,230.74.**

I, Peter S. Budihardjo, am respectfully contesting the Debtor's Thirty-Eighth Omnibus Objection (Docket 15655) to my claim number 3675. To support and justify the validity of this claim, I am submitting additional documentations and calculation which will show that:

1. <u>**I have a severance agreement with the Debtor: HR_SV_5948**</u>

   - <u>**Attachment A**</u>: Docket number 807 page number 483 Schedule G - Executory Contracts and Unexpired Leases, is evidence that:

     Peter S. Budihardjo has <u>Severance Agreement</u> HR_SV_5948 with the Debtor.

   - <u>**Attachment B**</u>: Release and Acknowledgement Agreement between Employee (Peter S. Budihardjo) and Nortel Networks, Inc. (Agreement Delivery Date: 11/12/08 ) is evidence that my severance period is for 36 weeks.

     - **Employment Termination Date: 2009/01/11**

- Severance Stop Date: 2009/09/20
- Severance Period: 36 Weeks to Commence Following Termination Date

2. **<u>My calculated severance payment of $ 114,230.74 is consistent with that scheduled by the Debtor.</u>**

- My 2009 Form W-2 from Nortel Networks Inc. is evidence that I have not received any severance payment from the Debtor
  - Year to date earning: Regular Pay $ 9519.23 and Vacation Pay 17188.05
- An email to kimev@nortel.com; 02/02/2009. (**Attachment C**), is evidence that the above regular pay is for 3 weeks.
  That is, one week of severance pay is $ 9519.23: 3 = $ 3,173.07
- Therefore, the total severance pay (for 36 weeks) owed is $ 3173.07 * 36 = $ 114,230.74
  This is consistent with the entry in the "*space for court use only*" in claim number 3675 (**Attachment D**): " Your claim is scheduled by the Debtor as $ 114,230.74 UNSECURED"

Based on this additional evidence, I respectfully request that the decision rejecting my claim number 3675 be reversed.

Respectfully submitted.

Dated: Cary, NC
June 5, 2015

*[signature]*

Peter S. Budihardjo
103 Lochfield Drive,
Cary, NC 27518
Telephone: 919-859-2383
email: peterbudihardjo@gmail.com

Copies to:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: Lisa M. Schweitzer

-and-

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott