# ATTACHMENT A

In re  **NORTEL NETWORKS INC.**                                    Case No.  **09-10138**
                Debtor                                                                                     (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PETER BINGAMAN<br>47 INDIAN HILL ROAD<br>WILTON, CT 06897 | SEVERANCE AGREEMENT<br>HR_SV_5613 |
| PETER CHRONOWIC<br>323 HOGANS VALLEY WAY<br>CARY, NC 27513 | SEVERANCE AGREEMENT<br>HR_SV_6316 |
| PETER CULOTTI<br>44225 BRISTOW CIRCLE<br>ASHBURN, VA 20147 | SEVERANCE AGREEMENT<br>HR_SV_6228 |
| PETER D. MACKINNON<br>2221 LAKESIDE BLVD.<br>RICHARDSON, TX 75082-4399 | EMPLOYMENT OFFER LETTER<br>HR_OLR_11274 |
| PETER FENNER<br>600 GOODWIN DRIVE<br>RICHARDSON, TX 75081 | INTELLECTUAL PROPERTY AGREEMENT<br>LG_IPI_7147 |
| PETER HUBOI<br>522 S. 13TH ST<br>SAN JOSE, CA 95112 | SEVERANCE AGREEMENT<br>HR_SV_6255 |
|  PETER S BUDIHARDJO<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | SEVERANCE AGREEMENT<br>HR_SV_5948  |
| PETRA GOINS<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | SEVERANCE AGREEMENT<br>HR_SV_6156 |
| PGT PHOTONICS SPA<br>75 FIFTH ST NW, SUITE 420<br>ATLANTA, GA 30308-1019 | PURCHASE ORDER<br>PO_SAP_66170 |
| PGT PHOTONICS SPA<br>75 FIFTH ST NW, SUITE 420<br>ATLANTA, GA 30308-1019 | PURCHASE ORDER<br>PO_SAP_39232 |
| PGT PHOTONICS SPA<br>75 FIFTH ST NW, SUITE 420<br>ATLANTA, GA 30308-1019 | PURCHASE ORDER<br>PO_SAP_39705 |

Sheet no. 6999 of 7561 sheet(s) attached to Schedule of
Executory Contracts and Unexpired Leases