**ATTACHMENT C**



Peter Budihardjo <peterbudihardjo@gmail.com>

## Jan 16, 2009 paystub (ticket # 293886)

1 message

**Peter Budihardjo** <peterbudihardjo@gmail.com>    Mon, Feb 2, 2009 at 4:22 PM
To: kimev@nortel.com

I talked to one of you staff this afternoon regarding my January 16 pay stub, specifically why I only received 1 week (40 hours) regular pay.

Per her explanation, the reason for the 1 week only pay is that my termination date was Jan 11, 2009, and thus only one week pay.  However, I found from my discussions with 3 other recently terminated Nortel employees — 2 terminated earlier and 1 terminated later than me - that all 3 receive 2 week (80 hours) regular pay.
**My question is the reason for different treatments of terminated employee?  Is there other avenue to rectify this other that submitting a claim to the court?**

I must commend you staff that talked to me, she is both courteous and very professional.  Looking forward to hearing from you soon.


Thank you and regards,

Peter S. Budihardjo
**Global ID: 1513137**
email: peterbudihardjo@gmail.com
tel.: 919-859-2383 **(home)**
       919-649-7298 **(cell)**
103 Lochfield Drive
Cary, NC27518