**CERTIFICATE OF SERVICE**

I, Robert A. Weber, hereby certify that on June 12, 2015, I caused the foregoing **Objection And Response Of Stephen Taylor, Conflicts Administrator for Nortel Networks SA, To Motions For Reconsideration And Clarification Of The U.S. Debtors, Bondholders And Law Debenture** to be served on the parties listed on Exhibit A attached hereto, by United States first class mail, unless otherwise indicated thereon.


/s/ Robert A. Weber
Robert A. Weber

## EXHIBIT A

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899-8705
**(By Hand Delivery)**

Dennis F. Dunne, Esq.
Albert A. Pisa, Esq.
Andrew M. Leblanc, Esq.
Atara Miller, Esq.
Milbank, Tweed, Hadley & Mc Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413

Thomas R. Kreller, Esq.
Milbank, Tweed, Hadley & Mc Cloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
**(By Hand Delivery)**

Michael J. Riela, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Christopher M. Samis, Esq.
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
**(By Hand Delivery)**

Fred S. Hodara, Esq.
David H. Botter, Esq.
Abid Qureshi, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Howard Zelbo, Esq.
James L. Bromley, Esq.
Jeffrey A. Rosenthal, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Eric D. Schwartz, Esq.
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Tamara K. Minot, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
**(By Hand Delivery)**

Stephen M. Miller, Esq.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**(By Hand Delivery)**

Daniel A. Lowenthal, Esq.
Brian P. Guiney, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**(By Hand Delivery)**

James L. Patton, Esq.
Edwin J. Harron, Esq.
John T. Dorsey, Esq.
Jaime Luton Chapman, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
**(By Hand Delivery)**

William R. Maguire, Esq.
Derek J.T. Adler, Esq.
Neil J. Oxford, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

2