**CERTIFICATE OF SERVICE**

I, Selinda A. Melnik, hereby certify that on this 12th day of June 2015, I caused a true and correct copy of the foregoing **Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification** to be served via electronic mail upon the Core Parties List.

*/s/ Selinda A. Melnik*
Selinda A. Melnik (DE #4032)