**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Re Docket Nos. 15611, 15612, 15613, 15615, 15622**<br><br>**Hearing Date:  June 25, 2015** |

**NOTICE OF FILING OF COURTESY COPIES PURSUANT TO SECTION 12(d)
OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF DOCUMENTS FILED
IN THE CANADIAN PROCEEDINGS BY THE JOINT ADMINISTRATORS**

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the *Cross-Border Insolvency Protocol* (as amended, the "Protocol") [D.I. 990] approved in the above-captioned cases, and for the limited purposes provided by the Protocol, the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for nineteen Nortel entities located in Europe, the Middle East, and Africa (collectively, the "EMEA Debtors")[3] in proceedings under the *Insolvency Act 1986*, pending before the High Court of

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are:  Nortel Networks Inc. (6332) ("NNI"); Nortel Networks Capital Corporation (9620) ("NNCC"); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

[2]  The Joint Administrators in the English proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited ("NNIR"), are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Joint Administrators in the English proceedings for NNIR are: Alan Robert Bloom and David Martin Hughes.  Following the allocation decisions, Stephen Taylor has been appointed as a Joint Administrator for Nortel Networks S.A. ("NNSA") to represent NNSA's interests to the extent they conflict with the interests of the other eighteen EMEA Debtors.

[3]  The EMEA Debtors are:  Nortel Networks UK Limited; NNIR; NNSA; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.;

01:11138220.3

Justice of England and Wales, have filed in the above-captioned cases courtesy copies of the following documents (collectively, the "Documents") that were submitted by the Joint Administrators in proceedings pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Proceedings"):

- *Factum of the Joint Administrators to the Motions for Reconsideration and Clarification*

- *Brief of Authorities of the Joint Administrators to the Motions for Reconsideration and Clarification*

Copies of the Documents may be obtained through the docket maintained in the above-captioned cases at www.epiqsystems.com or by request to undersigned counsel. A joint hearing currently is scheduled to be held in the Canadian Proceedings and the above-captioned cases on June 25, 2015.

[Signature page follows]

---

Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o. Other EMEA entities impacted by the allocation decisions are Nortel Networks A.G., Nortel Networks Scandinavia AS, and Nortel Networks South Africa (Proprietary) Limited; however, these entities are not in administration, they have their own directors and counsel, and this submission is not made on their behalf. This submission is also not made on behalf of NNSA, which for these and certain other purposes is advised by separate legal counsel. The Joint Administrators understand that a separate submission will be made by NNSA in relation to these Motions.

01:11138220.3

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 12, 2015 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ Patrick A. Jackson<br>James L. Patton (No. 2202)<br>Edwin J. Harron (No. 3396)<br>John T. Dorsey (No. 2988)<br>Jaime Luton Chapman (No. 4936)<br>Patrick A. Jackson (No. 4976)<br><br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571–6600<br>Facsimile: (302) 571–1253<br><br>- and -<br><br>**HUGHES HUBBARD & REED LLP**<br>William R. Maguire (*admitted pro hac vice*)<br>Derek J.T. Adler (*admitted pro hac vice*)<br>Neil J. Oxford (*admitted pro hac vice*)<br><br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837–6000<br>Facsimile: (212) 422–4726<br><br>*Counsel for the Joint Administrators* |

01:11138220.3