# Exhibit A

NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2015 THROUGH MAY 31, 2015

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/6/2015 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/13/2015 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/20/2015 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/14/2015 | Updated monthly fee application documents and exhibits. | 1.2 | 550 | $ 660.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/15/2015 | Updated quarterly fee application documents and exhibits. | 1.3 | 550 | $ 715.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/14/2015 | Nortel - review and sign-off on monthly fee application | 0.3 | 750 | $ 225.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/15/2015 | Nortel - review and sign-off quarterly fee application | 0.2 | 750 | $ 150.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/18/2015 | Nortel - fee app preparation | 0.3 | 750 | $ 225.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2015 | Reviewed and updated employee claims communication document analysis. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2015 | Analyzed various employee claims and documented notes accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2015 | Reconciled employee claims against underlying analyses to ensure proper documentation. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2015 | Reviewed and updated employee claims analysis based on notes from prior call. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2015 | Prepared employee claims analysis and provided to Cleary for review. | 2.4 | 550 | $ 1,320.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2015 | Corresponded with B. Beller of Cleary and M. Cilia of RLKS regarding employee claims. | 0.4 | 550 | $ 220.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2015 | Reviewed and updated employee claims analysis based on notes from M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2015 | Reviewed updated claims register and documented notes accordingly. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2015 | Prepared employee claims per request of M. Cilia of RLKS. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2015 | Updated employee claims analyses based on claims review. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2015 | Updated claims analyses based on review of overall database provided by Epiq. | 2.2 | 550 | $ 1,210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2015 | Analyzed employee claims and related communication documents. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2015 | Updated employee claims analysis based on revised Nortel notes. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2015 | Updated various employee claims analyses based on review of supporting documents. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2015 | Reviewed employee claims files provided by M. Cilia of RLKS and documented notes. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2015 | Analyzed and updated employee claims analysis based on notes. | 1.9 | 550 | $ 1,045.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2015 | Reviewed and updated employee claims analysis based on comments from Epiq. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2015 | Reviewed and documented notes on various employee claims items. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2015 | Updated employee claims analysis and prepared notes for Epiq. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2015 | Reviewed additional employee claims in order to prepare for objections. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2015 | Reconciled employee claims database against analysis to document notes. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2015 | Reconciled updated claims register to employee claims analyses. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2015 | Investigated various employee claims items per request from A. Tsai of Epiq. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2015 | Updated various employee claims analyses based on review. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2015 | Reconciled employee claims analysis against claims database | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2015 | Updated employee claims analysis and provided to M. Cilia of RLKS. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/11/2015 | Reviewed employee claims detail provided by B. Beller of Cleary. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/11/2015 | Analyzed various employee claims and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/11/2015 | Updated employee claims analysis and documented notes regarding the same. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/11/2015 | Updated employee claims analysis based on revised Nortel notes. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/11/2015 | Updated claims analysis based on comments from Cleary. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/12/2015 | Documented notes regarding various employee claims analyses. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/12/2015 | Reviewed and updated employee claims analyses and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/12/2015 | Investigated various employee claim issues per request from Cleary. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/12/2015 | Analyzed notes regarding various employee claims and underlying analysis. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/12/2015 | Reviewed and updated employee claim communication documents analysis. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2015 | Updated employee claims communication documents analysis. | 0.6 | 550 | $ 330.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2015 | Reviewed and updated employee claims communication analysis. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2015 | Analyzed and updated employee claims analysis. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2015 | Reviewed various employee claims information and updated corresponding analyses. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2015 | Investigated various employee claims issues per request of Cleary. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2015 | Reconciled employee claims analysis against claims database | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2015 | Updated various employee claims issues per request of M. Cilia of RLKS. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2015 | Reviewed and updated employee claims communication documents provided by Cleary. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2015 | Investigated various employee claim issues per request from Cleary. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2015 | Reviewed employee claims analyses and documented notes. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2015 | Reviewed and updated underlying employee claims analysis. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2015 | Reviewed and updated employee claims analysis based on Nortel comments and notes. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2015 | Analyzed employee claims report and updated analyses accordingly. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/18/2015 | Analyzed various employee claims and documented notes. | 0.5 | 550 | $ 275.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/18/2015 | Reconciled employee claims analysis against claims database | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/18/2015 | Reviewed and updated underlying employee claims analysis. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/18/2015 | Investigated various employee claims issues per request from Cleary. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2015 | Investigated certain employee claim items per request from Cleary. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2015 | Updated employee claims analysis based on report provided by Epiq. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2015 | Reviewed employee claims analyses and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2015 | Reconciled updated claims register to employee claims analyses. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/19/2015 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2015 | Reviewed and updated employee claims per comments from counsel. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2015 | Corresponded with Cleary regarding various employee claims items. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/21/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/21/2015 | Worked with M. Cilia of RLKS to review employee claims for objection. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/21/2015 | Analyzed employee claims database and updated underlying analyses. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/26/2015 | Updated discrepancies within employee claims analysis. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/26/2015 | Reconciled employee claims analyses with underlying claims database. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/26/2015 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/27/2015 | Analyzed employee claims analyses provided by M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/29/2015 | Worked with A. Tsai of Epiq to update certain unsecured claims register items. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/19/2015 | Reconciled omnibus claim objection exhibits in preparation for filing objections to various employee claims. | 1.7 | 395 | $ 671.50 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/19/2015 | Reconciled employee claim communication documents to underlying analysis. | 1.4 | 395 | $ 553.00 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/19/2015 | Documented notes regarding employee claim communication document discrepancies. | 2.0 | 395 | $ 790.00 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/19/2015 | Reviewed and updated employee claims analysis based on review of corresponding documents. | 1.0 | 395 | $ 395.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2015 THROUGH MAY 31, 2015**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/19/2015 | Reviewed various employee claim objection exhibits and documented notes regarding the same. | 1.9 | 395 | $ 750.50 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/21/2015 | Updated reconciliation of omnibus claim objection exhibits in preparation for filing objections to various employee claims. | 1.5 | 395 | $ 592.50 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/21/2015 | Reviewed various employee claim communication documents and sourced them to underlying file. | 1.5 | 395 | $ 592.50 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/21/2015 | Documented notes regarding employee claim communication document discrepancies. | 1.8 | 395 | $ 711.00 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/21/2015 | Reviewed and updated employee claims analysis based on review of corresponding documents. | 1.3 | 395 | $ 513.50 |
| 16 | Unsecured Claim Analysis | Gideon Amuah | 5/21/2015 | Reviewed various employee claim objection exhibits and documented notes. | 1.9 | 395 | $ 750.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/15/2015 | Nortel - call with Huron director re status of open claims matters  time-line  opinion and impact | 0.3 | 750 | $ 225.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/15/2015 | Nortel - review case file  opinion articles and materials re opinion on treatment of cross boarder claims | 0.7 | 750 | $ 525.00 |