# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2015 through May 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $140.65 |
| Photos/Art/ Spec Duplicating | Out of Office | 930.32 |
| Courier/Delivery Service | | 3,451.71 |
| Computer Research | Westlaw | 318.22 |
| In-House Duplicating | | 437.45 |
| Secretarial Overtime | | 78.50 |
| Pacer | | 63.40 |
| Facsimile | | 1,051.50 |
| **Total Expenses** | | **$6,471.75** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | PROFORMA 378198 | AS OF 05/31/15 | | INVOICE# ****** |
| 63989-DIP | | | | | | | |
| DATE: 06/15/15 11:37:55 | | | | | | | |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1299858 | 05/20/15 | B | 140.65 | Transcripts - DIAZ DATA SERVICES - EXPEDITED TRANSCRIPT 5/20/15 | 506 | 684 | 209107 |
| 1297149 | 03/31/15 | B | 80.50 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPIES OF VOLUNTARY PETITION - 3/31/15 | 510 | 684 | 209012 |
| 1295567 | 05/01/15 | B | 244.25 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY, PRINT, FAX BROADCAST 5/1/15 | 510 | 971 | 208894 |
| 1301932 | 05/15/15 | B | 126.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 5/15/15 | 510 | 546 | 209217 |
| 1303784 | 05/18/15 | B | 456.77 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 5/18/15 | 510 | 684 | 209373 |
| 1303381 | 05/26/15 | B | 22.80 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY PRINT - 5/26/15 | 510 | 684 | 209341 |
| 1296018 | 02/12/15 | B | 22.69 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 208907 |
| 1296016 | 02/12/15 | B | (22.69) | )Reversal from Cancelled Voucher 207061 | 514 | 322 | 208906 |
| 1294938 | 04/02/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS USPS.COM - SHIPPING FEES - 4/2/15 | 514 | 000 | 208870 |
| 1294951 | 04/15/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS USPS.COM - SHIPPING FEES - 4/15/15 | 514 | 000 | 208870 |
| 1295298 | 04/27/15 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 208884 |
| 1294879 | 05/01/15 | B | 33.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 208840 |
| 1294880 | 05/01/15 | B | 18.75 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 208841 |
| 1294327 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294328 | 05/01/15 | B | 16.32 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294329 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294330 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294331 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294321 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294322 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294323 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294324 | 05/01/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294325 | 05/01/15 | B | 21.96 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294326 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294315 | 05/01/15 | B | 24.82 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294316 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294317 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294318 | 05/01/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294319 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP DATE: 06/15/15 11:37:55 | | | | PRO FORMA 378198 | AS OF 05/31/15 | | INVOICE# ****** |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1294320 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294309 | 05/01/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294310 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294311 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294312 | 05/01/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294313 | 05/01/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294314 | 05/01/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294303 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294304 | 05/01/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294305 | 05/01/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294306 | 05/01/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294307 | 05/01/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294308 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294297 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294298 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294299 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294300 | 05/01/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294301 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294302 | 05/01/15 | B | 20.25 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294291 | 05/01/15 | B | 25.90 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294292 | 05/01/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294293 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294294 | 05/01/15 | B | 12.70 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294295 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294296 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294285 | 05/01/15 | B | 27.10 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294286 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294287 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294288 | 05/01/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294289 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294290 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294279 | 05/01/15 | B | 22.69 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294280 | 05/01/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294281 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294282 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294283 | 05/01/15 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294284 | 05/01/15 | B | 26.87 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294273 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |

```
Nortel Networks, Inc.                  PRO FORMA  378198           AS OF 05/31/15            INVOICE# ******
63989-DIP
DATE: 06/15/15 11:37:55
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1294274 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294275 | 05/01/15 | B | 25.64 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294276 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294277 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294278 | 05/01/15 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294267 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294268 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294269 | 05/01/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294270 | 05/01/15 | B | 23.19 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294271 | 05/01/15 | B | 26.01 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1294272 | 05/01/15 | B | 23.16 | Courier/Delivery Service | 514 | 322 | 208787 |
| 1299014 | 05/07/15 | B | 39.94 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 209077 |
| 1300570 | 05/15/15 | B | 32.98 | Courier/Delivery Service - FEDERAL EXPRESS CORP. - TRANSPORTATION AND SPECIAL HANDLING SERVICES | 514 | 000 | 209151 |
| 1299613 | 05/15/15 | B | 22.21 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299614 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299615 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299616 | 05/15/15 | B | 22.97 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1301113 | 05/15/15 | B | 41.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 209207 |
| 1302667 | 05/15/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302309 | 05/15/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209253 |
| 1299671 | 05/15/15 | B | 12.58 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299672 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299673 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299674 | 05/15/15 | B | 22.47 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299675 | 05/15/15 | B | 25.65 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1300155 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209128 |
| 1299665 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299666 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299667 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299668 | 05/15/15 | B | 21.75 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299669 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299670 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299659 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299660 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299661 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299662 | 05/15/15 | B | 25.39 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299663 | 05/15/15 | B | 26.83 | Courier/Delivery Service | 514 | 322 | 209094 |

```
Nortel Networks, Inc.                         PRO FORMA  378198          AS OF 05/31/15                    INVOICE# ******
63989-DIP
DATE: 06/15/15 11:37:55
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1299664 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299653 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299654 | 05/15/15 | B | 22.97 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299655 | 05/15/15 | B | 24.58 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299656 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299657 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299658 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299647 | 05/15/15 | B | 25.65 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299648 | 05/15/15 | B | 20.06 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299649 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299650 | 05/15/15 | B | 12.58 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299651 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299652 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299641 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299642 | 05/15/15 | B | 22.97 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299643 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299644 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299645 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299646 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299635 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299636 | 05/15/15 | B | 26.61 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299637 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299638 | 05/15/15 | B | 22.47 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299639 | 05/15/15 | B | 12.58 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299640 | 05/15/15 | B | 12.58 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299629 | 05/15/15 | B | 16.16 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299630 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299631 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299632 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299633 | 05/15/15 | B | 18.57 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299634 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299623 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299624 | 05/15/15 | B | 12.58 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299625 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299626 | 05/15/15 | B | 22.94 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299627 | 05/15/15 | B | 25.65 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299628 | 05/15/15 | B | 22.97 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299617 | 05/15/15 | B | 26.83 | Courier/Delivery Service | 514 | 322 | 209094 |

Nortel Networks, Inc.                                                       PRO FORMA  378198            AS OF 05/31/15                                    INVOICE# ******
63989-DIP
DATE: 06/15/15 11:37:55

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1299618 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299619 | 05/15/15 | B | 22.47 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299620 | 05/15/15 | B | 22.97 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299621 | 05/15/15 | B | 22.97 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1299622 | 05/15/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 209094 |
| 1304369 | 05/22/15 | B | 5.00 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 209382 |
| 1302811 | 05/26/15 | B | 5.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 209288 |
| 1302668 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302669 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302670 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302671 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302672 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302733 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302727 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302728 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302729 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302730 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302731 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302732 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302721 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302722 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302723 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302724 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302725 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302726 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302715 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302716 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302717 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302718 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302719 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302720 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302709 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302710 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302711 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302712 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302713 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302714 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302703 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |

Nortel Networks, Inc.  PRO FORMA  398198   AS OF 05/31/15   INVOICE# ******
63989-DIP
DATE: 06/15/15 11:37:55

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1302704 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302705 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302706 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302707 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302708 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302697 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302698 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302699 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302700 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302701 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302702 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302691 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302692 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302693 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302694 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302695 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302696 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302685 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302686 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302687 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302688 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302689 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302690 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302679 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302680 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302681 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302682 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302683 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302684 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302673 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302674 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302675 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302676 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302677 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1302678 | 05/26/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209259 |
| 1294115 | 05/01/15 | B | 26.73 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |

```
Nortel Networks, Inc.                          PRO FORMA  378198         AS OF 05/31/15             INVOICE#  ******
63989-DIP
DATE: 06/15/15 11:37:55
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1299788 | 05/14/15 | B | 33.89 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1299789 | 05/15/15 | B | 36.59 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1300980 | 05/19/15 | B | 40.10 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1300982 | 05/22/15 | B | 26.73 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1300981 | 05/22/15 | B | 100.71 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1303288 | 05/26/15 | B | 40.10 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1303289 | 05/27/15 | B | 13.37 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1296048 | 03/25/15 | B | 59.50 | Secretarial Overtime | 516S | 605 | |
| 1296064 | 03/26/15 | B | 19.00 | Secretarial Overtime | 516S | 670 | |
| 1294373 | 05/05/15 | B | 8.40 | In-House Duplicating | 519 | 684 | |
| 1294372 | 05/05/15 | B | 2.40 | In-House Duplicating | 519 | 971 | |
| 1297888 | 05/13/15 | B | 13.70 | In-House Duplicating | 519 | 605 | |
| 1298292 | 05/15/15 | B | 5.20 | In-House Duplicating | 519 | 605 | |
| 1298290 | 05/15/15 | B | 11.00 | In-House Duplicating | 519 | 546 | |
| 1298291 | 05/15/15 | B | 15.00 | In-House Duplicating | 519 | 546 | |
| 1302398 | 05/27/15 | B | 21.60 | In-House Duplicating | 519 | 605 | |
| 1301141 | 05/15/15 | B | 866.25 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 5/15/15 | 522H | 546 | 209217 |
| 1301971 | 05/18/15 | B | 45.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 5/18/15 | 522H | 684 | 209238 |
| 1303785 | 05/22/15 | B | 12.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 5/22/15 | 522H | 684 | 209374 |
| 1303382 | 05/26/15 | B | 128.25 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 5/26/15 | 522H | 684 | 209341 |
| 1299706 | 04/30/15 | B | 63.40 | Pacer charges for the month of April | 529 | 000 | |
| 1293483 | 05/01/15 | B | 2.20 | In-House Printing - black & white Call time: 15:19; to | 541 | 221 | |
| 1293481 | 05/01/15 | B | 1.30 | In-House Printing - black & white Call time: 17:27; to | 541 | 605 | |
| 1293482 | 05/01/15 | B | 0.10 | In-House Printing - black & white Call time: 17:27; to | 541 | 605 | |
| 1293484 | 05/01/15 | B | 1.30 | In-House Printing - black & white Call time: 17:39; to | 541 | 605 | |
| 1293485 | 05/01/15 | B | 0.10 | In-House Printing - black & white Call time: 17:39; to | 541 | 605 | |
| 1293486 | 05/01/15 | B | 3.90 | In-House Printing - black & white Call time: 17:39; to | 541 | 605 | |
| 1293487 | 05/01/15 | B | 0.30 | In-House Printing - black & white Call time: 17:39; to | 541 | 605 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP DATE: 06/15/15 11:37:55 | | | PRO FORMA 378198 | | AS OF 05/31/15 | | INVOICE# ****** |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1293480 | 05/01/15 | B | 1.25 | In-House Printing - black & white Call time: 14:33; to | 541 | 670 | |
| 1295000 | 05/07/15 | B | 2.10 | In-House Printing - black & white Call time: 14:27; to | 541 | 904 | |
| 1295001 | 05/07/15 | B | 0.30 | In-House Printing - black & white Call time: 14:27; to | 541 | 904 | |
| 1295002 | 05/07/15 | B | 5.25 | In-House Printing - black & white Call time: 14:22; to | 541 | 904 | |
| 1295003 | 05/07/15 | B | 0.75 | In-House Printing - black & white Call time: 14:22; to | 541 | 904 | |
| 1294998 | 05/07/15 | B | 0.95 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1294999 | 05/07/15 | B | 0.65 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1295593 | 05/08/15 | B | 1.70 | In-House Printing - black & white Call time: 10:22; to | 541 | 961 | |
| 1296744 | 05/12/15 | B | 1.80 | In-House Printing - black & white Call time: 14:48; to | 541 | 684 | |
| 1296745 | 05/12/15 | B | 1.80 | In-House Printing - black & white Call time: 10:42; to | 541 | 684 | |
| 1296742 | 05/12/15 | B | 13.25 | In-House Printing - black & white Call time: 14:54; to | 541 | 684 | |
| 1296743 | 05/12/15 | B | 1.80 | In-House Printing - black & white Call time: 14:36; to | 541 | 684 | |
| 1297468 | 05/13/15 | B | 1.35 | In-House Printing - black & white Call time: 11:28; to | 541 | 971 | |
| 1297469 | 05/13/15 | B | 0.05 | In-House Printing - black & white Call time: 11:28; to | 541 | 971 | |
| 1297889 | 05/13/15 | B | 1.10 | In-House Printing - black & white Call time: 19:16; to | 541 | 605 | |
| 1297890 | 05/13/15 | B | 0.25 | In-House Printing - black & white Call time: 19:16; to | 541 | 605 | |
| 1297470 | 05/13/15 | B | 1.00 | In-House Printing - black & white Call time: 18:30; to | 541 | 605 | |
| 1297471 | 05/13/15 | B | 0.20 | In-House Printing - black & white Call time: 18:30; to | 541 | 605 | |
| 1297450 | 05/13/15 | B | 2.55 | In-House Printing - black & white Call time: 11:24; to | 541 | 684 | |
| 1297451 | 05/13/15 | B | 2.95 | In-House Printing - black & white Call time: 11:24; to | 541 | 684 | |
| 1297452 | 05/13/15 | B | 1.20 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |
| 1297459 | 05/13/15 | B | 1.95 | In-House Printing - black & white Call time: 11:17; to | 541 | 684 | |
| 1297460 | 05/13/15 | B | 1.10 | In-House Printing - black & white Call time: 11:11; to | 541 | 684 | |
| 1297461 | 05/13/15 | B | 0.05 | In-House Printing - black & white Call time: 11:11; to | 541 | 684 | |
| 1297462 | 05/13/15 | B | 1.40 | In-House Printing - black & white Call time: 11:21; to | 541 | 684 | |
| 1297463 | 05/13/15 | B | 1.80 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1297464 | 05/13/15 | B | 1.50 | In-House Printing - black & white Call time: 11:23; to | 541 | 684 | |
| 1297453 | 05/13/15 | B | 4.70 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1297454 | 05/13/15 | B | 1.20 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |
| 1297455 | 05/13/15 | B | 1.35 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |

| Nortel Networks, Inc. | | PRO FORMA 378198 | | AS OF 05/31/15 | | INVOICE# ****** |
|---|---|---|---|---|---|---|
| 63989-DIP | | | | | | |
| DATE: 06/15/15 11:37:55 | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1297456 | 05/13/15 | B | 1.35 | In-House Printing - black & white Call time: 11:26; to | 541 | 684 | |
| 1297457 | 05/13/15 | B | 2.70 | In-House Printing - black & white Call time: 13:31; to | 541 | 684 | |
| 1297458 | 05/13/15 | B | 1.90 | In-House Printing - black & white Call time: 11:13; to | 541 | 684 | |
| 1297465 | 05/13/15 | B | 2.65 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1297466 | 05/13/15 | B | 1.65 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1297467 | 05/13/15 | B | 0.05 | In-House Printing - black & white Call time: 11:28; to | 541 | 684 | |
| 1297891 | 05/14/15 | B | 1.10 | In-House Printing - black & white Call time: 09:17; to | 541 | 684 | |
| 1297892 | 05/14/15 | B | 0.25 | In-House Printing - black & white Call time: 09:17; to | 541 | 684 | |
| 1297893 | 05/14/15 | B | 10.50 | In-House Printing - black & white Call time: 14:14; to | 541 | 684 | |
| 1297894 | 05/14/15 | B | 2.70 | In-House Printing - black & white Call time: 14:24; to | 541 | 684 | |
| 1297897 | 05/14/15 | B | 0.95 | In-House Printing - black & white Call time: 15:47; to | 541 | 684 | |
| 1297898 | 05/14/15 | B | 0.65 | In-House Printing - black & white Call time: 15:47; to | 541 | 684 | |
| 1297895 | 05/14/15 | B | 6.35 | In-House Printing - black & white Call time: 14:30; to | 541 | 322 | |
| 1297896 | 05/14/15 | B | 0.15 | In-House Printing - black & white Call time: 14:30; to | 541 | 322 | |
| 1298293 | 05/15/15 | B | 1.30 | In-House Printing - black & white Call time: 13:13; to | 541 | 546 | |
| 1299892 | 05/20/15 | B | 0.30 | In-House Printing - black & white Call time: 15:42; to | 541 | 684 | |
| 1299893 | 05/20/15 | B | 1.60 | In-House Printing - black & white Call time: 15:45; to | 541 | 684 | |
| 1299894 | 05/20/15 | B | 0.05 | In-House Printing - black & white Call time: 15:45; to | 541 | 684 | |
| 1299891 | 05/20/15 | B | 2.40 | In-House Printing - black & white Call time: 15:42; to | 541 | 684 | |
| 1300213 | 05/21/15 | B | 1.05 | In-House Printing - black & white Call time: 14:50; to | 541 | 961 | |
| 1300214 | 05/21/15 | B | 0.05 | In-House Printing - black & white Call time: 14:50; to | 541 | 961 | |
| 1300215 | 05/21/15 | B | 11.10 | In-House Printing - black & white Call time: 10:36; to | 541 | 684 | |
| 1300216 | 05/21/15 | B | 0.10 | In-House Printing - black & white Call time: 10:36; to | 541 | 684 | |
| 1300217 | 05/21/15 | B | 2.10 | In-House Printing - black & white Call time: 10:36; to | 541 | 684 | |
| 1300218 | 05/21/15 | B | 2.20 | In-House Printing - black & white Call time: 10:37; to | 541 | 684 | |
| 1300219 | 05/21/15 | B | 10.70 | In-House Printing - black & white Call time: 10:38; to | 541 | 684 | |
| 1300220 | 05/21/15 | B | 2.80 | In-House Printing - black & white Call time: 10:40; to | 541 | 684 | |
| 1300717 | 05/22/15 | B | 2.70 | In-House Printing - black & white Call time: 14:35; to | 541 | 684 | |
| 1300718 | 05/22/15 | B | 0.50 | In-House Printing - black & white Call time: 14:35; to | 541 | 684 | |
| 1300719 | 05/22/15 | B | 2.65 | In-House Printing - black & white Call time: 14:35; to | 541 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1300720 | 05/22/15 | B | 7.20 | In-House Printing - black & white Call time: 14:42; to | 541 | 684 | |
| 1300721 | 05/22/15 | B | 5.30 | In-House Printing - black & white Call time: 14:42; to | 541 | 684 | |
| 1300714 | 05/22/15 | B | 1.40 | In-House Printing - black & white Call time: 08:58; to | 541 | 637 | |
| 1300715 | 05/22/15 | B | 0.95 | In-House Printing - black & white Call time: 11:25; to | 541 | 322 | |
| 1300716 | 05/22/15 | B | 0.50 | In-House Printing - black & white Call time: 11:25; to | 541 | 322 | |
| 1300963 | 05/25/15 | B | 1.50 | In-House Printing - black & white Call time: 10:07; to | 541 | 961 | |
| 1302026 | 05/26/15 | B | 0.25 | In-House Printing - black & white Call time: 21:12; to | 541 | 961 | |
| 1301178 | 05/26/15 | B | 1.85 | In-House Printing - black & white Call time: 09:10; to | 541 | 961 | |
| 1302025 | 05/26/15 | B | 1.15 | In-House Printing - black & white Call time: 21:12; to | 541 | 961 | |
| 1301176 | 05/26/15 | B | 3.20 | In-House Printing - black & white Call time: 11:22; to | 541 | 322 | |
| 1301181 | 05/26/15 | B | 1.05 | In-House Printing - black & white Call time: 16:17; to | 541 | 221 | |
| 1301182 | 05/26/15 | B | 0.05 | In-House Printing - black & white Call time: 16:17; to | 541 | 221 | |
| 1301179 | 05/26/15 | B | 1.75 | In-House Printing - black & white Call time: 17:49; to | 541 | 605 | |
| 1301180 | 05/26/15 | B | 0.05 | In-House Printing - black & white Call time: 17:49; to | 541 | 605 | |
| 1301174 | 05/26/15 | B | 32.55 | In-House Printing - black & white Call time: 10:59; to | 541 | 971 | |
| 1301175 | 05/26/15 | B | 0.10 | In-House Printing - black & white Call time: 10:59; to | 541 | 971 | |
| 1301177 | 05/26/15 | B | 1.85 | In-House Printing - black & white Call time: 10:04; to | 541 | 971 | |
| 1302399 | 05/27/15 | B | 1.55 | In-House Printing - black & white Call time: 19:51; to | 541 | 605 | |
| 1302400 | 05/27/15 | B | 1.00 | In-House Printing - black & white Call time: 19:52; to | 541 | 605 | |
| 1302401 | 05/27/15 | B | 0.10 | In-House Printing - black & white Call time: 19:52; to | 541 | 605 | |
| 1302027 | 05/27/15 | B | 8.40 | In-House Printing - black & white Call time: 10:40; to | 541 | 684 | |
| 1302028 | 05/27/15 | B | 2.40 | In-House Printing - black & white Call time: 11:09; to | 541 | 684 | |
| 1302029 | 05/27/15 | B | 6.50 | In-House Printing - black & white Call time: 12:21; to | 541 | 684 | |
| 1302402 | 05/28/15 | B | 2.40 | In-House Printing - black & white Call time: 14:52; to | 541 | 684 | |
| 1302403 | 05/28/15 | B | 1.65 | In-House Printing - black & white Call time: 14:58; to | 541 | 684 | |
| 1302410 | 05/28/15 | B | 2.40 | In-House Printing - black & white Call time: 15:18; to | 541 | 684 | |
| 1302411 | 05/28/15 | B | 0.30 | In-House Printing - black & white Call time: 15:18; to | 541 | 684 | |
| 1302406 | 05/28/15 | B | 3.55 | In-House Printing - black & white Call time: 15:59; to | 541 | 684 | |
| 1302407 | 05/28/15 | B | 3.30 | In-House Printing - black & white Call time: 16:15; to | 541 | 684 | |
| 1302408 | 05/28/15 | B | 22.20 | In-House Printing - black & white Call time: 16:18; to | 541 | 684 | |

Nortel Networks, Inc.                         PRO FORMA  378198                  AS OF 05/31/15                          INVOICE# ******
63989-DIP
DATE: 06/15/15 11:37:55

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1302409 | 05/28/15 | B | 10.80 | In-House Printing - black & white Call time: 15:07; to | 541 | 684 | |
| 1302404 | 05/28/15 | B | 1.95 | In-House Printing - black & white Call time: 17:11; to | 541 | 961 | |
| 1302405 | 05/28/15 | B | 1.45 | In-House Printing - black & white Call time: 17:12; to | 541 | 961 | |
| 1302883 | 05/29/15 | B | 1.55 | In-House Printing - black & white Call time: 10:28; to | 541 | 684 | |
| 1302884 | 05/29/15 | B | 1.00 | In-House Printing - black & white Call time: 10:23; to | 541 | 684 | |
| 1302885 | 05/29/15 | B | 0.10 | In-House Printing - black & white Call time: 10:23; to | 541 | 684 | |
| 1302886 | 05/29/15 | B | 1.35 | In-House Printing - black & white Call time: 10:13; to | 541 | 684 | |
| 1302893 | 05/29/15 | B | 2.80 | In-House Printing - black & white Call time: 16:48; to | 541 | 684 | |
| 1302894 | 05/29/15 | B | 0.10 | In-House Printing - black & white Call time: 16:48; to | 541 | 684 | |
| 1302895 | 05/29/15 | B | 17.40 | In-House Printing - black & white Call time: 16:58; to | 541 | 684 | |
| 1302896 | 05/29/15 | B | 0.90 | In-House Printing - black & white Call time: 16:58; to | 541 | 684 | |
| 1302887 | 05/29/15 | B | 0.05 | In-House Printing - black & white Call time: 10:13; to | 541 | 684 | |
| 1302888 | 05/29/15 | B | 1.25 | In-House Printing - black & white Call time: 13:53; to | 541 | 684 | |
| 1302889 | 05/29/15 | B | 3.30 | In-House Printing - black & white Call time: 14:14; to | 541 | 684 | |
| 1302890 | 05/29/15 | B | 2.10 | In-House Printing - black & white Call time: 14:14; to | 541 | 684 | |
| 1302891 | 05/29/15 | B | 0.30 | In-House Printing - black & white Call time: 14:14; to | 541 | 684 | |
| 1302892 | 05/29/15 | B | 3.00 | In-House Printing - black & white Call time: 16:57; to | 541 | 684 | |
| 1296746 | 05/12/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1296747 | 05/12/15 | B | 0.25 | In-House Printing - color | 542 | 670 | |
| 1296748 | 05/12/15 | B | 31.75 | In-House Printing - color | 542 | 670 | |
| 1296749 | 05/12/15 | B | 0.75 | In-House Printing - color | 542 | 670 | |
| 1300722 | 05/22/15 | B | 4.50 | In-House Printing - color | 542 | 961 | |
| 1300723 | 05/22/15 | B | 2.75 | In-House Printing - color | 542 | 961 | |
| 1301183 | 05/26/15 | B | 11.75 | In-House Printing - color | 542 | 322 | |
| 1301184 | 05/26/15 | B | 1.25 | In-House Printing - color | 542 | 322 | |
| | | | 6,471.75 | | | | |