# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 15584] | 2/1/15 - 2/28/15 | CDN$90,061.00 (Fees)  CDN$502.05 (Expenses) | CDN$72,048.80 (Fees @ 80%)  CDN$502.05 (Expenses @ 100%) | 05/21/15 | 6/11/15 |