# **<u>EXHIBIT B</u>**

```
*********************************************************************************************Page 23 of (24)
                                              WHITEFORD, TAYLOR & PRESTON      THRU 05/31/15
 BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT       AS OF 6/11/2015 9:27:52 AM
                                              PROFORMA NUMBER: 373864          LAST DATE BILLED 05/19/15

 CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
 MATTER 00001            NORTEL
 CASE ID
```

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 10 |  |  | PHOTOCOPIES |  | .30 |
| 3284897 | 05/14/15 |  | 101 |  | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH X2 | 46.00 |  |
| 3284898 | 05/15/15 |  | 101 |  | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH-BANKRUPTCY COURT/JUDGE WALSH | 35.00 |  |
| 3284899 | 05/15/15 |  | 101 |  | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH-BANKRUPTCY COURT | 15.00 |  |
| 3284900 | 05/15/15 |  | 101 |  | 01762 | DLS DISCOVERY - COURIER EXPENSE-RUSH DELIVERY | 24.00 |  |
|  |  |  | *101 |  |  | COURIER EXPENSE |  | 120.00 |
| 3284893 | 05/05/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPE, HAND DELIVERY, EMAIL PDF TO CLIENT | 95.18 |  |
| 3284894 | 05/12/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE | 41.34 |  |
| 3284895 | 05/13/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY MEDIUM LITIGATION B/W, D-RING BINDERS, TABS, CUSTOM | 100.61 |  |
| 3284896 | 05/13/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE AND EMAIL PDF TO CLIENT | 91.66 |  |
| 3284901 | 05/26/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY WITH BANKRUPTCY SERVICE | 37.74 |  |
| 3284903 | 05/29/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE, | 11.42 |  |
| 3284902 | 05/29/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE, PDF EMAIL TO CLIENT | 105.02 |  |
|  |  |  | *44 |  |  | COPIES |  | 482.97 |
|  |  |  |  |  |  | *TOTAL DISBURSEMENTS* | 603.27 |  |