## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | Case No.  09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **NOTICE OF CHANGE OF ADDRESS** |

TO:    THE CLERK OF THE COURT AND ALL PARTIES
       AND THEIR ATTORNEYS OF RECORD

   **PLEASE TAKE NOTICE** that effective June 3, 2015, the address of the New York

office of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP and the undersigned attorney(s) of record for

the *ad hoc* group of bondholders (the "Bondholder Group")[2] has changed as follows:

   MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
   28 Liberty Street
   New York, New York 10005

   **PLEASE TAKE FURTHER NOTICE** that all of the email addresses, telephone

numbers, and facsimile numbers affiliated with the New York office of Milbank, Tweed, Hadley

& M<sup>c</sup>Cloy LLP will remain the same.

---

[1]    The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2]    The Bondholder Group consists of entities that hold bonds issued or guaranteed by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc., and Nortel Networks Capital Corporation.

Dated:  June 15, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 N. Market Street, 17th Floor PO Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Atara Miller
28 Liberty Street
New York, New York 10005-1413
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

-and-

Thomas R. Kreller
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4463
Facsimile: (213) 629-5063