IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re:                                    :    Chapter 11
                                          :
Nortel Networks Inc., et al.,             :    Case No. 09-10138 (KG)
                                          :
           Debtors                        :    Joint Administration
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of George A. Zimmerman to represent Stephen Taylor, Conflicts Administrator for Nortel Networks SA [in Administration], in this action.

Dated: Wilmington, Delaware
       June 12, 2015

                              */s/ Robert A. Weber*
                              Robert A. Weber (I.D. No. 4013)
                              Skadden, Arps, Slate, Meagher & Flom LLP
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: New York, New York
       June 12, 2015

                              */s/ George A. Zimmerman*
                              George A. Zimmerman
                              Skadden, Arps, Slate, Meagher & Flom LLP
                              Four Times Square
                              New York, New York 10036-6522

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: June 16th, 2015**                    KEVIN GROSS
**Wilmington, Delaware**                      UNITED STATES BANKRUPTCY JUDGE