## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., et al., | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors | : | Joint Administration |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Susan L. Saltzstein to represent Stephen Taylor, Conflicts Administrator for Nortel Networks SA [in Administration], in this action.

Dated: Wilmington, Delaware
       June 12, 2015

                                      */s/ Robert A. Weber*
                                      Robert A. Weber (I.D. No. 4013)
                                      Skadden, Arps, Slate, Meagher & Flom LLP
                                      One Rodney Square
                                      P.O. Box 636
                                      Wilmington, Delaware 19899-0636

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: New York, New York
       June 12, 2015

                                      */s/ Susan L. Saltzstein*
                                      Susan L. Saltzstein
                                      Skadden, Arps, Slate, Meagher & Flom LLP
                                      Four Times Square
                                      New York, New York 10036-6522

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion fo                              ranted.

Dated: June 16th, 2015          KEVIN GROSS
Wilmington, Delaware            UNITED STATES BANKRUPTCY JUDGE