# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Re: Docket No. 15743** |

## NOTICE OF FILING OF CORRECTED OPPOSITION OF THE U.K. PENSION CLAIMANTS TO THE MOTIONS FOR CLARIFICATION AND/OR RECONSIDERATION OF THE MAY 12, 2015 ALLOCATION TRIAL OPINION AND ORDER / REASONS FOR JUDGMENT

PLEASE TAKE NOTICE that on June 12, 2015, the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") filed the *Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment* [D.I. 15743] (the "Opposition").

PLEASE TAKE FURTHER NOTICE that since filing the Opposition, the U.K. Pension Claimants discovered and corrected certain, non-substantive typographical errors and omissions in the Opposition.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is a copy of the U.K. Pension Claimants' corrected Opposition (the "Corrected Opposition") reflecting the corrections.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit B</u> is a blackline comparing the Corrected Opposition against the originally filed Opposition.

Dated: June 17, 2015
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
      jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Weston T. Eguchi
Nicholas W. Chiuchiolo
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund*