**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                                        ) SS
NEW CASTLE COUNTY   )

      Brenda S. Walters, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on June 12, 2015, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

**The Joint Administrators' Objection and Response to the Motions for Reconsideration and Clarification [D.I. 15741]**

_____
Brenda S. Walters

SWORN TO AND SUBSCRIBED before me this ____ day of June 2015.

_____
Notary Public
My Commission Expires:

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

01:17247709.1

SERVICE LIST

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>  Howard S. Zelbo<br>  James L. Bromley<br>  Jeffrey A. Rosenthal<br>  Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>(FIRST CLASS MAIL) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>  Eric D. Schwartz<br>  Derek C. Abbott<br>  Tamara K. Minott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>(HAND DELIVERY) |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>  Fred S. Hodara<br>  David H. Botter<br>  Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>(FIRST CLASS MAIL) | WHITEFORD, TAYLOR & PRESTON LLC<br>  Christopher M. Samis<br>  L. Katherine Good<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>(HAND DELIVERY) |
| ALLEN & OVERY LLP<br>  Ken Coleman<br>  Jacob S. Pultman<br>  Laura R. Hall<br>1221 Avenue of the Americas<br>New York, New York 10020<br>(FIRST CLASS MAIL) | BUCHANAN INGERSOLL & ROONEY PC<br>  Mary F. Caloway<br>  Kathleen A. Murphy<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(HAND DELIVERY) |
| DLA PIPER LLP (US)<br>  Selinda A. Melnik<br>  Timothy Hoeffner<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>(HAND DELIVERY) | HUGHES HUBBARD & REED LLP<br>  William R. Maguire<br>  Derek J.T. Adler<br>  Neil J. Oxford<br>One Battery Park Plaza<br>New York, New York 10004<br>(FIRST CLASS MAIL) |

01:17203080.1

| | |
|---|---|
| MILBANK, TWEED, HADLEY<br>& McCLOY LLP<br>  Dennie F. Dunne<br>  Thomas R. Kreller<br>  Albert A. Pisa<br>  Andrew M. Leblanc<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(FIRST CLASS MAIL) | PACHULSKI STANG ZIEHL & JONES LLP<br>  Laura Davis Jones<br>  Peter J. Keane<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>(HAND DELIVERY) |
| WILLKIE FARR & GALLAGHER LLP<br>  Brian E. O'Connor<br>  Sameer Advani<br>  Weston T. Eguchi<br>  Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019<br>(FIRST CLASS MAIL) | BAYARD, P.A.<br>  Charlene D. Davis<br>  Justin Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>(HAND DELIVERY) |
| KATTEN MUCHIN ROSENMAN LLP<br>  Craig A. Barbarosh<br>  David A. Crichlow<br>  Karen B. Dine<br>575 Madison Avenue<br>New York, New York 10022<br>(FIRST CLASS MAIL) | CHIPMAN BROWN CICERO & COLE, LLP<br>  William E. Chipman, Jr.<br>  Mark D. Olivere<br>  Ann M. Kashishian<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>(HAND DELIVERY) |
| VEDDER PRICE P.C.<br>  Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>(FIRST CLASS MAIL) | DUANE MORRIS LLP<br>  Michael R. Lastowski<br>  Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>(HAND DELIVERY) |
| PATTERSON BELKNAP WEBB<br>& TYLER LLP<br>  Daniel A. Lowenthal<br>  Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(FIRST CLASS MAIL) | MORRIS JAMES LLP<br>  Stephen M. Miller<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899<br>(HAND DELIVERY) |

01:17203080.1