UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                       Chapter  11

                                  Case No.  09 - 10138  ( KG )

Debtor:  Nortel Networks Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Edward S. Weisfelner  to represent  the Nortel Trade Claim Consortium  in this action.

/s/ Jeffrey M. Schlerf

Firm Name:  Jeffrey M. Schlerf, Esq.  (No. 3047)
Address:  FOX ROTHSCHILD LLP
Citizens Bank Center
Phone:  919 North Market Street, Suite 300
Wilmington, DE 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  the State of New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Edward S. Weisfelner
Firm Name:  Brown Rudnick LLP
Address:  Seven Times Square
Phone:  New York, NY  10036
(212) 209-4800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.