UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter __11__

Case No. __09__-__10138__ (__KG__)

Debtor: Nortel Networks Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Bennett S. Silverberg__ to represent __the Nortel Trade Claim Consortium__ in this action.

/s/ Jeffrey M. Schlerf

Firm Name: Jeffrey M. Schlerf, Esq. (No. 3047)
Address: FOX ROTHSCHILD LLP
Citizens Bank Center
Phone: 919 North Market Street, Suite 300
Wilmington, DE 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __the State of New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Bennett S. Silverberg
Firm Name: Brown Rudnick LLP
Address: Seven Times Square
New York, NY 10036
Phone: (212) 209-4800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.