UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

In Re:                                 Chapter 11

                                 Case No. 09 -10138 (KG )

Debtor: Nortel Networks Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice
of Bennett S. Silverberg

to represent the Nortel Trade Claim Consortium

in this action.

/s/ Jeffrey M. Schlerf

Firm Name: Jeffrey M. Schlerf, Esq. (No. 3047)
Address: FOX ROTHSCHILD LLP
Citizens Bank Center
Phone: 919 North Market Street, Suite 300
Wilmington, DE 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: Bennett S. Silverberg
Address: Brown Rudnick LLP
Phone: Seven Times Square
New York, NY 10036
(212) 209-4800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June 18th, 2015
Wilmington, Delaware

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE