UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 09-10138 (KG)

Debtor: Nortel Networks Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Steven D. Pohl to represent the Nortel Trade Claim Consortium in this action.

/s/ Jeffrey M. Schlerf

Firm Name: Jeffrey M. Schlerf, Esq. (No. 3047)
Address: FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
Phone: (302) 654-7444

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Steven D. Pohl
Firm Name: Brown Rudnick LLP
Address: One Financial Center
Phone: Boston, MA 02111
(617) 856-8200

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June 18th, 2015
Wilmington, Delaware

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE