# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Andrew R. Remming
(302) 351-9405
(302) 425-3003 FAX
aremming@mnat.com

June 18, 2015

**VIA HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

      Re:    *In re: Nortel Networks Inc., et al., Case No. 09-10138 (KG)*

Dear Judge Gross:

      In connection with the joint hearing scheduled for June 25, 2015, the U.S. Debtors are delivering one copy of a USB key containing the following electronic materials on behalf of all Core Parties, including word and hyperlinked versions of materials where provided:

1. Bank of New York Mellon

    a. Canadian Filings

        i. Notice of Filing of Joinder in the Motions for Reconsideration filed by the Ad Hoc Group of Bondholders and the US Debtors dated May 29, 2015.

    b. U.S. Filings

        i. Joinder with Reservation of Rights of The Bank of New York Mellon, as Indenture Trustee, in the Motions for Reconsideration Filed by the *Ad Hoc* Group of Bondholders and the U.S. Debtors (D.I. 15622, Filed 5/27/15).

The Honorable Kevin Gross
June 18, 2015
Page 2

2. *Ad Hoc* Bondholder Group

   a. Canadian Filings

      i. Notice of Filing of Motion for Reconsideration dated May 27, 2015;

      ii. Notice of Motion dated June 5, 2015;

      iii. Written Submissions dated June 8, 2015; and

      iv. Brief of Authorities dated June 8, 2015.

   b. U.S. Filings

      i. *Ad Hoc* Group of Bondholders' Motion for Reconsideration of Opinion and Order Allocating Proceeds from Asset Sales of Nortel Networks, Inc., its Affiliates and Subsidiaries (D.I. 15612, Filed 5/26/15).

3. Monitor and Canadian Debtors

   a. The Monitor and the Canadian Debtors' Objection and Response to Motions for Reconsideration, Clarification or Amendment (D.I. 15739, filed 6/12/15); and

   b. Brief of Authorities dated June 12, 2015.

4. CCC

   a. Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15738, Filed 6/12/15); and

   b. Brief of Authorities for the Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15740, Filed 6/12/15).

5. EMEA Debtors/Joint Administrators

   a. Canadian Filings

      i. Factum dated June 12, 2015; and

      ii. Brief of Authorities dated June 12, 2015.

The Honorable Kevin Gross
June 18, 2015
Page 3

      b.    U.S. Filings

            i.    The Joint Administrators' Objection and Response to the Motions for Reconsideration and Clarification (D.I. 15741, Filed 6/12/15).

6.    <u>Law Debenture</u>

      a.    Canadian Filings

            i.    Notice of Filing dated May 28, 2015;

            ii.    Notice of Motion for Partial Clarification, Amendment or Reconsideration dated June 8, 2015;

            iii.    Factum dated June 8, 2015; and

            iv.    Book of Authorities dated June 8, 2015.

      b.    U.S. Filings

            i.    Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion (D.I. 15615, Filed 5/26/15); and

            ii.    Response of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order (D.I. 15734, Filed 6/12/15).

7.    <u>Stephen Taylor (Conflict Administrator of NNSA)</u>

      a.    Canadian Filings

            i.    Factum dated June 12, 2015; and

            ii.    Book of Authorities dated June 12, 2015.

      b.    U.S. Filings

            i.    Objection and Response of Stephen Taylor, Conflicts Administrator for Nortel Networks SA, to Motions for Reconsideration and Clarification of the U.S. Debtors,

The Honorable Kevin Gross
June 18, 2015
Page 4

        Bondholders and Law Debenture (D.I. 15737, Filed 6/12/15).

8. <u>UCC</u>

   a. Canadian Filings

      i. Notice of Filing of Joinder to the US Debtors' Motion for Reconsideration dated May 27, 2015; and

      ii. Joinder in the Motion of the US Debtors dated June 8, 2015.

   b. U.S. Filings

      i. Joinder with Reservation of Rights of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the U.S. Debtors' Motion for Reconsideration (D.I. 15613, Filed 5/26/15).

9. <u>UKPC</u>

   a. Canadian Filings

      i. Responding Brief dated June 12, 2015; and

      ii. Book of Authorities dated June 12, 2015.

   b. U.S. Filings

      i. Notice of Filing of Corrected Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment (D.I. 15753, Filed 6/17/15).

10. <u>U.S. Debtors</u>

   a. Canadian Filings

      i. Notice of Filing of Motion for Clarification and/or Reconsideration and Request for Joint Hearing dated May 26, 2015;

      ii. Motion Record (Motion for Clarification, Reconsideration or Amendment) dated May 29, 2015;

      iii. Factum dated June 8, 2015; and

      iv. Book of Authorities dated June 8, 2015.

    b. U.S. Filings

      i. U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order (D.I. 15611, Filed 5/26/15).

11. <u>Wilmington Trust</u>

    a. Canadian Filings

      i. Joinder, Notice of Filing and Submissions dated June 12, 2015.

    b. U.S. Filings

      i. Objection of Wilmington Trust, National Association, as Successor Indenture Trustee to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Opinion and Order (D.I. 15742, Filed 6/12/15).

After the agenda is filed on June 23, 2015, the U.S. Debtors will deliver an updated USB key including any reply materials filed on June 22, 2015. I am informed that the Monitor has provided a USB key containing the above-referenced electronic materials to Justice Newbould.

              Respectfully,

              Andrew R. Remming

cc: Core Parties via e-mail