# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP<br><br>[Docket No. 15614] | 3/1/15 - 3/31/15 | CDN$87,890.50 (Fees)<br><br>CDN$287.58 (Expenses) | CDN$70,312.40 (Fees @ 80%)<br><br>CDN$287.58 (Expenses @ 100%) | 5/26/15 | 6/16/15 |