# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC  [Docket No. 15625] | 4/1/15 - 4/30/15 | $73,082.00 (Fees)  $0.00 (Expenses) | $58,465.60 (Fees @ 80%)  $0.00 (Expenses @ 100%) | 5/27/15 | 6/16/15 |