## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP  [Docket No. 15610] | 4/1/15 - 4/30/15 | £1,266.50 (Fees)  £4.08 (Expenses) | £1,013.20 (Fees @ 80%)  £4.08 (Expenses @ 100%) | 5/26/15 | 6/16/15 |