# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[15624] | 3/1/15 - 3/31/15 | $307,102.75 (Fees)<br><br>$6,397.80 (Expenses) | $245,682.20 (Fees @ 80%)<br><br>$6,397.80 (Expenses @ 100%) | 5/27/15 | 6/16/15 |