IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) ) ) | Case No. 09-10138 (KG) (Jointly Administered) |
| Debtors. | ) ) ) ) | **Re: Docket No. 15763** |

## <u>NOTICE OF WITHDRAWAL OF DOCUMENT [D.I. No. 15763]</u>

PLEASE TAKE NOTICE that Whiteford, Taylor & Preston LLC, counsel to the Official Committee of Unsecured Creditors hereby withdraws the *Thirteenth Monthly Application of Cassels Brock & Blackwell LLP, Canadian Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered during the period March 1, 2015 through March 31, 2015* filed on June 18, 2015 [D.I. No. 15763] without prejudice.

Dated: June 18, 2015　　　　　　　　Respectfully submitted
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　*/s/ Katherine Good*
　　　　　　　　　　　　　　　　　Christopher M. Samis (No. 4909)
　　　　　　　　　　　　　　　　　L. Katherine Good (No. 5101)
　　　　　　　　　　　　　　　　　WHITEFORD, TAYLOR & PRESTON LLC
　　　　　　　　　　　　　　　　　The Renaissance Centre
　　　　　　　　　　　　　　　　　405 North King Street, Suite 500
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 353-4144
　　　　　　　　　　　　　　　　　Facsimile: (302) 661-7950

　　　　　　　　　　　　　　　　　　　　　　-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Co-Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*