## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                :
In re:                                                          :   Chapter 11
                                                                :
NORTEL NETWORKS, INC., et al.,                                  :   Case No. 09-10138 (KG)
                                                                :   (Jointly Administered)
                                        Debtors.                :
                                                                :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

      PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby enters its appearance as counsel for Stephen Taylor, Conflicts Administrator for Nortel Networks SA [In Administration] (the "Conflicts Administrator") in the above-captioned cases and demands that all notices and pleadings given or filed in these cases be given and served upon each of the following:

| | |
|---|---|
| George A. Zimmerman, Esq. | Robert A. Weber, Esq. |
| Susan L. Saltzstein, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Skadden, Arps, Slate, Meagher & Flom LLP | One Rodney Square |
| Four Times Square | P.O. Box 636 |
| New York, New York 10036-6522 | Wilmington, Delaware 19899-0636 |
| Telephone: (212) 735-3000 | (302) 651-3000 (telephone) |
| Fax: (212) 735-2000 | (302) 651-3001 (facsimile) |
| george.zimmerman@skadden.com | robert.weber@skadden.com |
| susan.saltzstein@skadden.com | |

      PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive the Conflicts Administrator's right (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, or upon the Conflict Administrator's express consent (which for clarity is hereby reserved and shall not be inferred or implied); (2) to have final orders in core matters as to which this Court may not enter a final order absent the Conflict Administrator's consent, *see Stern v. Marshall*, 131 S.Ct. 2594 (2011) *and Wellness Int'l Network, Ltd. v. Sharif*, 135 S.Ct. 1932 (2015), entered only after *de novo* review by a higher court, or upon the Conflict Administrator's express consent (which for clarity is hereby reserved and shall not be inferred or implied); (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related hereto; (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Conflicts Administrator is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: Wilmington, Delaware
June 18, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Robert A. Weber*
        Robert A. Weber (I.D. No. 4013)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        (302) 651-3000 (telephone)
        (302) 651-3001 (facsimile)

        - and -

        George A. Zimmerman
        Susan L. Saltzstein
        4 Times Square
        New York, New York 10036
        (212) 735-3000 (telephone)
        (212) 735-2000 (facsimile)

        *Attorneys for Stephen Taylor,*
        *Conflicts Administrator for Nortel Networks SA*