IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 15742** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　　　)
　　　　　　　　　　　　　　) SS
NEW CASTLE COUNTY　　　　)

　　Kristin McCloskey, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, and on the 12th day of June, 2015, she caused a copy of the **Objection of Wilmington Trust, National Association, as Successor Indenture Trustee to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Opinion and Order** to be served upon the parties listed *via* hand delivery on local counsel and *via* first class mail:

| | |
|---|---|
| Howard Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006 | Derek C. Abbott<br>Eric D. Schwartz<br>Andrew R. Remming<br>Tamara K. Minott<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801 |

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapterll.epiqsystems.com/nortel).

Case 09-10138-MFW    Doc 15774    Filed 06/19/15    Page 2 of 2

_____
Kristin McCloskey

SWORN TO AND SUBCRIBED before me this 17th day of June, 2015.

_____
Notary Public

[Notary Seal: MICHELLE M. DERO, MY COMMISSION EXPIRES APRIL 1, 2016, NOTARY PUBLIC, STATE OF DELAWARE]

2