## **EXHIBIT A**

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Angelo, Gordon & Co. | 245 Park Avenue New York, NY 10167 | $41,594,000 of 10.125% Senior Notes due 2013<br><br>$73,495,000 of 10.75% Senior Notes due 2016<br><br>$8,700,000 of Floating Rate Notes due 2011 |
| Aristeia Capital, L.L.C. | One Greenwich Plaza Third Floor Greenwich, CT 06830 | $19,000,000 of 10.125% Senior Notes due 2013<br><br>$70,340,000 of Floating Rate Notes due 2011 |
| Aurelius Capital Management, LP | 535 Madison Avenue 22nd Floor New York, NY 10022 | $30,500,000 of 10.125% Senior Notes due 2013<br><br>$75,385,000 of 10.75% Senior Notes due 2016 |
| Centerbridge Partners, L.P. | 375 Park Avenue 12th Floor New York, NY 10152 | $15,000,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$81,000,000 of 2.125% Senior Convertible Notes due 2014<br><br>$133,126,000 of 10.125% Senior Notes due 2013<br><br>$16,827,000 of 10.75% Senior Notes due 2016 |
| Davidson Kempner Capital Management LP | 65 East 55th Street 19th Floor New York, NY 10022 | $100,750,000 of 10.75% Senior Notes due 2016 |

---

[*] Each named member of the Bondholder Group either holds claims or acts as investment manager or advisor to funds and/or accounts that hold claims against the Debtors' estates arising from the purchase of the Bonds.

| NAME* | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Elliot Associates | 40 West 57th Street<br>New York, NY 10019 | $46,500,000 of 10.125% Senior Notes due 2013<br><br>$32,500,000 of 10.75% Senior Notes due 2016<br><br>$131,492,000 of Floating Rate Notes due 2011 |
| Fir Tree Partners Inc. | 505 Fifth Avenue<br>New York, NY 10017 | $9,000,000 of 10.125% Senior Notes due 2013<br><br>$72,000,000 of 10.75% Senior Notes due 2016 |
| Franklin Mutual Advisers, LLC | 101 John F. Kennedy Parkway<br>Short Hills, NJ  07078 | $78,224,000 of 1.75% Senior Convertible Notes due 2012<br><br>$12,968,000 of 2.125% Senior Convertible Notes due 2014<br><br>$35,000,000 of 10.125% Senior Notes due 2013<br><br>$20,500,000 of 10.75% Senior Notes due 2016<br><br>$20,912,000 of 6.875% Notes due 2023 |
| GoldenTree Asset Management | 300 Park Avenue<br>21st Floor<br>New York, NY  10022 | $11,635,000 of 10.75% Senior Notes due 2016<br><br>$17,222,500 of Floating Rate Notes due 2011 |
| Grantham, Mayo, Van Otterloo & Co., LLC | 40 Rowes Wharf<br>Boston, MA 02110 | $10,000,000 of 10.125% Senior Notes due 2013<br><br>$5,000,000 of 10.75% Senior Notes due 2016<br><br>$94,750,000 of Floating Rate Notes due 2011 |

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| GS Investment Strategies, LLC | 200 West Street 34th Floor New York, NY 10282 | $210,298,000 of 1.75% Senior Convertible Notes due 2012<br><br>$45,660,000 of 2.125% Senior Convertible Notes due 2014<br><br>$9,385,000 of 10.125% Senior Notes due 2013<br><br>$18,734,000 of Floating Rate Notes due 2011 |
| Halcyon Asset Management LLC | 477 Madison Avenue 8th Floor New York, NY, 10022 | $16,910,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$73,925,000 of 2.125% Senior Convertible Notes due 2014<br><br>$4,000,000 of 10.125% Senior Notes due 2013<br><br>$10,000,000 of 10.75% Senior Notes due 2016<br><br>$10,000,000 of Floating Rate Notes due 2011 |
| King Street Capital Management, L.P. | 65 East 55th Street 30th Floor New York, NY 10022 | $144,500,000 of Floating Rate Notes due 2011<br><br>$6,000,000 of 6.875% Notes due 2023 |
| Macquarie Capital (USA) Inc. | 125 West 55th Street 22nd Floor New York, NY 10019 | $16,000,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$17,000,000 of 2.125% Senior Convertible Notes due 2014<br><br>$1,000,000 of 10.125% Senior Notes due 2013<br><br>$5,000,000 of 10.75% Senior Notes due 2016<br><br>$32,320,000 of 7.875% Notes due 2026 |

3

| NAME* | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Magnetar Capital LLC | 500 Park Avenue 5th Floor New York, NY 10022 | $5,000,000 of 10.125% Senior Notes due 2013<br><br>$78,613,000 of 10.75% Senior Notes due 2016 |
| Oak Hill Advisors L.P. | 1114 Avenue of the Americas New York, NY 10036 | $99,578,000 of 10.75% Senior Notes due 2016 |
| Quantum Partners LP | 888 7th Avenue 32nd Floor New York, NY 10106 | $81,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$130,123,000 of 2.125% Senior Convertible Notes due 2014<br><br>$30,500,000 of 10.75% Senior Notes due 2016<br><br>$112,075,000 of Floating Rate Notes due 2011 |
| Solus Alternative Asset Management LP | 410 Park Avenue 11th Floor New York, NY 10022 | $103,435,000 of 7.875% Notes due 2026<br><br>Approximately $26,386,000 of General Unsecured Claims Against NNI |
| Stone Lion Capital Partners L.P. | 555 Fifth Avenue, 18th Floor New York, NY 10017 | $2,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$19,000,000 of 2.125% Senior Convertible Notes due 2014<br><br>$37,000,000 of 10.125% Senior Notes due 2013<br><br>$9,000,000 of 10.75% Senior Notes due 2016<br><br>$31,000,000 of Floating Rate Notes due 2011 |
| Tenor Capital Management | 1180 Avenue of the Americas Suite 1940 New York, NY 10036 | $4,800,000 of 1.75% Senior Convertible Notes due 2012<br><br>$81,851,000 of Floating Rate Notes due 2011 |