**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2015, the Pension Benefit Guaranty Corporation's Joinder in Debtors' Thirty-Eight Omnibus Objection (Substantive) to, Inter Alia, Claims in Exhibit A that are No-Basis Pension Claims (Dkt. No. 15655) was served on all parties who are registered users of the Court's CM/ECF system.

                                               /s/ Vicente Matias Murrell
                                               Vicente Matias Murrell