# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP  [15651] | 4/1/15 - 4/30/15 | $134,749.25 (Fees)  $7,856.55 (Expenses) | $107,799.40 (Fees @ 80%)  $7,856.55 (Expenses @ 100%) | 5/28/15 | 6/17/15 |