IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
*In re*                                              :
                                                     :    Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,                      :    Case No. 09-10138 (KG)
                                                     :
              Debtors.[1]                            :    Jointly Administered
                                                     :
                                                     :
---------------------------------------------------------------X

**VERIFIED STATEMENT OF COUNSEL TO THE NORTEL TRADE
CLAIM CONSORTIUM PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Brown Rudnick LLP ("Brown Rudnick") and Fox Rothschild LLP ("Fox Rothschild" and together with Brown Rudnick, "Counsel"), as counsel to a consortium (the "Nortel Trade Claim Consortium") of holders (each, a "Holder," and collectively, the "Holders") of unsecured (non-funded debt) claims ("Trade Claims") in the Chapter 11 proceedings of Nortel Networks Inc. and its affiliates (together, "Nortel" or the "Debtors"), hereby submit this verified statement (this "Statement") and in support thereof state as follows:

1.  On or around May 12, 2015, the Nortel Trade Claim Consortium retained Brown Rudnick to represent it in connection with the Holders' interests as holders of Trade Claims. On or around May 12, 2015, the Nortel Trade Claim Consortium retained Fox Rothschild to represent them as Delaware counsel in connection with these Chapter 11 cases.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

2.  Other than as disclosed herein, Counsel do not represent or purport to represent any other entities with respect to the Debtors' Chapter 11 cases. In addition, the Consortium does not purport to act, represent, or speak on behalf of any other entities in connection with the Debtors' Chapter 11 cases.

3.  The Holders or affiliates hold disclosable economic interests, or act as investment advisors or managers to funds and/or accounts of their respective subsidiaries that hold disclosable economic interests, in relation to the Debtors. In accordance with Bankruptcy Rule 2019, and based upon information provided to Counsel by each Holder, attached hereto as Exhibit A is a list of the names, addresses, and the nature and amount of each disclosable economic interest of each Holder as of June 18, 2015. Nothing contained in this Statement (or Exhibit A hereto) is intended to, nor should be construed to, constitute: (a) a waiver or release of any claims filed or to be filed against, or interests in, the Debtors held by any Holder, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Holder to assert, file and/or amend any proof of claim in accordance with applicable law and any Orders entered in these cases.

4.  Counsel reserve the right to amend or supplement this Statement as necessary, in accordance with Bankruptcy Rule 2019.

3

Dated: June 22, 2015 	FOX ROTHSCHILD LLP

By: */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

-and-

Edward S. Weisfelner, Esq.
Bennett Silverberg, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

-and-

Steven D. Pohl, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to the Nortel Trade Claim Consortium*