**EXHIBIT A**

## Disclosable Economic Interests[2]

| Name and Address of Holder | Unsecured Claims (U.S.) | Unsecured Claims (Canada) | Administrative Claims | Bond Holdings | Other Holdings |
|---|---|---|---|---|---|
| ASM Capital LP<br>7600 Jericho Turnpike<br>Suite 302<br>Woodbury, NY 11797 | $17,960,000 | $70,000 | $300,000 | N/A | N/A |
| Farallon Capital Management, LLC<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111 | $59,263,000 | $17,740,846 | N/A | $52,344,000 of 1.75% Notes<br><br>$9,000,000 of FRNs<br><br>$2,,000,000 of 10.125% Notes<br><br>$12,000,000 of 10.75% Notes<br><br>$41,806,000 of 2.125% Notes | N/A |
| Hain Capital Group, LLC<br>301 Route 17 - 6th Floor<br>Rutherford, NJ 07070 | $2,709,770 | $4,288,425 | N/A | N/A | N/A |
| Silver Point Capital, L.P.<br>Two Greenwich Plaza<br>Greenwich, CT 06830 | $45,524,886 | N/A | N/A | $57,000,000 of 10.125% Notes<br><br>$41,250,000 of 10.75% Notes | Short position of $50,000,000 of 2.125% Notes |
| Dianne Napier-Wilson<br>14538 Wood Drive<br>Alpharetta, GA 30004 | $941,642.21 | N/A | N/A | N/A | N/A |
| John B. Wilson<br>14538 Wood Drive<br>Alpharetta, GA 30004 | $131,069.81 | N/A | N/A | N/A | N/A |
| Wilfred J. Cameron<br>5355 Riverview Drive<br>St. Augustine, FL 32080 | $1,263,563.70 | N/A | N/A | N/A | N/A |

---

[2] To the best of Brown Rudnick's knowledge, the information herein is accurate as of June 18, 2015. The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest or other amounts that may be owing under the applicable debt documents.