IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
In re : Chapter 11
: 
: Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1] : Jointly Administered
: 
Debtors : <u>Hearing Date</u>: July 14, 2015 at 10:00 a.m. (ET)
: <u>Objection Deadline</u>: July 6, 2015 at 4:00 p.m. (ET)
---------------------------------------------------------X

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that, on June 22, 2015, the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., *et al*. filed the **Application of the Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Successor Financial Advisor,** *Nunc Pro Tunc* **to June 1, 2015** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon and received by the undersigned counsel on or before **4:00 p.m. on July 6, 2015 (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if any objections or responses are received, a hearing with respect to the Application will be held on **July 14, 2015 at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226).

**(prevailing Eastern Time)**, before The Honorable Kevin Gross, United States Bankruptcy Judge, at the Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington Delaware 19801.

**IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 22, 2015
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　*/s/ Katherine Good*
　　　　　　　　　　　　　　　　　　Christopher M. Samis (No. 4909)
　　　　　　　　　　　　　　　　　　L. Katherine Good (No. 5101)
　　　　　　　　　　　　　　　　　　Whiteford, Taylor & Preston LLC
　　　　　　　　　　　　　　　　　　The Renaissance Centre
　　　　　　　　　　　　　　　　　　405 North King Street, Suite 500
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 353-4144
　　　　　　　　　　　　　　　　　　Facsimile: (302) 661-7950

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Fred S. Hodara, Esq.
　　　　　　　　　　　　　　　　　　Akin Gump Strauss Hauer & Feld LLP
　　　　　　　　　　　　　　　　　　One Bryant Park
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　Telephone:  (212) 872-1000
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 872-1002

　　　　　　　　　　　　　　　　　　Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*