# <u>Exhibit B</u>

**Borow Affidavit**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., et al.[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**AFFIDAVIT OF JAY I. BOROW IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BERKELEY RESEARCH GROUP, LLC AS SUCCESSOR FINANCIAL ADVISOR, *NUNC PRO TUNC* TO JUNE 1, 2015**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), **JAY I. BOROW**, being duly sworn, deposes and says:

1.     I am a Managing Director and a member of Berkeley Research Group, LLC ("BRG"),[2] a professional services firm with offices located at 104 West 40th Street, 16th Floor,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2]    BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world.  As a result of the addition of former Capstone personnel, its services will be expanded to include restructuring and turnaround, due diligence, valuation, and capital markets advisory services.  BRG is

New York, NY 10018. I am duly authorized to make this affidavit on behalf of BRG. Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.[3]

2.     I submit this Affidavit in support of the application ("Application")[4] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order authorizing the Committee to employ and retain BRG as successor financial advisor to the Committee, *nunc pro tunc* to June 1, 2015, pursuant to sections 328(a), 330 and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended and supplemented, the "Bankruptcy Code"), Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rule 2014-1.

3.     On March 5, 2009, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors of Nortel Networks Inc., Et Al. to Employ and Retain Of Capstone Advisory Group LLC as Financial Advisory, Nunc Pro Tunc to January 26, 2009* [D.I. 431]. Effective June 1, 2015, the Committee formally engaged BRG as a substitute for Capstone to perform financial and restructuring consulting services in connection with the Chapter 11 Cases. The entire engagement team at Capstone, the Committee's initial financial advisor, is now at BRG so BRG can seamlessly replace Capstone in that role and is therefore particularly qualified to serve as the Committee's financial advisor in the Chapter 11 Cases.

4.     As a consequence of many of the former Capstone members and employees joining BRG, it is well-suited to replace Capstone as financial advisors to the Committee in these

---

headquartered in Emeryville, California, with 26 offices across the United States and in Calgary, Alberta, Canada; Bogotá, Colombia; London, United Kingdom; and Perth, Western Australia.

[3]   Certain of the disclosures set forth herein relate to matters within the knowledge of other professionals at BRG and are based on information provided by them.

[4]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Chapter 11 Cases.  The former Capstone members and employees have acted as financial advisors, crisis managers and corporate officers in middle market to multinational restructurings across a wide array of industries.  Such professionals have experience in restructuring, solvency and valuation matters and have provided analyses of all alternatives available, and provided a focus on viable solutions that maximize value for restructuring companies and creditors.  With the addition of the Capstone Personnel, BRG's services now include forensic analysis, plan development, implementation and advice on sale/merger transactions.  Moreover, these professionals have assisted and advised debtors, creditors, creditors' committees, bondholders, investors and others in numerous bankruptcy cases, including Tropicana Entertainment, LLC, Spiegel Inc., W.R. Grace, Kmart Corp., Mirant Energy, Adelphia, Owens-Corning, Polaroid, Sunbeam, U.S. Office Products, Collins & Aikman, Federal-Mogul, U.S. Industries and Calpine.

5.      BRG has agreed to provide financial advisory services to the Committee on terms identical in all material respects to those outlined in the engagement letter between the Committee and Capstone dated as of January 26, 2009 (the "Capstone Engagement Letter"),[5] as more particularly set forth in the engagement letter between the Committee and BRG dated as of June 1, 2015 (the "BRG Engagement Letter," and together with the Capstone Engagement Letter, the "Engagement Letters"), a copy of which attached as Exhibit A to the Application.

6.      Notwithstanding anything in this Application to the contrary, BRG shall (i) to the extent that it uses the services of independent contractors or subcontractors (the "Contractors") in these cases, pass-through the cost of Contractors to the Debtors at the same rate that BRG pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are

---

[5]     A copy of the Capstone Engagement Letter is attached as Exhibit A-1 to the Application.

subject to the same conflict checks as required for BRG; and (iv) file with the Court such disclosures required by Bankruptcy Rule 2014.

7.       The terms and conditions of the proposed retention between the Committee and BRG were previously negotiated between the Committee and Capstone, and reflect the parties' mutual agreement as to the substantial efforts that will continue to be required in this engagement.  At the Committee's request, BRG agreed to be retained on terms and conditions identical in all material respects, as more particularly set forth in the BRG Engagement Letter, to those in the Capstone Retention Order.  The Committee has proposed, subject to Court approval, that BRG shall be compensated pursuant to the same terms contained in the Capstone Retention Order, which is the amount of such hourly rates times the hours expended, and reimbursement of its disbursements at cost.

8.       As previously agreed to by Capstone and the Committee, for purposes of this engagement, and with respect to the services to be provided, BRG will be entitled to receive as compensation for its services, fees based on hours worked times rates, plus reimbursement of actual and necessary expenses incurred by BRG.  Actual and necessary expenses include, among other things, costs for travel, report preparation, delivery services and other necessary costs incurred in connection with providing services to the Committee.  Hourly rates currently in effect, which are adjusted annually effective January 1st, are as follows for the engagement team:

| | 2015 |
|---|---|
| Managing Director | $350 - $1,250[6] |
| Director | $475 - $640 |
| Staff | $250 - $475 |
| Support staff | $125 - $325 |

The rates for the BRG professional staff anticipated to be assigned to this engagement are as follows: Christopher J. Kearns ($895), Jay Borow ($895), Jeff Hyland ($675) and Andrew Cowie ($625). We believe that our standard hourly rates are at or below those of firms we consider our peers.

9. BRG intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules (including any order adopting any guidelines promulgated by the Office of the United States Trustee), the Engagement Letters and any additional procedures that may be established by the Court in the Chapter 11 Cases.

10. BRG is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code because BRG and its members:

(a) are not creditors, equity security holders or insiders of the Debtors;

(b) are not and were not, within 2 years before the Petition Date, directors, officers, or employees of the Debtors; and

(c) do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason.

---

[6] While BRG's rates encompass a wide range, the Capstone Personnel will continue to charge the same hourly rates as they did when Capstone was retained pursuant to the Capstone Retention Order, subject to periodic adjustments.

11.     Moreover, to the best of my knowledge, information and belief formed after reasonable inquiry, BRG and its members have no interests that are materially adverse to the Debtors' estates or the creditors in these Chapter 11 Cases.

12.     To determine BRG's relationship with the parties-in-interest identified by the Committee to BRG, in preparing this Affidavit, I caused the names of the parties set forth in Exhibit B-1, which is attached hereto, to be submitted to BRG's internal conflicts procedures. This list was compiled by reviewing various documents submitted by the Debtors' counsel to the Court, including their retention documents.  Accordingly, we are relying on the accuracy and completeness of the information in connection with our conflict review and disclosure.  To the best of my knowledge, information and belief, neither I nor any other member of BRG has any connection with or holds any interest adverse to the Debtors, their estates, creditors, shareholders, or any other party in interest herein or their respective attorneys in the matters for which BRG is proposed to be retained, except that BRG has provided other consulting services, and may in the future provide such services, to certain of the Debtors' creditors or other parties-in-interest unrelated to the Debtors' Chapter 11 Cases.  As set forth in Exhibit B-2, which is attached hereto, BRG has certain relationships with certain parties-in-interest in these Chapter 11 Cases, but such relationships are unrelated to either the Debtors or their Chapter 11 Cases.

13.     None of the engagements set forth in Exhibit B-2 are related to the Chapter 11 Cases.

14.     From time to time, BRG may be asked to value and manage the liquidation of assets of investment funds.  Such investment funds could, from time to time, take positions in debt or equity of the Debtors, without BRG's knowledge or consent.  BRG has no pecuniary interest in such investment funds, nor will BRG profit from the value realized from the sale of

their assets.  To the extent any employee of BRG is utilized for valuation expertise on behalf of the Committee (and accordingly given access to such confidential information) that employee will not perform any valuation work on any debt or equity securities of the Debtors for any investment fund for the duration of this engagement.  Under such circumstances, if BRG is providing valuation work on any debt or equity securities of the Debtors for any investment fund for the duration of this engagement, then the BRG employee undertaking such work will be restricted and have no access to the confidential information of the Debtors.

15.     To the extent I discover any additional facts bearing on the matters described herein during the period of the Committee's retention of BRG, I will supplement the information contained in this Affidavit.

16.     To the best of my knowledge, BRG has not been retained to assist any entity or person other than the Committee on matters relating to, or in connection with, these Chapter 11 Cases.  If this Court approves the proposed employment of BRG by the Committee, then BRG will not accept any engagement or perform any service in these cases for any entity or person other than the Committee.  BRG may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors or advisors of the Debtors in these Chapter 11 Cases; provided, however, that such services do not and will not relate to, or have any direct connection with, these Chapter 11 Cases.

17.     I am not related or connected to and, to the best of my knowledge, no other member of BRG is related or connected to any United States Bankruptcy Judge or District Judge for the District of Delaware or the United States Trustee for the District of Delaware or to any employee in the offices thereof.

18.     No promises have been received by BRG nor any member or employee thereof as to payment or compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.  Neither BRG nor any of its members and employees has entered into an agreement or understanding to share compensation as described in Bankruptcy Rule 2016.

19.     The Committee requires knowledgeable consultants to provide essential professional services in these Chapter 11 Cases.  The Committee has chosen to retain BRG as its successor financial advisor because of the firm's diverse experience and extensive knowledge in the field of bankruptcy, as well as the experience of the Capstone Personnel who are now employees of BRG in representing the Committee in these proceedings.  As a result, BRG is well qualified to perform these services in an efficient manner and represent the Committee's interests in these Chapter 11 Cases.

20.     The Committee believes that BRG's substitution for Capstone is in the best interests of the Debtors and their estates and creditors.  Because the Capstone Personnel have been employed in this matter for more than six years and are intimately familiar with all aspects of this matter, the Committee believes that engaging BRG is in its best interests.

21.     The foregoing constitutes the statement of BRG pursuant to sections 504 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016(b) and 5002, and Local Bankruptcy Rule 2014-1.

_____
                                Jay I. Borow

Sworn to before me this
18 th day of June, 2015

Notary Public

SARA BRAUNER
Notary Public, State of New York
No. 02BR6246030
Qualified in New York County
Commission Expires August 8, 2015

9

# Exhibit B-1

### Parties in Interest Submitted to BRG's Internal Conflicts Procedures

### Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))[1]

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International  Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV

---

[1]    Certain of these entities have been dissolved or sold since the Petition Date.

Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo  n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc.
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Technology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
 Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation

Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong- Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.

LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

**Debtors' 5% Shareholders**
NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5%
shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5%
shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are
no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by
Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel
Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5%
shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly
owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by
NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

**Debtors' Significant Equity Investors**
Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

**Current Directors and Officers of the Debtors and for Two Years Prior to the Petition Date**

**Current Directors and Officers of NNI**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of NNI for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
Lynn Egan
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe
Donald Powers
Charles R. Raphun
Christopher Ricaurte

Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca
Jeffrey Thomas Wood

**Current Directors and Officers of NNCC**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Katharine B. Stevenson
Jeffrey Thomas Wood

**Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon WebSystems, Inc.)**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon WebSystems, Inc.) for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell

Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Jeffrey Thomas Wood

**Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon WebSystems International, Inc.)**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon WebSystems International, Inc.) for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Jeffrey Thomas Wood

**Current Directors and Officers of Architel Systems (U.S.) Corporation**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

**Current Directors and Officers of Xros, Inc.**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas  Wood

**Current Directors and Officers of Sonoma Systems**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Allan Bifield
Dennis Carey

Gordon A. Davies
John  Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark  J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey  Thomas Wood

**Current Directors and Officers of Qtera Corporation**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date**
Clare  A. Barbieri
Allan  Bifield
Dennis Carey
Gordon A. Davies
John  Doolittle
Lynn  Cecelia Egan
William R. Ellis
Clarke  Glaspell
Mark  J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly  P. Poe
Christopher  Simon  Ricaurte
Karen E. Sledge
Jeffrey Thomas  Wood

**Current Officers and Directors of CoreTek, Inc.**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date**
Clare  A. Barbieri

Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle
Christopher Simon Ricaurte
Jeffrey Thomas Wood

**Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.**

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date**

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

**Current Directors and Officers of Nortel Networks Optical Components Inc.**

John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date**

Clare A. Barbieri

Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

**<u>Current Directors and Officers of Nortel Networks HPOCS Inc.</u>**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**<u>Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date</u>**
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

**<u>Current Directors and Officers of Nortel Networks International Inc.</u>**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

**Current Directors and Officers of Northern Telecom International Inc.**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

**Current Directors and Officers of Nortel Networks Cable Solutions, Inc.**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross

Allen Keith Stout

**Former Directors and Officers of Nortel Networks Cable Solutions, Inc.**

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II
Shelley Bracken
Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie
Gordon A. Davies
John M. Doolittle
Lynn Cecelia Egan
Emre Erkol
J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura

Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Raj Krishnan
Laurie A. Krebs
Guy Lafontaine
Keith Landau
Gregor W. Larson
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom
Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Christopher Simon Ricaurte
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault

Bill Thompson
Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Jeffrey T. Wood
Steven Woods
Wei Jen Yeh

**Current Directors and Officers of Nortel Networks (CALA) Inc.**
John Ray
Luis Fernando Guerra Sanz
Timothy C. Ross
Allen Keith Stout

**Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior to the Petition Date**
Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davies
Joseph F. Dearing
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Christopher Simon Ricaurte
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

**Debtors' Litigants**
Motorola
Patricia Harmon
Robert Buchwald
Federal Insurance Company (Chubb)
Aldine Independent School District

Ernest Demel
Steven Domenikos
Pamela Richardson
Terrence Freeman
Time Warner Cable
Google
Arris Group Inc.
Cisco Systems
Charter Communications, Inc.
WideOpen West Finance, LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc. Cequel
Communications, LLC d/b/a Suddenlink Communications
Cable One, Inc.
Constellation Technologies LLC
Bockstar Technologies

**Debtors' Lenders**
Export Development Canada

**Debtors' Banks and Money Market Funds**
Bank of America
Citibank
First Citizens
JP Morgan Chase
Morgan Stanley Smith Barney
Reserve Primary Fund
Wilmington Trust
Federated U.S. Treasury Cash Reserves, Institutional Shares money market fund

**Debtors' Landlords**
TRT NOIP Glenville-Richardson LP.
State Street Bank and Trust Company, as owner/trustee of ZSF/Research Gateway Trust

**Debtors' Insurers**
Marsh Canada Ltd.
Marsh McIennan Companies
Navigators Syndicate
C.N.A. Insurance
Zurich American Insurance Company
Hiscox Insurance Company
Federal Insurance Company
National Union Fire Insurance Company

**Debtors' Bondholders and Trustees**
Bank of New York
Ameriprise Financial Services, Inc.
Amalgamated Bank

Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc./CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc.
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc.; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc.; Scott & Stringfellow, Inc.; Hawthorne Securities, Corp.; McMillion Securities, Inc.
Cede & Co.[2]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc.
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block

---

[2]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the
beneficial holders are not known to the Debtors.

Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc.
Raymond James Ltd
RBC Dominion Securities Inc.
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc.
Scotia Capital Inc.
Scottrade, Inc.
Southwest Securities Inc.
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.

Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

**Debtors' Asset Purchasers**
2256355 Ontario Limited
Apple Inc.
Avaya Inc.
Blackberry Ltd. (f/k/a Research in Motion Ltd.)
Ciena Corp.
GENBAND Inc.
Hitachi, Ltd.
KapschAG
Microsoft Corp.
Telefonaktiebolaget L M Ericsson (publ)
Radware Ltd.
Rockstar Consortium Inc. (f/k/a Rockstar Bidco LP)
SCA IPLA Holdings Inc.

**Debtors' Professionals**
Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Freres & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisade Capital Advisors LLC
Punter Southall
Special Counsel Inc.

Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP
Benesch Friedlander Coplan & Aronoff LLP
Torys LLP
Addrex Inc.
CB Richard Ellis, Inc.
Ernst & Young LLP
Cassidy Turley CPS
Eugene F. Collins
Epiq Bankruptcy Solutions, LLC

**Unsecured Creditors Committee's Professionals**
Akin Gump Strauss Hauer & Feld LLP
Ashurst LLP
Cassels, Brock & Blackwell LLP
Jefferies & Co., Inc.
Whiteford, Taylor & Preston LLP

**Top 50 Unsecured Creditors (includes disputed, contingent and unliquidated claims)**
The Bank of New York Mellon, as Indenture Trustee for +4.25% 2011 Floating Rate
Notes, 10.125% 2013 Fixed Rate Notes, 10.75% 2016 Fixed Rate Notes, 1.75% 2012
Convertible Senior Notes, 2.125% 2014 Convertible Senior Notes
Law Debenture Trust Company of New York, as Indenture Trustee for 7.875% 2026
Senior Unsecured Debt Securities
Nortel Networks UK Pension Trust LTD
Pension Benefit Guaranty Corporation
Roth, John A.
Wanland & Associates, Inc. Et. Al
SNMP Research International Inc.
SPCP Group, LLC
Zafirovski, Mike
Wendt, Dietmar
Sanmina-Sci Corporation
Roese, John
Flaherty, Lauren
Sun Microsystems Inc.
Ernst & Young Inc.
Bulldog Investors General Partnership
Hain Capital Holdings, Llc
Affiliates Of Verizon Communications Inc.
Liquidity Solutions, Inc.
Stmicroelectronics, Inc.
Avenue TC Fund, L.P.

Solus Recovery Fund LP
Rattray, Stephen A.
Queens Ballpark Company, L.L.C.
U.S. Bank National Association
CRT Special Investments LLC
Owens, William A.
Regiment Capital Ltd.
Infosys Technologies Ltd.
Wireless (Tx) LP
Argo Partners
Tata Consultancy Services Limited
Chubb Insurance Co Of Canada
Drawbridge Special Opportunities Fund LP
ASM Capital, L.P.
Deutsche Bank Securities, Inc.
JDS Uniphase Corporation
Beeline.Com, Inc.
United States Debt Recovery, LP
Donahee, Gary R.
Technology Park V Limited Partnership
Commonwealth of Pennsylvania
Longacre Institutional Opportunity Fund
Tariq, Semra
Nelson, William K.
Telefonica Internacional, S.A.U.
EMC Corporation
Corre Opportunities Qualified Master Fund
Ross, Eric John
Blackwell Partners LLC

**Top 40 Unsecured Creditors as of the Petition Date (includes disputed, contingent and unliquidated claims)**
The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics

21

Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc. (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

**<u>Utilities</u>**
City of Durham
City of Richardson
Duke Energy Company NC/SC
GDF Suez Energy Resources NA
PSNC Energy

**<u>Affiliate Professionals</u>**
Allen & Overy LLP
Goodmans LLP
Gowlings Lafleur Henderson LLP
Norton Rose Fulbright LLP
Ernst & Young Inc.

Herbert Smith Freehills LLP
Hughes Hubbard & Reed LLP

**U.K. Administrators**
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Nortel Networks UK Pension Trust Limited
The Board of the Pension Protection Fund

**U.S. Trustee Personnel and Judge Gross**
Andy Vara (US Trustee)
Thomas Patrick Tinker (Assistant US Trustee)
Lauren Attix (Office of the US Trustee)
David Buchbinder (Office of the US Trustee)
Shakima Dortch (Office of the US Trustee)
Timothy J. Fox, Jr. (Office of the US Trustee)
Diane Giordano (Office of the US Trustee)
Christine Green (Office of the US Trustee)
Benjamin Hackman (Office of the US Trustee)
Jeffrey Heck (Office of the US Trustee)
Mark Kenney (Office of the US Trustee)
Jane Leamy (Office of the US Trustee)
Tony Murray (Office of the US Trustee)
James R. O'Malley (Office of the US Trustee)
Lauren O'Neal (Office of the US Trustee)
Michael Panacio (Office of the US Trustee)
Tiiara Patton (Office of the US Trustee)
Juliet Sarkessian (Office of the US Trustee)
Richard Schepacarter (Office of the US Trustee)
Ramona Vinson (Office of the US Trustee)
Michael West (Office of the US Trustee)
Shakima L. Williams (Office of the US Trustee)
Dion Wynn (Office of the US Trustee)
The Hon. Kevin Gross - Only family relationships with Judge Gross need be disclosed

**Other Creditors**
AT&T
Hewlett Packard
Iron Mountain Information Management Inc.
Precision Communication Services, Inc.
Powerwave Technologies, Inc.
Oracle USA, Inc.
485 Lexington Owner LLC
Hok, Inc.

Alpha Networks
SAP America, Inc.
Qwest Communications Company, LLC
Insight Direct USA, Inc.
Unisys Corporation
Tandberg
Monarch Master Funding LTD
State of Michigan, Department of Treasury
Thomas & Betts Manufacturing Inc. (GFI)
City and County of Denver
GE Fanuc Embedded Systems, Inc.
The Internal Revenue Service
Nuance Communications, Inc.
Dell Marketing, LP
Graybar Electric Company, Inc.
Tyco Electronics
Zyxel Communications, Inc.
Gussie Anderson
Frankie Proctor
Janie Proctor
Manuel Segura
Claudia Vidmer
Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family
Trust
Core Brookfield Lakes, LLC
FCS North America, Inc.
Michael McWalters
Estelle Loggins
Freddie Wormsbaker
Kaushik Patel
Deborah M. Jones
Scott Gennett
Jane Neumann
Jerry Wadlow
Chae S. Roob
Brenda L. Wread
Victoria Anstead
Diane Uphold
Danny Owneby
Paul E. Morrison

**Ad Hoc Bondholder Group**
Angelo, Gordon & Co.
Aurelius Capital Management
CarVal Investors, LLC
Centerbridge Partners, L.P.

DW Investment Management LP
Franklin Mutual Advisers, LLC
FTI (advisors)
GoldenTree Asset Management
GS Investment Strategies, LLC
King Street Capital Management L.P.
Milbank, Tweed, Hadley & McCloy LLP (advisors)
Monarch Alternative Capital LP
Quantum Partners LP
Solus Alternative Asset Management L.P.
Tenor Capital Management

**Other Professionals**
Patterson Belknap Webb & Tyler LLP
Vedder Price LLP

# Exhibit B-2

**List of Parties in Interest, or Affiliates Thereof That Have Engaged, Currently Engage, or Served in Matters with BRG and their Relationship to the Debtors[1]**

1. BRG has a relationship with Bank of America, N.A., an apparent affiliate of Bank of America/La Salle, Banc of America Securities, LLC, NationsBank of Texas, NA, and Banc of America on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

2. BRG has a relationship with The Bank of New York Mellon Corporation, an apparent affiliate of Bank of New York/LDSEG, Bank of New York/London, Bank of New York/Prudential, and Bank of New York/TD BK, Bank of New York/Barclays on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

3. BRG has a relationship with The Bank of Tokyo Trust Company, an apparent affiliate of The Bank of Tokyo-Mitsubishi UFJ, Ltd. on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

4. BRG has a relationship with Barclays Bank PLC, an apparent affiliate of Barclay's Capital, Inc./Fixed Income Bond-C, Barclay's Capital, Inc., LE on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

5. BRG has a relationship with BCE on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

6. BRG has a relationship with BMO Financial Group, an apparent affiliate of BMO Nesbitt Burns, Inc/CDS on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

7. BRG has a relationship with BNP Paribas, an apparent affiliate of BNP of Paribas Prime Brokerage, Inc., BNP Paribas Securities Corp/Fixed Income, BNP/PPBC on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

---

[1]    This list was attached to the Capstone Application (and has been revised based on supplemental disclosures made to the Court) and is based on Capstone's relationships prior to the Capstone members and employees moving to BRG.

8. BRG has a relationship with Brown Brothers Harriman & Co. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

9. BRG has a relationship with CIBC World Markets, Inc. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

10. BRG has a relationship with Comerica Bank on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

11. BRG has a relationship with Cigna on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

12. BRG has a relationship with Citadel Investment Group, an apparent affiliate of Citadel Derivatives Group, LLC, Citadel Trading Group, LLC on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

13. BRG has a relationship with Citigroup Inc. (and certain affiliates including Citigroup Global Markets, Inc.), an apparent affiliate of Citigroup Private Bank & Trust, Citigroup Global Markets, Inc., and Citigroup Financial Services Corp. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

14. BRG has a relationship with Credit Suisse Group, an apparent affiliate of Credit Suisse Securities (USA) on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

15. BRG has a relationship with Deutsche Bank, an apparent affiliate of Deutsche Bank Securities, Inc. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

16. BRG has a relationship with Dresdner Kleinwort Wasserstein, an apparent affiliate of Dresdner Kleinwort Securities LLC on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

17. BRG has a relationship with Duke Energy on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

18. BRG has a relationship with Export Development Canada on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

19. BRG has a relationship with Franklin Mutual, an apparent affiliate of Franklin Templeton Mutual Funds on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

20. BRG has a relationship with Fidelity, an apparent affiliate of Fidelity Investments and Fidelity Treasury Portfolio Fund on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

21. BRG has a relationship with Goldman Sachs & Co., an apparent affiliate of Goldman Sachs Execution & Clearing, LP and Goldman Sachs International Ltd. on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

22. BRG has a relationship with IBM Corporation on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

23. BRG has a relationship with Iron Mountain Information Management, Inc. on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

24. BRG has a relationship with Jefferies & Company, Inc. on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

25. BRG has a relationship with JPMorgan Chase & Co., an apparent affiliate of JP Morgan Securities, Inc., JPM/CCS2, JPMGS CAP, JP Morgan Clearing Corp., JP Morgan International, JP Morgan Chase Bank, National Association, JP Morgan Securities Inc./Fixed Income, JP Morgan U.S. Money Market Funds on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

26. BRG has a relationship with Juniper Networks, Inc. on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

27. BRG has a relationship with KeyBank, N.A. on matters unrelated to the Debtors.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

28. BRG has a relationship with Lehman Brothers, Inc. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

29. BRG has a relationship with Loomis Sayles & Company on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

30. BRG has a relationship with Mackay Shields LLC on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

31. BRG has a relationship with Merrill Lynch, an apparent affiliate of Merrill Lynch Pierce Fenner & Smith Inc. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

32. BRG has a relationship with Morgan Stanley, an apparent affiliate of Morgan Stanley & Co. Inc. and Morgan Stanley & Co. Inc./Retail on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

33. BRG has a relationship with National City Corporation, an apparent affiliate of National City Bank on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

34. BRG has a relationship with PNC Bank, N.A. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

35. BRG has a relationship with Pension Benefit Guaranty Corporation on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

36. BRG has a relationship with Raymond James & Associates, Inc., an apparent affiliate of Raymond James Ltd on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

37. BRG has a relationship with Royal Bank of Canada and RBC Capital Markets Corporation, an apparent affiliate of RBC Dominion Securities Inc. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

38. BRG has a relationship with Sankaty Advisors, LLC on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

39. BRG has a relationship with Scotia Capital Inc. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

40. BRG has a relationship with SunTrust Bank, Inc. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

41. BRG has a relationship with TD Securities, an apparent affiliate of TD Ameritrade Inc., TD Waterhouse Canada, Inc. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

42. BRG has a relationship with UBS, an apparent affiliate of UBS Financial Services, Inc. and UBS Securities, LLC, UBS Realty Investors, LLC on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

43. BRG has a relationship with Union Bank of California, N.A. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

44. BRG has a relationship with US Bank, N.A. on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

45. BRG has a relationship with Wachovia Bank, N.A., an apparent affiliate of Wachovia Securities, LLC, Wachovia Capital Markets, LLC on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

46. BRG has a relationship with Wells Fargo Bank, National Association (and certain affiliates), on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

47. BRG has a relationship with Wilmington Trust Company on matters unrelated to the Debtors. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

48. BRG has in the past worked with, continues to work with, and has mutual clients with, certain law firms who are potential parties-in-interest in these cases or who represent such parties, including, without limitation, Morris Nichols Arsht & Tunnell; Akin Gump Strauss Hauer & Feld LLP; Richards, Layton & Finger, P.A.; Latham & Watkins LLP; Cleary Gottlieb Steen & Hamilton LLP; Bennett Jones LLP; Milbank, Tweed, Hadley & McCloy LLP. BRG does not believe that these relationships create a conflict of interest regarding the Debtors or these Chapter 11 Cases.

49. BRG has in the past worked with, continues to work with, and has mutual clients with, certain accounting firms who are potential parties-in-interest in these cases or who represent such parties, including, without limitation, Ernst & Young LLP. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

50. BRG routinely advises businesses in Chapter 11 proceedings, including in Delaware, and may know all or some of the U.S. Trustees and judges involved in this case. BRG does not believe that this creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

51. The Debtors have numerous customers, creditors and other parties with whom they maintain business relationships. In addition, there may be a number of smaller firms that are not listed as potential parties-in-interest. BRG may have advisory or other commercial or professional relationships with such entities or persons unrelated to the Debtors or these Chapter 11 Cases. BRG does not believe that these relationships create a conflict of interest regarding the debtors or these Chapter 11 Cases.

52. BRG may have in the past employed and may continue to employ certain insurers or insurance brokers (or their apparent affiliates) who are potential parties-in-interest in these cases. BRG does not believe that these relationships create a conflict of interest regarding the Debtors or these Chapter 11 Cases.

53. BRG has in the past and may continue to work on engagements where certain investment banking firms represented or represent the same or other parties, including, without limitation, Jefferies & Company, Inc. and Lazard Frères & Co. LLC. BRG does not believe that these relationships create a conflict of interest regarding the Debtors or these Chapter 11 Cases.

54. BRG has a relationship with The Northern Trust Company. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

55. BRG has a relationship with Milbank, Tweed, Hadley & McCloy LLP. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

56. BRG has a relationship with Whiteford, Taylor & Preston LLC. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

57. BRG has a relationship with Core Brookfield Lakes, LLC. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

58. BRG has a relationship with James Lee.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

59. BRG has a relationship with SPCP Group, LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

60. BRG has a relationship with Bowery Opportunity Fund, L.P.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

61. BRG has a relationship with Deutsche Bank Securities Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

62. BRG has a relationship with Farallon-Capital (AM) Investors, LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

63. BRG has a relationship with Farallon Capital Institutional Partners II, LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

64. BRG has a relationship with Farallon Capital Institutional Partners III, LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

65. BRG has a relationship with Farallon Capital Institutional Partners, LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

66. BRG has a relationship with Farallon Capital Offshore Investors II, LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

67. BRG has a relationship with Farallon Capital Partners, LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

68. BRG has a relationship with Longacre Institutional Opportunity Fund, L.P.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

69. BRG has a relationship with Longacre Opportunity Fund, L.P.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

70. BRG has a relationship with Wellspring Capital LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

71. BRG has a relationship with ABN AMRO Bank N.V.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

72. BRG has a relationship with Ace Insurance Company.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

73. BRG has a relationship with Alcatel-Lucent SA.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

74. BRG has a relationship with Allen & Overy LLP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

75. BRG has a relationship with Aon Consulting.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

76. BRG has a relationship with Arch Insurance Company.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

77. BRG has a relationship with Bank of America, N.A.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

78. BRG has a relationship with Barclay's Capital, Inc., LE.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

79. BRG has a relationship with Barclays Real Estate Capital, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

80. BRG has a relationship with Blank Rome LLP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

81. BRG has a relationship with BNP of Paribas Prime Brokerage, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

82. BRG has a relationship with BNP Paribas Securities Corp./Fixed Income.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

83. BRG has a relationship with BNY-SBL/PB.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

84. BRG has a relationship with Broadcom Corporation.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

85. BRG has a relationship with Brown Brothers Harriman & Co.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

86. BRG has a relationship with Chubb Group of Insurance Companies.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

87. BRG has a relationship with CIBC World Markets, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

88. BRG has a relationship with Cigna, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

89. BRG has a relationship with Citibank, N.A.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

90. BRG has a relationship with Citigroup Financial Services Corp.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

91. BRG has a relationship with Citigroup Global Markets Realty Corp.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

92. BRG has a relationship with Citigroup Global Markets, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

93. BRG has a relationship with Citigroup Global Markets, Inc./Salomon Brothers.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

94. BRG has a relationship with Citigroup Private Bank & Trust.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

95. BRG has a relationship with Comcast Cable Communications LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

96. BRG has a relationship with Comcast Corporation.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

97. BRG has a relationship with Comercia Bank.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

98. BRG has a relationship with Credit Suisse Securities (USA).  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

99. BRG has a relationship with Credit Suisse Strategic Partners.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

100.        BRG has a relationship with Crowell & Moring LLP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

101.        BRG has a relationship with Deutsche Bank AG.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

102.        BRG has a relationship with Dresdner Kleinwort Securities LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

103.        BRG has a relationship with Duane Morris LLP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

104.        BRG has a relationship with Duke Energy Company.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

105.        BRG has a relationship with E*Trade Capital Markets, LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

106.        BRG has a relationship with E*Trade Cleary, LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

107.        BRG has a relationship with Emerson Electric Co.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

108.        BRG has a relationship with Ernst & Young Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

109.        BRG has a relationship with Ernst & Young LLP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

110.     BRG has a relationship with Federal Insurance Company (Chubb).  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

111.     BRG has a relationship with Fidelity Capital Markets Services.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

112.     BRG has a relationship with Fidelity Management & Research Co.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

113.     BRG has a relationship with Fidelity Management Trust Company.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

114.     BRG has a relationship with Fidelity Treasury Portfolio Fund.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

115.     BRG has a relationship with Florida Power & Light Company.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

116.     BRG has a relationship with Goldman Sachs & Co.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

117.     BRG has a relationship with Goldman Sachs Execution & Clearing, LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

118.     BRG has a relationship with Goldman Sachs International Ltd.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

119.     BRG has a relationship with Grant Thornton LLP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

120.     BRG has a relationship with Hewlett-Packard Company.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

121.     BRG has a relationship with Hewlett-Packard Financial Services.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

122.     BRG has a relationship with Hitachi Limited.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

123.     BRG has a relationship with Huawei Technologies Co. Ltd.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

124.     BRG has a relationship with Huntington National Bank.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

125.     BRG has a relationship with Huron Consulting Group.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

126.     BRG has a relationship with International Business Machines Corporation.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

127.     BRG has a relationship with Irell & Manella LLP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

128.     BRG has a relationship with Iron Mountain Information Management Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

129.     BRG has a relationship with Jackson Lewis, LLP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

130.     BRG has a relationship with Johnson Controls Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

131.     BRG has a relationship with JP Morgan Chase & Co.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

132.     BRG has a relationship with JP Morgan Chase Bank, National Association.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

133.      BRG has a relationship with JP Morgan Clearing Corp.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

134.      BRG has a relationship with JP Morgan International.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

135.      BRG has a relationship with JP Morgan Securities Inc./Fixed Income.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

136.      BRG has a relationship with JP Morgan Securities, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

137.      BRG has a relationship with JP Morgan U.S. Money Market Funds.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

138.      BRG has a relationship with Juniper Networks, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

139.      BRG has a relationship with Keybank National Association.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

140.      BRG has a relationship with Lehman Brothers Alpha Funds Plc for Lehman.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

141.      BRG has a relationship with Lehman Brothers First Trust Income Opportunities.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

142.      BRG has a relationship with Lehman Brothers High Yield Bond Fund LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

143.      BRG has a relationship with Lehman Brothers Income Funds for Lehman.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

144.     BRG has a relationship with Lehman Brothers, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

145.     BRG has a relationship with Loomis Sayles & Company, L.P.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

146.     BRG has a relationship with Mackay Sheilds LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

147.     BRG has a relationship with Merrill Lynch.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

148.     BRG has a relationship with Merrill Lynch, Pierce, Fenner & Smith Incorporated. BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

149.     BRG has a relationship with Morgan Stanley.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

150.     BRG has a relationship with Morgan Stanley & Co. Inc./Retail.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

151.     BRG has a relationship with Morgan Stanley & Co. Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

152.     BRG has a relationship with National City Bank Northern Trust Co.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

153.     BRG has a relationship with Oracle America, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

154.     BRG has a relationship with Oracle Corporation.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

155.     BRG has a relationship with Oracle USA, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

156.     BRG has a relationship with PG&E-California.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

157.     BRG has a relationship with PNC Bank, N.A.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

158.     BRG has a relationship with Prudential Insurance Company of America.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

159.     BRG has a relationship with Raymond James & Associates, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

160.     BRG has a relationship with Raymond James Ltd.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

161.     BRG has a relationship with RBC Capital Markets Corporation.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

162.     BRG has a relationship with RBC Dominion Securities, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

163.     BRG has a relationship with Sanford C. Bernstein & Co., LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

164.     BRG has a relationship with Scotia Capital Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

165.     BRG has a relationship with Siemens Enterprise.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

166.     BRG has a relationship with Siemens Enterprise Communications, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

167.     BRG has a relationship with Siemens Networks.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

168.     BRG has a relationship with Sony Ericsson Mobile Communications A.B.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

169.     BRG has a relationship with Sprint Nextel.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

170.    BRG has a relationship with Sprint Spectrum LP.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

171.    BRG has a relationship with SprintCom.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

172.    BRG has a relationship with State Street Bank & Trust Co.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

173.    BRG has a relationship with Sun Trust Bank.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

174.    BRG has a relationship with The Bank of Tokyo-Mitsubishi UFJ, Ltd.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

175.    BRG has a relationship with The Fifth Third Bank.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

176.    BRG has a relationship with T-Mobile US, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

177.    BRG has a relationship with Travelers Guarantee Company of Canada.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

178.    BRG has a relationship with Trustmark Corporation.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

179.    BRG has a relationship with UBS AG.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

180.    BRG has a relationship with UBS Financial Services, Inc.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

181.    BRG has a relationship with UBS Securities, LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

182.    BRG has a relationship with Union Bank of California.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

183.     BRG has a relationship with Union Bank. N.A.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

184.     BRG has a relationship with United Parcel Services.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

185.     BRG has a relationship with US Bank NA.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

186.     BRG has a relationship with Wachovia Bank, N.A.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

187.     BRG has a relationship with Wachovia Capital Markets, LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

188.     BRG has a relationship with Wachovia Securities, LLC.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

189.     BRG has a relationship with Wells Fargo Bank, National Association.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

190.     BRG has a relationship with Zurich Insurance Company.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

191.     BRG has a relationship with Zurich North America.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

192.     BRG has a relationship with Richard Levin.  BRG does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

**List of Parties in Interest, or Affiliates Thereof That Have Engaged, Currently Engage, or Served in Matters with BRG and their Relationship to the Debtors[2]**

**Relationships in Matters Related to this Proceeding**

**None.**

**Relationships in Unrelated Matters**

**Debtors' Bondholders & Trustees**
UBS
BNP Paribas

Bank of America
TD Bank
Comerica Bank
Deutsche Bank
Goldman Sachs
Bank of New York Mellon
JP Morgan
Citibank/Citigroup
Morgan Stanley
Wells Fargo
US Bank
Credit Suisse
Barclays
Merrill Lynch
Charles Schwab
Canadian Imperial Banks Corp (CIBC)
Jefferies & Co.
Keybank
Lehman Brothers
RBC
Suntrust Bank
Fifth Third Bank

**Unsecured Creditors**
Flextronics
Telus

Computer Science Corporation
Beeline

**Major Competitors**
IBM

**Debtors' Vendors**
Texas Instruments
Motorola
Qualcomm
Freescale
STMicroelectronics
Broadcom
Hewlett-Packard (HP)
Micron
Microsoft
Oracle
Johnson Controls

**Debtors' Litigants**
California State Board of Equalization
Verizon
Chubb

**Significant Customers**
AT&T
Telefonica
Sprint
Ciena Corporation

---

[2]    This list includes any new relationships disclosed as a result of the Capstone members' and employees' move to BRG.

**Debtors' Landlords**
State Street Bank
Ace Parking Management
Collier's International

**Debtors' Insurers**
ACE
AIG
Allianz
Arch Insurance
Continental Casualty
Great American Insurance
Hartford
Liberty Insurance
Hiscox
Catlin
Temple Insurance & QBE
Travelers
XL Insurance
Zurich

**Trustees**
Brown Brothers Harriman
Morgan Keegan
Oppenheimer
Pershing
PNC
Union Bank
Wilmington

**Debtors' Professionals**
Morris Nichols
Shearman & Sterling

**Debtors' Major Competitors**
Sony
Alcatel

Cisco Systems
Nokia
Tellabs
Siemens
NEC
Hitachi
ZTE

**Top 40 Unsecured Creditors**
GFI

**Utilities**
Duke Energy
PG&E
National Grid
LIPA
Comcast
Cox Communications

**Other Parties**
Bennett Jones
Herbert Smith
Latham & Watkins
Patterson Belknap
Vedder Price

**Committee's Professionals**
Curtis Mallet-Prevost, Colt & Mosle
Akin Gump
Richards, Layton & Finger

**Parties Filing a Notice of Appearance**
Iron Mountain