IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X    Chapter 11
                                                             :
*In re*                                                      :    Case No. 09-10138 (KG)
                                                             :
Nortel Networks Inc., *et al.*,[1]                           :    Jointly Administered
                                                             :
                    Debtors.           :
                                                             :
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 25, 2015 AT 9:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTERS GOING FORWARD**

1.  U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order (D.I. 15611, Filed 5/26/15).

    Objection Deadline:  June 12, 2015 at 4:00 p.m. (ET).

    Reply Deadline:  June 22, 2015 at 4:00 p.m. (ET).

    Responses Received:

    (a)  Joinder with Reservation of Rights of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the U.S. Debtors' Motion for Reconsideration (D.I. 15613, Filed 5/26/15);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b) Joinder with Reservation of Rights of The Bank of New York Mellon, as Indenture Trustee, in the Motions for Reconsideration Filed by the *Ad Hoc* Group of Bondholders and the U.S. Debtors (D.I. 15622, Filed 5/27/15);

(c) Response of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order (D.I. 15734, Filed 6/12/15);

(d) Objection and Response of Stephen Taylor, Conflicts Administrator for Nortel Networks SA, to Motions for Reconsideration and Clarification of the U.S. Debtors, Bondholders and Law Debenture (D.I. 15737, Filed 6/12/15);

(e) Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15738, Filed 6/12/15);

(f) The Monitor and the Canadian Debtors' Objection and Response to Motions for Reconsideration, Clarification or Amendment (D.I. 15739, filed 6/12/15);

(g) Brief of Authorities for the Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15740, Filed 6/12/15);

(h) The Joint Administrators' Objection and Response to the Motions for Reconsideration and Clarification (D.I. 15741, Filed 6/12/15);

(i) Objection of Wilmington Trust, National Association, as Successor Indenture Trustee to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Opinion and Order (D.I. 15742, Filed 6/12/15);

(j) Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment (D.I. 15743, Filed 6/12/15);

(k) Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings by the Joint Administrators (D.I. 15744, Filed 6/12/15);

(l) Notice of Filing of Corrected Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment (D.I. 15753, Filed 6/17/15); and

(m) Joinder with Reservation of Rights of the Trade Claims Consortium to the U.S. Debtors' Motion for Reconsideration (D.I. 15780, Filed 6/22/15).

Related Pleading:

(a) Allocation Trial Opinion (D.I. 15544, Entered 5/12/15);

(b) Order (D.I. 15545, Entered 5/12/15);

(c) Re-Notice of U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order (Hearing and Briefing Dates Changed) (D.I. 15681, Filed 6/2/15);

(d) Order (D.I. 15696, Entered 6/4/15);

(e) Second Re-Notice of U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order (Hearing and Briefing Dates Changed) (D.I. 15699, Filed 6/4/15);

(f) U.S. Debtors' Reply in Support of Their Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order (D.I. 15783, Filed 6/22/15); and

(g) Reply of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. in Further Support of the U.S. Debtors' Motion for Reconsideration (D.I. 15787, Filed 6/22/15).

Status: The hearing on this matter will go forward.

2. *Ad Hoc* Group of Bondholders' Motion for Reconsideration of Opinion and Order Allocating Proceeds from Asset Sales of Nortel Networks, Inc., its Affiliates and Subsidiaries (D.I. 15612, Filed 5/26/15).

Objection Deadline: June 12, 2015 at 4:00 p.m. (ET).

Reply Deadline: June 22, 2015 at 4:00 p.m. (ET).

Responses Received:

(a) Joinder with Reservation of Rights of The Bank of New York Mellon, as Indenture Trustee, in the Motions for Reconsideration Filed by the *Ad Hoc* Group of Bondholders and the U.S. Debtors (D.I. 15622, Filed 5/27/15);

(b) Objection and Response of Stephen Taylor, Conflicts Administrator for Nortel Networks SA, to Motions for Reconsideration and Clarification of the U.S. Debtors, Bondholders and Law Debenture (D.I. 15737, Filed 6/12/15);

(c) Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15738, Filed 6/12/15);

(d) The Monitor and the Canadian Debtors' Objection and Response to Motions for Reconsideration, Clarification or Amendment (D.I. 15739, filed 6/12/15);

(e) Brief of Authorities for the Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15740, Filed 6/12/15);

(f) The Joint Administrators' Objection and Response to the Motions for Reconsideration and Clarification (D.I. 15741, Filed 6/12/15);

(g) Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment (D.I. 15743, Filed 6/12/15);

(h) Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings by the Joint Administrators (D.I. 15744, Filed 6/12/15); and

(i) Notice of Filing of Corrected Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment (D.I. 15753, Filed 6/17/15).

Related Pleading:

(a) Allocation Trial Opinion (D.I. 15544, Entered 5/12/15);

(b) Order (D.I. 15545, Entered 5/12/15);

(c) Order (D.I. 15696, Entered 6/4/15);

(d) Amended Notice of *Ad Hoc* Group of Bondholders' Motion for Reconsideration of Opinion and Order Allocating Proceeds from Asset Sales of Nortel Networks, Inc., its Affiliates and Subsidiaries (D.I. 15713, Filed 6/4/15); and

(e) Reply of the *Ad Hoc* Group of Bondholders to the Objections of (I) the Canadian Creditors' Committee; (II) the Monitor and Canadian Debtors; (III) the Joint Administrators; and (IV) the U.K. Pension Claimants to Bondholders' Motion for Reconsideration (D.I. 15782, Filed 6/22/15).

Status: The hearing on this matter will go forward.

3. Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion (D.I. 15615, Filed 5/26/15).

Objection Deadline:  June 12, 2015 at 4:00 p.m. (ET).

Reply Deadline:  June 22, 2015 at 4:00 p.m. (ET).

Responses Received:

(a) Joinder with Reservation of Rights of The Bank of New York Mellon, as Indenture Trustee, in the Motions for Reconsideration Filed by the *Ad Hoc* Group of Bondholders and the U.S. Debtors (D.I. 15622, Filed 5/27/15);

(b) Objection and Response of Stephen Taylor, Conflicts Administrator for Nortel Networks SA, to Motions for Reconsideration and Clarification of the U.S. Debtors, Bondholders and Law Debenture (D.I. 15737, Filed 6/12/15);

(c) Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15738, Filed 6/12/15);

(d) The Monitor and the Canadian Debtors' Objection and Response to Motions for Reconsideration, Clarification or Amendment (D.I. 15739, filed 6/12/15);

(e) Brief of Authorities for the Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15740, Filed 6/12/15);

(f) The Joint Administrators' Objection and Response to the Motions for Reconsideration and Clarification (D.I. 15741, Filed 6/12/15);

(g) Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment (D.I. 15743, Filed 6/12/15);

(h) Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings by the Joint Administrators (D.I. 15744, Filed 6/12/15); and

(i) Notice of Filing of Corrected Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment (D.I. 15753, Filed 6/17/15).

Related Pleading:

(a) Allocation Trial Opinion (D.I. 15544, Entered 5/12/15);

(b) Order (D.I. 15545, Entered 5/12/15);

(c) Re-Notice of Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion (D.I. 15682, Filed 6/2/15);

(d)     Order (D.I. 15696, Entered 6/4/15);

(e)     Second Re-Notice of Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion (D.I. 15700, Filed 6/4/15); and

(f)     Reply in Further Support of Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion and in Response to Certain Objections Thereto (D.I. 15781, Filed 6/22/15).

<u>Status</u>: The hearing on this matter will go forward.

Dated: June 23, 2015  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

9231837.6