IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Re: D.I. 15787 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                                  : SS.
NEW CASTLE COUNTY  :

I, Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that he is employed as a Partner for the law firm of Whiteford, Taylor & Preston LLC, and that on the 22nd day of June, 2015, he caused the following document filed to be served on the parties listed on **Exhibit A** hereto via First Class Mail and to the parties listed on **Exhibit B** hereto via email:

- *Reply of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. in Further Support of the U.S. Debtors' Motion for Reconsideration* [D.I. 15787]

*(This space was intentionally left blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: June 23, 2015

WHITEFORD, TAYLOR & PRESTON LLC

_____
Christopher M. Samis (No. 4909)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 357-3266
Facsimile: (302) 357-3288
Email: csamis@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 23rd day of June 2015

_____
Notary Public

[Notary seal: CHRISTINE M. MCALLISTER, MY COMMISSION EXPIRES May 6, 2016, NOTARY PUBLIC, STATE OF DELAWARE]