# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 15658] | 4/1/15 - 4/30/15 | CDN$42,538.00 (Fees)  CDN$92.79 (Expenses) | CDN$34,030.40 (Fees @ 80%)  CDN$92.79 (Expenses @ 100%) | 5/29/15 | 6/19/15 |