Robert Kinamon
21515 NE 143rd Place
Woodinville WA 98077
425-881-6035
rkinamon@comcast.net
June 18, 2015

Honorable Judge Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Honorable Judge Kevin Gross:

I am writing you in an effort to obtain claim status in the Nortel Networks bankruptcy case. I filed a claim with Epiq Systems in July of 2009 in the amount of $150,908.52. This amount represents unpaid non-qualified pension payments that were suspended when Nortel filed bankruptcy. My Epiq claim number is 1825,

I've unsuccessfully attempted to obtain status updates by following news articles on the web, through legal notifications from Epiq Systems as well as email requests and calls directly to Epiq Systems. To date, I have absolutely zero understanding if my claim will result in full or partial payment or the timing of the decision and payment.

Although suspension of my pension payments has altered the comfort level of my retirement, I am getting by and am blessed with good health at age 68. I would sincerely appreciate any information you could pass on to me so I may better plan my finances throughout retirement.

Sincerely,

Robert Kinamon