# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Andrew R. Remming
(302) 351-9405
(302) 425-3003 FAX
aremming@mnat.com

June 24, 2015

**VIA HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

Re: *In re: Nortel Networks Inc., et al., Case No. 09-10138 (KG)*

Dear Judge Gross:

In connection with the joint hearing scheduled for June 25, 2015, the U.S. Debtors are delivering one copy of a USB key containing the electronic materials filed by the parties on behalf of all Core Parties, including word and hyperlinked versions of materials where provided. New materials on this USB key relative to the USB key delivered on June 18, 2015 appear in bold text.

1. Bank of New York Mellon

    a. Canadian Filings

        i. Notice of Filing of Joinder in the Motions for Reconsideration filed by the Ad Hoc Group of Bondholders and the US Debtors dated May 29, 2015.

    b. U.S. Filings

        i. Joinder with Reservation of Rights of The Bank of New York Mellon, as Indenture Trustee, in the Motions for Reconsideration Filed by the *Ad Hoc* Group of

        Bondholders and the U.S. Debtors (D.I. 15622, Filed 5/27/15).

2. <u>*Ad Hoc* Bondholder Group</u>

    a. Canadian Filings

        i. Notice of Filing of Motion for Reconsideration dated May 27, 2015;

        ii. Notice of Motion dated June 5, 2015;

        iii. Written Submissions dated June 8, 2015;

        iv. Brief of Authorities dated June 8, 2015; **and**

        v. **Notice of Filing of Reply dated June 22, 2015.**

    b. U.S. Filings

        i. *Ad Hoc* Group of Bondholders' Motion for Reconsideration of Opinion and Order Allocating Proceeds from Asset Sales of Nortel Networks, Inc., its Affiliates and Subsidiaries (D.I. 15612, Filed 5/26/15); **and**

        ii. **Reply of the *Ad Hoc* Group of Bondholders to the Objections of (I) the Canadian Creditors' Committee; (II) the Monitor and Canadian Debtors; (III) the Joint Administrators; and (IV) the U.K. Pension Claimants to Bondholders' Motion for Reconsideration (D.I. 15782, Filed 6/22/15).**

3. <u>Monitor and Canadian Debtors</u>

    a. The Monitor and the Canadian Debtors' Objection and Response to Motions for Reconsideration, Clarification or Amendment (D.I. 15739, filed 6/12/15); and

    b. Brief of Authorities dated June 12, 2015.

4. <u>CCC</u>

    a. Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15738, Filed 6/12/15); and

The Honorable Kevin Gross
June 24, 2015
Page 3

        b.    Brief of Authorities for the Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification (D.I. 15740, Filed 6/12/15).

5.    EMEA Debtors/Joint Administrators

    a.    Canadian Filings

        i.    Factum dated June 12, 2015; and

        ii.    Brief of Authorities dated June 12, 2015.

    b.    U.S. Filings

        i.    The Joint Administrators' Objection and Response to the Motions for Reconsideration and Clarification (D.I. 15741, Filed 6/12/15).

6.    Law Debenture

    a.    Canadian Filings

        i.    Notice of Filing dated May 28, 2015;

        ii.    Notice of Motion for Partial Clarification, Amendment or Reconsideration dated June 8, 2015;

        iii.    Factum dated June 8, 2015;

        iv.    Book of Authorities dated June 8, 2015;

        v.    Reply Factum dated June 22, 2015; **and**

        **vi.**    **Notice of Filing of Reply dated June 22, 2015.**

    b.    U.S. Filings

        i.    Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion (D.I. 15615, Filed 5/26/15);

        ii.    Response of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May

      12, 2015 Allocation Trial Opinion and Order (D.I. 15734, Filed 6/12/15); **and**

    iii. **Reply in Further Support of Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion and in Response to Certain Objections Thereto (D.I. 15781, Filed 6/22/15).**

7. <u>Stephen Taylor (Conflict Administrator of NNSA)</u>

  a. Canadian Filings

    i. Factum dated June 12, 2015; and

    ii. Book of Authorities dated June 12, 2015.

  b. U.S. Filings

    i. Objection and Response of Stephen Taylor, Conflicts Administrator for Nortel Networks SA, to Motions for Reconsideration and Clarification of the U.S. Debtors, Bondholders and Law Debenture (D.I. 15737, Filed 6/12/15).

8. <u>UCC</u>

  a. Canadian Filings

    i. Notice of Filing of Joinder to the US Debtors' Motion for Reconsideration dated May 27, 2015;

    ii. Joinder in the Motion of the US Debtors dated June 8, 2015; **and**

    iii. **Notice of Filing of Reply dated June 22, 2015.**

  b. U.S. Filings

    i. Joinder with Reservation of Rights of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the U.S. Debtors' Motion for Reconsideration (D.I. 15613, Filed 5/26/15); **and**

    ii. **Reply of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. in Further Support of the U.S. Debtors' Motion for Reconsideration (D.I. 15787, Filed 6/22/15).**

9. <u>UKPC</u>

 a. Canadian Filings

   i. Responding Brief dated June 12, 2015; and

   ii. Book of Authorities dated June 12, 2015.

 b. U.S. Filings

   i. Notice of Filing of Corrected Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment (D.I. 15753, Filed 6/17/15).

10. <u>U.S. Debtors</u>

 a. Canadian Filings

   i. Notice of Filing of Motion for Clarification and/or Reconsideration and Request for Joint Hearing dated May 26, 2015;

   ii. Motion Record (Motion for Clarification, Reconsideration or Amendment) dated May 29, 2015;

   iii. Factum dated June 8, 2015;

   iv. Book of Authorities dated June 8, 2015; **and**

   v. **Notice of Filing of Reply dated June 22, 2015.**

 b. U.S. Filings

   i. U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order (D.I. 15611, Filed 5/26/15); **and**

   ii. **U.S. Debtors' Reply in Support of Their Motion for Clarification and/or Reconsideration of the May 12,**

       **2015 Allocation Trial Opinion and Order (D.I. 15783, Filed 6/22/15).**

11. <u>Wilmington Trust</u>

  a. Canadian Filings

    i. Joinder, Notice of Filing and Submissions dated June 12, 2015.

  b. U.S. Filings

    i. Objection of Wilmington Trust, National Association, as Successor Indenture Trustee to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Opinion and Order (D.I. 15742, Filed 6/12/15).

12. U.S. Trade Claim Consortium

  a. **Joinder with Reservation of Rights of the Trade Claims Consortium to the U.S. Debtors' Motion for Reconsideration (D.I. 15780, Filed 6/22/15).**

   I am informed that the Monitor has provided a USB key containing the above-referenced electronic materials to Justice Newbould.

              Respectfully,

              */s/ Andrew R. Remming*

              Andrew R. Remming

cc: Core Parties via e-mail

9241851.4