IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Nortel Networks Inc., *et al.*, | ) | Chapter 11 |
| | ) | |
| | ) | 09-10138 (KG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| SNMP Research International, Inc. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SNMP Research, Inc., | ) | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Avaya Inc., | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF MAILING ADDRESS

**PLEASE TAKE NOTICE** that as of June 16, 2015, the mailing address for the Baltimore, Maryland office of the undersigned counsel has changed to:

> Cole Schotz P.C.
> 300 E. Lombard Street, **Suite 1450**
> Baltimore, MD 21202

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents that require receipt or service by the Plaintiffs are to be directed to the new mailing address.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: June 24, 2015

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*

Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*

**OF COUNSEL**

Richard S. Busch, Esq.
Andrew Coffman, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com
acoffman@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com