IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) ) (Jointly Administered) |
| Debtors. | ) ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                       : SS.
NEW CASTLE COUNTY      :

I, L. Katherine Good, Esquire, being duly sworn according to law, deposes and says that she is employed as counsel for the law firm of Whiteford, Taylor & Preston LLC, and that on the 24th day of June, 2015, she caused the following document filed to be served on the parties listed on **Exhibit A** hereto via First Class Mail:

- Application of the Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Successor Financial Advisor, *Nunc Pro Tunc* to June 1, 2015 [D.I. 15786]

*(This space was intentionally left blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: June 24, 2015

WHITEFORD, TAYLOR & PRESTON LLC

*Katherine Good*

L. Katherine Good (No. 5101)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950
Email: kgood@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 24th day of June 2015

*Christine M. McAllister*
Notary Public

[Notary Seal: CHRISTINE M. MCALLISTER, MY COMMISSION EXPIRES May 6, 2016, NOTARY PUBLIC, STATE OF DELAWARE]