## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 5/1/2015 through 5/31/2015**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $895 | 36.70 | $32,846.50 |
| J. Borow | Executive Director | $895 | 82.30 | $73,658.50 |
| J. Hyland | Executive Director | $675 | 126.70 | $85,522.50 |
| A. Cowie | Managing Director | $625 | 82.40 | $51,500.00 |
| M. Dansky | Executive Director | $625 | 0.90 | $562.50 |
| J. Emerson | Consultant | $250 | 4.80 | $1,200.00 |
| J. Blum | Paraprofessional | $120 | 4.00 | $480.00 |
| M. Haverkamp | Paraprofessional | $120 | 0.40 | $48.00 |
| **For the Period 5/1/2015 through 5/31/2015** | | | **338.20** | **$245,818.00** |

**Capstone Advisory Group, LLC**                                                                                                     Page 1 of 1
**Invoice for the 5/1/2015-5/31/2015 Fee Statement**