**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 5/1/2015 through 5/31/2015**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 116.40 | $87,760.00 |
| 05. Professional Retention/Fee Application Preparation | 11.90 | $6,166.50 |
| 06. Attend Hearings/Related Activities | 1.20 | $810.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 1.20 | $986.00 |
| 08. Interaction/Mtgs w Creditors | 32.00 | $24,284.00 |
| 10. Recovery/SubCon/Lien Analysis | 126.20 | $90,716.00 |
| 11. Claim Analysis/Accounting | 39.70 | $28,418.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 6.40 | $4,320.00 |
| 26. Tax Issues | 2.30 | $1,794.50 |
| 33. Intellectual Property | 0.90 | $562.50 |
| **For the Period 5/1/2015 through 5/31/2015** | **338.20** | **$245,818.00** |