## Nortel Networks Corporation
Capstone Advisory Group, LLC
**Exhibit C: Detailed Time Descriptions**
**For the Period 5/1/2015 through 5/31/2015**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 5/5/2015 | C. Kearns | 0.30 | Reviewed latest Canada sale of IP addresses. |
| 5/5/2015 | C. Kearns | 0.30 | Emailed with counsel re: recovery models and PPI. |
| 5/7/2015 | J. Hyland | 1.00 | Reviewed IPA sale documents. |
| 5/7/2015 | J. Borow | 1.20 | Reviewed documents relating to the sale of various internet protocol addresses to be completed by Canadian estate. |
| 5/12/2015 | C. Kearns | 0.30 | Emailed with counsel re: inbound creditor inquiries. |
| 5/12/2015 | J. Hyland | 0.30 | Conducted call with R. Johnson and M. Fagen (counsel) re: proceeds allocation. |
| 5/12/2015 | A. Cowie | 0.40 | Updated bond pricing report for Committee. |
| 5/12/2015 | C. Kearns | 0.50 | Participated in call with counsel re: allocation trial decisions. |
| 5/12/2015 | J. Emerson | 0.80 | Updated Nortel Bond Prices Detail report. |
| 5/12/2015 | C. Kearns | 1.00 | Completed initial read of U.S. court decision. |
| 5/12/2015 | J. Hyland | 2.40 | Continued reviewing proceeds allocation ruling from U.S. and Canadian courts. |
| 5/12/2015 | J. Borow | 2.70 | Continued review and analysis of judge's allocation decision. |
| 5/12/2015 | J. Borow | 2.80 | Reviewed and analyzed judges allocation decision. |
| 5/12/2015 | J. Hyland | 2.90 | Reviewed proceeds allocation ruling from U.S. and Canadian courts. |
| 5/13/2015 | J. Hyland | 0.00 | Conducted call with M. Kennedy (Chilmark) re: allocation court ruling. |
| 5/13/2015 | C. Kearns | 0.40 | Emailed with counsel on issues re: decision. |
| 5/13/2015 | C. Kearns | 0.50 | Responded to creditor calls re: allocation decision. |
| 5/13/2015 | J. Emerson | 0.80 | Continued updating Nortel Bond Prices detail for new trades. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/13/2015 | J. Hyland | 1.20 | Conducted call with M. Kennedy (Chilmark) re: allocation decisions from the courts. |
| 5/13/2015 | J. Emerson | 2.00 | Updated Nortel Bond Prices detail for new trades. |
| 5/14/2015 | C. Kearns | 0.20 | Finalized presentation for Committee on allocation decision. |
| 5/14/2015 | J. Emerson | 0.60 | Updated Nortel Bond Prices detail for new trades. |
| 5/14/2015 | C. Kearns | 1.50 | Prepared presentation for Committee on allocation decision. |
| 5/18/2015 | C. Kearns | 0.30 | Emailed with counsel on allocation related issues. |
| 5/18/2015 | J. Emerson | 0.60 | Updated Nortel Bond Prices detail for new trades. |
| 5/19/2015 | J. Hyland | 1.10 | Reviewed articles discussing the judges' allocation decisions. |
| 5/19/2015 | J. Hyland | 1.30 | Participated in conference call with counsel, Cassels, and Ashurst re: proceeds allocation decisions. |
| 5/19/2015 | C. Kearns | 1.30 | Participated in call with counsel re: issues and next steps on allocation decisions. |
| 5/19/2015 | C. Kearns | 1.60 | Responded to creditor calls re: allocation decisions. |
| 5/20/2015 | C. Kearns | 0.50 | Participated in call with Chilmark re: allocation recovery scenarios and next steps. |
| 5/20/2015 | C. Kearns | 0.80 | Participated in call with counsel re: potential paths including distribution scenarios. |
| 5/20/2015 | C. Kearns | 1.00 | Prepared report for Committee on allocation in light of court decisions. |
| 5/20/2015 | C. Kearns | 1.10 | Prepared a series of analyses as requested by counsel re: allocation implementation. |
| 5/20/2015 | J. Hyland | 2.00 | Reviewed proceeds allocation deck for Committee. |
| 5/20/2015 | A. Cowie | 2.90 | Prepared analysis for draft recovery affidavit. |
| 5/21/2015 | C. Kearns | 0.40 | Participated in conference call with F. Hodara (counsel) re: mechanics and issues for possible interim distributions. |
| 5/21/2015 | A. Cowie | 1.10 | Analyzed creditor recovery scenarios. |
| 5/21/2015 | J. Borow | 1.30 | Reviewed issues pertaining to motion to reconsider and joinder. |
| 5/21/2015 | C. Kearns | 1.50 | Analyzed proceeds allocation based upon allocation decisions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/21/2015 | J. Hyland | 2.80 | Analyzed scenarios for proceeds allocation. |
| 5/22/2015 | J. Hyland | 0.40 | Conducted call with M. Kennedy (Chilmark) re: proceeds allocation brief. |
| 5/22/2015 | C. Kearns | 1.00 | Read draft motion for reconsideration. |
| 5/22/2015 | J. Borow | 1.60 | Continued to review issues pertaining to motion to reconsider and joinder. |
| 5/22/2015 | J. Borow | 1.90 | Discussed with counsel re: status of documents for joinder and reconsideration. |
| 5/22/2015 | J. Borow | 2.40 | Reviewed issues pertaining to motion to reconsider and joinder. |
| 5/22/2015 | J. Borow | 2.50 | Continued to review issues pertaining to motion to reconsider and joinder. |
| 5/22/2015 | J. Hyland | 2.70 | Analyzed proceeds allocation brief. |
| 5/22/2015 | J. Hyland | 2.80 | Continued analyzing proceeds allocation brief. |
| 5/22/2015 | J. Hyland | 2.90 | Reviewed proceeds allocation brief. |
| 5/23/2015 | C. Kearns | 0.30 | Emailed with counsel our comments to draft motion to reconsider. |
| 5/23/2015 | J. Borow | 1.70 | Continued to review issues pertaining to motion to reconsider and joinder |
| 5/23/2015 | J. Hyland | 1.80 | Participated on call with counsel re: proceeds allocation brief. |
| 5/23/2015 | C. Kearns | 1.80 | Participated in call with counsel to review issues re: draft motion to reconsider. |
| 5/23/2015 | A. Cowie | 1.80 | Participated in call with Cleary in regard to allocation decision document. |
| 5/23/2015 | J. Borow | 2.60 | Continued to review issues pertaining to motion to reconsider and joinder. |
| 5/23/2015 | J. Hyland | 2.80 | Continued analyzing issues for counsel in proceeds allocation brief. |
| 5/23/2015 | J. Hyland | 2.80 | Analyzed follow-on issues from counsel call re: proceeds allocation brief. |
| 5/23/2015 | J. Hyland | 2.90 | Analyzed issues for counsel in proceeds allocation brief. |
| 5/24/2015 | C. Kearns | 0.20 | Participated in calls with F. Hodara and A. Qureshi (counsel) re: status of reconsideration motion. |
| 5/24/2015 | C. Kearns | 0.30 | Emailed with counsel on various comments and issues re: consideration. |
| 5/24/2015 | C. Kearns | 0.50 | Read counsel draft joinder for reconsideration and provided comments. |

**Capstone Advisory Group, LLC**  **Page 3 of 13**
**Invoice for the 5/1/2015-5/31/2015 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/24/2015 | J. Borow | 2.10 | Continued to review issues pertaining to motion to reconsider and joinder. |
| 5/25/2015 | C. Kearns | 0.40 | Reviewed revisions to Committee draft joinder. |
| 5/25/2015 | C. Kearns | 0.50 | Read next draft of Committee joinder and gave comments to counsel. |
| 5/25/2015 | C. Kearns | 0.70 | Read Debtor draft motion and emailed comments to counsel. |
| 5/25/2015 | A. Cowie | 0.80 | Participated in professionals call in regard to allocation decision reply document. |
| 5/25/2015 | C. Kearns | 0.80 | Participated in call with counsel to discuss Debtor draft motion to reconsider. |
| 5/25/2015 | J. Hyland | 0.80 | Participated in call with counsel re: proceeds allocation document. |
| 5/25/2015 | J. Borow | 1.00 | Discussed with counsel re: status of documents for joinder and reconsideration. |
| 5/25/2015 | C. Kearns | 1.00 | Analyzed proceeds allocation based upon various assumptions. |
| 5/25/2015 | A. Cowie | 1.70 | Prepared analysis for asset allocation decision reply document. |
| 5/25/2015 | J. Hyland | 1.80 | Reviewed proceeds allocation document. |
| 5/25/2015 | J. Hyland | 2.00 | Reviewed proceeds allocation document from NNI. |
| 5/25/2015 | J. Borow | 2.10 | Continued to review issues pertaining to motion to reconsider and joinder. |
| 5/25/2015 | J. Borow | 2.20 | Continued to review issues pertaining to motion to reconsider and joinder. |
| 5/26/2015 | C. Kearns | 0.20 | Participated in portion of call with counsel and Canadian counsel re: motion for reconsideration. |
| 5/26/2015 | C. Kearns | 0.20 | Participated in conference call with A. Qureshi (counsel) re: joinder draft. |
| 5/26/2015 | J. Hyland | 0.20 | Conducted call with M. Fagen (counsel) re: real estate issue for proceeds allocation. |
| 5/26/2015 | C. Kearns | 0.30 | Reviewed analysis of illustrative recoveries in draft motion to reconsider. |
| 5/26/2015 | C. Kearns | 0.30 | Discussed issues with counsel re: motion for consideration after Committee call. |
| 5/26/2015 | C. Kearns | 0.80 | Read draft of Committee joinder. |
| 5/26/2015 | A. Cowie | 2.10 | Continued to analyze draft asset allocation reply documents. |
| 5/26/2015 | A. Cowie | 2.20 | Analyzed draft asset allocation reply documents. |

**Capstone Advisory Group, LLC**  **Page 4 of 13**
**Invoice for the 5/1/2015-5/31/2015 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/26/2015 | J. Borow | 2.60 | Reviewed issues pertaining to draft joinder and/or motion for reconsideration. |
| 5/26/2015 | J. Hyland | 2.80 | Reviewed proceeds allocation pleadings. |
| 5/26/2015 | J. Hyland | 2.90 | Reviewed real estate issue related to proceeds allocation. |
| 5/28/2015 | C. Kearns | 0.30 | Emailed with counsel on allocation matters. |
| 5/29/2015 | C. Kearns | 0.20 | Emailed with counsel on allocation related issues. |
| Subtotal | | 116.40 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/5/2015 | J. Hyland | 0.20 | Reviewed Capstone's portion of the interim fee request from Whiteford Taylor. |
| 5/11/2015 | J. Hyland | 0.20 | Prepared April fee estimate for counsel. |
| 5/11/2015 | J. Blum | 0.50 | Prepared the April Fee Application. |
| 5/11/2015 | J. Borow | 2.10 | Reviewed April Fee Application and related detail. |
| 5/12/2015 | A. Cowie | 0.80 | Analyzed draft professional fee invoice for April. |
| 5/15/2015 | J. Hyland | 1.20 | Reviewed draft April Fee Application. |
| 5/19/2015 | J. Hyland | 1.00 | Reviewed April Fee Application. |
| 5/19/2015 | J. Blum | 1.10 | Prepared the April Fee Application. |
| 5/20/2015 | J. Hyland | 0.50 | Reviewed final April Fee Application. |
| 5/20/2015 | J. Blum | 1.80 | Prepared the April Fee Application. |
| 5/29/2015 | M. Haverkamp | 0.40 | Summarized initial time for May Fee Application. |
| 5/29/2015 | J. Blum | 0.60 | Prepared Twenty-Fifth Interim Fee Application. |
| 5/29/2015 | J. Borow | 0.70 | Reviewed April Fee Application. |
| 5/29/2015 | J. Hyland | 0.80 | Reviewed Twenty-Fifth Interim Fee Application. |
| Subtotal | | 11.90 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **06. Attend Hearings/Related Activities** | | | |
| 5/28/2015 | J. Hyland | 0.20 | Continued participating in SNMP hearing. |
| 5/28/2015 | J. Hyland | 1.00 | Participated in SNMP hearing. |
| Subtotal | | 1.20 | |
| **07. Interaction/Mtgs w Dbtrs/Counsel** | | | |
| 5/26/2015 | J. Borow | 0.40 | Prepared for call with Chilmark re: issues raised in joinder and/or motion to reconsider. |
| 5/26/2015 | J. Borow | 0.40 | Participated in call with Chilmark re: issues raised in joinder and/or motion to reconsider. |
| 5/26/2015 | J. Hyland | 0.40 | Conducted call with M. Kennedy (Chilmark) re: proceeds allocation decisions. |
| Subtotal | | 1.20 | |
| **08. Interaction/Mtgs w Creditors** | | | |
| 5/5/2015 | J. Hyland | 0.40 | Conducted call with M. Sandberg (FTI) re: case status. |
| 5/7/2015 | C. Kearns | 0.20 | Participated in weekly status call with Committee. |
| 5/7/2015 | J. Hyland | 0.20 | Participated in weekly Committee call with Committee members and professionals. |
| 5/7/2015 | J. Borow | 0.20 | Attended meeting with Committee and professionals to Committee. |
| 5/7/2015 | A. Cowie | 0.40 | Prepared discussion points for weekly Committee call. |
| 5/14/2015 | C. Kearns | 0.30 | Participated in call from holders on the decisions. |
| 5/14/2015 | J. Borow | 0.60 | Discussed with party in interest re: status of matter. |
| 5/14/2015 | J. Borow | 0.80 | Discussed with party in interest re: status of matter. |
| 5/14/2015 | J. Borow | 1.40 | Discussed with party in interest re: status of matter. |
| 5/14/2015 | J. Hyland | 1.50 | Prepared for Committee call. |
| 5/14/2015 | C. Kearns | 1.50 | Participated in Committee call with members and professionals. |
| 5/14/2015 | J. Hyland | 1.50 | Participated in Committee call with Committee members and professionals. |
| 5/14/2015 | J. Borow | 1.50 | Met with Committee and professionals to Committee. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/14/2015 | A. Cowie | 1.80 | Prepared discussion points on recovery analysis for Committee meeting. |
| 5/15/2015 | J. Borow | 0.70 | Discussed with party in interest re: status of matter. |
| 5/15/2015 | J. Borow | 0.80 | Discussed with party in interest re: status of matter. |
| 5/18/2015 | J. Hyland | 0.20 | Participated in call with claimant. |
| 5/18/2015 | J. Borow | 0.50 | Discussed with party in interest re: status of matter and recent court decision. |
| 5/18/2015 | J. Borow | 0.60 | Discussed with party in interest re: status of matter and recent court decision. |
| 5/19/2015 | J. Borow | 0.50 | Discussed with party in interest re: status of matter and recent court decision. |
| 5/21/2015 | A. Cowie | 1.50 | Participated in weekly Committee meeting. |
| 5/21/2015 | J. Hyland | 1.50 | Participated in weekly Committee call with Committee members and professionals. |
| 5/21/2015 | J. Borow | 1.50 | Participated in meeting with Committee and professionals to Committee. |
| 5/21/2015 | J. Hyland | 1.60 | Analyzed follow-up items for Committee call. |
| 5/21/2015 | J. Hyland | 1.90 | Prepared for Committee call by reviewing Committee presentations. |
| 5/21/2015 | A. Cowie | 2.20 | Prepared discussion points and analysis for weekly Committee meeting. |
| 5/25/2015 | J. Hyland | 0.60 | Prepared for Committee call. |
| 5/25/2015 | J. Hyland | 1.00 | Participated in Committee call with Committee members and professionals. |
| 5/26/2015 | A. Cowie | 0.70 | Prepared discussion points for Committee meeting. |
| 5/26/2015 | J. Hyland | 0.70 | Participated in Committee call with Committee members and professionals. |
| 5/26/2015 | C. Kearns | 0.70 | Participated in call with Committee with weekly Committee agenda. |
| 5/28/2015 | J. Hyland | 0.60 | Participated in weekly Committee call with Committee members and professionals. |
| 5/28/2015 | J. Borow | 0.60 | Participated in meeting with Committee and professionals to Committee to update issues. |
| 5/28/2015 | J. Borow | 1.30 | Discussed with party in interest regarding status of matter. |
| Subtotal | | 32.00 | |

**Capstone Advisory Group, LLC**  Page 7 of 13
**Invoice for the 5/1/2015-5/31/2015 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/6/2015 | J. Borow | 0.90 | Reviewed claims and adjustments and related impact on recovery models. |
| 5/12/2015 | J. Borow | 0.90 | Reviewed claims and adjustments and related impact on recovery models. |
| 5/12/2015 | A. Cowie | 1.10 | Continued to update recovery model. |
| 5/12/2015 | C. Kearns | 1.80 | Modeled potential recoveries based on U.S. court order. |
| 5/12/2015 | J. Hyland | 2.50 | Calculated recoveries by estate based upon the court's allocation ruling. |
| 5/12/2015 | A. Cowie | 2.80 | Updated recovery model. |
| 5/12/2015 | A. Cowie | 2.80 | Continued to update recovery model. |
| 5/12/2015 | A. Cowie | 2.90 | Continued to update recovery model. |
| 5/13/2015 | J. Hyland | 0.50 | Participated on call with counsel re: proceeds allocation recoveries. |
| 5/13/2015 | C. Kearns | 0.70 | Participated in call with counsel to review court decisions and related recoveries. |
| 5/13/2015 | J. Hyland | 0.70 | Participated in call with counsel re: recovery analysis based upon court ruling. |
| 5/13/2015 | J. Borow | 0.80 | Continued review and analysis of judges decision and related presentation to Committee. |
| 5/13/2015 | J. Hyland | 1.00 | Conducted call with M. Sandberg re: proceeds allocation recoveries. |
| 5/13/2015 | J. Hyland | 1.20 | Continued analyzing proceeds allocation recoveries based upon case decisions. |
| 5/13/2015 | A. Cowie | 1.30 | Continued to prepare recovery deck for Committee. |
| 5/13/2015 | J. Hyland | 1.60 | Prepared for call with counsel on recovery analysis. |
| 5/13/2015 | J. Borow | 2.10 | Continued review and analysis of judges decision and related recovery presentation to Committee. |
| 5/13/2015 | A. Cowie | 2.60 | Continued to prepare recovery deck for Committee. |
| 5/13/2015 | A. Cowie | 2.80 | Continued to prepare recovery deck for Committee. |
| 5/13/2015 | J. Borow | 2.80 | Continued review and analysis of judges decision and related presentation to Committee. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/13/2015 | J. Hyland | 2.80 | Continued analyzing proceeds allocation recoveries based upon case decisions. |
| 5/13/2015 | J. Borow | 2.90 | Reviewed and analyzed recoveries based upon judge's decision and related presentation to Committee. |
| 5/13/2015 | A. Cowie | 2.90 | Prepared recovery deck for Committee. |
| 5/13/2015 | C. Kearns | 2.90 | Prepared deck for Committee including model of potential recoveries. |
| 5/13/2015 | J. Hyland | 2.90 | Analyzed proceeds allocation recoveries based upon case decisions. |
| 5/14/2015 | J. Borow | 0.60 | Continued to review allocation decision and related recovery presentation to Committee. |
| 5/14/2015 | A. Cowie | 2.20 | Continued to prepare creditor recovery model. |
| 5/14/2015 | A. Cowie | 2.60 | Prepared creditor recovery model. |
| 5/14/2015 | J. Borow | 2.70 | Reviewed allocation decision and related recovery presentation to Committee. |
| 5/14/2015 | J. Hyland | 2.70 | Continued analyzing various proceeds allocation recovery scenarios. |
| 5/14/2015 | J. Hyland | 2.90 | Analyzed various proceeds allocation recovery scenarios. |
| 5/15/2015 | A. Cowie | 1.40 | Prepared summary of model creditor recoveries. |
| 5/15/2015 | J. Borow | 1.70 | Reviewed and analyzed recovery analyses and potential modifications. |
| 5/15/2015 | A. Cowie | 2.10 | Analyzed recovery models and reconciliation to Committee model. |
| 5/15/2015 | A. Cowie | 2.60 | Continued analysis of recovery models and reconciliation to Committee model. |
| 5/15/2015 | J. Hyland | 2.90 | Reviewed calculations associated with multiple proceeds allocation scenarios. |
| 5/15/2015 | A. Cowie | 2.90 | Analyzed recovery models and reconciliation to Committee model. |
| 5/18/2015 | J. Borow | 1.30 | Reviewed recovery scenarios and related assumptions. |
| 5/18/2015 | A. Cowie | 2.80 | Prepared creditor recovery models. |
| 5/19/2015 | J. Borow | 0.70 | Continued review recovery scenarios and related assumptions. |
| 5/19/2015 | J. Borow | 1.30 | Continued review issues relating to recovery to creditors and related scenarios analyses. |
| 5/19/2015 | A. Cowie | 1.80 | Continued to update recovery model. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/19/2015 | A. Cowie | 1.90 | Prepared creditor recovery report for the Committee. |
| 5/19/2015 | J. Hyland | 2.80 | Analyzed claims recoveries based upon various scenarios. |
| 5/19/2015 | A. Cowie | 2.90 | Updated recovery model. |
| 5/20/2015 | J. Borow | 0.80 | Reviewed various recovery scenario concepts to discuss with Committee. |
| 5/20/2015 | J. Borow | 2.40 | Continued to review issues relating to recovery to creditors and related scenarios analyses. |
| 5/20/2015 | J. Hyland | 2.70 | Continued analyzing recovery calculations on proceeds allocation. |
| 5/20/2015 | A. Cowie | 2.80 | Updated recovery presentation for the Committee. |
| 5/20/2015 | J. Borow | 2.80 | Reviewed issues relating to recovery to creditors and related scenarios analyses. |
| 5/20/2015 | J. Hyland | 2.90 | Analyzed recovery calculations on proceeds allocation. |
| 5/21/2015 | C. Kearns | 0.20 | Finalized recovery scenario deck for Committee, prepared at request of counsel. |
| 5/21/2015 | J. Borow | 2.90 | Reviewed issues relating to recovery to creditors and related scenarios analyses. |
| 5/22/2015 | A. Cowie | 1.10 | Continued to analyze creditor recovery calculations prepared by the Debtor. |
| 5/22/2015 | A. Cowie | 2.80 | Analyzed creditor recovery calculations prepared by the Debtor. |
| 5/24/2015 | A. Cowie | 2.20 | Prepared recovery analysis for asset allocation reply. |
| 5/24/2015 | J. Hyland | 2.70 | Analyzed proceeds allocation recovery calculations and matters. |
| 5/26/2015 | C. Kearns | 0.40 | Prepared recovery sensitivities requested by counsel for different claim and allocation assumptions. |
| 5/26/2015 | A. Cowie | 2.20 | Prepared updated recovery modeling for the Committee. |
| 5/27/2015 | C. Kearns | 0.80 | Reviewed various recovery scenarios based on assumptions requested by counsel. |
| 5/27/2015 | J. Borow | 0.80 | Reviewed potential recovery scenarios pertaining to claims adjustments. |
| 5/28/2015 | J. Borow | 0.70 | Reviewed potential recovery scenarios pertaining to claims adjustments. |
| 5/28/2015 | J. Borow | 1.40 | Reviewed allocation concepts and various creditor recovery possibilities. |
| 5/28/2015 | J. Hyland | 2.60 | Analyzed proceeds allocation recovery results. |
| Subtotal | | 126.20 | |

**Capstone Advisory Group, LLC**  **Page 10 of 13**
**Invoice for the 5/1/2015-5/31/2015 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 5/1/2015 | C. Kearns | 0.30 | Reviewed summary of Debtor's update to claims analysis. |
| 5/1/2015 | J. Borow | 1.10 | Reviewed information re: various analyses by Debtor re: claims analyses. |
| 5/1/2015 | J. Hyland | 2.10 | Analyzed Canadian claims balances. |
| 5/1/2015 | J. Hyland | 2.90 | Reviewed U.S. claims schedule. |
| 5/4/2015 | C. Kearns | 0.20 | Emailed with counsel re: claims analysis and status of PBGC claim disputed by Debtors. |
| 5/4/2015 | C. Kearns | 1.00 | Participated in portion of a call with Chilmark and Ray re: current status of claim base review. |
| 5/4/2015 | J. Borow | 1.20 | Continued review of information re: various analyses by Debtor re: claims analyses. |
| 5/4/2015 | J. Hyland | 1.30 | Participated on call with J. Ray (Avidity), M. Kennedy (Chilmark), and M. Cilia (RLKS) re: NNI claims update. |
| 5/4/2015 | J. Borow | 1.30 | Discussed with Debtor and Debtor's representatives re: review and analysis of various claims. |
| 5/4/2015 | J. Hyland | 2.80 | Analyzed U.S. claims and claims updates. |
| 5/5/2015 | J. Hyland | 0.20 | Conducted call with M. Fagen (counsel) re: NNCC claim. |
| 5/5/2015 | J. Hyland | 0.30 | Participated telephonically in status hearing re: NNCC claim. |
| 5/5/2015 | A. Cowie | 0.80 | Analyzed updated U.S. Estate claims figures. |
| 5/5/2015 | J. Borow | 1.10 | Conducted review of claims and recovery analyses. |
| 5/5/2015 | A. Cowie | 2.10 | Prepared draft claims report for counsel in regard to U.S. Estate claims. |
| 5/6/2015 | A. Cowie | 0.70 | Continued to prepare updated claims report for counsel. |
| 5/6/2015 | J. Hyland | 2.30 | Continued preparing analysis of U.S. claims. |
| 5/6/2015 | J. Hyland | 2.60 | Prepared analysis of U.S. claims. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/6/2015 | A. Cowie | 2.80 | Prepared draft claims report for counsel in regard to U.S. Estate revised claims. |
| 5/7/2015 | C. Kearns | 0.30 | Emailed with counsel re: claims review. |
| 5/8/2015 | C. Kearns | 0.30 | Emailed with counsel on claims related matters. |
| 5/8/2015 | J. Hyland | 1.40 | Reviewed CCAA claims included in the May 7, 2015 claims schedule. |
| 5/11/2015 | J. Hyland | 0.10 | Conducted call with M. Kennedy (Chilmark) re: U.S. claims. |
| 5/11/2015 | C. Kearns | 0.20 | Emailed with counsel on issues related to employee and pension claims. |
| 5/12/2015 | J. Borow | 0.30 | Reviewed claims information in anticipation of meeting with Debtor and professionals. |
| 5/12/2015 | A. Cowie | 0.90 | Participated in discussion with counsel and Cleary in regard to claims. |
| 5/12/2015 | J. Hyland | 0.90 | Participated in claims call with L. Schweitzer (Cleary), M. Cilia (RLKS), M. Kennedy (Chilmark), L. Lipner (Cleary), J. Ray (CRO), and counsel re: U.S. claims. |
| 5/12/2015 | C. Kearns | 0.90 | Participated in call with Cleary, counsel and Chilmark to review U.S. claims status. |
| 5/12/2015 | J. Borow | 0.90 | Analyzed claims recoveries for creditors. |
| 5/12/2015 | J. Hyland | 2.30 | Prepared for claims call with the U.S. Debtors. |
| 5/13/2015 | A. Cowie | 1.20 | Participated in call with M. Kennedy (Chilmark) in regard to claims. |
| 5/18/2015 | J. Hyland | 0.10 | Conducted call with M. Fagen (counsel) re: claims. |
| 5/18/2015 | C. Kearns | 0.20 | Emailed with counsel on claims related issues. |
| 5/18/2015 | J. Hyland | 2.60 | Analyzed claims questions from counsel. |
| Subtotal | | 39.70 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/11/2015 | J. Hyland | 2.40 | Analyzed cash positions for each estate. |
| 5/29/2015 | J. Hyland | 1.30 | Analyzed NNL cash forecast. |
| 5/29/2015 | J. Hyland | 2.70 | Analyzed cash positions in each estate. |
| Subtotal | | 6.40 | |

**Capstone Advisory Group, LLC**  Page 12 of 13
**Invoice for the 5/1/2015-5/31/2015 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **26. Tax Issues** | | | |
| 5/19/2015 | C. Kearns | 0.50 | Reviewed counsel memo on tax and other claims. |
| 5/19/2015 | J. Borow | 0.60 | Reviewed tax issues and emails from tax counsel. |
| 5/19/2015 | J. Hyland | 1.20 | Analyzed tax issues related to allocation decisions. |
| Subtotal | | 2.30 | |
| **33. Intellectual Property** | | | |
| 5/12/2015 | M. Dansky | 0.90 | Reviewed and analysis of IP elements of court decision. |
| Subtotal | | 0.90 | |
| **Total Hours** | | **338.20** | |