# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 6/25/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey M Schlerf | Fox Rothschild | Nortel Trade Claims Consortium |
| Steve Pohl | Brown Rudnick | " |
| Hunter Smith | Brown Rudnick | " |
| Jaime Chapman | YCST | Joint Administrators |
| John Dorsey | YCST | " |
| Derek Adler | Hughes Hubbard | " |
| Neil Oxford | " | " |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Peter Ruby | Goodmans | " |
| Ken Coleman | Allen & Overy | " |
| Brig Puttman | " | " |
| Laura Hall | " | " |
| Joe Booth-Berkow | " | " |
| Dan Guyder | " | " |
| MERLE C. MEYERS | MEYERS LAW GROUP | TDSII |

# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.  **COURTROOM LOCATION:** 3
**CASE NO.:** 09-10138 (KG)  **DATE:** 6/25/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stephen Miller | Morris James LLP | Law Debenture Trustee |
| Daniel Coventel | Patterson Belknap | " |
| Andrew Leblanc | Milbank Tweed Hadley & McCloy | Ad Hoc Group of Bondholders |
| Michael Riela | Vedder Price | The Bank of New York Mellon |
| Fred Hodara | Akin | Off. Comm. Unsec. Creds |
| David Botter | " | " |
| Robert Johnson | " | " |
| Chris Samis | Whiteford Taylor | |
| David Crischlow | KATTEN MUCHIN | Wilmington Trust, Joint Administrators |
| Kevin Pullen | HSF | |
| Derek Abbott | MNAT | US Debtors |
| Jeff Rosenthal | Cleary | " |
| Selinda A. Melnik | DLA PIPER | CCC |
| Timothy Hoeffner | " | " |
| Jason Gerstein | " | " |

# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 6/25/15

(3)

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Susan Seltzstein | Skadden, Arps | Stephen Taylor, Conflicts Administrator for NNSA |
| Robert A. Weber | | " |
| Darryl Stein | Cleary Gottlieb | U.S. Debtors |
| Andrew Ronning | Morris Nichols Arsht & Tunnell | " |
| Peter Keane | Patterlo Stroy Ziehl & Jones | Ad Hoc Group of Bondholders |
| Justin Alberto | Bayard | UK Pension Claimants |
| Brian O'Connor | Willkie Farr | " |
| Sameer Advani | " | " |
| Weston Eguchi | " | " |
| Nicholas Chiuchiolo | " | |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 06/25/2015
Calendar Time: 09:00 AM ET

Amended Calendar 06/25/2015 06:33 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002321 | Baffour Abedi | (646) 699-3751 | River Birch Capital, LLC | Interested Party, Baffour Abedi / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7001272 | Marc Abrams | 212-728-8000 | Willkie Farr & Gallagher LLP | Claimant, UK Pension Claimants / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6992080 | Manas Babbili | (212) 538-5918 | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005918 | Chetan Bansal | (203) 708-5992 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005683 | Craig Barbarosh | (714) 966-6822 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7004340 | Eric Bilmes | (212) 588-5115 | HBK Capital Management | Interested Party, HBK Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005708 | Lauren Bilzin | (212) 672-2252 | Serengeti Asset Management | Non-Party, Lauren Bilzin / LISTEN ONLY |

| Case | Type | Party | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7002208 | Alan Bloom | (302) 571-6710 | Herbert Smith | Administrator(s), The Joint Administrators / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & Foreign Represent | 7001196 | Josh W. Brant | (212) 723-1584 | CitiGroup | Interested Party, Citigroup Global Markets Inc. / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 6999746 | Philip Brendel | (609) 279-5671 | Bloomberg LP | Interested Party, Philip Brendel / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 6961584 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7005569 | John Bringardner | (646) 378-3143 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7004368 | Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Trustee, UK Pension Plan / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7001570 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Sercurities International / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7001156 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7001256 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & Foreign Represent | 7002851 | Charlene Davis | 302-429-4212 | Bayard P.A. | Interested Party, UK Pension Trust Fund / LISTEN ONLY |

| Name | Case | Type | ID | Person | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6959225 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, Davidson Kempner / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6996577 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Creditor, UK Pension Trust LTD / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002190 | Matthew Ehmer | (203) 542-4219 ext. 00 | Silver Point Capital | Third Party, Silver Point Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6997094 | Matthew C. Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7004524 | Greta A. Fails | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Representing, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7004613 | Patrick Fleming | 860-503-1204 | Newfleet Asset Management, LLC | Interested Party, Newfleet Asset Management, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002197 | Simon Freemantle - Client | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LL | Administrator(s), The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6996933 | Andrew G. Friedman | (212) 303-9444 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005369 | James Gadsden | (212) 238-8659 | Carter, Ledyard & Milburn, LLP | Creditor, Carter Ledyard / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6998710 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7004369 | Ashutosh Habbu | (212) 412-1316 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002130 | Stephen Harris | (302) 571-6710 | Ernst & Young | Administrator(s), The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005790 | Jeffery D. Hermann | (213) 629-2020 | Orrick, Herrington & Sutcliffe LLP | Interested Party, Orrick, Herrington & Sutcliffe LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005383 | Arthur Jacques | (416) 214-5213 | Shibley Righton, LLC. | Creditor, Nortel Continuing Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002178 | David Jiang | (203) 542-4000 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7004239 | Sarah S. Johnson | (212) 478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7006695 | David Klyman | 201-896-6100 | Hain Capital Group, LLC | Interested Party, Hain Capital Group, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002526 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6965137 | Steven C. Krause | 212-688-2550 | Owl Creek Asset Management LP | Creditor, Owl Creek / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., as Monitor & Foreign Represent | 09-10138 | Hearing | 7007094 | Stephen Lam | (646) 863-7157 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002118 | Hannah Langley | (302) 571-6710 | Herbert Smith | Administrator(s), The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7003673 | Michael G. Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002097 | Phillip Lis | (302) 571-6710 | Herbert Smith | Administrator(s), The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005387 | Chris Mallon | (212) 735-3000 | Skadden Arps Slate Meagher & Flom | Interested Party, Stephen Taylor, Conflicts Administrator for Nortel Networks SA / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6967446 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002141 | Dan Mindel | (724) 321-2961 | Ernst & Young, LLP | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005385 | Mark Nixdorf | (212) 610-6300 | Allen & Overy, LLP | Creditor, Ernst & Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6971322 | Isaac Pachulski | (310) 277-6910 | Pachulski Stang Ziehl & Jones | Interested Party, Pachulski Stang Ziehl & Jones / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002182 | David Quane - Client | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LL | Client, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002203 | Toni P. Rinnevaara | (203) 542-4000 | Silver Point Capital | Third Party, Silverpoint Capital / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7003068 | Ross Rosenfelt | (212) 719-7334 | Och-Ziff Capital Management Group | Interested Party, Och-Ziff Capital Management Group / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002158 | Steve Sanderson | (302) 571-6712 | Ernst & Young | Administrator(s), The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7003659 | Javier Schiffrin | (212) 231-2372 | Macquarie Capital (USA), Inc. | Creditor, Macquarie Capital (USA), Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6998477 | Lisa M. Schweizer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7002174 | Sandy Shandro | (302) 571-6710 | Herbert Smith | Administrator(s), The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7001474 | Adam M. Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7004234 | Mitchell Sockett | (434) 284-4404 | King Street Capital Management, LLC | Creditor, King Street Capital Management, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7001580 | Andrew Sorkin | 202-601-2298 | The Capitol Forum | Interested Party, Andrew Sorkin / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6975432 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Third Party, CRT Capital Group, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7003359 | Robert J. Tannor | (914) 509-5000 | Tannor Partners Credit Fund, LP | Creditor, Nortel Network / LISTEN ONLY |

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7005401 | Stephen Taylor | (302) 651-3273 | Nortel Networks SA | Interested Party, Stephen Taylor, Conflicts Administrator for Nortel Networks SA / LIVE |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7003635 | James Tecce | (212) 849-7000 | Quinn Emanuel Urquhart & Sullivan, LI | Interested Party, Solus Alternative Asset Managment LP / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7000078 | Sandeep Tickoo | (212) 250-6785 | Deutsche Bank Securites, Inc. | Interested Party, Deutsche Bank Securites, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7007052 | Barry Wadsworth | 416-495-6564 | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6993307 | Wei Wang | (617) 488-1647 | Regiment Capital Advisors | Creditor, Regiment Capital Advisors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & Foreign Represent | 09-10138 | Hearing | 7002385 | Andrew Watson | (212) 588-9234 | Andrew Watson - In Pro Per/Pro Se | Creditor, Benefit Street Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7004236 | Jennifer Wild | (212) 257-5124 | Candlewood Investment Group | Interested Party, Candlewood Investment Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6998728 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Michael J. Wunder / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7004465 | George Zimmerman | (212) 735-3000 | Skadden Arps Slate Meagher & Flom | Representing, Stephen Taylor, Conflicts Administrator for Nortel Networks SA / LISTEN ONLY |