IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. |  |
| ------------------------------------------------------X |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 30, 2015 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007-1 (No Liability Claims, Wrong Debtor Claims, and Equity Claims) (D.I. 15654, Filed 5/29/15).

   Objection Deadline: June 19, 2015 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Certificate of No Objection Regarding Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007-1 (No Liability Claims, Wrong Debtor Claims, and Equity Claims) (D.I. 15790, Filed 6/23/15); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b)     Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

**CONTESTED MATTER GOING FORWARD**

2.  Debtors' Thirty-Eighth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims and Redundant Claims) (D.I. 15655, Filed 5/29/15).

    Objection Deadline:  June 19, 2015 at 4:00 p.m. (ET).

    Responses Received:

    (a)  Response to the Debtors' Thirty-Eighth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims and Redundant Claims) Filed by Peter S. Budihardjo (D.I. 15736, Filed 6/11/15);

    (b)  Amended Response to the Debtors' Thirty-Eighth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims and Redundant Claims) Filed by Peter S. Budihardjo (D.I. 15773, Filed 6/18/15); and

    (c)  Pension Benefit Guaranty Corporation's Joinder in Debtors' Thirty-Eighth Omnibus Objection (Substantive) to, *Inter Alia*, Claims in Exhibit A That are No-Basis Pension Claims (Dkt. No. 15655) (D.I. 15776, Filed 6/19/15).

    Related Pleading:

    (a)  Debtors' Reply to Response to Thirty-Eight Omnibus Objection (Substantive) to Certain Claims (D.I. 15802, Filed 6/25/15).

    Status: The hearing on this matter will go forward.

Dated: June 26, 2015          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                James L. Bromley (admitted *pro hac vice*)
                              Lisa M. Schweitzer (admitted *pro hac vice*)
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone:  (212) 225-2000
                              Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

9240877.3