**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ----------------------------------------------------------X | Chapter 11 |
| : | |
| *In re* : | Case No. 09-10138 (KG) |
| : | |
| Nortel Networks Inc., *et al.*,[1] : | (Jointly Administered ) |
| : | |
| Debtors. : | **Re: D.I. 15806** |
| : | |
| ----------------------------------------------------------X | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 26, 2015, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on June 30, 2015 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified below and on the attached service lists.

**Via Fax**

Israel Goldowitz
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Facsimile: (202) 326-4112

**Via Overnight Mail**

Peter S. Budihardjo
103 Lochfield Drive
Cary, NC 27518

Dated: June 26, 2015       CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE              James L. Bromley (admitted *pro hac vice*)
                            Lisa M. Schweitzer (admitted *pro hac vice*)
                            One Liberty Plaza
                            New York, New York 10006
                            Telephone:  (212) 225-2000
                            Facsimile:  (212) 225-3999

                            - and -

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8645027.14