# Notice Recipients

District/Off: 0311−1         User: GingerM              Date Created: 6/30/2015
Case: 09−10138−KG            Form ID: ntcBK             Total: 62

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | Christopher M. Samis | csamis@wtplaw.com |
| aty | David H Herrington | dherrington@cgsh.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | James L. Bromley | jbromley@cgsh.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Kathleen A. Murphy | kathleen.murphy@bipc.com |
| aty | Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Mary Caloway | mary.caloway@bipc.com |
| aty | Mona A. Parikh | mona.parikh@bipc.com |
| aty | Nancy G. Everett | neverett@winston.com |
| aty | Peter James Duhig | peter.duhig@bipc.com |
| aty | Raymond Howard Lemisch | rlemisch@klehr.com |
| aty | Sarah R Stafford | sstafford@beneschlaw.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Tamara K. Minott | tminott@mnat.com |

                                                                                        TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Nortel Networks Inc., et al.   2221 Lakeside Boulevard   Richardson, TX 75082 | | |
| frep | Allen & Overy LLP,   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | Adam M. Slavens   79 Wellington Street West   30th Floor   Box 270, TD Centre   Toronto   ON, M5K 1N2 CANADA | | |
| aty | Alexandra S. McCown   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Andrew Gray   79 Wellington Street West   30th Floor   Box 270, TD Centre   Toronto   ON, M5K 1N2 CANADA | | |
| aty | Ann Nee   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Avram E. Luft   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Benjamin Beller   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Bradley S. Pensyl   Allen & Overy LLP   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | Brent M. Tunis   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Claire N. Rajan   Allen & Overy LLP   1101 New York Avenue, NW   11th Floor   Washington, DC 20005 | | |
| aty | Daniel D. Queen   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Danni Byam   Clearly Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Darryl G. Stein   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Elizabeth C. Block   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Inna Rozenberg   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | J. Anne Marie Beisler   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Jacob S. Pultman   Allen & Overy LLP   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | James Gotowiec   79 Wellington Street West   30th Floor   Box 270, TD Centre   Toronto   ON, M5K 1N2 CANADA | | |
| aty | James P. Barabas   Allen & Overy LLP   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | Jane VanLare   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Joseph Badtke−Berkow   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | Ken Coleman   Allen & Overy LLP   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | Lisa Kraidin   Allen & Overy LLP   1221 Avenue of The Americas   New York, NY 10020 | | |
| aty | Louis A. Lipner   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Margot Gianis   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Mark D. Plevin   Crowell & Moring LLP   1001 Pennsylvania Avenue, N.W.   Washington, DC 20004−2595 | | |
| aty | Mark S Supko   Crowell & Moring LLP   1001 Pennsylvania Avenue N.W.   Washington, DC 20004 | | |
| aty | Mark S. Grube   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Marla Decker   Clery Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Matthew Gurgel   Cleary Gottlieb Steen & Hamilton LLP   1 Liberty Plaza   New York, NY 10006 | | |
| aty | Michelle Parthum   Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Molly Reynolds   79 Wellington Street West   30th Floor   Box 270, TD Centre   Toronto   ON, M5K 1N2 CANADA | | |

| | | | | | |
|---|---|---|---|---|---|
| aty | Neil P Forrest | Cleary Gottlieb Steen & Hamiton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Nora K Abularach | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Rene E. Thorne | Jackson Lewis LLP | 650 Poydras Street | Suite 1900 | New Orleans, LA 70130 |
| aty | Scott A. Bomhof | Torys LLP | 79 Wellington Street West | 30th Floor | Box 270, TD Centre   Toronto, ON M5K 1N2 |
| aty | Sheila R. Block | 79 Wellington Street West | 30th Floor | Box 270 TD Centre | Toronta ON, M5K 1N2 CANADA |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht & Tunnell LLP | 1201 North Market Street   Wilmington, DE 19801 | | |

TOTAL: 39