**Exhibit B**

**EXPENSE SUMMARY**[1]

Nortel Networks Inc., *et al.*

(Case No. 09-10138 (KG))

May 1, 2015 through May 31, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $131.52 |
| Travel – Transportation | | 320.00 |
| Mailing & Shipping Charges | | 238.25 |
| Duplicating Charges (at $0.10/page) | | 2,373.30 |
| Color Duplicating Charges (at $0.65/page) | | 59.15 |
| Legal Research | Lexis | 309.21 |
| | Westlaw | 6,857.79 |
| | Pacer | 2,159.90 |
| Late Work – Meals | | 599.38 |
| Late Work – Transportation | | 891.48 |
| Other Charges | | 45.70 |
| Expert Expenses | | 34,821.00 |
| **Grand Total Expenses** | | **$48,806.68** |

---

[1] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
**May 1, 2015 through May 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|------|--------|-----------|
| **Telephone** | | |
| | | |
| 2/18/2015 | 3.60 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 2/18/2015 | 4.57 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 2/19/2015 | 2.25 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 2/24/2015 | 4.78 | Conference Call Charges Conf. ID :    Name: David H. Herrington |
| 2/27/2015 | 1.66 | Conference Call Charges Conf. ID :    Name: Matthew Gurgel |
| 3/2/2015 | 3.32 | Conference Call Charges Conf. ID :    Name: Inna Rozenberg |
| 3/2/2015 | 7.29 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 3/4/2015 | 3.63 | Conference Call Charges Conf. ID :    Name: Alexandra McCown |
| 3/4/2015 | 4.25 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 3/5/2015 | 1.68 | Conference Call Charges Conf. ID :    Name: Philip Cantwell |
| 3/11/2015 | 4.18 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 3/11/2015 | 3.43 | Conference Call Charges Conf. ID :    Name: Inna Rozenberg |
| 3/11/2015 | 1.90 | Conference Call Charges Conf. ID :    Name: Louis Lipner |
| 3/12/2015 | 7.59 | Conference Call Charges Conf. ID :    Name: Elizabeth Block |
| 3/12/2015 | 2.97 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 3/13/2015 | 9.59 | Conference Call Charges Conf. ID :    Name: Alexandra McCown |
| 3/16/2015 | 11.20 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 3/16/2015 | 2.63 | Conference Call Charges Conf. ID :    Name: Louis Lipner |
| 3/17/2015 | 3.57 | Conference Call Charges Conf. ID :    Name: Anna Kogan |
| 3/18/2015 | 1.31 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 3/18/2015 | 1.12 | Conference Call Charges Conf. ID :    Name: Matthew Gurgel |
| 3/18/2015 | 2.29 | Conference Call Charges Conf. ID :    Name: Matthew Gurgel |
| 3/19/2015 | 2.23 | Conference Call Charges Conf. ID :    Name: Matthew Gurgel |
| 3/20/2015 | 2.20 | Conference Call Charges Conf. ID :    Name: Matthew Gurgel |
| 3/25/2015 | 4.37 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 3/26/2015 | 4.31 | Conference Call Charges Conf. ID :    Name: Alexandra McCown |
| 3/30/2015 | 0.68 | Conference Call Charges Conf. ID :    Name: Philip Cantwell |
| 4/6/2015 | 13.22 | Conference Call Charges Conf. ID :    Name: Elizabeth Block |
| 4/7/2015 | 1.96 | Conference Call Charges Conf. ID :    Name: Rebecca Reeb |
| 4/8/2015 | 8.49 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 4/9/2015 | 3.83 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 4/10/2015 | 1.42 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| **TOTAL:** | **131.52** | |
| | | |

**EXPENSE SUMMARY**
**May 1, 2015 through May 31, 2015**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| **Travel - Transportation**[1] | | |
| | | |
| 4/30/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (booking fee) |
| 4/30/2015 | 265.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (roundtrip train ticket) |
| 5/5/2015 | 10.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride within Delaware) |
| **TOTAL:** | **320.00** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 3/11/2015 | 61.46 | SHIPPING CHARGES Inv#: 296948572  Track#: 805537025454 |
| 3/12/2015 | 19.37 | SHIPPING CHARGES Inv#: 296948572  Track#: 621938990142 |
| 3/17/2015 | 31.49 | SHIPPING CHARGES Inv#: 645818810  Track#: 621938991506 |
| 3/24/2015 | 49.48 | SHIPPING CHARGES Inv#: 646360805  Track#: 621938993910 |
| 4/2/2015 | 28.42 | SHIPPING CHARGES Inv#: 646619044  Track#: 621938998522 |
| 4/22/2015 | 25.93 | SHIPPING CHARGES Inv#: 647150927  Track#: 621939005516 |
| 5/8/2015 | 10.14 | SHIPPING CHARGES Inv#: 503139726  Track#: 621939012312 |
| 5/8/2015 | 10.14 | SHIPPING CHARGES Inv#: 503139726  Track#: 621939012323 |
| 5/20/2015 | 1.82 | N.Y. POSTAGE |
| **TOTAL:** | **238.25** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 4/28/2015 | 6.00 | NY DUPLICATING |
| 4/28/2015 | 14.10 | NY DUPLICATING |
| 5/4/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/4/2015 | 1.60 | NY DUPLICATING XEROX |
| 5/4/2015 | 1.70 | NY DUPLICATING XEROX |
| 5/4/2015 | 2.00 | NY DUPLICATING XEROX |
| 5/4/2015 | 2.00 | NY DUPLICATING XEROX |
| 5/5/2015 | 15.60 | NY DUPLICATING |
| 5/6/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/6/2015 | 4.00 | NY DUPLICATING XEROX |
| 5/6/2015 | 5.50 | NY DUPLICATING XEROX |
| 5/6/2015 | 9.00 | NY DUPLICATING XEROX |
| 5/6/2015 | 13.50 | NY DUPLICATING XEROX |
| 5/8/2015 | 0.30 | NY DUPLICATING |
| 5/8/2015 | 0.30 | NY DUPLICATING |
| 5/8/2015 | 0.80 | NY DUPLICATING |
| 5/8/2015 | 8.00 | NY DUPLICATING |
| 5/11/2015 | 974.30 | NY DUPLICATING |

**EXPENSE SUMMARY**
**May 1, 2015 through May 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.30 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.30 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.50 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.60 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.80 | NY DUPLICATING XEROX |
| 5/11/2015 | 0.80 | NY DUPLICATING XEROX |
| 5/11/2015 | 1.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 1.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 1.10 | NY DUPLICATING XEROX |
| 5/11/2015 | 1.30 | NY DUPLICATING XEROX |
| 5/11/2015 | 1.80 | NY DUPLICATING XEROX |
| 5/11/2015 | 1.80 | NY DUPLICATING XEROX |
| 5/11/2015 | 1.80 | NY DUPLICATING XEROX |
| 5/11/2015 | 2.20 | NY DUPLICATING XEROX |
| 5/11/2015 | 2.20 | NY DUPLICATING XEROX |
| 5/11/2015 | 2.70 | NY DUPLICATING XEROX |
| 5/11/2015 | 2.70 | NY DUPLICATING XEROX |
| 5/11/2015 | 2.80 | NY DUPLICATING XEROX |
| 5/11/2015 | 2.80 | NY DUPLICATING XEROX |
| 5/11/2015 | 3.00 | NY DUPLICATING XEROX |
| 5/11/2015 | 3.90 | NY DUPLICATING XEROX |
| 5/11/2015 | 15.00 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.40 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/12/2015 | 0.50 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.60 | NY DUPLICATING XEROX |
| 5/12/2015 | 0.70 | NY DUPLICATING XEROX |
| 5/12/2015 | 1.00 | NY DUPLICATING XEROX |
| 5/12/2015 | 1.10 | NY DUPLICATING XEROX |
| 5/12/2015 | 1.40 | NY DUPLICATING XEROX |
| 5/12/2015 | 3.00 | NY DUPLICATING XEROX |
| 5/12/2015 | 13.30 | NY DUPLICATING XEROX |
| 5/12/2015 | 13.80 | NY DUPLICATING XEROX |
| 5/12/2015 | 174.00 | NY DUPLICATING XEROX |
| 5/12/2015 | 195.00 | NY DUPLICATING XEROX |
| 5/14/2015 | 41.60 | NY DUPLICATING |
| 5/14/2015 | 0.70 | NY DUPLICATING XEROX |
| 5/14/2015 | 0.70 | NY DUPLICATING XEROX |
| 5/14/2015 | 1.40 | NY DUPLICATING XEROX |
| 5/14/2015 | 1.40 | NY DUPLICATING XEROX |
| 5/14/2015 | 1.40 | NY DUPLICATING XEROX |
| 5/14/2015 | 1.40 | NY DUPLICATING XEROX |
| 5/14/2015 | 2.80 | NY DUPLICATING XEROX |
| 5/14/2015 | 14.70 | NY DUPLICATING XEROX |
| 5/14/2015 | 15.40 | NY DUPLICATING XEROX |
| 5/14/2015 | 16.80 | NY DUPLICATING XEROX |
| 5/14/2015 | 18.20 | NY DUPLICATING XEROX |
| 5/14/2015 | 18.20 | NY DUPLICATING XEROX |
| 5/14/2015 | 18.90 | NY DUPLICATING XEROX |
| 5/14/2015 | 18.90 | NY DUPLICATING XEROX |
| 5/14/2015 | 18.90 | NY DUPLICATING XEROX |
| 5/14/2015 | 44.10 | NY DUPLICATING XEROX |
| 5/14/2015 | 63.00 | NY DUPLICATING XEROX |
| 5/14/2015 | 74.90 | NY DUPLICATING XEROX |
| 5/14/2015 | 120.40 | NY DUPLICATING XEROX |
| 5/14/2015 | 138.60 | NY DUPLICATING XEROX |
| 5/15/2015 | 1.20 | NY DUPLICATING XEROX |
| 5/15/2015 | 2.60 | NY DUPLICATING XEROX |
| 5/18/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/18/2015 | 0.40 | NY DUPLICATING XEROX |
| 5/18/2015 | 0.50 | NY DUPLICATING XEROX |
| 5/18/2015 | 0.50 | NY DUPLICATING XEROX |
| 5/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 5/18/2015 | 0.60 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**May 1, 2015 through May 31, 2015**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
| --- | --- | --- |
| 5/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 5/18/2015 | 1.00 | NY DUPLICATING XEROX |
| 5/18/2015 | 1.00 | NY DUPLICATING XEROX |
| 5/18/2015 | 1.00 | NY DUPLICATING XEROX |
| 5/18/2015 | 1.10 | NY DUPLICATING XEROX |
| 5/18/2015 | 1.10 | NY DUPLICATING XEROX |
| 5/18/2015 | 1.60 | NY DUPLICATING XEROX |
| 5/18/2015 | 1.80 | NY DUPLICATING XEROX |
| 5/18/2015 | 1.90 | NY DUPLICATING XEROX |
| 5/18/2015 | 2.00 | NY DUPLICATING XEROX |
| 5/18/2015 | 2.20 | NY DUPLICATING XEROX |
| 5/18/2015 | 2.50 | NY DUPLICATING XEROX |
| 5/18/2015 | 2.70 | NY DUPLICATING XEROX |
| 5/18/2015 | 3.00 | NY DUPLICATING XEROX |
| 5/18/2015 | 3.00 | NY DUPLICATING XEROX |
| 5/18/2015 | 3.50 | NY DUPLICATING XEROX |
| 5/18/2015 | 3.50 | NY DUPLICATING XEROX |
| 5/18/2015 | 4.50 | NY DUPLICATING XEROX |
| 5/18/2015 | 4.50 | NY DUPLICATING XEROX |
| 5/20/2015 | 1.00 | NY DUPLICATING |
| 5/20/2015 | 1.00 | NY DUPLICATING |
| 5/21/2015 | 8.20 | NY DUPLICATING |
| 5/21/2015 | 1.20 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.10 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.30 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**May 1, 2015 through May 31, 2015**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|---|---|---|
| 5/22/2015 | 0.40 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.70 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.80 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.80 | NY DUPLICATING XEROX |
| 5/22/2015 | 0.90 | NY DUPLICATING XEROX |
| 5/22/2015 | 1.00 | NY DUPLICATING XEROX |
| 5/22/2015 | 1.40 | NY DUPLICATING XEROX |
| 5/22/2015 | 2.20 | NY DUPLICATING XEROX |
| 5/22/2015 | 17.80 | NY DUPLICATING XEROX |
| 5/26/2015 | 2.90 | NY DUPLICATING |
| 5/26/2015 | 0.30 | NY DUPLICATING XEROX |
| 5/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 5/26/2015 | 3.70 | NY DUPLICATING XEROX |
| 5/26/2015 | 3.70 | NY DUPLICATING XEROX |
| 5/26/2015 | 3.90 | NY DUPLICATING XEROX |
| 5/26/2015 | 4.00 | NY DUPLICATING XEROX |
| 5/26/2015 | 6.40 | NY DUPLICATING XEROX |
| 5/26/2015 | 7.20 | NY DUPLICATING XEROX |
| 5/26/2015 | 10.80 | NY DUPLICATING XEROX |
| 5/26/2015 | 12.80 | NY DUPLICATING XEROX |
| 5/26/2015 | 17.00 | NY DUPLICATING XEROX |
| 5/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2015 | 1.30 | NY DUPLICATING XEROX |
| 5/27/2015 | 7.60 | NY DUPLICATING XEROX |
| 5/27/2015 | 52.60 | NY DUPLICATING XEROX |
| 5/28/2015 | 0.20 | NY DUPLICATING |
| **TOTAL:** | **2,373.30** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 5/4/2015 | 0.65 | LONDON COLOR LASERTRAK PRINTING |
| 5/21/2015 | 28.60 | NY COLOR PRINTING |
| 5/21/2015 | 29.90 | NY COLOR PRINTING |
| **TOTAL:** | **59.15** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 4/16/2015 | 135.01 | COMPUTER RESEARCH - LEXIS |
| 4/22/2015 | 87.10 | COMPUTER RESEARCH - LEXIS |
| 4/28/2015 | 87.10 | COMPUTER RESEARCH - LEXIS |

**EXPENSE SUMMARY**
**May 1, 2015 through May 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| **TOTAL:** | **309.21** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 4/5/2015 | 258.69 | COMPUTER RESEARCH - WESTLAW |
| 4/6/2015 | 210.77 | COMPUTER RESEARCH - WESTLAW |
| 4/6/2015 | 376.71 | COMPUTER RESEARCH - WESTLAW |
| 4/7/2015 | 6.21 | COMPUTER RESEARCH - WESTLAW |
| 4/7/2015 | 53.57 | COMPUTER RESEARCH - WESTLAW |
| 4/8/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 4/8/2015 | 856.63 | COMPUTER RESEARCH - WESTLAW |
| 4/9/2015 | 31.36 | COMPUTER RESEARCH - WESTLAW |
| 4/9/2015 | 60.35 | COMPUTER RESEARCH - WESTLAW |
| 4/12/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 4/12/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 4/12/2015 | 395.87 | COMPUTER RESEARCH - WESTLAW |
| 4/13/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 4/13/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 4/13/2015 | 226.24 | COMPUTER RESEARCH - WESTLAW |
| 4/13/2015 | 682.86 | COMPUTER RESEARCH - WESTLAW |
| 4/14/2015 | 344.92 | COMPUTER RESEARCH - WESTLAW |
| 4/14/2015 | 344.92 | COMPUTER RESEARCH - WESTLAW |
| 4/21/2015 | 88.15 | COMPUTER RESEARCH - WESTLAW |
| 4/22/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 4/22/2015 | 204.65 | COMPUTER RESEARCH - WESTLAW |
| 4/23/2015 | 448.13 | COMPUTER RESEARCH - WESTLAW |
| 4/27/2015 | 105.24 | COMPUTER RESEARCH - WESTLAW |
| 4/28/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 4/28/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 4/28/2015 | 228.20 | COMPUTER RESEARCH - WESTLAW |
| 4/28/2015 | 301.80 | COMPUTER RESEARCH - WESTLAW |
| 4/30/2015 | 52.26 | COMPUTER RESEARCH - WESTLAW |
| 5/1/2015 | 318.79 | COMPUTER RESEARCH - WESTLAW |
| 5/2/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 5/4/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 5/5/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 5/6/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 5/6/2015 | 269.86 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **6,857.79** | |
| | | |

**EXPENSE SUMMARY**
**May 1, 2015 through May 31, 2015**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| **Legal Research - PACER** | | |
| | | |
| 5/6/2015 | 1.40 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 4.00 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 40.00 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 40.80 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 57.20 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 59.90 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 73.70 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 121.30 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 338.20 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 487.70 | COMPUTER RESEARCH - PACER |
| 5/6/2015 | 935.70 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **2,159.90** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 4/13/2015 | 30.56 | Late Work Meals - VanLare |
| 4/14/2015 | 40.24 | Late Work Meals - Cantwell |
| 4/14/2015 | 7.35 | Late Work Meals - Gurgel |
| 4/16/2015 | 33.14 | Late Work Meals - Cantwell |
| 4/20/2015 | 28.12 | Late Work Meals - Eckenrod |
| 4/21/2015 | 7.50 | Late Work Meals - McKay |
| 4/21/2015 | 39.25 | Late Work Meals - VanLare |
| 4/23/2015 | 18.17 | Late Work Meals - Ferguson |
| 4/28/2015 | 36.50 | Late Work Meals - Cantwell |
| 4/28/2015 | 29.81 | Late Work Meals - Gurgel |
| 4/28/2015 | 16.31 | Late Work Meals - Schweitzer |
| 4/29/2015 | 27.59 | Late Work Meals - Cantwell |
| 4/29/2015 | 24.01 | Late Work Meals - Gurgel |
| 4/29/2015 | 16.66 | Late Work Meals - Schweitzer |
| 4/30/2015 | 30.40 | Late Work Meals - Cantwell |
| 4/30/2015 | 18.97 | Late Work Meals - Ferguson |
| 5/4/2015 | 13.38 | Late Work Meals - Graham |
| 5/5/2015 | 26.20 | Late Work Meals - Gianis |
| 5/7/2015 | 29.72 | Late Work Meals - Gianis |
| 5/7/2015 | 14.19 | Late Work Meals - Graham |
| 5/11/2015 | 13.38 | Late Work Meals - Graham |
| 5/13/2015 | 26.58 | Late Work Meals - Gianis |
| 5/14/2015 | 29.81 | Late Work Meals - Gurgel |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/15/2015 | 25.11 | Late Work Meals - Gianis |
| 5/16/2015 | 16.43 | Late Work Meals - Gianis |
| **TOTAL:** | **599.38** | |
| | | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 4/7/2015 | 36.42 | Late Work Transportation - Gianis |
| 4/8/2015 | 34.97 | Late Work Transportation - Graham |
| 4/8/2015 | 89.97 | Late Work Transportation - Schweitzer |
| 4/9/2015 | 92.02 | Late Work Transportation - Schweitzer |
| 4/13/2015 | 60.41 | Late Work Transportation - Byam |
| 4/13/2015 | 28.62 | Late Work Transportation - Gianis |
| 4/13/2015 | 11.30 | Late Work Transportation - Gurgel |
| 4/14/2015 | 40.65 | Late Work Transportation - Cantwell |
| 4/16/2015 | 32.86 | Late Work Transportation - Cantwell |
| 4/19/2015 | 104.32 | Late Work Transportation - Schweitzer |
| 4/21/2015 | 119.84 | Late Work Transportation - VanLare |
| 4/23/2015 | 44.89 | Late Work Transportation - Ferguson |
| 4/28/2015 | 48.72 | Late Work Transportation - Byam |
| 4/29/2015 | 32.86 | Late Work Transportation - Cantwell |
| 4/30/2015 | 32.86 | Late Work Transportation - Cantwell |
| 5/1/2015 | 25.72 | Late Work Transportation - Cantwell |
| 5/11/2015 | 7.54 | Late Work Transportation - McCown |
| 5/15/2015 | 31.55 | Late Work Transportation - Graham |
| 5/16/2015 | 15.96 | Late Work Transportation - Gianis |
| **TOTAL:** | **891.48** | |
| | | |
| **Other** | | |
| | | |
| 5/14/2015 | 14.97 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 5/21/2015 | 30.73 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| **TOTAL:** | **45.70** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 6/17/2015 | 7,563.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |

**EXPENSE SUMMARY**
**May 1, 2015 through May 31, 2015**

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/17/2015 | 27,258.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **34,821.00** | |
| | | |
| | | |
| **GRAND TOTAL:** | **48,806.68** | |
| | | |

[1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares.