**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **30 June 2015**    Our Ref: **GDB/CCN01.00001**    Invoice No.: **391596**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 109,710.00 |
| For the period to 31 May 2015, in connection with the above matter. |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 101.16 |
| **Disbursements:** (NT) |  |  |  |
| Fares and Incidental Expenses | 0.00 | 0.00 | 138.21 |
|  | 0.00 |  | 109,949.37 |
|  |  | VAT | 0.00 |
|  |  | Total | 109,949.37 |
|  |  | **Balance Due** | **109,949.37** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note:** Remittance advices should be sent electronically to remittances@ashurst.com

Please quote reference 391596 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2015

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 6.70 | 5,661.50 | (C0007) |
| | | 10.40 | 8,788.00 | (C0031) |
| | | 17.10 | 14,449.50 | |
| Partner | Angela Pearson | 1.70 | 1,351.50 | (C0007) |
| | | 18.60 | 14,787.00 | (C0031) |
| | | 20.30 | 16,138.50 | |
| Partner | Marcus Fink | 1.90 | 1,444.00 | (C0007) |
| | | 8.80 | 6,688.00 | (C0031) |
| | | 10.70 | 8,132.00 | |
| Senior Associate | Andy Wright | 1.50 | 855.00 | (C0007) |
| | | 10.10 | 5,757.00 | (C0031) |
| | | 11.60 | 6,612.00 | |
| Senior Associate | Drew Sainsbury | 8.60 | 5,117.00 | (C0007) |
| | | 46.30 | 27,548.50 | (C0031) |
| | | 54.90 | 32,665.50 | |
| Senior Associate | Lindsey Roberts | 1.40 | 763.00 | (C0003) |
| | | 5.90 | 3,215.50 | (C0007) |
| | | 37.50 | 20,437.50 | (C0031) |
| | | 44.80 | 24,416.00 | |
| Associate | Sophie Law | 1.60 | 704.00 | (C0031) |
| | | 1.60 | 704.00 | |
| Associate | Suzanne Thomson | 3.50 | 1,400.00 | (C0031) |
| | | 3.50 | 1,400.00 | |
| Professional Development | Inga West | 1.20 | 744.00 | (C0031) |
| | | 1.20 | 744.00 | |
| Trainee | Ben Middleton | 4.20 | 861.00 | (C0003) |
| | | 3.20 | 656.00 | (C0007) |
| | | 13.00 | 2,665.00 | (C0031) |
| | | 20.40 | 4,182.00 | |
| Trainee | Mesha Ghazaleh | 1.30 | 266.50 | (C0031) |
| | | 1.30 | 266.50 | |
| | **TOTAL** | **187.40** | **109,710.00** | |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0003**</u>     <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 545.00 | 763.00 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 4.20 | 205.00 | 861.00 |
| | | | Total | 1,624.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/05/2015 | Ben Middleton | REVI | Reviewed Nortel interim fee application against amounts requested | 0.40 | 205.00 | 82.00 |
| 07/05/2015 | Lindsey Roberts | INTD | Email to BMIDDL re: exhibit B for interim fee application | 0.10 | 545.00 | 54.50 |
| 12/05/2015 | Lindsey Roberts | LETT | Emails re: fee and expense estimates | 0.20 | 545.00 | 109.00 |
| 21/05/2015 | Lindsey Roberts | LETT | Email re: certificate of no objection | 0.10 | 545.00 | 54.50 |
| 22/05/2015 | Ben Middleton | REVI | Reviewed and amended pre-bill for April fee application and disc with Lisa Spencer re same | 0.70 | 205.00 | 143.50 |
| 22/05/2015 | Ben Middleton | DRFT | Drafted April Application and collated exhibits | 0.60 | 205.00 | 123.00 |
| 22/05/2015 | Ben Middleton | DRFT | Drafted Interim Fee Application | 0.60 | 205.00 | 123.00 |
| 24/05/2015 | Lindsey Roberts | LETT | Review and comment on draft monthly fee application | 0.50 | 545.00 | 272.50 |
| 24/05/2015 | Lindsey Roberts | MISC | Review and comment on draft interim fee application; emails to BMIDDL re the same | 0.50 | 545.00 | 272.50 |
| 26/05/2015 | Ben Middleton | LETT | Emailed Matthew Fagen fee application and requested filing/docket number | 0.10 | 205.00 | 20.50 |
| 26/05/2015 | Ben Middleton | MISC | Reviewed, collated exhibits, and amended conversion rates in April fee application | 1.10 | 205.00 | 225.50 |
| 26/05/2015 | Ben Middleton | LETT | Emailed Giles Boothman for authorisation to attach signature | 0.10 | 205.00 | 20.50 |
| 27/05/2015 | Ben Middleton | MISC | Reviewed and amended interim fee application | 0.40 | 205.00 | 82.00 |
| 27/05/2015 | Ben Middleton | LETT | Contacted Giles Boothman re authorisation to attach signature to interim fee application | 0.10 | 205.00 | 20.50 |
| 27/05/2015 | Ben Middleton | LETT | Email to Matthew Fagen distributing interim fee application | 0.10 | 205.00 | 20.50 |
| | | | | | | 1,624.00 |

Matter: CCN01.00001 - BANKRUPTCY

**C0007**      **Creditors Committee Meetings**

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.70 | 795.00 | 1,351.50 |
| GDB | Giles Boothman | 6.70 | 845.00 | 5,661.50 |
| MDF | Marcus Fink | 1.90 | 760.00 | 1,444.00 |
| **Senior Associate** | | | | |
| ACW | Andy Wright | 1.50 | 570.00 | 855.00 |
| DSAINS | Drew Sainsbury | 8.60 | 595.00 | 5,117.00 |
| LROBER | Lindsey Roberts | 5.90 | 545.00 | 3,215.50 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 3.20 | 205.00 | 656.00 |
| | | | Total | **18,300.50** |

Matter: CCN01.00001 - BANKRUPTCY

## C0007     Creditors Committee Meetings

|  |  |  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/05/2015 | Lindsey Roberts | PHON | UCC Weekly call | 0.30 | 545.00 | 163.50 |
| 14/05/2015 | Angela Pearson | PHON | UCC Weekly Call in part | 1.00 | 795.00 | 795.00 |
| 14/05/2015 | Drew Sainsbury | PHON | UCC Weekly Call | 1.50 | 595.00 | 892.50 |
| 14/05/2015 | Giles Boothman | PHON | UCC Weekly Call | 1.50 | 845.00 | 1,267.50 |
| 14/05/2015 | Lindsey Roberts | PHON | UCC Weekly Call | 1.50 | 545.00 | 817.50 |
| 19/05/2015 | Andy Wright | PHON | Professional advisors call | 1.50 | 570.00 | 855.00 |
| 19/05/2015 | Ben Middleton | PHON | Professional advisors call | 1.50 | 205.00 | 307.50 |
| 19/05/2015 | Giles Boothman | PHON | Professional advisors call | 1.50 | 845.00 | 1,267.50 |
| 19/05/2015 | Lindsey Roberts | READ | Review of and respond to emails re: emails re: advisor call | 0.30 | 545.00 | 163.50 |
| 19/05/2015 | Lindsey Roberts | READ | Reviewing emails re: update and committee calls | 0.30 | 545.00 | 163.50 |
| 19/05/2015 | Lindsey Roberts | PHON | Professional advisors call | 1.50 | 545.00 | 817.50 |
| 21/05/2015 | Ben Middleton | PHON | UCC call | 1.70 | 205.00 | 348.50 |
| 21/05/2015 | Drew Sainsbury | READ | Reading Capstone deck and agenda ahead of call at 8pm | 0.30 | 595.00 | 178.50 |
| 21/05/2015 | Drew Sainsbury | PHON | Committee call 20.00 - 21.35 | 1.70 | 595.00 | 1,011.50 |
| 21/05/2015 | Drew Sainsbury | PREP | Preparation for committee call Reading and research into treatment of EMEA companies outside of UK | 2.20 | 595.00 | 1,309.00 |
| 21/05/2015 | Giles Boothman | ATTD | Cttee call in part | 1.00 | 845.00 | 845.00 |
| 21/05/2015 | Giles Boothman | PREP | Prep for cttee call/ emails/ team / read memo and capstone report/discussion with DSAINS | 1.50 | 845.00 | 1,267.50 |
| 21/05/2015 | Lindsey Roberts | READ | Review of agenda and documents for UCC call | 0.30 | 545.00 | 163.50 |
| 21/05/2015 | Lindsey Roberts | PHON | UCC Weekly Call | 1.70 | 545.00 | 926.50 |
| 21/05/2015 | Marcus Fink | LETT | Review emails re committee call | 0.20 | 760.00 | 152.00 |
| 21/05/2015 | Marcus Fink | MISC | UCC Weekly Call | 1.70 | 760.00 | 1,292.00 |
| 26/05/2015 | Drew Sainsbury | PHON | Committee call (0.7), briefing and note (0.2) | 0.90 | 595.00 | 535.50 |
| 26/05/2015 | Giles Boothman | ATTD | UCC call | 0.70 | 845.00 | 591.50 |
| 26/05/2015 | Giles Boothman | READ | Emails and discuss with Drew re Committee call | 0.50 | 845.00 | 422.50 |
| 28/05/2015 | Angela Pearson | PHON | UCC call | 0.70 | 795.00 | 556.50 |
| 28/05/2015 | Drew Sainsbury | LETT | PHON Creditor Committee call (0.7) DRFT Note of Cred Comm call (0.3) | 1.00 | 595.00 | 595.00 |
| 28/05/2015 | Drew Sainsbury | MISC | PREP For Creditor Committee call (1.0) | 1.00 | 595.00 | 595.00 |
|  |  |  |  |  |  | **18,300.50** |

Matter: CCN01.00001 - BANKRUPTCY

| C0031 | European Proceedings/Matters | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 18.60 | 795.00 | 14,787.00 |
| GDB | Giles Boothman | 10.40 | 845.00 | 8,788.00 |
| MDF | Marcus Fink | 8.80 | 760.00 | 6,688.00 |
| **Senior Associate** | | | | |
| DSAINS | Drew Sainsbury | 46.30 | 595.00 | 27,548.50 |
| ACW | Andy Wright | 10.10 | 570.00 | 5,757.00 |
| LROBER | Lindsey Roberts | 37.50 | 545.00 | 20,437.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 1.60 | 440.00 | 704.00 |
| SVT | Suzanne Thomson | 3.50 | 400.00 | 1,400.00 |
| **Professional Development** | | | | |
| IWEST | Inga West | 1.20 | 620.00 | 744.00 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 13.00 | 205.00 | 2,665.00 |
| MGHAZA | Mesha Ghazaleh | 1.30 | 205.00 | 266.50 |
| | | | Total | 89,785.50 |

Matter: CCN01.00001 – BANKRUPTCY

:0031        European Proceedings/Matter

| Date | Name | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2015 | Angela Pearson | READ | Review emails re: Judgment | 0.80 | 795.00 | 636.00 |
| 12/05/2015 | Angela Pearson | READ | Quick review of Canadian and US judgments | 2.00 | 795.00 | 1,590.00 |
| 12/05/2015 | Giles Boothman | READ | Emails re allocation judgement | 0.30 | 845.00 | 253.50 |
| 12/05/2015 | Sophie Law | LETT | Emails in from AG + prof team re allocation decision | 0.20 | 440.00 | 88.00 |
| 12/05/2015 | Lindsey Roberts | LETT | Emails re: allocation judgment and next steps | 0.30 | 545.00 | 163.50 |
| 12/05/2015 | Lindsey Roberts | READ | Review of US/Canadian judgments | 0.50 | 545.00 | 272.50 |
| 13/05/2015 | Angela Pearson | READ | Review of Canadian Judgment | 2.50 | 795.00 | 1,987.50 |
| 13/05/2015 | Angela Pearson | READ | Review of US Judgment | 1.50 | 795.00 | 1,192.50 |
| 13/05/2015 | Angela Pearson | INTD | Discussion with LROBER | 0.50 | 795.00 | 397.50 |
| 13/05/2015 | Angela Pearson | INTD | Emails to Giles re: things to do | 0.20 | 795.00 | 159.00 |
| 13/05/2015 | Angela Pearson | READ | Reading internal emails re: next steps | 0.20 | 795.00 | 159.00 |
| 13/05/2015 | Giles Boothman | READ | Read emails/ background/ fred h request re allocation decision and line up team | 1.00 | 845.00 | 845.00 |
| 13/05/2015 | Marcus Fink | LETT | Review emails and press coverage relating to judgement. Consider UK Pension Party position | 1.10 | 760.00 | 836.00 |
| 13/05/2015 | Lindsey Roberts | MISC | Emails re: Judgments; discussion with AMP re: the same; review of judgment | 3.80 | 545.00 | 2,071.00 |
| 13/05/2015 | Sophie Law | LETT | Various emails from Akin and Prof group re US and Canadian allocation judgment | 0.50 | 440.00 | 220.00 |
| 14/05/2015 | Angela Pearson | INTD | Discussion with LROBER re: judgment and implications | 0.50 | 795.00 | 397.50 |
| 14/05/2015 | Angela Pearson | READ | Review emails re allocation judgement | 0.20 | 795.00 | 159.00 |
| 14/05/2015 | Angela Pearson | READ | Review Capstone slide deck | 0.50 | 795.00 | 397.50 |
| 14/05/2015 | Angela Pearson | READ | Review emails from Akin | 0.50 | 795.00 | 397.50 |
| 14/05/2015 | Angela Pearson | LETT | Emails to Akin | 0.20 | 795.00 | 159.00 |
| 14/05/2015 | Angela Pearson | PHON | Telephone conversation with Akin re: Next steps | 0.50 | 795.00 | 397.50 |
| 14/05/2015 | Angela Pearson | INTD | Discussion with Giles Boothman, LROBER and Drew re: next steps | 1.00 | 795.00 | 795.00 |
| 14/05/2015 | Ben Middleton | DRFT | Researched procedure of administration, distribution, duties of the administrator and challenging the conduct/decisions for practical note re Nortel judgment, drafted and made amendments to note | 4.90 | 205.00 | 1,004.50 |
| 14/05/2015 | Drew Sainsbury | LETT | Emails re next steps | 0.30 | 595.00 | 178.50 |
| 14/05/2015 | Drew Sainsbury | INTD | Various briefings and background discussions with G Boothman, L Roberts, A Pearson and S Thomson. | 1.50 | 595.00 | 892.50 |
| 14/05/2015 | Drew Sainsbury | READ | Reading-in | 1.30 | 595.00 | 773.50 |
| 14/05/2015 | Giles Boothman | INTD | Angela/ Lindsey/ Drew | 1.00 | 845.00 | 845.00 |
| 14/05/2015 | Giles Boothman | READ | Prep for call/ read Judgement | 1.00 | 845.00 | 845.00 |
| 14/05/2015 | Giles Boothman | ATTD | Call with Akin | 0.50 | 845.00 | 422.50 |
| 14/05/2015 | Inga West | MISC | Query from Lindsey Roberts re proving and distribution procedure; later re client query regarding potential control of English administrators by Canadian court judge | 0.60 | 620.00 | 372.00 |
| 14/05/2015 | Lindsey Roberts | READ | Review of Judgment continued | 2.30 | 545.00 | 1,253.50 |
| 14/05/2015 | Lindsey Roberts | READ | Internal discussions with AMP, GRB, DSAINS, ACW, BMIDDL, SLAW and IWEST re: Judgment and claims procedure analysis; research into claims anlaysis procedure and position of EMEA liquidation to date; telephone conversation with Akin re: EME claim procedure analysis | 9.70 | 545.00 | 5,286.50 |
| 14/05/2015 | Marcus Fink | LETT | Look into questions relating to allocation decision and discuss with ACW. | 1.20 | 760.00 | 912.00 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/05/2015 | Suzanne Thomson | LETT | Nortel - INTD with DSAINS and looking up progress reports. | 0.50 | 400.00 | 200.00 |
| 14/05/2015 | Sophie Law | MISC | Intd LROBER re allocation decision, English admin claims procedure | 0.20 | 440.00 | 88.00 |
| 14/05/2015 | Andy Wright | MISC | Reviewing judgment and analysis of pension claims against Nortel EMEA entities; internal discussion with Lindsey Roberts and Marcus Fink re the same; reviewing Pensions Act 2004 in respect of quantification of FSD claims | 3.20 | 570.00 | 1,824.00 |
| 14/05/2015 | Sophie Law | MISC | Emails LROBER re US/EMEA settlement and Canada UKP ruling | 0.30 | 440.00 | 132.00 |
| 14/05/2015 | Drew Sainsbury | PHON | Pre Call with Akin | 0.40 | 595.00 | 238.00 |
| 14/05/2015 | Giles Boothman | ATTD | Follow up with team post Committee call | 0.50 | 845.00 | 422.50 |
| 15/05/2015 | Andy Wright | INTD | With Giles Boothman, Drew Sainsbury and Marcus Fink re treatment of pensions insolvency (inc. prep and de-brief with Marcus Fink) | 0.50 | 570.00 | 285.00 |
| 15/05/2015 | Andy Wright | READ | Analysis of pension claims in EMEA | 1.90 | 570.00 | 1,083.00 |
| 15/05/2015 | Andy Wright | INTD | With Lindsey Roberts re pension claims | 0.30 | 570.00 | 171.00 |
| 15/05/2015 | Ben Middleton | DRFT | Further research and drafting of EMEA claims procedure note (inc proof of debt procedure) various disc wih LROBER re same | 4.20 | 205.00 | 861.00 |
| 15/05/2015 | Drew Sainsbury | MISC | INTD Call with M Fink, A Wright and G Boothman(0.5)<br>INTD Call with L Roberts (0.5)<br>READ L Roberts draft note (1.5)<br>DRFT Note of advice (1.5)<br>INTD Brief S Thomson on note additions (0.4)<br>READ Reading-in to background; progress reports etc (0.7) | 5.10 | 595.00 | 3,034.50 |
| 15/05/2015 | Drew Sainsbury | INTD | Email to Lindsey re next steps | 0.10 | 595.00 | 59.50 |
| 15/05/2015 | Giles Boothman | INTD | Marcus, Andy and Drew re pensions issues and next steps | 0.50 | 845.00 | 422.50 |
| 15/05/2015 | Giles Boothman | READ | Emails/ judgement/ old materials | 1.00 | 845.00 | 845.00 |
| 15/05/2015 | Lindsey Roberts | DRFT | Review and amend BMIDDL and AW analysis; input into note | 4.30 | 545.00 | 2,343.50 |
| 15/05/2015 | Lindsey Roberts | INTD | Discussion with ACW | 0.30 | 545.00 | 163.50 |
| 15/05/2015 | Lindsey Roberts | INTD | Discussion with DSAINS and follow up | 0.50 | 545.00 | 272.50 |
| 15/05/2015 | Lindsey Roberts | INTD | Various discussions with BMIDDLE re: EMEA claim analysis | 0.60 | 545.00 | 327.00 |
| 15/05/2015 | Marcus Fink | LETT | Con with G Boothman, A Wright and D Sainsbury and review NNL guarantee position re UK Pension Trustees to determine quantum, rational and whether quantum forms preferential claim by UKPC | 1.40 | 760.00 | 1,064.00 |
| 15/05/2015 | Suzanne Thomson | LETT | Nortel - reading admin report, reviewing DR paper, INTD with DSAINS on same, considering challenges to administrators. | 3.00 | 400.00 | 1,200.00 |
| 18/05/2015 | Angela Pearson | INTD | Discussion with ACW/LROBER re: FSD and administration | 0.40 | 795.00 | 318.00 |
| 18/05/2015 | Ben Middleton | REVI | Reviewed joint administrators' reports and proceeds allocation for administration note and disc with LROBER | 0.70 | 205.00 | 143.50 |
| 18/05/2015 | Drew Sainsbury | READ | Reading Gross judgment | 1.90 | 595.00 | 1,130.50 |
| 18/05/2015 | Drew Sainsbury | MISC | DRFT Note of advice (6.4)<br>READ S Thomson re additional (0.1)<br>INTD Discuss with L Roberts (0.3) | 6.80 | 595.00 | 4,046.00 |
| 18/05/2015 | Giles Boothman | SUPE | Drew re finalising memo | 0.30 | 845.00 | 253.50 |
| 18/05/2015 | Lindsey Roberts | READ | Consider Settlement Agreement | 0.90 | 545.00 | 490.50 |
| 18/05/2015 | Lindsey Roberts | DRFT | Further amends to note and disc with DSAINS | 3.40 | 545.00 | 1,853.00 |

| Date | Name | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 18/05/2015 | Lindsey Roberts | INTD | Discussion with AMP and ACW | 0.40 | 545.00 | 218.00 |
| 18/05/2015 | Lindsey Roberts | INTD | Discussion with BMIDDL re: JA Progress Reports | 0.20 | 545.00 | 109.00 |
| 18/05/2015 | Lindsey Roberts | READ | Considering the US/Canadian FSD Proceedings; review of Canadian Judgment | 1.90 | 545.00 | 1,035.50 |
| 18/05/2015 | Marcus Fink | LETT | Review UK trustee guarantee claims and Canadian guarantee ruling | 1.20 | 760.00 | 912.00 |
| 18/05/2015 | Andy Wright | INTD | With Lindsey Roberts and Angela Pearson re pension claims | 0.40 | 570.00 | 228.00 |
| 19/05/2015 | Andy Wright | DRFT | Reviewing and marking-up pension aspects of memo on UK insolvency issues and disc with Marcus Fink and Lindsey Roberts | 3.20 | 570.00 | 1,824.00 |
| 19/05/2015 | Angela Pearson | READ | Review emails re: next steps re: judgment | 0.50 | 795.00 | 397.50 |
| 19/05/2015 | Angela Pearson | READ | Review draft advice re: next steps re: judgement | 0.50 | 795.00 | 397.50 |
| 19/05/2015 | Ben Middleton | MISC | Provided response to internal queries re full parties to Upper tribunal case and identities of EMEA entities | 1.20 | 205.00 | 246.00 |
| 19/05/2015 | Ben Middleton | REVI | Reviewed and amended latest draft of EMEA administration/allocation procedure note | 1.20 | 205.00 | 246.00 |
| 19/05/2015 | Ben Middleton | INTD | Internal discussions with Lindsey Roberts re EMEA proceduration/allocation note | 0.40 | 205.00 | 82.00 |
| 19/05/2015 | Drew Sainsbury | INTD | Internal calls and discussions re note with GDB (0.7), LROBERTS (0.2) | 0.90 | 595.00 | 535.50 |
| 19/05/2015 | Drew Sainsbury | LETT | Emails re note and arranging calls with Akin etc. | 0.40 | 595.00 | 238.00 |
| 19/05/2015 | Drew Sainsbury | READ | Reading Gross judgment re allocation. | 1.80 | 595.00 | 1,071.00 |
| 19/05/2015 | Drew Sainsbury | DRFT | Drafting substantive (12 page) first draft note on various EMEA substantive issues. | 6.90 | 595.00 | 4,105.50 |
| 19/05/2015 | Giles Boothman | DRFT | Review memo/ mark up/ discuss with Drew/ prep for call | 1.50 | 845.00 | 1,267.50 |
| 19/05/2015 | Lindsey Roberts | PHON | Telephone conversation with DSAINS re: analysis of US claims proceedings | 0.20 | 545.00 | 109.00 |
| 19/05/2015 | Lindsey Roberts | DRFT | Review of note and further amends; working on RSSG analysis | 4.10 | 545.00 | 2,234.50 |
| 19/05/2015 | Lindsey Roberts | PHON | Telephone conversation with ACW/DSAINS | 0.20 | 545.00 | 109.00 |
| 19/05/2015 | Lindsey Roberts | INTD | Discussions with BMIDDL re: queries from ACW emails re: the same | 0.40 | 545.00 | 218.00 |
| 19/05/2015 | Marcus Fink | LETT | Consider draft note to Akin, discuss with ACW and input into note. Prep for and join advisors' call at 10:30pm | 3.40 | 760.00 | 2,584.00 |
| 20/05/2015 | Angela Pearson | PHON | Telephone conversation with Drew/Lindsey (x3) re: memo | 0.50 | 795.00 | 397.50 |
| 20/05/2015 | Angela Pearson | READ | Review four revised drafts of memo | 1.30 | 795.00 | 1,033.50 |
| 20/05/2015 | Angela Pearson | LETT | Emails to Drew | 0.20 | 795.00 | 159.00 |
| 20/05/2015 | Ben Middleton | LETT | Email to Drew Sainsbury re entities included in EMEA Debtors | 0.20 | 205.00 | 41.00 |
| 20/05/2015 | Ben Middleton | LETT | Email correspondence with Andy Wright re Upper Tribunal details | 0.20 | 205.00 | 41.00 |
| 20/05/2015 | Drew Sainsbury | INTD | Calls with (various times) LROBERT, APEARSON , AWRIGHT and IWEST re drafting comments. | 2.10 | 595.00 | 1,249.50 |
| 20/05/2015 | Drew Sainsbury | LETT | Circulating email to Akin Gump with draft advice note. | 0.20 | 595.00 | 119.00 |
| 20/05/2015 | Drew Sainsbury | READ | Reading (background) re Nortel, reading Gross judgment re. allocation | 1.50 | 595.00 | 892.50 |
| 20/05/2015 | Drew Sainsbury | DRFT | Drafting 14 page note on various EMEA issues arising out of Allocation Judgment | 7.50 | 595.00 | 4,462.50 |
| 20/05/2015 | Giles Boothman | SUPE | Review revisions to note/ emails to team/ prep for call | 2.00 | 845.00 | 1,690.00 |
| 20/05/2015 | Inga West | MISC | Discussing recent developments and impact on English administrations with Drew Sainsbury - including settlement procedures and bar date possibilities. researching case and sending to Drew | 0.60 | 620.00 | 372.00 |
| 20/05/2015 | Lindsey Roberts | READ | Review of emails re: comments on note; emails to Ben re: specific queries | 0.40 | 545.00 | 218.00 |
| 20/05/2015 | Lindsey Roberts | INTD | Discussion with Drew re: comments on note | 0.50 | 545.00 | 272.50 |
| 20/05/2015 | Lindsey Roberts | READ | Further analysis on pension claims | 0.80 | 545.00 | 436.00 |

| Date | Name | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 20/05/2015 | Lindsey Roberts | MISC | Review and final mark-up of Nortel note: Discussion with AMP and DSAINS re: amendment | 1.60 | 545.00 | 872.00 |
| 20/05/2015 | Marcus Fink | LETT | Review emails and draft memorandum | 0.50 | 760.00 | 380.00 |
| 20/05/2015 | Mesha Ghazaleh | REVI | Proof read note on judgment | 1.30 | 205.00 | 266.50 |
| 20/05/2015 | Andy Wright | INTD | Internal discussion with Drew Sainsbury re pension aspects of memo on EMEA claims analysis | 0.10 | 570.00 | 57.00 |
| 20/05/2015 | Andy Wright | READ | Reviewing amendments to pension aspects of memo on EMEA claims | 0.50 | 570.00 | 285.00 |
| 21/05/2015 | Angela Pearson | READ | Review emails | 0.20 | 795.00 | 159.00 |
| 21/05/2015 | Drew Sainsbury | INTD | Catch up discussion with GDB on calls earlier in the week and possible next steps. | 0.20 | 595.00 | 119.00 |
| 22/05/2015 | Angela Pearson | REVI | Review emails and docs re reconsideration motion | 1.00 | 795.00 | 795.00 |
| 22/05/2015 | Giles Boothman | READ | Emails/ follow up after call | 0.50 | 845.00 | 422.50 |
| 22/05/2015 | Lindsey Roberts | LETT | Emails to/from ACW | 0.20 | 545.00 | 109.00 |
| 26/05/2015 | Angela Pearson | REVI | Review draft motions | 1.00 | 795.00 | 795.00 |
| 26/05/2015 | Drew Sainsbury | LETT | READ Motion for reconsideration materials (1.5)<br>PREP Prep for call (0.5)<br>READ Misc research into treatment of non-UK EMEA entities (1.0) | 3.00 | 595.00 | 1,785.00 |
| 26/05/2015 | Sophie Law | LETT | Various emails re appeal motion | 0.20 | 440.00 | 88.00 |
| 27/05/2015 | Sophie Law | MISC | Emails re reconsideration motion | 0.20 | 440.00 | 88.00 |
| 27/05/2015 | Angela Pearson | REVI | Review emails re motions | 0.20 | 795.00 | 159.00 |
| 27/05/2015 | Angela Pearson | REVI | Review filed motions | 0.50 | 795.00 | 397.50 |
| 27/05/2015 | Giles Boothman | READ | Emails/ docs re UCC decision | 0.30 | 845.00 | 253.50 |
| 28/05/2015 | Angela Pearson | REVI | Review motions/other filed docs | 1.00 | 795.00 | 795.00 |
| 28/05/2015 | Angela Pearson | REVI | Review emails re call etc. | 0.20 | 795.00 | 159.00 |
| 28/05/2015 | Drew Sainsbury | MISC | READ Reading Motion for reconsideration and other supporting docs (3.9)<br>INTD Briefing and comms with team (0.5) | 4.40 | 595.00 | 2,618.00 |

**89,785.50**