**Exhibit C**

**DISBURSEMENT SUMMARY**

**MAY 01, 2015 THROUGH MAY 31, 2015**

| | |
|---|---:|
| Document Production | £101.16 |
| Travel – Ground Transportation | £87.80 |
| Meals | £38.73 |
| Incidental Expenses | £11.68 |
| **TOTAL** | **£239.37** |