**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**

1686 copies @ 0.06p                                                                                             101.16

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 14/05/2015 | VENDOR: Roberts, Lindsey INVOICE#: 08433949052300149203 DATE: 23/05/2015<br>Food/drink, 14/05/15, Dinner - Working Late (LROBER/BMIDDL) | 24.54 |
| 19/05/2015 | VENDOR: Roberts, Lindsey INVOICE#: 08433949052300149203 DATE: 23/05/2015<br>Food/drink, 19/05/15, Dinner - Working Late | 14.19 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 19/05/2015 | VENDOR: Boothman, Giles INVOICE#: 08449663052700199928 DATE: 27/05/2015<br>Taxi, 19/05/15, Taxi home after advisor call | 14.00 |
| 21/05/2015 | VENDOR: Boothman, Giles INVOICE#: 08474533052900119209 DATE: 29/05/2015<br>Taxi, 21/05/15, Taxi whilst on UCC call | 20.00 |
| 21/05/2015 | VENDOR: Sainsbury, Drew INVOICE#: 08464390052900119209 DATE: 29/05/2015<br>Taxi, 21/05/15, Domestic taxi travel | 32.00 |
| 26/05/2015 | VENDOR: Boothman, Giles INVOICE#: 08474533052900119209 DATE: 29/05/2015<br>Taxi, 26/05/15, Taxi whilst on UCC call | 21.80 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| | | |
|---|---|---|
| 16/05/2015 | VENDOR: Meetingzone Ltd; INVOICE#: 001466272; DATE: 16/05/2015 - VARIOUS CONF CALLS | 11.68 |

**239.37**