**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 01, 2015 THROUGH MAY 31, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 May 2015 | Hourly Billing Rate After 1 May 2015 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Giles Boothman | Partner for 13 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £820 | £845 | 17.10 | 14,449.50 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £740 | £795 | 20.30 | 16,138.50 |
| Marcus Fink | Partner for 2 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £710 | £760 | 10.70 | 8,132.00 |
| Inga West | Professional Development Counsel for 5 years; Admitted in 1997; Restructuring and Special Situations Group, London | £620 | £620 | 1.20 | 744.00 |
| Drew Sainsbury | Associate for 7 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £555 | £595 | 54.90 | 32,665.50 |
| Andy Wright | Associate for 5 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £530 | £570 | 11.60 | 6,612.00 |
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | £545 | 44.80 | 24,416.00 |
| Sophie Law | Associate for 2 years; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £390 | £440 | 1.60 | 704.00 |
| Suzanne Thomson | Associate for 2 years; Admitted in 2012 in England and Wales; Restructuring and Special Situations Group, London | £335 | £400 | 3.50 | 1,400.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 May 2015 | Hourly Billing Rate After 1 May 2015 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £200 | £205 | 20.40 | 4,182.00 |
| Mesha Ghazaleh | Trainee Solicitor; Restructuring and Special Situations Group, London | £200 | £205 | 1.30 | 266.50 |
| TOTAL | | | | 187.40 | 109,710.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 May 2015 | Hourly Billing Rate After 1 May 2015 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|

## COMPENSATION BY PROJECT CATEGORY
## MAY 01, 2015 THROUGH MAY 31, 2015

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 5.60 | 1,624.00 |
| Creditors Committee Meetings | 29.50 | 18,300.50 |
| European Proceedings/Matters | 152.30 | 89,785.50 |
| **TOTAL** | **187.40** | **109,710.00** |