# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT**
**CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2015 through June 30, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 5/1/15 | 6/30/15 |
| **Enter Billing Rate/Hr:** | 735.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 27.1 | $735.00 | $19,918.50 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 82.8 | $735.00 | $60,858.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 5.0 | $735.00 | $3,675.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 15.8 | $367.50 | $5,806.50 |
| 11 | Fee Application | 4.9 | $735.00 | $3,601.50 |
| | **Hours/Billing Amount for Period:** | **135.6** | | **$93,859.50** |

# Nortel TIME SHEET                                                        135.6
**John Ray**

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/1/15 | Call with Cleary re PBGC claim and meeting | John Ray | 3 | 1.8 |
| 5/4/15 | Call with Capstone, Cleary and Chilmark re claims update | John Ray | 3 | 2.3 |
| 5/11/15 | Review of discovery related to Queen ball park claims | John Ray | 3 | 2.3 |
| 5/12/15 | Claims call with Akin | John Ray | 3 | 1.8 |
| 5/12/15 | Review of Canada and US allocation opinions (3.0) and call with Cleary (.5) | John Ray | 7 | 3.5 |
| 5/13/15 | Call with Cleary re allocation opinions and discussions re same | John Ray | 7 | 2.3 |
| 5/14/15 | Review claims data from Chilmark | John Ray | 3 | 3.3 |
| 5/14/15 | Review revised calculations for recoveries | John Ray | 8 | 2.5 |
| 5/14/15 | Prepare monthly fee application | John Ray | 11 | 2.3 |
| 5/15/15 | Prepare for call with EY re tax impacts to estate (1.0) and call with EY(1.0) | John Ray | 8 | 2.5 |
| 5/15/15 | Review, edit and file monthly fee application | John Ray | 11 | 0.5 |
| 5/17/15 | Flight to NY to attend meetings | John Ray | 10 | 3.0 |
| 5/17/15 | Review claims and various schedules in preparation for 5/18 meetings | John Ray | 3 | 2.3 |
| 5/18/15 | Attend meetings with Cleary (7.0) and attend follow up meetings with Milbank and Akin re allocation and plan issues and direction (2.00) | John Ray | 3 | 9.0 |
| 5/19/15 | Travel from NY meetings | John Ray | 10 | 3.0 |
| 5/19/15 | Prepare quarterly fee application for filing | John Ray | 11 | 1.8 |
| 5/20/15 | Review of tax matters in advance of EY call | John Ray | 3 | 2.5 |
| 5/20/15 | Call with EY re tax matters | John Ray | 3 | 1.8 |
| 5/20/15 | Call with Cleary re allocaton orders | John Ray | 7 | 1.5 |
| 5/20/15 | Review, edit and file quarterly fee application | John Ray | 11 | 0.3 |
| 5/21/15 | Further review of allocation effects | John Ray | 7 | 2.5 |
| 5/22/15 | Review and markup of motion drafted by Cleary | John Ray | 7 | 3.0 |
| 5/23/15 | Further review of revised drafts of motion | John Ray | 7 | 3.3 |
| 5/24/15 | Review of revised drafts | John Ray | 7 | 1.8 |
| 5/25/15 | Call with Cleary re motion | John Ray | 7 | 0.8 |
| 5/26/15 | Review of Akin document and also further review of Debtor motion revisions and mark up of same | John Ray | 7 | 3.0 |
| 5/28/15 | Review draft factum and motions to be filed in Canada | John Ray | 7 | 2.3 |
| 5/28/15 | Review communications from Cleary related to allocation | John Ray | 7 | 1.8 |
| 5/29/15 | Review of allocation papers prepared by counsel | John Ray | 7 | 2.5 |
| 6/1/15 | Work related to reconsideration motion hearing | John Ray | 7 | 1.3 |
| 6/3/15 | SNMP mater comunication with counsel | John Ray | 7 | 0.8 |
| 6/3/15 | Update from Cleary re reconsideration | John Ray | 7 | 0.8 |
| 6/4/15 | Varous email updates from Cleary and Chilmark related to reconsideration motion | John Ray | 7 | 1.8 |
| 6/5/15 | Review of Chilmark communications and Cleary communication related to reconsideration and attend call with bonds re same | John Ray | 7 | 2.5 |
| 6/8/15 | Comments re factum to be filed | John Ray | 7 | 2.5 |
| 6/11/15 | Comments re discovery responses to Queens ball park | John Ray | 7 | 2.3 |
| 6/11/15 | Review of EU decision | John Ray | 7 | 0.8 |
| 6/15/15 | Review of objections filed to motion for reconsideration | John Ray | 7 | 3.3 |
| 6/16/15 | Further review of remaining objections or other filings related to motion for reconsideration | John Ray | 7 | 3.5 |
| 6/16/15 | Call with Cleary and Chilmark related to reply brief | John Ray | 7 | 1.3 |
| 6/17/15 | Analysis of impacts of motion and order related to US creditors | John Ray | 7 | 3.5 |
| 6/18/15 | Comments on reply brief | John Ray | 7 | 3.3 |
| 6/18/15 | Call with Cleary re reply brief and hearing | John Ray | 7 | 0.8 |
| 6/19/15 | Review revisions to reply brief | John Ray | 7 | 0.8 |
| 6/21/15 | Review of committee reply | John Ray | 7 | 0.8 |
| 6/22/15 | Review of further drafts of Debtor reply brief | John Ray | 7 | 2.5 |
| 6/23/15 | Prepare for hearing on motion for reconsideration | John Ray | 7 | 3.5 |

| Nortel TIME SHEET | | | | 135.6 |
|---|---|---|---|---|
| John Ray | | | | |
| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
| 6/24/15 | Flight to Delaware motion for reconsideration | John Ray | 10 | 5.3 |
| 6/24/15 | Prepare for hearing on motion for reconsideration | John Ray | 7 | 3.8 |
| 6/25/15 | Attend hearing on motion for reconsideration | John Ray | 7 | 8.0 |
| 6/26/15 | Flight from hearing | John Ray | 10 | 4.5 |
| 6/26/15 | Work related to next steps from hearing and plan related issues | John Ray | 7 | 3.8 |
| 6/30/15 | Review of interco balances | John Ray | 7 | 2.8 |