# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2015 through June 30, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## Nortel Networks, Inc.

**EXPENSE SUMMARY**
**May 1, 2015 through June 30, 2015**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,814.40 |
| Travel – Lodging | | 1,623.60 |
| Travel – Transportation | | 500.00 |
| Travel – Meals | | - |
| Parking | | 102.00 |
| TOTAL | | $ 4,040.00 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: May 1, 2015 through June 30, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 5/19/15 | Flight to DC round trip for meeting with Creditor | $ 674.00 | $ - | | | | John Ray |
| 5/17/15 | Hotel | | $ 405.90 | | | | John Ray |
| 5/19/15 | Hotel | | $ 405.90 | | | | John Ray |
| 5/17/15 | Car service from airport | | | $ 150.00 | | | John Ray |
| 5/19/15 | Car service to airport | | | $ 150.00 | | | John Ray |
| 5/17/15 | Flight to NY | $ 698.20 | | | | | John Ray |
| 5/19/15 | Parking | | | | | $ 57.00 | John Ray |
| 6/24/15 | Flight to Phl for hearing, hotel and car service from airport | $ 442.20 | $ 405.90 | $ 100.00 | | | John Ray |
| 6/25/15 | Hotel | | $ 405.90 | | | | John Ray |
| 6/26/15 | Car service to Phl airport | | | $ 100.00 | | | John Ray |
| 6/26/15 | Parking | | | | | $ 45.00 | John Ray |
| | Totals: | $ 1,814.40 | $ 1,623.60 | $ 500.00 | $ - | $ 102.00 | |