# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 15748] | 5/1/15 - 5/31/15 | $54,397.50 (Fees)  $603.27 (Expenses) | $43,518.00 (Fees @ 80%)  $603.27 (Expenses @ 100%) | 6/15/2015 | 7/6/2015 |