IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Nortel Networks Inc., et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 15786** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER
AUTHORIZING THE EMPLOYMENT AND RETENTION OF
BERKELEY RESEARCH GROUP, LLC AS SUCCESSOR
FINANCIAL ADVISOR, *NUNC PRO TUNC* TO JUNE 1, 2015**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the *Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Berkeley Research Group, LLC as Successor Financial Advisor, Nunc Pro Tunc to June 1, 2015* (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., *et al*. with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court") on June 22, 2015.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application has appeared on the Court's docket in these cases. Pursuant to the *Notice of Application and Hearing*, which was filed and served contemporaneously with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

Application, objections to the Application were to be filed and served by no later than July 6, 2015 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Committee respectfully requests that the proposed form of order attached to the Application and attached hereto as <u>Exhibit A</u> be entered at the earliest convenience of the Court.

Dated: July 8, 2015
       Wilmington, Delaware

                                             */s/ Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*