# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE CANADIAN COURT'S RULING ON THE CANADIAN RECONSIDERATION/CLARIFICATION/AMENDMENT MOTIONS

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol [Dkt. No. 990], on July 9, 2015, Ernst & Young Inc., the court-appointed Monitor and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect Canadian subsidiaries in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel, filed in the above-captioned cases a copy of the *Ruling on Reconsideration/Clarification Motion* of the Canadian Court originally issued on July 6, 2015 and amended and reissued to fix certain typographical errors on July 8, 2015 (the "**Canadian Ruling**"), which ruling is in respect of certain motions for reconsideration, clarification, or amendment of the Canadian Court's *Reasons for Judgment*, dated May 12, 2015.  A copy of the Canadian Ruling, as amended and reissued, is attached hereto as Exhibit A.

[*Intentionally left blank*]

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**US Debtors**").

Dated: July 9, 2015
Wilmington, Delaware

          **BUCHANAN INGERSOLL & ROONEY PC**

          /s/  Kathleen A. Murphy
          Mary F. Caloway (No. 3059)
          Kathleen A Murphy (No. 5215)
          919 North Market Street, Suite 1500
          Wilmington, Delaware 19801
          (302) 552-4200 (telephone)
          (302) 552-4295 (facsimile)
          mary.caloway@bipc.com
          kathleen.murphy@bipc.com

          -and-

          **ALLEN & OVERY LLP**

          Ken Coleman
          Daniel J. Guyder
          Jacob S. Pultman
          Laura R. Hall
          1221 Avenue of the Americas
          New York, NY  10020
          (212) 610-6300 (telephone)
          (212) 610-6399 (facsimile)
          ken.coleman@allenovery.com
          daniel.guyder@allenovery.com
          jacob.pultman@allenovery.com
          laura.hall@allenovery.com

          *Attorneys for Ernst & Young Inc., as Monitor*
          *and Foreign Representative of the Canadian Nortel*
          *Debtors*