IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al*., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 15646** |
| | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 15646

On May 28, 2015 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its *Thirty-Seventh Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From March 1, 2015 Through April 30, 2015* (the "Application").  Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than June 17, 2015 at 4:00 p.m. (ET).  The undersigned hereby certifies that she has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the Debtors are authorized to pay Applicant $10,735.60, which represents 80% of the fees requested, and $675.79, which represents 100% of the expenses requested in the Application upon filing this Certification of No Objection and without the need for entry of a Court order approving Application.

Dated: July 9, 2015             **BENESCH, FRIEDLANDER, COPLAN**
                                                  **& ARONOFF LLP**

                    By:    */s/ Jennifer R. Hoover*
                             Jennifer R. Hoover, Esquire (No. 5111)
                             222 Delaware Avenue, Suite 801
                             Wilmington, DE  19801
                             Telephone:  (302) 442-7006
                             Facsimile:  (302) 442-7012
                             jhoover@beneschlaw.com

                             *Special Litigation Counsel to the Debtors*

8686405 v1