# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date **6/1/2015**  End Date **6/30/2015**

**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 158.60 | $590.00 | $93,574.00 |
| 2 | Facility Document Inventory & Evacuation Review | 163.90 | $590.00 | $96,701.00 |
| 3 | Human Resources - Employee Related Projects | 14.30 | $590.00 | $8,437.00 |
| 4 | Fee Apps | 33.00 | $590.00 | $19,470.00 |
| 5 | Non-working travel | 223.50 | $295.00 | $65,932.50 |
| 6 | Claims Administration, Reconciliation & Resolution | 473.20 | $590.00 | $279,188.00 |
| 7 | Tax/Finance Matters and Budget Projects | 6.10 | $590.00 | $3,599.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support and Case Modeling | 286.20 | $590.00 | $168,858.00 |
| | **Hours/Billing Amount for Period:** | **1358.80** | | **$735,759.50** |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/1/2015 | On-site IT Applications and Data Center Support, and preparation for facility end of lease | Raj Perubhatla | 1 | 9.0 |
| 6/1/2015 | Laptop / desktop building and configuration, software installation / testing | Brandon Bangerter | 1 | 8.4 |
| 6/2/2015 | On-site IT Applications and Data Center Support, and preparation for facility end of lease | Raj Perubhatla | 1 | 4.2 |
| 6/2/2015 | Laptop / desktop building and configuration, software installation / testing | Brandon Bangerter | 1 | 6.8 |
| 6/3/2015 | Discovery support for IM Searches | Raj Perubhatla | 1 | 3.0 |
| 6/3/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 6/3/2015 | Livelink restarts, testing / searches for terms within each instance | Brandon Bangerter | 1 | 4.3 |
| 6/4/2015 | Hardware / software support for rights to drives and connectivity issues | Brandon Bangerter | 1 | 2.2 |
| 6/5/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 4.7 |
| 6/5/2015 | Server maintenance / configuration / shares / NetBackup policy changes, updates | Brandon Bangerter | 1 | 2.9 |
| 6/7/2015 | NetBackup policy changes, tape preparations, and restarts | Brandon Bangerter | 1 | 2.1 |
| 6/8/2015 | Server maintenance / configuration / shares / NetBackup policy changes, updates | Brandon Bangerter | 1 | 2.3 |
| 6/9/2015 | Correspondence - Clear case database and servers | Kathryn Schultea | 1 | 0.5 |
| 6/9/2015 | Correspondence - Discussion re CompuShare proposal | Kathryn Schultea | 1 | 0.8 |
| 6/9/2015 | On-site IT Support and facility work in preparation for evacuation | Raj Perubhatla | 1 | 3.7 |
| 6/10/2015 | On-site IT Support and facility work in preparation for evacuation | Raj Perubhatla | 1 | 3.8 |
| 6/10/2015 | NetBackup monitoring; job restarts; policy fixes | Brandon Bangerter | 1 | 2.6 |
| 6/12/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 1 | 2.8 |
| 6/12/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 6/12/2015 | Access issues / Server maintenance / NetBackup job restarts / policy space issues | Brandon Bangerter | 1 | 2.1 |
| 6/15/2015 | Hard Drive restores for Discovery effort | Raj Perubhatla | 1 | 5.3 |
| 6/15/2015 | NetBackup policy changes, tape preparations, and NAS configurations, restarts / IT support | Brandon Bangerter | 1 | 4.7 |
| 6/16/2015 | Hard Drive restores for Discovery effort | Raj Perubhatla | 1 | 2.8 |
| 6/16/2015 | Server maintenance / configuration / access / IT support | Brandon Bangerter | 1 | 3.4 |
| 6/17/2015 | Hard Drive restores for Discovery effort | Raj Perubhatla | 1 | 3.3 |
| 6/18/2015 | Correspondence - Nortel Data room discussion | Kathryn Schultea | 1 | 2.5 |
| 6/18/2015 | Correspondence - Clear case database and servers | Kathryn Schultea | 1 | 1.3 |
| 6/18/2015 | PDF indexing and searches / server maintenance / NetBackup monitoring / IT support | Brandon Bangerter | 1 | 3.6 |
| 6/19/2015 | NetBackup monitoring; job restarts; policy fixes | Brandon Bangerter | 1 | 2.2 |
| 6/20/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.5 |
| 6/22/2015 | Server maintenance: configuration changes, application updates; patches | Brandon Bangerter | 1 | 3.4 |
| 6/23/2015 | On-site IT Support and facility work in preparation for evacuation | Raj Perubhatla | 1 | 3.0 |
| 6/23/2015 | Building and configuring new hardware for maintenance floor; landing OS and applying patches | Brandon Bangerter | 1 | 7.0 |
| 6/24/2015 | Onsite at NNI - Nortel Data room matters | Kathryn Schultea | 1 | 2.5 |
| 6/24/2015 | On-site IT Support and facility work in preparation for evacuation | Raj Perubhatla | 1 | 3.5 |
| 6/24/2015 | Meeting and update on Nortel issues / Building out additional hardware to minimize malware risk | Brandon Bangerter | 1 | 7.8 |
| 6/25/2015 | Antivirus updates on servers / patch maintenance / NetBackup monitoring | Brandon Bangerter | 1 | 3.8 |
| 6/26/2015 | Correspondence and review re IT facility | Kathryn Schultea | 1 | 0.8 |
| 6/26/2015 | Boxi universes access rights and testing / server maintenance / NetBackup policy updates | Brandon Bangerter | 1 | 3.6 |
| 6/29/2015 | IT infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 6/29/2015 | NetBackup jobs monitoring, policy configuration updates / server patch updates | Brandon Bangerter | 1 | 3.4 |
| 6/30/2015 | On-site IT Support and facility work in preparation for evacuation | Raj Perubhatla | 1 | 4.3 |
| 6/4/2015 | Tape restores and comparison to existing database information with Center | Brandon Bangerter | 2 | 3.8 |
| 6/5/2015 | Ring Fence SAN Fiber channel tracing to Brocade fabric | Raj Perubhatla | 2 | 3.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/8/2015 | Correspondence - Nortel Document Discovery and Retention discussion | Kathryn Schultea | 2 | 0.8 |
| 6/8/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 3.8 |
| 6/9/2015 | GWRTP Networking project scope definition | Raj Perubhatla | 2 | 3.8 |
| 6/9/2015 | Meeting on Networking Options for Ring Fence | Raj Perubhatla | 2 | 1.5 |
| 6/9/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 10.2 |
| 6/10/2015 | GWRTP Ring Fence Networking project analysis | Raj Perubhatla | 2 | 4.7 |
| 6/10/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 9.8 |
| 6/11/2015 | Correspondence - Nortel Document Retention and destruction process | Kathryn Schultea | 2 | 1.0 |
| 6/11/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 3.5 |
| 6/12/2015 | GWRTP Ring Fence Networking project analysis | Raj Perubhatla | 2 | 2.3 |
| 6/15/2015 | Onsite at NNI - Planning meeting and related follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 3.0 |
| 6/15/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 5.3 |
| 6/16/2015 | GWRTP Ring Fence migration project analysis and development | Raj Perubhatla | 2 | 2.5 |
| 6/16/2015 | Storage configuration / location of new racks / tracing power whips / network connectivity | Brandon Bangerter | 2 | 5.1 |
| 6/16/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 9.3 |
| 6/17/2015 | GWRTP Ring Fence migration project analysis and development | Raj Perubhatla | 2 | 2.5 |
| 6/17/2015 | Storage configuration / location of new racks / tracing power whips / network connectivity | Brandon Bangerter | 2 | 8.3 |
| 6/17/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 6.6 |
| 6/18/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 7.8 |
| 6/19/2015 | GWRTP Ring Fence Networking project analysis | Raj Perubhatla | 2 | 4.5 |
| 6/19/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 0.0 |
| 6/22/2015 | Onsite at NNI Planning meeting and related follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 5.5 |
| 6/23/2015 | GWRTP Networking project diligence | Raj Perubhatla | 2 | 4.7 |
| 6/24/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 10.4 |
| 6/25/2015 | Onsite at NNI - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 5.5 |
| 6/25/2015 | GWRTP Networking project preparation | Raj Perubhatla | 2 | 4.7 |
| 6/25/2015 | Documentation of records inventory at client facility - Raleigh | Daniel Tollefsen | 2 | 4.4 |
| 6/26/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents and merge data into one index. | Leticia Barrios | 2 | 8.3 |
| 6/26/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 7.7 |
| 6/30/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 0.7 |
| 6/30/2015 | Rack configuration with power, networking, etc. Re-wiring / re-racking BW servers to ringed fence area | Brandon Bangerter | 2 | 8.7 |
| 6/1/2015 | Onsite at NNI - Planning meeting and related follow-up on transition and site wind down matters | Kathryn Schultea | 3 | 3.5 |
| 6/2/2015 | Onsite at NNI - Discussion of non-qualified pension files; HR related matters; transition | Kathryn Schultea | 3 | 8.5 |
| 6/4/2015 | Correspondence - HR related matters | Kathryn Schultea | 3 | 1.5 |
| 6/10/2015 | Correspondence - former EE questions | Kathryn Schultea | 3 | 0.3 |
| 6/12/2015 | Correspondence re Affidavit request from Mercer | Kathryn Schultea | 3 | 0.5 |
| 6/5/2015 | Fee Application Work and updates | Kathryn Schultea | 4 | 3.5 |
| 6/5/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 6/5/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 6/5/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 6/5/2015 | Monthly Fee Application Consolidation | Felicia Buenrostro | 4 | 1.0 |
| 6/6/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 6/6/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |

## NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/10/2015 | Fee application | David Kantorczyk | 4 | 1.0 |
| 6/12/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 6/12/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 6/12/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 6/12/2015 | Monthly Fee Application Consolidation | Felicia Buenrostro | 4 | 1.0 |
| 6/13/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 6/13/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 6/19/2015 | Monthly and Fee Application Work | Kathryn Schultea | 4 | 2.5 |
| 6/19/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 6/19/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 6/19/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 6/19/2015 | Monthly Fee Application Consolidation | Felicia Buenrostro | 4 | 1.0 |
| 6/20/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 6/20/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 6/26/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 6/26/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 6/26/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 6/27/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 6/27/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 6/30/2015 | Fee application | David Kantorczyk | 4 | 1.0 |
| 6/30/2015 | Monthly Fee Application Consolidation | Felicia Buenrostro | 4 | 2.0 |
| 6/1/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 6/1/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 6/1/2015 | Travel to client site | David Kantorczyk | 5 | 5.0 |
| 6/1/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 6/1/2015 | Non-Working Travel to Client site | Daniel Tollefsen | 5 | 5.0 |
| 6/1/2015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 3.0 |
| 6/2/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 6/2/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 6/3/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 6/4/2015 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 6/4/2015 | Travel from client | David Kantorczyk | 5 | 5.0 |
| 6/4/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 6/4/2015 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/4/2015 | Non-Working travel Raleigh from Houston | Felicia Buenrostro | 5 | 3.0 |
| 6/8/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 6/8/2015 | Non-Working Travel to Client site | Daniel Tollefsen | 5 | 5.0 |
| 6/8/2015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 2.5 |
| 6/10/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 6/11/2015 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/11/2015 | Non-Working travel Raleigh from Houston | Felicia Buenrostro | 5 | 3.0 |
| 6/14/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 6/14/2015 | Travel to client site | David Kantorczyk | 5 | 5.0 |
| 6/15/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |

## NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/15/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 6/15/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 6/15/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 6/15/2015 | Non-Working Travel to Client site | Daniel Tollefsen | 5 | 5.0 |
| 6/15/2015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 6/17/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 6/17/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 6/17/2015 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 6/17/2015 | Travel from client | David Kantorczyk | 5 | 5.0 |
| 6/17/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 6/17/2015 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/17/2015 | Non-Working travel Raleigh from Houston | Felicia Buenrostro | 5 | 5.0 |
| 6/18/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 6/21/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 6/22/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 6/22/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 6/22/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 6/22/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 6/22/2015 | Non-Working Travel to Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/24/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 6/24/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 6/25/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 6/25/2015 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 6/25/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 6/25/2015 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/29/2015 | Non Working Travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 6/29/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 6/1/2015 | Non-qualified claims review, research and work stream planning for 6/3/2015 meeting with D. Parker | Mary Cilia | 6 | 2.5 |
| 6/1/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 6.0 |
| 6/2/2015 | Review and analysis of required non-qualified claims adjustments | Mary Cilia | 6 | 1.4 |
| 6/2/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 8.5 |
| 6/3/2015 | Onsite at NNI - Claim matters | Kathryn Schultea | 6 | 3.5 |
| 6/3/2015 | Meetings and work on non-qualified plan claims and required additional research | Mary Cilia | 6 | 3.9 |
| 6/3/2015 | Conference call with Cleary re: employee claims update and related follow up | Mary Cilia | 6 | 1.4 |
| 6/3/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.8 |
| 6/3/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss settlement letters and omnibus objections. | Leticia Barrios | 6 | 1.5 |
| 6/3/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 11.0 |
| 6/4/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 2.0 |
| 6/4/2015 | Update post-petition settlement claims matrix and follow up e-mails and phone calls to resolve related issues. | Mary Cilia | 6 | 3.7 |
| 6/4/2015 | Calculate employee severance claim for Cleary and related e-mails and calls | Mary Cilia | 6 | 0.8 |
| 6/4/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 6.5 |
| 6/5/2015 | Review and comment on one-off settlement letters and related calls and e-mails with former employees | Mary Cilia | 6 | 2.3 |
| 6/5/2015 | Non-qualified claims analysis for Cleary | Mary Cilia | 6 | 4.4 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/5/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 3.5 |
| 6/7/2015 | Non-qualified claims analysis and related research and e-mails | Mary Cilia | 6 | 2.8 |
| 6/8/2015 | Research and respond to employee claims inquiries and related follow up e-mails with Cleary | Mary Cilia | 6 | 1.8 |
| 6/8/2015 | Read, review and respond to e-mails with L. Barrios and D. Tollefsen re: GL claims reconciliation | Mary Cilia | 6 | 1.1 |
| 6/8/2015 | Non-qualified claims analysis and related research and e-mails | Mary Cilia | 6 | 2.0 |
| 6/8/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 6.5 |
| 6/9/2015 | Non-qualified claims analysis and related research and e-mails | Mary Cilia | 6 | 6.2 |
| 6/9/2015 | Read, review and respond to e-mails re: employee claims | Mary Cilia | 6 | 0.7 |
| 6/9/2015 | Prepare master schedule listing and reconcile to Huron list | Mary Cilia | 6 | 3.9 |
| 6/9/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 14.0 |
| 6/10/2015 | Correspondence - Claims and document review | Kathryn Schultea | 6 | 1.5 |
| 6/10/2015 | Non-qualified claims analysis and related research and e-mails | Mary Cilia | 6 | 2.4 |
| 6/10/2015 | Read, review and respond to e-mails re: employee claims | Mary Cilia | 6 | 0.8 |
| 6/10/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 14.0 |
| 6/11/2015 | Non-qualified claims analysis and related research and e-mails; conference call with D. Parker | Mary Cilia | 6 | 5.6 |
| 6/11/2015 | Conference call with Cleary and Huron re: employee claims status and related prep and follow up | Mary Cilia | 6 | 1.3 |
| 6/11/2015 | Research and respond to employee claims inquiries and related follow up e-mails with Cleary | Mary Cilia | 6 | 1.6 |
| 6/11/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 6/11/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 6.0 |
| 6/12/2015 | Non-qualified claims analysis and related research and e-mails | Mary Cilia | 6 | 6.7 |
| 6/12/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 4.0 |
| 6/14/2015 | Respond to and send e-mails re: employee claim questions and settlements | Mary Cilia | 6 | 0.8 |
| 6/15/2015 | Claims database maintenance | Raj Perubhatla | 6 | 2.8 |
| 6/15/2015 | Meet with D. Parker to discuss non-qualified issues and status of the required research | Mary Cilia | 6 | 2.8 |
| 6/15/2015 | On site at Nortel office for document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 6 | 5.0 |
| 6/15/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 3.0 |
| 6/16/2015 | Onsite at NNI - Discussion of non-qualified pension files; HR related matters | Kathryn Schultea | 6 | 9.3 |
| 6/16/2015 | On-site meetings for claims database | Raj Perubhatla | 6 | 1.8 |
| 6/16/2015 | Read, review and respond to e-mails and calls re: employee claims | Mary Cilia | 6 | 1.7 |
| 6/16/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 4.3 |
| 6/16/2015 | On site at Nortel office for document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 6 | 1.0 |
| 6/16/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 9.3 |
| 6/17/2015 | Onsite at NNI - Non-qualified pension discussion | Kathryn Schultea | 6 | 5.5 |
| 6/17/2015 | Claims database updates | Raj Perubhatla | 6 | 2.5 |
| 6/17/2015 | Conference call with D. Parker re: non-qualified claims research and related follow up | Mary Cilia | 6 | 2.9 |
| 6/17/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 1.0 |
| 6/17/2015 | On site at Nortel office for document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 6 | 6.2 |
| 6/17/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss non-qualified pension claims. | Leticia Barrios | 6 | 1.5 |

...

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/17/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 5.5 |
| 6/18/2015 | Claims database reports generation for Reserves | Raj Perubhatla | 6 | 6.3 |
| 6/18/2015 | Respond to e-mails and calls re: employee claim questions | Mary Cilia | 6 | 1.3 |
| 6/18/2015 | Conference call with D. Parker re: non-qualified claims research and preparation of summary review file for call with Cleary | Mary Cilia | 6 | 3.4 |
| 6/18/2015 | On site at Nortel office for document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents. | Leticia Barrios | 6 | 8.2 |
| 6/18/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 8.5 |
| 6/19/2015 | Conference call with Cleary and Huron re: non-qual claims analysis and next steps; related prep and follow up | Mary Cilia | 6 | 3.6 |
| 6/19/2015 | Provide analysis on non-qualified claims and compare to Northern Trust payment file | Leticia Barrios | 6 | 7.2 |
| 6/19/2015 | Attend the Nortel Employee Claims conference call with Cleary to discuss non-qualified claims | Leticia Barrios | 6 | 1.5 |
| 6/19/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 3.0 |
| 6/21/2015 | Reconciliation of non-qualified census data to source documents | Mary Cilia | 6 | 3.4 |
| 6/22/2015 | Claims updates | Raj Perubhatla | 6 | 7.5 |
| 6/22/2015 | Continued reconciliation of non-qualified census data to source documents and related meetings with D. Parker and L. Barrios | Mary Cilia | 6 | 7.8 |
| 6/22/2015 | Review of L. Barrios file to analyze discrepancies in Northern Trust non-qualified reconciliation work | Mary Cilia | 6 | 1.8 |
| 6/22/2015 | Review of claims for J. Ray and related e-mails summarizing information | Mary Cilia | 6 | 0.9 |
| 6/22/2015 | On site at Nortel to provide analysis on non-qualified claims and compare to Northern Trust payment file | Leticia Barrios | 6 | 8.2 |
| 6/22/2015 | Claim data base review regarding original claimant information | Daniel Tollefsen | 6 | 5.2 |
| 6/22/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 2.0 |
| 6/23/2015 | Onsite at NNI - Discussion of non-qualified pension files; HR related matters | Kathryn Schultea | 6 | 8.3 |
| 6/23/2015 | Meeting to discuss Employee Claims Payment | Raj Perubhatla | 6 | 1.0 |
| 6/23/2015 | Run claims database reports and correct original claim names in database | Mary Cilia | 6 | 1.4 |
| 6/23/2015 | Continued reconciliation of non-qualified census data to source documents and related meetings with D. Parker and L. Barrios | Mary Cilia | 6 | 5.3 |
| 6/23/2015 | Read, review and respond to e-mail and phone calls re: employee claims and settlements | Mary Cilia | 6 | 1.4 |
| 6/23/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 4.0 |
| 6/23/2015 | Preparation for and meeting with EY on Claims process | Brandon Bangerter | 6 | 1.3 |
| 6/23/2015 | On site at Nortel to provide analysis on non-qualified claims and compare to Northern Trust payment file | Leticia Barrios | 6 | 8.7 |
| 6/23/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 1.5 |
| 6/24/2015 | Onsite at NNI - Non-qualified pension matters | Kathryn Schultea | 6 | 5.5 |
| 6/24/2015 | Claims Distribution analysis | Raj Perubhatla | 6 | 4.5 |
| 6/24/2015 | Continued reconciliation of non-qualified census data to source documents and related research and meetings with D. Parker and Mercer | Mary Cilia | 6 | 8.7 |
| 6/24/2015 | Conference call with Cleary and Huron re: employee claims; related prep and follow up | Mary Cilia | 6 | 1.4 |
| 6/24/2015 | Read, review and respond to e-mails re: claims updates, employee inquiries, etc. | Mary Cilia | 6 | 0.8 |
| 6/24/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 6/24/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 6/24/2015 | On site at Nortel to provide analysis on non-qualified claims and compare to Northern Trust payment file | Leticia Barrios | 6 | 7.7 |
| 6/24/2015 | Attend the Nortel Employee Claims conference call with Cleary to discuss non-qualified claims | Leticia Barrios | 6 | 1.5 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/24/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 2.0 |
| 6/25/2015 | Claims Updates | Raj Perubhatla | 6 | 3.3 |
| 6/25/2015 | Conference call with L. Barrios re: non-qualified plan research and related follow up | Mary Cilia | 6 | 0.4 |
| 6/25/2015 | Conference call with D. Kantorczyk re: schedule matching project and tax solicitations and related follow up e-mails | Mary Cilia | 6 | 0.7 |
| 6/25/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 5.6 |
| 6/25/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 6/25/2015 | Review files for standard tax solicitation letters previously used | David Kantorczyk | 6 | 0.5 |
| 6/25/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents and merge data into one index. | Leticia Barrios | 6 | 7.0 |
| 6/25/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 1.5 |
| 6/26/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 3.8 |
| 6/26/2015 | Review of tax solicitation draft letters and related e-mails and research | Mary Cilia | 6 | 2.2 |
| 6/26/2015 | Research and respond to employee inquiries by phone | Mary Cilia | 6 | 1.4 |
| 6/26/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 6/26/2015 | Draft tax form solicitation letters for holders of proofs of claim, schedules and traded claims | David Kantorczyk | 6 | 1.0 |
| 6/26/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 2.0 |
| 6/29/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 1.5 |
| 6/29/2015 | Claims database maintenance | Raj Perubhatla | 6 | 4.7 |
| 6/29/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 3.4 |
| 6/29/2015 | Research and respond to employee inquiries by phone | Mary Cilia | 6 | 0.8 |
| 6/29/2015 | Review of Northern Trust data file with non-qualified data and related follow up e-mails | Mary Cilia | 6 | 1.2 |
| 6/29/2015 | Review original claimant name issue and determine follow up plan and related e-mails | Mary Cilia | 6 | 1.8 |
| 6/29/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 6/29/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents and merge data into one index. | Leticia Barrios | 6 | 8.0 |
| 6/29/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 8.0 |
| 6/30/2015 | Claims database updates | Raj Perubhatla | 6 | 4.7 |
| 6/30/2015 | Update claims database from EPIQ update and related review of newly filed claims | Mary Cilia | 6 | 3.9 |
| 6/30/2015 | Conference call and related follow up e-mails re: Calltrax, Triad and SAP historical databases | Mary Cilia | 6 | 1.3 |
| 6/30/2015 | Read, review and respond to various employee inquiries by phone and e-mail; related e-mails with Cleary | Mary Cilia | 6 | 1.6 |
| 6/30/2015 | Run claims database reports and review changes and updates | Mary Cilia | 6 | 1.3 |
| 6/30/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 6/30/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents and merge data into one index. | Leticia Barrios | 6 | 7.5 |
| 6/30/2015 | Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 5.0 |
| 6/8/2015 | Conf. Call - Nortel Tax Update | Kathryn Schultea | 7 | 0.3 |
| 6/8/2015 | Call re tax project/updates KS,DA,JW,AB,JS | Richard Lydecker | 7 | 0.5 |
| 6/8/2015 | Recognition analysis | Richard Lydecker | 7 | 0.5 |
| 6/19/2015 | EY call JS,JW,DA | Richard Lydecker | 7 | 0.5 |
| 6/19/2015 | Summary/analysis to KS | Richard Lydecker | 7 | 0.2 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/22/2015 | Review/analysis/critique EY tax charges | Richard Lydecker | 7 | 1.3 |
| 6/24/2015 | Conf. Call - Nortel Tax Update and solicitation discussions | Kathryn Schultea | 7 | 1.0 |
| 6/26/2015 | Call re tax project/updates JS,JW,AB | Richard Lydecker | 7 | 0.5 |
| 6/26/2015 | Briefs reconsideration motion/tax impacts | Richard Lydecker | 7 | 1.3 |
| 6/1/2015 | Recovery model planning for 6/2/2015 meeting with RLKS team | Mary Cilia | 9 | 2.1 |
| 6/1/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 5.3 |
| 6/1/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 4.8 |
| 6/2/2015 | Modeling meetings and support | Raj Perubhatla | 9 | 3.0 |
| 6/2/2015 | Meetings w/ RLKS and Nortel and work on recovery model structure and related reconciliation efforts | Mary Cilia | 9 | 11.2 |
| 6/2/2015 | Work on trial balance model template for recovery distribution model and review with Mary Cilia | David Kantorczyk | 9 | 6.5 |
| 6/2/2015 | Meeting with RLKS and Nortel (DCozart, KPonder and TRoss) on trial balance model template for model including preparation and summarization. | David Kantorczyk | 9 | 2.5 |
| 6/2/2015 | On site at Nortel office to Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 9.3 |
| 6/2/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 10.6 |
| 6/3/2015 | Meetings w/ RLKS and Nortel and work on recovery model structure and related reconciliation efforts | Mary Cilia | 9 | 6.8 |
| 6/3/2015 | Work on trial balance model template for recovery distribution model. | David Kantorczyk | 9 | 4.0 |
| 6/3/2015 | Work on reconciling claims data file to general ledger account detail. | David Kantorczyk | 9 | 4.0 |
| 6/3/2015 | On site at Nortel office to Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 9.0 |
| 6/3/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 9.6 |
| 6/4/2015 | Recovery/Liquidation/Distribution Model development | Raj Perubhatla | 9 | 8.7 |
| 6/4/2015 | Review files and answer questions related to G/L claims reconciliation | Mary Cilia | 9 | 2.3 |
| 6/4/2015 | Work on reconciling claims data file to general ledger account detail. | David Kantorczyk | 9 | 4.8 |
| 6/4/2015 | On site at Nortel office to Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 8.8 |
| 6/4/2015 | G/L to claims-schedule comparison and evaluation | Daniel Tollefsen | 9 | 5.9 |
| 6/5/2015 | Read, review and respond to e-mails re: GL claims reconciliation | Mary Cilia | 9 | 0.6 |
| 6/5/2015 | Work on reconciling claims data file to general ledger account detail. | David Kantorczyk | 9 | 7.0 |
| 6/5/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 7.0 |
| 6/8/2015 | Recovery/Liquidation/Distribution Model development | Raj Perubhatla | 9 | 8.0 |
| 6/8/2015 | Review of files and calls with R. Perubhatla re: intercompany reconciliation for recovery model | Mary Cilia | 9 | 4.8 |
| 6/8/2015 | Conference call with D. Kantorczyk to review next steps in GL claims reconciliation and update of files to reflect recent claims activity | Mary Cilia | 9 | 1.2 |
| 6/8/2015 | Work on revising claims data file for reconciliation to general ledger account detail. | David Kantorczyk | 9 | 8.0 |
| 6/8/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 1.5 |
| 6/9/2015 | Work on revising new claims data file for reconciliation to general ledger account detail. | David Kantorczyk | 9 | 4.5 |
| 6/9/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 5.0 |
| 6/10/2015 | Review and revise updated claims reconciliation file and related research | Mary Cilia | 9 | 2.8 |
| 6/10/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 6.0 |
| 6/11/2015 | Recovery/Liquidation/Distribution Model development | Raj Perubhatla | 9 | 8.7 |
| 6/11/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 7.5 |
| 6/12/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 8.5 |
| 6/14/2015 | Commence consolidation of GL claims reconciliation files into one file | Mary Cilia | 9 | 1.6 |
| 6/15/2015 | Continue consolidations of GL claims reconciliation files into one file and reconcile to the G/L account balances | Mary Cilia | 9 | 2.2 |
| 6/15/2015 | Preparation for and meeting with D. Kantorczyk to discuss next steps in GL claims reconciliation project and pass off files | Mary Cilia | 9 | 2.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/15/2015 | Continued review of intercompany accounts for the recovery model and reconciliation to the trial balance | Mary Cilia | 9 | 3.3 |
| 6/15/2015 | Work on reconciling claims data file to general ledger account detail. | David Kantorczyk | 9 | 7.5 |
| 6/16/2015 | Recovery/Liquidation/Distribution Model development | Raj Perubhatla | 9 | 1.5 |
| 6/16/2015 | Continued review of intercompany accounts for the recovery model and reconciliation to the trial balance | Mary Cilia | 9 | 4.1 |
| 6/16/2015 | Reconciliation of GL claims review files and related research | Mary Cilia | 9 | 6.3 |
| 6/16/2015 | Work on reconciling claims data file to general ledger account detail. | David Kantorczyk | 9 | 4.5 |
| 6/17/2015 | Continued reconciliation of GL claims review files and related research | Mary Cilia | 9 | 3.4 |
| 6/17/2015 | Continued review of intercompany accounts for the recovery model and reconciliation to the trial balance | Mary Cilia | 9 | 2.0 |
| 6/18/2015 | Recovery/Liquidation/Distribution Model development | Raj Perubhatla | 9 | 2.2 |
| 6/18/2015 | Preparation of intercompany template and other files for team, subsequent meetings/review of project and files to complete project | Mary Cilia | 9 | 3.5 |
| 6/19/2015 | Recovery/Liquidation/Distribution Model development | Raj Perubhatla | 9 | 2.5 |
| 6/19/2015 | Continued reconciliation of GL claims review files and related research | Mary Cilia | 9 | 4.5 |
| 6/22/2015 | Review of files and meeting with D. Tollefsen to discuss intercompany reconciliation project | Mary Cilia | 9 | 2.1 |
| 6/23/2015 | Review G/L and summary work for Canadian Debtor and Affiliate Entity | Daniel Tollefsen | 9 | 9.3 |
| 6/24/2015 | Meeting with EY, T. Ross and K. Schultea re:  tax solicitations and related follow up | Mary Cilia | 9 | 0.9 |
| 6/26/2015 | Recovery/Liquidation/Distribution Model development | Raj Perubhatla | 9 | 7.5 |
| 6/29/2015 | Review of intercompany summaries and comparison to various settlements | Mary Cilia | 9 | 2.3 |
| 6/30/2015 | Review of intercompany summaries and comparison to various settlements; related e-mails | Mary Cilia | 9 | 2.7 |
| 6/30/2015 | Revisions to claims database and reports to accommodate information required for recovery models | Mary Cilia | 9 | 2.1 |
| 6/30/2015 | Review G/L and summary work for US Debtor and Non-Debtor entities | Daniel Tollefsen | 9 | 7.4 |