# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**June 1 - 30, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 18,020.91 |
| Travel – Lodging | 14,460.22 |
| Travel – Transportation | 6,196.24 |
| Travel – Meals | 1,852.24 |
| Office Expenses | - |
| TOTAL | $ 40,529.61 |
| | |

Nortel Expense Report
PERIOD: June 1 - 30, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 6/1/2015 | Travel to Client site | $486.10 | $220.20 | $84.03 | $13.33 | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; lunch - $13.33(RP,BB) |
| 6/1/2015 | Travel to Client Site - Raleigh | $330.10 | $214.52 | | $338.10 | | Daniel Tollefsen | Economy Airfare, One night hotel (214.52), Meal Dinner (338.10) - KS,DT,MC,RP,BB,LB,FB,DK ($42.26 each) |
| 6/1/2015 | Travel to Client Site | $410.10 | $237.22 | $19.00 | | | David Kantorczyk | Economy Airfare; one night hotel; Parking @ IAH |
| 6/1/2015 | Travel to Raleigh Nortel Offices | $309.10 | $218.30 | $100.68 | | | Felicia Buenrostro | Economy airfare; one hotel night stay; Car Rental at Raleigh |
| 6/1/2015 | Travel to Raleigh Nortel Offices | $348.10 | $237.22 | $115.25 | | | Kathryn Schultea | Economy airfare; One night hotel stay;  To/From Airport; |
| 6/1/2015 | Travel to Client Site | $309.10 | $214.52 | $113.50 | | | Leticia Barrios | Economy Airfare; one night hotel; car to airport; - RTP stay |
| 6/1/2015 | Travel to Client Site | $493.60 | $203.17 | $164.15 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car; |
| 6/1/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 6/2/2015 | Travel from Client site | $486.10 | $220.19 | $42.00 | $25.98 | | Brandon Bangerter | Economy airfare; one night hotel; airport parking; lunch - $16.73(RP,BB); dinner - $9.25 |
| 6/2/2015 | Raleigh Stay | | $214.52 | | $116.68 | | Daniel Tollefsen | One night hotel (214.52), Meal-Dinner (116.68 - KS,DT,LB,FB - $29.17 ea) |
| 6/2/2015 | Work at Client Site | | $237.22 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; Dinner 14.03; Parking @ IAH |
| 6/2/2015 | Nortel office | | $218.30 | $100.68 | | | Felicia Buenrostro | One night hotel stay; Car Rental at Raleigh |
| 6/2/2015 | Nortel Office | | $237.22 | | | | Kathryn Schultea | One night Hotel stay; |
| 6/2/2015 | RTP Stay | | $214.52 | | | | Leticia Barrios | One night hotel - RTP stay |
| 6/2/2015 | | | $203.17 | $56.65 | | | Mary Cilia | T-Avis Rental Car |
| 6/2/2015 | Travel from client site | $586.10 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 6/3/2015 | Raleigh Stay | | $225.87 | | | | Daniel Tollefsen | One night hotel stay (225.87) |
| 6/3/2015 | Work at Client Site | | $248.57 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; Dinner 14.03; Parking @ IAH |
| 6/3/2015 | Nortel office | | $218.30 | $100.68 | | | Felicia Buenrostro | One night hotel stay; Car Rental at Raleigh |
| 6/3/2015 | Travel from Raleigh Nortel Offices | $348.10 | | $119.25 | | | Kathryn Schultea | Economy airfare; To/From Airport |
| 6/3/2015 | RTP Stay | | $225.87 | | | | Leticia Barrios | One night hotel - RTP stay |
| 6/3/2015 | | | $203.17 | $56.65 | | | Mary Cilia | T-Avis Rental Car |
| 6/4/2015 | Travel from Client Site - Raleigh | $330.11 | | $63.13 | | | Daniel Tollefsen | Economy Airfare, Parking (63.13) |
| 6/4/2015 | Travel from Client Site | $410.10 | | $19.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |
| 6/4/2015 | Travel from Raleigh Nortel Offices | $309.10 | | $219.93 | | | Felicia Buenrostro | Economy airfare; Car Rental at Raleigh ($100.68); Transportation from airport (119.25) |
| 6/4/2015 | Travel from Client Site | $309.10 | | | | | Leticia Barrios | Economy Airfare |
| 6/4/2015 | Travel from Client Site | $493.60 | | $164.15 | | | Mary Cilia | A-Economy Airfare; T-Avis Rental Car and Car Service from Airport to Home |
| 6/8/2015 | Travel to Client Site - Raleigh | $317.60 | $225.87 | $75.68 | | | Daniel Tollefsen | Economy Airfare, One night hotel stay (225.87), Car Rental (75.68) |
| 6/8/2015 | Travel to Raleigh Nortel Offices | $317.60 | $241.00 | $115.25 | | | Felicia Buenrostro | Economy airfare; one hotel night stay; transportation to airport |
| 6/8/2015 | Travel to client site | $373.60 | $237.22 | $92.00 | $6.66 | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay; Lunch (RP) |
| 6/9/2015 | Raleigh Stay | | $214.52 | $75.68 | $34.00 | | Daniel Tollefsen | One night hotel (214.52), Car Rental (75.68), Meal - (34.00) |
| 6/9/2015 | Nortel office | | $241.00 | | | | Felicia Buenrostro | One night hotel stay |
| 6/9/2015 | Client site stay | | $237.22 | $91.66 | | | Raj Perubhatla | one night hotel stay; Avis Rentacar for 2 days |
| 6/10/2015 | Raleigh Stay | | $214.52 | $75.68 | $70.20 | | Daniel Tollefsen | One night hotel (214.52), Car Rental (75.68), Meal (70.20) |
| 6/10/2015 | Nortel office | | $241.00 | | | | Felicia Buenrostro | One night hotel stay |
| 6/10/2015 | Travel from client site | $373.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home; meals (RP) |
| 6/11/2015 | Travel from Client Site - Raleigh | $317.60 | | $138.82 | | | Daniel Tollefsen | Economy Airfare, Car Rental (75.69), Parking (63.13) |
| 6/11/2015 | Travel from Raleigh Nortel Offices | $317.60 | | $119.25 | | | Felicia Buenrostro | Economy airfare; Transportation from airport |
| 6/14/2015 | Travel to Client Site | $410.10 | $203.17 | $19.00 | | | David Kantorczyk | Economy Airfare; one night hotel; Parking @ IAH |
| 6/14/2015 | Travel to Client Site | $410.10 | $203.17 | $160.49 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport; |

Nortel Expense Report

PERIOD: **June 1 - 30, 2015**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 6/15/2015 | Travel to Client site | $394.05 | $214.52 | $91.60 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 6/15/2015 | Travel to Client Site - Raleigh | $278.60 | $172.52 | | $223.61 | | Daniel Tollefsen | Economy Airfare, One night hotel (172.52), Dinner - Meal (223.61 - KS/DT/FB/BB/RP (44.72 ea) |
| 6/15/2015 | Work at Client Site | | $214.52 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; Dinner 14.03; Parking @ IAH |
| 6/15/2015 | Travel to Raleigh Nortel Offices | $358.10 | $191.82 | $115.25 | | | Felicia Buenrostro | Economy airfare; one hotel night stay; transportation to airport |
| 6/15/2015 | Travel to Raleigh Nortel Offices | $322.60 | $191.82 | $210.25 | | | Kathryn Schultea | Economy airfare; One night hotel stay; Team car rental at Raleigh $95.00; To/From Airport $115.25; |
| 6/15/2015 | | | $203.17 | $53.00 | $4.82 | | Mary Cilia | T-Avis Rental Car |
| 6/15/2015 | Travel to client site | $394.05 | $214.52 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 6/16/2015 | RTP stay | | $214.52 | $45.00 | $57.60 | | Brandon Bangerter | One night hotel; airport parking; lunch - $57.60(RP,BB,KS,LB,FB,DT - $9.60 ea) |
| 6/16/2015 | Raleigh Stay | | $172.52 | | $189.55 | | Daniel Tollefsen | One night hotel (172.52), Meal - Dinner (189.55 - KS/DT/FB/BB/RP - $37.91 ea) |
| 6/16/2015 | Work at Client Site | | $214.52 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; Dinner 14.03; Parking @ IAH |
| 6/16/2015 | Nortel office | | $191.82 | | | | Felicia Buenrostro | One night hotel stay |
| 6/16/2015 | Nortel office | | $191.82 | $95.00 | $109.00 | | Kathryn Schultea | One night Hotel stay; Team car rental at Raleigh; Lunch - KS, FB, LB, DT ($27.25 each); |
| 6/16/2015 | | | $225.87 | $53.00 | $4.82 | | Mary Cilia | T-Avis Rental Car |
| 6/16/2015 | Client site stay | | | | | | Raj Perubhatla | one night hotel stay |
| 6/17/2015 | Travel from Client site | $394.05 | | $80.50 | $43.10 | | Brandon Bangerter | Economy airfare; car from airport; lunch - $13.33(RP,BB); dinner - $29.77(RP,BB) |
| 6/17/2015 | Travel from Client Site - Raleigh | $278.60 | | $47.35 | | | Daniel Tollefsen | Economy Airfare, Parking (47.35) |
| 6/17/2015 | Travel to Client Site | $410.10 | | | | | David Kantorczyk | Economy Airfare; |
| 6/17/2015 | Travel from Raleigh Nortel Offices | $358.10 | | | | | Felicia Buenrostro | Economy airfare |
| 6/17/2015 | Travel from Raleigh Nortel Offices | $322.60 | | $214.25 | $66.43 | | Kathryn Schultea | Economy airfare; Team car rental at Raleigh $95.00; To/From Airport ($119.25); Lunch - KS, LB, FB, DT ($16.61 each) |
| 6/17/2015 | Travel from Client Site | $410.10 | | $160.49 | | | Mary Cilia | A-Economy Airfare; T-Avis Rental Car and Car Service from Airport to Home |
| 6/17/2015 | Travel from client site | $394.05 | $214.52 | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home; meals (RP) |
| 6/21/2015 | Travel to Client Site | $303.60 | $203.17 | $176.69 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car; |
| 6/22/2015 | Travel to Client site | $273.60 | $237.22 | $91.59 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; |
| 6/22/2015 | Travel to Client Site - Raleigh | $328.60 | $214.52 | $92.14 | $67.95 | | Daniel Tollefsen | Economy Airfare, One night hotel (214.52) Car Rental (92.14) Meal - Dinner (67.95 - DT/KS/LB) |
| 6/22/2015 | Travel to Raleigh Nortel Offices | $328.60 | $259.92 | $214.25 | | | Kathryn Schultea | Economy airfare; One night hotel stay; Team rental car in Raleigh $95.00; To/From Airport - $119.25 |
| 6/22/2015 | Travel to Client Site | $328.60 | $214.52 | | | | Leticia Barrios | Economy Airfare; one night hotel - RTP stay |
| 6/22/2015 | | | $203.17 | $69.20 | | | Mary Cilia | T-Avis Rental Car |
| 6/22/2015 | Travel to client site | $243.60 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 6/23/2015 | RTP stay | | $237.22 | | $33.29 | | Brandon Bangerter | One night hotel; lunch - $33.29(RP,BB) |
| 6/23/2015 | Raleigh Stay | | $237.22 | $92.15 | | | Daniel Tollefsen | One night hotel (237.22), Car Rental (92.15) |
| 6/23/2015 | Nortel office | | $259.92 | $95.00 | $67.00 | | Kathryn Schultea | One night Hotel stay; Team rental car in Raleigh $95.00; Lunch - KS, LB, DT ($22.33 each) |
| 6/23/2015 | RTP Stay | | $237.22 | | | | Leticia Barrios | One night hotel - RTP stay |
| 6/23/2015 | | | $225.87 | $69.20 | | | Mary Cilia | T-Avis Rental Car |
| 6/23/2015 | Client site stay | | $237.22 | | $7.85 | | Raj Perubhatla | lunch(RP);one night hotel stay |
| 6/24/2015 | Travel from Client site | $273.60 | | $42.00 | $21.94 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $21.94(RP,BB) |

Nortel Expense Report

PERIOD: **June 1 - 30, 2015**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 6/24/2015 | Raleigh Stay | | $237.22 | $92.15 | $73.46 | | Daniel Tollefsen | One night hotel (237.22), Car Rental (92.15), Meal - Dinner (73.46 - KS/DT/LB - $24.49 ea) |
| 6/24/2015 | Nortel office | | $259.92 | $95.00 | $62.99 | | Kathryn Schultea | One night Hotel stay; Team rental car in Raleigh $95.00; Lunch - KS, LB, DT ($20.99 each) |
| 6/24/2015 | RTP Stay | | $237.22 | | | | Leticia Barrios | One night hotel - RTP stay |
| 6/24/2015 | Travel from Client Site | $303.60 | $225.87 | $176.69 | | | Mary Cilia | A-Economy Airfare; T-Avis Rental Car and Car Service from Airport to Home |
| 6/24/2015 | Travel from client site | $243.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home; meals (RP) |
| 6/25/2015 | Travel from Client Site - Raleigh | $328.60 | | $155.28 | $44.70 | | Daniel Tollefsen | Economy Airfare, Car Rental (92.15), Parking (63.13), Lunch - Meal (44.70 - DT/KS/LB) |
| 6/25/2015 | Travel from Raleigh Nortel Offices | $328.60 | | $214.25 | | | Kathryn Schultea | Economy airfare; Team rental car in Raleigh $95.00; To/From Airport - $119.25 |
| 6/25/2015 | Travel from Client Site | $328.60 | | | | | Leticia Barrios | Economy Airfare |
| 6/29/2015 | Travel to Client site | $324.10 | $169.12 | $87.72 | $66.35 | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; lunch - $58.00(RP,BB); dinner - $8.35 |
| 6/29/2015 | Travel to client site | $324.10 | $191.82 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 6/30/2015 | Travel from Client site | $324.10 | $169.12 | $45.00 | $46.71 | | Brandon Bangerter | Economy airfare; one night hotel; airport parking; lunch - $18.02(RP,BB); dinner - $28.69(RP,BB) |
| 6/30/2015 | Client site stay | $324.10 | $191.82 | | | | Raj Perubhatla | one night hotel stay |
| | | | | | | | | |
| | | $ 18,020.91 | $ 14,460.22 | $ 6,196.24 | $ 1,852.24 | $   - | | |