**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF APPEAL BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL.**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Official Committee") of Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors"), by and through its undersigned counsel, hereby appeals, pursuant to 28 U.S.C. § 158(a)(1), to the United States District Court for the District of Delaware the *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) entered by the United States Bankruptcy Court for the District of Delaware, Hon. Kevin Gross, J., on May 12, 2015, and the *Memorandum Order on Motions for Reconsideration* (D.I. 15830) entered by the same court on July 6, 2015. Attached as Exhibits A, B and C, respectively, are the *Allocation Trial Opinion*, *Order*, and *Memorandum Order on Motions for Reconsideration*.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

The names of all parties to the opinion and orders appealed from, and their respective counsel, are set forth below:

| **Party** | **Counsel** |
|---|---|
| U.S. Debtors | Cleary Gottlieb Steen & Hamilton LLP<br>Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 872-2000<br>-and-<br>Morris, Nichols, Arsht & Tunnell LLP<br>Derek C. Abbot<br>Eric D. Schwartz<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>(302) 658-9200 |
| Ad hoc Bondholder Group | Milbank, Tweed, Hadley & McCloy LLP<br>Andrew LeBlanc<br>Dennis F. Dunne<br>Albert A. Pisa<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>-and-<br>Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware 19809<br>(302) 652-4100 |
| Bank of New York Mellon, as Indenture Trustee | Vedder Price P.C.<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>(212) 407-7700<br>-and-<br>Duane Morris LLP<br>Michael R. Lastowski |

| Party | Counsel |
|---|---|
| | Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>(302) 657-4900 |
| Law Debenture Trust Company of New York, as Indenture Trustee | Patterson Belknap Webb & Tyler LLP<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000<br>-and-<br>Morris James LLP<br>Stephen P. Miller<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899<br>(302) 888-6800 |
| Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors | Allen & Overy LLP<br>Ken Coleman<br>Jacob S. Pultman<br>1221 Avenue of the Americas<br>New York, New York 10020<br>(212) 610-6300<br>-and-<br>Buchanan Ingersoll & Rooney PC<br>Mary F. Caloway<br>Kathleen A. Murphy<br>919 Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 552-4200 |
| Canadian Creditors Committee | DLA Piper LLP (US)<br>Selinda A. Melnik<br>Timothy Hoeffner<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>(302) 468-5650 |
| Wilmington Trust, N.A., as Indenture Trustee | Katten Muchin Rosenman LLP<br>David A. Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 10022<br>(212) 940-8800<br>-and- |

| Party | Counsel |
|---|---|
| | Chipman Brown Cicero & Cole, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>Ann M. Kasishian<br>1007 North Orange Street<br>Wilmington, Delaware 19801<br>(302) 295-0191 |
| Ernst & Young LLP, as Joint Administrators of the EMEA Debtors | Hughes Hubbard & Reed LLP<br>Derek J.T. Adler<br>Neil Oxford<br>Amera Z. Chowhan<br>Gabrielle Glemann<br>Charles H. Huberty<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br>-and-<br>Young Conaway Stargatt & Taylor, LLP<br>James L. Patton<br>Edwin J. Harron<br>Jon T. Dorsey<br>Jamie Luton Chapman<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600 |
| Stephen Taylor, Conflicts Administrator for Nortel Networks SA | Skadden, Arps, Slate, Meagher & Flom LLP<br>Robert A. Weber<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000<br>-and-<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>George R. Zimmerman<br>Susan L. Saltzstein<br>4 Times Square<br>New York, NY 10036<br>(212) 735-3000 |
| U.K. Pension Claimants | Willkie Farr & Gallagher LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan |

| **Party** | **Counsel** |
|---|---|
| | 787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000<br><br>-and-<br><br>Bayard, P.A.<br>Charlene D. Davis<br>Justin Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>(302) 655-5000 |
| Nortel Trade Claims Consortium | Fox Rothschild LLP<br>Jeffrey M. Schlerf<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>(302) 654-7444<br><br>-and-<br><br>Brown Rudnick LLP<br>Steven D. Pohl, Esq.<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200<br><br>-and-<br><br>Brown Rudnick LLP<br>Edward S. Weisfelner, Esq.<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800 |
| Office of the United States Trustee | United States Trustee for Region 3<br>Mark Kenney, Trial Attorney<br>844 King Street, Suite 2207, Lockbox 35<br>(302) 573-6491 |

Dated: July 9, 2015
Wilmington, Delaware

Respectfully submitted,

By: */s/ Christopher M. Samis*

Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
csamis@wtplaw.com
kgood@wtplaw.com
Tel.: (302) 353-4144

and

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
Brad M. Kahn (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
bkahn@akingump.com
Tel.: (212) 872-1000

*Co-counsel to the Official Committee*