# Notice Recipients

| District/Off: 0311−1 | User: SH | Date Created: 7/10/2015 |
|---|---|---|
| Case: 09−10138−KG | Form ID: van440 | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        California Franchise Tax Board
                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty         Charlene D. Davis        Bayard, P.A.        222 Delaware Avenue, Suite 900        P.O. Box 25130        Wilmington, DE 19899
aty         Charles H. Huberty        Hughes Hubbard & Reed LLP        One Battery Park Plaza        New York, NY 10004−1482
aty         Edward S. Weisfelner        Brown Rudnick LLP        Seven Times Square        New York, NY 10036
aty         Edwin J. Harron        Young, Conaway, Stargatt & Taylor        The Brandywine Building        1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899−0391
aty         George A. Zimmerman        Skadden, Arps, Slate, Meagher & Flom LLP        Four Times Square        New York, NY 10036−6522
aty         Jeffrey M. Schlerf        Fox Rothschild LLP        Citizens Bank Center, Suite 300        919 North Market Street        P.O. Box 2323        Wilmington, DE 19899−2323
aty         Justin R. Alberto        Bayard, P.A.        222 Delaware Avenue        Suite 900        P.O. Box 25130        Wilmington, DE 19899
aty         Mark S. Kenney        Office of the U.S. Trustee        844 King Street, Suite 2207        Lockbox 35        Wilmington, DE 19801
aty         Robert Alan Weber        Skadden Arps Slate Meagher & Flom LLP        One Rodney Square        Wilmington, DE 19899
aty         Steven D. Pohl        Brown Rudnick LLP        One Financial Center        Boston, MA 02111
            Jeffrey A. Rosenthal        Cleary Gottlieb Steen & Hamilton LLP        One Liberty Plaza        New York, NY 10006
            Lisa Schweitzer        Cleary Gottlieb Steen & Hamilton LLP        One Liberty Plaza        New York, NY 10006
            Andrew LeBlanc        Milbank Tweed Hadley & McCloy LLP        1 Chase Manhattan Plaza        New York, NY 10005
            Dennis Dunne        Milbank Tweek Hadley & McCloy LLP        1 Chase Manhattan Plaza        New York, NY 10005
            Albert Pisa        Milbank Tweed Hadley & McCloy LLP        1 Chase Manhattan Plaza        New York, NY 10005
            Christopher M. Winter        222 Delaware Avenue        Suite 1600        Wilmington, DE 19801
            Stephen P. Miller        Morris James LLP        500 Delaware Avenue        Suite 1500        PO Box 2306        Wilmington, DE 19899
            Derek J.T. Adler        Huges Hubbard & Reed LLP        One Battery Park Plaza        New York, NY 10004
            James L. Patton        Young Conaway Stargatt & Taylor LLP        Rodney Square        1000 North King Street        Wilmington, DE 19801
            Jamie Luton Chapman        Young Conaway Stargatt & Taylor LLP        Rodney Square        1000 North King Street        Wilmington, DE 19801
            Jon T. Dorsey        Young Conaway Stargatt & Taylor LLP        Rodney Square        1000 North King Street        Wilmington, DE 19801
            Susan L. Saltzstein        Skadden Arps Slate Meagher & Flom LLP        4 Times Square        New York, NY 10036
            Sameer Advani        Willkie Farr & Gallagher LLP        787 Seventh Avenue        New York, NY 10019
            Weston T. Eguchi        Willkie Farr & Gallagher LLP        787 Seventh Avenue        New York, NY 10019
            Brian E. O'Connor        Willkie Farr & Gallagher LLP        787 Seventh Avenue        New York, NY 10019
            Andrew Hanrahan        Willkie Farr & Gallagher LLP        787 Seventh Avenue        New York, NY 10019
            Mark Kenney        United States Trustee for Region 3        844 King Street        Suite 2207        Lockbox 35        Wilmington, DE 19801

                                                                                                TOTAL: 27