UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138    BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Allocation Trial Opinion; Order Regarding Allocation Trial Opinion; Memorandum Order on Motions for Reconsideration

**Docket #:** 15544    **Date Entered:** 5/12/15; 7/6/15

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 15846 | Date Filed: 7/9/15 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Official Committee of Unsecured Creditors

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Christopher Samis
Whiteford, Taylor & Preston LLP
The Renaissance Center
405 North King Street, Suite 500
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Derek Abbott
Morriss Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? Civil Action Number: | ○ | ● |
| Record on Appeal | ○ | ● |

*(continued on next page)*

**Notes:** Designations have not been filed yet and will be transmitted upon filing

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/10/15        **by:** Sara Hughes
                               **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-25