IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------X | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 14, 2015 AT 10:00 A.M. (EASTERN TIME)**

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Application of the Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Successor Financial Advisor, *Nunc Pro Tunc* to June 1, 2015 (D.I. 15786, Filed 6/22/15).

    Objection Deadline: July 6, 2015 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a) Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Berkeley Research Group, LLC as Successor Financial Advisor, *Nunc Pro Tunc* to June 1, 2015 (D.I. 15841, Filed 7/8/15); and

(b) Order Authorizing the Official Committee of Unsecured Creditors of Nortel Networks Inc. et al to Employ and Retain Berkeley Research Group LLC as Successor Financial Advisor *Nunc Pro Tunc* to June 1, 2015 (D.I. 15843, Entered 7/9/15).

Status: An order has been entered regarding this matter.

Dated: July 10, 2015
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

9288692.1