# SERVICE LIST

**BY EMAIL:**

Rahul Kumar
Email: rk8228@yahoo.com
C-701 Neelachal Apt. Plot No 3
Sector 4 Dwarka
New Delhi, 110078
INDIA

**BY FACSIMILE:**

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE 19801
FAX: 302-654-2067

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE 19801
FAX: 302-654-2067

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE 19801
FAX: 302-252-4466

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE 19801
FAX: 302-658-6395

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 800
Wilmington, DE 19801
FAX: 302-425-6464

Michael D. DeBaecke Esq
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE 19801
FAX: 302-428-5107

Mary F. Caloway Esq
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE 19801-1228
FAX: 302-552-4295

William E. Chipman
Mark D. Olivere
Anne M. Kashishian
Chipman Brown Cicero & Cole LLP
1007 N. Orange Street
Suite 1110
Wilmington, DE 19801
FAX: 302-295-0199

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE 19801
FAX: 302-652-3117

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE 19801
FAX: 302-777-4224

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801
FAX: 302-573-6431

Selinda A. Melnik
DLA Piper LLP (US)
919 N. Market Street
15th Floor
Wilmington, DE 19801
FAX: 302-394-2341

Howard A. Cohen Esq
Drinker Biddle & Reath LLP
222 Delaware Avenue
Suite 1410
Wilmington, DE 19801
FAX: 302-467-4201

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE 19801-1659
FAX: 302-657-4901

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Ste 1500
Wilmington, DE 19801
FAX: 302-777-7263

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE 19801
FAX: 302-384-9399

Jeffrey M. Gorris
Christopher M. Foulds
Freidlander & Gorris PA
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
FAX: 302-573-3501

Jeffrey M. Schlerf
Fox Rothschild LLP
Citizens Bank Center
919 N. Market St. Ste. 300
Wilmington, DE 19801
FAX: 302-656-8920

Domenic Pacitti Esq
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE 19801
FAX: 302-426-9193

Adam G. Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE 19801
FAX: 302-467-4450

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE 19801
FAX: 302-656-2769

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801
FAX: 302-571-1750

Carl N. Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801
FAX: 302-571-1750

Stephen M. Miller
Morris James LLP
500 Delaware Ave
Ste. 1500
Wilmington, DE 19801
FAX: 302-571-1750

Mark Kenney Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE 19801-3519
FAX: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19801
FAX: 302-652-4400

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE 19801
FAX: 302-421-8390

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE 19801
FAX: 302-421-8390

Joanne P. Pinckney
Pinckney Weidinger Urban & Joyce
1220 N. Market Street
Ste 950
Wilmington, DE 19801
FAX: 302-655-5213

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli PC
222 Delaware Ave
Ste 1101
Wilmington, DE 19801
FAX: 302-252-0921

Kurt F. Gwynne Esq
J. Cory Falgowski Esq
Reed Smith LLP
1201 N Market Street
Ste 1500
Wilmington, DE 19801
FAX: 302-778-7575

Robert A. Weber Esq.
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE 19801
FAX: 302-651-3001

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE 19899-0636
FAX: 302-651-3001

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE 19801
FAX: 302-652-8405

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Ste 400
Wilmington, DE 19801
FAX: 302-428-8195

Nicholas Skiles Esq
Swartz Campbell LLC
300 Delaware Ave
Ste 1410
Wilmington, DE 19801
FAX: 302-656-1434

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE 19801
FAX: 302-652-1111

Christopher M. Samis
L. Katherine Good
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street Ste. 500
Wilmington, DE 19801
FAX: 302-651-7701

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice
222 Delaware Ave
Ste 1501
Wilmington, DE 19801
FAX: 302-252-4330

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE 19801
FAX: 302-571-1253

Michael J. Wunder
Ryan Jacobs
R. Snayne Kukulowicz
Cassels Brock & Blackwell LLP
40 King St West
Suite 2100 Scotia Plaza
Toronto, Ontario M5H 3C2
CANADA
FAX: 416-640-3206

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario M5H 2S7
CANADA
FAX: 416-979-1234

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West_Ste. 1600
Toronto, Ontario M5X 1G5
CANADA
FAX: 416-862-7661

Stephen Gale
Herbert Smith
Exchange House
Primrose Street
London, UK EC2A 2HS
ENGLAND
FAX: 011-44-20-7098-4878

Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East 4th Floor
Montreal, QC H3G 2W6
CANADA
FAX: 845-491-5032

Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St. Ste. 3800
Toronto, Ontario M5J 2Z4
CANADA
FAX: 416-216-3930

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
FAX: 615-741-3334

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
FAX: 855-384-3834

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233
FAX: 704-943-1152

John P. Dillman Esq
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
FAX: 713-844-3503

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO 65105-0475
FAX: 573-751-7232

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC 27602-2611
FAX: 919-821-6800

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1270
Midlothian, VA 23113
FAX: (804) 378-2681

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
FAX: 202-307-0494

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC 20044
FAX: 202-514-6866

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424
FAX: 215-986-5721

George A. Zimmerman
Susan L. Saltzstein
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036-6522
FAX: 212-735-2000

Fred S. Hodara Esq
Ryan C. Jacobs Esq
David H. Botter Esq
Akin Gump
One Bryant Park
New York, NY 10036
FAX: 212-872-1002

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032
FAX: 281-985-6321

Ken Coleman
Paul B. Keller
Daniel Guyder
Laura Hall
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY 10020
FAX: 212-610-6399

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL 32801
FAX: 407-770-6162

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031
FAX: 404-873-8121

Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX 75201
FAX: 214-661-4605

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103
FAX: 215-864-9473
215-864-8999

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
FAX: 617-422-0383

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME 04104-5029
FAX: 207-774-1127

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA 94306
FAX: 650-494-2738

Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY 14620-1678
FAX: 585-238-9012

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY 10020
FAX: 212-938-3837

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ 08096
FAX: 856-853-9933

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave
Ste 1400
Austin, TX 78701
FAX: 512-226-7324

Steven D. Pohl
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
FAX: 617-856-8201

Edward S. Weisfelner
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
FAX: 212-209-4801

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY 10104
FAX: 212-541-4630

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL 60601
FAX: 312-602-5050

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO 63102
FAX: 314-552-8869

Shawn M. Christianson Esq
Buchalter Nemer
55 Second Street
17th Floor
San Francisco, CA 94105-3493
FAX: 415-227-0770

Susan P. Johnston Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
FAX: 212-732-3232

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
FAX: 212-541-5369

Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900
Dallas, TX 75202
FAX: 214-672-2020

Steven J. Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle
101 Park Ave
New York, NY 10178-0061
FAX: 212-697-1559

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI 53202-6613
FAX: 414-278-3656

James C. Waggoner Esq
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR 97201-5630
FAX: 503-778-5299

Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE 19901
FAX: 302-739-5831

Richard M. Kremen Esq
Dale K. Cathell Esq
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD 21209
FAX: 410-580-3001

Steve Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA 95035
FAX: 408-956-6222

Rachel S. Budke Esq
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408
FAX: 561-691-7103

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL 60606
FAX: 312-360-6995

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198
FAX: 212-318-3400

David N. Crapo Esq
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
FAX: 973-639-6244

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL 60601
FAX: 312-236-3241

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH 44114
FAX: 216-241-2824

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109
FAX: 617-345-9020

Ramona Neal Esq
HP Company
11307 Chinden Blvd
MS 314
Boise, ID 83714
FAX: 208-396-3958

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004
FAX: 212-422-4726

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX 75202-2799
FAX: 214-740-7181

Kenneth E. Noble Esq
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585
FAX: 212-894-5653

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA 90067-3012
FAX: 310-788-4471

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Kevin M. Baum
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585
FAX: 212-940-8776

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
FAX: 212-808-7897

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market Street
Ste 1400
Philadelphia, PA 19103
FAX: 215-568-6603

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY 10036
FAX: 212-715-8000

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO 80202
FAX: 720-931-3201

Scott K. Brown Esq
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ 85004
FAX: 602-734-3866

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson
Travis Bldg Ste 300
711 Navarro
San Antonio, TX 78205
FAX: 210-226-4308

Elizabeth Weller Esq
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Ste 1000
Dallas, TX 75207
FAX: 469-221-5002

Vincent A. D'Agostino Esq
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068
FAX: 973-597-2400

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068
FAX: 973-597-2400

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY 11743
FAX: 631-923-2860

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY 10173-1922
FAX: 212-220-9504

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019
FAX: 212-262-1910

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404
FAX: 312-706-9359

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Ste 1000
Baltimore, MD 21202-1671
FAX: 410-659-4488

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA 22102-4215
FAX: 703-712-5050

Merle C. Meyers Esq
Michele Thompson Esq
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA 94104
FAX: 415-362-7515

Dennis F. Dunne Esq
Thomas R. Kreller Esq
Albert A. Pisa Esq
Andrew M. Leblanc Esq
Milbank Tweed Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
FAX: 212-822-5219

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St
Ste 3000
Los Angeles, CA 90017
FAX: 213-629-5063

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY 10022
FAX: 866-741-2505

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO 80202-5332
FAX: 720-913-3180

Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111-3600
FAX: 415-984-8300

Robert S. McWhorter Esq
Nossaman LLP
621 Capitol Mall
25th Floor
Sacramento, CA 95814
FAX: 916-442-0382

Raniero D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
FAX: 212-506-5151

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA 19602-1184
FAX: 610-378-4459

Carol E. Momjian Esq
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA 19107-3603
FAX: 215-560-2202

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
FAX: 212-336-2222

Ann Groninger Esq
Patterson Harkavy
225 E. Worthington Ave
Ste 200
Charlotte, NC 28203
FAX: 919-942-5256

Robert Winter
Paul Hastings Janofsky & Walker LLP
875 15th St N.W.
Washington, DC 20005
FAX: 202-551-0129

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY 10019-6064
FAX: 212-757-3990

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC 20005-4026
FAX: 202-326-4112

Elizabeth Banda Esq
Perdue Brandon Fielder Collins & Mott
500 E. Border St.
Ste 640
Arlington, TX 76010
FAX: 817-860-6509

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA 17101-1601
FAX: 717-731-1985

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Ste 2300
Charlotte, NC 28202
FAX: 704-342-5264

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036
FAX: 212-515-6959

Susheel Kirpalani
James C. Tecce
Daniel S. Holzman
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
22nd Floor
New York, NY 10010
FAX: 212-849-7100

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State Street
Ste 1400
Salt Lake City, UT 84145-0385
FAX: 801-532-7543

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA 98154-1192
FAX: 206-389-1708

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Ste 200
Melville, NY 11747
FAX: 631-367-1173

David M. Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Ste 1900
Charlotte, NC 28246
FAX: 704-378-4000

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY 10036-8704
FAX: 212-596-9090

James M. Wilton
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA 02199-3600
FAX: 617-951-7050

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD 21202
FAX: 410-332-8964

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY 10281-1022
FAX: 212-336-1348

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE 19901
FAX: 302-739-5635

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza
24th Floor
New York, NY 10112
FAX: 212-653-8701

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad Street
Ste 2100
Philadelphia, PA 19109
FAX: 215-864-9669

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg
675 Third Ave
31st Floor
New York, NY 10017
FAX: 212-681-4041

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709
FAX: 919-541-8297

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas
19th Floor
New York, NY 10036
FAX: 212-704-2236

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL 60606
FAX: 312-876-3816

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO 80124
FAX: 303-566-1010

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC 20036
FAX: 202-776-0080

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019
FAX: 212-407-7799

Michael J. Riela
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019
FAX: 212-407-7799

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
222 North LaSalle St Ste 2600
Chicago, IL 60601
FAX: 312-609-5005

Randall D. Crocker Esq
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI 53202
FAX: 414-238-6532

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH 43215
FAX: 614-719-4663

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY 10019
FAX: 212-403-2217

Andrew M. Gould
Wick Phillips Gould & Martin LLP
2100 Ross Avenue Ste. 950
Dallas, TX 75201
FAX: 214-692-6255

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL 60606
FAX: 312-416-4886

Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019
FAX: 212-728-8111

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019-6099
FAX: 212-728-8111

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman
& Dicker
1133 Westchester Ave
Ste N 100
West Harrison, NY 10604
FAX: 914-323-7001

Robert E. Nies Esq
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
FAX: 973-530-2212

John J. Rossi
1568 Woodcrest Drive
Wooster, OH 44691
FAX: 330-264-7737

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962
FAX: 530-692-1499

Janette M. Head
16 Gleneagle Drive
Bedford, NH 03110
FAX: 603-935-7571

J. Scott Douglass Esq
909 Fannin
Ste 1800
Houston, TX 77010
FAX: 713-227-7497

Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS 39455
FAX: 577-276-1232

**BY OVERNIGHT MAIL:**

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario K1A 1K3
CANADA

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90074-0110

Jerry Wadlow
P.O. Box 722
Stratford, OK 74872

Thelma Watson
P.O. Box 971
Bath, SC 29816

Michael R. Thompson
564 Old Candia Road
Candia, NH 03034

Ronald Rowland Esq
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD 21094

Off of Unemplmt Ins Contrib Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD 21201

Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

Securities & Exchange Commission
100 F St NE
Washington, DC 20549

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA 19341

Managing Director/Legal Services
U.S. Department of Labor
200 Constitution Ave NW
Frances Perkins Building
Suite S-1524
Washington, DC 20210

Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC 27530

Debra L. Vega
818 Glenco Road
Durham, NC 27703

Wendy Boswell Mann
4913 Summit Place Dr. NW
Apt. 404
Wilson, NC 27896

Brad Lee Henry
11596 W. Sierra Dawn Boulevard
Lot 386
Surprise, AZ 85378

Najam ud Dean
6 Augusta Drive
Milbury, MA 01527

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC 28079

Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA 90505

Michael P. Alms
4944 Elm Island Circle
Waterford, WI 53185

Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC 27527

Carol F. Raymond
7962 S.W. 185 Street
Miami, FL 33157-7487

Richard Lynn Engleman
1505 Nevada Drive
Plano, TX 75093

Mark R. Janis
193 Via Soderini
Aptos, CA 95003

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA 30062

Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY 12020

James Hunt
8903 Handel Loop
Land O Lakes, FL 34637

David Litz
316 N. Manus Drive
Dallas, TX 75224

Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX 75454

Chad Soraino
8974 Hickory Ave.
Hesperia, CA 92345

Bruce Francis
5506 Lake Elton Road
Durham, NC 27713

Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC 27312

Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC 28584

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN 37015

Marilyn Day
2020 Fox Glen Drive
Allen, TX 75013

James Lee
1310 Richmond Street
El Cerrito, CA 94530

Freddie Wormsbaker
327 Locust Street
Twin Falls, ID 83301

Scott Gennett
16 Wildwood Street
Lake Grove, NY 11755

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL 60137

Kim M. Yates
207 Tomato Hill Road
Leesburg, FL 34748

Remajos Brown
2353 Sword Drive
Garland, TX 75044-6036

Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC 27604

Jane Neumann
11730 Co Road 24
Watertown, MN 55388

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV 89060

Steven E. Bennett
37052 Chestnut Street
Newark, CA 94560

Alan Heinbaugh
19816 Colby Court
Saratoga, CA 95070

George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA 95826

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC 27587

Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC 27504

Terry D. Massengill
126 Keri Drive
Garner, NC 27529

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC 27560

Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA 92131

Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN 55317

Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC 28528

Victoria Anstead
3894 Ridge Lea Road #A
Amherst, NY 14228

Sandra Aiken
3166 Tump Wilkins Road
Stern, NC 27581

Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA 30044

Barbara Carr
145 Grecian Parkway
Rochester, NY 14626

Herbert Preston Stansbury
3193 US Highway 15
Stern, NC 27581

Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA 93257

Vernon M. Long
4929 Kelso Lane
Garland, TX 75043

Shirley Maddry
187 Bear Branch Road
Rockingham, NC 28379-7943

Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070

Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA 95035

Emily D. Cullen
100 Telmew Court
Cary, NC 27518

Reid T. Mullett
4224 Thamesgate Close
Norcross, GA 30092

Danny Owenby
2136 Sapelo Court
Fernandina, FL 32034

Susan Ann Heisler
133 Anna Road Box 194
Blakelee, PA 18610

Richard Hodges
12804 Pamplona Dr
Wake Forest, NC 27587

Wanda Jacobs
801 Dupree Street
Durham, NC 27701

Paul Edward Morrison
2241 College Avenue
Quincy, IL 62301

John Mercer
2123 14th Street
Moline, IL 61265