# **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on July 13, 2015, in the manner indicated upon the entities identified below.

Date: July 13, 2015  
Wilmington, Delaware

*/s/ Tamara K. Minott*  
Tamara K. Minott (No. 5643)

### **Via Hand Delivery**

Donald J. Detweiler  
John H. Schanne II  
Pepper Hamilton LLP  
1313 N. Market St.  
Wilmington, DE 19801  
(Counsel for Sterling Mets, L.P. and  
Queens Ballpark Company, L.L.C.)

### **Via First Class Mail**

Timothy W. Walsh  
Andrew B. Kratenstein  
McDermott Will & Emery LLP  
340 Madison Avenue  
New York, NY 10173  
(Counsel for Sterling Mets, L.P. and  
Queens Ballpark Company, L.L.C.)