# Notice Recipients

District/Off: 0311−1      User: SH      Date Created: 7/14/2015
Case: 09−10138−KG      Form ID: van441      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp      Peter S. Budihardjo      103 Lochfield Drive      Cary, NC 27518

TOTAL: 1