# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 7/14/2015 |
| Case: 09−10138−KG | Form ID: van440 | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| intp | Peter S. Budihardjo | 103 Lochfield Drive    Cary, NC 27518 |
| aty | Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP    1201 North Market Street    P.O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP    1201 N.Market Street    P. O. Box 1347    Wilmington, DE 19801 |
| aty | James L. Bromley | Cleary Gottlieb Steen & Hamilton    One Liberty Plaza    New York, NY 10006 |
| aty | Mark S. Kenney | Office of the U.S. Trustee    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801 |
| aty | Tamara K. Minott | Morris, Nichols, Arsht & Tunnell LLP    1201 North Market Street    PO BOX 1347    Wilmington, DE 19866 |
| | Lisa Schweitzer | One Liberty Plaza    New York, NY 10006 |

TOTAL: 7