UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138          BK ⦿ AP ◯

If AP, related BK case number:

**Title of Order Appealed:** Order Granting Debtors' Thirty-Eighth Omnibus Objection (Substantive) to Certain Claims

**Docket #:** 15811      **Date Entered:** 6/30/15

Item Transmitted:

| | | |
|---|---|---|
| ☑ **Notice of Appeal** | **Docket #:** 15866 | **Date Filed:** 7/14/15 |
| ☐ **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** |
| ☐ **Cross Appeal** | **Docket #:** | **Date Filed:** |
| ☐ **Motion for Leave to Appeal** | **Docket #:** | **Date Filed:** |
| ☐ **Record on Appeal** | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**                    **Appellee/Cross Appellee**

Peter Budiharadjo                                   Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**          **Counsel for Appellee/Cross Appellee:**

pro se                                              Tamara Minott
                                                    Morris Nichols Arsht &Tunnell LLP
                                                    1201 North Market Street
                                                    Wilmington DE 19866

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ◯ | No ⦿ |
| **IFP application filed by applicant?** | Yes ◯ | No ⦿ |
| **Have additional appeals of the same order been filed?** | Yes ◯ | No ⦿ |
| **\*If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: | Yes ◯ | No ⦿ |
| **Record on Appeal** | Yes ◯ | No ⦿ |

*(continued on next page)*

**Notes:** No designation filed to date.  Once filed will transmit

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/14/15          **by:** Sara Hughes
_____
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-26