09-10138

Official Form 17A (12/14)

[Caption as in Form 16A, 16B, or 16D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

FILED 2015 JUL 14 AM 9:2_
CLERK US BANKRUPTCY
DISTRICT OF DE

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): _PETER S. BUDIHARDJO_

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: _DOC 15811 (ATTACHED)_

2. State the date on which the judgment, order, or decree was entered: _06/30/2015_

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _NORTEL NETWORKS INC_    Attorney: _CLEARY, GOTLIEB STEEN & HAMILTON LLP_
   _ONE LIBERTY PLAZA_
   _NEW YORK, NY 10006_
   _ATTN: LISA M SCHWEITZER_

2. Party: _____    Attorney: _____

Official Form 17A (12/14)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_[signature]_                                                                     Date: 07/13/2015

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
PETER BUDIHARDJO
103 LOCHFIELD DR
CARY, NC 27518
919-859-2383

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.