# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

June 1, 2015 through June 30, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $25.00 |
| Transcripts | | 2,158.40 |
| Consulting/Professional Services | | 60.00 |
| Photos/Art/ Spec Duplicating | Out of Office | 237.36 |
| Meals | | 17.50 |
| Courier/Delivery Service | | 1,885.32 |
| Computer Research | Westlaw | 356.28 |
| In-House Duplicating | | 415.50 |
| Secretarial Overtime | | 64.00 |
| Pacer | | 34.10 |
| Facsimile | | 255.25 |
| Conference Calls | | 23.38 |
| **Total Expenses** | | **$5,532.09** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1309138 | 05/21/15 | B | 25.00 | Court Costs - AMERICAN EXPRESS - USDC - FILIN FEES - 5/21/15 | 503 | 000 | 209647 |
| 1305199 | 06/04/15 | B | 470.45 | Transcripts - DIAZ DATA SERVICES - EXPEDITED TRANSCRIPT - 6/4/15 | 506 | 971 | 209431 |
| 1314672 | 06/30/15 | B | 1,687.95 | Transcripts - DIAZ DATA SERVICES - TRANSCRIPT 7/1/15 | 506 | 971 | 209981 |
| 1309128 | 05/15/15 | B | 30.00 | Consulting/Professional Services - AMERICAN EXPRESS - COURTCALL - TELECONFERENCE SERVICES 5/15/15 | 509 - | 000 | 209647 |
| 1309130 | 05/15/15 | B | 30.00 | Consulting/Professional Services - AMERICAN EXPRESS - COURTCALL - TELECONFERENCE SERVICES 5/15/15 | 509 - | 000 | 209647 |
| 1314053 | 06/11/15 | B | 21.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY PRINT | 510 | 684 | 209910 |
| 1314052 | 06/23/15 | B | 196.26 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY B/W, BINDERS, TABS | 510 | 684 | 209909 |
| 1315687 | 06/26/15 | B | 20.10 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 6/26/15 | 510 | 684 | 210006 |
| 1314079 | 06/30/15 | B | 17.50 | Meals - URBAN CAFE, LLC - BREAKFAST FOR 4 PEOPLE - 6/30/15 | 512 | 971 | 209942 |
| 1308854 | 05/02/15 | B | 5.00 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - 5/2/15 | 514 | 000 | 209647 |
| 1308855 | 05/02/15 | B | 5.00 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - 5/2/15 | 514 | 000 | 209647 |
| 1309133 | 05/15/15 | B | 5.00 | Courier/Delivery Service - AMERICAN EXPRESS - CREDIT FOR CANCELLED USPS CHARGES - 5/15/15 | 514 | 000 | 209647 |
| 1309134 | 05/16/15 | B | 5.00 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - 5/16/15 | 514 | 000 | 209647 |
| 1309146 | 05/27/15 | B | 5.00 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - 5/27/15 | 514 | 000 | 209647 |
| 1307856 | 05/29/15 | B | 5.00 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 209589 |
| 1309113 | 06/02/15 | B | 5.00 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 209651 |
| 1309112 | 06/03/15 | B | 5.00 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 209651 |
| 1308828 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308829 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308830 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308831 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308832 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1309616 | 06/11/15 | B | 5.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 684 | 209675 |
| 1309622 | 06/11/15 | B | 5.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 451 | 209677 |
| 1308768 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308769 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308770 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308771 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308772 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308773 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |

| Nortel Networks, Inc. 63989-DIP | | | | | PRO FORMA 379937 | AS OF 06/30/15 | | | INVOICE# ****** |
|---|---|---|---|---|---|---|---|---|---|
| DATE: 07/15/15 10:15:54 | | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1308822 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308823 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308824 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308825 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308826 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308827 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308816 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308817 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308818 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308819 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308820 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308821 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308810 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308811 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308812 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308813 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308814 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308815 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308804 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308805 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308806 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308807 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308808 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308809 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308798 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308799 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308800 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308801 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308802 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308803 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308792 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308793 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308794 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308795 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308796 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308797 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308786 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308787 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |

```
Nortel Networks, Inc.                              PRO FORMA  379937           AS OF 06/30/15                    INVOICE#  ******
63989-DIP
DATE: 07/15/15 10:15:54
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1308788 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308789 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308790 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308791 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308780 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308781 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308782 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308783 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308784 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308785 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308774 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308775 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308776 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308777 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308778 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1308779 | 06/11/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209627 |
| 1312327 | 06/12/15 | B | 5.00 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 209834 |
| 1309149 | 06/15/15 | B | 5.00 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - 5/2/15 | 514 | 000 | 209647 |
| 1312308 | 06/17/15 | B | 5.00 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 209833 |
| 1313415 | 06/24/15 | B | 5.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 971 | 209873 |
| 1313430 | 06/25/15 | B | 5.00 | Courier/Delivery Service | 514 | 322 | 209877 |
| 1314490 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314491 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314492 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314661 | 06/26/15 | B | 33.15 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 209977 |
| 1315506 | 06/26/15 | B | 18.66 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 209988 |
| 1314553 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314554 | 06/26/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314555 | 06/26/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314547 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314548 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314549 | 06/26/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314550 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314551 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314552 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314541 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314542 | 06/26/15 | B | 26.97 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314543 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 07/15/15 10:15:54

PROFORMA  379937         AS OF 06/30/15                                         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1314544 | 06/26/15 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314545 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314546 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314535 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314536 | 06/26/15 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314537 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314538 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314539 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314540 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314529 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314530 | 06/26/15 | B | 25.77 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314531 | 06/26/15 | B | 26.97 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314532 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314533 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314534 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314523 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314524 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314525 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314526 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314527 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314528 | 06/26/15 | B | 25.77 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314517 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314518 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314519 | 06/26/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314520 | 06/26/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314521 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314522 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314511 | 06/26/15 | B | 24.70 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314512 | 06/26/15 | B | 25.77 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314513 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314514 | 06/26/15 | B | 20.16 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314515 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314516 | 06/26/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314505 | 06/26/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314506 | 06/26/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314507 | 06/26/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314508 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314509 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |

Nortel Networks, Inc.                                                              PRO FORMA  379937         AS OF 06/30/15                          INVOICE#  ******
63989-DIP
DATE: 07/15/15 10:15:54

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1314510 | 06/26/15 | B | 26.74 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314499 | 06/26/15 | B | 16.24 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314500 | 06/26/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314501 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314502 | 06/26/15 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314503 | 06/26/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314504 | 06/26/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314493 | 06/26/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314494 | 06/26/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314495 | 06/26/15 | B | 22.32 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314496 | 06/26/15 | B | 21.86 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314497 | 06/26/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1314498 | 06/26/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 209943 |
| 1313462 | 06/26/15 | B | 92.21 | Computer Research - Westlaw Search Performed by: TOWNSEND,ETHAN | 515 | 000 | |
| 1313461 | 06/26/15 | B | 26.73 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1313463 | 06/27/15 | B | 70.34 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1315613 | 06/29/15 | B | 167.00 | Computer Research - Westlaw Search Performed by: TOWNSEND,ETHAN | 515 | 000 | |
| 1307454 | 06/03/15 | B | 64.00 | Secretarial Overtime Secretarial Overtime | 516S | 637 | |
| 1309814 | 06/17/15 | B | 64.60 | In-House Duplicating | 519 | 684 | |
| 1312948 | 06/26/15 | B | 17.80 | In-House Duplicating | 519 | 971 | |
| 1314107 | 06/30/15 | B | 2.40 | In-House Duplicating | 519 | 971 | |
| 1314108 | 06/30/15 | B | 1.60 | In-House Duplicating | 519 | 971 | |
| 1314054 | 06/11/15 | B | 127.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 6/11/15 | 522H | 684 | 209910 |
| 1315688 | 06/26/15 | B | 128.25 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 6/26/15 | 522H | 684 | 210006 |
| 1314684 | 05/31/15 | B | 34.10 | Pacer charges for the month of May | 529 | 000 | |
| 1304485 | 06/03/15 | B | 1.50 | In-House Printing - black & white Call time: 12:09; to | 541 | 684 | |
| 1304486 | 06/03/15 | B | 0.30 | In-House Printing - black & white Call time: 12:09; to | 541 | 684 | |
| 1305691 | 06/08/15 | B | 4.20 | In-House Printing - black & white Call time: 15:39; to | 541 | 684 | |
| 1305692 | 06/08/15 | B | 0.20 | In-House Printing - black & white Call time: 15:39; to | 541 | 684 | |
| 1306348 | 06/09/15 | B | 0.75 | In-House Printing - black & white Call time: 12:24; to | 541 | 546 | |
| 1306349 | 06/09/15 | B | 0.50 | In-House Printing - black & white Call time: 12:24; to | 541 | 546 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PROFORMA 379937 | AS OF 06/30/15 | | INVOICE# ****** |
| DATE: 07/15/15 10:15:54 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1306350 | 06/09/15 | B | 22.40 | In-House Printing - black & white Call time: 12:26; to | 541 | 546 | |
| 1306351 | 06/09/15 | B | 2.10 | In-House Printing - black & white Call time: 12:26; to | 541 | 546 | |
| 1308221 | 06/11/15 | B | 0.15 | In-House Printing - black & white Call time: 19:13; to | 541 | 961 | |
| 1308219 | 06/11/15 | B | 1.80 | In-House Printing - black & white Call time: 20:21; to | 541 | 961 | |
| 1308220 | 06/11/15 | B | 1.50 | In-House Printing - black & white Call time: 19:13; to | 541 | 961 | |
| 1308230 | 06/12/15 | B | 3.30 | In-House Printing - black & white Call time: 13:41; to | 541 | 684 | |
| 1308231 | 06/12/15 | B | 8.40 | In-House Printing - black & white Call time: 15:09; to | 541 | 684 | |
| 1308222 | 06/12/15 | B | 4.25 | In-House Printing - black & white Call time: 16:32; to | 541 | 637 | |
| 1308223 | 06/12/15 | B | 10.95 | In-House Printing - black & white Call time: 16:32; to | 541 | 637 | |
| 1308224 | 06/12/15 | B | 2.05 | In-House Printing - black & white Call time: 16:32; to | 541 | 637 | |
| 1308225 | 06/12/15 | B | 2.70 | In-House Printing - black & white Call time: 16:33; to | 541 | 637 | |
| 1308226 | 06/12/15 | B | 0.05 | In-House Printing - black & white Call time: 16:33; to | 541 | 637 | |
| 1308227 | 06/12/15 | B | 1.80 | In-House Printing - black & white Call time: 16:34; to | 541 | 637 | |
| 1308228 | 06/12/15 | B | 1.60 | In-House Printing - black & white Call time: 13:21; to | 541 | 971 | |
| 1308229 | 06/12/15 | B | 0.05 | In-House Printing - black & white Call time: 13:21; to | 541 | 971 | |
| 1308232 | 06/12/15 | B | 2.05 | In-House Printing - black & white Call time: 18:46; to | 541 | 605 | |
| 1308233 | 06/12/15 | B | 2.70 | In-House Printing - black & white Call time: 18:47; to | 541 | 605 | |
| 1308234 | 06/12/15 | B | 0.05 | In-House Printing - black & white Call time: 18:47; to | 541 | 605 | |
| 1308235 | 06/12/15 | B | 1.80 | In-House Printing - black & white Call time: 18:48; to | 541 | 605 | |
| 1308236 | 06/12/15 | B | 4.25 | In-House Printing - black & white Call time: 18:49; to | 541 | 605 | |
| 1308237 | 06/12/15 | B | 10.95 | In-House Printing - black & white Call time: 18:49; to | 541 | 605 | |
| 1308885 | 06/15/15 | B | 2.50 | In-House Printing - black & white Call time: 11:10; to | 541 | 684 | |
| 1308886 | 06/15/15 | B | 2.50 | In-House Printing - black & white Call time: 11:38; to | 541 | 684 | |
| 1308887 | 06/15/15 | B | 0.95 | In-House Printing - black & white Call time: 14:10; to | 541 | 684 | |
| 1308888 | 06/15/15 | B | 0.20 | In-House Printing - black & white Call time: 14:10; to | 541 | 684 | |
| 1308889 | 06/15/15 | B | 6.30 | In-House Printing - black & white Call time: 14:15; to | 541 | 684 | |
| 1308890 | 06/15/15 | B | 1.50 | In-House Printing - black & white Call time: 14:15; to | 541 | 684 | |
| 1308891 | 06/15/15 | B | 20.10 | In-House Printing - black & white Call time: 15:02; to | 541 | 684 | |
| 1308892 | 06/15/15 | B | 2.40 | In-House Printing - black & white Call time: 14:56; to | 541 | 684 | |
| 1309815 | 06/17/15 | B | 1.10 | In-House Printing - black & white Call time: 09:48; to | 541 | 684 | |

Nortel Networks, Inc.  PRO FORMA 379937  AS OF 06/30/15    INVOICE# ******
63989-DIP
DATE: 07/15/15 10:15:54

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1309816 | 06/17/15 | B | 1.10 | In-House Printing - black & white Call time: 09:51; to | 541 | 684 | |
| 1309817 | 06/17/15 | B | 4.00 | In-House Printing - black & white Call time: 09:34; to | 541 | 684 | |
| 1309818 | 06/17/15 | B | 0.10 | In-House Printing - black & white Call time: 09:34; to | 541 | 684 | |
| 1309819 | 06/17/15 | B | 1.30 | In-House Printing - black & white Call time: 09:37; to | 541 | 684 | |
| 1309832 | 06/17/15 | B | 0.30 | In-House Printing - black & white Call time: 09:42; to | 541 | 684 | |
| 1309833 | 06/17/15 | B | 1.60 | In-House Printing - black & white Call time: 09:45; to | 541 | 684 | |
| 1309834 | 06/17/15 | B | 4.20 | In-House Printing - black & white Call time: 13:49; to | 541 | 684 | |
| 1309835 | 06/17/15 | B | 3.70 | In-House Printing - black & white Call time: 13:49; to | 541 | 684 | |
| 1309826 | 06/17/15 | B | 3.60 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1309827 | 06/17/15 | B | 7.20 | In-House Printing - black & white Call time: 09:40; to | 541 | 684 | |
| 1309828 | 06/17/15 | B | 0.10 | In-House Printing - black & white Call time: 09:40; to | 541 | 684 | |
| 1309829 | 06/17/15 | B | 7.10 | In-House Printing - black & white Call time: 09:41; to | 541 | 684 | |
| 1309830 | 06/17/15 | B | 27.10 | In-House Printing - black & white Call time: 09:41; to | 541 | 684 | |
| 1309831 | 06/17/15 | B | 12.70 | In-House Printing - black & white Call time: 09:42; to | 541 | 684 | |
| 1309820 | 06/17/15 | B | 2.00 | In-House Printing - black & white Call time: 09:38; to | 541 | 684 | |
| 1309821 | 06/17/15 | B | 5.40 | In-House Printing - black & white Call time: 09:38; to | 541 | 684 | |
| 1309822 | 06/17/15 | B | 0.10 | In-House Printing - black & white Call time: 09:38; to | 541 | 684 | |
| 1309823 | 06/17/15 | B | 8.50 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1309824 | 06/17/15 | B | 21.90 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1309825 | 06/17/15 | B | 4.10 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1310589 | 06/19/15 | B | 1.40 | In-House Printing - black & white Call time: 14:13; to | 541 | 971 | |
| 1310590 | 06/19/15 | B | 1.05 | In-House Printing - black & white Call time: 12:49; to | 541 | 971 | |
| 1311093 | 06/22/15 | B | 1.10 | In-House Printing - black & white Call time: 16:53; to | 541 | 684 | |
| 1311094 | 06/22/15 | B | 3.40 | In-House Printing - black & white Call time: 16:16; to | 541 | 684 | |
| 1311092 | 06/22/15 | B | 1.70 | In-House Printing - black & white Call time: 15:52; to | 541 | 684 | |
| 1311566 | 06/23/15 | B | 1.55 | In-House Printing - black & white Call time: 16:14; to | 541 | 684 | |
| 1311567 | 06/23/15 | B | 1.45 | In-House Printing - black & white Call time: 16:15; to | 541 | 684 | |
| 1311568 | 06/23/15 | B | 1.45 | In-House Printing - black & white Call time: 16:18; to | 541 | 684 | |
| 1312421 | 06/24/15 | B | 2.25 | In-House Printing - black & white Call time: 21:22; to | 541 | 961 | |
| 1312422 | 06/25/15 | B | 14.55 | In-House Printing - black & white Call time: 16:14; to | 541 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 07/15/15 10:15:54

PRO FORMA 379937 AS OF 06/30/15 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1312423 | 06/25/15 | B | 3.75 | In-House Printing - black & white Call time: 16:14; to | 541 | 684 | |
| 1312424 | 06/25/15 | B | 4.65 | In-House Printing - black & white Call time: 16:07; to | 541 | 684 | |
| 1312425 | 06/25/15 | B | 1.25 | In-House Printing - black & white Call time: 16:07; to | 541 | 684 | |
| 1312949 | 06/26/15 | B | 1.45 | In-House Printing - black & white Call time: 12:06; to | 541 | 971 | |
| 1312950 | 06/26/15 | B | 6.90 | In-House Printing - black & white Call time: 12:04; to | 541 | 971 | |
| 1312951 | 06/28/15 | B | 2.35 | In-House Printing - black & white Call time: 14:34; to | 541 | 961 | |
| 1312952 | 06/28/15 | B | 2.50 | In-House Printing - black & white Call time: 14:34; to | 541 | 961 | |
| 1314109 | 06/30/15 | B | 4.10 | In-House Printing - black & white Call time: 13:35; to | 541 | 684 | |
| 1314110 | 06/30/15 | B | 25.50 | In-House Printing - black & white Call time: 13:44; to | 541 | 684 | |
| 1304487 | 06/03/15 | B | 0.50 | In-House Printing - color | 542 | 670 | |
| 1309836 | 06/17/15 | B | 0.25 | In-House Printing - color | 542 | 684 | |
| 1310082 | 06/04/15 | B | 1.28 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 209712 |
| 1310083 | 06/04/15 | B | 9.41 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 209712 |
| 1310084 | 06/04/15 | B | 12.69 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 209712 |
| | | | 5,532.09 | | | | |