IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       : Case No. 09-10138 (KG)
:
                    Debtors.                : Jointly Administered
:
: **Objection Deadline:** July 27, 2015 at 4:00 p.m. (ET)
:
:
:
---------------------------------------------------------X

## REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF MAY 1, 2015 THROUGH MAY 31, 2015.

Exhibit A:   Summary of Professionals
Exhibit B:   Summary of Projects and Project Descriptions
Exhibit C:   Summary of Fees and Expenses
Exhibit D:   Summary of Time by Professional
Exhibit E:   Summary of Fees by Project
Exhibit F:   Time Description Detail by Project
Exhibit G:   Summary of Expenses by Category
Exhibit H:   Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, May 1, 2015 through May 31, 2015, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $209,814.00. Mergis incurred $160.84 in expenses during this period.

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

...

Dated: July 15, 2015  
      Raleigh, North Carolina

THE MERGIS GROUP

/s/ Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
**Summary of Professionals**

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of May 1, 2015 through May 31, 2015 | $ 209,814.00 | $ 160.84 | $ 209,974.84 |

Exhibit C                                                                                                                 Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 152.00 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 136.00 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 115.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 158.00 |

| | |
|---|---|
| Hours for the period of May 1, 2015 through May 31, 2015 | 561.00 |
| Billing Rate | $ 374.00 |
| Fees for the period of May 1, 2015 through May 31, 2015 | $ 209,814.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 19.50 | $ 7,293.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 42.25 | $ 15,801.50 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 11.50 | $ 4,301.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 12.50 | $ 4,675.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 8.50 | $ 3,179.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 2.00 | $ 748.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with all of the above. | 12.00 | $ 4,488.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 228.50 | $ 85,459.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 122.75 | $ 45,908.50 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 3.50 | $ 1,309.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 1.00 | $ 374.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 9.50 | $ 3,553.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 27.00 | $ 10,098.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 15.75 | $ 5,890.50 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 44.75 | $ 16,736.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of May 1, 2015 through May 31, 2015** | | **561.00** | **$ 209,814.00** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 5/18/2015 | Timothy C. Ross | Worked Debtors bankruptcy reporting - RE: Insurance coverage for April MOR. | 0.50 |
| 5/18/2015 | William D. Cozart | Prepare April MOR consolidation. | 4.00 |
| 5/18/2015 | William D. Cozart | Prepare April MOR Report. | 2.50 |
| 5/19/2015 | William D. Cozart | Prepare April MOR report. | 4.00 |
| 5/22/2015 | William D. Cozart | Prepare April MOR report. | 1.00 |
| 5/26/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report - RE: April 2015. | 4.50 |
| 5/26/2015 | Timothy C. Ross | Reviewed and authorized release of Debtors MOR - RE: April 2015. | 1.00 |
| 5/26/2015 | William D. Cozart | Prepare April MOR. | 2.00 |
| **Bankruptcy Reporting Total** | | | **19.50** |
| **Cash Management** | | | |
| 5/1/2015 | Timothy C. Ross | Executed and finalized Debtors banking matter - RE: Citibank account closure. | 0.50 |
| 5/4/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 5/4/2015 | Timothy C. Ross | Worked Debtors billing issue with Wilmington Trust - RE: Q12015 Invoice.. | 1.00 |
| 5/4/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 5/6/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions | 2.50 |
| 5/7/2015 | Timothy C. Ross | Prepared and analyzed Debtors two month rolling cash flow requirements and executed funding and reinvestment transactions with Wilmington Trust | 3.00 |
| 5/7/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 1.50 |
| 5/12/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 5/12/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 5/13/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 5/13/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions | 2.50 |
| 5/13/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 5/13/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 5/13/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 5/14/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 2.50 |
| 5/18/2015 | Kim Ponder | Worked deposits. | 1.00 |
| 5/20/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions | 3.00 |
| 5/21/2015 | Timothy C. Ross | Worked Debtors banking issue with Wilmington Trust | 1.00 |
| 5/21/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 3.00 |
| 5/22/2015 | William D. Cozart | Prepare correspondence to bank re: account closure. | 0.50 |
| 5/26/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| 5/26/2015 | Kim Ponder | Received and reviewed communication from CA Secretary of State; corresponded with Citibank regarding check status. | 1.50 |
| 5/26/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking matters | 1.00 |
| 5/26/2015 | William D. Cozart | Received, reviewed and responded to correspondence | 1.00 |
| 5/27/2015 | Timothy C. Ross | Worked Debtors banking matters - RE: Citibank account closure. | 1.00 |
| 5/27/2015 | Timothy C. Ross | Researched and responded to Debtors foreign subsidiary banking issue | 1.00 |
| 5/27/2015 | Timothy C. Ross | Worked Debtors banking issue with Citibank - RE: State of California payment. | 1.00 |
| 5/27/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions | 3.00 |
| 5/28/2015 | Kim Ponder | Follow up emails to Citibank regarding open issues. | 0.50 |
| 5/28/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 3.00 |
| 5/28/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 5/29/2015 | Kim Ponder | FCB and VEBA deposits. | 0.75 |
| 5/29/2015 | Kim Ponder | Correspondence with Citibank re: entity account. | 0.50 |
| 5/29/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 1.00 |
| **Cash Management Total** | | | **42.25** |
| **Claims Administration** | | | |
| 5/15/2015 | Timothy C. Ross | Worked Debtors Claims matter - RE: Administrative claims research (Chilmark request). | 1.50 |
| 5/18/2015 | Timothy C. Ross | Worked Debtors Claims matter continued - RE: Administrative claims research (Chilmark request). | 4.00 |
| 5/19/2015 | Timothy C. Ross | Worked Debtors Claims matter continued - RE: Administrative claims research (Chilmark request). | 6.00 |
| **Claims Administration Total** | | | **11.50** |
| **Compensation Application** | | | |
| 5/1/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/1/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/1/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: March 2015 report. | 1.50 |
| 5/4/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/7/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/8/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/8/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/12/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: April 2014. | 2.50 |
| 5/15/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/15/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/18/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/21/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/22/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/22/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/27/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/28/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/28/2015 | Timothy C. Ross | Received, reviewed, and responded to MNAT (T. Minott) - RE: March 2015 compensation report typo. | 0.50 |
| 5/29/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 5/29/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | | **Compensation Application Total** | | **12.50** |
| **Discovery** | | | | |
| | 5/1/2015 | Timothy C. Ross | Worked Debtors discovery request from CGSH - RE: claims matters | 1.50 |
| | 5/6/2015 | Kim Ponder | Received and responded to CGSH request. | 0.50 |
| | 5/6/2015 | Timothy C. Ross | Researched and responded CGSH (M. Gianis) request - RE: litigation matters | 4.00 |
| | 5/6/2015 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko) - RE: Third Party Subpoena Matters | 0.50 |
| | 5/7/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH (M. Gianis) follow-up questions - RE: litigation matters | 0.50 |
| | 5/8/2015 | Timothy C. Ross | Researched and responded CGSH (M. Gianis) request - RE: litigation matters | 1.00 |
| | 5/20/2015 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko) - RE: litigation matters | 0.50 |
| | | **Discovery Total** | | **8.50** |
| **Electronic Data and Document Preservation** | | | | |
| | 5/14/2015 | Timothy C. Ross | Worked Debtors data and document retention matter - RE: Former Employee computer return. | 1.00 |
| | 5/28/2015 | Timothy C. Ross | Received, reviewed, and responded to RLKS (R.Perubhatla)correspondences - RE: RTP data center decommission support. | 0.50 |
| | 5/29/2015 | Timothy C. Ross | Received, reviewed, and responded to RLKS (R.Perubhatla)correspondences - RE: RTP data center decommission support. | 0.50 |
| | | **Electronic Data and Document Preservation Total** | | **2.00** |
| **Entity Liquidation and Wind Down** | | | | |
| | 5/5/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters - RE: entity Tax Refund. | 1.00 |
| | 5/5/2015 | Timothy C. Ross | Reviewed Debtors foreign subsidiary tax return - RE: entity (2014 Form SAT-1411). | 1.00 |
| | 5/7/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters - RE: entity lease renewal follow-up and Professional Invoice | 0.50 |
| | 5/7/2015 | Timothy C. Ross | Follow-up on Debtors foreign subsidiary banking matter | 0.50 |
| | 5/7/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary issue - RE: entity professional fee invoicing matters. | 0.50 |
| | 5/7/2015 | Timothy C. Ross | Conference call with CGSH (K. Haley, R. Eckenrod, R. Reeb) - RE: Foreign Entity Wind Down status call. | 0.50 |
| | 5/8/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matter - RE: entity inspection, Lease | 0.50 |
| | 5/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters - RE: entity inter company setoff and submission of documents to RBI. | 0.50 |
| | 5/19/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary wind down matters | 1.00 |
| | 5/20/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices | 0.50 |
| | 5/21/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matter - RE: Citibank documents. | 1.00 |
| | 5/22/2015 | Timothy C. Ross | Conference call with PWC (F. Headley, A. West) and CGSH (K. Hailey, R. Reeb) re entity | 1.00 |
| | 5/27/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary liquidation/wind down question from CGSH (K. Haley) - RE: entity tax. | 0.50 |
| | 5/28/2015 | Timothy C. Ross | Meeting with E&Y (J. Wood) and reviewed associated materials - RE: entity strike-off/liquidation matter. | 1.00 |
| | 5/28/2015 | Timothy C. Ross | Conference call with CGSH (K. Hailey, R. Reeb) - RE: entity strike-off/liquidation. | 0.50 |
| | 5/28/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters - RE: entity tax refund. | 0.50 |
| | 5/28/2015 | Timothy C. Ross | Conference call with CGSH (K. Hailey, R. Reeb, R. Eckenrod) - RE: Debtors foreign entity wind down status. | 0.50 |
| | 5/29/2015 | Timothy C. Ross | Worked Debtors foreign branch matter - communication to PWC. | 0.50 |
| | | **Entity Liquidation and Wind Down Total** | | **12.00** |
| **Finance and General Accounting** | | | | |
| | 5/1/2015 | Kim Ponder | Month end close. | 7.50 |
| | 5/1/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: April 2015 financial closing. | 2.00 |
| | 5/1/2015 | William D. Cozart | Prepare April Bank reconciliations. | 6.50 |
| | 5/1/2015 | William D. Cozart | Received, reviewed and filed correspondence re: G&A cost allocation. | 0.50 |
| | 5/1/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 5/4/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.00 |
| | 5/4/2015 | Kim Ponder | Month end close. | 6.00 |
| | 5/4/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| | 5/4/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| | 5/4/2015 | Timothy C. Ross | Reviewed services agreement and prepared correspondence to Mergis Group - RE: Partial return of Debtors security deposit. | 2.50 |
| | 5/4/2015 | William D. Cozart | Prepare bank reconciliations. | 5.00 |
| | 5/4/2015 | William D. Cozart | Perform vendor maintenance in QuickBooks. | 1.00 |
| | 5/4/2015 | William D. Cozart | Prepare billings for April. | 1.00 |
| | 5/4/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: bank account closure. | 0.50 |
| | 5/5/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 1.25 |
| | 5/5/2015 | Kim Ponder | Intercompany billing. | 1.00 |
| | 5/5/2015 | Kim Ponder | Month end close. | 5.00 |
| | 5/5/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: April 2015 financial closing. | 2.50 |
| | 5/5/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 5/5/2015 | William D. Cozart | Prepare bank reconciliations. | 1.00 |
| | 5/5/2015 | William D. Cozart | Update daily cash balance work paper for April. | 1.50 |
| | 5/5/2015 | William D. Cozart | Prepare billings for May. | 0.50 |
| | 5/5/2015 | William D. Cozart | Prepare reconciliations for April. | 2.50 |
| | 5/6/2015 | Kim Ponder | Month end close. | 6.00 |
| | 5/6/2015 | William D. Cozart | Update G&A Allocation. | 6.00 |
| | 5/6/2015 | William D. Cozart | Prepare bank reconciliations. | 1.00 |
| | 5/7/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 1.50 |
| | 5/7/2015 | Kim Ponder | Month end close. | 5.50 |
| | 5/7/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: April 2015 financial closing. | 1.50 |
| | 5/7/2015 | William D. Cozart | Prepare reconciliations for April. | 6.00 |
| | 5/7/2015 | William D. Cozart | Update G&A Cost Allocation. | 2.00 |
| | 5/8/2015 | Kim Ponder | Bank statement scanning and vaulting. | 1.00 |
| | 5/8/2015 | Kim Ponder | Month end close. | 4.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 5/11/2015 | Kim Ponder | Month end close. | 2.00 |
| | 5/11/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| | 5/11/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: April 2015. | 2.00 |
| | 5/11/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| | 5/11/2015 | William D. Cozart | Prepare reconciliations for April. | 4.00 |
| | 5/12/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 2.00 |
| | 5/12/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: April 2015. | 2.00 |
| | 5/12/2015 | William D. Cozart | Prepare bank reconciliations for April. | 1.50 |
| | 5/13/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 1.50 |
| | 5/13/2015 | Kim Ponder | Month end close. | 4.00 |
| | 5/13/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations - RE: April 2015. | 2.00 |
| | 5/13/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 5/13/2015 | William D. Cozart | Prepare reconciliations for April. | 4.00 |
| | 5/13/2015 | William D. Cozart | Prepare billings for May. | 0.50 |
| | 5/14/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 4.00 |
| | 5/14/2015 | Kim Ponder | Intercompany billing. | 0.50 |
| | 5/14/2015 | Kim Ponder | Month end close. | 3.00 |
| | 5/14/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters - RE: entity professional invoicing error. | 0.50 |
| | 5/14/2015 | Timothy C. Ross | Worked Debtors financial closing - RE: April 2015. | 2.00 |
| | 5/14/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 5/14/2015 | William D. Cozart | Prepare billings for May. | 1.00 |
| | 5/14/2015 | William D. Cozart | Prepare reconciliations for April. | 6.00 |
| | 5/15/2015 | Kim Ponder | GL reconciliations. | 3.00 |
| | 5/15/2015 | William D. Cozart | Backup QuickBooks companies for April. | 2.50 |
| | 5/15/2015 | William D. Cozart | Close QuickBooks for April. | 2.50 |
| | 5/15/2015 | William D. Cozart | Prepare billings for June. | 3.00 |
| | 5/18/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 3.00 |
| | 5/18/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| | 5/18/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 5/19/2015 | Kim Ponder | GL reconciliations. | 6.00 |
| | 5/19/2015 | William D. Cozart | Prepare research re: Real Estate historical results. | 3.00 |
| | 5/20/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 3.00 |
| | 5/20/2015 | Kim Ponder | Intercompany settlement. | 1.00 |
| | 5/20/2015 | Kim Ponder | Document retention. | 4.00 |
| | 5/20/2015 | William D. Cozart | Prepare research re: Real Estate historical results. | 3.00 |
| | 5/20/2015 | William D. Cozart | Prepare reconciliations for April. | 2.00 |
| | 5/20/2015 | William D. Cozart | Update G&A Cost Allocation. | 2.00 |
| | 5/20/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 5/21/2015 | Kim Ponder | Normal course payables - initiated payments to vendors; includes payments to Professionals per 24th omnibus. | 6.00 |
| | 5/21/2015 | Kim Ponder | Various email follow up and responses. | 2.00 |
| | 5/21/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary account reconciliations | 1.00 |
| | 5/21/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| | 5/21/2015 | William D. Cozart | Prepare reconciliations for April. | 2.00 |
| | 5/21/2015 | William D. Cozart | Update G&A Cost Allocation. | 2.00 |
| | 5/22/2015 | Kim Ponder | File transfer and document retention. | 7.00 |
| | 5/22/2015 | William D. Cozart | Prepare reconciliations for April. | 3.00 |
| | 5/26/2015 | Kim Ponder | Transition training with D Parker. | 1.50 |
| | 5/26/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 2.00 |
| | 5/26/2015 | Kim Ponder | Received, reviewed and responded to CT Corporation inquiry. | 0.50 |
| | 5/26/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary. | 1.50 |
| | 5/26/2015 | Timothy C. Ross | Prepared, authorized and submitted staffing time report. | 0.50 |
| | 5/26/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 5/26/2015 | William D. Cozart | Prepare reconciliations for April. | 3.50 |
| | 5/27/2015 | Kim Ponder | Prepared draft of 25th Ordinary Course Professionals schedules. | 2.00 |
| | 5/27/2015 | Kim Ponder | Normal course payables - invoice processing and account reconciliation. | 1.00 |
| | 5/27/2015 | Kim Ponder | Review unclaimed property status and process. | 4.00 |
| | 5/27/2015 | Timothy C. Ross | Worked Debtors finance & accounting matter - RE: Partial return of Professional Deposit. | 1.00 |
| | 5/27/2015 | William D. Cozart | Prepare reconciliations for April. | 3.50 |
| | 5/28/2015 | Kim Ponder | Normal course payables - initiated payments to vendors. | 2.50 |
| | 5/28/2015 | Kim Ponder | Normal course payables - invoice approvals and processing. | 2.00 |
| | 5/28/2015 | Kim Ponder | Various email correspondence. | 1.00 |
| | 5/29/2015 | Kim Ponder | Month end close. | 6.25 |
| | 5/29/2015 | Timothy C. Ross | Reviewed, authorized, and communicated Debtors security deposit draw down | 0.50 |
| **Finance and General Accounting Total** | | | | **228.50** |

**Human Resources**

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 5/1/2015 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, PBGC inquiry). | 2.00 |
| | 5/1/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 5/4/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 5/4/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, IM, PBGC inquiry). | 6.50 |
| | 5/5/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 5/5/2015 | Deborah M. Parker | Misc. HR activities -(e.g. HR transition, review IM files, HR documentation). | 6.50 |
| | 5/5/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors benefit matters - RE: 503/504 IRS Extension Notice. | 1.00 |
| | 5/5/2015 | William D. Cozart | Prepare 5500 and related work papers for VEBA. | 2.00 |
| | 5/6/2015 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, HR data request, HR inquiry). | 7.50 |
| | 5/6/2015 | Kim Ponder | Researched form 5500 plan numbers. | 1.50 |
| | 5/6/2015 | William D. Cozart | Received and reviewed correspondence re: Benefit plans. | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 5/7/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 5/7/2015 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, HR documentation). | 6.00 |
| | 5/7/2015 | Timothy C. Ross | Worked Debtors statutory human resources matter - RE: former employee federal employment investigation. | 0.50 |
| | 5/8/2015 | Kim Ponder | Prepare for conference call with T Ross, K Schultea and D Parker re: deferred compensation payment. | 1.50 |
| | 5/8/2015 | Kim Ponder | Conference call with T Ross, K Schultea and D Parker | 0.50 |
| | 5/8/2015 | Kim Ponder | Phone meeting with former employee. | 0.50 |
| | 5/8/2015 | Timothy C. Ross | Worked Debtors former employee matter | 1.50 |
| | 5/8/2015 | Timothy C. Ross | Conference call with RLKS (K. Schultea) | 0.50 |
| | 5/11/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, HR data request). | 10.00 |
| | 5/11/2015 | Kim Ponder | Phone conversation with former employee and follow up research. | 1.00 |
| | 5/11/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors former employee matter | 0.50 |
| | 5/12/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.50 |
| | 5/12/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, HR data retention). | 9.50 |
| | 5/12/2015 | Kim Ponder | Conference call with former employee and K Schultea including follow up correspondence. | 0.50 |
| | 5/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit wind down matters | 0.50 |
| | 5/12/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors benefit wind down matter | 0.50 |
| | 5/12/2015 | William D. Cozart | Prepare analysis and research question from bank re: 2014 VEBA transactions. | 0.50 |
| | 5/13/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, PBGC, review IM, HR documentation). | 11.50 |
| | 5/13/2015 | William D. Cozart | Update schedules for benefit plan | 0.50 |
| | 5/14/2015 | Timothy C. Ross | Worked Debtors HR matter - RE: Safeguard of confidential files. | 0.50 |
| | 5/15/2015 | Deborah M. Parker | Misc. HR activities -(e.g. HR documentation, review IM files, claims inquiries/research). | 5.00 |
| | 5/18/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.50 |
| | 5/18/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, HR data). | 6.00 |
| | 5/18/2015 | Timothy C. Ross | Reviewed and authorized Debtors benefit related refunds | 0.50 |
| | 5/19/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.50 |
| | 5/19/2015 | Deborah M. Parker | Misc. HR activities -(e.g. HR inquiry, review IM files, HR data retention, Mercer). | 4.50 |
| | 5/19/2015 | William D. Cozart | Review 2014 990 for VEBA and reconcile to Form 5500 work papers. | 1.00 |
| | 5/20/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.75 |
| | 5/20/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, review IM files, filing). | 3.75 |
| | 5/21/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.50 |
| | 5/21/2015 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files). | 1.50 |
| | 5/26/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 1.00 |
| | 5/26/2015 | Deborah M. Parker | Misc. HR activities -(e.g. CGSH correspondence, claims inquiries/research). | 1.00 |
| | 5/26/2015 | Timothy C. Ross | Reviewed and authorized benefit related deposits | 0.50 |
| | 5/26/2015 | William D. Cozart | Update VEBA accruals and work papers. | 1.00 |
| | 5/27/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.75 |
| | 5/27/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, CGSH correspondence, HR data retention, filing). | 5.50 |
| | 5/27/2015 | Timothy C. Ross | Worked Debtors benefits related claim matter | 0.50 |
| | 5/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors benefit plan DRAFT 5500s / financials release to Counsel. | 1.00 |
| | 5/27/2015 | William D. Cozart | Prepare schedules for benefit plan filings | 3.50 |
| | 5/27/2015 | William D. Cozart | Meeting with T. Ross to review Draft re benefit plan filings | 0.50 |
| | 5/28/2015 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | 0.25 |
| | 5/28/2015 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, HR data inquiry). | 0.75 |
| | 5/29/2015 | Timothy C. Ross | Reviewed and authorized benefit related deposits | 0.50 |
| **Human Resources Total** | | | | **122.75** |

**Information Technology Operations**

| | 5/4/2015 | Timothy C. Ross | Worked Debtors information technology matters - RE: software / server request. | 1.00 |
|---|---|---|---|---|
| | 5/18/2015 | Timothy C. Ross | Drafted correspondence to former Nortel IT employee - RE: consultant services proposal | 0.50 |
| | 5/19/2015 | Timothy C. Ross | Worked Debtors IT wind down matters- RE: consultant services proposal | 1.00 |
| | 5/20/2015 | Timothy C. Ross | Worked Debtors IT wind down matters- RE: consultant services proposal | 0.50 |
| | 5/28/2015 | Timothy C. Ross | Worked Debtors IT related request from RLKS (R. Perubhatla) - issue and resolution. | 0.50 |
| **Information Technology Operations Total** | | | | **3.50** |

**Insurance & Risk Management**

| | 5/13/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters - Re: entity Director & Officer Insurance Policy. | 0.50 |
|---|---|---|---|---|
| | 5/14/2015 | Timothy C. Ross | Reviewed and executed Debtors insurance matters | 0.50 |
| **Insurance & Risk Management Total** | | | | **1.00** |

**Professional Fee Applications**

| | 5/4/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
|---|---|---|---|---|
| | 5/4/2015 | Timothy C. Ross | Received, reviewed, and responded to professional payment status. | 0.50 |
| | 5/7/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 5/13/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 5/18/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.50 |
| | 5/18/2015 | Kim Ponder | Reconciled Professional interim compensation holdbacks to omnibus order. | 2.50 |
| | 5/22/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 5/27/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 5/28/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 2.00 |
| **Professional Fee Applications Total** | | | | **9.50** |

### Real Estate Management

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 5/1/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Lease expiration project. | 1.00 |
| 5/4/2015 | Timothy C. Ross | Conference call with Zurich (C. Read, B. Vincent) and Johnson Controls (A. Lane) - RE: Lease Expiration Project. | 1.50 |
| 5/5/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) - RE: Lease Expiration Project status update. | 1.00 |
| 5/6/2015 | Timothy C. Ross | Working session with JCI (A. Lane) - RE: Lease expiration obligation review. | 1.50 |
| 5/8/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Subtenant notification of property lease expiration (DRAFT document). | 0.50 |
| 5/8/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: Lease expiration language. | 2.00 |
| 5/12/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: RTP Lease Expiration obligation language. | 1.00 |
| 5/13/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: RTP Lease Expiration obligation language. | 0.50 |
| 5/13/2015 | Timothy C. Ross | Worked Debtors property management matters - RE: tenant collection. | 1.00 |
| 5/14/2015 | Timothy C. Ross | Conference call with CGSH (P. Marrick, C. Chang), JCI (A. Stout), and RLKS (K. Schultea) - RE: Lease expiration obligation language. | 1.00 |
| 5/15/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties - RE: June 1, 2015 payment. | 1.50 |
| 5/15/2015 | Timothy C. Ross | Prepared tenant rental income for invoicing - RE: June 1, 2015 rent. | 2.50 |
| 5/18/2015 | Timothy C. Ross | Conference call with RTP Landlord representatives (C. Read, B. Vincent) and JCI (A. Lane) - RTP lease expiration. | 1.00 |
| 5/18/2015 | Timothy C. Ross | Working meeting with JCI (A. Lane) to prepare for RTP Landlord conference call - RE: RTP lease expiration. | 1.50 |
| 5/18/2015 | Timothy C. Ross | Worked Debtors property matters - RE: subtenant rent collection. | 0.50 |
| 5/19/2015 | Kim Ponder | Responded to request from Johnson Controls for utility data. | 2.00 |
| 5/20/2015 | Timothy C. Ross | Reviewed correspondence and materials from CGSH (C. Chang) - RE: Lease Definitions. | 2.00 |
| 5/20/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors RTP landlord - RE: conference call minutes and follow-up actions. | 0.50 |
| 5/20/2015 | Timothy C. Ross | Worked Debtors Claims matter (finalized) - RE: Administrative claims research (Chilmark request). | 2.00 |
| 5/26/2015 | Kim Ponder | Received, researched and responded to inquiry from Allan Lane (JCI). | 0.50 |
| 5/29/2015 | Timothy C. Ross | Conference call with K&L Gates (D. Wagner) and JCI (A. Lane) - RE: RTP Nortel Master Lease Agreement. | 1.50 |
| 5/29/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) - RE: K&L gates meeting debrief and action summary. | 0.50 |
| **Real Estate Management Total** | | | **27.00** |

### Residual Business Operations

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 5/5/2015 | Timothy C. Ross | Worked Debtors service agreement - RE: Agreement Renewal. | 1.00 |
| 5/20/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 3.00 |
| 5/21/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 3.50 |
| 5/26/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 1.50 |
| 5/26/2015 | Deborah M. Parker | Unclaimed Property transition with Kim P. | 1.50 |
| 5/27/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 1.75 |
| 5/28/2015 | Deborah M. Parker | Residual Business - Unclaimed Property. | 3.50 |
| **Residual Business Operations Total** | | | **15.75** |

### Tax Matters

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 5/1/2015 | William D. Cozart | Review correspondence and prepare research re: status of tax schedules. | 0.50 |
| 5/5/2015 | Kim Ponder | Meeting with EY re: unclaimed property reporting. | 0.75 |
| 5/5/2015 | Timothy C. Ross | Follow-up with E&Y (S. Jacks) - RE: 2014 Client Assistance Schedule status update. | 0.50 |
| 5/7/2015 | Kim Ponder | Received, researched and responded to billing matter. | 0.50 |
| 5/11/2015 | Kim Ponder | Status update meeting with T Ross, D Cozart, S Jacks and J Wood. | 0.50 |
| 5/11/2015 | Kim Ponder | Meeting with EY (A Shapiro) regarding 2014 professional fees. | 1.00 |
| 5/11/2015 | Kim Ponder | Retrieved documentation per request from EY re: professional fees. | 4.50 |
| 5/11/2015 | Timothy C. Ross | Worked Debtors tax related issue - RE: delinquency in filing notification. | 1.00 |
| 5/11/2015 | Timothy C. Ross | Meeting with E&Y (J. Woods, S. Jacks) - RE: 2014 Compliance Client Assistance Schedule completion status update. | 0.50 |
| 5/11/2015 | Timothy C. Ross | Researched and responded to Debtors tax matters - RE: P&E Analysis support (Entity Agreement & Accounting). | 1.00 |
| 5/11/2015 | Timothy C. Ross | Researched and responded to Debtors tax matters - RE: 2014 Compliance Assistance Schedule items. | 2.00 |
| 5/11/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters - RE: entity - Tax Returns April 2015. | 0.50 |
| 5/11/2015 | William D. Cozart | Meeting with EY re: status of client assistance. | 0.50 |
| 5/11/2015 | William D. Cozart | Prepare schedules and analysis for EY. | 3.50 |
| 5/12/2015 | Kim Ponder | Prepared Q1 2015 schedules and retrieved documentation to support Form 1042 reporting. | 6.00 |
| 5/12/2015 | Timothy C. Ross | Researched and responded to Debtors tax matters - RE: finalized P&E Analysis support (Entity Agreement & Accounting). | 0.50 |
| 5/12/2015 | Timothy C. Ross | Reviewed and executed Debtors tax matters - RE: Various state matters. | 0.50 |
| 5/12/2015 | William D. Cozart | Prepare schedules and analysis for EY. | 6.00 |
| 5/13/2015 | Kim Ponder | Performed analysis and documentation per EY request. | 1.50 |
| 5/13/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters - RE: Entity Refund Claims. | 0.50 |
| 5/13/2015 | William D. Cozart | Prepare schedules and analysis for EY. | 2.00 |
| 5/14/2015 | Kim Ponder | Responded to questions from EY tax team. | 0.50 |
| 5/14/2015 | Timothy C. Ross | Worked Debtors tax matters - RE: PC access issue. | 0.50 |
| 5/15/2015 | Kim Ponder | Received and responded to EY inquiry. | 0.50 |
| 5/21/2015 | William D. Cozart | Prepare research and analysis for EY. | 4.00 |
| 5/22/2015 | William D. Cozart | Prepare research and analysis for EY. | 3.50 |
| 5/26/2015 | Timothy C. Ross | Reviewed and authorized to Debtors tax matters - RE: Revised Nortel March Billing. | 1.00 |
| 5/28/2015 | Timothy C. Ross | Meeting with E&Y (J. Woods, J. Scott) - RE: Debtors tax project update. | 0.50 |
| **Tax Matters Total** | | | **44.75** |

For the period of May 1, 2015 through May 31, 2015                                                                                       **561.00**

## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of May 1, 2015 through May 31, 2015

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 160.84 |
| Professional | - |
| Miscellaneous | - |
| **For the period of May 1, 2015 through May 31, 2015** | **$ 160.84** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of May 1, 2015 through May 31, 2015

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 05/04/15 | Timothy C. Ross | Debtors server maintenance – software purchase. | | Internet Purchase | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Amazon.com / AVG | | | 42.69 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 42.69 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 05/29/15 | Kim Ponder | Office supplies | | Local | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Staples, Office Depot, Fedex | | | 118.15 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 118.15 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| For the period of May 1, 2015 through May 31, 2015 | | | | $ | 160.84 |
|---|---|---|---|---|---|