IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 236, 684, 1240, 1876, 2622, 3179, 4035, 4653, 5186, 5826, 6520, 7032, 7455, 7921, 8680, 9134, 9568, 10743, 11498, 12602, 13104, 13814, 14490, 15172, 15408** |

---

NOTICE OF FILING AND SERVICE
OF DEBTORS' TWENTY-FIFTH ORDINARY
COURSE PROFESSIONAL QUARTERLY STATEMENT

**TO:** ALL PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE THAT** on February 5, 2009, the United States Bankruptcy Court for the District of Delaware entered the Order under 11 U.S.C. §§ 105 and 327 Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of Business *nunc pro tunc* to the Petition Date (D.I. 236) (the "OCP Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 8 of the OCP Order, on July 17, 2015, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") (i) filed the Debtors' Twenty-Fifth Ordinary Course Professional Quarterly Statement, which is attached hereto as Exhibit A, and (ii) served copies of this Notice and the Twenty-Fifth Quarterly Ordinary Course Professional Quarterly Statement in the manner indicated upon the entities identified on the service list attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: July 17, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley *(admitted pro hac vice)*<br>Lisa M. Schweitzer *(admitted pro hac vice)*<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |