**EXHIBIT A**

**Debtors' Twenty-Fifth Ordinary Course Professional Quarterly Statement for January 1, 2015 – March 31, 2015**

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $230.00 | $0.00 | $0.00 | $0.00 | $230.00 | $0.00 | $0.00 | $0.00 | **$460.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $13,320.00 | $0.00 | $8360.00 | $0.00 | $12,440.00 | $0.00 | $0.00 | $0.00 | **$34,120.00** |
| Seyfarth Shaw | General labor and employment legal services, including representation in employment and employee benefit matters | $360.00 | $0.00 | $785.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,145.70** |