# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**May 1, 2015 - May 31, 2015**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | May 2015 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 51.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 21.0 |
| 6 | Committee Matters and Creditor Meetings | 4.0 |
| 7 | Claims Administration and Analysis | 5.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 174.0 |
| 15 | Travel | 16.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **271.0** |

**Summary of Services Rendered by Professional**

| Name | May 2015 Hours |
|---|---:|
| Michael Kennedy, Member | 176.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 23.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 72.0 |
| James Elish, Analyst | - |
| **TOTAL** | **271.0** |

**Nortel Networks, Inc**
May 1, 2015 - May 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | May 2015 Hours | Code |
|---|---|---|---|
| 5/1/2015 | Calls & communication re: claims analysis & litigation | 2.0 | 14 |
| 5/4/2015 | Calls & communication re: claims analysis & litigation | 5.0 | 14 |
| 5/5/2015 | Review and analysis of Monitors casg forecast | 1.0 | 1 |
| 5/5/2015 | Calls & communication with Cleary re: court hearing | 2.0 | 14 |
| 5/6/2015 | Review Monitors cash forecast report | 1.0 | 1 |
| 5/6/2015 | Calls & communication re: claims analysis & litigation | 4.0 | 14 |
| 5/8/2015 | Calls & communication re: claims analysis & litigation | 3.0 | 14 |
| 5/8/2015 | Review and analysis of Monitors claim report | 2.0 | 1 |
| 5/11/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 5/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 5/12/2015 | Call with creditor representatives | 1.0 | 7 |
| 5/12/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 5/13/2015 | Calls & communication with Cleary re: allocation decision | 3.0 | 14 |
| 5/13/2015 | Call with creditor representatives | 1.0 | 7 |
| 5/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 5/14/2015 | Calls, analysis and review re: Litigation matters and strategy | 8.0 | 14 |
| 5/14/2015 | Review RM Report | 2.0 | 1 |
| 5/15/2015 | Calls & communication re: claims analysis & litigation | 5.0 | 14 |
| 5/17/2015 | Prepare and review analysis re: allocation litigation | 3.0 | 14 |
| 5/17/2015 | Travel to NYC | 4.0 | 15 |
| 5/18/2015 | Meetings with US Debtors counsel | 9.0 | 5 |
| 5/18/2015 | Meetings with creditors' counsel | 2.0 | 6 |
| 5/19/2015 | Travel to Chicago | 4.0 | 15 |
| 5/19/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 5/20/2015 | Calls with creditor representatives | 3.0 | 7 |
| 5/20/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 5/20/2015 | Prepare and review analysis re: allocation litigation | 3.0 | 14 |
| 5/21/2015 | Review cash flash report | 1.0 | 1 |
| 5/21/2015 | Calls & communication with Cleary re: allocation litigation | 3.0 | 14 |
| 5/21/2015 | Calls, analysis and review re: Litigation matters | 8.0 | 14 |
| 5/22/2015 | Calls & communication with Cleary re: allocation litigation | 2.0 | 14 |
| 5/22/2015 | Calls, analysis and review re: Litigation matters | 7.0 | 14 |
| 5/23/2015 | Calls & communication with Cleary re: allocation litigation | 1.0 | 14 |
| 5/23/2015 | Calls, analysis and review re: Litigation matters | 4.0 | 14 |
| 5/24/2015 | Calls & communication with Cleary re: allocation litigation | 2.0 | 14 |
| 5/24/2015 | Calls, analysis and review re: Litigation matters | 5.0 | 14 |
| 5/25/2015 | Calls, analysis and review re: Litigation matters | 8.0 | 14 |
| 5/26/2015 | Calls, analysis and review re: Litigation matters | 7.0 | 14 |
| 5/27/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 5/28/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 5/28/2015 | Prepare and review analysis re: allocation litigation | 3.0 | 14 |
| 5/29/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/29/2015 | Review and analysis of Monitors cash forecast | 1.0 | 1 |
| 5/28/2015 | Prepare and review analysis re: allocation litigation | 7.0 | 14 |

**May 2015 Total**     **176.0**

**Nortel Networks, Inc**
May 1, 2015 - May 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | May 2015 Hours | Code |
|---|---|---:|---:|
| 5/5/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 5/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 5/14/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 5/15/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/19/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/21/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/26/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/27/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **May 2015 Total** | | **23.0** | |

**Nortel Networks, Inc**
May 1, 2015 - May 31, 2015 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | May 2015 Hours | Code |
|---|---|---:|---:|
| 5/12/2015 | Review of Allocation Briefs | 4.0 | 14 |
| 5/14/2015 | Prepare analysis re: allocation litigation | 9.0 | 1 |
| 5/15/2015 | Call with other professionals | 1.0 | 5 |
| 5/15/2015 | Prepare analysis re: allocation litigation | 3.0 | 1 |
| 5/16/2015 | Prepare analysis re: allocation litigation | 3.0 | 14 |
| 5/17/2015 | Travel to NYC | 4.0 | 15 |
| 5/18/2015 | Meetings with US Debtors counsel | 9.0 | 5 |
| 5/18/2015 | Meetings with creditors' counsel | 2.0 | 6 |
| 5/19/2015 | Travel to Chicago | 4.0 | 15 |
| 5/20/2015 | Prepare analysis re: allocation litigation | 11.0 | 1 |
| 5/20/2015 | Call with other professionals | 1.0 | 5 |
| 5/21/2015 | Prepare analysis re: allocation litigation | 9.0 | 1 |
| 5/22/2015 | Call with other professionals | 1.0 | 5 |
| 5/23/2015 | Prepare analysis re: allocation litigation | 3.0 | 1 |
| 5/26/2015 | Review of court filings | 3.0 | 1 |
| 5/26/2015 | Prepare analysis re: allocation litigation | 5.0 | 1 |
| | **May 2015 Total** | **72.0** | |