# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2015 Through May 31, 2015

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 5/17/15-5/19/15 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 5/17/15-5/19/15 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 5/17/15-5/19/15 | Ground Transportation | $ 166.96 |
| Mike Kennedy | 5/17/15-5/19/15 | Dinner | $ 30.00 |
| Mike Kennedy | 5/17/15-5/19/15 | Dinner | $ 46.02 |
| Jamie Ellis | 5/17/15-5/19/15 | Flight to New York, NY | $ 680.20 |
| Jamie Ellis | 5/17/15-5/19/15 | Hotel (two night) | $ 1,000.00 |
| Jamie Ellis | 5/17/15-5/19/15 | Ground Transportation | $ 196.82 |
| Chilmark | 5/31/2015 | Conference Calls | $ 108.51 |
| **Total Expenses** | | | **$ 4,225.84** |

Note: All airfare is being charged at a coach class rate.