# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC<br><br>[Docket No. 15801] | 5/1/15 - 5/31/15 | $245,818.00 (Fees)<br><br>$0.00 (Expenses) | $196,654.40 (Fees @ 80%)<br><br>$0.00 (Expenses @ 100%) | 6/25/15 | 7/15/15 |