**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------  X
                                                            :
In re                                                       :   Chapter 11
                                                            :
Nortel Networks Inc., et al.,                               :   Case No. 09-10138 (KG)
                                                            :
                               Debtors.¹                    :   Jointly Administered
                                                            :
                                                            :
----------------------------------------------------------  X
```

**CERTIFICATE OF SERVICE**

     I, Michael R. Lastowski, hereby certify that on July 20, 2015, I caused a true and correct copy of the *Notice of Appeal by The Bank of New York Mellon, as Indenture Trustee*, to be served upon the parties listed below by first class mail, postage prepaid:

| | |
|---|---|
| Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006 | Derek C. Abbot<br>Eric D. Schwartz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

1

| | |
|---|---|
| Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Brad M. Kahn<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036 | Christopher M. Samis<br>Whiteford, Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801 |
| Andrew LeBlanc<br>Dennis F. Dunne<br>Albert A. Pisa<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | Laura Davis Jones<br>Peter J. Keane<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware 19809 |
| Daniel A. Lowenthal<br>Brian P. Guiney<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, New York 10036 | Stephen P. Miller<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899 |
| Ken Coleman<br>Jacob S. Pultman<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, New York 10020 | Mary F. Caloway<br>Kathleen A. Murphy<br>Buchanan Ingersoll & Rooney PC<br>919 Market Street, Suite 1500<br>Wilmington, Delaware 19801 |
| Selinda A. Melnik<br>Timothy Hoeffner<br>DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801 | David A. Crichlow<br>Karen B. Dine<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, New York 10022 |
| William E. Chipman, Jr.<br>Mark D. Olivere<br>Ann M. Kasishian<br>Chipman Brown Cicero & Cole, LLP<br>1007 North Orange Street<br>Wilmington, Delaware 19801 | Derek J.T. Adler<br>Neil Oxford<br>Amera Z. Chowhan<br>Gabrielle Glemann<br>Charles H. Huberty<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004 |

| | |
|---|---|
| James L. Patton<br>Edwin J. Harron<br>Jon T. Dorsey<br>Jamie Luton Chapman<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801 | Robert A. Weber<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| George R. Zimmerman<br>Susan L. Saltzstein<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 | Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019 |
| Charlene D. Davis<br>Justin Alberto<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899 | Jeffrey M. Schlerf<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801 |
| Steven D. Pohl, Esq.<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111 | Edward S. Weisfelner, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 |
| Mark Kenney, Trial Attorney<br>United States Trustee for Region 3<br>844 King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801 | |

Dated:   July 20, 2015

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: 302-657-4900
Email:  mlastowski@duanemorris.com

*Attorneys for The Bank of New York Mellon, as Indenture Trustee*

3