# Notice Recipients

District/Off: 0311−1            User: SH                Date Created: 7/20/2015
Case: 09−10138−KG              Form ID: van440         Total: 57

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| intp | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Amera Z. Chowhan | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 | |
| aty | Ann M Kashishian | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street, Suite 1110 | Wilmington, DE 19801 |
| aty | Bennett Silverberg | Brown Rudnick LLP | 7 Times Square | New York, NY 10036 | |
| aty | Brian P. Guiney | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas | New York, NY 10036 | |
| aty | Charlene D. Davis | Bayard, P.A. | 222 Delaware Avenue, Suite 900 | P.O. Box 25130 | Wilmington, DE 19899 |
| aty | Charles H. Huberty | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004−1482 | |
| aty | Christopher M. Samis | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington, DE 19801 |
| aty | Christopher Martin Winter | Duane Morris LLP | 222 Delaware Avenue | Suite 1600 | Wilmington, DE 19801−1246 |
| aty | Daniel A. Lowenthal, III | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas | New York, NY 10036 | |
| aty | David A. Crichlow | Katten Muchin Rosenman LLP | 575 Madison Avenue | New York, NY 10022 | |
| aty | Derek C. Abbott | Morris Nichols Arsht & Tunnell | 1201 N. Market Street | Wilmington, DE 19899 | |
| aty | Edward S. Weisfelner | Brown Rudnick LLP | Seven Times Square | New York, NY 10036 | |
| aty | Edwin J. Harron | Young, Conaway, Stargatt & Taylor | The Brandywine Building | 1000 West Street, 17th Floor | PO Box 391, Wilmington, DE 19899−0391 |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | 1201 N.Market Street | P. O. Box 1347 | Wilmington, DE 19801 |
| aty | Gabrielle Glemann | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 | |
| aty | George A. Zimmerman | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square | New York, NY 10036−6522 | |
| aty | Jacob S. Pultman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 | |
| aty | Jaime Luton Chapman | Young Conaway Stargatt & Taylor, LLP | 1000 West Street, 17th Fl. | P.O. Box 391 | Wilmington, DE 19899−0951 |
| aty | Justin R. Alberto | Bayard, P.A. | 222 Delaware Avenue | Suite 900 | P.O. Box 25130, Wilmington, DE 19899 |
| aty | Karen B. Dine | Katten Muchin Roseman LLP | 575 Madison Avenue | New York, NY 10022−2585 | |
| aty | Ken Coleman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 | |
| aty | L. Katherine Good | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington, DE 19801 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor | Wilmington, DE 19801 | |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street, Suite 1110 | Wilmington, DE 19801 |
| aty | Mark S. Kenney | Office of the U.S. Trustee | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 |
| aty | Mary Caloway | Buchanan Ingersoll & Rooney PC | 919 North Market Street | Suite 1500 | Wilmington, DE 19801−1228 |
| aty | Michael J Riela | Vedder Price P.C. | 1633 Broadway | 47th Floor | New York, NY 10019 |
| aty | Michael R. Lastowski | Duane Morris LLP | 222 Delaware Avenue | Suite 1600 | Wilmington, DE 19801−1246 |
| aty | Neil J. Oxford | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 | |
| aty | Peter J Keane | Pachulski Stang Young & Jones LLP | 919 N. Market Street | 17th Floor | Wilmington, DE 19801 |
| aty | Robert Alan Weber | Skadden Arps Slate Meagher & Flom LLP | One Rodney Square | Wilmington, DE 19899 | |
| aty | Selinda A. Melnik | 919 N. Market Street | Suite 1500 | Wilmington, DE 19801 | |
| aty | Stephen M. Miller | Morris James LLP | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington, DE 19899−2306 |
| aty | Steven D. Pohl | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | |
| aty | Timothy E Hoeffner | DLA Piper LLP | One Liberty Place | 1650 Market Street | Suite 4900, Philadelphia, PA 19103 |
| aty | Weston T. Eguchi | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | |
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street, Suite 1110 | Wilmington, DE 19801 |
| | James Bromley | Cleary Gottlieb Steen Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| | Jeffrey Rosenthal | Cleary Gottlieb Steen Hamilton LLP | One Liberty plaza | New York, NY 10006 | |
| | Lisa Schweitzer | Cleary Gottlieb Steen Hamilton LLp | One Liberty Plaza | New York, NY 10006 | |
| | Andrew LeBlanc | Milbank Tweed Hadley McCloy LLP | 1 Chase Manhattan Plaza | New York City, NY 10005 | |
| | Dennis Dunne | Milbank Tweed Hadley McCloy LLP | 1 Chase Manhattan Plaza | New York City, NY 10005 | |

| | | | |
|---|---|---|---|
| Albert Pisa | Milbank Tweed Hadley McCloy LLP | 1 Chase Manhattan Plaza | New York City, NY 10005 |
| Fred Hodara | One Bryant Park | New York City, NY 10036 | |
| David Botter | One Bryant Park | New York City, NY 10036 | |
| Abid Qureshi | One Bryant Park | New York City, NY 10036 | |
| Brad Kahn | One Bryant Park | New York City, NY 10036 | |
| Kathleen Murphy | 919 Market Street | Suite 1500 | Wilmington, DE 19801 |
| Derek JT Adler | Hughes Hubbard Reed LLP | One Battery Park Plaza | New York City, NY 10004 |
| James Patton | Young Conaway Stargatt Taylor | 1000 N King St | Wilmington, DE 19801 |
| Jon Dorsey | Young Conaway Stargatt Taylor LLP | 1000 N King St | Wilmington, DE 19801 |
| Brian O'Connor | Willkie Farr Gallagher | 787 Seventh Ave | New York City, NY 10019 |
| Sameer Advani | Willkie Farr Gallagher LLP | 787 Seventh Ave | New York City, NY 10019 |
| Andrew Hanrahan | Willkie Farr Gallagher LLP | 787 Seventh Ave | New York City, NY 10019 |
| Jeffrey Schlerf | Citizens Bank Center | 919 N Market Street | Suite 300    Wilmington, DE 19801 |
| Mark Kenney, Trial Attorney | US Trustee for Region 3 | 844 King St | Suite 2207, Lockbox 35    Wilmington, DE 19801 |

TOTAL: 57