## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
*In re*                                                    :     Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :     Case No. 09-10138 (KG)
                                                           :
                                    Debtors.               :     (Jointly Administered)
                                                           :
---------------------------------------------------------- x

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the *ad hoc* group of bondholders (the "Bondholder Group")[2] hereby appeals to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 158(a)(1) from the Order [D.I. 15545][3] and related Allocation Trial Opinion [D.I. 15544][4] entered by the Honorable Kevin Gross of the United States Bankruptcy Court for the District of Delaware on May 12, 2015, and the Memorandum Order on Motions for Reconsideration [D.I. 15830],[5] entered by the same court on July 6, 2015.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The Bondholder Group consists of entities that hold certain bonds issued or guaranteed by Nortel Networks Corporation ("NNC" and together with its affiliates worldwide, "Nortel"), Nortel Networks Limited "NNL" and together with NNC and certain of their subsidiaries, the "Canadian Debtors"), Nortel Networks Inc. ("NNI"), and Nortel Networks Capital Corporation ("NNCC" and together with NNI and certain of its subsidiaries, the "U.S. Debtors").

[3]    Attached hereto as Exhibit A.

[4]    Attached hereto as Exhibit B.

[5]    Attached hereto as Exhibit C.

The names of all parties to the opinion and orders appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| Party | Counsel |
|---|---|
| Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Debtors | ALLEN & OVERY LLP<br>Ken Coleman<br>Jacob S. Pultman<br>Daniel J. Guyder<br>1221 Avenue of the America<br>New York, New York 10020<br>(212) 610-6300<br><br>- and -<br><br>BUCHANAN INGERSOLL & ROONEY PC<br>Mary F. Caloway<br>Kathleen A. Murphy<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 552-4200 |
| Canadian Creditors Committee | DLA PIPER LLP (US)<br>Selinda A. Melnik<br>Timothy Hoeffner<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Tel: 302-468-5650 |
| Wilmington Trust, N.A., as Indenture Trustee | KATTEN MUCHIN ROSENMAN LLP<br>David Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 10022<br>(212) 940-880<br><br>- and -<br><br>CHIPMAN BROWN CICERO & COLE, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>Ann M. Kashishian<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801 |

|  |  |
|---|---|
|  | (302) 295-0191 |
| U.K. Pension Claimants | WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>(212)-728-8000<br><br>- and -<br><br>BAYARD, P.A.<br>Charlene D. Davis<br>Justin Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>(302) 655-5000 |
| Ernst & Young LLP, as Joint Administrators of the EMEA Debtors | HUGHES HUBBARD & REED LLP<br>William R. Maguire<br>Derek J.T. Adler<br>Neil J. Oxford<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br><br>- and -<br><br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>James L. Patton<br>Edwin J. Harron<br>John T. Dorsey<br>Jaime Luton Chapman<br>Patrick A. Jackson<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600 |

- 3 -

| | |
|---|---|
| U.S. Debtors | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Eric D. Schwartz<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>(302) 658-9200 |
| Official Committee of Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Brad M. Kahn<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>- and -<br><br>WHITEFORD TAYLOR & PRESTON LLC<br>Christopher M. Samis<br>L. Katherine Good<br>The Renaissance Center<br>405 N. King Street, Suite 500<br>Wilmington, Delaware 19801<br>(302) 353-4144 |
| Bank of New York Mellon,<br>as Indenture Trustee | VEDDER PRICE P.C.<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>(212) 407-7700 |

|  |  |
|---|---|
|  | - and -<br><br>DUANE MORRIS LLP<br>Michael R. Lastowski<br>Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>(302) 657-4900 |
| Law Debenture Trust Company of New York, as Indenture Trustee | PATTERSON BELKNAP WEBB & TYLER LLP<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>(212) 336-2000<br><br>- and -<br><br>MORRIS JAMES LLP<br>Stephen M. Miller<br>Carl N. Kunz, III<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br>(302) 888-6800 |
| Stephen Taylor, Conflicts Administrator for Nortel Networks SA | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Robert A. Weber<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000<br><br>- and -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>George R. Zimmerman<br>Susan L. Saltzstein<br>4 Times Square<br>New York, NY 10036<br>(212) 735-3000 |

| | |
|---|---|
| Nortel Trade Claims Consortium | FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>(302) 654-744<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Steven D. Pohl<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner<br>7 Times Square<br>New York, NY 10036<br>(212) 209-4800 |
| Office of the U.S. Trustee | UNITED STATES TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>(302) 573-6491 |

[*Remainder of page intentionally left blank*]

Dated: July 20, 2015

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *Peter J. Keane*
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-and-

**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Atara Miller
28 Liberty Street
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

Thomas R. Kreller
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4463
Facsimile: (213) 629-5063

*Attorneys for Ad Hoc Group of Bondholders*