UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

### APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138                    BK ⦿ AP ◯

If AP, related BK case number:

**Title of Order Appealed:** Allocation Trial Opinion; Order Re Allocation Trial Opinion; Order on Motion for Reconsideration

**Docket #:** 15544        **Date Entered:** 5/12/15; 7/6/15

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ☐ | **Notice of Appeal** | **Docket #:** | | **Date Filed:** |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | | **Date Filed:** |
| ☑ | **Cross Appeal** | **Docket #:** 15878 | | **Date Filed:** 7/17/15 |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | | **Date Filed:** |
| ☐ | **Record on Appeal** | **Docket #:** | | **Date Filed:** |

**Appellant/Cross Appellant:**

Nortel Trade Claim Consortium

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Jeffrey Schlerf
Fox Rothschild LLP
Citizens Bank Center
919 North Market St. Suite 300
Wilmington DE 19801

**Counsel for Appellee/Cross Appellee:**

Derek Abbot
Morris Nichols Arsht Tunnell LLp
1201 North Market St
PO Box 1347
Wilmington DE 19801

| | | |
|---|---|---|
| **Filing fee paid?** | **Yes** ⦿ | **No** ◯ |
| **IFP application filed by applicant?** | **Yes** ◯ | **No** ⦿ |
| **Have additional appeals of the same order been filed?** | **Yes** ⦿ | **No** ◯ |
| ***If Yes, has District Court assigned a Civil Action Number?**<br>Civil Action Number: 15-586 | **Yes** ⦿ | **No** ◯ |
| **Record on Appeal** | **Yes** ◯ | **No** ⦿ |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/21/15          **by:** Sara Hughes
                                  _____
                                          **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-27