**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

----------------------------------------------------------X
:
*In re*                                                                    : Chapter 11
                                                                              :
Nortel Networks Inc., *et al.*,[1]                              : Case No. 09-10138 (KG)
                                                                              :
                         Debtors.      : Jointly Administered
                                                                              :
                                                                              :
                                                                              :
----------------------------------------------------------X

**CERTIFICATE OF NO OBJECTION
<u>REGARDING DOCKET NO. 15665</u>**

      The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleadings to the *Twenty-Second Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of February 1, 2015 Through April 30, 2015* (the "*Fee Application*") filed on May 29, 2015. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Fee Application appears thereon. Pursuant to the Notice of Fee Application, objections to the Fee Application were to be filed and served no later than 4:00 p.m. (ET) on June 19, 2015.

      Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 entered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

2

on February 4, 2009, the Debtors are now authorized to pay 80% ($23,847.79) of requested interim fees ($29,809.74).

Dated:  July 21, 2015                                              **MERCER (US) INC.**

                                                          By:  /s/ Devon J. Eggert
                                                               One of Its Attorneys

                                                             Devon J. Eggert
                                                             Freeborn & Peters LLP
                                                            311 South Wacker Drive, Suite 3000
                                                           Chicago, Illinois 60606
                                                           Telephone:  312.360.6000
                                                           Facsimile:  312.360.6995