# Notice Recipients

District/Off: 0311−1      User: SH      Date Created: 7/21/2015
Case: 09−10138−KG      Form ID: van440      Total: 60

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| intp | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Amera Z. Chowhan | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | Ann M Kashishian | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street   Suite 1110   Wilmington, DE 19801 |
| aty | Brian P. Guiney | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas | New York, NY 10036 |
| aty | Charlene D. Davis | Bayard, P.A. | 222 Delaware Avenue, Suite 900 | P.O. Box 25130   Wilmington, DE 19899 |
| aty | Charles H. Huberty | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004−1482 |
| aty | Christopher M. Samis | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500   Wilmington, DE 19801 |
| aty | Daniel A. Lowenthal, III | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas | New York, NY 10036 |
| aty | David A. Crichlow | Katten Muchin Rosenman LLP | 575 Madison Avenue | New York, NY 10022 |
| aty | Derek C. Abbott | Morris Nichols Arsht & Tunnell | 1201 N. Market Street | Wilmington, DE 19899 |
| aty | Edward S. Weisfelner | Brown Rudnick LLP | Seven Times Square | New York, NY 10036 |
| aty | Edwin J. Harron | Young, Conaway, Stargatt & Taylor | The Brandywine Building | 1000 West Street, 17th Floor   PO Box 391   Wilmington, DE 19899−0391 |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | 1201 N.Market Street | P. O. Box 1347   Wilmington, DE 19801 |
| aty | Gabrielle Glemann | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | George A. Zimmerman | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square | New York, NY 10036−6522 |
| aty | Jacob S. Pultman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| aty | James L. Bromley | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza | New York, NY 10006 |
| aty | Jeffrey M. Schlerf | Fox Rothschild LLP | Citizens Bank Center, Suite 300 | 919 North Market Street   P.O. Box 2323   Wilmington, DE 19899−2323 |
| aty | Justin R. Alberto | Bayard, P.A. | 222 Delaware Avenue   Suite 900 | P.O. Box 25130   Wilmington, DE 19899 |
| aty | Karen B. Dine | Katten Muchin Roseman LLP | 575 Madison Avenue | New York, NY 10022−2585 |
| aty | Kathleen A. Murphy | Buchanan Ingersoll & Rooney PC | 919 North Market Street | Suite 1500   Wilmington, DE 19801 |
| aty | Ken Coleman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor | Wilmington, DE 19801 |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street   Suite 1110   Wilmington, DE 19801 |
| aty | Mark S. Kenney | Office of the U.S. Trustee | 844 King Street, Suite 2207 | Lockbox 35   Wilmington, DE 19801 |
| aty | Mary Caloway | Buchanan Ingersoll & Rooney PC | 919 North Market Street | Suite 1500   Wilmington, DE 19801−1228 |
| aty | Neil J. Oxford | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | Peter J Keane | Pachulski Stang Young & Jones LLP | 919 N. Market Street | 17th Floor   Wilmington, DE 19801 |
| aty | Robert Alan Weber | Skadden Arps Slate Meagher & Flom LLP | One Rodney Square | Wilmington, DE 19899 |
| aty | Selinda A. Melnik | 919 N. Market Street | Suite 1500 | Wilmington, DE 19801 |
| aty | Stephen M. Miller | Morris James LLP | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306   Wilmington, DE 19899−2306 |
| aty | Steven D. Pohl | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 |
| aty | Susan Saltzstein | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square | New York, NY 10036 |
| aty | Timothy E Hoeffner | DLA Piper LLP | One Liberty Place | 1650 Market Street   Suite 4900   Philadelphia, PA 19103 |
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street   Suite 1110   Wilmington, DE 19801 |
| | Jeffrey Rosenthal | Cleary Gottlieb Steen Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| | Fred Hodara | Akin Gump Strauss Hauer Feld LLP | One Bryant Park | New York, NY 10036 |
| | David Botter | Akin Gump Strauss Hauer Feld LLP | One Bryant Park | New York, NY 10036 |
| | Abid Qureshi | Akin Gump Strauss Hauer Feld LLP | One Bryant Park | New York, NY 10036 |
| | Brad Kahn | Akin Gump Strauss Hauer Feld LLP | One Bryant Park | New York, NY 10036 |
| | Andrew LeBlanc | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 |
| | Dennis Dunne | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 |
| | Albert Pisa | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 |
| | Derek JT Adler | Hughes Hubbard Reed | One Battery Park Plaza | New York, NY 10004 |
| | James L Patton | Young Conaway Stargatt Taylor | Rodney Square | 1000 N. King St   Wilmington, DE 19801 |

| | | | | |
|---|---|---|---|---|
| Jon Dorsey | Young Conaway Stargatt Taylor | Rodney Square | 1000 N. King St | Wilmington, DE 19801 |
| Jamie Chapman | Young Conaway Stargatt Taylor | Rodney Square | 1000 N. King Street | Wilmington, DE 19801 |
| Brian O'Connor | Willkie Farr Gallagher | 787 Seventh Ave | New York, NY 10019 | |
| Sameer Advani | Willkie Farr Gallagher | 787 Seventh Ave | New York, NY 10019 | |
| Weston Eguchi | Willkie Farr Gallagher | 787 Seventh Ave | New York, NY 10019 | |
| Andrew Hanrahan | Willkie Farr Gallagher | 787 Seventh Ave | New York, NY 10019 | |
| Mark Kenney | US Trustee for Region 3 | 844 King St. Suite 2207 | Lockbox 35 | Wilmington, DE 19801 |
| Jeffrey Rosenthal | Cleary Gottlieb Steen Hamilton | One Liberty Plaza | New York, NY 10006 | |
| Fred Hodara | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 | |
| David Botter | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 | |
| Abid Qureshi | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 | |
| Brad Kahn | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 | |
| Andrew LeBlanc | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 | |
| Dennis Dunne | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 | |
| Albert Pisa | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 | |

TOTAL: 60