UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138        BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Allocation Trial Opinion; Order Re Allocation Trial Opinion; Order on Motion for Reconsideration

**Docket #:** 15544    **Date Entered:** 5/12/15; 7/6/15

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 15888 | Date Filed: 7/20/15 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

The Bank of New York Mellon, as Indenture Trustee

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Michael Lastowski
Dunne Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Derek Abbot
Morris Nichols Arsht Tunnell LLp
1201 North Market St
PO Box 1347
Wilmington DE 19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ● | ○ |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: 15-586 | ● | ○ |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/21/15     **by:** Sara Hughes
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-28