# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 7/21/2015 |
| Case: 09−10138−KG | Form ID: van440 | Total: 54 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| intp | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Aaron L. Hammer | Sugar, Felsenthal, Grais & Hammer LLP | 30 N. La Salle Street    Suite 3000    Chicago, IL 60602 | |
| aty | Ann M Kashishian | Chipman Brown Cicero & Cole, LLP | The Nemours Building    1007 North Orange Street    Suite 1110    Wilmington, DE 19801 | |
| aty | Brian P. Guiney | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas    New York, NY 10036 | |
| aty | Carl N. Kunz, III | Morris James LLP | 500 Delaware Avenue, Suite 1500    P.O. Box 2306    Wilmington, DE 19899−2306 | |
| aty | Charlene D. Davis | Bayard, P.A. | 222 Delaware Avenue, Suite 900    P.O. Box 25130    Wilmington, DE 19899 | |
| aty | Christopher M. Samis | Whiteford Taylor & Preston LLC | The Renaissance Centre    405 North King Street, Suite 500    Wilmington, DE 19801 | |
| aty | Christopher Martin Winter | Duane Morris LLP | 222 Delaware Avenue    Suite 1600    Wilmington, DE 19801−1246 | |
| aty | Daniel Guyder | Allen & Overy LLP | 1221 Avenue of the Americas    New York, NY 10020 | |
| aty | Daniel A. Lowenthal, III | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas    New York, NY 10036 | |
| aty | David A. Crichlow | Katten Muchin Rosenman LLP | 575 Madison Avenue    New York, NY 10022 | |
| aty | Derek C. Abbott | Morris Nichols Arsht & Tunnell | 1201 N. Market Street    Wilmington, DE 19899 | |
| aty | Edward S. Weisfelner | Brown Rudnick LLP | Seven Times Square    New York, NY 10036 | |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | 1201 N.Market Street    P. O. Box 1347    Wilmington, DE 19801 | |
| aty | George A. Zimmerman | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square    New York, NY 10036−6522 | |
| aty | Jacob S. Pultman | Allen & Overy LLP | 1221 Avenue of the Americas    New York, NY 10020 | |
| aty | James L. Bromley | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza    New York, NY 10006 | |
| aty | Jeffrey M. Schlerf | Fox Rothschild LLP | Citizens Bank Center, Suite 300    919 North Market Street    P.O. Box 2323    Wilmington, DE 19899−2323 | |
| aty | Justin R. Alberto | Bayard, P.A. | 222 Delaware Avenue    Suite 900    P.O. Box 25130    Wilmington, DE 19899 | |
| aty | Karen B. Dine | Katten Muchin Roseman LLP | 575 Madison Avenue    New York, NY 10022−2585 | |
| aty | Kathleen A. Murphy | Buchanan Ingersoll & Rooney PC | 919 North Market Street    Suite 1500    Wilmington, DE 19801 | |
| aty | Ken Coleman | Allen & Overy LLP | 1221 Avenue of the Americas    New York, NY 10020 | |
| aty | L. Katherine Good | Whiteford Taylor & Preston LLC | The Renaissance Centre    405 North King Street, Suite 500    Wilmington, DE 19801 | |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP | The Nemours Building    1007 North Orange Street    Suite 1110    Wilmington, DE 19801 | |
| aty | Mark S. Kenney | Office of the U.S. Trustee | 844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801 | |
| aty | Mary Caloway | Buchanan Ingersoll & Rooney PC | 919 North Market Street    Suite 1500    Wilmington, DE 19801−1228 | |
| aty | Michael J Riela | Vedder Price P.C. | 1633 Broadway    47th Floor    New York, NY 10019 | |
| aty | Michael R. Lastowski | Duane Morris LLP | 222 Delaware Avenue    Suite 1600    Wilmington, DE 19801−1246 | |
| aty | Neil J. Oxford | Hughes Hubbard & Reed LLP | One Battery Park Plaza    New York, NY 10004 | |
| aty | Patrick A. Jackson | Young Conaway Stargatt & Taylor, LLP | Rodney Square    1000 North King Street    Wilmington, DE 19801 | |
| aty | Robert Alan Weber | Skadden Arps Slate Meagher & Flom LLP | One Rodney Square    Wilmington, DE 19899 | |
| aty | Selinda A. Melnik | 919 N. Market Street    Suite 1500    Wilmington, DE 19801 | | |
| aty | Stephen M. Miller | Morris James LLP | 500 Delaware Avenue, Suite 1500    P.O. Box 2306    Wilmington, DE 19899−2306 | |
| aty | Steven D. Pohl | Brown Rudnick LLP | One Financial Center    Boston, MA 02111 | |
| aty | Susan Saltzstein | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square    New York, NY 10036 | |
| aty | Timothy E Hoeffner | DLA Piper LLP | One Liberty Place    1650 Market Street    Suite 4900    Philadelphia, PA 19103 | |
| aty | Weston T. Eguchi | Willkie Farr & Gallagher LLP | 787 Seventh Avenue    New York, NY 10019 | |
| aty | William Maguire | Hughes Hubbard & Reed LLP | One Battery Park Plaza    New York, NY 10004 | |
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP | The Nemours Building    1007 North Orange Street    Suite 1110    Wilmington, DE 19801 | |
| | Brian O'Connor | Willkie Farr Gallagher | 787 Seventh Avenue    New York, NY 10019 | |
| | Sameer Advani | Willkie Farr Gallagher | 787 Seventh Avenue    New York, NY 10019 | |
| | Andrew Hanrahan | Willkie Farr Gallagher | 787 Seventh Avenue    New York, NY 10019 | |
| | Derek JT Adler | Hughes Hubbard Reed | One Battery Park Plaza    New York, NY 10004 | |

| | | | |
|---|---|---|---|
| James Patton | Young Conaway Stargatt Taylor | Rodney Square | 1000 N. King Street     Willmington, DE 19801 |
| Edwin Harron | Young Conaway Stargatt Taylor | Rodney Square | 1000 N. King Street     wilmington, DE 19801 |
| John Dorsey | Young Conaway Stargatt Taylor | Rodney Square | 1000 N. King Street     Wilmington, DE 19801 |
| Jamie Chapman | Young Conaway Stargatt Taylor | Rodney Square | 1000 N. King Street     wilmington, DE 19801 |
| Jeffrey Rosenthal | Cleary Gottlieb Steen Hamilton | One Liberty Plaza | New York, NY 10006 |
| Lisa M. Schweitzer | Cleary Gottlieb Steen Hamilton | One Liberty Plaza | New York, NY 10006 |
| Fred Hodara | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 |
| David Botter | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 |
| Abid Qureshi | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 |
| Brad Kahn | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 |
| US Trustee | 844 King Street | Suite 2207 | Wilmington, DE 19801 |

TOTAL: 54