UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>**APPEAL TRANSMITTAL SHEET**</u>

**Case Number:** 09-10138            BK ⦿ AP ○

If AP, related BK case number:

**Title of Order Appealed:** Allocation Trial Opinion; Order Re Allocation Trial Opinion; Order on Motion for Reconsideration

**Docket #:** 15544      **Date Entered:** 5/12/15; 7/6/15

<u>Item</u> Transmitted:

| | | | |
|---|---|---|---|
| ☑ | **Notice of Appeal** | **Docket #:** 15893 | **Date Filed:** 7/20/15 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Cross Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Record on Appeal** | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**            **Appellee/Cross Appellee**

Ad Hoc Group Bondholders                Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**        **Counsel for Appellee/Cross Appellee:**

Peter J. Keane                    Derek Abbot
Pachulski Stang Ziehl Jones LLP            Morris Nichols Arsht Tunnell LLp
919 N. Market St, 17th Floor            1201 North Market St
PO Box 8705                    PO Box 1347
Wilmington, DE 19899                Wilmington DE 19801

| | | |
|---|---|---|
| **Filing fee paid?** | **Yes** ⦿ | **No** ○ |
| **IFP application filed by applicant?** | **Yes** ○ | **No** ⦿ |
| **Have additional appeals of the same order been filed?** | **Yes** ⦿ | **No** ○ |
| ***If Yes, has District Court assigned a Civil Action Number?** **Civil Action Number:** 15-586 | **Yes** ⦿ | **No** ○ |
| **Record on Appeal** | **Yes** ○ | **No** ⦿ |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/21/15              **by:** Sara Hughes
_____
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-32