# Notice Recipients

District/Off: 0311−1           User: SH                      Date Created: 7/21/2015
Case: 09−10138−KG             Form ID: van440                Total: 59

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| intp | Abdul M. Khawar | 11103 Empire Lakes Drive | Raleigh, NC 27617 |
| intp | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza   New York, NY 10006 |
| aty | Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | 1201 North Market Street   P.O. Box 1347   Wilmington, DE 19899−1347 |
| aty | Bennett Silverberg | Brown Rudnick LLP | 7 Times Square   New York, NY 10036 |
| aty | Brian P. Guiney | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas   New York, NY 10036 |
| aty | Charlene D. Davis | Bayard, P.A. | 222 Delaware Avenue, Suite 900   P.O. Box 25130   Wilmington, DE 19899 |
| aty | Christopher M. Samis | Whiteford Taylor & Preston LLC | The Renaissance Centre   405 North King Street, Suite 500   Wilmington, DE 19801 |
| aty | Christopher Martin Winter | Duane Morris LLP | 222 Delaware Avenue   Suite 1600   Wilmington, DE 19801−1246 |
| aty | Craig A. Barbarosh | Katten Muchin Rosenman LLP | 575 Madison Avenue   New York, NY 10022−2585 |
| aty | Daniel Guyder | Allen & Overy LLP | 1221 Avenue of the Americas   New York, NY 10020 |
| aty | Daniel A. Lowenthal, III | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas   New York, NY 10036 |
| aty | David A. Crichlow | Katten Muchin Rosenman LLP | 575 Madison Avenue   New York, NY 10022 |
| aty | Derek C. Abbott | Morris Nichols Arsht & Tunnell | 1201 N. Market Street   Wilmington, DE 19899 |
| aty | Edward S. Weisfelner | Brown Rudnick LLP | Seven Times Square   New York, NY 10036 |
| aty | Edwin J. Harron | Young, Conaway, Stargatt & Taylor | The Brandywine Building   1000 West Street, 17th Floor   PO Box 391   Wilmington, DE 19899−0391 |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | 1201 N.Market Street   P. O. Box 1347   Wilmington, DE 19801 |
| aty | Jacob S. Pultman | Allen & Overy LLP | 1221 Avenue of the Americas   New York, NY 10020 |
| aty | Jaime Luton Chapman | Young Conaway Stargatt & Taylor, LLP | 1000 West Street, 17th Fl.   P.O. Box 391   Wilmington, DE 19899−0951 |
| aty | James L. Bromley | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza   New York, NY 10006 |
| aty | Jason D Gerstein | DLA Piper LLP (US) | 1251 Avenue of the Americas   New York, NY 10020 |
| aty | Jeffrey M. Schlerf | Fox Rothschild LLP | Citizens Bank Center, Suite 300   919 North Market Street   P.O. Box 2323   Wilmington, DE 19899−2323 |
| aty | John T. Dorsey | Young, Conaway, Stargatt & Taylor | The Brandywine Building   17th Floor   1000 West Street   Wilmington, DE 19801 |
| aty | Justin R. Alberto | Bayard, P.A. | 222 Delaware Avenue   Suite 900   P.O. Box 25130   Wilmington, DE 19899 |
| aty | Karen B. Dine | Katten Muchin Roseman LLP | 575 Madison Avenue   New York, NY 10022−2585 |
| aty | Kathleen A. Murphy | Buchanan Ingersoll & Rooney PC | 919 North Market Street   Suite 1500   Wilmington, DE 19801 |
| aty | Ken Coleman | Allen & Overy LLP | 1221 Avenue of the Americas   New York, NY 10020 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor   Wilmington, DE 19801 |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP | The Nemours Building   1007 North Orange Street   Suite 1110   Wilmington, DE 19801 |
| aty | Mark S. Kenney | Office of the U.S. Trustee | 844 King Street, Suite 2207   Lockbox 35   Wilmington, DE 19801 |
| aty | Mary Caloway | Buchanan Ingersoll & Rooney PC | 919 North Market Street   Suite 1500   Wilmington, DE 19801−1228 |
| aty | Michael J Riela | Vedder Price P.C. | 1633 Broadway   47th Floor   New York, NY 10019 |
| aty | Michael R. Lastowski | Duane Morris LLP | 222 Delaware Avenue   Suite 1600   Wilmington, DE 19801−1246 |
| aty | Neil J. Oxford | Hughes Hubbard & Reed LLP | One Battery Park Plaza   New York, NY 10004 |
| aty | Patrick A. Jackson | Young Conaway Stargatt & Taylor, LLP | Rodney Square   1000 North King Street   Wilmington, DE 19801 |
| aty | Peter J. Keane | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street, 17th Floor   Wilmington, DE 19801 |
| aty | Richard Hans | DLA Piper LLP | 1251 Avenue of the Americas   27th Floor   New York, NY 10020 |
| aty | Selinda A. Melnik | 919 N. Market Street   Suite 1500   Wilmington, DE 19801 | |
| aty | Stephen M. Miller | Morris James LLP | 500 Delaware Avenue, Suite 1500   P.O. Box 2306   Wilmington, DE 19899−2306 |
| aty | Steven D. Pohl | Brown Rudnick LLP | One Financial Center   Boston, MA 02111 |
| aty | Tamara K. Minott | Morris, Nichols, Arsht & Tunnell LLP | 1201 North Market Street   PO BOX 1347   Wilmington, DE 19866 |
| aty | Thomas R. Kreller | Milbank, Tweed, Hadley & McCloy LLP | 601 South Figueroa Street   Suite 3000   Los Angeles, CA 90017 |
| aty | Timothy E Hoeffner | DLA Piper LLP | One Liberty Place   1650 Market Street   Suite 4900   Philadelphia, PA 19103 |
| aty | Weston T. Eguchi | Willkie Farr & Gallagher LLP | 787 Seventh Avenue   New York, NY 10019 |

| | | | | |
|---|---|---|---|---|
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street    Suite 1110    Wilmington, DE 19801 |
| | Fred Hodara | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 |
| | David Botter | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 |
| | Abid Qureshi | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 |
| | Brad Kahn | Akin Gump Strauss Hauer Feld | One Bryant Park | New York, NY 10036 |
| | William Maguire | Hughes Hubbard Reed | One Battery Park Plaza | New York, NY 10004 |
| | Derek JT Adler | Hughes Hubbard Reed | One Battery Park Plaza | New York, NY 10004 |
| | James Patton | Young Conaway Stargatt Taylor | Rodney Square | 1000 N. King Street    Wilmington, DE 19801 |
| | Brian O'Connor | Willkie Farr Gallagher | 787 Seventh Avenue | New York, NY 10019 |
| | Sameer Advani | Willkie Farr Gallagher | 787 Seventh Ave | New York, NY 10019 |
| | Dennis Dunne | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 |
| | Albert Pisa | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 |
| | Andrew LeBlanc | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 |
| | Atara Miller | Milbank Tweed Hadley McCloy | 1 Chase Manhattan Plaza | New York, NY 10005 |
| | Laura Hall | Allen & Overy | 1221 Avenue of the Americas | New York, NY 10020 |
| | Mark Kenney | Office of the US Trustee | 844 King Street    Suite 2207 | Lockbox 35    Wilmington, DE 19801 |

TOTAL: 59