UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138        BK ● AP ○

**If AP, related BK case number:**

**Title of Order Appealed:** Allocation Trail Opinion; Order Re Allocation Trial Opinion; Order on Motion for Reconsideration

**Docket #:** 15544    **Date Entered:** 5/12/15; 7/16/15

**Item Transmitted:**

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 15894 | Date Filed: 7/20/15 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Stephen Taylor, Conflicts Administrator for Nortel Networks SA

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Robert Weber
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

**Counsel for Appellee/Cross Appellee:**

Derek Abbot
Morris Nichols Arsht Tunnell LLP
1201 North Market St
PO Box 1347
Wilmington, DE 19801

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ● | No ○ |
| **IFP application filed by applicant?** | Yes ○ | No ● |
| **Have additional appeals of the same order been filed?** | Yes ● | No ○ |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: 15-586 | Yes ● | No ○ |
| **Record on Appeal** | Yes ○ | No ● |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/22/15        **by:** Sara Hughes
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-33