IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :    Chapter 11

In re:                              :

                                     :    Case No. 09-10138 (KG)

NORTEL NETWORKS, INC., et al,       :

                                     :    Jointly Administered

                Debtors.[1]       :

                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    **Related Docket Nos. 15544, 15545 and 15830**

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Stephen Taylor, Conflicts Administrator for

Nortel Networks S.A. (In Administration) (the "Conflicts Administrator") hereby appeals

pursuant to 28 U.S.C. § 158(a) and Rule 8003 of the Federal Rules of Bankruptcy Procedure

each of the following opinions and orders entered in the above captioned chapter 11 cases by the

Honorable Kevin Gross, United States Bankruptcy Judge of the United States Bankruptcy Court

for the District of Delaware:

          (i)       Allocation Trial Opinion entered on May 12, 2015 (Docket No. 15544)
                   (the "Opinion");

          (ii)      Order entered on May 12, 2015 (Docket No. 15545)  (the "Order"); and

          (iii)     Memorandum Order On Motions For Reconsideration entered on July 7,
                   2015 (Docket No. 15830) (the "Reconsideration Opinion" and, together
                   with the Opinion and Order, the "Orders").

Copies of the Orders are attached hereto as Exhibits 1 through 3, respectively.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's taxpayer identification
number, are Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc.
(9679), Nortel Altsystems International Inc. (5596), Xros Inc. (4181), Sonoma Systems (2073) Qtera
Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846),
Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286),
Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226) (collectively, the "U.S.
Debtors").

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Counsel for U.S. Debtors:**

Cleary Gottlieb Steen & Hamilton LLP
Howard Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
One Liberty Plaza
New York, NY  10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

Morris, Nichols, Arsht & Tunnell LLP
Eric D. Schwartz
Derek C. Abbott
Andrew R. Remming
Tamara K. Minott
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

**Counsel for Official Committee of Unsecured Creditors of the U.S. Debtors:**

Akin Gump Strauss Hauer & Feld LLP
Fred S. Hodara
David H. Botter
Abid Qureshi
Brad M. Kahn
One Bryant Park
New York, NY  10036
Telephone:  (212) 872-1000

and

Whiteford, Taylor & Preston LLC
Christopher M. Samis
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE  19801
Telephone:  (302) 353-4144

**Counsel For the Joint Administrators:**

Hughes Hubbard & Reed LLP
William R. Maguire
Derek J.T. Adler
Neil J. Oxford
One Battery Park Plaza
New York, NY  10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

and
Young Conaway Stargatt & Taylor, LLP
James L. Patton
Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Patrick A. Jackson
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

**Counsel for Wilmington Trust**

Katten Muchin Rosenman LLP
Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
575 Madison Avenue
New York, NY  10022-2585
Telephone:  (212) 940-8800
Facsimile:  (212) 940-8776

and

Chipman Brown Cicero & Cole, LLP
William E. Chipman, Jr.
Mark D. Olivere
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
Telephone:  (302) 295-0191
Facsimile:  (302) 295-0199

**Counsel for Law Debenture Trust
Company of New York, as Indenture
Trustee**

Patterson Belknap Webb & Tyler LLP
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222

and

Morris James LLP
Stephen M. Miller
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750

**Counsel for UK Pension Claimants**

Willkie Farr & Gallagher LLP
Brian E. O'Connor
Sameer Advani
Weston T. Eguchi
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111

-and-

Bayard, P.A.
Charlene D. Davis
Justin R. Alberto
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

**Counsel to the Nortel Trade Claim Consortium**

Brown Rudnick LLP
Steven D. Pohl
One Financial Center
Boston, MA  02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201

and

Brown Rudnick LLP
Edward S. Weisfelner
Bennett S. Silverberg
Seven Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

and

Fox Rothschild LLP
Jeffrey M. Schlerf
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE  19801
Telephone:  (302) 654-7444
Facsimile: (302) 656-8920

**Counsel for the Ad Hoc Group of Bondholders**

Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Atara Miller
1 Chase Manhattan Plaza
New York, NY  10005-1413
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

and

Thomas R. Kreller
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:  (213) 892-4463
Facsimile:  (213) 629-5063

and

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
Peter J. Keane
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

**Counsel for the Bank of New York Mellon, as Indenture Trustee**

Vedder Price P.C.
Michael J. Riela
1633 Broadway, 47th Floor
New York, NY  10019
Telephone:  (212) 407-7700

and

Duane Morris LLP
Michael R. Lastowski
Christopher M. Winter
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659

**Counsel for the Canadian Creditors Committee**

DLA Piper LLP
Richard F. Hans
Timothy Hoeffner
Jason D. Gerstein
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500

and

DLA Piper LLP
Selinda A. Melnik
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
Telephone:  (302) 468-5650

**Counsel for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors**

Allen & Overy LLP
Jacob S. Pultman
Laura R. Hall
Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 610-6300
Facsimile:  (212) 610-6399

and

Buchanan Ingersoll & Rooney PC
Mary F. Caloway
Kathleen A. Murphy
919 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295

**Office of the United States Trustee**

Office of the United States Trustee
Mark Kenney, Trial Attorney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Telephone:  (302) 573-6491
Facsimile:  (302) 573-6497

Dated: Wilmington, Delaware
      July 20, 2015

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

*/s/ Robert A. Weber*
Robert A. Weber (I.D. No. 4013)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
Email: Robert.Weber@Skadden.com

- and -

George A. Zimmerman
Susan L. Saltzstein
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: George.Zimmerman@Skadden.com
Email: Susan.Saltzstein@Skadden.com

*Counsel for Stephen Taylor, Conflicts
Administrator for Nortel Networks S.A. (In
Administration)*