**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                :

*In re*                                 :       Chapter 11

                                 :

Nortel Networks Inc., *et al.*,        :       Case No. 09-10138 (KG)

                                 :

                  Debtors.[1]    :       Jointly Administered

                                 :

                                 :

---------------------------------------------------------- X

**CERTIFICATION OF COUNSEL REGARDING ORDER EXTENDING THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS' DEADLINE TO DESIGNATE THE
RECORD AND FILE ITS STATEMENT OF ISSUES
ON APPEAL IN ITS ALLOCATION APPEAL**

The undersigned hereby certifies as follows:

        1.      The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Nortel

Networks Inc. and certain of its U.S. affiliates, as debtors and debtors in possession (collectively,

the "<u>U.S. Debtors</u>"), the U.S. Debtors, the Ad Hoc Group of Bondholders, Law Debenture Trust

Company of New York as Indenture Trustee for the NNCC Notes, the Bank of New York Mellon,

as Indenture Trustee, Stephen Taylor, Court-appointed Conflicts Administrator for Nortel

Networks SA [In Administration], the Canadian Creditors Committee, Ernst & Young Inc., the

Canadian Court-appointed Monitor of the Canadian Nortel Companies that, on January 14, 2009,

filed for and Obtained Protection under the *Companies' Creditors Arrangement Act* from the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("<u>NN CALA</u>").

Ontario Superior Court of Justice, the Canadian Debtors,[2] the Court-appointed Administrators and Authorized Foreign Representatives for Nineteen Nortel Entities Located in Europe, the Middle East, and Africa, Wilmington Trust, National Association, as Indenture Trustee for the Nortel Networks Limited 6.875% Notes Due 2023, Nortel Networks U.K. Pension Trust Limited and the Board of Pension Protection Fund, the Nortel Trade Consortium, and the Office of the United States Trustee for the District of Delaware (collectively, the "Parties to the Appeal" and each a "Party to the Appeal"), have conferred and the Parties to the Appeal have agreed to an extension of the Committee's deadline to designate the record and file its statements of issues on appeal in its appeal (the "Appeal") of the Court's *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545)  from July 23, 2015 to August 3, 2015 and for the same deadline to apply to all other Parties to the Appeal that have filed notices of appeal (together with the Appeal, the "Appeals") and to set the following additional deadlines, which may be superseded by subsequent order of this Court or an appellate court:

- Designation of the record and statements of issues on appeal by any Party to the Appeal that files or has filed a cross-notice of appeal (including contingent cross-notices) shall be due by August 28, 2015; and

- Counter-designation of the record by any Party to the Appeal with respect to any appeal or cross-appeal shall be due by September 18, 2015.

    2.    The Committee intends to use the additional time to attempt to coordinate a process for organizing and submitting the record and issues on appeal in an orderly and efficient fashion.  The consent of the Parties to the Appeal to these deadlines is without prejudice to any position they may take respecting the Appeals, and the Parties to the Appeal expressly reserve all rights.  A form of order approving the extension is attached hereto as Exhibit A (the "Extension Order").

---

[2] This term shall have the meaning ascribed to it in the Allocation Trial Opinion.

WHEREFORE, the Committee requests that the Court enter the Extension Order at its earliest convenience.

Dated: July 23, 2015
      Wilmington, Delaware

*/s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*