**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2015, the Pension Benefit Guaranty Corporation's Notice of Appeal was served on all parties who are registered users of the Court's CM/ECF system including the following:

Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.

Akin Gump Strauss Hauer & Feld, LLP
Fred S. Hodara
David H. Botter
Abid Qureshi
Brad M. Kahn
One Bryant Park
New York, NY 10036

-and-

Whiteford, Taylor & Preston LLC
Christopher M. Samis
L. Katherine Good
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801

    /s/ Vicente Matias Murrell
    Vicente Matias Murrell