# Notice Recipients

| District/Off: 0311−1 | User: SH | Date Created: 7/23/2015 |
| Case: 09−10138−KG | Form ID: van440 | Total: 56 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036−6745 |
| aty | Albert Pisa | Milbank Tweed Hadley & McCloy LLP | 1 Chase Manhattan Plaza | New York, NY 10005 |
| aty | Amera Z. Chowhan | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | Andrew Hanrahan | Willkie Fare & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 |
| aty | Andrew M. Leblanc | Milbank Tweed Hadley & McCloy LLP | 1 Chase Manhattan Plaza | New York, NY 10005 |
| aty | Ann M Kashishian | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street  Suite 1110  Wilmington, DE 19801 |
| aty | Brad M. Kahn | Akin Gump Strauss Hauer Feld LLP | One Bryant Park | New York, NY 4619235 |
| aty | Brian E O'Connor | Willkie Fare & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 |
| aty | Brian P. Guiney | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas | New York, NY 10036 |
| aty | Charlene D. Davis | Bayard, P.A. | 222 Delaware Avenue, Suite 900 | P.O. Box 25130  Wilmington, DE 19899 |
| aty | Charles H. Huberty | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004−1482 |
| aty | Christopher M. Samis | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500  Wilmington, DE 19801 |
| aty | Christopher Martin Winter | Duane Morris LLP | 222 Delaware Avenue  Suite 1600 | Wilmington, DE 19801−1246 |
| aty | Daniel A. Lowenthal, III | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas | New York, NY 10036 |
| aty | David A. Crichlow | Katten Muchin Rosenman LLP | 575 Madison Avenue | New York, NY 10022 |
| aty | David H Botter | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |
| aty | Dennis Dunne, Esq. | Millbank, Tweed, ET AL. | One Chase Manhattan Plaza | New York, NY 10005−1413 |
| aty | Derek C. Abbott | Morris Nichols Arsht & Tunnell | 1201 N. Market Street | Wilmington, DE 19899 |
| aty | Derek J.T. Adler | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | Edward S. Weisfelner | Brown Rudnick LLP | Seven Times Square | New York, NY 10036 |
| aty | Edwin J. Harron | Young, Conaway, Stargatt & Taylor | The Brandywine Building | 1000 West Street, 17th Floor  PO Box 391  Wilmington, DE 19899−0391 |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | 1201 N.Market Street | P. O. Box 1347  Wilmington, DE 19801 |
| aty | Fred S. Hodara | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |
| aty | Gabrielle Glemann | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | George A. Zimmerman | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square | New York, NY 10036−6522 |
| aty | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Jacob S. Pultman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| aty | Jaime Luton Chapman | Young Conaway Stargatt & Taylor, LLP | 1000 West Street, 17th Fl. | P.O. Box 391  Wilmington, DE 19899−0951 |
| aty | James L. Bromley | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza | New York, NY 10006 |
| aty | James L. Patton | Young, Conaway, Stargatt & Taylor | Rodney Square | 1000 N. King Street  Wilmington, DE 19801 |
| aty | Jeffrey A. Rosenthal | Cleary, Gottlieb, Steen & Hamilton | One Liberty Plaza | New York, NY 10006−1470 |
| aty | Jeffrey M. Schlerf | Fox Rothschild LLP | Citizens Bank Center, Suite 300 | 919 North Market Street  P.O. Box 2323  Wilmington, DE 19899−2323 |
| aty | Justin R. Alberto | Bayard, P.A. | 222 Delaware Avenue  Suite 900 | P.O. Box 25130  Wilmington, DE 19899 |
| aty | Karen B. Dine | Katten Muchin Roseman LLP | 575 Madison Avenue | New York, NY 10022−2585 |
| aty | Kathleen A. Murphy | Buchanan Ingersoll & Rooney PC | 919 North Market Street | Suite 1500  Wilmington, DE 19801 |
| aty | Ken Coleman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| aty | L. Katherine Good | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500  Wilmington, DE 19801 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor | Wilmington, DE 19801 |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street  Suite 1110  Wilmington, DE 19801 |
| aty | Mark S. Kenney | Office of the U.S. Trustee | 844 King Street, Suite 2207 | Lockbox 35  Wilmington, DE 19801 |
| aty | Mary Caloway | Buchanan Ingersoll & Rooney PC | 919 North Market Street | Suite 1500  Wilmington, DE 19801−1228 |
| aty | Michael J Riela | Vedder Price P.C. | 1633 Broadway  47th Floor | New York, NY 10019 |
| aty | Michael R. Lastowski | Duane Morris LLP | 222 Delaware Avenue  Suite 1600 | Wilmington, DE 19801−1246 |
| aty | Neil J. Oxford | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 |

aty      Peter J Keane      Pachulski Stang Young & Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19801

aty      Robert Alan Weber      Skadden Arps Slate Meagher & Flom LLP      One Rodney Square      Wilmington, DE 19899

aty      Sameer Advani      Willkie Fare & Gallagher LLP      787 Seventh Avenue      New York, NY 10019

aty      Selinda A. Melnik      919 N. Market Street      Suite 1500      Wilmington, DE 19801

aty      Stephen M. Miller      Morris James LLP      500 Delaware Avenue, Suite 1500      P.O. Box 2306      Wilmington, DE 19899–2306

aty      Steven D. Pohl      Brown Rudnick LLP      One Financial Center      Boston, MA 02111

aty      Susan Saltzstein      Skadden, Arps, Slate, Meagher & Flom LLP      Four Times Square      New York, NY 10036

aty      Timothy E. Hoeffner      DLA Piper LLP (US)      One Liberty Place      1650 Market Street      Suite 4900      Philadelphia, PA 19103–7300

aty      Weston T. Eguchi      Willkie Farr & Gallagher LLP      787 Seventh Avenue      New York, NY 10019

aty      William E. Chipman, Jr.      Chipman Brown Cicero & Cole, LLP      The Nemours Building      1007 North Orange Street      Suite 1110      Wilmington, DE 19801

         Jon Dorsey      Young Conaway Stargatt Taylor LLP      Rodney Square      1000 N King Steet      Wilmington, DE 19801

         Mark Kenney      US Trustee for Region 3      844 King Street      Suite 2207      Lockbox 35      Wilmington, DE 19801

TOTAL: 56