## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Re: Dkt. Nos. 15544, 15545, 15830, 15846, 15878, 15888, 15890, 15893, 15894** |

### NOTICE OF CONTINGENT CROSS-APPEAL

**PLEASE TAKE NOTICE** that Ernst & Young Inc., the court-appointed Monitor (the

"**Monitor**") and foreign representative of Nortel Networks Corporation, Nortel Networks

Limited, and certain of their direct and indirect Canadian subsidiaries (collectively, the

"**Canadian Debtors**") in proceedings under *Canada's Companies' Creditors Arrangement Act*,

R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice

(Commercial List), on behalf of itself and the Canadian Debtors, hereby appeals pursuant to 28

U.S.C. § 158(a)(3) from the *Allocation Trial Opinion* [Dkt. No. 15544] and accompanying *Order*

[Dkt. No. 15545] entered by the Honorable Kevin Gross of the United States Bankruptcy Court

for the District of Delaware on May 12, 2015, and the *Memorandum Order on Motions for*

*Reconsideration* [Dkt. No. 15830] entered by the same court on July 6, 2015, only to the extent

that the *Allocation Trial Opinion*, *Order*, and *Memorandum Order on Motions for*

*Reconsideration* are modified by the appellate court.   Attached as Exhibits A, B and C,

---

[1]       The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

respectively, are the *Allocation Trial Opinion*, *Order*, and *Memorandum Order on Motions for Reconsideration*.

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| U.S. Debtors | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | Howard S. Zelbo |
| | James L. Bromley |
| | Jeffrey A. Rosenthal |
| | Lisa M. Schweitzer |
| | One Liberty Plaza |
| | New York, New York 10006 |
| | (212) 225-2000 |
| | |
| | - and - |
| | |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | Derek C. Abbott |
| | Eric D. Schwartz |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, Delaware 19801 |
| | (302) 658-9200 |
| | |
| Ad Hoc Group of Bondholders | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| | Dennis F. Dunne |
| | Albert A. Pisa |
| | Andrew M. LeBlanc |
| | 1 Chase Manhattan Plaza |
| | New York, New York 1005-1413 |
| | (212) 530-5000 |
| | |
| | - and - |
| | |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | Laura Davis Jones |
| | Peter J. Keane |
| | 919 N. Market Street, 17th Floor |
| | PO Box 8705 |
| | Wilmington, Delaware 19899-8705 |
| | (302) 652-4100 |

| | |
|---|---|
| Official Committee of Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Brad M. Kahn<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>- and -<br><br>WHITEFORD, TAYLOR & PRESTON LLC<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>(302) 353-4144 |
| Bank of New York Mellon, as Indenture Trustee | VEDDER PRICE P.C.<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>(212) 407-7700<br><br>- and -<br><br>DUANE MORRIS LLP<br>Michael R. Lastowski<br>Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>(302) 657-4900 |
| Canadian Creditors Committee | DLA PIPER LLP (US)<br>Selinda A. Melnik<br>Timothy Hoeffner<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Tel: 302-468-5650 |

| | |
|---|---|
| Wilmington Trust, N.A.,<br>as Indenture Trustee | KATTEN MUCHIN ROSENMAN LLP<br>David Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 1022-2585<br>(212) 940-880 |

- and -

CHIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr.
Mark D. Olivere
Ann M. Kashishian
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
(302) 295-0191

| | |
|---|---|
| U.K. Pension Claimants | WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>(212)-728-8000 |

- and -

BAYARD, P.A.
Charlene D. Davis
Justin Alberto
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000

| | |
|---|---|
| Law Debenture Trust Company<br>Of New York, as Indenture Trustee | PATERSON BELKNAP WEBB & TYLER LLP<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000 |

-and-

|  | MORRIS JAMES LLP<br>Stephen P. Miller<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899<br>(302) 888-6800 |
|---|---|
| Stephen Taylor, Conflicts<br>Administrator for Nortel Networks<br>SA | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Robert A. Weber<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000 |

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
George R. Zimmerman
Susan L. Saltzstein
4 Times Square
New York, NY 10036
(212) 735-3000

Nortel Trade Claims Consortium

FOX ROTHSCHILD LLP
Jeffrey M. Schlerf
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
(302) 654-7444

-and-

BROWN RUDNICK LLP
Steven D. Pohl, Esq.
One Financial Center
Boston, MA 02111
(617) 856-8200

-and-

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq.
Seven Times Square
New York, NY 10036
(212) 209-4800

Office of the U.S. Trustee          United States Trustee for Region 3
                                    Mark Kenney, Trial Attorney
                                    844 King Street, Suite 2207, Lockbox 35
                                    (302) 573-6491


Dated: July 23, 2015
          Wilmington, Delaware


                          **BUCHANAN INGERSOLL & ROONEY PC**

                          /s/  Kathleen A. Murphy
                          Mary F. Caloway (No. 3059)
                          Kathleen A Murphy (No. 5215)
                          919 North Market Street, Suite 1500
                          Wilmington, Delaware 19801
                          (302) 552-4200 (telephone)
                          (302) 552-4295 (facsimile)
                          mary.caloway@bipc.com
                          kathleen.murphy@bipc.com

                                    - and -

                          **ALLEN & OVERY LLP**
                          Jacob S. Pultman
                          Laura R. Hall
                          1221 Avenue of the Americas
                          New York, New York 10020
                          (212) 610-6300 (telephone)
                          (212) 610-6399 (facsimile)
                          jacob.pultman@allenovery.com
                          laura.hall@allenovery.com

                          *Attorneys for Ernst & Young Inc., as Monitor*
                          *and Foreign Representative of the Canadian Debtors*