## EXHIBIT A

### *Proposed Order*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

*In re*:

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

Case No. __-_____

Re: _____

## ORDER GRANTING MONITOR AND CANADIAN DEBTORS'
## MOTION FOR DETERMINATION THAT ALLOCATION ORDER IS
## INTERLOCUTORY AND FOR LEAVE TO APPEAL

This matter coming before the Court on the motion (the "**Motion**") of Ernst & Young Inc., the court-appointed Monitor (the "**Monitor**") and foreign representative of Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect Canadian subsidiaries in proceedings under *Canada's Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), for entry of an order, pursuant to 28 U.S.C. 158(a) and Bankruptcy Rule 8004 determining that the May 12, 2015 Order [D.I. 15545][2] of the United States Bankruptcy Court for the District of Delaware adopting an allocation methodology for the reasons set forth in its Allocation Trial Opinion [D.I. 15544] is an interlocutory order, construing all parties' notices of appeal or cross-appeal as motions for leave to appeal and granting such motions; and the Court having found that (i) the Court has jurisdiction over the matter pursuant to 28 U.S.C. § 158(a) and (ii) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief herein granted, it is

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Citations to docket items are to the docket of *In re Nortel Networks, Inc.*, Case No. 09-10138 (KG) (Bankr. D. Del.), unless otherwise indicated.

hereby:

        ORDERED that the Motion is GRANTED.


Dated:  Wilmington, Delaware
          _____, 2015

                        _____
                        UNITED STATES DISTRICT JUDGE