## **EXHIBIT A**

*Proposed Order*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER UNDER 11 U.S.C. §§ 102(1) AND 105(a), FED. R. BANKR. P. 9006 AND BANKR. D. DEL. L.R. 9006-1(e) SHORTENING NOTICE FOR MOTION OF THE MONITOR AND THE CANADIAN DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 28 U.S.C. § 158(d)(2) CERTIFYING THE ALLOCATION DECISION FOR DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

This matter was brought before the Court upon the motion (the "**Motion**") of Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation, Nortel Networks Limited, and certain of its direct and indirect Canadian subsidiaries, (collectively, the **"Canadian Debtors"**) in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), on behalf of itself and the Canadian Debtors, seeking the entry of an order, pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") to shorten notice of the *Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit* (the "**Certification Motion**"). Due and timely notice of this Motion was been given via electronic transmission, first class mail, hand

delivery or overnight mail to (i) the Core Parties; (ii) the U.S. Trustee; and (iii) the general service list established in these chapter 11 cases pursuant to Bankruptcy Rule 2002. The Court has considered and reviewed the Motion and determined that the legal and factual bases set forth therein establish just cause for the relief requested. Therefore, after due deliberation and sufficient cause appearing therefore; it is hereby

1. ORDERED that the Motion is GRANTED.

2. ORDERED that the Certification Motion will be considered at a hearing scheduled on _____, 2015 at \_\_\_\_:\_\_\_\_ a.m. (EDT).

3. ORDERED that objections, if any, to the Certification Motion shall be filed and served in accordance with the Local Rules by no later than _____, 2015 at 12:00 p.m. (EDT).

4. ORDERED that notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Monitor is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Monitor may, in its discretion and without further delay, take any action and perform any act authorized under this Order.

5. ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: Wilmington, Delaware
_____, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　THE HONORABLE KEVIN GROSS
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE