UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**NORTEL NETWORKS INC.**, *et al*.,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Re: Dkt. Nos. 15544, 15545, 15830, 15846, 15878, 15888, 15890, 15893, 15894, 15916, 15922 |

**JOINDER OF CANADIAN CREDITORS COMMITTEE TO THE MONITOR AND THE CANADIAN DEBTORS' MOTION FOR DETERMINATION THAT ALLOCATION ORDER IS INTERLOCUTORY AND FOR LEAVE TO APPEAL**

The Canadian Creditors Committee (the "CCC"), by and through its attorneys, DLA Piper LLP (US), hereby submits this joinder (the "Joinder") in the motion (the "Motion") pursuant to Bankruptcy Rule 8004 and 28 U.S.C. § 158(a) [D.I. 15922] filed by the court-appointed monitor (the "Monitor") of Nortel Networks Corporation ("NNC") and certain of its direct and indirect subsidiaries (collectively, the "Canadian Debtors," and together with the Monitor, the "Movants") in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List), seeking on behalf of itself and the Canadian Debtors an order (i) determining that the May 12, 2015 Order [D.I. 15545] (the "**Allocation Order**") of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**")

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

adopting a "modified *pro rata*" allocation methodology, for the reasons set forth in its Allocation Trial Opinion [D.I. 15544] (the "**Allocation Opinion**,"[2] and, together with the Allocation Order, the "**Allocation Decision**")[3] is an interlocutory order, (ii) construing all parties' notices of appeal or cross-appeal as motions for leave to appeal, and (iii) granting such motions and the Motion for leave to appeal.

The CCC hereby joins in the Motion and supplements as follows.

In addition to the Questions Presented set forth in the Motion of the Monitor and Canadian Debtors, the Courts will be asked to address the following question:

Whether, if the Bankruptcy Court's adoption of the "modified pro rata" allocation methodology is not affirmed, the Bankruptcy Court erred by declining to adopt the pure pro rata methodology for allocation.

The CCC reserves the right to supplement or amend this Joinder and to appear and be heard on any issue at all hearings and conferences respecting the Motion.

Dated:  July 23, 2015　　　　　　　　　　Respectfully submitted,
　　　　　Wilmington, DE

　　　　　　　　　　　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　By:/s/ *Selinda A. Melnik*
　　　　　　　　　　　　　　　　　　　　Selinda A. Melnik (DE 4032)
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 468-5650
　　　　　　　　　　　　　　　　　　　　E-mail:  selinda.melnik@dlapiper.com

　　　　　　　　　　　　　　　　　　　　　　- and –

　　　　　　　　　　　　　　　　　　　　Richard F. Hans (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Timothy Hoeffner (admitted *pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Jason D. Gerstein (admitted *pro hac vice)*

---

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Allocation Opinion.
[3] Citations to docket items are to the docket of *In re Nortel Networks, Inc.*, Case No. 09-10138 (KG) (Bankr. D. Del.), unless otherwise indicated.

2

1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
E-mail: richard.hans@dlapiper.com
E-mail: timothy.hoeffner@dlapiper.com
E-mail: jason.gerstein@dlapiper.com

*Counsel for the Canadian Creditors Committee*