UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**NORTEL NETWORKS INC.**, *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Re: Dkt. Nos. 15544, 15545,<br>15830, 15846, 15878, 15888,<br>15890, 15893, 15894, 15916,<br>15924, 15925 |

**JOINDER OF CANADIAN CREDITORS COMMITTEE TO MOTION OF THE MONITOR AND CANADIAN DEBTORS FOR AN ORDER PURSUANT TO 28 U.S.C. §158(D)(2) CERTIFYING THE ALLOCATION DECISION FOR DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT [D.I. 15924] AND TO THEIR MOTION TO SHORTEN NOTICE THEREOF [D.I. 15925]**

The Canadian Creditors Committee (the "CCC"), by and through its attorneys, DLA Piper LLP (US), hereby submits this joinder (the "Joinder") in the motion (the "Motion") [D.I. 15924] by the court-appointed monitor (the "Monitor") of Nortel Networks Corporation ("NNC") and certain of its direct and indirect subsidiaries (collectively, the "Canadian Debtors," and together with the Monitor, the "Movants") in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List), on behalf of himself and the Canadian Debtors, for an order pursuant to 28 U.S.C. § 158(d)(2) certifying the *Allocation Trial Opinion* [D.I. 15544] (the "Allocation Opinion") and accompanying *Order* [D.I. 15545] (the "Allocation Order") as modified by the *Memorandum Order on Motions for Reconsideration* [D.I.. 15830]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

(the "Reconsideration Order," and together with the Allocation Opinion and the Allocation Order, the "Allocation Decision") for direct appeal to the United States Court of Appeals for the Third Circuit. The CCC also hereby submits its joinder in the Movants' concurrently filed motion to shorten notice of the Motion [D.I. 15925].

The CCC hereby joins in the Motion and supplements as follows.

In addition to the Questions Presented listed in the Motion of the Monitor and Canadian Debtors (*see* Motion ¶¶ 8-9), the Courts will be asked to address the following question:

Whether, if the Bankruptcy Court's adoption of the "modified pro rata" allocation methodology is not affirmed, the Bankruptcy Court erred by declining to adopt the pure pro rata methodology for allocation.

The CCC reserves the right to further supplement or amend this Joinder and to appear and be heard on any issue at all hearings and conferences respecting the Motion.

Dated: July 23, 2015
       Wilmington, DE

Respectfully submitted,

**DLA PIPER LLP (US)**

By:/s/ *Selinda A. Melnik*
Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5650
E-mail: selinda.melnik@dlapiper.com

- and –

Richard F. Hans (admitted *pro hac vice*)
Timothy Hoeffner (admitted *pro hac vice*)
Jason D. Gerstein (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
E-mail: richard.hans@dlapiper.com
E-mail: timothy.hoeffner@dlapiper.com
E-mail: jason.gerstein@dlapiper.com

*Counsel for the Canadian Creditors Committee*

2