# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 7/24/2015 |
| Case: 09−10138−KG | Form ID: van440 | Total: 47 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036−6745 | |
| aty | Albert Pisa | Milbank Tweed Hadley & McCloy LLP | 1 Chase Manhattan Plaza | New York, NY 10005 | |
| aty | Andrew Hanrahan | Willkie Fare & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | |
| aty | Andrew M. Leblanc | Milbank Tweed Hadley & McCloy LLP | 1 Chase Manhattan Plaza | New York, NY 10005 | |
| aty | Brad M. Kahn | Akin Gump Strauss Hauer Feld LLP | One Bryant Park | New York, NY 4619235 | |
| aty | Brian E O'Connor | Willkie Fare & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | |
| aty | Brian P. Guiney | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas | New York, NY 10036 | |
| aty | Charlene D. Davis | Bayard, P.A. | 222 Delaware Avenue, Suite 900 | P.O. Box 25130 | Wilmington, DE 19899 |
| aty | Christopher M. Samis | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington, DE 19801 |
| aty | Christopher Martin Winter | Duane Morris LLP | 222 Delaware Avenue | Suite 1600 | Wilmington, DE 19801−1246 |
| aty | Daniel A. Lowenthal, III | Patterson Belknap Webb & Tyler LLP | 1133 Avenue of the Americas | New York, NY 10036 | |
| aty | David A. Crichlow | Katten Muchin Rosenman LLP | 575 Madison Avenue | New York, NY 10022 | |
| aty | David H Botter | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 | |
| aty | Dennis Dunne, Esq. | Millbank, Tweed, ET AL. | One Chase Manhattan Plaza | New York, NY 10005−1413 | |
| aty | Derek C. Abbott | Morris, Nichols, Arsht & Tunnell | 1201 N. Market Street | P.O. Box 1347 | Wilmington, DE 19899 |
| aty | Edward S. Weisfelner | Brown Rudnick LLP | Seven Times Square | New York, NY 10036 | |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | 1201 N.Market Street | P. O. Box 1347 | Wilmington, DE 19801 |
| aty | Fred S. Hodara | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 | |
| aty | George A. Zimmerman | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square | New York, NY 10036−6522 | |
| aty | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Jacob S. Pultman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 | |
| aty | James L. Bromley | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza | New York, NY 10006 | |
| aty | Jeffrey A. Rosenthal | Cleary, Gottlieb, Steen & Hamilton | One Liberty Plaza | New York, NY 10006−1470 | |
| aty | Jeffrey M. Schlerf | Fox Rothschild LLP | Citizens Bank Center, Suite 300 | 919 North Market Street | P.O. Box 2323   Wilmington, DE 19899−2323 |
| aty | Justin R. Alberto | Bayard, P.A. | 222 Delaware Avenue | Suite 900 | P.O. Box 25130   Wilmington, DE 19899 |
| aty | Karen B. Dine | Katten Muchin Roseman LLP | 575 Madison Avenue | New York, NY 10022−2585 | |
| aty | Kathleen A. Murphy | Buchanan Ingersoll & Rooney PC | 919 North Market Street | Suite 1500 | Wilmington, DE 19801 |
| aty | Ken Coleman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 | |
| aty | L. Katherine Good | Whiteford Taylor & Preston LLC | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington, DE 19801 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor | Wilmington, DE 19801 | |
| aty | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street | Suite 1110   Wilmington, DE 19801 |
| aty | Mark S. Kenney | Office of the U.S. Trustee | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 |
| aty | Mary Caloway | Buchanan Ingersoll & Rooney PC | 919 North Market Street | Suite 1500 | Wilmington, DE 19801−1228 |
| aty | Michael J Riela | Vedder Price P.C. | 1633 Broadway | 47th Floor | New York, NY 10019 |
| aty | Michael R. Lastowski | Duane Morris LLP | 222 Delaware Avenue | Suite 1600 | Wilmington, DE 19801−1246 |
| aty | Peter J. Keane | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street, 17th Floor | Wilmington, DE 19801 | |
| aty | Robert Alan Weber | Skadden Arps Slate Meagher & Flom LLP | One Rodney Square | Wilmington, DE 19899 | |
| aty | Sameer Advani | Willkie Fare & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | |
| aty | Selinda A. Melnik | 919 N. Market Street | Suite 1500 | Wilmington, DE 19801 | |
| aty | Stephen M. Miller | Morris James LLP | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington, DE 19899−2306 |
| aty | Steven D. Pohl | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | |
| aty | Susan Saltzstein | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square | New York, NY 10036 | |

| | | | | | |
|---|---|---|---|---|---|
| aty | Timothy E Hoeffner | DLA Piper LLP | One Liberty Place | 1650 Market Street | Suite 4900    Philadelphia, PA 19103 |
| aty | Weston T. Eguchi | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | |
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP | The Nemours Building | 1007 North Orange Street    Suite 1110    Wilmington, DE 19801 | |
| | Mark Kenney | US Trustee for Region 3 | 844 King Street | Suite 2207 | Lockbox 35    Wilmington, DE 19801 |

TOTAL: 47