UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138     BK ⦿  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Allocation Trial Opinion; Order Re Allocation Trial Opinion; Order on motion for Reconsideration

**Docket #:** 15544     **Date Entered:** 5/12/15; 7/16/15

Item Transmitted:

| | Item | Docket # | Date Filed |
|---|---|---|---|
| ☐ | Notice of Appeal | | |
| ☐ | Amended Notice of Appeal | | |
| ✓ | Cross Appeal | 15919 | 7/23/15 |
| ☐ | Motion for Leave to Appeal | | |
| ☐ | Record on Appeal | | |

**Appellant/Cross Appellant:**

Joint Administrators for the EMEA Debtors

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Jaime Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King Street
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Derek Abbot
Morris Nichols Arsht Tunnell LLP
1201 North Market St
PO Box 1347
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ⦿ | ○ |
| **IFP application filed by applicant?** | ○ | ⦿ |
| **Have additional appeals of the same order been filed?** | ⦿ | ○ |
| ***If Yes, has District Court assigned a Civil Action Number?**  Civil Action Number: 15-586-15-628 | ⦿ | ○ |
| **Record on Appeal** | ○ | ⦿ |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/24/15          **by:** Sara Hughes
                                **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-37