**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>　　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## NOTICE OF CONDITIONAL CROSS-APPEAL

PLEASE TAKE NOTICE that the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for eighteen Nortel entities located in Europe, the Middle East, and Africa (collectively, the "EMEA Debtors")[3] in proceedings under the *Insolvency Act 1986*, pending before the High Court of Justice of England and Wales, hereby file this Notice of Conditional Cross-Appeal, pursuant to 28 U.S.C. § 158 and for the limited purposes set forth below, to the United States District Court for the District of

---

[1] The debtors in these chapter 11 cases (the "U.S. Debtors"), along with the last four digits of each tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

[2] The Joint Administrators in the English proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Joint Administrators in the English proceedings for Nortel Networks (Ireland) Limited are: Alan Robert Bloom and David Martin Hughes. Following the allocation decisions, Stephen Taylor has been appointed as a Joint Administrator for Nortel Networks S.A. ("NNSA") to represent NNSA's interests to the extent they conflict with the interests of the other eighteen EMEA Debtors.

[3] The EMEA Debtors are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks s.r.o. For avoidance of doubt, this Notice of Conditional Cross-Appeal is not filed on behalf of NNSA, which has filed a separate Notice of Appeal [D.I. 15894].

Delaware, from the *Allocation Trial Opinion* [D.I. 15544] and *Order* [D.I. 15545], entered in the above-referenced proceeding on May 12, 2015 by the United States Bankruptcy Court for the District of Delaware (Gross, J.) (the "Bankruptcy Court"), and the *Memorandum Order on Motions for Reconsideration* [D.I. 15830] entered by the Bankruptcy Court on July 6, 2015. Attached hereto as Exhibits A, B, and C, respectively, are the *Allocation Trial Opinion*, *Order*, and *Memorandum Order on Motions for Reconsideration* (collectively, the "Allocation Decisions").

The Joint Administrators support affirmance of the Allocation Decisions and will argue in opposition to the appeals. The present filing is in the nature of a conditional or protective cross-appeal.[4] In the event the Bankruptcy Court's decision to apply the "modified pro rata" allocation methodology is reversed on appeal, the Joint Administrators will argue that the alternative methodologies they argued for below should be adopted.

The names of the parties to the Allocation Decisions and their respective counsel are set forth below:

---

[4]  *Cf. Citizens Fin. Grp., Inc. v. Citizens Nat'l Bank of Evans City*, 383 F.3d 110, 118 (3d Cir. 2004) (noting appellee had filed "conditional cross-appeal to be considered only if this Court reverses any of the District Court's rulings"); *cf. also Martin Cnty. Coal Corp. v. Universal Underwriters Ins. Co.*, 727 F.3d 589, 598 (6th Cir. 2013) ("We have allowed parties to bring protective cross-appeals to be considered in the event that the appellant . . . succeeds in its own appeal."); *Hartman v. Duffey*, 19 F.3d 1459, 1465 (D.C. Cir. 1994) ("A protective cross-appeal differs from a cross-appeal because the protective cross-appellant is not necessarily dissatisfied with the judgment. Appellate courts generally allow protective cross-appeals but do not consider them unless it is appropriate to do so after the disposition of the appeal.").

| **Party** | **Counsel** |
|---|---|
| U.S. Debtors | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>212-225-2000<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Eric D. Schwartz<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>302-658-9200 |
| Official Committee of Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred Hodara<br>David Botter<br>Abid Qureshi<br>Brad M. Kahn<br>One Bryant Park<br>New York, New York 10036<br>212-872-1000<br><br>- and -<br><br>WHITEFORD, TAYLOR & PRESTON LLC<br>Christopher M. Samis<br>L. Katherine Good<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>302-353-4144 |

| Party | Counsel |
|---|---|
| Ad Hoc Bondholder Group | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>Andrew Leblanc<br>Dennis F. Dunne<br>Albert A. Pisa<br>28 Liberty Street<br>New York, New York 10005<br>212-530-5000<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, Delaware 19809<br>302-652-4100 |
| The Bank of New York Mellon, as Indenture Trustee | VEDDER PRICE P.C.<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>212-407-7700<br><br>- and -<br><br>DUANE MORRIS LLP<br>Michael R. Lastowski<br>Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>302-657-4900 |

| **Party** | **Counsel** |
|---|---|
| Law Debenture Trust Company of New York, as Indenture Trustee | PATTERSON BELKNAP WEBB & TYLER LLP<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036<br>212-336-2000<br><br>- and -<br><br>MORRIS JAMES LLP<br>Stephen P. Miller<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19899<br>302-888-6800 |
| Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors | ALLEN & OVERY LLP<br>Ken Coleman<br>Jacob S. Pultman<br>1221 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>212-610-6300<br><br>- and -<br><br>BUCHANAN INGERSOLL & ROONEY PC<br>Mary F. Caloway<br>Kathleen A. Murphy<br>919 Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>302-552-4200 |
| Canadian Creditors Committee | DLA PIPER LLP<br>Selinda A. Melnik<br>Timothy Hoeffner<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>302-468-5650 |

| **Party** | **Counsel** |
|---|---|
| Wilmington Trust, N.A., as Indenture Trustee | KATTEN MUCHIN ROSENMAN LLP<br>David A. Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 10022<br>212-940-8800<br><br>- and -<br><br>CHIPMAN BROWN CICERO & COLE, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>1007 North Orange Street, Suite 1100<br>Wilmington, Delaware 19801<br>302-295-0191 |
| Stephen Taylor, as Conflicts Administrator for Nortel Networks S.A. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>George R. Zimmerman<br>Susan L. Saltzstein<br>4 Times Square<br>New York, New York 10036<br>212-735-3000<br><br>- and -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Robert A. Weber<br>One Rodney Square<br>Wilmington, Delaware 19899-0636<br>302-651-3000 |

| **Party** | **Counsel** |
|---|---|
| U.K. Pension Claimants | WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019<br>212-728-8000<br><br>- and -<br><br>BAYARD, P.A.<br>Charlene D. Davis<br>Justin Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>302-655-5000 |
| Nortel Trade Claims Consortium | BROWN RUDNICK LLP<br>Steven D. Pohl<br>One Financial Center<br>Boston, Massachusetts 02111<br>617-856-8200<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner<br>Seven Times Square<br>New York, New York 10036<br>212-209-4800<br><br>- and -<br><br>FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, Delaware 19801<br>302-654-7444 |

| **Party** | **Counsel** |
|---|---|
| Office of the United States Trustee | UNITED STATES TRUSTEE FOR REGION 3<br>Mark Kenney, Trial Attorney<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>302-573-6491 |

Dated: Wilmington, Delaware
       July 23, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: /s/Jaime Luton Chapman
       James L. Patton (No. 2202)
       Edwin J. Harron (No. 3396)
       John T. Dorsey (No. 2988)
       Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Fax: 302-571-1253

- and -

HUGHES HUBBARD & REED LLP

William R. Maguire (*admitted pro hac vice*)
Derek J.T. Adler (*admitted pro hac vice*)
Neil J. Oxford (*admitted pro hac vice*)

One Battery Park Plaza
New York, New York 10004
Telephone: 212-837-6000
Fax: 212-422-4726

*Counsel for the Joint Administrators*

8