IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,

                 Debtors.[1]

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

Re: Docket No. **15915**

---

### ORDER EXTENDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' DEADLINE TO DESIGNATE THE RECORD AND FILE ITS STATEMENT OF ISSUES ON APPEAL IN ITS ALLOCATION APPEAL

Upon the certification (the "Certification")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors") in the above-captioned chapter 11 cases regarding the entry of an order extending the Committee's deadline to designate the record and file its statement of issues on appeal in its appeal (the "Appeal") of the United States Bankruptcy Court for the District of Delaware's (the "Court") *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) to August 3, 2015 and the fixing of certain other deadlines, and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2)(A); (c) the Court having found notice of the Certification to be sufficient under the circumstances and that no other or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Certification.

further notice need be provided; and the Court having considered the Certification; and the Court having determined that the legal and factual bases set forth in the Certification establish just cause for the relief granted herein; and after due deliberation sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Committee's deadline to designate the record and file its statement of issues on appeal in its appeal of the Court's *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) is extended to August 3, 2015.

2. Subject to subsequent orders of this Court or an appellate court, the following additional deadlines will also apply:

- Designation of the record and statements of issues on appeal by any Party to the Appeal that files or has filed a cross-notice of appeal (including contingent cross-notices) shall be due by August 28, 2015; and

- Counter-designation of the record by any Party to the Appeal with respect to any appeal or cross-appeal shall be due by September 18, 2015.

3. The consent of the Parties to the Appeal to these deadlines is without prejudice to any position they may take respecting the Appeals, and all rights of the Parties to the Appeal are expressly preserved.

4. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: July **23**, 2015
Wilmington Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE