# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Paul Keller of Allen & Overy LLP is hereby withdrawn as counsel for Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation and certain of its direct and indirect subsidiaries (the "**Canadian Debtors**," and together with the Monitor, the "**Canadian Parties**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List).

[*remainder of page intentionally left blank*]

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

The Monitor continues to be represented by Buchanan Ingersoll & Rooney PC and Allen & Overy LLP.

| | |
|---|---|
| Dated:  July 24, 2015<br>Wilmington, Delaware | **BUCHANAN INGERSOLL & ROONEY PC**<br><br>/s/ Kathleen A. Murphy<br>Mary F. Caloway (No. 3059)<br>Kathleen A. Murphy (No. 5215)<br>919 N. Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>T: (302) 552-4200<br>F: (302) 552-4295<br>mary.caloway@bipc.com<br>kathleen.murphy@bipc.com<br><br>- and -<br><br>Ken Coleman<br>Jacob S. Pultman<br>Daniel Guyder<br>Laura R. Hall<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>T: (212) 610-6300<br>F: (212) 610-6399<br>ken.coleman@allenovery.com<br>jacob.pultman@allenovery.com<br>daniel.guyder@allenovery.com<br>laura.hall@allenovery.com<br><br>*Attorneys for Ernst & Young Inc., as Monitor*<br>*and Foreign Representative of the Canadian Debtors* |