# **EXHIBIT A**

*Proposed Order*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Re:** _____ |

### ORDER CERTIFYING ALLOCATION DECISION PURSUANT TO 28 U.S.C. § 158(d)(2) FOR DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

This matter coming before the Court on the Motion of Ernst & Young Inc., the court-appointed Monitor (the "**Monitor**") and foreign representative of Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect Canadian subsidiaries (the "**Canadian Debtors**") in proceedings under *Canada's Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), for certification of this Court's *Allocation Trial Opinion* [Dkt. No. 15544] and accompanying *Order* [Dkt. No. 15545] and the *Memorandum Order on Motions for Reconsideration* [Dkt. No. 15830] (collectively, the "**Allocation Decision**") directly to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C § 158(d)(2); and the Court having found that (i) the Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1334 and 157, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iii) notice of the Motion was sufficient under the circumstances; and the Court having determined that the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

legal and factual bases set forth in the Motion establish just cause for the relief herein granted;

        IT IS HEREBY ORDERED THAT:

        1.        The Motion is GRANTED as set forth herein.

        2.        The Court finds that certification of the Allocation Decision for an interlocutory appeal directly to the United States Court of Appeals for the Third Circuit is appropriate because (i) the Allocation Decision involves a question of law for which there is no controlling precedent and (ii) an immediate appeal will materially advance the progress of these long-standing cases.

        3.        This Court therefore certifies the Allocation Decision for direct appeal to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 158(d)(2).

Dated: Wilmington, Delaware
       _____, 2015

       _____
       KEVIN GROSS
       UNITED STATES BANKRUPCY JUDGE