# **EXHIBIT H**

*Nortel Trade Claims Commission Canadian Notice of Motion for Leave to Appeal*

Court of Appeal File No.
Court File No. 09-CL-7950

### COURT OF APPEAL FOR ONTARIO

### IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### NOTICE OF MOTION FOR LEAVE TO APPEAL

The Nortel Trade Claims Consortium seeks leave of the Court of Appeal to appeal the judgment of the Honourable Justice Newbould dated May 12, 2015 (the "**Allocation Judgment**") and His Honour's ruling dated July 6, 2015 (the "**Reconsideration Ruling**" and, together with the Allocation Judgment, the "**Decision**").

**THE MOTION IS FOR:**

(a)     an order granting the Nortel Trade Claims Consortium leave to appeal from the Decision;

(b)     costs of this motion; and

(c)     such further and other relief as this Honourable Court deems just.

**PROPOSED METHOD OF HEARING:**

The motion will be heard in writing, 36 days after service of the Nortel Trade Claims Consortium's motion record, factum and transcripts, if any, or on the filing of the Nortel Trade Claims Consortium's reply factum, if any, whichever is earlier, pursuant to Rule 61.03.1(2) of the *Rules of Civil Procedure.*

**THE GROUNDS FOR THE MOTION ARE:**

**Overview**

1.     The Nortel Trade Claims Consortium[1] (or the "**Consortium**") is a group of creditors which collectively holds over $130 million in unsecured (non-funded debt) claims (the "**U.S. Trade Claims**") against Nortel Networks Inc. ("**NNI**") and certain of its U.S. affiliates, as debtors and debtors-in-possession (collectively, the "**U.S. Debtors**").  Its membership consists of both institutional investors and former Nortel employees, the latter having combined pension claims of approximately $2.3 million.

2.     The Decision, as described in greater detail below, creates a methodology for allocating value to the various Nortel Entities for the purpose of distributing funds to creditors.  This modified pro rata allocation method invented by the Court below arbitrarily allocates value to the Nortel Entities based on certain, but not all, claims asserted against such entities, and not based on the actual property rights and interests that each distinct legal entity relinquished in the transactions that generated the Lockbox Funds (as defined below).  In selecting this approach,

---

[1] The members of the Nortel Trade Claims Consortium are ASM Capital LP, Farallon Capital Management, LLC, Silver Point Capital, L.P., Hain Capital Group, LLC, Bowery Investment Management, LLC, Dianne Napier-Wilson, John B. Wilson and Wilfred J. Cameron.

the Decision effectively disregards the rights of separate corporate entities and their creditors, and fails entirely to respect longstanding tenets of corporate, commercial and bankruptcy law.

3.      Further, despite having created the modified pro rata allocation method in the name of fairness, the Court below has not applied such method on an even-handed basis across the board. By ignoring the $4 billion bondholder guarantee claims in the U.S. claims allocation base, the Court below depletes the allocation proceeds to be distributed to all other U.S. creditors and works a particularly harsh and unanticipated injustice upon the holders of U.S. Trade Claims. The holders of bondholder guarantee claims do not suffer in the same manner as holders of U.S. Trade Claims because they have claims that they can assert against both the Canadian and the U.S. estates. The distributions that may ultimately be allowed against the U.S. Debtors on behalf of the bondholder guarantee claims, coupled with the artificially reduced share of the Lockbox Funds, operate to massively dilute U.S. Trade Claim recoveries.

4.      Finally, the modified pro rata allocation method was not pleaded or submitted by any party before the Court below.  The U.S. Unsecured Creditors' Committee represented the collective interests of, among others, the holders of U.S. Trade Claims and bondholder guarantee claims at the Trial.  As set out above, the modified pro rata allocation method creates a conflict between these groups, that was not apparent prior to the invention of the allocation method endorsed in the Decision.  The Court below denied procedural fairness to the holders of U.S. Trade Claims, including the members of the Nortel Trade Claims Consortium, by granting relief that disproportionately affects the holders of such claims, without giving them an opportunity to adduce evidence or make argument in respect of the extent to which this methodology affects its interests, as distinct from the holders of bondholder guarantee claims.

5.     For the purposes of this notice of motion for leave to appeal, the Nortel Trade Claims Consortium adopts the short forms and acronyms used in the Decision, if not otherwise defined herein.

**Background**

6.     On January 14, 2009, Nortel Networks Corporation, Nortel Networks Limited, and several related Canadian companies (collectively, the "**Canadian Debtors**"), the U.S. Debtors, and the Joint Administrators of Nortel Networks UK Limited, on behalf of 24 Nortel entities in Europe, the Middle East and Africa (collectively, the "**EMEA Debtors**"), filed for insolvency protection in their respective jurisdictions.

7.     The Canadian Debtors filed under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (the "**CCAA**") (the proceedings are referred to as the "**Nortel CCAA Proceedings**").

8.     In the spring of 2009, the Canadian Debtors, the U.S. Debtors and the EMEA Debtors (collectively, the "**Nortel Entities**") commenced negotiations to settle various inter-company debts and to attempt to collectively sell off their various lines of business and related assets ("**Asset Sales**").  In addition to the lines of business, Nortel's intellectual property rights (the "**NN Technology**") represented one of the most significant assets to be sold.

9.     Because Nortel's business was conducted globally along "business lines", the cooperation of all Nortel Entities around the world was required in order to consummate the sale of each business line.  However, it became evident that it would not be possible to agree on the allocation of the proceeds of the Asset Sales (the "**Proceeds**") amongst the various Nortel

Entities prior to entering into any Asset Sale.  In order to maximize the funds available for distribution to creditors and prevent the possibility that disputes over allocation would hinder Asset Sales, the Nortel Entities agreed that the Proceeds would be deposited into escrow pending resolution of the allocation issues.  This agreement was documented in the Interim Funding and Settlement Agreement (the "**IFSA**"), effective June 9, 2009.

10.    The Asset Sales went ahead as planned, and the Nortel Entities eventually sold substantially all of their collective assets in various sales.  In total, Proceeds in the amount of approximately $7.3 billion were realized and placed into escrow (the "**Lockbox Funds**").

11.    As the Nortel Entities and their respective stakeholders were unable to come to an agreement on how to allocate the Proceeds amongst themselves, the allocation issue was ordered to be determined in a joint trial before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**") and the United States Bankruptcy Court for the District of Delaware (the "**U.S. Court**").

12.    The trial of the allocation issue was heard by the Ontario Court and the U.S. Court over the course of 24 hearing days between May and September, 2014 (the "**Trial**").  The parties at Trial were the Monitor, the Canadian Debtors, the Canadian Creditors' Committee, the U.S. Debtors, the Ad Hoc Group of Bondholders, the EMEA Debtors, the UKPC, the U.S. Unsecured Creditors' Committee, Wilmington Trust, National Association, Trustee, The Bank of New York Mellon, Trustee, and Law Debenture Trust Company of New York, Trustee.

13.    The U.S. Unsecured Creditors' Committee was created pursuant to United States statute, and was appointed to represent, in a fiduciary capacity, all general unsecured creditors of the

U.S. Debtors.   In such capacity, the U.S. Unsecured Creditors' Committee represents the interests of the members of the Nortel Trade Claims Consortium and, accordingly, the Nortel Trade Claims Consortium was not separately represented at the Trial, nor were the individual members thereof separately represented.

**The Decision Below**

14.    On May 12, 2015, Justice Newbould of the Ontario Court issued the Allocation Judgment. Judge Gross of the U.S. Court simultaneously issued a concurring decision (the "**U.S. Judgment**").

15.    On June 25, 2015, the U.S. Debtors and the Ad Hoc Group of Bondholders brought motions before the Ontario Court seeking reconsideration and/or clarification of the Allocation Judgment (the "**Reconsideration Motions**").   The Nortel Trade Claims Consortium filed a joinder to a similar motion brought in the U.S. Court for reconsideration of the U.S. Judgment.

16.    In advance of the hearing of the Reconsideration Motions, the U.S. Debtors brought a motion seeking to extend the time for filing of any motions for leave to appeal the Allocation Judgment.  On May 29, 2015, Justice Newbould issued an order extending the time for filing of any motions for leave to appeal the Allocation Judgment to ten days following the release of the court's decision on the Reconsideration Motions (the "**Extension Order**").

17.    On July 6, 2015, Justice Newbould issued the Reconsideration Ruling.

18.    As reflected in the Decision, the Court below made the following ruling in respect of the adoption of the modified pro rata method of allocating the Lockbox Funds to the Nortel Entities:

(a)     each Nortel Entity is to be allocated that percentage of the Lockbox Funds based on the total of allowed pre-filing claims against that Nortel Entity in relation to the total of such allowed pre-filing claims against all Nortel Entities;

(b)     in respect of the claims against a Nortel Entity, any claim that can be asserted against more than one Nortel Entity can only be calculated and recognized once;

(c)     bond claims are to be asserted against the Nortel Entity that issued the bonds. A claim for the full amount of the bond may be asserted against the Nortel Entity that guaranteed the bond debt for distribution purposes only, but such guarantee claim will not be taken into account in determining the total claims against that Nortel Entity for allocation purposes;

(d)     intercompany claims against a Nortel Entity are to be included in the determination of the total claims against that Nortel Entity;

(e)     settlements of pre-filing claims both paid and unpaid are to be included in the determination of the total claims against that Nortel Entity; and

(f)     cash on hand in any Nortel Entity will not be taken into account in the modified pro rata allocation method, and any cash on hand in a Nortel Entity will be dealt with in accordance with the administration of that Nortel Entity's estate.

**The Nortel Trade Claims Consortium Should be Granted Leave to Appeal**

19.     In the Decision, the Court below made the following fundamental errors of law and fact:

(a)     it erred in failing to determine the very issue that was before the Court below, namely the proper allocation of the value relinquished by each Nortel Entity in the Asset Sales and the corresponding proceeds that comprised the Lockbox Funds;

(b)     it erred in finding that the appropriate method to allocate the Lockbox Funds was to create an allocation methodology based on consolidating assets of separate Nortel Entities and distributing them based on certain claims against each Nortel Entity, instead of allocating value based on property rights and the interests of the various Nortel Entities therein;

(c)     it erred in imposing an allocation methodology that overrides legal rights in an unprecedented fashion. The modified pro rata allocation method completely disregards the value that the different Nortel Entities relinquished in the sales of the business lines and in the NN Technology, and the impact of such determination on the recoveries of the creditors of each of the respective Nortel Entities;

(d)     it erred in devising an allocation methodology based, not on property rights or interests, but on calculating claims asserted against each of the Nortel Entities in proportion to the total claims against all of the Nortel Entities, which is an arbitrary basis for facilitating creditor recoveries and rewards certain of the Nortel Entities that incurred the most debt, while penalizing the more profitable Nortel Entities which paid their own creditors and supported the other Nortel Entities through guarantees;

(e)     it erred in devising the modified pro rata allocation method based on an apparent

effort to achieve a "just" outcome, but without having the necessary record

regarding the nature or quantity of the claims against the various Nortel Entities at

the Trial to support such a result, with the inevitable effect of unjustly prejudicing

various stakeholders;

(f)     it erred in inventing its own methodology for pro rata allocation, which was not

before the Court below at the Trial, and not supported by the parties' pleadings or

submissions. By doing so, it denied the Nortel Trade Claims Consortium or the

members thereof the opportunity to adduce evidence and make argument in

respect of the extent to which this methodology affects their interests, as distinct

from the holders of bondholder guarantee claims;

(g)     it erred in its application of the relevant and binding case law in respect of

substantive consolidation as a justification for imposing an unprecedented global

pro rata allocation, which, among many flaws, fails to properly consider the

prejudicial effect of such a methodology on specific creditors and the legitimate

commercial expectations of the creditors of the different Nortel Entities;

(h)     it erred in resorting to its own modified pro rata allocation method based on its

misinterpretation and disregard of the key contract in question, the Master

Research and Development Agreement (the "**MRDA**"), which expressly sets out

the property interests and rights of the Nortel Entities in and to the NN

Technology, including NNI's perpetual, exclusive and royalty-free licence for the

NN Technology. The Court below misinterpreted the relevance of the terms of the

MRDA in its finding that the rights and interests of the parties as set out in the MRDA applied only for tax purposes. As the MRDA did not contemplate a situation in which the parties liquidated their assets on a worldwide insolvency of the Nortel Entities, the Court below found that the MRDA was not relevant to the rights and interests of the parties in the NN Technology and the resulting Lockbox Funds for allocation purposes, and could simply be disregarded. In doing so, the Court below completely nullified the property rights of the parties with respect to the NN Technology;

(i)     it erred in failing to consider relevant and admissible evidence that established the surrounding circumstances and parties' common intention as to their respective rights and interests in the NN Technology at the time of the execution of the MRDA;

(j)     it erred in interpreting the MRDA to limit the perpetual, exclusive and royalty-free license rights of NNI granted under the MRDA to the right to make, use or sell Products (as defined in the MRDA), which finding is entirely inconsistent with the interpretation of such license rights under the MRDA by the U.S. Court;

(k)     it erred in its application of the law of unjust enrichment by choosing to disregard the *bona fide* property rights and interests of the various Nortel Entities as set out in the MRDA;

(l)     it improperly exercised its judicial discretion afforded by section 11 of the CCAA by: (i) completely disregarding the property rights of the different Nortel Entities;

and (ii) exercising such discretion in a manner that is inconsistent with the underlying purpose and scope of the CCAA;

(m)     it erred in establishing a pro rata allocation method and then modifying such method in an arbitrary and unjustly prejudicial manner. In particular, the Court below excluded the bondholder guarantee claims of approximately $4 billion made against the U.S. Debtors' estate from the modified pro rata allocation calculation, leaving the U.S. Debtors with a significant liability but without any corresponding allocation of the Lockbox Funds to pay such liability. In so doing, the Court below materially altered the risk of the bondholder guarantees by reducing the U.S. Debtors' ability to meet their liabilities pursuant to the bondholder guarantees, while maintaining the liabilities owing pursuant thereto; and

(n)     it erred in determining that bondholder guarantee claims can be recognized in full by the U.S. Debtors' estate.    Such a determination is clearly outside the jurisdiction of the Ontario Court, and has been recognized as such in the Court below's holding that "it will be up to each Nortel Estate acting under the supervision of its presiding court to administer claims in accordance with its applicable law".[2]

---

[2] Judgment, at para. 211.

**The Nortel Trade Claims Consortium's appeal is *prima facie* meritorious**

20.     The creation by the Court below of the modified pro rata allocation method to establish the quantum of funds to be allocated to the Nortel Entities is unprecedented, and represents a marked departure from the established methods for determining the rights and interests of parties in the proceeds from the sale of assets in an insolvency proceeding.

21.     In the unique circumstances of this case, the Court below chose to disregard longstanding tenets of corporate, commercial and bankruptcy law in favour of achieving a "just" result. However, rather than treating all stakeholders equally, the modified pro rata allocation method works an injustice upon the holders of U.S. Trade Claims, including the members of the Nortel Trade Claims Consortium, by allowing the bondholder guarantee claims against the U.S. Debtors to be asserted in full for distribution purposes, while prohibiting the inclusion of those claims for allocation purposes.  Such an approach materially alters the risk of the bondholder guarantees by reducing the U.S. Debtors' ability to meet their liabilities pursuant to the bondholder guarantees, while maintaining the liabilities owing pursuant thereto, in a manner that could not have been foreseen by the parties to the guarantees, or by other creditors of the U.S. Debtors.

22.     Additionally, the Court below misapplied the law of substantive consolidation, holding that the case law does not preclude substantive consolidation in the circumstances of this case. In this regard, the Decision is inconsistent with existing case law, as well as the determination by the U.S. Court that substantive consolidation was clearly not appropriate.

23.     Despite concluding that substantive consolidation would be permissible in the circumstances, the Court below sought to avoid explicitly ordering the global substantive

consolidation of all Nortel Entities by imposing certain modifications to a pure pro rata allocation. These modifications took the form of arbitrarily selecting which claims and which assets are to be included in the pro rata calculation (for example, intercompany claims are included for allocation purposes, but bondholder guarantee claims are not). The effect of these modifications is to artificially inflate the recoveries of some creditors to the detriment of others. In particular, if the bondholder guarantee claims are recognized by the U.S. Debtors' estate, the recovery for U.S. Trade Claims, such as those advanced by the members of the Consortium, will be significantly and unjustly diluted.

24.     Finally, the modified pro rata allocation method was not pleaded or submitted by any party before the Court below. The Court below did not have the necessary record at the Trial to even consider such a claims-based methodology, and did not provide the parties with the necessary procedural fairness to adduce evidence and address this methodology and expose all of its legal and procedural flaws, thereby denying procedural fairness. This is of particular concern to the Nortel Trade Claims Consortium, whose interests were effectively represented at trial by the U.S. Unsecured Creditors Committee. The Court below denied procedural fairness to the Nortel Trade Claims Consortium by granting relief that disproportionately affects the Consortium, without giving them an opportunity to adduce evidence or make argument in respect of the extent to which this methodology affects their interests, as distinct from other parties who were in essence represented by the U.S. Unsecured Creditors Committee, namely, the holders of bondholder guarantee claims.

**The Appeal Involves Issues that are Significant to the Practice**

25.      As intellectual property and global corporate structures are increasingly common, the impact of the Decision is of wide significance to the practice generally and will impact on future insolvency and reorganization case law.

26.      Further, understanding the jurisdiction of a court in a CCAA proceeding to use perceived, yet untested, "fairness" principles to override property rights and ignore significant case law on the principles of contract law, property rights and corporate separateness, is of importance not only to the insolvency practice generally, but to all commercial stakeholders seeking certainty in business dealings in Canada.

27.      The understanding of the scope of such boundaries further extends to a court's authority to create novel methodologies that abrogate parties' legal rights, in this case the right to receive a portion of the Lockbox Funds, based on untested principles of "fairness", and particularly a methodology that was not pleaded or submitted by any party before the Court below and ultimately, never argued. The granting of relief without giving parties an opportunity to adduce evidence or make argument in respect of such methodology, is a denial of procedural fairness that significantly impacts the practice of insolvency.

28.      Many corporate structures are tax driven. The novel and erroneous finding that agreements created for tax purposes and which do not specifically contemplate insolvency, yet determine ownership, should be completely disregarded in an insolvency scenario has wide ranging effects on the practice of insolvency law generally.

**The Appeal is of Significance to the Proceeding**

29.     The proposed appeal involves the allocation of the Lockbox Funds totalling $7.3 billion.

30.     This is substantially all of the proceeds of sale of the Nortel Entities' global assets. Such an allocation will, in turn, impact on the recoveries by creditors of the Nortel Entities all over the world. In particular, the members of the Nortel Trade Claims Consortium are significantly disadvantaged on an absolute and relative basis by the Decision.

**The Appeal will not Hinder the Progress of the Proceeding**

31.     If leave is granted, the appeal will not unduly delay the progress of this CCAA proceeding, the payment of money from the Lockbox Funds to the various Nortel Entities or the distribution of money to the ultimate creditors.

32.     Payment of money from the Lockbox Funds can only be made on consent of the relevant parties, or in accordance with final decisions of both the applicable U.S. and Ontario Courts. The decision of the U.S. Court on this matter is already subject to appeals. Granting leave to appeal in Canada will not delay the matter, as the Decision cannot be acted upon, in any event, until the appeal process is concluded.

33.     Further, implementation of the modified pro rata allocation method requires a known claim base in each of the 38 Nortel Entities. Claims against a significant number of the Nortel Entities, including the EMEA Debtors, have yet to be determined and could take many months, or in some cases, years, to resolve on a final basis. The process to determine the level of claims for each Nortel Entity in accordance with the Decision is expected to take a significant amount of

time and can progress in tandem with this appeal, should leave to appeal be granted. As such, no delay of the ultimate allocation of funds would be caused by the granting of leave to appeal.

34.    Rules 37, 61.03.1 and 61.16 of the *Rules of Civil Procedure*.

35.    Sections 11, 13 and 14 of the CCAA.

36.    Such other grounds as counsel may advise and this Honourable Court may permit.

**THE FOLLOWING DOCUMENTARY EVIDENCE** will be used at the hearing of the motion:

1.    The materials that were before Justice Newbould on the Trial and the Reconsideration Motions, as counsel deems necessary;

2.    The transcripts of the Trial, as counsel deems necessary;

3.    The Joinder with Reservation of Rights of the Trade Claims Consortium to the U.S. Debtors' Motion for Reconsideration;

4.    The Verified Statement of Counsel to the Nortel Trade Claim Consortium Pursuant to Bankruptcy Rule 2019; and

5.    Such further and other evidence as counsel may advise and this Honourable Court may permit.

Date: July 16, 2015

**AIRD & BERLIS LLP**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

**Steven L. Graff (LSUC #31871V)**
Tel: 416-865-7726
Fax: 416-863-1515
Email: sgraff@airdberlis.com

**Ian Aversa (LSUC #55449N)**
Tel: 416-865-3082
Fax: 416-863-1515
Email: iaversa@airdberlis.com

**Miranda Spence (LSUC #60621M)**
Tel: 416-865-3414
Fax: 416-863-1515
Email: mspence@airdberlis.com

Canadian Lawyers for the Nortel
Trade Claims Consortium

**TO:      THE SERVICE LIST**

*July 14, 2015*

Court File No.  09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL
CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL
NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**SERVICE LIST**

| | | |
|---|---|---|
| TO: | **NORTON ROSE FULBRIGHT LLP**<br>Royal Bank Plaza, South Tower<br>200 Bay Street, Suite 3800<br>Toronto, Ontario M5J 2Z4 | **AND<br>TO:** | **GOWLING LAFLEUR HENDERSON LLP**<br>Suite 1600, First Canadian Place<br>100 King Street West<br>Toronto, Ontario  M5X 1G5 |

TO: **NORTON ROSE FULBRIGHT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Catherine Ma

Email:
catherine.ma@nortonrosefulbright.com

Tel:     416.216.4000
Fax:    416.216.3930

Lawyers for the Applicants

**AND
TO:**  **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Derrick Tay
Jennifer Stam
Katie Parent

Email:     derrick.tay@gowlings.com
           jennifer.stam@gowlings.com
           katie.parent@gowlings.com

Tel:      416.862.5697
Fax:     416.862.7661

Lawyers for the Applicants

- 2 -

TO:    **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:   nortel.monitor@ca.ey.com

Tel:    416.943.3016
Fax:   416.943.3300

AND    **GOODMANS LLP**
TO:    Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Chris Armstrong
Peter Ruby

Email:   jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
carmstrong@goodmans.ca
pruby@goodmans.ca

Tel:    416.597.4107
Fax:   416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND    **OSLER HOSKIN AND HARCOURT**
TO:    **LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Adam Hirsh

Email:   lbarnes@osler.com
esellers@osler.com
ahirsh@osler.com

Tel:    416.362.2111
Fax:   416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and
Nortel Networks Limited

AND    **FASKEN MARTINEAU DUMOULIN LLP**
TO:    66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, Ontario  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Jon Levin

Email:   dmilner@fasken.com
akauffman@fasken.com
jlevin@fasken.com

Tel:    416.868.3538
Fax:   416.364.7813

Lawyers for Export Development Canada

- 3 -

AND TO:
**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, Ontario  K1A 1K3

Jennifer Sullivan

Email:  jsullivan@edc.ca

Tel:      613.597.8651
Fax:     613.598.3113


AND TO:
**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, Ontario  M5K 1K7

Leanne M. Williams

Email:  lwilliams@tgf.ca

Tel:      416.304.1616
Fax:     416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.


AND TO:
**McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS  B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:
        john.stringer@mcinnescooper.com

        stephen.kingston@mcinnescooper.com

Tel:      902.425.6500
Fax:     902.425.6350

Lawyers for Convergys EMEA Limited


AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com

Tel:      416.595.8615/8577
Fax:     416.595.8695

Lawyers for Toronto-Dominion Bank


AND TO:
**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth

Email:  barry.wadsworth@caw.ca

Tel.:     416.495.3776
Fax:     416.495.3786

Lawyers for all active and retired Nortel employees represented by the CAW-Canada

- 4 -

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, Ontario  M5H 3Y4

Roger Jaipargas

Email:  rjaipargas@blgcanada.com
Tel:    416.367.6266
Fax:    416.361.7067

Lawyers for Bell Canada

AND
TO:

**SISKINDS LLP**
680 Waterloo Street
London, Ontario  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Emilie E. M. Maxwell

Email:  ray.leach@siskinds.com
        dimitri.lascaris@siskinds.com
        emilie.maxwell@siskinds.com

Tel:    519.672.2121
Fax:    519.672.6065

Lawyers for Indiana Electrical Workers
Pension Trust Fund IBEW, Laborers Local
100 and 397 Pension Fund, and Bruce
William Lapare

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:  mzigler@kmlaw.ca
Tel:    416.595.2090
Fax:    416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:    416.595.2104
Fax:    416.204.2882

Email:  akaplan@kmlaw.ca
Tel:    416.595.2087
Fax:    416.204.2875

Email:  bwalancik@kmlaw.ca
Tel:    416.542.6288
Fax:    416.204.2906

Lawyers for the Former Employees of Nortel

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Amanda McLachlan

Email:  zychk@bennettjones.com
Tel:    416.777.5738
Fax:    416.863.1716

Email:  orzyr@bennettjones.com
Tel:    416.777.5737
Fax:    416.863.1716

Email:  finlaysong@bennettjones.com
Tel:    416.777.5762
Fax:    416.863.1716

Email:  swanr@bennettjones.com
Tel:    416.777.7479
Fax:    416.863.1716

Email:  mclachlana@bennettjones.com
Tel:    416.777.5393
Fax:    416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

- 5 -

AND TO:  **PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
35th Floor
155 Wellington Street West
Toronto, Ontario  M5V 3H1

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson

Email:  ken.rosenberg@paliareroland.com
Tel:     416.646.4304
Fax:    416.646.4301

Email:  max.starnino@paliareroland.com
Tel:     416.646.7431
Fax:    416.646.4301

Email:  lily.harmer@paliareroland.com
Tel:     416.646.4326
Fax:    416.646.4301

Email:  karen.jones@paliareroland.com
Tel:     416.646.4339
Fax:    416.646.4301

Email:  tina.lie@paliareroland.com
Tel:     416.646.4332
Fax:    416.646.4301

Email:  michelle.jackson@paliareroland.com
Tel:     416.646.7470
Fax:    416.646.4301

Lawyers for the Superintendent of Financial Services as Administrator of the Pension Benefits Guarantee Fund

AND TO:  **KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:  mzigler@kmlaw.ca
Tel:     416.595.2090
Fax:    416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:     416.595.2104
Fax:    416.204.2882

Email:  akaplan@kmlaw.ca
Tel:     416.595.2087
Fax:    416.204.2875

Email:  bwalancik@kmlaw.ca
Tel:     416.542.6288
Fax:    416.204.2906

Lawyers for the LTD Beneficiaries

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com
Tel:    416.595.8615
Fax:    416.595.8695

Lawyers for LG Electronics Inc.

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com
Tel:    416.595.8615
Fax:    416.595.8695

Canadian Lawyers for Telmar Network Technology, Inc. and Precision Communication Services, Inc.

AND TO:
**CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton

Email:  harvey@chaitons.com
Tel:    416.218.1129
Fax:    416.218.1849

Lawyers for IBM Canada Limited

AND TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

E. Patrick Shea

Email:  patrick.shea@gowlings.com

Tel:    416.369.7399
Fax:    416.862.7661

Lawyers for Westcon Group

AND TO:
**CASSELS BROCK & BLACKWELL LLP**
Suite 2100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3C2

Shayne Kukulowicz
Michael Wunder
Ryan Jacobs

Email:  skukulowicz@casselsbrock.com
        mwunder@casselsbrock.com
        rjacobs@casselsbrock.com

Tel:    416.869.5300
Fax:    416.360.8877

Canadian Lawyers for the Official Committee of Unsecured Creditors

AND TO:
**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Lawyers for Andrew, LLC

AND TO:
**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email: hfogul@airdberlis.com
Tel:   416.865.7773
Fax:   416.863.1515

Email: pczegledy@airdberlis.com
Tel:   416.865.7749
Fax:   416.863.1515

Lawyers for Microsoft Corporation

AND TO:
**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email: rslattery@mindengross.com
       dullmann@mindengross.com
Tel:   416.369.4149
Fax:   416.864.9223

Lawyers for Verizon Communications Inc.

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel:   416.865.7726
Fax:   416.863.1515

Email: iaversa@airdberlis.com
Tel:   416.865.3082
Fax:   416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email: renglish@airdberlis.com
       smitra@airdberlis.com

Tel:   416.863.1500
Fax:   416.863.1515

Lawyers for Tata Consultancy Services
Limited and Tata America International
Corporation

AND TO:
**VERINT SYSTEMS, INC.**
800 North Point Parkway
Alpharetta, Georgia  30005

Paige Honeycutt
Assistant General Counsel

Email: paige.honeycutt@verint.com
Tel:   770.754.1900
Fax:   678.319.0732

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

AND TO:
**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email: surquhart@ahbl.ca
Tel:   604.484.1757
Fax:   604.484.1957

Lawyers for Algo Communication Products
Ltd.

- 8 -

AND
TO:
**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent

Email:   andrew.kent@mcmillan.ca
Tel:      416.865.7160
Fax:      416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:
**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, Ontario  M5X 1E2

Bruce Darlington

Email:   bdarlington@davis.ca
Tel:      416.365.3529
Fax:      416.369.5210

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND
TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:      416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:      416.863.1515

Lawyers for Perot Systems Corporation

AND
TO:
**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Brett Harrison
Jeffrey Levine

Email:   brett.harrison@mcmillan.ca
Tel :     416.865.7932
Fax :     416.865.7048

Email:   jeffrey.levine@mcmillan.ca
Tel:      416.865.7791
Fax:      416.865.7048

Lawyers for Citibank

AND
TO:
**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley

Email:   jwigley@gardiner-roberts.com
Tel:      416.865.6655
Fax:      416.865.6636

Lawyers for Amphenol Corporation

- 9 -

AND TO:   **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:   smitra@airdberlis.com

Tel:      416.863.1500
Fax:     416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND TO:   **McMILLAN LLP**
1900, 736-6th Avenue S.W.
Calgary, Alberta  T2P 3T7

Adam Maerov

Email:   adam.maerov@mcmillan.ca
Tel:      403.215.2752
Fax:     403.531.4720

Lawyers for Right Management Inc.

AND TO:   **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Junior Sirivar
Geoff R. Hall

Email:   jsirivar@mccarthy.ca
Tel:      416.601.7750
Fax:     416.868.0673

Email:   ghall@mccarthy.ca
Tel:      416.601.7856
Fax:     416.868.0673

Lawyers for Frank Andrew Dunn

AND TO:   **BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Frank Spizzirri

Email:   frank.spizzirri@bakermckenzie.com
Tel:      416.865.6940
Fax:     416.863.6275

Lawyers for Jabil Circuit Inc.

- 10 -

| | |
|---|---|
| AND TO: | **BENNETT JONES LLP** |

AND TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:  ryanbellr@bennettjones.com
        laugesenm@bennettjones.com

Tel:    416.863.1200
Fax:    416.863.1716

Lawyers for Tel-e Connect Systems Ltd.
and
Tel-e Connect Systems (Toronto) Ltd.

AND TO:

**IRVING MITCHELL KALICHMAN LLP**
Place Alexis Nihon, Tour 2
3500 Boulevard De Maisonneuve Ouest
Bureau 1400
Montreal, Quebec  H3Z 3C1

Kurt A. Johnson

Email :  kjohnson@imk.ca
Tel:     514.935.5755
Fax :    514.935.2999

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND TO:

**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:  dgoldstein@schneidergaggino.com
        mgaggino@schneidergaggino.com

Tel:    514.631.8787
Fax:    514.631.0220

Lawyers for the Teamsters Quebec Local
1999

AND TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Christopher Rootham

Email:  janice.payne@nelligan.ca
        christopher.rootham@nelligan.ca

Tel:    613.231.8245
Fax:    613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post
CCAA as at January 14, 2009

AND
TO:

**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:    714.998.4351
Fax:    714.998.7142

Lawyers for AETL Testing, Inc

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:  david.cohen@gowlings.com

Tel:    416.369.6667
Fax:    416.862.7661

Lawyers for General Electric Canada
Equipment Finance G.P. and GE Capital
Canada Leasing Services Inc.

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:  tdunn@mindengross.com
Tel:    416.369.4335
Fax:    416.864.9223

Lawyers for 2748355 Canada Inc.

AND
TO:

**BALDWIN LAW PROFESSIONAL
CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:  ibrady@baldwinlaw.ca
Tel:    613.771.9991
Fax:    613.771.9998

Lawyers for Sydney Street Properties Corp.

- 12 -

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington

Email:  bdarlington@davis.ca
Tel:      416.365.3529
Fax:     416.369.5210

Lawyers for Computershare Trust Company
of Canada


AND
TO:

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman
Jessica Zhi

E-mail:  tosullivan@counsel-toronto.com
Tel:      416.598.1744
Fax:     416.598.3730

Email:  slaubman@counsel-toronto.com
Tel:      416.598.1744
Fax:     416.598.3730

Email:  jzhi@counsel-toronto.com
Tel:      416.644.4016
Fax:     416. 598.3730

Lawyers for William A. Owens


AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email :  thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :    416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee


AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email :  thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :    416.214.5400

Co-Counsel for the Steering Committee of
Nortel Canadian Continuing Employees –
Post CCAA as at January 14, 2009

AND
TO:

**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:    714.998.4351

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for the Current and Former
Employees of Nortel Networks Inc. who are
or were Participants in the Long-Term
Investment Plan Sponsored by Nortel
Networks Inc.

AND
TO:

**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia

Email:  rschwill@dwpv.com
Email:  scampbell@dwpv.com
Email:  jdoris@dwpv.com
Email:  lsarabia@dwpv.com

Tel:    416.863.0900
Fax:    416.863.0871

Counsel to the Joint Administrators of Nortel
Networks UK Limited

AND
TO:

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Jessica Zhi

Email:  mgottlieb@counsel-toronto.com
Tel:    416.644.5353
Fax:    416.598.3730

Email:  twynne@counsel-toronto.com
Tel:    416.598.7835
Fax:    416.598.3730

Email:  pmichell@counsel-toronto.com
Tel:    416.644.5359
Fax:    416.598.3730

Email:  jzhi@counsel-toronto.com
Tel:    416.644.4016
Fax:    416.598.3730

Counsel to the Joint Administrators of Nortel
Networks UK Limited

T991328\TOR_LAW\ 7814959\60

- 14 -

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Brett Harrison

Email:  brett.harrison@mcmillan.ca
Tel:    416.865.7932
Fax:    647.722.6756

Laura Brazil

Email:  Laura.Brazil@mcmillan.ca
Tel:    416.865.7814
Fax:    647.722.6756

Lawyers for The Bank of New York Mellon

AND
TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:  dwinters@justice.gc.ca
Tel:    416.973.3172
Fax:    416.973.0810

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Jeff Galway

Email:  susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email:  jeff.galway@blakes.com
Tel:    416.863.3859
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M
Ericsson (publ)

AND
TO:

**SIMMONS, DA SILVA & SINTON LLP**
Suite 200, 201 County Court Blvd.
Brampton, Ontario
L6W 4L2

Puneet S. Kohli
Email:  puneet@sdslawfirm.com

Tel:    905.861.2819

Lawyers for Wipro Limited

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:  hmeredith@mccarthy.ca
Tel:    416.601.8342
Fax:    416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND
TO:

**Holland & Knight**
31 West 52nd Street
New York NY 10019

Barbra R. Parlin

Email:  barbra.parlin@hklaw.com
Tel:    212.513.3210
Fax:    212.385.9010

Lawyers for Avaya Inc.

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  milly.chow@blakes.com
Tel:    416.863.2594
Fax:    416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:    416.863.2426
Fax:    416.863.2653

Email:  craig.thorburn@blakes.com
Tel:    416.863.2965
Fax:    416.863.2653

Lawyers for MatlinPatterson Global Advisers
LLC, MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson
Opportunities Partners (Cayman) III L.P.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

D. Robb English

Email:  renglish@airdberlis.com
Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Belden CDT (Canada) Inc.

AND
TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:  thomas.wallis@vdg.ca
Tel:    613.241.2701
Fax:    613.241.2599

Lawyers for La Regie des Rentes du
Quebec

AND
TO:

**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Ron Ferguson

Email:  rferguson@stikeman.com
Tel:    212.845.7477
Fax:    212.371.7087

Lawyers for GENBAND Inc.

<table>
<tr><td>AND<br>TO:</td><td><b>McCARTHY TETRAULT LLP</b><br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6</td><td>AND<br>TO:</td><td><b>BLAKE, CASSELS & GRAYDON</b><br>Box 25, Commerce Court West<br>199 Bay Street, Suite 2800<br>Toronto, Ontario  M5L 1A9</td></tr>
</table>

AND
TO:  **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques

E-mail:  bboake@mccarthy.ca
Tel:     416.601.7557
Fax:     416.868.0673

Email:  jgage@mccarthy.ca
Tel:     416.601.7539
Fax:     416.686.0673

Email:  emarques@mccarthy.ca
Tel:     416.601.7822
Fax:     416.686.0673

Lawyers for Morneau Shepell Limited

AND
TO:  **BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:  pamela.huff@blakes.com
Tel:     416.863.2958
Fax:     416.863.2653

Email:  jeremy.forgie@blakes.com
Tel:     416.863.3888
Fax:     416.863.2653

Lawyers for The Northern Trust Company,
Canada

AND
TO:  **CLEARY GOTTLIEB STEEN & HAMILTON
LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email:  jbromley@cgsh.com
         lschweitzer@cgsh.com

Tel:     212.225.2000
Fax:     212.225.3999

Lawyers for Nortel Networks Inc.

AND
TO:  **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON  M5J 2T3

Wael Rostom
W. Brad Hanna

Email:  wael.rostom@mcmillan.ca
Tel:     416.865.7790
Fax:     416.865.7048

Email :  brad.hanna@mcmillan.ca
Tel :    416.865.7276
Fax :    416.865.7048

Lawyers for Wells Fargo Bank, National
Association, as successor by merger to
Wachovia Bank, N.A., in its capacity as
Servicer for the Nortel Networks Pass-
Through Trust, Series 1-1

- 17 -

AND
TO:

**ALSON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

Jonathan T. Edwards

Email:  jonathan.edwards@alston.com
Tel:      404.881.4985
Fax:      404.253.8235

U.S. Counsel for Wells Fargo Bank,
National Association, as successor by
merger to Wachovia Bank, N.A., in its
capacity as Servicer for the Nortel Networks
Pass-Through Trust, Series 1-1

AND
TO:

**DAVID STEER**
10 Cypress Court
Nepean, ON  K2H 8Z8

E-mail:  davidsteer127@sympatico.ca

AND
TO:

**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:  tdemarinis@torys.com
          sbomhof@torys.com
          sblock@torys.com
          agray@torys.com
          aslavens@torys.com

Tel:      416.865.0040
Fax:      416.865.7380

Lawyers for Nortel Networks Inc.

AND
TO:

**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:  jspiegelman@foglers.com

Tel:      416.864.9700
Fax:      416.941.8852

Lawyers for Apex Logistics Inc.

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Andrew J. F. Kent
Wael Rostom

Email:  andrew.kent@mcmillan.ca
Tel :   416.865.7160
Fax :   416.865.7048

Email:  wael.rostom@mcmillan.ca
Tel :   416.865.7790
Fax :   416.865.7048

Lawyers for the Norpax LLC and RPX
Corporation, in its capacity as Managing
Member of Norpax LLC

AND
TO:

**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
David W. DeMille
Todd Storms

Email:  hvw@tmlegal.ca
dwd@tmlegal.ca
tstorms@tmlegal.ca

Tel:    613.542.1889
Fax:    613.542.8202

Lawyers for The Corporation of the City of
Belleville

AND
TO:

**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
David W. DeMille
Todd Storms

Email:  hvw@tmlegal.ca
dwd@tmlegal.ca
tstorms@tmlegal.ca

Tel:    613.542.1889
Fax:    613.542.8202

Lawyers for Algonquin and Lakeshore
Catholic District School Board

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Steven J. Weisz
Jenna Willis

Email:  steven.weisz@blakes.com
Tel:    416.863.2616
Fax:    416.863.2653

Email:  jenna.willis@blakes.com
Tel:    416.863.3348
Fax:    416.863.2653

Lawyers for the American Registry for
Internet Numbers

AND
TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West
199 Bay Street
Toronto, Ontario  M5L 1B9

Dan Murdoch

Email:  dmurdoch@stikeman.com
Tel:    416.869.5529
Fax:    416.947.0866

Lawyers for Apple Inc.

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Brett Harrison

Email:  brett.harrison@mcmillan.ca
Tel :   416.865.7932
Fax :   416.865.7048

Lawyers for Rogers Communications Inc.

AND
TO:

**ATTORNEY GENERAL FOR ONTARIO**
Crown Law Office – Civil
720 Bay Street, 8th Floor
Toronto, Ontario  M7A 2S9

Leonard Marsello
William MacLarkey
Danielle Meuleman
Paul McCulloch

Email:  leonard.marsello@ontario.ca
Tel:      416.326.4939
Fax:     416.326.4181

Email:  William.MacLarkey@ontario.ca
Tel:      416.326.4082
Fax:     416.326.4181

Email:  Danielle.Meuleman@ontario.ca
Tel:      416.314.7605
Fax:     416.314.6579

Email:  Paul.McCulloch@ontario.ca
Tel:      613.521.3450, ext. 234
Fax:     416.314.6579

Lawyers for Her Majesty the Queen in right
of Ontario, as represented by the Ministry of
the Environment

AND
TO:

**DAVIS LLP**
1 First Canadian Place, Suite 6000
100 King Street West
P.O. Box 367,
Toronto, Ontario  M5X 1E2

Bruce Darlington

Email:  bdarlington@davis.ca
Tel:      416.365.3529
Fax:     416.369.5210

Lawyers for Lenovo (Singapore) Pte. Ltd.

AND
TO:

**CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton
Doug Bourassa
George Benchetrit

Email:  harvey@chaitons.com
Tel :     416.218.1129
Fax :    416.218.1849

Email:  doug@chaitons.com
Tel :     416.218.1145
Fax :    416.218.1845

Email:  george@chaitons.com
Tel:      416.218.1141
Fax:     416.218.1841

Lawyers for SNMP Research International,
Inc. and SNMP Research, Inc.

AND
TO:

**GARDINER ROBERTS**
Scotia Plaza
40 King Street West, Suite 3100
Toronto, Ontario  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel :     416.865.6655
Fax :    416.865.6636

Lawyers for 2058756 Ontario Limited

- 20 -

AND
TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West,
199 Bay Street
Toronto, Ontario  M5L 1B9

Ashley John Taylor
Kathryn Esaw

Email:  ataylor@stikeman.com
Tel :    416.869.5236
Fax :   416.947.0866

Email:  kesaw@stikeman.com
Tel:     416.869.6820
Fax :   416.947.0866

Lawyers for Sanmina SCI Corporation

AND
TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West,
199 Bay Street
Toronto, Ontario  M5L 1B9

Alan D'Silva
Ellen Snow

Email:  adsilva@stikeman.com
Tel:     416.869.5204
Fax:    416.947.0866

Email:  esnow@stikeman.com
Tel:     416.869.5286
Fax:    416.947.0866

Counsel to Chartis Insurance Company of
Canada Inc.

AND
TO:

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY  10022-2585

Craig A. Barbarosh
Email:  craig.barbarosh@kattenlaw.com
Tel:     212.940.8665
Fax:    212.940.8776

David A. Crichlow
Email:  david.crichlow@kattenlaw.com
Tel:     212.940.8941
Fax:    212.940.8776

Karen B. Dine
Email:   Karen.dine@kattenlaw.com
Tel:     212.940.8772
Fax:    212.940.8776

U.S. Counsel to Wilmington Trust

AND
TO:

**CONSTELLATION ENERGY GROUP, INC.**
100 Constellation Way
Suite 600
Baltimore, MD 21202

David Quagliana
Manager, Credit Workout

Email:  david.quagliana@constellation.com
Tel:     410.470.2058

AND
TO:

**DENTONS CANADA LLP**
77 King Street West
Suite 400
Toronto, Ontario
M5K 0A1

John Salmas
Kenneth Kraft

Email:    John.Salmas@dentons.com
Tel:       416.863.4737
Fax:      416.863.4592

Email:    Kenneth.Kraft@dentons.com
Tel:       416.863.4374
Fax:      416.863.4592

Email:    sara.vanallen@dentons.com
Tel:       416.863.4402
Fax:      416.863.4592

Canadian Lawyers for Wilmington Trust,
National Association

AND
TO:

**PATTERSON BELKNAP WEBB & TYLER
LLP**
1133 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal

Email:    dalowenthal@pbwt.com
Tel:       212.336.2720
Fax:      212.336.1253

U.S. Counsel for Law Debenture Trust
Company of New York

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email:    elamek@blg.com
Tel:       416.367.6311
Fax:      416.361.2436

Email:    jszumski@blg.com
Tel:       416.367.6310
Fax:      416.682.2811

Lawyers for Law Debenture Trust Company
of New York

AND
TO:

**THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

John L. Finnigan
D.J. Miller
Rebecca Lewis
Andrea McEwan
Michael Shakra

Email:    jfinnigan@tgf.ca
Tel:       416.304.1616
Fax:      416.304.1313

Email:    djmiller@tgf.ca
Tel:       416.304.0559
Fax:      416.304.1313

Email:    rlewis@tgf.ca
Tel:       416.304.0603
Fax:      416.304.1313

Email:    amcewan@tgf.ca
Tel:       416.304.0596
Fax:      416.304.1313

Email:    mshakra@tgf.ca

- 22 -

Tel:    416.304.0332
Fax:    416.304.1313

Co-Counsel to the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND     **HOGAN LOVELLS INTERNATIONAL LLP**
TO:     Atlantic House
        Holborn Viaduct
        London EC1A 2FG
        United Kingdom

        Chris Edwards-Earl

        Email: chris.edwards-
        earl@hoganlovells.com

        Tel :    +44 20 7296 5065
        Fax :    +44 20 7296 2001

        Co-Counsel to the UK Pension Protection
        Fund and Nortel Networks UK Pension
        Trust Limited

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street
Suite 4000, Commerce Court West
Toronto, ON  M5L 1A9

Michael E. Barrack

Email:  Michael.barrack@blakes.com
Tel:    416.863.2400
Fax:    416.863.2653

Co-Counsel to the UK Pension Protection
Fund and Nortel Networks UK Pension
Trust Limited

AND
TO:

**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105-2482
USA

Jenna Feistritzer

Email:  jfeistritzer@mofo.com
Tel:    415.268.6661
Fax:    415.268.7522

U.S. Counsel for Hitachi Communications
Technologies, Ltd.

AND
TO:

**MCMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario
M5J 2T3

Adam Maerov
Stephen Eddy

Email:  adam.maerov@mcmillan.ca
Tel:    403.215.2752
Fax:    403.531.4720

Email:  stephen.eddy@mcmillan.ca
Tel:    416.865.7226
Fax:    416.865.7048

Lawyers for Wireless (TX) L.P.

AND
TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West
199 Bay Street
Toronto, Ontario  M5L 1B9

David R. Byers
Daniel S. Murdoch
Suzanne Amiel

Email: dbyers@stikeman.com

Tel:    416.869.5697

Email: dmurdoch@stikeman.com

Tel:    416.869.5529

Email: samiel@stikeman.com

Tel:    416.869.6866
Fax:    416.947.0866

Lawyers for the Conflicts Administrator of
Nortel Networks S.A.

- 24 -

**COURTESY COPIES:**

AND
TO:

**LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA  85004-4429

Scott K. Brown

Email:   sbrown@lrlaw.com

Tel:     602.262.5321
Fax:     602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND
TO:

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara
Jacqueline Yecies

Email:   fhodara@akingump.com
         jyecies@akingump.com

Tel:     212.872.1000
Fax:     212.872.1002

U.S. Lawyers for the Official Committee
of Unsecured Creditors

AND
TO:

**CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
         jdrew@curtis.com

Tel:     212.696.6000
Fax:     212-697-1559

Lawyers for Flextronics International

AND
TO:

**MILBANK, TWEED, HADLEY
McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa

Email:   TKreller@milbank.com
Tel:     213.892.4463
Fax:     213.629.5063

Email:   JHarris@milbank.com
Tel:     212.530.5475
Fax:     212.530.5219

Email:   APisa@milbank.com
Tel:     212.530.5319
Fax:     212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

- 25 -

AND
TO:
**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York  10019

Michael L. Schein

Email:  mschein@vedderprice.com

Tel:    212.407.6920
Fax:    212.407.7799

U.S. Lawyers for Telmar Network
Technology, Inc. and Precision
Communication Services, Inc.

AND
TO:
**VEDDER PRICE**
1633 Broadway
47th Floor
New York, New York 10019

Michael J. Riela

Email: mriela@vedderprice.com

Tel :   212.407.7766
Fax :   212.407.7799

U.S. Lawyers for The Bank of New York
Mellon

AND
TO:
**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois  60601

Eric S. Prezant

Email:  eric.prezant@bryancave.com
Tel:    312.602.5033
Fax:    312.602.5050

U.S. Lawyers for Tellabs, Inc.

6431247

23360629.5

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT
ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR
ARRANGEMENT OF NORTEL NETWORKS CORPORATION, et al.

Court of Appeal File No.
Court File No. 09-CL-7950

| | |
|---|---|
| COURT OF APPEAL FOR ONTARIO<br><br>PROCEEDING COMMENCED AT TORONTO | |
| NOTICE OF MOTION FOR LEAVE TO APPEAL | |
| | **AIRD & BERLIS LLP**<br>Brookfield Place<br>181 Bay Street, Suite 1800<br>Toronto, ON  M5J 2T9<br><br>**Steven L. Graff (LSUC # 31871V)**<br>Tel: (416) 865-7726<br>Fax: (416) 863-1515<br>Email: sgraff@airdberlis.com<br><br>**Ian Aversa (LSUC # 55449N)**<br>Tel: (416) 865-3082<br>Fax: (416) 863-1515<br>Email: iaversa@airdberlis.com<br><br>**Miranda Spence (LSUC # 60621M)**<br>Tel: (416) 865-3414<br>Fax: (416) 863-1515<br>Email: mspence@airdberlis.com<br><br>Canadian Lawyers for the Nortel Trade Claims Consortium |