# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**June 1, 2015 - June 30, 2015**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | June 2015 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 46.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 3.0 |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 2.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 187.0 |
| 15 | Travel | 6.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 244.0 |

**Summary of Services Rendered by Professional**

| Name | June 2015 Hours |
|---|---|
| Michael Kennedy, Member | 186.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 17.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 41.0 |
| James Elish, Analyst | - |
| **TOTAL** | 244.0 |

**Nortel Networks, Inc**
June 1, 2015 - June 30, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | June 2015 Hours | Code |
|---|---|---:|---:|
| 6/1/2015 | Review and discuss US management material | 4.0 | 1 |
| 6/1/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 6/2/2015 | Calls & communication with Cleary re: allocation litigation | 1.0 | 14 |
| 6/2/2015 | Prepare and review analysis re: allocation litigation | 7.0 | 14 |
| 6/3/2015 | Calls, analysis and review re: Litigation matters and strategy | 8.0 | 14 |
| 6/4/2015 | Calls & communication with Cleary re: allocation litigation | 3.0 | 14 |
| 6/4/2015 | Call with creditor representatives | 2.0 | 7 |
| 6/4/2015 | Prepare and review analysis re: allocation litigation | 8.0 | 14 |
| 6/5/2015 | Review cash flash report | 1.0 | 1 |
| 6/5/2015 | Calls and communication with management | 2.0 | 1 |
| 6/5/2015 | Calls & communication with Cleary re: allocation litigation | 2.0 | 14 |
| 6/5/2015 | Prepare and review analysis re: allocation litigation | 7.0 | 14 |
| 6/8/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 6/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/10/2015 | Calls, analysis and review re: Litigation matters and strategy | 8.0 | 14 |
| 6/11/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 6/12/2015 | Review court filings re: allocation litigation | 4.0 | 14 |
| 6/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/14/2015 | Calls, analysis and review re: Litigation matters and strategy | 8.0 | 14 |
| 6/15/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 6/16/2015 | Calls & communication with Cleary re: allocation litigation | 3.0 | 14 |
| 6/17/2015 | Review cash flash report | 1.0 | 1 |
| 6/17/2015 | Calls and communication with consultant re: claims | 2.0 | 14 |
| 6/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 6/18/2015 | Review and discussion of monitor reports | 3.0 | 1 |
| 6/18/2015 | Calls & communication with Cleary re: allocation litigation | 5.0 | 14 |
| 6/19/2015 | Calls & communication with Cleary re: allocation litigation | 9.0 | 14 |
| 6/20/2015 | Calls & communication with Cleary re: allocation litigation | 6.0 | 14 |
| 6/21/2015 | Calls & communication with Cleary re: allocation litigation | 5.0 | 14 |
| 6/22/2015 | Review cash flash report | 1.0 | 1 |
| 6/22/2015 | Review court filings re: allocation litigation | 3.0 | 14 |
| 6/22/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 6/22/2015 | Review RM Report | 2.0 | 1 |
| 6/23/2015 | Calls & communication with Cleary re: allocation litigation | 2.0 | 14 |
| 6/23/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 6/24/2015 | Travel to Wilmington | 3.0 | 15 |
| 6/24/2015 | Meetings with counsel re: allocation litigation | 6.0 | 14 |
| 6/25/2015 | Allocation litigation court hearing | 9.0 | 14 |
| 6/25/2015 | Travel to Chicago | 3.0 | 15 |
| 6/26/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 6/30/2015 | Review cash flash report | 1.0 | 1 |
| 6/30/2015 | Calls and communication with consultant re: claims | 3.0 | 14 |
| **June 2015 Total** | | **186.0** | |

**Nortel Networks, Inc**
June 1, 2015 - June 30, 2015 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | June 2015 Hours | Code |
|---|---|---|---|
| 6/3/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/5/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/11/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/15/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 6/16/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 6/19/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/23/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/25/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/29/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **June 2015 Total** | | **17.0** | |

**Nortel Networks, Inc**
June 1, 2015 - June 30, 2015 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | June 2015 Hours | Code |
|---|---|---|---|
| 6/1/2015 | Prepare analysis re: allocation litigation | 6.0 | 1 |
| 6/2/2015 | Prepare analysis re: allocation litigation | 5.0 | 1 |
| 6/8/2015 | Prepare analysis re: allocation litigation | 3.0 | 1 |
| 6/9/2015 | Prepare analysis re: allocation litigation | 4.0 | 1 |
| 6/12/2015 | Review of opposition fillings | 2.0 | 1 |
| 6/15/2015 | Review of opposition fillings | 4.0 | 1 |
| 6/15/2015 | Prepare analysis re: allocation litigation | 3.0 | 1 |
| 6/16/2015 | Call with other professionals & internal discussion afterwards | 2.0 | 5 |
| 6/16/2015 | Prepare analysis re: allocation litigation | 2.0 | 1 |
| 6/18/2015 | Review of draft filing | 2.0 | 14 |
| 6/18/2015 | Call with other professionals | 1.0 | 5 |
| 6/18/2015 | Prepare analysis re: allocation litigation | 2.0 | 1 |
| 6/19/2015 | Review of opposition fillings | 3.0 | 14 |
| 6/22/2015 | Review of draft filing | 2.0 | 14 |
| **June 2015 Total** | | **41.0** | |