# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2015 Through June 30, 2015

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 6/23/15-6/25/15 | Flight to Philadelphia, PA | $ 933.93 |
| Mike Kennedy | 6/23/15-6/25/15 | Hotel (two nights) | $ 439.00 |
| Mike Kennedy | 6/23/15-6/25/15 | Ground Transportation | $ 194.40 |
| Mike Kennedy | 6/23/15-6/25/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 6/23/15-6/25/15 | Dinner | $ 34.00 |
| **Total Expenses** | | | **$ 1,616.33** |

Note: All airfare is being charged at a coach class rate.