# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debertors. | (Jointly Administered) |
| | RE: Docket No. 15947 |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group, hereby withdraws the *Notice of Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit* filed on July 24, 2015 at Docket No. 15947.

Date: July 24, 2015          **BUCHANAN INGERSOLL & ROONEY PC**
Wilmington, Delaware

/s/ *Kathleen A. Murphy*
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801-3046
Telephone (302) 552-4200
Facsimile (302) 552-4295
Email:  mary.caloway@bipc.com
           kathleen.murphy@bipc.com

*Attorney for Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*