IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 29, 2015 @ 10:00 a.m.**<br>**Objection Deadline: July 28, 2015 @ 9:00 p.m.** |

**CORRECTED NOTICE OF MOTION OF THE MONITOR AND CANADIAN DEBTORS FOR AN ORDER PURSUANT TO 28 U.S.C. § 158(d)(2) CERTIFYING THE ALLOCATION DECISION FOR DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**PLEASE TAKE NOTICE** that on July 23, 2015, Ernst & Young Inc., the court-appointed Monitor (the "**Monitor**") and foreign representative of Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**,") in proceedings under *Canada's Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, (as amended, the "**CCAA Proceedings**"), pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**", and together with this Court, the "**Courts**"), on behalf of itself and the Canadian Debtors, filed and served the Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. §158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") has scheduled a hearing on the Motion on **JULY 29, 2015 at 10:00 a.m. (ET)** before the Honorable Kevin Gross in Courtroom 3 of the United States Bankruptcy Court, 824 Market Street, Sixth Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to oppose the entry of an order by the Bankruptcy Court granting the relief requested in the Motion must file a response or objection, pursuant to title 11 of the United States Code (the "**Bankruptcy Code**") and the Local and Federal Rules of Bankruptcy Procedure, including, without limitation Rule

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) (the "**U.S. Debtors**").

1011 of the Federal Rules of Bankruptcy Procedure, in writing and setting forth the basis therefore.  Such response or objection must be filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon counsel for the Monitor so as to be received by **JULY 28, 2015 at 9:00 p.m. (ET).**  Notices to counsel for the Monitor should be addressed to Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020, Attention:  Jacob S. Pultman and Laura R. Hall; and Buchanan Ingersoll & Rooney, 919 N. Market Street Suite 1500, Wilmington, DE 19801, Attention: Mary Caloway and Kathleen A. Murphy.

**PLEASE TAKE FURTHER NOTICE** that if you fail to file a response or objection in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

Dated:  July 24, 2015
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/   Mary F. Caloway
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob S. Pultman
Laura R. Hall
1221 Avenue of the Americas
New York, New York 10020
T: (212) 610-6300
F: (212) 610-6399
jacob.pultman@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*