# **<u>EXHIBIT B</u>**

| | | | | WHITEFORD, TAYLOR & PRESTON | THRU 06/30/15 |
|---|---|---|---|---|---|
| BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS | | | | DETAILED  BILLING REPORT | AS OF 7/21/2015 4:39:14 PM |
| | | | | PROFORMA NUMBER: 377804 | LAST DATE BILLED 07/17/15 |

```
CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID
```

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 14 | | | POSTAGE | | .96 |
| | | | 10 | | | PHOTOCOPIES | | 10.30 |
| 3328132 | 06/05/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - -COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE, PDF EMAIL TO CLIENT | 121.70 | |
| 3328129 | 06/05/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - -COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE | 122.62 | |
| 3328131 | 06/05/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - -COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE, PDF EMAIL TO CLIENT | 76.78 | |
| 3328130 | 06/05/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - -COPY/PRINT, ENVELOPES, VARIOUS POSTAGE, | 605.89 | |
| 3328137 | 06/10/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - -COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE, PDF EMAIL TO CLIENT | 126.98 | |
| 3328148 | 06/17/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE | 620.26 | |
| 3328149 | 06/24/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - -COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE, PDF EMAIL TO CLIENT | 97.14 | |
| 3328154 | 06/30/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE, PDF EMAIL TO CLIENT | 70.18 | |
| | | | *44 | | | COPIES | | 1,841.55 |
| | | | | | | *TOTAL DISBURSEMENTS* | 1,852.81 | |