## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 15825] | 5/1/15 - 5/31/15 | £109,710.00 (Fees)<br><br>£239.37 (Expenses) | £87,768.00 (Fees @ 80%)<br><br>£239.37 (Expenses @ 100%) | 7/1/15 | 7/22/15 |