**undisclosed** 5609:22

**undisputed** 5495:25 5536:8 5537:21 5697:23, 24

**unequivocal** 5567:18

**unequivocally** 5457:9

**unfamiliar** 5449:10

**unfunded** 5589:13

**unilateral** 5609:22

**unimportant** 5549:6

**union** 5596:1

**unions** 5596:6

**unique** 5437:17 5438:22 5455:2 5467:6 5468:23 5470:4 5473:19 5487:12 5490:8

**uniqueness** 5439:13

**unit** 5481:13

**United** 5494:18 5495:25 5496:7,9, 10,13,18,19 5500:1,5 5501:8, 10 5503:14 5504:9,21 5587:18 5591:22 5592:4,9 5593:3 5595:22 5596:7 5597:4 5599:2,6 5612:11 5613:14, 22 5614:15 5615:18,23,25 5616:12 5617:23 5625:21,23 5631:4,22,24 5634:5,12,17 5636:6,9,10,12,16 5637:6,9,19 5638:1,2,9,18,24 5653:11 5688:21, 23 5690:6 5693:21 5726:6 5728:16 5731:4

**units** 5495:24 5496:6

**unjust** 5699:3,5

**unknowns** 5453:16

**unlike** 5436:4 5455:3 5476:10 5587:18 5605:10

**unlimited** 5579:2

**unprecedented** 5439:16 5477:17 5703:9

**Unquestionably** 5624:4

**unrebutted** 5718:11 5719:12 5720:3

**unredacted** 5632:18 5633:4, 12,21

**unresolved** 5456:10 5487:19

**unscramble** 5486:17

**unscrambled** 5486:23

**unsecured** 5450:2 5457:14 5492:24 5732:10, 11

**unsubstantiated** 5706:12

**unsuccessfully** 5427:22

**untangle** 5476:5

**untethered** 5709:19

**unusual** 5432:19

**unwinding** 5457:4

**upheaval** 5437:10

**upheld** 5452:13 5531:22

**urged** 5531:25

**USA** 5566:1,2,5 5615:2

**USC** 5614:12

**usual** 5521:22

---

**V**

**vacuum** 5516:12

**valid** 5626:2

**valuable** 5434:25 5503:15 5510:14 5513:7, 20 5514:8

**valuation** 5434:2 5488:1 5493:4 5503:18 5504:1 5505:16, 25 5506:8 5604:22 5636:3 5639:8 5640:6 5642:14,22 5643:2 5645:18 5646:4 5654:9 5657:3,14 5663:1 5685:5 5689:2 5693:11

**value-in-use** 5650:15

**valued** 5465:7 5512:3

**values** 5503:13, 17

**valuing** 5434:6 5525:1

**variables** 5452:18

**variation** 5530:24 5531:16

**varies** 5595:1

**variety** 5487:23 5488:5 5685:23

**vary** 5517:1

**vast** 5613:19 5666:7 5682:3

**vastly** 5674:14

**vaunted** 5496:4

**Vaupel** 5620:5 5622:9,11

**VCR** 5637:2

**Vella** 5565:14

**venture** 5450:6 5698:11,12,13,14

**ventures** 5449:19

**veracity** 5557:1

**Verizon** 5496:11

**version** 5632:18 5633:12,21

**versions** 5441:2 5633:5

**versus** 5465:6 5608:8 5620:7

**Veschi** 5549:25 5551:12 5616:9 5642:1 5669:2,5 5670:17 5675:18 5678:14

**vested** 5512:14 5546:2 5553:25 5573:3,11 5617:12,14

**vesting** 5617:22 5627:5

**veto** 5621:11

**vetted** 5671:6

**vibrant** 5496:19

**view** 5432:8,12 5445:19 5451:16, 20 5457:24 5499:9 5503:10 5519:11 5561:14 5585:4,9,14 5595:12 5611:25 5644:17 5658:2 5672:17 5674:23 5677:3 5678:5 5687:21

**viewed** 5466:24 5561:16

**views** 5642:14

**violate** 5701:18 5709:20

**virtue** 5424:14 5553:8

**visibility** 5455:17,18 5456:1

**visualization** 5443:6

**Volume** 5602:13,14

**Vonage** 5623:10,16,21

**Vonage's** 5623:19

**voting** 5479:11

**VP** 5449:3 5510:11 5525:5

---

**W**

**wagons** 5572:22

**wait** 5618:7 5623:21 5726:8

**walk** 5519:18 5527:4 5712:14

**walked** 5671:15

**wall** 5510:12

**wanted** 5430:18 5494:23 5510:13 5527:1 5536:12 5550:2 5554:14 5601:21 5603:3 5685:11 5717:3, 11 5727:19

**war** 5490:7

**warning** 5521:12

**water** 5440:23 5486:19

**wave** 5507:13

**way-back** 5626:3

**ways** 5454:2 5496:24 5594:1 5598:13,21 5599:4 5687:22 5730:9

**weak** 5442:5 5462:15

**wearing** 5612:23

**website** 5588:14 5590:3, 5594:18, 5614:20 5669:5

**wedged** 5431:5, 12

**week** 5493:21

**weeks** 5481:17

**weight** 5688:2

**weighted** 5671:8,11,23 5672:4,11,17 5674:20

**well-established** 5547:4

**well-known** 5596:23

**well-reputed** 5535:13

**Westbrook** 5699:14,16 5700:1, 5716:6,25 5719:14 5726:24 5727:8 5731:6,21

**Westbrook's** 5717:9

**Westdeutsche** 5542:19,20 5545:3

**whatsoever** 5464:9 5468:3 5618:25 5647:8 5729:2

**wherewithal** 5648:10 5673:13

**whipsawed** 5714:7

**wholesale** 5698:8

**wholly-owned** 5423:4

**wide** 5440:8

**widely** 5643:2

**widest** 5543:3 5544:12

**widgets** 5449:10

**Wilberforce** 5516:12

**Wilkie** 5574:19 5608:11

**Wilkie's** 5608:2 5609:21

**Williams** 5501:21

**Wilmington** 5489:11

**windfall** 5424:13 5490:4 5707:22 5710:3

**Winkler** 5452:3

**Winston** 5623:15

**withdrawn** 5464:25

**withholding** 5508:25

**withstand** 5485:3

**witnesses** 5532:18 5536:14 5705:20

**wonderful** 5655:1

**wondering** 5673:21

**woodwork** 5453:19

**word** 5494:7 5497:4 5536:25

5537:5 5553:6 5569:21

**words** 5474:22, 25 5499:21,24 5500:11,14 5503:4 5514:12 5516:6 5518:4 5519:22 5520:3,6 5522:22 5528:1 5529:8 5532:1,7, 19 5540:18 5541:1, 5569:14 5577:17 5624:11 5653:6 5673:20

**work** 5418:12 5489:23 5506:5, 15 5526:18,24 5527:1 5535:5 5537:25 5566:18, 21 5583:11,12 5649:7,19 5659:17 5665:5 5680:18

**worked** 5433:14, 16 5489:25 5522:6 5535:9 5536:6 5539:25 5574:5 5590:15 5595:19 5690:24

**workforce** 5641:24 5675:17

**working** 5540:22 5547:14 5586:3 5726:23, 25

**works** 5449:11 5460:3

**world** 5433:13 5495:6,12 5500:13,14 5563:15,18 5572:5 5596:8 5618:11 5620:6 5634:9,18 5674:8

**Worldcom** 5496:11

**worldwide** 5419:17 5560:22, 24 5563:12,18 5564:3 5565:8 5631:23

**worried** 5662:5 5674:1,2

**worry** 5452:1 5725:18

**worse** 5479:4 5488:11 5702:14 5703:7

**worst** 5657:16 5723:7

**worst-case** 5680:10

**worth** 5434:3 5459:20 5501:6 5506:9 5509:24 5639:2 5673:8,21 5693:9 5694:21 5726:16 5730:12, 14

**Wow** 5694:20

**wrap** 5693:7

**writ** 5643:11

**write** 5507:18 5528:11

**writes** 5520:9 5575:17

**writing** 5510:12 5519:14 5565:15 5567:5 5723:24

**writings** 5724:12

**written** 5424:20 5443:1,2,20 5449:23 5450:5 5529:1 5532:4 5571:5 5588:4 5596:16 5624:2 5652:6,17 5692:4, 5 5719:22

**wrong** 5445:17, 20 5494:13 5530:12 5531:24 5536:1,5 5541:9 5542:16 5543:18 5544:23 5546:12, 20 5547:22 5591:1 5600:5 5603:18 5647:22 5649:7,8 5658:20 5662:24 5679:3

5686:9 5711:1

**wrote** 5510:12 5518:3 5527:14 5529:10 5557:20 5560:5 5640:15 5651:14 5658:19 5693:13 5706:7

---

**X**

**X's** 5539:16

---

**Y**

**Y's** 5539:17

**year** 5498:21 5648:25

**years** 5432:14 5439:20 5451:8 5453:15 5475:25 5476:1,5 5477:4,6 5486:16 5487:5 5492:10 5501:13 5520:11 5540:20, 22 5616:10 5631:11 5682:20, 5684:21 5688:8 5702:16 5720:14 5723:23

**yesterday** 5415:12,18 5420:9 5421:10 5425:1 5426:3,12 5429:25 5495:14, 20 5526:12 5570:1 5584:8 5603:10 5608:4 5612:19 5681:24 5685:8 5690:18 5696:13 5701:5 5719:17 5727:20, 22

**yield** 5581:2 5667:4 5723:7

**yielded** 5682:9

**York** 5587:24,25 5640:2

**Young** 5475:6 5567:5 5586:1

## Z

**Zarnett** 5516:18
5526:15 5542:11
5543:20 5545:11
5570:8 5603:10
5608:3 5690:17

**Zelbo** 5557:7,
5558:10,16,21
5559:5 5624:14
5626:7,15 5627:9
5629:17

**Zenkich**
5669:10,11

**zero-sum**
5479:2

**Ziff** 5542:5

**Zigler** 5416:8
5418:25

