# EXHIBIT A

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period**
**From February 1, 2015 through April 30, 2015, unless otherwise specified**

**Hearing: July 29, 2015 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Notice Of Twenty-Fifth Interim Fee Application Request (D.I. 15652, Filed 5/28/15).

    1.    Seventy-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2015 Through February 28, 2015 (D.I. 15528, Filed 5/6/15);

    2.    Certification Of No Objection Regarding Seventy-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2015 Through February 28, 2015 [Docket No. 15528] (No Order Required) (D.I. 15660, Filed 5/29/15);

    3.    Seventy-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2015 Through March 31, 2015 (D.I. 15624, Filed 5/27/15);

    4.    Certification Of No Objection Regarding Seventy-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2015 Through March 31, 2015 [Docket No. 15624] (No Order Required) (D.I. 15767, Filed 6/18/15);

    5.    Seventy-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2015 Through April 30, 2015 (D.I. 15651, Filed 5/28/15);

    6.    Certification Of No Objection Regarding Seventy-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2015 Through April 30, 2015 [Docket No. 15651] (No Order Required) (D.I. 15778, Filed 6/19/15); and

7.  Fee Examiner's Final Report Regarding Twenty-Fifth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP (D.I. 15885, Filed 7/20/15).

Ashurst LLP

B.  Notice Of Twenty-Fifth Interim Fee Application Request (D.I. 15623, Filed 5/27/15).

1.  Seventy-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2015 Through February 28, 2015 (D.I. 15400, Filed 3/30/15);

2.  Certification Of No Objection Regarding Seventy-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2015 Through February 28, 2015 [Docket No. 15400] (No Order Required) (D.I. 15460, Filed 4/22/15);

3.  Seventy-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2015 Through March 31, 2015 (D.I. 15479, Filed 4/28/15);

4.  Certification Of No Objection Regarding Seventy-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2015 Through March 31, 2015 [Docket No. 15479] (No Order Required) (D.I. 15581, Filed 5/21/15);

5.  Seventy-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2015 Through April 30, 2015 (D.I. 15610, Filed 5/26/15);

6.  Certification Of No Objection Regarding Seventy-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2015 Through

April 30, 2015 [Docket No. 15610] (No Order Required) (D.I. 15766, Filed 6/18/15); and

7.  Fee Examiner's Final Report Regarding Twenty-Fifth Interim Fee Application of Ashurst LLP (D.I. 15856, Filed 7/10/15).

<u>Benesch, Friedlander, Coplan & Aronoff, LLP</u>

C.  Seventeenth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Litigation Counsel For The Debtors, For The Period From February 1, 2015 Through April 30, 2015 (D.I. 15668, Filed 6/1/15).

1.  Thirty-Sixth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From February 1, 2015 Through February 28, 2015 (D.I. 15335, Filed 3/12/15);

2.  Certificate Of No Objection Regarding Thirty-Sixth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From February 1, 2015 Through February 28, 2015 (D.I. 15414, Filed 4/8/15);

3.  Thirty-Seventh Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From March 1, 2015 Through April 30, 2015 (D.I. 15646, Filed 5/28/15);

4.  Certificate Of No Objection Regarding Thirty-Seventh Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From March 1, 2015 Through April 30, 2015 (D.I. 15844, Filed 7/9/15);

5.  Fee Examiner's Final Report Regarding Seventeenth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff, LLP (D.I. 15862, Filed 7/13/15).

<u>Capstone Advisory Group, LLC</u>

D.  Notice Of Twenty-Fifth Interim Fee Application Request (D.I. 15653, Filed 5/29/15).

1.  Seventy-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered

During The Period From February 1, 2015 Through February 28, 2015 (D.I. 15461, Filed 4/23/15);

2.   Certification Of No Objection Regarding Seventy-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2015 Through February 28, 2015 [Docket No. 15461] (No Order Required) (D.I. 15585, Filed 5/22/15);

3.   Seventy-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2015 Through March 31, 2015 (D.I. 15519, Filed 5/1/15);

4.   Certification of No Objection Regarding Seventy-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2015 Through March 31, 2015 [Docket No. 15519] (No Order Required) (D.I. 15616, Filed 5/27/15);

5.   Seventy-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2015 Through April 30, 2015 (D.I. 15625, Filed 5/27/15);

6.   Certification of No Objection Regarding Seventy-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2015 Through April 30, 2015 [Docket No. 15625] (No Order Required) (D.I. 15765, Filed 6/18/15); and

7.   Fee Examiner's Final Report Regarding Twenty-Fifth Interim Fee Application of Capstone Advisory Group, LLC (D.I. 15864, Filed 7/13/15).

<u>Cassels Brock & Blackwell LLP</u>

E.   Notice Of Fifth Interim Fee Application Request (D.I. 15659, Filed 5/29/15).

1.   Twelfth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of

Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2015 To February 28, 2015 (D.I. 15584, Filed 5/21/15);

2.    Certification of No Objection Regarding Twelfth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2015 To February 28, 2015 (D.I. 15747, Filed 6/15/15);

3.    Thirteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2015 To March 31, 2015 (D.I. 15614, Filed 5/26/15);

4.    Certification Of No Objection Regarding Thirteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2015 To March 31, 2015 (D.I. 15769, Filed 6/18/15);

5.    Fourteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2015 To April 30, 2015 (D.I. 15658, 5/29/15);

6.    Certification Of No Objection Regarding Fourteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2015 To April 30, 2015 (D.I. 15791, Filed 6/23/15); and

7.    Fee Examiner's Final Report Regarding Notice Of Fifth Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 15861, Filed 7/13/15).

Chilmark Partners LLC

F.    Twenty-First Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period February 1, 2015 Through April 30, 2015 (D.I. 15657, Filed 5/29/15).

1.    Sixtieth  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2015 Through February 28, 2015 (D.I. 15458, Filed 4/21/15);

2.      Certificate of No Objection Regarding Sixtieth  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2015 Through February 28, 2015 (D.I. 15549, Filed 5/13/15);

3.      Sixty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2015 Through March 31, 2015 (D.I. 15459, Filed 4/21/15);

4.      Certificate of No Objection Regarding Sixty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2015 Through March 31, 2015 (D.I. 15550, Filed 5/13/15);

5.      Sixty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2015 Through April 30, 2015 (D.I. 15638, Filed 5/27/15);

6.      Certificate of No Objection Regarding Sixty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2015 Through April 30, 2015 (D.I. 15762, Filed 6/18/15); and

7.      Fee Examiner's Final Report Regarding Twenty-First Quarterly Fee Application of Chilmark Partners, LLC (D.I. 15883, Filed 7/20/15).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G.      Twenty-Fifth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period February 1, 2015 Through April 30, 2015 (D.I. 15656, Filed 5/29/15).

1.      Seventy-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15390, Filed 3/26/15);

2.      Certificate Of No Objection Regarding Seventy-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15457, Filed 4/17/15);

3.      Seventy-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15497, Filed 4/29/15);

4.      Certificate Of No Objection Regarding Seventy-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15582, Filed 5/21/15);

5.      Seventy-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15649, Filed 5/28/15);

6.      Certificate Of No Objection Regarding Seventy-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15777, Filed 6/19/15); and

7.      Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 15887, Filed 7/20/15).

Crowell & Moring LLP

H.      Twenty-Fourth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2015 Through April 30, 2015 (D.I. 15647, Filed 5/28/15).

1.      Fifty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15440, Filed 4/15/15);

2.      Certificate Of No Objection Regarding Fifty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For

Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15530, Filed 5/7/15);

3. Sixtieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15564, Filed 5/15/15);

4. Certificate Of No Objection Regarding Sixtieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15720, Filed 6/8/15);

5. Sixty-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15645, Filed 5/28/15);

6. Certificate Of No Objection Regarding Sixty-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15837, Filed 7/8/15); and

7. Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application of Crowell & Moring LLP (D.I. 15863, Filed 7/13/15).

Ernst & Young LLP

I. Twenty-Fifth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of February 1, 2015 Through March 31, 2015 (D.I. 15664, Filed 5/29/15).

1. Thirty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2015 Through February 28, 2015 (D.I. 15452, Filed 4/17/15);

2. Certificate Of No Objection Regarding Thirty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2015 Through February 28, 2015 (D.I. 15540, Filed 5/11/15);

3.      Thirty-Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2015 Through March 31, 2015 (D.I. 15663, Filed 5/29/15);

4.      Certificate Of No Objection Regarding Thirty-Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2015 Through March 31, 2015 (D.I. 15785, Filed 6/22/15); and

5.      Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application of Ernst & Young LLP (D.I. 15886, Filed 7/20/15).

Huron Consulting Group

J.      Twenty-Fifth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period February 1, 2015 Through April 30, 2015 (D.I. 15557, Filed 5/14/15).

1.      Seventy-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15371, Filed 3/23/15);

2.      Certificate Of No Objection Regarding Seventy-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15442, Filed 4/15/15);

3.      Seventy-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15468, Filed 4/24/15);

4.      Certificate Of No Objection Regarding Seventy-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15570, Filed 5/18/15);

5.      Seventy-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15554, Filed 5/13/15);

6. Certificate Of No Objection Regarding Seventy-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15701, Filed 6/4/15); and

7. Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application of Huron Consulting Group (D.I. 15853, Filed 7/10/15).

John Ray

K. Twenty-Second Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period February 1,2 015 Through March 30, 2015 (D.I. 15577, Filed 5/20/15).

1. Forty-Seventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through April 30, 2015 (D.I. 15565, Filed 5/15/15);

2. Certificate Of No Objection Regarding Forty-Seventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through April 30, 2015 (D.I. 15719, Filed 6/8/15); and

3. Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application of John Ray (D.I. 15852, Filed 7/10/15).

Mercer (US) Inc.

L. Twenty-Second Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors, For The Period Of February 1, 2015 Through April 30, 2015 (D.I. 15666, Filed 5/29/15).

1. Twenty-Second Interim Application Of Mercer (US) Inc. As Compensation Specialist And Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of February 1, 2015 Through April 30, 2015 (D.I. 15665, Filed 5/29/15);

2. Certificate Of No Objection Regarding Twenty-Second Interim Application Of Mercer (US) Inc. As Compensation Specialist And Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual

And Necessary Expenses Incurred For The Period Of February 1, 2015 Through April 30, 2015 (D.I. 15898, Filed 7/21/15); and

3.    Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of Mercer (US) Inc. (D.I. 15882, Filed 7/20/15).

## Morris, Nichols, Arsht & Tunnell LLP

M.    Twenty-Fifth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2015 Through April 30, 2015 (D.I. 15546, Filed 5/13/15).

1.    Seventy-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15383, Filed 3/25/15);

2.    Certificate of No Objection Regarding Seventy-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15450, Filed 4/16/15);

3.    Seventy-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15454, Filed 4/20/15);

4.    Certificate Of No Objection Regarding Seventy-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15548, Filed 5/13/15);

5.    Seventy-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15543, Filed 5/12/15);

6.    Certificate Of No Objection Regarding Seventy-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And

For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15690, Filed 6/3/15); and

7. Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 15857, Filed 7/10/15).

RLKS Executive Solutions, LLC

N. Twentieth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period February 1, 2015 Through April 30, 2015 (D.I. 15644, Filed 5/28/15).

1. Forty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15415, Filed 4/10/15);

2. Certificate Of No Objection Regarding Forty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15521, Filed 5/4/15);

3. Forty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15419, Filed 4/10/15);

4. Certificate Of No Objection Regarding Forty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15522, Filed 5/4/15);

5. Forty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15618, Filed 5/2715);

6. Certificate Of No Objection Regarding Forty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period

April 1, 2015 Through April 30, 2015 (D.I. 15764, Filed 6/18/15); and

7.      Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of RLKS Executive Solutions LLC (D.I. 15851, Filed 7/10/15).

## Torys LLP

O.      Eighteenth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period February 1, 2015 Through April 30, 2015 (D.I. 15648, Filed 5/28/15).

1.      Forty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15439, Filed 4/15/15);

2.      Certificate Of No Objection Regarding Forty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2015 Through February 28, 2015 (D.I. 15531, Filed 5/7/15);

3.      Forty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15556, Filed 5/14/15);

4.      Certificate Of No Objection Regarding Forty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2015 Through March 31, 2015 (D.I. 15721, Filed 6/8/15);

5.      Forty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15637, Filed 5/27/15);

6.      Certificate Of No Objection Regarding Forty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2015 Through April 30, 2015 (D.I. 15771, Filed 6/18/15); and

7.      Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Torys LLP (D.I. 15884, Filed 7/20/15).

Whiteford, Taylor & Preston LLC

P.    Second Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2015 Through April 30, 2015 (D.I. 15578, Filed 5/21/15).

1.    Second Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2015 Through February 28, 2015 (D.I. 15410, Filed 4/6/15);

2.    Certificate Of No Objection Regarding Second Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2015 Through March 31, 2015  (D.I. 15536, Filed 5/8/15);

3.    Third Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2015 Through March 31, 2015 (D.I. 15457, Filed 4/20/15);

4.    Certificate Of No Objection Regarding Third Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2015 Through March 31, 2015 (D.I. 15551, Filed 5/13/15);

5.    Fourth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2015 Through April 30, 2015 (D.I. 15569, Filed 5/18/15);

6.    Certificate Of No Objection Regarding Fourth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2015 Through April 30, 2015 (D.I. 15726, Filed 6/10/15); and

7.    Fee Examiner's Final Report Regarding Second Interim Fee Application of Whiteford, Taylor & Preston LLC (D.I. 15858, Filed 7/10/15).