**<u>Exhibit B</u>**

**EXPENSE SUMMARY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

June 1, 2015 through June 30, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Transportation | | $1,088.38 |
| Duplicating Charges (at $0.10/page) | | 1,703.90 |
| Color Duplicating Charges (at $0.65/page) | | 1,745.25 |
| Legal Research | Lexis | 253.71 |
| | Westlaw | 1,927.00 |
| | PACER | 4.20 |
| Late Work – Meals | | 1,084.98 |
| Late Work – Transportation | | 3,593.64 |
| Conference Meals | | 633.86 |
| Other Charges | | 4,129.49 |
| Expert Expenses | | 4,057.50 |
| **Grand Total Expenses** | | **$20,221.91** |

---

[1]    Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| | | |
| **Travel - Transportation[1]** | | |
| | | |
| 5/5/2015 | 137.77 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| 5/21/2015 | 45.00 | TRAVEL - TRANSPORTATION - Byam Trip to Delaware (booking fee) |
| 5/21/2015 | 212.00 | TRAVEL - TRANSPORTATION - Byam Trip to Delaware (roundtrip train ticket) |
| 5/21/2015 | 45.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (booking fee) |
| 5/21/2015 | 212.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (roundtrip train ticket) |
| 5/21/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (booking fee) |
| 5/21/2015 | 212.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (roundtrip train ticket) |
| 5/28/2015 | 19.75 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (ride to train station) |
| 5/28/2015 | 12.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (ride within Delaware) |
| 5/28/2015 | 147.86 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| **TOTAL:** | **1,088.38** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 6/2/2015 | 0.50 | NY DUPLICATING |
| 6/3/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/3/2015 | 1.00 | NY DUPLICATING XEROX |
| 6/3/2015 | 2.00 | NY DUPLICATING XEROX |
| 6/3/2015 | 6.70 | NY DUPLICATING XEROX |
| 6/8/2015 | 6.00 | NY DUPLICATING |
| 6/8/2015 | 14.00 | NY DUPLICATING |
| 6/9/2015 | 0.20 | NY DUPLICATING |
| 6/9/2015 | 0.70 | NY DUPLICATING |
| 6/10/2015 | 5.40 | NY DUPLICATING |
| 6/10/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/10/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/10/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/10/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/10/2015 | 0.80 | NY DUPLICATING XEROX |
| 6/10/2015 | 0.80 | NY DUPLICATING XEROX |
| 6/10/2015 | 0.90 | NY DUPLICATING XEROX |
| 6/10/2015 | 1.10 | NY DUPLICATING XEROX |
| 6/10/2015 | 1.10 | NY DUPLICATING XEROX |
| 6/10/2015 | 1.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

| Date | Amount | Narrative |
|---|---|---|
| 6/10/2015 | 1.20 | NY DUPLICATING XEROX |
| 6/10/2015 | 1.30 | NY DUPLICATING XEROX |
| 6/10/2015 | 1.70 | NY DUPLICATING XEROX |
| 6/10/2015 | 1.70 | NY DUPLICATING XEROX |
| 6/10/2015 | 1.90 | NY DUPLICATING XEROX |
| 6/10/2015 | 2.10 | NY DUPLICATING XEROX |
| 6/10/2015 | 3.00 | NY DUPLICATING XEROX |
| 6/10/2015 | 3.00 | NY DUPLICATING XEROX |
| 6/10/2015 | 4.20 | NY DUPLICATING XEROX |
| 6/10/2015 | 5.40 | NY DUPLICATING XEROX |
| 6/10/2015 | 5.60 | NY DUPLICATING XEROX |
| 6/10/2015 | 11.40 | NY DUPLICATING XEROX |
| 6/10/2015 | 18.90 | NY DUPLICATING XEROX |
| 6/10/2015 | 25.80 | NY DUPLICATING XEROX |
| 6/11/2015 | 6.40 | NY DUPLICATING |
| 6/11/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/11/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/11/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/11/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/11/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/11/2015 | 0.90 | NY DUPLICATING XEROX |
| 6/11/2015 | 1.50 | NY DUPLICATING XEROX |
| 6/11/2015 | 2.20 | NY DUPLICATING XEROX |
| 6/11/2015 | 3.60 | NY DUPLICATING XEROX |
| 6/11/2015 | 3.60 | NY DUPLICATING XEROX |
| 6/11/2015 | 4.20 | NY DUPLICATING XEROX |
| 6/11/2015 | 4.80 | NY DUPLICATING XEROX |
| 6/11/2015 | 5.20 | NY DUPLICATING XEROX |
| 6/11/2015 | 6.30 | NY DUPLICATING XEROX |
| 6/11/2015 | 12.80 | NY DUPLICATING XEROX |
| 6/11/2015 | 14.40 | NY DUPLICATING XEROX |
| 6/11/2015 | 14.40 | NY DUPLICATING XEROX |
| 6/11/2015 | 15.90 | NY DUPLICATING XEROX |
| 6/11/2015 | 18.60 | NY DUPLICATING XEROX |
| 6/11/2015 | 18.70 | NY DUPLICATING XEROX |
| 6/11/2015 | 29.40 | NY DUPLICATING XEROX |
| 6/12/2015 | 1.20 | NY DUPLICATING |
| 6/12/2015 | 83.30 | NY DUPLICATING |
| 6/12/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/12/2015 | 0.60 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/12/2015 | 1.00 | NY DUPLICATING XEROX |
| 6/12/2015 | 2.60 | NY DUPLICATING XEROX |
| 6/12/2015 | 2.60 | NY DUPLICATING XEROX |
| 6/12/2015 | 4.00 | NY DUPLICATING XEROX |
| 6/12/2015 | 4.80 | NY DUPLICATING XEROX |
| 6/12/2015 | 7.20 | NY DUPLICATING XEROX |
| 6/12/2015 | 8.20 | NY DUPLICATING XEROX |
| 6/12/2015 | 11.00 | NY DUPLICATING XEROX |
| 6/12/2015 | 14.40 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/15/2015 | 0.70 | NY DUPLICATING XEROX |
| 6/15/2015 | 2.00 | NY DUPLICATING XEROX |
| 6/15/2015 | 2.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 2.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 2.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 2.60 | NY DUPLICATING XEROX |
| 6/15/2015 | 2.70 | NY DUPLICATING XEROX |
| 6/15/2015 | 2.80 | NY DUPLICATING XEROX |
| 6/15/2015 | 2.90 | NY DUPLICATING XEROX |
| 6/15/2015 | 3.20 | NY DUPLICATING XEROX |
| 6/15/2015 | 3.80 | NY DUPLICATING XEROX |
| 6/15/2015 | 3.80 | NY DUPLICATING XEROX |
| 6/15/2015 | 3.90 | NY DUPLICATING XEROX |
| 6/15/2015 | 4.10 | NY DUPLICATING XEROX |
| 6/15/2015 | 4.10 | NY DUPLICATING XEROX |
| 6/15/2015 | 8.50 | NY DUPLICATING XEROX |
| 6/15/2015 | 9.00 | NY DUPLICATING XEROX |
| 6/15/2015 | 10.70 | NY DUPLICATING XEROX |
| 6/15/2015 | 17.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/15/2015 | 37.80 | NY DUPLICATING XEROX |
| 6/15/2015 | 78.60 | NY DUPLICATING XEROX |
| 6/15/2015 | 90.00 | NY DUPLICATING XEROX |
| 6/15/2015 | 132.00 | NY DUPLICATING XEROX |
| 6/16/2015 | 0.90 | NY DUPLICATING XEROX |
| 6/16/2015 | 2.40 | NY DUPLICATING XEROX |
| 6/17/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/17/2015 | 0.50 | NY DUPLICATING XEROX |
| 6/17/2015 | 1.30 | NY DUPLICATING XEROX |
| 6/17/2015 | 1.30 | NY DUPLICATING XEROX |
| 6/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 6/17/2015 | 2.40 | NY DUPLICATING XEROX |
| 6/17/2015 | 3.60 | NY DUPLICATING XEROX |
| 6/17/2015 | 4.10 | NY DUPLICATING XEROX |
| 6/17/2015 | 5.50 | NY DUPLICATING XEROX |
| 6/17/2015 | 7.20 | NY DUPLICATING XEROX |
| 6/18/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/18/2015 | 0.50 | NY DUPLICATING XEROX |
| 6/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/18/2015 | 1.30 | NY DUPLICATING XEROX |
| 6/18/2015 | 1.30 | NY DUPLICATING XEROX |
| 6/18/2015 | 2.00 | NY DUPLICATING XEROX |
| 6/18/2015 | 2.40 | NY DUPLICATING XEROX |
| 6/18/2015 | 3.60 | NY DUPLICATING XEROX |
| 6/18/2015 | 4.10 | NY DUPLICATING XEROX |
| 6/18/2015 | 5.50 | NY DUPLICATING XEROX |
| 6/18/2015 | 5.80 | NY DUPLICATING XEROX |
| 6/18/2015 | 5.80 | NY DUPLICATING XEROX |
| 6/18/2015 | 7.20 | NY DUPLICATING XEROX |
| 6/19/2015 | 0.20 | NY DUPLICATING |
| 6/19/2015 | 0.30 | NY DUPLICATING |
| 6/19/2015 | 1.10 | NY DUPLICATING |
| 6/19/2015 | 11.20 | NY DUPLICATING |
| 6/19/2015 | 0.80 | NY DUPLICATING XEROX |
| 6/22/2015 | 0.20 | NY DUPLICATING |
| 6/23/2015 | 0.20 | NY DUPLICATING |
| 6/23/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/23/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/23/2015 | 0.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/23/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/23/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/23/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/23/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/23/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/23/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/23/2015 | 1.00 | NY DUPLICATING XEROX |
| 6/23/2015 | 1.20 | NY DUPLICATING XEROX |
| 6/23/2015 | 1.40 | NY DUPLICATING XEROX |
| 6/23/2015 | 1.60 | NY DUPLICATING XEROX |
| 6/23/2015 | 3.80 | NY DUPLICATING XEROX |
| 6/23/2015 | 4.00 | NY DUPLICATING XEROX |
| 6/23/2015 | 4.80 | NY DUPLICATING XEROX |
| 6/23/2015 | 4.80 | NY DUPLICATING XEROX |
| 6/23/2015 | 6.20 | NY DUPLICATING XEROX |
| 6/23/2015 | 6.20 | NY DUPLICATING XEROX |
| 6/23/2015 | 6.30 | NY DUPLICATING XEROX |
| 6/23/2015 | 6.30 | NY DUPLICATING XEROX |
| 6/23/2015 | 8.40 | NY DUPLICATING XEROX |
| 6/23/2015 | 9.40 | NY DUPLICATING XEROX |
| 6/23/2015 | 9.80 | NY DUPLICATING XEROX |
| 6/23/2015 | 13.10 | NY DUPLICATING XEROX |
| 6/23/2015 | 13.20 | NY DUPLICATING XEROX |
| 6/23/2015 | 14.80 | NY DUPLICATING XEROX |
| 6/23/2015 | 15.00 | NY DUPLICATING XEROX |
| 6/23/2015 | 19.80 | NY DUPLICATING XEROX |
| 6/23/2015 | 22.00 | NY DUPLICATING XEROX |
| 6/23/2015 | 31.80 | NY DUPLICATING XEROX |
| 6/23/2015 | 40.50 | NY DUPLICATING XEROX |
| 6/23/2015 | 193.50 | NY DUPLICATING XEROX |
| 6/24/2015 | 0.10 | NY DUPLICATING |
| 6/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/24/2015 | 0.50 | NY DUPLICATING XEROX |
| 6/24/2015 | 0.50 | NY DUPLICATING XEROX |
| 6/24/2015 | 3.40 | NY DUPLICATING XEROX |
| 6/24/2015 | 4.30 | NY DUPLICATING XEROX |
| 6/24/2015 | 4.30 | NY DUPLICATING XEROX |
| 6/24/2015 | 5.10 | NY DUPLICATING XEROX |
| 6/24/2015 | 7.70 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
June 1, 2015 through June 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/24/2015 | 8.40 | NY DUPLICATING XEROX |
| 6/24/2015 | 9.80 | NY DUPLICATING XEROX |
| 6/24/2015 | 11.60 | NY DUPLICATING XEROX |
| 6/24/2015 | 13.00 | NY DUPLICATING XEROX |
| 6/24/2015 | 16.20 | NY DUPLICATING XEROX |
| 6/24/2015 | 26.10 | NY DUPLICATING XEROX |
| 6/24/2015 | 79.40 | NY DUPLICATING XEROX |
| 6/25/2015 | 15.20 | NY DUPLICATING |
| 6/25/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/25/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/25/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/25/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/25/2015 | 0.30 | NY DUPLICATING XEROX |
| 6/25/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/25/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/25/2015 | 0.50 | NY DUPLICATING XEROX |
| 6/25/2015 | 1.00 | NY DUPLICATING XEROX |
| 6/25/2015 | 1.00 | NY DUPLICATING XEROX |
| 6/25/2015 | 1.10 | NY DUPLICATING XEROX |
| 6/25/2015 | 1.10 | NY DUPLICATING XEROX |
| 6/25/2015 | 1.70 | NY DUPLICATING XEROX |
| 6/25/2015 | 1.80 | NY DUPLICATING XEROX |
| 6/25/2015 | 1.80 | NY DUPLICATING XEROX |
| 6/25/2015 | 2.10 | NY DUPLICATING XEROX |
| 6/25/2015 | 2.10 | NY DUPLICATING XEROX |
| 6/25/2015 | 3.20 | NY DUPLICATING XEROX |
| 6/25/2015 | 3.30 | NY DUPLICATING XEROX |
| 6/25/2015 | 5.20 | NY DUPLICATING XEROX |
| 6/25/2015 | 8.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.10 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
June 1, 2015 through June 30, 2015

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |

EXPENSE SUMMARY
June 1, 2015 through June 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 6/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 6/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 2.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 2.40 | NY DUPLICATING XEROX |
| 6/26/2015 | 3.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 3.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 3.20 | NY DUPLICATING XEROX |
| 6/26/2015 | 4.80 | NY DUPLICATING XEROX |
| 6/26/2015 | 5.00 | NY DUPLICATING XEROX |
| 6/26/2015 | 6.80 | NY DUPLICATING XEROX |
| 6/26/2015 | 6.80 | NY DUPLICATING XEROX |
| **TOTAL:** | **1,703.90** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 0.65 | NY COLOR PRINTING |

EXPENSE SUMMARY
June 1, 2015 through June 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/10/2015 | 0.65 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.30 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 1.95 | NY COLOR PRINTING |
| 6/10/2015 | 2.60 | NY COLOR PRINTING |
| 6/10/2015 | 2.60 | NY COLOR PRINTING |
| 6/10/2015 | 2.60 | NY COLOR PRINTING |
| 6/10/2015 | 2.60 | NY COLOR PRINTING |
| 6/10/2015 | 2.60 | NY COLOR PRINTING |
| 6/10/2015 | 3.25 | NY COLOR PRINTING |
| 6/10/2015 | 3.25 | NY COLOR PRINTING |
| 6/10/2015 | 3.25 | NY COLOR PRINTING |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/10/2015 | 3.25 | NY COLOR PRINTING |
| 6/10/2015 | 3.25 | NY COLOR PRINTING |
| 6/10/2015 | 3.25 | NY COLOR PRINTING |
| 6/10/2015 | 3.90 | NY COLOR PRINTING |
| 6/10/2015 | 4.55 | NY COLOR PRINTING |
| 6/10/2015 | 4.55 | NY COLOR PRINTING |
| 6/10/2015 | 5.20 | NY COLOR PRINTING |
| 6/10/2015 | 5.85 | NY COLOR PRINTING |
| 6/10/2015 | 5.85 | NY COLOR PRINTING |
| 6/10/2015 | 5.85 | NY COLOR PRINTING |
| 6/10/2015 | 7.15 | NY COLOR PRINTING |
| 6/10/2015 | 7.15 | NY COLOR PRINTING |
| 6/10/2015 | 7.80 | NY COLOR PRINTING |
| 6/10/2015 | 7.80 | NY COLOR PRINTING |
| 6/10/2015 | 8.45 | NY COLOR PRINTING |
| 6/10/2015 | 8.45 | NY COLOR PRINTING |
| 6/10/2015 | 9.10 | NY COLOR PRINTING |
| 6/10/2015 | 10.40 | NY COLOR PRINTING |
| 6/10/2015 | 11.70 | NY COLOR PRINTING |
| 6/10/2015 | 14.30 | NY COLOR PRINTING |
| 6/10/2015 | 17.55 | NY COLOR PRINTING |
| 6/10/2015 | 20.15 | NY COLOR PRINTING |
| 6/10/2015 | 21.45 | NY COLOR PRINTING |
| 6/10/2015 | 24.05 | NY COLOR PRINTING |
| 6/10/2015 | 47.45 | NY COLOR PRINTING |
| 6/10/2015 | 53.95 | NY COLOR PRINTING |
| 6/10/2015 | 55.25 | NY COLOR PRINTING |
| 6/10/2015 | 55.25 | NY COLOR PRINTING |
| 6/10/2015 | 75.40 | NY COLOR PRINTING |
| 6/10/2015 | 84.50 | NY COLOR PRINTING |
| 6/10/2015 | 102.05 | NY COLOR PRINTING |
| 6/10/2015 | 102.70 | NY COLOR PRINTING |
| 6/10/2015 | 143.00 | NY COLOR PRINTING |
| 6/15/2015 | 156.00 | NY COLOR PRINTING |
| 6/16/2015 | 1.95 | NY COLOR PRINTING |
| 6/16/2015 | 1.95 | NY COLOR PRINTING |
| 6/16/2015 | 3.90 | NY COLOR PRINTING |
| 6/16/2015 | 3.90 | NY COLOR PRINTING |
| 6/22/2015 | 10.40 | NY COLOR PRINTING |
| 6/23/2015 | 0.65 | LONDON COLOR LASERTRAK PRINTING |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/23/2015 | 0.65 | LONDON COLOR LASERTRAK PRINTING |
| 6/23/2015 | 0.65 | LONDON COLOR LASERTRAK PRINTING |
| 6/23/2015 | 0.65 | LONDON COLOR LASERTRAK PRINTING |
| 6/23/2015 | 0.65 | LONDON COLOR LASERTRAK PRINTING |
| 6/23/2015 | 6.50 | NY COLOR PRINTING |
| 6/23/2015 | 9.75 | NY COLOR PRINTING |
| 6/24/2015 | 0.65 | NY COLOR PRINTING |
| 6/24/2015 | 1.30 | NY COLOR PRINTING |
| 6/24/2015 | 3.25 | NY COLOR PRINTING |
| 6/24/2015 | 3.25 | NY COLOR PRINTING |
| 6/24/2015 | 3.25 | NY COLOR PRINTING |
| 6/24/2015 | 3.25 | NY COLOR PRINTING |
| 6/24/2015 | 3.25 | NY COLOR PRINTING |
| 6/24/2015 | 3.25 | NY COLOR PRINTING |
| 6/24/2015 | 3.90 | NY COLOR PRINTING |
| 6/24/2015 | 4.55 | NY COLOR PRINTING |
| 6/24/2015 | 5.20 | NY COLOR PRINTING |
| 6/24/2015 | 5.85 | NY COLOR PRINTING |
| 6/24/2015 | 5.85 | NY COLOR PRINTING |
| 6/24/2015 | 6.50 | NY COLOR PRINTING |
| 6/24/2015 | 7.15 | NY COLOR PRINTING |
| 6/24/2015 | 8.45 | NY COLOR PRINTING |
| 6/24/2015 | 10.40 | NY COLOR PRINTING |
| 6/24/2015 | 11.05 | NY COLOR PRINTING |
| 6/24/2015 | 12.35 | NY COLOR PRINTING |
| 6/24/2015 | 13.00 | NY COLOR PRINTING |
| 6/24/2015 | 15.60 | NY COLOR PRINTING |
| 6/24/2015 | 22.10 | NY COLOR PRINTING |
| 6/24/2015 | 22.10 | NY COLOR PRINTING |
| 6/24/2015 | 23.40 | NY COLOR PRINTING |
| 6/24/2015 | 24.70 | NY COLOR PRINTING |
| 6/24/2015 | 25.35 | NY COLOR PRINTING |
| 6/24/2015 | 25.35 | NY COLOR PRINTING |
| 6/24/2015 | 26.65 | NY COLOR PRINTING |
| 6/24/2015 | 27.95 | NY COLOR PRINTING |
| 6/24/2015 | 27.95 | NY COLOR PRINTING |
| 6/24/2015 | 35.75 | NY COLOR PRINTING |
| 6/24/2015 | 46.80 | NY COLOR PRINTING |
| 6/24/2015 | 84.50 | NY COLOR PRINTING |
| **TOTAL:** | **1,745.25** | |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 4/1/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/1/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/1/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/2/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/2/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/2/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/3/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/3/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/3/2015 | 0.83 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/4/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/4/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/4/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/5/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/5/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/5/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/6/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/6/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/6/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/7/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/7/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/7/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/8/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/8/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/8/2015 | 0.83 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/9/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/9/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/9/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/10/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/10/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/10/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/11/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/11/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/11/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/12/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/12/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/12/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/13/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 4/13/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/13/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/14/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/14/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/14/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/15/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/15/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/15/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/16/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/16/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/16/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/17/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/17/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/17/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/18/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/18/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/18/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/19/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/19/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/19/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/20/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/20/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/20/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/21/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/21/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/21/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/22/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/22/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/22/2015 | 0.83 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/23/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/23/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/23/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/24/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/24/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/24/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/25/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/25/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/25/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/26/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/26/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 4/26/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/27/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/27/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/27/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/28/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/28/2015 | 0.81 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/28/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/29/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/29/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/29/2015 | 0.83 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/30/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/30/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/30/2015 | 0.82 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/1/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/1/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/1/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/2/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/2/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/2/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/3/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/3/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/3/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/4/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/4/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/4/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/5/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/5/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/5/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/6/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/6/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/6/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/7/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/7/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/7/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/8/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/8/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/8/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/9/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/9/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/9/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/10/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/10/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/10/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/11/2015 | 32.66 | COMPUTER RESEARCH - LEXIS |
| 5/11/2015 | 43.55 | COMPUTER RESEARCH - LEXIS |
| 5/11/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/11/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/11/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/12/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/12/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/12/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/13/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/13/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/13/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/14/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/14/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/14/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/15/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/15/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/15/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/16/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/16/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/16/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/17/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/17/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/17/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/18/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/18/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/18/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/20/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/20/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/20/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/21/2015 | 32.66 | COMPUTER RESEARCH - LEXIS |
| 5/21/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/21/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/21/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/22/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**                                                      In re Nortel Networks Inc., et al.
**June 1, 2015 through June 30, 2015**                                   (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/22/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/22/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/24/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/24/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/24/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/25/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/25/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/25/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/26/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/26/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/26/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/27/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/27/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/27/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/28/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/28/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/28/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/29/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/29/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/29/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/30/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/30/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/30/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/31/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/31/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/31/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| **TOTAL:** | **253.71** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 5/11/2015 | 38.76 | COMPUTER RESEARCH - WESTLAW |
| 5/11/2015 | 169.98 | COMPUTER RESEARCH - WESTLAW |
| 5/11/2015 | 193.36 | COMPUTER RESEARCH - WESTLAW |
| 5/12/2015 | 5.23 | COMPUTER RESEARCH - WESTLAW |
| 5/12/2015 | 38.76 | COMPUTER RESEARCH - WESTLAW |
| 5/12/2015 | 150.68 | COMPUTER RESEARCH - WESTLAW |
| 5/12/2015 | 280.03 | COMPUTER RESEARCH - WESTLAW |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/13/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 5/13/2015 | 128.91 | COMPUTER RESEARCH - WESTLAW |
| 5/15/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 5/15/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 5/19/2015 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 5/22/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 5/26/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 5/26/2015 | 145.24 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **1,927.00** | |
| | | |
| **Legal Research - PACER** | | |
| | | |
| 6/22/2015 | 0.30 | COMPUTER RESEARCH - PACER |
| 6/22/2015 | 0.90 | COMPUTER RESEARCH - PACER |
| 6/22/2015 | 3.00 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **4.20** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 5/4/2015 | 35.12 | Late Work Meals - Chang |
| 5/4/2015 | 15.00 | Late Work Meals - Eckenrod |
| 5/4/2015 | 21.34 | Late Work Meals - Rappoport |
| 5/5/2015 | 26.14 | Late Work Meals - De Lemos |
| 5/5/2015 | 15.00 | Late Work Meals - Eckenrod |
| 5/6/2015 | 36.23 | Late Work Meals - Chang |
| 5/6/2015 | 30.00 | Late Work Meals - Eckenrod |
| 5/6/2015 | 18.97 | Late Work Meals - McCown |
| 5/6/2015 | 16.77 | Late Work Meals - Rappoport |
| 5/7/2015 | 23.36 | Late Work Meals - De Lemos |
| 5/7/2015 | 30.00 | Late Work Meals - Eckenrod |
| 5/8/2015 | 30.00 | Late Work Meals - Eckenrod |
| 5/11/2015 | 31.67 | Late Work Meals - Gianis |
| 5/13/2015 | 27.63 | Late Work Meals - De Lemos |
| 5/13/2015 | 5.64 | Late Work Meals - Gianis |
| 5/13/2015 | 6.98 | Late Work Meals - Schweitzer |
| 5/14/2015 | 30.04 | Late Work Meals - De Lemos |
| 5/14/2015 | 22.37 | Late Work Meals - Gianis |
| 5/14/2015 | 11.16 | Late Work Meals - Graham |
| 5/14/2015 | 22.45 | Late Work Meals - Stein |
| 5/15/2015 | 21.51 | Late Work Meals - Stein |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/18/2015 | 23.79 | Late Work Meals - Gianis |
| 5/18/2015 | 42.51 | Late Work Meals - Rosenthal |
| 5/18/2015 | 9.99 | Late Work Meals - Schweitzer |
| 5/19/2015 | 25.23 | Late Work Meals - De Lemos |
| 5/19/2015 | 14.03 | Late Work Meals - Gianis |
| 5/19/2015 | 25.28 | Late Work Meals - Stein |
| 5/20/2015 | 34.06 | Late Work Meals - Rosenthal |
| 5/20/2015 | 19.66 | Late Work Meals - Schweitzer |
| 5/21/2015 | 24.28 | Late Work Meals - Gianis |
| 5/21/2015 | 22.51 | Late Work Meals - Queen |
| 5/21/2015 | 17.36 | Late Work Meals - Schweitzer |
| 5/26/2015 | 23.32 | Late Work Meals - De Lemos |
| 5/26/2015 | 17.18 | Late Work Meals - Ricchi |
| 5/27/2015 | 27.50 | Late Work Meals - De Lemos |
| 5/27/2015 | 11.35 | Late Work Meals - Gurgel |
| 5/31/2015 | 16.08 | Late Work Meals - Gianis |
| 6/4/2015 | 28.51 | Late Work Meals - Block |
| 6/22/2015 | 90.00 | Late Work Meals - De Lemos (6 meals during the week of 5/11/15 - 5/24/15) |
| 6/22/2015 | 44.96 | Late Work Meals - Hong (3 meals during the weeks of 5/4/15 - 5/31/15) |
| 6/23/2015 | 60.00 | Late Work Meals - De Lemos (4 meals during the week of 4/27/15 - 5/10/15) |
| 6/23/2015 | 30.00 | Late Work Meals - Hong (2 meals during the week of 4/27/15 - 5/3/15) |
| **TOTAL:** | **1,084.98** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 4/28/2015 | 99.20 | Late Work Transportation - Schweitzer |
| 4/29/2015 | 79.98 | Late Work Transportation - Schweitzer |
| 4/30/2015 | 31.79 | Late Work Transportation - Gurgel |
| 5/5/2015 | 28.62 | Late Work Transportation - Gianis |
| 5/5/2015 | 92.02 | Late Work Transportation - Schweitzer |
| 5/6/2015 | 22.61 | Late Work Transportation - Gianis |
| 5/6/2015 | 44.21 | Late Work Transportation - McCown |
| 5/7/2015 | 22.61 | Late Work Transportation - Gianis |
| 5/7/2015 | 37.09 | Late Work Transportation - Rappoport |
| 5/11/2015 | 36.42 | Late Work Transportation - Gianis |
| 5/12/2015 | 26.00 | Late Work Transportation - Stein |
| 5/13/2015 | 44.21 | Late Work Transportation - Gianis |
| 5/13/2015 | 34.97 | Late Work Transportation - Graham |
| 5/13/2015 | 83.56 | Late Work Transportation - Schweitzer |
| 5/13/2015 | 28.62 | Late Work Transportation - Stein |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
| --- | --- | --- |
| 5/14/2015 | 47.39 | Late Work Transportation - Block |
| 5/14/2015 | 20.66 | Late Work Transportation - Gianis |
| 5/15/2015 | 19.77 | Late Work Transportation - Gianis |
| 5/15/2015 | 12.99 | Late Work Transportation - Stein |
| 5/16/2015 | 36.42 | Late Work Transportation - Gianis |
| 5/16/2015 | 57.25 | Late Work Transportation - Stein |
| 5/16/2015 | 14.47 | Late Work Transportation - Stein (ride after midnight on 5/15/15) |
| 5/16/2015 | 33.91 | Late Work Transportation - Zelbo |
| 5/17/2015 | 14.04 | Late Work Transportation - McCown |
| 5/18/2015 | 18.71 | Late Work Transportation - Gianis |
| 5/18/2015 | 46.67 | Late Work Transportation - Graham |
| 5/18/2015 | 37.09 | Late Work Transportation - Rosenthal |
| 5/18/2015 | 93.56 | Late Work Transportation - Schweitzer |
| 5/19/2015 | 30.46 | Late Work Transportation - Ferguson |
| 5/19/2015 | 25.98 | Late Work Transportation - Gianis |
| 5/19/2015 | 13.26 | Late Work Transportation - Stein (ride on 5/18/15) |
| 5/20/2015 | 15.30 | Late Work Transportation - Queen |
| 5/20/2015 | 12.25 | Late Work Transportation - Stein |
| 5/20/2015 | 18.73 | Late Work Transportation - Stein (ride on 5/19/15) |
| 5/21/2015 | 18.71 | Late Work Transportation - Gianis |
| 5/21/2015 | 36.42 | Late Work Transportation - Gianis (ride after midnight on 5/20/15) |
| 5/21/2015 | 15.00 | Late Work Transportation - Queen |
| 5/21/2015 | 44.89 | Late Work Transportation - Rosenthal |
| 5/21/2015 | 99.20 | Late Work Transportation - Schweitzer |
| 5/21/2015 | 99.20 | Late Work Transportation - Schweitzer (ride after midnight on 5/20/15) |
| 5/22/2015 | 15.66 | Late Work Transportation - Stein |
| 5/23/2015 | 12.29 | Late Work Transportation - Stein |
| 5/24/2015 | 21.00 | Late Work Transportation - Stein |
| 5/26/2015 | 30.74 | Late Work Transportation - Ricchi |
| 5/27/2015 | 23.10 | Late Work Transportation - Stein |
| 5/28/2015 | 54.01 | Late Work Transportation - Byam |
| 5/31/2015 | 13.50 | Late Work Transportation - Gianis (weekend ride) |
| 5/31/2015 | 28.62 | Late Work Transportation - Gianis (weekend ride) |
| 6/1/2015 | 36.42 | Late Work Transportation - Gianis |
| 6/3/2015 | 56.52 | Late Work Transportation - Byam |
| 6/4/2015 | 36.75 | Late Work Transportation - Cantwell |
| 6/10/2015 | 23.95 | Late Work Transportation - Cantwell |
| 6/22/2015 | 1,349.60 | Late Work Transportation - De Lemos (14 rides during the weeks of 4/27/15 - 5/24/15) |
| 6/22/2015 | 297.24 | Late Work Transportation - Hong (4 rides during the weeks of 4/27/15 - 5/17/15) |
| **TOTAL:** | **3,593.64** | |

**EXPENSE SUMMARY**
**June 1, 2015 through June 30, 2015**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| **Conference Meals** | | |
| | | |
| 5/13/2015 | 99.27 | Conference Meals (14 attendees) |
| 5/18/2015 | 130.65 | Conference Meals (15 attendees) |
| 5/18/2015 | 91.46 | Conference Meals (6 attendees) |
| 5/18/2015 | 91.46 | Conference Meals (6 attendees) |
| 5/18/2015 | 173.11 | Conference Meals (6 attendees) |
| 6/8/2015 | 26.13 | Conference Meals (3 attendees) |
| 6/18/2015 | 21.78 | Conference Meals (5 attendees) |
| **TOTAL:** | **633.86** | |
| | | |
| **Other** | | |
| | | |
| 6/15/2015 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 6/17/2015 | 2,448.01 | Outside Duplicating |
| 6/19/2015 | 1,669.50 | Trial Document Services |
| **TOTAL:** | **4,129.49** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 7/16/2015 | 4,057.50 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **4,057.50** | |
| | | |
| | | |
| **GRAND TOTAL:** | **20,221.91** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |