IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
*In re*                             :
                                :    Chapter 11
                                :
Nortel Networks Inc., *et al*.,     :    Case No. 09-10138 (KG)
                                :
    Debtors.      :    Jointly Administered
                                :
                                :    **Re: Docket Nos. 15924, 15940 & 15965**
------------------------------------------------------------X

**JOINDER OF THE TRADE CLAIMS
CONSORTIUM TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO THE
MOTION OF THE MONITOR AND CANADIAN DEBTORS FOR AN ORDER
CERTIFYING APPEAL DIRECTLY TO THE THIRD CIRCUIT COURT OF APPEALS**

The consortium (the "Trade Claims Consortium" or the "Consortium"), as holders of over $130 million in unsecured (non-funded debt) claims ("U.S. Trade Claims") against Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates, as debtors and debtors-in-possession (collectively, the "U.S. Debtors")[1], by and through its undersigned counsel, hereby joins (the "Joinder") in the *Objection of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., to the Motion of the Monitor and Canadian Debtors for an Order Certifying Appeal Directly to the Third Circuit Court of Appeals* (Docket No. 15965).

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated:  July 28, 2015

FOX ROTHSCHILD LLP

By:  */s/ L. John Bird*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

   -and-

Steven D. Pohl, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

   -and-

Edward S. Weisfelner, Esq.
Bennett S. Silverberg, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Nortel Trade Claims Consortium*