IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
:
*In re*                                                      :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                           :   Jointly Administered
:
               Debtors.                                      :
:
------------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 29, 2015 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1.   Corrected Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit (D.I. 15940, Filed 7/24/15).

     Objection Deadline: July 28, 2015 at 9:00 p.m. (ET).

     Responses Received:

     **(a)   Response of the *Ad Hoc* Group of Bondholders in Opposition to the Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit (D.I. 15963, Filed 7/28/15);**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]   **Amended items appear in bold.**

**(b)** **Opposition of U.S. Debtors to the Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit (D.I. 15964, Filed 7/28/15);**

**(c)** **Objection of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the Motion of the Monitor and Canadian Debtors for an Order Certifying Appeal Directly to the Third Circuit Court of Appeals (D.I. 15965, Filed 7/28/15); and**

**(d)** **Joinder of the Trade Claims Consortium to the Objection of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the Motion of the Monitor and Canadian Debtors for an Order Certifying Appeal Directly to the Third Circuit Court of Appeals (D.I. 15966, Filed 7/28/15).**

Related Pleading:

(a)  Allocation Trial Opinion (D.I. 15544, Entered 5/12/15);

(b)  Order (D.I. 15545, Entered 5/12/15);

(c)  Memorandum Order on Motions for Reconsideration (D.I. 15830, Entered 7/6/15);

(d)  Notice of Appeal by the Official Committee of Unsecured Creditors of Nortel Networks, Inc., et al. (D.I. 15846, Filed 7/9/15);

(e)  Notice of Cross-Appeal by the Nortel Trade Claim Consortium (D.I. 15878, Filed 7/17/15);

(f)  Notice of Appeal by the Bank of New York Mellon, as Indenture Trustee (D.I. 15888, Filed 7/20/15);

(g)  Notice of Appeal (D.I. 15890, Filed 7/20/15);

(h)  Notice of Appeal (D.I. 15893, Filed 7/20/15);

(i)  Notice of Appeal (D.I. 15894, Filed 7/20/15);

(j)  Notice of Appeal by the Pension Benefit Guaranty Corporation (D.I. 15916, Filed 7/23/15);

(k)  Notice of Conditional Cross-Appeal (D.I. 15919, Filed 7/23/15);

(l)  Notice of Contingent Cross-Appeal (D.I. 15921, Filed 7/23/15);

(m) Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit (D.I. 15924, Filed 7/23/15);

(n) Notice of Contingent Cross-Appeal (D.I. 15926, Filed 7/23/15);

(o) Joinder of Canadian Creditors Committee to Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit [D.I. 15924] and to Their Motion to Shorten Notice Thereof [D.I. 15925] (D.I. 15929, Filed 7/23/15);

(p) Order Under 11 U.S.C. §§ 102(1) and 105(a), Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice for Motion of the Monitor and the Canadian Debtors for Entry of an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit (D.I. 15943, Entered 7/24/15); and

(q) Corrected Notice of Motion of the Monitor and the Canadian Debtors for Entry of an Order Pursuant to 28 U.S.C. s 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit (D.I. 15949, Filed 7/24/15).

Status: The hearing on this matter will go forward.

**FEE APPLICATIONS**

2. Quarterly Fee Applications.

Responses Received: None.

Related Pleadings: See attached "Exhibit A".

**(a) Certification of Counsel Regarding Twenty-Fifth Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses (D.I. 15962, Filed 7/28/15); and**

**(b) Proposed Form of Order.**

Status: **The Court has indicated that an order will be entered regarding this matter.**

Dated: July 28, 2015             CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                   James L. Bromley (admitted *pro hac vice*)
                                 Lisa M. Schweitzer (admitted *pro hac vice*)
                                 One Liberty Plaza
                                 New York, New York 10006

Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

9340965.1