# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE
# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JULY 29, 2015 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | DANA MOORE |

### Matter:

OMNIBUS HEARING;  FEE APPLICATIONS ;
**R / M #:**   15,967 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Matter taken Under Advisement
#2 -  FEE APPLICATIONS - ORDER SIGNED