# SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.

CASE-NO.: 09-10138 (KG)

COURTROOM LOCATION: 3

DATE: 7/29/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew LeBlanc | Milbank Tweed | Ad Hoc Group of Bonds |
| Justin Alberto | Bayard | UK Pension Claimants |
| Brian O'Connor | Willkie Farr & Gallagher | UK Pension Claimants |
| Peter Keane | Pachulski Stang | Ad Hoc Group of Bondholders |
| Stephen Miller | Morris James LLP | Law Debenture as Trustee |
| Brian Guiney | Patterson Belknap | " " |
| Belinda Melnik | DLA Piper | Canadian Creditors Committee |
| Tim Hoeffner | DLA Piper | " " |
| Jelly Sarkes | Fox Rothschild | Trade Class Consortium |
| Mary Calloway | Buchanan Ingersoll & Rooney | Monitor |
| Jacob Pultman | Allen & Overy | " |
| Laura Hall | " | " |
| Matthew Beebe | Skadden | Stephen Taylor, Conflicts Administrators |
| Susan Saltzstein | " | " |
| David Crichlow | Katten Muchin | Wilmington Trust |
| GABRIELLE GLEMANN | Hughes Hubbard | EMEA JT Admins. |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)

**COURTROOM LOCATION: 3**
**DATE:** 7/29/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | MNAT | US Debtors |
| Jeff Rosenthal | Cleary Gottlieb | " |
| Lisa Schweitzer | " | " |
| Christopher Samis | Whiteford Taylor | Official Committee of |
| Abid Qureshi | Akin Gump | Unsecured Creditors |
| David Botter | " | " |
| Robert Johnson | " | " |
| Jaime Chapman | YCST | EMEA Joint Administrators |
| | | |
| | | |
| | | |
| | | |
| | | |

Court Conference

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Kevin Gross (Nortel Trial Only)

### Courtroom

Calendar Date: 07/29/2015

Calendar Time: 10:00 AM ET

Amended Calendar 07/29/2015 06:37 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7065010 | Derek Adler | (212) 837-6000 | Hughes Hubbard & Reed LLP (New Yo | Interested Party, Hughes Hubbard & Reed LLP (New York) / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7068905 | Manas Babbili | (212) 538-5918 | Credit Suisse | Creditor, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7063656 | Eric Bilmes | (212) 588-5115 | HBK Capital Management | Interested Party, HBK Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7066308 | Stephen J. Blauner | 212-284-4334 | Solus Alternative Asset Management L | Interested Party, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7064258 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7067927 | John Bringardner | (646) 378-3143 | Merger Market | Interested Party Debtwire.com / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7068923 | Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Trustee, UK Pension Plan / LISTEN ONLY |

| Company | Case | Type | ID | Name | Phone | Firm | Interested Party |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7062006 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party Bank of America / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7063504 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7062146 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, Davidson Kempner / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7063985 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Creditor, UK Pension Trust LTD / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7067950 | Matthew Ehmer | (203) 542-4219 ext. 00 | Silver Point Capital | Third Party, Silver Point Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7066261 | Matthew C. Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7063617 | Andrew G. Friedman | (212) 303-9444 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7063676 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7065025 | Gabrielle Glemann | (212) 837-6351 | Hughes Hubbard & Reed LLP (New Y... | Interested Party, Hughes Hubbard & Reed LLP (New York) / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7067905 | Matthew Gottlieb | (416) 598-1744 | Lax O'Sullivan Scott Lisus LLP | Administrator(s), Joint Administrators / LIVE |

| | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7068873 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7066151 | Daniel Guyder | (212) 756-1132 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7066992 | Ashutosh Habbu | (212) 412-1316 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7066197 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7065033 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, Hughes Hubbard & Reed LLP (New York) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7064493 | Arthur Jacques | (416) 214-5213 | Shibley Righton, LLC. | Creditor, Nortel Continuing Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7066466 | Kenneth D Kraft | 416-863-4374 | Dentons Canada LLP | Successor/Trustee, Wilmington Trust, National Association / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7066203 | Steven C. Krause | (212) 688-2550 | Owl Creek Asset Management LP | Creditor, Owl Creek / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7064220 | Michael G. Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7064477 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |

| ID | Name | Firm | Phone | Case | Type | Representing | Interested Party |
|---|---|---|---|---|---|---|---|
| 7063677 | William Mauzy | Macquarie Capital (USA), Inc. | (212) 231-2382 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Interested Party, Macquarie Capital (USA), Inc. / LISTEN ONLY |
| 7067396 | Joseph Pasquariello | Goodmans, LLP | (416) 597-4216 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Monitor, Ernst & Young / LIVE |
| 7061890 | Steven D. Pohl | Brown Rudnick LLP | (617) 856-8594 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Creditor, The Trade Claim Consortium / LIVE |
| 7066649 | John Ray | Avidity Partners/ Trustee | (630) 613-7300 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Interested Party, John Ray / LIVE |
| 7067409 | Adam M. Slavens | Tory's LLP | (416) 865-7333 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Interested Party, Nortel Networks Inc. / LISTEN ONLY |
| 7066288 | Kevin J. Starke | CRT Capital Group, LLC | (203) 569-6421 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| 7065574 | James Tecce | Quinn Emanuel Urquhart & Sullivan, LLP | (212) 849-7000 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Interested Party, Solus Alternative Asset Managment LP / LIVE |
| 6861516 | Andrew M. Thau | Southpaw Asset Management | (203) 862-6231 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| 7068907 | Daniel Vazquez | Southpaw Asset Management | (203) 231-9378 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| 7063446 | Barbara Walancik | Koskie Minsky, LLP | (416) 542-6288 | 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | Client, Former Employees of Nortel (Canada) / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., as Monitor & Foreign Represent | 7064254 | Andrew Watson | (212) 588-9234 | Benefit Street Partners | Creditor, Benefit Street Partners / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7068955 | John Whiteoak | (302) 571-6710 | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7068900 | Jennifer Wild | (212) 257-5124 | Candlewood Investment Group | Interested Party, Candlewood Investment Group / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7063722 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |

CourtConfCal2012

Peggy Drasal ext. 802