IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*, : Case No. 09-10138 (KG)
: 
               Debtors.[1] : Jointly Administered
: 
: **Related to Docket No. 15544 & 15545**
: 
---------------------------------------------------------- X

**CERTIFICATION OF COUNSEL REGARDING ORDER EXTENDING THE TRADE
CLAIMS CONSORTIUM'S DEADLINE TO DESIGNATE THE RECORD AND FILE
ITS STATEMENT OF ISSUES ON APPEAL IN ITS ALLOCATION APPEAL**

The undersigned hereby certifies as follows:

      1.      The Trade Claims Consortium (the "Consortium") of Nortel Networks Inc. and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors"), the U.S. Debtors, the Ad Hoc Group of Bondholders, Law Debenture Trust Company of New York as Indenture Trustee for the NNCC Notes, the Bank of New York Mellon, as Indenture Trustee, Stephen Taylor, Court-appointed Conflicts Administrator for Nortel Networks SA [In Administration], the Canadian Creditors Committee, Ernst & Young Inc., the Canadian Court-appointed Monitor of the Canadian Nortel Companies that, on January 14, 2009, filed for and Obtained Protection under the *Companies' Creditors Arrangement Act* from the Ontario Superior Court of Justice, the Canadian Debtors,[2] the Court-appointed Administrators and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

[2] This term shall have the meaning ascribed to it in the Allocation Trial Opinion.

30969281v1

Authorized Foreign Representatives for Nineteen Nortel Entities Located in Europe, the Middle East, and Africa, Wilmington Trust, National Association, as Indenture Trustee for the Nortel Networks Limited 6.875% Notes Due 2023, Nortel Networks U.K. Pension Trust Limited and the Board of Pension Protection Fund, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the District of Delaware (collectively, the "Parties to the Appeal" and each a "Party to the Appeal"), have conferred and no Parties to the Appeal have objected to an extension of the Consortium's deadline to designate the record and file its statements of issues on appeal in its appeal (the "Appeal") of the Court's *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) from July 31, 2015 to August 3, 2015, which may be superseded by subsequent order of this Court or an appellate court.

2.   The deadline for each of the other Parties to the Appeal to file is on or after August 3, 2015.  Thus, this extension will align the deadline of the Consortium with that of the other Parties to the Appeal.  This will result in a more efficient designation process for the Parties to the Appeal as well as the Court.

3.   The Consortium intends to use the additional time to participate in a process for organizing and submitting the record and issues on appeal in an orderly and efficient fashion. The lack of objection of the Parties to the Appeal to this extension is without prejudice to any position they may take respecting the Appeal, and the Parties to the Appeal expressly reserve all rights.  A form of order approving the extension is attached hereto as Exhibit A (the "Extension Order").

WHEREFORE, the Consortium requests that the Court enter the Extension Order at its earliest convenience.

Dated: July 29, 2015
Wilmington, Delaware

    Respectfully submitted,
    **FOX ROTHSCHILD LLP**

    By: /s/ L. John Bird
    Jeffrey M. Schlerf (No. 3047)
    L. John Bird (No. 5310)
    Citizens Bank Center
    919 North Market Street, Suite 300
    Wilmington, DE 19801
    T: (302) 654-7444

    -and-

    **BROWN RUDNICK LLP**
    Steven D. Pohl
    One Financial Center
    Boston, MA 02111
    T: (617) 856-8200

    -and-

    Edward S. Weisfelner
    Bennett S. Silverberg
    Seven Times Square
    New York, New York 10036
    T: 212-209-4800

    *Counsel to Nortel Trade Claims Consortium*

**EXHIBIT A**

30969281v1

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ X
                                                             :
In re                                                        :    Chapter 11
                                                             :
Nortel Networks Inc., et al.,                                :    Case No. 09-10138 (KG)
                                                             :
                           Debtors.[1]                       :    Jointly Administered
                                                             :
                                                             :
                                                             :    Re: Docket No. ____
------------------------------------------------------------ X
```

**ORDER EXTENDING THE TRADE CLAIMS CONSORTIUM'S DEADLINE TO DESIGNATE THE RECORD AND FILE ITS STATEMENT OF ISSUES ON APPEAL IN ITS ALLOCATION APPEAL**

Upon the certification (the "Certification")[2] of the Trade Claims Consortium (the "Consortium") of Nortel Networks Inc. and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors") in the above-captioned chapter 11 cases regarding the entry of an order extending the Consortium's deadline to designate the record and file its statement of issues on appeal in its cross appeal (the "Appeal") of the United States Bankruptcy Court for the District of Delaware's (the "Court") *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) to August 3, 2015 and the fixing of certain other deadlines, and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2)(A); (c) the Court having found notice of the Certification to be sufficient under the circumstances and that no other or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Certification.

2

further notice need be provided; and the Court having considered the Certification; and the Court having determined that the legal and factual bases set forth in the Certification establish just cause for the relief granted herein; and after due deliberation sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1.    The Consortium's deadline to designate the record and file its statement of issues on appeal in its cross appeal of the Court's *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) is extended to August 3, 2015.

    2.    The lack of objection of the Parties to the Appeal to this extension is without prejudice to any position they may take respecting the Appeal, and the Parties to the Appeal expressly reserve all rights.

    3.    The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: July ___, 2015
       Wilmington Delaware

                                     THE HONORABLE KEVIN GROSS
                                     UNITED STATES BANKRUPTCY JUDGE