## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2015, I caused copies of the foregoing **Certification of Counsel Regarding Order Extending the Trade Claims Consortium's Deadline to Designate the Record and File Its Statement of Issues on Appeal in Its Allocation Appeal** to be served upon the parties listed on the service list attached hereto via First Class Mail.

*/s/ L. John Bird*
L. John Bird (DE No. 5310)