IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,                             :    Case No. 09-10138 (KG)
                                                            :
                                       Debtors.             :    Jointly Administered
                                                            :
                                                            :    **Related Docket No. 15963**
------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 28th day of July, 2015, I caused a true and correct copy of the following document to be served upon the parties on the attached service list in the manner indicated thereon:

> **Response of the Ad Hoc Group of Bondholders in Opposition to the Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit.**

_____
Peter J. Keane (Bar No. 5503)

**Nortel – Core Parties Email Service List**
Case No. 09-10138
Document No. 192499
226 - Electronic Delivery

*Electronic Delivery*
samis@rlf.com
(Counsel to Official Committee of
Unsecured Creditors)
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.

*Electronic Delivery*
sbrown@lrrlaw.com
(Counsel to The Prudential Insurance
Company of America)
Scott K. Brown, Esq.
Lewis Roca Rothgerber

*Electronic Delivery*
jsullivan@edc.ca
Jennifer M. Sullivan
Export Development Canada

*Electronic Delivery*
eharron@ycst.com
jdorsey@ycst.com
(Bloom Hill Hudson Harris as Joint
Administrators and Foreign Representatives
of Nortel Networks UK Limited)
Edwin J. Harron, Esq.
John T. Dorsey, Esq.
Young Conaway Stargatt & Taylor, LLP

*Electronic Delivery*
catherine.ma@nortonrosefulbright.com
michael.lang@nortonrosefulbright.com
Michael J. Lang, Esq.
Catherine Ma, Law Clerk
Norton Rose Fulbright

*Electronic Delivery*
paige.honeycutt@verint.com
Paige Hess Honeycutt, Esq.
Verint Americas Inc.

*Electronic Delivery*
derrick.tay@gowlings.com
jennifer.stam@gowlings.com
katie.parent@gowlings.com
patrick.shea@gowlings.com
david.cohen@gowlings.com

*Electronic Delivery*
nortel.monitor@ca.ey.com
Ernst & Young Inc.
Restructuring Document Centre

*Electronic Delivery*
james.norris-jones@hsf.com
James Norris-Jones
Herbert Smith Freehills LLP

*Electronic Delivery*
rjaipargas@blgcanada.com
Roger Jaipargas, Esquire
Borden Ladner Gervais LLP

*Electronic Delivery*
dalowenthal@pbwt.com
Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP

*Electronic Delivery*
puneet@sdslawfirm.com
Puneet S. Kohli, Partner
Simmons da Silva LLP

*Electronic Delivery*
hharrison@ahbl.ca
surquhart@ahbl.ca
R. Hoops Harrison, Esquire
Sharon M. Urquhart, Esquire
Alexander Holburn Beaudin + Lang LLP

*Electronic Delivery*
jwigley@gardiner-roberts.com
Jonathan Wigley, Esquire
Gardiner Roberts

*Electronic Delivery*
jmighton@goodmans.ca
jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
carmstrong@goodmans.ca
pruby@goodmans.ca
jkimmel@goodmans.ca
bzarnett@goodmans.ca
Jesse Mighton, Esquire
Jay Carfagnini, Esquire
Joseph Pasquariello, Esquire
G. Rubenstein, Esquire
C. Armstrong, Esquire
R. Ruby, Esquire
Jessica Kimmel, Esquire
B. Zarnett, Esquire
Goodmans LLP

*Electronic Delivery*
lbarnes@osler.com
esellers@osler.com
eputnam@osler.com
ahirsh@osler.com
acobb@osler.com
Lyndon Barnes, Esquire
Edward Sellers, Esquire
Betsy Putnam, Esquire
Adam Hirsh, Esquire
Alexander Dobb, Esquire
Osler, Hoskin & Harcourt LLP

*Electronic Delivery*
dmilner@fasken.com
akauffman@fasken.com
jlevin@fasken.com
Donald E. Milner, Esquire
Aubrey E. Kauffman, Esquire
Jon Levin, Esquire
Fasken Martineau

*Electronic Delivery*
john.stringer@mcinnescooper.com
stephen.kingston@mcinnescooper.com
John D. Stringer, Esquire
Stephen Kingston, Esquire
McInnes Cooper

*Electronic Delivery*
jcarhart@millerthomson.com
cmills@millerthomson.com
Jeffrey Carhart, Esquire
Craig A. Mills, Esquire
Miller Thomson LLP

*Electronic Delivery*
barry.wadsworth@caw.ca
lewis.gottheil@caw.ca
Barry Wadsworth, Esquire
Lewis Gottheil, Esquire
CAW-Canada

*Electronic Delivery*
ray.leach@siskinds.com
dimitri.lascaris@siskinds.com
emilie.maxwell@siskinds.com
Ray Leach, Esquire
Dimitri Lascaris, Esquire
SISKINDS

*Electronic Delivery*
mzigler@kmlaw.ca
sphilpott@kmlaw.ca
akaplan@kmlaw.ca
bwalancik@kmlaw.ca
Mark Zigler, Esquire
Susan Philpott, Esquire
Ari N. Kaplan, Esquire
Barbara Walancik, Esquire
Koskie Minsky LLP

*Electronic Delivery*
zychk@bennettjones.com
orzyr@bennettjones.com
finlaysong@bennettjones.com
swanr@bennettjones.com
ryanbellr@bennettjones.com
laugesenm@bennettjones.com

Kevin J. Zychk, Esquire
S. Richard Orzy. Esquire
Gavin H. Finlayson, Esquire
Richard B. Swan, Esquire
Sean Zweig, Esquire
Jonathan G. Bell, Esquire
Bennett Jones LLP

*Electronic Delivery*
ken.rosenberg@paliareroland.com
max.starnino@paliareroland.com
lily.harmer@paliareroland.com
karen.jones@paliareroland.com
tina.lie@paliareroland.com
michelle.jackson@paliareroland.com
Jacqueline.cummins@paliareroland.com
Ken Rosenberg, Esquire
Max Starnino, Esquire
Lily Harmer, Esquire
Karen Jones, Esquire
Tina Lie, Esquire
Michelle Jackson, Esquire
Jacqueline Cummins, Esquire
Paliare Roland Rosenberg Rothstein LLP

*Electronic Delivery*
harvey@chaitons.com
doug@chaitons.com
Harvey Chaiton, Esquire
Doug Bourassa, Esquire
Chaitons LLP

*Electronic Delivery*
mwunder@casselsbrock.com
dgrieve@casselsbrock.com
bleonard@casselsbrock.com
skukulowicz@casselsbrock.com
ljackson@casselsbrock.com
rjacobs@casselsbrock.com
chorkins@casselsbrock.com
Michael Wunder, Esquire
Deborah S. Grieve, Esquire
Bruce Leonard, Esquire
Ryan Jacobs, Esquire
Christopher Horkins, Esquire
Cassels Brock & Blackwell LLP

*Electronic Delivery*
hfogul@airdberlis.com
pczegledy@airdberlis.com
sgraff@airdberlis.com
iaversa@airdberlis.com
renglish@airdberlis.com
smitra@airdberlis.com
Harry M. Fogul, Esquire
Peter K. Czegledy, Esquire
Steven L. Graff, Esquire
Ian Aversa, Esquire
D. Robb English, Esquire
Sanjeev Mitra, Esquire
Aird & Berlis LLP

*Electronic Delivery*
rslattery@mindengross.com
dullmann@mindengross.com
tdunn@mindengross.com
Raymond M. Slattery, Esquire
David T. Ullmann, Esquire
Timothy R. Dunn, Esquire
Minden Gross LLP

*Electronic Delivery*
andrew.kent@mcmillan.ca
brett.harrison@mcmillan.ca
jeffrey.levine@mcmillan.ca
adam.maerov@mcmillan.ca
sheryl.seigel@mcmillan.ca
wael.rostom@mcmillan.ca
Andrew J. F. Kent, Esquire
Brett G. Harrison, Esquire
Jeffrey Levine, Esquire
Adam C. Maerov, Esquire
Sheryl E. Seigel, Esquire
Wael Rostom, Esquire
McMillan LLP

*Electronic Delivery*
bdarlington@davis.ca
Bruce E. Darlington, Esquire
Davis LLP

*Electronic Delivery*
jsirivar@mccarthy.ca
ghall@mccarthy.ca
kmcelcheran@mccarthy.ca
bboake@mccarthy.ca
jgage@mccarthy.ca
emarques@mccarthy.ca
hmeredith@mccarthy.ca
psteep@mccarthy.ca
skour@mccarthy.ca
bdshaw@mccarthy.ca
kpeters@mccarthy.ca
Abbey Junior Sirivar, Esquire
Geoff R. Hall, Esquire
Kevin P. McElcheran, Esquire
Barbara J. Boake, Esquire
James D. Gage, Esquire
Elder C. Marques, Esquire
Heather L. Meredith, Esquire
R. Paul Steep, Esquire
Sharon Ann Kour, Esquire
Bryon D. Shaw, Esquire
Kelly Peters, Esquire
McCarthy Tétrault LLP

*Electronic Delivery*
chris.besant@bakernet.com
lydia.salvi@bakernet.com
Christopher W. Besant, Esquire
Lydia Salvi, Esquire
Baker & McKenzie

*Electronic Delivery*
kjohnson@imk.ca
Kurt A. Johnson
Irving Mitchell Kalichman,
S.E.N.C.R.L./LLP

*Electronic Delivery*
janice.payne@nelligan.ca
steven.levitt@nelligan.ca
christopher.rootham@nelligan.ca
Janice Payne, Esquire
Steven Levitt, Esquire

Christopher Rootham, Esquire
Nelligan O'Brien Payne LLP

*Electronic Delivery*
nanci@eurodata.ca
Nanci Shore
Eurodata Support Services

*Electronic Delivery*
raffy.lorentzian@ntscorp.com
Raffy Lorentzian
National Technical Systems Corp

*Electronic Delivery*
ibrady@baldwinlaw.ca
Ian Brady
Baldwin Law

*Electronic Delivery*
michael.riela@lw.com
Michael J. Riela, Esquire
Latham & Watkins LLP

*Electronic Delivery*
arthur.jacques@shibleyrighton.com
thomas.mcrae@shibleyrighton.com
Arthur Jacques, Esquire
Thomas McRae, Esquire
Shibley Righton LLP

*Electronic Delivery*
tosullivan@counsel-toronto.com
slaubman@counsel-toronto.com
mgottlieb@counsel-toronto.com
twynne@counsel-toronto.com
pmichell@counsel-toronto.com
Terrence O'Sullivan, Esquire
Shaun Laubman, Esquire
Matthew Gottlieb, Esquire
Tracy Wynne, Esquire
Paul Michell, Esquire
Lax O'Sullivan Scott Lisus LLP

*Electronic Delivery*
rschwill@dwpv.com
jdoris@dwpv.com

lsarabia@dwpv.com
scampbell@dwpv.com
Robin B. Schwill, Esquire
James W. E. Doris, Esquire
Luis Sarabia, Esquire
Sean R. Campbell,, Esquire
Davies Ward Phillips & Vineberg LLP

*Electronic Delivery*
dwinters@justice.gc.ca
Diane Winters
Department of Justice, Canada

*Electronic Delivery*
susan.grundy@blakes.com
pamela.huff@blakes.com
milly.chow@blakes.com
hugh.desbrisay@blakes.com
craig.thorburn@blakes.com
jeremy.forgie@blakes.com
steven.weisz@blakes.com
jenna.willis@blakes.com
Susan Grundy, Esquire
Pamela Huff, Esquire
Milly Chow, Esquire
Hugh M. DesBrisay, Esquire
Craig Thorburn, Esquire
Jeremy Forgie, Esquire
Steven Weisz, Esquire
Jenna Willis, Esquire
Blake, Cassels & Graydon LLP

*Electronic Delivery*
vdare@foglers.com
Vern W. DaRe, Esquire
Fogler, Rubinoff LLP

*Electronic Delivery*
thomas.wallis@vdg.ca
Thomas Wallis, Esquire
Vincent Dagenais Gibson LLP/s.r.l.

**Electronic Delivery**
jbromley@cgsh.com
lschweitzer@cgsh.com
hzelbo@cgsh.com

jrosenthal@cgsh.com
dstein@cgsh.com
mdecker@cgsh.com
jmoessner@cgsh.com
nforrest@cgsh.com
dqueen@cgsh.com
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Howard S. Zelbo, Esquire
Jeffrey A. Rosenthal, Esquire
Darryl G. Stein, Esquire
Marla Decker, Esquire
Jacqueline Moessner, Esquire
Neil P. Forrest, Esquire
Daniel D. Queen, Esquire
Cleary Gottlieb Steen & Hamilton LLP

*Electronic Delivery*
jrochon@rochongenova.com
Joel Rochon, Esquire
Rochon Genova LLP

*Electronic Delivery*
davidsteer127@sympatico.ca
David Steer
Bell Canada's Sympatico Portal Division

*Electronic Delivery*
tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
aslavens@torys.com
Tony DeMarinis,, Esquire
Scott A. Bomhof, Esquire
Sheila R. Block, Esquire
Andrew Gray, Esquire
Adam Slavens, Esquire
Torys LLP

*Electronic Delivery*
hvw@tmlegal.ca
dwd@tmlegal.ca
Harold J. Van Winssen
David W. DeMille
Templeman Menninga LLP

*Electronic Delivery*
leonard.marsello@ontario.ca
William.MacLarkey@ontario.ca
mario.faieta@ontario.ca
Leonard F. Marsello, Esquire
William MacLarkey, Esquire
Mario Faieta
Ontario Ministry of the Environment
Crown Law Office (Civil)

*Electronic Delivery*
dmurdoch@stikeman.com
esnow@stikeman.com
adsilva@stikeman.com
ataylor@stikeman.com
kesaw@stikeman.com
rferguson@stikeman.com
Daniel Murdoch, Esquire
Ellen M. Snow, Esquire
Alan L. W. D'Silva, Esquire
Ashley John Taylor, Esquire
Kathryn Esaw, Esquire
Ron Ferguson, Esquire
Stikeman Elliott LLP

*Electronic* Delivery
david.quagliana@constellation.com
David Quagliana
Constellation Engergy

*Electronic Delivery*
craig.barbarosh@kattenlaw.com
david.crichlow@kattenlaw.com
Karen.dine@kattenlaw.com
Craig A. Barbarosh, Esquire
David Crichlow, Esquire
Karen Dine, Esquire
Katten Muchin Roseman LLP

*Electronic Delivery*
elamek@blg.com
jszumski@blg.com
Edmond Lamek, Esquire
James Szumski, Esquire
Borden Ladner Gervais LLP

*Electronic Delivery*
mbarrack@tgf.ca
djmiller@tgf.ca
rlewis@tgf.ca
amcewan@tgf.ca
jfinnigan@tgf.ca
lwilliams@tgf.ca
Michael E. Barrack, Esquire
D.J. Miller, Esquire
Rebecca Lewis, Esquire
Andrea McEwan, Esquire
John L. Finnigan, Esquire
Leanne M. Williams, Esquire
Thornton Grout Finnigan LLP

*Electronic Delivery*
fhodara@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
rajohnson@akingump.com
bkahn@akingump.com
cdoniak@akingump.com
sgulati@akingump.com
(Counsel to Official Committee of
Unsecured Creditors)
Fred S. Hodara, Esq.
David H. Botter, Esq.
Abid Qureshi, Esq.
Robert A. Johnson, Esq.
Brad M. Kahn, Esq.
Christine D. Doniak, Esq.
Sunny Gulati, Esq.
Akin Gump Strauss Hauer & Feld LLP

*Electronic Delivery*
sreisman@curtis.com
jdrew@curtis.com
Steven J. Reisman, Esquire
James V. Drew, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP

*Electronic Delivery*
TKreller@milbank.com
JHarris@milbank.com
APisa@milbank.com

svora@milbank.com
aleblanc@milbank.com
mhirschfeld@milbank.com
amiller@milbank.com
tmatz@milbank.com
nbassett@milbank.com
gruha@milbank.com
rpojunas@milbank.com
eweiss@milbank.com
Thomas R. Kreller, Esq.
Jennifer Harris, Esq.
Albert A. Pisa, Esq.
Samir Vora, Esq.
Andrew M. LeBlanc, Esq.
Michael L. Hirschfeld, Esq.
Atara Miller, Esq.
Thomas J. Matz, Esq.
Nicholas A. Bassett, Esq.
Gabrielle Ruha, Esq.
Rachel Pojunas, Esq.
Eric Weiss, Esq.
Milbank Tweed Hadley & McCloy LLP

*Electronic Delivery*
mschein@vedderprice.com
Michael L. Schein, Esquire
Vedder Price

*Electronic Delivery*
eric.prezant@bryancave.com
Eric Prezant, Esquire
Bryan Cave LLP

*Electronic Delivery*
ken.coleman@allenovery.com
paul.keller@allenovery.com
daniel.guyder@allenovery.com
laura.hall@allenovery.com
Joseph.Badtke-Berkow@AllenOvery.com
jonathan.cho@allenovery.com
Nicolette.ward@allenovery.com
Ken Coleman, Esq.
Paul B. Keller, Esq.
Daniel Guyder, Esq.
Laura Hall, Esq.
Nicolette Ward, Esq.
Paul Keller Allen & Overy, LLP

*Electronic Delivery*
kathleen.murphy@bipc.com
mary.caloway@bipc.com
Kathleen Murphy, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC

*Electronic Delivery*
dabbott@mnat.com
acordo@mnat.com
Derek C. Abbott, Esq.
Annie C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnel LLP

*Electronic Delivery*
adler@hugheshubbard.com
oxford@hugheshubbard.com
tabataba@hugheshubbard.com
huberty@hugheshubbard.com
Derek J.T. Adler, Esq.
Neil Oxford, Esq.
Fara Tabatabai, Esq.
Charles Huberty, Esq.
Hughes Hubbard & Reed, LLP

*Electronic Delivery*
selinda.melnik@dlapiper.com
richard.hans@dlapiper.com
timothy.hoeffner@dlapiper.com
farahlisa.sebti@dlapiper.com
Selinda A. Melnik, Esq.

Richard F. Hans, Esq.
Timothy E. Hoeffner, Esq.
Farah Lisa Whitley-Sebti, Esq.
DLA Piper LLP

*Electronic Delivery*
**angela.pearson@ashurst.com**
**Antonia.croke@ashurst.com**
Angela Pearson, Esq.
Antonia Croke, Esq.
Ashurst

*Electronic Delivery*
**boconnor@willkie.com**
**sadvani@willkie.com**
**ahanrahan@willkie.com**
Brian E. O'Connor, Esq.
Sameer Advani, Esq.
Andrew Hanrahan, Esq.
Willkie Farr & Gallagher LLP

*Electronic Delivery*
**amdg@hoganlovells.com**
**john.tillman@hoganlovells.com**
**Matthew.bullen@hoganlovells.com**
**david.graves@hoganlovells.com**
**katherine.tallett-williams@hoganlovells.com**
Angela Dimsdale Gill, Esq.
John Tillman, Esq.
Matthew Bullen, Esq.
David Graves, Esq.
Katherine Tallett-Williams, Esq.
Hogan Lovells International LLP

*Electronic Delivery*
**cdavis@bayardlaw.com**
**jalberto@bayardlaw.com**
Charlene D. Davis, Esq.
Justin R. Alberto, Esq.
Bayard, P.A.

*Electronic Delivery*
**Kenneth.kraft@dentons.com**
**john.salmas@dentons.com**
Kenneth Kraft, Esq.

John Salmas, Esq.
Dentons Canada LLP