IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. Nos 15544, 15545 and 15830** |

## ORDER REGARDING FILING OF DESIGNATIONS OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL

The Court is aware of the pending notices and cross-notices of appeal from the Allocation Trial Opinion (D.I. 15544) and Order (D.I. 15545), as well as the Memorandum Order on Motions for Reconsideration (D.I. 15830), filed in this matter. In an effort to streamline the processing of the appeals,

IT IS HEREBY ORDERED THAT:

Parties to the appeals and cross-appeals shall when filing designations of the record and statements of issues on appeal in the Court, at the same time electronically file via the Case Management/Electronic Case Filing (CM/ECF) system their designations of the record and statements of issues on appeal in the United States District Court for the District of Delaware. Such filings must contain the Bankruptcy Court Case Number and the designated District Court Civil Action Number.

Dated: July 29, 2015
Wilmington, Delaware

_____
KEVIN GROSS, U.S.B.J.