**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **29 July 2015**           Our Ref: **GDB/CCN01.00001**           Invoice No.: **392703**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 32,671.00 |
| For the period to 30 June 2015, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 23.64 |
| **Disbursements:** (NT) | | | |
| Fares, Courier Charges and Incidental Expenses | 0.00 | 0.00 | 402.24 |
| | 0.00 | | 33,096.88 |
| | | VAT | 0.00 |
| | | Total | 33,096.88 |
| | | **Balance Due** | **33,096.88** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note: Remittance advices should be sent electronically to remittances@ashurst.com**

Please quote reference 392703 when settling this invoice
**Payment Terms: 21 days**

Legal services are 100% foreign source

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.

ashurst

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2015

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|:---:|
| Partner | Giles Boothman | 0.60 | 507.00 | (C0007) |
|  |  | 3.20 | 2,704.00 | (C0031) |
|  |  | **3.80** | **3,211.00** |  |
| Partner | Angela Pearson | 2.90 | 2,305.50 | (C0012) |
|  |  | 1.90 | 1,510.50 | (C0031) |
|  |  | **4.80** | **3,816.00** |  |
| Senior Associate | Drew Sainsbury | 0.90 | 535.50 | (C0007) |
|  |  | 6.80 | 4,046.00 | (C0012) |
|  |  | 17.60 | 10,472.00 | (C0031) |
|  |  | **25.30** | **15,053.50** |  |
| Senior Associate | Andy Wright | 0.30 | 171.00 | (C0031) |
|  |  | **0.30** | **171.00** |  |
| Senior Associate | Lindsey Roberts | 0.90 | 490.50 | (C0003) |
|  |  | 2.40 | 1,308.00 | (C0007) |
|  |  | 8.90 | 4,850.50 | (C0012) |
|  |  | 3.80 | 2,071.00 | (C0031) |
|  |  | **16.00** | **8,720.00** |  |
| Associate | Sophie Law | 0.30 | 132.00 | (C0007) |
|  |  | 0.90 | 396.00 | (C0012) |
|  |  | **1.20** | **528.00** |  |
| Trainee | Ben Middleton | 3.90 | 799.50 | (C0003) |
|  |  | **3.90** | **799.50** |  |
| Professional Development | Inga West | 0.60 | 372.00 | (C0031) |
|  |  | **0.60** | **372.00** |  |
|  | **TOTAL** | **55.90** | **32,671.00** |  |

## C0003 — Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 0.90 | 545.00 | 490.50 |
| **Trainee** |  |  |  |  |
| BMIDDL | Ben Middleton | 3.90 | 205.00 | 799.50 |
|  |  |  | Total | 1,290.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 24/06/2015 | Ben Middleton | REVI | Reviewed full prebill prior to drafting of fee application | 1.20 | 205.00 | 246.00 |
| 29/06/2015 | Ben Middleton | MISC | Further review of, and amendments to, May fee application; discussion Lindsey Roberts re same | 0.40 | 205.00 | 82.00 |
| 29/06/2015 | Lindsey Roberts | DRFT | Review and mark-up of May pre-bill; discussion with BMIDDLE re: the same | 0.40 | 545.00 | 218.00 |
| 30/06/2015 | Ben Middleton | MISC | Further review of May prebill time entries and additional amendments to same | 1.70 | 205.00 | 348.50 |
| 30/06/2015 | Ben Middleton | MISC | Further review of final prebill amendments, disc Lindsey Roberts re same | 0.40 | 205.00 | 82.00 |
| 30/06/2015 | Ben Middleton | LETT | Email correspondence with Lisa Spenser re amendments to prebill, spreadsheet with time entries | 0.20 | 205.00 | 41.00 |
| 30/06/2015 | Lindsey Roberts | LETT | Discussions with BMIDDLE re fee application and pre-bill; Review pre-bill and provide further comments | 0.40 | 545.00 | 218.00 |
| 30/06/2015 | Lindsey Roberts | LETT | Emails internally re fee application | 0.10 | 545.00 | 54.50 |
|  |  |  |  |  |  | 1,290.00 |

## C0007         Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.60 | 845.00 | 507.00 |
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.40 | 545.00 | 1,308.00 |
| DSAINS | Drew Sainsbury | 0.90 | 595.00 | 535.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.30 | 440.00 | 132.00 |
| | | | Total | **2,482.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/06/2015 | Sophie Law | LETT | Emails re rescheduled committee call | 0.10 | 440.00 | 44.00 |
| 11/06/2015 | Lindsey Roberts | LETT | Weekly UCC call | 0.50 | 545.00 | 272.50 |
| 18/06/2015 | Lindsey Roberts | PHON | Weekly UCC call | 0.60 | 545.00 | 327.00 |
| 23/06/2015 | Sophie Law | LETT | Emails re scheduling UCC call | 0.20 | 440.00 | 88.00 |
| 26/06/2015 | Giles Boothman | ATTD | Committee call | 0.60 | 845.00 | 507.00 |
| 26/06/2015 | Lindsey Roberts | INTD | Emails to/from Drew re: UCC Weekly call, discuss with Drew re same | 0.20 | 545.00 | 109.00 |
| 26/06/2015 | Lindsey Roberts | PREP | Prepare for and attendance at UCC Weekly Call (0.6) | 1.10 | 545.00 | 599.50 |
| 26/06/2015 | Drew Sainsbury | MISC | PHON CC Call (0.6), note (0.3) | 0.90 | 595.00 | 535.50 |

|  |
|---|
| **2,482.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.90 | 795.00 | 2,305.50 |
| **Senior Associate** | | | | |
| DSAINS | Drew Sainsbury | 6.80 | 595.00 | 4,046.00 |
| LROBER | Lindsey Roberts | 8.90 | 545.00 | 4,850.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.90 | 440.00 | 396.00 |
| | | | Total | **11,598.00** |

## C0012    General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2015 | Drew Sainsbury | READ | Reading motion to reconsider (1.7) Reading Newbourne judgment and US judge (1.8) Reading progress reports of EMEA companies, previous judgments and considering next steps (2.2) | 5.70 | 595.00 | 3,391.50 |
| 02/06/2015 | Angela Pearson | REVI | Review emails re Court hearings | 0.30 | 795.00 | 238.50 |
| 03/06/2015 | Angela Pearson | REVI | Review emails (various) re hearings | 0.50 | 795.00 | 397.50 |
| 03/06/2015 | Sophie Law | LETT | Update Regarding Hearing Date and Response Deadlines with Respect to Motions for Reconsideration | 0.10 | 440.00 | 44.00 |
| 08/06/2015 | Lindsey Roberts | READ | Brief review of Motion to reconsider and joinder | 0.50 | 545.00 | 272.50 |
| 08/06/2015 | Lindsey Roberts | READ | Review and consideration of emails on Motion for reconsideration | 0.30 | 545.00 | 163.50 |
| 08/06/2015 | Lindsey Roberts | READ | Review and consideration of email re: letter from Brown Rudwick (and attached letter) | 0.20 | 545.00 | 109.00 |
| 08/06/2015 | Lindsey Roberts | READ | Review and consider email re: Prof Westbrook articles | 0.10 | 545.00 | 54.50 |
| 09/06/2015 | Angela Pearson | READ | Review emails/documents re submissions/motions | 0.50 | 795.00 | 397.50 |
| 10/06/2015 | Angela Pearson | READ | Review emails re submissions | 0.20 | 795.00 | 159.00 |
| 11/06/2015 | Angela Pearson | READ | Review emails and attachments re: motions | 0.40 | 795.00 | 318.00 |
| 15/06/2015 | Lindsey Roberts | READ | Review of email (and attachments) re: committee response letter to US trustees | 0.20 | 545.00 | 109.00 |
| 20/06/2015 | Lindsey Roberts | LETT | Review and considering motions and Rejoinders | 2.20 | 545.00 | 1,199.00 |
| 21/06/2015 | Lindsey Roberts | LETT | Review of responses to Motions and Joinders | 2.40 | 545.00 | 1,308.00 |
| 22/06/2015 | Angela Pearson | READ | Review emails and attached submissions to Court filed, emails to SLAW, disc with LROBER | 1.00 | 795.00 | 795.00 |
| 22/06/2015 | Lindsey Roberts | LETT | Disc with AMP re privilege questions on letter of request | 0.20 | 545.00 | 109.00 |
| 22/06/2015 | Lindsey Roberts | REVI | Review and consideration of draft reply to responses re Motion for reconsideration | 2.40 | 545.00 | 1,308.00 |
| 22/06/2015 | Sophie Law | LETT | Review various emails from AG in relation to Motion for Reconsideration | 0.30 | 440.00 | 132.00 |
| 22/06/2015 | Sophie Law | MISC | Various emails re Draft Committee Reply | 0.20 | 440.00 | 88.00 |
| 23/06/2015 | Drew Sainsbury | READ | Reading US litigation materials, general catch up on file. | 1.10 | 595.00 | 654.50 |
| 23/06/2015 | Lindsey Roberts | DRFT | Index and email re: final pleadings | 0.20 | 545.00 | 109.00 |
| 23/06/2015 | Sophie Law | LETT | Review emails re Replies in Support of Reconsideration Motions and Allocation-Related Update and Call Scheduling | 0.30 | 440.00 | 132.00 |
| 30/06/2015 | Lindsey Roberts | LETT | Email to BMIDDLE re indices and bundle of motions/responses/replies | 0.20 | 545.00 | 109.00 |

11,598.00

**C0031**      **European Proceedings/Matters**

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.90 | 795.00 | 1,510.50 |
| GDB | Giles Boothman | 3.20 | 845.00 | 2,704.00 |
| **Senior Associate** | | | | |
| ACW | Andy Wright | 0.30 | 570.00 | 171.00 |
| DSAINS | Drew Sainsbury | 17.60 | 595.00 | 10,472.00 |
| LROBER | Lindsey Roberts | 3.80 | 545.00 | 2,071.00 |
| **Professional Development** | | | | |
| IWEST | Inga West | 0.60 | 620.00 | 372.00 |
| | | | Total | **17,300.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031      European Proceedings/Matters**

|  |  |  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/06/2015 | Angela Pearson | READ | Review emails re proceedings | 0.30 | 795.00 | 238.50 |
| 05/06/2015 | Angela Pearson | CASE | Review emails re proceedings | 0.30 | 795.00 | 238.50 |
| 18/06/2015 | Angela Pearson | READ | Catch up on review of documents/emails re: proceedings | 1.00 | 795.00 | 795.00 |
| 22/06/2015 | Andy Wright | LETT | Internal email correspondence with Lindsey Roberts and Drew Sainsbury re UKPC claims against EMEA entities | 0.30 | 570.00 | 171.00 |
| 22/06/2015 | Drew Sainsbury | LETT | LETT/INTD/READ – Query re treatment of pension claims in EMEA, discuss L Roberts and email suggested advice to L Roberts and Andy Wright | 0.70 | 595.00 | 416.50 |
| 22/06/2015 | Lindsey Roberts | REVI | Email to ACW and DSAINS re pension claims in EMEA, disc DSAINS re same | 0.80 | 545.00 | 436.00 |
| 24/06/2015 | Drew Sainsbury | LETT | LETT Akin instructions re Herbert Smith Freehills' letters to JAs and Chancellor (0.1) READ HSF Letters and attachments (1.0) INTD With team re next steps (0.2) DRFT Initial thoughts, first draft note for Akin (2.9) | 4.20 | 595.00 | 2,499.00 |
| 24/06/2015 | Giles Boothman | LETT | Read HSF letter/ emails | 0.50 | 845.00 | 422.50 |
| 24/06/2015 | Lindsey Roberts | LETT | Emails re: EMEA JA letters | 0.30 | 545.00 | 163.50 |
| 25/06/2015 | Angela Pearson | READ | Review emails re: UK proceedings | 0.30 | 795.00 | 238.50 |
| 25/06/2015 | Drew Sainsbury | MISC | INTD Discuss HSF letter and research points with G Boothman; Discuss CVAs I West. (1.1) DRFT Email note to Akin (2.9) INTD Discuss comments with L Roberts and G Boothman on note (0.9) LETT Finalise and circulate note (0.5) Emails to/from L Roberts (0.2) | 5.60 | 595.00 | 3,332.00 |
| 25/06/2015 | Glles Boothman | ATTD | Drew re letter from JAs and our email to Akin | 1.40 | 845.00 | 1,183.00 |
| 25/06/2015 | Inga West | INTD | Query from Drew re latest European company administrators' proposals for CVA; searching for update on procedure for docketing claims in the Chancery Division | 0.60 | 620.00 | 372.00 |
| 25/06/2015 | Lindsey Roberts | INTD | Discussion with Drew; review of his summary email; review of JA letter and email re: comments on the same | 1.70 | 545.00 | 926.50 |
| 25/06/2015 | Lindsey Roberts | INTD | Emails to/from DSAINS | 0.20 | 545.00 | 109.00 |
| 26/06/2015 | Drew Sainsbury | MISC | READ JSA progress reports etc, detail on claims process and other research (0.5) | 0.50 | 595.00 | 297.50 |
| 26/06/2015 | Drew Sainsbury | LETT | Emails with Akin re contacting HSF re Letter re EMEA Insolvency Proceedings | 0.20 | 595.00 | 119.00 |
| 26/06/2015 | Drew Sainsbury | MISC | INTD Discuss with L Roberts (0.1) PREP Prep for CC call, reading motions for reconsideration, reading material re NNSA proceedings (France) issues; CVA issues etc (2.5) | 2.60 | 595.00 | 1,547.00 |
| 26/06/2015 | Lindsey Roberts | READ | Review emails re: contact with HSF and disc DSAINS re same | 0.20 | 545.00 | 109.00 |
| 29/06/2015 | Drew Sainsbury | LETT | NortelINTD – Discuss HSF call with G Boothman and L Roberts (0.2) PHON – Call HSF and leave message for callback; call with John Whiteoak (1.1) READ – HSF materials (2.5) | 3.80 | 595.00 | 2,261.00 |
| 29/06/2015 | Giles Boothman | SUPE | Drew and Lindsey re follow up with HSF and calls to HSF | 1.30 | 845.00 | 1,098.50 |

### C0031      European Proceedings/Matters

| Date | Name | Type | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 29/06/2015 | Lindsey Roberts | LETT | Email to DSAINS re: HSF contact | 0.20 | 545.00 | 109.00 |
| 29/06/2015 | Lindsey Roberts | INTD | Discussion with DSAINS and GBOOTHMAN re: HSF call (0.20); email re: the same; Brief review of EMEA CVA discussion | 0.40 | 545.00 | 218.00 |
| | | | | | | **17,300.50** |