**Exhibit C**

**DISBURSEMENT SUMMARY**

**JUNE 01, 2015 THROUGH JUNE 30, 2015**

| Document Production | £23.64 |
|---|---|
| Travel – Ground Transportation | £369.55 |
| Meals | £19.49 |
| Incidental Expenses | £13.20 |
| **TOTAL** | **£425.88** |