**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production** - 394 items @ 0.06p                                                                                                          23.64

### Fares, Courier Charges and Incidental Expenses (Courier Charges)

| | | |
|---|---|---|
| 25/05/2015 | VENDOR: Destination Courier Services Ltd; INVOICE#: 325063; DATE: 25/05/2015 - couriers 24/05/15 | 13.20 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 21/05/2015 | VENDOR: Conference Room Catering INVOICE#: 31052015 DATE: 31/05/2015 \|Hospitality Recharges – Dinner – Working Late | 6.75 |
| 21/05/2015 | VENDOR: Roberts, Lindsey INVOICE#: 08448540061300149203 DATE: 13/06/2015 Food/drink, 21/05/15, Dinner - Working Late | 12.74 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 13/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231694 DATE: 17/05/2015 \|Ref: 33137623, Date: 13/05/2015, | 40.90 |
| 14/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231694 DATE: 17/05/2015 \|Ref: 33154571, Date: 14/05/2015, | 41.64 |
| 14/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231694 DATE: 17/05/2015 \|Ref: 33156029, Date: 14/05/2015, | 34.00 |
| 18/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231752 DATE: 24/05/2015 \|Ref: 33203877, Date: 18/05/2015, | 43.61 |
| 18/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231752 DATE: 24/05/2015 \|Ref: 33203950, Date: 18/05/2015, | 38.93 |
| 20/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231752 DATE: 24/05/2015 \|Ref: 33218444, Date: 20/05/2015, | 32.73 |
| 20/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231752 DATE: 24/05/2015 \|Ref: 33218480, Date: 20/05/2015, | 44.60 |
| 20/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231752 DATE: 24/05/2015 \|Ref: 33230105, Date: 20/05/2015, | 37.21 |
| 21/05/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT231752 DATE: 24/05/2015 \|Ref: 33243837, Date: 21/05/2015, | 55.93 |

                                                                                                                                                **425.88**