**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**JUNE 01, 2015 THROUGH JUNE 30, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 13 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 3.80 | 3,211.00 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 4.80 | 3,816.00 |
| Inga West | Professional Development Counsel for 5 years; Admitted in 1997 in England and Wales; Restructuring and Special Situations Group, London | £620 | 0.60 | 372.00 |
| Drew Sainsbury | Associate for 7 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 25.30 | 15,053.50 |
| Andy Wright | Associate for 6 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £570 | 0.30 | 171.00 |
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 16.00 | 8,720.00 |
| Sophie Law | Associate for 2 years; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £440 | 1.20 | 528.00 |
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £205 | 3.90 | 799.50 |
| **TOTAL** | | | **55.90** | **32,671.00** |

## COMPENSATION BY PROJECT CATEGORY
## JUNE 01, 2015 THROUGH JUNE 30, 2015

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 4.80 | 1,290.00 |
| Creditors Committee Meetings | 4.20 | 2,482.50 |
| General Claims Analysis/Claims Objections | 19.50 | 11,598.00 |
| European Proceedings/Matters | 27.40 | 17,300.50 |
| **TOTAL** | **55.90** | **32,671.00** |