IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) ) (Jointly Administered) |
| Debtors. | ) ) Re: D.I. 15965 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                       : SS.
NEW CASTLE COUNTY      :

I, L. Katherine Good, Esquire, being duly sworn according to law, deposes and says that she is employed as counsel for the law firm of Whiteford, Taylor & Preston LLC, and that on the 28th day of July, 2015, she caused the filed *Objection of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., to the Motion of the Monitor and Canadian Debtors for an Order Certifying Appeal Directly to the Third Circuit Court of Appeals* [D.I. 15965] to be served on the parties listed on **Exhibit A** hereto via First Class Mail and to the parties listed on **Exhibit B** hereto via email.

*(This space was intentionally left blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: July 29, 2015

WHITEFORD, TAYLOR & PRESTON LLC

*/s/ L. Katherine Good*

L. Katherine Good (No. 5101)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 357-3265
Facsimile: (302) 357-3281
Email: kgood@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 29th day of July 2015

*/s/ Christine M. McAllister*
Notary Public

