**Exhibit A**

Master Service List (as of 07/23/2015 16:00:01)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 |
|---|---|---|---|---|---|
| ACS/SHEET COMPANY | ATTN: CREDIT DEPT | TITLEIST & FOOTJOY, PO BOX 695 | | | |
| ADAMS, LAURIE | 227 RIDGE CREEK DRIVE | | | | |
| AXON, SANDRA | 3168 TUMP WALKINS ROAD | | | | |
| AERI GROUP STRAUSS HAIES & FELD LLP | ATTN: FRED S. HODARA ESQ., RYAN C. JACOBS ESQ. | ONE BRYANT PARK | | | |
| ALEONE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. | 14925 ALEONE-WESTFIELD ROAD | | | |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAION, ESQ. | 1221 AVENUE OF THE AMERICAS, 22TH FLOOR | | | |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GON CFO | 425 SOUTH ORANGE AVENUE, 6TH FL | | | |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. | 2600 MICHELSON DRIVE, SUITE 1700 | | | |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ., FRANK N. WHITE ESQ. | 171 17TH ST NW, STE 2100 | | | |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALAGIO ESQ. | 500 DELAWARE AVE | | | |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. | P.O. BOX 20207 | | | |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. | COUNSEL TO GENBAND, INC. | 2001 ROSS AVENUE | | |
| BALLARD SPAHR | ATTN: LESLIE HEILMAN ESQ. | 919 MARKET ST., 12TH FL | | | |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ., JEFFREY MEYERS ESQ. | 5151 N. MELLON BANK CTR, 1735 MARKET ST | 1735 MARKET STREET, 51ST FLOOR | | |
| BALLARD SPAHR LLP | ROBERTVAIS, ESQ. | COUNSEL TO WESTCHESTER FIRE INSURANCE CO. | 919 N. MARKET STREET, 12TH FLOOR | | |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ ESQ., DAVID T. FANY, ESQ. | COUNSEL TO WESTCHESTER FIRE INSURANCE CO. | 222 DELAWARE AVENUE, SUITE 900 | | |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. | 155 FEDERAL ST, 9TH FL | | | |
| BAYARD, P.A. | CHARLENE D. DAVIS ESQ., JUSTIN R. ALBERTO, ESQ. & | DANIEL A. O'BRIEN, ESQ. | COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS | | |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA | 201 MONROE STREET, SUITE 500 | | | |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET | | | | |
| BERNSTEIN, SHUR, SAWYER & NELSON | ATTN: ROBERT J. KEACH, ESQ., PAUL MCDONALD, ESQ.; | DANIEL J. MURPHY, ESQ. | COUNSEL TO AD HOC COMMITTEE | 100 MIDDLE STREET | |
| BERTRAM, FREDRICK THOMAS FLETCHER | 33 BROOKHALL COURT | | | | |
| BIFFERATO GENTILOTTI & SCHWARZ | ATTN: LAWRENCE M. SCHWARZ ESQ. THOMAS M. GAA ESQ. | PATRICK M. COSTELLO ESQ. | 2500 EL CAMINO REAL, STE 200 | 800 N. KING STREET, PLAZA LEVEL | P.O. BOX 9729 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ., MATTHEW ERBIN, ESQ. | KEVIN G. COLLINS, ESQ. | COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS | 1206 NORTH MARKET STREET, SUITE 800 | |
| BLANK ROME LLP | ATTN: MICHAEL DEMARDIE, ESQ. | COUNSEL TO CIENA NETWORK, INC. | 1201 MARKET STREET, SUITE 800 | | |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL, ESQ.; | VICTORIA A. GUILHOFFE, ESQ. | COUNSEL TO AD HOC COMMITTEE | 1201 NORTH MARKET STREET, SUITE 800 | |
| BOYER, BONNIE L. | 305 W. JUNIPER AVE | | | | |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER | 145 CULVER ROAD | | | |
| BRADWELL & GIULIANI LLP | ATTN: JENNIFER FELDSHER | 1251 AVENUE OF THE AMERICAS 48TH FL | | | |
| BRADLEE HENRY | 11596 W SIERRA DAWN BLVD | LOT 386 | | | |
| BRENDAL, SCHERBAUGH | 249 ALLISTON DRIVE | | | | |
| BRELIT & BEASLEY | 541 RAYMOND RD | | | | |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. | 6 NORTH BROAD ST, STE 100 | | | |
| BROWN MCCARROLL LLP | ATTN: AFTON JANE MOHLENBURKAR | KELL C. MERCER, AFTON JANE MOHLENBURKAR | 111 CONGRESS AVENUE, SUITE 1400 | | |
| BROWN RUDNICK LLP | STEVEN B. POHL, ESQ. | COUNSEL FOR THE HOTEL TRADE CLAIM CONSORTIUM | ONE FINANCIAL CENTER | | |
| BROWN RUDNICK LLP | EDWARDS, WEFDENHER & BENNETT S. SILVERBERG | COUNSEL FOR THE HOTEL TRADE CLAIM CONSORTIUM | SEVEN TIMES SQUARE | | |
| BROWN, THEANDOS | 3265 VININO DRIVE | | | | |
| BRUCE FRANCIS | 5065 LAKE ELTON RD. | | | | |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. | 1290 AVENUE OF THE AMERICAS | | | |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. | 161 N CLARK ST, STE 4300 | | | |
| BRYAN GAVE LLP | ATTN: CULLEN K. KUHN ESQ. | 211 N BROADWAY, STE 3600 | | | |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. | 55 SECOND STREET, 17TH FL | | | |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ., P.I. DUHIG ESQ. | 1105 NORTH MARKET STREET, SUITE 1900 | | | |
| CAROL J. RAYMOND | 7962 S.W. 193 STREET | | | | |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. | | | | |
| CARR, BARBARA | 145 GREGGA PKWY | | | | |
| CARTER LEDYARD & MILBURN LLP | ATTN: SUSAN P. JOHNSON | 2 WALL STREET | | | |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL J. WUNDER, R. SHAYNE KUKULOWICZ, AND | RYAN C. JACOBS | SUITE 2200 SCOTIA PLAZA | 40 KING STREET WEST | |
| CHAD DOBANO | 894 HICKORY AVE. | | | | |
| CHADBOURNE & PARKE LLP | ATTN: N. THEODORE ZINK JR. ESQ. | 30 ROCKEFELLER PLAZA | | | |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. | | | | |
| CHIPMAN BROWN CICERO & COLE LLP | 1007 NORTH ORANGE STREET | | | | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL FOR THE DEBTOR | SUITE 1110 | ATTN: JAMES L. BROMLEY AND LISA M. SCHWEITZER | ONE LIBERTY PLAZA | |
| COLE SCHOTZ P.C. | N. FERRICK, S. BHATNAGAR & N. FRANNICK | COUNSEL FOR DAMP RESEARCH INTERNATIONAL AND DAMP | RESEARCH INC. | 300 E. LOMBARD STREET, SUITE 1450 | |
| COMMONWEALTH OF PENNSYLVANIA | CAROL S. MOYASIAN | OFFICE OF THE ATTORNEY GENERAL | 21 S. 12TH STREET, 3RD FLOOR | P.O. BOX 1270 | |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES | TAX AUTHORITY CONSULTING SERVICES P.C. | 908 MAIN STREET, SUITE 3900 | P.O. BOX 1880 | |
| CONNOLLY BOVE | ATTN: JEFFREY R. WISSER ESQ., MARC J. PHILLIPS ESQ. | THE NEMOURS BUILDING, 1007 N ORANGE ST | | | |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ., DAVID A. ROSENFELD, ESQ. | 58 SOUTH SERVICE ROAD, SUITE 200 | | | |
| COVINGTON & THOMPSON PC | ATTN: STEPHEN C. STAPLETON | COUNSEL TO ATEL | | | |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. | 913 NORTH MARKET STREET, 11TH FLOOR | | | |
| CULLEN, EMILY D | 100 TELWAY CT | | | | |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ., JAMES V. DREW ESQ. | 101 PARK AVENUE | | | |
| CYNTHIA ANN SCHMIDT | P.O. BOX 139 | | | | |
| DAVID LITZ | 316 N MAXOS DRIVE | | | | |
| DAVID, DANIEL D. | 1229 POSSUM TROT RD | | | | |
| DAVIS & KUESTHALL, S.C. | ATTN: RUSSELL S. LONG, ESQ. | COUNSEL TO CORE BROOKFIELD LAKES, LLC | 111 E. KILBOURN AVENUE, SUITE 1400 | | |
| DEMES, ERNEST | 952 BOX 633 | | | | |
| DENTONS KRAFT | KENNETH KRAFT | JOHN SALMAS | 77 KING STREET WEST, | SUITE 400, TD CENTRE | |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. | 125 W 55TH STREET | | | |
| DLA PIPER (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. | 6225 SMITH AVENUE | | | |

| Name | Attention / Counsel | Address | Additional |
|---|---|---|---|
| DLA PIPER LLP (US) | ATTN: BELINDA A. MELNIK | COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE | 1201 NORTH MARKET STREET, SUITE 2100 |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A. COHEN, ESQ. | | 222 DELAWARE AVENUE, SUITE 1410 |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT K. MALONE, ESQ. | COUNSEL TO SAMANA CORPORATION | 500 CAMPUS DRIVE |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. | | 222 DELAWARE AVENUE |
| DUANE MORRIS LLP | 798 EAST MARKET ST. | COUNSEL TO GENBAND INC. | |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN | | 919 NORTH MARKET STREET, SUITE 1500 | 1105 N. MARKET STREET, SUITE 1700 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDON-ARAVENA; SHELLY A. KINSELLA | | |
| EMC CORPORATION | RONALD POKRASSA, ESQ. | CCP RECEIVABLE MANAGEMENT SERVICES | |
| ESTELE LOGGINS | 6707 LATTA STREET | | |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN | 131 O'CONNOR STREET | |
| FARICLOTH, CINDYMAR | 115 WINCHESTER LANE | | |
| FLATKENINGS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT | 847 GIBRALTAR DRIVE | DISABILITY PLAN PARTICIPANTS |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | SUITE 1600 |
| FR. LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. | 700 UNIVERSITY AVE | CITIZENS BANK CENTER |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS | 919 NORTH MARKET STREET, SUITE 300 |
| FRANCIS, BRUCE | 5505 LAKE ELTON ROAD | | PO BOX 898 |
| FREDERICKSON BAKER | 321 LOCUST ST. | | |
| FREEDOM NJ PETERS LLP | ATTN: AARON L. HAMMER ESQ. | | |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG, ESQ. | | |
| GAMERO/RG & RORSEN LLP | ATTN: ROMAN GAMERO/RG, ESQ. | COUNSEL TO MEBA NETWORKS | COUNSEL TO MEBA NETWORKS |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 | | |
| GERALD A. LITHGEIL | 4627 GREENMEADOWS AVENUE | | |
| GIBSON P.C. | ATTN: DAVID N. CRAPO ESQ. | ONE GATEWAY CENTER | |
| GIBSON DUNN | JANET WEISS, ESQ. | COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS | 200 PARK AVENUE |
| GOLDBY KELLY | ATTN: CHRIS ARMSTRONG | 359 HAY STREET, SUITE 900 | |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. | 222 S. LASALLE ST, STE 800 | |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY | 1 FIRST CANADIAN PLACE | 100 KING STREET WEST, SUITE 1600 |
| GRISOM, CROCKETT | 2810 W. PORTE CREEK AVE | | |
| GUEVARRA JR. EDWARD | 11207 SCRIPPS RANCH BLVD | | |
| GUDSEU ANDRESON | 196 GUAPO RBO BELL RD | | |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. LOPIT ESQ.; CHRISTOPHER W. PEER ESQ. | 200 PUBLIC SQUARE, STE 2800 | 311 SOUTH WACKER DR, STE 3900 |
| HENNINGAN, ALLAN | 19654 COLBY CT | | |
| HISSLER, SUSAN ANN | 3121 US HIGHWAY BOX 294 | | |
| HERBERT FRESTON FINSBURY | 3319 US HIGHWAY 45 | | |
| HERBERT SMITH | ATTN: STEPHEN GALE | EXCHANGE HOUSE, PRIMROSE STREET | THE BRIDGE PLAZA BUILDING |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN, ESQ. | 28 STATE ST | |
| HODGES, RICHARD | 12804 PAKPLONA DR | | |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT | | |
| HOLWITER, JR., GEORGE J. | 9007 DOUGLAS ST. UNIT 1 | P.O. BOX 33127 | |
| HP COMPANY | ATTN: RAMONA MEAL ESQ. | | |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY; DEREK ADLER AND FARA TABATABAI | 1307 CHINDON BLVD, MS 314 | |
| HUNTON & WILLIAMS | KENNETH N. KETCHMAN | ONE BATTERY PARK PLAZA | |
| IBM CORPORATION/NEW CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 1403 FOSS AVE, FOUNTAIN PLACE STE 3700 | |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 275 VIGER EAST 4TH FLOOR | |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 | PO BOX 7346 | |
| JACOBS, WANDA | 801 DUPREE STREET | | |
| JAMES HUNT | 9920 MANDEL LOOP | | |
| JAMES LEE | 1330 RICHMOND STREET | | |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE | P.O. BOX 33127 | |
| JD THOMPSON LAW | JOHN T. THOMPSON, ESQ. | COUNSEL FOR AD HOC GROUP | COUNSEL FOR ADM CAPITAL II LLP |
| JOHN J. RYDO | 1368 WOODCREST DRIVE | | 950 SEVENTEENTH STREET, SUITE 1600 |
| JOHN MERCER | 2223 - 14 STREET | | 800 WEST STREET |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.; ROBBINS S. RAHMAN ESQ. | 1420 PEACHTREE ST NE, STE 800 | 999 9TH STREET, SUITE 902 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE | KEVIN BAUM | COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. | 2029 CENTURY PARK EAST, STE 2600 | |
| KAUSHA PATEL | 5665 ARAPAHO RD, #1823 | | |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. | 101 PARK AVENUE | 575 MADISON AVENUE | 101 PARK AVENUE |
| KELLEY DRYE & WARREN LLP | KRISTIN L. ELLIOTT, ESQ. | COUNSEL TO CYPRESS COMMUNICATIONS, INC. | |
| KENNETH MURRAY | PO BOX D04 | | |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. | 1999 AVENUE OF THE STARS, 39TH FL | |
| KLEIR HARRISON | ATTN: ZONANI B. WELLE ESQ. | 393 MARKET ST, STE 1000 | |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNEST S. WECHSLER | 1177 AVENUE OF THE AMERICAS | |
| KRAMER, RAFAEL | C-701 NEBLACANL APT, PLOT NO 3 | SECTOR 6, DWARKA | |
| LA. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 | | |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ. | J. LANGDON ELLIS, ESQ. | COUNSEL FOR ADM CAPITAL II LLP |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. | U.S. BANK TOWER | 950 SEVENTEENTH STREET, SUITE 1600 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. | COUNSEL TO AVEBA NETWORKS | 800 WEST STREET |
| LECKMAN WILLP | ROBERT S. KITCHENETTE | COUNSEL FOR AVNET INTERNATIONAL (CANADA) LTD. | 999 9TH STREET, SUITE 902 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. | 40 NORTH CENTRAL AVE, STE 1900 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. | P.O. BOX 3064 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. | TRAVIS BLDG SUITE 300, 711 NAVARRO | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. | 2777 N. STEMMONS FREEWAY, STE 1000 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 4929 MILLER LANE | | |
| LONG, VERNON | ATTN: WILLIAM D. AGOSTINO ESQ. | 65 LIVINGSTON AVE | |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. | 65 LIVINGSTON AVE | |
| LOWENSTEIN SANDLER PC | 2313 RIDOLL ROAD | | |
| MAGDIH, SHIRLEY | ATTN: AMISH R. DOSHI, ESQ. | | |
| MAGIXOZZI & YXL, LLP | 4915 SUMMIT PLACE DR. NW, | | |
| MANN, WENDY BOSWELL | 2020 FOX GLEN DRIVE | | |
| MARILYN SAM | 1106 BOTTOM HOLLOW ROAD | | |
| MARILYN GREEN | 6117 TESOOR EMPSON DRIVE | | |
| MARK A. PHILLIPS | 387 VIA SOGRENE | | |
| MANN B, JANG | | | |

| Name | Attn / Address | Address 2 | Address 3 |
|---|---|---|---|
| MARTEL, ROBERT JOSEPH | 2001 LIGHTHOUSE LANE APT 83 | | |
| MASSENGILL, TERRI D. | 126 KERR DRIVE | | |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY | 71 S. WACKER DRIVE | |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; | AMIT K. TREHAN, ESQ. | 1675 BROADWAY |
| MCCARTER & ENGLISH LLP | 7128 FORREST AVE. | | |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ, KENNETH M. MISKEN ESQ | 1750 TYSONS BLVD, STE 1800 | |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN | 7 SAINT PAUL STREET | SUITE 1000 |
| MCGUIREWOODS LLP | OFFICE OF LICENSING/ENFORCEMENT | INSURANCE CONTRIBUTIONS DIVISION | 1200N. ELIZAW STREET, ROOM 401 |
| MD DEPARTMENT OF LABOR LICENSING & REG | ATTN: MERLE C. MEYERS ESQ.; MICHELE THOMPSON ESQ | 44 MONTGOMERY STREET, STE 1010 | SUITE 9000 |
| MEYERS LAW GROUP P.C. | 4944 ELM ISLAND CIRCLE | | |
| MICHAEL P. ALMS | | | |
| MILBANK TWEED HADLEY & MCCOY LLP | ATTN: DENNIS F. DUNNE ESQ, THOMAS K. KRELLER ESQ. | ALBERT A. PISA ESQ, ANDREW M. LEBLANC ESQ. | 28 LIBERTY STREET |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ | P.O. BOX 475, BANKRUPTCY DIVISION | |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 535 MADISON AVE. | |
| MONDAZE MERRKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. | 1201 N ORANGE ST, STE 400 | |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. | 500 DELAWARE AVE, STE 1500 | |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZE ESQ, MICHAEL J. CUSTER ESQ. | 500 DELAWARE AVE, STE 1500 | |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL FOR THE DEBTORS | 1201 NORTH MARKET STREET | |
| MORRISON, PAUL EDWARD | 2341 COLD CREEK AVENUE | | |
| MULLETT, RED | 4224 THAMESGATE CLOSE | | |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. | 201 W. COLFAX AVENUE, DEPT. 1207 | |
| NAIAN UD DEAN | 6 AUGUSTA DRIVE | | |
| NEUMANN, JANE | 1179 CO. ROAD 24 | | |
| NIXON PEABODY LLP | ATTN: LOUIS J. CISZ, III | ONE EMBARCADERO CENTER, 18TH FLOOR | |
| NORTON ROSE | ATTN: JOHN N. BREIT | ROYAL BANK PLAZA SOUTH TOWER | 200 BAY ST., SUITE 3800 |
| NORTON ROSE | ATTN: ROBERT S. MOWHOFFER ESQ. | 915 L ST, STE 1000 | |
| NOSSAMAN LLP | ATTN: MARK KINNEY | 844 KING STREET, SUITE 2207 | LOCKBOX 38 |
| OFFICE OF THE U.S. TRUSTEE | CONTRIBUTIONS DIVISION | MD DEPT. OF LABOR LICENSING & REG. | 1100 N. ELIZAW STREET, ROOM 401 |
| OFFICE OF UNEMPLOYMENT INSURANCE | ATTN: RAMIRO D'AVERA JR ESQ,LAURA B MOTZER ESQ. | WESTON T. IBUCHI ESQ. | 51 WEST 52ND STREET |
| ORRICK HERRINGTON & SUTCLIFFE LLP | 2138 SAPELO CT | | |
| OWENS, DANNY | ATTN: DENISE A. HERTZ, TAX AGENT | READING BANKRUPTCY & COMPLIANCE UNIT | 625 CHERRY STREET, ROOM 203 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: CAROL E. MOMJIAN ESQ. | 21 S 12TH ST, 3RD FL | |
| PA SENIOR DEPUTY ATTY GEN | ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS | 919 N. MARKET ST. 17TH FL. | 1133 AVENUE OF THE AMERICAS |
| PACHULSKI STANG | ATTN: DANIEL A. LOWENTHAL, BRIAN P. GUINEY | LAW DEBENTURE TRUST COMPANY OF NEW YORK | |
| PATTERSON BELKNAP WEBB & TYLER LLP | 225 E WORTHINGTON AVE STE 200 | | |
| PATTERSON HARKAVY | ROBERT E. WINTER | STEPHEN J. SHIMSHAK, MARTIN SOBEL | COUNSEL TO JPM CORPORATION |
| PAUL HASTINGS JANOFSKY & WALKER LLP | STEPHEN J. SHIMSHAK, MARTIN SOBEL | 1285 AVENUE OF THE AMERICAS | |
| PAUL WEISS RIFKIND WHARTON & GARRISON | ROBERT E. WINTER | 875 15TH STREET, NW | |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ATTN: HENRY JAFFE ESQ. | STEPHEN D. SCHREIBER ESQ. | 1200 K STREET NW |
| PENSION BENEFIT GUARANTY CORP | EVELYN J. MELTZER ESQ. | 1313 MARKET ST, STE 5100 | |
| PEPPER HAMILTON LLP | ATTN: ELIZABETH RAMOS ESQ. | 1313 MARKET ST, STE 5100 | 1313 MARKET STREET |
| PEPPER HAMILTON LLP | ATTN: JOHN H. SCHANNE II ESQ. | HERCULES PLAZA, SUITE 5100 | |
| PEPPER HAMILTON LLP | ATTN: JOANNE P. PINCKNEY ESQ. | 4025 WOODLAND PARK BLVD, STE 300 | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: CHRISTOPHER M WRAY ESQ,JUSTIN K DEELON ESQ. | COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP | COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP |
| PHOENIX, WEIDINGER, URBAN & JOYCE, LLC | ATTN: BRIAN W. BRGMAN ESQ. | 222 DELAWARE AVENUE, STE 1101 | 51 MADISON AVENUE, 22ND FLOOR |
| PILLSBURY | ATTN: SHANNON D. HOFF | 174 2ND ST, 12TH FL | |
| POST & SCHELL P.C. | 2001 HOUSE LANE, APT. 83 | 301 S. COLLEGE STREET, SUITE 2300 | |
| POYNER SPRUILL LLP | ATTN: HENRY JAFFE ESQ. | 7 TIMES SQUARE | |
| PRYOR CASHMAN LLP | SUEHEE KIRKPATRICK, ESQ., JAMES C. TECCE, ESQ. AND | DANIEL S. HOLZMAN, ESQ. | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: STEPHEN C. TINGEY, ESQ. | 36 SOUTH STATE STREET, SUITE 1400 | |
| RAY QUINNEY & NEBEKER P.C. | ATTN: KURT C. GWYNNE ESQ.,L CORY FALGOWSKI ESQ. | 1201 N MARKET ST, STE 1500 | |
| REED SMITH LLP | 200 CARNEGIE CENTER | | 3 WORLD FINANCIAL CENTER |
| RIESEL, KATHLEEN JO | 1506 NEVADA DRIVE | | SUITE 1 |
| RICHARD LYNN ENGELMAN | ATTN: JOSEPH E. SHICKICH JR. ESQ. | 1001 4TH AVE, STE 4500 | |
| RODELI, WILLIAM P.S. | 2506 PALAU WOOD RD | | |
| ROBERT DALE GOODER | 2001 LIGHTHOUSE LANE, APT. 83 | | |
| ROBERT JOSEPH MARTEL | ATTN: CAREN P. SHICKICH JR. ESQ. | 103 NORTH TRYON ST, STE 1900 | 3 WORLD FINANCIAL CENTER, SUITE 400 |
| ROBINSON BRADSHAW & HINSON P.A. | 28 PHEASANT RUN | | |
| RONALD A. RUSHING | 8584 CHANNASSEN HILLS DR. SOUTH. | | |
| ROOK, CHAS S. | ATTN: DAVID M. SCHILLI ESQ., TY E. SHAFFER ESQ. | 1211 AVENUE OF THE AMERICAS | |
| ROPES & GRAY LLP | ATTN: ALAN E. BARCLAIN H. PAK | PRUDENTIAL TOWER | |
| ROPES & GRAY LLP | JAMES R. CRISSES ROO | 500 E. PRATT STREET, 8TH FLOOR | |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 | | |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS | ATTN: NICOLA G. SUPPA | |
| SCOTT GONNETT | 18 WATCHWOOD DRIVE | | |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | BANKRUPTCY DIV.,STE 400 | |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. | TOWNSEND BUILDING | 421 FEDERAL STREET |
| SECRETARY OF TREASURY | 820 SILVER LAKE BLVD., SUITE 100 | | |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 1500 F STREET, NE | |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CENTER, SUITE 400 | |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-63 | | |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ | 30 ROCKEFELLER PLAZA, 24TH FL | |
| SIMON, ALLISON & LISTER- P.C. | 11706 N. PECOS ST., STE 100 | 1274 CORRINE BRAD STREET, STE 2200 | CONFLICTS ADMINISTRATION FOR NORTEL NETWORKS SA |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: J KLIDONAS, ZIMMERMAN, ESQ. & | COUNSEL FOR STEPHEN TAYLOR | COUNSEL FOR STEPHEN TAYLOR, |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE N. ZIMMERMAN, ESQ. & | SUDAN L. SALTZSTEIN, ESQ. | P.O. BOX 93214 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | ATTN: KATHLEEN M. MILLER ESQ. | ANNA B. OSTERHOUT ESQ. | |
| SMITH KATZENSTEIN & FURLOW | ATTN: SARAH B. BULOCK | 800 DELAWARE AVE., 7TH FL. | |
| SNODUM, CHARLES | ATTN: DAVID D. BOUCHARD | 1290 AVENUE OF THE AMERICAS, 18TH FLOOR | |
| STEPHEN, WENDELL P. O'BRIEN ESQ. | ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD | 675 THIRD AVE, 31ST FL | |
| STEVEN R. HONIGMAN | 2613 BAILEY CROSSROADS RD | 500 16477TH STREET | |
| STEWART, MICHAEL L. | 1416 HASTINGS BLUFF | | |
| STUTTS, MICHAEL | ATTN: WILLIAM D. SULLIVAN ESQ. | 901 N. MARKET STREET, SUITE 1300 | |
| SULLIVAN HAZELTINE ALLINSON LLC | 78 ALEXANDER DRIVE, PO BOX 13445 | | PO BOX 636 |
| SWARTZ CAMPBELL LLC | ATTN: CHRIS J FRY-SECRET MANAGER | 300 DELAWARE AVENUE, SUITE 1410 | FOUR TIMES SQUARE |
| THE INTECH GROUP INC. | ATTN: NICHOLAS SKILES ESQ. | 303 SIXTON COMMONS | |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VANHA | 1114 AVENUE OF THE AMERICAS, 18TH FLOOR | |

| Name | Address |
| --- | --- |
| THOMPSON, MICHAEL R. | 564 OLD CANOA ROAD |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT / P.O. BOX 37 |
| TISHLER & WALK, LTD. | JEFFREY R. ROSE / 2005, WACKER DRIVE, SUITE 3000 |
| TOTMANN, CARMEL TURBINGTON | 3029 MCDADE FARM ROAD |
| TIW TELECOM INC. | ATTN: LINDA BOYLE |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. / 10475 PARK MEADOWS DR, STE 400 / P.O. BOX 875, BEN FRANKLIN STATION |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK / P.O. BOX 500, M/S E8-108 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI, ACTING GENERAL COUNSEL / 2000 L STREET NW, SUITE 200 |
| UPHOLD, LORI DIANE | 201 GARDEN PARK DRIVE |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE / 1007 N. ORANGE STREET |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING / 200 CONSTITUTION AVE NW |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN & MICHAEL L. RIELA / 1633 BROADWAY, 47TH FL |
| VEDDER PRICE P.C. | COUNSEL TO MIKE ZAFIROVSKI / ATTN: DOUGLAS J. LIPKE, ESQ; ROBERT F. SIMON, ESQ / 222 NORTH LASALLE STREET, SUITE 2600 |
| VEGA, DEBRA | 819 GLENOOD ROAD |
| VIDMER, CLAUDIA | 223 ORCHARD LANE |
| VONERDISEN & BOPIES C. | ATTN: RANDALL D. CROCKER ESQ. / 411 E WISCONSIN AVE, STE T00 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. / 52 EAST GAY STREET |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ., DOUGLAS K. MAYER, ESQ. / BENJAMIN M. ROTH, ESQ., GREGORY E. PESSIN, ESQ. / COUNSEL TO GOOGLE INC. AND RANGER INC. / 51 WEST 52ND STREET |
| WADLOW, JERRY | PO BOX 722 |
| WATSON, THELMA | PO BOX 971 |
| WEB & WATTMUSS LLP | JEFFREY S. CIANCIULLI, ESQ. / COUNSEL TO AACHE PACKET, INC. / 824 MARKET STREET, SUITE 800 |
| WEIR & SULLIVAN | ATTN: DUANE D. WEIR ESQ. / 300 DELAWARE AVE, 13TH FL |
| WHITEHURST TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD / CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED / CREDITORS / 425 NORTH KING STREET, SUITE 800 |
| WICK PHILLIPS GOULD & MARTIN, LLP | ANDREW M. GOULD, ESQ. / COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET / LM ERICSSON (PUBL) / THE RENAISSANCE CENTER / 2100 ROSS AVENUE, SUITE 950 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. / 787 7TH AVE |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ., BRIAN E. O'CONNOR, ESQ. / 787 SEVENTH AVENUE |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. / 3 GANNETT DR |
| WOHLE, PAUL DOUGLAS | 113 RED DRUM LANE |
| WOLF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. / THE OFFICES AT CRYSTAL LAKE / ONE BOLAND DRIVE |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ. MATTHEW P. WARD, ESQ. / COUNSEL TO GOOGLE INC. AND RANGER INC. / 222 DELAWARE AVENUE, SUITE 1501 |
| WREAD, RHENDA L. | 3408A WATER VISTA PARKWAY |
| YATES, KIM M. | 207 TOMATO HILL ROAD |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON AND EDWIN J. HARRON / 1000 NORTH KING STREET |