# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2015 through May 31, 2015

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Fee/Employment Application - US | 4.90 | $2,073.50 |
| Wanland | 1.70 | $1,113.50 |
| Litigation - Non-Working Travel | 1.20 | $513.00 |
| Litigation | 65.60 | $52,368.00 |
| **TOTAL** | **73.40** | **$56,068.00** |

Client: 105185 / Nortel Networks, Inc.
Matter: 105185.0000121 / Wanland

Proforma 935326
7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13518166 | 5/7/2015 | 1800 | Welt, Monica | Counsel | 1.70 | 1,113.50 | Telephone conference with Mr. Lipner re status of Wanland case (0.3); exchange communications with Canadian counsel re settlement agreement (0.4); make edits to draft exhibits to settlement agreement (0.8); telephone conference with Ms. Rasche re draft exhibit edits and next steps re discovery issues (0.2). |
|  |  |  |  |  | **1.70** | **$1,113.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma 935327  
7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13453530 | 5/13/2015 | 2444 | Perales, Olegario | Specialist | 1.00 | 245.00 | Prepare sixtieth interim fee application for March 1, 2015 through March 31, 2015. |
| 13453531 | 5/13/2015 | 2444 | Perales, Olegario | Specialist | 0.30 | 73.50 | Draft sixtieth interim Excel file for Ms. Scarborough (Fee Examiner). |
| 13461898 | 5/14/2015 | 1830 | Almy, Monique D. | Partner | 0.60 | 438.00 | Review and approve 60th Interim March Fee Application. |
| 13483939 | 5/22/2015 | 1830 | Almy, Monique D. | Partner | 1.20 | 876.00 | Review and edit the 61st interim for April (0.5); review and edit the Fee Examiner's spreadsheet (0.3); review and edit the 24th quarterly and the proposed order (0.4). |
| 13480927 | 5/22/2015 | 2444 | Perales, Olegario | Specialist | 1.00 | 245.00 | Prepare sixty-first interim fee application for April 1, 2015 through April 30, 2015. |
| 13480928 | 5/22/2015 | 2444 | Perales, Olegario | Specialist | 0.40 | 98.00 | Draft sixty-first interim Excel file for Ms. Scarborough (Fee Examiner). |
| 13480929 | 5/22/2015 | 2444 | Perales, Olegario | Specialist | 0.30 | 73.50 | Prepare twenty-fourth quarterly application. |
| 13480930 | 5/22/2015 | 2444 | Perales, Olegario | Specialist | 0.10 | 24.50 | Prepare order approving fees for February 2015 through April 2015 fee statements. |
|  |  |  |  |  | **4.90** | **$2,073.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.     Proforma 935328
Matter: 105185.0000202 / Litigation     7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13424743 | 5/1/2015 | 6634 | Jackson, Sean | Counsel | 0.60 | 378.00 | Revise search term hit count spreadsheet based on new and updated hit counts from Recommind. |
| 13424460 | 5/5/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Correspondence with Mr. Cianciolo re third-party subpoena (0.1); consult with Mr. Jackson re proposed production of selected documents relating to a certain transaction, and begin reviewing documents re same (0.5); correspondence with Mr. Abramic re discovery issues, including whether subpoenaing party has requested same documents from third-party and investigate issues re same (0.3). |
| 13446103 | 5/5/2015 | 6634 | Jackson, Sean | Counsel | 4.90 | 3,087.00 | Compile and review third-party-related documents for potential production to subpoenaing party (2.6); draft letter to third-party in accordance with that certain agreement providing notice of proposed production, including providing a draft letter to M. Supko for review (1.6); draft email correspondence to third-party's counsel providing status of review of documents potentially responsive to subpoenaing party's supplemental discovery requests (0.7). |
| 13426254 | 5/6/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Correspondence with Mr. Abramic re proposed disclosure of Cleared Allocation Trial Document to third-party, including review of same and analysis of relevant SDP provisions (0.3); consult with Mr. Jackson re discovery protocol issues (0.2); review correspondence from Mr. Abramic to Mr. Cianciolo re third-party subpoena, and correspond with Mr. Cianciolo re same (0.2) |
| 13446787 | 5/6/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Call with A. McCown re status of public trial record for Allocation litigation (0.3); email correspondence with J. Abramic, counsel for subpoenaing party, re status of public trial record and required designation for Cleared Allocation Trial documents (0.1). |
| 13427944 | 5/7/2015 | 1474 | Supko, Mark M. | Partner | 0.50 | 427.50 | Research re a certain agreement in preparation for telephone conference with third-party (0.3); telephone conference with Mr. Kirincich and Ms. Mitchell of third-party re discovery request by subpoenaing party (0.2). |
| 13448374 | 5/12/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Correspondence with Mr. Abramic re Cianciolo deposition (0.1); report to Mr. Cianciolo re same (0.1); consult with Mr. Jackson re response to subpoenaing party re document requests, including review of draft email (0.2). |
| 13514655 | 5/12/2015 | 6634 | Jackson, Sean | Counsel | 0.60 | 378.00 | Draft email correspondence to J. Abramic providing response to subpoenaing party's supplemental discovery requests to Nortel. |
| 13470577 | 5/18/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Mr. Ross re third-party's proposed disclosure of information to subpoenaing party. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000202 / Litigation

Proforma 935328  
7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13515155 | 5/18/2015 | 6634 | Jackson, Sean | Counsel | 1.40 | 882.00 | Review opinion of Bankruptcy Court deciding allocation issues between Nortel estates. |
| 13515631 | 5/19/2015 | 6634 | Jackson, Sean | Counsel | 1.00 | 630.00 | Prepare for and participate in telephone conference with counsel for subpoenaing party, J. Abramic, re discovery requests from Nortel. |
| 13474059 | 5/20/2015 | 1474 | Supko, Mark M. | Partner | 0.50 | 427.50 | Consult with Ms. McCown via email and telephone re third-party's proposed disclosure of ASA documents to subpoenaing party, including review of proposed notice to interested parties (0.4); correspondence with Mr. Ross re same (0.1). |
| 13478118 | 5/21/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Correspondence with Mr. Abramic re proposed disclosure, including review of same (0.4); consult with Mr. Jackson re same (0.1); correspondence with Ms. McCown re proposed production of ASA documents to subpoenaing party (0.2). |
| 13516910 | 5/22/2015 | 6634 | Jackson, Sean | Counsel | 0.50 | 315.00 | Review and analyze that certain agreement and related amendment in connection with subpoenaing party's request for consent to produce. |
| 13517394 | 5/29/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Correspondence with A. McCown, counsel for Nortel, re proposed production issues. |
|  |  |  |  |  | **13.40** | **$9,297.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.      Proforma 935329
Matter: 105185.0000203 / Litigation     7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13483079 | 5/22/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Review correspondence from Mr. Abramic re new discovery requests, analyze same, and research re newly asserted patents (0.7); consult with Mr. Jackson re same (0.2). |
| 13486759 | 5/22/2015 | 302 | Regan, James J. | Partner | 1.50 | 1,485.00 | Exchange emails with M. Supko re new third-party subpoena matter (0.4); review and analyze recent third-party subpoena filings (0.9); exchange emails with Mr. Jackson re same (0.2). |
| 13517409 | 5/29/2015 | 6634 | Jackson, Sean | Counsel | 0.50 | 315.00 | Coordinate with Recommind to provide search term hit count cost estimates. |
| | | | | | **2.90** | **$2,569.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205 / Litigation

Proforma 935330  
7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13408400 | 5/1/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Consult with Messrs. Regan and Plevin re strategy for hearing on motion for entry of Third Discovery Protocol (0.2); correspondence with Mr. Capuzzi re preparation and strategy for hearing (0.2). |
| 13424742 | 5/1/2015 | 6634 | Jackson, Sean | Counsel | 0.70 | 441.00 | Revise search term hit count spread sheet based on new and updated hit counts from Recommind. |
| 13421991 | 5/4/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Prepare for hearing on motion for entry of Third Discovery Protocol, including consultation with Mr. Capuzzi re logistics. |
| 13445658 | 5/4/2015 | 6634 | Jackson, Sean | Counsel | 0.80 | 504.00 | Review unit cost information provided by e-discovery vendor, Recommind, and draft email to counsel for subpoenaing party providing cost estimates to review and produce documents in response to subpoena (0.7); provided draft email to M. Supko for review (0.1). |
| 13424411 | 5/5/2015 | 1474 | Supko, Mark M. | Partner | 4.70 | 4,018.50 | Continue preparing for hearing on motion for entry of Third Discovery Protocol, including while traveling to Wilmington (2.7); meet with Mr. Capuzzi in advance of hearing (0.3); participate in hearing (0.4); report to Messrs. Regan and Plevin re hearing (0.2); correspondence with Mr. Capuzzi re certification of counsel re proposed order entering Third Discovery Protocol, including revisions to same (0.3); analyze subpoenaing party's discovery requests in view of anticipated entry of Third Discovery Protocol while traveling back to DC (0.7); download and review filed certification re proposed order entering Third Discovery Protocol and circulate to team (0.1). |
| 13426256 | 5/6/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review order entered by Judge Gross re Third Discovery Protocol (0.1); report to team and Messrs. Ross and Ray re same (0.2). |
| 13446803 | 5/6/2015 | 6634 | Jackson, Sean | Counsel | 0.10 | 63.00 | Email correspondence with F. Grisham, counsel for subpoenaing party, re cost estimates to review and produce documents in response to supplemental discovery requests. |
| 13427946 | 5/7/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Consult with Mr. Jackson re production of Cleared Allocation Trial Documents, including researching issue re same. |
| 13428533 | 5/7/2015 | 4269 | Dahl, Mark A. | Lit Support | 3.70 | 1,110.00 | Review and organize Generic production documents and encrypt production and transfer to media in preparation for production per Mr. Jackson. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205 / Litigation

Proforma 935330  
7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13429004 | 5/7/2015 | 6316 | Harris, Shana | Paralegal | 0.30 | 76.50 | Review and file correspondence related to document production. |
| 13427518 | 5/7/2015 | 6383 | Stillwell, April | Paralegal | 0.70 | 178.50 | Review and respond to emails with S. Jackson, M. Dahl, and S. Harris re document production (0.2); draft cd labels re production (0.5). |
| 13446865 | 5/7/2015 | 6634 | Jackson, Sean | Counsel | 2.10 | 1,323.00 | Coordinate production of Cleared Allocation Trial documents to subpoenaing party (1.6); draft letter to F. Grisham re production of same (0.5). |
| 13431721 | 5/8/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review ECF notices and associated pleadings for potential relevance to ongoing discovery matters. |
| 13429207 | 5/8/2015 | 6316 | Harris, Shana | Paralegal | 0.50 | 127.50 | Review and file production related correspondence (0.1); prepare production materials for shipment (0.4). |
| 13446920 | 5/8/2015 | 6634 | Jackson, Sean | Counsel | 0.10 | 63.00 | Email correspondence with F. Grisham re production of Cleared Allocation Trial documents. |
| 13444105 | 5/11/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Consult with Mr. Regan re inquiry from claimant as a result of notice of motion for Third Discovery Protocol. |
| 13448375 | 5/12/2015 | 1474 | Supko, Mark M. | Partner | 0.50 | 427.50 | Download and circulate to team opinion and order re allocation (0.1); review opinion and order re allocation (0.4). |
| 13453941 | 5/13/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Consult with Messrs. Regan and Plevin re decision in allocation litigation (0.1); review correspondence with Cleary re impact of same on cost-sharing motion (0.1). |
| 13470595 | 5/19/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Messrs. Regan and Plevin re impact of allocation decision on cost-sharing motion. |
| 13470603 | 5/19/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with third-party's counsel re discovery dispute with subpoenaing party. |
| 13474056 | 5/20/2015 | 1474 | Supko, Mark M. | Partner | 1.10 | 940.50 | Review email from third-party's counsel and attached letter from subpoenaing party's counsel re production of documents pursuant to ASA (0.2); consult with Mr. Jackson re ASA (0.1); analyze relevant provisions of ASA re disclosure obligations (0.4); prepare response to third-party's counsel (0.4). |
| 13516591 | 5/20/2015 | 6634 | Jackson, Sean | Counsel | 0.70 | 441.00 | Coordinate with Recommind to locate ASA (0.3); review agreement and provide same to M. Supko (0.4). |

Client: 105185 / Nortel Networks, Inc.  Proforma 935330
Matter: 105185.0000205 / Litigation  7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13516888 | 5/22/2015 | 6634 | Jackson, Sean | Counsel | 2.20 | 1,386.00 | Review Nortel filing with Bankruptcy Court indicating agreement among the Nortel estates concerning the public trial record and analyze for Mr. Supko potential effect on future discovery requests to Nortel. |
| 13498480 | 5/28/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Correspondence with Ms. Kennedy re subpoenaing party's request for production (0.2); consult with Mr. Jackson re same, including review of notice requirements under Third Discovery Protocol (0.2). |
| 13503936 | 5/29/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with third-party's counsel re subpoenaing party's discovery requests (0.1); review response from Cleary re confidentiality issues with proposed disclosure by third-party (0.1); consult with Mr. Jackson re same (0.1). |
| 13517364 | 5/29/2015 | 6634 | Jackson, Sean | Counsel | 0.10 | 63.00 | Correspondence with counsel for subpoenaing party re discovery requests from Nortel. |
|  |  |  |  |  | **21.40** | **$13,813.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 935331  
7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13420512 | 5/1/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Messrs. Supko and Plevin re hearing on motion for entry of Third Discovery Protocol and update on current cases. |
| 13415678 | 5/1/2015 | 1052 | Plevin, Mark D. | Partner | 1.00 | 805.00 | Exchange e-mails with M. Supko and J. Regan re preparing for next week's hearing on motion for entry of Third Discovery Protocol and status of other Nortel matters. |
| 13445583 | 5/4/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Review docket for upcoming hearing on motion for entry of Third Discovery Protocol (0.3); confer with Mr. Supko re hearing agenda (0.1); review emails from M. Supko re hearing objection (0.1). |
| 13447356 | 5/5/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Messrs. Supko and Plevin re results from bankruptcy hearing on motion for entry of Third Discovery Protocol. |
| 13447734 | 5/6/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review correspondence from Judge Gross re hearing on motion for entry of Third Discovery Protocol (0.5); confer with Mr. Supko re same (0.2); review note to client re same and responses (0.3). |
| 13447750 | 5/7/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Review and respond to request for information from subpoenaing party. |
| 13447848 | 5/8/2015 | 302 | Regan, James J. | Partner | 0.40 | 396.00 | Review correspondence from Mr. Supko re pleadings and potential relevance concerning ongoing discovery matters. |
| 13470363 | 5/11/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Exchange emails with Mr. Supko re discovery inquiry from claimant. |
| 13464523 | 5/12/2015 | 302 | Regan, James J. | Partner | 2.80 | 2,772.00 | Exchange emails with Mr. Supko re information request (0.3); draft email to Ms. McCown re cost-sharing issues (0.6); review and analyze EMEA response to cost sharing motion (0.5); review and exchange emails with Ms. McCown and Crowell and Moring LLP team re allocation litigation and cost-sharing issues (0.3); review and analyze allocation decision and order (0.9); exchange emails with Messrs. Supko and Plevin re same (0.2). |
| 13457461 | 5/12/2015 | 1052 | Plevin, Mark D. | Partner | 0.80 | 644.00 | Review exchange of e-mails between Mr. Regan and Ms. McCown re allocation litigation and cost-sharing issues (0.1); continue reviewing and analyzing allocation litigation decision by Judge Gross (0.7). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 935331  
7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13470392 | 5/13/2015 | 302 | Regan, James J. | Partner | 3.00 | 2,970.00 | Exchange emails with Cleary re allocation decision and impact on cost-sharing issues and motion (0.7); review and analyze pro rata sections of allocation decision (2.1); exchange emails with Mr. Supko re allocation decision and cost-sharing issues (0.1); confer with Cleary re same (0.1). |
| 13470486 | 5/14/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Continue reviewing and analyzing allocation decision and impact on claims. |
| 13470501 | 5/15/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review and analyze information from bankruptcy court re cost-sharing issues and motion (0.7); exchange emails with Mr. Supko re same (0.3). |
| 13486530 | 5/18/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Mr. Plevin re cost-sharing motion in light of court decision. |
| 13486614 | 5/19/2015 | 302 | Regan, James J. | Partner | 0.30 | 297.00 | Exchange emails with Mr. Supko re impact of allocation decision on cost-sharing motion. |
| 13486655 | 5/20/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Conference call with Messrs. Supko and Plevin re cost-sharing issues to be discussed with Cleary. |
| 13475440 | 5/20/2015 | 1052 | Plevin, Mark D. | Partner | 0.50 | 402.50 | Teleconference with Mr. Regan and Mr. Supko re impact of Judge Gross' ruling on the proposed cost-sharing motion. |
| 13474055 | 5/20/2015 | 1474 | Supko, Mark M. | Partner | 1.10 | 940.50 | Continue analyzing allocation decision to assess impact on cost-sharing motion strategy (0.7); conference call with Messrs. Regan and Plevin re cost-sharing motion strategy (0.4). |
| 13486710 | 5/21/2015 | 302 | Regan, James J. | Partner | 1.40 | 1,386.00 | Attention to emails from Crowell and Moring LLP team and opposing counsel re ongoing litigation (0.3); confer with Mr. Supko re discovery protocol (0.2); review and analyze Canadian court decision re discovery issues (0.8); exchange emails with Mr. Supko re same (0.1). |
| 13478133 | 5/21/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review and analyze recent pleadings re possible impact on cost-sharing motion and circulate relevant pleadings to Crowell and Moring LLP team. |
| 13483090 | 5/22/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Download, review and circulate order re trial record (0.2); consult with Mr. Jackson re same (0.1). |
| 13507707 | 5/26/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Review and exchange emails with Cleary re motion for reconsideration (0.0); exchange emails with Mr. Plevin re same (0.0). |

Client: 105185 / Nortel Networks, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　Proforma 935331
Matter: 105185.0000206 / Litigation　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13493252 | 5/26/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Review introduction and summary sections of US debtors' motion for reconsideration. |
| 13507719 | 5/27/2015 | 302 | Regan, James J. | Partner | 2.50 | 2,475.00 | Review and analyze NNI motion for reconsideration (0.6); exchange emails with Ms. McCown re same and strategy (0.2); exchange emails with Crowell and Moring LLP team re same (0.2); review and analyze background materials, filings, and agreements re cost-sharing issues and strategy (1.2) confer with Crowell and Moring LLP team re same (0.3). |
| 13502204 | 5/27/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Exchange e-mails with Mr. Huberty (EMEA) re further extension of time for responses to original cost-sharing motion. |
| 13491077 | 5/27/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Download and circulate to team various motions for reconsideration of allocation decision (0.2); review motions for reconsideration for possible impact on cost-sharing motion (0.5). |
| 13508571 | 5/28/2015 | 302 | Regan, James J. | Partner | 2.80 | 2,772.00 | Continue reviewing and analyzing motions for reconsideration (0.8); exchange emails with Cleary re same (0.3); conference call with Ms. McCown and Mr. Plevin re cost-sharing motion impact and strategy (0.5); review court filing by Crowell and Moring LLP (0.5); confer with Mr. Supko re same (0.3); follow-on conference with Ms. McCown re cost-sharing motion and strategy (0.4). |
| 13509717 | 5/28/2015 | 1052 | Plevin, Mark D. | Partner | 0.40 | 322.00 | Telephone conference with Ms. McCown and Mr. Regan re impact of recent rulings and motions on proposed revised cost-sharing motion and next steps re same. |
| 13498481 | 5/28/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Download and review recent pleadings noticed via ECF and circulate relevant pleadings to Crowell and Moring LLP team. |
| 13508710 | 5/29/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Exchange emails with Cleary re discussions with EMZA estate and cost-sharing issues. |
| 13503937 | 5/29/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review recent pleadings and circulate relevant ones to Crowell and Moring LLP team. |

　　　　　　　　　　　　　　　　　　　　　　　**27.90**　**$26,688.00**　Professional Services Total

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0009206 / Travel - Litigation

Proforma 941655  
7/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13424417 | 5/5/2015 | 1474 | Supko, Mark M. | Partner | 1.20 | 513.00 | Travel to and from Wilmington, DE for hearing on motion for entry of Third Discovery Protocol, while unable to work (i.e., drive to train station, parking, boarding and disembarking train, walk to/from courthouse from train station, etc.). |
| | | | | | **1.20** | **$513.00** | **Professional Services Total** |