# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2015 through May 31, 2015

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Express Delivery | Federal Express Corporation | $23.37 |
| Local Transportation | USPG, LLC | $20.00 |
| Train fare | Amtrak -Acela Business Class | $325.00 |
| Meals | Starbucks - Breakfast | $5.01 |
| Electronic Discovery | Advanced Discovery, LLC | $676.06 |
| **TOTAL** | | **$1,049.44** |

Client: 105185 / Nortel Networks, Inc.

Proforma Expenses
7/27/2015

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|---|---|---|---|---|---|---|---|---|---|---|
| 7148904 | 5/5/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 676.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Image endorsement and technical time order date 03.13. Work performed at request of Mr. Jackson per Mr. Supko Inv# B144722 Date: 03/31/2015 | 935330 | 105185.0000205 |
| 7151024 | 5/8/2015 | 1474 | Supko, Mark M. | Partner | 41 | Train Fare | 325.00 | Amtrak - Acela Express (Business Class): Train Fare Supko, Mark M.; Travel to Wilmington, DE for Hearing on Motion re Third Discovery Protocol 05/05/2015 - 05/05/2015 DC Union Station/Wilmington, DE | 935330 | 105185.0000205 |
| 7151025 | 5/8/2015 | 1474 | Supko, Mark M. | Partner | 8 | Local Transportation | 20.00 | Local Transportation Supko, Mark M.: USPG, LLC - Travel to Wilmington, DE for Hearing on Motion re Third Discovery Protocol | 935330 | 105185.0000205 |
| 7151026 | 5/8/2015 | 1474 | Supko, Mark M. | Partner | 37 | Meals | 5.01 | Breakfast - Starbucks: Supko, Mark M.; travel to Wilmington, DE for Hearing on Motion re Third Discovery Protocol | 935330 | 105185.0000205 |
| 7163363 | 5/8/2015 | 6316 | Harris, Shana | Paralegal | 6 | Express Delivery | 23.37 | Express Delivery FEDEX From: Shana Harris To: Felicitiy Grisham, Esq, 50 CALIFORNIA ST FL 22, Quinn, Emanuel Urqu hart & Sull, SAN FRANCISCO, CA 94111 US Tracking Number: 780629045410 Invoice Number: 503640420 | 935330 | 105185.0000205 |

**Total Disbursements $1,049.44**