IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Hearing Date: August 26, 2015 at 10:00 a.m. (ET)** |

---

**U.S. DEBTORS' NOTICE OF JOINT HEARING DISPUTE PURSUANT TO
SECTION 15(d) OF THE CROSS-BORDER PROTOCOL WITH
RESPECT TO RELIEF SOUGHT BY THE MONITOR AND THE
CANADIAN DEBTORS IN MOTION RECORD (DISPOSAL OF RECORDS)**

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors"), by and through their undersigned counsel, hereby file this notice of joint hearing dispute (the "Dispute Notice") pursuant to section 15(d) of the Cross-Border Insolvency Protocol [D.I. 990] (the "Cross-Border Protocol") with respect to the relief sought by Ernst & Young, Inc., the court-appointed Monitor (the "Monitor") and foreign representative of the Canadian Debtors[2] in the Motion Record (Disposal of Records), filed in the Canadian Court on July 14, 2015 (the "Records Disposal Motion") and originally noticed for a hearing on August 5, 2015.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] The Canadian Debtors include the following entities: Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation ("NNTC"), Nortel Networks Global Corporation ("NNGC") and Nortel Networks International Corporation ("NNIC").

Through the Records Disposal Motion, the Monitor and Canadian Debtors seek authority to dispose of thousands of boxes and broad categories of pre-bankruptcy hard copy records and electronic records in the custody of the Canadian Debtors. While the U.S. Debtors support the Canadian Debtors' efforts to minimize unnecessary costs of their estates, prior to any disposal of such documents, the U.S. Debtors require, among other things, adequate time and information to account for the effect of the proposed relief on books and records that are either property of the U.S. Debtors or potentially relevant to their estates and these cases, and adequate protection of such information under the circumstances.

On July 29, 2015, the Court expressed its willingness to hear the motion on a cross-border basis on August 5, 2015. On July 30, 2015, the Monitor agreed to an adjournment of the Records Disposal Motion until August 26, 2015 and stated that it understood that the U.S. Debtors will notice the Records Disposal Motion for a joint hearing at the hearing currently scheduled in the above-captioned bankruptcy cases for August 26, 2015 at 10:00 a.m. (ET) (the "August 26 Hearing"). The Monitor reserved its right to dispute that a joint hearing is appropriate.

As such, pursuant to section 15(d) of the Cross-Border Protocol, the U.S. Debtors are filing this Dispute Notice with the Bankruptcy Court and will arrange for the filing of this Dispute Notice with the Canadian Court in order to prompt the Canadian Court and the Bankruptcy Court to consider the Records Disposal Motion on August 26, 2015, and to the extent the Monitor intends to contest whether the Records Disposal Motion should be heard on a joint basis, to permit such arguments to be heard on that date.

The U.S. Debtors intend to meet and confer with the Monitor and the Canadian Debtors regarding the relief requested in the Records Disposal Motion prior to the August 26 Hearing and reserve the right to file a supplemental notice and response prior to the August 26 Hearing.

### **Notice**

Notice of the Dispute Notice has been given via hand delivery or overnight mail to (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) counsel to an Ad Hoc Group of Bondholders; (iv) counsel to the Monitor; and (v) counsel to the Canadian Debtors. The Debtors submit that under the circumstances no other or further notice is necessary.

| | |
|---|---|
| Dated: July 31, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

9353423.1