IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:       Chapter 11
*In re*                                                  :
:       Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
:       Jointly Administered
          Debtors.        :
:
---------------------------------------------------------X

### NOTICE OF FILING OF COURTESY COPY PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF DOCUMENT FILED IN THE CANADIAN PROCEEDINGS BY THE MONITOR AND THE CANADIAN DEBTORS

PLEASE TAKE NOTICE that pursuant to section 12(d) of the Cross-Border Court-to-Court Protocol (as amended, the "Protocol")[2] [D.I. 990] approved in the above-captioned cases, on July 29, 2015, Nortel Networks Inc. ("NNI") and certain of its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "US Debtors") filed in the above-captioned cases a courtesy copy of the *Motion Record of the Monitor and Canadian Debtors (Disposal of Records)* (the "Motion Record"), submitted by Ernst & Young, Inc., the court-appointed Monitor (the "Monitor") and foreign representative of the Canadian Debtors[3] in proceedings pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Proceedings") on July 14, 2015. A copy of the Motion Record is attached hereto

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not defined herein are defined in the Protocol.

[3] The Canadian Debtors include the following entities: Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation ("NNTC"), Nortel Networks Global Corporation ("NNGC") and Nortel Networks International Corporation ("NNIC").

as **Exhibit A**.

| | |
|---|---|
| Dated: July 31, 2015<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and the Debtors in Possession* |

9343805.1