UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138        BK ◉   AP ○

If AP, related BK case number:

**Title of Order Appealed:** Allocation Trial Opinion; Order Regarding Allocation Trial Opinion

**Docket #:** 15544    **Date Entered:** 5/12/15

**Item Transmitted:**

| | | Docket #: | Date Filed: |
|---|---|---|---|
| ☐ | Notice of Appeal | | |
| ☐ | Amended Notice of Appeal | | |
| ☐ | Cross Appeal | | |
| ✓ | Motion for Leave to Appeal | 15928 | 7/23/15 |
| ☐ | Record on Appeal | | |

**Appellant/Cross Appellant:**                    **Appellee/Cross Appellee**

**Counsel for Appellant/Cross Appellant:**            **Counsel for Appellee/Cross Appellee:**

| | Yes | No |
|---|---|---|
| Filing fee paid? | ◉ | ○ |
| IFP application filed by applicant? | ○ | ◉ |
| Have additional appeals of the same order been filed? | ○ | ◉ |
| *If Yes, has District Court assigned a Civil Action Number? Civil Action Number: | ○ | ◉ |
| Record on Appeal | ○ | ◉ |

*(continued on next page)*

**Notes:** Transmission is for the purpose of transmitting only the Motion for Leave to Appeal. See notes in email.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/31/15           **by:** Sara Hughes
                                   **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: