UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

Nortel Networks Inc., et al.

    Debtors.

Case No. 09-10138 (KG)
Jointly Administered

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Ronald J. Kupferman and Scott B. Harper, as Indemnification Representatives of the former shareholders of Peopleclick, Inc.** | **Peoplefluent, Inc., a Delaware corporation f/k/a Peopleclick, Inc.** |

Name and Address where notices to transferee should be sent:

9999 Collins Ave., Apt 2,
Bal Harbour, FL 33154

Court Claim #1063
Amount of Claim: $69,923.00
Date Claim Filed: April 30, 2009

Phone:_____
Last Four Digits of Acct #:_____

Phone: _____
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above): N/A

Phone:_____
Last Four Digits of Acct #:_____

Pursuant to that certain Assignment of Claim dated July 15, 2015, Transferor has waived any objection to the transfer of Claim No. 1063 to Transferee and has waived its right to receive notice or any right to hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or the applicable local bankruptcy rules.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 7-24-15
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

6868562v1