UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138         BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Appeal Already Transmitted; Civil Action # 15-622

**Docket #:**         **Date Entered:**

Item Transmitted:

| | | |
|---|---|---|
| ☐ Notice of Appeal | Docket #: | Date Filed: |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**                    **Appellee/Cross Appellee**

**Counsel for Appellant/Cross Appellant:**        **Counsel for Appellee/Cross Appellee:**

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: | ○ | ● |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

**Notes:** Transmittal of additional order:

Order Extending the Trade Claims Consortium's Deadline to Designate the Record and File Its Statement of Issues on Appeal In Its Allocation Appeal

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/31/15          **by:** Sara Hughes
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-27