# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2015 through July 31, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 7/1/15   End Date 7/31/15

**Enter Billing Rate/Hr:** 735.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | | | |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 50.2 | $735.00 | $36,897.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 0.8 | $735.00 | $588.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 4.5 | $367.50 | $1,653.75 |
| 11 | Fee Application | 3.8 | $735.00 | $2,793.00 |
| | **Hours/Billing Amount for Period:** | **59.3** | | **$41,931.75** |

**Nortel TIME SHEET**     59.3
  John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/1/15 | Review of interco claims | John Ray | 7 | 1.3 |
| 7/1/15 | Call with ad hoc trade committee counsel | John Ray | 7 | 0.3 |
| 7/2/15 | Coordinate meeting with ad hoc committee and its counsel | John Ray | 7 | 0.3 |
| 7/2/15 | Call with Cleary re next steps in process and planning | John Ray | 7 | 1.3 |
| 7/2/15 | Prepare fee app for filing | John Ray | 11 | 3.0 |
| 7/6/15 | Review of ordrs from Gross and Neubold re reconsideration (1.25) communications with counsel re same .75 | John Ray | 7 | 2.0 |
| 7/6/15 | Revise fee app and send for filing | John Ray | 11 | 0.8 |
| 7/7/15 | MOR review and filing | John Ray | 7 | 0.8 |
| 7/8/15 | Discuss next steps with Cleary and Chilmark | John Ray | 7 | 1.8 |
| 7/9/15 | Call with Cleary and Chilmark regarding appeals | John Ray | 7 | 1.3 |
| 7/13/15 | Prepare for meeting with ad hoc trade and UCC | John Ray | 7 | 3.0 |
| 7/14/15 | Further prepare for meetings; review claims | John Ray | 7 | 3.5 |
| 7/14/15 | Flight to NY for meetings | John Ray | 10 | 4.5 |
| 7/15/15 | Prepare for and attend meetings with ad hoc trade group and UCC | John Ray | 7 | 8.5 |
| 7/16/15 | Flight from NY | John Ray | 7 | 4.5 |
| 7/17/15 | Review internal work product re costs and interco claims | John Ray | 7 | 2.4 |
| 7/22/15 | Review claims in preparation for internal call | John Ray | 7 | 2.5 |
| 7/23/15 | Claims status call with Cleary, RLKS, and Chilmark | John Ray | 7 | 2.2 |
| 7/23/15 | Review and comment on correspondence and communications with Cleary and Tory re Canada motion for destruction of documents | John Ray | 7 | 1.8 |
| 7/23/15 | Intercompany claims analysis and review and communicate with Cleary re same | John Ray | 7 | 2.5 |
| 7/27/15 | Review of draft mediation statement | John Ray | 7 | 0.8 |
| 7/27/15 | Review of oposition to Canada certification | John Ray | 7 | 1.8 |
| 7/28/15 | Further review of opposition to certification | John Ray | 7 | 1.3 |
| 7/28/15 | Prepare for (1.0) and attend call with Canada estate re cross border claims (1.5) | John Ray | 7 | 2.5 |
| 7/29/15 | Communications with counsel re Canada document destruction | John Ray | 7 | 1.3 |
| 7/30/15 | Call with K Schultea re various administrative matters, including leases, IT and wind down maters | John Ray | 8 | 0.8 |
| 7/31/15 | Review of interco claims | John Ray | 7 | 2.5 |