# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2015 through July 31, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**July 1 through July 31, 2015**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---:|
| Travel – Airline | | $   816.26 |
| Travel – Lodging | | 1,000.00 |
| Travel – Transportation | | 200.00 |
| Travel – Meals | | - |
| Parking | | 45.00 |
| | | |
| TOTAL | | $   2,061.26 |
| | | |

John Ray Time and Expense--Nortel

**PERIOD:** July 1 through July 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 7/14/15 | Flight to New York | $ 408.10 | | | | | John Ray |
| 7/14/15 | Hotel - New York for meetings | | $ 500.00 | | | | John Ray |
| 7/14/15 | Car service from airport | | | $ 100.00 | | | John Ray |
| 7/15/15 | Hotel - New York for meetings | | $ 500.00 | | | | John Ray |
| 7/16/15 | Car service to airport | | | $ 100.00 | | | John Ray |
| 7/16/15 | Flight from New York | $ 408.16 | | | | | John Ray |
| 7/16/15 | Airport parking | | | | | $ 45.00 | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | Totals: | $ 816.26 | $ 1,000.00 | $ 200.00 | $ - | $ 45.00 | |