IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | District Court Civil Action No. 15-622 (LPS) |
| | : | BAP No. 15-27 |
| ------------------------------------------------------------ X | | |

**STATEMENT OF THE NORTEL TRADE CLAIM CONSORTIUM
OF THE ISSUES TO BE PRESENTED ON APPEAL**

The Nortel Trade Claims Consortium (the "TCC") of Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors"), by and through its undersigned counsel, respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and its Notice of Cross-Appeal (D.I. 15878), its statement of issues to be presented on appeal of the *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) entered by the United States Bankruptcy Court for the District of Delaware, Hon. Kevin Gross, J., on May 12, 2015, and the *Memorandum Order on Motions for Reconsideration* (D.I. 15830) entered by the same court on July 6, 2015 (collectively, the "Allocation Decision").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

1

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court exceeded its powers under Section 105(a) of the Bankruptcy Code in ordering a "modified pro rata" methodology in the Allocation Decision.

2. Whether the Bankruptcy Court erred by ordering an allocation methodology that is inconsistent with its own prior orders including, without limitation, the Order Entering Allocation Protocol, dated May 17, 2013 (D.I. 10565) and the Order (A) Approving the Interim Funding and Settlement Agreement, and (B) Granting Related Relief (D.I. 993), dated June 29, 2009.

3. Whether the Bankruptcy Court, after correctly concluding that global substantive consolidation was inappropriate under Third Circuit precedent, erred in imposing the "modified pro rata" methodology that amounts to substantive consolidation.

4. Whether the Bankruptcy Court erred in failing to allocate to each of the debtors the value of the assets and rights that it relinquished in the sales of the Nortel Group's Lines of Business and Residual Patent Portfolio (collectively, the "Asset Sales"), including rights under the Master Research & Development Agreement ("MRDA").

5. Whether the Bankruptcy Court erred in adopting a "modified pro rata" allocation methodology because it amounts to an impermissible *sub rosa* plan of reorganization.

6. Whether the Bankruptcy Court erred in concluding that the "modified pro rata" allocation methodology is "a fair and equitable mechanism to allocate the billions of dollars of Sales Proceeds".

7. Whether the Bankruptcy Court erred, once it ordered a "modified pro rata" methodology, by excluding the Bondholder claims (as defined in the Allocation Decision) from the pool of claims against the U.S. Debtors for allocation purposes.

## RESERVATION OF RIGHTS

The TCC reserves the right to adopt as additional issues on appeal the issues identified by any other party to the appeal.

Dated: August 3, 2015
         Wilmington, Delaware

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ L. John Bird
Jeffrey M. Schlerf (No. 3047)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
T: (302) 654-7444

-and-

**BROWN RUDNICK LLP**
Steven D. Pohl, Esq.
One Financial Center
Boston, MA 02111
T: (617) 856-8200

-and-

Edward S. Weisfelner, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, New York 10036
T: 212-209-4800

*Counsel to Nortel Trade Claims Consortium*