## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
*In re*                                   :
Nortel Networks Inc., *et al.*,        :
                    Debtors.[1]      :

| | |
|---|---|
| Chapter 11 | |
| Case No. 09-10138 (KG) | |
| Jointly Administered | |

------------------------------------------------------------ X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
Official Committee of Unsecured Creditors,    :
                        Appellant,   :
        v.                              :
Nortel Networks Inc., *et al.*,        :
                         Appellee.[2]  :

Civil Action No. 15-586-LPS
Bankruptcy Case No. 09-10138 (KG)
BAP No. 15-25

------------------------------------------------------------ X

------------------------------------------------------------ X
Nortel Trade Claims Consortium,          :
                        Appellant,   :
        v.                              :
Nortel Networks Inc., *et al.*,        :
                       Appellee.    :

Civil Action No. 15-622-LPS
Bankruptcy Case No. 09-10138 (KG)
BAP No. 15-27

------------------------------------------------------------ X

------------------------------------------------------------ X
The Bank of New York Mellon             :
                        Appellant,   :
        v.                              :
Nortel Networks Inc., *et al.*,        :
                       Appellee.    :

Civil Action No. 15-623-LPS
Bankruptcy Case No. 09-10138 (KG)
BAP No. 15-28

------------------------------------------------------------ X
------------------------------------------------------------ X
Nortel Networks Inc.,                     :
                        Appellant,   :
        v.                              :
Official Committee of Unsecured Creditors,    :

Civil Action No. 15-624-LPS
Bankruptcy Case No. 09-10138 (KG)
BAP No. 15-29

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The captions in the District Court's electronic filing system incorrectly identify certain appellants as appellees.  The undersigned appellants will seek to have the captions corrected.

1

```
                              Appellee.        :
----------------------------------------------------------- X


----------------------------------------------------------- X
Ad Hoc Group of Bondholders,                   :        Civil Action No. 15-627-LPS
                              Appellant,        :        Bankruptcy Case No. 09-10138 (KG)
        v.                                      :        BAP No. 15-32
Nortel Networks Inc., et al.,                   :
                              Appellee.        :
----------------------------------------------------------- X


----------------------------------------------------------- X
Stephen Taylor, Conflicts Administrator for    :        Civil Action No. 15-628-LPS
Nortel Networks SA,                            :        Bankruptcy Case No. 09-10138 (KG)
                              Appellant,        :        BAP No. 15-33
        v.                                      :
Nortel Networks Inc., et al.,                   :
                              Appellee.        :
----------------------------------------------------------- X


----------------------------------------------------------- X
Pension Benefit Guaranty Corporation,          :        Civil Action No. 15-635-LPS
                              Appellant,        :        Bankruptcy Case No. 09-10138 (KG)
        v.                                      :        BAP No. 15-36
Nortel Networks Inc., et al.,                   :
                              Appellee.        :
----------------------------------------------------------- X
```

## JOINT DESIGNATION BY APPELLANTS
## OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Each of (i) the Official Committee of Unsecured Creditors (the "Official Committee") of

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession

(collectively, the "U.S. Debtors"), (ii) the Trade Claims Consortium, (iii) The Bank of New York

Mellon, as indenture trustee (in such capacity, "BNYM"), (iv) the U.S. Debtors, (v) the *ad hoc*

group of bondholders (the "Bondholder Group")[3], (vi) Stephen Taylor, Conflicts Administrator

for Nortel Networks S.A. (In Administration) (the "Conflicts Administrator"), and (vii) the

Pension Benefit Guaranty Corporation ("PBGC"), by and through its undersigned counsel,

---

[3]      The Bondholder Group consists of entities that hold certain bonds issued or guaranteed by Nortel
Networks Corporation, Nortel Networks Limited, Nortel Networks Inc., and Nortel Networks Capital Corporation.

respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), its designation of the record on appeal of the *Allocation Trial Opinion* (D.I. 15544) and *Order* (D.I. 15545) entered by the United States Bankruptcy Court for the District of Delaware, Hon. Kevin Gross, J. (the "Bankruptcy Court"), on May 12, 2015, and the *Memorandum Order on Motions for Reconsideration* (D.I. 15830) entered by the same court on July 6, 2015 (collectively, the "Allocation Decision").

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[4]

1.  Trial Record Order (D.I. 15348), entered March 18, 2015, attached hereto as Exhibit A, incorporating Schedules 1 – 7 and Schedule 9, and all documents identified therein.  (Schedule 8 omitted because superseded, below.)

2.  Revised Schedule 8 to Trial Record, filed May 22, 2015 under Notice of Filing of Revised Schedule and Submission of Final Trial Exhibits (D.I. 15586), attached hereto as Exhibit B, and all documents identified therein.

3.  Supplemental Designations attached hereto as Exhibit C.

4.  Canadian Court's Decision on UK Pension-Related Claims Entered on 12/9/2014. attached hereto as Exhibit D.

5.  Order of England's High Court of Justice, Chancery Division Appointing Stephen Taylor as Conflicts Administrator for Nortel Networks, S.A. (in Administration) and

---

[4] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

Approving a Draft Memorandum of Understanding Between the Conflicts

Administrator and the Joint Administrators, attached hereto as Exhibit E.

6. Executed Memorandum of Understanding between the Joint Administrators and

Stephen Taylor as Conflicts Administrator for Nortel Networks S.A. (In

Administration), attached hereto as Exhibit F.

7. Transcript of hearing, July 29, 2015, attached hereto as Exhibit G.

8. All documents designated by any other appellant or appellee to any of the appeals or

cross-appeals to the Allocation Decision.

*(Remainder of page intentionally left blank)*

Dated: August 3, 2015                                   Respectfully submitted,
Wilmington, Delaware


By:     /s/ *Christopher M. Samis*
    Christopher M. Samis (No. 4909)
    Whiteford, Taylor & Preston LLC
    The Renaissance Centre
    405 North King Street, Suite 500
    Wilmington, Delaware 19801
    csamis@wtplaw.com
    Tel.:  (302) 353-4144

      – and –

    Fred S. Hodara (*pro hac vice*)
    David H. Botter (*pro hac vice*)
    Abid Qureshi (*pro hac vice*)
    Brad M. Kahn (*pro hac vice*)
    Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, NY  10036
    fhodara@akingump.com
    dbotter@akingump.com
    aqureshi@akingump.com
    bkahn@akingump.com
    Tel.:  (212) 872-1000

    *Co-counsel to the Official Committee*

By:  _____/s/ *Jeffrey M. Schlerf*_____

    Jeffrey M. Schlerf (No. 3047)
    L. John Bird (No. 3047)
    Fox Rothschild LLP
    Citizens Bank Center
    919 North Market Street, Suite 300
    Wilmington, Delaware 19801
    Tel.:  (302) 654-7444

     – and –

    Steven D. Pohl, Esq.
    Brown Rudnick LLP
    One Financial Center
    Boston, MA 02111
    T. (617) 856-8200

     – and –

    Edward S. Weisfelner, Esq.
    Bennett S. Silverberg, Esq.
    Seven Times Square
    New York, New York 10036
    T. 212-209-4800

    *Counsel to Nortel Trade Claims Consortium*

By:        /s/ *Michael R. Lastowski*
       Michael R. Lastowski (DE 3892)
       Christopher M. Winter (DE 4163)
       Duane Morris LLP
       222 Delaware Avenue, Suite 1600
       Wilmington, Delaware 19801-1659
       Tel.:  (302) 657-4900
       Email:  mlastowski@duanemorris.com
              cmwinter@duanemorris.com

       – and –

       Michael J. Riela (admitted *pro hac vice)*
       Vedder Price P.C.
       1633 Broadway, 47th Floor
       New York, NY 10019
       T. (212) 407-7700
       Email: mriela@vedderprice.com

       *Attorneys for The Bank of New York Mellon, as Indenture Trustee*

By:_____/s/ *Andrew R. Remming*_____
    Andrew R. Remming
    Derek C. Abbott (No.: 3376)
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, Delaware 19801
    Telephone: (302) 658-9200
    (Facsimile): (302) 658-3989

    – and –

    Howard Zelbo (admitted pro hac vice)
    James L. Bromley (admitted pro hac vice)
    Jeffrey A. Rosenthal (admitted pro hac vice)
    Lisa M. Schweitzer (admitted pro hac vice)
    Cleary Gottlieb Steen & Hamilton LLP
    One Liberty Plaza
    New York, New York 10006
    Telephone:  (212) 225-2000
    Facsimile: (212) 225-3999

    *Counsel to the U.S. Debtors*
    *And Debtors in Possession*

By:      /s/ *Laura Davis Jones*
      Laura Davis Jones (No. 2436)
      Peter J. Keane (No. 5503)
      Pachulski Stang Ziehl & Jones LLP
      919 N. Market Street, 17th Floor
      PO Box 8705
      Wilmington, Delaware 19899-8705 (Courier 19801)
      Telephone:  (302) 652-4100
      Facsimile:  (302) 652-4400

      -and-

      Dennis F. Dunne
      Albert A. Pisa
      Andrew M. Leblanc
      Atara Miller
      Milbank, Tweed, Hadley & M$^c$Cloy LLP
      28 Liberty Street
      New York, New York 10005-1413
      Telephone:  (212) 530-5000
      Facsimile:  (212) 530-5219

      -and-

      Thomas R. Kreller
      601 S. Figueroa Street, 30th Floor
      Los Angeles, California 90017
      Telephone:  (213) 892-4463
      Facsimile:  (213) 629-5063

      *Attorneys for Ad Hoc Group of Bondholders*

By:_____/s/ *Robert A. Weber*_____

    Robert A. Weber (I.D. No. 4013)
    Skadden,  Arps, Slate, Meagher & Flom LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone:  (302) 651-3000
    Facsimile:  (302) 651-3001
    Email:  Robert.Weber@Skadden.com


    -and-


    George A. Zimmerman
    Susan L. Saltzstein
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Fascimile: (212) 735-2000
    Email: George.Zimmerman@Skadden.com
    Email:  Susan.Saltzstein@Skadden.com

    *Counsel for Stephen Taylor, Conflicts Administrator for*
    *Nortel Networks S.A. (In Administration)*

By: <u>    /s/ *Israel Goldowitz*    </u>

    Israel Goldowitz (Chief Counsel)
    Charles L. Finke (Deputy Chief Counsel)
    Garth D. Wilson (Assistant Chief Counsel)
    Vicente Matias Murrell (Attorney, MD Bar No.:
    9806240098)
    Pension Benefit Guaranty Corporation
    Office of the Chief Counsel
    1200 K Street, N.W., Suite 340
    Washington, D.C. 20005-4026
    Telephone:  (202) 326-4020, ext. 3580
    Facsimile:  (202) 326-4112