## EXHIBIT C

| Item | D.I. number | Description |
|------|-------------|-------------|
| 1 | 18 | Motion for Entry of an Order Approving Cross-Border Court-to-Court Protocol |
| 2 | 54 | Order Approving Cross-Border Court-to-Court Protocol |
| 3 | 353 | Motion To Authorize Debtors Motion For Order (I) Authorizing And |
| 4 | 386 | Order Authorizing And Approving (A) Bidding Procedures, (B) Break-Up Fee And Expense Reimbursement, (C) Notice Procedures, (D) Assumption And Assignment Procedures (E) Filing Of Certain Schedules Under Seal And (F) Setting Time, Date And Place For Sale Hearing |
| 5 | 539 | Order Authorizing And Approving (A) Sale Of Certain Non-Core Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts |
| 6 | 699 | Transcript regarding Hearing Held 3/26/09 RE: Sale Motion. |
| 7 | 729 | Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estates of NNI, Nortel Altsystems Inc., and Sonoma Systems Hold a Substantial or Controlling Interest, May 11, 2009 |
| 8 | 874 | Motion To Approve The IFSA |
| 9 | 887 | Motion To Shorten Notice Of Debtors Motion For An Order Approving The IFSA |
| 10 | 888 | Notice Of Hearing To Approve IFSA |
| 11 | 892 | Order Shortening Notice Of Debtors Motion For An Order Approving The IFSA |
| 12 | 919 | Notice Of Filing Of Side Letter Agreement Regarding The Interim Funding And Settlement Agreement |
| 13 | 931 | Motion To Approve Sale Debtors Motion For Orders (i) (A) Authorizing Debtors Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases |
| 14 | 936 | Statement Of Nortel Networks UK Ltd. In Support of NNIs Motion Pursuant To 11 U.S.C. 105(a), 363, 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And Settlement Agreement, And (B) Granting Related Relief |
| 15 | 960 | Response //PBGCs Response To Debtors Motion |
| 16 | 964 | Objection Of The Official Committee Of Unsecured Creditors To Debtors Motion For Orders (i) (A) Authorizing Debtors Entry Into The Asset Sale |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 17 | 967 | Affidavit/Statement Of Ad Hoc Committee Of Bondholders In Support Of Debtors Motion For Approval Of IFSA |
| 18 | 983 | Certification of Counsel Regarding Order Approving Stipulation Of The Debtors And The Official Committee Of Unsecured Creditors Of Nortel Networks Inc., et al., Amending The Cross-Border Court-To-Court Protocol |
| 19 | 990 | Order Approving Stipulation Of The Debtors And The Official Committee Of Unsecured Creditors Of Nortel Networks Inc., et al., Amending The Cross-Border Court-To-Court Protocol |
| 20 | 993 | Order Approving The IFSA |
| 21 | 1012 | Order Pursuant To Bankruptcy Code Sections 105, 363 And 365 (A) Authorizing Debtors Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing |
| 22 | 1042 | Transcript Of Hearing On 6/29/09 Re: IFSA |
| 23 | 1098 | Order Pursuant to 11 U.S.C. § 105, Bankruptcy Rule 1015, and Local Rule 1015-1 (I) Directing Joint Administration of the Debtors' Related Chapter 11 Cases and (II) Granting Related Relief |
| 24 | 1106 | Motion To Allow Debtors Motion To Apply The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively |
| 25 | 1129 | Order Applying The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively |
| 26 | 1131 | Motion To Approve Sale \\ Debtors Motion For Orders (I)(A) Authorizing |
| 27 | 1195 | Limited Objection Of The PBGC To Debtors Motion |
| 28 | 1205 | Order Authorizing And Approving (A) The Sale Of Certain Assets Of The Debtors CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Contracts And (C) The Assumption And Sublease Of Certain Leases |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 29 | 1261 | Limited Objection And Reservation Of Rights Of Ad Hoc Committee Of Bondholders To Debtors Motion For Orders (I)(A) Authorizing Debtors Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases |
| 30 | 1278 | Order (A) Authorizing Debtors Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing |
| 31 | 1286 | Transcript Regarding Hearing Held 7/28/2009 |
| 32 | 1313 | Debtors' Motion for Authorization to Take Actions in Furtherance of an Agreement with the Pension Benefit Guaranty Corporation |
| 33 | 1406 | Order Authorizing Debtor to Take Actions in Furtherance of an Agreement with the Pension Benefit Guaranty Corporation |
| 34 | 1506 | Response Debtors Reply To The Objection Of Affiliates Of Verizon Communications Inc. To Debtors Motion For An Order Authorizing And Approving The Sale Of Certain Assets Of, And Equity Interests In, Debtors Enterprise Solutions Business |
| 35 | 1507 | Response Debtors Reply To The Limited Objection To The Debtors Sale Of Its Equity Interest In Diamondware, Ltd. |
| 36 | 1514 | Order Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors Enterprise Solutions Business, (B) The |
| 37 | 1525 | Motion to Approve Sale \\ Debtors Motion For Orders (I)(A) Authorizing And Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures, And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving Sale Of Debtors Next Generation Service Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances Filed by Nortel Networks Inc., et al. |
| 38 | 1584 | Order Authorizing and Approving (I) Sale Procedures, (II) Notice Procedures, and (III) Setting a Date for Sale Hearing |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 39 | 1587 | Motion to Approve Sale \\ Debtors Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving Sale Of Certain Assets Of Debtors GSM/GSM-R Business |
| 40 | 1594 | Transcript regarding Hearing Held 9/16/2009 RE: Omnibus, Sale Hearing |
| 41 | 1627 | Motion to Approve Sale \\ Debtors Motion For Orders (I)(A) Authorizing Debtors Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts |
| 42 | 1639 | Debtors' Motion for an Order Approving Stipulation with the PBGC, Oct. 8, 2009 |
| 43 | 1658 | Order Approving Stipulation With The Pension Benefit Guaranty Corporation |
| 44 | 1667 | Objection of the Official Committee of Unsecured Creditors to Debtors Motion For Orders (I)(A) Authorizing Debtors Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts |
| 45 | 1676 | Order Authorizing And Approving (I) Bidding Procedures, (II) Notice Procedures, And (III) Setting A Date For The Sale Hearing, for the Sale Of Certain Assets Of Debtors GSM/GSM-R Business |
| 46 | 1685 | Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing |
| 47 | 1699 | Transcript regarding Hearing Held 10/13/2009 RE: Omnibus |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 48 | 1735 | Transcript regarding Hearing Held 10/15/2009 RE: Joint Hearing With Canada - Bid Procedures |
| 49 | 1760 | Order Authorizing and Approving Sale of Debtors Next Generation Packet Core Network Components Free and Clear of All Liens, Claims and Interests |
| 50 | 1829 | Transcript regarding Hearing Held 10/28/2009 RE: Omnibus |
| 51 | 1862 | Exhibit /Debtors Notice Of Filing Of Amendment No. 1 To The Asset Sale Agreement For The Sale Of Certain Assets Of Debtors CDMA And LTE Business |
| 52 | 1889 | Order Pursuant to 11 U.S.C. § 105(a) and § 363(b) Approving Debtors' Entry into the CDMA Escrow Agreement and (B) Granting Related Relief |
| 53 | 1926 | Order (A) Approving the Assumption and Assignment of Certain Additional Executory Contracts Pursuant to the Sale of the Debtors CDMA and LTE Business and (B)Authorizing the Debtors to File Information Under Seal |
| 54 | 1953 | Debtors' Motion Pursuant to 11 U.S.C. § 105(a) and § 363(b) for an Order (A) Approving Debtors' Entry into the Next Generation Packet Core Network Components Escrow Agreement and (B) Granting Related Relief |
| 55 | 2022 | Motion to Approve Order (A) Approval Of The Assumption And Assignment Procedures In Connection With The Sale Of Nortels GSM/GSM-R Business And (B) Authorizing The Filing Of Certain Documents Under Seal |
| 56 | 2031 | Notice of Service Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in the Canadian Proceedings to Approve Sale of Assets Relating to GSM/GSM-R Business |
| 57 | 2062 | Order Pursuant to 11 U.S.C. § 105(a) and § 363(b) (A) Approving Debtors' Entry into the Next Generation Packet Core Network Components Escrow Agreement and (B) Granting Related Relief |
| 58 | 2065 | Order Authorizing and Approving Sale of Debtors GSM/GSM-R Free and Clear of all Liens, Claims and Encumbrances |
| 59 | 2066 | Order (A) Approving The Assumption And Assignment Procedures In Connection With The Sale Of Nortels GSM/GSM-R Business And (B) Authorizing The Filing Of Certain Documents Under Seal and (C) Granting any Other Relief |
| 60 | 2070 | Order Authorizing and Approving (A) Sale of Certain Assets of the Debtors Metro Ethernet Networks Business Free and Clear of all Liens, Claims and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts |
| 61 | 2073 | Transcript regarding Hearing Held 11/12/2009 RE: Sale Issue. |
| 62 | 2122 | Transcript regarding Hearing Held 12/2/2009 RE: Omnibus |

| Item | D.I. number | Description |
|---|---|---|
| 63 | 2167 | Order Pursuant to 11 U.S.C. § 105(a) and § 363(b) (A) Approving Debtors' Entry into the Enterprise Solutions Business Escrow Agreement and (B) Granting Related Relief |
| 64 | 2193 | Motion to Approve Sale \\ *Debtor' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts* Filed by Nortel Networks Inc., et al. |
| 65 | 2194 | Motion to Shorten Notice Relating To Debtors' Motion For Orders Authorizing Debtors' Entry Into The Stalking Horse Agreement And Related Relief |
| 66 | 2195 | Declaration in Support *of Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts* , Filed by Nortel Networks Inc., et al. |
| 67 | 2196 | Order Shortening Notice Relating To Debtors Motion For Orders Authorizing Debtors Entry Into The Stalking Horse Agreement And Related Relief |
| 68 | 2205 | Motion To Approve An Order (A) Approving The Canadian Funding And Settlement Agreement, And (B) Granting Related Relief Filed By Nortel Networks Inc., Et Al. |
| 69 | 2206 | Motion To File Under Seal\\ Debtors Motion For Entry Of An Order (I) Authorizing The Debtors To Redact Or File Under Seal Certain Portions Of The Canadian Funding Agreement, And (II) Granting Related Relief |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 70 | 2211 | (DOCUMENT FILED UNDER SEAL) Confidential - Schedules and Exhibits Re: Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts. 1-3 |
| 71 | 2237 | *Objection of the Official Committee of Unsecured Creditors to Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts* |
| 72 | 2299 | Objection Of Nortel Networks UK Ltd. And The EMEA Debtors To Motion To Approve An Order (A) Approving The Canadian Funding And Settlement Agreement, And (B) Granting Related Relief |
| 73 | 2308 | Motion For Leave To File A Reply To The Objection Of Nortel Networks UK Ltd And The EMEA Debtors To NNIs Motion For An Order (A) Approving the Canadian Funding Agreement And (B) Granting Related Relief Filed By Nortel Networks Inc., Et Al. |
| 74 | 2321 | Order Granting Debtors Motion For Leave To File A Reply To The Objection Of Nortel Networks UK Ltd. And The EMEA Debtors To NNIS Motion For An Order (A) Approving the Canadian Funding Agreement And (B)Granting Related Relief |
| 75 | 2330 | Order Authorizing The Debtors To Redact Or File Under Seal Certain Portions Of (I)The Canadian Funding Agreement And (II)Granting Related Relief |
| 76 | 2331 | (FILED UNDER SEAL) Unredacted Final Canadian Funding And Settlement Agreement |
| 77 | 2347 | Order (A) Approving The Final Canadian Funding And Settlement Agreement, And (B) Granting Related Relief |
| 78 | 2351 | Transcript Of Hearing On 1/06/2010 Re: FCFSA |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 79 | 2393 | Transcript Of Hearing On 1/21/2010 Re: FCFSA |
| 80 | 2627 | Order Approving the Metro Ethernet Networks Side Agreement and Granting Related Relief |
| 81 | 2632 | Order Authorizing and Approving (A) the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Communications Solutions Business Free and Clear of all Liens, Claims and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts |
| 82 | 2733 | Debtors' Notice of Filing of the Metro Ethernet Networks Distribution Escrow Agreement |
| 83 | 2842 | Transcript re: Carrier Voice Over IP Sale |
| 84 | 3832 | Motion To Approve Sale Debtors Motion For Orders (I)(A) Authorizing Debtors Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving A Side Agreement, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors Multi-Service Switch (Formerly Known As Passport) Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts [Exhibit A - Schedules and Exhibits Filed Under Seal; Exhibit H - Redacted] |
| 85 | 3872 | Transcript From Hearing On 09/01/10 Re: Multi Service Switch Business Sale |
| 86 | 3956 | Cross Border Claims Protocol |
| 87 | 4054 | Order Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Multi-Service Switch (Formerly Known As 'Passport') Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts |
| 88 | 4057 | Transcript Of Hearing On 09/30/2010 Re: Multi-Service Switch Sale |
| 89 | 5202 | Motion to Authorize Debtors Motion for Orders (I)(A) Authorizing Debtors Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Assumption and Assignment of Certain Executory Contracts, (C) the Rejection of Certain Patent Licenses and (D) the License Non-Assignment and Non-Renewal Protections |

| Item | D.I. number | Description |
|---|---|---|
| 90 | 5307 | Motion to Authorize Joint Motion For Entry Of An Order Establishing An Allocation Protocol Pursuant To The Interim Funding And Settlement Agreement, And For Related Relief Filed by Nortel Networks Inc., et al.. Hearing scheduled for 6/7/2011 at 09:30 AM at US Bankruptcy Court |
| 91 | 5308 | Declaration in Support Declaration of Inna Rozenberg in Support of Joint Motion For Entry Of An Order Establishing An Allocation Protocol Pursuant To The Interim Funding And Settlement Agreement, And For Related Relief |
| 92 | 5359 | Order (A) Authorizing Debtors Entry Into the Stalking Horse Asset Sale |
| 93 | 5440 | Limited Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief |
| 94 | 5444 | Joint Administrators Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration |
| 95 | 5448 | Response /Informal Bondholder Groups Response to Joint Motion to Establish an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement |
| 96 | 5529 | Limited Response of The Fourth Estate With Respect to Debtors Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief |
| 97 | 5530 | Notice of Withdrawal regarding Motion to File Under Seal (I) The Joint Administrators Memorandum of Law in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration and (II) Declaration of Kevin Francis Lloyd in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross Motion to Compel Arbitration |
| 98 | 5531 | Memorandum of Law in Support of Their (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration |
| 99 | 5532 | Declaration of Kevin Francis Lloyd in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration |
| 100 | 5536 | Response Statement of the Bank of New York Mellon, as Indenture Trustee, Regarding the Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 101 | 5563 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in the Canadian Proceedings to Grant an Order Approving an Allocation Protocol |
| 102 | 5571 | U.S. Debtors and the Committee filed the Reply Memorandum in Further Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration |
| 103 | 5572 | Declaration in Support of Craig B. Brod in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors Cross-Motion to Compel Arbitration |
| 104 | 5573 | Second Declaration in Support of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors Cross-Motion to Compel Arbitration |
| 105 | 5575 | Declaration in Support of Fred S. Hodara in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors Cross-Motion to Compel Arbitration |
| 106 | 5580 | Notice of Filing of 67th Report of the Monitor |
| 107 | 5597 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Factum of the Canadian Debtors and Brief of Authorities of the Canadian Debtors Filed in the Canadian Proceedings in Support of Order Approving Allocation Protocol |
| 108 | 5598 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Affidavit of David M. Lindsey and Authorities Cited in Lindsey Expert Affidavit Filed in the Canadian Proceedings in Connection with Allocation Protocol |
| 109 | 5604 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Factum of the Monitor and Book of Authorities of the Monitor Filed in the Canadian Proceedings in Support of Order Approving Allocation Protocol |
| 110 | 5605 | Notice Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Courtesy Copies of Documents Filed in the Canadian Proceedings by the U.S. Debtors and the Committee Related to Motions Made to the Canadian Court for its Approval of an Allocation Protocol |
| 111 | 5606 | Exhibit(s) Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol Filed by Joint Administrators and Foreign Representatives for Nortel Networks UK Limited. |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 112 | 5608 | Reply Memorandum of Law in Further Support of Their Cross-Motion to Compel Arbitration |
| 113 | 5638 | Notice of Filing Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Courtesy Copies of Documents Filed in the Canadian Proceedings by the U.S. Debtors Related to Motions Made to the Canadian Court for its Approval of an Allocation Protocol |
| 114 | 5643 | Transcript regarding Hearing Held 6/7/11 RE: Omnibus |
| 115 | 5752 | Order Directing Mediation |
| 116 | 5881-1 | 71st Report of the Monitor |
| 117 | 5886 | Reply in Further Support of the Motion for an Order Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Rejection of Certain Patent Licenses, (C) the Licenses Non-Assignment and Non-Renewal Protections, and Seeking Related Relief |
| 118 | 5935 | Order Authorizing And Approving (A) The Sale Of Certain Patent And Related Assets Free And Clear Of All Claims And Interests, (B) The Assumption And Assignment Of Certain Executory Contracts, (C) The Rejection Of Certain Patent Licenses And (D) The License Non-Assignment And Non-Renewal Protections |
| 119 | 5939 | Transcript regarding Hearing Held 7/11/2011 RE: Omnibus/Pretrial Conference/Sale |
| 120 | 6026 | Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and Its French Liquidator |
| 121 | 6027 | Declaration of Guilhem Bremond in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and Its French Liquidator |
| 122 | 6028 | Declaration of Lauren L. Peacock in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and Its French Liquidator |
| 123 | 6376 | Declaration of Professor Michel Menjucq in Support of Joint Administrators' Opposition to the Debtors' and Committee's Joint Objection and Motion to Dismiss the Claims of Nortel Networks S.A. (NNSA) and Its French Liquidator |
| 124 | 6380 | The Joint Administrators' and French Liquidator's Memorandum of Law in Opposition to the Debtors' and Committee's Joint Objection and Motion to Dismiss the Claims of Nortel Networks S.A. |
| 125 | 6556 | Second Declaration of Guilhem Bremond in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and Its French Liquidator |
| 126 | 6575 | Joint Reply in Further Support of Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and Its French Liquidator |
| 127 | 6652 | Transcript of Hearing Held on 10/14/2011 RE: Motion to Dismiss |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 128 | 7403 | Opinion on Joint Objections to and Motions to Dismiss Claims of Nortel Networks UK Limited, Nortel Networks (Ireland) Limited and Nortel Networks S.A. |
| 129 | 7404 | Order Granting in Part and Denying in Part the Joint Objections and Motions to Dismiss Claims of Nortel Networks UK Limited, Nortel Networks (Ireland) Limited and Nortel Networks S.A. |
| 130 | 7985 | Order approving Fourth Estate Settlement |
| 131 | 9352 | Order Regarding Scheduling of Key Outstanding Matters |
| 132 | 9390 | The U.S. Debtors' Scheduling Proposal for Outstanding Motions and Issues |
| 133 | 9391 | Statement of the Official Committee of Unsecured Creditors Regarding Outstanding Motions and Issues |
| 134 | 9392 | Notice of EMEA Debtors' Submission Regarding Outstanding Issues and Proposed Scheduling |
| 135 | 9393 | Statement of Nortel Ad Hoc Group of Bondholders Submitted in Accordance with the Court's Order dated January 31 |
| 136 | 9396 | Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Court's January 31, 2013 Order |
| 137 | 9428 | Revised Scheduling Order for Allocation Issues |
| 138 | 9569 | Memorandum of Law - Supplemental Memorandum of Law in Support of Their (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration |
| 139 | 9570 | Exhibit(s) Supplemental Submission of U.S. Debtors and Official Committee of Unsecured Creditors on Allocation Protocol Issues |
| 140 | 9571 | Supplemental Statement of Nortel Ad Hoc Group of Bondholders in Further Support of Proposed Allocation Protocol |
| 141 | 9572 | Statement of the Bank of New York Mellon, as Indenture Trustee, Pursuant to the Revised Scheduling Order for Allocation Issues |
| 142 | 9573 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Supplementary Submissions of the Monitor and the Canadian Debtors in Respect of the June 7, 2011 Hearing |
| 143 | 9574 | Notice of Filing of Supplementary Submissions of the Joint Administrators of Nortel Networks UK Limited and the EMEA Debtors |
| 144 | 9575 | Statement of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Order Regarding Scheduling of Key Outstanding Matters |
| 145 | 9577 | Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Court's February 14, 2013 Order |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 146 | 9578 | Notice of Filing of Courtesy Copy of the Supplementary Written Submissions Filed in the Canadian Proceedings by the Informal Committee of Creditors Holding Claims Against Only the Canadian Debtors ("CCC") Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol [D.I. 990] Respecting the Allocation Protocol Motions |
| 147 | 9617 | Transcript regarding Hearing Held 03/07/2013 RE: Oral Argument |
| 148 | 9894 | Transcript of Hearing Held on 3/27/2013 |
| 149 | 9933 | Transcript of Telephonic Hearing Held on 3/8/2013 RE: Judge's Ruling from 3/7/2013 Hearing |
| 150 | 9938 | Order Granting Debtors Mot. for Entry of an Order Approving a Settlement Agreement with the Official Committee of Retired Employees, Apr. 2, 2013 |
| 151 | 9946 | Opinion re Allocation Protocol |
| 152 | 9947 | Order re Allocation Protocol |
| 153 | 10133 | U.S. Debtors filed a Certification of Counsel Regarding Allocation Protocol |
| 154 | 10134 | Exhibit(s) Notice of Filing of Monitors Allocation Protocol |
| 155 | 10166 | Joint Administrators filed a notice of appeal of the U.S. Court's denial of the motion to compel arbitration |
| 156 | 10167 | Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol |
| 157 | 10210 | Exhibit(s) Debtors Notice of Filing of Proposed Litigation Timetable and Discovery Plan |
| 158 | 10224 | Joint Administrators' Response and Limited Objection to U.S. Debtors Proposed Litigation Timetable and Discovery Plan |
| 159 | 10244 | US Debtors and the Committee filed a Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of |
| 160 | 10245 | US Debtors and the Committee filed joint motion to shorten notice relating to the Certification Motion |
| 161 | 10246 | US Debtors and the Committee filed a Joint Motion for an Order Retaining Jurisdiction Pending Appeal |
| 162 | 10247 | US Debtors and the Committee joint motion to shorten notice relating to the Jurisdiction Motion |
| 163 | 10256 | Order Granting the Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) |
| 164 | 10264 | Order Granting the Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Motion for an Order Retaining Jurisdiction Pending Appeal |

| Item | D.I. number | Description |
|---|---|---|
| 165 | 10324 | Transcript regarding Hearing Held 04/24/2013 RE: Scheduling and Discovery Issues |
| 166 | 10367 | Joint Administrators filed a joinder in part and response to the Certification Motion |
| 167 | 10368 | Joint Administrators filed an objection to the Jurisdiction Motion and cross-motion to confirm the stay pending appeal |
| 168 | 10403 | Reply Memorandum of Law in Further Support of Joint Motion for an Order Retaining Jurisdiction Pending Appeal and in Response to the Joint Administrators' Objection to Joint Motion for an Order Retaining Jurisdiction Pending Appeal and Cross-Motion to Confirm Stay Pending Appeal |
| 169 | 10407 | Order Certifying the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) |
| 170 | 10414 | Joint Administrators' Notice of Filing of Items Designated for Record on Appeal |
| 171 | 10415 | Joint Administrators' Statement Pursuant to Bankruptcy Rule 8006 of Issues to be Presented on Appeal and Designation of Items to be Included in the Record |
| 172 | 10417 | Joint Opposition to the Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol |
| 173 | 10419 | Record on Appeal |
| 174 | 10421 | Transmittal of Record on Appeal to District Court |
| 175 | 10430 | Transcript of Hearing Held on 5/1/2013 |
| 176 | 10436 | Notice of Docketing Record on Appeal to District Court |
| 177 | 10437 | Transmittal of Record on Appeal to Court of Appeals |
| 178 | 10458 | AMENDED Transmittal of Record on Appeal to District Court |
| 179 | 10464 | Memorandum Opinion (Related ECF No. 10246) |
| 180 | 10465 | ORDER Granting Joint Motion for an Order Retaining Jurisdiction Pending |
| 181 | 10466 | Joinder of Ad Hoc Group of Bondholders to US Debtors' and Committee's Joint Opposition to the Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol |
| 182 | 10489 | Certification of Counsel Regarding the Proposed Order Approving Allocation Protocol |
| 183 | 10515 | Transcript regarding Hearing Held 05/07/2013 RE: Omnibus Hearing |
| 184 | 10541 | Appellees' Designation of Additional Items to be Included in the Record Pursuant to Bankruptcy Rule 8006 |
| 185 | 10552 | Transcript regarding Hearing Held 5/15/2013 RE: Telephonic Hearing re: Submissions re Allocation Protocol |
| 186 | 10556 | Certification of Counsel Regarding the Proposed Order Approving Allocation Protocol |
| 187 | 10565 | Order Entering (revised) Allocation Protocol |
| 188 | 10566 | Order Entering Litigation Timetable and Discovery Plan |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 189 | 10761 | Amended CCC 2019 Statement |
| 190 | 11396 | Motion to Modify Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims |
| 191 | 11436 | Certification of Counsel Regarding Order Modifying Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale |
| 192 | 11437 | Order modifying Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims |
| 193 | 11439 | Order Approving Deposition Protocol |
| 194 | 11747 | Order Approving Stipulation Regarding Amendment to Section K of the Deposition Protocol and Granting Related Relief |
| 195 | 12409 | November 15, 2013 Hearing Transcript |
| 196 | 12618 | Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 503(b) and 507(a)(2) and Bankruptcy Rules 6004(h) and 9019 Approving the US Claims Litigation Settlement Agreement by and Among the Debtors, the Creditors' Committee, the Joint Administrators, the EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, the Liquidator, the French Liquidator, the UK Pension Parties and Certain Affiliates |
| 197 | 12686 | Response and Limited Objection of the Monitor and the Canadian Debtors to the US Debtors' Motion for Entry of an Order Approving the US Claims Litigation Settlement Agreement |
| 198 | 12746 | Supplemental Response and Limited Objection of the Monitor and the Canadian Debtors to the US Debtors' Motion for Entry of an Order Approving the US Claims Litigation Settlement Agreement |
| 199 | 12758 | Joinder of the Official Committee of Unsecured Creditors to (I) the U.S. Debtors' Motion for Entry of an Order Approving the U.S. Claims Litigation Settlement Agreement and (II) the Reply Memorandum of Law in Further Support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 503(b) and 507(a)(2) and Bankruptcy Rules 6004(h) and 9019 Approving the US Claims Litigation Settlement Agreement by and Among the Debtors, the Creditors' Committee, the Joint Administrators, the EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, the Liquidator, the French Liquidator, the UK Pension Parties and Certain Affiliates |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 200 | 12763 | Reply Memorandum of Law in Further Support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 503(b) and 507(a)(2) and Bankruptcy Rules 6004(h) and 9019 Approving the US Claims Litigation Settlement Agreement by and Among the Debtors, the Creditors' Committee, the Joint Administrators, the EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, the Liquidator, the French Liquidator, the UK Pension Parties and Certain Affiliates |
| 201 | 12785 | Order Approving US-EMEA-UKPC settlement |
| 202 | 12799 | Transcript of Telephonic Hearing Held on 1/8/2014 |
| 203 | 12801 | Transcript of Hearing Held on 1/7/2014 |
| 204 | 12863 | Notice of Filing of Proposed Joint Trial Protocol |
| 205 | 13132 | Notice of Filing of Proposed Amendment and Supplement to the Joint Trial Protocol |
| 206 | 13208 | Amended Order re Allocation Trial Protocol |
| 207 | 13250 | Order Denying Argument on Late Filed Claims |
| 208 | 13418 | UKPC Opposition to US Debtors' Motion to Strike Pro Rata Experts |
| 209 | 13554 | Order Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information from Public Disclosure During the Trial |
| 210 | 13906 | June 27, 2014 Post-Trial Hearing Transcript |
| 211 | 13963 | Trial transcript for  5/12/2014 |
| 212 | 13964 | Trial transcript for  5/13/2014 |
| 213 | 13965 | Trial transcript for  5/14/2014 |
| 214 | 13966 | Trial transcript for  5/15/2014 |
| 215 | 13967 | Trial transcript for  6/16/2014 |
| 216 | 13968 | Trial transcript for  5/20/2014 |
| 217 | 13969 | Trial transcript for  5/21/2014 |
| 218 | 13970 | Trial transcript for  5/22/2014 |
| 219 | 13971 | Trial transcript for  5/28/2014 |
| 220 | 13972 | Trial transcript for  5/27/2014 |
| 221 | 13973 | Transcript Hearing Held 5/28/2014 |
| 222 | 13974 | Trial transcript for  5/29/2014 |
| 223 | 13975 | Trial transcript for  5/30/2014 |
| 224 | 13976 | Trial transcript for  6/2/2014 |
| 225 | 13977 | Trial transcript for  6/5/2014 |
| 226 | 13978 | Trial transcript for  6/6/2014 |
| 227 | 13979 | Trial transcript for  6/17/2014 |
| 228 | 13980 | Trial transcript for  6/18/2014 |
| 229 | 13981 | Trial transcript for  6/19/2014 |
| 230 | 13982 | Trial transcript for  6/20/2014 |
| 231 | 13983 | Trial transcript for  6/23/2014 |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 232 | 13984 | Trial transcript for 6/24/2014 |
| 233 | 14076 | Debtors Motion For Entry Of An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement By And Among Nortel Networks Inc., The Supporting Bondholders, And The Bank Of New York Mellon With Respect To The NNI Post Petition Interest Dispute And Related Issues |
| 234 | 14949 | Opinion Regarding Debtors' Mot. Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among NNI, the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues, Dec. 18, 2014 |
| 235 | 14950 | Order re 9019 Settlement |
| 236 | 15544 | Allocation Trial Opinion |
| 237 | 15545 | Order relating to Allocation Trial Opinion |
| 238 | 15555 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Canadian Court's Reasons for Judgment Regarding Allocation |
| 239 | 15566 | Transmittal of Joinder to Appellee's Counterdesignations |
| 240 | 15611 | U.S. Debtors Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order |
| 241 | 15612 | Ad Hoc Group of Bondholders' Motion for Reconsideration of Opinion and Order Allocating Proceeds from Asset Sales of Nortel Networks, Inc., its Affiliates and Subsidiaries |
| 242 | 15613 | Joinder With Reservation of Rights of the Official Committee of Unsecured Creditors of Nortel Networks Inc., Et Al. to the U.S. Debtors' Motion for Reconsideration |
| 243 | 15615 | Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion |
| 244 | 15622 | Joinder with Reservation of Rights of The Bank of New York Mellon, as Indenture Trustee, in the Motions for Reconsideration Filed by the Ad Hoc Group of Bondholders and the U.S. Debtors |
| 245 | 15681 | Re-Notice of Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60, for Partial Reconsideration of the Court's Order and Allocation Trial Opinion |
| 246 | 15696 | Order Regarding Schedule on the Briefing of the Motions for Reconsideration and or Clarification |
| 247 | 15734 | Response of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 248 | 15737 | Objection And Response Of Stephen Taylor, Conflicts Administrator for Nortel Networks SA, To Motions For Reconsideration And Clarification Of The U.S. Debtors, Bondholders And Law Debenture |
| 249 | 15738 | Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification Filed by Canadian Creditors Committee |
| 250 | 15739 | The Monitor and Canadian Debtors' Objection and Response to Motions for Reconsideration, Clarification or Amendment |
| 251 | 15740 | Brief of Authorities Cited in Canadian Creditors' Committee ("CCC") Objection to Motions for Reconsideration and/or Clarification |
| 252 | 15741 | Objection and Response to the Motions for Reconsideration and Clarification |
| 253 | 15742 | Objection to U.S. Debtors' Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Opinion and Order |
| 254 | 15743 | Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment |
| 255 | 15753 | Notice of Filing of Corrected Opposition of the U.K. Pension Claimants to the Motions for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order/Reasons for Judgment |
| 256 | 15761 | Letter to The Honorable Kevin Gross in Connection with the Joint Hearing Scheduled for June 25, 2015 |
| 257 | 15779 | Rule 2019 Statement of Counsel to the Nortel Trade Claim Consortium |
| 258 | 15780 | Joinder with Reservation of Rights of the Trade Claims Consortium to the U.S. Debtors Motion for Reconsideration |
| 259 | 15781 | Reply in Further Support of Motion of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Fed. R. Civ. P. 52(b), 59(e), and 60 for Partial Reconsideration of the Court's Order and Allocation Trial Opinion and in Response to Certain Objections Thereto |
| 260 | 15782 | Reply of the Ad Hoc Group of Bondholders to the Objections of (I) the Canadian Creditors' Committee; (II) the Monitor and Canadian Debtors; (III) the Joint Administrators; and (IV) the U.K. Pension Claimants to Bondholders' Motion for Reconsideration |
| 261 | 15783 | Reply in Support of the Motion for Clarification and/or Reconsideration of the May 12, 2015 Allocation Trial Opinion and Order |
| 262 | 15787 | Reply of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. in Further Support of the U.S. Debtors' Motion for Reconsideration |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 263 | 15794 | Letter to The Honorable Kevin Gross in Connection with the Joint Hearing Scheduled for June 25, 2015 |
| 264 | 15795 | Notice of Filing of Letter Regarding EMEA Insolvency Proceedings and Claims Procedures |
| 265 | 15810 | Transcript regarding Hearing Held 06/25/2015 re: Motions for Reconsideration |
| 266 | 15830 | Memorandum Order On Motions For Reconsideration |
| 267 | 15831 | Order on Motion of Law Debenture Trust Company of New York as Indenture Trustee for the NNCC Notes for Partial Reconsideration of the Court's Order and Allocation Trial Opinion |
| 268 | 15836 | Transcript regarding Hearing Held 6/30/2015 RE: Omnibus. |
| 269 | 15842 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Canadian Court's Ruling on the Canadian Reconsideration/Clarification/Amendment Motions |
| 270 | 15842 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Canadian Court's Ruling on the Canadian Reconsideration / Clarification / Amendment Motions |
| 271 | 15846 | Notice of Appeal (BAP 15-25), filed by the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al |
| 272 | 15866 | Notice of Appeal (BAP 15-26), filed by Peter S. Budihardjo |
| 273 | 15878 | Notice of Cross-Appeal (BAP 15-27), filed by Nortel Trade Claim Consortium |
| 274 | 15888 | Notice of Appeal (BAP 15-28), filed by The Bank of New York Mellon, as Indenture Trustee |
| 275 | 15890 | Notice of Appeal (BAP 15-29), filed by NNI/US Debtors |
| 276 | 15893 | Notice of Appeal (BAP 15-32), filed by Ad Hoc Group of Bondholders |
| 277 | 15894 | Notice of Appeal (BAP 15-33), filed by Stephen Taylor, Conflicts Administrator for NNSA |
| 278 | 15915 | Certification of Counsel Regarding Order Extending the Official Committee of Unsecured Creditors' Deadline to Designate the Record and File Its Statement of Issues on Appeal in Its Allocation Appeal |
| 279 | 15916 | Notice of Appeal (BAP 15-36), filed by the Pension Benefit Guarantee Corporation |
| 280 | 15917 | Order Extending the Official Committee of Unsecured Creditors' Deadline to Designate the Record and File Its Statement of Issues on Appeal In Its Allocation Appeal |
| 281 | 15919 | Notice of Conditional Cross-Appeal (BAP 15-37), filed by the Joint Adminstrators for the EMEA Debtors |
| 282 | 15921 | Notice of Contingent Cross-Appeal (BAP 15-38), filed by the Monitor and Canadian Debtors |
| 283 | 15922 | The Monitor and the Canadian Debtors' Motion for Determination that Allocation Order is Interlocutory and for Leave to Appeal |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 284 | 15924 | Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. s 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit |
| 285 | 15925 | Motion for Entry of an Order Under 11 U.S.C. ss 102(1) and 105(a), Fed.R.Bankr.P. 9006 and Bankr.D.Del.L.R. 9006-1(e) Shortening Notice for Motion of the Monitor and the Canadian Debtors for Entry of an Order Pursuant to 28 U.S.C. s 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit |
| 286 | 15926 | Notice of Contingent Cross Appeal (BAP 15-39), filed by the Canadian Creditors Committee |
| 287 | 15928 | Joinder of the Canadian Creditors Committee toThe Monitor and the Canadian Debtors' Motion for Determination that Allocation Order is |
| 288 | 15929 | Joinder of Canadian Creditors Committee to Motion of the Monitor and Canadian Debtors' Motion for and Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit [D.I. 15924] and to Their Motion to Shorten Notice Thereof [D.I. 15925] |
| 289 | 15937 | Trial transcript for  9/22/2014 (closing arguments) |
| 290 | 15938 | Trial transcript for  9/24/2014 (closing arguments) |
| 291 | 15940 | Corrected Motion of the Monitor and the Canadian Debtors for an Order Pursuant to 28 U.S.C. s. 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit |
| 292 | 15943 | Order Shortening Notice for Motion of the Monitor and the Canadian Debtors for Entry of an Order Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeal for the Third Circuit |
| 293 | 15949 | Corrected Notice of Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. § 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit |
| 294 | 15957 | Trial transcript for  9/23/2014 (closing arguments) |
| 295 | 15963 | Response of the Ad Hoc Group of Bondholders in Opposition to the Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit |
| 296 | 15964 | Opposition of U.S. Debtors To The Motion of the Monitor and Canadian Debtors for an Order Pursuant to 28 U.S.C. s 158(d)(2) Certifying the Allocation Decision for Direct Appeal to the United States Court of Appeals for the Third Circuit |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 297 | 15965 | Objection of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the Motion of the Monitor and Canadian Debtors for an Order Certifying Appeal Directly to the Third Circuit Court of Appeals |
| 298 | 15966 | Joinder of the Nortel Trade Claim Consortium to the Objection of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the Motion of the Monitor and Canadian Debtors for an Order Certifying Appeal Directly to the Third Circuit Court of Appeals |
| 299 | 15971 | Certification of Counsel Regarding Order Extending the Trade Claims Consortiums Deadline to Designate the Record and File Its Statement of Issues on Appeal in Its Allocation Appeal (related document(s)15545, 15878) Filed by Nortel Trade Claim Consortium |
| 300 | 15973 | Order Regarding Filing of Designations of the Record and Statement of Issues on Appeal |
| 301 | 15980 | Order Extending the Trade Claims Consortium's Deadline to Designate the Record and File Its Statement of Issues on Appeal in Its Allocation Appeal |
| 302 | 15981 | Order Denying Certification |
| 303 | 15993 | Transcript of hearing held 7/29/2015 |
| 304 | No. 7760 on Claims Register | Amended Proof of Claim Filed by Nortel Networks SA (Epiq Bankruptcy Solutions, LLC as Claims Register) |
| 305 | No. 7768 on Claims Register | Amended Proof of Claim Filed by Nortel Networks SA (Epiq Bankruptcy Solutions, LLC as Claims Register) |
| 306 | No. 7784 on Claims Register | Proof of Claim Filed by Nortel Networks SA (Epiq Bankruptcy Solutions, LLC as Claims Register) |
| 307 | No. 7785 on Claims Register | Amended Proof of Claim Filed by Nortel Networks SA (Epiq Bankruptcy Solutions, LLC as Claims Register) |

| In re Nortel Networks UK Limited, United States Bankruptcy Court for the  District of Delaware Bankr. No. 09-11972 (KG) | | |
|------|------|------|
| 308 | 44 | Verified Chapter 15 Petitions for Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors |
| 309 | 45 | Transmittal Declaration of Edwin J. Harron |
| 310 | 56 | Order Granting Provisional Relief, Specifying Form and Manner of Service of Notice and Related Relief |
| 311 | 116 | Order Granting Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors |

21

| Item | D.I. number | Description |
|------|-------------|-------------|
| | | In re Nortel Networks, Inc.,<br>United States District Court for the District of Delaware<br>(Civ. No. 13-00757) |
| 312 | 2 | Designation of Record on Appeal filed by Joint Administrators |
| 313 | 3 | Joint Request for Certification of Direct Appeal to the U.S. Court of Appeals |
| 314 | 5 | Motion for Leave to Appeal |
| 315 | 6 | Joint Opposition to the Joint Administrators' Motion for Leave to Appeal From Order Approving Allocation Protocol |
| 316 | 7 | Joinder of Ad Hoc Group of Bondholders to US Debtors' and Committee's Joint Opposition to the Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol |
| 317 | 8 | Reply Memorandum in Support of Motion for Leave to Appeal From Order Approving Allocation Protocol |
| 318 | 17 | Letter to The Honorable Leonard P. Stark from John T. Dorsey Regarding Request of Suspension of Current Briefing Deadlines |
| 319 | 18 | Oral Order: Having reviewed the recent letter of May 13, 2013 (D.I. 17 ) and the representations contained therein, IT IS HEREBY ORDERED that briefing on the Appeal shall be stayed pending the Third Circuit's disposition of the petition for permission to appeal related to the Order Certifying the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.. § 158(d)(2). IT IS HEREBY FURTHER ORDERED that this Order is not intended to stay or otherwise impact the Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol (D.I. 5 ), or pleadings related thereto, which are currently pending before the Court. Signed by Judge Leonard P. Stark on 5/15/13 |
| 320 | 19 | Appellees Designation of Additional Items to be Included in the Record Pursuant to Bankruptcy Rule 8006 |
| 321 | 28 | Letter to The Honorable Leonard P. Stark from Derek C. Abbott of Morris, Nichols, Arsht & Tunnell LLP regarding Update Re: Motion for Leave to Appeal from Order Approving Allocation Protocol |
| 322 | 29 | Letter to The Honorable Leonard P. Stark from John T. Dorsey of Young Conaway Stargatt & Taylor, LLP regarding Response to Letter from Derek C. Abbott regarding Update Re: Motion for Leave to Appeal |
| 323 | 31 | Order Denying Motion for Leave to Appeal filed by Joint Administrators |
| 324 | 32 | Official Transcript of Telephone Conference held on July 19, 2013 before Judge Leonard P. Stark |

| Item | D.I. number | Description |
|------|-------------|-------------|
| | | In re Nortel Networks, Inc., United States Court of Appeals for the Third Circuit (No. 13-2739) |
| 325 | 6/24/2013 | Motion filed by Appellant The Joint Administrators for Nortel Networks UK Limited and Certain of Its Affiliates Located in the Region Known as EMEA to Expedite Appeal |
| 326 | 6/25/2013 | Response filed by Appellees Architel Systems US Corp, CoreTek Inc., Nortel Altsystems Inc., Nortel Altsystems International Inc., Nortel Networks, Nortel Networks Applications Management Solutions Inc., Nortel Networks CALA Inc., Nortel Networks Cable Solutions Inc., Nortel Networks Capital Corp, Nortel Networks HPOCS Inc., Nortel Networks International Inc., Nortel Networks Optical Components Inc., Northern Telecom International Inc., Qtera Corp, Sonoma Systems and Xros Inc. to Motion to Expedite |
| 327 | 7/3/2013 | Concise Summary of the Case filed by Appellant The Joint Administrators for Nortel Networks UK Limited and Certain of Its Affiliates Located in the Region Known as EMEA |
| 328 | 7/18/2013 | ORDER (RENDELL, JORDAN and SHWARTZ, Circuit Judges) Granting Motion to Expedite filed by Appellant The Joint Administrators for Nortel Networks UK Limited and Certain of Its Affiliates Located in the Region Known as EMEA |
| 329 | 8/1/2003 | ELECTRONIC BRIEF with Volume I of Appendix attached on behalf of Appellant The Joint Administrators for Nortel Networks UK Limited and Certain of Its Affiliates Located in the Region Known as EMEA |
| 330 | 8/1/2013 | ELECTRONIC JOINT APPENDIX [1] on behalf of Appellant The Joint Administrators for Nortel Networks UK Limited and Certain of Its Affiliates Located in the Region Known as EMEA |
| 331 | 8/1/2013 | ELECTRONIC JOINT APPENDIX [2] on behalf of Appellant The Joint Administrators for Nortel Networks UK Limited and Certain of Its Affiliates Located in the Region Known as EMEA |
| 332 | 8/1/2013 | ELECTRONIC JOINT APPENDIX [3] on behalf of Appellant The Joint Administrators for Nortel Networks UK Limited and c Certain of Its Affiliates Located in the Region Known as EMEA |
| 333 | 8/2/2013 | ELECTRONIC ADDENDUM TO JOINT APPENDIX on Behalf of Appellant The Joint Administrators for Nortel Networks UK Limited and Certain of Its Affiliates Located in the Region Known as EMEA |

| Item | D.I. number | Description |
|------|-------------|-------------|
| 334 | 8/22/2013 | JOINT Motion Filed by Appellees Architel Systems United States Corp, CoreTek Inc., Nortel Altsystems Inc., Nortel Altsystems International Inc., Nortel Networks, Nortel Networks Applications Management Solutions Inc., Nortel Networks CALA Inc., Nortel Networks Cable Solutions Inc., Nortel Networks Capital Corp, Nortel Networks HPOCS Inc., Nortel Networks International Inc., Nortel Networks Optical Components Inc., Northern Telecom International Inc., Qtera Corp, Sonoma Systems, Xros Inc. and Official Committee of Unsecured Creditors to Supplement the Appendix |
| 335 | 8/22/2013 | ELECTRONIC BRIEF on Behalf of Appellee Official Committee of Unsecured Creditors |
| 336 | 8/22/2013 | ELECTRONIC BRIEF on Behalf of Appellees Architel Systems United States Corp, CoreTek Inc., Nortel Altsystems Inc., Nortel Altsystems International Inc., Nortel Networks, Nortel Networks Applications Management Solutions Inc., Nortel Networks CALA Inc., Nortel Networks Cable Solutions Inc., Nortel Networks Capital Corp, Nortel Networks HPOCS Inc., Nortel Networks International Inc., Nortel Networks Optical Components Inc., Northern Telecom International Inc., Qtera Corp, Sonoma Systems and Xros Inc. |
| 337 | 8/23/2013 | SUPPLEMENTAL ELECTRONIC JOINT APPENDIX on Behalf of Appellees Architel Systems United States Corp, CoreTek Inc., Nortel Altsystems Inc., Nortel Altsystems International Inc., Nortel Networks, Nortel Networks Applications Management Solutions Inc., Nortel Networks CALA Inc., Nortel Networks Cable Solutions Inc., Nortel Networks Capital Corp, Nortel Networks HPOCS Inc., Nortel Networks International Inc., Nortel Networks Optical Components Inc., Northern Telecom International Inc., Official Committee of Unsecured Creditors, Qtera Corp, Sonoma Systems and Xros Inc. |
| 338 | 9/5/2013 | ORDER (FUENTES, GREENBERG and BARRY, Circuit Judges) The foregoing Joint Motion by Appellees to File a Supplemental Appendix is Granted |
| 339 | 9/5/2013 | ELECTRONIC REPLY BRIEF on behalf of Appellant The Joint Administrators for Nortel Networks UK Limited and Certain of Its Affiliates Located in the Region Known as EMEA |
| 340 | 12/6/2013 | PRECEDENTIAL OPINION Coram: FUENTES, GREENBERG and BARRY, Circuit Judges. Total Pages: 17. Judge: FUENTES Authoring |
| 341 | 12/6/2013 | JUDGMENT, Affirmed |
| 342 | 12/30/2013 | MANDATE ISSUED, filed |