# **EXHIBIT E**

**IN THE HIGH COURT OF JUSTICE**            **No. 539 of 2009**

**CHANCERY DIVISION**

**COMPANIES COURT**

Registrar Briggs

2 June 2015

IN THE MATTER OF NORTEL NETWORKS S.A. (IN ADMINISTRATION)

AND IN THE MATTER OF THE INSOLVENCY ACT 1986

## ORDER

**UPON THE APPLICATION** of Alan Robert Bloom, Stephen John Harris, Alan Michael Hudson and Christopher John Wilkinson Hill each of Ernst & Young LLP, 1 More London Place, London, SE1 2AF (the **Joint Administrators**) as the joint administrators of Nortel Networks S.A. (in administration) (the **Company**)

**AND UPON** hearing Andrew Shaw for the Company

**AND UPON** an undertaking given by Kevin Pullen, a partner in Herbert Smith Freehills LLP of Exchange House, Primrose Street, London EC2A 2EG that a witness statement be filed by 4pm on Friday, 5 June 2015, setting out the independence of Stephen Taylor of Leawood Hall, Holloway, Derbyshire, DE4 5AQ from the Applicants and from the other companies in the Nortel group over which the Joint Administrators are appointed as joint administrators, and hence his suitability to manage the potential conflicts set out in the fourth witness statement of Stephen John Harris dated 28 May 2015 relating to the interests of the Company

**AND UPON** reading the evidence recorded on the Court file as having been read

**AND UPON** reading the draft Memorandum of Understanding which is intended to be entered into by the Joint Administrators and Mr Stephen Taylor of Leawood Hall, Holloway, Derbyshire, DE4 5AQ (the **draft Memorandum of Understanding**)

**IT IS ORDERED THAT:**

1. Mr Stephen Taylor of Leawood Hall, Holloway, Derbyshire, DE4 5AQ (the "**Conflicts Administrator**") is appointed as administrator of the Company jointly with the Joint Administrators pursuant to paragraph 103(2) of Schedule B1 to the Insolvency Act 1986.

2. The draft Memorandum of Understanding be approved such that the Joint Administrators and the Conflicts Administrator be at liberty to enter into it.

3. Service of the Application on the Conflicts Administrator be dispensed with.

4. The fourth witness statement of Stephen John Harris dated 28 May 2015 and the exhibits thereto are not to be open to inspection without the prior leave of the Court pursuant to rule 7.31(5) of the Insolvency Rules 1986.

5. The costs of and occasioned by this Application be paid as an expense of the administration.

6. This order shall be served by the Applicants on Mr Stephen Taylor of Leawood Hall, Holloway, Derbyshire, DE4 5AQ.

**Service of the order**

The court has provided a sealed copy of this order to the serving party: Herbert Smith Freehills LLP, Exchange House, Primrose Street, London EC2A 2EG

