IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
*In re* : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 : (Jointly Administered)
 : **Related Docket No. 15998**
 : BAP No. 15-32
 :
 : Related to Civil Action No. 15-627-LPS
Debtors. : **Related Docket No. 4**
 :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 4th day of August, 2015, I caused a true and correct copy of the following document to be served upon the parties on the attached service lists in the manner indicated thereon:

> The *Ad Hoc* Group of Bondholders' Statement of Issues to be Presented on Appeal.

_____
Peter J. Keane (Bar No. 5503)

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

DOCS_DE:189885.7 61026/001

Nortel – Special Service list for BHG Notice of Appeal
Case No. 09-10138
Doc. No. 200793
12 – HAND DELIVERY
11 – FIRST CLASS MAIL

**HAND DELIVERY**
Mark Kenney, Esquire
Office of the US Trustee
844 King St, Ste 2207 Lockbox 35
Wilmington, DE 19801-3519

**HAND DELIVERY**
*(Counsel to Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Debtors)*
Mary F. Caloway, Esquire
Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 N. Market Street, Suite 1500
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to Canadian Creditors Committee)*
Selinda A. Melnik, Esquire
Timothy Hoeffner, Esquire
DLA Piper LLP (US)
1201 N.Market Street, Suite 2100
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to Wilmington Trust, N.A., as Indenture Trustee)*
William E. Chipman, Jr., Esquire
Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
Chipman Brown Cicero & Cole, LLP
1007 N.Orange Street, Suite 1110
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to U.K. Pension Claimants)*
Charlene D. Davis, Esquire
Justin Alberto, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**HAND DELIVERY**
*(Counsel to Ernst & Young LLP, as Joint Administrators of the EMEA Debtors)*
James L. Patton, Esquire
Edwin J. Harron, Esquire
John T. Dorsey, Esquire
Jaime Luton Chapman, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to U.S. Debtors)*
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
PO Box 1347
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to Official Committee of Unsecured Creditors)*
Christopher M. Samis, Esquire
L. Katherine Good, Esquire
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Bank of New York Mellon, as Indenture Trustee)
Michael R. Lastowski, Esquire
Christopher M. Winter
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Law Debenture Trust Company of New York, as Indenture Trustee)
Stephen M. Miller, Esquire
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306

*HAND DELIVERY*
(Counsel to Stephen Taylor, Conflicts Administrator for Nortel Networks SA)
Robert A. Weber, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

*HAND DELIVERY*
(Counsel to Nortel Trade Claims Consortium)
Jeffrey M. Schlerf, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801

*FIRST CLASS MAIL*
(Counsel to Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Debtors)
Ken Coleman, Esquire
Jacob S. Pultman, Esquire
Daniel J. Guyder, Esquire
Allen & Overy LLP
1221 Avenue of the America
New York, NY 10020

*FIRST CLASS MAIL*
(Counsel to Wilmington Trust, N.A., as Indenture Trustee)
David Crichlow, Esquire
Karen B. Dine, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 1022-2585

*FIRST CLASS MAIL*
(Counsel to U.K. Pension Claimants)
Brian E. O'Connor, Esquire
Sameer Advani, Esquire
Weston T. Eguchi, Esquire
Andrew Hanrahan, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

*FIRST CLASS MAIL*
(Counsel to Ernst & Young LLP, as Joint Administrators of the EMEA Debtors)
William R. Maguire, Esquire
Derek J.T. Adler, Esquire
Neil J. Oxford, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*FIRST CLASS MAIL*
*(Counsel to U.S. Debtors)*
Howard S. Zelbo, Esquire
James L. Bromley, Esquire
Jeffrey A. Rosenthal, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*FIRST CLASS MAIL*
*(Counsel to Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esquire
David H. Botter, Esquire
Brad M. Kahn, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

*FIRST CLASS MAIL*
*(Counsel to Bank of New York Mellon, as Indenture Trustee)*
Michael J. Riela, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

*FIRST CLASS MAIL*
*(Counsel to Law Debenture Trust Company of New York, as Indenture Trustee)*
Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

*FIRST CLASS MAIL*
Counsel to Stephen Taylor, Conflicts Administrator for Nortel Networks SA)
George R. Zimmerman, Esquire
Susan L. Saltzstein, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036

*FIRST CLASS MAIL*
*(Counsel to Nortel Trade Claims Consortium)*
Steven D. Pohl, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

*FIRST CLASS MAIL*
*(Counsel to Nortel Trade Claims Consortium)*
Edward S. Weisfelner, Esquire
Brown Rudnick LLP
7 Times Square
New York, NY 10036

Nortel – Core Parties Email Service List
(for Sealed Documents)
Case No. 09-10138
Document No. 193026v3
151 - Electronic Delivery

*Electronic Delivery*
eharron@ycst.com
jdorsey@ycst.com
(Bloom Hill Hudson Harris as Joint Administrators and Foreign Representatives of Nortel Networks UK Limited)
Edwin J. Harron, Esq.
John T. Dorsey, Esq.
Young Conaway Stargatt & Taylor, LLP

*Electronic Delivery*
catherine.ma@nortonrosefulbright.com
michael.lang@nortonrosefulbright.com
Michael J. Lang, Esq.
Catherine Ma, Law Clerk
Norton Rose Fulbright

*Electronic Delivery*
derrick.tay@gowlings.com
jennifer.stam@gowlings.com
katie.parent@gowlings.com
patrick.shea@gowlings.com
david.cohen@gowlings.com

*Electronic Delivery*
nortel.monitor@ca.ey.com
Ernst & Young Inc.
Restructuring Document Centre

*Electronic Delivery*
james.norris-jones@hsf.com
James Norris-Jones
Herbert Smith Freehills LLP

*Electronic Delivery*
dalowenthal@pbwt.com
Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP

*Electronic Delivery*
jmighton@goodmans.ca
jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
carmstrong@goodmans.ca
pruby@goodmans.ca
jkimmel@goodmans.ca
bzarnett@goodmans.ca
Jesse Mighton, Esquire
Jay Carfagnini, Esquire
Joseph Pasquariello, Esquire
G. Rubenstein, Esquire
C. Armstrong, Esquire
R. Ruby, Esquire
Jessica Kimmel, Esquire
B. Zarnett, Esquire
Goodmans LLP

*Electronic Delivery*
lbarnes@osler.com
esellers@osler.com
ahirsh@osler.com
acobb@osler.com
Lyndon Barnes, Esquire
Edward Sellers, Esquire
Adam Hirsh, Esquire
Alexander Dobb, Esquire
Osler, Hoskin & Harcourt LLP

*Electronic Delivery*
barry.wadsworth@caw.ca
lewis.gottheil@caw.ca
Barry Wadsworth, Esquire
Lewis Gottheil, Esquire
CAW-Canada

*Electronic Delivery*
mzigler@kmlaw.ca
sphilpott@kmlaw.ca
akaplan@kmlaw.ca
bwalancik@kmlaw.ca

Mark Zigler, Esquire
Susan Philpott, Esquire
Ari N. Kaplan, Esquire
Barbara Walancik, Esquire
Koskie Minsky LLP

*Electronic Delivery*
zychk@bennettjones.com
orzyr@bennettjones.com
finlaysong@bennettjones.com
swanr@bennettjones.com
ryanbellr@bennettjones.com
laugesenm@bennettjones.com
Kevin J. Zychk, Esquire
S. Richard Orzy, Esquire
Gavin H. Finlayson, Esquire
Richard B. Swan, Esquire
Sean Zweig, Esquire
Jonathan G. Bell, Esquire
Bennett Jones LLP

*Electronic Delivery*
ken.rosenberg@paliareroland.com
max.starnino@paliareroland.com
lily.harmer@paliareroland.com
karen.jones@paliareroland.com
tina.lie@paliareroland.com
michelle.jackson@paliareroland.com
Jacqueline.cummins@paliareroland.com
Ken Rosenberg, Esquire
Max Starnino, Esquire
Lily Harmer, Esquire
Karen Jones, Esquire
Tina Lie, Esquire
Michelle Jackson, Esquire
Jacqueline Cummins, Esquire
Paliare Roland Rosenberg Rothstein LLP

*Electronic Delivery*
mwunder@casselsbrock.com
dgrieve@casselsbrock.com
bleonard@casselsbrock.com
skukulowicz@casselsbrock.com
ljackson@casselsbrock.com
rjacobs@casselsbrock.com
chorkins@casselsbrock.com
Michael Wunder, Esquire
Deborah S. Grieve, Esquire
Bruce Leonard, Esquire
Ryan Jacobs, Esquire
Christopher Horkins, Esquire
Cassels Brock & Blackwell LLP

*Electronic Delivery*
andrew.kent@mcmillan.ca
brett.harrison@mcmillan.ca
jeffrey.levine@mcmillan.ca
adam.maerov@mcmillan.ca
sheryl.seigel@mcmillan.ca
wael.rostom@mcmillan.ca
Andrew J. F. Kent, Esquire
Brett G. Harrison, Esquire
Jeffrey Levine, Esquire
Adam C. Maerov, Esquire
Sheryl E. Seigel, Esquire
Wael Rostom, Esquire
McMillan LLP

*Electronic Delivery*
jsirivar@mccarthy.ca
ghall@mccarthy.ca
bboake@mccarthy.ca
jgage@mccarthy.ca
emarques@mccarthy.ca
hmeredith@mccarthy.ca
psteep@mccarthy.ca
skour@mccarthy.ca
bdshaw@mccarthy.ca
kpeters@mccarthy.ca
Abbey Junior Sirivar, Esquire
Geoff R. Hall, Esquire
Barbara J. Boake, Esquire
James D. Gage, Esquire
Elder C. Marques, Esquire
Heather L. Meredith, Esquire
R. Paul Steep, Esquire
Sharon Ann Kour, Esquire
Bryon D. Shaw, Esquire
Kelly Peters, Esquire
McCarthy Tétrault LLP

*Electronic Delivery*
janice.payne@nelligan.ca
steven.levitt@nelligan.ca
christopher.rootham@nelligan.ca
Janice Payne, Esquire
Steven Levitt, Esquire
Christopher Rootham, Esquire
Nelligan O'Brien Payne LLP

*Electronic Delivery*
mriela@vedderprice.com
Michael J. Riela, Esquire
Vedder Price, P.C.

*Electronic Delivery*
arthur.jacques@shibleyrighton.com
thomas.mcrae@shibleyrighton.com
Arthur Jacques, Esquire
Thomas McRae, Esquire
Shibley Righton LLP

*Electronic Delivery*
tosullivan@counsel-toronto.com
slaubman@counsel-toronto.com
mgottlieb@counsel-toronto.com
twynne@counsel-toronto.com
pmichell@counsel-toronto.com
Terrence O'Sullivan, Esquire
Shaun Laubman, Esquire
Matthew Gottlieb, Esquire
Tracy Wynne, Esquire
Paul Michell, Esquire
Lax O'Sullivan Scott Lisus LLP

*Electronic Delivery*
jbromley@cgsh.com
lschweitzer@cgsh.com
hzelbo@cgsh.com
jrosenthal@cgsh.com
dstein@cgsh.com
mdecker@cgsh.com
jmoessner@cgsh.com
dqueen@cgsh.com
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Howard S. Zelbo, Esquire
Jeffrey A. Rosenthal, Esquire
Darryl G. Stein, Esquire
Marla Decker, Esquire
Jacqueline Moessner, Esquire
Daniel D. Queen, Esquire
Cleary Gottlieb Steen & Hamilton LLP

*Electronic Delivery*
tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
aslavens@torys.com
Tony DeMarinis,, Esquire
Scott A. Bomhof, Esquire
Sheila R. Block, Esquire
Andrew Gray, Esquire
Adam Slavens, Esquire
Torys LLP

*Electronic Delivery*
craig.barbarosh@kattenlaw.com
david.crichlow@kattenlaw.com
Karen.dine@kattenlaw.com
Craig A. Barbarosh, Esquire
David Crichlow, Esquire
Karen Dine, Esquire
Katten Muchin Roseman LLP

*Electronic Delivery*
mbarrack@tgf.ca
djmiller@tgf.ca
rlewis@tgf.ca
amcewan@tgf.ca
jfinnigan@tgf.ca
lwilliams@tgf.ca
Michael E. Barrack, Esquire
D.J. Miller, Esquire
Rebecca Lewis, Esquire
Andrea McEwan, Esquire
John L. Finnigan, Esquire
Leanne M. Williams, Esquire
Thornton Grout Finnigan LLP

*Electronic Delivery*
fhodara@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
rajohnson@akingump.com
bkahn@akingump.com
cdoniak@akingump.com
sgulati@akingump.com
(Counsel to Official Committee of
Unsecured Creditors)
Fred S. Hodara, Esq.
David H. Botter, Esq.
Abid Qureshi, Esq.
Robert A. Johnson, Esq.
Brad M. Kahn, Esq.
Christine D. Doniak, Esq.
Sunny Gulati, Esq.
Akin Gump Strauss Hauer & Feld LLP

*Electronic Delivery*
TKreller@milbank.com
JHarris@milbank.com
APisa@milbank.com
svora@milbank.com
aleblanc@milbank.com
mhirschfeld@milbank.com
amiller@milbank.com
tmatz@milbank.com
nbassett@milbank.com
gruha@milbank.com
rpojunas@milbank.com
Thomas R. Kreller, Esq.
Jennifer Harris, Esq.
Albert A. Pisa, Esq.
Samir Vora, Esq.
Andrew M. LeBlanc, Esq.
Michael L. Hirschfeld, Esq.
Atara Miller, Esq.
Thomas J. Matz, Esq.
Nicholas A. Bassett, Esq.
Gabrielle Ruha, Esq.
Rachel Pojunas, Esq.
Milbank Tweed Hadley & McCloy LLP

*Electronic Delivery*
ken.coleman@allenovery.com
paul.keller@allenovery.com
daniel.guyder@allenovery.com
laura.hall@allenovery.com
Joseph.Badtke-Berkow@AllenOvery.com
jonathan.cho@allenovery.com
Ken Coleman, Esq.
Paul B. Keller, Esq.
Daniel Guyder, Esq.
Laura Hall, Esq.
Paul Keller Allen & Overy, LLP

*Electronic Delivery*
kathleen.murphy@bipc.com
mary.caloway@bipc.com
Kathleen Murphy, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC

*Electronic Delivery*
dabbott@mnat.com
Aremming@mnat.com
tminott@mnat.com
Derek C. Abbott, Esq.
Andrew Remming, Esquire
Tamara K. Minott, Esquire
Morris, Nichols, Arsht & Tunnel LLP

*Electronic Delivery*
adler@hugheshubbard.com
oxford@hugheshubbard.com
tabataba@hugheshubbard.com
huberty@hugheshubbard.com
Derek J.T. Adler, Esq.
Neil Oxford, Esq.
Fara Tabatabai, Esq.
Charles Huberty, Esq.
Hughes Hubbard & Reed, LLP

*Electronic Delivery*
jason.gerstein@dlapiper.com
selinda.melnik@dlapiper.com
richard.hans@dlapiper.com
timothy.hoeffner@dlapiper.com
Selinda A. Melnik, Esq.
Richard F. Hans, Esq.
Timothy E. Hoeffner, Esq.
DLA Piper LLP

*Electronic Delivery*
angela.pearson@ashurst.com
Antonia.croke@ashurst.com
Angela Pearson, Esq.
Antonia Croke, Esq.
Ashurst

*Electronic Delivery*
boconnor@willkie.com
sadvani@willkie.com
ahanrahan@willkie.com
Brian E. O'Connor, Esq.
Sameer Advani, Esq.
Andrew Hanrahan, Esq.
Willkie Farr & Gallagher LLP

*Electronic Delivery*
amdg@hoganlovells.com
john.tillman@hoganlovells.com
Matthew.bullen@hoganlovells.com
david.graves@hoganlovells.com
Angela Dimsdale Gill, Esq.
John Tillman, Esq.
Matthew Bullen, Esq.
David Graves, Esq.
Hogan Lovells International LLP

*Electronic Delivery*
cdavis@bayardlaw.com
jalberto@bayardlaw.com
Charlene D. Davis, Esq.
Justin R. Alberto, Esq.
Bayard, P.A.

*Electronic Delivery*
Kenneth.kraft@dentons.com
john.salmas@dentons.com
Kenneth Kraft, Esq.
John Salmas, Esq.
Dentons Canada LLP

*Electronic Delivery*
csamis@wtplaw.com
kgood@wtplaw.com
Whiteford Taylor Preston