
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15990** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 4, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse

Sworn to before me this
4th day of August, 2015

/s/ Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>      Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000095093240 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000001025



PEOPLECLICK, INC.
TWO HANNOVER SQ 7TH FL
RALEIGH, NC 27601

Please note that your claim # 1063 in the above referenced case and in the amount of $69,923.00 allowed at $69,923.00 has been transferred (unless previously expunged by court order)

RONALD J. KUPFERMAN AND SCOTT B. HARPER
TRANSFEROR: PEOPLECLICK, INC.
FORMER SHAREHOLDERS OF PEOPLECLICK, INC
9999 COLLINS AVE., APT 2,
BAL HARBOUR, FL 33154

No action is required if you do not object to the transfer of your claim. However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    DISTRICT OF DELAWARE
    824 NORTH MARKET STREET, 3RD FLOOR
    WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   15990   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/04/2015           David D. Bird, Clerk of Co

                            /s/ Kimberly Murray Cruse
                            EPIQ BANKRUPTCY SOLUTIONS, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 4, 2015.

# EXHIBIT B

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



To:  CLEARY GOTTLIEB STEEN & HAMILTON LLP
     JAMES L. BROMLEY, ESQ.
     ONE LIBERTY PLAZA
     NEW YORK, NY 10006

Phone    212-225-2000                                              Fax    212-225-3999

NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PEOPLECLICK, INC. | TWO HANNOVER SQ 7TH FL, RALEIGH, NC 27601 |
| RONALD J. KUPFERMAN AND SCOTT B. HARPER | TRANSFEROR: PEOPLECLICK, INC., FORMER SHAREHOLDERS OF PEOPLECLICK, INC, 9999 COLLINS AVE., APT 2,, BAL HARBOUR, FL 33154 |

**Total Creditor Count 2**