## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ X : | |
| *In re* : | Chapter 11 |
| : | |
| Nortel Networks Inc., *et al.*, : | Case No. 09-10138 (KG) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| ------------------------------------------------------------ X | **Re: Docket No. 16000** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

I, Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that he is employed as Partner with the law firm of Whiteford, Taylor & Preston LLC, and that: (a) on the 3rd day of August, 2015, he caused the filed *Statement of the Official Committee of Unsecured Creditors of the Issues to Be Presented on Appeal* (the "Statement of Issues") to be served on the parties listed on **Exhibit A** hereto via email, and (b) on the 4th day of August, 2015, he caused the Statement of Issues to be served on the parties listed on **Exhibit B** hereto via hand-delivery or First Class Mail, as indicated thereon.

*[This section was intentionally left blank]*

Dated: August 5, 2015

WHITEFORD, TAYLOR & PRESTON LLC

/s/ Christopher M. Samis

Christopher M. Samis (No. 4909)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 357-3266
Facsimile: (302) 357-3288
Email: csamis@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 5th day of August 2015

_____
Notary Public

[Notary Seal: CHRISTINE M. MCALLISTER, MY COMMISSION EXPIRES May 6, 2016, NOTARY PUBLIC, STATE OF DELAWARE]