**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------------------ X<br>*In re*                                                                    :<br>Nortel Networks Inc., *et al.*,                                  :<br>                                     Debtors.                     :<br>                                                                              :<br>------------------------------------------------------------ X | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>Re: Docket No. 16002 |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

    I, Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that he is employed as Partner with the law firm of Whiteford, Taylor & Preston LLC, and that: (a) on the 3rd day of August, 2015, he caused the filed *Joint Designation by Appellants of Items to be Included in Record on Appeal* (the "Designation") to be served on the parties listed on **Exhibit A** hereto via email, and (b) on the 4th day of August, 2015, he caused the Designation to be served on the parties listed on **Exhibit B** hereto via hand-delivery or First Class Mail, as indicated thereon.

*[This section was intentionally left blank]*

Dated: August 5, 2015

WHITEFORD, TAYLOR & PRESTON LLC

_____
Christopher M. Samis (No. 4909)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 357-3266
Facsimile: (302) 357-3288
Email: csamis@wtplaw.com

SWORN TO AND SUBSCRIBED before
me this 5th day of August 2015
_____
Notary Public

*[Notary Seal: CHRISTINE M. MCALLISTER, MY COMMISSION EXPIRES May 6, 2016, NOTARY PUBLIC, STATE OF DELAWARE]*