# **EXHIBIT A**

**EXHIBIT A**

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 01, 2015 through May 31, 2015

| Project Category | Total Hours | Total Fees |
| --- | ---: | ---: |
| Fee and Employment Applications | 31.4 | $11,630.00 |
| Litigation | 235.10 | $194,642.00 |
| Analysis of Canadian Law | 63.60 | $51,229.50 |
| Canadian CCAA Proceedings/Matters | 192.90 | $120,242.50 |
| **TOTAL** | 523.0 | $377,744.00 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/05/2015 | Work on monthly fee application | 0.5 | 472.50 | 13010672 |
| Collins | Allan | 04/05/2015 | attention to monthly fee application; | 0.8 | 236.00 | 13043659 |
| Gray | William | 05/05/2015 | Quarterly fee application review | 0.4 | 378.00 | 13010685 |
| Bauer | Alison D. | 06/05/2015 | Review e-mail from T. Minott; review draft omnibus fee order | 0.3 | 252.00 | 13009523 |
| Gray | William | 06/05/2015 | Review fee application | 0.5 | 472.50 | 13010692 |
| Collins | Allan | 07/05/2015 | attention to monthly fee estimate; | 0.2 | 59.00 | 13041464 |
| Gray | William | 08/05/2015 | Review monthly and fee application | 0.5 | 472.50 | 13024063 |
| Collins | Allan | 13/05/2015 | attention to monthly fee application; | 2.3 | 678.50 | 13043658 |
| Collins | Allan | 14/05/2015 | finalize fee application and prepare for filing; | 2.9 | 855.50 | 13053395 |
| Collins | Allan | 15/05/2015 | attention to monthly and quarterly fee applications; | 2.3 | 678.50 | 13043309 |
| Bauer | Alison D. | 18/05/2015 | Review draft order for quarterly fees and correspondence from MNAT | 0.4 | 336.00 | 13031622 |
| Gray | William | 18/05/2015 | Review fee application order; review fee application hearing requirements | 0.4 | 378.00 | 13034806 |
| Collins | Allan | 18/05/2015 | attention to monthly and quarterly fee applications; | 1.7 | 501.50 | 13043305 |
| Collins | Allan | 19/05/2015 | attention to monthly fee application; | 2.4 | 708.00 | 13043307 |
| Collins | Allan | 20/05/2015 | attention to monthly and quarterly fee applications; | 3.8 | 1,121.00 | 13043304 |
| Collins | Allan | 22/05/2015 | attention to April fee application; | 2.4 | 708.00 | 13041459 |
| Bauer | Alison D. | 26/05/2015 | Communications with A. Collins on fee application (.2); review of fee application (0.2) | 0.4 | 336.00 | 13043503 |
| Collins | Allan | 26/05/2015 | confer with A. Bauer regarding fee application; | 0.2 | 59.00 | 13102628 |
| Bauer | Alison D. | 27/05/2015 | Communications with A. Collins on fee application (.2); review of fee application (0.3) | 0.5 | 420.00 | 13044370 |
| Collins | Allan | 27/05/2015 | attention to monthly and quarterly fee applications (5.0); confer with A. Bauer regarding same (0.2); | 5.2 | 1,534.00 | 13065611 |
| Collins | Allan | 28/05/2015 | attention to quarterly fee application; | 3.3 | 973.50 | 13065612 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Gray | William | 01/05/2015 | Work on appeal issues | 1.5 | 1,417.50 | 13010673 |
| Gray | William | 05/05/2015 | Work on appeal issues | 0.6 | 567.00 | 13010686 |
| Gray | William | 07/05/2015 | Work on appeal issues | 0.8 | 756.00 | 13010708 |
| Gray | William | 08/05/2015 | Review court dockets; review reported updates regarding decision; appeal issues | 0.9 | 850.50 | 13024062 |
| Gray | William | 11/05/2015 | Review dockets | 0.4 | 378.00 | 13025387 |
| Block | Sheila R. | 12/05/2015 | reviewing the reasons and discuss same internally; | 4.0 | 4,360.00 | 13018040 |
| Slavens | Adam | 12/05/2015 | reviewing decisions of Newbould J. and Judge Gross on allocation (7.5); email correspondence with S. Block, S. Bomhof and Cleary re same (0.5); office conferences with S. Bomhof and T. DeMarinis re same (2.5); | 10.5 | 8,137.50 | 13020081 |
| Bomhof | Scott A. | 12/05/2015 | reviewing notice from Ontario and Delaware Courts regarding release of allocation decisions and discuss review and appeal issues with A. Slavens and T. DeMarinis (2.0); review and analyze allocation decisions of Justice Newbould and Judge Gross (4.2); | 6.2 | 5,425.00 | 13024059 |
| DeMarinis | Tony | 12/05/2015 | review and analysis of allocation trial decisions, and discussions with Scott Bomhof, Adam Slavens, and Sheila Block regarding same; | 2.8 | 3,052.00 | 13034275 |
| Collins | Allan | 12/05/2015 | attention to decision; | 0.2 | 59.00 | 13053384 |
| Opolsky | Jeremy | 13/05/2015 | participating in conference call with Cleary Gottlieb and follow-up call with S. Bomhof, A. Slavens and S. Block (1.2); call with D. Stein (Cleary) re: decisions (.2); office conferences with A. Slavens re: trial decisions (1.0); office conference with S. Block and A. Slavens re: same (0.5); | 2.9 | 1,638.50 | 13022311 |
| Bauer | Alison D. | 13/05/2015 | read opinions (0.8); confer with A. Slavens regarding same (0.2); | 1.0 | 840.00 | 13022655 |
| Slavens | Adam | 13/05/2015 | reviewing and analyzing decisions of Newbould J. and Judge Gross on allocation (6.0); conference calls with S. Block, S. Bomhof, J. Opolsky, A. Bauer, and Cleary re same (1.2); office conference with J. Opolsky re same (1.0); office conference with S. Block and J. Opolsky re same (0.5); office conferences with I. Kara re same (0.3); compiling and reviewing settlement offers of parties presented at trial (1.0); | 10.0 | 7,750.00 | 13023303 |
| Slavens | Adam | 13/05/2015 | preparing appeal timeline re motion for leave to appeal; | 1.0 | 775.00 | 13023305 |
| Block | Sheila R. | 13/05/2015 | further review of decision (0.6); telephone call with Torys team and M. Cleary (1.2); office conference with A. Slavens and J. | 2.5 | 2,725.00 | 13023322 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | Opolsky regarding notice of appeal (0.5); telephone call with Jim Bromley regarding appeal steps (0.2); | | | |
| Gray | William | 13/05/2015 | Review court decisions regarding allocation trial | 1.6 | 1,512.00 | 13025414 |
| Bomhof | Scott A. | 13/05/2015 | reviewing and analyzing Ontario and Delaware rulings on allocation (2.5); conference call with S. Block, A. Slavens, Cleary and J. Ray regarding review of allocation decisions (1.0); reviewing press stories on allocation ruling (.3); telephone call with S. Kuklowitz regarding UCC views on allocation decisions (.4); reviewing memos and outlines of appeal options (1.2); | 5.4 | 4,725.00 | 13025427 |
| Kara | Irfan | 13/05/2015 | office conference with A. Slavens regarding opinions; | 0.3 | 94.50 | 13158636 |
| McCourt | Conor | 14/05/2015 | considering Ontario Superior Court decision (3.8); | 3.8 | 3,914.00 | 13023495 |
| Opolsky | Jeremy | 14/05/2015 | office conference with A. Slavens re appeal (1.0); office conference with A. Slavens A. Bogach, J. He and S. Danis re same (0.3); reviewing decisions and other relevant documents (2.3) | 3.6 | 2,034.00 | 13024612 |
| Kara | Irfan | 14/05/2015 | reading and reviewing Ontario Court's decision of allocation trial (1.0); | 1.0 | 315.00 | 13024970 |
| Gray | William | 14/05/2015 | Review Nortel decisions and impact and confer with S. Bomhof regarding same; | 3.3 | 3,118.50 | 13025419 |
| Bomhof | Scott A. | 14/05/2015 | reviewing law cited in Justice Newbould allocation ruling and consider appeal issues (2.1); telephone call with M. Gottlieb regarding allocation decisions (.4); prepare outline of findings of fact (2.0); prepare discussion points for potential leave to appeal materials and discuss same with W. Gray (1.3); | 5.8 | 5,075.00 | 13025434 |
| Slavens | Adam | 14/05/2015 | reviewing and analyzing decisions of Newbould J. and Judge Gross on allocation (5.0); office conference with J. Opolsky re same (1.0); office conference with S. Bomhof re same (0.8); office conference with J. Opolsky, A. Bogach, J. He and S. Danis re same (0.3); | 7.1 | 5,502.50 | 13026050 |
| He | Jessica | 14/05/2015 | office conference with J. Opolsky, A. Bogach, A. Salvens, and S. Danis regarding opinions re: allocation | 0.3 | 57.00 | 13164579 |
| Danis | Stacey | 14/05/2015 | office conference with J. Opolsky, A. Bogach, A. Salvens, and J. He regarding opinions re: allocation | 0.3 | 57.00 | 13164580 |
| Opolsky | Jeremy | 15/05/2015 | meeting with A. Slavens re: appeal (.8); office conference with S. Block re: appeal | 4.6 | 2,599.00 | 13025136 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | (.5); reviewing decisions and related documents (3.3) | | | |
| Kara | Irfan | 15/05/2015 | reading and reviewing Ontario Court's decision of allocation trial (0.5); | 0.5 | 157.50 | 13025797 |
| Bauer | Alison D. | 15/05/2015 | read opinions; | 2.0 | 1,680.00 | 13026723 |
| Block | Sheila R. | 15/05/2015 | office conference with J. Opolsky regarding appeal issues; | 0.5 | 545.00 | 13028035 |
| Slavens | Adam | 15/05/2015 | preparing notice of motion for leave to appeal allocation decision (7.4); office conference with J. Opolsky re same (0.8); | 8.2 | 6,355.00 | 13029380 |
| Slavens | Adam | 16/05/2015 | preparing notice of motion for leave to appeal allocation decision; | 2.6 | 2,015.00 | 13029396 |
| Gray | William | 16/05/2015 | Review court decision; work on appeal issues | 1.2 | 1,134.00 | 13034805 |
| Block | Sheila R. | 17/05/2015 | reviewing decision; | 3.8 | 4,142.00 | 13028048 |
| Bauer | Alison D. | 18/05/2015 | Attention to news summaries on opinions and issues | 0.2 | 168.00 | 13028960 |
| Slavens | Adam | 18/05/2015 | preparing notice of motion for leave to appeal allocation decision; | 2.0 | 1,550.00 | 13029414 |
| McCourt | Conor | 19/05/2015 | considering and responding to e-mail from Sheila Block regarding patent enforcement by exclusive licensee (0.6); | 0.6 | 618.00 | 13030497 |
| Bomhof | Scott A. | 19/05/2015 | meeting with S. Block to discuss Ontario allocation decision (.5); analyze issues related to appeal options and law on test for leave to appeal (3.5); | 4.0 | 3,500.00 | 13030572 |
| Kara | Irfan | 19/05/2015 | reading and reviewing US Court's decision of allocation trial (1.0); | 1.0 | 315.00 | 13031135 |
| Block | Sheila R. | 19/05/2015 | office conference with S. Bomhof to discuss issues arising from the Ontario allocation ruling (0.5); telephone call with J. Bromley regarding next steps (0.4); call with J. Opolsky (0.1); | 1.0 | 1,090.00 | 13031830 |
| Slavens | Adam | 19/05/2015 | preparing notice of motion for leave to appeal allocation decision; | 2.2 | 1,705.00 | 13032211 |
| Gray | William | 19/05/2015 | Review court decision and work on appeal issues | 2.2 | 2,079.00 | 13034813 |
| Slavens | Adam | 20/05/2015 | preparing notice of motion for leave to appeal allocation decision; | 6.4 | 4,960.00 | 13034257 |
| McCourt | Conor | 20/05/2015 | continuing analysis of Nortel decisions (4.0); | 4.0 | 4,120.00 | 13034340 |
| Gray | William | 20/05/2015 | Review court decision and review appeal issues | 2.7 | 2,551.50 | 13034817 |
| Gray | William | 21/05/2015 | Work on reviewing decision (0.7); work on appeal issues (0.5); | 1.2 | 1,134.00 | 13034830 |
| Opolsky | Jeremy | 21/05/2015 | call with M. Gurgel re: SNMP (.2); call with C. Armstrong (Goodmans) re: same (.2); office meeting with A. Slavens re: appeal issues (.3); drafting notice of appeal (2) | 2.7 | 1,525.50 | 13035892 |
| Kara | Irfan | 21/05/2015 | reviewing proposed findings of fact and conclusions of law of the US interests; | 0.5 | 157.50 | 13036134 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| McCourt | Conor | 21/05/2015 | continuing reading of Ontario and U.S. decisions in Nortel allocation proceedings (2.2); | 2.2 | 2,266.00 | 13037105 |
| Slavens | Adam | 21/05/2015 | office conference with J. Opolsky re appeal issues; | 0.3 | 232.50 | 13037273 |
| Slavens | Adam | 21/05/2015 | preparing notice of motion for leave to appeal allocation decision; | 6.9 | 5,347.50 | 13037277 |
| Gray | William | 22/05/2015 | Work on appeal issues and work on reviewing new Neubold and Gross decisions | 1.8 | 1,701.00 | 13034843 |
| McCourt | Conor | 22/05/2015 | completing analysis of Ontario and U.S. decisions in allocation proceedings (2.4); | 2.4 | 2,472.00 | 13037147 |
| Bomhof | Scott A. | 22/05/2015 | reviewing US and Canadian allocation decisions and prepare notes for potential appeal (2.8); discussing potential appeal issues with L. Schweitzer and A. Slavens (.7); telephone call with R. Swan and A. Slavens (.8); office conference with A. Slavens (.5); | 4.8 | 4,200.00 | 13038286 |
| Block | Sheila R. | 22/05/2015 | reviewing draft reconsideration materials (0.5); updates regarding discussions with Cleary and with Bennett Jones on next steps (0.3); | 0.8 | 872.00 | 13038865 |
| Slavens | Adam | 22/05/2015 | telephone calls with L. Schweitzer and S. Bomhof re appeal issues (0.7); telephone call with R. Swan and S. Bomhof re same (0.8); office conference with S. Bomhof re same (0.5); | 2.0 | 1,550.00 | 13039048 |
| Slavens | Adam | 22/05/2015 | preparing notice of motion for leave to appeal allocation decision; | 4.7 | 3,642.50 | 13039049 |
| Collins | Allan | 22/05/2015 | attention to case docket and distribute recently filed court order; | 0.2 | 59.00 | 13053410 |
| Slavens | Adam | 24/05/2015 | reviewing and commenting on draft US motion materials re motions on allocation judgments, appeals and related matters (3.8); reviewing comments of S. Block and S. Bomhof re same (0.5); email correspondence with S. Block, S. Bomhof, J. Opolsky and D. Stein re same (0.4); | 4.7 | 3,642.50 | 13039059 |
| Block | Sheila R. | 24/05/2015 | reviewing memoranda on law regarding claims on guarantees; | 0.6 | 654.00 | 13039080 |
| Block | Sheila R. | 25/05/2015 | telephone call with Cleary and Torys teams regarding next steps (0.5); reviewing draft motion materials and emails with Cleary and S. Bomhof regarding same (1.5); | 2.0 | 2,180.00 | 13039828 |
| Slavens | Adam | 25/05/2015 | conference call with Cleary and Torys teams re appeal issues (0.4); office meeting with S. Bomhof and J. Opolsky re same (0.2); telephone call with M. Wunder and S. Bomhof re same (0.5); | 1.1 | 852.50 | 13041533 |
| Slavens | Adam | 25/05/2015 | preparing motion materials re allocation judgments, appeals and related matters; | 2.9 | 2,247.50 | 13041536 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 25/05/2015 | reviewing and commenting on draft US motion materials re motions on allocation judgments, appeals and related matters (4.0); reviewing comments of S. Block and S. Bomhof re same (0.3); email correspondence with Cleary team re same (0.3); | 4.6 | 3,565.00 | 13041537 |
| Bomhof | Scott A. | 25/05/2015 | telephone call with S. Block, A. Slavens, J. Opolsky and Cleary team regarding appeal issues (.4); meeting with J. Opolsky and A. Slavens regarding appeal issues (.2); reviewing and revising motion for reconsideration (2.0); prepare Canadian filing materials regarding US motion for reconsideration (1.7); telephone call with A. Slavens and M. Wunder regarding motion for reconsideration (.5); prepare materials for CCAA proceedings regarding extension of time to seek leave to appeal (1.2); | 6.0 | 5,250.00 | 13044450 |
| Block | Sheila R. | 26/05/2015 | reviewing draft motion material re deficiency claims; emails and office conference with S. Bomhof regarding same (0.5); office conference with S. Bomhof regarding timing of motion materials and filings (0.2); and reviewing notice of motion for leave to appeal (1.0); | 1.7 | 1,853.00 | 13042043 |
| Slavens | Adam | 26/05/2015 | preparing and serving notice of filing and request for joint hearing; | 2.5 | 1,937.50 | 13043814 |
| Slavens | Adam | 26/05/2015 | preparing motion record and factum re motion returnable May 29, 2015; | 6.0 | 4,650.00 | 13043819 |
| Danis | Stacey | 27/05/2015 | meeting with J. Opolsky re: appeal and book of authorities; | 0.2 | 38.00 | 13043758 |
| Bauer | Alison D. | 27/05/2015 | Attention to motions for reconsideration | 0.5 | 420.00 | 13044371 |
| Opolsky | Jeremy | 27/05/2015 | meeting with S. Bomhof, S. Block and A. Slavens re: appeal issues (in part) (.5); meeting with S. Danis re: appeal issues (.2); revising NOM for leave (2.6); correspondence with Cleary re: SNMP (.2) | 3.5 | 1,977.50 | 13045266 |
| Slavens | Adam | 27/05/2015 | preparing and serving motion record re motion returnable May 29, 2015 (1.4); preparing factum re same (3.5); | 4.9 | 3,797.50 | 13045550 |
| Slavens | Adam | 27/05/2015 | meeting with S. Block, S. Bomhof and J. Opolsky re appeal issues (0.5); preparing for same (0.5); | 1.0 | 775.00 | 13045553 |
| Block | Sheila R. | 27/05/2015 | office conference with Torys team regarding notice of motion for leave (0.8); email to Cleary regarding motion for reconsideration and office conference with S. Bomhof regarding same (0.8); reviewing factum on extension of time for leave motion and office conference with A. Slavens and S. Bomhof regarding same (0.5); | 2.1 | 2,289.00 | 13045911 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 27/05/2015 | Communications with service list re motion for reconsideration and motion for extension of leave filing date (0.3); email correspondence with S. Block, S. Bomhof, J. Opolsky and L. Schweitzer re same (0.4); | 0.7 | 542.50 | 13046889 |
| Bomhof | Scott A. | 27/05/2015 | reviewing and revising notice of motion for leave to appeal and related materials (1.2); meet with Torys team regarding same (0.8); telephone call with Goodmans and notify service list regarding scheduling motion before Justice Newbould for motion to extent time to seek leave to appeal (.7); reviewing and revising motion materials, including factum for motion to extent time to seek leave to appeal (3.2); various telephone calls with Canadian counsel regarding requests for consent and/or comment on motion to extend time to seek leave to appeal (1.0); | 6.9 | 6,037.50 | 13046968 |
| Slavens | Adam | 28/05/2015 | Email correspondence with S. Bomhof and Cleary re chambers appointment (0.2); reviewing court documents filed re motion for reconsideration (2.0); | 2.2 | 1,705.00 | 13046890 |
| Bomhof | Scott A. | 28/05/2015 | prepare for and attend scheduling motion before Justice Newbould regarding motion to extend time to seek leave to appeal (2.0); report to Cleary with respect to directions from Justice Newbould and prepare notice of motion regarding reconsideration of Ontario decision (2.2); reviewing and revising notice of motion for leave to appeal (1.2); revising and finalizing factum regarding motion to extend time to seek leave to appeal (1.6); meet with S. Block and J. Opolsky regarding appeals issues (0.4); serve and file factum (.8); various telephone calls with counsel regarding request for consent or comments on motion to extend time to seek leave to appeal (1.3); | 9.5 | 8,312.50 | 13047320 |
| Opolsky | Jeremy | 28/05/2015 | attending chambers hearing before Newbould J. re: SNMP and extension of time to file leave to appeal motion (.8); office meeting with S. Bomhof and S. Block re: same and appeals issues (.4); drafting notice of motion re: reconsideration (4); preparing motion record re: same (1); reviewing and revising notice of motion re: appeal issues (.4); | 6.6 | 3,729.00 | 13047637 |
| Block | Sheila R. | 28/05/2015 | reviewing revised notice of motion for leave to appeal (0.5); finalizing factum for motion for extension of time (0.2); office conference with | 2.5 | 2,725.00 | 13050553 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 29/05/2015 | S. Bomhof and J. Opolsky regarding motion for extension of time for filing leave to appeal (0.4); preparation for motion, including review of draft motion for leave and discussion with J.Opolsky regarding same (0.6); preparation for motion for extension (0.8); email correspondence with S. Bomhof and Cleary re motion for reconsideration and extension of leave filing date (0.3); reviewing court documents filed re motion for reconsideration (1.5); | 1.8 | 1,395.00 | 13050926 |
| Block | Sheila R. | 29/05/2015 | preparation for motion for extension: reading record for reconsideration and notice for leave (1.0); attendance at court and in chambers (0.5); | 1.5 | 1,635.00 | 13051544 |
| Slavens | Adam | 31/05/2015 | reviewing court documents re motion for reconsideration and extension of leave filing date; | 1.1 | 852.50 | 13050928 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/05/2015 | conducting Canadian legal research re cost sharing motion; | 2.4 | 1,860.00 | 13003294 |
| Slavens | Adam | 04/05/2015 | conducting Canadian legal research re cost sharing motion; | 4.5 | 3,487.50 | 13007483 |
| Slavens | Adam | 07/05/2015 | conducting Canadian legal research re appeal considerations; | 2.1 | 1,627.50 | 13012273 |
| Slavens | Adam | 08/05/2015 | conducting Canadian legal research re cost sharing motion; | 3.0 | 2,325.00 | 13014199 |
| Slavens | Adam | 11/05/2015 | conducting Canadian legal research re cost sharing motion; | 1.8 | 1,395.00 | 13020060 |
| Slavens | Adam | 16/05/2015 | conducting Canadian legal research re motion for leave to appeal; | 2.7 | 2,092.50 | 13029395 |
| Bomhof | Scott A. | 19/05/2015 | research regarding Canadian legal issues related to pro rata determination of court for allocation (1.9); confer with J. Tobin regarding same (1.0); | 2.9 | 2,537.50 | 13030573 |
| Slavens | Adam | 19/05/2015 | conducting Canadian legal research re motion for leave to appeal; | 4.3 | 3,332.50 | 13032209 |
| Tobin | John | 19/05/2015 | telephone call with Scott Bomhof re tax allocation; | 1.0 | 1,000.00 | 13049886 |
| Bomhof | Scott A. | 20/05/2015 | research regarding Canadian legal issues related to potential appeal of Canadian allocation ruling; | 4.0 | 3,500.00 | 13038080 |
| Slavens | Adam | 21/05/2015 | conducting Canadian legal research re motion for leave to appeal; | 3.1 | 2,402.50 | 13037285 |
| Bomhof | Scott A. | 21/05/2015 | reviewing Canadian law on test for leave to appeal and research issues related to potential appeal of Canadian allocation ruling; | 3.2 | 2,800.00 | 13038083 |
| Yeo | Thomas | 21/05/2015 | reviewing decision of Ontario court; | 0.8 | 616.00 | 13039225 |
| Slavens | Adam | 22/05/2015 | conducting Canadian legal research re allocation judgments, appeals and related matters; | 2.2 | 1,705.00 | 13039052 |
| Slavens | Adam | 24/05/2015 | conducting Canadian legal research re allocation judgments, appeals and related matters; | 3.6 | 2,790.00 | 13039060 |
| Yeo | Thomas | 25/05/2015 | reviewing decision of Ontario court; | 1.5 | 1,155.00 | 13041075 |
| Slavens | Adam | 25/05/2015 | conducting Canadian legal research re allocation judgments, appeals and related matters; | 3.0 | 2,325.00 | 13041534 |
| Bomhof | Scott A. | 25/05/2015 | research regarding Canadian legal issues related to extension of time to appeal; | 3.0 | 2,625.00 | 13044451 |
| Yeo | Thomas | 26/05/2015 | reviewing allocation decision of Ontario court; | 0.4 | 308.00 | 13043203 |
| Slavens | Adam | 26/05/2015 | conducting Canadian legal research re allocation judgments, appeals and related matters; | 3.0 | 2,325.00 | 13043817 |
| Bomhof | Scott A. | 26/05/2015 | research regarding Canadian legal issues related to Ontario appeal of Canada allocation ruling; | 2.5 | 2,187.50 | 13046864 |
| Slavens | Adam | 27/05/2015 | conducting Canadian legal research re | 4.4 | 3,410.00 | 13045551 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | allocation judgments, appeals and related matters; | | | |
| Yeo | Thomas | 27/05/2015 | reviewing allocation decision of U.S. Court; | 1.4 | 1,078.00 | 13045770 |
| Bomhof | Scott A. | 29/05/2015 | research regarding issues related to Canadian motion for reconsideration; | 1.8 | 1,575.00 | 13054348 |
| Yeo | Thomas | 31/05/2015 | reviewing allocation decision of U.S. court; | 1.0 | 770.00 | 13051101 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/05/2015 | preparing CCAA court materials re cost sharing motion; | 5.3 | 4,107.50 | 13003295 |
| Bomhof | Scott A. | 04/05/2015 | reviewing revised Canadian motion materials regarding third party discovery cost-sharing motion; | 0.5 | 437.50 | 13004086 |
| Opolsky | Jeremy | 05/05/2015 | call with M Gurgel (Nortel) re: SNMP; | 0.2 | 113.00 | 13007048 |
| Slavens | Adam | 05/05/2015 | reviewing email correspondence from C. Armstrong re CCAA case matters (0.2); reviewing CCAA case court documents re same (1.5); | 1.7 | 1,317.50 | 13007612 |
| Bomhof | Scott A. | 05/05/2015 | exchange emails with Cleary regarding additional IP address sale by Canadian debtors; | 0.2 | 175.00 | 13008364 |
| Slavens | Adam | 06/05/2015 | reviewing chapter 11 case court documents re CCAA case; | 2.5 | 1,937.50 | 13010170 |
| Slavens | Adam | 06/05/2015 | reviewing motion materials re UKPT motion for leave to appeal; | 2.3 | 1,782.50 | 13010225 |
| Slavens | Adam | 07/05/2015 | reviewing email correspondence re cost sharing motion and comments on form of cost sharing order (0.2); reviewing CCAA case court documents re same (0.5); revising cost sharing motion materials (1.8); | 2.5 | 1,937.50 | 13012271 |
| Slavens | Adam | 08/05/2015 | preparing CCAA court materials re cost sharing motion; | 3.0 | 2,325.00 | 13014198 |
| Bomhof | Scott A. | 11/05/2015 | reviewing third party subpoena cost sharing materials and update Canadian filing materials; | 1.0 | 875.00 | 13017256 |
| Opolsky | Jeremy | 12/05/2015 | reviewing trial decisions | 3.2 | 1,808.00 | 13019198 |
| DeMarinis | Tony | 13/05/2015 | review financial analysis of trial decision (0.4); consideration of trial decisions and impact of same, and related communications (2.5); | 2.9 | 3,161.00 | 13034280 |
| Slavens | Adam | 14/05/2015 | reviewing CCAA case court documents re claims against Canadian Debtors; | 3.3 | 2,557.50 | 13026053 |
| Bogach | Alex | 14/05/2015 | reviewing ONSCJ decision; | 0.4 | 76.00 | 13029533 |
| DeMarinis | Tony | 14/05/2015 | analysis and consideration of legal matters in relation to cross-border decisions on allocation trial, and related communications; | 2.5 | 2,725.00 | 13034285 |
| Bomhof | Scott A. | 15/05/2015 | reviewing and analyzing allocation rulings of Justice Newbould and Judge Gross and consider appeal and/or motion to vary issues (5.5); discuss same with W. Gray (0.3) internal discussion with S. Nickerson regarding employee liabilities (0.2); | 6.0 | 5,250.00 | 13028053 |
| Gray | William | 15/05/2015 | Conference with S. Bomhof (0.3); review decision and work on appeal issues (3.3); | 3.6 | 3,402.00 | 13034800 |
| Nickerson | Susan | 15/05/2015 | discussion with Scott Bomhof regarding research on employee liabilities; | 0.2 | 170.00 | 13062772 |
| Opolsky | Jeremy | 16/05/2015 | reviewing trial decision (.6); drafting notice of motion (1); | 1.6 | 904.00 | 13026698 |
| Bomhof | Scott A. | 16/05/2015 | reviewing US and Canadian allocation decisions and underlying factual submission and expert | 3.0 | 2,625.00 | 13028057 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bogach | Alex | 16/05/2015 | evidence; reviewing Proposed Findings of Fact and Conclusions of Law; | 1.0 | 190.00 | 13029698 |
| He | Jessica | 17/05/2015 | reading decision of the Ontario Court of Justice (2.5); reading decision of the United States Court Delaware (2.5); | 5.0 | 950.00 | 13029708 |
| Block | Sheila R. | 18/05/2015 | further review of decision (1.8); preparation for call, reviewing memo from Cleary (0.2); telephone call with Cleary and Torys teams regarding next steps (0.8); | 2.8 | 3,052.00 | 13028054 |
| Bomhof | Scott A. | 18/05/2015 | reviewing allocation decision of Newbould J. and exchange messages with S. Block with respect to same (1.8); confer with W. Gray regarding decisions (0.3); prepare for and attend conference call with S. Block, A. Slavens, J. Opolsky and Cleary team regarding next steps (1.2); follow-up call with A. Slavens (0.3); | 3.6 | 3,150.00 | 13028058 |
| Opolsky | Jeremy | 18/05/2015 | call with Cleary and Torys re: reconsideration and appeal (.9); preparing for same call (.6) | 1.5 | 847.50 | 13028985 |
| Slavens | Adam | 18/05/2015 | conference call re appeal and reconsideration matters with S. Block, S. Bomhof, J. Opolsky, J. Ray and Cleary team (0.7); preparing for same (0.5); follow-up telephone call with S. Bomhof re same (0.3); | 1.5 | 1,162.50 | 13029412 |
| Danis | Stacey | 18/05/2015 | reviewing trial court decision (Ontario) (2.5); reviewing trial court decision (Delaware) (2.0); | 4.5 | 855.00 | 13029699 |
| Gray | William | 18/05/2015 | Review appeal decision (1.0); conference with S. Bomhof (0.3); work on appeal issues (0.6); review substantive consolidation matters (2.0); | 3.9 | 3,685.50 | 13034807 |
| Bogach | Alex | 19/05/2015 | reviewing ONSCJ decision; | 2.1 | 399.00 | 13029538 |
| Opolsky | Jeremy | 19/05/2015 | reviewing documents re: potential appeal; | 0.7 | 395.50 | 13031205 |
| DeMarinis | Tony | 19/05/2015 | review hardship fund increase motion materials; | 0.2 | 218.00 | 13034297 |
| Danis | Stacey | 20/05/2015 | reviewing post-trial findings of fact; | 2.0 | 380.00 | 13031564 |
| Danis | Stacey | 20/05/2015 | meeting with J. Opolsky, A. Slavens and J. He re: appeal issues (1); | 1.0 | 190.00 | 13032134 |
| He | Jessica | 20/05/2015 | meeting with A. Slavens, J. He and S. Danis re: appeal issues (1.0); researching for re-appeal (0.5); | 1.5 | 285.00 | 13032135 |
| Danis | Stacey | 20/05/2015 | conducting legal research re: appeal; | 2.5 | 475.00 | 13032246 |
| Opolsky | Jeremy | 20/05/2015 | Office meetings (in part) with S. Block, S. Bomhof, A. Slavens re: appeal issues (1.5); Call with Canadian counsel for UCC and Torys team (.8); Office meeting with A. Slavens re: appeal issues (.2); meeting with A. Slavens, J. He and S. Danis re: appeal issues (1); drafting notice of motion (2.7); office | 6.4 | 3,616.00 | 13033265 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 20/05/2015 | conference with S. Block regarding appeal issues (0.2); meeting with S. Bomhof, A. Slavens and J. Opolsky regarding appeal issues (1.2); conference call with Canadian counsel for UCC and the Torys team (0.8); further office meeting with J. Opolsky regarding appeal issues (0.2); | 2.2 | 2,398.00 | 13034230 |
| Slavens | Adam | 20/05/2015 | office conferences (in part) with S. Block, S. Bomhof, J. Opolsky re appeal issues (1.5); conference call with S. Block, S. Bomhof, J. Opolsky and Cassels Brock re same (0.8); conference call with S. Bomhof and L. Schweitzer re same (0.5); attending meeting with J. Opolsky, J. He and S. Danis re same (1.0); | 3.8 | 2,945.00 | 13034256 |
| Slavens | Adam | 20/05/2015 | reviewing motion record re motion returnable May 29, 2015; | 0.9 | 697.50 | 13034259 |
| Bomhof | Scott A. | 20/05/2015 | reviewing Canadian and US allocation decisions and consider potential appeal issues (2.1); meeting with S. Block, J. Opolsky and A. Slavens regarding appeal issues (1.3); telephone call with Canadian counsel to UCC regarding appeal issues (.8); | 4.2 | 3,675.00 | 13038079 |
| Danis | Stacey | 21/05/2015 | conducting research re: appeal; | 1.0 | 190.00 | 13032638 |
| DeMarinis | Tony | 21/05/2015 | consideration of matters relating to trial decision, and related materials; | 1.0 | 1,090.00 | 13051499 |
| Opolsky | Jeremy | 22/05/2015 | call with M. Gurgel re: SNMP (.2); call with C. Armstrong (Goodmans) re: same (.2); drafting notice of appeal (.3); | 0.7 | 395.50 | 13036235 |
| Danis | Stacey | 22/05/2015 | researching legal issues re: appeal (1.1); consult with C. Mauro regarding same (0.3); | 1.4 | 266.00 | 13036691 |
| Mauro | Clare | 22/05/2015 | consulting internally/assisting student with legal research (S. Danis); | 0.3 | 105.00 | 13036817 |
| He | Jessica | 22/05/2015 | researching for re-appeal (0.8)); consulting with C. Mauro regarding same (0.3); | 1.1 | 209.00 | 13037155 |
| Mauro | Clare | 22/05/2015 | consulting internally/assisting student with legal research (J. He); | 0.3 | 105.00 | 13037247 |
| Danis | Stacey | 22/05/2015 | researching question of law re: appeal; | 1.4 | 266.00 | 13037484 |
| Slavens | Adam | 22/05/2015 | preparing motion materials re allocation judgments, appeals and related matters; | 1.6 | 1,240.00 | 13039051 |
| Nickerson | Susan | 22/05/2015 | review relating to employee liabilities; | 1.1 | 935.00 | 13060916 |
| He | Jessica | 23/05/2015 | researching for re-appeal; | 5.0 | 950.00 | 13037617 |
| Bomhof | Scott A. | 23/05/2015 | reviewing draft motion for reconsideration and providing comments on same (1.5); telephone call with S. Block, A. Slavens, J. Opolsky and Cleary team regarding allocation decision review (.6); | 2.1 | 1,837.50 | 13038293 |
| Block | Sheila R. | 23/05/2015 | further review of draft reconsideration | 4.3 | 4,687.00 | 13039044 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | materials and revising same (3.2); telephone call with S. Bomhof, A. Slavens, J. Opolsky regarding Canadian motion materials (0.6); revisions to drafts of email regarding same to Cleary and emails to A. Slavens regarding revisions (0.5); | | | |
| Slavens | Adam | 23/05/2015 | conference call with S. Block, S. Bomhof and J. Opolsky re appeal issues and action plan (0.6); preparing reporting email to Cleary re same (3.0); | 3.6 | 2,790.00 | 13039054 |
| Slavens | Adam | 23/05/2015 | preparing motion materials re allocation judgments, appeals and related matters; | 3.3 | 2,557.50 | 13039055 |
| Opolsky | Jeremy | 23/05/2015 | call with S. Block, A. Slavens and S. Bomhof re: appeal issues (.6); reviewing documents and correspondence re: same (.4); | 1.0 | 565.00 | 13039332 |
| He | Jessica | 24/05/2015 | researching for re-appeal; | 4.9 | 931.00 | 13037648 |
| Danis | Stacey | 24/05/2015 | researching legal issue re: appeal; | 3.4 | 646.00 | 13037652 |
| He | Jessica | 25/05/2015 | researching for re-appeal; | 0.8 | 152.00 | 13038571 |
| He | Jessica | 25/05/2015 | researching for re-appeal; | 0.8 | 152.00 | 13038730 |
| Danis | Stacey | 25/05/2015 | researching legal issue re: appeal; | 2.5 | 475.00 | 13038734 |
| Danis | Stacey | 25/05/2015 | meeting with J. Opolsky and J. He re: appeal; | 0.3 | 57.00 | 13039075 |
| He | Jessica | 25/05/2015 | meeting with J. Opolsky and S. Denis; | 0.3 | 57.00 | 13039082 |
| He | Jessica | 25/05/2015 | researching for re-appeal; | 2.9 | 551.00 | 13039087 |
| Danis | Stacey | 25/05/2015 | researching legal issue re: appeal; | 2.2 | 418.00 | 13039147 |
| Opolsky | Jeremy | 25/05/2015 | call with Cleary and Tory teams re: appeal issue (.4); office meeting with S. Bomhof and A. Slavens re: same (.2); office meeting with S. Danis and J. He re: same (.3); reviewing and revising motion for reconsideration (1.7); legal research re: same (0.7); | 3.3 | 1,864.50 | 13040477 |
| DeMarinis | Tony | 25/05/2015 | consideration of appeal matters in the proceedings, and review of related materials; | 1.7 | 1,853.00 | 13051509 |
| Nickerson | Susan | 25/05/2015 | review relating to employee liabilities; | 2.5 | 2,125.00 | 13060936 |
| He | Jessica | 26/05/2015 | researching for re-appeal; | 3.4 | 646.00 | 13040966 |
| Danis | Stacey | 26/05/2015 | researching legal issue re: appeal; | 2.4 | 456.00 | 13041246 |
| Danis | Stacey | 26/05/2015 | meeting with A. Slavens re: appeal; | 0.2 | 38.00 | 13041503 |
| Danis | Stacey | 26/05/2015 | meeting with C. Mauro re: appeal; | 0.2 | 38.00 | 13041506 |
| Opolsky | Jeremy | 26/05/2015 | reviewing and revising motion for reconsideration (.3); correspondence with Cleary Gottlieb re: the same (.2); reviewing correspondence and draft protective order re: SNMP (.3); revising draft protective order (.3); correspondence with Cleary Gottlieb re: the same (.2); call with D. Stein (Cleary) re: motion for reconsideration (.1); call with M. Gurgel re: SNMP (.2); reviewing CCAA filings re: same (0.7) | 2.3 | 1,299.50 | 13042581 |
| Mauro | Clare | 26/05/2015 | preparing for and consulting internally/assisting student with legal | 0.3 | 105.00 | 13042888 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 26/05/2015 | research (S. Danis); reviewing and providing comments on US reconsideration motion (1.5); revising and finalizing Canadian filing for joint hearing (1.0); telephone call with M. Wunder regarding reconsideration motion (.2); reviewing UCC joinder to motion for reconsideration and Ad Hoc Committee motion for reconsideration (.4); revising draft CCAA motion to extend time to seek leave to appeal (3.0); | 6.1 | 5,337.50 | 13046863 |
| Lee | Jennifer | 26/05/2015 | library research re locating commentary (Jessica He); | 0.4 | 140.00 | 13059504 |
| Nickerson | Susan | 26/05/2015 | reviewing pension-related documents and CCAA documents regarding Canadian debtor of various employee liabilities; | 3.2 | 2,720.00 | 13060968 |
| He | Jessica | 27/05/2015 | researching for re-appeal; | 2.8 | 532.00 | 13043068 |
| Danis | Stacey | 27/05/2015 | drafting notes on legal issue re: appeal; | 0.9 | 171.00 | 13043071 |
| Danis | Stacey | 27/05/2015 | creating book of authorities re: appeal (0.9); creating sidebars (0.5); editing brief of authorities (0.3); | 1.7 | 323.00 | 13043865 |
| DeMarinis | Tony | 27/05/2015 | review, analysis and planning regarding motion for reconsideration, trial decisions, and related matters; | 2.0 | 2,180.00 | 13051528 |
| DeMarinis | Tony | 28/05/2015 | review of appeal period extension motion materials (0.3); reading reconsideration request documents (0.6); review factum and book of authorities (0.4); review bondholder submissions (0.1); U.S. reconsideration motion review (0.4); | 1.8 | 1,962.00 | 13060900 |
| Danis | Stacey | 29/05/2015 | attending hearing for nortel re: motion for extension; | 1.6 | 304.00 | 13048337 |
| Opolsky | Jeremy | 29/05/2015 | Attending hearing before Newbould J. re: extension of time for appeal (1); meeting with J. He re: legal research (.4); correspondence with service list re: same (.2); correspondence with S. Bomhof re: same (.2); revising notice of motion re: appeal (.8); correspondence with Cleary Gottlieb re: same (.2); | 2.7 | 1,525.50 | 13048568 |
| He | Jessica | 29/05/2015 | researching for re-appeal; | 0.2 | 38.00 | 13048793 |
| He | Jessica | 29/05/2015 | meet with J. Opolsky re: appeal; | 0.4 | 76.00 | 13048821 |
| Bomhof | Scott A. | 29/05/2015 | prepare for and attend motion before Justice Newbould regarding extension of time to seek leave to appeal (3.2); distribute revised order to Goodmans for comment and finalize order for delivery to Justice Newbould (1.0); telephone call with Cleary regarding update on motion before Justice Newbould and discussion of date for hearing (1.0); exchange emails with | 5.6 | 4,900.00 | 13054343 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 29/05/2015 | Goodmans regarding scheduling of motion to reconsider (.4); review of reconsideration request filings and related matters (0.8); consideration of issues regarding reconsideration and appeal matters (0.9); | 1.7 | 1,853.00 | 13060911 |
| Bomhof | Scott A. | 31/05/2015 | reviewing reconsideration materials and various e-mail exchanges with Cleary and MNAT regarding scheduling dispute with Canadian debtors; | 1.0 | 875.00 | 13056716 |