# **<u>EXHIBIT B</u>**

# EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 01, 2015 through May 31, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Motion | | $210.54 |
| Process Server Filing | | $87.03 |
| Telephone | Long Distance | $4.06 |
| Duplicating/Printing | 8,658 pages@ .10 per pg | $865.80 |
| Binding Charges/Exhibit Tabs | | $116.46 |
| Computer Research | Quicklaw / Westlaw | $1,815.62 |
| Copy Preparation | | $8.29 |
| Computerized Court Searches | | $6.60 |
| **Grand Total Expenses** | | **$3,114.40** |

| | | | | |
|---|---|---|---|---|
| 87 | Motion | 27/05/2015 | 105.27 | 1 Motion |
| | | | | 2 McConville, Michael; Filing Fees - Non Taxable |
| | | | | 3 court filing fee from ATG |
| 87 | Motion | 29/05/2015 | 105.27 | 1 Motion |
| | | | | 2 McConville, Michael; Filing Fees - Non Taxable |
| | | | | 3 court filing fee from ATG |
| | | | **$ 210.54** | |
| 271 | Process Server Filing | 27/05/2015 | 29.01 | 1 filing U.S. Debtors' motion record and |
| | | | | 2 affidavit of service; |
| 271 | Process Server Filing | 27/05/2015 | 29.01 | 1 filing notice of filing in the U.S. Debtor's |
| | | | | 2 Chapter 11 cases of the U.S. debtors' motion |
| | | | | 3 for clarification and affidavit of service; |
| 271 | Process Server Filing | 29/05/2015 | 29.01 | 1 filing U.S. Debtors' motion record and |
| | | | | 2 affidavit of Jeremy Opolsky sworn May 29, 2015; |
| | | | **$ 87.03** | |
| 800 | Telephone Call | 13/05/2015 | 0.04 | 1 Telephone Call |
| | | | | 2 12122252264 - New York, NY - |
| | | | | 3 Time: 11:42 - Dur: 0.58 |
| 800 | Telephone Call | 13/05/2015 | 0.46 | 1 Telephone Call |
| | | | | 2 12122252264 - New York, NY - |
| | | | | 3 Time: 15:05 - Dur: 10.95 |
| 800 | Telephone Call | 13/05/2015 | 0.08 | 1 Telephone Call |
| | | | | 2 12122252264 - New York, NY - |
| | | | | 3 Time: 16:28 - Dur: 1.78 |
| 800 | Telephone Call | 18/05/2015 | 0.04 | 1 Telephone Call |
| | | | | 2 12122252264 - New York, NY - |
| | | | | 3 Time: 14:40 - Dur: 0.48 |
| 800 | Telephone Call | 18/05/2015 | 0.08 | 1 Telephone Call |
| | | | | 2 12122252264 - New York, NY - |
| | | | | 3 Time: 16:18 - Dur: 1.10 |
| 800 | Telephone Call | 19/05/2015 | 0.04 | 1 Telephone Call |
| | | | | 2 12122252264 - New York, NY - |
| | | | | 3 Time: 12:53 - Dur: 0.97 |
| 800 | Telephone Call | 19/05/2015 | 1.08 | 1 Telephone Call |
| | | | | 2 12122252264 - New York, NY - |
| | | | | 3 Time: 15:51 - Dur: 25.77 |
| 800 | Telephone Call | 23/05/2015 | 2.24 | 1 Telephone Call |
| | | | | 2 Global Crossing, Inv # 19125122 SLAVENS, ADAM |
| | | | **$ 4.06** | |
| 801 | Copies | 14/05/2015 | 0.60 | 1 Copies |
| 801 | Copies | 19/05/2015 | 0.10 | 1 Copies |
| 801 | Copies | 26/05/2015 | 4.20 | 1 Copies |
| 801 | Copies | 27/05/2015 | 69.30 | 1 Copies |
| 801 | Copies | 27/05/2015 | 2.40 | 1 Copies |
| 801 | Copies | 28/05/2015 | 0.60 | 1 Copies |
| 801 | Copies | 28/05/2015 | 65.40 | 1 Copies |
| 801 | Copies | 29/05/2015 | 32.00 | 1 Copies |
| 808 | Laser Printing | 04/05/2015 | 0.90 | 1 Laser Printing |
| 808 | Laser Printing | 12/05/2015 | 78.80 | 1 Laser Printing |
| 808 | Laser Printing | 12/05/2015 | 22.80 | 1 Laser Printing |

**Nortel**
**May 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 808 | Laser Printing | 13/05/2015 | 0.50 | 1 Laser Printing |
| 808 | Laser Printing | 13/05/2015 | 1.30 | 1 Laser Printing |
| 808 | Laser Printing | 13/05/2015 | 0.30 | 1 Laser Printing |
| 808 | Laser Printing | 13/05/2015 | 5.90 | 1 Laser Printing |
| 808 | Laser Printing | 13/05/2015 | 2.10 | 1 Laser Printing |
| 808 | Laser Printing | 13/05/2015 | 146.20 | 1 Laser Printing |
| 808 | Laser Printing | 14/05/2015 | 1.60 | 1 Laser Printing |
| 808 | Laser Printing | 14/05/2015 | 0.20 | 1 Laser Printing |
| 808 | Laser Printing | 14/05/2015 | 61.20 | 1 Laser Printing |
| 808 | Laser Printing | 15/05/2015 | 2.20 | 1 Laser Printing |
| 808 | Laser Printing | 16/05/2015 | 0.10 | 1 Laser Printing |
| 808 | Laser Printing | 18/05/2015 | 1.40 | 1 Laser Printing |
| 808 | Laser Printing | 19/05/2015 | 0.20 | 1 Laser Printing |
| 808 | Laser Printing | 19/05/2015 | 10.00 | 1 Laser Printing |
| 808 | Laser Printing | 19/05/2015 | 14.90 | 1 Laser Printing |
| 808 | Laser Printing | 20/05/2015 | 7.60 | 1 Laser Printing |
| 808 | Laser Printing | 20/05/2015 | 1.30 | 1 Laser Printing |
| 808 | Laser Printing | 20/05/2015 | 24.80 | 1 Laser Printing |
| 808 | Laser Printing | 20/05/2015 | 4.40 | 1 Laser Printing |
| 808 | Laser Printing | 20/05/2015 | 24.90 | 1 Laser Printing |
| 808 | Laser Printing | 21/05/2015 | 0.30 | 1 Laser Printing |
| 808 | Laser Printing | 21/05/2015 | 2.50 | 1 Laser Printing |
| 808 | Laser Printing | 22/05/2015 | 0.30 | 1 Laser Printing |
| 808 | Laser Printing | 22/05/2015 | 13.00 | 1 Laser Printing |
| 808 | Laser Printing | 22/05/2015 | 2.60 | 1 Laser Printing |
| 808 | Laser Printing | 22/05/2015 | 6.60 | 1 Laser Printing |
| 808 | Laser Printing | 25/05/2015 | 3.50 | 1 Laser Printing |
| 808 | Laser Printing | 25/05/2015 | 12.80 | 1 Laser Printing |
| 808 | Laser Printing | 25/05/2015 | 11.60 | 1 Laser Printing |
| 808 | Laser Printing | 25/05/2015 | 1.80 | 1 Laser Printing |
| 808 | Laser Printing | 25/05/2015 | 3.20 | 1 Laser Printing |
| 808 | Laser Printing | 25/05/2015 | 1.00 | 1 Laser Printing |
| 808 | Laser Printing | 25/05/2015 | 6.50 | 1 Laser Printing |
| 808 | Laser Printing | 25/05/2015 | 2.80 | 1 Laser Printing |
| 808 | Laser Printing | 26/05/2015 | 5.00 | 1 Laser Printing |
| 808 | Laser Printing | 26/05/2015 | 5.10 | 1 Laser Printing |
| 808 | Laser Printing | 26/05/2015 | 1.70 | 1 Laser Printing |
| 808 | Laser Printing | 26/05/2015 | 3.90 | 1 Laser Printing |
| 808 | Laser Printing | 26/05/2015 | 2.40 | 1 Laser Printing |
| 808 | Laser Printing | 26/05/2015 | 14.00 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 0.60 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 9.60 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 2.00 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 2.30 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 0.50 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 1.20 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 12.70 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 24.30 | 1 Laser Printing |
| 808 | Laser Printing | 27/05/2015 | 8.80 | 1 Laser Printing |
| 808 | Laser Printing | 28/05/2015 | 13.10 | 1 Laser Printing |
| 808 | Laser Printing | 28/05/2015 | 3.20 | 1 Laser Printing |
| 808 | Laser Printing | 28/05/2015 | 68.10 | 1 Laser Printing |
| 808 | Laser Printing | 28/05/2015 | 4.20 | 1 Laser Printing |

| Code | Description | Date | Amount | Detail |
|---|---|---|---|---|
| 808 | Laser Printing | 28/05/2015 | 0.30 | 1 Laser Printing |
| 808 | Laser Printing | 28/05/2015 | 6.70 | 1 Laser Printing |
| 808 | Laser Printing | 29/05/2015 | 0.80 | 1 Laser Printing |
| 808 | Laser Printing | 29/05/2015 | 11.70 | 1 Laser Printing |
| 4808 | Laser Printing | 13/05/2015 | 1.10 | 1 Laser Printing |
| 4808 | Laser Printing | 15/05/2015 | 0.10 | 1 Laser Printing |
| 4808 | Laser Printing | 22/05/2015 | 0.70 | 1 Laser Printing |
| 4808 | Laser Printing | 26/05/2015 | 1.80 | 1 Laser Printing |
| 4808 | Laser Printing | 26/05/2015 | 0.70 | 1 Laser Printing |
| 4808 | Laser Printing | 26/05/2015 | 0.10 | 1 Laser Printing |
| 4808 | Laser Printing | 27/05/2015 | 1.80 | 1 Laser Printing |
| 4808 | Laser Printing | 28/05/2015 | 0.40 | 1 Laser Printing |
| 4808 | Laser Printing | 28/05/2015 | 0.20 | 1 Laser Printing |
|  |  |  | **$ 865.80** |  |
| 811 | Binding Charges | 12/05/2015 | 14.92 | 1 Binding Charges |
|  |  |  |  | 2 Dec-05-15, A Slavens, Binding Charges, x6, /TW |
| 811 | Binding Charges | 13/05/2015 | 29.84 | 1 Binding Charges |
|  |  |  |  | 2 May-13-15, F Calamusa, Binding Charges, x12, 3 /TW/JS |
| 811 | Binding Charges | 14/05/2015 | 2.49 | 1 Binding Charges |
|  |  |  |  | 2 May-14-15, F Calamusa, Binding Charges, x1, /MM |
| 811 | Binding Charges | 27/05/2015 | 12.43 | 1 Binding Charges |
|  |  |  |  | 2 May-27-15, C Palladino, Binding Charges, x5, /TW |
| 811 | Binding Charges | 29/05/2015 | 34.81 | 1 Binding Charges |
|  |  |  |  | 2 May-29-15, C Pellegreeni, Binding Charges, x14, 3 /TW /JS/MM |
| 844 | Exhibit Tabs | 27/05/2015 | 7.46 | 1 Exhibit Tabs |
|  |  |  |  | 2 May-27-15, C Palladino, Exhibit Tabs, x36, /TW |
| 844 | Exhibit Tabs | 29/05/2015 | 14.51 | 1 Exhibit Tabs |
|  |  |  |  | 2 May-29-15, C Pellegreeni, Exhibit Tabs, x70, /TW 3 /JS/MM |
|  |  |  | **$ 116.46** |  |
| 885 | On Line Research Charges - Quicklaw | 20/05/2015 | 20.72 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 20/05/2015 | 2.49 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 21/05/2015 | 58.02 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 22/05/2015 | 54.72 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 22/05/2015 | 62.17 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 23/05/2015 | 35.64 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 24/05/2015 | 2.49 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 24/05/2015 | 124.34 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 25/05/2015 | 173.25 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 25/05/2015 | 243.69 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/05/2015 | 175.73 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/05/2015 | 186.50 | 1 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 27/05/2015 | 11.61 | 1 On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 12/05/2015 | 51.60 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/05/2015 | 19.28 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 21/05/2015 | 30.77 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/05/2015 | 23.00 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/05/2015 | 34.50 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 24/05/2015 | 107.55 | 1 On Line Research Charges -WestlaweCarswell Incl. |

**Nortel**
**May 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/05/2015 | 198.62 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/05/2015 | 27.35 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/05/2015 | 48.80 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/05/2015 | 65.27 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/05/2015 | 11.50 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/05/2015 | 46.01 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 1,815.62** | |
| 954 | Copy Preparation | 27/05/2015 | $ 8.29 | 1 Copy Preparation labour; |
| | | | | 2 May-27-15, C Palladino, Hand Labour, 15 min., |
| | | | | 3 /TW |
| 4147 | Computerized Court Searches | 14/05/2015 | 0.60 | 1 Computerized Court Searches |
| | | | | 2 Pacer |
| 4147 | Computerized Court Searches | 14/05/2015 | 6.00 | 1 Computerized Court Searches |
| | | | | 2 Pacer |
| | | | **$ 6.60** | |
| | | | **$ 3,114.40** | |