**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2015, the Pension Benefit Guaranty Corporation's Statement of the Issues to Be Presented on Appeal was served on all parties who are registered users of the Court's CM/ECF system.

                                                /s/ Vicente Matias Murrell
                                                Vicente Matias Murrell