# United States Bankruptcy Court
## District of Delaware

In re NORTEL NETWORKS INC., et al.          Case No. 09-10138
                                            (Jointly Administered)

                                            Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **M. Scott Johnson & Associates** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **M. Scott Johnson & Associates**<br>d/b/a West Virginia Ins.<br>130 Brookshire Lane<br>Beckley, WV 25801 |

**Claim No. 5339 for $20,000.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____          Date: _____August 7, 2015_____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

M. Scott Johnson and Associates, Inc. dba West Virginia Insurance Agency, its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claim assigned claim no. 5339 (the "Claim"), in the principal amount listed of $20,000.00 against Nortel Networks, Inc., the Debtor, in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware, case no. 09-10138 (KG) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 28 day of July, 2015

(Assignor)
M. SCOTT JOHNSON AND ASSOCIATES, INC.
DBA WEST VIRGINIA INSURANCE AGENCY

By: *(signed)*
Name: Jereme Evans
Title: V.P.

(Assignor)
WITNESS:

By: *(signed)*
Name: Teresa Johnson
Title: Pres.

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: *(signed)*
Name:
Title: JANICE M. STANTON
MEMBER

-5-