# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 7/1/2015  End Date 7/31/2015
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 224.50 | $590.00 | $132,455.00 |
| 2 | Facility Document Inventory & Evacuation Review | 151.90 | $590.00 | $89,621.00 |
| 3 | Human Resources - Employee Related Projects | 32.10 | $590.00 | $18,939.00 |
| 4 | Fee Apps | 34.00 | $590.00 | $20,060.00 |
| 5 | Non-working travel | 163.50 | $295.00 | $48,232.50 |
| 6 | Claims Administration, Reconciliation & Resolution | 527.60 | $590.00 | $311,284.00 |
| 7 | Tax/Finance Matters and Budget Projects | 4.60 | $590.00 | $2,714.00 |
| 8 | Misc Debtor Issues and Communications | 2.30 | $590.00 | $1,357.00 |
| 9 | Analyst Support and Case Modeling | 94.90 | $590.00 | $55,991.00 |
| | **Hours/Billing Amount for Period:** | **1235.40** | | **$680,653.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/1/2015 | Correspondence - Nortel Data room discussion | Kathryn Schultea | 1 | 0.8 |
| 7/1/2015 | On-site support for IT | Raj Perubhatla | 1 | 2.5 |
| 7/2/2015 | BOXI universes review and testing for HR / server maintenance / NetBackup policy updates | Brandon Bangerter | 1 | 3.8 |
| 7/3/2015 | BOXI DARE universes testing, configuration for validity and data / NetBackup policy changes | Brandon Bangerter | 1 | 3.3 |
| 7/3/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 1 | 1.5 |
| 7/6/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 7/7/2015 | On-site support for IT | Raj Perubhatla | 1 | 4.3 |
| 7/8/2015 | On-site support for IT | Raj Perubhatla | 1 | 3.5 |
| 7/9/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts | Brandon Bangerter | 1 | 1.3 |
| 7/10/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.2 |
| 7/12/2015 | NetBackup monitoring; job restarts; policy fixes / Sonicwall access error and troubleshooting | Brandon Bangerter | 1 | 2.2 |
| 7/12/2015 | Sonicwall troubleshooting | Raj Perubhatla | 1 | 2.7 |
| 7/13/2015 | Troubleshooting network error and applying fixes / security updates and maintenance on servers | Brandon Bangerter | 1 | 5.6 |
| 7/13/2015 | Correspondence - Clear case database and servers | Kathryn Schultea | 1 | 0.8 |
| 7/13/2015 | On-site support for IT | Raj Perubhatla | 1 | 5.0 |
| 7/14/2015 | Security updates, maintenance, and password changes on all virtual servers | Brandon Bangerter | 1 | 8.7 |
| 7/14/2015 | On-site support for IT | Raj Perubhatla | 1 | 8.0 |
| 7/15/2015 | Rebuilding desktop PCs and patching servers / NetBackup updates and changes | Brandon Bangerter | 1 | 5.3 |
| 7/15/2015 | Nortel IT Infrastructure discussion | Kathryn Schultea | 1 | 1.0 |
| 7/15/2015 | Check ClearCase servers | Raj Perubhatla | 1 | 4.7 |
| 7/15/2015 | On-site support for IT | Raj Perubhatla | 1 | 3.2 |
| 7/16/2015 | NetBackup jobs monitoring, policy configuration updates / server password updates | Brandon Bangerter | 1 | 2.8 |
| 7/16/2015 | Correspondence and review re IT facility | Kathryn Schultea | 1 | 1.5 |
| 7/16/2015 | Setup the environment for ClearCase searches | Raj Perubhatla | 1 | 5.0 |
| 7/16/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.0 |
| 7/17/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.5 |
| 7/18/2015 | Run UNIX Commands on ClearCase servers | Raj Perubhatla | 1 | 8.2 |
| 7/19/2015 | NetBackup monitoring; job restarts; policy fixes | Brandon Bangerter | 1 | 1.2 |
| 7/19/2015 | Run UNIX Commands on ClearCase servers | Raj Perubhatla | 1 | 2.2 |
| 7/20/2015 | NetBackup jobs monitoring, policy configuration updates / server patch updates | Brandon Bangerter | 1 | 2.4 |
| 7/20/2015 | Troubleshoot Zrchs3v4 boot drive failure issue | Raj Perubhatla | 1 | 3.5 |
| 7/20/2015 | Send ClearCase log files to Cleary | Raj Perubhatla | 1 | 0.8 |
| 7/21/2015 | Troubleshooting hardware error, replacing hardware, fixes / replacing switch / server maintenance | Brandon Bangerter | 1 | 8.7 |
| 7/21/2015 | Read, review and respond to e-mails re: Canadian motion to destroy and/or transfer records | Mary Cilia | 1 | 0.7 |
| 7/21/2015 | On-site support for IT | Raj Perubhatla | 1 | 3.7 |
| 7/21/2015 | ClearCase conference call | Raj Perubhatla | 1 | 0.8 |
| 7/22/2015 | Rebuilding desktop PCs and patching servers / NetBackup updates and changes / password updates | Brandon Bangerter | 1 | 7.6 |
| 7/22/2015 | Run UNIX Commands on RCH ClearCase servers | Raj Perubhatla | 1 | 3.2 |
| 7/22/2015 | On-site support for IT | Raj Perubhatla | 1 | 1.8 |
| 7/23/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts | Brandon Bangerter | 1 | 2.3 |
| 7/23/2015 | SAP BW Production server troubleshooting | Raj Perubhatla | 1 | 4.3 |
| 7/24/2015 | Fee app tracking | Brandon Bangerter | 1 | 1.0 |
| 7/24/2015 | SAP BW Production server troubleshooting | Raj Perubhatla | 1 | 2.5 |
| 7/24/2015 | Livelink Searches | Raj Perubhatla | 1 | 0.5 |
| 7/24/2015 | Livelink Server troubleshooting | Raj Perubhatla | 1 | 5.5 |
| 7/25/2015 | SAP BW Client Configuration testing on 0sc server | Raj Perubhatla | 1 | 4.7 |
| 7/27/2015 | Antivirus updates on servers / patch maintenance / NetBackup monitoring | Brandon Bangerter | 1 | 3.4 |
| 7/27/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 1 | 3.0 |
| 7/27/2015 | Sonicwall troubleshooting | Raj Perubhatla | 1 | 4.5 |
| 7/27/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/28/2015 | Hardware replacement / server password and patch maintenance / NetBackup NAS space issues | Brandon Bangerter | 1 | 8.2 |
| 7/28/2015 | On-site support for IT | Raj Perubhatla | 1 | 8.0 |
| 7/29/2015 | Security updates, maintenance, and password changes / NetBackup updates and space issues | Brandon Bangerter | 1 | 6.1 |
| 7/29/2015 | On-site support for IT | Raj Perubhatla | 1 | 8.0 |
| 7/30/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 1 | 3.0 |
| 7/30/2015 | Correspondence and follow up re IT facility | Kathryn Schultea | 1 | 0.8 |
| 7/30/2015 | Claims Reporting Changes | Raj Perubhatla | 1 | 8.0 |
| 7/31/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 3.8 |
| 7/31/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.7 |
| 7/1/2015 | Rack configuration with power, networking, etc. Re-wiring / re-racking BW servers to ringed fence area | Brandon Bangerter | 2 | 8.6 |
| 7/1/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.0 |
| 7/1/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 0.7 |
| 7/1/2015 | GWRTP Networking project kickoff | Raj Perubhatla | 2 | 2.5 |
| 7/2/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.5 |
| 7/3/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 4.6 |
| 7/8/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 9.8 |
| 7/9/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 8.8 |
| 7/9/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.3 |
| 7/9/2015 | Correspondence with T. Ross - re Facilities/Lease Matters | Kathryn Schultea | 2 | 0.4 |
| 7/9/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 2.5 |
| 7/10/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 8.5 |
| 7/10/2015 | Correspondence - Facility Walk thru/Lease matters | Kathryn Schultea | 2 | 2.0 |
| 7/13/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.5 |
| 7/13/2015 | Correspondence - Nortel Document Discovery and Retention discussion | Kathryn Schultea | 2 | 0.5 |
| 7/14/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.0 |
| 7/15/2015 | Relocating servers to new location and running new cable and testing, troubleshooting | Brandon Bangerter | 2 | 2.8 |
| 7/15/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 7.5 |
| 7/27/2015 | Inventory and research on media tapes in data center | Daniel Tollefsen | 2 | 5.3 |
| 7/27/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.0 |
| 7/27/2015 | Correspondence - Facility Walk thru/Lease matters | Kathryn Schultea | 2 | 1.5 |
| 7/28/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 8.0 |
| 7/29/2015 | Prep for and meeting on building future / IT data room | Brandon Bangerter | 2 | 1.2 |
| 7/29/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 8.0 |
| 7/30/2015 | Troubleshooting access rights / Tape removal project-searching catalog dates | Brandon Bangerter | 2 | 3.1 |
| 7/30/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 8.5 |
| 7/30/2015 | Correspondence - Nortel Document Retention and destruction process | Kathryn Schultea | 2 | 0.5 |
| 7/31/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 5.0 |
| 7/31/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 2.0 |
| 7/31/2015 | RTP DC move itemization strategy | Raj Perubhatla | 2 | 2.3 |
| 7/1/2015 | HR Transition support for IT applications | Raj Perubhatla | 3 | 3.5 |
| 7/2/2015 | Correspondence - HR related matters | Kathryn Schultea | 3 | 0.6 |
| 7/7/2015 | SAP BW checks and BOXI reports for employee information | Brandon Bangerter | 3 | 2.4 |
| 7/7/2015 | Onsite at NNI Planning meeting and related follow-up on transition and site wind down matters | Kathryn Schultea | 3 | 8.5 |
| 7/8/2015 | Onsite at NNI - Discussion of non-qualified pension files; HR related matters; transition | Kathryn Schultea | 3 | 5.5 |
| 7/10/2015 | Conf. Call with Mercer - Conf Call and related preparation and follow-up on Northern Trust LTIP funds received. | Kathryn Schultea | 3 | 0.5 |
| 7/15/2015 | Correspondence - former EE questions | Kathryn Schultea | 3 | 0.8 |
| 7/27/2015 | Conf. Call re Claims | Kathryn Schultea | 3 | 0.8 |
| 7/29/2015 | Onsite at NNI - Walk thru of NNI building | Kathryn Schultea | 3 | 8.5 |
| 7/30/2015 | Conf. Call - J. Ray re NNI Updates and related follow-up | Kathryn Schultea | 3 | 1.0 |
| 7/3/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/3/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 7/3/2015 | Weekly Fee Application Consolidation | Felicia Buenrostro | 4 | 1.5 |
| 7/3/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/4/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 7/9/2015 | Monthly and Quarterly Fee Application Work | Kathryn Schultea | 4 | 4.5 |
| 7/10/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 7/10/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 7/10/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/11/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 7/11/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 7/17/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 7/17/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 7/17/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/18/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 7/18/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 7/22/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 7/24/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 7/24/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/25/2015 | Fee application tracking | Mary Cilia | 4 | 1.0 |
| 7/31/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 7/31/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 7/31/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 7/31/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.5 |
| 7/31/2015 | Monthly and Fee Application Work | Kathryn Schultea | 4 | 2.5 |
| 7/31/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 7/31/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/1/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 7/1/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 7/3/2015 | Travel to Client Site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 7/6/2015 | Travel to Client site | David Kantorczyk | 5 | 5.0 |
| 7/6/2015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 3.0 |
| 7/6/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 7/6/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 7/6/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 7/6/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 7/8/2015 | Non-Working travel from Client Site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 7/8/2015 | Non-Working travel Raleigh from Houston | Felicia Buenrostro | 5 | 5.0 |
| 7/8/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 7/8/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 7/8/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 7/9/2015 | Travel from Client | David Kantorczyk | 5 | 5.0 |
| 7/9/2015 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 7/10/2015 | Weekly Fee Application Work | Felicia Buenrostro | 5 | 1.5 |
| 7/13/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 7/13/2015 | Travel to Client site | David Kantorczyk | 5 | 5.0 |
| 7/13/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 7/13/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 7/15/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 7/15/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 7/16/2015 | Travel from Client | David Kantorczyk | 5 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/16/2015 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 7/20/2015 | Non-working travel: SLC-RDU | Brandon Bangerter | 5 | 5.0 |
| 7/20/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 7/22/2015 | Non-working travel: RDU-SLC | Brandon Bangerter | 5 | 5.0 |
| 7/22/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 7/27/2015 | Non-working travel: SLC-RDU | Brandon Bangerter | 5 | 5.0 |
| 7/27/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 7/28/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 7/29/2015 | Non-working travel: RDU-SLC | Brandon Bangerter | 5 | 5.0 |
| 7/29/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 7/29/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 7/1/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 3.0 |
| 7/1/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 7/1/2015 | On site at Nortel for indexing of document inventory on non-qualified pension benefit documents | Leticia Barrios | 6 | 8.3 |
| 7/1/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 5.4 |
| 7/1/2015 | Review of revised claim reports and related e-mails with R. Perubhatla | Mary Cilia | 6 | 2.2 |
| 7/1/2015 | Read, review and respond to various employee inquiries by phone and e-mail; related e-mails with Cleary | Mary Cilia | 6 | 1.1 |
| 7/1/2015 | Review of omnibus objection orders and related e-mails with EPIQ to update claims register and database | Mary Cilia | 6 | 1.7 |
| 7/1/2015 | Conference call with Cleary re: employee claims update and related prep and follow up | Mary Cilia | 6 | 1.3 |
| 7/2/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 1.6 |
| 7/2/2015 | On site at Nortel for indexing of document inventory on non-qualified pension benefit documents | Leticia Barrios | 6 | 8.5 |
| 7/2/2015 | Read, review and respond to various employee inquiries by phone and e-mail; related e-mails with Cleary | Mary Cilia | 6 | 0.9 |
| 7/2/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 3.1 |
| 7/2/2015 | Review of claims update report and reconciliation to court orders | Mary Cilia | 6 | 1.3 |
| 7/2/2015 | Claims updates from Epiq | Raj Perubhatla | 6 | 5.7 |
| 7/2/2015 | Changes to BOXI Reports | Raj Perubhatla | 6 | 2.3 |
| 7/3/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 1.3 |
| 7/4/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 1.5 |
| 7/6/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 5.0 |
| 7/6/2015 | Onsite at NNI - Claim matters | Kathryn Schultea | 6 | 3.5 |
| 7/6/2015 | On site at Nortel for indexing of document inventory on non-qualified pension benefit documents | Leticia Barrios | 6 | 5.7 |
| 7/6/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 7.4 |
| 7/6/2015 | Read, review and respond to various employee inquiries by phone and e-mail; related e-mails with Cleary | Mary Cilia | 6 | 0.6 |
| 7/6/2015 | Claims updates from Epiq | Raj Perubhatla | 6 | 2.3 |
| 7/7/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 7.0 |
| 7/7/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 8.0 |
| 7/7/2015 | On site at Nortel for indexing of document inventory on non-qualified pension benefit documents | Leticia Barrios | 6 | 9.5 |
| 7/7/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 7.2 |
| 7/7/2015 | Meet with D. Kantorczyk re: schedule matching analysis project and related prep and follow up | Mary Cilia | 6 | 1.8 |
| 7/7/2015 | Read, review and respond to various employee inquiries by phone and e-mail; related e-mails with Cleary | Mary Cilia | 6 | 0.8 |
| 7/7/2015 | EE searches to support Claims analysis | Raj Perubhatla | 6 | 5.7 |
| 7/8/2015 | Analysis of current open schedules inventory and current claims inventory to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.5 |
| 7/8/2015 | Preparation of schedule detailing anomalies in the Non-qualified pension plan information. | David Kantorczyk | 6 | 2.0 |
| 7/8/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 7/8/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 6 | 9.0 |
| 7/8/2015 | On site at Nortel for indexing of document inventory on non-qualified pension benefit documents | Leticia Barrios | 6 | 7.8 |
| 7/8/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss non-qualified pension claims. | Leticia Barrios | 6 | 1.5 |
| 7/8/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 12.7 |
| 7/8/2015 | Read, review and respond to various employee inquiries by phone and e-mail; related e-mails with Cleary | Mary Cilia | 6 | 0.6 |
| 7/8/2015 | EE searches to support Claims analysis | Raj Perubhatla | 6 | 5.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/9/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 4.0 |
| 7/9/2015 | On site at Nortel for indexing of document inventory on non-qualified pension benefit documents | Leticia Barrios | 6 | 5.8 |
| 7/9/2015 | Complete reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 6 | 2.3 |
| 7/9/2015 | Finalize file for Mercer detailing non-qualified revaluations required and related e-mails | Mary Cilia | 6 | 2.3 |
| 7/9/2015 | Update non-qualified plan census files as a result of analysis and research project | Mary Cilia | 6 | 4.5 |
| 7/9/2015 | EE searches to support Claims analysis | Raj Perubhatla | 6 | 8.2 |
| 7/10/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 7/10/2015 | On site at Nortel for indexing of document inventory on non-qualified pension benefit documents | Leticia Barrios | 6 | 7.8 |
| 7/10/2015 | Read, review and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 7/10/2015 | Claims updates | Raj Perubhatla | 6 | 4.7 |
| 7/13/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents and merge data into one index. | Leticia Barrios | 6 | 5.5 |
| 7/13/2015 | Review and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.8 |
| 7/14/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 8.0 |
| 7/14/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 2.0 |
| 7/14/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents and merge data into one index. | Leticia Barrios | 6 | 5.3 |
| 7/14/2015 | Update non-qualified plan census files as a result of analysis and research project and reconcile to plan comparison file | Mary Cilia | 6 | 7.3 |
| 7/14/2015 | Review claims summary analysis and provide detailed claimed to estimate information to J. Ray | Mary Cilia | 6 | 1.9 |
| 7/14/2015 | Review and respond to various employee inquiries by phone and e-mail; related e-mails to Cleary | Mary Cilia | 6 | 1.1 |
| 7/15/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 7/15/2015 | Meet with EY regarding tax form solicitation letters including preparation and summarization | David Kantorczyk | 6 | 1.0 |
| 7/15/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 8.0 |
| 7/15/2015 | Document inventory of employees found in Iron Mountain boxes for non-qualified pension benefit documents and merge data into one index. | Leticia Barrios | 6 | 5.5 |
| 7/15/2015 | Update non-qualified plan census files as a result of analysis and research project and reconcile to plan comparison file | Mary Cilia | 6 | 5.6 |
| 7/15/2015 | Meet with E&Y re: tax solicitation letters and tax withholding on non-employee distributions and related follow up | Mary Cilia | 6 | 1.2 |
| 7/15/2015 | Conference call with Cleary re: employee claims update and related prep and follow up | Mary Cilia | 6 | 0.8 |
| 3/15/2015 | Update post-petition settlement file based on update reports provided by EPIQ | Mary Cilia | 6 | 3.0 |
| 7/15/2015 | Meet with David K. to review progress on schedule reconciliation file and discuss new projects; related prep and follow up | Mary Cilia | 6 | 1.4 |
| 7/16/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 4.0 |
| 7/16/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 1.0 |
| 7/17/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 4.0 |
| 7/17/2015 | Read, review and respond to e-mails re: cross-border claims update call | Mary Cilia | 6 | 0.3 |
| 7/17/2015 | Reconciliation of claims database to general ledger and related research | Mary Cilia | 6 | 3.8 |
| 7/17/2015 | Review revaluations from Mercer and related e-mails and comments based on research requested | Mary Cilia | 6 | 4.6 |
| 7/19/2015 | Begin updating census files and plan comparison files with Mercer revaluations and related reconciliations | Mary Cilia | 6 | 9.7 |
| 7/20/2015 | Continue updating census filed and plan comparison files with Mercer revaluations and related reconciliations and distribute final files to Huron, Mercer and Cleary | Mary Cilia | 6 | 5.6 |
| 7/20/2015 | Read, review and respond to e-mails re: updated cross-border list from T. Ayers | Mary Cilia | 6 | 0.4 |
| 7/20/2015 | Read, review and respond to e-mails re: cross-border and employee claims update call | Mary Cilia | 6 | 0.3 |
| 7/20/2015 | Review claims update file from EPIQ, review newly filed claims, prepare upload template to claims database and circulate to R. Perubhatla | Mary Cilia | 6 | 3.8 |
| 7/20/2015 | Load Epiq file into Claims | Raj Perubhatla | 6 | 4.2 |
| 7/21/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 7/21/2015 | Conference call with L. Lipner to discuss split of work to prepare for upcoming cross-border and employee claims update call and to discuss undocketed settlement notices; related prep and follow up | Mary Cilia | 6 | 2.1 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/21/2015 | Obtain updated Nortel Position Report and Severance file from Huron; reconcile reports to census files and Plan Comparison file; prepare upload report for claims database and send to R. Perubhatla for upload; related e-mails to Huron re: reconciling items and corrections | Mary Cilia | 6 | 5.9 |
| 7/21/2015 | Update cross-border claims file; research and gather files related to new claims added by T. Ayers; circulate updated file to Chilmark, J. Ray and Cleary for review | Mary Cilia | 6 | 2.8 |
| 7/21/2015 | Claims updates for Nortel Employee Position | Raj Perubhatla | 6 | 3.8 |
| 7/22/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 7/22/2015 | Download updated employee claims report and commence analysis to settle claims of non-qualified plan participants. | Mary Cilia | 6 | 12.6 |
| 7/22/2015 | Claims updates for Nortel Employee Position | Raj Perubhatla | 6 | 3.3 |
| 7/23/2015 | Draft for review tax form solicitation letter using EY combining EY format and RLKS form. | David Kantorczyk | 6 | 2.0 |
| 7/23/2015 | Review, compare and prepare for analysis a comparison of EPIQ data and RLKS data regarding claims deemed satisfied. | David Kantorczyk | 6 | 2.0 |
| 7/23/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 3.0 |
| 7/23/2015 | Continued analysis of employee claims reports to settle the claims of non-qualified plan participants. | Mary Cilia | 6 | 8.8 |
| 7/23/2015 | Conference call with M. Kennedy, J. Ray, T. Ross and Cleary to discuss cross-border and employee claims; related prep and follow up e-mails | Mary Cilia | 6 | 2.7 |
| 7/23/2015 | Prep for Claims Call | Raj Perubhatla | 6 | 2.5 |
| 7/23/2015 | Claims Conference Call | Raj Perubhatla | 6 | 1.5 |
| 7/24/2015 | Review, compare and prepare for analysis a comparison of EPIQ data and RLKS data regarding claims deemed satisfied. | David Kantorczyk | 6 | 2.0 |
| 7/24/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 5.0 |
| 7/24/2015 | Conference call with D. Kantorczyk to review preliminary results of schedule matching analysis and discussion of next steps; related prep and follow up e-mails to EPIQ | Mary Cilia | 6 | 4.3 |
| 7/24/2015 | Commence preparation of EPIQ template files for settlement of employee claims related to non-qualified plan participants and analysis regarding ability to settle under current settlement guidelines. | Mary Cilia | 6 | 3.5 |
| 7/26/2015 | Continued preparation of EPIQ template files for settlement of employee claims related to non-qualified plan participants and analysis regarding ability to settle under current settlement guidelines. | Mary Cilia | 6 | 4.8 |
| 7/27/2015 | Review, compare and prepare for analysis a comparison of EPIQ data and RLKS data regarding claims deemed satisfied. | David Kantorczyk | 6 | 2.0 |
| 7/27/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.0 |
| 7/27/2015 | Gather employee address information regarding the tax w-4 and claim payout processing. | Leticia Barrios | 6 | 7.3 |
| 7/27/2015 | Continued preparation of EPIQ template files for settlement of employee claims related to non-qualified plan participants and analysis regarding ability to settle under current settlement guidelines. | Mary Cilia | 6 | 7.7 |
| 7/27/2015 | Review and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.9 |
| 7/27/2015 | Review of claims and preparation of materials for cross-border call with T. Ayres | Mary Cilia | 6 | 1.2 |
| 7/28/2015 | Cross border claims work and review of supporting documentation | Daniel Tollefsen | 6 | 6.3 |
| 7/28/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.5 |
| 7/28/2015 | Correspondence - Claims Info & Data requests | Kathryn Schultea | 6 | 2.3 |
| 7/28/2015 | Pull Business Object reports to populate claimant addresses for the eTax Correspondence. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.2 |
| 7/28/2015 | Conference call with Cleary, J. Ray, M. Kennedy, T. Ayres and Goodmans re: Cross-Border Claims; related prep and follow up including subsequent conference call | Mary Cilia | 6 | 2.9 |
| 7/28/2015 | Conference call with D. Tollefsen re: cross-border claims project work; related prep and follow up | Mary Cilia | 6 | 1.7 |
| 7/28/2015 | Continued preparation of EPIQ template files for settlement of employee claims related to non-qualified plan participants and analysis regarding ability to settle under current settlement guidelines. | Mary Cilia | 6 | 5.2 |
| 7/29/2015 | Cross border claims work and review of supporting documentation | Daniel Tollefsen | 6 | 5.8 |
| 7/29/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.8 |
| 7/29/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 6.3 |
| 7/29/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss non-qualified pension claims. | Leticia Barrios | 6 | 1.0 |
| 7/29/2015 | Pull Business Object reports to populate claimant addresses for the eTax Correspondence. Investigate missing addresses of employees. | Leticia Barrios | 6 | 7.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/29/2015 | Continued preparation of EPIQ template files for settlement of employee claims related to non-qualified plan participants and analysis regarding ability to settle under current settlement guidelines. | Mary Cilia | 6 | 6.8 |
| 7/29/2015 | Conference call with Cleary, Huron and RLKS re: employee claims and non-qualified claims settlements | Mary Cilia | 6 | 0.4 |
| 7/29/2015 | Review and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 7/29/2015 | Review and respond to e-mails re: schedule matching project | Mary Cilia | 6 | 0.3 |
| 7/30/2015 | Cross border claims work and review of supporting documentation | Daniel Tollefsen | 6 | 4.8 |
| 7/30/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 3.0 |
| 7/30/2015 | Review, compare and prepare for analysis a comparison of EPIQ data and RLKS data regarding claims deemed satisfied. | David Kantorczyk | 6 | 2.0 |
| 7/30/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 1.5 |
| 7/30/2015 | Pull Business Object reports to populate claimant addresses for the eTax Correspondence. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.2 |
| 7/30/2015 | Further analysis of prepared EPIQ templates regarding ability to settle non-qualified claims under current settlement guidelines based on revised interpretation of guidelines from Cleary. | Mary Cilia | 6 | 6.4 |
| 7/30/2015 | Review and gather documentation of claims settlements for T. Ayres re: cross-border claims | Mary Cilia | 6 | 1.5 |
| 7/30/2015 | Review and respond to e-mails re: schedule matching project | Mary Cilia | 6 | 0.8 |
| 7/31/2015 | Cross border claims work and review of supporting documentation | Daniel Tollefsen | 6 | 8.4 |
| 7/31/2015 | Review, compare and prepare for analysis a comparison of EPIQ data and RLKS data regarding claims deemed satisfied. | David Kantorczyk | 6 | 5.0 |
| 7/31/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 1.5 |
| 7/31/2015 | Further analysis of prepared EPIQ templates regarding ability to settle non-qualified claims under current settlement guidelines based on revised interpretation of guidelines from Cleary. | Mary Cilia | 6 | 3.8 |
| 7/2/2015 | Tax Project Update with RLKS & EY | Kathryn Schultea | 7 | 0.4 |
| 7/2/2015 | Update on tax project call--KS,AB,JW,JS,DA | Richard Lydecker | 7 | 0.4 |
| 7/8/2015 | Review rulings on motions | Richard Lydecker | 7 | 0.2 |
| 7/10/2015 | Tax call with EY--JS,DA,AB,JW | Richard Lydecker | 7 | 0.5 |
| 7/14/2015 | Correspondence - Nortel Tax Update | Kathryn Schultea | 7 | 1.5 |
| 7/17/2015 | Tax call with EY--JS,DA,AB,JW, compliance and tech. research | Richard Lydecker | 7 | 0.5 |
| 7/27/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 0.6 |
| 7/31/2015 | Projects--CA.,Personal property,Nexus etc.--JS,JW,AB | Richard Lydecker | 7 | 0.5 |
| 7/27/2015 | Conference call regarding cross border claims | Daniel Tollefsen | 8 | 2.3 |
| 7/1/2015 | Review G/L and summary work for US Debtor and Non-Debtor entities | Daniel Tollefsen | 9 | 7.8 |
| 7/2/2015 | Review G/L and summary work for US Debtor and Non-Debtor entities | Daniel Tollefsen | 9 | 8.2 |
| 7/5/2015 | Continued reconciliation of non-qualified census data to source documents and related research | Mary Cilia | 9 | 1.5 |
| 7/6/2015 | Review G/L and summary work for US Debtor and Non-Debtor entities | Daniel Tollefsen | 9 | 9.9 |
| 7/6/2015 | Read, review and respond to e-mails re: intercompany reconciliation | Mary Cilia | 9 | 0.7 |
| 7/7/2015 | Review G/L and summary work for US Debtor and Non-Debtor entities | Daniel Tollefsen | 9 | 10.7 |
| 7/7/2015 | Meetings with D. Tollefsen, T. Ross and D. Cozart re: intercompany reconciliation project and related prep and follow up | Mary Cilia | 9 | 3.6 |
| 7/8/2015 | Conference call with Chilmark, RLKS, T. Ross and D. Cozart re: intercompany reconciliation and related preparation of schedules and follow up | Mary Cilia | 9 | 2.3 |
| 7/10/2015 | Reconciliation of claims database to general ledger and related research | Mary Cilia | 9 | 6.7 |
| 7/13/2015 | Review G/L and summary work for US Debtor and Non-Debtor entities | Daniel Tollefsen | 9 | 7.3 |
| 7/13/2015 | Reconciliation of claims database to general ledger and related research | Mary Cilia | 9 | 4.4 |
| 7/14/2015 | Review G/L and summary work for US Debtor and Non-Debtor entities | Daniel Tollefsen | 9 | 6.6 |
| 7/15/2015 | Review G/L and summary work for US Debtor and Non-Debtor entities | Daniel Tollefsen | 9 | 7.3 |
| 7/16/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 3.7 |
| 7/16/2015 | Reconciliation of claims database to general ledger and related research | Mary Cilia | 9 | 5.1 |
| 7/16/2015 | Review and respond to various employee inquiries by phone and e-mail | Mary Cilia | 9 | 1.5 |
| 7/17/2015 | Provide analysis on claim amounts booked to G/L Accounts for Nortel Networks. | Leticia Barrios | 9 | 5.3 |
| 7/17/2015 | Claims database maintenance | Raj Perubhatla | 9 | 2.3 |