# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**July 1 - 31, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 10,547.71 |
| Travel – Lodging | 7,678.45 |
| Travel – Transportation | 3,885.12 |
| Travel – Meals | 967.73 |
| Office Expenses | - |
| TOTAL | $ 23,079.01 |
| | |

Nortel Expense Report

PERIOD: **July 1 - 31, 2015**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 7/1/2015 | Travel from client site | | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home; meals (RP) |
| 7/3/2015 | Travel to Client Site - Raleigh | $278.10 | | $104.99 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental; |
| 7/6/2015 | Raleigh Stay | | $214.52 | $104.99 | $160.48 | | Daniel Tollefsen | One night hotel; Car Rental (Team); Meal-Dinner (FB,LB,DT.KS) |
| 7/6/2015 | Travel to Client Site | $316.60 | $214.52 | $19.00 | | | David Kantorczyk | Economy Airfare; one night hotel; Parking @ IAH |
| 7/6/2015 | Travel to Raleigh Nortel Offices | $421.10 | $191.82 | | | | Felicia Buenrostro | Economy airfare; one hotel night stay |
| 7/6/2015 | Travel to Raleigh Nortel Offices | $422.86 | $191.82 | $215.85 | | | Kathryn Schultea | Economy airfare; One night hotel stay; To/From Airport |
| 7/6/2015 | Travel to Client Site | $336.60 | $191.82 | | $8.59 | | Leticia Barrios | Economy Airfare; one night hotel - RTP stay; LB-Dinner |
| 7/6/2015 | Travel to Client Site | $434.10 | $203.17 | $168.63 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car; |
| 7/6/2015 | Travel to client site | $446.60 | $214.52 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay; Lunch (RP) |
| 7/7/2015 | Raleigh Stay | | $214.52 | $104.99 | $149.65 | | Daniel Tollefsen | One night hotel; Car Rental (Team); Meal-Lunch (59.72 - KS,DT,FB,LB); Meal-Dinner (89.93 - KS,LB,DT,FB) |
| 7/7/2015 | Work at Client Site | | $214.52 | $19.00 | $15.40 | | David Kantorczyk | One night hotel; Dinner 15.40; Parking @ IAH |
| 7/7/2015 | Nortel office | | $191.82 | | | | Felicia Buenrostro | One night hotel stay |
| 7/7/2015 | Nortel Office | | $191.82 | | | | Kathryn Schultea | One night Hotel stay |
| 7/7/2015 | RTP Stay | | $191.82 | | | | Leticia Barrios | One night hotel - RTP stay |
| 7/7/2015 | One Night Stay | | $214.52 | $49.88 | | | Mary Cilia | T-Avis Rental Car |
| 7/7/2015 | Client site stay | | $214.52 | | | | Raj Perubhatla | one night hotel stay |
| 7/8/2015 | Travel from Client Site - Raleigh | $278.10 | | $199.69 | | | Daniel Tollefsen | Economy Airfare; Car rental (team 104.99); Airport Parking (94.70) |
| 7/8/2015 | Work at Client Site | | $214.52 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; Dinner 14.03; Parking @ IAH |
| 7/8/2015 | Travel from Raleigh Nortel Offices | $421.10 | | $119.25 | | | Felicia Buenrostro | Economy airfare; To/From Airport |
| 7/8/2015 | Travel from Raleigh Nortel Offices | $422.86 | | $115.26 | | | Kathryn Schultea | Economy airfare; To/From Airport |
| 7/8/2015 | Travel from Client Site | $336.60 | | | | | Leticia Barrios | Economy Airfare |
| 7/8/2015 | One Night Stay | | $214.52 | $49.88 | | | Mary Cilia | T-Avis Rental Car |
| 7/8/2015 | Travel from client site | $446.60 | | $180.43 | $29.93 | | Raj Perubhatla | Economy airfare; lunch (DT,RP),dinner(RP);car from airport to home; dinner(RP); Avis Rentacar for 2 days |
| 7/9/2015 | Travel from Client Site | $316.60 | | $10.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |
| 7/9/2015 | Travel from Client Site | $434.10 | | $168.63 | | | Mary Cilia | A-Economy Airfare;T-Avis Rental Car and Car Service from Airport to Home |
| 7/13/2015 | Travel to Client site | $294.10 | $214.52 | $126.06 | $91.74 | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; lunch - $15.56(RP,BB); dinner - $76.18(RP,BB) |
| 7/13/2015 | Travel to Client Site | $264.10 | $237.22 | $19.00 | $14.03 | | David Kantorczyk | Economy Airfare; one night hotel; Dinner 14.03 ;Parking @ IAH |
| 7/13/2015 | Travel to Client Site | $256.60 | $225.87 | $168.88 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport; |
| 7/13/2015 | Travel to client site | $454.10 | $242.90 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 7/14/2015 | RTP stay | | $214.52 | | $102.55 | | Brandon Bangerter | One night hotel; lunch - $19.08(RP,BB); dinner - $83.47(RP,BB) |
| 7/14/2015 | Work at Client Site | | $248.57 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; Dinner 14.03; Parking @ IAH |
| 7/14/2015 | One Night Stay | | $225.87 | $49.88 | | | Mary Cilia | T-Avis Rental Car |
| 7/14/2015 | Client site stay | | $242.90 | | | | Raj Perubhatla | one night hotel stay |
| 7/15/2015 | Travel from Client site | $294.10 | | $60.00 | $38.88 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $16.94(RP,BB); dinner - $21.94(RP,BB) |
| 7/15/2015 | Work at Client Site | | $248.57 | $19.00 | $14.03 | | David Kantorczyk | One night hotel; Dinner 14.03; Parking @ IAH |
| 7/15/2015 | One Night Stay | | $225.87 | $49.88 | | | Mary Cilia | T-Avis Rental Car |
| 7/15/2015 | Travel from client site | $454.10 | | $92.00 | | | Raj Perubhatla | car from Airport to home |
| 7/16/2015 | Travel from Client Site | $264.10 | | $3.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |

Nortel Expense Report

**PERIOD:** July 1 - 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 7/16/2015 | Travel from Client Site | $256.60 | | $168.63 | | | Mary Cilia | A-Economy Airfare;T-Avis Rental Car and Car Service from Airport to Home |
| 7/20/2015 | Travel to Client site | $293.10 | $214.52 | $65.48 | | | Brandon Bangerter | Economy airfare; one night hotel; Transportation to airport |
| 7/20/2015 | Travel to client site | $196.60 | $242.90 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay; Lunch (RP) |
| 7/21/2015 | RTP stay | | $214.52 | $89.80 | $105.93 | | Brandon Bangerter | One night hotel; Avis rental car; lunch - $16.63(RP,BB); dinner - $89.30(RP,BB) |
| 7/21/2015 | Client site stay | | $242.90 | | | | Raj Perubhatla | one night hotel stay |
| 7/22/2015 | Travel from Client site | $293.10 | | $82.80 | $38.50 | | Brandon Bangerter | Economy airfare; Transportation from airport; lunch - $38.50(RP,BB); |
| 7/22/2015 | Travel from client site | $196.60 | | $92.00 | $11.18 | | Raj Perubhatla | car from Airport to home; meals (RP) |
| 7/27/2015 | Travel to Client site | $279.60 | $220.19 | $82.80 | | | Brandon Bangerter | Economy airfare; one night hotel; Transportation to airport |
| 7/27/2015 | Travel to client site | $281.60 | $242.90 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 7/28/2015 | RTP stay | | $220.20 | $87.51 | $96.45 | | Brandon Bangerter | One night hotel; Avis rental car; lunch - $15.56(RP,BB); dinner - $80.89(RP,BB) |
| 7/28/2015 | Travel to Raleigh Nortel Offices | $298.10 | $225.87 | $205.88 | | | Kathryn Schultea | Economy airfare; One night hotel stay; To/From Airport |
| 7/28/2015 | Client site stay | | | | | | Raj Perubhatla | one night hotel stay |
| 7/29/2015 | Travel from Client site | $279.60 | | $82.80 | $62.33 | | Brandon Bangerter | Economy airfare; Transportation from airport; lunch - $62.33(KS,RP,BB); |
| 7/29/2015 | Travel from Raleigh Nortel Offices | $298.10 | | $119.25 | | | Kathryn Schultea | Economy airfare; To/From Airport |
| 7/29/2015 | Travel from client site | $281.60 | $242.90 | $92.00 | | | Raj Perubhatla | car from Airport to home |
| | | $ 10,547.71 | $ 7,678.45 | $ 3,885.12 | $ 967.73 | $    - | | |