IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 16015, 16017** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              Kimberly Murray Cruse

Sworn to before me this
10th day of August, 2015

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 20__

# EXHIBIT A

Case 09-10138-MFW    Doc 16020    Filed 08/10/15    Page 2 of 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or otherwise being assigned the claim.

To:

M. SCOTT JOHNSON & ASSOCIATES
D/B/A WEST VIRGINIA INSURANCE AGENCY
130 BROOKSHIRE LANE
BECKLEY, WV 25801

M. SCOTT JOHNSON & ASSOCIATES
C/O SHAFFER & SHAFFER, PLLC
ATTN: TODD A. MOUNT
330 STATE STREET
MADISON, WV 25130

Please note that your claim # 5339 in the above referenced case and in the amount of $48,092.36 allowed at $20,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000095155207 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115796



CONTRARIAN FUNDS, LLC
TRANSFEROR: M. SCOTT JOHNSON & ASSOCIATE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim. However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    16017    in your objection. If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/10/2015          David D. Bird, Clerk of Co

/s/ Kimberly Murray Cruse

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 10, 2015.

# EXHIBIT B

NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: RONALD J. KUPFERMAN AND SCOT, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: M. SCOTT JOHNSON & ASSOCIATE, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| M. SCOTT JOHNSON & ASSOCIATES | D/B/A WEST VIRGINIA INSURANCE AGENCY, 130 BROOKSHIRE LANE, BECKLEY, WV 25801 |
| M. SCOTT JOHNSON & ASSOCIATES | C/O SHAFFER & SHAFFER, PLLC, ATTN: TODD A. MOUNT, 330 STATE STREET, MADISON, WV 25130 |
| RONALD J. KUPFERMAN AND SCOTT B. HARPER | TRANSFEROR: PEOPLECLICK, INC., FORMER SHAREHOLDERS OF PEOPLECLICK, INC, 9999 COLLINS AVE., APT 2,, BAL HARBOUR, FL 33154 |

**Total Creditor Count 5**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



To:   CLEARY GOTTLIEB STEEN & HAMILTON LLP
      JAMES L. BROMLEY, ESQ.
      ONE LIBERTY PLAZA
      NEW YORK, NY 10006

Phone    212-225-2000                                      Fax    212-225-3999