IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., et al, | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | **Related Docket No. 16002** |

**NOTICE OF ENTRY OF DISTRICT COURT ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 107(B) AND FED. R. BANKR. P. 8009(F) AND 8013 ACCEPTING UNDER SEAL DOCUMENTS DESIGNATED FOR INCLUSION IN RECORD ON APPEAL**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 8009(f), on August 4, 2015, the United States District Court for the District of Delaware (the "District Court") entered the Order Pursuant to 11 U.S.C. §§ 105 and 107(b) and Fed. R. Bankr. P. 8009(f) and 8013 Accepting Under Seal Certain Documents Designated for Inclusion in Record on Appeal (D. Del. Case No. 15-628, Docket No. 7) (the "Order"), a true and correct copy of which is attached hereto as Exhibit 1. Attached hereto as Exhibits 2 and 3, respectively, are (i) a schedule further identifying the sealed documents in question (the "Sealed Documents"), and (ii) a copy of the underlying motion (without exhibits).[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's taxpayer identification number, are Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9679), Nortel Altsystems International Inc. (5596), Xros Inc. (4181), Sonoma Systems (2073) Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226) (collectively, the "U.S. Debtors").

[2] The voluminous exhibits to the underlying motion are available upon request from the undersigned.

The Clerk of the United States Bankruptcy Court for the District of Delaware is respectfully requested to transfer to the Sealed Documents to the District Court for inclusion in the record on appeal.

Dated: Wilmington, Delaware
August 11, 2015

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                */s/ Robert A. Weber*
                Robert A. Weber (I.D. No. 4013)
                One Rodney Square
                P.O. Box 636
                Wilmington, Delaware 19899-0636
                Telephone: (302) 651-3000
                Facsimile: (302) 651-3001
                Email: Robert.Weber@Skadden.com

                - and -

                George A. Zimmerman
                Susan L. Saltzstein
                Four Times Square
                New York, New York 10036-6522
                Telephone: (212) 735-3000
                Facsimile: (212) 735-2000
                Email: George.Zimmerman@Skadden.com
                Email: Susan.Saltzstein@Skadden.com

                *Counsel for Stephen Taylor, Conflicts Administrator for Nortel Networks S.A. (In Administration)*