**EXHIBIT 1**

Case 09-10138-MFW Doc 16022-1 Filed 08/11/15 Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                            :    Chapter 11
                                                            :
In re:                                                      :
                                                            :    Case No. 09-10138 (KG)
NORTEL NETWORKS, INC., et al,                               :
                                                            :    Jointly Administered
                                    Debtors.¹               :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                            :
Stephen Taylor                                              :
Conflicts Administrator for                                 :
Nortel Networks SA,                                         :
                                                            :
                                                            :
                             Appellant                      :
                                                            :    Civ. No. 15-628-LPS
              v.                                            :
                                                            :
Nortel Networks Inc.,                                       :
                                                            :
                             Appellee                       :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:
```

**ORDER ACCEPTING UNDER SEAL
DOCUMENTS DESIGNATED FOR INCLUSION IN RECORD ON APPEAL**

Upon consideration of the motion (the "Motion")² of the Conflicts Administrator

for entry of an order pursuant to Bankruptcy Rules 8009(f) and 8013 and sections 105 and

---

[1] The Debtors in the chapter 11 cases below (the "Chapter 11 Cases"), along with the last four digits of each Debtor's taxpayer identification number, are Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9679), Nortel Altsystems International Inc. (5596), Xros Inc. (4181), Sonoma Systems (2073) Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226) (collectively, the "U.S. Debtors").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

107(b) of the Bankruptcy Code accepting under seal certain documents identified in the Designation filed in the above-captioned appeal; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is appropriate in the context of this proceeding,

**IT IS HEREBY ORDERED**:

1. The Motion is approved to the extent set forth herein.

2. The Clerk of the Court shall accept for filing under seal the Sealed Documents.

3. The Order shall be immediately effective and enforceable upon its entry.

Dated: Wilmington, Delaware
August 4, 2015

_____
THE HONORABLE LEONARD P. STARK

2