**EXHIBIT 2**

## SCHEDULE OF SEALED DOCUMENTS

        The following sealed documents were included in the Joint Designation by Appellants of Items to be Included in the Record on Appeal [D.I. 16002] (the "Joint Designation") which was incorporated by reference and attached to the Conflicts Administrator's Motion for Order Pursuant to 11 U.S.C. §§ 105 and 107(b) and Fed. R. Bankr. P. 8009(f) and 8013 Accepting Under Seal Certain Documents Designated for Inclusion in Record on Appeal (D. Del. Case No. 15-628, Docket No. 6) (the "Motion").

### Sealed Trial Exhibits[1]

| No.[2] | TR Number | Doc ID |
|---|---|---|
| 450 | TR21543 | 21543; NOR_54417706 |
| 921 | TR43128 | EMEAPROD0884602 |
| 1045 | TR44074 | NNC-NNL06001552 |
| 1189 | TR44766 | NNC-NNL06742600 |
| 1244 | TR45090 | NNC-NNL089532 |
| 1310 | TR45635 | NNC-NNL11756213 |
| 1344 | TR46963 | NNI_00018349 |
| 1557 | TR48800 | NNI_01532818 |
| 1705 | TR49360 | NOR_54417706.018 |

---

[1] The listed trial exhibits are sealed as indicated on the revised Schedule 8 ("Revised Schedule 8") to the trial exhibits stipulation which is attached to the Joint Designation as Exhibit B.

[2] The "No." column corresponds with the sequential number associated with each sealed trial exhibit listed on Revised Schedule 8.

**Sealed Documents Filed on the Bankruptcy Docket (Case No. 09-10138 (KG))**[3]

| Item[4] | D.I. Number | Description |
|---|---|---|
| 70 | 2211 | (DOCUMENT FILED UNDER SEAL) Confidential - Schedules and Exhibits Re: Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts. 1-3 |
| 76 | 2331 | (FILED UNDER SEAL) Unredacted Final Canadian Funding And Settlement Agreement |
| 208 | 13418 | UKPC Opposition to US Debtors' Motion to Strike Pro Rata Experts |

---

[3] The listed docket numbers from the bankruptcy court docket were included in the Joint Designation as Exhibit C.

[4] The "Item" column corresponds with the sequential number associated with each sealed docket item included in Exhibit C to the Joint Designation.