## CERTIFICATE OF SERVICE

I, Robert A. Weber, hereby certify that on August 11, 2015, I caused the foregoing *Notice Of Entry Of District Court Order Pursuant To 11 U.S.C. §§ 105 And 107(b) And Fed. R. Bankr. P. 8009(f) And 8013 Accepting Under Seal Documents Designated For Inclusion In Record On Appeal* to be served on the parties listed on <u>Exhibit A</u> attached hereto by first class U.S. mail, unless otherwise indicated.

*/s/ Robert A. Weber*
Robert A. Weber

## EXHIBIT A

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801
**(By Hand Delivery)**
*(Counsel for the U.S. Debtors)*

James L. Bromley, Esq.
Jeffrey A. Rosenthal, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
*(Counsel for the U.S. Debtors)*

Mary F. Caloway, Esq.
Kathleen A. Murphy, Esq.
Buchanan Ingersoll & Rooney PC
919 N. Market Street, Suite 1500
Wilmington, DE  19801
**(By Hand Delivery)**
*(Counsel to Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Debtors)*

Jacob S. Pultman, Esq.
Laura R. Hall, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
*(Counsel to Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Debtors)*

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705
**(By Hand Delivery)**
*(Counsel to Ad Hoc Group of Bondholders)*

Dennis F. Dunne, Esq.
Andrew M. Leblanc, Esq.
Atara Miller, Esq.
Milbank, Tweed, Hadley & Mc Cloy LLP
28 Liberty Street
New York, NY  10005-1413
*(Counsel to Ad Hoc Group of Bondholders)*

Christopher M. Samis, Esq.
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE  19801
**(By Hand Delivery)**
*(Counsel to the Official Committee)*

Fred S. Hodara, Esq.
David H. Botter, Esq.
Abid Qureshi, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*(Counsel to the Official Committee)*

James L. Patton, Esq.
Edwin J. Harron, Esq.
John T. Dorsey, Esq.
Jaime Luton Chapman, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*(Counsel to Ernst & Young LLP, as Joint Administrators of the EMEA Debtors)*

William R. Maguire, Esq.
Derek J.T. Adler, Esq.
Neil J. Oxford, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
*(Counsel to Ernst & Young LLP, as Joint Administrators of the EMEA Debtors)*

Selinda A. Melnik, Esq.
Timothy Hoeffner, Esq.
DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
*(Counsel to Canadian Creditors Committee)*

William E. Chipman, Esq.
Mark D. Olivere, Esq.
Ann M. Kashishian, Esq.
Chipman Brown Cicero & Cole, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
*(Counsel to Wilmington Trust, N.A., as Indenture Trustee)*

2

David Crichlow, Esq.
Karen B. Dine, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
*(Counsel to Wilmington Trust, N.A., as Indenture Trustee)*

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659
*(Counsel to Bank of New York Mellon, as Indenture Trustee)*

Michael J. Riela, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019
*(Counsel to Bank of New York Mellon, as Indenture Trustee)*

Stephen M. Miller, Esq.
Carl N. Kunz, III, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*(Counsel to Law Debenture Trust Company of New York, as Indenture Trustee)*

Daniel A. Lowenthal, Esq.
Brian P. Guiney, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
*(Counsel to Law Debenture Trust Company of New York, as Indenture Trustee)*

Charlene D. Davis, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
*(Counsel to U.K. Pension Claimants)*

Brian E. O'Connor, Esq.
Sameer Advani, Esq.
Weston T. Eguchi, Esq.
Andrew Hanrahan, Esq.
Willkie, Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
*(Counsel to U.K. Pension Claimants)*

Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE  19801
*(Counsel to Nortel Trade Claims Consortium)*

Steven D. Pohl, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA  02111
*(Counsel to Nortel Trade Claims Consortium)*

Edward S. Weisfelner, Esq.
Brown Rudnick LLP
7 Times Square
New York, NY  10036
*(Counsel to Nortel Trade Claims Consortium)*

Israel Goldowitz, Esq.
Charles L. Finke, Esq.
Garth D. Wilson, Esq.
Vicente Matias Murrell, Esq.
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
*(Pension Benefit Guarantee Corp.)*

Mark S. Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**(By Hand Delivery)**

769426-WILSR01A - MSW