UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138          BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Allocation Trial Opinion; Order Re Allocation Trial Opinion; Order Re Motion for Reconsideration.

**Docket #:** 15544    **Date Entered:** 5/12/15; 7/6/15

Item Transmitted:

| | | | |
|---|---|---|---|
| ☐ Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☑ Cross Appeal | Docket #: 15926 | Date Filed: 7/23/15 | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Record on Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Canadian Creditors Committee

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Selinda Melnik
DLA Piper LLP
1201 N. Market St
Suite 2100
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Derek Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market St
Wilmington, DE 19899

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ● | ○ |
| ***If Yes, has District Court assigned a Civil Action Number?**  Civil Action Number: 15-586 - 15-628 | ● | ○ |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 8/11/15        **by:** Sara Hughes
                               **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-39