# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: <br><br> **Nortel Networks Inc., *et al*.**,[1] <br><br><br>                    Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br> (Jointly Administered) <br><br> **Re: Dkt. Nos. 15544, 15545, 15830,** <br> **             15846, 15878, 15888** <br> **             15890, 15893, 15894, 15916** |

## NOTICE OF CONTINGENT CROSS-APPEAL

**PLEASE TAKE NOTICE** that the Canadian Creditors Committee ("CCC") hereby appeals pursuant to 28 U.S.C. § 158(a)(3) from the *Allocation Trial Opinion* [Dkt. No. 15544] and accompanying *Order* [Dkt. No. 15545] entered by the Honorable Kevin Gross of the United States Bankruptcy Court for the District of Delaware on May 12, 2015, and the *Memorandum Order on Motions for Reconsideration* [Dkt. No. 15830] entered by the same court on July 6, 2015, only to the extent that the *Allocation Trial Opinion*, *Order*, and *Memorandum Order on Motions for Reconsideration* are modified by the appellate court. Attached as Exhibits A, B and C, respectively, are the *Allocation Trial Opinion*, *Order*, and *Memorandum Order on Motions for Reconsideration*.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

1

| **Party** | **Counsel** |
|---|---|
| U.S. Debtors | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Eric D. Schwartz<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>(302) 658-9200 |
| Ad Hoc Group of Bondholders | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>Dennis F. Dunne<br>Albert A. Pisa<br>Andrew M. LeBlanc<br>1 Chase Manhattan Plaza<br>New York, New York 1005-1413<br>(212) 530-5000<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware 19899-8705<br>(302) 652-4100 |

`

| | |
|---|---|
| Official Committee of Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Brad M. Kahn<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>- and -<br><br>WHITEFORD, TAYLOR & PRESTON LLC<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>(302) 353-4144 |
| Bank of New York Mellon, as Indenture Trustee | VEDDER PRICE P.C.<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>(212) 407-7700<br><br>- and -<br><br>DUANE MORRIS LLP<br>Michael R. Lastowski<br>Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>(302) 657-4900 |
| Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors | BUCHANAN INGERSOLL & ROONEY PC<br>Mary F. Caloway<br>Kathleen A Murphy<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 552-4200<br><br>- and - |

`

Case 09-10138-MFW   Doc 16023-1   Filed 08/11/15   Page 4 of 6

|  |  |
|---|---|
|  | ALLEN & OVERY LLP<br>Jacob S. Pultman<br>Laura R. Hall<br>1221 Avenue of the Americas<br>New York, New York 10020<br>(212) 610-6300 |
| Wilmington Trust, N.A.,<br>as Indenture Trustee | KATTEN MUCHIN ROSENMAN LLP<br>David Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 1022-2585<br>(212) 940-880 |
|  | - and - |
|  | CHIPMAN BROWN CICERO & COLE, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>Ann M. Kashishian<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>(302) 295-0191 |
| U.K. Pension Claimants | WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>(212)-728-8000 |
|  | - and - |
|  | BAYARD, P.A.<br>Charlene D. Davis<br>Justin Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>(302) 655-5000 |

`

| | |
|---|---|
| Law Debenture Trust Company Of New York, as Indenture Trustee | PATERSON BELKNAP WEBB & TYLER LLP<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000<br><br>-and-<br><br>MORRIS JAMES LLP<br>Stephen P. Miller<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899<br>(302) 888-6800 |
| Stephen Taylor, Conflicts Administrator for Nortel Networks SA | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Robert A. Weber<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000<br><br>-and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>George R. Zimmerman<br>Susan L. Saltzstein<br>4 Times Square<br>New York, NY 10036<br>(212) 735-3000 |
| Nortel Trade Claims Consortium | FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>(302) 654-7444<br><br>-and-<br><br>BROWN RUDNICK LLP<br>Steven D. Pohl, Esq.<br>One Financial Center<br>Boston, MA 02111 |

`

|  |  |
|---|---|
|  | (617) 856-8200 |
|  |  |
|  | -and- |
|  |  |
|  | BROWN RUDNICK LLP |
|  | Edward S. Weisfelner, Esq. |
|  | Seven Times Square |
|  | New York, NY 10036 |
|  | (212) 209-4800 |
|  |  |
| Office of the U.S. Trustee | United States Trustee for Region 3 |
|  | Mark Kenney, Trial Attorney |
|  | 844 King Street, Suite 2207, Lockbox 35 |
|  | (302) 573-6491 |

Dated: July 23, 2015
       Wilmington, DE

**DLA PIPER LLP (US)**

By:/s/ *Selinda A. Melnik*
Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5650
E-mail: selinda.melnik@dlapiper.com

      - and –

Richard F. Hans (admitted *pro hac vice*)
Timothy Hoeffner (admitted *pro hac vice)*
Jason D. Gerstein (admitted *pro hac vice)*
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
E-mail: richard.hans@dlapiper.com
E-mail: timothy.hoeffner@dlapiper.com
E-mail: jason.gerstein@dlapiper.com

*Counsel for the Canadian Creditors Committee*

`