# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2015 through June 30, 2015

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Litigation | 34.80 | $24,693.00 |
| **TOTAL** | **34.80** | **$24,693.00** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000202 / Litigation

Proforma 941153  
8/6/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13511752 | 6/1/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review response from Cleary team re confidentiality issues, and consult with Mr. Jackson re next steps. |
| 13552211 | 6/1/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Email correspondence with Canadian and EMEA estates re proposed disclosure by subpoenaing party of certain patent license agreements. |
| 13555610 | 6/3/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Email correspondence with Mr. Abramic, opposing counsel, re subpoenaing party's request for consent to production of certain patent license agreements. |
| | | | | | **0.80** | **$549.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000203 / Litigation

Proforma 941154  
8/6/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13486759 | 5/22/2015 | 302 | Regan, James J. | Partner | 1.50 | 1,485.00 | Exchange emails with Mr. Supko re new third-party subpoena matter (0.3); review and analyze court filing of subpoenaing party (1.0); exchange emails with Mr. Jackson re discovery issues (0.2). |
| 13505754 | 6/1/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Jackson re discovery requests from third party, including revision of draft email to Mr. Ross re generating hit counts. |
| 13552207 | 6/1/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Email correspondence with T. Ross re search term hit counts for discovery data repositories. |
| 13555679 | 6/4/2015 | 6634 | Jackson, Sean | Counsel | 1.40 | 882.00 | Finalize search term hit count spreadsheets and provide same to opposing counsel pursuant to Second Discovery Protocol. |
| 13532345 | 6/8/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with subpoenaing party re document production issue. |
| 13551772 | 6/8/2015 | 6634 | Jackson, Sean | Counsel | 1.80 | 1,134.00 | Finalize search term hit count reports based on search terms provided by subpoenaing party, and provide same to opposing counsel pursuant to Second Discovery Protocol. |

**5.20**   **$3,883.50**   **Professional Services Total**

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205 / Litigation

Proforma 941155  
8/6/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13505746 | 6/1/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Review letter from Ms. Cooper requesting production of unredacted trial exhibits. |
| 13552202 | 6/1/2015 | 6634 | Jackson, Sean | Counsel | 1.70 | 1,071.00 | Review correspondence from subpoenaing party re discovery requests to Nortel (0.5); prepare for and attend telephone conference with opposing counsel re same (1.2). |
| 13523160 | 6/4/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Review correspondence from opposing counsel re discovery requests (0.2); consult with Mr. Jackson re same (0.2); perform legal research re EDR issues (0.3). |
| 13522645 | 6/4/2015 | 4269 | Dahl, Mark A. | Lit Support | 0.50 | 150.00 | Prepare and transfer discovery data from Cleary Gottlieb's hard drive to encrypted hard drive to provide to Mr. Jackson per Mr. Supko. |
| 13555677 | 6/4/2015 | 6634 | Jackson, Sean | Counsel | 1.30 | 819.00 | Review and analyze detailed correspondence from opposing counsel re supplemental discovery requests (0.6); begin assessing availability of requested documents and potential third party notice obligations (0.7). |
| 13551909 | 6/10/2015 | 6634 | Jackson, Sean | Counsel | 0.60 | 378.00 | Exchange emails with Nortel e-discovery vendor, Recommind, re database searches in response to subpoenaing party's discovery requests (0.4); telephone conference opposing counsel, L. Cooper, re discovery requests (0.2). |
| 13585890 | 6/15/2015 | 6634 | Jackson, Sean | Counsel | 2.30 | 1,449.00 | Review and analyze documents identified and requested by subpoenaing party (2.0); exchange correspondences with opposing counsel, Ms. Cooper, re subpoenaing party's discovery requests (0.3). |
| 13585924 | 6/16/2015 | 6634 | Jackson, Sean | Counsel | 2.30 | 1,449.00 | Review and analyze third-party's related documents requested by subpoenaing party (1.2); compile third-party's related and other documents for review by Ms. McCown for potential confidentiality notice issues (0.7); telephone conference with opposing counsel, Ms. Cooper, re subpoenaing party's discovery requests (0.4). |
| 13586041 | 6/17/2015 | 6634 | Jackson, Sean | Counsel | 0.70 | 441.00 | Correspondence with opposing counsel, Ms. Cooper, re request for third party's related documents (0.2); correspondence with Ms. McCown re proposed production to subpoenaing party of third party's related documents and request for consent to disclose (0.5). |
| 13586133 | 6/18/2015 | 6634 | Jackson, Sean | Counsel | 0.70 | 441.00 | Email correspondence with Nortel Canadian and EMEA Estates re consent to produce third party's related documents to subpoenaing party. |
| 13559454 | 6/19/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review correspondence re pending discovery requests and consult with Mr. Jackson re same. |

Client: 105185 / Nortel Networks, Inc.  Proforma 941155
Matter: 105185.0000205 / Litigation  8/6/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13586212 | 6/19/2015 | 6634 | Jackson, Sean | Counsel | 1.90 | 1,197.00 | Telephone conference with Ms. Parker-Beaudrias re proposed production to subpoenaing party of third party's related documents (0.2); draft and send notice letters to interested parties re proposed production to subpoenaing party of third-party's related documents (1.7). |
| 13584539 | 6/22/2015 | 6634 | Jackson, Sean | Counsel | 1.80 | 1,134.00 | Draft and send correspondence to representatives of interested parties, as well as Nortel U.S., Canadian, and EMEA Estates re request for consent of production of Sellers Disclosure Schedule. |
| 13572148 | 6/23/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Consult with Mr. Jackson re issues concerning production of certain ASA documents, including review of background correspondence re same. |
| 13575200 | 6/24/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Tovey re status of document production, including investigation into same. |
| 13585112 | 6/24/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Email correspondence with counsel for Nortel Canadian and EMEA Estates re proposed production of Sellers Disclosure Schedule in connection with the document requests by subpoenaing party. |
| 13577534 | 6/25/2015 | 1474 | Supko, Mark M. | Partner | 0.60 | 513.00 | Correspondence with Mr. Ross re administrative issue (0.1); telephone conference with Mr. Wade re request for Nortel consent to produce license agreement to third-party (0.2); correspondence with Mr. Wade re same (0.2); consult with Mr. Jackson re handling of same (0.1). |
| 13577548 | 6/26/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Review license agreement sent by Mr. Wade for confidentiality restrictions (0.2); review and revise draft email to Mr. Ross requesting consent for interested party to produce license agreement to a third-party and consult with Mr. Jackson re same (0.2). |
| 13585312 | 6/26/2015 | 6634 | Jackson, Sean | Counsel | 0.60 | 378.00 | Draft email correspondence to Mr. Ross seeking consent from Nortel re production by interested party to subpoenaing party of license agreement and provide same to Mr. Supko for review (0.4); revise and send email correspondence to Mr. Ross re same (0.2). |
| 13601373 | 6/29/2015 | 6634 | Jackson, Sean | Counsel | 1.90 | 1,197.00 | Obtain, review, and analyze documents requested by subpoenaing party for potential confidentiality obligations. |
| 13594428 | 6/30/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Mr. Jackson and Ms. Cooper re document production issues (0.2); correspondence with Mr. Ross re conflicts issue (0.1). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205 / Litigation

Proforma 941155  
8/6/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13601483 | 6/30/2015 | 6634 | Jackson, Sean | Counsel | 4.20 | 2,646.00 | Correspondence with opposing counsel, Ms. Cooper, re status of Nortel review and production of documents in response to subpoena (0.7); correspondence with interested party re consent to produce patent license to subpoenaing party (0.3); correspondence with Ms. McCown re review of patent license agreements proposed for production to subpoenaing party (0.2); obtain and review documents requested by subpoenaing party for potential notice obligations (3.0). |

**23.70**    **$15,441.00**    Professional Services Total

Client: 105185 / Nortel Networks, Inc.  Proforma 941156
Matter: 105185.0000206 / Litigation  8/6/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13511742 | 6/1/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Conversation with Mr. Regan re cost-sharing motion status and strategy. |
| 13549176 | 6/8/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Exchange emails with Mr. Supko re new pleadings filed by third-party (0.1); review and analyze court filings re discovery issues (0.6). |
| 13532346 | 6/8/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Download and review new pleadings and report to Crowell and Moring LLP team re same. |
| 13549192 | 6/9/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Exchange emails with Cleary re cost-sharing motion. |
| 13543805 | 6/12/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review numerous ECF notices and download and review selected pleadings for possible relevance to cost-sharing motion. |
| 13566217 | 6/19/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Review and edit email from Mr. Supko re discovery issues (0.6); follow-on emails with Mr. Supko re same (0.1). |
| 13559453 | 6/19/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Review numerous ECF notices and associated pleadings for relevance to pending matters. |
| 13586463 | 6/23/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Review and analyze notice from court re pleadings and discovery issues (0.5); exchange emails with Mr. Supko re status of ongoing litigation (0.3). |
| 13572149 | 6/23/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Download and circulate reply brief to Crowell and Moring LLP team re US Debtors' objections to allocation order (0.1); begin reviewing same re possible influence on cost-sharing motion (0.3). |
| 13607569 | 6/30/2015 | 302 | Regan, James J. | Partner | 0.40 | 396.00 | Exchange emails with Mr. Supko re discovery issues and status of ongoing litigations. |
| 13594430 | 6/30/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Download and review selected pleadings re allocation decision for possible relevance to cost-sharing motion. |

**5.10**  **$4,819.50**  Professional Services Total