# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2015 through June 30, 2015

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Facsimile | NA | $4.00 |
| Express Delivery | Federal Express Corporation | $94.69 |
| Electronic Discovery | Advanced Discovery, LLC | $358.81 |
| **TOTAL** | | **$457.50** |

Client: 105185 / Nortel Networks, Inc.                                                                                      Proforma Expenses
                                                                                                                                    8/6/2015

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|---|---|---|---|---|---|---|---|---|---|---|
| 7175524 | 6/10/2015 | 6879 | Jackson, Calvin | Other | 6 | Express Delivery | 17.26 | Express Delivery FEDEX From: OFFICE SERVICES To: OFFICE SERVICES  SEAN JACKSON, 590 MADISON AVENUE, CROWELL & MOR ING, NEW YORK, NY 10022 US Tracking Number: 6267 02657725 Invoice Number: 506515232 | 941155 | 105185.0000205 |
| 7175078 | 6/18/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 358.81 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees fro April. Inv# B147505 Date: 04/30/2015 | 941155 | 105185.0000205 |
| 7176797 | 6/19/2015 | 6261 | Kornett, Christine | Other | 52 | Facsimile | 2.00 | Facsimile (410) 694 5750 | 941155 | 105185.0000205 |
| 7176798 | 6/19/2015 | 6261 | Kornett, Christine | Other | 52 | Facsimile | 2.00 | Facsimile (972) 521 5837 | 941155 | 105185.0000205 |
| 7187071 | 6/19/2015 | 6261 | Kornett, Christine | Other | 6 | Express Delivery | 12.51 | Express Delivery FEDEX From: Christine Kornett To: David M  Rothe nstein, Esq, 7035 Ridge Road, Ciena Corporation,  HANOVER, MD 21076 US Tracking Number: 773878142 080 Invoice Number: 507963658 | 941155 | 105185.0000205 |
| 7187072 | 6/19/2015 | 6261 | Kornett, Christine | Other | 6 | Express Delivery | 14.45 | Express Delivery FEDEX From: Christine Kornett To: Zachary C  Gre en, Esq, 2801 Network Boulevard, GENBAND, Inc,, FRISCO, TX 75034 US Tracking Number: 77387822211 8 Invoice Number: 507963658 | 941155 | 105185.0000205 |
| 7187379 | 6/19/2015 | 6261 | Kornett, Christine | Other | 6 | Express Delivery | 50.47 | Express Delivery FEDEX From: CHRISTINE KORNETT To: PER OSCARSSON AND CARL BLOMQVI, TORSHAMNSGATAN 21, KISTA, TELE FONAKTIEBOLAGET L M ERICSS,  Tracking Number: 77 3878296680 Invoice Number: 649587214 | 941155 | 105185.0000205 |

                                     **Total Disbursements    $457.50**