EXHIBIT A

**(i)  Proofs of Claim Proposed to be Settled under Paragraph 2(e) of Order From December 31, 2013 to July 9, 2015[1]**

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| Ricaurte, Christopher | 5879 | $796,875.00 | $0.00 | $0.00 | $796,875.00 | $610,623.68 | $2,769.24 | $0.00 | $613,392.92 | Nortel Networks Inc. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.