# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2015 through July 31, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Court Costs | | $25.00 |
| Transcripts | | 155.20 |
| Photos/Art/ Spec Duplicating | Out of Office | 1,065.73 |
| Meals | | 337.87 |
| Messenger Services | | 455.00 |
| Courier/Delivery Service | | 4,182.46 |
| Computer Research | Westlaw | 195.77 |
| In-House Duplicating | | 378.55 |
| Postage | | 113.51 |
| Pacer | | 48.60 |
| Facsimile | | 1,066.75 |
| Support Staff Overtime | | 16.00 |
| **Total Expenses** | | **$8,040.44** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 08/13/15 14:35:18

PRO FORMA 382434    AS OF 07/31/15

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1319524 | 06/25/15 | B | 25.00 | Court Costs - AMERICAN EXPRESS - USDC - DE - FILING FEES - 6/25/15 | 503 | 000 | 210273 |
| 1317035 | 07/09/15 | B | 155.20 | Transcripts - DIAZ DATA SERVICES - TRANSCRIPT 7/9/15 | 506 | 971 | 210096 |
| 1321262 | 07/10/15 | B | 13.40 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 7/10/15 | 510 | 684 | 210326 |
| 1326170 | 07/17/15 | B | 929.93 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY BANKRUPTCY SERVICE - 7/17/15 | 510 | 684 | 210579 |
| 1332708 | 07/27/15 | B | 122.40 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 7/27/15 | 510 | 221 | 210709 |
| 1332660 | 06/25/15 | B | 112.92 | Meals - AMERICAN EXPRESS - MANHATTAN BAGEL - BREAKFAST FOR 10 PEOPLE - 6/25/15 | 512 | 000 | 210701 |
| 1318692 | 06/25/15 | B | 0.00 | Meals - MOVABLE FEAST INC. - LUNCH FOR 11 PEOPLE - 6/25/15 | 512 | 971 | 210209 |
| 1326970 | 06/25/15 | B | 224.95 | Meals - MOVABLE FEAST INC. - LUNCH FOR 11 PEOPLE - 6/25/15 | 512 | 971 | 210209 |
| 1320734 | 05/01/15 | B | 5.00 | Messenger Service | 513S | 546 | |
| 1320736 | 05/01/15 | B | 5.00 | Messenger Service | 513S | 546 | |
| 1320753 | 05/04/15 | B | 5.00 | Messenger Service | 513S | 684 | |
| 1320787 | 05/05/15 | B | 5.00 | Messenger Service - Whiteford Taylor | 513S | 684 | |
| 1320788 | 05/05/15 | B | 5.00 | Messenger Service - Cole Schotz | 513S | 684 | |
| 1320789 | 05/05/15 | B | 5.00 | Messenger Service - to US Trustee | 513S | 684 | |
| 1320790 | 05/05/15 | B | 5.00 | Messenger Service - to Buchanan Ingersoll | 513S | 684 | |
| 1320791 | 05/05/15 | B | 5.00 | Messenger Service - to Pachulski | 513S | 684 | |
| 1320792 | 05/05/15 | B | 5.00 | Messenger Service - to Sullivan | 513S | 684 | |
| 1320778 | 05/05/15 | B | 5.00 | Messenger Service - to Master Sidlow & Associates | 513S | 971 | |
| 1320779 | 05/05/15 | B | 5.00 | Messenger Service - to UST | 513S | 971 | |
| 1320780 | 05/05/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1320886 | 05/12/15 | B | 5.00 | Messenger Service - to USBC-Gross | 513S | 684 | |
| 1320899 | 05/12/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1320900 | 05/12/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1320912 | 05/13/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1320913 | 05/13/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1320919 | 05/14/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |

```
Nortel Networks, Inc.                                PRO FORMA  382434              AS OF 07/31/15         INVOICE# ******
63989-DIP
DATE: 08/13/15 14:35:18
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1320936 | 05/14/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1320938 | 05/14/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1320924 | 05/14/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 971 | |
| 1320948 | 05/15/15 | B | 5.00 | Messenger Service - to USBC | 513S | 546 | |
| 1320956 | 05/15/15 | B | 5.00 | Messenger Service - to Whiteford Taylor & Preston | 513S | 546 | |
| 1320957 | 05/15/15 | B | 5.00 | Messenger Service - to US Trustee | 513S | 546 | |
| 1321028 | 05/20/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321042 | 05/21/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1321078 | 05/22/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1321079 | 05/22/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1321092 | 05/26/15 | B | 5.00 | Messenger Service - to USBC-Gross | 513S | 684 | |
| 1321123 | 05/27/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1321124 | 05/27/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321129 | 05/27/15 | B | 5.00 | Messenger Service - to USBC-Gross | 513S | 684 | |
| 1321135 | 05/28/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1321147 | 05/28/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1321148 | 05/28/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321150 | 05/28/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321151 | 05/29/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1321165 | 05/29/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1321166 | 05/29/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321173 | 06/01/15 | B | 5.00 | Messenger Service - to UST | 513S | 168 | |
| 1321195 | 06/01/15 | B | 5.00 | Messenger Service - to UST | 513S | 000 | |
| 1321196 | 06/01/15 | B | 5.00 | Messenger Service - to USBC | 513S | 000 | |
| 1321197 | 06/01/15 | B | 5.00 | Messenger Service - to Master Sidlow | 513S | 000 | |
| 1321226 | 06/03/15 | B | 5.00 | Messenger Service - to USBC | 513S | 322 | |
| 1321232 | 06/03/15 | B | 5.00 | Messenger Service - to Master Sidlow | 513S | 684 | |
| 1321234 | 06/03/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321235 | 06/03/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1321270 | 06/04/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |

```
Nortel Networks, Inc.                              PRO FORMA  382434           AS OF 07/31/15        INVOICE#  ******
63989-DIP
DATE: 08/13/15 14:35:18
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1321310 | 06/08/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321311 | 06/08/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1321316 | 06/09/15 | B | 5.00 | Messenger Service - to UST | 513S | 168 | |
| 1321798 | 06/12/15 | B | 5.00 | Messenger Service - to Pepper Hamilton | 513S | 684 | |
| 1321805 | 06/12/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321812 | 06/15/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1321825 | 06/15/15 | B | 5.00 | Messenger Service - to Rosner Law Group | 513S | 684 | |
| 1321826 | 06/15/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1321829 | 06/15/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1321845 | 06/16/15 | B | 5.00 | Messenger Service - USBC/Gross | 513S | 684 | |
| 1321866 | 06/17/15 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1321969 | 06/23/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1321987 | 06/24/15 | B | 5.00 | Messenger Service - to USBC/Gross | 513S | 684 | |
| 1322023 | 06/26/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1322100 | 06/30/15 | B | 5.00 | Messenger Service - to Sullivan Hazeltine Anderson LLC | 513S | 684 | |
| 1322101 | 06/30/15 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1322107 | 06/30/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1322091 | 06/30/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1322110 | 06/30/15 | B | 5.00 | Messenger Service - to Master Sidlow | 513S | 546 | |
| 1322108 | 06/30/15 | B | 5.00 | Messenger Service - to UST | 513S | 000 | |
| 1322109 | 06/30/15 | B | 5.00 | Messenger Service - to USBC | 513S | 000 | |
| 1322153 | 07/06/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1322178 | 07/07/15 | B | 5.00 | Messenger Service - Whiteford Taylor | 513S | 684 | |
| 1322187 | 07/07/15 | B | 5.00 | Messenger Service - Cole Schotz | 513S | 684 | |
| 1322181 | 07/07/15 | B | 5.00 | Messenger Service - Buchanan Ingersoll | 513S | 684 | |
| 1322182 | 07/07/15 | B | 5.00 | Messenger Service - YCST | 513S | 684 | |
| 1322183 | 07/07/15 | B | 5.00 | Messenger Service - Skadden Arps | 513S | 684 | |
| 1322184 | 07/07/15 | B | 5.00 | Messenger Service - Whiteford Taylor | 513S | 684 | |
| 1322185 | 07/07/15 | B | 5.00 | Messenger Service - Sullivan Hazeltine | 513S | 684 | |
| 1322186 | 07/07/15 | B | 5.00 | Messenger Service - Pachulski | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/13/15 14:35:18

Case 09-10138-MFW   Doc 16029-3   Filed 08/13/15   Page 5 of 13
PRO FORMA  382434                AS OF 07/31/15

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1322188 | 07/08/15 | B | 5.00 | Messenger Service - UST | 513S | 684 | |
| 1322216 | 07/09/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1322217 | 07/09/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1322249 | 07/14/15 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1322254 | 07/14/15 | B | 5.00 | Messenger Service - to Pepper Hamilton | 513S | 971 | |
| 1322265 | 07/15/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1322266 | 07/15/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1322271 | 07/15/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1322272 | 07/15/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1322306 | 07/17/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1322307 | 07/17/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1322313 | 07/20/15 | B | 5.00 | Messenger Service - to Sullivan Hazel | 513S | 684 | |
| 1322345 | 07/20/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1319496 | 06/12/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - SHIPPING - 6/12/15 | 514 | 000 | 210273 |
| 1316646 | 06/24/15 | B | 542.43 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 210085 |
| 1319525 | 06/27/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - SHIPPING - 6/27/15 | 514 | 000 | 210273 |
| 1317025 | 06/30/15 | B | 26.14 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 210095 |
| 1316233 | 07/01/15 | B | 17.89 | Courier/Delivery Service | 514 | 322 | 210042 |
| 1316234 | 07/01/15 | B | 16.63 | Courier/Delivery Service | 514 | 322 | 210042 |
| 1316235 | 07/01/15 | B | 17.89 | Courier/Delivery Service | 514 | 322 | 210042 |
| 1319187 | 07/09/15 | B | 105.65 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 210249 |
| 1319430 | 07/10/15 | B | 18.84 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 210255 |
| 1319163 | 07/10/15 | B | 33.47 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 210219 |
| 1318601 | 07/10/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318602 | 07/10/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318603 | 07/10/15 | B | 27.23 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318664 | 07/10/15 | B | 26.02 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318665 | 07/10/15 | B | 23.31 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318666 | 07/10/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318658 | 07/10/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318659 | 07/10/15 | B | 23.31 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318660 | 07/10/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210192 |
| 1318661 | 07/10/15 | B | 27.23 | Courier/Delivery Service | 514 | 322 | 210192 |

```
Nortel Networks, Inc.                                    PRO FORMA   382434       AS OF 07/31/15                  INVOICE#  ******
63989-DIP
DATE: 08/13/15 14:35:18


INDEX      DATE      STAT     AMOUNT    DESCRIPTION                                    CODE     TKPER    VOUCHER
1318662   07/10/15    B        22.80    Courier/Delivery Service                        514      322     210192
1318663   07/10/15    B        18.84    Courier/Delivery Service                        514      322     210192
1318652   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318653   07/10/15    B        16.40    Courier/Delivery Service                        514      322     210192
1318654   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
1318655   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318656   07/10/15    B        20.35    Courier/Delivery Service                        514      322     210192
1318657   07/10/15    B        18.84    Courier/Delivery Service                        514      322     210192
1318646   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318647   07/10/15    B        24.94    Courier/Delivery Service                        514      322     210192
1318648   07/10/15    B        26.02    Courier/Delivery Service                        514      322     210192
1318649   07/10/15    B        23.31    Courier/Delivery Service                        514      322     210192
1318650   07/10/15    B        12.76    Courier/Delivery Service                        514      322     210192
1318651   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
1318640   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
1318641   07/10/15    B        25.76    Courier/Delivery Service                        514      322     210192
1318642   07/10/15    B        23.31    Courier/Delivery Service                        514      322     210192
1318643   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
1318644   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
1318645   07/10/15    B        18.84    Courier/Delivery Service                        514      322     210192
1318634   07/10/15    B        27.00    Courier/Delivery Service                        514      322     210192
1318635   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318636   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
1318637   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318638   07/10/15    B        12.76    Courier/Delivery Service                        514      322     210192
1318639   07/10/15    B        22.07    Courier/Delivery Service                        514      322     210192
1318628   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
1318629   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318630   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318631   07/10/15    B        12.76    Courier/Delivery Service                        514      322     210192
1318632   07/10/15    B        18.84    Courier/Delivery Service                        514      322     210192
1318633   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318622   07/10/15    B        12.76    Courier/Delivery Service                        514      322     210192
1318623   07/10/15    B        18.84    Courier/Delivery Service                        514      322     210192
1318624   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
1318625   07/10/15    B        23.28    Courier/Delivery Service                        514      322     210192
1318626   07/10/15    B        26.02    Courier/Delivery Service                        514      322     210192
1318627   07/10/15    B        26.14    Courier/Delivery Service                        514      322     210192
```

```
Nortel Networks, Inc.                                    PRO FORMA  382434         AS OF 07/31/15                    INVOICE#  ******
63989-DIP
DATE: 08/13/15 14:35:18


INDEX     DATE      STAT     AMOUNT    DESCRIPTION                                                       CODE    TKPER    VOUCHER
1318616   07/10/15   B        23.31    Courier/Delivery Service                                           514     322      210192
1318617   07/10/15   B        23.31    Courier/Delivery Service                                           514     322      210192
1318618   07/10/15   B        18.84    Courier/Delivery Service                                           514     322      210192
1318619   07/10/15   B        18.84    Courier/Delivery Service                                           514     322      210192
1318620   07/10/15   B        18.84    Courier/Delivery Service                                           514     322      210192
1318621   07/10/15   B        23.28    Courier/Delivery Service                                           514     322      210192
1318610   07/10/15   B        18.84    Courier/Delivery Service                                           514     322      210192
1318611   07/10/15   B        23.28    Courier/Delivery Service                                           514     322      210192
1318612   07/10/15   B        12.76    Courier/Delivery Service                                           514     322      210192
1318613   07/10/15   B        12.76    Courier/Delivery Service                                           514     322      210192
1318614   07/10/15   B        22.54    Courier/Delivery Service                                           514     322      210192
1318615   07/10/15   B        18.84    Courier/Delivery Service                                           514     322      210192
1318604   07/10/15   B        26.14    Courier/Delivery Service                                           514     322      210192
1318605   07/10/15   B        23.28    Courier/Delivery Service                                           514     322      210192
1318606   07/10/15   B        22.80    Courier/Delivery Service                                           514     322      210192
1318607   07/10/15   B        18.84    Courier/Delivery Service                                           514     322      210192
1318608   07/10/15   B        22.80    Courier/Delivery Service                                           514     322      210192
1318609   07/10/15   B        26.14    Courier/Delivery Service                                           514     322      210192
1326057   07/14/15   B        56.16    Courier/Delivery Service - FEDERAL EXPRESS CORP.                   514     000      210515
1323208   07/17/15   B        92.12    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC              514     000      210414
1331525   07/24/15   B        13.80    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC              514     000      210665
1325171   07/27/15   B        18.84    Courier/Delivery Service                                           514     322      210495
1325172   07/27/15   B        23.31    Courier/Delivery Service                                           514     322      210495
1325173   07/27/15   B        26.14    Courier/Delivery Service                                           514     322      210495
1325174   07/27/15   B        23.31    Courier/Delivery Service                                           514     322      210495
1325175   07/27/15   B        26.14    Courier/Delivery Service                                           514     322      210495
1325176   07/27/15   B        26.14    Courier/Delivery Service                                           514     322      210495
1325165   07/27/15   B        22.54    Courier/Delivery Service                                           514     322      210495
1325166   07/27/15   B        23.28    Courier/Delivery Service                                           514     322      210495
1325167   07/27/15   B        18.84    Courier/Delivery Service                                           514     322      210495
1325168   07/27/15   B        16.40    Courier/Delivery Service                                           514     322      210495
1325169   07/27/15   B        18.84    Courier/Delivery Service                                           514     322      210495
1325170   07/27/15   B        26.02    Courier/Delivery Service                                           514     322      210495
1325159   07/27/15   B        12.76    Courier/Delivery Service                                           514     322      210495
1325160   07/27/15   B        18.84    Courier/Delivery Service                                           514     322      210495
1325161   07/27/15   B        27.00    Courier/Delivery Service                                           514     322      210495
1325162   07/27/15   B        26.14    Courier/Delivery Service                                           514     322      210495
1325163   07/27/15   B        26.02    Courier/Delivery Service                                           514     322      210495
```

```
Nortel Networks, Inc.                                                  PRO FORMA  382434           AS OF 07/31/15                    INVOICE# ******
63989-DIP
DATE: 08/13/15 14:35:18
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1325164 | 07/27/15 | B | 12.76 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325153 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325154 | 07/27/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325155 | 07/27/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325156 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325157 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325158 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325147 | 07/27/15 | B | 20.35 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325148 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325149 | 07/27/15 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325150 | 07/27/15 | B | 23.31 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325151 | 07/27/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325152 | 07/27/15 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325141 | 07/27/15 | B | 27.23 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325142 | 07/27/15 | B | 23.31 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325143 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325144 | 07/27/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325145 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325146 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325135 | 07/27/15 | B | 12.76 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325136 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325137 | 07/27/15 | B | 22.07 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325138 | 07/27/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325139 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325140 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325129 | 07/27/15 | B | 24.94 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325130 | 07/27/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325131 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325132 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325133 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325134 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325123 | 07/27/15 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325124 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325125 | 07/27/15 | B | 12.76 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325126 | 07/27/15 | B | 12.76 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325127 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325128 | 07/27/15 | B | 23.31 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325117 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |

```
Nortel Networks, Inc.                                    PRO FORMA  382434        AS OF 07/31/15              INVOICE#  ******
63989-DIP
DATE: 08/13/15 14:35:18
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1325118 | 07/27/15 | B | 26.02 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325119 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325120 | 07/27/15 | B | 27.23 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325121 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325122 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325115 | 07/27/15 | B | 12.76 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325116 | 07/27/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325177 | 07/27/15 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325178 | 07/27/15 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325179 | 07/27/15 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325180 | 07/27/15 | B | 23.31 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1325181 | 07/27/15 | B | 26.14 | Courier/Delivery Service | 514 | 322 | 210495 |
| 1326081 | 07/29/15 | B | 25.27 | Courier/Delivery Service | 514 | 322 | 210518 |
| 1326466 | 07/29/15 | B | 69.63 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 210601 |
| 1326910 | 07/31/15 | B | 33.47 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 210613 |
| 1326911 | 07/31/15 | B | 33.47 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 210613 |
| 1326459 | 07/31/15 | B | 12.76 | Courier/Delivery Service | 514 | 322 | 210600 |
| 1326460 | 07/31/15 | B | 22.50 | Courier/Delivery Service | 514 | 322 | 210600 |
| 1326461 | 07/31/15 | B | 12.76 | Courier/Delivery Service | 514 | 322 | 210600 |
| 1317731 | 07/06/15 | B | 26.73 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1317732 | 07/09/15 | B | 13.37 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1323569 | 07/24/15 | B | 12.02 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1331588 | 07/30/15 | B | 13.37 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1331590 | 07/31/15 | B | 59.94 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1331589 | 07/31/15 | B | 70.34 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1315997 | 07/07/15 | B | 23.80 | In-House Duplicating | 519 | 605 | |
| 1319577 | 07/17/15 | B | 6.50 | In-House Duplicating | 519 | 605 | |
| 1323259 | 07/24/15 | B | 11.50 | In-House Duplicating | 519 | 594 | |
| 1324065 | 07/28/15 | B | 12.50 | In-House Duplicating | 519 | 594 | |
| 1324066 | 07/28/15 | B | 2.00 | In-House Duplicating | 519 | 594 | |
| 1324064 | 07/28/15 | B | 53.00 | In-House Duplicating | 519 | 546 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1324717 | 07/28/15 | B | 10.60 | In-House Duplicating | 519 | 623 | |
| 1325606 | 07/30/15 | B | 2.00 | In-House Duplicating | 519 | 971 | |
| 1325896 | 07/31/15 | B | 2.40 | In-House Duplicating | 519 | 670 | |
| 1320033 | 05/04/15 | B | 2.80 | Postage | 520 | 684 | |
| 1320038 | 05/05/15 | B | 9.52 | Postage | 520 | 684 | |
| 1320051 | 05/07/15 | B | 0.48 | Postage | 520 | 684 | |
| 1320075 | 05/13/15 | B | 3.57 | Postage | 520 | 684 | |
| 1320078 | 05/14/15 | B | 4.20 | Postage | 520 | 684 | |
| 1320083 | 05/14/15 | B | 5.46 | Postage | 520 | 684 | |
| 1320088 | 05/15/15 | B | 7.98 | Postage | 520 | 546 | |
| 1320110 | 05/20/15 | B | 3.57 | Postage | 520 | 684 | |
| 1320124 | 05/27/15 | B | 4.83 | Postage | 520 | 684 | |
| 1320130 | 05/28/15 | B | 5.46 | Postage | 520 | 684 | |
| 1320132 | 05/28/15 | B | 5.46 | Postage | 520 | 684 | |
| 1320135 | 05/29/15 | B | 8.54 | Postage | 520 | 684 | |
| 1320138 | 06/01/15 | B | 7.56 | Postage | 520 | 684 | |
| 1320240 | 06/12/15 | B | 1.64 | Postage | 520 | 684 | |
| 1320243 | 06/15/15 | B | 4.26 | Postage | 520 | 684 | |
| 1320246 | 06/15/15 | B | 7.56 | Postage | 520 | 684 | |
| 1320251 | 06/17/15 | B | 3.60 | Postage | 520 | 684 | |
| 1320290 | 06/30/15 | B | 8.54 | Postage | 520 | 684 | |
| 1320297 | 07/06/15 | B | 4.26 | Postage | 520 | 684 | |
| 1320315 | 07/13/15 | B | 2.52 | Postage | 520 | 684 | |
| 1320318 | 07/14/15 | B | 1.20 | Postage | 520 | 971 | |
| 1320324 | 07/15/15 | B | 6.24 | Postage | 520 | 684 | |
| 1320334 | 07/17/15 | B | 4.26 | Postage | 520 | 684 | |
| 1321263 | 07/10/15 | B | 85.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 7/10/15 | 522H | 684 | 210326 |
| 1332709 | 07/27/15 | B | 981.75 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 7/27/15 | 522H | 221 | 210709 |
| 1317083 | 06/24/15 | B | 16.00 | Support Staff Overtime | 525S | 452 | |
| 1325198 | 06/30/15 | B | 48.60 | Pacer charges for the month of June | 529 | 000 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1315729 | 07/06/15 | B | 1.35 | In-House Printing - black & white Call time: 14:21; to | 541 | 684 | |
| 1315730 | 07/06/15 | B | 6.30 | In-House Printing - black & white Call time: 11:20; to | 541 | 684 | |
| 1315731 | 07/06/15 | B | 0.60 | In-House Printing - black & white Call time: 11:20; to | 541 | 684 | |
| 1315999 | 07/07/15 | B | 1.50 | In-House Printing - black & white Call time: 16:02; to | 541 | 684 | |
| 1316000 | 07/07/15 | B | 0.30 | In-House Printing - black & white Call time: 16:02; to | 541 | 684 | |
| 1315998 | 07/07/15 | B | 1.70 | In-House Printing - black & white Call time: 18:24; to | 541 | 605 | |
| 1316716 | 07/09/15 | B | 9.00 | In-House Printing - black & white Call time: 15:32; to | 541 | 684 | |
| 1317164 | 07/10/15 | B | 2.20 | In-House Printing - black & white Call time: 16:43; to | 541 | 684 | |
| 1317854 | 07/13/15 | B | 2.20 | In-House Printing - black & white Call time: 10:42; to | 541 | 684 | |
| 1317855 | 07/13/15 | B | 3.45 | In-House Printing - black & white Call time: 15:08; to | 541 | 684 | |
| 1317856 | 07/13/15 | B | 0.05 | In-House Printing - black & white Call time: 15:08; to | 541 | 684 | |
| 1317859 | 07/13/15 | B | 3.35 | In-House Printing - black & white Call time: 14:49; to | 541 | 684 | |
| 1317860 | 07/13/15 | B | 0.05 | In-House Printing - black & white Call time: 14:49; to | 541 | 684 | |
| 1317857 | 07/13/15 | B | 1.60 | In-House Printing - black & white Call time: 15:45; to | 541 | 603 | |
| 1317858 | 07/13/15 | B | 3.50 | In-House Printing - black & white Call time: 15:46; to | 541 | 603 | |
| 1318395 | 07/14/15 | B | 3.45 | In-House Printing - black & white Call time: 15:16; to | 541 | 684 | |
| 1318396 | 07/14/15 | B | 0.05 | In-House Printing - black & white Call time: 15:16; to | 541 | 684 | |
| 1318840 | 07/15/15 | B | 4.00 | In-House Printing - black & white Call time: 15:19; to | 541 | 684 | |
| 1318841 | 07/15/15 | B | 2.20 | In-House Printing - black & white Call time: 10:18; to | 541 | 684 | |
| 1318842 | 07/15/15 | B | 2.20 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1318843 | 07/15/15 | B | 18.60 | In-House Printing - black & white Call time: 10:34; to | 541 | 684 | |
| 1319578 | 07/17/15 | B | 6.60 | In-House Printing - black & white Call time: 13:58; to | 541 | 684 | |
| 1319579 | 07/17/15 | B | 0.30 | In-House Printing - black & white Call time: 13:58; to | 541 | 684 | |
| 1320362 | 07/20/15 | B | 6.40 | In-House Printing - black & white Call time: 15:23; to | 541 | 684 | |
| 1320363 | 07/20/15 | B | 0.15 | In-House Printing - black & white Call time: 15:23; to | 541 | 684 | |
| 1320364 | 07/20/15 | B | 7.15 | In-House Printing - black & white Call time: 15:34; to | 541 | 684 | |
| 1320365 | 07/20/15 | B | 0.25 | In-House Printing - black & white Call time: 15:34; to | 541 | 684 | |
| 1323260 | 07/24/15 | B | 19.65 | In-House Printing - black & white Call time: 11:02; to | 541 | 684 | |
| 1323701 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:18; to | 541 | 546 | |
| 1323702 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:18; to | 541 | 546 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/13/15 14:35:18

Case 09-10138-MFW   Doc 16029-3   Filed 08/13/15   Page 12 of 13
PRO FORMA 382434           AS OF 07/31/15           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1323703 | 07/27/15 | B | 1.05 | In-House Printing - black & white Call time: 10:19; to | 541 | 546 | |
| 1323704 | 07/27/15 | B | 2.20 | In-House Printing - black & white Call time: 10:21; to | 541 | 546 | |
| 1323705 | 07/27/15 | B | 6.35 | In-House Printing - black & white Call time: 10:22; to | 541 | 546 | |
| 1323736 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1323737 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1323738 | 07/27/15 | B | 2.20 | In-House Printing - black & white Call time: 12:06; to | 541 | 546 | |
| 1323739 | 07/27/15 | B | 1.05 | In-House Printing - black & white Call time: 12:05; to | 541 | 546 | |
| 1323740 | 07/27/15 | B | 1.55 | In-House Printing - black & white Call time: 12:10; to | 541 | 670 | |
| 1323741 | 07/27/15 | B | 2.75 | In-House Printing - black & white Call time: 12:36; to | 541 | 961 | |
| 1323742 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 12:36; to | 541 | 961 | |
| 1323730 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:02; to | 541 | 546 | |
| 1323731 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:16; to | 541 | 546 | |
| 1323732 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:16; to | 541 | 546 | |
| 1323733 | 07/27/15 | B | 1.55 | In-House Printing - black & white Call time: 11:52; to | 541 | 546 | |
| 1323734 | 07/27/15 | B | 6.35 | In-House Printing - black & white Call time: 12:01; to | 541 | 546 | |
| 1323735 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 12:01; to | 541 | 546 | |
| 1323724 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:11; to | 541 | 546 | |
| 1323725 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:13; to | 541 | 546 | |
| 1323726 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:13; to | 541 | 546 | |
| 1323727 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:14; to | 541 | 546 | |
| 1323728 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:14; to | 541 | 546 | |
| 1323729 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:02; to | 541 | 546 | |
| 1323718 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:06; to | 541 | 546 | |
| 1323719 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:07; to | 541 | 546 | |
| 1323720 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:07; to | 541 | 546 | |
| 1323721 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:10; to | 541 | 546 | |
| 1323722 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:10; to | 541 | 546 | |
| 1323723 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:11; to | 541 | 546 | |
| 1323712 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 11:06; to | 541 | 546 | |
| 1323713 | 07/27/15 | B | 1.05 | In-House Printing - black & white Call time: 11:08; to | 541 | 546 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1323714 | 07/27/15 | B | 2.20 | In-House Printing - black & white Call time: 11:08; to | 541 | 546 | |
| 1323715 | 07/27/15 | B | 6.80 | In-House Printing - black & white Call time: 10:05; to | 541 | 546 | |
| 1323716 | 07/27/15 | B | 0.25 | In-House Printing - black & white Call time: 10:05; to | 541 | 546 | |
| 1323717 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:06; to | 541 | 546 | |
| 1323706 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:22; to | 541 | 546 | |
| 1323707 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 10:26; to | 541 | 546 | |
| 1323708 | 07/27/15 | B | 0.15 | In-House Printing - black & white Call time: 10:26; to | 541 | 546 | |
| 1323709 | 07/27/15 | B | 1.05 | In-House Printing - black & white Call time: 10:28; to | 541 | 546 | |
| 1323710 | 07/27/15 | B | 2.20 | In-House Printing - black & white Call time: 10:29; to | 541 | 546 | |
| 1323711 | 07/27/15 | B | 6.40 | In-House Printing - black & white Call time: 11:06; to | 541 | 546 | |
| 1324718 | 07/28/15 | B | 0.10 | In-House Printing - black & white Call time: 22:48; to | 541 | 623 | |
| 1324719 | 07/28/15 | B | 2.40 | In-House Printing - black & white Call time: 22:50; to | 541 | 623 | |
| 1324069 | 07/28/15 | B | 5.10 | In-House Printing - black & white Call time: 11:55; to | 541 | 546 | |
| 1324067 | 07/28/15 | B | 0.90 | In-House Printing - black & white Call time: 11:56; to | 541 | 594 | |
| 1324068 | 07/28/15 | B | 0.20 | In-House Printing - black & white Call time: 11:56; to | 541 | 594 | |
| 1324720 | 07/29/15 | B | 1.35 | In-House Printing - black & white Call time: 15:42; to | 541 | 594 | |
| 1324721 | 07/29/15 | B | 3.00 | In-House Printing - black & white Call time: 15:55; to | 541 | 553 | |
| 1324722 | 07/29/15 | B | 1.35 | In-House Printing - black & white Call time: 14:47; to | 541 | 546 | |
| 1325897 | 07/30/15 | B | 1.80 | In-House Printing - black & white Call time: 19:09; to | 541 | 605 | |
| 1325898 | 07/30/15 | B | 4.65 | In-House Printing - black & white Call time: 20:07; to | 541 | 605 | |
| 1325899 | 07/31/15 | B | 2.75 | In-House Printing - black & white Call time: 10:20; to | 541 | 546 | |
| 1325900 | 07/31/15 | B | 0.15 | In-House Printing - black & white Call time: 10:20; to | 541 | 546 | |
| 1325901 | 07/31/15 | B | 2.95 | In-House Printing - black & white Call time: 10:40; to | 541 | 546 | |
| 1319215 | 07/16/15 | B | 0.25 | In-House Printing - color | 542 | 961 | |
| 1319216 | 07/16/15 | B | 1.50 | In-House Printing - color | 542 | 961 | |
| | | | 8,040.44 | | | | |