## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court
District of Delaware
Attn: Clerk

AND TO:  Nortel Networks Inc., et al., Jointly Administered
Case No. 09-10138

Claim #: 413 / Schedule ☐

**PERVASIVE SOFTWARE INC.**, its successors and assigns ("Assignor"), for good and valuation consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TANNOR PARTNERS CREDIT FUND, LP**
150 Grand Street, Suite 401
White Plains, NY 10601
Attn: Robert Tannor

its successors and assigns ("Assignee"), all rights title and interest in and to the claim or cure claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of not less than $24,960.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, in accordance with and subject to the terms and conditions of the Assignment of Claim signed by the parties.

Assignor hereby waives any objection to the transfer of the Claim to Assignee or the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

Assignor hereby consents to and authorizes Assignee to use electronic signatures on this Evidence of Transfer. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Evidence of Transfer by its duly authorized representative, effective of as the Effective Date of the Assignment of Claim signed by the parties.

| PERVASIVE SOFTWARE INC. | TANNOR PARTNERS CREDIT FUND, LP |
|---|---|
| By: [signature] | By: /s/ Robert J. Tannor |