# EXHIBIT A

# NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC [Docket No. 15950] | 6/1/15 - 6/30/15 | $50,560.00 (Fees) $1,852.81 (Expenses) | $40,448.00 (Fees @ 80%) $1,852.81 (Expenses @ 100%) | 7/24/2015 | 8/13/2015 |