IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 16024, 16030- 16032** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                        /s/ Kimberly Murray Cruse
                                                                                        Kimberly Murray Cruse

Sworn to before me this
17th day of August, 2015

/s/ Notary Public
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 2006

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While     **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000095542159 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000110821



CHUCK DRAKE OF PWCS EDU
8217 SUNSET DRIVE
MANASSAS, VA 20110-3813

Please note that your claim # 6941 in the above referenced case and in the amount of $500.00 allowed at $500.00 has been transferred (unless previously expunged by court order)

VONWIN CAPITAL MANAGEMENT, LP
TRANSFEROR: CHUCK DRAKE OF PWCS EDU
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim. However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      16024      in your objection. If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/17/2015          David D. Bird, Clerk of Co

/s/ Kimberly Murray Cruse
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 17, 2015.

# EXHIBIT B

NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CCPIT PATENT AND TRADEMARK LAW | 10 F OCEAN PLAZA, BEIJING 100031 CHINA |
| CHUCK DRAKE OF PWCS EDU | 8217 SUNSET DRIVE, MANASSAS, VA 20110-3813 |
| PERVASIVE SOFTWARE | 12365-B RIATA TRACE PARKWAY, AUSTIN, TX 78727 |
| PERVASIVE SOFTWARE INC | 12365-B RIATA TRACE PARKWAY, AUSTIN, TX 78727 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: PERVASIVE SOFTWARE, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: PERVASIVE SOFTWARE INC, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: CCPIT PATENT AND TRADEMARK L, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: CHUCK DRAKE OF PWCS EDU, ROGER VON SPIEGEL, MANAGING DIRECTOR, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 8**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



To:   CLEARY GOTTLIEB STEEN & HAMILTON LLP
      JAMES L. BROMLEY, ESQ.
      ONE LIBERTY PLAZA
      NEW YORK, NY 10006

Phone    212-225-2000                                     Fax    212-225-3999