# **<u>EXHIBIT A</u>**

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

June 01, 2015 through June 30, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee and Employment Applications | 29.70 | $11,590.00 |
| Litigation | 271.20 | $215,074.00 |
| Analysis of Canadian Law | 35.80 | $24,998.50 |
| Canadian CCAA Proceedings/Matters | 210.90 | $101,204.50 |
| U.S. Proceedings/Matters | 1.30 | $1,007.50 |
| **TOTAL** | 548.9 | $353,874.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 03/06/2015 | attention to fee application; | 4.7 | 1,386.50 | 13112618 |
| Collins | Allan | 04/06/2015 | attention to fee application; | 2.1 | 619.50 | 13136290 |
| Collins | Allan | 05/06/2015 | attention to fee application; | 5.2 | 1,534.00 | 13065607 |
| Collins | Allan | 08/06/2015 | attention to fee application (2.6); attention to certificate of no objection (0.2); | 2.8 | 826.00 | 13065601 |
| Gray | William | 08/06/2015 | Update fee application entries | 0.5 | 472.50 | 13074214 |
| Gray | William | 15/06/2015 | Work on fee application | 0.5 | 472.50 | 13084908 |
| Gray | William | 18/06/2015 | Work on fee application | 0.4 | 378.00 | 13084929 |
| Gray | William | 19/06/2015 | Work on fee application | 0.6 | 567.00 | 13101365 |
| Gray | William | 22/06/2015 | Work on fee application | 0.3 | 283.50 | 13101373 |
| Collins | Allan | 23/06/2015 | attention to fee application; | 1.3 | 383.50 | 13112625 |
| Gray | William | 24/06/2015 | Review monthly fee application | 0.5 | 472.50 | 13101380 |
| Collins | Allan | 24/06/2015 | attention to fee application; | 1.9 | 560.50 | 13112628 |
| Gray | William | 26/06/2015 | Work on fee applications | 0.5 | 472.50 | 13101391 |
| Collins | Allan | 26/06/2015 | attention to fee application; | 2.7 | 796.50 | 13112180 |
| Collins | Allan | 29/06/2015 | attention to fee application; | 3.4 | 1,003.00 | 13112607 |
| Gray | William | 30/06/2015 | Complete month end fee application | 0.8 | 756.00 | 13103930 |
| Bauer | Alison D. | 30/06/2015 | Review fee examiner's report, A. Collins draft response and comment thereto (.3) | 0.3 | 252.00 | 13103993 |
| Collins | Allan | 30/06/2015 | review fee examiner's quarterly report (.3); draft response to same (.9); | 1.2 | 354.00 | 13112028 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Stevenson | Thomas | 01/06/2015 | meeting with Susan Nickerson to discuss Nortel pension matters; | 0.2 | 98.00 | 13052683 |
| Tobin | John | 01/06/2015 | researching application of the law principles to transfer pricing; | 2.4 | 2,400.00 | 13067385 |
| Nickerson | Susan | 01/06/2015 | meet with T. Stevenson; | 0.2 | 170.00 | 13181746 |
| Stevenson | Thomas | 02/06/2015 | researching pension plan liability issues; | 1.2 | 588.00 | 13054910 |
| Kara | Irfan | 02/06/2015 | reviewing proposed findings of fact and conclusions of law of the US interests; | 0.9 | 283.50 | 13055204 |
| Slavens | Adam | 03/06/2015 | preparing factum re motion for reconsideration; | 4.0 | 3,100.00 | 13058191 |
| Slavens | Adam | 03/06/2015 | email correspondence with S. Bomhof, Cleary team and service list re scheduling matters re motion for reconsideration; | 1.1 | 852.50 | 13058193 |
| Opolsky | Jeremy | 04/06/2015 | call with S. Bomhof, Cleary (L. Schweitzer, J. Bromley) and D. Abbott (MNAT) (.2); call Cleary (D. Stein) and A. Slavens re: appeal issues (.5); call with A. Slavens re: reconsideration issues (.3); reviewing correspondence from S. Bomhof re: appeal issues (.1) | 1.1 | 621.50 | 13059933 |
| Slavens | Adam | 04/06/2015 | preparing factum re motion for reconsideration; | 8.5 | 6,587.50 | 13061477 |
| Slavens | Adam | 04/06/2015 | telephone call with Cleary team and J. Opolsky re appeal issues (0.5); telephone call with J. Opolsky re reconsideration issues (0.3); | 0.8 | 620.00 | 13061481 |
| Bomhof | Scott A. | 04/06/2015 | prepare for and attend scheduling motion before Mr. Justice Newbould and prepare report to Cleary and MNAT with respect to same (2.5); telephone call with L. Schweitzer, J. Bromley and J. Opolsky regarding scheduling (.2); telephone call with M. Gottlieb regarding scheduling (.3); prepare materials for Ontario factum on reconsideration (1.8); | 4.8 | 4,200.00 | 13062177 |
| Slavens | Adam | 05/06/2015 | preparing factum re motion for reconsideration; | 8.7 | 6,742.50 | 13061687 |
| Slavens | Adam | 06/06/2015 | preparing factum re motion for reconsideration; | 2.9 | 2,247.50 | 13061690 |
| Opolsky | Jeremy | 07/06/2015 | drafting, reviewing and revising materials for reconsideration motion (3); correspondence with J. He and S. Danis re: book of authorities for the same (.3); correspondence with S. Bomhof, S. Block and A. Slavens re: the same (.3); | 3.6 | 2,034.00 | 13062662 |
| Slavens | Adam | 07/06/2015 | preparing factum re motion for reconsideration and revising same (4.7); email correspondence with S. Block, S, Bomhof and J. Opolsky re same (0.5); | 5.2 | 4,030.00 | 13063582 |
| Block | Sheila R. | 07/06/2015 | reconsideration factum and emails regarding same; | 2.0 | 2,180.00 | 13068238 |
| Block | Sheila R. | 08/06/2015 | reviewing reconsideration factum; | 1.0 | 1,090.00 | 13064515 |
| Gray | William | 08/06/2015 | Work on appeal and reconsideration issues; | 2.7 | 2,551.50 | 13074213 |
| Opolsky | Jeremy | 09/06/2015 | correspondence and office meetings with A. | 0.6 | 339.00 | 13066558 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | Slavens re: reconsideration motion material (.3); correspondence with M. Gurgel re: SNMP (.2); correspondence with Monitor re: same (.1); | | | |
| Slavens | Adam | 09/06/2015 | reviewing motion materials filed re motion returnable June 25, 2015 (4.0); confer with J. Opolsky regarding same (0.3); | 4.3 | 3,332.50 | 13067466 |
| Slavens | Adam | 09/06/2015 | coordinating filing of factum and brief of authorities re motion returnable June 25, 2015; | 0.4 | 310.00 | 13067472 |
| Gray | William | 09/06/2015 | Review reconsideration motion and work on reconsideration and "pre-appeal" issues; | 1.5 | 1,417.50 | 13074226 |
| Slavens | Adam | 10/06/2015 | compiling motion materials re motion returnable June 25, 2015, for S. Block; | 1.0 | 775.00 | 13069478 |
| Gray | William | 10/06/2015 | Legal review decision and review facts on reconsideration motion | 1.7 | 1,606.50 | 13074237 |
| Gray | William | 11/06/2015 | Conference regarding reconsideration strategy | 1.3 | 1,228.50 | 13074248 |
| Slavens | Adam | 12/06/2015 | reviewing court documents filed by core parties re motion returnable June 25, 2015 (3.2); email correspondence with D. Stein re same (0.4); | 3.6 | 2,790.00 | 13075569 |
| Block | Sheila R. | 14/06/2015 | reviewing responding briefs regarding June 25 reconsideration hearing; | 2.0 | 2,180.00 | 13074291 |
| Slavens | Adam | 14/06/2015 | reviewing court documents filed by core parties re motion returnable June 25, 2015; | 2.8 | 2,170.00 | 13075573 |
| Block | Sheila R. | 15/06/2015 | office conference with J. Opolsky regarding responding material to June 25 motion (0.2); further meeting regarding same with A. Slavens, S. Bomhof and J. Opolsky (1.1); | 1.3 | 1,417.00 | 13076998 |
| Opolsky | Jeremy | 15/06/2015 | office meeting with S. Block, A. Slavens and S. Bomhof re; reconsideration (1.2); call with A. Slavens re:reconsideration (.1); office meeting with S. Block re: same (.2); reviewing reconsideration materials (2); correspondence with S. Danis re: preparation of reconsideration materials (.1); correspondence with Cleary Gottlieb re: reconsideration (.4); | 4.0 | 2,260.00 | 13077820 |
| Slavens | Adam | 15/06/2015 | meeting with S. Block, J. Opolsky and S. Bomhof re reconsideration motion (1.2); call with J. Opolsky re same (0.1); | 1.3 | 1,007.50 | 13078871 |
| Slavens | Adam | 15/06/2015 | reviewing court documents filed by core parties re motion returnable June 25, 2015; | 3.2 | 2,480.00 | 13078877 |
| Bomhof | Scott A. | 15/06/2015 | telephone call with L. Schweitzer regarding reconsideration briefs (.3); meeting with S. Block, J. Opolsky and A. Slavens regarding review of responding briefs (1.0); reviewing Canadian law cited in responding briefs (2.2); | 3.5 | 3,062.50 | 13079456 |
| Gray | William | 15/06/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13084909 |
| Block | Sheila R. | 16/06/2015 | preparation for reconsideration motion (1.3); | 1.5 | 1,635.00 | 13079404 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 16/06/2015 | meet with J. Opolsky regarding same (0.2); office conference with S. Block re: reconsideration (0.2); preparation of court documents re: same (3.9); | 4.1 | 2,316.50 | 13080190 |
| Slavens | Adam | 16/06/2015 | preparing documents for Newbould J. (0.4); email correspondence with M. Gianis re same (0.1); | 0.5 | 387.50 | 13082841 |
| Slavens | Adam | 16/06/2015 | preparing for meeting with S. Block re reconsideration motion; | 2.8 | 2,170.00 | 13082847 |
| Gray | William | 16/06/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13084916 |
| Bomhof | Scott A. | 17/06/2015 | telephone call with G. Finlayson regarding reconsideration briefs (.2); telephone call with M. Wunder regarding reconsideration briefs (.2); discuss reply filing with A. Slavens and S. Block (.5); review revised UKPT brief for reconsideration motion (.3); meeting with A. Slavens to discuss potential reply filing (.5); reviewing response briefs and prepare for call with Cleary to discuss reply filing (2.0); | 3.7 | 3,237.50 | 13081792 |
| Block | Sheila R. | 17/06/2015 | preparation for reconsideration motion and discuss same internally (0.4); further preparation with J. Opolsky (0.1); further preparation with A. Slavens and J. Opolsky (2.5); | 3.0 | 3,270.00 | 13081818 |
| Opolsky | Jeremy | 17/06/2015 | office meeting with S. Block and A. Slavens re: reconsideration (2.5); office meetings with A. Slavens re: same (.3); office meeting with S. Block re: same (.1); drafting and revising analysis re: reconsideration (1); call with D. Stein re: same (.2); reviewing reconsideration materials (.7); | 4.8 | 2,712.00 | 13082154 |
| Slavens | Adam | 17/06/2015 | office meeting with S. Block and J. Opolsky re reconsideration (2.5); preparing for same (2.1); office meetings with J. Opolsky re same (0.3); reviewing expert reports and expert testimony re reconsideration motion and discussing same with S. Bomhof (2.7); | 7.6 | 5,890.00 | 13082878 |
| Opolsky | Jeremy | 18/06/2015 | office meetings with S. Block re: reconsideration (2.3); call with Cleary, S. Block and S. Bomhof re: same (0.9); reviewing filings re: reconsideration (0.7); | 3.9 | 2,203.50 | 13084288 |
| Gray | William | 18/06/2015 | Review pleadings regarding appeal issues | 0.8 | 756.00 | 13084931 |
| Block | Sheila R. | 18/06/2015 | preparation for reconsideration motion (0.8); reviewing EMEA submissions (0.8); office conferences with J. Opolsky regarding reconsideration motion and EMEA submissions (2.3); conference call with Cleary and Torys team regarding June 25th motion (0.9); | 4.8 | 5,232.00 | 13085785 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 18/06/2015 | meeting with S. Block and J. Opolsky and telephone call with Cleary team to discuss reply for reconsideration motion (1.1); reviewing draft reply and provide comments (1.5); reviewing law cited in response briefs (2.0); | 4.6 | 4,025.00 | 13086664 |
| Slavens | Adam | 18/06/2015 | conference call with Cleary, S. Block. S. Bomhof and J. Opolsky re reconsideration motion (0.9); preparing for same (1.7); | 2.6 | 2,015.00 | 13088305 |
| Opolsky | Jeremy | 19/06/2015 | call with Cleary and S. Block re: reconsideration (.5); office meeting with S. Block re: same (.4);reviewing and commenting on reply re: same (2.6) ; | 3.5 | 1,977.50 | 13084833 |
| Block | Sheila R. | 19/06/2015 | reviewing Reply brief draft and office conference with J. Opolsky (0.4); preparation for reconsideration motion (6.0); telephone call with Cleary and J. Opolsky regarding reply brief comments (0.5); | 6.9 | 7,521.00 | 13086527 |
| Slavens | Adam | 19/06/2015 | reviewing and commenting on reply brief re motion returnable June 25, 2015; | 2.0 | 1,550.00 | 13088309 |
| Gray | William | 19/06/2015 | Prepare for rehearing reconsideration argument | 1.8 | 1,701.00 | 13101366 |
| Block | Sheila R. | 20/06/2015 | preparation for reconsideration motion and confer with J. Opolsky regarding same; | 3.0 | 3,270.00 | 13086531 |
| Slavens | Adam | 20/06/2015 | preparing for motion for reconsideration; | 2.3 | 1,782.50 | 13088312 |
| Opolsky | Jeremy | 20/06/2015 | reviewing and revising reconsideration brief (0.4); preparing for reconsideration hearing (2); office meetings with S. Block re: reconsideration (0.5); | 2.9 | 1,638.50 | 13088719 |
| Slavens | Adam | 21/06/2015 | email correspondence with J. Opolsky and Cleary team re motion for reconsideration; | 0.3 | 232.50 | 13088314 |
| He | Jessica | 22/06/2015 | receiving instructions from J. Opolsky on Nortel re-appeal; | 0.1 | 19.00 | 13087041 |
| Block | Sheila R. | 22/06/2015 | preparation for hearing, including reading law (3.5); reviewing further draft reply and communicating changes to J. Opolsky (0.9); | 4.4 | 4,796.00 | 13088365 |
| Opolsky | Jeremy | 22/06/2015 | office conferences with S. Block re: reconsideration (.4); reviewing and revising reconsideration reply brief (1); reviewing legal research re: same (1); office meeting with J. He re: same (.1); preparing for hearing on reconsideration (3.5); | 6.0 | 3,390.00 | 13088744 |
| Slavens | Adam | 22/06/2015 | preparing and serving notice of filing re motion returnable June 25, 2015; | 1.6 | 1,240.00 | 13089817 |
| Slavens | Adam | 22/06/2015 | reviewing court filings re motion for reconsideration; | 2.4 | 1,860.00 | 13089822 |
| Gray | William | 22/06/2015 | Prepare for reargument hearing | 1.4 | 1,323.00 | 13101372 |
| Block | Sheila R. | 23/06/2015 | preparation for motion for reconsideration, reading law and preparing argument and internal conference regarding same (6.0); | 7.8 | 8,502.00 | 13090387 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 23/06/2015 | call with Cleary and Torys teams regarding arguments (1.8); telephone call with S. Block, J. Opolsky, A. Slavens and Cleary team regarding reconsideration motion (1.8); office conference with S. Block, J. Opolsky, and A. Slavens regarding reconsideration motion preparation (.2); reviewing briefs for reconsideration motion and preparing for same (3.2); | 5.0 | 4,375.00 | 13090408 |
| Opolsky | Jeremy | 23/06/2015 | office meetings with S. Block re: reconsideration (1); call with Cleary Gottlieb, A. Slavens, S. Block and S. Bomhof re: reconsideration (1.8); office meeting with A. Slavens, S. Block and S. Bomhof re: reconsideration (.2); office meeting with A. Slavens re: appeal issues (.3); correspondence with J. He re: preparing for hearing (.5); reviewing documents in preparation for reconsideration hearing (3.1); | 6.9 | 3,898.50 | 13090959 |
| Bauer | Alison D. | 23/06/2015 | Analysis of U..S taxation issues (1.0); conference with S. Bomhof (.2) | 1.2 | 1,008.00 | 13091275 |
| Slavens | Adam | 23/06/2015 | conference call with Cleary Gottlieb, J. Opolsky, S. Block and S. Bomhof re reconsideration motion (1.8); preparing for same (0.6); office meeting with J. Opolsky, S. Block and S. Bomhof re: reconsideration (0.2); office meeting with J. Opolsky re appeal issues (0.3); preparing for reconsideration hearing (3.1); | 6.0 | 4,650.00 | 13091960 |
| Gray | William | 23/06/2015 | Prepare for reconsideration motion; review filings | 1.7 | 1,606.50 | 13101377 |
| Bomhof | Scott A. | 23/06/2015 | conference with A. Bauer regarding U.S. Taxation issues; | 0.2 | 175.00 | 13181745 |
| Danis | Stacey | 24/06/2015 | meeting with J. Opolsky (0.3); compiling compendium re: motion for reconsideration (6.1); | 6.4 | 1,216.00 | 13092197 |
| He | Jessica | 24/06/2015 | preparing books to be used for motion to reconsider and confer with J. Opolsky regarding same; | 2.5 | 475.00 | 13092353 |
| Block | Sheila R. | 24/06/2015 | preparation for hearing (2.3); conference call with Cleary and team regarding preparation for argument (1.5); office conference with J. Opolsky regarding follow-up (1.0); | 4.8 | 5,232.00 | 13093032 |
| Opolsky | Jeremy | 24/06/2015 | office meetings with S. Block re: reconsideration (1); call with S. Block and Cleary team re: same (1.5); office meetings | 10.4 | 5,876.00 | 13094589 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | with S. Danis and J. He re: compendiums (.5); research re: reconsideration issues (2); calls with Cleary team (.4); preparing for hearing (3); revising internal memos and charts re: reconsideration (2); | | | |
| Slavens | Adam | 24/06/2015 | preparing for motion returnable June 25, 2015; | 4.5 | 3,487.50 | 13095479 |
| Gray | William | 24/06/2015 | Prepare for reconsideration hearing | 2.2 | 2,079.00 | 13101379 |
| Block | Sheila R. | 25/06/2015 | preparation for reconsideration motion and attendance at motion hearing (9.2); conference call with Cleary and Torys team (0.8), and office conference with J. Opolsky regarding same (0.5); | 10.5 | 11,445.00 | 13096335 |
| Opolsky | Jeremy | 25/06/2015 | attending court hearing re: reconsideration (8); conference call with S. Block, S. Bomhof and Cleary team re; same (.8); office meetings with S. Block re: same (.5); preparing for hearing (1.5); | 10.8 | 6,102.00 | 13096863 |
| Slavens | Adam | 25/06/2015 | participating via courtcall in motion for reconsideration (3.3); reviewing materials re same (2.5); | 5.8 | 4,495.00 | 13098697 |
| Bomhof | Scott A. | 25/06/2015 | prepare for and attend joint hearing before Judge Gross and Justice Newbould regarding reconsideration and clarification of allocation rulings (7.7) call with Cleary and Torys teams regarding same (0.8); | 8.5 | 7,437.50 | 13099471 |
| Bauer | Alison D. | 25/06/2015 | Review court hearing live blog; e-mails to S. Bomhof for reply during same | 2.0 | 1,680.00 | 13100558 |
| Gray | William | 25/06/2015 | Attend electronically and monitor rehearing court hearing | 2.4 | 2,268.00 | 13101385 |
| Slavens | Adam | 26/06/2015 | telephone call with J. Opolsky re motion for reconsideration; | 0.2 | 155.00 | 13098706 |
| Gray | William | 26/06/2015 | Review rehearing arguments and subsequent filings | 0.8 | 756.00 | 13101392 |
| Opolsky | Jeremy | 26/06/2015 | call with A. Slaven re: Motion for Reconsideration | 0.2 | 113.00 | 13181744 |
| Gray | William | 30/06/2015 | Review rehearing arguments | 0.7 | 661.50 | 13103928 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 01/06/2015 | meeting with A. Slavens and S. Bomhof re: reconsideration or clarification motion (.4) research relating to same (0.7); | 1.1 | 621.50 | 13052693 |
| Slavens | Adam | 01/06/2015 | meeting with S. Bomhof and J. Opolsky re motion for reconsideration; | 0.4 | 310.00 | 13053871 |
| Slavens | Adam | 01/06/2015 | conducting Canadian legal research re motion for reconsideration (4.5); preparing for team research meeting (0.5); | 5.0 | 3,875.00 | 13053888 |
| Bomhof | Scott A. | 01/06/2015 | research regarding Canadian legal issues related to motion to reconsider (2.6); meet with J. Opolsky and A. Slavens regarding same (0.4); | 3.0 | 2,625.00 | 13056720 |
| Danis | Stacey | 02/06/2015 | meeting with A. Slavens re: appeal; | 0.3 | 57.00 | 13053597 |
| He | Jessica | 02/06/2015 | prepare for and meet with J. Opolsky, A. Slavens, and S. Danis to discuss re-appeal; | 0.8 | 152.00 | 13053674 |
| He | Jessica | 02/06/2015 | researching for re-appeal; | 0.2 | 38.00 | 13053698 |
| Danis | Stacey | 02/06/2015 | prepare for and meet with A. Slavens, J. Opolsky, and J. He re: appeal; | 0.9 | 171.00 | 13053760 |
| He | Jessica | 02/06/2015 | meeting with A. Slavens to discuss re-appeal; | 0.4 | 76.00 | 13053765 |
| He | Jessica | 02/06/2015 | researching for re-appeal; | 1.7 | 323.00 | 13053798 |
| Danis | Stacey | 02/06/2015 | reading motion record re: appeal; | 0.6 | 114.00 | 13053952 |
| He | Jessica | 02/06/2015 | researching for re-appeal; | 1.0 | 190.00 | 13053966 |
| Opolsky | Jeremy | 02/06/2015 | meeting with A. Slavens, S. Danis, J. He re: legal research re: reconsideration (.8); corresponding with team re: same (0.3); | 1.1 | 621.50 | 13054933 |
| Bomhof | Scott A. | 02/06/2015 | research regarding Canadian legal issues for Canadian law factum for reconsideration motion; | 1.0 | 875.00 | 13057789 |
| Slavens | Adam | 02/06/2015 | conducting Canadian legal research re motion for reconsideration (3.5); team research meeting re same (0.5); meeting with J. He re same (0.4); meet with S. Danis (0.3); | 4.7 | 3,642.50 | 13057951 |
| Bomhof | Scott A. | 04/06/2015 | reviewing research regarding reconsideration jurisdiction under Ontario law; | 2.0 | 1,750.00 | 13062181 |
| Slavens | Adam | 09/06/2015 | conducting Canadian legal research re appeal issues; | 1.6 | 1,240.00 | 13067470 |
| Slavens | Adam | 11/06/2015 | conducting Canadian legal research re appeal issues; | 1.9 | 1,472.50 | 13072025 |
| Slavens | Adam | 15/06/2015 | conducting Canadian legal research re reconsideration; | 2.6 | 2,015.00 | 13078903 |
| Slavens | Adam | 16/06/2015 | conducting Canadian legal research re reconsideration; | 1.9 | 1,472.5 | 13082844 |
| Slavens | Adam | 23/06/2015 | conducting Canadian legal research re appeal issues; | 1.8 | 1,395.00 | 13091962 |
| DeMarinis | Tony | 23/06/2015 | analysis of cumulative filings for reconsideration request; | 1.8 | 1,962.00 | 13092141 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/06/2015 | prepare Canadian law materials for Ontario reconsideration motion (1.2); telephone call with Cleary and telephone call with P. Ruby of Goodmans regarding scheduling of responding and reply filings (1.6); prepare for scheduling appearance on reconsideration motion (.9); | 3.7 | 3,237.50 | 13056718 |
| Bomhof | Scott A. | 02/06/2015 | various telephone calls with Cleary MNAT and Goodmans regarding scheduling for motion to reconsider (2.0); provide comments on letter to Judge Gross regarding scheduling request (.5); prepare factum for Ontario motion to reconsider (2.5); | 5.0 | 4,375.00 | 13057787 |
| Slavens | Adam | 02/06/2015 | email correspondence with S. Bomhof and Cleary team re scheduling matters re motion for reconsideration (1.0); preparing letter to Newbould J. re same (0.7); | 1.7 | 1,317.50 | 13057955 |
| DeMarinis | Tony | 02/06/2015 | review amended and restated trial stipulation order (0.2); planning and reviews regarding reconsideration request and related matters (1.5); | 1.7 | 1,853.00 | 13061002 |
| He | Jessica | 03/06/2015 | researching for reconsideration motion; | 4.9 | 931.00 | 13055393 |
| Danis | Stacey | 03/06/2015 | researching legal issues re: appeal re: motion for reconsideration; | 5.4 | 1,026.00 | 13055430 |
| Opolsky | Jeremy | 03/06/2015 | correspondence with A. Slavens and S. Bomhof re: reconsideration (.1); call with D. Stein re: appeal issues (.1) | 0.2 | 113.00 | 13057285 |
| Bomhof | Scott A. | 03/06/2015 | Review and provide comments on letter to Judge Gross re scheduling of Reconsideration Motion (1.2); Prepare and serve letter to Justice Newbould enclosing letter to Judge Gross (1.1); Various t/c with Derek Abbott, Peter Ruby and Chris Armstrong re: requests for scheduling hearings before Justice Newbould and Judge Gross re: filings for Reconsideration Motion (0.8); Review notice from Goodmans re: direction from Justice Newbould on scheduling issues and discuss same with D. Abbott (0.4). | 3.5 | 3,062.50 | 13062293 |
| He | Jessica | 04/06/2015 | researching for motion to reconsider; | 4.6 | 874.00 | 13057302 |
| Danis | Stacey | 04/06/2015 | researching case law re: appeal re: reconsideration; | 1.3 | 247.00 | 13057309 |
| Danis | Stacey | 04/06/2015 | meeting with C. Mauro re: appeal re: motion for reconsideration research; | 0.5 | 95.00 | 13057455 |
| Danis | Stacey | 04/06/2015 | researching case law re: motion for reconsideration; | 7.9 | 1,501.00 | 13057631 |
| Mauro | Clare | 04/06/2015 | consulting internally/assisting student with legal research (S. Danis); | 0.5 | 175.00 | 13059750 |
| Slavens | Adam | 04/06/2015 | email correspondence with S. Bomhof and Cleary team re scheduling matters re motion for | 0.3 | 232.50 | 13061485 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | reconsideration; | | | |
| He | Jessica | 05/06/2015 | researching for motion to reconsider; | 0.9 | 171.00 | 13060201 |
| He | Jessica | 05/06/2015 | researching for re-appeal; | 0.4 | 76.00 | 13060439 |
| Opolsky | Jeremy | 05/06/2015 | office conference with A. Slavens, J. He, S. Danis re: reconsideration (.8); researching and drafting factum re: reconsideration (5.8); | 6.6 | 3,729.00 | 13060484 |
| Danis | Stacey | 05/06/2015 | prepare for and meet with A. Slavens, J. Opolsky, and J.He re: legal research re: reconsideration | 0.9 | 171.00 | 13061592 |
| Danis | Stacey | 05/06/2015 | researching case law (3); drafting chart of case law (1); | 4.0 | 760.00 | 13061593 |
| Danis | Stacey | 05/06/2015 | drafting paragraphs for factum re: appeal (3.5); editing paragraphs for factum re: appeal (0.8) | 4.3 | 817.00 | 13061594 |
| He | Jessica | 05/06/2015 | prepare for and meet with J. Opolsky, A. Slavens, and S. Danis re: motion for reconsideration; | 0.9 | 171.00 | 13061605 |
| Slavens | Adam | 05/06/2015 | meeting with J. Opolsky, S. Danis and J. He on research re appeal issues; | 0.8 | 620.00 | 13061688 |
| Bomhof | Scott A. | 05/06/2015 | prepare materials for Ontario law factum regarding reconsideration motion; | 1.0 | 875.00 | 13062182 |
| DeMarinis | Tony | 05/06/2015 | review and analysis relating to reconsideration request; | 1.4 | 1,526.00 | 13068500 |
| Danis | Stacey | 06/06/2015 | researching case law re: motion for reconsideration; | 5.3 | 1,007.00 | 13061657 |
| Opolsky | Jeremy | 06/06/2015 | drafting, reviewing and revising materials for reconsideration motion (5); legal research re: the same (3); correspondence with S. Danis re: the same (.4); correspondence with S. Block, S. Bomhof and A. Slavens re: reconsideration motion (.5); | 8.9 | 5,028.50 | 13062655 |
| Danis | Stacey | 07/06/2015 | noting up cases in factum (0.9); assembling cases for book of authorities (0.5); blacklining book of authorities (1.2); | 2.6 | 494.00 | 13061733 |
| He | Jessica | 07/06/2015 | researching for re-appeal; | 3.8 | 722.00 | 13061952 |
| Bomhof | Scott A. | 07/06/2015 | reviewing and revising factum regarding Ontario motion to reconsider allocation decision; | 3.9 | 3,412.50 | 13062188 |
| He | Jessica | 08/06/2015 | researching for re-appeal; | 1.7 | 323.00 | 13062718 |
| He | Jessica | 08/06/2015 | meeting with J. Opolsky and S. Danis re: motion for reconsideration; | 0.3 | 57.00 | 13063456 |
| Danis | Stacey | 08/06/2015 | meeting with J. Opolsky and J. He re: motion for reconsideration; | 0.3 | 57.00 | 13063560 |
| Danis | Stacey | 08/06/2015 | updating book of authorities re: motion for reconsideration (2.1); editing factum footnotes re: motion for reconsideration (2.6); meeting with J. Opolsky re: motion for reconsideration re: factum and book of authorities (0.2); | 4.9 | 931.00 | 13063581 |
| Opolsky | Jeremy | 08/06/2015 | call with D. Stein and A. Slavens re: reconsideration motion material (.2); | 4.6 | 2,599.00 | 13064634 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | multiple office conferences with S. Bomhof, A. Slavens, S. Danis, and J. He re: same (.4); drafting, revising reconsideration factum and book of authorities and corresponding with Cleary and Torys teams re: the same (4); | | | |
| Slavens | Adam | 08/06/2015 | office meeting with J. Opolsky re reconsideration motion material (0.2); call with D. Stein and J. Opolsky re same (0.2); drafting and revising reconsideration factum and corresponding with Cleary and Torys teams re same (4.3); coordinating service and filing of same (0.8); | 5.5 | 4,262.50 | 13065614 |
| Bomhof | Scott A. | 08/06/2015 | reviewing and revising Canadian law factum regarding motion for reconsideration (4.5); assist in service of factum and meet with A. Slavens and J. Opolsky with respect to same (1.0); telephone call with Cassels Brock regarding Canadian law factum (.3); reviewing Ad Hoc Noteholder written argument filing (.4); reviewing notice of motion for reconsideration and factum filed by Law Debenture (.6); | 6.8 | 5,950.00 | 13066112 |
| Opolsky | Jeremy | 08/06/2015 | Reviewing and revising reconsideration motion materials; | 0.6 | 339.00 | 13066368 |
| DeMarinis | Tony | 08/06/2015 | review of motion record, submissions, authorities, factum and other materials relating to reconsideration and clarification requests; | 2.5 | 2,725.00 | 13068503 |
| He | Jessica | 09/06/2015 | researching for re-appeal; | 0.2 | 38.00 | 13065578 |
| Bomhof | Scott A. | 09/06/2015 | prepare for June 25th motion to reconsider; | 1.0 | 875.00 | 13070686 |
| Opolsky | Jeremy | 10/06/2015 | call with D. Stein (Cleary) re: reconsideration (.2); | 0.2 | 113.00 | 13069002 |
| Slavens | Adam | 10/06/2015 | telephone calls with G. Finlayson re motion returnable June 25, 2015 (0.7); reviewing reconsideration factum re same (1.8); telephone call with S. Bomhof re same (0.1); | 2.6 | 2,015.00 | 13069471 |
| Bomhof | Scott A. | 10/06/2015 | reviewing cases cited in ad hoc bond factum and law debenture factum regarding June 25 motion to reconsider (1,4); confer with A. Slavens regarding same (0.1); | 1.5 | 1,312.50 | 13070692 |
| He | Jessica | 11/06/2015 | researching for re-appeal; | 4.8 | 912.00 | 13069449 |
| Opolsky | Jeremy | 11/06/2015 | legal research re: appeal; | 0.1 | 56.50 | 13071905 |
| He | Jessica | 12/06/2015 | researching for re-appeal; | 4.0 | 760.00 | 13072233 |
| Opolsky | Jeremy | 12/06/2015 | meeting with S. Bomhof re: reconsideration motion (.2); reviewing opposing briefs on reconsideration (.4); | 0.6 | 339.00 | 13073329 |
| Bomhof | Scott A. | 12/06/2015 | reviewing responding submissions of Monitor/Canadian debtors regarding motion for reconsideration (0.9); meet with J. Opolsky | 1.1 | 962.50 | 13074542 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 12/06/2015 | regarding same (0.2); review and analysis of joint administrators' factum and authorities in regards to reconsideration motion (0.7); consideration of responding brief of Canadian debtors and legal issues (0.8); reading U.K. pension claimants opposition filing (0.5); | 2.0 | 2,180.00 | 13089695 |
| Bomhof | Scott A. | 13/06/2015 | reviewing response briefs to motion for reconsideration filed by EMEA debtors, UKPT, CCC, Conflict Administrator of Nortel (France), Wilmington Trust, US Creditors Committee and Ad Hoc Bondholders; | 4.0 | 3,500.00 | 13074543 |
| Opolsky | Jeremy | 14/06/2015 | reviewing filings re: reconsideration; | 2.1 | 1,186.50 | 13074902 |
| He | Jessica | 15/06/2015 | researching for re-appeal (1.5); confer with C. Mauro regarding same (0.2); | 1.7 | 323.00 | 13075019 |
| Danis | Stacey | 15/06/2015 | compiling Canadian case law on reconsideration/clarification re: responses (2.6); creating TOC and book of cases (1.7); | 4.3 | 817.00 | 13075239 |
| Mauro | Clare | 15/06/2015 | consulting internally/assisting student with legal research (J. He); | 0.2 | 70.00 | 13077974 |
| DeMarinis | Tony | 15/06/2015 | reading court materials served in connection with reconsideration request by various parties (Canadian creditors committee, UKPC and Wilmington Trust); | 2.5 | 2,725.00 | 13089700 |
| He | Jessica | 16/06/2015 | researching for re-appeal; | 2.6 | 494.00 | 13078225 |
| Danis | Stacey | 16/06/2015 | pulling case law re: appeal; | 0.2 | 38.00 | 13078571 |
| Bomhof | Scott A. | 16/06/2015 | reviewing response briefs and Canadian law cited therein and prepare notes for reply; | 3.0 | 2,625.00 | 13083952 |
| DeMarinis | Tony | 17/06/2015 | review revised UKPC materials (0.3); reading authorities (0.6); | 0.9 | 981.00 | 13089711 |
| He | Jessica | 18/06/2015 | researching for re-appeal; | 5.7 | 1,083.00 | 13082665 |
| He | Jessica | 19/06/2015 | researching for re-appeal; | 5.3 | 1,007.00 | 13084838 |
| Bomhof | Scott A. | 19/06/2015 | consolidate Torys comments on U.S. debtors reply brief (.5); telephone call with C. Armstrong regarding availability of video-conference equipment for joint hearing (.2); reviewing Delaware and Ontario allocation decisions and prepare for June 25 reconsideration motion (2.0); | 2.7 | 2,362.50 | 13086830 |
| Bomhof | Scott A. | 20/06/2015 | prepare for June 25 reconsideration motion; | 2.0 | 1,750.00 | 13087033 |
| Bogach | Alex | 20/06/2015 | reviewing US decision | 1.0 | 190.00 | 13087686 |
| Bomhof | Scott A. | 22/06/2015 | telephone call with G. Shaw of Cassels Brock regarding US Debtors reply materials (.3); reviewing reply briefs filed by Ad Hoc Noteholders and law debenture (.6); prepare for June 25 reconsideration motion (2.1); | 3.0 | 2,625.00 | 13088521 |
| DeMarinis | Tony | 22/06/2015 | consideration of U.S. Debtors' reply to objections and related legal matters; | 0.8 | 872.00 | 13092116 |
| He | Jessica | 23/06/2015 | drafting memorandum for re-appeal; | 3.1 | 589.00 | 13089069 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| He | Jessica | 23/06/2015 | compiling a concordance list for motion to reconsider; | 2.2 | 418.00 | 13089934 |
| He | Jessica | 23/06/2015 | researching for re-appeal; | 0.6 | 114.00 | 13089989 |
| DeMarinis | Tony | 23/06/2015 | review bondholder group reply (0.3); read UCC reply (0.2); reading Law Debenture reply (0.2); | 0.7 | 763.00 | 13092133 |
| He | Jessica | 24/06/2015 | drafting memorandum of law for J. Opolsky; | 5.2 | 988.00 | 13091438 |
| He | Jessica | 24/06/2015 | researching for re-appeal; | 0.2 | 38.00 | 13092480 |
| He | Jessica | 24/06/2015 | drafting memorandum for re-appeal; | 0.4 | 76.00 | 13092486 |
| Bomhof | Scott A. | 24/06/2015 | reviewing US Debtors' briefs and all responding briefs and prepare for reconsideration motion; | 4.5 | 3,937.50 | 13099467 |
| DeMarinis | Tony | 24/06/2015 | review materials for tomorrow's joint hearing (0.8); counsel correspondence on same (0.3); | 1.1 | 1,199.00 | 13104645 |
| He | Jessica | 25/06/2015 | attending court; | 9.8 | 1,862.00 | 13096272 |
| He | Jessica | 27/06/2015 | drafting memorandum for re-appeal; | 2.3 | 437.00 | 13098878 |
| Bogach | Alex | 27/06/2015 | reviewing US decision; | 0.7 | 133.00 | 13099350 |
| Bogach | Alex | 29/06/2015 | reviewing US decision; | 0.4 | 76.00 | 13099683 |
| Bogach | Alex | 29/06/2015 | reviewing US interests summary; | 0.9 | 171.00 | 13099694 |
| Bomhof | Scott A. | 29/06/2015 | discuss leave to appeal materials with J. Opolsky; | 0.3 | 262.50 | 13101635 |
| Opolsky | Jeremy | 29/06/2015 | calls with M. Gurgel (Cleary) re: SNMP (.2); call with C. Armstrong (Goodmans) re: same (.1); reviewing correspondence and reports re: same (.4); | 0.7 | 395.50 | 13101892 |
| Bogach | Alex | 30/06/2015 | prepare for and meet with J. Opolsky and S. Danis; | 0.6 | 114.00 | 13101544 |
| Danis | Stacey | 30/06/2015 | meeting with J. Opolsky and A. Bogach re: appeal (0.4); meeting with A. Bogach re: index (0.4); | 0.8 | 152.00 | 13102752 |
| Bogach | Alex | 30/06/2015 | preparing index for motion for leave to appeal and meet with S. Danis regarding same; | 0.4 | 76.00 | 13102891 |
| Opolsky | Jeremy | 30/06/2015 | call with A. McCown (Cleary) re: appeal issues (.3) office meeting with A. Bogach and S. Danis re: appeal issues (.4); call with D. Stein re: Nortel (.1); | 0.8 | 452.00 | 13103589 |
| Bomhof | Scott A. | 30/06/2015 | reviewing draft leave to appeal materials and prepare for call with Cleary to discuss same; | 1.0 | 875.00 | 13106047 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 10/06/2015 | reviewing Chapter 11 case court documents re motion returnable June 25, 2015; | 1.3 | 1,007.50 | 13069472 |