# **<u>EXHIBIT B</u>**

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

June 01, 2015 through June 30, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Process Servers | | $52.27 |
| Process Server Filing | | $92.46 |
| Taxi & Travel | | $15.73 |
| Meals | | $20.26 |
| Telephone | Long Distance | $0.76 |
| Duplicating/Printing | 18,531 pages@ .10 per pg | $1,853.10 |
| Binding Charges/Exhibit Tabs | | $100.5 |
| Computer Research | Quicklaw / Westlaw | $2,306.47 |
| **Grand Total Expenses** | | **$4,441.55** |

**Nortel**
**June 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 271 | Process Server Filing | 09/06/2015 | 28.14 | filing U.S. Debtors' factum and book of authorities (motion for clarification, reconsideration or amendment) and affidavit of service; |
| 271 | Process Server Filing | 23/06/2015 | 28.14 | filing notice of filing with affidavit of service; |
| 275 | Process Server Issuing | 01/06/2015 | 36.18 | issuing and entering order; |
| | | | **$ 92.46** | |
| 303 | Taxi & Travel | 04/06/2015 | 8.61 | Taxi & Travel Bomhof, Scott A.; Taxi/Car Service - court house taxi |
| 303 | Taxi & Travel | 07/06/2015 | 7.12 | Taxi & Travel Slavens, Adam; Parking parking |
| | | | **$ 15.73** | |
| 376 | Meals | 06/06/2015 | **$ 20.26** | Meals Opolsky, Jeremy; Dinner overtime meal with Jeremy Opolsky |
| 399 | Process Servers | 09/06/2015 | **$ 52.27** | Process Servers - - VENDOR: Donaldson Law Clerk Services Scott Bomhof- Invoice 82594 Court File No: 09-CL-7950 |
| 800 | Telephone Call | 18/06/2015 | 0.16 | Telephone Call 13023519377 - Wilmington, DE - Time: 14:07 - Dur: 3.87 |
| 800 | Telephone Call | 24/06/2015 | 0.16 | Telephone Call 13023519377 - Wilmington, DE - Time: 11:11 - Dur: 3.35 |
| 800 | Telephone Call | 24/06/2015 | 0.44 | Telephone Call 15105205408 - Oakland, CA - Time: 18:39 - Dur: 10.22 |
| | | | **$ 0.76** | |
| 801 | Copies | 01/06/2015 | 1.20 | Copies |
| 801 | Copies | 02/06/2015 | 1.20 | Copies |
| 801 | Copies | 03/06/2015 | 4.00 | Copies |
| 801 | Copies | 04/06/2015 | 6.60 | Copies |
| 801 | Copies | 08/06/2015 | 4.60 | Copies |
| 801 | Copies | 11/06/2015 | 50.70 | Copies |
| 801 | Copies | 12/06/2015 | 8.80 | Copies |
| 801 | Copies | 15/06/2015 | 60.20 | Copies |
| 801 | Copies | 15/06/2015 | 71.00 | Copies |
| 801 | Copies | 23/06/2015 | 1.00 | Copies |
| 801 | Copies | 23/06/2015 | 4.70 | Copies |
| 801 | Copies | 24/06/2015 | 1.30 | Copies |
| 801 | Copies | 24/06/2015 | 0.20 | Copies |
| 801 | Copies | 24/06/2015 | 4.80 | Copies |
| 801 | Copies | 25/06/2015 | 8.10 | Copies |
| 808 | Laser Printing | 01/06/2015 | 0.80 | Laser Printing |
| 808 | Laser Printing | 01/06/2015 | 0.50 | Laser Printing |

**Nortel**
**June 2015 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 02/06/2015 | 1.70 | Laser Printing |
| 808 Laser Printing | 02/06/2015 | 32.50 | Laser Printing |
| 808 Laser Printing | 02/06/2015 | 0.60 | Laser Printing |
| 808 Laser Printing | 03/06/2015 | 1.70 | Laser Printing |
| 808 Laser Printing | 03/06/2015 | 1.90 | Laser Printing |
| 808 Laser Printing | 04/06/2015 | 3.20 | Laser Printing |
| 808 Laser Printing | 04/06/2015 | 2.20 | Laser Printing |
| 808 Laser Printing | 04/06/2015 | 3.80 | Laser Printing |
| 808 Laser Printing | 05/06/2015 | 4.10 | Laser Printing |
| 808 Laser Printing | 05/06/2015 | 8.30 | Laser Printing |
| 808 Laser Printing | 05/06/2015 | 3.30 | Laser Printing |
| 808 Laser Printing | 05/06/2015 | 0.40 | Laser Printing |
| 808 Laser Printing | 05/06/2015 | 1.70 | Laser Printing |
| 808 Laser Printing | 06/06/2015 | 0.70 | Laser Printing |
| 808 Laser Printing | 07/06/2015 | 2.40 | Laser Printing |
| 808 Laser Printing | 07/06/2015 | 2.40 | Laser Printing |
| 808 Laser Printing | 08/06/2015 | 4.80 | Laser Printing |
| 808 Laser Printing | 08/06/2015 | 6.40 | Laser Printing |
| 808 Laser Printing | 08/06/2015 | 31.30 | Laser Printing |
| 808 Laser Printing | 08/06/2015 | 21.00 | Laser Printing |
| 808 Laser Printing | 08/06/2015 | 275.10 | Laser Printing |
| 808 Laser Printing | 09/06/2015 | 6.90 | Laser Printing |
| 808 Laser Printing | 10/06/2015 | 0.60 | Laser Printing |
| 808 Laser Printing | 10/06/2015 | 77.80 | Laser Printing |
| 808 Laser Printing | 11/06/2015 | 38.90 | Laser Printing |
| 808 Laser Printing | 12/06/2015 | 12.70 | Laser Printing |
| 808 Laser Printing | 12/06/2015 | 30.50 | Laser Printing |
| 808 Laser Printing | 14/06/2015 | 5.50 | Laser Printing |
| 808 Laser Printing | 15/06/2015 | 22.90 | Laser Printing |
| 808 Laser Printing | 15/06/2015 | 13.80 | Laser Printing |
| 808 Laser Printing | 15/06/2015 | 3.50 | Laser Printing |
| 808 Laser Printing | 15/06/2015 | 33.60 | Laser Printing |
| 808 Laser Printing | 15/06/2015 | 301.20 | Laser Printing |
| 808 Laser Printing | 15/06/2015 | 70.40 | Laser Printing |
| 808 Laser Printing | 17/06/2015 | 0.30 | Laser Printing |
| 808 Laser Printing | 17/06/2015 | 0.10 | Laser Printing |
| 808 Laser Printing | 17/06/2015 | 8.00 | Laser Printing |
| 808 Laser Printing | 19/06/2015 | 2.80 | Laser Printing |
| 808 Laser Printing | 19/06/2015 | 1.60 | Laser Printing |
| 808 Laser Printing | 19/06/2015 | 2.80 | Laser Printing |
| 808 Laser Printing | 19/06/2015 | 2.80 | Laser Printing |
| 808 Laser Printing | 22/06/2015 | 0.50 | Laser Printing |
| 808 Laser Printing | 22/06/2015 | 1.30 | Laser Printing |
| 808 Laser Printing | 22/06/2015 | 39.00 | Laser Printing |
| 808 Laser Printing | 22/06/2015 | 2.40 | Laser Printing |
| 808 Laser Printing | 22/06/2015 | 1.10 | Laser Printing |
| 808 Laser Printing | 22/06/2015 | 1.60 | Laser Printing |
| 808 Laser Printing | 22/06/2015 | 3.40 | Laser Printing |
| 808 Laser Printing | 23/06/2015 | 13.50 | Laser Printing |
| 808 Laser Printing | 23/06/2015 | 197.90 | Laser Printing |
| 808 Laser Printing | 23/06/2015 | 1.90 | Laser Printing |
| 808 Laser Printing | 23/06/2015 | 0.10 | Laser Printing |

**Nortel**
**June 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 808 | Laser Printing | 23/06/2015 | 27.80 | Laser Printing |
| 808 | Laser Printing | 23/06/2015 | 5.10 | Laser Printing |
| 808 | Laser Printing | 23/06/2015 | 25.50 | Laser Printing |
| 808 | Laser Printing | 24/06/2015 | 12.70 | Laser Printing |
| 808 | Laser Printing | 24/06/2015 | 123.40 | Laser Printing |
| 808 | Laser Printing | 24/06/2015 | 69.50 | Laser Printing |
| 808 | Laser Printing | 24/06/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 24/06/2015 | 2.60 | Laser Printing |
| 808 | Laser Printing | 24/06/2015 | 0.40 | Laser Printing |
| 808 | Laser Printing | 24/06/2015 | 1.70 | Laser Printing |
| 808 | Laser Printing | 25/06/2015 | 1.00 | Laser Printing |
| 808 | Laser Printing | 25/06/2015 | 0.50 | Laser Printing |
| 808 | Laser Printing | 25/06/2015 | 5.00 | Laser Printing |
| 808 | Laser Printing | 25/06/2015 | 24.00 | Laser Printing |
| 808 | Laser Printing | 27/06/2015 | 2.30 | Laser Printing |
| 808 | Laser Printing | 28/06/2015 | 1.50 | Laser Printing |
| 808 | Laser Printing | 29/06/2015 | 4.90 | Laser Printing |
| 808 | Laser Printing | 30/06/2015 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 05/06/2015 | 1.60 | Laser Printing |
| 4808 | Laser Printing | 23/06/2015 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 23/06/2015 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 23/06/2015 | 0.20 | Laser Printing |
| | | | **$ 1,853.10** | |
| 811 | Binding Charges | 09/06/2015 | 24.12 | Binding Charges |
| | | | | Sep-06-15, F Calamus, Binding Charges, x10, /TW |
| 811 | Binding Charges | 10/06/2015 | 4.82 | Binding Charges |
| | | | | Oct-06-15, F Calamus, Binding Charges, x2, /JS |
| 811 | Binding Charges | 15/06/2015 | 4.82 | Binding Charges |
| | | | | Jun-15-15, F Calamus, Binding Charges, x2, /TW |
| 811 | Binding Charges | 15/06/2015 | 7.24 | Binding Charges |
| | | | | Jun-15-15, S Henderson, Binding Charges, x3, /TW |
| 811 | Binding Charges | 24/06/2015 | 9.65 | Binding Charges |
| | | | | Jun-24-15, F Calamus, Binding Charges, x4, /JS |
| 844 | Exhibit Tabs | 09/06/2015 | 22.11 | Exhibit Tabs |
| | | | | Sep-06-15, F Calamus, Exhibit Tabs, x110, /TW |
| 844 | Exhibit Tabs | 10/06/2015 | 4.42 | Exhibit Tabs |
| | | | | Oct-06-15, F Calamus, Exhibit Tabs, x22, /JS |
| 844 | Exhibit Tabs | 15/06/2015 | 3.62 | Exhibit Tabs |
| | | | | Jun-15-15, F Calamus, Exhibit Tabs, x18, /TW |
| 844 | Exhibit Tabs | 15/06/2015 | 19.30 | Exhibit Tabs |
| | | | | Jun-15-15, S Henderson, Exhibit Tabs, x96, /TW |
| 844 | Exhibit Tabs | 24/06/2015 | 0.40 | Exhibit Tabs |
| | | | | Jun-24-15, F Calamus, Exhibit Tabs, x2, /JS |
| | | | **$ 100.50** | |
| 885 | On Line Research Charges - Quicklaw | 03/06/2015 | 58.70 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 03/06/2015 | 28.14 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 04/06/2015 | 108.57 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 04/06/2015 | 24.12 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 04/06/2015 | 84.43 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 06/06/2015 | 101.34 | On Line Research Charges - Quicklaw |

**Nortel**
**June 2015 Disbursements**

| | | | |
|---|---|---:|---|
| 885 On Line Research Charges - Quicklaw | 07/06/2015 | 123.86 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 07/06/2015 | 7.24 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 16/06/2015 | 53.08 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 02/06/2015 | 18.09 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 02/06/2015 | 25.03 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 03/06/2015 | 211.08 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 03/06/2015 | 44.63 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 04/06/2015 | 100.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 04/06/2015 | 205.35 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 05/06/2015 | 11.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 05/06/2015 | 22.31 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/06/2015 | 44.63 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/06/2015 | 359.74 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/06/2015 | 11.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/06/2015 | 22.31 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/06/2015 | 170.37 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 08/06/2015 | 11.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 08/06/2015 | 11.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 12/06/2015 | 22.31 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 15/06/2015 | 108.26 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 15/06/2015 | 11.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 16/06/2015 | 22.31 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 18/06/2015 | 78.10 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 19/06/2015 | 111.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 21/06/2015 | 9.05 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 23/06/2015 | 11.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 23/06/2015 | 41.01 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 24/06/2015 | 11.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 27/06/2015 | 22.31 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 2,306.47** | |
| | | **$ 4,441.55** | |