IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*[1],                             :   Case No. 09-10138 (KG)
                                                               :
                                  Debtors.                     :   Jointly Administered
                                                               :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Belden Inc. hereby withdraws its proof of claims with prejudice in the above-captioned cases (Proof of Claim Nos. 973, 1370, 3529, 3530, 3531, 3532, 3533, 3534, 3535, 3536, 3537, 3538, and 3539).

Dated:
      August 13, 2015

                                                  Per: Belden Inc.

                                                  Name: Brian Anderson
                                                  Title: Senior Vice President, Legal, General
                                                           Counsel & Corporate Secretary

                                                  Belden Inc.
                                                  1 North Brentwood Blvd., 15th
                                                  St. Louis, Missouri          63105

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

NEWYORK:2528084.1