**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Re: Docket No. 16059** |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

I, L. Katherine Good, Esquire, being duly sworn according to law, deposes and says that she is employed as Counsel with the law firm of Whiteford, Taylor & Preston LLC, and that on the 20th day of August, 2015, she caused the filed *Final Application of Capstone Advisory Group, LLC, Financial Advisor for the Official Committee of Unsecured Creditors, for Final Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from January 26, 2009 through May 31, 2015* [Docket No. 16059] to be served on the parties listed on **Exhibit A** hereto via email and First Class Mail, and on **Exhibit B** hereto via First Class Mail.

*[This section was intentionally left blank]*

Dated: August 21, 2015

WHITEFORD, TAYLOR & PRESTON LLC

/s/ Katherine Good

L. Katherine Good (No. 5101)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950
Email: kgood@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 21st day of August 2015

/s/ Christine M. McAllister

Notary Public

CHRISTINE M. MCALLISTER
MY COMMISSION EXPIRES May 6, 2016
NOTARY PUBLIC
STATE OF DELAWARE