## Exhibit A

| Party | Counsel |
|---|---|
| Fee Examiner | **(Via E-mail)**<br>Judith Scarborough<br>Master, Sidlow & Associates, P.A.<br>2002 West 14th Street<br>Wilmington, DE 19806<br>E-mail: jscarborough@mastersidlow.com |