**Exhibit B**

Master Service List (as of 08/20/2015 16:00:01)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 |
|---|---|---|---|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT | TITLEIST & FOOTJOY, PO BOX 965 | | | |
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE | | | | |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD | | | | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. | ONE BRYANT PARK | | | |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. | 14910 ALDINE-WESTFIELD ROAD | | | |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. | 1221 AVENUE OF THE AMERICAS, 20TH FLOOR | | | |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO | 420 SOUTH ORANGE AVENUE, 6TH FL | | | |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. | 2600 MICHELSON DRIVE, SUITE 1700 | | | |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. | 171 17TH ST NW, STE 2100 | | | |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. | 500 DELAWARE AVE | | | |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. | P.O. BOX 20207 | | | |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. | COUNSEL TO GENBAND, INC. | 2001 ROSS AVENUE | | |
| BALLARD SPAHR | ATTN: LESLIE HEILMAN ESQ. | 919 MARKET ST, 12TH FL | | | |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ., ROBERT MCL. BOOTE, ESQ. | 51ST FL MELLON BANK CTR, 1735 MARKET ST | 1735 MARKET STREET, 51ST FLOOR | | |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. | COUNSEL TO WESTCHESTER FIRE INSURANCE CO. | 919 N. MARKET STREET, 12TH FLOOR | | |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. | COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 155 FEDERAL ST, 9TH FL | 222 DELAWARE AVENUE, SUITE 900 | | |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ., & | DANIEL A. O'BRIEN, ESQ. | | | |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA | 201 MONROE STREET, SUITE 300 | | | |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET | | | | P.O. BOX 9729 |
| BERNSTEIN, SHUR, SAWYER & NELSON | ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.; | DANIEL J. MURPHY, ESQ. | 100 MIDDLE STREET | | |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT | | | | |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ., IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; | PATRICK M. COSTELLO ESQ. | 2600 EL CAMINO REAL, STE 300 | 800 N. KING STREET, PLAZA LEVEL | |
| BIFFERATO LLC | ATTN: MICHAEL DEBAECHE, ESQ. | KEVIN G. COLLINS, ESQ. | COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS | | |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL, ESQ.; | COUNSEL TO CABLE NEWS NETWORK, INC. | 1201 MARKET STREET, SUITE 800 | | |
| BLANK ROME LLP | 305 W. JUNIPER AVE | VICTORIA A. GUILFOYLE, ESQ. | COUNSEL TO AD HOC COMMITTEE | 1201 NORTH MARKET STREET, SUITE 800 | |
| BOYER, BONNIE J. | ATTN: DEVIN LAWTON PALMER | 145 CULVER ROAD | | | |
| BOYLAN BROWN | ATTN: JENNIFER FELDSHER | 1251 AVENUE OF THE AMERICAS 49TH FL | | | |
| BRACEWELL & GUILIANI LLP | 11596 W SIERRA DAWN BLVD | LOT 386 | | | |
| BRAD LEE HENRY | 2493 ALSTON DRIVE | | | | |
| BRENDA L. ROHRBAUGH | 541 AMMONS RD | | | | |
| BRENT E. BEASLEY | ATTN: DONALD K. LUDMAN ESQ. | 6 NORTH BROAD ST, STE 1000 | | | |
| BROWN & CONNERY LLP | ATTN: AFTON SANDS-PURYEAR | KELL C. MERCER; AFTON SANDS-PURYEAR | 111 CONGRESS AVENUE, SUITE 1400 | | |
| BROWN MCCAROLL LLP | STEVEN D. POHL, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | ONE FINANCIAL CENTER | | |
| BROWN RUDNICK LLP | EDWARD S. WEISFELNER & BENNETT S. SILVERBERG | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | SEVEN TIMES SQUARE | | |
| BROWN RUDNICK LLP | 2553 SWORD DRIVE | | | | |
| BROWN, REMAOS | 5506 LAKE ELTON RD. | | | | |
| BRUCE FRANCIS | ATTN: MICHELLE MCMAHON ESQ. | 1290 AVENUE OF THE AMERICAS | | | |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. | 161 N CLARK ST, STE 4300 | | | |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. | 211 N BROADWAY, STE 3600 | | | |
| BRYAN CAVE LLP | ATTN: SHAWN M. CHRISTIANSON ESQ. | 55 SECOND STREET, 17TH FL | | | |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. | 1105 NORTH MARKET STREET, SUITE 1900 | | | |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET | | | | |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. | | | | |
| CARR, BARBARA | 145 GRECIAN PKWY | | | | |
| CARTER LEDYARD & MILBURN LLP | ATTN: SUSAN P. JOHNSON | 2 WALL STREET | | | |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ, AND | RYAN C. JACOBS | SUITE 2100 SCOTIA PLAZA | 40 KING STREET WEST | |
| CHAD SORAINO | 894 HICKORY AVE. | | | | |
| CHADBOURNE & PARKE LLP | ATTN: N. THEODORE ZINK JR. ESQ. | 30 ROCKEFELLER PLAZA | | | |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. | | | | |
| CHIPMAN BROWN CICERO & COLE, LLP | 1007 NORTH ORANGE STREET | SUITE 1130 | ATTN: W. CHIPMAN, M. OLIVERE & A. KASHISHIAN | COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL FOR THE DEBTOR | ATTN: JAMES L. BROMLEY AND LISA M. SCHWEITZER | ONE LIBERTY PLAZA | | |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK | COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP | RESEARCH INC. | 300 E. LOMBARD STREET, SUITE 1450 | |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN | OFFICE OF THE ATTORNEY GENERAL | 21 S. 12TH STREET, 3RD FLOOR | | |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES | TAX AUTHORITY CONSULTING SERVICES P.C. | P.O. BOX 1270 | | |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ., MARCI J. PHILLIPS ESQ. | THE NEMOURS BUILDING, 1007 N ORANGE ST | | | |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. | 58 SOUTH SERVICE ROAD, SUITE 200 | 901 MAIN STREET, SUITE 3900 | | |
| COWLES & THOMPSON, PC | ATTN: STEPHEN C. STAPLETON | COUNSEL TO GTCI | P.O. BOX 1380 | | |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. | 913 NORTH MARKET STREET, 11TH FLOOR | | | |
| CULLEN, EMILY D. | 100 TELMEV CT | | | | |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. | 101 PARK AVENUE | | | |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 | | | | |
| DAVID LITZ | 316 N MANUS DRIVE | | | | |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD | COUNSEL TO CORE BROOKFIELD LAKES, LLC | | | |
| DAVIS & KUELTHAU, S.C. | ATTN: RUSSELL S. LONG, ESQ. | 111 E. KILBOURN AVENUE, SUITE 1400 | | | |
| DEMEL ERNEST | RCS BOX 426 | | | | |
| DENTONS CANADA LLP | KENNETH KRAFT | JOHN SALMAS | 77 KING STREET WEST, | SUITE 400, TD CENTRE | |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. | 125 W 55TH STREET | | | |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ., DALE K. CATHELL ESQ. | 6225 SMITH AVENUE | | | |

| Name | Attn / Address Line | Address | Notes |
|---|---|---|---|
| DLA PIPER LLP (US) | ATTN: SELINDA A. MELNIK | 1201 NORTH MARKET STREET, SUITE 2100 | |
| DRINKER BIDDLE & REATH LLP | COUNSEL TO SANMINA CORPORATION; ATTN: HOWARD A. COHEN, ESQ. | 222 DELAWARE AVENUE, SUITE 1410 | |
| DRINKER BIDDLE & REATH LLP | COUNSEL TO SANMINA CORPORATION; ATTN: ROBERT K. MALONE, ESQ. | 500 CAMPUS DRIVE | |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. | 222 DELAWARE AVENUE, SUITE 1600 | |
| DURANT, FRED | 709 EAST H STREET | | |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN | 919 NORTH MARKET STREET, SUITE 1500 | |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA | 1105 N. MARKET STREET, SUITE 1700 | |
| EMC CORPORATION | RONALD ROWLAND, ESQ. | C/O RECEIVABLE MANAGEMENT SERVICES | |
| ESTELLE LODGGINS | 6707 LATTA STREET | | |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN | 151 O'CONNOR STREET | |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE | | |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT | 847 GIBRALTAR DRIVE | |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | DISABILITY PLAN PARTICIPANTS |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. | 700 UNIVERSE BLVD | |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS | |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD | | |
| FREDDIE WORMSBAKER | 327 LOCUST ST. | | |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ. | 311 SOUTH WACKER DR, STE 3000 | |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. | 666 5TH AVE | COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM |
| GAMBURG & BORSEN LLP | ATTN: ROMAN GAMBURG, ESQ. | COUNSEL TO MERA NETWORKS | 307 INTERNATIONAL CIRCLE, SUITE 270 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4214 | | |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE | | |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. | ONE GATEWAY CENTER | |
| GIBSON DUNN | JANET WEISS, ESQ. | COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS | 919 NORTH MARKET STREET, SUITE 300 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG | 333 BAY STREET, SUITE 3400 | |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. | 222 N LASALLE ST, STE 800 | CITIZENS BANK CENTER |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY | 1 FIRST CANADIAN PLACE | PO BOX 898 |
| GRISSOM, CRICKET | 2580 W. PORTER CREEK AVE. | | |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD | | |
| GUSSIE H. ANDERSON | 109 GUMPOND BELL RD | | |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ., CHRISTOPHER W. PEER ESQ. | 200 PUBLIC SQUARE, STE 2800 | |
| HEINBAUGH, ALLAN | 19816 COLBY CT | | |
| HESSLER, SUSAN ANN | 133 ANNA ROAD BOX 194 | | |
| HERBERT PRESTON STANDSBURY | 3193 US HIGHWAY 15 | | |
| HERBERT SMITH | ATTN: STEPHEN GALE | EXCHANGE HOUSE, PRIMROSE STREEET | |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. | 28 STATE ST | |
| HODGES, RICHARD | 12804 PAMPLONA DR | | COUNSEL TO MERCER (US) INC. |
| HOLBROOK, MARY L | 1131 GREY FOX COURT | | 2185 LEMOINE AVENUE, SUITE 84 |
| HOVATER, JR., GEORGE I | 9009 CASALS ST. UNIT 1 | | |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. | 11307 CHINDEN BLVD, MS 314 | |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN | 1445 ROSS AVE, FOUNTAIN PLACE STE 3700 | |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 275 VIGER EAST 4TH FLOOR | |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 | | |
| JACOBS, WANDA | 801 DUPREE STREET | | |
| JAMES HUNT | 89D3 HANDEL LOOP | | 200 PARK AVENUE |
| JAMES LEE | 1310 RICHMOND STREET | | |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE | | |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. | 1568 WOODCREST DRIVE | 100 KING STREET WEST, SUITE 1600 |
| JOHN J. ROSSI | 2123 - 14 STREET | | |
| JOHN MERCER | ATTN: JEFFREY B. ELLMAN ESQ., ROBBIN S. RAHMAN ESQ. | 1420 PEACHTREE ST NE, STE 800 | |
| JONES DAY | | P.O. BOX 33127 | |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE | 575 MADISON AVENUE | |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. | 2029 CENTURY PARK EAST, STE 2600 | |
| KAUSHIK PATEL | 5655 ARAPAHO RD. #1023 | | |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. | 101 PARK AVENUE | |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. | COUNSEL TO CYPRESS COMMUNICATIONS, INC.; | |
| KENNETH MURRAY | PO BOX 3043 | | |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. | 1999 AVENUE OF THE STARS, 39TH FL | 101 PARK AVENUE |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. | 919 MARKET ST, STE 1000 | |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNEST S. WECHSLER | 1177 AVENUE OF THE AMERICAS | TATA AMERICAN INTERNATIONAL CORP. |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 | SECTOR 4, DWARKA | |
| L.A. COUNTY TREASURER & TAX COLLECTOR | | P.O. BOX 54110 | |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; | J. LANDON ELLIS, ESQ. | |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. | U.S. BANK TOWER | |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. | COUNSEL TO MERA NETWORKS | |
| LECLAIRRYAN LLP | ROBERT S. MCWHORTER | COUNSEL FOR AVNET INTERNATIONAL (CANADA) LTD. | |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. | 40 NORTH CENTRAL AVE, STE 1900 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. | P.O. BOX 3064 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. | TRAVIS BLDG SUITE 300, 711 NAVARRO | COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. | 2777 N. STEMMONS FREEWAY, STE 1000 | |
| LONG, VERNON | 4929 KELSO LANE | | |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. | 65 LIVINGSTON AVE | |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. | 65 LIVINGSTON AVENUE | |
| MADDRY, SHIRLEY | 2519 RIDDLE ROAD | | |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. | COUNSEL TO ORACLE AMERICA, INC. | |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, | APT. 404 | |
| MARILYN DAY | 2020 FOX GLEN DRIVE | | |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD | | |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE | | 23 GREEN STREET, SUITE 302 |
| MARK R. JANIS | 193 V/A SODDERINI | | |
| | | | 919 MARKET STREET, SUITE 1800 |
| | | | COUNSEL TO ASM CAPITAL III, L.P. |
| | | | 950 SEVENTEENTH STREET, SUITE 2400 |
| | | | 800 WEST STREET |
| | | | 98D 9TH STREET, 16TH FLOOR |

| Name | Attn/Address 1 | Address 2 | Address 3 | Address 4 |
|---|---|---|---|---|
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 | | | |
| MASSENGILL, TERRY D. | 126 KERI DRIVE | | | |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY | 71 S. WACKER DRIVE | | |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; AMIT K. TREHAN, ESQ. | 1675 BROADWAY | | |
| MCCAFFREY, LEAH | 7139 DEBBE DR. | | | |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ., KENNETH M. MISKEN ESQ. | 1750 TYSONS BLVD, STE 1800 | | |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN | SUITE 1000 | 7 SAINT PAUL STREET | |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION | 1100 N. EUTAW STREET, ROOM 401 | | |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ., MICHELE THOMPSON ESQ. | SUITE 3000 | 44 MONTGOMERY STREET, STE 1010 | |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE | | | |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ., THOMAS R. KRELLER ESQ., ALBERT A. PISA ESQ., ANDREW M. LEBLANC ESQ. | 28 LIBERTY STREET | | |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. | P.O. BOX 475, BANKRUPTCY DIVISION | | |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 535 MADISON AVE. | | |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. | 1201 N ORANGE ST, STE 400 | | |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. | 500 DELAWARE AVE, STE 1500 | | |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: CARL N. KUNZ ESQ., MICHAEL J. CUSTER ESQ. | 500 DELAWARE AVE, STE 1500 | | |
| MORRISON, PAUL EDWARD | COUNSEL FOR THE DEBTORS | ATTN: DEREK ABBOTT AND ERIC SCHWARTZ | 1201 NORTH MARKET STREET | P.O. BOX 1347 |
| MULLETT, REID | 2241 COLLEGE AVENUE | | | |
| MUNICIPAL OPERATIONS | 4224 THAMESGATE CLOSE | | | |
| NAAM, UD DEAN | ATTN: MAX TAYLOR ASST. CITY ATTY. | 201 W. COLFAX AVENUE, DEPT. 1207 | | |
| NEUMANN, JANE | 6 AUGUSTA DRIVE | | | |
| NIXON PEABODY LLP | 11730 CO. ROAD 24 | | | |
| NORTON ROSE | ATTN: LOUIS J. CISZ, III | ONE EMBARCADERO CENTER, 18TH FLOOR | | |
| NOSSAMAN LLP | ATTN: TONY REYES | ROYAL BANK PLAZA SOUTH TOWER | | |
| OFFICE OF THE U.S. TRUSTEE | ATTN: ROBERT S. MCWHORTER ESQ. | 200 BAY ST., SUITE 3800 | | |
| OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION | ATTN: MARK KENNEY | 915 LST., STE 1000 | | |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ., LAURA D METZGER ESQ. | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | |
| OWENBY, DANNY | 2336 SAPELO CT | MD DEPT. OF LABOR LICENSING & REG. | 1100 N. EUTAW STREET, ROOM 401 | |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT | WESTON T. EGUCHI ESQ. | 51 WEST 52ND STREET | |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. | READING BANKRUPTCY & COMPLIANCE UNIT | | |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS | 215 12TH ST, 3RD FL | 625 CHERRY STREET, ROOM 203 | |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY | 919 N. MARKET ST. 17TH FL. | | |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 | LAW DEBENTURE TRUST COMPANY OF NEW YORK | 1133 AVENUE OF THE AMERICAS | |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY | COUNSEL TO IBM CORPORATION | 191 N. WACKER DRIVE, 30TH FLOOR | |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL | 1285 AVENUE OF THE AMERICAS | | |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER | 875 15TH STREET, NW | | |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. | STEPHEN D. SCHREIBER ESQ. | 1200 K STREET NW | |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ., LEIGH-ANNE M RAPORT ESQ | 1313 MARKET ST, STE 5100 | | |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. | 1313 MARKET ST, STE 5100 | | |
| PEPPER HAMILTON LLP | EVELYN J. MELTZER, ESQ. | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET | PO BOX 1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. | 4025 WOODLAND PARK BLVD, STE 300 | | |
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | ATTN: JOANNE P. PINCKNEY, ESQ. | COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP | 1220 N. MARKET STREET, SUITE 950 | |
| POLSINELLI PC | ATTN: CHRISTOPHER A WARD ESQ., JUSTIN K EDELSON ESQ | 222 DELAWARE AVENUE, STE 1101 | | |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. | 17 N 2ND ST, 12TH FL | | |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF | 301 S. COLLEGE STREET, SUITE 2300 | | |
| PRYOR CASHMAN LLP | ATTN: RONALD S. BEACHER, ESQ. | 7 TIMES SQUARE | | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND DANIEL S. HOLZMAN, ESQ. | COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP | 51 MADISON AVENUE, 22ND FLOOR | |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. | 36 SOUTH STATE STREET, SUITE 1400 | | |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ., J. CORY FALGOWSKI ESQ. | 1201 N MARKET ST, STE 1500 | | |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE | | | |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE | | | |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. | 1001 4TH AVE, STE 4500 | | |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. | | | |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE, APT. B3 | | | |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ., TY E. SHAFFER ESQ. | 101 NORTH TRYON ST, STE 1900 | | |
| RONALD J. ROSE JR. | 26 PHEASANT RUN | | | |
| ROOB, CHAS S. | 8584 CHANHASSEN HILLS DR. SOUTH | | | |
| ROPES & GRAY LLP | ATTN: MARK I. BANE, ANNE H. PAK | 1221 AVENUE OF THE AMERICAS | | |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. | PRUDENTIAL TOWER | 800 BOYLSTON STREET | |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 | | | |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS | 500 E. PRATT STREET, 8TH FLOOR | | |
| SCOTT GENNETT | 16 WILDWOOD DRIVE | | | |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | BANKRUPTCY DIV, STE 400 | 3 WORLD FINANCIAL CENTER | |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. | TOWNSEND BUILDING | SUITE 1 | 401 FEDERAL STREET |
| SECRETARY OF TREASURY | 820 SILVERLAKE BLVD., SUITE 100 | 100 F STREET, NE | | |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | | | |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR | 3 WORLD FINANCIAL CENTER, SUITE 400 | |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 | | | |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ., KIMBERLY K SMITH ESQ. | 30 ROCKEFELLER PLAZA, 24TH FL | | |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. | 123 SOUTH BROAD STREET, SUITE 2100 | CONFLICTS ADMINISTRATOR FOR NORTEL NETWORKS SA | PO BOX 636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT A. WEBER, ESQ. | COUNSEL FOR STEPHEN TAYLOR | COUNSEL FOR STEPHEN TAYLOR | FOUR TIMES SQUARE |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE A. ZIMMERMAN, ESQ. & LLP, ATTN: AMOS U. PRIESTER IV ESQ. | SUSAN L. SALTZSTEIN, ESQ. | ONE RODNEY SQUARE | |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | | ANNA B. OSTERHOUT, ESQ. | CONFLICTS ADMINISTRATOR FOR NORTEL NETWORKS SA | |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. | 800 DELAWARE AVE, 7TH FL | P.O. BOX 2611 | |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK | 1250 BROADWAY, 29TH FLOOR | | |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. | 675 THIRD AVE, 31ST FL | | |
| STEVEN S. HONIGMAN | ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD | 500 EAST 77TH STREET | | |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. | | | |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF | | | |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. | 901 N. MARKET STREET, SUITE 1300 | | |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER | 78 ALEXANDER DRIVE, PO BOX 13445 | | |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ. | 300 DELAWARE AVENUE, SUITE 1410 | | |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT | 305 EXTON COMMONS | | |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA | 1114 AVENUE OF THE AMERICAS, 19TH FLOOR | | |

| Name | Address 1 | Address 2 | Address 3 | Address 4 |
|---|---|---|---|---|
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD | | | |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT | P.O. BOX 37 | | |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE | 200 S. WACKER DRIVE, SUITE 3000 | | |
| TOTMAN, CARMEL TURLINGTON | 3029 MCDADE FARM ROAD | | | |
| TW TELECOM INC. | ATTN: LINDA BOYLE | 10475 PARK MEADOWS DR., STE 400 | | |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. | P.O. BOX 875, BEN FRANKLIN STATION | | |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK | P.O. BOX 500, M/S E8-108 | | |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI, ACTING GENERAL COUNSEL | 2000 L STREET NW, SUITE 20D | | |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE | | | |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE | 1007 N. ORANGE STREET | | |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING | 200 CONSTITUTION AVE NW | | |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN & MICHAEL J. RIELA | 1633 BROADWAY, 47TH FL | | |
| VEDDER PRICE P.C. | COUNSEL TO MIKE ZAFIROVSKI | ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ | 222 NORTH LASALLE STREET, SUITE 2600 | |
| VEGA, DEBRA | 818 GLENCO ROAD | | | |
| VIDMER, CLAUDIA | 213 ORCHARD LANE | | | |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. | 411 E WISCONSIN AVE, STE 700 | | |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. | 52 EAST GAY STREET | | |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. | BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ.; | BRIAN M. WALKER, ESQ. | 51 WEST 52ND STREET |
| WADLOW, JERRY | PO BOX 722 | | | |
| WATSON, THELMA | PO BOX 971 | | | |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. | 824 MARKET STREET, SUITE 800 | | |
| WEIR & SULLIVAN | ATTN: DUANE D. WERB ESQ. | COUNSEL TO ACME PACKET, INC. | 300 DELAWARE AVE, 13TH FL | |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD | CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON (PUBL.) | 405 NORTH KING STREET, SUITE 500 |
| WICK PHILLIPS GOULD & MARTIN, LLP | ANDREW M. GOULD, ESQ. | 787 7TH AVE | THE RENAISSANCE CENTER | |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. | SAMEER ADVANI, ESQ. | 2100 ROSS AVENUE, SUITE 950 | |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; | 3 GANNETT DR | 787 SEVENTH AVENUE | |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. | | | |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE | | | |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. | THE OFFICES AT CRYSTAL LAKE | ONE BOLAND DRIVE | |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. | COUNSEL TO GOOGLE INC. AND RANGER INC. | 222 DELAWARE AVENUE, SUITE 1501 | |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY | | | |
| YATES, KIM M. | 207 TOMATO HILL ROAD | | | |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON AND EDWIN J. HARRON | 1000 NORTH KING STREET | | |