IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
In re                                                                              :        Chapter 11
                                                                                        :
                                                                                        :        Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                                          :
                                                                                        :        **Related Docket No. 15985**
                    Debtors.                                                 :
                                                                                        :
----------------------------------------------------------- X

**NOTICE OF SUBMISSION OF AFFIDAVIT OF DR. JEFFREY D. CASE PURSUANT TO SECTION 12(d)(iii) OF AMENDED CROSS-BORDER PROTOCOL WITH RESPECT TO RELIEF SOUGHT BY MONITOR AND CANADIAN DEBTORS IN MOTION RECORD (DISPOSAL OF RECORDS)**

SNMP Research, Inc. and SNMP Research International, Inc. (together "SNMP Research"), by and through their undersigned counsel and pursuant to section 12(d)(iii) of the Amended Cross-Border Court-to-Court Protocol [D.I. 990, Exhibit A, Exhibit 1] (the "Cross-Border Protocol"),[2] hereby submits the Affidavit of Dr. Jeffrey D. Case (the "Case Affidavit"), attached hereto as **Exhibit A**, which was filed on August 21, 2015 in the Canadian Proceedings in response to the motion by the Canadian Debtors and the Monitor to dispose of records, filed on July 14, 2015 (the "Records Disposal Motion"). Pursuant to a notice of joint hearing dispute in this Court by the U.S. Debtors filed on July 31, 2015 [D.I. 15985], submitted pursuant to section 15(d) of the Cross-Border Protocol, a joint hearing on the Records Disposal Motion will

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. (together, the "U.S. Debtors").

[2] All capitalized terms not defined in this Notice have the meaning ascribed to them in the Cross-Border Protocol.

be held on August 26, 2015 at 10:00 a.m. (ET) (the "Joint Hearing"). SNMP Research intends to rely on the Case Affidavit at the Joint Hearing.

## Notice

This Notice has been provided to (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the U.S. Debtors; (iii) counsel to the Official Committee of Unsecured Creditors; (iv) counsel to the *Ad Hoc* Group of Bondholders; (v) counsel to the Monitor; and (v) counsel to the Canadian Debtors. SNMP Research submits that under the circumstances no further notice is necessary.

Dated: August 21, 2015

**OF COUNSEL**

Richard S. Busch, Esq.
Andrew Coffman, Esq.
Patrick W. Ogilvy, Esq.
Sara R. Ellis, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com
acoffman@kingballow.com
pogilvy@kingballow.com
sellis@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*

53651/0001-12173323v1