## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP [Docket No. 15974] | 6/1/15 - 6/30/15 | £32,671.00 (Fees) £425.88 (Expenses) | £26,136.80 (Fees @ 80%) £425.88 (Expenses @ 100%) | 7/29/15 | 8/19/15 |