## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
*In re*                                                      :   Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,                              :   Case No. 09-10138 (KG)
                                                             :
                                      Debtors.               :   Jointly Administered
                                                             :
                                                             :   **Related Docket No. 16062**
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE       )
                        ) SS
NEW CASTLE COUNTY       )

      I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on August 21, 2015, I caused a copy of **NOTICE OF SUBMISSION OF AFFIDAVIT OF DR. JEFFREY D. CASE PURSUANT TO SECTION 12(d)(iii) OF AMENDED CROSS-BORDER PROTOCOL WITH RESPECT TO RELIEF SOUGHT BY MONITOR AND CANADIAN DEBTORS IN MOTION RECORD (DISPOSAL OF RECORDS)** to be served via First Class Mail on the parties listed on the attached service list.

                                                                         Pauline Z. Ratkowiak, Paralegal
                                                                         COLE SCHOTZ P.C.
                                                                         500 Delaware Avenue, Suite 1410
                                                                         Wilmington, DE  19801
                                                                         (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 21st day of August, 2015.

_____
NOTARY PUBLIC

**SUSAN L. WILLIAMS**
Notary Public State of Delaware
My Commission Expires August 13, 2017

53651/0001-12182710v1

## SERVICE LIST

Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Derek C. Abbot, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

David H. Herrington, Esq.
Shira A. Kaufman, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
405 North King St., Suite 500
Wilmington, DE 19801

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Mary F. Caloway, Esquire
Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney
919 N. Market Street
Suite 1500
Wilmington, DE 19801-3046

Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Laura David Jones, Esquire
Timothy P. Cairns, Esquire
Peter Keane, Esquire
Pachulski Stang
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Thomas R. Kreller, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Jay A. Carfagnini
Joseph Pasquariello
Christopher G. Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7