**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.,*[1]

                    Debtors.

-------------------------------------------------------X

Chapter 11
:
:
: Case No. 09-10138 (KG)
:
: (Jointly Administered )
:
: **Re: D.I. 16065**

**NOTICE OF SERVICE**

       PLEASE TAKE NOTICE that on August 24, 2015, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on August 26, 2015 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: August 24, 2015
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8645027.16

**Via Fax**

Cole Schotz, P.C.
G. David Dean
300 E. Lombard St.
Baltimore, MD 21202
Fax: 410-230-0667

King & Ballow Law Offices
Richard Busch
Andrew Coffman
Patrick Ogilvy
Sara Ellis
315 Union St.
Nashville, TN 37201
Fax: 615-726-5417

Egerton, McAfee, Armistead
& Davis, P.C.
John L. Wood
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293

**Via Overnight Mail**

ASM Capital
Adam Moskowitz
7600 Jericho Turnpike
Suite 302
Woodbury, NY 11797

Coface North America Insurance Co.
Managing Partner
50 Millstone Rd.
Building 100, Suite 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Managing Partner
535 Madison Ave.
New York, NY 10022