**<u>Exhibit B</u>**

**EXPENSE SUMMARY**[1]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2015 through July 31, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $201.84 |
| Travel – Transportation | | 1,729.77 |
| Travel – Lodging | | 1,620.00 |
| Travel – Meals | | 7.02 |
| Mailing & Shipping Charges | | 105.89 |
| Duplicating Charges (at $0.10/page) | | 1,016.80 |
| Color Duplicating Charges (at $0.65/page) | | 33.15 |
| Legal Research | Lexis | 1,197.89 |
| | Westlaw | 12,462.34 |
| Late Work – Meals | | 1,022.85 |
| Late Work – Transportation | | 1,784.23 |
| Conference Meals | | 487.76 |
| Other Charges | | 1,592.66 |
| Expert Expenses | | -3,813.04 |
| **Grand Total Expenses** | | **$19,449.16** |

---

[1]      Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
**July 1, 2015 through July 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative | |
|------|--------|-----------|--|
| | | | |
| **Telephone** | | | |
| | | | |
| 4/14/2015 | 2.71 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 4/15/2015 | 4.83 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 4/15/2015 | 3.83 | Conference Call Charges Conf. ID : | Name: Louis Lipner |
| 4/23/2015 | 5.09 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 4/29/2015 | 11.05 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 4/29/2015 | 3.38 | Conference Call Charges Conf. ID : | Name: Danielle Byam |
| 4/29/2015 | 0.83 | Conference Call Charges Conf. ID : | Name: Leah Laporte |
| 5/1/2015 | 3.03 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 5/6/2015 | 16.02 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 5/7/2015 | 2.76 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 5/11/2015 | 2.76 | Conference Call Charges Conf. ID : | Name: Jane VanLare |
| 5/11/2015 | 1.72 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 5/12/2015 | 15.86 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 5/12/2015 | 1.94 | Conference Call Charges Conf. ID : | Name: Darryl G. Stein |
| 5/13/2015 | 2.82 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 5/13/2015 | 4.08 | Conference Call Charges Conf. ID : | Name: David H. Herrington |
| 5/14/2015 | 3.48 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 5/18/2015 | 7.16 | Conference Call Charges Conf. ID : | Name: Lisa M. Schweitzer |
| 5/20/2015 | 13.27 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 5/20/2015 | 5.71 | Conference Call Charges Conf. ID : | Name: Lisa M. Schweitzer |
| 5/20/2015 | 4.64 | Conference Call Charges Conf. ID : | Name: Matthew Gurgel |
| 5/21/2015 | 7.48 | Conference Call Charges Conf. ID : | Name: Lisa M. Schweitzer |
| 5/22/2015 | 2.07 | Conference Call Charges Conf. ID : | Name: JODI ERICKSON |
| 5/22/2015 | 2.31 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 5/23/2015 | 1.42 | Conference Call Charges Conf. ID : | Name: Darryl G. Stein |
| 5/25/2015 | 3.40 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 5/25/2015 | 2.33 | Conference Call Charges Conf. ID : | Name: Lisa M. Schweitzer |
| 5/25/2015 | 10.35 | Conference Call Charges Conf. ID : | Name: Lisa M. Schweitzer |
| 5/28/2015 | 2.45 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 5/28/2015 | 2.76 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 5/29/2015 | 3.43 | Conference Call Charges Conf. ID : | Name: Benjamin Beller |
| 5/29/2015 | 2.40 | Conference Call Charges Conf. ID : | Name: Louis Lipner |
| 6/1/2015 | 2.03 | Conference Call Charges Conf. ID : | Name: Alexandra McCown |
| 6/2/2015 | 4.62 | Conference Call Charges Conf. ID : | Name: Darryl G. Stein |

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/2/2015 | 1.22 | Conference Call Charges Conf. ID :    Name: Philip Cantwell |
| 6/3/2015 | 7.50 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 6/5/2015 | 12.17 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 6/5/2015 | 1.66 | Conference Call Charges Conf. ID :    Name: Kara A. Hailey |
| 6/5/2015 | 2.26 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 6/5/2015 | 1.59 | Conference Call Charges Conf. ID :    Name: Rebecca Reeb |
| 6/11/2015 | 2.60 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 6/11/2015 | 2.63 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 6/12/2015 | 6.19 | Conference Call Charges Conf. ID :    Name: Darryl G. Stein |
| **TOTAL:** | **201.84** | |
| | | |
| **Travel - Transportation**[1] | | |
| | | |
| 6/8/2015 | 71.82 | TRAVEL - TRANSPORTATION - Retained Professional Trip to New York (ride to airport - authorized by Schweitzer) |
| 6/23/2015 | 45.00 | TRAVEL - TRANSPORTATION - Beller Trip to Delaware (booking fee) |
| 6/23/2015 | 247.00 | TRAVEL - TRANSPORTATION - Beller Trip to Delaware (roundtrip train ticket) |
| 6/24/2015 | 45.00 | TRAVEL - TRANSPORTATION - Gianis Trip to Delaware (booking fee) |
| 6/24/2015 | 268.00 | TRAVEL - TRANSPORTATION - Gianis Trip to Delaware (roundtrip train ticket) |
| 6/24/2015 | 45.00 | TRAVEL - TRANSPORTATION - Gonzalez Trip to Delaware (booking fee) |
| 6/24/2015 | 268.00 | TRAVEL - TRANSPORTATION - Gonzalez Trip to Delaware (roundtrip train ticket) |
| 6/24/2015 | 45.00 | TRAVEL - TRANSPORTATION - Queen Trip to Delaware (booking fee) |
| 6/24/2015 | 10.00 | TRAVEL - TRANSPORTATION - Queen Trip to Delaware (ride within Delaware) |
| 6/24/2015 | 45.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (booking fee) |
| 6/24/2015 | 30.95 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (ride to train station) |
| 6/24/2015 | 268.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (roundtrip train ticket) |
| 6/24/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schwartz Trip to Delaware (booking fee) |
| 6/24/2015 | 268.00 | TRAVEL - TRANSPORTATION - Schwartz Trip to Delaware (roundtrip train ticket) |
| 6/25/2015 | 10.00 | TRAVEL - TRANSPORTATION - Gianis Trip to Delaware (ride within Delaware) |
| 6/30/2015 | 18.00 | TRAVEL - TRANSPORTATION - Beller Trip to Delaware (fee for ticket change) |
| **TOTAL:** | **1,729.77** | |
| | | |
| **Travel - Lodging** | | |
| | | |
| 6/24/2015 | 324.00 | TRAVEL - LODGING - Gianis Trip to Delaware (1 night) |
| 6/24/2015 | 324.00 | TRAVEL - LODGING - Queen Trip to Delaware (1 night) |
| 6/24/2015 | 324.00 | TRAVEL - LODGING - Schwartz Trip to Delaware (1 night) |
| 6/25/2015 | 324.00 | TRAVEL - LODGING - Gonzalez Trip to Delaware (1 night) |
| 6/26/2015 | 324.00 | TRAVEL - LODGING - Rosenthal Trip to Delaware (1 night) |
| **TOTAL:** | **1,620.00** | |
| | | |

**EXPENSE SUMMARY**                                                                                    In re Nortel Networks Inc., et al.
**July 1, 2015 through July 31, 2015**                                                                  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| **Travel - Meals** | | |
| | | |
| 6/25/2015 | 7.02 | TRAVEL - MEALS - Rosenthal Trip to Delaware |
| **TOTAL:** | **7.02** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 5/22/2015 | 31.83 | SHIPPING CHARGES Inv#: 648471381  Track#: 621939016237 |
| 6/3/2015 | 23.26 | SHIPPING CHARGES Inv#: 505719336  Track#: 621939019328 |
| 6/5/2015 | 12.73 | SHIPPING CHARGES Inv#: 506010273  Track#: 780774938061 |
| 6/10/2015 | 9.93 | SHIPPING CHARGES Inv#: 506460324  Track#: 621939021475 |
| 6/10/2015 | 9.93 | SHIPPING CHARGES Inv#: 506460324  Track#: 621939021486 |
| 6/10/2015 | 9.93 | SHIPPING CHARGES Inv#: 506460324  Track#: 621939021497 |
| 6/15/2015 | 8.28 | SHIPPING CHARGES Inv#: 506895185  Track#: 621939022699 |
| **TOTAL:** | **105.89** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 6/29/2015 | 2.60 | NY DUPLICATING |
| 6/30/2015 | 0.50 | NY DUPLICATING XEROX |
| 6/30/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/1/2015 | 29.80 | NY DUPLICATING |
| 7/2/2015 | 0.10 | NY DUPLICATING |
| 7/2/2015 | 0.10 | NY DUPLICATING |
| 7/2/2015 | 0.10 | NY DUPLICATING |
| 7/2/2015 | 0.30 | NY DUPLICATING |
| 7/7/2015 | 0.30 | NY DUPLICATING |
| 7/7/2015 | 50.00 | NY DUPLICATING XEROX |
| 7/8/2015 | 0.80 | NY DUPLICATING XEROX |
| 7/8/2015 | 0.80 | NY DUPLICATING XEROX |
| 7/9/2015 | 3.40 | NY DUPLICATING XEROX |
| 7/9/2015 | 7.10 | NY DUPLICATING XEROX |
| 7/9/2015 | 10.20 | NY DUPLICATING XEROX |
| 7/10/2015 | 0.10 | NY DUPLICATING |
| 7/13/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/13/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/13/2015 | 1.90 | NY DUPLICATING XEROX |
| 7/14/2015 | 0.40 | LONDON DUPLICATING |
| 7/15/2015 | 0.20 | NY DUPLICATING |
| 7/15/2015 | 0.10 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**July 1, 2015 through July 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/15/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/15/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/15/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/15/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/15/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/15/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/15/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/15/2015 | 0.70 | NY DUPLICATING XEROX |
| 7/15/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/15/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/15/2015 | 1.80 | NY DUPLICATING XEROX |
| 7/15/2015 | 1.80 | NY DUPLICATING XEROX |
| 7/15/2015 | 3.20 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/16/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.10 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.70 | NY DUPLICATING XEROX |
| 7/16/2015 | 1.70 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
July 1, 2015 through July 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/16/2015 | 1.70 | NY DUPLICATING XEROX |
| 7/16/2015 | 2.00 | NY DUPLICATING XEROX |
| 7/16/2015 | 2.00 | NY DUPLICATING XEROX |
| 7/16/2015 | 2.00 | NY DUPLICATING XEROX |
| 7/16/2015 | 4.30 | NY DUPLICATING XEROX |
| 7/16/2015 | 4.30 | NY DUPLICATING XEROX |
| 7/16/2015 | 4.30 | NY DUPLICATING XEROX |
| 7/20/2015 | 3.70 | NY DUPLICATING XEROX |
| 7/21/2015 | 0.80 | NY DUPLICATING |
| 7/21/2015 | 1.00 | NY DUPLICATING |
| 7/21/2015 | 2.40 | NY DUPLICATING |
| 7/21/2015 | 3.20 | NY DUPLICATING |
| 7/21/2015 | 3.20 | NY DUPLICATING |
| 7/21/2015 | 12.80 | NY DUPLICATING |
| 7/22/2015 | 0.20 | NY DUPLICATING |
| 7/23/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/23/2015 | 0.50 | NY DUPLICATING XEROX |
| 7/23/2015 | 0.50 | NY DUPLICATING XEROX |
| 7/23/2015 | 2.00 | NY DUPLICATING XEROX |
| 7/23/2015 | 14.00 | NY DUPLICATING XEROX |
| 7/23/2015 | 16.50 | NY DUPLICATING XEROX |
| 7/23/2015 | 17.50 | NY DUPLICATING XEROX |
| 7/23/2015 | 18.00 | NY DUPLICATING XEROX |
| 7/23/2015 | 18.00 | NY DUPLICATING XEROX |
| 7/23/2015 | 26.00 | NY DUPLICATING XEROX |
| 7/23/2015 | 27.50 | NY DUPLICATING XEROX |
| 7/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/24/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/24/2015 | 1.10 | NY DUPLICATING XEROX |
| 7/24/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/24/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/24/2015 | 1.40 | NY DUPLICATING XEROX |
| 7/24/2015 | 1.40 | NY DUPLICATING XEROX |
| 7/24/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/24/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/24/2015 | 1.60 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**July 1, 2015 through July 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/24/2015 | 1.70 | NY DUPLICATING XEROX |
| 7/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 7/24/2015 | 2.00 | NY DUPLICATING XEROX |
| 7/24/2015 | 4.30 | NY DUPLICATING XEROX |
| 7/24/2015 | 15.10 | NY DUPLICATING XEROX |
| 7/24/2015 | 15.10 | NY DUPLICATING XEROX |
| 7/24/2015 | 22.80 | NY DUPLICATING XEROX |
| 7/24/2015 | 27.00 | NY DUPLICATING XEROX |
| 7/24/2015 | 29.40 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.80 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.80 | NY DUPLICATING XEROX |
| 7/27/2015 | 0.90 | NY DUPLICATING XEROX |
| 7/27/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.10 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.20 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.40 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.60 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.60 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.70 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.70 | NY DUPLICATING XEROX |
| 7/27/2015 | 2.70 | NY DUPLICATING XEROX |
| 7/27/2015 | 6.30 | NY DUPLICATING XEROX |
| 7/27/2015 | 6.40 | NY DUPLICATING XEROX |
| 7/27/2015 | 9.00 | NY DUPLICATING XEROX |
| 7/27/2015 | 10.70 | NY DUPLICATING XEROX |
| 7/27/2015 | 10.70 | NY DUPLICATING XEROX |
| 7/27/2015 | 17.30 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**

**July 1, 2015 through July 31, 2015**

In re Nortel Networks Inc., et al.

(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/27/2015 | 18.70 | NY DUPLICATING XEROX |
| 7/27/2015 | 19.80 | NY DUPLICATING XEROX |
| 7/27/2015 | 53.60 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING |
| 7/28/2015 | 0.30 | NY DUPLICATING |
| 7/28/2015 | 0.60 | NY DUPLICATING |
| 7/28/2015 | 0.80 | NY DUPLICATING |
| 7/28/2015 | 1.10 | NY DUPLICATING |
| 7/28/2015 | 1.20 | NY DUPLICATING |
| 7/28/2015 | 1.20 | NY DUPLICATING |
| 7/28/2015 | 1.30 | NY DUPLICATING |
| 7/28/2015 | 1.40 | NY DUPLICATING |
| 7/28/2015 | 1.40 | NY DUPLICATING |
| 7/28/2015 | 1.80 | NY DUPLICATING |
| 7/28/2015 | 139.00 | NY DUPLICATING |
| 7/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.50 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.70 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.70 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.70 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.70 | NY DUPLICATING XEROX |
| 7/28/2015 | 0.80 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.20 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.30 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.60 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.60 | NY DUPLICATING XEROX |
| 7/28/2015 | 1.80 | NY DUPLICATING XEROX |
| 7/28/2015 | 2.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 2.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 3.00 | NY DUPLICATING XEROX |
| 7/28/2015 | 3.00 | NY DUPLICATING XEROX |
| 7/28/2015 | 3.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 4.00 | NY DUPLICATING XEROX |
| 7/28/2015 | 4.00 | NY DUPLICATING XEROX |
| 7/28/2015 | 4.00 | NY DUPLICATING XEROX |
| 7/28/2015 | 4.00 | NY DUPLICATING XEROX |
| 7/28/2015 | 4.90 | NY DUPLICATING XEROX |
| 7/28/2015 | 8.60 | NY DUPLICATING XEROX |
| 7/28/2015 | 9.40 | NY DUPLICATING XEROX |
| 7/28/2015 | 11.60 | NY DUPLICATING XEROX |
| 7/28/2015 | 23.20 | NY DUPLICATING XEROX |
| 7/28/2015 | 26.00 | NY DUPLICATING XEROX |
| 7/30/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/30/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/30/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/30/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/30/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/30/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/30/2015 | 4.00 | NY DUPLICATING XEROX |
| 7/30/2015 | 4.00 | NY DUPLICATING XEROX |
| 7/30/2015 | 4.70 | NY DUPLICATING XEROX |
| 7/30/2015 | 11.60 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/31/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.10 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.30 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.40 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.50 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.50 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.60 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.70 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.90 | NY DUPLICATING XEROX |
| 7/31/2015 | 0.90 | NY DUPLICATING XEROX |
| 7/31/2015 | 1.20 | NY DUPLICATING XEROX |
| 7/31/2015 | 1.50 | NY DUPLICATING XEROX |
| 7/31/2015 | 2.30 | NY DUPLICATING XEROX |
| 7/31/2015 | 3.90 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**July 1, 2015 through July 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/31/2015 | 4.70 | NY DUPLICATING XEROX |
| 7/31/2015 | 4.80 | NY DUPLICATING XEROX |
| 7/31/2015 | 4.80 | NY DUPLICATING XEROX |
| 7/31/2015 | 4.80 | NY DUPLICATING XEROX |
| 7/31/2015 | 6.20 | NY DUPLICATING XEROX |
| **TOTAL:** | **1,016.80** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 7/9/2015 | 2.60 | NY COLOR PRINTING |
| 7/21/2015 | 30.55 | NY COLOR PRINTING |
| **TOTAL:** | **33.15** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 6/1/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/1/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/1/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/2/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/2/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/2/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/3/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/3/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/3/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/4/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/4/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/4/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/5/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/5/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/5/2015 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/6/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/6/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/6/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/7/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/7/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/7/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/8/2015 | 62.06 | COMPUTER RESEARCH - LEXIS |
| 6/8/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/8/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/8/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| Date | Amount | Narrative |
|---|---|---|
| 6/9/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/9/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/9/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/10/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/10/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/10/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/11/2015 | 82.75 | COMPUTER RESEARCH - LEXIS |
| 6/11/2015 | 174.20 | COMPUTER RESEARCH - LEXIS |
| 6/11/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/11/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/11/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/12/2015 | 174.20 | COMPUTER RESEARCH - LEXIS |
| 6/12/2015 | 179.64 | COMPUTER RESEARCH - LEXIS |
| 6/12/2015 | 455.10 | COMPUTER RESEARCH - LEXIS |
| 6/12/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/12/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/12/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/13/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/13/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/13/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/14/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/14/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/14/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/15/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/15/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/15/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/16/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/16/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/16/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/17/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/17/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/17/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/18/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/18/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/18/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/19/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/19/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/20/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/20/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/20/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/21/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/21/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/21/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/22/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/22/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/22/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/23/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/23/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/24/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/24/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/24/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/25/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/25/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/25/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/26/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/26/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/26/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/27/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/27/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/27/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/28/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/28/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/28/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/29/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/29/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/29/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/30/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/30/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/30/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| **TOTAL:** | **1,197.89** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 6/3/2015 | 258.69 | COMPUTER RESEARCH - WESTLAW |
| 6/8/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 6/8/2015 | 65.76 | COMPUTER RESEARCH - WESTLAW |
| 6/9/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 6/10/2015 | 312.00 | COMPUTER RESEARCH - WESTLAW |

**EXPENSE SUMMARY**
**July 1, 2015 through July 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/11/2015 | 68.59 | COMPUTER RESEARCH - WESTLAW |
| 6/11/2015 | 577.47 | COMPUTER RESEARCH - WESTLAW |
| 6/12/2015 | 376.52 | COMPUTER RESEARCH - WESTLAW |
| 6/12/2015 | 396.31 | COMPUTER RESEARCH - WESTLAW |
| 6/15/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 6/15/2015 | 1,413.32 | COMPUTER RESEARCH - WESTLAW |
| 6/16/2015 | 129.13 | COMPUTER RESEARCH - WESTLAW |
| 6/16/2015 | 473.02 | COMPUTER RESEARCH - WESTLAW |
| 6/16/2015 | 1,444.44 | COMPUTER RESEARCH - WESTLAW |
| 6/17/2015 | 1.99 | COMPUTER RESEARCH - WESTLAW |
| 6/18/2015 | 0.22 | COMPUTER RESEARCH - WESTLAW |
| 6/18/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 6/18/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 6/18/2015 | 204.03 | COMPUTER RESEARCH - WESTLAW |
| 6/18/2015 | 327.57 | COMPUTER RESEARCH - WESTLAW |
| 6/19/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 6/23/2015 | 192.06 | COMPUTER RESEARCH - WESTLAW |
| 6/24/2015 | 54.95 | COMPUTER RESEARCH - WESTLAW |
| 6/24/2015 | 102.85 | COMPUTER RESEARCH - WESTLAW |
| 6/24/2015 | 106.70 | COMPUTER RESEARCH - WESTLAW |
| 6/25/2015 | 21.34 | COMPUTER RESEARCH - WESTLAW |
| 6/25/2015 | 85.79 | COMPUTER RESEARCH - WESTLAW |
| 6/25/2015 | 149.81 | COMPUTER RESEARCH - WESTLAW |
| 6/26/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 6/26/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 6/26/2015 | 431.15 | COMPUTER RESEARCH - WESTLAW |
| 6/29/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 6/29/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 6/30/2015 | 85.79 | COMPUTER RESEARCH - WESTLAW |
| 7/1/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/1/2015 | 107.57 | COMPUTER RESEARCH - WESTLAW |
| 7/1/2015 | 120.12 | COMPUTER RESEARCH - WESTLAW |
| 7/2/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 7/2/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 7/2/2015 | 200.95 | COMPUTER RESEARCH - WESTLAW |
| 7/2/2015 | 301.80 | COMPUTER RESEARCH - WESTLAW |
| 7/3/2015 | 193.40 | COMPUTER RESEARCH - WESTLAW |
| 7/6/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 7/6/2015 | 354.93 | COMPUTER RESEARCH - WESTLAW |
| 7/6/2015 | 878.84 | COMPUTER RESEARCH - WESTLAW |

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/7/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/7/2015 | 191.91 | COMPUTER RESEARCH - WESTLAW |
| 7/8/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/8/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/9/2015 | 623.20 | COMPUTER RESEARCH - WESTLAW |
| 7/10/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/10/2015 | 895.39 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **12,462.34** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 6/3/2015 | 35.22 | Late Work Meals - Cantwell |
| 6/3/2015 | 15.16 | Late Work Meals - Schweitzer |
| 6/4/2015 | 6.07 | Late Work Meals - Chang |
| 6/8/2015 | 33.75 | Late Work Meals - Cantwell |
| 6/9/2015 | 36.06 | Late Work Meals - Cantwell |
| 6/9/2015 | 19.93 | Late Work Meals - Gianis |
| 6/10/2015 | 25.98 | Late Work Meals - Gianis |
| 6/10/2015 | 17.69 | Late Work Meals - Graham |
| 6/10/2015 | 18.30 | Late Work Meals - Stein |
| 6/11/2015 | 21.14 | Late Work Meals - Cantwell |
| 6/11/2015 | 11.29 | Late Work Meals - Gianis |
| 6/12/2015 | 22.45 | Late Work Meals - Stein |
| 6/15/2015 | 8.11 | Late Work Meals - Gianis |
| 6/16/2015 | 19.88 | Late Work Meals - Gianis |
| 6/16/2015 | 16.31 | Late Work Meals - Graham |
| 6/17/2015 | 36.65 | Late Work Meals - Cantwell |
| 6/17/2015 | 17.80 | Late Work Meals - Gianis |
| 6/17/2015 | 42.51 | Late Work Meals - Rosenthal |
| 6/17/2015 | 24.94 | Late Work Meals - Stein |
| 6/18/2015 | 26.26 | Late Work Meals - Block |
| 6/18/2015 | 31.70 | Late Work Meals - Cantwell |
| 6/18/2015 | 16.84 | Late Work Meals - Gianis |
| 6/18/2015 | 6.02 | Late Work Meals - Rosenthal |
| 6/19/2015 | 19.15 | Late Work Meals - Gianis |
| 6/19/2015 | 10.98 | Late Work Meals - Queen |
| 6/19/2015 | 24.73 | Late Work Meals - Queen (meal on 6/18/15) |
| 6/19/2015 | 32.22 | Late Work Meals - Rosenthal |
| 6/20/2015 | 13.50 | Late Work Meals - Stein |
| 6/21/2015 | 19.86 | Late Work Meals - Gianis |

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/22/2015 | 25.27 | Late Work Meals - Cantwell |
| 6/22/2015 | 13.19 | Late Work Meals - Gianis |
| 6/22/2015 | 28.35 | Late Work Meals - Lipner |
| 6/23/2015 | 44.20 | Late Work Meals - Cantwell |
| 6/23/2015 | 15.43 | Late Work Meals - Gonzalez |
| 6/23/2015 | 12.99 | Late Work Meals - Hailey |
| 6/23/2015 | 15.00 | Late Work Meals - Lipner |
| 6/23/2015 | 21.46 | Late Work Meals - Montgomery |
| 6/24/2015 | 25.15 | Late Work Meals - Cantwell |
| 6/24/2015 | 24.07 | Late Work Meals - Montgomery |
| 6/25/2015 | 31.39 | Late Work Meals - Cantwell |
| 6/30/2015 | 31.31 | Late Work Meals - McCown |
| 7/3/2015 | 23.03 | Late Work Meals - Gianis |
| 7/9/2015 | 35.21 | Late Work Meals - Cantwell |
| 7/9/2015 | 17.32 | Late Work Meals - Stein |
| 7/23/2015 | 28.98 | Late Work Meals - Cavanagh (2 meals during the week of 5/4/15 - 5/10/15) |
| **TOTAL:** | **1,022.85** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 6/4/2015 | 41.54 | Late Work Transportation - Chang |
| 6/7/2015 | 23.50 | Late Work Transportation - Stein |
| 6/8/2015 | 32.86 | Late Work Transportation - Cantwell |
| 6/8/2015 | 28.62 | Late Work Transportation - Gianis |
| 6/8/2015 | 31.62 | Late Work Transportation - Stein |
| 6/9/2015 | 28.62 | Late Work Transportation - Gianis |
| 6/11/2015 | 118.36 | Late Work Transportation - Gianis |
| 6/12/2015 | 92.02 | Late Work Transportation - Schweitzer |
| 6/13/2015 | 12.59 | Late Work Transportation - Stein |
| 6/15/2015 | 28.62 | Late Work Transportation - Gianis |
| 6/15/2015 | 38.87 | Late Work Transportation - Graham |
| 6/16/2015 | 36.42 | Late Work Transportation - Gianis |
| 6/16/2015 | 21.89 | Late Work Transportation - Graham |
| 6/17/2015 | 32.86 | Late Work Transportation - Cantwell |
| 6/18/2015 | 36.42 | Late Work Transportation - Gianis |
| 6/18/2015 | 28.62 | Late Work Transportation - Gianis (ride after midnight on 6/17/15) |
| 6/18/2015 | 15.30 | Late Work Transportation - Queen |
| 6/18/2015 | 44.89 | Late Work Transportation - Rosenthal |
| 6/18/2015 | 37.09 | Late Work Transportation - Rosenthal (ride after midnight on 6/17/15) |
| 6/18/2015 | 62.48 | Late Work Transportation - Shapiro |

**EXPENSE SUMMARY**
**July 1, 2015 through July 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/18/2015 | 13.61 | Late Work Transportation - Stein |
| 6/19/2015 | 47.39 | Late Work Transportation - Block |
| 6/19/2015 | 36.42 | Late Work Transportation - Gianis |
| 6/19/2015 | 31.79 | Late Work Transportation - Queen |
| 6/20/2015 | 14.69 | Late Work Transportation - Stein |
| 6/21/2015 | 28.55 | Late Work Transportation - Gianis (weekend ride) |
| 6/21/2015 | 40.31 | Late Work Transportation - Gianis (weekend ride) |
| 6/21/2015 | 15.25 | Late Work Transportation - Stein |
| 6/22/2015 | 22.49 | Late Work Transportation - Cantwell |
| 6/22/2015 | 22.61 | Late Work Transportation - Gianis |
| 6/22/2015 | 31.79 | Late Work Transportation - Lipner |
| 6/23/2015 | 11.76 | Late Work Transportation - Gianis |
| 6/23/2015 | 47.48 | Late Work Transportation - Gonzalez |
| 6/23/2015 | 25.45 | Late Work Transportation - Montgomery |
| 6/25/2015 | 20.83 | Late Work Transportation - Cantwell |
| 6/25/2015 | 55.29 | Late Work Transportation - Gonzalez |
| 6/25/2015 | 40.65 | Late Work Transportation - Rosenthal |
| 6/26/2015 | 103.86 | Late Work Transportation - Brod |
| 6/26/2015 | 44.55 | Late Work Transportation - Cantwell |
| 6/29/2015 | 23.15 | Late Work Transportation - Beller |
| 6/29/2015 | 34.97 | Late Work Transportation - Graham |
| 7/9/2015 | 12.70 | Late Work Transportation - Stein |
| 7/28/2015 | 191.14 | Late Work Transportation - De Lemos (2 rides during the week of 5/25/15 - 5/31/15) |
| 7/28/2015 | 74.31 | Late Work Transportation - Hong (1 ride during the week of 5/25/15 through 5/31/15) |
| **TOTAL:** | **1,784.23** | |
| | | |
| **Conference Meals** | | |
| | | |
| 7/13/2015 | 69.68 | Conference Meals (8 attendees) |
| 7/15/2015 | 87.10 | Conference Meals (10 attendees) |
| 7/15/2015 | 87.10 | Conference Meals (10 attendees) |
| 7/15/2015 | 87.10 | Conference Meals (10 attendees) |
| 7/17/2015 | 69.68 | Conference Meals (8 attendees) |
| 7/20/2015 | 87.10 | Conference Meals (10 attendees) |
| **TOTAL:** | **487.76** | |
| | | |
| **Other** | | |
| | | |
| 7/21/2015 | 966.00 | Outside Duplicating |
| 7/23/2015 | 614.68 | Outside Duplicating |

**EXPENSE SUMMARY**
**July 1, 2015 through July 31, 2015**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| 7/27/2015 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| **TOTAL:** | **1,592.66** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 7/30/2015 | -4,686.04 | Expert Expense (credit for Expert Expense appearing on Fifty-Third Interim Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2013 Through May 31, 2013 [D.I. 11092]) |
| 8/18/2015 | 873.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **-3,813.04** | |
| | | |
| | | |
| **GRAND TOTAL:** | **19,449.16** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |