## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

In re                                                                    :        Chapter 11
                                                                         :
Nortel Networks Inc., *et al.*,[1]                                       :        Case No. 09-10138 (KG)
                                                                         :
                                        Debtors.                         :        Jointly Administered
                                                                         :
                                                                         :        **RE: D.I. 15985**
                                                                         :
---------------------------------------------------------X

### NOTICE OF WITHDRAWAL

     **PLEASE TAKE NOTICE** that on July 31, 2015, Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors") filed the *U.S. Debtors' Notice of Joint Hearing Dispute Pursuant to Section 15(d) of the Cross-Border Protocol with Respect to Relief Sought by the Monitor and the Canadian Debtors in Motion Record (Disposal of Records)* (the "Notice of Joint Hearing").

     **PLEASE TAKE FURTHER NOTICE** that on the basis of the agreements and reservations of rights described in the *Factum of Nortel Networks Inc. and the Other U.S. Debtors (Records Disposal Motion)* filed on the date hereof in proceedings pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Proceedings") and attached hereto as **Exhibit A**, the U.S. Debtors hereby withdraw the Notice of Joint Hearing without prejudice.

Dated: August 25, 2015
Wilmington, DE               CLEARY GOTTLIEB STEEN & HAMILTON LLP

                              James L. Bromley (admitted pro hac vice)
                              Lisa M. Schweitzer (admitted pro hac vice)
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone:  (212) 225-2000
                              Facsimile:  (212) 225-3999

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Tamara K. Minott_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

9408034.1