# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 01/07/2015 | Attention to response to fee examiner's report | 0.1 | 84.00 | 13104886 |
| Collins | Allan | 01/07/2015 | attention to fee application; | 1.2 | 354.00 | 13112652 |
| Gray | William | 08/07/2015 | Work on monthly fee application | 0.3 | 283.50 | 13143288 |
| Gray | William | 13/07/2015 | Review quarterly fee applications | 0.8 | 756.00 | 13143299 |
| Bauer | Alison D. | 20/07/2015 | Review fee examiner's final report (.2); review draft quarterly order, confirm calculations of amounts and email MNAT (.2) | 0.4 | 336.00 | 13140017 |
| Gray | William | 21/07/2015 | Review fee application; review fee examiner's report | 0.7 | 661.50 | 13145529 |
| Gray | William | 22/07/2015 | Work on fee application | 0.5 | 472.50 | 13156241 |
| Gray | William | 23/07/2015 | Review proposed fee application order | 0.3 | 283.50 | 13156247 |
| Bauer | Alison D. | 28/07/2015 | Attention to hearing agenda and A. Collins scheduling of court call | 0.1 | 84.00 | 13154613 |
| Collins | Allan | 28/07/2015 | coordinate telephonic appearance for upcoming hearing (0.3); attention to fee application (2.1); | 2.4 | 708.00 | 13155381 |
| Gray | William | 29/07/2015 | Review court order regarding fee application issues | 0.3 | 283.50 | 13156270 |
| Collins | Allan | 30/07/2015 | attention to fee application; | 2.7 | 796.50 | 13160552 |
| Collins | Allan | 31/07/2015 | attention to May fee application (1.5); attention to June fee application (4.7); | 6.2 | 1,829.00 | 13161081 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/07/2015 | Work on appeal issues | 0.4 | 378.00 | 13132729 |
| Gray | William | 02/07/2015 | Digest Appeal issues | 1.6 | 1,512.00 | 13132733 |
| Gray | Andrew | 06/07/2015 | reviewing decisions on reconsideration (2.2); discussing next steps in the proceeding with S. Bomhof and S. Block (0.7); prepare for potential appeal (1.0) | 3.9 | 3,217.50 | 13112259 |
| Slavens | Adam | 06/07/2015 | reviewing decisions of Newbould J. and Judge Gross on reconsideration motion (2.0); email correspondence with working group re same (0.2); | 2.2 | 1,705.00 | 13112404 |
| Slavens | Adam | 06/07/2015 | preparing for motion for leave to appeal; | 2.0 | 1,550.00 | 13112414 |
| Bauer | Alison D. | 06/07/2015 | Attention to court opinions on motions to reconsider (0.9); conference with W. Gray and S. Bomhof (.2) | 1.1 | 924.00 | 13112743 |
| Block | Sheila R. | 06/07/2015 | reviewing judgments and office conferences with S. Bomhof and A. Gray regarding same; | 0.8 | 872.00 | 13119791 |
| Bomhof | Scott A. | 06/07/2015 | reviewing Canadian and US opinion on reconsideration motion (1.5); exchange emails with Cleary team regarding reconsideration rulings (.4); telephone call with m. Gottlieb regarding potential typo in Justice Newbould's reconsideration reasons (.2); prepare materials for motion for leave to appeal (1.7); meeting with A. Gray and S. Block regarding preparation of appeal materials (.6); confer with A. Bauer and W. Gray regarding reconsideration decisions (0.2); | 4.6 | 4,025.00 | 13120678 |
| Gray | William | 06/07/2015 | Review reconsideration decisions and confer with A. Bauer and S. Bomhof regarding same | 1.8 | 1,701.00 | 13143276 |
| Danis | Stacey | 07/07/2015 | call with A. Slavens re: update re: index for appeal; | 0.1 | 19.00 | 13112786 |
| Gray | Andrew | 07/07/2015 | reviewing orders and other pleadings (1.7); reviewing decisions from the Canadian and US courts (0.9); drafting pleadings (2.3); | 4.9 | 4,042.50 | 13119658 |
| Block | Sheila R. | 07/07/2015 | reviewing memoranda regarding notice of leave to appeal (0.4); office conference with J. Opolsky regarding same (0.2); | 0.6 | 654.00 | 13119803 |
| Slavens | Adam | 07/07/2015 | preparing draft order re allocation trial; | 3.7 | 2,867.50 | 13119806 |
| Slavens | Adam | 07/07/2015 | reviewing argument outline and background rider re notice of motion for leave to appeal (0.7); email correspondence with working group re same (0.1); revising notice of motion for leave to appeal (2.0); confer with S. Danis regarding index (0.1); discussion with M. Blake regarding trial transcripts (0.3); | 3.2 | 2,480.00 | 13119809 |
| Slavens | Adam | 07/07/2015 | reviewing draft letter to Newbould J. re corrections to reasons re reconsideration | 0.2 | 155.00 | 13119841 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Blake | Maureen | 07/07/2015 | motion; analyze workspace of the trial court record and notes regarding issues to be decided (.6); discussion with Adam Slavens regarding the trial exhibits and trial transcripts (.3); meeting with Chris Walker regarding loading the trial exhibits and transcripts into a summation database (.5); communications regarding processing exhibits and transcripts (.2); | 1.6 | 624.00 | 13120951 |
| Opolsky | Jeremy | 07/07/2015 | reviewing notice of motion re: appeal (.3); office meeting with S. Block re: same (.2); | 0.5 | 282.50 | 13123541 |
| Block | Sheila R. | 08/07/2015 | telephone call with Cleary and Torys teams (0.7); and further office conference with A. Gray and A. Slavens regarding notice for leave to appeal (0.2); | 0.9 | 981.00 | 13119807 |
| Slavens | Adam | 08/07/2015 | conference call with Cleary team, S. Block, A. Gray and S. Bomhof re appeal issues (0.7); internal discussion with S. Block and A. Gray re same (0.2); preparing for same (1.4); reviewing revised reasons for judgment (0.3); email correspondence with Cleary team re same (0.1); | 2.7 | 2,092.50 | 13121950 |
| Gray | Andrew | 08/07/2015 | conference call with Cleary and Torys teams (0.8); discussion regarding appeal process with A. Slavens and S. Block (0.2); reviewing rules (0.2); drafting notice of motion for leave to appeal (4.0); | 5.2 | 4,290.00 | 13122117 |
| Bomhof | Scott A. | 08/07/2015 | telephone call with S. Block, A. Gray, A. Slavens and Cleary team regarding review of Canadian appeal materials (.8); reviewing and revising motion for leave to appeal (.7); | 1.5 | 1,312.50 | 13122919 |
| Gray | William | 08/07/2015 | Consider legal options regarding appeal and response to reconsideration motions; review implications of reconsideration motions | 2.2 | 2,079.00 | 13143281 |
| Block | Sheila R. | 09/07/2015 | reviewing revised versions of notice for leave to appeal and emails regarding same; | 1.0 | 1,090.00 | 13123422 |
| Gray | Andrew | 09/07/2015 | reviewing and revising notice of motion seeking leave to appeal (3.7); confer with M. Blake regarding appellate proceedings (0.2); | 3.9 | 3,217.50 | 13124067 |
| Blake | Maureen | 09/07/2015 | discussion with A. Gray regarding the time lines for filing court materials (.2); discussions regarding the status of uploading the trial exhibits and transcripts to a summation database (.4); | 0.6 | 234.00 | 13124195 |
| Slavens | Adam | 09/07/2015 | reviewing and commenting on draft notice of motion for leave to appeal (2.7); reviewing evidentiary record re same (0.4); email correspondence with S. Block, A. Gray and S. | 3.3 | 2,557.50 | 13124781 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 10/07/2015 | Bomhof re same (0.2); reviewing draft appeal pleading (0.9); | 0.9 | 742.50 | 13126356 |
| Slavens | Adam | 10/07/2015 | reviewing and commenting on draft notice of motion for leave to appeal (3.3); email correspondence with S. Block, A. Gray and S. Bomhof re same (0.2); reviewing draft notice of motion of the UCC (1.5); preparing letter to Court of Appeal for Ontario re procedural matters (1.2); | 6.2 | 4,805.00 | 13126908 |
| Block | Sheila R. | 13/07/2015 | reviewing Cleary edits for notice of appeal (0.4); discussion with J. Opolsky regarding same (0.1); reviewing Cassels draft (1.0); office conference with Torys team regarding same and regarding the U.S. Debtors' notice (0.3); discussion regarding revisions to both notices with A. Gray (0.5); conference call with Cleary regarding notice for leave and office conference with the Torys team regarding same (1.4); reviewing letter to Court of Appeal regarding case management and office conference with Torys team regarding same (0.5); | 4.2 | 4,578.00 | 13128049 |
| Bomhof | Scott A. | 13/07/2015 | conference call with S. Block, A. Gray, A. Slavens, J. Opolsky and Cleary team regarding appeal (.8); meeting with S. Block, J. Opolsky, A. Gray and A. Slavens to discuss appeal (.6); telephone call with A. Gray, A. Slavens, J. Opolsky and Cassels Brock regarding UCC appeal materials (.4); meeting with A. Gray, A. Slavens and J. Opolsky regarding appeal materials (.3); reviewing Cleary comments on appeal materials and revising same (1.0); | 3.1 | 2,712.50 | 13128089 |
| Opolsky | Jeremy | 13/07/2015 | office conference with S Block re: appeal (.1); conference call with S. Bomhof, S. Block, A Gray, A. Slavens and Cleary Gottlieb team re: appeal (.8); office conference with A. Gray, S. Bomhof, S. Block, A. Slavens re: appeal (.6); office meeting with A. Gray re: same (.2); call with A. Slavens, A. Gray and S. Bomhof and Cassels Brock re: appeal (.4); office conference with A. Slavens, A. Gray and S. Bomhof re: same (.3); reviewing and revising notices of motion re: appeal (1); | 3.4 | 1,921.00 | 13128311 |
| Gray | Andrew | 13/07/2015 | internal discussion with Sheila Block regarding appeal (0.5); conference call regarding appeal (0.8); internal meeting to discuss appeal strategy (0.6); conference call with counsel for the unsecured creditors (0.4); preparing | 6.1 | 5,032.50 | 13128760 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 13/07/2015 | for call (0.3); internal discussion regarding appeal materials (0.3); drafting notice of motion regarding appeal (3.2); conference call with S. Bomhof, S. Block, A Gray, J. Opolsky and Cleary Gottlieb team re appeal (0.8); office conference with A. Gray, S. Bomhof, S. Block and J. Opolsky re appeal (0.6); call with J. Opolsky, A. Gray and S. Bomhof and Cassels Brock team re appeal (0.4); office conference with J. Opolsky, A. Gray and S. Bomhof re same (0.3); reviewing and commenting on draft notices of motion for leave to appeal (1.8); preparing draft order re allocation trial (0.8); email correspondence with Cleary Gottlieb team re same (0.1); | 4.8 | 3,720.00 | 13131663 |
| Gray | William | 13/07/2015 | Work on reconsideration motions and appeal issues | 2.2 | 2,079.00 | 13143298 |
| Block | Sheila R. | 14/07/2015 | revising notice for leave; office conference with J. Opolsky regarding same (1.0); office conference with J. Opolsky, A. Gray and S. Bomhof regarding motion for leave procedural issues (0.5); | 1.5 | 1,635.00 | 13130589 |
| Opolsky | Jeremy | 14/07/2015 | conference call with S. Bomhof, A. Gray, and A. Slavens with UCC re: appeal issues (.5); office conference with S. Block, S. Bomhof, A. Gray re: same (.4); office meeting with S. Block re: same (.2); reviewing and revising notices of motion re: appeal (1.5); | 2.6 | 1,469.00 | 13130810 |
| Gray | Andrew | 14/07/2015 | preparing for and participating in call with the UCC (0.5); reviewing draft notice of motion prepared by the UCC (0.3); follow-up from discussions and review regarding the UCC's pleading (0.4); revising notice of motion for leave to appeal (1.2); reviewing pleadings and arguments from the joint trial (2.3); | 4.7 | 3,877.50 | 13131631 |
| Slavens | Adam | 14/07/2015 | conference call with S. Bomhof, A. Gray and J. Opolsky with UCC re appeal issues (0.5); reviewing and commenting on revised notices of motion for leave to appeal (2.7); reviewing draft form of allocation trial order (0.4); email correspondence with Cleary re same (0.2); | 3.8 | 2,945.00 | 13131799 |
| Bomhof | Scott A. | 14/07/2015 | reviewing comments on draft motion for leave to appeal (.7); reviewing UCC motion for leave to appeal and provide comments on same (.5); meeting with J. Opolsky, A. Slavens, and A. Gray regarding appeal materials (.5); meeting with S. Block, A. Gray and J. Opolsky regarding appeal materials (.5); reviewing Goodmans draft of allocation judgment (.2); | 2.4 | 2,100.00 | 13134826 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 14/07/2015 | review draft June 25 judgment (0.2); planning in relation to pending appeals (1.0); | 1.2 | 1,308.00 | 13138595 |
| Opolsky | Jeremy | 15/07/2015 | prepare for and attend call with A. Slavens, S. Block, S. Bomhof, A. Gray with Cleary Gottlieb re: appeals (1.2); office conference with A. Gray, S. Block and S. Bomhof re: same (.6); | 1.8 | 1,017.00 | 13133019 |
| Gray | Andrew | 15/07/2015 | telephone calls with counsel for the UCC regarding appeal pleading (0.2); conference call with Cleary Gottlieb regarding notice of motion for leave to appeal (0.3); internal meetings to discuss notice of motion for leave to appeal and appeal materials (0.3); revising the notice of motion for leave to appeal (4.1); working on factum for leave to appeal motion (0.5); | 5.4 | 4,455.00 | 13133739 |
| Slavens | Adam | 15/07/2015 | preparing for service and filing of notice of motion for leave to appeal; | 1.7 | 1,317.50 | 13133989 |
| Slavens | Adam | 15/07/2015 | conference call with S. Bomhof, S. Block, A Gray, J. Opolsky and Cleary Gottlieb team re appeal (1.0); office conference with A. Gray, and J. Opolsky re appeal (0.5); preparing for same (1.4); reviewing and commenting on draft notices of motion for leave to appeal (1.9); | 4.8 | 3,720.00 | 13133990 |
| Bomhof | Scott A. | 15/07/2015 | reviewing revised motion for leave to appeal and provide comments on same (1.0); reviewing draft UC appeal materials and provide comments on same (.5); telephone call with S. Block, A. Gray, J. Opolsky, and A. Slavens and Cleary team regarding Canadian appeal materials (1.1); reviewing issued motion for leave to appeal filed by NNSA (.3); | 2.9 | 2,537.50 | 13134866 |
| Block | Sheila R. | 15/07/2015 | reviewing notices for leave and office conference with A. Gray regarding revisions (0.6); conference call with Cleary regarding same and office conference with Torys team following up (1.2); | 1.8 | 1,962.00 | 13134908 |
| DeMarinis | Tony | 15/07/2015 | reading conflicts administrator appeal materials (0.3); review of various appeal documents (0.8); analysis of appellate issues (1.2); | 2.3 | 2,507.00 | 13138601 |
| Gray | William | 15/07/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13143329 |
| Gray | Andrew | 16/07/2015 | revising and finalizing notice of motion for leave to appeal and associated email correspondence (0.9); reviewing notices of motion served by other parties (0.2); research for motion factum (4.0) | 5.1 | 4,207.50 | 13136373 |
| Slavens | Adam | 16/07/2015 | finalizing, serving and filing notice of motion for leave to appeal; | 5.5 | 4,262.50 | 13136629 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 16/07/2015 | reviewing notice of motion for leave to appeal filed by other moving parties; | 1.9 | 1,472.50 | 13136631 |
| Gray | William | 16/07/2015 | Update docket; review appeal issues; review motion for leave to appeal in Ontario allocation decision | 1.8 | 1,701.00 | 13143339 |
| Blake | Maureen | 17/07/2015 | discussions with Chris Walker regarding loading the trial exhibits and whether coding is required (.3); review trial transcripts for description of exhibits and review trial exhibit binders for index of same (.5); further discussion with Chris Walker (.3); called left messages for Ashley Graham and Alix McCown (.2); | 1.3 | 507.00 | 13136262 |
| Bomhof | Scott A. | 17/07/2015 | telephone call with S. Kuklowitz and S. Theroulde of Court of Appeal regarding motions for leave to appeal (.3); telephone calls with all parties seeking leave regarding case management Judge and send letter to Court of Appeal with respect to same (0.9); reviewing Goodmans form of order for allocation hearing (.2); telephone call with S. Block, A. Slavens, J. Opolsky, Cleary team and D. Abbott regarding appeal issues (1.2); conference with S. Block and A. Slavens regarding case management request (0.2) | 2.8 | 2,450.00 | 13137383 |
| Block | Sheila R. | 17/07/2015 | office conference with A. Slavens and S. Bomhof regarding case management request and correspondence regarding same (0.3); conference call regarding appeal (1.0); reviewing draft judgment, emails regarding same (0.2); | 1.5 | 1,635.00 | 13137523 |
| Gray | Andrew | 17/07/2015 | preparation of factum for leave to appeal (3.0); | 3.0 | 2,475.00 | 13137942 |
| Slavens | Adam | 17/07/2015 | reviewing and commenting on draft form of allocation trial order (1.8); email correspondence with S. Block and S. Bomhof re same (0.2); discussion of trial transcripts with M. Blake (0.1); | 2.1 | 1,627.50 | 13138409 |
| Slavens | Adam | 17/07/2015 | conference call with Cleary, MNAT and Torys teams re appeal issues; | 1.2 | 930.00 | 13138410 |
| Slavens | Adam | 17/07/2015 | preparing letter to Court of Appeal for Ontario re appointment of case management judge (0.7); telephone call with Court of Appeal for Ontario office re same (0.3); email correspondence with moving parties re same (0.3); | 1.3 | 1,007.50 | 13138413 |
| Slavens | Adam | 17/07/2015 | drafting factum re appeal of allocation decision; | 2.2 | 1,705.00 | 13138414 |
| Opolsky | Jeremy | 17/07/2015 | preparing for, attending and following up for | 2.0 | 1,130.00 | 13139764 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 19/07/2015 | call with Cleary Gottlieb and Torys teams re: appeal issues; preparation of factum for leave to appeal motion (2.5); | 2.5 | 2,062.50 | 13137944 |
| Slavens | Adam | 19/07/2015 | drafting factum re appeal of allocation decision; | 1.8 | 1,395.00 | 13138419 |
| Slavens | Adam | 20/07/2015 | revising form of allocation trial order (0.4); telephone call with G. Finlayson re same (0.5) | 0.9 | 697.50 | 13140809 |
| Slavens | Adam | 20/07/2015 | drafting factum re appeal of allocation decision; | 2.2 | 1,705.00 | 13140810 |
| Slavens | Adam | 20/07/2015 | telephone call with Court of Appeal for Ontario office re case management judge request; | 0.3 | 232.50 | 13140812 |
| Gray | Andrew | 20/07/2015 | working on factum for motion for leave to appeal (6.5); email correspondence regarding the trial judgment and other administrative matters (0.2); | 6.7 | 5,527.50 | 13141081 |
| Opolsky | Jeremy | 21/07/2015 | call with A. Slavens and Cleary Gottlieb re: appeal issues (.4); call with A. Slavens re: same (.1); correspondence with moving parties re: appeal issues (.6) | 1.1 | 621.50 | 13142872 |
| Gray | Andrew | 21/07/2015 | internal discussions regarding the appeal process (0.3); working on factum for motion for leave to appeal (2.4); | 2.7 | 2,227.50 | 13143432 |
| Blake | Maureen | 21/07/2015 | telephone conversation with Inna Rosenberg (Cleary) regarding the descriptions of the trial exhibits(.4); meeting with Andrew Gray regarding same (.3); review workspace for the submissions and review for references to the trial exhibits (.5); draft email to Adam Slavens and review his response (.5); | 1.7 | 663.00 | 13143544 |
| Slavens | Adam | 21/07/2015 | conference calls with G. Finlayson and Cassels Brock team re form of allocation trial order (0.9); reviewing and revising same (1.8); email correspondence with Cleary team re same (1.5); | 4.2 | 3,255.00 | 13143635 |
| Slavens | Adam | 21/07/2015 | conference call with J. Opolsky, D. Stein and M. Gianis re appeal issues (0.4); reviewing correspondence from Court of Appeal for Ontario re appointment of a case management judge and related email correspondence with moving parties re same (0.3); call with J. Opolsky regarding appeal (0.1); | 0.8 | 620.00 | 13143639 |
| Slavens | Adam | 21/07/2015 | drafting factum re appeal of allocation decision; | 2.7 | 2,092.50 | 13143656 |
| Gray | William | 21/07/2015 | Work on appeal issues; review motion to leave for appeal | 1.2 | 1,134.00 | 13145530 |
| Gray | Andrew | 22/07/2015 | researching factum for motion for leave to appeal (3.5); discussion regarding legal issues arising from the motion in respect of document destruction (0.3); reviewing and considering | 4.1 | 3,382.50 | 13145165 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | issues raised by EMEA's counsel regarding the application of the trial judgment and email regarding same (0.3); | | | |
| Slavens | Adam | 22/07/2015 | email correspondence and telephone calls with G. Finlayson and Cassels Brock team re form of allocation trial order (0.8); reviewing and revising same (1.4); email correspondence with Cleary team re same (0.7); email correspondence with Goodmans re same (0.1); | 3.0 | 2,325.00 | 13145776 |
| Slavens | Adam | 22/07/2015 | drafting factum re appeal of allocation decision; | 5.0 | 3,875.00 | 13145798 |
| Gray | William | 22/07/2015 | Review reconsideration motions Judge's decision; work on appeal issues | 2.8 | 2,646.00 | 13156239 |
| Block | Sheila R. | 23/07/2015 | office conference with J. Opolsky regarding timing of case conference and issues regarding same (0.3); reviewing materials for motion record for leave to appeal and office conference with J. Opolsky regarding same (2.0); emails regarding case conference (0.3); | 2.6 | 2,834.00 | 13146442 |
| Opolsky | Jeremy | 23/07/2015 | office conferences with S. Block re: appeal issues (.5); correspondence with team re: same (.5); corresponding with moving and responding parties re: same (1); research re: same (3); drafting documents re: appeal issues (1.9); | 6.9 | 3,898.50 | 13147006 |
| Gray | Andrew | 23/07/2015 | internal discussions and email regarding case management by the Court of Appeal (0.3); email correspondence and consideration of EMEA's letter in respect of its claims process relative to the trial judgment (0.4); email correspondence regarding records destruction (0.1); working on factum for motion for leave to appeal and conducting related legal research (4.0); | 4.8 | 3,960.00 | 13148123 |
| Slavens | Adam | 23/07/2015 | telephone calls and email correspondence with Torys team, other moving parties and the Court of Appeal for Ontario re case management matters; | 1.1 | 852.50 | 13148224 |
| Slavens | Adam | 23/07/2015 | drafting factum re appeal of allocation decision; | 6.8 | 5,270.00 | 13148227 |
| Gray | William | 23/07/2015 | Work on appeal issues | 1.2 | 1,134.00 | 13156248 |
| Block | Sheila R. | 24/07/2015 | arrangements regarding case conference, emails and preparation regarding same; | 1.2 | 1,308.00 | 13149746 |
| Slavens | Adam | 24/07/2015 | telephone calls and email correspondence with Torys team, other moving parties and the Court of Appeal for Ontario re case management matters; | 0.7 | 542.50 | 13151218 |
| Slavens | Adam | 24/07/2015 | drafting factum re appeal of allocation decision; | 7.0 | 5,425.00 | 13151219 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 24/07/2015 | working on the factum for the leave to appeal motion (4.0); preparation for case management meeting and reviewing related email (0.2); | 4.2 | 3,465.00 | 13151312 |
| Gray | William | 24/07/2015 | Work on appeal issues | 0.6 | 567.00 | 13156251 |
| Bauer | Alison D. | 24/07/2015 | Attention to pleadings on certification | 0.5 | 420.00 | 13157490 |
| Opolsky | Jeremy | 27/07/2015 | preparing for and attending at case conference (1.9); correspondence with Cleary Gottlieb re: same (0.5); office conference with S. Bomhof re: same (0.2); meet with A. Gray re: same (0.2); office conference with S. Block re: case conference and appeals (.5); reviewing objections re: appeal (0.5) research re: appeal issues (3); drafting materials for leave to appeal (3.5); | 10.3 | 5,819.50 | 13152214 |
| Slavens | Adam | 27/07/2015 | preparing letter to M. Gottlieb re clarification of allocation trial reasons (1.4); email correspondence with Cleary team, A. Gray and S. Bomhof re same (0.4); | 1.8 | 1,395.00 | 13153231 |
| Slavens | Adam | 27/07/2015 | reviewing cross-border insolvency protocol (0.9); preparing reporting email to Cleary team re same (0.8); preparing letter to C. Armstrong re motion returnable August 5, 2015 (0.6); telephone call with P. Cantwell re same (0.1); conference call with Cassels team and S. Bomhof re same (0.5); | 2.9 | 2,247.50 | 13153238 |
| Slavens | Adam | 27/07/2015 | drafting factum re appeal of allocation decision (3.5); meet with S. Bomhof and S. Block regarding case conference (0.3); confer with S. Bomhof re EMEA claims (0.2); | 4.0 | 3,100.00 | 13153240 |
| Gray | Andrew | 27/07/2015 | preparing for and attending at Court of Appeal case conference (2.1); reviewing and discussing letter to EMEA regarding claims and allocation (0.2); considering leave to appeal and appeal strategy (0.8); meeting with Jeremy Opolsky (0.2); drafting factum for leave to appeal (3.0); | 6.3 | 5,197.50 | 13153505 |
| Bomhof | Scott A. | 27/07/2015 | meeting with S. Block regarding Court of Appeal case conference preparation (.2); reviewing US appeal motions filed by the Canadian debtors and CCC (.9); reviewing draft objection to Canadian debtors motion and providing comments on same (1.2); discuss EMEA request on settled claims with A. Slavens and providing comments on draft response (.7); telephone call with A. Slavens and Cassels Brock regarding Canadian debtor motion to dispose of records (.5); meeting with S. Block and A. Slavens regarding report on Court of Appeal case conference (.3); | 3.8 | 3,325.00 | 13153828 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 27/07/2015 | preparation for case conference and attendance at court and internal conferences regarding same (1.8); office conference with S. Bomhof and A. Slavens regarding factum (0.2); correspondence with Cleary regarding motion for leave and U.S. certification motion (1.0); | 3.0 | 3,270.00 | 13155515 |
| Gray | Andrew | 28/07/2015 | reviewing drafts of correspondence on EMEA claims and correspondence from other parties (0.2); reviewing draft materials and filed materials relating to the leave process in the U.S. proceedings (0.3); working on the factum for the motion for leave to appeal (1.5); | 2.0 | 1,650.00 | 13155312 |
| Block | Sheila R. | 28/07/2015 | reviewing emails regarding U.S. motions; response to JR regarding submission; | 0.3 | 327.00 | 13155544 |
| Gray | William | 28/07/2015 | Work on reconsideration motions; work on appeal issues | 1.7 | 1,606.50 | 13156260 |
| Slavens | Adam | 28/07/2015 | preparing letter to M. Gottlieb re clarification of allocation trial reasons (0.7); email correspondence with Cleary team, A. Gray and S. Bomhof re same (0.4); telephone calls with Cassels team and G. Finlayson re same (0.6); | 1.7 | 1,317.50 | 13157733 |
| Slavens | Adam | 28/07/2015 | drafting factum and reviewing evidentiary record re appeal of allocation decision; | 7.2 | 5,580.00 | 13157737 |
| Gray | William | 29/07/2015 | Work on appeal issues | 1.4 | 1,323.00 | 13156269 |
| Bauer | Alison D. | 29/07/2015 | Attention to court hearing on certification | 0.3 | 252.00 | 13157487 |
| Gray | Andrew | 29/07/2015 | internal discussions regarding case management and reviewing correspondence from the court (0.2); meetings with Jeremy Opolosky and Adam Slavens regarding arguments for leave to appeal (0.8); email correspondence regarding claims process (0.1); email regarding the U.S. hearing on appeal issues (0.2); preparing factum for leave to appeal (1.5); | 2.8 | 2,310.00 | 13157588 |
| Slavens | Adam | 29/07/2015 | drafting factum and reviewing evidentiary record re appeal of allocation decision (5.5); office conference with A. Gray re same (0.3); | 5.8 | 4,495.00 | 13157724 |
| Opolsky | Jeremy | 29/07/2015 | reviewing and revising factum re: appeal issues (3); correspondence with A. Gray re: same (.2); preparing for and meeting with A. Gray re: same (.6); | 3.8 | 2,147.00 | 13159064 |
| Slavens | Adam | 30/07/2015 | drafting factum and reviewing evidentiary record re appeal of allocation decision; | 2.8 | 2,170.00 | 13159939 |
| Gray | Andrew | 30/07/2015 | reviewing decision of Judge Gross and discussing same (0.2); email regarding CCAA motion (0.1); working on factum for leave to appeal (1.5); | 1.8 | 1,485.00 | 13160786 |
| Gray | William | 30/07/2015 | Work on appeal issues | 1.9 | 1,795.50 | 13160846 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 31/07/2015 | conference call and email regarding claims issues (0.7); preparing factum for motion for leave to appeal (1.5); | 2.2 | 1,815.00 | 13160778 |
| Block | Sheila R. | 31/07/2015 | reviewing issues on appeal (.2); | 0.2 | 218.00 | 13163026 |
| Slavens | Adam | 31/07/2015 | drafting factum and reviewing evidentiary record re appeal of allocation decision; | 3.0 | 2,325.00 | 13163040 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 08/07/2015 | analysis of reconsideration rulings and legal matters relating to same; | 1.5 | 1,635.00 | 13129172 |
| Bomhof | Scott A. | 10/07/2015 | research regarding appeal issues for notice of motion for leave to appeal; | 2.9 | 2,537.50 | 13128081 |
| DeMarinis | Tony | 10/07/2015 | analysis regarding legal issues in allocation and reconsideration rulings and appeals; | 1.3 | 1,417.00 | 13129197 |
| Bomhof | Scott A. | 13/07/2015 | research regarding Canadian legal issues related to appeal of the Ontario allocation decision; | 3.7 | 3,237.50 | 13128086 |
| Slavens | Adam | 13/07/2015 | conducting Canadian legal research re appeal issues; | 3.6 | 2,790.00 | 13131667 |
| Slavens | Adam | 14/07/2015 | conducting Canadian legal research re appeal issues; | 1.0 | 775.00 | 13131825 |
| Bomhof | Scott A. | 14/07/2015 | research regarding Canadian legal issues for appeal of allocation judgment; | 4.7 | 4,112.50 | 13134860 |
| Bomhof | Scott A. | 15/07/2015 | research regarding Canadian legal issues related to appeal of allocation ruling; | 4.0 | 3,500.00 | 13134867 |
| Bomhof | Scott A. | 16/07/2015 | research regarding legal issues for appeal of Canadian allocation judgment; | 4.3 | 3,762.50 | 13134871 |
| Bomhof | Scott A. | 17/07/2015 | research regarding Canadian legal issues related to Canadian allocation opinion; | 5.8 | 5,075.00 | 13137386 |
| DeMarinis | Tony | 17/07/2015 | analysis of law in relation to pending leaves to appeal and appeals, and related review of filed materials; | 2.8 | 3,052.00 | 13151126 |
| Slavens | Adam | 20/07/2015 | conducting Canadian legal research re appeal issues; | 2.7 | 2,092.50 | 13140797 |
| Slavens | Adam | 26/07/2015 | conducting Canadian legal research re appeal issues; | 1.4 | 1,085.00 | 13151231 |
| Bomhof | Scott A. | 27/07/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order; | 4.1 | 3,587.50 | 13153829 |
| Bomhof | Scott A. | 28/07/2015 | reviewing law on test for leave to appeal under CCAA and related law for appeal factum; | 4.5 | 3,937.50 | 13153832 |
| Bomhof | Scott A. | 29/07/2015 | reviewing law for leave to appeal factum; | 2.7 | 2,362.50 | 13156290 |
| DeMarinis | Tony | 30/07/2015 | analysis of legal arguments and considerations in relation to appeals; | 2.0 | 2,180.00 | 13158771 |
| Slavens | Adam | 30/07/2015 | conducting Canadian legal research re appeal issues; | 4.6 | 3,565.00 | 13159938 |
| Bomhof | Scott A. | 30/07/2015 | research re: Canadian legal issues related to leave to appeal motion re: Ontario Allocation decision; | 4.2 | 3,675.00 | 13164517 |
| Slavens | Adam | 31/07/2015 | conducting Canadian legal research re appeal issues; | 2.5 | 1,937.50 | 13163039 |
| Bomhof | Scott A. | 31/07/2015 | research re: Canadian legal issues related to leave to appeal of Allocation Decision; | 3.2 | 2,800.00 | 13164549 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bogach | Alex | 02/07/2015 | preparing index for motion for leave to appeal; | 0.9 | 171.00 | 13104977 |
| Danis | Stacey | 02/07/2015 | editing index re: appeal; | 0.1 | 19.00 | 13105149 |
| Opolsky | Jeremy | 02/07/2015 | call with S. Block, A. Slavens, S. Bomhof and Cleary Gottlieb team re: appeal issues (.7); follow-up conference with S. Block (.1); | 0.8 | 452.00 | 13106733 |
| Block | Sheila R. | 02/07/2015 | preparation and call with Cleary and Torys teams regarding appeal and office conference with J. Opolsky regarding follow up; | 0.7 | 763.00 | 13107265 |
| Bomhof | Scott A. | 02/07/2015 | attend telephone call with J. Opolsky, S. Block, A. Slavens and Cleary team regarding draft motion for leave to appeal; | 0.7 | 612.50 | 13109107 |
| Slavens | Adam | 02/07/2015 | conference call with S. Block, J. Opolsky, S. Bomhof and Cleary re appeal issues (0.7); preparing for same (0.4); | 1.1 | 852.50 | 13110145 |
| Danis | Stacey | 03/07/2015 | creating master document index re: appeal (1.6); meeting with A. Bogach re: update on appeal (0.2); | 1.8 | 342.00 | 13106963 |
| Bogach | Alex | 03/07/2015 | preparing index for motion for leave to appeal (0.5); meet with S. Danis regarding same (0.2); | 0.7 | 133.00 | 13107173 |
| Bomhof | Scott A. | 03/07/2015 | providing comments on notice of motion for leave to appeal to J. Opolsky; | 0.4 | 350.00 | 13109117 |
| Bomhof | Scott A. | 07/07/2015 | reviewing Canadian and U.S. decisions on reconsideration and revising appeal materials (1.1); telephone call with counsel to NNSA regarding potential appeal issues and report to Cleary with respect to same (.5); | 1.6 | 1,400.00 | 13120685 |
| DeMarinis | Tony | 07/07/2015 | consideration of rulings on motions for reconsideration/clarification; | 0.8 | 872.00 | 13129167 |
| Bomhof | Scott A. | 09/07/2015 | reviewing and providing comments on revised motion for leave to appeal (2.1); reviewing UCC notice of appeal (.2); meeting with D. Murdoch, NNSA conflict counsel, to discuss allocation rulings (1.2); | 3.5 | 3,062.50 | 13122936 |
| Opolsky | Jeremy | 09/07/2015 | reviewing correspondence re: appeal; | 0.1 | 56.50 | 13123954 |
| DeMarinis | Tony | 09/07/2015 | review amendments to reconsideration ruling (0.2); consideration of ruling and legal issues (0.9); planning regarding appeal of rulings (0.7); | 1.8 | 1,962.00 | 13129192 |
| Bomhof | Scott A. | 10/07/2015 | reviewing and revising notice of motion for leave to appeal and reviewing allocation decisions and reconsideration decision; | 1.8 | 1,575.00 | 13128082 |
| Opolsky | Jeremy | 12/07/2015 | reviewing draft notice of motion (.2); | 0.2 | 113.00 | 13126729 |
| Opolsky | Jeremy | 12/07/2015 | reviewing correspondence with team re: notice of motion; | 0.1 | 56.50 | 13132858 |
| DeMarinis | Tony | 13/07/2015 | reading materials on rulings, pending appeals, and principal legal issues; | 1.7 | 1,853.00 | 13129203 |
| Bomhof | Scott A. | 16/07/2015 | reviewing Monitor's motion to authorize destruction of records (.5); exchange messages | 2.4 | 2,100.00 | 13134870 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | with L. Schweitzer regarding Monitor's motion to destroy records (.2); reviewing filed UCC motion for leave to appeal (.3); telephone call with G. Finlayson regarding ad hoc committee position on appeal (.2); reviewing notices of motion for leave to appeal filed by US trade creditors consortium, Ad Hoc bondholder committee and Bank of NY Mellon (1.2); | | | |
| Opolsky | Jeremy | 16/07/2015 | reviewing submissions filed in the CCAA proceedings; | 0.9 | 508.50 | 13135620 |
| DeMarinis | Tony | 16/07/2015 | leave to appeal preparations and planning, including review of motion records served by unsecured creditors committee, trade claims consortium, ad hoc bondholders group, and BNY Mellon and related analysis; | 2.5 | 2,725.00 | 13151115 |
| Opolsky | Jeremy | 20/07/2015 | call with M. Gurgel re: SNMP (.2); reviewing correspondence re: same (0.1); | 0.3 | 169.50 | 13139938 |
| Slavens | Adam | 20/07/2015 | reviewing CCAA court documents re motion returnable August 5, 2015 (1.0); reviewing draft asset sale agreement re Project Airspace (0.4); | 1.4 | 1,085.00 | 13140813 |
| DeMarinis | Tony | 20/07/2015 | analysis of allocation rulings in connection with requested leaves to appeal (1.3): consideration of leave standard and law (1.8); | 3.1 | 3,379.00 | 13151152 |
| Slavens | Adam | 21/07/2015 | reviewing CCAA court documents re motion returnable August 5, 2015 (0.4); reviewing cross-border insolvency protocol (0.8); preparing reporting email to J. Ray and Cleary team re same (0.6); | 1.8 | 1,395.00 | 13143642 |
| Opolsky | Jeremy | 22/07/2015 | call with D. Stein (Cleary) re: appeal issues (.2); reviewing background documents and drafting factum re: appeal (3.1); | 3.3 | 1,864.50 | 13144739 |
| Reynolds | Molly | 22/07/2015 | reviewing monitor's motion re disposal of records (0.4), discussing privacy law implications of same with A. Slavens (0.3); | 0.7 | 493.50 | 13144862 |
| Slavens | Adam | 22/07/2015 | telephone call with C. Armstrong re motion returnable August 5, 2015 (0.3); preparing letter to C. Armstrong re same (1.0); email correspondence with Cleary team re same (0.7); telephone call with M. Reynolds re privacy law issues (0.3); | 2.3 | 1,782.50 | 13145773 |
| Slavens | Adam | 23/07/2015 | telephone call with L. Schweitzer re motion returnable August 5, 2015 (0.2); reviewing correspondence from C. Armstrong re same (0.2); preparing letter to C. Armstrong re same (1.0); email correspondence with Cleary team re same (0.5); | 1.9 | 1,472.50 | 13148225 |
| DeMarinis | Tony | 23/07/2015 | reviewing court materials as filed by multiple parties; | 1.0 | 1,090.00 | 13151767 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 24/07/2015 | call with counsel for bondholders re: appeal issues (.3); call with Cleary Gottlieb re: same (.2); drafting factum re: appeal issues (2.6); | 3.1 | 1,751.50 | 13147449 |
| Slavens | Adam | 24/07/2015 | preparing letter to C. Armstrong re motion returnable August 5, 2015 (2.0); email correspondence with Cleary team re same (0.7); | 2.7 | 2,092.50 | 13151223 |
| DeMarinis | Tony | 24/07/2015 | review and analysis of materials served by the Canadian debtors and Monitor, including factum and associated legal arguments (1.5); consideration of related law and materials (1.5); review draft mediation statement (0.2); | 3.2 | 3,488.00 | 13151811 |
| Opolsky | Jeremy | 24/07/2015 | reviewing research on appeal issues; | 0.4 | 226.00 | 13152173 |
| Opolsky | Jeremy | 25/07/2015 | drafting factum re: appeal issues; | 8.0 | 4,520.00 | 13159022 |
| Opolsky | Jeremy | 26/07/2015 | drafting factum re: appeal issues; | 7.3 | 4,124.50 | 13159020 |
| DeMarinis | Tony | 27/07/2015 | read revised draft mediation statement (0.1); review filings in the allocation trial in connection with appeal matters (1.4); | 1.5 | 1,635.00 | 13158752 |
| Bomhof | Scott A. | 28/07/2015 | providing comments on US debtor objection to motions to transfer appeal to 3rd Circuit Court of Appeals (1.1); reviewing objections to Canadian debtors filed by US Debtors, UCC, Ad Hoc Bondholder Committee and Trade Creditors consortium (1.1); reviewing and revising letter to EMEA regarding EMEA request for clarification of "settled claims" for allocation formula (.5); reviewing email from L. Schweitzer regarding intercompany claims issues (.2); | 2.9 | 2,537.50 | 13153831 |
| Opolsky | Jeremy | 28/07/2015 | research re: appeal issues (3); drafting and revising factum re: appeal issues (4.7); corresponding with team and Cleary Gottlieb re: same (1); | 8.7 | 4,915.50 | 13154432 |
| Slavens | Adam | 28/07/2015 | reviewing and considering cross-border insolvency protocol (0.8); email correspondence with Cleary team and MNAT team re same (0.5); | 1.3 | 1,007.50 | 13157735 |
| DeMarinis | Tony | 28/07/2015 | consideration of objection to Joint Administrators motion (0.6); review finalized letter of objection (0.1); review of bondholder group response (0.4); analysis regarding basis for opposition (0.5); review GUC's opposition to direct appeal motion (0.2); reading accumulated court materials relating to pending appeals and legal submissions (1.3); | 3.1 | 3,379.00 | 13158758 |
| Bogach | Alex | 29/07/2015 | researching case law re: piercing the corporate veil; | 2.1 | 399.00 | 13155431 |
| Danis | Stacey | 29/07/2015 | researching case law on corporate veil; noting up leading cases and appellant authority; | 1.7 | 323.00 | 13155433 |
| Bomhof | Scott A. | 29/07/2015 | attend US hearing on certification of appeal by | 3.5 | 3,062.50 | 13156289 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 29/07/2015 | Court call dial in (1.8); reviewing and revising request for a joint hearing regarding Monitor's motion to destroy records (.5); telephone call with A. Slavens and L. Schweitzer regarding records disposal motion (.3); telephone call with Goodmans regarding records disposal motion (.2); reviewing tolling order for US debtor claims and final Canadian funding agreement (.5); follow up on telephone call with Goodmans regarding record disposal motion (.2); reviewing and considering cross-border insolvency protocol (0.5); preparing notice of joint hearing dispute (1.3); reviewing and commenting on US form of notice of joint hearing dispute (0.5); email correspondence with Cleary team and MNAT team re same (0.6); telephone calls with S. Bomhof, J. Pasquariello, and L. Schweitzer re records disposal motion (0.8); email correspondence with Cleary team and J. Ray re same (0.3); preparing email correspondence to C. Armstrong re same (0.2); telephone calls with Cassels and G. Finlayson re same (0.3); | 4.5 | 3,487.50 | 13157712 |
| DeMarinis | Tony | 29/07/2015 | review and consideration of various appeal materials; | 1.7 | 1,853.00 | 13158764 |
| Bogach | Alex | 30/07/2015 | noting up case law; | 0.1 | 19.00 | 13158417 |
| Slavens | Adam | 30/07/2015 | revising notice of joint hearing dispute (0.5); reviewing and commenting on US form of notice of joint hearing dispute (0.5); email correspondence with Cleary team and MNAT team re same (0.7); telephone calls with J. Pasquariello and L. Schweitzer re records disposal motion (0.6); email correspondence with Cleary team and J. Ray re same (0.4); telephone calls and email correspondence with Cassels and G. Finlayson re same (0.3); | 3.0 | 2,325.00 | 13159933 |
| Bomhof | Scott A. | 30/07/2015 | review US appeal ruling re: Monitor's motion to certify appeal (0.3); prepare for call on claim against Canadian Debtors (0.6); review email from C. Armstrong re: Chartis policy claims (0.2); | 1.1 | 962.50 | 13164516 |
| Slavens | Adam | 31/07/2015 | serving and filing notice of joint hearing dispute; | 0.9 | 697.50 | 13163041 |
| Slavens | Adam | 31/07/2015 | conference call with L. Schweitzer and S. Bomhof re claims matters (0.5); preparing for same (0.8); | 1.3 | 1,007.50 | 13163044 |
| Bomhof | Scott A. | 31/07/2015 | review IFSA CFSA and US claims tolling order to prepare for call on claims (1.1); participate | 2.1 | 1,837.50 | 13164547 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 31/07/2015 | in call with A. Slavens and Cleary team re: US Debtor Claims against Canadian Debtors (1.0); reviewing notice of joint hearing and related materials; | 0.3 | 327.00 | 13178536 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 27/07/2015 | reviewing U.S. appeal materials; | 2.3 | 1,782.50 | 13153230 |
| Slavens | Adam | 29/07/2015 | participating by telephone in certification motion; | 1.7 | 1,317.50 | 13157716 |