# **EXHIBIT B**

**Nortel**
**July 2015 Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| 87 | Motion | 16/07/2015 | $ | **101.68** | Motion |
| | | | | | McConville, Michael; Filing Fees - Non Taxable |
| | | | | | court filing fee from ATG |
| 271 | Process Server Filing | 16/07/2015 | | 28.02 | filing notice of motion and affidavit of |
| | | | | | service; |
| 271 | Process Server Filing | 31/07/2015 | | 26.76 | filing notice of joint hearing dispute and |
| | | | | | affidavit of service; |
| | | | $ | **54.78** | |
| 480 | Telephone Charges | 04/07/2015 | | 7.69 | Telephone Charges |
| | | | | | Slavens, Adam; Data Travel Pack roaming charge |
| 800 | Telephone Call | 02/07/2015 | | 2.10 | Telephone Call |
| | | | | | Global Crossing, Inv # 19132541 OPOLSKY, JEREMY |
| 800 | Telephone Call | 13/07/2015 | | 2.03 | Telephone Call |
| | | | | | Global Crossing, Inv # 19132541 OPOLSKY, JEREMY |
| 800 | Telephone Call | 15/07/2015 | | 1.70 | Telephone Call |
| | | | | | Global Crossing, Inv # 19132541 OPOLSKY, JEREMY |
| 800 | Telephone Call | 22/07/2015 | | 0.20 | Telephone Call |
| | | | | | 17057542047 - West Guilford, ON - |
| | | | | | Time: 09:31 - Dur: 4.68 |
| | | | $ | **13.72** | |
| 801 | Copies | 16/07/2015 | | 15.30 | Copies |
| 801 | Copies | 16/07/2015 | | 9.80 | Copies |
| 801 | Copies | 17/07/2015 | | 3.30 | Copies |
| 801 | Copies | 23/07/2015 | | 0.20 | Copies |
| 801 | Copies | 31/07/2015 | | 6.10 | Copies |
| 808 | Laser Printing | 02/07/2015 | | 8.00 | Laser Printing |
| 808 | Laser Printing | 02/07/2015 | | 2.00 | Laser Printing |
| 808 | Laser Printing | 03/07/2015 | | 0.20 | Laser Printing |
| 808 | Laser Printing | 06/07/2015 | | 2.60 | Laser Printing |
| 808 | Laser Printing | 06/07/2015 | | 2.00 | Laser Printing |
| 808 | Laser Printing | 07/07/2015 | | 2.00 | Laser Printing |
| 808 | Laser Printing | 07/07/2015 | | 0.70 | Laser Printing |
| 808 | Laser Printing | 08/07/2015 | | 2.90 | Laser Printing |
| 808 | Laser Printing | 08/07/2015 | | 0.90 | Laser Printing |
| 808 | Laser Printing | 09/07/2015 | | 3.80 | Laser Printing |
| 808 | Laser Printing | 09/07/2015 | | 1.30 | Laser Printing |
| 808 | Laser Printing | 10/07/2015 | | 19.00 | Laser Printing |
| 808 | Laser Printing | 12/07/2015 | | 1.90 | Laser Printing |
| 808 | Laser Printing | 13/07/2015 | | 6.00 | Laser Printing |
| 808 | Laser Printing | 13/07/2015 | | 2.00 | Laser Printing |
| 808 | Laser Printing | 13/07/2015 | | 5.20 | Laser Printing |
| 808 | Laser Printing | 13/07/2015 | | 9.20 | Laser Printing |
| 808 | Laser Printing | 14/07/2015 | | 2.90 | Laser Printing |
| 808 | Laser Printing | 14/07/2015 | | 1.60 | Laser Printing |
| 808 | Laser Printing | 14/07/2015 | | 3.70 | Laser Printing |
| 808 | Laser Printing | 14/07/2015 | | 2.00 | Laser Printing |
| 808 | Laser Printing | 14/07/2015 | | 0.80 | Laser Printing |
| 808 | Laser Printing | 14/07/2015 | | 23.20 | Laser Printing |
| 808 | Laser Printing | 15/07/2015 | | 5.20 | Laser Printing |

**Nortel**
**July 2015 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 808 | Laser Printing | 15/07/2015 | 3.60 | Laser Printing |
| 808 | Laser Printing | 15/07/2015 | 23.30 | Laser Printing |
| 808 | Laser Printing | 15/07/2015 | 2.00 | Laser Printing |
| 808 | Laser Printing | 15/07/2015 | 3.70 | Laser Printing |
| 808 | Laser Printing | 15/07/2015 | 2.00 | Laser Printing |
| 808 | Laser Printing | 16/07/2015 | 2.70 | Laser Printing |
| 808 | Laser Printing | 16/07/2015 | 1.60 | Laser Printing |
| 808 | Laser Printing | 16/07/2015 | 11.50 | Laser Printing |
| 808 | Laser Printing | 16/07/2015 | 20.70 | Laser Printing |
| 808 | Laser Printing | 17/07/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 17/07/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 17/07/2015 | 1.00 | Laser Printing |
| 808 | Laser Printing | 17/07/2015 | 0.90 | Laser Printing |
| 808 | Laser Printing | 17/07/2015 | 12.20 | Laser Printing |
| 808 | Laser Printing | 21/07/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 21/07/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 22/07/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 22/07/2015 | 1.10 | Laser Printing |
| 808 | Laser Printing | 22/07/2015 | 13.10 | Laser Printing |
| 808 | Laser Printing | 22/07/2015 | 24.80 | Laser Printing |
| 808 | Laser Printing | 22/07/2015 | 0.20 | Laser Printing |
| 808 | Laser Printing | 23/07/2015 | 9.60 | Laser Printing |
| 808 | Laser Printing | 23/07/2015 | 0.60 | Laser Printing |
| 808 | Laser Printing | 24/07/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 24/07/2015 | 0.70 | Laser Printing |
| 808 | Laser Printing | 24/07/2015 | 1.30 | Laser Printing |
| 808 | Laser Printing | 24/07/2015 | 0.70 | Laser Printing |
| 808 | Laser Printing | 27/07/2015 | 28.80 | Laser Printing |
| 808 | Laser Printing | 27/07/2015 | 1.40 | Laser Printing |
| 808 | Laser Printing | 27/07/2015 | 0.90 | Laser Printing |
| 808 | Laser Printing | 27/07/2015 | 1.90 | Laser Printing |
| 808 | Laser Printing | 27/07/2015 | 85.50 | Laser Printing |
| 808 | Laser Printing | 28/07/2015 | 0.20 | Laser Printing |
| 808 | Laser Printing | 29/07/2015 | 0.50 | Laser Printing |
| 808 | Laser Printing | 29/07/2015 | 8.90 | Laser Printing |
| 808 | Laser Printing | 31/07/2015 | 0.20 | Laser Printing |
| 808 | Laser Printing | 31/07/2015 | 0.20 | Laser Printing |
| 808 | Laser Printing | 31/07/2015 | 5.10 | Laser Printing |
| 4808 | Laser Printing | 06/07/2015 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 20/07/2015 | 0.20 | Laser Printing |
|  |  |  | **$ 422.60** |  |
| 954 | Copy Preparation | 22/07/2015 | $ 16.01 | Copy Preparation labour; Jul-22-15, M.Bojovic, Hand Labour, 30 min., /JS |
| 811 | Binding Charges | 22/07/2015 | 12.01 | Binding Charges Jul-22-15, M.Bojovic, Binding Charges, x5, /JS |
| 844 | Exhibit Tabs | 22/07/2015 | 7.01 | Exhibit Tabs Jul-22-15, M.Bojovic, Exhibit Tabs, x35, /JS |
|  |  |  | **$ 19.02** |  |
| 832 | Tiff Conversion | 31/07/2015 | **$ 4,472.33** | Tiff Conversion activities and actions |

**Nortel**
**July 2015 Disbursements**

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
|     |     |     |     | associated with processing native client data including project set-up, extraction of metadata and embedded documents, OCR, tiff conversion, native file extraction and de-duplication; |
| 885 | On Line Research Charges - Quicklaw | 13/07/2015 | 4.81 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 29/07/2015 | 80.06 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 29/07/2015 | 6.40 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 31/07/2015 | 21.22 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 31/07/2015 | 10.61 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 31/07/2015 | 31.82 | On Line Research Charges -WestlaweCarswell Incl. |
|     |     |     | **$ 154.92** |     |
|     |     |     | **$ 5,255.06** |     |