# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2015 through July 31, 2015

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Fee/Employment Application - US | 8.70 | $5,235.50 |
| Litigation | 65.90 | $45,937.50 |
| **TOTAL** | **74.60** | **$51,173.00** |

Case 09-10138-MFW    Doc 16073-2    Filed 08/26/15    Page 2 of 8

Client: 105185 / Nortel Networks, Inc.                                                                              Proforma 946340
Matter: 105185.0000189 / Fee/Employment Application - US                                                            8/20/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13658186 | 7/24/2015 | 2444 | Perales, Olegario | Specialist | 0.30 | 73.50 | Begin drafting sixty-second interim fee application for May 1, 2015 through May 31, 2015. |
| 13679285 | 7/27/2015 | 1830 | Almy, Monique D. | Partner | 3.70 | 2,701.00 | Work on May interim application and the Fee Examiner spreadsheet. |
| 13668098 | 7/27/2015 | 2444 | Perales, Olegario | Specialist | 1.50 | 367.50 | Finish drafting sixty-second interim fee application for May 1, 2015 through May 31, 2015. |
| 13681689 | 7/27/2015 | 2444 | Perales, Olegario | Specialist | 0.50 | 122.50 | Draft sixty-second interim Excel file for Ms. Scarborough (Fee Examiner). |
| 13679298 | 7/28/2015 | 1830 | Almy, Monique D. | Partner | 2.70 | 1,971.00 | Work on May interim application and the Fee Examiner spreadsheet. |
|  |  |  |  |  | **8.70** | **$5,235.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 946341
Matter: 105185.00002 / Litigation  8/20/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13615487 | 7/7/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Ross re IPR petition served on Nortel (0.1); begin reviewing same (0.1). |
| 13618683 | 7/8/2015 | 1474 | Supko, Mark M. | Partner | 0.50 | 427.50 | Review notice received in connection with IPR petition (0.2); correspondence with Mr. Hanley, counsel for Spherix, re erroneous identification of Nortel as patent owner (0.1); review corrective filings sent by Mr. Hanley (0.1); correspondence with Mr. Ross re same (0.1). |
|  |  |  |  |  | **0.70** | **$598.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205 / Litigation

Proforma 946342  
8/20/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13630761 | 7/1/2015 | 6634 | Jackson, Sean | Counsel | 0.30 | 189.00 | Email correspondence with counsel for Canadian and EMEA estates re proposed production of documents by third party in response to subpoena served by opposing counsel (0.2); email correspondence with interested party re consent for Nortel to produce license agreement (0.1). |
| 13609650 | 7/2/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Consult with Mr. Jackson re discovery status and issues, including review of correspondence with opposing counsel. |
| 13630837 | 7/2/2015 | 6634 | Jackson, Sean | Counsel | 5.40 | 3,402.00 | Review revised consent letter from interested party (0.2); coordinate search and collection of documents requested by subpoenaing party and review same (3.8); draft and send notice letters to several core parties re proposed production of documents to opposing counsel (1.4). |
| 13613648 | 7/6/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Consult with Mr. Jackson re document production issues, including review of correspondence with opposing counsel and core parties re notice issues. |
| 13630856 | 7/6/2015 | 6634 | Jackson, Sean | Counsel | 2.50 | 1,575.00 | Correspondence with Canadian and EMEA estates re consent to production to subpoenaing party of documents relating to several core parties. |
| 13615484 | 7/7/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Mr. Ross re administrative issue (0.1); review correspondence with Canadian and EMEA estates and subpoenaing party re discovery issues (0.2). |
| 13630870 | 7/8/2015 | 6634 | Jackson, Sean | Counsel | 4.30 | 2,709.00 | Email correspondence with Mr. Gabriel of interested party re consent to Nortel's production of documents to subpoenaing party (0.2); review and produce documents to subpoenaing party pursuant to Third Discovery Protocol (4.1). |
| 13630880 | 7/9/2015 | 6634 | Jackson, Sean | Counsel | 0.30 | 189.00 | Call with Mr. Gabriel of interested party re consent for Nortel to produce documents to subpoenaing party. |
| 13623456 | 7/10/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Ms. Cooper re document production issues. |
| 13630906 | 7/11/2015 | 6634 | Jackson, Sean | Counsel | 2.30 | 1,449.00 | Review and analyze documents requested by subpoenaing party (1.2); correspondence with Nortel estates re proposed production of documents (1.1). |
| 13630383 | 7/13/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Correspondence with Mr. Ross re administrative issue (0.1); correspondence with third-parties re proposed productions (0.2). |

Client: 105185 / Nortel Networks, Inc.  Proforma 946342
Matter: 105185.0000205 / Litigation  8/20/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13670926 | 7/13/2015 | 6634 | Jackson, Sean | Counsel | 4.10 | 2,583.00 | Review and analyze documents of interested party and requested by opposing counsel in connection with the subpoena served on Nortel (1.2); correspondence with in-house counsel of interested party re consent to production of documents by Nortel (0.3); review Project Narnia EDR in response to request for production by subpoenaing party (2.6). |
| 13633264 | 7/14/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Consult with Mr. Jackson re document production issues, including review of correspondence with third party re same. |
| 13670970 | 7/14/2015 | 6634 | Jackson, Sean | Counsel | 6.20 | 3,906.00 | Review allocation trial deposition transcripts to determine if unredacted copies may be produced in response to subpoena (0.6); review certain license agreements in response to document requests (0.5); review and analyze Project Narnia EDR in response to request for production by subpoenaing party (5.1). |
| 13635364 | 7/15/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Telephone conference with Mr. Jackson and Ms. Rozenberg re production and confidentiality issues re request to produce EDR. |
| 13671000 | 7/15/2015 | 6634 | Jackson, Sean | Counsel | 3.90 | 2,457.00 | Review and analyze Project Narnia EDR in response to request for production by subpoenaing party (3.2); telephone conference with Ms. Rozenberg re confidentiality issues in connection with review and potential production of Project Narnia EDR (0.3); conference call with Ms. Rozenberg and Mr. Supko re confidentiality issues in connection with review and potential production of Project Narnia EDR (0.4). |
| 13686869 | 7/16/2015 | 6634 | Jackson, Sean | Counsel | 5.40 | 3,402.00 | Review and prepare for production documents requested by subpoenaing party (2.5); correspondence with in-house counsel for interested party re production to subpoenaing party of a certain patent license (0.4); review and analyze Project Narnia EDR in an effort to determine feasibility of producing groupings of documents that do not implicate confidentiality concerns (2.5). |
| 13686888 | 7/17/2015 | 6634 | Jackson, Sean | Counsel | 3.50 | 2,205.00 | Review and analyze Project Narnia EDR in an effort to determine feasibility of producing groupings of documents that do not implicate confidentiality concerns (1.8); prepare index of EDR to provide to opposing counsel in connection with proposal to perform key word searches (1.5); email correspondence with opposing counsel providing index (0.2). |
| 13669362 | 7/20/2015 | 6634 | Jackson, Sean | Counsel | 3.40 | 2,142.00 | Review and produce documents to opposing counsel in connection with subpoena served on Nortel. |

Client: 105185 / Nortel Networks, Inc.      Proforma 946342
Matter: 105185.0000205 / Litigation     8/20/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13669448 | 7/21/2015 | 6634 | Jackson, Sean | Counsel | 3.60 | 2,268.00 | Review and produce documents to opposing counsel in response to subpoena served on Nortel (3.0); telephone conference with Ms. McGuire, in-house counsel for interested party, re production of license agreement to subpoenaing party (0.3); email correspondence with counsel for another interested party re production of documents to opposing counsel in response to subpoena (0.3). |
| 13669465 | 7/22/2015 | 6634 | Jackson, Sean | Counsel | 1.80 | 1,134.00 | Review and produce documents to opposing counsel in response to subpoena served on Nortel. |
| 13669508 | 7/23/2015 | 6634 | Jackson, Sean | Counsel | 1.50 | 945.00 | Telephone conference with Ms. Parker-Beaudrias, counsel for Nortel EMEA estate, re production of documents to subpoenaing party (0.2); email correspondence with Nortel estates re same (0.1); email correspondence with counsel for interested party re consent to Nortel's production of documents to subpoenaing party (0.2); review and analyze documents requested by subpoenaing party (1.0). |
| 13658914 | 7/24/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review correspondence with subpoenaing party and Nortel estates re production issues. |
| 13669540 | 7/24/2015 | 6634 | Jackson, Sean | Counsel | 0.30 | 189.00 | Review side letter agreement between Nortel and interested party and provide same to EMEA estate in response to request from Ms. Parker-Beaudrias. |
| 13691103 | 7/27/2015 | 6634 | Jackson, Sean | Counsel | 2.20 | 1,386.00 | Review and produce documents in response to opposing counsels' discovery requests (1.9); correspondence with counsel for third party re production of a certain license agreement in response to subpoena served by opposing counsel on third party (0.3). |
| 13691344 | 7/28/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Email correspondence with counsel for Nortel Canadian and EMEA estates re consent to third party's production of license agreement in response to subpoena served by opposing counsel. |
| | | | | | **53.30** | **$34,051.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 946343
Matter: 105185.0000206 / Litigation  8/20/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13611145 | 7/1/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Telephone conference with Mr. Plevin re case status and impact on cost-sharing motion (0.2); exchange emails with Cleary re same (0.4). |
| 13605056 | 7/1/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Telephone conference with Mr. Regan re case status and impact on draft motion for cost-sharing. |
| 13600673 | 7/1/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review ECF notices and pleadings re hearing on objections to allocation order. |
| 13623294 | 7/6/2015 | 302 | Regan, James J. | Partner | 1.30 | 1,287.00 | Exchange emails with Cleary re motion for reconsideration (0.5); review and analyze bankruptcy decision (0.4); exchange emails with Mr. Plevin re same (0.4). |
| 13615084 | 7/6/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Review Judge Gross' order on motions for reconsideration. |
| 13613647 | 7/6/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Download and review order re motion for reconsideration of allocation decision for potential impact on cost-sharing motion strategy (0.3); correspondence with Messrs. Plevin and Regan re same (0.1). |
| 13623315 | 7/8/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Cleary re motion for reconsideration and cost-sharing motion. |
| 13618684 | 7/8/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Review ECF notices re recent pleadings. |
| 13623332 | 7/10/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Exchange emails with Messrs. Supko and Plevin re selected pleadings and notice of appeal re allocation decision (0.2); review and analyze notice of appeal (0.3); follow-on emails with Messrs. Supko and Plevin re same (0.1); exchange emails with Mr. Plevin re cost-sharing motion (0.2); review and analyze email to client re same (0.2). |
| 13629303 | 7/10/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Draft and send e-mail to Mr. Ross re scheduling a telephone conference to discuss the cost-sharing motion and strategy. |
| 13623455 | 7/10/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Download and review selected pleadings, including notice of appeal re allocation decision (0.3); correspondence with Messrs. Plevin and Regan re same (0.1). |
| 13643932 | 7/14/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Exchange emails with Mr. Plevin and client re cost-sharing motion and strategy (0.4); exchange emails with UK counsel re cost-sharing issues (0.3). |
| 13635155 | 7/14/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Exchange emails with Messrs. Ross and Regan re cost-sharing motion (0.1); exchange e-mails with Mr. Huberty (EMEA) re cost-sharing motion (0.1). |
| 13633267 | 7/14/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Consult with Mr. Perales re administrative issues. |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 946343  
8/20/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13644046 | 7/15/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Exchange emails with and conferences with Mr. Plevin re cost-sharing motion issues. |
| 13644058 | 7/16/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Exchange emails with Mr. Plevin re cost-sharing motion issues (0.6); conference call with Mr. Ross re cost-sharing progress (0.2). |
| 13638733 | 7/16/2015 | 1052 | Plevin, Mark D. | Partner | 0.20 | 161.00 | Telephone conference with Messrs. Ross and Regan re cost-sharing motion and strategy. |
| 13658913 | 7/24/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Download and review large volume of recent filings for potential relevance to cost-sharing motion. |
| 13682864 | 7/26/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review and analyze Canadian Monitor motion to adopt new records retention and IT procedures (0.8); draft email to Messrs. Supko and Plevin re same (0.2). |
| 13682886 | 7/27/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Review and respond to emails from Messrs. Plevin, Supko, and Ross re Canadian estate motion (0.7); exchange emails with Mr. Plevin re cost-sharing motion (0.2); confer with Ms. Almy re court filing (0.1); exchange emails with client re cost-sharing motion (0.2). |
| 13669890 | 7/27/2015 | 1052 | Plevin, Mark D. | Partner | 0.70 | 563.50 | Review Canadian debtors' motion in their case for permission to destroy certain documents to determine if a response by NNI is required (0.5); exchange emails with Messrs. Regan and Supko re same, potential impact on cost-sharing motion, and next steps (0.1); draft and send e-mail to Mr. Ross re same (0.1). |
| 13689943 | 7/28/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Review feedback from client re Canadian motion and cost-sharing motion (0.3); exchange emails with Messrs. Supko and Plevin re same (0.2). |
| 13691446 | 7/30/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Mr. Plevin re cost-sharing motion and strategy. |
| | | | | | **11.90** | **$11,287.50** | **Professional Services Total** |