# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2015 through July 31, 2015

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Printing | In-House Network Printing | $2.00 |
| Duplicating | In-House Duplicating | $0.80 |
| Facsimile | NA | $7.00 |
| Express Delivery | Federal Express Corporation | $239.74 |
| Electronic Discovery | Advanced Discovery, LLC | $506.12 |
| **TOTAL** | | **$755.66** |

Client: 105185 / Nortel Networks, Inc.

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|-------|------|----|----|-------|------|----------|--------|-----------|----------|--------|
| 7185128 | 7/2/2015 | 6231 | Haufle, Matthew | Other | 22 | Inhouse Duplicating | 0.40 | Inhouse Duplicating | 946342 | 105185.0000205 |
| 7185129 | 7/2/2015 | 6231 | Haufle, Matthew | Other | 52 | Facsimile | 3.00 | Facsimile (410) 694 5750 | 946342 | 105185.0000205 |
| 7185130 | 7/2/2015 | 6231 | Haufle, Matthew | Other | 22 | Inhouse Duplicating | 0.20 | Inhouse Duplicating | 946342 | 105185.0000205 |
| 7185131 | 7/2/2015 | 6231 | Haufle, Matthew | Other | 24 | Inhouse Color Copying | 1.00 | Inhouse Color Copying | 946342 | 105185.0000205 |
| 7185132 | 7/2/2015 | 6231 | Haufle, Matthew | Other | 52 | Facsimile | 4.00 | Facsimile Intl: 81345642148 | 946342 | 105185.0000205 |
| 7185133 | 7/2/2015 | 6231 | Haufle, Matthew | Other | 22 | Inhouse Duplicating | 0.20 | Inhouse Duplicating | 946342 | 105185.0000205 |
| 7185134 | 7/2/2015 | 6231 | Haufle, Matthew | Other | 24 | Inhouse Color Copying | 1.00 | Inhouse Color Copying | 946342 | 105185.0000205 |
| 7190813 | 7/2/2015 | 6634 | Jackson, Sean | Counsel | 6 | Express Delivery | 16.78 | Express Delivery FEDEX From: Sean Jackson, Esq To: 7035 RIDGE RD, ATTN David M Rothenstein, Es, HANOVER, MD 21076 US Tracking Number: 773973 668913 Invoice Number: 509374073 | 946342 | 105185.0000205 |
| 7190889 | 7/2/2015 | 6634 | Jackson, Sean | Counsel | 6 | Express Delivery | 50.47 | Express Delivery FEDEX From: SEAN JACKSON, ESQ To: ORSHAMNSGATAN 21, KISTA, ATTN PER OSCARSSON CARL BLOMQ, Tracking Number: 77 3973454679 Invoice Number: 650097834 | 946342 | 105185.0000205 |
| 7190890 | 7/2/2015 | 6634 | Jackson, Sean | Counsel | 6 | Express Delivery | 53.03 | Express Delivery FEDEX From: SEAN JACKSON, ESQ To: 22 RAOUL WALLENBERG STREET, ATTN ROY ZISAPEL, Tracking Number: 773974014534 Invoice Number: 650 097834 | 946342 | 105185.0000205 |

Client: 105185 / Nortel Networks, Inc.

Proforma Expenses
8/20/2015

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|-------|------|----|------|-------|------|----------|--------|-----------|----------|--------|
| 7190891 | 7/2/2015 | 6634 | Jackson, Sean | Counsel | 6 | Express Delivery | 51.72 | Express Delivery FEDEX From: SEAN JACKSON, ESQ To: ATTN  YASUO TA NABE, 6 6 MARUNOUCHI 1 CHOME, Tracking Number: 773974490169 Invoice Number: 65009 7834 | 946342 | 105185.0000205 |
| 7190892 | 7/2/2015 | 6634 | Jackson, Sean | Counsel | 6 | Express Delivery | 67.74 | Express Delivery FEDEX From: SEAN JACKSON, ESQ To: LEHRBACHGASSE 11, ATTN  PETRA PRACHER RA TNIK, VIENNA, WN 1120 AT Tracking Number: 773974 774480 Invoice Number: 650097834 | 946342 | 105185.0000205 |
| 7189269 | 7/13/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 253.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and two user license fees for month of may Inv# B149820 Date: 05/31/2015 | 946342 | 105185.0000205 |
| 7190536 | 7/16/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 253.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - June hosting and user license fees  for Nortel Google Subpoena. Inv# B152470 Date: 06/30/2015 | 946342 | 105185.0000205 |

**Total Disbursements** **$755.66**