# **<u>EXHIBIT B</u>**

```
*********************************************************************************************************Page 33 of (33)
                                              WHITEFORD, TAYLOR & PRESTON      THRU 07/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT     AS OF 8/24/2015 1:50:38 PM
                                              PROFORMA NUMBER: 399990          LAST DATE BILLED 08/21/15
```

CLIENT 091281                OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                             NORTEL NETWORKS, INC.
MATTER 00001                 NORTEL
CASE ID

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---:|---:|
| | | | 10 | | | PHOTOCOPIES | | 13.80 |
| 3534395 | 07/15/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH-JUDGE GROSS | 15.00 | |
| | | | *101 | | | COURIER EXPENSE | | 15.00 |
| 3534390 | 07/06/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, VARIOUS POSTAGE | 704.02 | |
| 3534389 | 07/06/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - PRINT B/W FROM TIFF OR PDF; SLIPSHEET/DOC. BREAK | 529.80 | |
| 3534388 | 07/06/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, VARIOUS POSTAGE | 3,121.30 | |
| 3534392 | 07/13/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPES; POSTAGE; PDF EMAIL TO CLIENT | 94.74 | |
| 3534394 | 07/13/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPES; POSTAGE; HAND DELIVERY; PDF EMAIL TO CLIENT | 99.54 | |
| 3534393 | 07/13/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - PRINT COLOR; EXPEDITED RUSH-JUDGE GROSS | 40.50 | |
| 3534396 | 07/22/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE | 5,499.44 | |
| 3534404 | 07/31/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPE, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE, PDF EMAILED TO CLIENT | 95.34 | |
| 3534403 | 07/31/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - PRINT B/W FROM TIFF, BINDERS, COPY LIGHT LIT. | 673.82 | |
| | | | *44 | | | COPIES | | 10,858.50 |
| | | | | | | *TOTAL DISBURSEMENTS* | 10,887.30 | |