IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | **(Jointly Administered)** |
| ) | |
| ) | **Hearing Date: TBD** |

**THIRD INTERIM APPLICATION OF WHITEFORD, TAYLOR &
PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM MAY 1, 2015 THROUGH JULY 31, 2015</u>**

| | |
|---|---|
| Name of Applicant: | <u>Whiteford, Taylor & Preston LLC</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>January 13, 2015, *nunc pro tunc* to November 17, 2014</u> |
| Period for which compensation and reimbursement are sought: | <u>May 1, 2015 through July 31, 2015</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$186,336.00</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$13,343.38</u> |

This is a(n):  __ monthly     <u>X</u>  interim     __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

## SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD
## MAY 1, 2015 THROUGH JULY 31, 2015

| Docket No. Date Filed | Period Covered | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | |
| Docket No. 15748 Date Filed: 6/15/15 | 5/1/15 - 5/31/15 | $54,397.50 | $603.27 | $43,518.00 | $603.27 | $10,879.50 |
| Docket No. 15950 Date Filed: 7/24/15 | 6/1/15 - 6/30/15 | $50,560.00 | $1,852.81 | $40,448.00 | $1,852.81 | $10,112.00 |
| Docket No. 16077 Date Filed: 8/26/15 | 7/1/15 - 7/31/15 | $81,378.50 | $10,887.30 | $65,102.80 *(Pending obj. deadline of 9/15/15)* | $10,887.30 *(Pending obj. deadline of 9/15/15)* | $16,275.70 |
| **TOTALS:** | | $186,336.00 | $13,343.38 | $149,068.80[2] | $13,343.38[3] | $37,267.20 |

Summary of Any Objections to Fee Applications: None

---

[2] The total amount reflected in this column includes amounts pending approval.
[3] The total amount reflected in this column includes amounts pending approval.

Dated: August 26, 2015
    Wilmington, Delaware

/s/ Katherine Good
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*