# **EXHIBIT C**

**DISBURSEMENT SUMMARY**
**MAY 1, 2015 THROUGH MAY 31, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $4,433.48 |
| Duplication – In House | $36.50 |
| Duplication – Off Site | $320.55 |
| Conference Calls/Telephone/Web Conference Services | $2,368.03 |
| Meals/Committee Meeting Expenses | $21.72 |
| Meals (100%) | $754.75 |
| Travel Expenses – Telephone and Fax | $29.95 |
| Travel Expenses – Airfare | $597.39 |
| Travel Expenses – Ground Transportation | $563.25 |
| Travel – Train Fare | $384.00 |
| **TOTAL** | **$9,509.62** |