# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1614475 |
| ATTN: JOHN DOLITTLE | Invoice Date 08/18/15 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 2.50 | $2,512.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 18.10 | $10,065.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.10 | $1,460.50 |
| 0006 | Retention of Professionals | 1.00 | $839.00 |
| 0007 | Creditors Committee Meetings | 65.00 | $56,340.50 |
| 0008 | Court Hearings | 8.70 | $7,632.50 |
| 0009 | Financial Reports and Analysis | 0.20 | $250.00 |
| 0012 | General Claims Analysis/Claims Objections | 95.70 | $80,937.50 |
| 0014 | Canadian Proceedings/Matters | 2.10 | $2,475.00 |
| 0018 | Tax Issues | 18.80 | $15,492.00 |
| 0019 | Labor Issues/Employee Benefits | 13.60 | $10,959.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.30 | $238.00 |
| 0025 | Travel | 3.00 | $3,141.25 |
| 0029 | Intercompany Analysis | 485.50 | $432,232.50 |
| | TOTAL | 716.60 | $624,575.75 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 2
Invoice Number: 1614475                                                     August 18, 2015

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Value |
|---|---|---|
| 04/23/15 | Meals (100%) 4/22/15 - L. Jonathan VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800348; DATE: 4/23/2015 Committee call - 9 people | $208.39 |
| 04/27/15 | Travel - Telephone & Fax  Fee for in-flight internet use re: Nortel work.; Nortel - Gogo | $29.95 |
| 04/27/15 | Travel - Airfare  Airline seat change fee during travel from NYC to Toronto to attend Nortel hearing.; Seat Change Fee; Westjet | $24.55 |
| 04/28/15 | Travel - Ground Transportation  Taxi cab from office to LGA airport for travel to attend Nortel hearing.; UBER | $75.00 |
| 04/28/15 | Travel - Airfare  Airfare for travel from NYC to Toronto to attend Nortel hearing.; Airfare Fee for travel; Delta Airlines Economy | $271.56 |
| 04/28/15 | Travel - Ground Transportation  Taxi cab from Toronto airport to downtown during stay to attend Nortel hearing.; UBER | $59.84 |
| 04/29/15 | Travel - Ground Transportation  Taxi cab from LGA airport to Home after travel back from Nortel hearing in Toronto.; UBER | $50.17 |
| 04/29/15 | Travel - Airfare  Airfare for travel from Toronto to NYC after attending Nortel hearing.; Airfare Fees; Delta Airlines Economy | $275.80 |
| 04/29/15 | Meals - Business  Travel meal at Toronto airport after attending Nortel hearing.; A. Qureshi; Nobel Burger | $21.72 |
| 04/29/15 | Travel - Airfare  Airport fee for seat change during travel from Toronto to NY after attending Nortel hearing.; Airport Change Fee; Westjet (Delta Airlines) | $25.48 |
| 04/29/15 | Travel - Ground Transportation  Taxi cab from courthouse in Toronto to airport after attending Nortel hearing.; UBER | $85.61 |
| 04/30/15 | Meals (100%) 4/30/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800349; DATE: 4/30/2015 Committee call - 8 people | $169.19 |
| 05/04/15 | Computerized Legal Research - Westlaw User: GARRISON,CHES Date: 5/4/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $330.46 |
| 05/04/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: LA DOCUMENT ACCESS; Quantity: | $34.20 |

| Date | Description | Amount |
|---|---|---|
| 05/04/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GARRISON CHES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 2.0 | $18.00 |
| 05/04/15 | Travel - Ground Transportation Car home after working late; Uber | $112.00 |
| 05/04/15 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 98436 DATE: 5/4/2015 NAME: BOTTER DAVID H TICKET #: 8765037720 DEPARTURE DATE: 05/05/2015 ROUTE: NYP.WIL NYP Business Fare | $352.00 |
| 05/04/15 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 98436 DATE: 5/4/2015 NAME: BOTTER DAVID H TICKET #: 0647037745 DEPARTURE DATE: 05/05/2015 ROUTE: UNKNOWN | $32.00 |
| 05/05/15 | Audio and Web Conference Services Expenses for the month of April 2015 VENDOR: TELCONF LLC; INVOICE#: 05001-01001-15; DATE: 5/5/2015 | $2,368.03 |
| 05/05/15 | Computerized Legal Research - Westlaw User: GARRISON,CHES Date: 5/5/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $41.31 |
| 05/05/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GARRISON CHES; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 05/05/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GARRISON CHES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $18.00 |
| 05/05/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2080226 DATE: 5/10/2015 Kahn Brad - !Savory Full - 05/05/2015 | $24.23 |
| 05/07/15 | Meals (100%) 5/7/15 J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800350; DATE: 5/7/2015 Committee call - 8 people | $140.99 |
| 05/12/15 | Travel - Ground Transportation Taxi home after working late.; Uber | $28.00 |
| 05/12/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2083654 DATE: 5/17/2015 Fagen Matthew - Dig Inn Seasonal Market 275 Madison - 05/12/2015 | $21.43 |
| 05/12/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2083654 DATE: 5/17/2015 | $29.17 |

| Date | Description | Amount |
|---|---|---|
| | Johnson Robert - Ageha Sushi - 05/12/2015 | |
| 05/13/15 | Duplication - In House  Photocopy - User # 990100, NY, 288 page(s) | $28.80 |
| 05/13/15 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 5/13/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 05/13/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE  NICHOLAS; Charge Type: SEARCHES; Quantity: 3.0 | $548.10 |
| 05/13/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE  NICHOLAS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $54.00 |
| 05/13/15 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: STABILE  NICHOLAS; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 05/13/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2083654 DATE: 5/17/2015 Weinreb Carly - The Red Flame Diner Coffee House - 05/13/2015 | $20.36 |
| 05/13/15 | Travel - Ground Transportation  Taxi cab from OBP to home after working late on Nortel case.; NYC Taxi Cab | $8.15 |
| 05/14/15 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/14/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $40.96 |
| 05/14/15 | Meals (100%)  5/14/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800352; DATE: 5/14/2015 Committee call - 12 people | $140.99 |
| 05/14/15 | Travel - Ground Transportation  Car home after working late; Uber | $114.00 |
| 05/14/15 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $21.36 |
| 05/15/15 | Duplication - Off Site  VENDOR: XACT DATA DISCOVERY/XDD (43-1685216); INVOICE#: 11-63104; DATE: 5/15/2015  -  Customer ID: 11AKINGUMP | $320.55 |
| 05/15/15 | Travel - Ground Transportation  Taxi cab from OBP to home after working late on Nortel case.; NYC Taxi Cab | $9.12 |
| 05/16/15 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 5/16/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.48 |
| 05/16/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS  ANNIE; Charge | $49.50 |

| Date | Description | Amount |
|---|---|---|
| | Type: LA DOCUMENT ACCESS; Quantity: 1.0 | |
| 05/18/15 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 5/18/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $349.23 |
| 05/18/15 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 5/18/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $20.90 |
| 05/19/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GARRISON CHES; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 05/19/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GARRISON CHES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $36.00 |
| 05/20/15 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 5/20/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $211.18 |
| 05/20/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: DOCUMENT PRINTING; Quantity: 13.0 | $175.50 |
| 05/20/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: SEARCHES; Quantity: 3.0 | $548.10 |
| 05/20/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 21.0 | $378.00 |
| 05/20/15 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: STABILE NICHOLAS; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.0 | $20.93 |
| 05/21/15 | Duplication - In House Photocopy - User # 990100, NY, 11 page(s) | $1.10 |
| 05/21/15 | Duplication - In House Photocopy - User # 990100, NY, 66 page(s) | $6.60 |
| 05/21/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $72.00 |
| 05/22/15 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 5/22/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 05/22/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; | $1,096.20 |

| Date | Description | Amount |
|---|---|---|
| 05/22/15 | Employee: STABILE NICHOLAS; Charge Type: SEARCHES; Quantity: 6.0 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 5.0 | $90.00 |
| | Current Expenses | $9,509.62 |