# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MAY 1, 2015 THROUGH MAY 31, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 90.65 | $104,247.50 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 75.90 | $94,875.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 129.30 | $126,067.50 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 54.30 | $59,458.50 |
| Bruce E. Simonetti | Partner for 10 years; Admitted in 1995; Tax Department | $935 | 5.20 | $4,862.00 |
| Joseph L. Sorkin | Partner for 4 years; Admitted in 2001; Litigation Department | $865 | 25.00 | $21,625.00 |
| Austin S. Lilling | Senior Counsel for 4 years; Admitted in 2001; Tax Department | $730 | 1.50 | $1,095.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 42.20 | $34,182.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 69.65 | $53,978.75 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 30.80 | $21,868.00 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 85.30 | $48,194.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 48.70 | $24,106.50 |
| Ches W. Garrison | Associate for 2 years; Admitted in 2013; Financial Restructuring Department | $495 | 10.10 | $4,999.50 |
| Nicholas P. Stabile | Associate for 2 years; Admitted in 2010; Litigation Department | $655 | 8.90 | $5,829.50 |
| Daniel Z. Vira | Senior Attorney for 3 years; Admitted in 1992; Tax Department | $725 | 6.90 | $5,002.50 |
| Carly I. Weinreb | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 21.50 | $10,642.50 |
| Rebecca A. Wirakesuma | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $495 | 3.80 | $1,881.00 |
| Jessica R. Watters | Legal Assistant for 3 years; Financial Restructuring Department | $230 | 4.80 | $1,104.00 |
| Leslie W. Lanphear | Librarian for 8 years | $265 | 2.10 | $556.50 |

Total Amount of Fees: **$624,575.75**
Total Number of Hours: **716.60**
Blended Hourly Rate: **$871.58**