# Nortel Networks Inc., et al

## Berkeley Research Group, LLC



## Exhibit A: Time Detail

For the Period 6/1/2015 through 6/30/2015

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/3/2015 | C. Kearns | 0.5 | Responded to calls from Committee members on letter from UST. |
| 6/4/2015 | C. Kearns | 0.3 | Participated in conference call with D. Botter (counsel) re: letter from UST and next steps. |
| 6/5/2015 | C. Kearns | 0.3 | Emailed with counsel on motion to reconsider. |
| 6/8/2015 | C. Kearns | 0.3 | Emailed with counsel on allocation related issues. |
| 6/11/2015 | J. Borow | 1.6 | Reviewed motion for reconsideration and clarification. |
| 6/12/2015 | J. Borow | 2.1 | Reviewed motions filed in connection with reconsideration and clarification. |
| 6/12/2015 | C. Kearns | 0.5 | Emailed with counsel re: motion to reconsider and related objections. |
| 6/14/2015 | J. Hyland | 2.3 | Analyzed pre-bankruptcy intercompany Nortel transactions. |
| 6/15/2015 | A. Cowie | 2.9 | Analyzed estate replies to motion to reconsider. |
| 6/15/2015 | A. Cowie | 2.8 | Continued to analyze estate replies to motion to reconsider. |
| 6/15/2015 | C. Kearns | 2.2 | Reviewed reply briefs on motion to reconsider. |
| 6/15/2015 | J. Borow | 1.3 | Reviewed assertions by parties re: motions for reconsideration. |
| 6/15/2015 | C. Kearns | 0.5 | Participated in conference call with A. Qureshi (counsel) re: counsel's needs to respond to reply briefs. |
| 6/16/2015 | A. Cowie | 2.9 | Analyzed estate replies to motion to reconsider. |
| 6/16/2015 | J. Hyland | 2.9 | Analyzed reply briefs to request for reconsideration. |
| 6/16/2015 | J. Hyland | 2.7 | Continued analyzing reply briefs to request for consideration. |
| 6/16/2015 | J. Hyland | 2.6 | Continued analyzing reply briefs to request for reconsideration. |
| 6/16/2015 | A. Cowie | 1.8 | Continued to analyze estate replies to motion to reconsider. |
| 6/16/2015 | A. Cowie | 0.9 | Continued to analyze estate replies to motion to reconsider. |

Berkeley Research Group, LLC

Invoice for the 6/1/2015 - 6/30/2015 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/17/2015 | C. Kearns | 0.5 | Reviewed outline of reply brief prepared by counsel and gave comments. |
| 6/18/2015 | J. Hyland | 2.8 | Reviewed reply brief summary and analyzed recovery calculations. |
| 6/18/2015 | J. Hyland | 2.7 | Analyzed bondholder reply brief in response to the motion for reconsideration. |
| 6/18/2015 | J. Borow | 1.6 | Reviewed issues pertaining to motion for reconsideration. |
| 6/18/2015 | C. Kearns | 0.6 | Discussed outline of reply brief with counsel. |
| 6/18/2015 | C. Kearns | 0.3 | Reviewed portion of UKP brief in opposition. |
| 6/19/2015 | A. Cowie | 2.9 | Analyzed drafts of Debtors' reply on objections to motion for reconsideration. |
| 6/19/2015 | A. Cowie | 2.8 | Continued to analyze drafts of Debtors' reply on objections to motion for reconsideration. |
| 6/19/2015 | J. Hyland | 2.8 | Reviewed draft reply brief from Cleary. |
| 6/19/2015 | J. Hyland | 2.7 | Analyzed proceeds allocation based upon reply briefs. |
| 6/19/2015 | A. Cowie | 2.4 | Continued to analyze drafts of Debtors' reply on objections to motion for reconsideration. |
| 6/19/2015 | J. Borow | 2.2 | Reviewed issues and concepts pertaining to responses to motions to reconsider. |
| 6/19/2015 | C. Kearns | 1.0 | Read latest turn of draft reply briefs and gave comments to counsel. |
| 6/19/2015 | C. Kearns | 0.6 | Read draft reply by Debtor and emailed comments to counsel. |
| 6/19/2015 | C. Kearns | 0.4 | Responded to inbound creditor call on allocation based on public information. |
| 6/19/2015 | C. Kearns | 0.3 | Emailed with counsel re: possible settlement scenarios. |
| 6/19/2015 | C. Kearns | 0.2 | Read draft of ad hoc bonds' reconsideration motion reply. |
| 6/20/2015 | A. Cowie | 1.8 | Analyzed drafts of Debtors' reply on objections to motion for reconsideration. |
| 6/21/2015 | J. Borow | 2.4 | Reviewed various iterations of reply of UCC to Motion for reconsideration. |
| 6/21/2015 | J. Hyland | 2.0 | Reviewed reply brief from the Committee prepared by counsel. |
| 6/22/2015 | A. Cowie | 2.9 | Analyzed reconsideration reply document. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/22/2015 | J. Hyland | 2.9 | Reviewed reply briefs in support of reconsideration motions. |
| 6/22/2015 | J. Hyland | 2.8 | Reviewed reply brief from estates re: motion for reconsideration. |
| 6/22/2015 | J. Borow | 2.1 | Reviewed various iterations of Reply of UCC to Motion for Reconsideration. |
| 6/22/2015 | A. Cowie | 1.8 | Continued to analyze reconsideration reply document. |
| 6/22/2015 | J. Hyland | 1.4 | Continued reviewing reply briefs in support of reconsideration motions. |
| 6/22/2015 | C. Kearns | 0.6 | Reviewed draft Committee reply brief and emailed counsel with comments. |
| 6/22/2015 | C. Kearns | 0.5 | Reviewed redline to Cleary draft reply brief and emailed counsel with comments. |
| 6/22/2015 | C. Kearns | 0.2 | Participated in conference call with F. Hodara and R. Johnson (counsel) re: logistics for hearing on reconsideration. |
| 6/23/2015 | J. Hyland | 2.9 | Analyzed reply briefs from interested parties. |
| 6/23/2015 | J. Hyland | 2.8 | Continued analyzing reply briefs from interested parties. |
| 6/23/2015 | A. Cowie | 2.6 | Analyzed reconsideration documents. |
| 6/23/2015 | J. Hyland | 2.0 | Continued analyzing reply briefs from interested parties. |
| 6/23/2015 | J. Borow | 1.7 | Reviewed filings of various parties in anticipation of hearing on motion to reconsider. |
| 6/23/2015 | C. Kearns | 0.3 | Participated in follow-up conference call with F. Hodara (counsel) after Chilmark call re: Debtors' planned approach. |
| 6/23/2015 | C. Kearns | 0.3 | Prepared short memo for counsel re: issues to highlight at trial for reconsideration. |
| 6/23/2015 | C. Kearns | 0.2 | Emailed with counsel re: demonstratives. |
| 6/23/2015 | J. Hyland | 0.2 | Reviewed agenda for 6/25/15 proceeds allocation hearing. |
| 6/24/2015 | J. Hyland | 2.4 | Analyzed proceeds allocation issues for counsel. |
| 6/24/2015 | J. Borow | 1.3 | Continued to review filings relating to motions for reconsideration. |
| 6/24/2015 | C. Kearns | 0.7 | Reviewed counsel outline of court presentation on motion for reconsideration and provided comments. |
| 6/24/2015 | C. Kearns | 0.5 | Responded to counsel emails requesting information to prepare for hearing. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/24/2015 | C. Kearns | 0.5 | Reviewed briefs for reconsideration. |
| 6/25/2015 | A. Cowie | 2.9 | Analyzed creditor recovery scenarios in support of counsel. |
| 6/25/2015 | J. Borow | 2.9 | Attended hearing in bankruptcy courts re: motions for reconsideration. |
| 6/25/2015 | C. Kearns | 0.2 | Participated in post-hearing debrief with counsel. |
| 6/26/2015 | J. Hyland | 2.9 | Reviewed filed oppositions to Britven report. |
| 6/26/2015 | J. Hyland | 1.6 | Reviewed Britven report and counter report re: claims allocation. |
| 6/29/2015 | C. Kearns | 0.2 | Emailed with counsel re: allocation matters. |
| 6/30/2015 | C. Kearns | 0.1 | Emailed with counsel re: status of discussions. |
| **Task Code Total Hours** | | **108.8** | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 6/1/2015 | J. Borow | 0.8 | Reviewed May Fee Application details. |
| 6/9/2015 | J. Blum | 0.6 | Prepared May Fee Application. |
| 6/9/2015 | J. Hyland | 0.2 | Prepared May fee estimate for counsel. |
| 6/11/2015 | A. Cowie | 1.7 | Analyzed May Fee Application. |
| 6/12/2015 | A. Cowie | 2.3 | Analyzed May Fee Application. |
| 6/16/2015 | J. Blum | 2.1 | Prepared May Fee Application. |
| 6/23/2015 | J. Blum | 0.6 | Prepared May Fee Application. |
| 6/25/2015 | J. Blum | 0.6 | Prepared May Fee Application. |
| 6/25/2015 | J. Hyland | 0.6 | Reviewed May Fee Application. |
| **Task Code Total Hours** | | **9.5** | |
| **06. Attend Hearings/Related Activities** | | | |
| 6/25/2015 | C. Kearns | 2.9 | Attended hearing on motion for reconsideration. |
| 6/25/2015 | C. Kearns | 2.9 | Continued to attend hearing on motion for reconsideration. |
| 6/25/2015 | C. Kearns | 2.8 | Continued to attend hearing on motion for reconsideration. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **06. Attend Hearings/Related Activities** | | | |
| 6/25/2015 | J. Hyland | 2.6 | Continued participating in court call re: motion to reconsider proceeds allocation decision. |
| 6/25/2015 | J. Borow | 2.1 | Continued to attend hearing for motion for reconsideration. |
| 6/25/2015 | J. Hyland | 2.0 | Participated in court call re: motion to reconsider proceeds allocation decision. |
| 6/25/2015 | J. Hyland | 1.2 | Continued participating in court call re: motion to reconsider allocation decision. |
| 6/25/2015 | J. Hyland | 1.0 | Continued participating in court call re: motion to reconsider proceeds allocation decision. |
| 6/25/2015 | J. Borow | 0.8 | Continued to attend hearing regarding motion for reconsideration. |
| 6/25/2015 | J. Borow | 0.5 | Continued to attend hearing in bankruptcy courts re: motions for reconsideration. |
| 6/25/2015 | J. Hyland | 0.3 | Continued participating in court call re: motion to reconsider proceeds allocation decision. |
| **Task Code Total Hours** | | **19.1** | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 6/23/2015 | C. Kearns | 0.6 | Participated in conference call with M. Kennedy (Chilmark) re: approach to hearing for motion to reconsider. |
| 6/23/2015 | A. Cowie | 0.6 | Participated in discussion with M. Kennedy (Chilmark) in regard to reconsideration motion. |
| **Task Code Total Hours** | | **1.2** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 6/3/2015 | J. Borow | 0.8 | Discussed with party in interest regarding status of matter. |
| 6/3/2015 | J. Borow | 0.7 | Discussed with party in interest re: status of matter and recent court decision. |
| 6/4/2015 | J. Hyland | 1.3 | Reviewed documentation for UCC call. |
| 6/5/2015 | C. Kearns | 0.8 | Participated in call with Committee re: trade claims and other matters. |
| 6/5/2015 | J. Hyland | 0.8 | Participated in weekly UCC call with UCC members and professionals. |
| 6/5/2015 | J. Borow | 0.7 | Attended portion of conference call with UCC and professionals to UCC. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 6/9/2015 | J. Borow | 1.2 | Discussed with party in interest regarding status of matter and recent opinion issued by judges on allocation. |
| 6/11/2015 | J. Hyland | 2.6 | Reviewed documents for UCC call. |
| 6/11/2015 | C. Kearns | 0.5 | Participated in call with Committee members and professionals. |
| 6/11/2015 | J. Borow | 0.5 | Participated in meeting with UCC and professional to UCC. |
| 6/11/2015 | J. Hyland | 0.5 | Participated in weekly UCC call with UCC members and professionals. |
| 6/18/2015 | J. Borow | 0.9 | Met with counsel to UCC re: status and process re: motion to reconsider |
| 6/18/2015 | A. Cowie | 0.8 | Prepared discussion points for UCC call. |
| 6/18/2015 | C. Kearns | 0.6 | Participated in call with the Committee re: case matters. |
| 6/18/2015 | J. Borow | 0.6 | Participated in meeting with UCC and professionals to UCC |
| 6/18/2015 | J. Hyland | 0.6 | Participated in weekly UCC call with UCC members and professionals. |
| 6/26/2015 | A. Cowie | 1.6 | Prepared discussion points for UCC call. |
| 6/26/2015 | J. Hyland | 0.7 | Participated in weekly UCC call with UCC members and professionals. |
| **Task Code Total Hours** | | **16.2** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 6/4/2015 | A. Cowie | 0.8 | Analyzed summary of creditor recoveries. |
| 6/17/2015 | A. Cowie | 2.9 | Analyzed creditor recoveries based on Courts' allocation decision. |
| 6/17/2015 | J. Hyland | 2.9 | Analyzed recoveries based upon judges' allocation decisions. |
| 6/17/2015 | J. Hyland | 2.6 | Continued analyzing recoveries based upon judges' allocation decisions. |
| 6/17/2015 | J. Hyland | 2.5 | Continued analyzing recoveries based upon judges' allocation decision. |
| 6/17/2015 | A. Cowie | 2.2 | Continued to analyze creditor recoveries based on Courts' allocation decision. |
| 6/17/2015 | A. Cowie | 1.9 | Continued to analyze creditor recoveries based on Courts' allocation decision. |
| 6/17/2015 | J. Hyland | 1.2 | Continued analyzing recoveries based upon judges' allocation decisions. |
| 6/24/2015 | A. Cowie | 2.4 | Analyzed creditor recovery scenarios. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 6/25/2015 | A. Cowie | 2.7 | Continued to analyze creditor recovery scenarios in support of counsel. |
| *Task Code Total Hours* | | **22.1** | |
| **11. Claim Analysis/Accounting** | | | |
| 6/15/2015 | J. Hyland | 2.8 | Analyzed claims related to judges' allocation decisions. |
| 6/23/2015 | J. Hyland | 1.0 | Analyzed 6/15/15 CCAA claims schedule. |
| 6/25/2015 | J. Hyland | 0.4 | Conducted call with T. Ayres (E&Y) re: NNL claims. |
| *Task Code Total Hours* | | **4.2** | |
| **18. Operating and Other Reports** | | | |
| 6/5/2015 | J. Borow | 1.8 | Reviewed recently issued financial information from Debtor. |
| *Task Code Total Hours* | | **1.8** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 6/10/2015 | J. Hyland | 2.8 | Analyzed cash balances for NNI and other estimates. |
| 6/18/2015 | J. Hyland | 0.5 | Reviewed CCAA June 14, 2015 cash forecast. |
| 6/29/2015 | J. Hyland | 2.0 | Reviewed cash forecasts for NNI. |
| *Task Code Total Hours* | | **5.3** | |
| **26. Tax Issues** | | | |
| 6/13/2015 | J. Hyland | 2.6 | Analyzed tax calculations for proceeds allocation. |
| 6/15/2015 | J. Hyland | 2.5 | Analyzed tax matter relative to proceeds allocation. |
| 6/15/2015 | J. Hyland | 0.6 | Conducted call with K. Rowe (counsel) re: proceeds allocation tax matters. |
| *Task Code Total Hours* | | **5.7** | |
| **Total Hours** | | **193.9** | |