**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**



For the Period 6/1/2015 through 6/30/2015

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 6/25/2015 | C. Kearns | $333.00 | Train fare (Business class) to Nortel hearing in D.E. |
| 6/25/2015 | C. Kearns | $105.00 | Train fare for ticket change for Nortel hearing in D.E. |
| *Expense Category Total* | | *$438.00* | |
| **08. Travel - Hotel/Lodging** | | | |
| 6/25/2015 | C. Kearns | $328.90 | Hotel in Wilmington, DE for Nortel hearing. |
| *Expense Category Total* | | *$328.90* | |
| **Total Expenses** | | **$766.90** | |

Berkeley Research Group, LLC
Invoice for the 6/1/2015 - 6/30/2015 Period