**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                         :
In Re                                                    : Chapter 11
                                                         : Case No. 09-10138 (KG)
Nortel Networks Inc., et al.[1]                          : Jointly Administered
                                                         :
                                      Debtors            : <u>**Objection Deadline**</u>: Sept. 15, 2015 at 4:00 p.m. (ET)
                                                         : <u>**Hearing Date**</u>: Scheduled only if necessary
---------------------------------------------------------X

<u>**VERIFICATION**</u>

STATE OF NEW YORK          )
                           ) SS:
COUNTY OF NEW YORK         )

Jay Borow, being duly sworn according to law, deposes and says:

a)      I am a Managing Director at the applicant firm, Berkeley Research Group, LLC, and am authorized to submit this verification on behalf of BRG.

b)      I have personally performed or supervised many of the professional services rendered by BRG as financial advisor to the official committee of unsecured creditors and am familiar with the work performed on behalf of the Official Committee of Unsecured Creditors by the professionals and other persons in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)      All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: [Insert list of Debtors' names and tax id's as shown in the BRG retention application]

1

e)      I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

Executed on August 26, 2015

/s/ Jay Borow
Jay Borow