# EXHIBIT C

Case 09-10138-MFW   Doc 16081-4   Filed 08/27/15   Page 2 of 2

## DISBURSEMENT SUMMARY
## MAY 1 TO MAY 31, 2015
### (All Amounts in Canadian Dollars)

| Non-Taxable Disbursements | |
|---|---|
| Copies | $ 924.70 |
| Binding, Tabs, Disks, etc | $ 126.37 |
| Library Computer Searches | $ 1,067.00 |
| Telephone / Long Distance/Conference Calls | $ 11.28 |
| Agency Fees and Disbursements | $ 65.00 |
| **Total Non-Taxable Disbursements** | **$ 2,194.35 CDN.** |