**EXHIBIT D**

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 4/9/2015 | Telephone | 1 | 3.96 |
| 4/14/2015 | Telephone | 1 | 0.60 |
| 4/27/2015 | Telephone | 1 | 1.20 |
| 5/1/2015 | Copies | 2 | 0.20 |
| 5/1/2015 | Copies | 2 | 0.20 |
| 5/1/2015 | Copies | 9 | 0.90 |
| 5/1/2015 | Copies | 2 | 0.20 |
| 5/1/2015 | Copies | 2 | 0.20 |
| 5/1/2015 | Copies | 8 | 0.80 |
| 5/1/2015 | Copies | 8 | 0.80 |
| 5/1/2015 | Copies | 8 | 0.80 |
| 5/1/2015 | Copies | 8 | 0.80 |
| 5/5/2015 | Copies | 2 | 0.20 |
| 5/5/2015 | Copies | 2 | 0.20 |
| 5/5/2015 | Copies | 2 | 0.20 |
| 5/5/2015 | Copies | 2 | 0.20 |
| 5/5/2015 | Copies | 6 | 0.60 |
| 5/5/2015 | Copies | 11 | 1.10 |
| 5/5/2015 | Copies | 4 | 0.40 |
| 5/5/2015 | Copies | 3 | 0.30 |
| 5/5/2015 | Copies | 2 | 0.20 |
| 5/6/2015 | Copies | 2 | 0.20 |
| 5/6/2015 | Copies | 2 | 0.20 |
| 5/12/2015 | Copies | 130 | 13.00 |
| 5/12/2015 | Copies | 2 | 0.20 |
| 5/12/2015 | Copies | 130 | 13.00 |
| 5/12/2015 | Copies | 390 | 39.00 |
| 5/12/2015 | Copies | 279 | 27.90 |
| 5/12/2015 | Copies | 116 | 11.60 |
| 5/13/2015 | Binding, Tabs, Disks, etc | 1 | 6.00 |
| 5/13/2015 | Binding, Tabs, Disks, etc | 1 | 11.86 |
| 5/13/2015 | Copies | 6 | 0.60 |
| 5/13/2015 | Copies | 2 | 0.20 |
| 5/13/2015 | Copies | 5 | 0.50 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/13/2015 | Copies | 3 | 0.30 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 2 | 0.20 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 2 | 0.20 |
| 5/13/2015 | Copies | 2 | 0.20 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 5 | 0.50 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 28 | 2.80 |
| 5/13/2015 | Copies | 24 | 2.40 |
| 5/13/2015 | Copies | 2 | 0.20 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 5 | 0.50 |
| 5/13/2015 | Copies | 74 | 7.40 |
| 5/13/2015 | Copies | 12 | 1.20 |
| 5/13/2015 | Copies | 8 | 0.80 |
| 5/13/2015 | Copies | 12 | 1.20 |
| 5/13/2015 | Copies | 24 | 2.40 |
| 5/13/2015 | Copies | 5 | 0.50 |
| 5/13/2015 | Copies | 5 | 0.50 |
| 5/13/2015 | Copies | 5 | 0.50 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 93 | 9.30 |
| 5/13/2015 | Copies | 130 | 13.00 |
| 5/13/2015 | Copies | 2 | 0.20 |
| 5/13/2015 | Copies | 5 | 0.50 |
| 5/13/2015 | Copies | 5 | 0.50 |
| 5/13/2015 | Copies | 40 | 4.00 |
| 5/13/2015 | Copies | 22 | 2.20 |
| 5/13/2015 | Copies | 42 | 4.20 |
| 5/13/2015 | Copies | 94 | 9.40 |
| 5/13/2015 | Copies | 10 | 1.00 |
| 5/13/2015 | Copies | 12 | 1.20 |
| 5/13/2015 | Copies | 34 | 3.40 |
| 5/13/2015 | Copies | 26 | 2.60 |
| 5/13/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*14937086.1

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 5/13/2015 | Copies | 8 | 0.80 |
| 5/13/2015 | Copies | 4 | 0.40 |
| 5/13/2015 | Copies | 8 | 0.80 |
| 5/13/2015 | Copies | 2 | 0.20 |
| 5/13/2015 | Copies | 3 | 0.30 |
| 5/14/2015 | Binding, Tabs, Disks, etc | 1 | 10.50 |
| 5/14/2015 | Binding, Tabs, Disks, etc | 1 | 16.53 |
| 5/14/2015 | Agency Fees and Disbursements - RELIABLE PROCESS SERVERS= 62950  JULY 23/15 | 1 | 65.00 |
| 5/14/2015 | Copies | 8 | 0.80 |
| 5/14/2015 | Copies | 8 | 0.80 |
| 5/14/2015 | Copies | 12 | 1.20 |
| 5/14/2015 | Copies | 18 | 1.80 |
| 5/14/2015 | Copies | 2 | 0.20 |
| 5/14/2015 | Copies | 2 | 0.20 |
| 5/14/2015 | Copies | 250 | 25.00 |
| 5/14/2015 | Copies | 155 | 15.50 |
| 5/14/2015 | Copies | 106 | 10.60 |
| 5/14/2015 | Copies | 2 | 0.20 |
| 5/14/2015 | Copies | 93 | 9.30 |
| 5/14/2015 | Copies | 14 | 1.40 |
| 5/14/2015 | Copies | 7 | 0.70 |
| 5/14/2015 | Copies | 9 | 0.90 |
| 5/14/2015 | Copies | 7 | 0.70 |
| 5/14/2015 | Copies | 26 | 2.60 |
| 5/14/2015 | Copies | 6 | 0.60 |
| 5/14/2015 | Copies | 31 | 3.10 |
| 5/14/2015 | Copies | 23 | 2.30 |
| 5/14/2015 | Copies | 6 | 0.60 |
| 5/14/2015 | Copies | 47 | 4.70 |
| 5/14/2015 | Copies | 5 | 0.50 |
| 5/14/2015 | Copies | 5 | 0.50 |
| 5/14/2015 | Copies | 6 | 0.60 |
| 5/14/2015 | Copies | 29 | 2.90 |
| 5/14/2015 | Copies | 13 | 1.30 |
| 5/14/2015 | Copies | 36 | 3.60 |
| 5/14/2015 | Copies | 8 | 0.80 |
| 5/14/2015 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
| --- | --- | --- | --- |
| 5/14/2015 | Copies | 12 | 1.20 |
| 5/14/2015 | Copies | 22 | 2.20 |
| 5/14/2015 | Copies | 10 | 1.00 |
| 5/14/2015 | Copies | 10 | 1 |
| 5/14/2015 | Copies | 15 | 1.5 |
| 5/14/2015 | Copies | 14 | 1.4 |
| 5/14/2015 | Copies | 9 | 0.9 |
| 5/14/2015 | Copies | 27 | 2.7 |
| 5/14/2015 | Copies | 6 | 0.6 |
| 5/14/2015 | Copies | 31 | 3.1 |
| 5/14/2015 | Copies | 5 | 0.5 |
| 5/14/2015 | Copies | 15 | 1.5 |
| 5/14/2015 | Copies | 14 | 1.4 |
| 5/14/2015 | Copies | 19 | 1.9 |
| 5/14/2015 | Copies | 16 | 1.6 |
| 5/14/2015 | Copies | 16 | 1.6 |
| 5/14/2015 | Copies | 9 | 0.9 |
| 5/14/2015 | Copies | 9 | 0.9 |
| 5/14/2015 | Copies | 11 | 1.1 |
| 5/14/2015 | Library Computer Searches- WestLaw Bill for Stephanie Baldassarra | 1 | 74 |
| 5/14/2015 | Library Computer Searches- WestLaw Bill for Christopher Selby | 1 | 573.5 |
| 5/14/2015 | Binding, Tabs, Disks, etc | 1 | 2.25 |
| 5/15/2015 | Binding, Tabs, Disks, etc | 1 | 16.53 |
| 5/15/2015 | Copies | 9 | 0.9 |
| 5/15/2015 | Copies | 10 | 1 |
| 5/15/2015 | Copies | 31 | 3.1 |
| 5/15/2015 | Copies | 26 | 2.6 |
| 5/15/2015 | Copies | 9 | 0.9 |
| 5/15/2015 | Copies | 6 | 0.6 |
| 5/15/2015 | Copies | 13 | 1.3 |
| 5/15/2015 | Copies | 8 | 0.8 |
| 5/15/2015 | Copies | 19 | 1.9 |
| 5/15/2015 | Copies | 16 | 1.6 |
| 5/15/2015 | Copies | 24 | 2.4 |
| 5/15/2015 | Copies | 15 | 1.5 |
| 5/15/2015 | Copies | 13 | 1.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/15/2015 | Copies | 9 | 0.9 |
| 5/15/2015 | Copies | 27 | 2.7 |
| 5/15/2015 | Copies | 27 | 2.7 |
| 5/15/2015 | Copies | 5 | 0.5 |
| 5/15/2015 | Copies | 5 | 0.5 |
| 5/15/2015 | Copies | 6 | 0.6 |
| 5/15/2015 | Copies | 9 | 0.9 |
| 5/15/2015 | Copies | 9 | 0.9 |
| 5/15/2015 | Copies | 10 | 1 |
| 5/15/2015 | Copies | 17 | 1.7 |
| 5/15/2015 | Copies | 2 | 0.2 |
| 5/15/2015 | Copies | 6 | 0.6 |
| 5/15/2015 | Copies | 31 | 3.1 |
| 5/15/2015 | Copies | 22 | 2.2 |
| 5/15/2015 | Copies | 9 | 0.9 |
| 5/15/2015 | Copies | 12 | 1.2 |
| 5/15/2015 | Copies | 5 | 0.5 |
| 5/15/2015 | Copies | 15 | 1.5 |
| 5/15/2015 | Copies | 14 | 1.4 |
| 5/15/2015 | Copies | 7 | 0.7 |
| 5/15/2015 | Copies | 22 | 2.2 |
| 5/15/2015 | Copies | 10 | 1 |
| 5/15/2015 | Copies | 6 | 0.6 |
| 5/15/2015 | Copies | 7 | 0.7 |
| 5/15/2015 | Copies | 22 | 2.2 |
| 5/15/2015 | Copies | 47 | 4.7 |
| 5/15/2015 | Copies | 29 | 2.9 |
| 5/15/2015 | Copies | 36 | 3.6 |
| 5/15/2015 | Copies | 3 | 0.3 |
| 5/15/2015 | Copies | 5 | 0.5 |
| 5/15/2015 | Copies | 16 | 1.6 |
| 5/15/2015 | Copies | 1 | 0.1 |
| 5/15/2015 | Copies | 18 | 1.8 |
| 5/15/2015 | Copies | 4 | 0.4 |
| 5/15/2015 | Copies | 52 | 5.2 |
| 5/15/2015 | Copies | 54 | 5.4 |
| 5/15/2015 | Copies | 108 | 10.8 |
| 5/15/2015 | Copies | 44 | 4.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/15/2015 | Copies | 2 | 0.2 |
| 5/15/2015 | Copies | 26 | 2.6 |
| 5/15/2015 | Copies | 22 | 2.2 |
| 5/15/2015 | Copies | 15 | 1.5 |
| 5/15/2015 | Copies | 24 | 2.4 |
| 5/15/2015 | Copies | 2 | 0.2 |
| 5/15/2015 | Copies | 53 | 5.3 |
| 5/15/2015 | Copies | 62 | 6.2 |
| 5/15/2015 | Copies | 5 | 0.5 |
| 5/15/2015 | Copies | 18 | 1.8 |
| 5/15/2015 | Copies | 25 | 2.5 |
| 5/15/2015 | Copies | 28 | 2.8 |
| 5/15/2015 | Copies | 2 | 0.2 |
| 5/15/2015 | Copies | 2 | 0.2 |
| 5/15/2015 | Copies | 23 | 2.3 |
| 5/15/2015 | Copies | 20 | 2 |
| 5/16/2015 | Library Computer Searches- WestLaw Bill for Stephanie Baldassarra | 1 | 129.5 |
| 5/18/2015 | Copies | 8 | 0.8 |
| 5/18/2015 | Copies | 5 | 0.5 |
| 5/18/2015 | Copies | 8 | 0.8 |
| 5/18/2015 | Copies | 8 | 0.8 |
| 5/18/2015 | Copies | 2 | 0.2 |
| 5/18/2015 | Copies | 4 | 0.4 |
| 5/18/2015 | Copies | 2 | 0.2 |
| 5/18/2015 | Copies | 4 | 0.4 |
| 5/18/2015 | Library Computer Searches- WestLaw Bill fo Stephanie Baldassarra | 1 | 55.5 |
| 5/18/2015 | Library Computer Searches- WestLaw Bill fo Christopher Selby | 1 | 37 |
| 5/19/2015 | Binding, Tabs, Disks, etc | 1 | 9.75 |
| 5/19/2015 | Copies | 3 | 0.3 |
| 5/19/2015 | Copies | 14 | 1.4 |
| 5/19/2015 | Copies | 50 | 5 |
| 5/19/2015 | Copies | 48 | 4.8 |
| 5/19/2015 | Copies | 45 | 4.5 |
| 5/19/2015 | Copies | 11 | 1.1 |
| 5/19/2015 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/19/2015 | Copies | 1 | 0.1 |
| 5/19/2015 | Copies | 82 | 8.2 |
| 5/19/2015 | Copies | 59 | 5.9 |
| 5/19/2015 | Copies | 1 | 0.1 |
| 5/19/2015 | Copies | 38 | 3.8 |
| 5/19/2015 | Copies | 54 | 5.4 |
| 5/19/2015 | Copies | 3 | 0.3 |
| 5/19/2015 | Copies | 2 | 0.2 |
| 5/19/2015 | Copies | 4 | 0.4 |
| 5/19/2015 | Copies | 8 | 0.8 |
| 5/19/2015 | Copies | 8 | 0.8 |
| 5/19/2015 | Copies | 27 | 2.7 |
| 5/19/2015 | Copies | 8 | 0.8 |
| 5/19/2015 | Copies | 8 | 0.8 |
| 5/19/2015 | Copies | 6 | 0.6 |
| 5/19/2015 | Copies | 8 | 0.8 |
| 5/19/2015 | Copies | 8 | 0.8 |
| 5/19/2015 | Copies | 24 | 2.4 |
| 5/19/2015 | Copies | 27 | 2.7 |
| 5/19/2015 | Copies | 4 | 0.4 |
| 5/19/2015 | Copies | 5 | 0.5 |
| 5/19/2015 | Binding, Tabs, Disks, etc | 1 | 3.23 |
| 5/19/2015 | Library Computer Searches- WestLaw Bill for Christopher Selby | 1 | 68 |
| 5/20/2015 | Copies | 1 | 0.1 |
| 5/20/2015 | Copies | 52 | 5.2 |
| 5/20/2015 | Copies | 13 | 1.3 |
| 5/20/2015 | Copies | 28 | 2.8 |
| 5/20/2015 | Copies | 5 | 0.5 |
| 5/20/2015 | Copies | 18 | 1.8 |
| 5/20/2015 | Copies | 1 | 0.1 |
| 5/20/2015 | Copies | 22 | 2.2 |
| 5/20/2015 | Copies | 13 | 1.3 |
| 5/20/2015 | Copies | 18 | 1.8 |
| 5/20/2015 | Copies | 19 | 1.9 |
| 5/20/2015 | Copies | 2 | 0.2 |
| 5/20/2015 | Copies | 23 | 2.3 |
| 5/20/2015 | Copies | 1 | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/20/2015 | Copies | 5 | 0.5 |
| 5/20/2015 | Copies | 24 | 2.4 |
| 5/20/2015 | Copies | 1 | 0.1 |
| 5/20/2015 | Library Computer Searches- WestLaw Bill for Stephanie Baldassarra | 1 | 111 |
| 5/21/2015 | Copies | 7 | 0.7 |
| 5/21/2015 | Copies | 2 | 0.2 |
| 5/21/2015 | Copies | 7 | 0.7 |
| 5/21/2015 | Copies | 4 | 0.4 |
| 5/21/2015 | Copies | 2 | 0.2 |
| 5/21/2015 | Copies | 9 | 0.9 |
| 5/21/2015 | Copies | 7 | 0.7 |
| 5/21/2015 | Copies | 6 | 0.6 |
| 5/21/2015 | Copies | 9 | 0.9 |
| 5/21/2015 | Copies | 3 | 0.3 |
| 5/21/2015 | Copies | 4 | 0.4 |
| 5/21/2015 | Copies | 4 | 0.4 |
| 5/21/2015 | Copies | 9 | 0.9 |
| 5/21/2015 | Copies | 8 | 0.8 |
| 5/21/2015 | Copies | 2 | 0.2 |
| 5/21/2015 | Copies | 2 | 0.2 |
| 5/21/2015 | Copies | 12 | 1.2 |
| 5/21/2015 | Copies | 6 | 0.6 |
| 5/21/2015 | Copies | 6 | 0.6 |
| 5/21/2015 | Copies | 2 | 0.2 |
| 5/21/2015 | Copies | 4 | 0.4 |
| 5/21/2015 | Copies | 3 | 0.3 |
| 5/21/2015 | Copies | 12 | 1.2 |
| 5/21/2015 | Copies | 12 | 1.2 |
| 5/21/2015 | Copies | 2 | 0.2 |
| 5/21/2015 | Copies | 2 | 0.2 |
| 5/21/2015 | Copies | 10 | 1 |
| 5/21/2015 | Copies | 4 | 0.4 |
| 5/22/2015 | Copies | 28 | 2.8 |
| 5/22/2015 | Copies | 26 | 2.6 |
| 5/22/2015 | Copies | 28 | 2.8 |
| 5/22/2015 | Copies | 4 | 0.4 |
| 5/22/2015 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/22/2015 | Copies | 3 | 0.3 |
| 5/22/2015 | Copies | 2 | 0.2 |
| 5/22/2015 | Copies | 20 | 2 |
| 5/22/2015 | Copies | 14 | 1.4 |
| 5/22/2015 | Copies | 8 | 0.8 |
| 5/22/2015 | Copies | 14 | 1.4 |
| 5/22/2015 | Copies | 24 | 2.4 |
| 5/22/2015 | Copies | 5 | 0.5 |
| 5/22/2015 | Copies | 28 | 2.8 |
| 5/22/2015 | Copies | 30 | 3 |
| 5/22/2015 | Copies | 21 | 2.1 |
| 5/22/2015 | Copies | 30 | 3 |
| 5/22/2015 | Copies | 3 | 0.3 |
| 5/22/2015 | Copies | 2 | 0.2 |
| 5/22/2015 | Copies | 17 | 1.7 |
| 5/22/2015 | Copies | 10 | 1 |
| 5/22/2015 | Copies | 1 | 0.1 |
| 5/22/2015 | Copies | 4 | 0.4 |
| 5/22/2015 | Copies | 6 | 0.6 |
| 5/22/2015 | Copies | 13 | 1.3 |
| 5/22/2015 | Copies | 26 | 2.6 |
| 5/22/2015 | Telephone - BELL CONFERENCING INC., INV#111291492 | 1 | 2.94 |
| 5/22/2015 | Telephone - BELL CONFERENCING INC., INV#111291492 | 1 | 2.58 |
| 5/23/2015 | Library Computer Searches- WestLaw Bill for Stefanie Baldassarra | 1 | 18.5 |
| 5/25/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 5/25/2015 | Copies | 22 | 2.2 |
| 5/25/2015 | Copies | 2 | 0.2 |
| 5/25/2015 | Copies | 9 | 0.9 |
| 5/25/2015 | Copies | 4 | 0.4 |
| 5/25/2015 | Copies | 14 | 1.4 |
| 5/25/2015 | Copies | 14 | 1.4 |
| 5/25/2015 | Copies | 28 | 2.8 |
| 5/25/2015 | Copies | 16 | 1.6 |
| 5/25/2015 | Copies | 12 | 1.2 |
| 5/25/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/25/2015 | Copies | 3 | 0.3 |
| 5/25/2015 | Copies | 8 | 0.8 |
| 5/25/2015 | Copies | 30 | 3 |
| 5/25/2015 | Copies | 17 | 1.7 |
| 5/25/2015 | Copies | 15 | 1.5 |
| 5/26/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 5/26/2015 | Binding, Tabs, Disks, etc | 1 | 6 |
| 5/26/2015 | Copies | 3 | 0.3 |
| 5/26/2015 | Copies | 2 | 0.2 |
| 5/26/2015 | Copies | 15 | 1.5 |
| 5/26/2015 | Copies | 7 | 0.7 |
| 5/26/2015 | Copies | 10 | 1 |
| 5/26/2015 | Copies | 41 | 4.1 |
| 5/26/2015 | Copies | 3 | 0.3 |
| 5/26/2015 | Copies | 37 | 3.7 |
| 5/26/2015 | Copies | 41 | 4.1 |
| 5/26/2015 | Copies | 5 | 0.5 |
| 5/26/2015 | Copies | 15 | 1.5 |
| 5/26/2015 | Copies | 5 | 0.5 |
| 5/26/2015 | Copies | 41 | 4.1 |
| 5/26/2015 | Copies | 3 | 0.3 |
| 5/26/2015 | Copies | 8 | 0.8 |
| 5/26/2015 | Copies | 8 | 0.8 |
| 5/26/2015 | Copies | 2 | 0.2 |
| 5/26/2015 | Copies | 2 | 0.2 |
| 5/26/2015 | Copies | 2 | 0.2 |
| 5/26/2015 | Copies | 37 | 3.7 |
| 5/26/2015 | Copies | 2 | 0.2 |
| 5/26/2015 | Copies | 16 | 1.6 |
| 5/26/2015 | Copies | 18 | 1.8 |
| 5/26/2015 | Copies | 3 | 0.3 |
| 5/26/2015 | Copies | 15 | 1.5 |
| 5/26/2015 | Copies | 16 | 1.6 |
| 5/26/2015 | Copies | 8 | 0.8 |
| 5/26/2015 | Copies | 2 | 0.2 |
| 5/26/2015 | Copies | 4 | 0.4 |
| 5/26/2015 | Copies | 16 | 1.6 |
| 5/26/2015 | Copies | 12 | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*14937086.1

Case 09-10138-MFW    Doc 16083    Filed 08/27/15    Page 12 of 16

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/26/2015 | Copies | 18 | 1.8 |
| 5/26/2015 | Copies | 43 | 4.3 |
| 5/26/2015 | Copies | 9 | 0.9 |
| 5/27/2015 | Binding, Tabs, Disks, etc | 1 | 10.7 |
| 5/27/2015 | Copies | 2 | 0.2 |
| 5/27/2015 | Copies | 3 | 0.3 |
| 5/27/2015 | Copies | 12 | 1.2 |
| 5/27/2015 | Copies | 13 | 1.3 |
| 5/27/2015 | Copies | 3 | 0.3 |
| 5/27/2015 | Copies | 12 | 1.2 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 31 | 3.1 |
| 5/27/2015 | Copies | 29 | 2.9 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 240 | 24 |
| 5/27/2015 | Copies | 12 | 1.2 |
| 5/27/2015 | Copies | 19 | 1.9 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 2 | 0.2 |
| 5/27/2015 | Copies | 2 | 0.2 |
| 5/27/2015 | Copies | 7 | 0.7 |
| 5/27/2015 | Copies | 4 | 0.4 |
| 5/27/2015 | Copies | 120 | 12 |
| 5/27/2015 | Copies | 8 | 0.8 |
| 5/27/2015 | Copies | 7 | 0.7 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 12 | 1.2 |
| 5/27/2015 | Copies | 7 | 0.7 |
| 5/27/2015 | Copies | 7 | 0.7 |
| 5/27/2015 | Copies | 12 | 1.2 |
| 5/27/2015 | Copies | 2 | 0.2 |
| 5/27/2015 | Copies | 89 | 8.9 |
| 5/27/2015 | Copies | 14 | 1.4 |
| 5/27/2015 | Copies | 16 | 1.6 |
| 5/27/2015 | Copies | 9 | 0.9 |
| 5/27/2015 | Copies | 118 | 11.8 |
| 5/27/2015 | Copies | 11 | 1.1 |
| 5/27/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
| --- | --- | --- | --- |
| 5/27/2015 | Copies | 2 | 0.2 |
| 5/27/2015 | Copies | 3 | 0.3 |
| 5/27/2015 | Copies | 4 | 0.4 |
| 5/27/2015 | Copies | 36 | 3.6 |
| 5/27/2015 | Copies | 8 | 0.8 |
| 5/27/2015 | Copies | 61 | 6.1 |
| 5/27/2015 | Copies | 3 | 0.3 |
| 5/27/2015 | Copies | 3 | 0.3 |
| 5/27/2015 | Copies | 31 | 3.1 |
| 5/27/2015 | Copies | 9 | 0.9 |
| 5/27/2015 | Copies | 47 | 4.7 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 22 | 2.2 |
| 5/27/2015 | Copies | 10 | 1 |
| 5/27/2015 | Copies | 17 | 1.7 |
| 5/27/2015 | Copies | 38 | 3.8 |
| 5/27/2015 | Copies | 43 | 4.3 |
| 5/27/2015 | Copies | 7 | 0.7 |
| 5/27/2015 | Copies | 12 | 1.2 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 19 | 1.9 |
| 5/27/2015 | Copies | 49 | 4.9 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 8 | 0.8 |
| 5/27/2015 | Copies | 7 | 0.7 |
| 5/27/2015 | Copies | 6 | 0.6 |
| 5/27/2015 | Copies | 14 | 1.4 |
| 5/27/2015 | Copies | 15 | 1.5 |
| 5/27/2015 | Copies | 15 | 1.5 |
| 5/27/2015 | Copies | 16 | 1.6 |
| 5/27/2015 | Copies | 5 | 0.5 |
| 5/27/2015 | Copies | 9 | 0.9 |
| 5/27/2015 | Copies | 43 | 4.3 |
| 5/27/2015 | Copies | 2 | 0.2 |
| 5/27/2015 | Copies | 12 | 1.2 |
| 5/27/2015 | Copies | 3 | 0.3 |
| 5/27/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/27/2015 | Copies | 2 | 0.2 |
| 5/27/2015 | Copies | 5 | 0.5 |
| 5/27/2015 | Copies | 26 | 2.6 |
| 5/27/2015 | Copies | 13 | 1.3 |
| 5/27/2015 | Copies | 15 | 1.5 |
| 5/27/2015 | Copies | 22 | 2.2 |
| 5/27/2015 | Copies | 9 | 0.9 |
| 5/27/2015 | Copies | 13 | 1.3 |
| 5/27/2015 | Copies | 27 | 2.7 |
| 5/27/2015 | Copies | 9 | 0.9 |
| 5/27/2015 | Copies | 7 | 0.7 |
| 5/27/2015 | Copies | 10 | 1 |
| 5/27/2015 | Copies | 10 | 1 |
| 5/27/2015 | Copies | 2 | 0.2 |
| 5/27/2015 | Copies | 4 | 0.4 |
| 5/28/2015 | Binding, Tabs, Disks, etc | 1 | 17.58 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 8 | 0.8 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 9 | 0.9 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 14 | 1.4 |
| 5/28/2015 | Copies | 15 | 1.5 |
| 5/28/2015 | Copies | 12 | 1.2 |
| 5/28/2015 | Copies | 12 | 1.2 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 14 | 1.4 |
| 5/28/2015 | Copies | 15 | 1.5 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 3 | 0.3 |
| 5/28/2015 | Copies | 15 | 1.5 |
| 5/28/2015 | Copies | 67 | 6.7 |
| 5/28/2015 | Copies | 67 | 6.7 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 23 | 2.3 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*14937086.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/28/2015 | Copies | 120 | 12 |
| 5/28/2015 | Copies | 15 | 1.5 |
| 5/28/2015 | Copies | 6 | 0.6 |
| 5/28/2015 | Copies | 6 | 0.6 |
| 5/28/2015 | Copies | 27 | 2.7 |
| 5/28/2015 | Copies | 4 | 0.4 |
| 5/28/2015 | Copies | 6 | 0.6 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 13 | 1.3 |
| 5/28/2015 | Copies | 6 | 0.6 |
| 5/28/2015 | Copies | 13 | 1.3 |
| 5/28/2015 | Copies | 3 | 0.3 |
| 5/28/2015 | Copies | 14 | 1.4 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 10 | 1 |
| 5/28/2015 | Copies | 4 | 0.4 |
| 5/28/2015 | Copies | 6 | 0.6 |
| 5/28/2015 | Copies | 14 | 1.4 |
| 5/28/2015 | Copies | 11 | 1.1 |
| 5/28/2015 | Copies | 3 | 0.3 |
| 5/28/2015 | Copies | 2 | 0.2 |
| 5/28/2015 | Copies | 3 | 0.3 |
| 5/29/2015 | Binding, Tabs, Disks, etc | 1 | 3.48 |
| 5/29/2015 | Binding, Tabs, Disks, etc | 1 | 3.23 |
| 5/29/2015 | Binding, Tabs, Disks, etc | 1 | 3.23 |
| 5/29/2015 | Copies | 1 | 0.1 |
| 5/29/2015 | Copies | 10 | 1 |
| 5/29/2015 | Copies | 1 | 0.1 |
| 5/29/2015 | Copies | 1 | 0.1 |
| 5/29/2015 | Copies | 1 | 0.1 |
| 5/29/2015 | Copies | 1 | 0.1 |
| 5/29/2015 | Copies | 1 | 0.1 |
| 5/29/2015 | Copies | 1 | 0.1 |
| 5/29/2015 | Copies | 7 | 0.7 |
| 5/29/2015 | Copies | 7 | 0.7 |
| 5/29/2015 | Copies | 7 | 0.7 |
| 5/29/2015 | Copies | 3 | 0.3 |

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1966795  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/29/2015 | Copies | 22 | 2.2 |
| 5/29/2015 | Copies | 3 | 0.3 |
| 5/29/2015 | Copies | 2 | 0.2 |
| 5/29/2015 | Copies | 2 | 0.2 |
| 5/29/2015 | Copies | 6 | 0.6 |
| 5/29/2015 | Copies | 116 | 11.6 |
| 5/29/2015 | Copies | 4 | 0.4 |
| 5/29/2015 | Copies | 5 | 0.5 |
| 5/29/2015 | Copies | 116 | 11.6 |
| 5/29/2015 | Copies | 2 | 0.2 |
| 5/29/2015 | Copies | 2 | 0.2 |
| 5/29/2015 | Copies | 4 | 0.4 |
| 5/29/2015 | Copies | 4 | 0.4 |
| 5/29/2015 | Copies | 8 | 0.8 |
| 5/29/2015 | Copies | 7 | 0.7 |
| 5/29/2015 | Copies | 21 | 2.1 |
| 5/29/2015 | Copies | 80 | 8 |
| 5/29/2015 | Copies | 2 | 0.2 |
| 5/29/2015 | Copies | 2 | 0.2 |
| 5/29/2015 | Copies | 2 | 0.2 |
| 5/29/2015 | Copies | 3 | 0.3 |
| 5/29/2015 | Copies | 14 | 1.4 |
| 5/29/2015 | Copies | 5 | 0.5 |
| 5/29/2015 | Copies | 4 | 0.4 |
| 5/29/2015 | Copies | 3 | 0.3 |
| 5/29/2015 | Copies | 79 | 7.9 |
| 5/29/2015 | Copies | 4 | 0.4 |
| 5/29/2015 | Copies | 6 | 0.6 |
| 5/29/2015 | Copies | 6 | 0.6 |
| 5/29/2015 | Copies | 2 | 0.2 |
| 5/29/2015 | Copies | 6 | 0.6 |
| 5/29/2015 | Copies | 2 | 0.2 |
| | **Total** | | **$ 2,194.35** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*14937086.1