**EXHIBIT E**

Legal*14960634.3

**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, TO MAY 31, 2015**
**(All Amounts in Canadian Dollars)**

| Description | Hours | Fees |
|---|---:|---:|
| Cassels Brock Fee Application/Monthly Billing Reports | 4.10 | 3,321.00 |
| Creditors Committee Meetings | 36.90 | 27,319.00 |
| Court Hearings | 3.40 | 2,404.00 |
| General Claims Analysis/Claims Objections | 14.50 | 11,657.50 |
| Asset/Stock Transaction/Business Liquidations | 0.90 | 761.50 |
| Intercompany Analysis | 188.70 | 146,313.50 |
| Canadian Proceedings/Matters | 352.20 | 193,918.50 |
| **TOTAL** | **600.70** | **$ 385,695.00** |