**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 16069 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                                ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2015, I caused to be served the "Notice of Withdrawal," dated August 25, 2015 [Docket No. 16069], by causing true and correct copies to be:

   a) enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b) delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks  International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

T:\Clients\NORTEL\Affidavits\NOW_DI 16069_AFF_8-25-15.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
25th day of August, 2015

_____
Notary Public

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2017

-2-

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHRIS ARMSTRONG | GOODMANS LLP BAY ADELAIDE CENTRE 333 BAY ST., STE 3400 TORONTO, ONTARIO M5H 2S7 CANADA |
| CHRISTOPHER M. SAMIS, ESQ. | L. KATHERINE GOOD, ESQ. WHITEFORD TAYLOR & PRESTON LLC 405 NORTH KING ST., SUITE 500 WILMINGTON DE 19801 |
| FRED S. HODARA, ESQ. | RYAN C. JACOBS, ESQ. DAVID H. BOTTER, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| JENNIFER STAM | DERRICK TAY GOWLING LAFLEUR HENDERSON 1 FIRST CANADIAN PLACE 100 KING ST. WEST, STE. 1600 TORONTO, ONTARIO M5X 1G5 CANADA |
| KEN COLEMAN ESQ. | ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LAURA DAVIS JONES | TIMOTHY P. CAIRNS PETER KEANE PACHULSKI STANG 919 N. MARKET STREET; 17TH FLOOR WILMINGTON DE 19899-8705 |
| MARK KENNEY, ESQ. | OFFICE OF THE U.S. TRUSTEE 844 KING STREET SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| MARY F. CALOWAY ESQ. | KATHLEEN A. MURPHY ESQ. BUCHANAN INGERSOLL & ROONEY 919 N. MARKET STREET SUITE 1500 WILMINGTON DE 19801-3046 |
| THOMAS R. KRELLER | MILBANK, TWEED, HADLEY & MCLOY LLP 601 SOUTH FIGUEROA ST., SUITE 3000 LOS ANGELES CA 90017 |

**Total Creditor count  9**

**EXHIBIT B**

| | | |
|---|---|---|
| OFFICE OF THE TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: F. HODARA, ESQ., R. JACOBS, ESQ., D. BOTTER, ESQ. | 212-872-1002 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN, ESQ. | 212-610-6399 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: M. CALOWAY, ESQ., K. MURPHY, ESQ. | 302-552-4295 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG, ESQ. | 416-979-1234 |
| GOWLING LAFLEUR HENDERSON | ATTN: J. STAM, ESQ., D. TAY, ESQ. | 416-862-7661 |
| MILBANK TWEED HADLEY & MCLOY LLP | ATTN: THOMAS R. KRELLER, ESQ. | 212-530-5219 |
| PACHULSKI STANG | ATTN: L. JONES, ESQ., T. CAIRNS, ESQ., P. KEANE, ESQ. | 302-652-4400 |
| WHITEFORD TAYLOR & PRESTON | ATTN: C. SAMIS, ESQ., L.K. GOOD, ESQ. | 302-661-7950 |