# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**July 1, 2015 - July 31, 2015**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | July 2015 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 15.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 4.0 |
| 7 | Claims Administration and Analysis | 27.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 96.0 |
| 15 | Travel | 9.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 151.0 |

**Summary of Services Rendered by Professional**

| Name | July 2015 Hours |
|---|---|
| Michael Kennedy, Member | 124.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 24.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 3.0 |
| James Elish, Analyst | - |
| **TOTAL** | 151.0 |

**Nortel Networks, Inc**
July 1, 2015 - July 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | July 2015 Hours | Code |
|---|---|---|---|
| 7/1/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 7/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 7/7/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 7/7/2015 | Call with creditors | 2.0 | 6 |
| 7/8/2015 | Review material for claim call | 3.0 | 7 |
| 7/8/2015 | Call with T Ross & Cilia re claims | 2.0 | 7 |
| 7/9/2015 | Call with Cleary & Ray re: meeting prep | 2.0 | 14 |
| 7/9/2015 | Follow-up analysis re: allocation litigation and strategy | 4.0 | 14 |
| 7/10/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 7/13/2015 | Review and analysis of Monitors cash forecast | 1.0 | 1 |
| 7/13/2015 | Review draft court filings re: allocation litigation | 4.0 | 14 |
| 7/14/2015 | Travel to NY | 4.0 | 15 |
| 7/14/2015 | Meetings w/ mgnt re: Litigation matters and strategy | 3.0 | 14 |
| 7/14/2015 | Review draft court filings re: allocation litigation | 3.0 | 14 |
| 7/15/2015 | Meetings with Cleary and others re: Litigation matters and strategy | 7.0 | 14 |
| 7/16/2015 | Travel to Chicago | 5.0 | 15 |
| 7/16/2015 | Review cash flash report | 1.0 | 1 |
| 7/16/2015 | Review court filings re: allocation litigation | 3.0 | 14 |
| 7/17/2015 | Review RM Report | 2.0 | 1 |
| 7/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 7/20/2015 | Analysis &  communication re: review specific claim in US | 4.0 | 7 |
| 7/20/2015 | Review project airspace information | 2.0 | 1 |
| 7/21/2015 | Call with Capstone | 2.0 | 6 |
| 7/21/2015 | Analysis &  communication re: review specific claim in US | 4.0 | 7 |
| 7/22/2015 | Call with & review of information from with Ross | 3.0 | 1 |
| 7/22/2015 | Call & communications with mgnt re: data retention | 1.0 | 1 |
| 7/22/2015 | Analysis &  communication re: review specific claim in US | 2.0 | 7 |
| 7/23/2015 | Review material for conference call | 2.0 | 7 |
| 7/23/2015 | Calls and communictions with mgnt and Cleary re: claims | 4.0 | 7 |
| 7/24/2015 | Review RM Report | 1.0 | 1 |
| 7/24/2015 | Review and analysis of Monitors claim report | 3.0 | 1 |
| 7/27/2015 | Review material for conference call | 4.0 | 7 |
| 7/27/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 7/28/2015 | Conference call w/estate professionals re: cross border claims | 2.0 | 7 |
| 7/28/2015 | Review and analysis of Monitors cash forecast | 1.0 | 1 |
| 7/29/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 7/30/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| **July 2015 Total** | | **124.0** | |

**Nortel Networks, Inc**
July 1, 2015 - July 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | July 2015 Hours | Code |
|---|---|---|---|
| 7/6/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/10/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/14/2015 | Meetings, calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 7/15/2015 | Meetings, calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 7/16/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/20/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/23/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/28/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/30/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **July 2015 Total** | | **24.0** | |

**Nortel Networks, Inc**
July 1, 2015 - July 31, 2015 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | July 2015 Hours | Code |
|------|---------------------|-----------------|------|
| 7/31/2015 | Review of documents | 3.0 | 14 |
| | **July 2015 Total** | **3.0** | |