# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2015 Through July 31, 2015

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 7/14/15-7/16/15 | Flight to New York, NY | $    997.33 |
| Mike Kennedy | 7/14/15-7/16/15 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 7/14/15-7/16/15 | Ground Transportation | $    221.95 |
| **Total Expenses** | | | **$ 2,219.28** |

Note: All airfare is being charged at a coach class rate.