IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>             Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | Adv. Proc. No. 10-55903 |

**STATUS REPORT ON AVOIDANCE ACTIONS
ASSIGNED TO THE HONORABLE KEVIN GROSS**

        In accordance with the Court's Chambers' Procedures and the Scheduling Order dated March 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

Dated:  August 27, 2015
        Wilmington, Delaware

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                      Lisa M. Schweitzer (admitted *pro hac vice*)
                                      One Liberty Plaza
                                      New York, New York 10006
                                      Telephone:  (212) 225-2000
                                      Facsimile:  (212) 225-3999

                                                - and -

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55903 | Sterling Mets, L.P., *et al.* | The parties have stipulated to a revised schedule in the preference action and the contested matter regarding the Debtors' Objection to claims filed by Queens Ballpark Company L.L.C.  Discovery in the preference action will be conducted in parallel with discovery in the contested matter to the extent such discovery in the preference action promotes judicial economy and avoids unnecessary costs and duplication.  Pursuant to the Scheduling Order entered on April 14, 2015 (Adv. D.I. 120), the deadline for the completion of written fact discovery in the preference action is extended to October 20, 2015, subject to further negotiation by the parties. |