# Nortel Networks Inc., et al

## Berkeley Research Group, LLC



### Exhibit A: Time Detail

For the Period 7/1/2015 through 7/31/2015

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 7/1/2015 | J. Borow | 1.2 | Reviewed various positions described in motions for reconsideration and related effect on potential distributions. |
| 7/1/2015 | C. Kearns | 0.2 | Emailed with counsel re: proceeds allocation status memo for the Committee. |
| 7/6/2015 | J. Hyland | 2.8 | Reviewed and analyzed judges' decisions re: motions to reconsider allocation decisions. |
| 7/6/2015 | J. Hyland | 2.0 | Continued reviewing and analyzing judges' decisions re: motions to reconsider allocation decisions. |
| 7/6/2015 | J. Borow | 1.4 | Reviewed decisions issued by courts regarding motions for reconsideration. |
| 7/6/2015 | C. Kearns | 1.2 | Met with Counsel to discuss issues re: possible appeal path. |
| 7/6/2015 | C. Kearns | 0.6 | Read and analyzed orders on motion for reconsideration. |
| 7/6/2015 | C. Kearns | 0.5 | Responded to creditor inquiries re: court allocation decisions. |
| 7/7/2015 | J. Borow | 1.6 | Reviewed issues pertaining to allocation and application of decision on motion for reconsideration. |
| 7/7/2015 | J. Hyland | 1.3 | Reviewed allocation motion from Canadian counsel, Cassels. |
| 7/7/2015 | J. Borow | 0.8 | Discussed with Counsel re: issues resulting from decision on motion for reconsideration. |
| 7/7/2015 | J. Hyland | 0.6 | Participated on call with Cassels and Counsel. |
| 7/7/2015 | J. Hyland | 0.1 | Conducted call with B. Kahn (Counsel) re: proceeds allocation deck for UCC. |
| 7/8/2015 | A. Cowie | 2.4 | Prepared creditor recovery analysis update. |
| 7/8/2015 | J. Borow | 1.4 | Reviewed concepts and application scenarios for allocation to reflect decision on motion for reconsideration. |
| 7/8/2015 | C. Kearns | 0.5 | Reviewed draft deck for committee clarifying certain assumptions for recovery estimates based on reconsideration order. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 7/9/2015 | J. Borow | 1.6 | Reviewed issues pertaining to motions to appeal. |
| 7/9/2015 | C. Kearns | 0.7 | Participated in post-call debrief re: next steps with Counsel including review of draft Canada appeal. |
| 7/9/2015 | J. Hyland | 0.5 | Participated in call with Cassels and Counsel re: proceeds allocation positions. |
| 7/10/2015 | J. Hyland | 1.2 | Reviewed revised Canadian draft motion to leave for appeal. |
| 7/11/2015 | J. Hyland | 2.9 | Reviewed proceeds allocation analysis. |
| 7/11/2015 | J. Hyland | 2.4 | Continued reviewing proceeds allocation analysis. |
| 7/13/2015 | J. Hyland | 2.4 | Reviewed provisions in the appeal motion for proceeds allocation. |
| 7/13/2015 | J. Borow | 2.1 | Reviewed issues and concepts relating to motions to appeal. |
| 7/14/2015 | J. Hyland | 2.5 | Reviewed comments to the appeal motion for proceeds allocation. |
| 7/14/2015 | J. Hyland | 2.1 | Reviewed other party's appeal motion for proceeds allocation. |
| 7/14/2015 | J. Borow | 1.5 | Continued review of issues pertaining to motions to appeal. |
| 7/14/2015 | C. Kearns | 0.6 | Reviewed draft appeal for Canada submission and discussed with F. Hodara (Counsel). |
| 7/15/2015 | C. Kearns | 1.5 | Met with Counsel and Debtors re: appeal process and other issues re: critical path. |
| 7/15/2015 | C. Kearns | 0.7 | Participated in a pre-meeting with Counsel. |
| 7/15/2015 | C. Kearns | 0.4 | Reviewed draft appeal brief redline- Canada. |
| 7/15/2015 | C. Kearns | 0.3 | Reviewed matrix of known interco claims by Debtor. |
| 7/20/2015 | C. Kearns | 0.2 | Emailed with Counsel re: news articles from Canada re: pension recoveries. |
| 7/21/2015 | J. Borow | 1.5 | Discussed with Debtor's financial adviser re: allocation strategies. |
| 7/22/2015 | C. Kearns | 0.3 | Reviewed letter to the court from UK administrator on claims settlements. |
| 7/23/2015 | J. Borow | 1.3 | Reviewed issues relating to certification motions. |
| 7/27/2015 | A. Cowie | 2.8 | Analyzed proposed Canadian IP address sales. |
| 7/27/2015 | J. Hyland | 2.8 | Reviewed proposed IPA from NNL. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 7/27/2015 | J. Hyland | 1.4 | Reviewed UCC's objection to certification motion. |
| 7/27/2015 | J. Hyland | 0.6 | Reviewed UCC's joint mediation statement regarding the U.S. allocation appeal. |
| 7/27/2015 | J. Hyland | 0.2 | Reviewed motion for certification for allocation appeals to Third Circuit. |
| 7/28/2015 | J. Hyland | 1.2 | Reviewed updated UCC objection to certification motion. |
| 7/28/2015 | A. Cowie | 1.1 | Prepared report on proposed Canadian IP address sales. |
| 7/28/2015 | J. Hyland | 0.9 | Reviewed NNSA Conflicts Administrator's notice of motion for leave of appeal. |
| 7/28/2015 | J. Hyland | 0.6 | Reviewed BNYM's notice of motion to leave to appeal. |
| 7/28/2015 | J. Hyland | 0.5 | Reviewed final UCC objection to certification motion. |
| 7/28/2015 | C. Kearns | 0.2 | Reviewed draft for district court re: appeal. |
| 7/28/2015 | C. Kearns | 0.2 | Reviewed summary of latest Canadian sale of IP address. |
| 7/29/2015 | J. Hyland | 1.2 | Reviewed motion to shorten. |
| 7/29/2015 | J. Hyland | 1.1 | Reviewed bondholder's response to certification motion. |
| 7/29/2015 | J. Hyland | 1.0 | Reviewed the U.S. Debtors' response to certification motion. |
| 7/29/2015 | J. Hyland | 0.8 | Reviewed the Monitor and Canadian Debtor's factum on disposal of records. |
| 7/29/2015 | C. Kearns | 0.2 | Emailed with Counsel re: appeal process. |
| 7/30/2015 | J. Hyland | 1.9 | Analyzed Monitor's motion for record disposal. |
| 7/30/2015 | J. Hyland | 0.1 | Reviewed Judge Gross' order denying certification of allocation appeal to the third circuit. |
| 7/31/2015 | J. Hyland | 0.3 | Reviewed statement of issues on appeal. |
| **Task Code Total Hours** | | **64.4** | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 7/8/2015 | J. Hyland | 0.1 | Prepared June professional fee forecast for counsel. |
| 7/28/2015 | A. Cowie | 0.7 | Analyzed June Fee Application. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention Fee Application Preparation** | | | |
| *Task Code Total Hours* | | *0.8* | |
| **06. Attend Hearings/Related Activities** | | | |
| 7/29/2015 | J. Borow | 2.9 | Participated in court hearing re: certification motions. |
| *Task Code Total Hours* | | *2.9* | |
| **08. Interaction/Meetings with Creditors** | | | |
| 7/7/2015 | J. Borow | 0.8 | Met with professionals and UCC. |
| 7/7/2015 | C. Kearns | 0.8 | Participated in Committee call with Committee and UCC professionals. |
| 7/7/2015 | J. Hyland | 0.8 | Participated on UCC call with UCC members and professionals. |
| 7/7/2015 | A. Cowie | 0.8 | Prepared discussion analysis for the UCC call. |
| 7/7/2015 | J. Hyland | 0.5 | Prepared for UCC call. |
| 7/9/2015 | J. Borow | 0.7 | Participated in meeting with UCC and professionals to UCC. |
| 7/9/2015 | C. Kearns | 0.7 | Participated in weekly call with UCC and professionals. |
| 7/9/2015 | J. Hyland | 0.7 | Participated in weekly UCC call with UCC members and professionals. |
| 7/9/2015 | A. Cowie | 0.5 | Prepared discussion points for UCC call. |
| 7/16/2015 | J. Borow | 0.8 | Discussed with party in interest regarding status of matter. |
| 7/16/2015 | C. Kearns | 0.5 | Participated in call with committee and committee professionals re: committee matters. |
| 7/16/2015 | J. Borow | 0.5 | Participated in meeting with UCC and professionals to UCC. |
| 7/16/2015 | J. Hyland | 0.5 | Participated in weekly UCC call with UCC professionals and members. |
| 7/17/2015 | J. Borow | 0.8 | Discussed with party in interest re: status of matter. |
| 7/17/2015 | J. Borow | 0.8 | Discussed with party in interest re: status of matter. |
| 7/22/2015 | J. Borow | 1.1 | Discussed with party in interest re: status of matter. |
| 7/23/2015 | J. Borow | 0.8 | Participated in meeting with UCC and professionals to the UCC. |
| 7/23/2015 | C. Kearns | 0.4 | Participated in portion of weekly UCC call with UCC professionals. |
| 7/28/2015 | J. Borow | 0.8 | Discussed with party in interest re: status of matter. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 7/30/2015 | J. Hyland | 0.9 | Reviewed document distributed to UCC for UCC call. |
| 7/30/2015 | J. Borow | 0.7 | Participated in meeting with UCC and professionals to UCC. |
| 7/30/2015 | J. Hyland | 0.7 | Participated in weekly UCC call with UCC members and professionals. |
| 7/30/2015 | C. Kearns | 0.6 | Participated on portion of weekly call with Committee and Committee professionals. |
| 7/30/2015 | A. Cowie | 0.6 | Prepared supporting discussion issues for weekly UCC call. |
| 7/31/2015 | J. Borow | 0.8 | Discussed with party in interest re: status of matter. |
| **Task Code Total Hours** | | **17.6** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/7/2015 | J. Hyland | 2.8 | Analyzed recoveries from judges' decisions. |
| 7/7/2015 | J. Hyland | 2.5 | Continued analyzing recoveries from judges' decisions. |
| 7/7/2015 | A. Cowie | 0.6 | Prepared creditor recovery analysis update. |
| 7/8/2015 | J. Hyland | 2.4 | Reviewed UCC creditor recovery report calculations. |
| 7/8/2015 | J. Hyland | 1.8 | Reviewed UCC creditor recovery report. |
| 7/8/2015 | J. Hyland | 0.1 | Conducted call with B. Kahn (Counsel), re: creditor recovery deck for UCC. |
| 7/10/2015 | J. Hyland | 2.7 | Analyzed various proceeds allocation scenarios and resulting creditor recoveries. |
| **Task Code Total Hours** | | **12.9** | |
| **11. Claim Analysis/Accounting** | | | |
| 7/15/2015 | J. Borow | 1.4 | Reviewed potential settlement issues between U.S. and Canada. |
| 7/16/2015 | J. Hyland | 2.9 | Analyzed intercompany claims. |
| 7/16/2015 | J. Hyland | 2.8 | Continued analyzing intercompany claims. |
| 7/16/2015 | J. Hyland | 1.8 | Continued analyzing intercompany claims. |
| 7/17/2015 | J. Hyland | 2.8 | Analyzed claims for each estate. |
| 7/17/2015 | J. Hyland | 2.3 | Continued analyzing claims from each estate. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 7/17/2015 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: claims for each estate. |
| 7/20/2015 | J. Hyland | 2.9 | Prepared analysis of U.S. claims. |
| 7/20/2015 | J. Hyland | 2.7 | Continued preparing analysis of U.S. claims. |
| 7/20/2015 | J. Hyland | 2.0 | Continued preparing analysis of U.S. claims. |
| 7/20/2015 | J. Hyland | 1.5 | Continued preparing analysis of U.S. claims. |
| 7/21/2015 | J. Hyland | 2.9 | Analyzed claims calculations. |
| 7/21/2015 | J. Hyland | 2.6 | Continued analyzing claims calculations. |
| 7/21/2015 | J. Hyland | 2.0 | Finalized analysis of claims calculations. |
| 7/21/2015 | J. Borow | 1.6 | Reviewed issues pertaining to intercompany claims. |
| 7/21/2015 | J. Hyland | 1.3 | Conducted call with M. Kennedy (Chilmark) re: claims. |
| 7/21/2015 | J. Hyland | 0.5 | Conducted call with R. Jacobs (Cassels) re: claims. |
| 7/22/2015 | A. Cowie | 1.9 | Analyzed intercompany claims. |
| 7/22/2015 | J. Borow | 1.1 | Discussed with Counsel re: intercompany claims issues |
| 7/22/2015 | A. Cowie | 0.8 | Participated in claims call with counsel in regard to global claims bases. |
| 7/28/2015 | J. Hyland | 1.0 | Reviewed CCAA's 7/20/15 claims schedule. |
| 7/30/2015 | J. Hyland | 2.9 | Analyzed amounts in summary of estates' claims. |
| 7/30/2015 | A. Cowie | 2.9 | Analyzed post-petition inter-debtor cash flows. |
| 7/31/2015 | J. Hyland | 2.8 | Analyzed claims summary and amounts. |
| 7/31/2015 | J. Hyland | 2.0 | Continued analyzing claims summary and amounts. |
| **Task Code Total Hours** | | **49.5** | |
| **13. Intercompany Transactions/Balances** | | | |
| 7/15/2015 | J. Hyland | 2.9 | Analyzed intercompany balances. |
| 7/15/2015 | J. Hyland | 2.7 | Continued analyzing intercompany balances. |
| 7/15/2015 | J. Hyland | 0.1 | Conducted call with B. Kahn (Counsel) re: intercompany balances. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **13. Intercompany Transactions/Balances** | | | |
| 7/23/2015 | C. Kearns | 0.6 | Participated in working session with Counsel re: possible interco claim. |
| 7/29/2015 | J. Hyland | 1.3 | Analyzed the May 2015 Restructuring Managing report. |
| **Task Code Total Hours** | | **7.6** | |
| **18. Operating and Other Reports** | | | |
| 7/31/2015 | J. Hyland | 0.4 | Reviewed June 2015 MOR. |
| **Task Code Total Hours** | | **0.4** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 7/28/2015 | J. Hyland | 1.1 | Analyzed NNL 7/26/15 cash forecast. |
| **Task Code Total Hours** | | **1.1** | |
| **Total Hours** | | **157.2** | |