# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General Case Administration | 31.10 | $25,768.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 2.10 | $1,323.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 0.10 | $125.00 |
| Retention of Professionals | 5.00 | $3,734.50 |
| Creditors' Committee Meetings | 30.10 | $26,995.50 |
| Court Hearings | 54.60 | $50,245.00 |
| Financial Reports and Analysis | 0.30 | $238.00 |
| General Claims Analysis/Claims Objections | 9.00 | $8,628.00 |
| Tax Issues | 5.00 | $4,286.00 |
| Labor Issues/Employee Benefits | 4.90 | $4,503.50 |
| Travel | 4.55 | $5,107.50 |
| Intercompany Analysis | 373.80 | $348,438.50 |
| **TOTAL** | **520.55** | **$479,393.50** |



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

Invoice Number    1614720  
Invoice Date      08/19/15  
Client Number     687147  
Matter Number     0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|      |                                                    | HOURS  | VALUE        |
|------|----------------------------------------------------|--------|--------------|
| 0002 | General Case Administration                        | 31.10  | $25,768.50   |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports  | 2.10   | $1,323.50    |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.10 | $125.00 |
| 0006 | Retention of Professionals                         | 5.00   | $3,734.50    |
| 0007 | Creditors Committee Meetings                       | 30.10  | $26,995.50   |
| 0008 | Court Hearings                                     | 54.60  | $50,245.00   |
| 0009 | Financial Reports and Analysis                     | 0.30   | $238.00      |
| 0012 | General Claims Analysis/Claims Objections          | 9.00   | $8,628.00    |
| 0018 | Tax Issues                                         | 5.00   | $4,286.00    |
| 0019 | Labor Issues/Employee Benefits                     | 4.90   | $4,503.50    |
| 0025 | Travel                                             | 4.55   | $5,107.50    |
| 0029 | Intercompany Analysis                              | 373.80 | $348,438.50  |
|      | TOTAL                                              | 520.55 | $479,393.50  |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 2
Invoice Number: 1614720  August 19, 2015

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 06/01/15 | FSH | 0002 | Confer w/ D. Botter re Committee organization matter. | 0.10 |
| 06/01/15 | RAJ | 0002 | Call responding to creditor inquiry (.3); emails re same (.2). | 0.50 |
| 06/02/15 | FSH | 0002 | Examine letter from UST re request to join Committee (.2) and confer w/ D. Botter (.2) and C. Samis (.3) re same. Analyze issues re same (.2). | 0.90 |
| 06/02/15 | RAJ | 0002 | Analyze issues re OUST request for information re membership of OCUC (.6); multiple emails re same (.2). | 0.80 |
| 06/02/15 | DHB | 0002 | Review BR letter to US Trustee re Committee membership (.3); emails re same (.1); office conference with F. Hodara re same (.2); conference call with Samis and Hodara re new Committee member request (.3); work related thereto (.2) (.2); telephone call with C. Kearns re same (.2). | 1.50 |
| 06/02/15 | BMK | 0002 | Review letter for appointment of additional committee members and UST request for response (0.3); consider responses to same (0.4) | 0.70 |
| 06/02/15 | MCF | 0002 | Review correspondence re Committee membership issue (.4); draft email to Committee re same (.4); confer with D. Botter re same (.1); revise same (.2) and send to Committee (.2). | 1.30 |
| 06/03/15 | FSH | 0002 | Review Commitee membership letter and attachments (.2). Confer w/ D. Botter re same (.3). Communications w/ C. Samis and D. Botter re same (.1). | 0.60 |
| 06/03/15 | DHB | 0002 | Review NOA (.1); emails re same (.1) (.1); office conference with F. Hodara re Committee request (.3); telephone call with L. Schweitzer re same (.1). | 0.70 |
| 06/03/15 | MCF | 0002 | Review notice of appearance (.1); emails re same (.2); review revised notice (.1) and emails re same (.1). | 0.50 |
| 06/04/15 | DHB | 0002 | Telephone call with C. Kearns re Committee member appointment request (.2); consider next steps re same (.4). | 0.60 |
| 06/08/15 | DHB | 0002 | Email communications with counsel re status (.1); begin review of draft letter response to UST (.3). | 0.40 |
| 06/08/15 | BMK | 0002 | Work on letter response re: request for appointment of additional committee members | 0.80 |
| 06/08/15 | MCF | 0002 | Draft letter to U.S. Trustee re committee membership (2.8); emails with B. Kahn re same (.1); revise same (.1) and send to D. Botter (.1). | 3.10 |
| 06/09/15 | RAJ | 0002 | Call with counsel for Committee member (.4); review and comment on draft letter re OUST issues (.2). | 0.60 |
| 06/09/15 | DHB | 0002 | Review and substantial revisions to UST letter (1.0); office conference with B. Kahn and M. Fagen re changes thereto (.4); review revised draft of changes thereto (.5). | 1.90 |
| 06/09/15 | BMK | 0002 | Review and comment on letter to UST re: committee membership (0.2); conf with Botter, Fagen re: same (0.4) | 0.60 |
| 06/09/15 | MCF | 0002 | Confer with D. Botter and B. Kahn re revisions to letter to US Trustee re Committee membership (.4); revise same (.7); emails with D. Botter re same (.2); revise same (.4); email to team re same (.1); further revisions to same (.5). | 2.30 |
| 06/10/15 | FSH | 0002 | Review revised letter re committee membership and comment thereon (.3). Communications w/ RAJ, D. Botter, M. Fagen re same (.2). | 0.50 |
| 06/10/15 | RAJ | 0002 | Review draft letter to OUST re Committee membership (.1); provide comments to draft (.2); multiple emails with Akin team and Committee member re same (.2, .1). | 0.60 |
| 06/10/15 | AQ | 0002 | Review and edit draft letter to UST and emails re same. | 0.20 |
| 06/10/15 | DHB | 0002 | Review comments to UST letter (.2); email communications re same (.2); revise new language (.4); office conference with B. Kahn and M. Fagen re same (.2); further emails re same (.3). | 1.30 |
| 06/10/15 | BMK | 0002 | Review of letter to UST re: commitee membership (.3) and emails re: same (.1); confer w/ D. Botter and M. Fagen re same (.2). | 0.60 |
| 06/10/15 | MCF | 0002 | Emails re correspondence with UST re Committee membership (.1); revise same (.3); confer with D. Botter and B. Kahn re same (.2); further | 0.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | revise same (.2) and emails re same (.1). | |
| 06/11/15 | FSH | 0002 | Further communications w/ RAJ re draft letter (.1). Review comments from Committee members and follow-up re same (.3). Communications w/ C. Samis re same (.1). | 0.50 |
| 06/11/15 | RAJ | 0002 | Multiple follow-up emails re letter to OUST re Committee membership. | 0.40 |
| 06/11/15 | JYY | 0002 | Reviewing draft letter to US Trustee re Committee membership. | 0.10 |
| 06/11/15 | MCF | 0002 | Revisions to letter to U.S. Trustee re Committee membership (.5, .4, .3, .3); emails with FR team re same (.3); communications with Committee members re same (.2, .1, .2); confer with C. Samis re same (.1) and email re same (.1). | 2.50 |
| 06/11/15 | AME | 0002 | Confer with D. Botter, R. Johnson, M. Fagen re: letter to US Trustee (.1); review revised letter to US Trustee (.2) | 0.30 |
| 06/12/15 | RAJ | 0002 | Emails re letter to OUST responding to inquiry. | 0.20 |
| 06/12/15 | AQ | 0002 | Emails re additional committee members. | 0.20 |
| 06/12/15 | DHB | 0002 | Multiple emails re letter to UST (.4); t/c with counsel re same (.3). | 0.70 |
| 06/12/15 | MCF | 0002 | Finalize letter to U.S. Trustee re Committee membership (.5); emails with team re same (.2); email same to U.S. Trustee (.2) and email final version to Committee (.1). | 1.00 |
| 06/19/15 | MCF | 0002 | Review 2019 statement (.3); emails with team re same (.2). | 0.50 |
| 06/20/15 | MCF | 0002 | Draft chart re 2019 info (.9) and emails re same (.1). | 1.00 |
| 06/21/15 | MCF | 0002 | Draft new chart re 2019 info (.7); emails with team re same (.2). | 0.90 |
| 06/23/15 | RAJ | 0002 | Review analysis of Rule 2019 statement filed by Bondholder Group. | 0.20 |
| 06/24/15 | FSH | 0002 | Review correspondence of UST re Committee (.1). Communications w/ M. Fagen re same (.1). | 0.20 |
| 06/24/15 | MCF | 0002 | Review UST letter re Committee membership (.2); email to Committee re same (.2). | 0.40 |
| 06/02/15 | FSH | 0003 | Review May time and disbursements. | 0.20 |
| 06/04/15 | MCF | 0003 | Prepare full set of fee excel data for fee examiner. | 0.20 |
| 06/19/15 | MCF | 0003 | Emails with Whiteford Taylor re Akin fee app CNO. | 0.10 |
| 06/29/15 | MCF | 0003 | Review and edit June bill re confidentiality and privilege. | 1.60 |
| 06/22/15 | FSH | 0004 | Examine fee applications. | 0.10 |
| 06/02/15 | FSH | 0006 | Confer w/ J. Schwartz re BRG engagement (.1). Confer w/ B. Kahn re same (.1). | 0.20 |
| 06/02/15 | BMK | 0006 | Review and analyze proposed BRG engagement letter and application (1.4); confer w/ F. Hodara re same (.1). | 1.50 |
| 06/02/15 | MCF | 0006 | Emails with J. Hyland re conflicts check. | 0.30 |
| 06/04/15 | FSH | 0006 | Communications w/ B. Kahn, M. Fagen re BRG application and review info re same. | 0.20 |
| 06/04/15 | BMK | 0006 | Review of BRG retention application | 0.90 |
| 06/04/15 | MCF | 0006 | Review draft BRG retention application. | 0.40 |
| 06/16/15 | MCF | 0006 | Review and revise draft BRG retention application (.9) and emails with J. Hyland re same (.2). | 1.10 |
| 06/22/15 | FSH | 0006 | Execute BRG retention application. | 0.10 |
| 06/22/15 | BMK | 0006 | Finalize BRG retention application | 0.30 |
| 06/01/15 | FSH | 0007 | Communications w/ advisors re Committee meeting scheduling. | 0.20 |
| 06/01/15 | MCF | 0007 | Emails with team re Committee call scheduling (.2); consider issues re agenda for Committee call (.2). | 0.40 |
| 06/03/15 | FSH | 0007 | Communications w/ D. Botter, M. Fagen re upcoming meeting. | 0.10 |
| 06/04/15 | FSH | 0007 | Review agenda (.1) and communications re same and re info for Committee meeting (.1). | 0.20 |
| 06/04/15 | RAJ | 0007 | Emails re agenda items for Committee call. | 0.20 |
| 06/04/15 | DHB | 0007 | Email communications re Committee agenda and revise same (.2). | 0.20 |
| 06/04/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails with B. Kahn re same (.1); revise same (.1) and send to group for comment (.1); further revisions to same (.2); prepare for distribution to Committee and send (.2). Prepare for Committee call (.2). | 1.10 |
| 06/04/15 | AME | 0007 | Review agenda for Committee Call and accompanying documents. | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/05/15 | FSH | 0007 | Review materials for Committee call (.2). Participate in same (.9). | 1.10 |
| 06/05/15 | RAJ | 0007 | Weekly Committee call re developments and strategy (.9); post-call discussions with advisors (.2). | 1.10 |
| 06/05/15 | AQ | 0007 | Attend Committee call. | 0.90 |
| 06/05/15 | DHB | 0007 | Prepare for Committee meeting, including review of all correspondence re new Committee member (1.2); attend same (.9); follow-up emails (.2). | 2.30 |
| 06/05/15 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.9) | 1.10 |
| 06/05/15 | MCF | 0007 | Prepare for (.3) and participate in (.9) Committee call; follow up emails re same (.2). | 1.40 |
| 06/05/15 | AME | 0007 | Attend Committee Call with F. Hodara (by phone), A. Qureshi (by phone), D. Botter, R. Johnson, K. Rowe, B. Kahn, M. Fagen (.9); emails re same (.1). | 1.00 |
| 06/10/15 | FSH | 0007 | Examine Committee call Agenda and comment thereon. | 0.10 |
| 06/10/15 | AQ | 0007 | Emails re committee call and review draft agenda. | 0.20 |
| 06/10/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails re same (.2); assemble and send to Committee (.3). | 0.70 |
| 06/11/15 | FSH | 0007 | Participate in Committee call. | 0.50 |
| 06/11/15 | RAJ | 0007 | Call with Committee (.5); post-call conferring with D. Botter (.2). | 0.70 |
| 06/11/15 | AQ | 0007 | Attend Committee call. | 0.50 |
| 06/11/15 | DHB | 0007 | Prep for call (including) review of all materials re additional committee members (.5); attend committee meeting (.5) and follow-up with R. Johnson (.2). | 1.20 |
| 06/11/15 | MCF | 0007 | Prepare for (.5) and participate in (.5) Committee call. | 1.00 |
| 06/11/15 | AME | 0007 | Attend Committee Call with F. Hodara (by phone), D. Botter, A. Qureshi, R. Johnson, M. Fagen. | 0.50 |
| 06/17/15 | FSH | 0007 | Communications w/ Cassels, D. Botter re Committee call. | 0.10 |
| 06/17/15 | MCF | 0007 | Draft agenda for Committee call (.2) and minutes (.2); confer with B. Kahn re same (.1); email to team re same (.1); email same to Committee (.1); prepare for Committee call (.2). | 0.90 |
| 06/18/15 | FSH | 0007 | Participate in Committee call. | 0.60 |
| 06/18/15 | RAJ | 0007 | Committee call (.6); post-call meeting with Akin re strategy (.5). | 1.10 |
| 06/18/15 | AQ | 0007 | Attend Committee call. | 0.60 |
| 06/18/15 | DHB | 0007 | Prep for committee call (.4); attend same (.6) and follow up (.5). | 1.50 |
| 06/18/15 | BMK | 0007 | Attend committee call (0.6); follow up with Akin team re: same (0.5) | 1.10 |
| 06/23/15 | FSH | 0007 | Communications w/ B. Kahn re upcoming meeting. | 0.10 |
| 06/25/15 | FSH | 0007 | Examine draft Committee call agenda and communications w/ M. Fagen re same. | 0.10 |
| 06/25/15 | MCF | 0007 | Draft agenda for Committee call (.1) and minutes (.1); email to B. Kahn re same (.1); emails with team re same (.1); email same to Committee (.1); prepare for Committee call (.1). | 0.60 |
| 06/26/15 | FSH | 0007 | Participate in Committee call. | 0.80 |
| 06/26/15 | RAJ | 0007 | Call with Committee re developments and strategy (.8); post-call meeting with Committee advisors re next steps (.2); review info re same (.2). | 1.20 |
| 06/26/15 | DHB | 0007 | Prepare for Committee call (review of notes from hearing) (.5); attend call (.8) and follow up with R. Johnson and M. Fagen (.2). | 1.50 |
| 06/26/15 | BMK | 0007 | Prepare for committee call (0.1); attend committee call (0.8) | 0.90 |
| 06/26/15 | MCF | 0007 | Prepare for (.2) and participate in (.8) Committee call and post-call discussions (.2). | 1.20 |
| 06/26/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, R. Johnson, K. Rowe, B. Kahn, M. Fagen. | 0.80 |
| 06/01/15 | SAD | 0008 | Review dockets for updates; send to M. Fagen. | 0.10 |
| 06/02/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/03/15 | RAJ | 0008 | Review docket entries. | 0.30 |
| 06/03/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Invoice Number: 1614720  August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Fagen. | |
| 06/04/15 | FSH | 0008 | Examine information re revised hearing schedule. | 0.10 |
| 06/04/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/05/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/08/15 | SAD | 0008 | Review docket for updates. | 0.20 |
| 06/09/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/10/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/12/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings (.1). | 0.20 |
| 06/15/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/16/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/17/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/18/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/19/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/22/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 06/23/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/24/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/25/15 | FSH | 0008 | Final prep for hearing presentation (1.2). Meet w/ counsel for US interest in advance of hearing (.5). Further meetings during hearing breaks (1.0). Confer w/ US parties, RAJ, D. Botter, C. Kearns following hearing (.5); participate in reconsideration hearing (8.6). | 11.80 |
| 06/25/15 | RAJ | 0008 | Final preparations for hearing (1.2); confer with other parties re strategy during oral argument (.3, .2, .4); communications with Akin and BRG re oral argument (.3, .2, .7); appear in court on motion for reconsideration (3.2, 4.2). | 10.70 |
| 06/25/15 | AQ | 0008 | Telephonic participation in portion of reconsideration hearing. | 1.10 |
| 06/25/15 | DHB | 0008 | Continue prep for hearing (1.2); attend same (8.7). | 9.90 |
| 06/25/15 | BMK | 0008 | Telephonic observation of hearing on motions to reconsider (partial) | 2.80 |
| 06/25/15 | MCF | 0008 | Telephonic participation in portions of joint hearing on reconsideration motions. | 6.50 |
| 06/25/15 | AME | 0008 | Attend hearing on motion for reconsideration (partial) (by phone). | 5.50 |
| 06/25/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/26/15 | FSH | 0008 | Communications w/ RAJ, MF re upcoming court hearing. | 0.10 |
| 06/26/15 | MCF | 0008 | Review agenda for June 30 hearing (.1); email with team re status of same (.3). | 0.40 |
| 06/26/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/29/15 | MCF | 0008 | Emails with D. Botter re hearing (.1); prepare materials for same (.1) and emails re same (.1). | 0.30 |
| 06/29/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 06/30/15 | FSH | 0008 | Communicate with RAJ re court hearing. | 0.10 |
| 06/30/15 | RAJ | 0008 | Telephonic appearance at hearing on 38th Omnibus Objection (.6); emails re same (.1). | 0.70 |
| 06/30/15 | DHB | 0008 | Review pleadings in preparation for hearing (.4); attend hearing telephonically (.6). | 1.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1614720

Page 6  
August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/30/15 | MCF | 0008 | Prepare for (.3) and participate in (.6) hearing on claims objection telephonically. | 0.90 |
| 06/30/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings (.1). | 0.20 |
| 06/04/15 | MCF | 0009 | Review April MOR. | 0.20 |
| 06/05/15 | FSH | 0009 | Examine MOR. | 0.10 |
| 06/01/15 | RAJ | 0012 | Review information on PPI calculations and appeal of 9019 settlement (.5); emails re same (.1). | 0.60 |
| 06/02/15 | BMK | 0012 | Review of order and decision re: SNMP claims | 0.80 |
| 06/02/15 | MCF | 0012 | Review Gross order re Avaya claims (.1) and opinion (.2) and email to Akin team re same (.2). | 0.50 |
| 06/03/15 | RAJ | 0012 | Analyze SNMP opinion and order (.5); review district court docket and briefing on withdrawal of reference (.8); emails re same (.2); review SNMP scheduling order (.1). | 1.60 |
| 06/03/15 | BMK | 0012 | Analysis of trade claim issues | 0.70 |
| 06/03/15 | AME | 0012 | Review correspondence re: SNMP claim. | 0.40 |
| 06/04/15 | FSH | 0012 | Examine SNMP claim scheduling order. | 0.10 |
| 06/11/15 | RAJ | 0012 | Review SNMP docket and filings re motion to withdraw reference. | 1.00 |
| 06/12/15 | RAJ | 0012 | Follow up re briefing in PPI appeal. | 0.30 |
| 06/20/15 | FSH | 0012 | Communications w/ M. Fagen re claims issue. | 0.10 |
| 06/21/15 | FSH | 0012 | Analyze claims information. | 0.30 |
| 06/22/15 | FSH | 0012 | Review aspects of Ashurst note re UK insolvency issues (.3); examine NNI objections to claims (.3). | 0.60 |
| 06/23/15 | FSH | 0012 | Continue review of EMEA claims issues. | 0.30 |
| 06/24/15 | FSH | 0012 | Review letters submitted by JAs re claims and related issues (.2). Communications w/ Ashursts re same (.1). | 0.30 |
| 06/26/15 | FSH | 0012 | Analyze info from Ashursts re claims process and communications re same. | 0.30 |
| 06/26/15 | RAJ | 0012 | Review emails and filings re P. Budihardjo claim. | 0.20 |
| 06/30/15 | RAJ | 0012 | Review objections and responses re P. Budihardjo claim for severance benefits (.6); review schedules of claims subject of 38th Omnibus Objection (.3). | 0.90 |
| 06/01/15 | RAJ | 0018 | Review legal analysis of tax issues. | 0.40 |
| 06/02/15 | DHB | 0018 | Review memo re tax (.3) and emails re same (.2). | 0.50 |
| 06/15/15 | KMR | 0018 | Reviewed materials re: tax situation (2.3) and discussions with J. Hyland re: same (.4). | 2.70 |
| 06/16/15 | KMR | 0018 | Continued review of tax issues. | 0.70 |
| 06/17/15 | KMR | 0018 | Discussion with M. Peters re: tax issues (0.2); reviewed and responded to email re: same (0.5). | 0.70 |
| 06/01/15 | BES | 0019 | Preparing memo regarding pension matters. | 0.80 |
| 06/02/15 | BES | 0019 | Preparing memo regarding pension matters (1.1); confer w/ D. Vira re same (.2). | 1.30 |
| 06/02/15 | DZV | 0019 | Conference with B. Simonetti regarding pension memorandum (.2); revise memorandum to incorporate comments provided and issues raised (1.4). | 1.60 |
| 06/29/15 | DHB | 0019 | Begin review of status of FSD and UKP claims. | 1.20 |
| 06/24/15 | FSH | 0025 | Non-productive travel time en route to Delaware (actual time - .9 hours). | 0.45 |
| 06/24/15 | RAJ | 0025 | Travel (non-working portion) to Wilmington for hearing (actual time - 1.4 hours). | 0.70 |
| 06/24/15 | DHB | 0025 | Travel to Wilmington for hearing (actual time - 1.5 hours). | 0.75 |
| 06/25/15 | FSH | 0025 | Non-productive travel time (actual time - 1.5 hours). | 0.75 |
| 06/25/15 | RAJ | 0025 | Travel (non-working portion only) from Wilmington (actual time - 1.4 hours). | 0.70 |
| 06/25/15 | DHB | 0025 | Return from Delaware (actual time - 2.4 hours). | 1.20 |
| 06/01/15 | FSH | 0029 | Confer w/ A. Qureshi re reconsideration (.2). Communications among parties re same (.1). Communications w/ RAJ re creditor inquiry (.1). Confer w/ D. Botter re hearing (.1). Review issues respecting motion (.4). | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 7
Invoice Number: 1614720  August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/01/15 | FSH | 0029 | Examine draft joinder re: reconsideration motion. | 0.10 |
| 06/01/15 | RAJ | 0029 | Review draft Committee pleading re reconsideration in Canada (.1); emails re timing of reconsideration in Canada and motion for leave to appeal (.3); review Canadian order re same (.1). | 0.50 |
| 06/01/15 | AQ | 0029 | Confer with F. Hodara regarding reconsideration. | 0.20 |
| 06/01/15 | DHB | 0029 | Email communications re reconsideration (.2); office conference with F. Hodara re timing thereof (.1); review Canadian joinder re same and emails re same (.2) (.1); email communications re related issues (.1) (.2). | 0.90 |
| 06/01/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 06/01/15 | JYY | 0029 | Reviewing correspondence regarding motion for reconsideration and appeal re allocation. | 0.20 |
| 06/01/15 | MCF | 0029 | Review issue re ruling (.4); emails with team re same (.2); review Newbould order re extension of time to file notice of leave to appeal of allocation decision (.1) and emails re same (.2). | 0.90 |
| 06/01/15 | AME | 0029 | Review correspondence re: motion for reconsideration and appeal of allocation decisions. | 0.30 |
| 06/02/15 | FSH | 0029 | Review information re allocation inputs (.2). Communications w/ Cassels, D. Botter, A. Qureshi Motion issues (.3). Review revised notice (.1) and numerous communications re same w/ A. Qureshi, D. Botter, others (.2). Scheduling dispute, emails re same and analysis (.3). | 1.10 |
| 06/02/15 | RAJ | 0029 | Emails with US and Canadian counsel re strategic litigation issues (.2, .1, .3); analyze drafts of pleadings (.4); review procedural and strategic issues (.4, .2); analyze issues re Canadian motion for reconsideration (.5, .3); multiple emails re same (.3); emails with Canadian counsel re Amended and Restated Trial Stipulation Order re exhibits (.2, .1); emails with Akin and Cassels teams re strategy (.2, .1); review docket re reconsideration motion (.2); emails re same (.2). | 3.70 |
| 06/02/15 | DHB | 0029 | Review Newbould appeal extension order (.1); email communications re reconsideration motion (.4) in Canada and consider same (.5); telephone call with R. Jacobs re same (.1); review notice re reconsideration motion and extensive emails re same (.4); emails re major scheduling issues for reconsideration notice and consideration of next steps (.2) (.1) (.5). | 2.30 |
| 06/02/15 | CDD | 0029 | Attend to allocation case management (0.5); review filings re motion for reconsideration (0.3). | 0.80 |
| 06/02/15 | JYY | 0029 | Reviewing correspondence regarding motion for reconsideration. | 0.50 |
| 06/02/15 | MCF | 0029 | Emails with Akin and Cassels team re reconsideration motion (.3); review filing in U.S. re same (.1) and email re same (.1); coordinate re same (.3); research re allocation decisions and reconsideration motions (3.8, .7); emails with F. Hodara re same (.2). | 5.50 |
| 06/02/15 | AME | 0029 | Review correspondence re: motion for reconsideration (.5); review research on appeal issues (.6). | 1.10 |
| 06/03/15 | FSH | 0029 | Review M. Fagen analysis of decision issue and follow-up (.2). Review Capstone analysis (.1). Review NNI letter (.1), communications among parties re court conference and communications w/ D. Botter and A. Qureshi re same (.2). Further communications among parties, Committee members, advisers re same (.4). | 1.00 |
| 06/03/15 | RAJ | 0029 | Analyze issues re reconsideration motions (1.1); emails re preparations for hearing (.3); multiple emails re briefing schedule (.4); review correspondence to court (.2); review research and caselaw re appellate issues (.5). | 2.50 |
| 06/03/15 | AQ | 0029 | Emails regarding reconsideration hearing. | 0.20 |
| 06/03/15 | DHB | 0029 | Review US Debtors letter re motion for reconsideration (.2); emails re same (.2) and consider response to same and Canadian proposal (.4); telephone call with Committee member re same (.1); message to Committee member re same and email (.1); email response (.1); review and revise memo to Committee re scheduling dispute (.4); further | 2.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1614720

Page 8  
August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | correspondence re same (.2); consider Canadian decision re reconsideration issues (.8). | |
| 06/03/15 | CDD | 0029 | Attend to allocation case management, including reviewing and adding to eroom all correspondence, pleadings and motions related to allocation decision and appeal (1.6). | 1.60 |
| 06/03/15 | BMK | 0029 | Review correspondence re: schedule on motion to reconsider. | 0.40 |
| 06/03/15 | JYY | 0029 | Reviewing correspondence regarding motion for reconsideration. | 0.50 |
| 06/03/15 | MCF | 0029 | Review letter to court re reconsideration (.3); emails re same (.3); summary re same (.5); emails re allocation correspondence and deadlines (.3); emails re allocation strategy (.4); research and review materials re allocation (3.4) and emails re same (.2). | 5.40 |
| 06/03/15 | AME | 0029 | Review research on appeal issues (.5); review correspondence re: motion for reconsideration and hearing (.4). | 0.90 |
| 06/04/15 | FSH | 0029 | Numerous communications re court conferences, briefing schedule and related motion issues, among parties, Cassels, others. | 0.40 |
| 06/04/15 | RAJ | 0029 | Analyze caselaw re appellate issue (1.4); review financial analysis re same (.5); prepare analysis comparing allocation scenarios (1.7); call with A. Cowie re same (.2); emails to Akin team re same (.6). | 4.40 |
| 06/04/15 | AQ | 0029 | Call with Cassels re canadian reconsideration process (.6). Call with Cleary regarding Canadian factum and emails regarding same (.2). | 0.80 |
| 06/04/15 | DHB | 0029 | Extensive email communications re motion for reconsideration issues and timing (.4); conference call with Canadian co-counsel re same (.5); further emails re same (.2) and schedule and review of order re same (.1); review Canadian motion record and consider issues (1.0); telephone call with L. Schweitzer re reconsideration issues (.2); continue review of Canadian decision re reconsideration issues (.7). | 3.10 |
| 06/04/15 | JYY | 0029 | Correspondence with M. Fagen and A. Evans regarding motion for reconsideration hearing. | 0.30 |
| 06/04/15 | MCF | 0029 | Review correspondence and emails re reconsideration (.4); emails with Akin team re same (.2); draft memo to Committe re same (.6); revise same (.3) and send to Committee (.1). | 1.60 |
| 06/04/15 | AME | 0029 | Review correspondence re: motion for reconsideration and court conferences. | 0.50 |
| 06/05/15 | FSH | 0029 | Analyze reconsideration issue (.1) and emails w/ Cassels and A. Qureshi, D. Botter, RAJ re same (.4). Examine reports re allocation (.3). | 0.80 |
| 06/05/15 | RAJ | 0029 | Emails re filing factum in reconsideration motion in Canada (.2, .1, .2); further revise analysis of allocation scenarios (2.0); review notes of conference during allocation trial (.4); emails with Akin and Capstone re allocation issues (.3). | 3.20 |
| 06/05/15 | AQ | 0029 | Emails regarding strategy re reconsideration. | 0.30 |
| 06/05/15 | DHB | 0029 | Further emails re next steps for Canadian motion pleadings (.2); consider same (.4); continue review of pleadings relevant to reconsideration motion (.6); emails with R. Johnson re potential reconsideration presentation (.2); review exhibit re same (.4); emails re same (.2). | 2.00 |
| 06/05/15 | CDD | 0029 | Attend to allocation case management (0.9); review filings re motion for reconsideration (0.3). | 1.20 |
| 06/05/15 | BMK | 0029 | Analysis of Canadian motion to clarify issues re: allocation | 0.70 |
| 06/05/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 06/05/15 | JYY | 0029 | Reviewing correspondence regarding motion for reconsideration. | 0.20 |
| 06/05/15 | KMR | 0029 | Reviewed emails; update re: status of the allocation case. | 0.30 |
| 06/05/15 | MCF | 0029 | Review allocation filings in Canadian court. | 0.40 |
| 06/05/15 | AME | 0029 | Review correspodence re: motion for reconsideration (.3) | 0.30 |
| 06/07/15 | DHB | 0029 | Email communications re Canadian factum status (.1) and consider next steps (.1). | 0.20 |
| 06/08/15 | FSH | 0029 | Review NNI pleading (.3) and communications w/ Cassels, D. Botter, RAJ re same (.3). | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1614720

Page 9  
August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/08/15 | RAJ | 0029 | Review and comment on US debtors' draft factum in support of reconsideration motion (1.5); multiple emails with Canadian counsel to Committee re factum and strategy (.4, .3); review Law Debenture motion for reconsideration and factum (.3); review US debtors' book of authorities (.2); analyze allocation opinion (1.4). | 4.10 |
| 06/08/15 | AQ | 0029 | Review and analyze factums filed in Canadian court re reconsideration motion. | 1.10 |
| 06/08/15 | DHB | 0029 | Email communications re Canadian factum (.1); review of same (1.8); telephone calls with creditors re allocation status (.7); extensive communications re Canadian pleadings (.4); review final joinder (.3); emails re same (.1) (.1); email comments re factum (.3); review bonds factum (.3); review Law Debenture factum (.3); email communications re various filings (.1). | 4.50 |
| 06/08/15 | BMK | 0029 | Review of filings re: Canadian motion to clarify allocation decision | 1.20 |
| 06/08/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 06/08/15 | JYY | 0029 | Reviewing Canadian factum regarding motion for reconsideration; (.5); email with R. Johnson regarding same (.1). | 0.60 |
| 06/08/15 | MCF | 0029 | Review reconsideration filings in the Canadian Court (.4); emails with team re same (.2). | 0.60 |
| 06/08/15 | AME | 0029 | Review correspondence re: motion for reconsideration (.4) | 0.40 |
| 06/09/15 | RAJ | 0029 | Confer with A. Qureshi re reconsideration strategy (.2); emails re litigation research issues (.2); emails re filings re motions for reconsideration (.2). | 0.60 |
| 06/09/15 | AQ | 0029 | Confer with R. Johnson regarding reconsideration issues (.2); review and analyze allocation trial transcripts (1.6). | 1.80 |
| 06/10/15 | FSH | 0029 | Review court filings and analyze arguments (.4). Communications w/ D. Botter re same (.1). | 0.50 |
| 06/10/15 | RAJ | 0029 | Further analyze allocation opinion in connection with motion for reconsideration and appeal (2.1); analyze caselaw re reconsideration (.8). | 2.90 |
| 06/10/15 | AQ | 0029 | Calls with bondholders regarding reconsideration process. | 1.70 |
| 06/10/15 | DHB | 0029 | Consider potential reconsideration responses (.4); emails with F. Hodara re same (.2). | 0.60 |
| 06/10/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 06/10/15 | JYY | 0029 | Reviewing team correspondence regarding allocation updates (.1); email with A. Evans regarding same (.1). | 0.20 |
| 06/10/15 | AME | 0029 | Review factums re: motion for reconsideration. | 0.70 |
| 06/11/15 | RAJ | 0029 | Analyze procedural issues re reconsideration and appeal (.3); further review of Canadian reasons for allocation order (1.1). | 1.40 |
| 06/12/15 | FSH | 0029 | Analyze allocation issues (.2) and communications w/ RAJ, A. Qurehsi, D. Botter, B. Kahn re same (.2). Communications re response pleadings (.2). | 0.60 |
| 06/12/15 | RAJ | 0029 | Emails re reconsideration strategy (.2, .1); analyze multiple objections filed re motion for reconsideration (1.7, 2.5, 1.4). | 5.90 |
| 06/12/15 | DHB | 0029 | Extensive comments re responses (.3) and begin review of same (1.5). | 1.80 |
| 06/12/15 | BMK | 0029 | Begin review of responses to motion to reconisder | 1.80 |
| 06/12/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 06/12/15 | JYY | 0029 | Reviewing responses to motion for reconsideration. | 1.00 |
| 06/12/15 | KMR | 0029 | Preliminary review of submissions in opposition of motion to reconsider allocation decisions (.5); email exchanges re: same (.2). | 0.70 |
| 06/12/15 | MCF | 0029 | Pull and email responses to reconsideration motions to Committee advisors and Committee (.6); coordinate re printing and distribution of same (.4). | 1.00 |
| 06/12/15 | AME | 0029 | Prepare objections to motions for reconsideration for review. | 1.30 |
| 06/13/15 | RAJ | 0029 | Emails with Akin / BRG teams re objections to reconsideration (.3, .2); | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1614720

Page 10  
August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | further analyze issues raised in objections (.7). | |
| 06/13/15 | DHB | 0029 | Continue review and analysis of responses (.8); consider Canadian issues (.4); emails re same (.3). | 1.50 |
| 06/13/15 | KMR | 0029 | Continued review reconsideration submissions (.4); reviewed and responded to emails re: same (.2). | 0.60 |
| 06/13/15 | MCF | 0029 | Review responses to reconsideration motions (2.6); emails with D. Botter re same (.3). | 2.90 |
| 06/14/15 | RAJ | 0029 | Emails re reconsideration issues with Akin team. | 0.40 |
| 06/14/15 | AQ | 0029 | Review and analyze objections to reconsideration motions. | 5.50 |
| 06/14/15 | DHB | 0029 | Continue review of reconsideration motions (1.2); emails re same (.2). | 1.40 |
| 06/14/15 | JYY | 0029 | Reviewing responses to motion for reconsideration. | 0.20 |
| 06/14/15 | KMR | 0029 | Continued review of reconsideration submissions (.8); reviewed and responded to emails re: same (.4). | 1.20 |
| 06/14/15 | MCF | 0029 | Review responses to allocation reconsideration motions. | 1.20 |
| 06/15/15 | FSH | 0029 | Analyze issues in objections and portions of Monitor's brief (1.8). Communications w/ D. Botter, RAJ, Capstone re same (.3). | 2.10 |
| 06/15/15 | RAJ | 0029 | Emails with Akin and BRG re allocation/ reconsideration strategy (.3, .2, .3); analyze caselaw re reconsideration (1.7); analyze trial record in preparation for reconsideration reply (1.8); review draft memorandum re scope of equitable authority (.5); analyze caselaw re same (1.4); review trial transcripts (1.3); develop plan for brief (.3). | 7.80 |
| 06/15/15 | AQ | 0029 | Review and analyze case law cited in reconsideration objections (1.20). Confer with Capstone re reconsideration motions and related claims calculations (.30). Review and analyze trial transcripts and exhibits related to allocation ruling (3.70). | 5.20 |
| 06/15/15 | DHB | 0029 | Continue review and analysis of responses to reconsideration motion (2.0); emails re same (.2). | 2.20 |
| 06/15/15 | CDD | 0029 | Confer with R. Johnson re trial transcripts (0.1); review and work with ediscovery re same (0.5). | 0.60 |
| 06/15/15 | BMK | 0029 | Analysis of issues for reconsideration reply | 1.60 |
| 06/15/15 | LC | 0029 | Prepare and stage allocation trial transcripts received from C.Doniak into livenotes document database for attorney review. | 1.80 |
| 06/15/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.30 |
| 06/15/15 | JYY | 0029 | Reviewing responses to motion for reconsideration of allocation decisions. | 0.40 |
| 06/15/15 | AME | 0029 | Correspondence with F. Hodara, D. Botter, R. Johnson and C. Kearns (BRG) re: objections to motions for reconsideration (.4); review allocation trial protocol, pretrial hearing transcripts, and other allocation trial documents (3.1); confer with C. Samis re: pretrial hearing transcripts (.3), review transcript (.3) | 4.10 |
| 06/16/15 | FSH | 0029 | Continue review and analysis of objections to reconsideration (2.1). Communications w/ D. Botter re Response, hearing (.2). | 2.30 |
| 06/16/15 | RAJ | 0029 | Analyze allocation trial protocols (.7); review prior orders regarding allocation trial issues (.5); meeting with D. Botter, A. Qureshi, B. Kahn re reconsideration strategy and briefing (1.2); analyze prior party filings re allocation protocols (1.6); analyze allocation order (.5); draft preliminary statement of brief (1.8); review issues re FSD claims (.5); analyze caselaw re reconsideration (1.4). | 8.20 |
| 06/16/15 | AQ | 0029 | Team meeting re reply outline (1.2). Review and analyze trial exhibits re recovery waterfalls and related testimony (1.3). Review and analyze Britven and Bazelon trial and deposition testimony (2.3). | 4.80 |
| 06/16/15 | DHB | 0029 | Continue review and consideration of reconsideration pleadings (2.3); emails re same (.2); meet with team re reply (1.2); begin review and comment to outline (.5). | 4.20 |
| 06/16/15 | CDD | 0029 | Review allocation transcripts. | 0.30 |
| 06/16/15 | BMK | 0029 | Work on reconsideration reply outline (1.3); conf wth Botter, Qureshi, | 2.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Johnson re: same (1.2). | |
| 06/16/15 | AME | 0029 | Correspond with R. Johnson re: allocation research (.2); emails to J. Yecies re: issues in objections to motions for reconsideration (.3); review hearing transcripts and orders re: allocation (4.0); review case law re: reconsideration (1.8). | 6.30 |
| 06/17/15 | FSH | 0029 | Analyze issues re reconsideration objections (.2) and communications w/ A. Qureshi, D. Botter re same and re next steps (.2). Continue review of objections (.9). | 1.30 |
| 06/17/15 | RAJ | 0029 | Further analyze reconsideration caselaw (.6, 1.8); review and comment on draft outline (.5, .3, .1); multiple emails with Akin team re reconsideration and strategy (.4, .5, .2); revise draft preliminary statement of brief (1.2); analyze transcripts of hearings (1.5); analyze allocation trial deposition testimony (.7); further analyze allocation decision (.8). | 8.60 |
| 06/17/15 | AQ | 0029 | Call with Capstone re reconsideration Reply (.2). Call with Cleary regarding reconsideration Reply (.4). Draft and revise reconsideration Reply (1.5). Review and analyze trial transcripts, exhibits and admitted deposition testimony re reconsideration reply (4.2). Emails with team re reconsideration Reply (.2). Calls with bondholders regarding allocation opinion and procedures (.7). | 7.20 |
| 06/17/15 | DHB | 0029 | Review and comment on reconsideration response outline (.8); extensive emails re same (.4); review of preliminary statement and comment (1.0); emails with team re same (.3); telephone call with creditor group re committee position on reconsideration (.2). | 2.70 |
| 06/17/15 | BMK | 0029 | Work on reconsideration reply outline and related issues | 3.60 |
| 06/17/15 | LWL | 0029 | Assist in researching case law decisions on allocation issue. | 0.40 |
| 06/17/15 | JYY | 0029 | Reviewing correspondence regarding motion for reconsideration. | 0.30 |
| 06/17/15 | AME | 0029 | Review and revise research memo re: section 105 (.8); review pleadings, transcripts, and other items from allocation trial re: drafting motion for reconsideration reply (2.0); review drafts of motion for reconsideration reply outline (1.5), review correspondence with D. Botter, R. Johnson, A. Qureshi, B. Kahn re: same (1.5); review research (1.3), correspondence re: same (.4), and confer w/ Z. Kazmi re same (.2). | 7.70 |
| 06/18/15 | FSH | 0029 | Confer w/ D. Botter, RAJ, C. Kearns re pending issues (.5). Analyze issues raised w/ Committee (.7). | 1.20 |
| 06/18/15 | RAJ | 0029 | Analyze reconsideration caselaw for reply brief (.7, 1.2); emails with Akin team re U.S. Debtors' reply and Bondholder Group reply (.2, .1, .2); analyze trial transcripts (1.5); confer with A. Evans re transcript analysis (.3, .2); analyze IFSA (.7); draft reply brief (1.6); review motions to strike in connection with motion for reconsideration (1.2); multiple emails and calls with A Evans re research (.4). | 8.30 |
| 06/18/15 | AQ | 0029 | Review and analyze draft bondholder Reply (.4). Call with Capstone re Reply (.2). Review and edit reply preliminary statement (.6). Review and analyze expert reports and related trial testimony (1.3). Confer with team and with Capstone re Reply (.3). Calls with Cleary re Reply (.3). Call with Milbank re Reply (.2). | 3.30 |
| 06/18/15 | DHB | 0029 | Continue work related to reconsideration responses (1.2); comments re same (.2)(.4); continue review of outline and responses (.4). | 2.20 |
| 06/18/15 | BMK | 0029 | Review of issues re: reconsideration replies (0.6); review draft milbank reply (0.3) | 0.90 |
| 06/18/15 | JYY | 0029 | Reviewing team correspondence regarding motion for reconsideration. | 0.50 |
| 06/18/15 | KMR | 0029 | Reviewed status of allocation case. | 0.70 |
| 06/18/15 | MCF | 0029 | Emails with A. Qureshi re party's draft reply brief (.1); email to Committee re same (.2); quick review of same (.3). | 0.60 |
| 06/18/15 | AME | 0029 | Confer with J. Yecies re: status update (.2); review research re: section 105 (.2); review Z. Kazmi's research re: reconsideration and correspondence re: same (.8); confer with R. Johnson re: status update | 5.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1614720

Page 12  
August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | and reconsideration reply (.3, .2); review trial materials for use in motion for reconsideration reply (2.5), correspond with R. Johnson re: same (.6); review bondholder's reply (.3). | |
| 06/19/15 | FSH | 0029 | Review issues raised with respect to Reconsideration Responses and analyze same (1.6). Numerous communications w/ C. Kearns, RAJ, D. Botter, A. Qureshi, B. Kahn re same, next steps, parties (.8). | 2.40 |
| 06/19/15 | RAJ | 0029 | Analyze and comment on draft US Debtors' reply brief (1.9); multiple emails with Akin and BRG teams re same (.3, .2); confer with A. Qureshi and B. Kahn re strategy and brief (.2, .1); analyze caselaw for brief (1.8); edits to draft brief (1.6, 1.5); emails and calls with BRG re financial analysis for brief (.2, .1); review financial analysis for reply brief (.2). | 8.50 |
| 06/19/15 | AQ | 0029 | Emails with Capstone re allocation strategy (.5). Call with creditor regarding reconsideration motions (.3). Emails re Milbank Reply (.2). Review and analyze trial transcripts related to draft Debtor and Milbank replies (1.4). Review and analyze Milbank draft Reply (.6). Calls with Milbank and Cleary re settlement discussions (.4). Review and analyze trial and deposition testimony (1.80). Calls with Milbank and Cleary re draft Milbank Reply (.2). Confer with R. Johnson and B. Kahn re draft Reply (.3). | 5.70 |
| 06/19/15 | DHB | 0029 | Review Bonds draft response (.4); communications re same (.2); review US Debtors draft response (1.5); extensive communications re same (.4) and potential settlements (.4); work on Committee response (.4) (.2). | 3.50 |
| 06/19/15 | CDD | 0029 | Confer with A. Qureshi re transcripts (0.1); review same (0.1). | 0.20 |
| 06/19/15 | BMK | 0029 | Review and analysis of reconisderation reply issues (0.8); confs with Qureshi and Johnson re: same (0.3); emails re: allocation next steps (0.3) | 1.40 |
| 06/19/15 | KMR | 0029 | Reviewed draft response from Cleary for reconsideration motion. | 0.70 |
| 06/19/15 | MCF | 0029 | Email to F. Hodara re reply brief (.2); emails with team re same (.4). | 0.60 |
| 06/19/15 | AME | 0029 | Review research on reconsideration from Z. Kasmi (.7), correspond re: same (.3); review US Debtors' draft reply to motion for reconsideration objections (.5), correspondence re: same (.3). | 1.80 |
| 06/20/15 | FSH | 0029 | Review US estate drafts (3.1), identify issues and analyze same (1.4) and communicate revisions and concepts to BRG and Akin teams (.6). Numerous communications w/ same re same (.4). | 5.50 |
| 06/20/15 | RAJ | 0029 | Review comments and edits to draft brief (1.1); further edit reply brief (2.3, 2.2); emails with Cleary re U.S. Debtors' brief (.2); review revised draft of Cleary brief (.5); multiple emails with Akin team re both briefs (.3, .1). | 6.70 |
| 06/20/15 | AQ | 0029 | Review and edit revised Reply (.5) and emails with team and Capstone regarding same (.3). | 0.80 |
| 06/20/15 | DHB | 0029 | Review and revisions to Committee reconsideration pleading (1.2); extensive emails re same (.5). | 1.70 |
| 06/20/15 | AME | 0029 | Correspondence re: draft reply brief to objections to motion for reconsideration (1.0); review revised draft of reply (.5). | 1.50 |
| 06/21/15 | FSH | 0029 | Review and comment on revised reconsideration reply drafts (1.5). Analyze NNSA argument (.3). Review B. Kahn summary (.1). Communications w/ Cleary (.1). Communications w/ RAJ and D. Botter re next steps (.2). | 2.20 |
| 06/21/15 | RAJ | 0029 | Further edits to reconsideration brief (2.1, 1.2); multiple emails among Akin and BRG teams re further edits (.5); review trial testimony for use in brief (.8); emails with U.S. Debtors regarding draft brief (.2, .1); review and comment on draft of U.S. Debtors' brief (.4, .2). | 5.50 |
| 06/21/15 | AQ | 0029 | Review and analyze revised Cleary Reply (.4) and emails re same (.2). Review and analyze revised Reply (.3) and emails re same (.1). | 1.00 |
| 06/21/15 | DHB | 0029 | Review of Committee pleading and further comments (1.0); extensive emails re same (.5); email communications re Bonds and Debtors' pleading (.2) (.2). | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1614720

Page 13  
August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/21/15 | JYY | 0029 | Reviewing draft reply for motion for reconsideration (.9); reviewing transcripts and expert reports in relation to same (.8). | 1.70 |
| 06/21/15 | KMR | 0029 | Reviewed draft filings in reconsideration motion. | 0.50 |
| 06/21/15 | MCF | 0029 | Emails with team re draft reply briefs. | 0.40 |
| 06/21/15 | AME | 0029 | Review trial materials in connection with draft reply (1.6); correspondence re: draft reply (.8); review revised draft reply (.7) | 3.10 |
| 06/22/15 | FSH | 0029 | Work on finalization of Reply, review comments of Committee members and numerous communications w/ Comm members re same (2.8). Prepare for upcoming reconsideration hearing (.5). Analyze issues raised in objections (.7). Communications w/ Cassels re filing (.1). Confer w/ BRG re pleading (.2). Communications w/ Cassels, RAJ re notice (.1). Call w/ C. Kearns re concepts (.3). Communications w/ BRS, B. Kahn, D. Botter re same (.3). Address hearing issues w/ Cleary, BRG (.4). Review revised debtor brief (.4). Confer w/ Creditor rep re hearing (.2). Communications w/ D. Botter, A. Qureshi C. Kearns, RAJ re trial exhibits (.7). | 6.70 |
| 06/22/15 | RAJ | 0029 | Call with counsel to Committee member re reply brief (.1); follow-up emails re same (.1); further edit reply brief (1.4, .7); multiple emails with Akin team re further edits (.5, .3); incorporate client comments into draft brief (.8, .5); emails with Cleary re U.S. Debtors brief (.2, .1); finalize brief for filing (1.5); prepare for hearing (1.3). | 7.50 |
| 06/22/15 | AQ | 0029 | Emails re committee comments to Reply (.3); review and analyze pleading filed by TCC (.1) and emails re same (.1); emails re oral argument and demonstratives (.2). | 0.70 |
| 06/22/15 | DHB | 0029 | Review changes to Debtors pleadings (1.4); extensive communications re revisions to Committee pleading and consider changes thereto (1.0); multiple reviews of Committee pleadings and emails with Committee members re same (.3) and thereon (1.5); begin review of replies filed (1.0); email communications with senior teams at AG and BRG re prep (.3); emails re strategy (.2). | 5.70 |
| 06/22/15 | BMK | 0029 | Review and comment on reconsideration reply to finalize for filing (1.3); emails with Hodara, Johnson re: same (0.3); review of allocation related issues to summarize for committee (0.5). | 2.10 |
| 06/22/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.30 |
| 06/22/15 | JYY | 0029 | Reviewing updates to draft reconsideration motion. | 0.60 |
| 06/22/15 | KMR | 0029 | Reviewed draft responses to objections to reconsideration motion (0.5); reviewed allocation strategy issues (.3). | 0.80 |
| 06/22/15 | MCF | 0029 | Emails with C. Samis re Committee reply brief (.1); emails with team re same (.2); pull and circulate filed reply briefs (.4); email to Committee re same (.2). | 0.90 |
| 06/22/15 | AME | 0029 | Review trial materials in connection with draft reply to objection to motion for reconsideration (.5), emails with R. Johnson re: same (.2); correspondence re: draft reply (.5); review revised drafts of reply (1.0) | 2.20 |
| 06/23/15 | FSH | 0029 | Communications w/ C. Kearns, RAJ re hearing issues (.1). Confer w/ A. Cowie and C. Kearns re analysis, argument (.3). Confer w/ M. Fagen re same (.1). Continue hearing prep (1.8). Communications w/ RAJ, D. Botter, BRG re exhibits and review draft (.4). Communications w/ RAJ and D. Botter re hearing (.2). | 2.80 |
| 06/23/15 | RAJ | 0029 | Review final reply brief filed by U.S. Debtors (.8); review reply brief filed by Bondholder Group (.3); prepare possible demonstrative for hearing (1.4, 1.5); further analyze reconsideration cases (1.4); multiple emails re preparation for hearing (.5). | 5.90 |
| 06/23/15 | AQ | 0029 | Emails regarding hearing demonstratives and consider same. | 0.20 |
| 06/23/15 | DHB | 0029 | Extensive communications re hearing prep (.5); begin hearing prep, including review of opinions and all pleadings (4.8). | 5.30 |
| 06/23/15 | BMK | 0029 | Assist in preparations for hearing on motion to reconsider allocation | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1614720

Page 14  
August 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | decisions | |
| 06/23/15 | MCF | 0029 | Coordinate re joint hearing on reconsideration motions (.3); emails re same (.2); review cases re allocation decision (.8) and draft memo to F. Hodara re same (.6) and confer with F. Hodara re same (.1). | 2.00 |
| 06/23/15 | AME | 0029 | Correspondence re: replies to motion for reconsideration and hearing on same (.4); correspondence re: possible settlement (.2); correspond with Z. Kazmi re: research assignment (.1) | 0.70 |
| 06/24/15 | FSH | 0029 | Review pleadings of various parties and analyze arguments in preparation for court hearing on motion to reconsider (2.6). Call w/ Milbank re same (.7). Meet w/ D. Botter, B. Kahn, RAJ re same (.5). TC Cassels re same (.2). Examine NNCC materials (.2). Numerous communication w/ Advisors re analyses for hearing (2.2). Prepare presentations (3.8). | 10.20 |
| 06/24/15 | RAJ | 0029 | Further analyze objections to motion for reconsideration / clarification (1.3, 1.6); prepare for hearing (.5, .8); call with counsel to Bondholder Group re reconsideration hearing (.7); meeting with F. Hodara, D. Botter, B. Kahn re strategy (.7); call with Cassels re hearing preparations (.3); further analyze caselaw re Ivanhoe issue (1.4); review correspondence to court (.1); review proposed forms of order for reconsideration (.4); analyze Canadian allocation opinion (.5). | 8.30 |
| 06/24/15 | DHB | 0029 | Continue review of all documents in preparation for hearing (3.8); meet with F. Hodara, R. Johnson and B. Kahn re hearing prep (.7); email communications re same (.4); review and consider outline (.9) and email comments re same (.4); follow-up re support for outline points (.4). | 6.60 |
| 06/24/15 | BMK | 0029 | Attend prep session for Nortel hearing on reconsideration with Hodara, Botter, Johnson (0.7); call with Milbank re: same (partial) (0.5); review of documents for preparation efforts (0.9) | 2.10 |
| 06/24/15 | JYY | 0029 | Reviewing team correspondence regarding motion for reconsideration hearing. | 0.20 |
| 06/24/15 | MCF | 0029 | Analyze aspects of allocation decision and cases cited therein (1.8); memo to F. Hodara re same (.9); review EMEA letter re same (.4) and email to team re same (.3). | 3.40 |
| 06/24/15 | AME | 0029 | Emails with J. Yecies and M. Fagen re: hearing on motion for reconsideration (.2); correspondence re: hearing on motion for reconsideration, related documents (.3) | 0.50 |
| 06/25/15 | AQ | 0029 | Emails with team re reconsideration hearing. | 0.20 |
| 06/25/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.40 |
| 06/25/15 | AME | 0029 | Review trial materials for hearing on motion for reconsideration (.1), correspond with R. Johnson and J. Yecies re: same (.1) | 0.20 |
| 06/26/15 | FSH | 0029 | Review outstanding issues in wake of reconsideration hearing (.5). Communications w/ RAJ, BK, MF, DB, K. Rowe re same (.3). | 0.80 |
| 06/26/15 | RAJ | 0029 | Further analyze proposed procedures for NNUK and EMEA claims (.5); review Ashursts analysis of same (.3); analyze appellate issues re finality (1.4). | 2.20 |
| 06/26/15 | JYY | 0029 | Confer with A. Evans regarding hearing. | 0.10 |
| 06/26/15 | KMR | 0029 | Update re: status of litigation and settlement proposals. | 0.40 |
| 06/26/15 | AME | 0029 | Communications with B. Gifford and C. Doniak re: document management (.3); confer with J. Yecies re: update on reconsideration hearing (.1) | 0.40 |
| 06/29/15 | FSH | 0029 | Examine hearing reports and follow-up (.3). Other hearing follow-up (.2). Meeting w/ A. Qureshi re same (.3). Analyze pending issues (.7). | 1.50 |
| 06/29/15 | RAJ | 0029 | Review news reports re allocation reconsideration motion (.3); analyze appellate procedural issues (.5); develop outline for memorandum re finality of decision for appellate purposes (.4); confer with A. Qureshi re same (.2); review caselaw re collateral order doctrine (.6); further analyze Justice Newbould's allocation reasons (.7). | 2.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/29/15 | AQ | 0029 | Confer with F. Hodara regarding reconsideration motion (.3). Emails regarding claims re allocation (.2). Confer with R. Johnson regarding appeal issues (.2). Confer with bondholder regarding reconsideration argument (.3). Review and analyze case law regarding direct certification of appeals (1.1). | 2.10 |
| 06/29/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 06/29/15 | JYY | 0029 | Case update from A. Evans regarding reconsideration hearing (.2); review press re same (.2). | 0.40 |
| 06/29/15 | MCF | 0029 | Review article re allocation decisions (.3); email with F. Hodara re same (.1) and distribute to Committee advisors (.1). | 0.50 |
| 06/29/15 | AME | 0029 | Email with R. Johnson re: research on appeal issues and direct certification (.2); confer with J. Yecies re: status update, update on hearing (.2). | 0.40 |
| 06/30/15 | FSH | 0029 | TC Milbank re pending issues (.3). Communications with Cassels, BRG, Akin re same (.3). | 0.60 |
| 06/30/15 | RAJ | 0029 | Analyze appellate issues re certification (.8, .6); meeting with A. Qureshi, A. Evans re research projects (.5); analyze procedural issues re appeal (.6); review prior briefs and appellate decisions (1.2). | 3.70 |
| 06/30/15 | AQ | 0029 | Meet with R. Johnson and A. Evans regarding appeal-related research issues. | 0.50 |
| 06/30/15 | DHB | 0029 | Email communications re PPI and settlement potential discussions and consider next steps. | 0.40 |
| 06/30/15 | LWL | 0029 | Compile current allocation press coverage for A. Qureshi/R. Wirakesuma. | 0.20 |
| 06/30/15 | JYY | 0029 | Reviewing team correspondence regarding motion for reconsideration. | 0.10 |
| 06/30/15 | AME | 0029 | Correspond with R. Johnson re: direct certification research and appeal issues (.4), review old correspondence and relevant documents re: same (.8); meet with A. Qureshi and R. Johnson re: direct certification and appeal issues research (.5); review research (1.2). | 2.90 |

                                                     Total Hours    520.55

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 68.50 | at | $1250.00 | = | $85,625.00 |
| R A JOHNSON | 140.40 | at | $975.00 | = | $136,890.00 |
| B E SIMONETTI | 2.10 | at | $935.00 | = | $1,963.50 |
| A QURESHI | 47.00 | at | $1095.00 | = | $51,465.00 |
| D H BOTTER | 85.55 | at | $1150.00 | = | $98,382.50 |
| K M ROWE | 10.00 | at | $810.00 | = | $8,100.00 |
| B M KAHN | 32.30 | at | $775.00 | = | $25,032.50 |
| J Y YECIES | 8.10 | at | $710.00 | = | $5,751.00 |
| M C FAGEN | 62.10 | at | $565.00 | = | $35,086.50 |
| A M EVANS | 51.20 | at | $495.00 | = | $25,344.00 |
| D Z VIRA | 1.60 | at | $725.00 | = | $1,160.00 |
| C D DONIAK | 4.70 | at | $605.00 | = | $2,843.50 |
| L CHAU | 1.80 | at | $280.00 | = | $504.00 |
| S A D'ADDESE | 2.40 | at | $210.00 | = | $504.00 |
| L W LANPHEAR | 2.80 | at | $265.00 | = | $742.00 |

                          Current Fees                              $479,393.50

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 16
Invoice Number: 1614720  August 19, 2015

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Computerized Legal Research - Lexis | $1,565.10 |
| Computerized Legal Research - Westlaw | $37.97 |
| Duplication - In House | $102.90 |
| Meals - Business | $13.04 |
| Meals (100%) | $1,330.05 |
| Audio and Web Conference Services | $6,957.11 |
| Travel - Ground Transportation | $190.84 |
| Travel - Lodging (Hotel, Apt, Other) | $305.77 |
| Travel - Train Fare | $265.00 |

Current Expenses $10,767.78

**Total Amount of This Invoice** **$490,161.28**

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number    1614720<br>Invoice Date    08/19/15<br>Client Number    687147<br>Matter Number    0001 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1614720

(For wires originating outside the US reference Swift ID# CITIUS33)