# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,603.07 |
| Duplication –In House | $102.90 |
| Meals – Business | $13.04 |
| Meals (100%) | $1,330.05 |
| Audio and Web Conference Services | $6,957.11 |
| Travel – Ground Transportation | $190.84 |
| Travel – Lodging  (Hotel, Apt, Other) | $305.77 |
| Travel – Train Fare | $265.00 |
| **TOTAL** | **$10,767.78** |