# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number    1614720<br>Invoice Date        08/19/15<br>Client Number      687147<br>Matter Number        0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---:|
| 04/28/15 | Travel - Lodging (Hotel, Apt, Other) Hotel stay in Toronto to attend Nortel hearing.; Hotel Stay - Nortel; Shangri-La Hotel (1 night) | $305.77 |
| 04/29/15 | Meals - Business  In room breakfast during hotel stay in Toronto to attend Nortel hearing.; A. Qureshi; Shangri-La Hotel | $13.04 |
| 05/12/15 | Travel - Ground Transportation  Taxi home from office after working late; Uber Car Service | $50.46 |
| 05/18/15 | Travel - Ground Transportation  Taxi cab from Cleary's office to 116 W. 14th St. after attending Nortel meetings.; NYC Taxi Cab | $9.12 |
| 05/18/15 | Travel - Ground Transportation  Taxi cab from Akin to Cleary's office for Qureshi, Hodara and Kahn to attend Nortel meetings.; UBER | $49.00 |
| 05/21/15 | Meals (100%)  5/18/15 - B. Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800353; DATE: 5/21/2015 Allocation discussion: 6 people | $119.49 |

| Date | Description | Amount |
|---|---|---|
| 05/21/15 | Meals (100%) 5/19/15 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800353; DATE: 5/21/2015 Advisors meeting - 10 people | $216.88 |
| 05/21/15 | Meals (100%) 5/21/15 - R. Wirakesuma VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800353; DATE: 5/21/2015 Committee call - 8 people | $169.19 |
| 05/26/15 | Travel - Train Fare Train from Newark Penn station to Wilmington to attend hearing on May 28; Amtrak Business Fare | $141.00 |
| 05/27/15 | Travel - Ground Transportation Taxi home from office after working late; Uber Car Service | $47.26 |
| 05/28/15 | Travel - Ground Transportation Taxi from home to Newark Penn station en route to Wilmington to attend hearing; Classic1 Limousine | $35.00 |
| 05/28/15 | Travel - Train Fare Train from Wilmington to to New York after attending hearing on May 28; Amtrak Business Fare | $124.00 |
| 05/28/15 | Meals (100%) 5/26/15 - MATHEW FAGEN VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800355; DATE: 5/28/2015 Call re Canadian next steps - 6 people | $116.93 |
| 05/28/15 | Meals (100%) 5/28/15 - JONATHAN LEE VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800355; DATE: 5/28/2015 Committee call - 12 people | $286.78 |
| 05/29/15 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: EVANS ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 12.0 | $864.00 |
| 06/01/15 | Computerized Legal Research - Lexis Service: BRIEFS PLEADINGS MOTIONS; Employee: GARRISON CHES; Charge Type: SEARCHES; Quantity: 1.0 | $270.00 |
| 06/02/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2109207 DATE: 6/7/2015 Brad Kahn - Mi Nidito - 06/02/2015 | $39.97 |
| 06/04/15 | Duplication - In House Photocopy - User # 990100, NY, 567 page(s) | $56.70 |
| 06/04/15 | Duplication - In House Photocopy - User # 990100, NY, 222 page(s) | $22.20 |
| 06/04/15 | Duplication - In House Photocopy - User # 990100, NY, 25 page(s) | $2.50 |
| 06/04/15 | Meals (100%) 5/29/15: M. Fagen | $77.95 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800356; DATE: 6/4/2015 Creditor call - 4 people | |
| 06/05/15 | Audio and Web Conference Services Expenses for the month of May 2015 VENDOR: TELCONF LLC; INVOICE#: 06001-01001-15; DATE: 6/5/2015 | $473.61 |
| 06/05/15 | Audio and Web Conference Services Expenses for the month of May 2015 VENDOR: TELCONF LLC; INVOICE#: 06001-01001-15; DATE: 6/5/2015 | $1,600.46 |
| 06/05/15 | Audio and Web Conference Services Expenses for the month of May 2015 VENDOR: TELCONF LLC; INVOICE#: 06001-01001-15; DATE: 6/5/2015 | $1,571.88 |
| 06/05/15 | Audio and Web Conference Services Expenses for the month of May 2015 VENDOR: TELCONF LLC; INVOICE#: 06001-01001-15; DATE: 6/5/2015 | $1,653.54 |
| 06/05/15 | Audio and Web Conference Services Expenses for the month of May 2015 VENDOR: TELCONF LLC; INVOICE#: 06001-01001-15; DATE: 6/5/2015 | $947.21 |
| 06/05/15 | Audio and Web Conference Services Expenses for the month of May 2015 VENDOR: TELCONF LLC; INVOICE#: 06001-01001-15; DATE: 6/5/2015 | $710.41 |
| 06/08/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2112330 DATE: 6/14/2015 Brad Kahn - The Red Flame Diner Coffee House - 06/08/2015 | $20.88 |
| 06/11/15 | Meals (100%)  6/5/15 - N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800357; DATE: 6/11/2015 Committee call - 8 people | $140.99 |
| 06/11/15 | Meals (100%)  6/11/15 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800357; DATE: 6/11/2015 Committee call - 9 people | $140.99 |
| 06/12/15 | Duplication - In House  Photocopy - User # 990100, NY, 215 page(s) | $21.50 |
| 06/16/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS  ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $17.10 |
| 06/17/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS  ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 5.0 | $85.50 |
| 06/17/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAZMI  ZAIN; Charge Type: | $17.10 |

| Date | Description | Amount |
|---|---|---|
| | LA DOCUMENT ACCESS; Quantity: 1.0 | |
| 06/17/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LANPHEAR LESLIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $17.10 |
| 06/18/15 | Computerized Legal Research - Westlaw User: KAZMI,ZAIN Date: 6/18/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $37.97 |
| 06/18/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $17.10 |
| 06/18/15 | Computerized Legal Research - Lexis Service: BRIEFS PLEADINGS MOTIONS; Employee: KAZMI ZAIN; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $89.10 |
| 06/18/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAZMI ZAIN; Charge Type: LA DOCUMENT ACCESS; Quantity: 8.0 | $136.80 |
| 06/19/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAZMI ZAIN; Charge Type: LA DOCUMENT ACCESS; Quantity: 3.0 | $51.30 |
| | Current Expenses | $10,767.78 |