# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JUNE 1, 2015 THROUGH JUNE 30, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 85.55 | $98,382.50 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 68.50 | $85,625.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 140.40 | $136,890.00 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 47.00 | $51,465.00 |
| Bruce E. Simonetti | Partner for 10 years; Admitted in 1995; Tax Department | $935 | 2.10 | $1,963.50 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 10.00 | $8,100.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 32.30 | $25,032.50 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 8.10 | $5,751.00 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 62.10 | $35,086.50 |
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 51.20 | $25,344.00 |
| Christine Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $605 | 4.70 | $2,843.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Daniel Z. Vira | Senior Attorney for 3 years; Admitted in 1992; Tax Department | $725 | 1.60 | $1,160.00 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $210 | 2.40 | $504.00 |
| Leslie W. Lanphear | Librarian for 8 years | $265 | 2.80 | $742.00 |
| Lok Fung Chau | EDiscovery Project Coordinator for 4 years | $280 | 1.80 | $504.00 |

Total Amount of Fees:       **$479,393.50**
Total Number of Hours:      **520.55**
Blended Hourly Rate:        **$920.94**