**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **27 August 2015**      Our Ref: **GDB/CCN01.00001**      Invoice No.: **394120**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 73,237.00 |
| For the period to 31 July 2015, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 38.94 |
| **Disbursements:** (NT) | | | |
| Fares | 0.00 | 0.00 | 38.28 |
|  | 0.00 | | 73,314.22 |
|  | VAT | | 0.00 |
|  | Total | | 73,314.22 |
|  | **Balance Due** | | **73,314.22** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note: Remittance advices should be sent electronically to remittances@ashurst.com**

Please quote reference 394120 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/07/2015

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 2.00 | 1,690.00 | (C0007) |
|  |  | 0.40 | 338.00 | (C0012) |
|  |  | 7.50 | 6,337.50 | (C0031) |
|  |  | **9.90** | **8,365.5** |  |
| Partner | Angela Pearson | 0.50 | 397.50 | (C0012) |
|  |  | 2.80 | 2,226.00 | (C0031) |
|  |  | **3.30** | **2,623.50** |  |
| Partner | Marcus Fink | 5.90 | 4,484.00 | (C0031) |
|  |  | **5.90** | **4,484.00** |  |
| Counsel | Sara Watson | 0.30 | 195.00 | (C0031) |
|  |  | **0.30** | **195.00** |  |
| Senior Associate | Drew Sainsbury | 0.50 | 297.50 | (C0007) |
|  |  | 14.60 | 8,687.00 | (C0012) |
|  |  | 35.50 | 21,122.50 | (C0031) |
|  |  | **50.60** | **30,107.00** |  |
| Senior Associate | Andy Wright | 0.20 | 114.00 | (C0012) |
|  |  | 11.40 | 6,498.00 | (C0031) |
|  |  | **11.60** | **6,612.00** |  |
| Senior Associate | Lindsey Roberts | 2.50 | 1,362.50 | (C0003) |
|  |  | 3.30 | 1,798.50 | (C0007) |
|  |  | 2.50 | 1,362.50 | (C0012) |
|  |  | 14.70 | 8,011.50 | (C0031) |
|  |  | **23.00** | **12,535.00** |  |
| Associate | Sophie Law | 0.40 | 176.00 | (C0007) |
|  |  | 0.60 | 264.00 | (C0012) |
|  |  | 0.10 | 44.00 | (C0031) |
|  |  | **1.10** | **484.00** |  |
| Trainee | Ben Middleton | 14.00 | 2,870.00 | (C0003) |
|  |  | 0.60 | 123.00 | (C0012) |
|  |  | 9.40 | 1,927.00 | (C0031) |
|  |  | **24.00** | **4,920.00** |  |
| Trainee | Katy Bradfield | 2.30 | 471.50 | (C0031) |
|  |  | **2.30** | **471.50** |  |

| | | | | |
|---|---|---:|---:|---|
| Trainee | Mesha Ghazaleh | 10.90 | 2,234.50 | (C0031) |
| | | **10.90** | **2,234.50** | |
| | | | | |
| Trainee | Martin Voelker | 1.00 | 205.00 | (C0031) |
| | | **1.00** | **205.00** | |
| | | | | |
| | **Total** | **143.90** | **73,237.00** | |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.50 | 545.00 | 1,362.50 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 14.00 | 205.00 | 2,870.00 |
| | | | Total | **4,232.50** |

Matter: CCN01.00001 - BANKRUPTCY

## C0003    Ashurst Fee Application/Monthly Billing Reports

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/07/2015 | Ben Middleton | MISC | Drafted May Application, made further amendments and collated exhibits, various disc LROBER re same | 4.60 | 205.00 | 943.00 |
| 01/07/2015 | Ben Middleton | LETT | Email to Giles Boothman re authorisation to attach signature, various internal emails and discussion to confirm outstanding application information | 0.60 | 205.00 | 123.00 |
| 01/07/2015 | Ben Middleton | MISC | Arranged for final amendment to time entry description and amended time spreadsheet to reflect this | 0.30 | 205.00 | 61.50 |
| 01/07/2015 | Ben Middleton | LETT | Email to Matthew Fagen distributing May fee application | 0.10 | 205.00 | 20.50 |
| 01/07/2015 | Lindsey Roberts | DRFT | Review and comments on draft fee application; discussions with BMIDDL re: the same | 0.80 | 545.00 | 436.00 |
| 08/07/2015 | Lindsey Roberts | LETT | Emails re June fee and expense estimates; Email to Brad re the same | 0.30 | 545.00 | 163.50 |
| 08/07/2015 | Lindsey Roberts | LETT | Review of Preliminary Fee Report and Email to B Kahn re the same | 0.30 | 545.00 | 163.50 |
| 13/07/2015 | Ben Middleton | LETT | Email to Matthew Fagen re fee examiner's final report on 25th interim fee application | 0.10 | 205.00 | 20.50 |
| 15/07/2015 | Lindsey Roberts | LETT | Review of e-mails re interim fee application. | 0.20 | 545.00 | 109.00 |
| 16/07/2015 | Ben Middleton | MISC | Review of interim fee hearing exhibit and currency conversion, email to Katherine Good distributing same | 1.30 | 205.00 | 266.50 |
| 20/07/2015 | Ben Middleton | MISC | Reviewed and marked up prebill prior to drafting fee application, discussion with Lindsey Roberts re same | 2.70 | 205.00 | 553.50 |
| 20/07/2015 | Lindsey Roberts | LETT | Review and comment on BMIDDL mark-up of pre-bill, disc BMIDDL re same | 0.40 | 545.00 | 218.00 |
| 24/07/2015 | Ben Middleton | LETT | Email Katherine Good re CNO filing | 0.10 | 205.00 | 20.50 |
| 24/07/2015 | Ben Middleton | REVI | Initial review of June invoice | 0.20 | 205.00 | 41.00 |
| 27/07/2015 | Ben Middleton | REVI | Review of Nortel invoice/further amendments to time entries, disc with LROBER | 1.30 | 205.00 | 266.50 |
| 27/07/2015 | Lindsey Roberts | INTD | Disc with BMIDDL re Nortel fee application. | 0.10 | 545.00 | 54.50 |
| 29/07/2015 | Ben Middleton | MISC | Review of amendments to draft June invoice, internal email re corrections to same | 0.40 | 205.00 | 82.00 |
| 29/07/2015 | Ben Middleton | DRFT | Drafted June monthly fee application | 2.20 | 205.00 | 451.00 |
| 29/07/2015 | Ben Middleton | LETT | Email to Matthew Fagen distributing June monthly fee application | 0.10 | 205.00 | 20.50 |
| 29/07/2015 | Lindsey Roberts | LETT | Review of fee application final invoice. | 0.20 | 545.00 | 109.00 |
| 29/07/2015 | Lindsey Roberts | LETT | Amending wording in fee application. | 0.20 | 545.00 | 109.00 |
|  |  |  |  |  |  | **4,232.50** |

Matter: CCN01.00001 - BANKRUPTCY

## C0007     Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 2.00 | 845.00 | 1,690.00 |
| **Senior Associate** | | | | |
| DSAINS | Drew Sainsbury | 0.50 | 595.00 | 297.50 |
| LROBER | Lindsey Roberts | 3.30 | 545.00 | 1,798.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.40 | 440.00 | 176.00 |
| | | | Total | **3,962.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/07/2015 | Lindsey Roberts | PHON | UCC Weekly call | 0.80 | 545.00 | 436.00 |
| 08/07/2015 | Sophie Law | LETT | Emails in from Akin G re committee call | 0.20 | 440.00 | 88.00 |
| 09/07/2015 | Lindsey Roberts | LETT | UCC Weekly Call | 0.80 | 545.00 | 436.00 |
| 16/07/2015 | Lindsey Roberts | LETT | UCC weekly call. | 0.10 | 545.00 | 54.50 |
| 16/07/2015 | Lindsey Roberts | LETT | E-mails to DSAINS re UCC weekly call. | 0.20 | 545.00 | 109.00 |
| 16/07/2015 | Sophie Law | LETT | Emails in from Akin re committee call | 0.20 | 440.00 | 88.00 |
| 23/07/2015 | Lindsey Roberts | REVI | Review of agenda and attachments; and attending weekly UCC call. | 0.60 | 545.00 | 327.00 |
| 30/07/2015 | Drew Sainsbury | PHON | PHON: UCC Call (0.5) | 0.50 | 595.00 | 297.50 |
| 30/07/2015 | Giles Boothman | ATTD | Prep for Creditor committee call | 0.30 | 845.00 | 253.50 |
| 30/07/2015 | Giles Boothman | ATTD | Creditor committee call | 0.50 | 845.00 | 422.50 |
| 30/07/2015 | Giles Boothman | ATTD | Prep for Creditor committee call | 1.20 | 845.00 | 1,014.00 |
| 30/07/2015 | Lindsey Roberts | LETT | Emails to DSAINS re UCE call and attending UCC weekly call. | 0.80 | 545.00 | 436.00 |
| | | | | | | **3,962.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 795.00 | 397.50 |
| GDB | Giles Boothman | 0.40 | 845.00 | 338.00 |
| **Senior Associate** | | | | |
| ACW | Andy Wright | 0.20 | 570.00 | 114.00 |
| DSAINS | Drew Sainsbury | 14.60 | 595.00 | 8,687.00 |
| LROBER | Lindsey Roberts | 2.50 | 545.00 | 1,362.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.60 | 440.00 | 264.00 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 0.60 | 205.00 | 123.00 |
| | | | Total | **11,286.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/2015 | Drew Sainsbury | LETT | READ Motion for reconsideration to answer HSF points (3.2) | 3.20 | 595.00 | 1,904.00 |
| 06/07/2015 | Drew Sainsbury | READ | Email from L Roberts and then reading Reconsideration Decision | 0.70 | 595.00 | 416.50 |
| 06/07/2015 | Giles Boothman | READ | Emails re Reconsideration Decision | 0.40 | 845.00 | 338.00 |
| 06/07/2015 | Lindsey Roberts | READ | Review of US/Canadian reconsideration options; emails re: the same | 0.90 | 545.00 | 490.50 |
| 06/07/2015 | Sophie Law | LETT | Numerous emails re Reconsideration Order | 0.30 | 440.00 | 132.00 |
| 07/07/2015 | Drew Sainsbury | LETT | READ Judgment on motion to reconsider, supporting docs (2.2) | 2.20 | 595.00 | 1,309.00 |
| 09/07/2015 | Ben Middleton | MISC | Arranged for production of motion/objection/reply hard-copy files | 0.60 | 205.00 | 123.00 |
| 15/07/2015 | Andy Wright | READ | Brief review of draft leave to appeal order | 0.20 | 570.00 | 114.00 |
| 15/07/2015 | Drew Sainsbury | MISC | READ Materials re. Motion for leave to appeal Canadian order (1.8) | 1.80 | 595.00 | 1,071.00 |
| 15/07/2015 | Lindsey Roberts | REVI | Review of draft Notice of Motion for Leave to Appeal. | 0.60 | 545.00 | 327.00 |
| 16/07/2015 | Sophie Law | LETT | Emails in from Akin re Canadian Motion for Leave to Appeal | 0.10 | 440.00 | 44.00 |
| 22/07/2015 | Angela Pearson | REVI | Review emails re appeals | 0.20 | 795.00 | 159.00 |
| 22/07/2015 | Drew Sainsbury | MISC | LETT Reading re US proceedings, update ahead of possible call tomorrow. (1.1) | 1.10 | 595.00 | 654.50 |
| 23/07/2015 | Angela Pearson | READ | Review emails re appeal | 0.30 | 795.00 | 238.50 |
| 24/07/2015 | Drew Sainsbury | MISC | READ Cross appeal from EMEA debtors re appeal from allocation judgment. (1.8) | 1.80 | 595.00 | 1,071.00 |
| 28/07/2015 | Sophie Law | LETT | Emails from Akin re Draft Objection to Certification Motion and Joint Mediation Statement | 0.20 | 440.00 | 88.00 |
| 29/07/2015 | Lindsey Roberts | LETT | Review of e-mail re objections to certification motion. | 0.10 | 545.00 | 54.50 |
| 29/07/2015 | Lindsey Roberts | LETT | Review of motion to certify appeal. | 0.40 | 545.00 | 218.00 |
| 29/07/2015 | Lindsey Roberts | LETT | Review of objection of the UCC to the motion of the US and Canadian debtors. | 0.40 | 545.00 | 218.00 |
| 30/07/2015 | Lindsey Roberts | REVI | Review of email and attachment re rejection of Appeal | 0.10 | 545.00 | 54.50 |
| 31/07/2015 | Drew Sainsbury | MISC | READ: Allocation Judgment, pensions proceedings, research ahead of developing dialogue with HSF (3.8) | 3.80 | 595.00 | 2,261.00 |

                                                                                                      11,286.00

**Matter: CCN01.00001 - BANKRUPTCY**

| C0031 | European Proceedings/Matters | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.80 | 795.00 | 2,226.00 |
| GDB | Giles Boothman | 7.50 | 845.00 | 6,337.50 |
| MDF | Marcus Fink | 5.90 | 760.00 | 4,484.00 |
| **Counsel** | | | | |
| SAW | Sara Watson | 0.30 | 650.00 | 195.00 |
| **Senior Associate** | | | | |
| ACW | Andy Wright | 11.40 | 570.00 | 6,498.00 |
| DSAINS | Drew Sainsbury | 35.50 | 595.00 | 21,122.50 |
| LROBER | Lindsey Roberts | 14.70 | 545.00 | 8,011.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.10 | 440.00 | 44.00 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 9.40 | 205.00 | 1,927.00 |
| KABRAD | Katy Bradfield | 2.30 | 205.00 | 471.50 |
| MGHAZA | Mesha Ghazaleh | 10.90 | 205.00 | 2,234.50 |
| MVOELK | Martin Voelker | 1.00 | 205.00 | 205.00 |
| | | | Total | 53,756.50 |

Matter: CCN01.00001 - **BANKRUPTCY**

## C0031    European Proceedings/Matters

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2015 | Andy Wright | LETT | Reviewing historic correspondence and documents in public domain re calculation of section 75 debt for the NNUK Pension Plan; internal emails re the same; reviewing Towers Watson letter re estimation of section 75 debt exhibited to Pensions Regulator's warning notice | 1.90 | 570.00 | 1,083.00 |
| 02/07/2015 | Ben Middleton | INTD | Various disc LROBER re MFagen requests | 0.20 | 205.00 | 41.00 |
| 02/07/2015 | Ben Middleton | MISC | Email correspondence with AWT and DSAINS re MFagen requests, review of Nortel emails; disc LROBER re same (0.2) | 0.70 | 205.00 | 143.50 |
| 02/07/2015 | Ben Middleton | LETT | Emails to MFagen re document requests; disc LROBER re same (0.1) | 0.30 | 205.00 | 61.50 |
| 02/07/2015 | Drew Sainsbury | LETT | INTD/LETT/DRFT Query from B Middleton re inspection of proofs/Pension claims | 0.50 | 595.00 | 297.50 |
| 02/07/2015 | Lindsey Roberts | LETT | Emails to Andy and Drew re: UKPC claim | 0.30 | 545.00 | 163.50 |
| 02/07/2015 | Lindsey Roberts | INTD | Discussion with BMIDDL re: review of emails and comment | 0.30 | 545.00 | 163.50 |
| 02/07/2015 | Lindsey Roberts | LETT | Further email request from M Fagan | 0.30 | 545.00 | 163.50 |
| 03/07/2015 | Drew Sainsbury | LETT | READ Materials for motion for reconsideration to answer CVA question (2.5) | 2.50 | 595.00 | 1,487.50 |
| 06/07/2015 | Drew Sainsbury | LETT | INTD Discuss with Mesha Ghazaleh HSF arguments for CVA (0.3) DRFT Note for Akin re CVA process (0.5) | 0.80 | 595.00 | 476.00 |
| 06/07/2015 | Mesha Ghazaleh | LETT | Read Nortel background and the judgments to see why CVA is being used. Email and discuss with Drew | 4.10 | 205.00 | 840.50 |
| 07/07/2015 | Andy Wright | INTD | Discussion with LROBER re CVAs | 0.20 | 570.00 | 114.00 |
| 07/07/2015 | Drew Sainsbury | LETT | DRFT Note on CVAs in Nortel (0.5) | 0.50 | 595.00 | 297.50 |
| 07/07/2015 | Lindsey Roberts | INTD | Discussion with ACW re CVAs | 0.20 | 545.00 | 109.00 |
| 10/07/2015 | Drew Sainsbury | LETT | DRFT Read, research and draft short note re CVAs (1.8) INTD email GDB (0.1) | 1.90 | 595.00 | 1,130.50 |
| 11/07/2015 | Drew Sainsbury | LETT | Email re CVA note | 0.10 | 595.00 | 59.50 |
| 13/07/2015 | Angela Pearson | LETT | Review e-mails re CVAs | 0.20 | 795.00 | 159.00 |
| 13/07/2015 | Drew Sainsbury | LETT | LETT Email advice re CVAs to Akin Gump (0.8) LETT/DRFT/INTD Email from D Botter re claims process in UK, draft and consider response, discuss GDB, email advice (1.1) | 1.90 | 595.00 | 1,130.50 |
| 15/07/2015 | Angela Pearson | LETT | Email to Brad Kahn re Snowden hearing | 0.10 | 795.00 | 79.50 |
| 15/07/2015 | Angela Pearson | LETT | Emails to Brad/Lindsey re Snowden hearing | 0.20 | 795.00 | 159.00 |
| 15/07/2015 | Angela Pearson | INTD | Review internal emails re Snowden hearing | 0.20 | 795.00 | 159.00 |
| 15/07/2015 | Ben Middleton | MISC | Review of new UK insolvency proceedings (CVA claim resolution process), various internal disc and emails re same (attendance at hearings, court documents, alerts) | 1.40 | 205.00 | 287.00 |
| 15/07/2015 | Drew Sainsbury | MISC | LETT Email re Snowden hearing/CVAs (0.2) INTD Discuss with GDB and calls with L Roberts (0.5) DRFT Substantive email update for Akin, drafting comments and amends (2.5) LETT Finalise and circulate email (0.3) | 3.50 | 595.00 | 2,082.50 |
| 15/07/2015 | Giles Boothman | READ | Drew and emails | 0.30 | 845.00 | 253.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0031        European Proceedings/Matters

| Date | Name | Code | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 15/07/2015 | Lindsey Roberts | LETT | Review of e-mails from and calls with DSAINS and AMP re HSF update. | 0.20 | 545.00 | 109.00 |
| 15/07/2015 | Lindsey Roberts | LETT | Review of e-mail re UK hearing; discuss with B Middleton re the same. Review of follow-up e-mails from B Middleton on points discussed. Review comments on D Sainsbury e-mail in response to B Kahn's queries (including e-mail incorporating additional points to consider). | 1.30 | 545.00 | 708.50 |
| 15/07/2015 | Lindsey Roberts | LETT | Review of JA's skeleton argument. | 0.60 | 545.00 | 327.00 |
| 15/07/2015 | Sara Watson | INTD | Ben - finding out about hearings in the Chancery Division + accessibility of documents | 0.20 | 650.00 | 130.00 |
| 15/07/2015 | Sara Watson | READ | Email - hearing | 0.10 | 650.00 | 65.00 |
| 15/07/2015 | Sophie Law | LETT | Emails in from Akin re Draft Notice of Motion for Leave to Appeal Canadian Allocation Order and Draft Motion for Leave to Appeal Canadian Allocation Order | 0.10 | 440.00 | 44.00 |
| 16/07/2015 | Ben Middleton | LETT | Various internal emails re UK insolvency proceedings alerts, document searches, liaising with Debtwire, disc and emails Lindsey Roberts re same | 0.70 | 205.00 | 143.50 |
| 16/07/2015 | Ben Middleton | RSCH | Research regarding requesting a filed skeleton argument as a non-party to proceedings | 1.10 | 205.00 | 225.50 |
| 16/07/2015 | Drew Sainsbury | MISC | LETT Emails with L Roberts (0.2) PHON Conference call with CCommittee (0.5) READ Research re accessing skellys (1.0) LETT Emails with D Botter and R Johnson re CVA (0.4) READ CVA proceedings etc. (1.7) | 4.10 | 595.00 | 2,439.50 |
| 16/07/2015 | Lindsey Roberts | LETT | E-mails to/from library, BMIDDL and DSAINS re watching brief on Nortel UK Insolvency proceedings and obtaining documents if non-party. | 1.10 | 545.00 | 599.50 |
| 17/07/2015 | Angela Pearson | READ | Review emails re EMEA insolvency | 0.30 | 795.00 | 238.50 |
| 17/07/2015 | Angela Pearson | LETT | Email L Roberts re EMEA insolvency | 0.10 | 795.00 | 79.50 |
| 17/07/2015 | Ben Middleton | LETT | Internal emails re Debtwire/Bloomberg alerts relating to UK insolvency proceedings | 0.30 | 205.00 | 61.50 |
| 17/07/2015 | Drew Sainsbury | LETT | LETT Emails with L Roberts re CVA etc, emails with Akin | 0.50 | 595.00 | 297.50 |
| 17/07/2015 | Lindsey Roberts | LETT | E-mail to Akin re "watching brief"; e-mail internally tp team; discuss with BMIDDL re searches. | 1.40 | 545.00 | 763.00 |
| 20/07/2015 | Ben Middleton | MISC | Internal disc and analysis re Bloomberg/Nexis searches | 0.50 | 205.00 | 102.50 |
| 20/07/2015 | Ben Middleton | MISC | Checked CD cause list for UK insolvency proceedings and set up weekday reminder | 0.30 | 205.00 | 61.50 |
| 20/07/2015 | Ben Middleton | MISC | Review of both general Debtwire European and Debtwire Nortel specific alerts | 0.20 | 205.00 | 41.00 |
| 20/07/2015 | Drew Sainsbury | MISC | INTD Discuss next steps with L Roberts SUPE/DRFT Instruct Mesha Ghazaleh re CVA note, consider drafting etc. | 1.20 | 595.00 | 714.00 |
| 20/07/2015 | Lindsey Roberts | LETT | Discussion with DSAINS re CVA note; e-mails to/from HSF re call. | 0.30 | 545.00 | 163.50 |
| 20/07/2015 | Mesha Ghazaleh | LETT | Discuss task with Drew. Read the skeleton judgment. Start research into CVAs to produce note. | 1.90 | 205.00 | 389.50 |
| 21/07/2015 | Angela Pearson | READ | Review emails re CVAs | 0.20 | 795.00 | 159.00 |
| 21/07/2015 | Ben Middleton | MISC | Review of library/alert results re Nortel UK insolvency proceedings, disc Lindsey Roberts | 0.40 | 205.00 | 82.00 |
| 21/07/2015 | Drew Sainsbury | LETT | SUPE/READ/DRFT Note on CVAs | 1.90 | 595.00 | 1,130.50 |
| 21/07/2015 | Lindsey Roberts | LETT | Review of press release re NNUK insolvency proceedings; discuss with BMIDDLE re the same. | 0.30 | 545.00 | 163.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0031 | European Proceedings/Matters | | | | | |
|---|---|---|---|---|---|---|
| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
| 21/07/2015 | Mesha Ghazaleh | LETT | Research CVAs and produce note on CVAs | 4.40 | 205.00 | 902.00 |
| 22/07/2015 | Ben Middleton | MISC | Review of Nortel Bloomberg alerts and request for articles | 0.30 | 205.00 | 61.50 |
| 22/07/2015 | Lindsey Roberts | LETT | E-mail to DSAINS re follow-up with HSF. | 0.20 | 545.00 | 109.00 |
| 23/07/2015 | Ben Middleton | MISC | Review of Bloomberg results and cause list | 0.20 | 205.00 | 41.00 |
| 23/07/2015 | Drew Sainsbury | MISC | INTD/READ L Roberts re docs for call etc, letter from US lawyers, CVA process (1.3). LETT Email to HSF re call (0.1) | 1.40 | 595.00 | 833.00 |
| 23/07/2015 | Lindsey Roberts | PHON | Telephone call with DSAINS re follow-up with HSF. | 0.20 | 545.00 | 109.00 |
| 24/07/2015 | Ben Middleton | MISC | Review of Bloomberg alert/cause list | 0.20 | 205.00 | 41.00 |
| 24/07/2015 | Drew Sainsbury | MISC | LETT A Whiteoak re call; response and arrange call (0.3) LETT Email L Roberts re misc EMEA issues and arranging call with HSF (0.1) | 0.40 | 595.00 | 238.00 |
| 24/07/2015 | Giles Boothman | ATTD | Emails/docs for meeting | 0.50 | 845.00 | 422.50 |
| 27/07/2015 | Angela Pearson | REVI | Review emails re EMEA issues | 0.20 | 795.00 | 159.00 |
| 27/07/2015 | Drew Sainsbury | MISC | INTD Calls and emails and discussions with L Roberts and G Boothman (0.4) LETT Email to HSF re call (0.1) READ Snowden judgment search/skeleton (1.8) SUPE Instruct Mesha Ghazaleh re order and judgment search (0.1) PREP For HSF call, notes and list of items to discus (0.7) | 3.10 | 595.00 | 1,844.50 |
| 27/07/2015 | Giles Boothman | ATTD | Drew catch up/read emails re uk hg | 1.00 | 845.00 | 845.00 |
| 27/07/2015 | Lindsey Roberts | LETT | Emails with DSAINS re call with HSF. | 0.10 | 545.00 | 54.50 |
| 28/07/2015 | Andy Wright | RSCH | Analysis in respect of steps and timing to issue a section 47 contribution notice | 2.80 | 570.00 | 1,596.00 |
| 28/07/2015 | Angela Pearson | REVI | Review emails re contribution notice | 0.20 | 795.00 | 159.00 |
| 28/07/2015 | Angela Pearson | INTD | Discussion with Lindsey | 0.20 | 795.00 | 159.00 |
| 28/07/2015 | Ben Middleton | MISC | Review of Bloomberg alert, request and review of article | 0.40 | 205.00 | 82.00 |
| 28/07/2015 | Ben Middleton | MISC | Email/disc Library Enquiry re Nortel alerts, court watch and related updates | 0.50 | 205.00 | 102.50 |
| 28/07/2015 | Drew Sainsbury | LETT | LETT Email to HSF re call (0.2) INTD Discuss L Roberts, email to Akin (0.2) PREP For call, discuss with GDB. (0.3) INTD Arrange pensions call, review and prep (1.5) | 2.20 | 595.00 | 1,309.00 |
| 28/07/2015 | Giles Boothman | ATTD | Attempted call with HS/discuss issues with Drew and Lindsey/ read emails/ line up re pensions issues | 1.00 | 845.00 | 845.00 |
| 28/07/2015 | Lindsey Roberts | PREP | Prep for and disc with DSAINS; Disc with AMP re the pension issues; Further emails to John Whitehead; emails re pension call. | 1.70 | 545.00 | 926.50 |
| 28/07/2015 | Lindsey Roberts | LETT | Emails to/from Ashurst team re call on and HSF call pension issues; emails to Akin re the same; Disc with DSAINS. | 0.80 | 545.00 | 436.00 |
| 28/07/2015 | Marcus Fink | LETT | Review D Botter email re UK pension questions relating to potential to challenge a s75 debt liability and FSD/CN procedure. Consider same. | 1.20 | 760.00 | 912.00 |
| 28/07/2015 | Mesha Ghazaleh | LETT | Find the order by Snowden J. Contact the library to see if they can obtain the order. | 0.30 | 205.00 | 61.50 |
| 29/07/2015 | Andy Wright | ATTD | Internal meeting re Akin pension queries on challenging section 75 debts and process for issuing section 47 contribution notices | 0.90 | 570.00 | 513.00 |
| 29/07/2015 | Andy Wright | INTD | Internal discussions with Lindsey Roberts and AMP re pension issues | 0.40 | 570.00 | 228.00 |

Matter: CCN01.00001 - **BANKRUPTCY**

**C0031**      **European Proceedings/Matters**

| Date | Name | Code | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 29/07/2015 | Andy Wright | DRFT | Note on section 47 contribution notice | 3.60 | 570.00 | 2,052.00 |
| 29/07/2015 | Angela Pearson | REVI | Review emails re pension issues | 0.30 | 795.00 | 238.50 |
| 29/07/2015 | Angela Pearson | INTD | Discussion Andy/Lindsey re pension issues | 0.40 | 795.00 | 318.00 |
| 29/07/2015 | Ben Middleton | MISC | Review and research of FSD timeline process and stay on pension regulator proceedings, disc Lindsey Roberts re same | 1.60 | 205.00 | 328.00 |
| 29/07/2015 | Ben Middleton | LETT | Email Matthew Fagen re professionals distribution list | 0.10 | 205.00 | 20.50 |
| 29/07/2015 | Drew Sainsbury | MISC | PHON/LETT/INTD Calling HSF, arranging calls, discussing with team and reading emails from Akin re Kevins (0.5) INTD Discussing Pension issues and prep for call tomorrow (0.9) READ Prep for pension call (1.5) | 2.90 | 595.00 | 1,725.50 |
| 29/07/2015 | Giles Boothman | SUPE | Emails/ Fred/ Drew/ call in to HS and prep for call | 1.00 | 845.00 | 845.00 |
| 29/07/2015 | Katy Bradfield | RSCH | Research re challenging s 75 calculation | 1.70 | 205.00 | 348.50 |
| 29/07/2015 | Katy Bradfield | RSCH | Research re challenging s 75 debt liability; discussion with Marcus Fink | 0.60 | 205.00 | 123.00 |
| 29/07/2015 | Lindsey Roberts | LETT | Review of Andy's note; discuss and email with MFINK re UKP claim. | 1.80 | 545.00 | 981.00 |
| 29/07/2015 | Lindsey Roberts | LETT | Discussion with ACW re Nortel pension queries | 0.40 | 545.00 | 218.00 |
| 29/07/2015 | Lindsey Roberts | LETT | Follow-up email with ACW re pension queries. | 0.40 | 545.00 | 218.00 |
| 29/07/2015 | Lindsey Roberts | LETT | Preparation for internal meeting (0.5); internal meeting (0.9); follow-up from meeting (0.2) | 1.60 | 545.00 | 872.00 |
| 29/07/2015 | Marcus Fink | LETT | Con with K Bradfield re research on ability to challenge s75 debt and review cases and articles re the same. Meeting with ACW, DS and LR re Akin questions and discuss issues | 2.10 | 760.00 | 1,596.00 |
| 29/07/2015 | Mesha Ghazaleh | LETT | Liaise with litigation trainee, Martin, to see if he could obtain Snowden's judgment at court. Update Drew. | 0.20 | 205.00 | 41.00 |
| 29/07/2015 | Martin Voelker | PHON | Call to Mesha Ghazaleh regarding filing of form requesting Nortel order of 15 July. | 0.10 | 205.00 | 20.50 |
| 29/07/2015 | Martin Voelker | LETT | Email to Mesha Ghazaleh regarding obtaining a copy of the order made in Nortel Networks UK Limited. | 0.20 | 205.00 | 41.00 |
| 29/07/2015 | Martin Voelker | MISC | Filed form at RCJ to obtain copy of the order of 15 July | 0.70 | 205.00 | 143.50 |
| 30/07/2015 | Andy Wright | LETT | Email to Akin team re section 47 contribution notice process in UK | 0.10 | 570.00 | 57.00 |
| 30/07/2015 | Andy Wright | PHON | Pensions call with Akin | 1.20 | 570.00 | 684.00 |
| 30/07/2015 | Andy Wright | PREP | For pensions call with Akin | 0.30 | 570.00 | 171.00 |
| 30/07/2015 | Angela Pearson | READ | Review emails re section 47 contribution notice | 0.20 | 795.00 | 159.00 |
| 30/07/2015 | Drew Sainsbury | MISC | INTD: G Boothman re HSF correspondence (0.2) PHON: Calling J Whiteoak (HSF), leave message. (0.2) DRFT: Email to HSF seeking call. (0.2) PREP: For meetings, research on CVA contingent claims (1.9) ATTD: Meeting/call re pensions (1.7) INTD: Discuss pension issues with team. Prep next stage with HSF (1.9) | 6.10 | 595.00 | 3,629.50 |
| 30/07/2015 | Giles Boothman | ATTD | Prep for pensions meeting/internal discussions/read emails, disc DSAINS, call/meeting re pensions | 2.70 | 845.00 | 2,281.50 |
| 30/07/2015 | Lindsey Roberts | PHON | Pension call with Akin. | 1.20 | 545.00 | 654.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0031 | | | **European Proceedings/Matters** | | | |
|---|---|---|---|---|---|---|
| | | | | **Time (Decimal)** | **Agreed Rate (GBP /hour)** | **Amount** |
| 30/07/2015 | Marcus Fink | LETT | Prep for and attend pensions meeting/call re quantifying/challenging s75 debt calculation and process relating to statutory quantification of FSD claims via non compliance CNs | 2.60 | 760.00 | 1,976.00 |
| 31/07/2015 | Giles Boothman | READ | Emails/ docs re pensions position | 1.00 | 845.00 | 845.00 |
| | | | | | | **53,756.50** |