**Exhibit C**

**DISBURSEMENT SUMMARY**

**JULY 01, 2015 THROUGH JULY 31, 2015**

| Document Production | £38.94 |
|---|---|
| Travel – Ground Transportation | £38.28 |
| **TOTAL** | **£77.22** |