**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**

| | |
|---|---:|
| 649 pages @ 0.06P | 38.94 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---:|
| 15/07/2015 | VENDOR: Roberts, Lindsey INVOICE#: 09024942072800129203 DATE: 28/07/2015 Taxi, 15/07/15, Taxi home - working late for client. | 23.28 |
| 29/07/2015 | VENDOR: Sainsbury, Drew INVOICE#: 09153647080800309203 DATE: 08/08/2015 Taxi, 29/07/15, Domestic taxi travel | 15.00 |
| | | **77.22** |