**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JULY 01, 2015 THROUGH JULY 31, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 13 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 9.90 | 8,365.50 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 3.30 | 2,623.50 |
| Marcus Fink | Partner for 2 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £760 | 5.90 | 4,484.00 |
| Sara Watson | Counsel for 9 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £650 | 0.30 | 195.00 |
| Drew Sainsbury | Associate for 7 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 50.60 | 30,107.00 |
| Andy Wright | Associate for 6 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £570 | 11.60 | 6,612.00 |
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 23.00 | 12,535.00 |
| Sophie Law | Associate for 2 years; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £440 | 1.10 | 484.00 |
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £205 | 24.00 | 4,920.00 |
| Katy Bradfield | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £205 | 2.30 | 471.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Mesha Ghazaleh | Trainee Solicitor; Restructuring and Special Situations Group, London | £205 | 10.90 | 2,234.50 |
| Martin Voelker | Trainee Solicitor; Dispute Resolution Group, London | £205 | 1.00 | 205.00 |
| **TOTAL** | | | **143.90** | **73,237.00** |

## COMPENSATION BY PROJECT CATEGORY
## JULY 01, 2015 THROUGH JULY 31, 2015

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 16.50 | 4,232.50 |
| Creditors Committee Meetings | 6.2 | 3,962.00 |
| General Claims Analysis/Claims Objections | 19.40 | 11,286.00 |
| European Proceedings/Matters | 101.80 | 53,756.50 |
| **TOTAL** | **143.90** | **73,237.00** |