IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                        )
In re:                                  )    Chapter 11
                                        )    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]        )    Jointly Administered
                                        )
        Debtors.                        )
                                        )    **Hearing Date:** TBD
_____  )

# NOTICE OF TWENTY-SIXTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | May 1, 2015 through July 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary | £215,618.00 (US $332,051.72)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £742.47 (US $1,143.40)[3] |

This is (a)n:  X  interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.54 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.54 as published by Bloomberg.com on the date of this application.

43642580

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 07/01/2015 Docket No. 15825 | 05/01/2014 – 05/31/2015 | £109,710.00 | £239.37 | £87,768.00 | £239.37 | £21,942.00 |
| Date Filed: 07/29/2015 Docket No. 15974 | 06/01/2014 – 06/30/2015 | £32,671.00 | £425.88 | £26,136.80 | £425.88 | £6,534.20 |
| Date Filed: 08/28/2015 Docket No. TBD | 07/01/2015 – 07/31/2015 | £73,237.00 | £77.22 | £58,589.60 | £77.22 | £14,647.40 |
| **TOTALS:** | | **£215,618.00** | **£742.47** | **£172,494.40** | **£742.47** | **£43,123.60** |

Summary of any Objections to Fee Applications:  None.

Dated:      August 28, 2015
            London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

43642580