# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $8,483.58 |
| Duplication –In House | $16.40 |
| Document Production – In House | $6.00 |
| Meals – Business | $181.15 |
| Meals (100%) | $1,203.43 |
| Research | $21.60 |
| Audio and Web Conference Services | $8,018.64 |
| Travel – Airfare | $954.20 |
| Travel – Ground Transportation | $1,238.35 |
| Travel – Lodging  (Hotel, Apt, Other) | $657.80 |
| Travel – Telephone & Fax | $53.12 |
| Travel – Train Fare | $1,448.00 |
| **TOTAL** | **$22,282.27** |