# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1615686 |
| ATTN: JOHN DOLITTLE | Invoice Date 08/25/15 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/06/15 | Research  Usage from 1/01 to 3/31/15 VENDOR: PACER SERVICE CENTER; INVOICE#: 4380079-Q12015; DATE: 4/6/2015 | $15.80 |
| 04/06/15 | Research  Usage from 1/01 to 3/31/15 VENDOR: PACER SERVICE CENTER; INVOICE#: 4380079-Q12015; DATE: 4/6/2015 | $5.80 |
| 06/11/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 131709 DATE: 6/11/2015 NAME: BOTTER DAVID H TICKET #: 0648550205 DEPARTURE DATE: 06/24/2015 ROUTE: UNKNOWN | $32.00 |
| 06/11/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 131709 DATE: 6/11/2015 NAME: BOTTER DAVID H TICKET #: 8765022741 DEPARTURE DATE: 06/24/2015 ROUTE: NYP WIL NYP | $353.00 |
| 06/12/15 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1202154 DATE: 6/24/2015  Vendor: Dial Car Voucher #: DLA4269641 Date: 06/12/2015 Name: | $130.83 |

| Date | Description | Amount |
|---|---|---|
| 06/17/15 | Ryan McKellar\|\|Car Service, Vendor: Dial Car Voucher #: DLA4269641 Date: 06/12/2015 Name: Ryan McKellar Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2117562 DATE: 6/21/2015 Zain Kazmi - Abaya Thai formerly 36 Royal Thai) - 06/17/2015 | $24.87 |
| 06/18/15 | Meals (100%)  6/15/15 - P. Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800358; DATE: 6/18/2015 Nortel - hearing snacks - 6 people | $128.34 |
| 06/18/15 | Meals (100%)  6/16/15 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800358; DATE: 6/18/2015 Committee call - 8 people | $209.04 |
| 06/20/15 | Travel - Ground Transportation  Taxi home from office after working late (after midnight on 6/19); Uber Car Service | $49.43 |
| 06/22/15 | Travel - Telephone & Fax  Payment for in-flight internet use re: Nortel work.; Nortel - Gogo Delta | $23.95 |
| 06/23/15 | Travel - Telephone & Fax  Payment for in-flight internet use re: Nortel work.; Nortel - Gogo Delta | $29.17 |
| 06/24/15 | Travel - Ground Transportation  Car to attend Nortel meeting; Uber | $15.62 |
| 06/24/15 | Meals - Business  Meal while discussing court hearing prep; F. Hodara, C. Kearns, R. Johnson; LA Fia | $152.00 |
| 06/24/15 | Travel - Lodging (Hotel, Apt, Other) Hotel stay in Wilmington to attend Nortel hearing; Hotel stay in Wilmington for hearing; Hotel Dupont 1 night | $328.90 |
| 06/24/15 | Travel - Train Fare  Round trip train fare to attend court hearing in Wilmington; Amtrak | $518.00 |
| 06/24/15 | Travel - Ground Transportation  Taxi from train station to hotel while in Wilmington for hearing; Apple Car (Wilmington) | $12.00 |
| 06/24/15 | Travel - Train Fare  Train fare to travel from New York to Wilmington for hearing; Amtrak | $259.00 |
| 06/24/15 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 4250650 DATE: 7/3/2015  Vendor: Executive Royal Voucher #: RV1S0361A8 Date: 06/24/2015 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: RV1S0361A8 Date: 06/24/2015 Name: Fred Hodara | $29.25 |
| 06/24/15 | Travel - Ground Transportation | $190.00 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: DIAL CAR INC INVOICE#: 1202766A DATE: 7/8/2015  Vendor: Dial Car Voucher #: NPA4263963 Date: 06/24/2015 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: NPA4263963 Date: 06/24/2015 Name: David Botter Car to hearing | |
| 06/25/15 | Meals - Business  Meal at hotel during stay to attend court hearing; F. Hodara; Hotel Dupont | $25.40 |
| 06/25/15 | Travel - Ground Transportation  Taxi from home from Newark Penn Station upon returning from hearing in Wilmington; Classic1 Limousine | $40.00 |
| 06/25/15 | Travel - Train Fare  Train fare to travel from Wilmington to New York after hearing; Amtrak | $179.00 |
| 06/25/15 | Travel - Train Fare  Additional train fare to upgrade original ticket to first class ticket (travel from Wilmington to New York after hearing); Amtrak | $80.00 |
| 06/25/15 | Travel - Lodging (Hotel, Apt, Other) Hotel room charge while in Wilmington for hearing; Hotel Room Charge; Hotel Dupont (Wilmington) 1 night | $328.90 |
| 06/25/15 | Meals - Business  In room dining (lunch) while in Wilmington for hearing; Robert Johnson; Hotel Dupont (Wilmington) | $3.75 |
| 06/25/15 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1202766 DATE: 7/8/2015  Vendor: Dial Car Voucher #: DLA4321449 Date: 06/25/2015 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA4321449 Date: 06/25/2015 Name: David Botter | $138.85 |
| 06/25/15 | Meals (100%)  6/25/15 - J. Lee. VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800359; DATE: 6/25/2015 Committee call - 7 people | $140.99 |
| 06/25/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 143394 DATE: 6/25/2015 NAME: BOTTER DAVID H TICKET #: 0649076351 DEPARTURE DATE: 06/25/2015 ROUTE: UNKNOWN | $32.00 |
| 06/25/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 143419 DATE: 6/25/2015 NAME: BOTTER DAVID H TICKET #: 0649076362 DEPARTURE DATE: 06/25/2015 ROUTE: UNKNOWN | $32.00 |
| 06/25/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 143419 DATE: 6/25/2015 | $137.00 |

| Date | Description | Amount |
|---|---|---|
| 06/25/15 | NAME: BOTTER DAVID H TICKET #: 7435593903 DEPARTURE DATE: 06/25/2015 ROUTE: WIL NYP Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: AMEX07-15BOTTER/DAVI DATE: 6/25/2015 | $-174.00 |
| 07/01/15 | NAME: BOTTER DAVID H TICKET #: 8765022758 DEPARTURE DATE: 06/24/2015 ROUTE: NYP WIL NYP Computerized Legal Research - Westlaw User: O'CONNELL,CLAIRE Date: 7/1/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $391.22 |
| 07/01/15 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 4264864 DATE: 7/17/2015 Vendor: Executive Royal Voucher #: 480747 Date: 07/01/2015 Name: Austin Lilling\|\|Car Service, Vendor: Executive Royal Voucher #: 480747 Date: 07/01/2015 Name: Austin Lilling | $221.85 |
| 07/02/15 | Computerized Legal Research - Westlaw User: O'CONNELL,CLAIRE Date: 7/2/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $496.17 |
| 07/05/15 | Audio and Web Conference Services Expenses for the Month of June 2015 VENDOR: TELCONF LLC; INVOICE#: 07001-01001-15; DATE: 7/5/2015 | $3,315.24 |
| 07/05/15 | Audio and Web Conference Services Expenses for the Month of June 2015 VENDOR: TELCONF LLC; INVOICE#: 07001-01001-15; DATE: 7/5/2015 | $4,703.40 |
| 07/06/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2139086 DATE: 7/12/2015 Austin Lilling - Fig & Olive III - 07/06/2015 | $27.54 |
| 07/06/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 10.0 | $171.00 |
| 07/06/15 | Meals (100%) Overtime meal allowance while working late in office; D. Vira; OT meal allowance while working late; Abitino's Pizzeria, NYC | $20.69 |
| 07/06/15 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 4257446 DATE: 7/10/2015 Vendor: Executive Royal Voucher #: 476409 Date: 07/06/2015 Name: Austin Lilling\|\|Car Service, Vendor: Executive Royal Voucher #: 476409 Date: 07/06/2015 Name: Austin Lilling | $165.52 |

| Date | Description | Amount |
|---|---|---|
| 07/07/15 | Computerized Legal Research - Westlaw User: O'CONNELL,CLAIRE Date: 7/7/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $70.82 |
| 07/07/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2139086 DATE: 7/12/2015 Austin Lilling - Fig & Olive III - 07/07/2015 | $26.49 |
| 07/07/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS  ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $17.10 |
| 07/07/15 | Document Retrieval  Usage from 4/1/15 to 6/30/15 - Various courts. VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q22015; DATE: 7/7/2015 | $325.10 |
| 07/07/15 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 4257446 DATE: 7/10/2015  Vendor: Executive Royal Voucher #: 498724 Date: 07/07/2015 Name: Austin Lilling\|\|Car Service, Vendor: Executive Royal Voucher #: 498724 Date: 07/07/2015 Name: Austin Lilling | $174.39 |
| 07/08/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2139086 DATE: 7/12/2015 Claire O'Connell - 31st St Minar Indian Restaurant - 07/08/2015 | $21.98 |
| 07/08/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS  ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 10.0 | $165.60 |
| 07/08/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE  NICHOLAS; Charge Type: SEARCHES; Quantity: 2.0 | $401.40 |
| 07/08/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE  NICHOLAS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 13.0 | $257.40 |
| 07/08/15 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: STABILE  NICHOLAS; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.0 | $20.93 |
| 07/08/15 | Travel - Ground Transportation  Worked overtime on Nortel and took taxi home; Uber | $19.90 |
| 07/09/15 | Duplication - In House  Photocopy - User # 990100, NY, 116 page(s) | $11.60 |
| 07/09/15 | Duplication - In House  Photocopy - User | $4.80 |

| Date | Description | Amount |
|---|---|---|
| 07/09/15 | # 990100, NY, 48 page(s)<br>Computerized Legal Research - Westlaw<br>User: CHEN,JULIUS Date: 7/9/2015<br>AcctNumber: 1000532285 ConnectTime: 0.0 | $1,094.45 |
| 07/09/15 | Computerized Legal Research - Lexis<br>Service: COLLIER SERVICE;<br>Employee: CHEN JULIUS; Charge Type: TOC DOCUMENT LINKS;<br>Quantity: 3.0 | $135.00 |
| 07/09/15 | Computerized Legal Research - Lexis<br>Service: LEXIS LEGAL SERVICES;<br>Employee: CHEN JULIUS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $19.80 |
| 07/09/15 | Computerized Legal Research - Lexis<br>Service: MATTHEW BENDER SERVICE; Employee: CHEN JULIUS;<br>Charge Type: SEARCHES; Quantity: 3.0 | $494.10 |
| 07/09/15 | Computerized Legal Research - Lexis<br>Service: LEXIS LEGAL SERVICES;<br>Employee: STABILE NICHOLAS;<br>Charge Type: SEARCHES; Quantity: 1.0 | $200.70 |
| 07/09/15 | Meals (100%)  7/6/15 - M. Fagen.<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800361; DATE: 7/9/2015<br>Nortel meeting - 6 people | $151.88 |
| 07/09/15 | Meals (100%)  7/9/15 - N. Kunen.<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800361; DATE: 7/9/2015<br>Committee call - 8 people | $169.19 |
| 07/09/15 | Document Production - In House<br>REQUESTOR: M FAGEN;<br>DESCRIPTION: COLOR COPIES;<br>QUANTITY: 60; DATE ORDERED: 7/9/15 | $6.00 |
| 07/10/15 | Computerized Legal Research - Westlaw<br>User: CHEN,JULIUS Date: 7/10/2015<br>AcctNumber: 1000532285 ConnectTime: 0.0 | $247.43 |
| 07/10/15 | Computerized Legal Research - Lexis<br>Service: COLLIER SERVICE;<br>Employee: CHEN JULIUS; Charge Type: TOC DOCUMENT LINKS;<br>Quantity: 1.0 | $45.00 |
| 07/16/15 | Meals (100%)  7/14/15 - M. Fagen.<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800363; DATE: 7/16/2015<br>6 person allocation meeting | $113.23 |
| 07/16/15 | Meals (100%)  7/16/15 - J. Lee.<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800363; DATE: 7/16/2015<br>Committee call - 9 people | $169.19 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1615686

Page 7  
August 25, 2015

| Date | Description | Amount |
|---|---|---|
| 07/17/15 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 7/17/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $783.60 |
| 07/17/15 | Travel - Airfare  Airfare for travel from Washington to NYC after attending Nortel meetings.; Airfare to/from DC economy; Delta Airlines | $477.10 |
| 07/17/15 | Travel - Airfare  Airfare from NYC to Washington to attend Nortel meetings.; Airfare to/from DC; Delta Airlines Economy | $477.10 |
| 07/17/15 | Travel - Ground Transportation  Taxi from Home to LGA airport for travel to Washington to attend Nortel/EFIH meetings. (Total $101.42 split between 687147.0001 and 691935.0001).; UBER | $50.71 |
| 07/20/15 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 7/20/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $82.20 |
| 07/20/15 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: CHEN  JULIUS; Charge Type: TOC DOCUMENT LINKS; Quantity: 4.0 | $180.00 |
| 07/22/15 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 7/22/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $41.31 |
| 07/24/15 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 7/24/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $350.50 |
| 07/24/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD  BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 4.0 | $68.40 |
| 07/25/15 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 7/25/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $1,321.85 |
| 07/25/15 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: CHEN  JULIUS; Charge Type: SEARCHES; Quantity: 5.0 | $1,102.50 |
| | Current Expenses | $22,282.27 |