# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 68.95 | $79,292.50 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 79.70 | $99,625.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 164.60 | $160,485.00 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 59.55 | $65,207.25 |
| Bruce E. Simonetti | Partner for 10 years; Admitted in 1995; Tax Department | $935 | 10.90 | $10,191.50 |
| Pratik A. Shah | Partner for 2 years; Admitted in 2001; Litigation Department | $875 | 14.80 | $12,950.00 |
| Austin S. Lilling | Senior Counsel for 4 years; Admitted in 2001; Tax Department | $730 | 23.60 | $17,228.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 13.50 | $10,935.00 |
| Julius Chen | Counsel for 1 year; Admitted in 2010; Litigation Department | $625 | 53.90 | $33,687.50 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 38.20 | $29,605.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 3.50 | $2,485.00 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 30.00 | $16,950.00 |
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 60.80 | $30,096.00 |
| Nicholas P. Stabile | Associate for 2 years; Admitted in 2010; Litigation Department | $655 | 19.80 | $12,969.00 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $605 | 4.20 | $2,541.00 |
| Daniel Z. Vira | Senior Attorney for 3 years; Admitted in 1992; Tax Department | $725 | 23.10 | $16,747.50 |
| Frankie B. Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $195 | 4.10 | $799.50 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $210 | 2.50 | $525.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $275 | 1.90 | $522.50 |
| Brian R. Gifford | Legal Assistant for 1 year; Financial Restructuring Department | $210 | 8.50 | $1,785.00 |
| Leslie W. Lanphear | Librarian for 8 years | $265 | 2.10 | $556.50 |

| | |
|---|---|
| Total Amount of Fees: | **$605,183.75** |
| Total Number of Hours: | **688.20** |
| Blended Hourly Rate: | **$879.37** |