**<u>Exhibit B</u>**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Carroll,Kara Ruth (US013382134) | Mileage: Mileage for driving to Nortel.    One trip= 26 miles x 3 trips = 78 miles \\EY Office to Nortel | 4/23/2015 | $44.85 |
| Davidson,Garrett M. (US012966979) | Lodge: Hotel expenses incurred while travelling to Raleigh to work with the client on FBAR filings\\YZVZHV | 2/11/2015 | $316.36 |
| Davidson,Garrett M. (US012966979) | Brkft: Dinner expenses incurred while in Raleigh working on the E&P study | 2/9/2015 | $25.67 |
| Davidson,Garrett M. (US012966979) | Lodge: Hotel expenses related to travelling to Raleigh, NC to gather information used for the  E&P study\\LATVEM | 1/15/2015 | $475.66 |
| Davidson,Garrett M. (US012966979) | Air: Airfare expenses related to travelling to Raleigh, NC to gather information used for the  E&P study\\LATVEM | 1/6/2015 | $481.20 |
| Gujral,Saransh (US013572052) | Brkft: Nortel Client Visit  - Breakfast at Starbucks | 3/2/2015 | $11.37 |
| Gujral,Saransh (US013572052) | Brkft: Nortel Client Visit - Breakfast  at Starbucks - Met with Jeff to discuss the expectation | 3/3/2015 | $11.37 |
| Gujral,Saransh (US013572052) | Mileage: Nortel Client Visit  \\ATL Office - Airport & back | 4/12/2015 | $13.80 |
| Gujral,Saransh (US013572052) | Dinner: Nortel Client Visit -  Client with dinner | 3/2/2015 | $20.56 |
| Gujral,Saransh (US013572052) | Dinner: Nortel Client Visit - Dinner | 3/3/2015 | $21.94 |
| Gujral,Saransh (US013572052) | Dinner: Nortel Client Visit - Dinner at the airport | 3/4/2015 | $25.73 |
| Gujral,Saransh (US013572052) | Parking: Nortel Client Visit - Parking at  ATL | 4/12/2015 | $27.00 |
| Gujral,Saransh (US013572052) | RentalCar: Nortel Client Visit - Car Rental\\392671073Count | 3/2/2015 | $73.96 |
| Gujral,Saransh (US013572052) | Lodge: Nortel Client Visit - Stayed at the hotel Monday andTuesday night\\ZQQZHM | 3/4/2015 | $333.70 |
| Gujral,Saransh (US013572052) | Air: Nortel Client Visit - Roundtrip form GA to NC\\ZQQZHM | 3/2/2015 | $723.20 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel \\home to/from Nortel | 4/9/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to Nortel offices\\home to/from Nortel offices | 4/2/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from Nortel | 4/15/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from Nortel | 4/16/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from nortel offices | 4/23/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from EY office\\EY office to/from Nortel | 4/14/2015 | $18.40 |
| Kennedy,Jamie B (US013550375) | Mileage: Roundtrip mileage in excess of normal commute from Home to Nortel.\\Home to Nortel | 3/19/2015 | $5.75 |
| Kennedy,Jamie B (US013550375) | Mileage: Mileage in excess of normal commute from Home to Nortel to office\\Home to Nortel to EY Raleigh | 3/23/2015 | $14.95 |
| Scott,James E (US011119307) | Mileage: Form 1042 filiing doc review\\Offic eto Nortel to Office | 3/31/2015 | $13.23 |
| Scott,James E (US011119307) | Mileage: Re:  Roundtrip mileage for Federal tax return client assistance status review.\\EY / Nortel | 4/16/2015 | $16.10 |
| Trombley,Tarryn Kate Gurney (US012890877) | Mileage: Mileage to Nortel - 6.3 miles each way above normal commute, round trip = 12.6 miles x 5 trips = 63 miles. March 18 - April 23.\\Home and Nortel | 4/22/2015 | $36.23 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 3/17/2015 | $16.10 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client related mileage | 3/19/2015 | $16.10 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client related mileage office and back | 3/23/2015 | $16.10 |
| | | Totals | $2,822.58 |

NOTE: All Airfare was coach/economy class