## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Bankruptcy Court |
| | : | Case No. 09-10138 (KG) |
| In re: Nortel Networks Inc., et al.[1] | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Dkt. Nos. 15917, 16002** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ernst & Young Inc. | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 15-196-LPS |
| | : | |
| Nortel Networks Inc., et al., | : | |
| Appellee. | : | |
| | : | |
| Canadian Creditors Committee | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 15-197-LPS |
| | : | |
| Nortel Networks Inc. | : | |
| Appellee. | : | |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Nortel Networks Inc. | : : : | |
| Appellant, | : : | |
| v. | : : | C.A. No. 15-586-LPS |
| Nortel Networks Inc., et al. | : : | |
| Appellee. | : : | |
| Nortel Trade Claim Consortium | : : : | |
| Appellant, | : : | |
| v. | : : | C.A. No. 15-622-LPS |
| Nortel Networks Inc. | : : | |
| Appellee. | : : | |
| The Bank of New York Mellon | : : : | |
| Appellant, | : : | |
| v. | : : | C.A. No. 15-623-LPS |
| Nortel Networks Inc. | : : | |
| Appellee. | : : | |
| Nortel Networks Inc. | : : : | |
| Appellant, | : : | |
| v. | : : | C.A. No. 15-624-LPS |
| Official Committee of Unsecured Creditors et al. | : : : | |
| Appellee. | : : | |
| Ad Hoc Group Bondholders, et al. | : : : | |
| Appellants, | : : | |
| v. | : : | C.A. No. 15-627-LPS |
| Nortel Networks Inc. | : : | |
| Appellee. | : | |

|  |  |  |
|---|---|---|
| Stephen Taylor<br>　　　　　　　Appellant,<br><br>　　v.<br><br>Nortel Networks Inc.<br>　　　　　　　Appellee. | : : : : : : : : : : | C.A. No. 15-628-LPS |
| Pension Benefit Guaranty Corp., et al.<br>　　　　　　　Appellants,<br><br>　　v.<br><br>Nortel Networks Inc., et al.<br>　　　　　　　Appellee. | : : : : : : : : : | C.A. No. 15-635-LPS |
| Canadian Creditors Committee<br>　　　　　　　Appellant,<br><br>　　v.<br><br>Nortel Networks Inc., et al.<br>　　　　　　　Appellee. | : : : : : : : : : | C.A. No. 15-699-LPS |

**CANADIAN CREDITORS COMMITTEE'S SUPPLEMENTAL DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON CONTINGENT CROSS-APPEAL**

The Canadian Creditors Committee ("CCC") hereby submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Order Extending the Official Committee of Unsecured Creditors' Deadline to Designate the Record and File its Statement of Issues on Appeal in its Allocation Appeal [B.D.I. Dkt. No. 15917],[2] of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), its supplement to the Joint Designation by Appellants of Items to be Included in the Record on Appeal [B.D.I. Dkt. No. 16002] (the "Supplemental Designation") in respect of its contingent cross-appeal from

---

[2] Citations in the form of "B.D.I." are to the docket of *In re Nortel Networks, Inc.,* Case No. 09-10138 (KG) (Bankr. D. Del.)..

3

(i) the Allocation Trial Opinion (the "Allocation Opinion") [B.D.I. Dkt. No. 15544] and the accompanying Order [B.D.I. Dkt. No. 15545] entered by the Bankruptcy Court on May 12, 2015 (the "Allocation Order," together with the Allocation Opinion, the "Allocation Decision"); and (ii) the Memorandum Order on Motions for Reconsideration [B.D.I. Dkt. No. 15830] entered by the Bankruptcy Court on July 6, 2015.

As and for its Supplemental Designation, the CCC hereby adopts and incorporates by reference herein the Monitor and Canadian Debtors' Supplemental Designation of Items to be Included in the Record On Contingent Cross-Appeal filed in each of the above-captioned proceedings.

Dated:  August 28, 2015

**DLA PIPER LLP (US)**

By:/s/ *Selinda A. Melnik*
Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5650
E-mail:  selinda.melnik@dlapiper.com

- and –

Richard F. Hans (*pro hac vice* admission pending))
Timothy Hoeffner (*pro hac vice* admission pending)
Jason D. Gerstein (*pro hac vice* admission pending)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
E-mail:  richard.hans@dlapiper.com
E-mail:  timothy.hoeffner@dlapiper.com
E-mail:  jason.gerstein@dlapiper.com

*Counsel for the Canadian Creditors Committee*

4