## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Bankruptcy Court |
| | : | Case No. 09-10138 (KG) |
| In re: Nortel Networks Inc., et al. [1] | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Dkt. Nos. 15917, 16002** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ernst & Young Inc. | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 15-196-LPS |
| | : | |
| Nortel Networks Inc., et al., | : | |
| Appellee. | : | |
| | : | |

| | | |
|---|---|---|
| Canadian Creditors Committee | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 15-197-LPS |
| | : | |
| Nortel Networks Inc. | : | |
| Appellee. | : | |
| | : | |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Nortel Networks Inc.<br>                    Appellant,<br><br>v.<br><br>Nortel Networks Inc., et al.<br>                    Appellee. | : : : : : : : : : | C.A. No. 15-586-LPS |
| Nortel Trade Claim Consortium<br>                    Appellant,<br><br>v.<br><br>Nortel Networks Inc.<br>                    Appellee. | : : : : : : : : | C.A. No. 15-622-LPS |
| The Bank of New York Mellon<br>                    Appellant,<br><br>v.<br><br>Nortel Networks Inc.<br>                    Appellee. | : : : : : : : : : | C.A. No. 15-623-LPS |
| Nortel Networks Inc.<br>                    Appellant,<br><br>v.<br><br>Official Committee of Unsecured Creditors et al.<br>                    Appellee. | : : : : : : : : : | C.A. No. 15-624-LPS |
| Ad Hoc Group Bondholders, et al.<br>                    Appellants,<br><br>v.<br><br>Nortel Networks Inc.<br>                    Appellee. | : : : : : : : : : | C.A. No. 15-627-LPS |

|  |  |
|---|---|
| : | |
| Stephen Taylor : | |
|                Appellant, : | |
| : | |
|    v. : | C.A. No. 15-628-LPS |
| : | |
| Nortel Networks Inc. : | |
|                Appellee. : | |
| : | |
| : | |
| Pension Benefit Guaranty Corp., et al. : | |
|                Appellants, : | |
| : | |
|    v. : | C.A. No. 15-635-LPS |
| : | |
| Nortel Networks Inc., et al. : | |
|                Appellee. : | |
| : | |
| : | |
| Canadian Creditors Committee : | |
|                Appellant, : | |
| : | |
|    v. : | C.A. No. 15-699-LPS |
| : | |
| Nortel Networks Inc., et al. : | |
|                Appellee. : | |
| : | |

**CANADIAN CREDITORS COMMITTEE'S STATEMENT PURSUANT TO
BANKRUPTCY RULE 8009 OF ISSUES TO BE PRESENTED
ON CONTINGENT CROSS-APPEAL**

The Canadian Creditors Committee ("CCC") hereby submits, in accordance with Rule

8009(a)(2) of the Federal Rules of Bankruptcy Procedure and its Notice of Contingent Cross-

Appeal [D.I. 15926], this Statement of Issues on Contingent Cross-Appeal with respect to the

(1) May 12, 2015 Allocation Trial Opinion [D.I. 15544] (the "Allocation Opinion" or "U.S.

Allocation Opinion") and accompanying Order [D.I. 15545] (the "Allocation Order") of the

United States Bankruptcy Court for the District of Delaware, and (2) the July 6, 2015 Order of

the Court denying the U.S. Debtors' Motion for Reconsideration ("Reconsideration Motion").

The CCC seeks to present the issues set forth below on appeal to the extent that the Allocation

Decision is modified on appeal.

<strong><u>STATEMENT OF ISSUES ON CROSS-APPEAL</u></strong>

1.      Whether, if the Bankruptcy Court's adoption of the "modified pro rata" allocation

methodology is not affirmed, the Bankruptcy Court erred by declining to adopt a pure pro rata

methodology for allocation.

<strong><u>RESERVATION OF RIGHTS</u></strong>

The CCC reserves the right to adopt as additional issues on cross-appeal the issues

identified by any other party to the appeal or cross-appeal in this matter.


Dated:  August 28, 2015

**DLA PIPER LLP (US)**

By:*/s/ Selinda A. Melnik*
Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5650
E-mail:  selinda.melnik@dlapiper.com

- and –

Richard F. Hans (*pro hac vice* admission pending)
Timothy Hoeffner (*pro hac vice* admission pending*)*
Jason D. Gerstein (*pro hac vice* admission pending*)*
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
E-mail:  richard.hans@dlapiper.com
E-mail:  timothy.hoeffner@dlapiper.com
E-mail:  jason.gerstein@dlapiper.com

*Counsel for the Canadian Creditors Committee*