# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JUNE 1 TO JUNE 30, 2015**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements

| | | |
|---|---|---|
| Copies | $ | 850.10 |
| Binding, Tabs, Disks, etc | $ | 237.92 |
| Library Computer Searches | $ | 37.00 |
| Telephone / Long Distance/Conference Calls | $ | 19.68 |
| Travel / Ground Transportation | $ | 16.81 |
| Agency Fees and Disbursements | $ | 275.00 |

Total Non-Taxable Disbursements          **$ 1,436.51 CDN.**