**EXHIBIT D**

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1966993

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/1/2015 | Copies | 3 | 0.3 |
| 6/1/2015 | Copies | 4 | 0.4 |
| 6/1/2015 | Copies | 23 | 2.3 |
| 6/1/2015 | Copies | 23 | 2.3 |
| 6/1/2015 | Copies | 2 | 0.2 |
| 6/1/2015 | Copies | 14 | 1.4 |
| 6/1/2015 | Copies | 14 | 1.4 |
| 6/1/2015 | Copies | 47 | 4.7 |
| 6/1/2015 | Copies | 21 | 2.1 |
| 6/1/2015 | Copies | 25 | 2.5 |
| 6/1/2015 | Copies | 19 | 1.9 |
| 6/1/2015 | Copies | 64 | 6.4 |
| 6/1/2015 | Copies | 13 | 1.3 |
| 6/1/2015 | Copies | 6 | 0.6 |
| 6/1/2015 | Copies | 14 | 1.4 |
| 6/1/2015 | Copies | 17 | 1.7 |
| 6/1/2015 | Copies | 13 | 1.3 |
| 6/1/2015 | Copies | 5 | 0.5 |
| 6/1/2015 | Copies | 19 | 1.9 |
| 6/1/2015 | Copies | 25 | 2.5 |
| 6/1/2015 | Copies | 13 | 1.3 |
| 6/1/2015 | Copies | 6 | 0.6 |
| 6/1/2015 | Copies | 12 | 1.2 |
| 6/1/2015 | Copies | 11 | 1.1 |
| 6/1/2015 | Copies | 19 | 1.9 |
| 6/1/2015 | Copies | 9 | 0.9 |
| 6/1/2015 | Copies | 7 | 0.7 |
| 6/1/2015 | Copies | 4 | 0.4 |
| 6/1/2015 | Copies | 6 | 0.6 |
| 6/1/2015 | Copies | 5 | 0.5 |
| 6/1/2015 | Copies | 6 | 0.6 |
| 6/1/2015 | Copies | 6 | 0.6 |
| 6/2/2015 | Binding, Tabs, Disks, etc | 1 | 3.98 |
| 6/2/2015 | Copies | 8 | 0.8 |
| 6/2/2015 | Copies | 1 | 0.1 |
| 6/2/2015 | Copies | 93 | 9.3 |
| 6/2/2015 | Copies | 130 | 13 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1966993

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/2/2015 | Copies | 120 | 12 |
| 6/2/2015 | Copies | 12 | 1.2 |
| 6/2/2015 | Copies | 6 | 0.6 |
| 6/2/2015 | Copies | 2 | 0.2 |
| 6/2/2015 | Copies | 6 | 0.6 |
| 6/2/2015 | Copies | 5 | 0.5 |
| 6/2/2015 | Travel - Taxi from Cassels office to court for M. Wunder on April 29/15, INV#2515 | 1 | 8.85 |
| 6/2/2015 | Travel - Taxi from Cassels office to court for M. Wunder on April 29/15, INV#2515 | 1 | 7.96 |
| 6/2/2015 | Telephone - Bell Conferencing Inc., INV#111291934 | 1 | 1.74 |
| 6/2/2015 | Telephone - Bell Conferencing Inc., INV#111291934 | 1 | 1.17 |
| 6/2/2015 | Telephone - Bell Conferencing Inc., INV#111291934 | 1 | 3.27 |
| 6/2/2015 | Telephone - Bell Conferencing Inc., INV#111291934 | 1 | 5.34 |
| 6/3/2015 | Copies | 5 | 0.5 |
| 6/3/2015 | Copies | 3 | 0.3 |
| 6/3/2015 | Copies | 2 | 0.2 |
| 6/4/2015 | Copies | 3 | 0.3 |
| 6/4/2015 | Copies | 6 | 0.6 |
| 6/4/2015 | Copies | 3 | 0.3 |
| 6/4/2015 | Copies | 4 | 0.4 |
| 6/4/2015 | Copies | 2 | 0.2 |
| 6/4/2015 | Copies | 3 | 0.3 |
| 6/4/2015 | Copies | 3 | 0.3 |
| 6/4/2015 | Copies | 2 | 0.2 |
| 6/4/2015 | Copies | 3 | 0.3 |
| 6/4/2015 | Copies | 30 | 3 |
| 6/4/2015 | Copies | 3 | 0.3 |
| 6/4/2015 | Telephone Long Distance | 1 | 6.6 |
| 6/5/2015 | Copies | 1 | 0.1 |
| 6/5/2015 | Copies | 7 | 0.7 |
| 6/5/2015 | Copies | 2 | 0.2 |
| 6/5/2015 | Copies | 2 | 0.2 |
| 6/5/2015 | Copies | 5 | 0.5 |
| 6/5/2015 | Copies | 5 | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1966993

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/5/2015 | Copies | 5 | 0.5 |
| 6/5/2015 | Copies | 2 | 0.2 |
| 6/5/2015 | Copies | 7 | 0.7 |
| 6/5/2015 | Copies | 2 | 0.2 |
| 6/5/2015 | Copies | 2 | 0.2 |
| 6/5/2015 | Copies | 6 | 0.6 |
| 6/5/2015 | Copies | 3 | 0.3 |
| 6/5/2015 | Copies | 2 | 0.2 |
| 6/5/2015 | Copies | 24 | 2.4 |
| 6/5/2015 | Copies | 55 | 5.5 |
| 6/5/2015 | Copies | 2 | 0.2 |
| 6/5/2015 | Copies | 6 | 0.6 |
| 6/8/2015 | Binding, Tabs, Disks, etc | 1 | 3.25 |
| 6/8/2015 | Copies | 2 | 0.2 |
| 6/8/2015 | Copies | 2 | 0.2 |
| 6/8/2015 | Copies | 6 | 0.6 |
| 6/8/2015 | Copies | 2 | 0.2 |
| 6/8/2015 | Copies | 24 | 2.4 |
| 6/8/2015 | Copies | 2 | 0.2 |
| 6/8/2015 | Copies | 27 | 2.7 |
| 6/8/2015 | Copies | 2 | 0.2 |
| 6/8/2015 | Copies | 6 | 0.6 |
| 6/8/2015 | Copies | 3 | 0.3 |
| 6/8/2015 | Copies | 7 | 0.7 |
| 6/8/2015 | Copies | 2 | 0.2 |
| 6/8/2015 | Copies | 24 | 2.4 |
| 6/8/2015 | Copies | 2 | 0.2 |
| 6/8/2015 | Copies | 27 | 2.7 |
| 6/8/2015 | Copies | 7 | 0.7 |
| 6/8/2015 | Copies | 4 | 0.4 |
| 6/8/2015 | Copies | 24 | 2.4 |
| 6/8/2015 | Copies | 56 | 5.6 |
| 6/8/2015 | Copies | 24 | 2.4 |
| 6/8/2015 | Copies | 6 | 0.6 |
| 6/8/2015 | Copies | 2 | 0.2 |
| 6/8/2015 | Library Computer Searches - Westlaw Bill for Stefanie Baldassarra | 1 | 37 |
| 6/9/2015 | Binding, Tabs, Disks, etc | 1 | 9.77 |
| 6/9/2015 | Binding, Tabs, Disks, etc | 1 | 4.45 |

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1966993
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 2 | 0.2 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 1 | 0.1 |
| 6/9/2015 | Copies | 57 | 5.7 |
| 6/9/2015 | Copies | 2 | 0.2 |
| 6/9/2015 | Copies | 24 | 2.4 |
| 6/9/2015 | Copies | 489 | 48.9 |
| 6/9/2015 | Copies | 60 | 6 |
| 6/9/2015 | Copies | 2 | 0.2 |
| 6/9/2015 | Copies | 8 | 0.8 |
| 6/9/2015 | Copies | 7 | 0.7 |
| 6/9/2015 | Copies | 7 | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1966993

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/9/2015 | Copies | 2 | 0.2 |
| 6/9/2015 | Copies | 12 | 1.2 |
| 6/9/2015 | Copies | 4 | 0.4 |
| 6/9/2015 | Copies | 11 | 1.1 |
| 6/9/2015 | Copies | 4 | 0.4 |
| 6/9/2015 | Copies | 6 | 0.6 |
| 6/9/2015 | Copies | 2 | 0.2 |
| 6/9/2015 | Copies | 4 | 0.4 |
| 6/10/2015 | Copies | 2 | 0.2 |
| 6/10/2015 | Copies | 3 | 0.3 |
| 6/11/2015 | Copies | 2 | 0.2 |
| 6/11/2015 | Copies | 3 | 0.3 |
| 6/11/2015 | Copies | 4 | 0.4 |
| 6/12/2015 | Copies | 20 | 2 |
| 6/12/2015 | Copies | 13 | 1.3 |
| 6/12/2015 | Copies | 55 | 5.5 |
| 6/12/2015 | Copies | 24 | 2.4 |
| 6/12/2015 | Copies | 20 | 2 |
| 6/12/2015 | Copies | 3 | 0.3 |
| 6/12/2015 | Copies | 2 | 0.2 |
| 6/12/2015 | Copies | 55 | 5.5 |
| 6/12/2015 | Copies | 72 | 7.2 |
| 6/12/2015 | Copies | 8 | 0.8 |
| 6/12/2015 | Copies | 36 | 3.6 |
| 6/12/2015 | Copies | 3 | 0.3 |
| 6/12/2015 | Copies | 1 | 0.1 |
| 6/12/2015 | Copies | 2 | 0.2 |
| 6/12/2015 | Copies | 55 | 5.5 |
| 6/12/2015 | Copies | 2 | 0.2 |
| 6/12/2015 | Copies | 1 | 0.1 |
| 6/12/2015 | Copies | 2 | 0.2 |
| 6/12/2015 | Copies | 72 | 7.2 |
| 6/12/2015 | Copies | 2 | 0.2 |
| 6/12/2015 | Copies | 20 | 2 |
| 6/12/2015 | Copies | 26 | 2.6 |
| 6/12/2015 | Copies | 5 | 0.5 |
| 6/12/2015 | Copies | 2 | 0.2 |
| 6/12/2015 | Copies | 3 | 0.3 |
| 6/15/2015 | Binding, Tabs, Disks, etc | 1 | 81.12 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1966993

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/15/2015 | Copies | 20 | 2 |
| 6/15/2015 | Copies | 16 | 1.6 |
| 6/15/2015 | Copies | 26 | 2.6 |
| 6/15/2015 | Copies | 48 | 4.8 |
| 6/15/2015 | Copies | 72 | 7.2 |
| 6/15/2015 | Copies | 2 | 0.2 |
| 6/15/2015 | Copies | 82 | 8.2 |
| 6/15/2015 | Copies | 72 | 7.2 |
| 6/15/2015 | Copies | 144 | 14.4 |
| 6/15/2015 | Copies | 110 | 11 |
| 6/15/2015 | Copies | 16 | 1.6 |
| 6/15/2015 | Copies | 40 | 4 |
| 6/15/2015 | Copies | 110 | 11 |
| 6/15/2015 | Copies | 55 | 5.5 |
| 6/15/2015 | Copies | 40 | 4 |
| 6/15/2015 | Copies | 10 | 1 |
| 6/15/2015 | Copies | 26 | 2.6 |
| 6/15/2015 | Copies | 8 | 0.8 |
| 6/17/2015 | Copies | 79 | 7.9 |
| 6/17/2015 | Copies | 4 | 0.4 |
| 6/17/2015 | Copies | 2 | 0.2 |
| 6/17/2015 | Copies | 4 | 0.4 |
| 6/17/2015 | Copies | 6 | 0.6 |
| 6/18/2015 | Binding, Tabs, Disks, etc | 1 | 11.72 |
| 6/18/2015 | Copies | 2 | 0.2 |
| 6/18/2015 | Copies | 4 | 0.4 |
| 6/18/2015 | Copies | 27 | 2.7 |
| 6/18/2015 | Copies | 106 | 10.6 |
| 6/18/2015 | Copies | 2 | 0.2 |
| 6/18/2015 | Copies | 7 | 0.7 |
| 6/18/2015 | Copies | 3 | 0.3 |
| 6/18/2015 | Copies | 127 | 12.7 |
| 6/18/2015 | Copies | 24 | 2.4 |
| 6/18/2015 | Copies | 2 | 0.2 |
| 6/18/2015 | Copies | 1 | 0.1 |
| 6/18/2015 | Copies | 36 | 3.6 |
| 6/18/2015 | Copies | 38 | 3.8 |
| 6/18/2015 | Copies | 2 | 0.2 |
| 6/18/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1966993

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/18/2015 | Copies | 106 | 10.6 |
| 6/18/2015 | Copies | 59 | 5.9 |
| 6/18/2015 | Copies | 24 | 2.4 |
| 6/18/2015 | Copies | 8 | 0.8 |
| 6/18/2015 | Copies | 38 | 3.8 |
| 6/18/2015 | Copies | 304 | 30.4 |
| 6/18/2015 | Copies | 253 | 25.3 |
| 6/18/2015 | Copies | 4 | 0.4 |
| 6/18/2015 | Copies | 3 | 0.3 |
| 6/18/2015 | Copies | 7 | 0.7 |
| 6/18/2015 | Copies | 31 | 3.1 |
| 6/18/2015 | Copies | 15 | 1.5 |
| 6/18/2015 | Copies | 335 | 33.5 |
| 6/18/2015 | Copies | 489 | 48.9 |
| 6/18/2015 | Copies | 2 | 0.2 |
| 6/18/2015 | Copies | 2 | 0.2 |
| 6/18/2015 | Copies | 7 | 0.7 |
| 6/18/2015 | Copies | 19 | 1.9 |
| 6/18/2015 | Copies | 2 | 0.2 |
| 6/18/2015 | Binding, Tabs, Disks, etc | 1 | 58.08 |
| 6/18/2015 | Copies | 4 | 0.4 |
| 6/18/2015 | Copies | 7 | 0.7 |
| 6/19/2015 | Binding, Tabs, Disks, etc | 1 | 10.81 |
| 6/19/2015 | Agency Fees and Disbursements - Reliable Process Servvers Invoice #:67872 June 15/15 | 1 | 105 |
| 6/19/2015 | Agency Fees and Disbursements - Reliable Process Servvers Invoice #:67873 June 15/15 | 1 | 105 |
| 6/19/2015 | Agency Fees and Disbursements - Reliable Process Servvers Invoice #:67871 June 15/15 | 1 | 65 |
| 6/19/2015 | Copies | 2 | 0.2 |
| 6/19/2015 | Copies | 28 | 2.8 |
| 6/19/2015 | Copies | 1 | 0.1 |
| 6/19/2015 | Copies | 4 | 0.4 |
| 6/19/2015 | Copies | 1 | 0.1 |
| 6/19/2015 | Copies | 1 | 0.1 |
| 6/19/2015 | Copies | 7 | 0.7 |
| 6/19/2015 | Copies | 341 | 34.1 |
| 6/19/2015 | Copies | 28 | 2.8 |
| 6/19/2015 | Copies | 28 | 2.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1966993

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/19/2015 | Copies | 28 | 2.8 |
| 6/19/2015 | Copies | 28 | 2.8 |
| 6/19/2015 | Copies | 7 | 0.7 |
| 6/19/2015 | Copies | 19 | 1.9 |
| 6/19/2015 | Copies | 3 | 0.3 |
| 6/19/2015 | Copies | 7 | 0.7 |
| 6/22/2015 | Copies | 6 | 0.6 |
| 6/22/2015 | Copies | 6 | 0.6 |
| 6/22/2015 | Copies | 11 | 1.1 |
| 6/22/2015 | Copies | 2 | 0.2 |
| 6/22/2015 | Copies | 11 | 1.1 |
| 6/22/2015 | Copies | 3 | 0.3 |
| 6/22/2015 | Copies | 3 | 0.3 |
| 6/22/2015 | Copies | 8 | 0.8 |
| 6/22/2015 | Copies | 39 | 3.9 |
| 6/22/2015 | Copies | 3 | 0.3 |
| 6/22/2015 | Copies | 11 | 1.1 |
| 6/22/2015 | Copies | 34 | 3.4 |
| 6/22/2015 | Copies | 10 | 1 |
| 6/22/2015 | Copies | 6 | 0.6 |
| 6/22/2015 | Copies | 40 | 4 |
| 6/22/2015 | Copies | 6 | 0.6 |
| 6/22/2015 | Copies | 3 | 0.3 |
| 6/23/2015 | Binding, Tabs, Disks, etc - | 1 | 32.82 |
| 6/23/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 6/23/2015 | Binding, Tabs, Disks, etc | 1 | 19.17 |
| 6/23/2015 | Copies | 7 | 0.7 |
| 6/23/2015 | Copies | 13 | 1.3 |
| 6/23/2015 | Copies | 72 | 7.2 |
| 6/23/2015 | Copies | 24 | 2.4 |
| 6/23/2015 | Copies | 20 | 2 |
| 6/23/2015 | Copies | 39 | 3.9 |
| 6/23/2015 | Copies | 12 | 1.2 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 16 | 1.6 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1966993

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/23/2015 | Copies | 13 | 1.3 |
| 6/23/2015 | Copies | 36 | 3.6 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 2 | 0.2 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 24 | 2.4 |
| 6/23/2015 | Copies | 7 | 0.7 |
| 6/23/2015 | Copies | 10 | 1 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 4 | 0.4 |
| 6/23/2015 | Copies | 52 | 5.2 |
| 6/23/2015 | Copies | 24 | 2.4 |
| 6/23/2015 | Copies | 10 | 1 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 36 | 3.6 |
| 6/23/2015 | Copies | 43 | 4.3 |
| 6/23/2015 | Copies | 19 | 1.9 |
| 6/23/2015 | Copies | 3 | 0.3 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 2 | 0.2 |
| 6/23/2015 | Copies | 19 | 1.9 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 19 | 1.9 |
| 6/23/2015 | Copies | 4 | 0.4 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 3 | 0.3 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 6 | 0.6 |
| 6/23/2015 | Copies | 11 | 1.1 |
| 6/23/2015 | Copies | 3 | 0.3 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 38 | 3.8 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 44 | 4.4 |
| 6/23/2015 | Copies | 24 | 2.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1966993

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/23/2015 | Copies | 27 | 2.7 |
| 6/23/2015 | Copies | 7 | 0.7 |
| 6/23/2015 | Copies | 19 | 1.9 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 34 | 3.4 |
| 6/23/2015 | Copies | 6 | 0.6 |
| 6/23/2015 | Copies | 41 | 4.1 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 8 | 0.8 |
| 6/23/2015 | Copies | 49 | 4.9 |
| 6/23/2015 | Copies | 18 | 1.8 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 27 | 2.7 |
| 6/23/2015 | Copies | 8 | 0.8 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 13 | 1.3 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 2 | 0.2 |
| 6/23/2015 | Copies | 49 | 4.9 |
| 6/23/2015 | Copies | 2 | 0.2 |
| 6/23/2015 | Copies | 18 | 1.8 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 31 | 3.1 |
| 6/23/2015 | Copies | 8 | 0.8 |
| 6/23/2015 | Copies | 3 | 0.3 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 2 | 0.2 |
| 6/23/2015 | Copies | 4 | 0.4 |
| 6/23/2015 | Copies | 11 | 1.1 |
| 6/23/2015 | Copies | 3 | 0.3 |
| 6/23/2015 | Copies | 44 | 4.4 |
| 6/23/2015 | Copies | 52 | 5.2 |
| 6/23/2015 | Copies | 24 | 2.4 |
| 6/23/2015 | Copies | 39 | 3.9 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 38 | 3.8 |
| 6/23/2015 | Copies | 24 | 2.4 |
| 6/23/2015 | Copies | 72 | 7.2 |
| 6/23/2015 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1966993
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/23/2015 | Copies | 12 | 1.2 |
| 6/23/2015 | Copies | 16 | 1.6 |
| 6/23/2015 | Copies | 31 | 3.1 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 7 | 0.7 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 36 | 3.6 |
| 6/23/2015 | Copies | 1 | 0.1 |
| 6/23/2015 | Copies | 2 | 0.2 |
| 6/23/2015 | Copies | 7 | 0.7 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 20 | 2 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 8 | 0.8 |
| 6/23/2015 | Copies | 13 | 1.3 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 6 | 0.6 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 15 | 1.5 |
| 6/23/2015 | Copies | 11 | 1.1 |
| 6/23/2015 | Copies | 5 | 0.5 |
| 6/23/2015 | Copies | 21 | 2.1 |
| 6/23/2015 | Copies | 4 | 0.4 |
| 6/23/2015 | Copies | 4 | 0.4 |
| 6/23/2015 | Copies | 2 | 0.2 |
| 6/23/2015 | Copies | 4 | 0.4 |
| 6/23/2015 | Copies | 130 | 13 |
| 6/23/2015 | Copies | 4 | 0.4 |
| 6/24/2015 | Copies | 49 | 4.9 |
| 6/24/2015 | Copies | 2 | 0.2 |
| 6/24/2015 | Copies | 2 | 0.2 |
| 6/24/2015 | Copies | 24 | 2.4 |
| 6/24/2015 | Copies | 16 | 1.6 |
| 6/24/2015 | Copies | 2 | 0.2 |
| 6/24/2015 | Copies | 5 | 0.5 |
| 6/24/2015 | Copies | 11 | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                              Invoice # 1966993
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/24/2015 | Copies | 1 | 0.1 |
| 6/24/2015 | Copies | 5 | 0.5 |
| 6/24/2015 | Copies | 39 | 3.9 |
| 6/24/2015 | Copies | 10 | 1 |
| 6/24/2015 | Copies | 3 | 0.3 |
| 6/24/2015 | Copies | 2 | 0.2 |
| 6/24/2015 | Copies | 5 | 0.5 |
| 6/24/2015 | Copies | 12 | 1.2 |
| 6/26/2015 | Copies | 1 | 0.1 |
| 6/26/2015 | Copies | 1 | 0.1 |
| 6/26/2015 | Copies | 1 | 0.1 |
| 6/26/2015 | Telephone | 1 | 1.56 |
| 6/29/2015 | Copies | 2 | 0.2 |
| | **Total** | | **1,436.51** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.