**EXHIBIT E**

Legal*15062832.2

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JUNE 1, 2015 THROUGH JUNE 30, 2015
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 0.30 | $390.00 | $117.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 47.10 | $945.00 | $44,509.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 16.90 | $660.00 | $11,154.00 |
| J.D. Timothy Pinos | Partner | Advocacy | Ontario - 1980 | 6.10 | $965.00 | $5,886.50 |
| Matthew I Peters | Partner | Tax | Ontario - 2002 | 1.60 | $755.00 | $1,208.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 61.60 | $810.00 | $49,896.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 28.70 | $395.00 | $11,336.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 40.30 | $785.00 | $31,635.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 63.40 | $910.00 | $57,694.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 167.00 | $450.00 | $75,150.00 |
| | | | | | | |
| TOTAL | | | | 433.00 | CDN. | $288,587.00 |