**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Joint Administrators for the EMEA Debtors,<br><br>Appellants,<br>v.<br>Nortel Networks Inc., *et al.*,<br><br>Appellees. | Civil Action No. 15-636-LPS<br><br>Bankruptcy Case No. 09-10138 (KG)<br><br>BAP No. 15-37 |

**DESIGNATION BY JOINT ADMINISTRATORS OF ITEMS TO BE INCLUDED IN THE RECORD ON CROSS-APPEAL**

The court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for eighteen Nortel entities located in Europe, the Middle East, and Africa (collectively, the "EMEA Debtors")[3] in proceedings under the

---

[1] The debtors in these chapter 11 cases (the "U.S. Debtors"), along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

[2] The Joint Administrators in the English proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited ("NNIR"), are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Joint Administrators in the English proceedings for NNIR are: Alan Robert Bloom and David Martin Hughes. Following the allocation decisions, Stephen Taylor has been appointed as a Joint Administrator for Nortel Networks S.A. ("NNSA") to represent NNSA's interests to the extent they conflict with the interests of the other eighteen EMEA Debtors. NNSA has filed a separate appeal, and this filing is not made on its behalf.

[3] These EMEA Debtors are: Nortel Networks UK Limited; NNIR; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel

*Insolvency Act 1986*, pending before the High Court of Justice of England and Wales (the "English Court") respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, this designation of the record on cross-appeal of the *Allocation Trial Opinion* [Bankr. D.I. 15544] and *Order* [Bankr. D.I. 15545] entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 12, 2015, and the *Memorandum Order on Motions for Reconsideration* [Bankr. D.I. 15830] entered by the Bankruptcy Court on July 6, 2015 (collectively, the "Allocation Decisions").

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[4]

1. All items designated or to be designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Allocation Decisions, including, without limitation, the items designated in the Joint Designation by Appellants of Items to Be Included in the Record on Appeal [Bankr. D.I. 16002],[5] the items designated or to be designated by Ernst & Young Inc., the court-appointed Monitor and authorized foreign representative of the Canadian Debtors (Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect Canadian subsidiaries), and the items designated or to be designated by the Canadian Creditors Committee.

---

Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o.

[4] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

[5] This Joint Designation by Appellants of Items to Be Included in the Record on Appeal was also filed on the docket in each appellant's respective appeal pending in the District Court. *See* Case No. 15-586-LPS [D.I. 6]; Case No. 15-622-LPS [D.I. 6]; Case No. 15-623-LPS [D.I. 5]; Case No. 15-624-LPS [D.I. 5]; Case No. 15-627-LPS [D.I. 5]; Case No. 15-628-LPS [D.I. 5]; Case. No. 15-635-LPS [D.I. 5].

01:17616821.1

2. The following docket entries from the U.S. Debtors' jointly administered chapter 11 proceedings pending in the Bankruptcy Court (Case No. 09-10138):

| Item | D.I. Number | Description |
|---|---|---|
| 1 | 16083 | Notice of Filing of Second Letter Regarding EMEA Insolvency Proceedings and Claims Procedures |

## RESERVATION OF RIGHTS

The Joint Administrators expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Allocation Decisions.

*[Remainder of page intentionally left blank.]*

01:17616821.1

Dated: Wilmington, Delaware
August 28, 2015

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:   /s/ *John T. Dorsey*
      James L. Patton (No. 2202)
      Edwin J. Harron (No. 3396)
      John T. Dorsey (No. 2988)
      Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600
Fax:  302-571-1253

– and –

HUGHES HUBBARD & REED LLP

William R. Maguire (*admitted pro hac vice*)
Derek J.T. Adler (*admitted pro hac vice*)
Neil J. Oxford (*admitted pro hac vice*)

One Battery Park Plaza
New York, New York 10004
Telephone:  212-837-6000
Fax:  212-422-4726

*Counsel for the Joint Administrators*

01:17616821.1