IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) Hearing Date: TBD ) |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Berkeley Research Group, LLC

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  July 9, 2015, *Nunc Pro Tunc* to June 1, 2015

Period for which compensation
and reimbursement is sought:  June 1, 2015 through July 31, 2015[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $252,716.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $766.90

This is (a)n:  _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Berkeley Research Group, LLC's June and July 2015 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 08/26/2015 Docket No. 16080 | 6/1/2015 to 6/30/2015 | $138,143.00 | $766.90 | $110,514.40 | $766.90 | $27,628.60 |
| Date Filed 08/27/2015 Docket No. 16087 | 7/1/2015 to 7/31/2015 | $114,573.00 | $0.00 | $91,658.40 | $0.00 | $22,914.60 |
| **TOTALS:** | | $252,716.00 | $766.90 | $202,172.80 | $766.90 | $50,543.20 |

Summary of any Objections to Fee Applications:  None.

Dated: August 28th, 2015
         New York, NY

/s/ Jay Borow
Jay Borow
BERKELEY RESEARCH GROUP, LLC
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*