**EXHIBIT C**

## DISBURSEMENT SUMMARY
## JULY 1 TO JULY 31, 2015
## (All Amounts in Canadian Dollars)

Non-Taxable Disbursements

| | |
|---|---|
| Copies | $ 737.10 |
| Binding, Tabs, Disks, etc | $ 88.73 |
| Library Computer Searches | $ 567.50 |
| Travel / Ground Transportation | $ 49.56 |
| Telephone / Long Distance/Conference Calls | $ 36.57 |
| Meals | $ 82.07 |
| Agency Fees and Disbursements | $ 65.00 |
| Total Non-Taxable Disbursements | **$ 1,626.53 CDN.** |