**EXHIBIT D**

Legal*15541224.3

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1968414  
Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/2/2015 | Meals - SHAYNE KUKULOWICZ - 06/25/15 LUNCH AT SHERATON CENTRE DURING COURT HEARING FOR S.KUKULOWICZ AND S.HOLLAND, INV#3215 | 1 | 30.00 |
| 7/2/2015 | Copies | 0.8 | 0.20 |
| 7/2/2015 | Copies | 0.8 | 0.20 |
| 7/2/2015 | Copies | 1.2 | 0.30 |
| 7/2/2015 | Travel - MICHAEL WUNDER - TAXI FOR DOCUMENT DELIVERY FROM OFFICE TO BATHURST FOR M.WUNDER 06/12/15, INV#3315 | 1 | 24.78 |
| 7/2/2015 | Travel - MICHAEL WUNDER - TAXI FROM EGLINTON TO SCOTIA PLAZA FOR M.WUNDER 06/25/15, INV#3315 | 1 | 24.78 |
| 7/6/2015 | Copies | 1.2 | 0.30 |
| 7/6/2015 | Copies | 0.8 | 0.20 |
| 7/6/2015 | Copies | 8 | 2.00 |
| 7/6/2015 | Copies | 8 | 2.00 |
| 7/6/2015 | Copies | 0.8 | 0.20 |
| 7/6/2015 | Copies | 8 | 2.00 |
| 7/6/2015 | Copies | 0.8 | 0.20 |
| 7/6/2015 | Copies | 5.6 | 1.40 |
| 7/6/2015 | Copies | 6 | 1.50 |
| 7/6/2015 | Copies | 5.6 | 1.40 |
| 7/6/2015 | Copies | 5.6 | 1.40 |
| 7/6/2015 | Copies | 0.8 | 0.20 |
| 7/6/2015 | Copies | 6.4 | 1.60 |
| 7/6/2015 | Copies | 2 | 0.50 |
| 7/6/2015 | Copies | 6.4 | 1.60 |
| 7/7/2015 | Agency Fees and Disbursements - RELIABLE PROCESS SERVERS=COMMERCIAL COURT FILING FEE | 1 | 65.00 |
| 7/7/2015 | Copies | 0.4 | 0.10 |
| 7/7/2015 | Copies | 0.8 | 0.20 |
| 7/7/2015 | Copies | 5.6 | 1.40 |
| 7/7/2015 | Copies | 6.8 | 1.70 |
| 7/7/2015 | Copies | 5.6 | 1.40 |
| 7/7/2015 | Copies | 8 | 2.00 |
| 7/7/2015 | Copies | 6.4 | 1.60 |
| 7/7/2015 | Copies | 6.4 | 1.60 |
| 7/7/2015 | Copies | 0.4 | 0.10 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*15440604.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1968414  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 7/7/2015 | Copies | 6.4 | 1.60 |
| 7/7/2015 | Copies | 5.6 | 1.40 |
| 7/7/2015 | Copies | 0.8 | 0.20 |
| 7/7/2015 | Copies | 5.6 | 1.40 |
| 7/7/2015 | Copies | 5.6 | 1.40 |
| 7/7/2015 | Copies | 0.8 | 0.20 |
| 7/8/2015 | Copies | 8 | 2.00 |
| 7/8/2015 | Copies | 6.8 | 1.70 |
| 7/8/2015 | Copies | 6.8 | 1.70 |
| 7/8/2015 | Copies | 1.6 | 0.40 |
| 7/8/2015 | Copies | 27.2 | 6.80 |
| 7/8/2015 | Copies | 0.8 | 0.20 |
| 7/8/2015 | Copies | 0.4 | 0.10 |
| 7/8/2015 | Copies | 8.4 | 2.10 |
| 7/8/2015 | Copies | 7.2 | 1.80 |
| 7/8/2015 | Copies | 1.6 | 0.40 |
| 7/8/2015 | Copies | 8.4 | 2.10 |
| 7/8/2015 | Copies | 7.2 | 1.80 |
| 7/8/2015 | Copies | 8.4 | 2.10 |
| 7/8/2015 | Copies | 0.4 | 0.10 |
| 7/8/2015 | Copies | 8 | 2.00 |
| 7/8/2015 | Copies | 7.2 | 1.80 |
| 7/8/2015 | Copies | 7.2 | 1.80 |
| 7/8/2015 | Copies | 8.4 | 2.10 |
| 7/9/2015 | Copies | 0.8 | 0.20 |
| 7/9/2015 | Copies | 6.8 | 1.70 |
| 7/9/2015 | Copies | 0.8 | 0.20 |
| 7/9/2015 | Copies | 2 | 0.50 |
| 7/9/2015 | Copies | 8.4 | 2.10 |
| 7/9/2015 | Copies | 7.2 | 1.80 |
| 7/9/2015 | Copies | 6.8 | 1.70 |
| 7/9/2015 | Copies | 2 | 0.50 |
| 7/9/2015 | Copies | 7.6 | 1.90 |
| 7/9/2015 | Copies | 7.6 | 1.90 |
| 7/9/2015 | Copies | 7.2 | 1.80 |
| 7/9/2015 | Copies | 64 | 16.00 |
| 7/9/2015 | Copies | 0.8 | 0.20 |
| 7/9/2015 | Copies | 1.6 | 0.40 |
| 7/9/2015 | Copies | 7.2 | 1.80 |
| 7/9/2015 | Copies | 7.2 | 1.80 |
| 7/9/2015 | Copies | 64 | 16.00 |
| 7/9/2015 | Copies | 7.6 | 1.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*15440604.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1968414  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/10/2015 | Copies | 1.6 | 0.40 |
| 7/11/2015 | Telephone - BELL CONFERENCING INC., INV#111374496 | 1 | 6.54 |
| 7/11/2015 | Telephone - BELL CONFERENCING INC., INV#111374491 | 1 | 1.38 |
| 7/13/2015 | Copies | 1.2 | 0.30 |
| 7/13/2015 | Copies | 0.4 | 0.10 |
| 7/13/2015 | Copies | 0.8 | 0.20 |
| 7/13/2015 | Copies | 7.6 | 1.90 |
| 7/13/2015 | Copies | 7.6 | 1.90 |
| 7/13/2015 | Copies | 1.6 | 0.40 |
| 7/13/2015 | Copies | 0.8 | 0.20 |
| 7/13/2015 | Copies | 2 | 0.50 |
| 7/14/2015 | Copies | 2.4 | 0.60 |
| 7/14/2015 | Copies | 0.8 | 0.20 |
| 7/14/2015 | Copies | 0.8 | 0.20 |
| 7/14/2015 | Copies | 6 | 1.50 |
| 7/14/2015 | Copies | 1.6 | 0.40 |
| 7/14/2015 | Copies | 7.6 | 1.90 |
| 7/14/2015 | Copies | 8.8 | 2.20 |
| 7/14/2015 | Copies | 7.2 | 1.80 |
| 7/14/2015 | Copies | 7.2 | 1.80 |
| 7/14/2015 | Copies | 14.4 | 3.60 |
| 7/14/2015 | Copies | 6 | 1.50 |
| 7/14/2015 | Copies | 6 | 1.50 |
| 7/14/2015 | Copies | 7.6 | 1.90 |
| 7/14/2015 | Copies | 14.4 | 3.60 |
| 7/14/2015 | Copies | 8.4 | 2.10 |
| 7/14/2015 | Copies | 8.4 | 2.10 |
| 7/14/2015 | Copies | 7.2 | 1.80 |
| 7/14/2015 | Copies | 18 | 4.50 |
| 7/15/2015 | Copies | 6.4 | 1.60 |
| 7/15/2015 | Copies | 1.2 | 0.30 |
| 7/15/2015 | Copies | 3.2 | 0.80 |
| 7/15/2015 | Copies | 2.4 | 0.60 |
| 7/15/2015 | Copies | 6.4 | 1.60 |
| 7/15/2015 | Copies | 7.6 | 1.90 |
| 7/15/2015 | Copies | 2.8 | 0.70 |
| 7/15/2015 | Copies | 8 | 2.00 |
| 7/15/2015 | Copies | 2.8 | 0.70 |
| 7/16/2015 | Binding, Tabs, Disks, etc | 1 | 5.50 |
| 7/16/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*15440604.1

CASSELS BROCK & BLACKWELL LLP                           Invoice # 1968414
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 7/16/2015 | Binding, Tabs, Disks, etc | 1 | 6.94 |
| 7/16/2015 | Binding, Tabs, Disks, etc | 1 | 16.25 |
| 7/16/2015 | Copies | 2 | 0.50 |
| 7/16/2015 | Copies | 2 | 0.50 |
| 7/16/2015 | Copies | 0.4 | 0.10 |
| 7/16/2015 | Copies | 115.2 | 28.80 |
| 7/16/2015 | Copies | 0.8 | 0.20 |
| 7/16/2015 | Copies | 6 | 1.50 |
| 7/16/2015 | Copies | 1.2 | 0.30 |
| 7/16/2015 | Copies | 12 | 3.00 |
| 7/16/2015 | Copies | 17.2 | 4.30 |
| 7/16/2015 | Copies | 6 | 1.50 |
| 7/16/2015 | Copies | 2.4 | 0.60 |
| 7/16/2015 | Copies | 2.8 | 0.70 |
| 7/16/2015 | Copies | 4 | 1.00 |
| 7/16/2015 | Copies | 4 | 1.00 |
| 7/16/2015 | Copies | 0.8 | 0.20 |
| 7/16/2015 | Copies | 4 | 1.00 |
| 7/16/2015 | Copies | 4.4 | 1.10 |
| 7/16/2015 | Copies | 6 | 1.50 |
| 7/16/2015 | Copies | 1.6 | 0.40 |
| 7/16/2015 | Copies | 3.6 | 0.90 |
| 7/16/2015 | Binding, Tabs, Disks, etc | 1 | 3.00 |
| 7/17/2015 | Copies | 2 | 0.50 |
| 7/17/2015 | Copies | 1.2 | 0.30 |
| 7/17/2015 | Copies | 8 | 2.00 |
| 7/17/2015 | Copies | 2.8 | 0.70 |
| 7/17/2015 | Copies | 23.2 | 5.80 |
| 7/17/2015 | Copies | 6 | 1.50 |
| 7/17/2015 | Copies | 6.8 | 1.70 |
| 7/17/2015 | Copies | 17.2 | 4.30 |
| 7/17/2015 | Copies | 6 | 1.50 |
| 7/17/2015 | Copies | 4.4 | 1.10 |
| 7/17/2015 | Copies | 0.8 | 0.20 |
| 7/17/2015 | Copies | 6 | 1.50 |
| 7/17/2015 | Copies | 17.2 | 4.30 |
| 7/17/2015 | Copies | 4.4 | 1.10 |
| 7/17/2015 | Copies | 0.8 | 0.20 |
| 7/17/2015 | Copies | 7.6 | 1.90 |
| 7/17/2015 | Copies | 0.8 | 0.20 |
| 7/17/2015 | Copies | 6 | 1.50 |
| 7/17/2015 | Copies | 6.8 | 1.70 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*15440604.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1968414  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/17/2015 | Copies | 8 | 2.00 |
| 7/17/2015 | Copies | 1.2 | 0.30 |
| 7/17/2015 | Copies | 1.2 | 0.30 |
| 7/20/2015 | Copies | 1.6 | 0.40 |
| 7/20/2015 | Copies | 2.4 | 0.60 |
| 7/20/2015 | Copies | 4.4 | 1.10 |
| 7/20/2015 | Copies | 4.4 | 1.10 |
| 7/20/2015 | Copies | 0.8 | 0.20 |
| 7/20/2015 | Copies | 1.2 | 0.30 |
| 7/20/2015 | Copies | 1.2 | 0.30 |
| 7/20/2015 | Copies | 2.8 | 0.70 |
| 7/20/2015 | Copies | 4.4 | 1.10 |
| 7/20/2015 | Copies | 59.2 | 14.80 |
| 7/20/2015 | Copies | 1.6 | 0.40 |
| 7/20/2015 | Copies | 0.8 | 0.20 |
| 7/20/2015 | Copies | 1.2 | 0.30 |
| 7/20/2015 | Copies | 6.8 | 1.70 |
| 7/20/2015 | Copies | 0.8 | 0.20 |
| 7/20/2015 | Copies | 1.6 | 0.40 |
| 7/20/2015 | Copies | 18.8 | 4.70 |
| 7/20/2015 | Copies | 1.2 | 0.30 |
| 7/20/2015 | Copies | 0.8 | 0.20 |
| 7/20/2015 | Copies | 0.8 | 0.20 |
| 7/20/2015 | Copies | 17.6 | 4.40 |
| 7/20/2015 | Copies | 1.2 | 0.30 |
| 7/20/2015 | Copies | 6 | 1.50 |
| 7/20/2015 | Copies | 0.8 | 0.20 |
| 7/20/2015 | Copies | 1.6 | 0.40 |
| 7/20/2015 | Binding, Tabs, Disks, etc | 1 | 3.23 |
| 7/21/2015 | Binding, Tabs, Disks, etc | 1 | 6.25 |
| 7/21/2015 | Copies | 117.6 | 29.40 |
| 7/21/2015 | Copies | 0.8 | 0.20 |
| 7/21/2015 | Copies | 3.6 | 0.90 |
| 7/21/2015 | Copies | 0.8 | 0.20 |
| 7/21/2015 | Copies | 3.6 | 0.90 |
| 7/21/2015 | Copies | 3.6 | 0.90 |
| 7/21/2015 | Copies | 0.8 | 0.20 |
| 7/21/2015 | Copies | 1.2 | 0.30 |
| 7/21/2015 | Copies | 18.8 | 4.70 |
| 7/21/2015 | Copies | 3.6 | 0.90 |
| 7/21/2015 | Copies | 2.8 | 0.70 |
| 7/21/2015 | Copies | 3.6 | 0.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*15440604.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1968414  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/21/2015 | Copies | 3.6 | 0.90 |
| 7/21/2015 | Copies | 13.2 | 3.30 |
| 7/21/2015 | Copies | 1.6 | 0.40 |
| 7/21/2015 | Copies | 2.8 | 0.70 |
| 7/21/2015 | Copies | 0.8 | 0.20 |
| 7/21/2015 | Copies | 3.6 | 0.90 |
| 7/21/2015 | Copies | 3.6 | 0.90 |
| 7/21/2015 | Copies | 13.6 | 3.40 |
| 7/21/2015 | Copies | 21.6 | 5.40 |
| 7/21/2015 | Copies | 2.4 | 0.60 |
| 7/21/2015 | Copies | 12.4 | 3.10 |
| 7/21/2015 | Copies | 0.8 | 0.20 |
| 7/21/2015 | Copies | 16.4 | 4.10 |
| 7/21/2015 | Copies | 4.4 | 1.10 |
| 7/21/2015 | Library Computer Searches - westlaw bill for Chris Selby | 1 | 512.00 |
| 7/22/2015 | Meals - STEFANIE HOLLAND - WORKING DINNER FOR S.HOLLAND ON JULY 21, 2015 | 1 | 30.00 |
| 7/22/2015 | Copies | 1.6 | 0.40 |
| 7/22/2015 | Copies | 1.6 | 0.40 |
| 7/22/2015 | Copies | 0.8 | 0.20 |
| 7/22/2015 | Copies | 2.8 | 0.70 |
| 7/22/2015 | Copies | 2.8 | 0.70 |
| 7/22/2015 | Copies | 0.8 | 0.20 |
| 7/22/2015 | Copies | 1.6 | 0.40 |
| 7/22/2015 | Copies | 1.2 | 0.30 |
| 7/22/2015 | Copies | 3.2 | 0.80 |
| 7/22/2015 | Copies | 2.8 | 0.70 |
| 7/22/2015 | Copies | 0.8 | 0.20 |
| 7/22/2015 | Copies | 10.4 | 2.60 |
| 7/22/2015 | Copies | 21.6 | 5.40 |
| 7/22/2015 | Copies | 4.4 | 1.10 |
| 7/22/2015 | Copies | 0.8 | 0.20 |
| 7/22/2015 | Copies | 0.8 | 0.20 |
| 7/22/2015 | Copies | 6.8 | 1.70 |
| 7/22/2015 | Copies | 13.6 | 3.40 |
| 7/22/2015 | Copies | 12.4 | 3.10 |
| 7/22/2015 | Copies | 3.6 | 0.90 |
| 7/22/2015 | Copies | 0.8 | 0.20 |
| 7/22/2015 | Copies | 25.6 | 6.40 |
| 7/22/2015 | Copies | 16.4 | 4.10 |
| 7/22/2015 | Copies | 3.6 | 0.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*15440604.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1968414  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/22/2015 | Copies | 2.8 | 0.70 |
| 7/22/2015 | Copies | 2.4 | 0.60 |
| 7/22/2015 | Copies | 0.8 | 0.20 |
| 7/22/2015 | Copies | 11.6 | 2.90 |
| 7/22/2015 | Telephone - BELL CONFERENCING INC., INV#111396608 | 1 | 0.87 |
| 7/22/2015 | Library Computer Searches - westlaw bill for Chris Selby | 1 | 55.50 |
| 7/22/2015 | Telephone - BELL CONFERENCING INC., INV#111396614 | 1 | 12.72 |
| 7/23/2015 | WORKING DINNER FOR S.HOLLAND ON JULY 22, 2015 | 1 | 22.07 |
| 7/23/2015 | Binding, Tabs, Disks, etc | 1 | 26.88 |
| 7/23/2015 | Binding, Tabs, Disks, etc | 1 | 9.75 |
| 7/23/2015 | Copies | 1.2 | 0.30 |
| 7/23/2015 | Copies | 1.6 | 0.40 |
| 7/23/2015 | Copies | 120 | 30.00 |
| 7/23/2015 | Copies | 141.6 | 35.40 |
| 7/23/2015 | Copies | 8.8 | 2.20 |
| 7/23/2015 | Copies | 1.2 | 0.30 |
| 7/23/2015 | Copies | 0.8 | 0.20 |
| 7/23/2015 | Copies | 1.2 | 0.30 |
| 7/23/2015 | Copies | 84 | 21.00 |
| 7/23/2015 | Copies | 126 | 31.50 |
| 7/23/2015 | Copies | 2.8 | 0.70 |
| 7/23/2015 | Copies | 176.4 | 44.10 |
| 7/23/2015 | Copies | 135.6 | 33.90 |
| 7/23/2015 | Copies | 11.6 | 2.90 |
| 7/23/2015 | Copies | 1.2 | 0.30 |
| 7/23/2015 | Copies | 3.6 | 0.90 |
| 7/23/2015 | Copies | 116.4 | 29.10 |
| 7/23/2015 | Copies | 140.4 | 35.10 |
| 7/23/2015 | Copies | 0.8 | 0.20 |
| 7/23/2015 | Copies | 1.2 | 0.30 |
| 7/23/2015 | Copies | 2.8 | 0.70 |
| 7/23/2015 | Copies | 110.4 | 27.60 |
| 7/23/2015 | Copies | 23.2 | 5.80 |
| 7/23/2015 | Copies | 1.6 | 0.40 |
| 7/23/2015 | Copies | 1.6 | 0.40 |
| 7/23/2015 | Binding, Tabs, Disks, etc | 1 | 8.18 |
| 7/24/2015 | Copies | 1.6 | 0.40 |
| 7/24/2015 | Copies | 19.2 | 4.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*15440604.1

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1968414  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/24/2015 | Copies | 14.4 | 3.60 |
| 7/24/2015 | Copies | 0.8 | 0.20 |
| 7/24/2015 | Copies | 1.2 | 0.30 |
| 7/24/2015 | Copies | 8 | 2.00 |
| 7/24/2015 | Copies | 0.8 | 0.20 |
| 7/24/2015 | Copies | 0.8 | 0.20 |
| 7/25/2015 | Copies | 2.8 | 0.70 |
| 7/25/2015 | Copies | 2.8 | 0.70 |
| 7/27/2015 | Copies | 2.4 | 0.60 |
| 7/27/2015 | Copies | 1.2 | 0.30 |
| 7/27/2015 | Copies | 1.2 | 0.30 |
| 7/27/2015 | Copies | 1.6 | 0.40 |
| 7/27/2015 | Copies | 0.8 | 0.20 |
| 7/27/2015 | Copies | 1.2 | 0.30 |
| 7/27/2015 | Copies | 0.8 | 0.20 |
| 7/27/2015 | Copies | 7.6 | 1.90 |
| 7/27/2015 | Copies | 3.2 | 0.80 |
| 7/27/2015 | Copies | 1.2 | 0.30 |
| 7/27/2015 | Copies | 0.8 | 0.20 |
| 7/27/2015 | Copies | 1.2 | 0.30 |
| 7/27/2015 | Copies | 0.8 | 0.20 |
| 7/27/2015 | Copies | 1.2 | 0.30 |
| 7/27/2015 | Copies | 0.8 | 0.20 |
| 7/27/2015 | Copies | 2 | 0.50 |
| 7/27/2015 | Telephone - BELL CONFERENCING INC., INV#111406689 | 1 | 8.58 |
| 7/28/2015 | Copies | 1.2 | 0.30 |
| 7/28/2015 | Copies | 6 | 1.50 |
| 7/28/2015 | Copies | 0.8 | 0.20 |
| 7/28/2015 | Copies | 2 | 0.50 |
| 7/28/2015 | Copies | 1.2 | 0.30 |
| 7/28/2015 | Copies | 0.8 | 0.20 |
| 7/29/2015 | Copies | 1.6 | 0.40 |
| 7/29/2015 | Copies | 4.8 | 1.20 |
| 7/29/2015 | Copies | 6.4 | 1.60 |
| 7/29/2015 | Copies | 11.2 | 2.80 |
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 11.2 | 2.80 |
| 7/30/2015 | Copies | 1.2 | 0.30 |
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 1.2 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.  
Legal*15440604.1

| | | | |
|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | Invoice # 1968414 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 1.2 | 0.30 |
| 7/30/2015 | Copies | 1.2 | 0.30 |
| 7/30/2015 | Copies | 1.2 | 0.30 |
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 1.2 | 0.30 |
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 6.8 | 1.70 |
| 7/30/2015 | Copies | 0.8 | 0.20 |
| 7/30/2015 | Copies | 1.2 | 0.30 |
| 7/30/2015 | Copies | 1.2 | 0.30 |
| 7/30/2015 | Copies | 6.8 | 1.70 |
| 7/31/2015 | Copies | 10.8 | 2.70 |
| 7/31/2015 | Telephone - BELL CONFERENCING INC., INV#111407131 | 1 | 6.48 |
| | **TOTAL** | | **1,626.53** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.
Legal*15440604.1