# EXHIBIT E

Legal*15541224.3

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JULY 1, 2015 THROUGH JULY 31, 2015
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 52.10 | $945.00 | $49,234.50 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 126.90 | $450.00 | $57,105.00 |
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 37.20 | $390.00 | $14,508.00 |
| Rose Plue | Law Clerk | Advocacy | | 2.00 | $320.00 | $640.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 110.30 | $910.00 | $100,373.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 109.80 | $810.00 | $88,938.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 75.00 | $785.00 | $58,875.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2014 | 12.90 | $660.00 | $8,514.00 |
| Stephanie Waugh | Law Clerk | Financial Restructuring | | 1.30 | $200.00 | $260.00 |
| Danielle DiPardo | Student | Students | | 8.10 | $125.00 | $1,012.50 |
| | | | | | | |
| **TOTAL** | | | | 535.60 | CDN. | $379,460.00 |