# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) ) (Jointly Administered) |
| Debtors. | ) ) ) |
|  | ) **Re: Docket No. 16105** |

## <u>NOTICE OF WITHDRAWAL OF DOCUMENT [D.I. No. 16105]</u>

PLEASE TAKE NOTICE that Whiteford, Taylor & Preston LLC, counsel to the Official Committee of Unsecured Creditors hereby withdraws the *Twenty-Sixth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered for the period from May 1, 2015 to July 31, 2015* filed on August 28, 2015 [D.I. No. 16105] without prejudice.

*[This section was intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: August 31, 2015  　　　　Respectfully submitted
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　*/s/ Katherine Good*
　　　　　　　　　　　　　　　　Christopher M. Samis (No. 4909)
　　　　　　　　　　　　　　　　L. Katherine Good (No. 5101)
　　　　　　　　　　　　　　　　WHITEFORD, TAYLOR & PRESTON LLC
　　　　　　　　　　　　　　　　The Renaissance Centre
　　　　　　　　　　　　　　　　405 North King Street, Suite 500
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　Telephone: (302) 353-4144
　　　　　　　　　　　　　　　　Facsimile: (302) 661-7950

　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　Fred S. Hodara, Esq.
　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
　　　　　　　　　　　　　　　　One Bryant Park
　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　Telephone:  (212) 872-1000
　　　　　　　　　　　　　　　　Facsimile:  (212) 872-1002

　　　　　　　　　　　　　　　　*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*