## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: TBD** |

### NOTICE OF TWENTY-SIXTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: **Akin Gump Strauss Hauer & Feld LLP**

Authorized to Provide
Professional Services to: **Official Committee of Unsecured Creditors**

Date of Retention: **March 5, 2009, *Nunc Pro Tunc* to January 22, 2009**

Period for which compensation
and reimbursement is sought: **May 1, 2015 through July 31, 2015[2]**

Amount of Compensation sought as
actual, reasonable and necessary: **$1,709,153.00**

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: **$42,559.67**

This is (a)n: __X__ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's May, June and July 2015 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 8/26/15 Docket No. 16079 | 5/1/15 – 5/31/15 | $624,575.75 | $9,509.62 | Pending Obj. deadline $499,660.60 | Pending Obj. deadline $9,509.62 | $124,915.15 |
| Date Filed: 8/28/15 Docket No. 16089 | 6/1/15 – 6/30/15 | $479,393.50 | $10,767.78 | Pending Obj. deadline $383,514.80 | Pending Obj. deadline $10,767.78 | $95,878.70 |
| Date Filed: 8/28/15 Docket No. 16094 | 7/1/15 – 7/31/15 | $605,183.75 | $22,282.27 | Pending Obj. deadline $484,147.00 | Pending Obj. deadline $22,282.27 | $121,036.75 |
| TOTALS: | | $1,709,153.00 | $42,559.67 | $1,367,322.40[3] | $42,559.67[4] | $341,830.60 |

Summary of any Objections to Fee Applications:  None.

Dated: August 31, 2015
New York, New York

    /s/ Fred S. Hodara
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.